ARB/ev                              14390-66687                            411553

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                      Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,             **CERTIFICATE OF SERVICE**

                  Debtors.
------------------------------------------------------------X

       I, TIMOTHY P. McELDUFF, JR., being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age, and reside in Slate Hill, New York.

       2.     I hereby certify that on March 11, 2015, I served a true copy of the annexed Affirmation in Further Support of CitiMortgage, Inc., Iraide Peruchi, and Matthew and Alexis Freitas' Obejction to Debtor's Motion for Entry of Order Establishing Procedures Enforcing Injunctive Provisions of Plan in the following manner:

       By e-filing same with the United States Bankruptcy Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

            TO:     Residential Capital, LLC
                        *Debtor*
                        1177 Avenue of the Americas
                        New York, New York  10036

                        Jessica G. Berman, Esq.
                        *Attorney for Debtor*
                        990 Stewart Avenue, Suite 300
                        P.O. Box 9194
                        Garden City, New York  11530

                        Donald H. Cram, Esq.
                        *Attorney for Debtor*
                        One Embarcadero Center, Suite 2600
                        San Francisco, California  94111

                        Stefan W. Engelhardt, Esq.
                        *Attorney for Debtor*
                        1290 Avenue of the Americas
                        New York, New York  10104

ARB/ev                             14390-66687                             411553

George M. Geeslin, Esq.
*Attorney for Debtor*
8 Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia  30305-1565

Bonnie R. Golub, Esq.
*Attorney for Debtor*
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, Pennsylvania  19107

Todd M. Green, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Joel C. Haims, Esq.
*Attorney for Debtor*
250 W. 55th Street
New York, New York  10019

Gary S. Lee, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas, 40th Floor
New York, New York  10022

Lorenzo Marininuzzi, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

Larren M. Nashelsky, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Anthony Princi, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Steven J. Reisman, Esq.
*Attorney for Debtor*
101 Park Avenue
New York, New York  10178

ARB/ev                         14390-66687                              411553

Norman Scott Rosenbaum, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

Kayvan B. Sadeghi, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

John W. Smith, Esq.
*Attorney for Debtor*
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203

Kenneth H. Eckstein, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

Robert J. Feinstein, Esq.
*Attorney for Debtor*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Ronald J. Friedman, Esq.
*Attorney for Debtor*
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753

Douglas Mannal, Esq.
*Attorney for Debtor*
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753

Steven S. Sparling, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

Stephen Zide, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

ARB/ev                                              14390-66687                                              411553

       U.S. Trustee
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, New York  10014


                                                   /s/ Timothy P. McElduff, Jr.
                                       TIMOTHY P. McELDUFF, JR., ESQ.