**SHAGHZO & SHAGHZO LAW FIRM, APC**
100 W Broadway, Suite 540
Glendale, California 91210
Telephone: (818) 241-8887
Facsimile: (818) 241-0035
Armen Shaghzo

*Counsel for Hedeya Haroutunian*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF MOTION OF HEDEYA HAROUTUNIAN FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362

**PLEASE TAKE NOTICE** that on September 15, 2014, Hedeya Haroutunian ("**Movant**") filed the *Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 (with Supporting Declarations) (Movant Hedeya Haroutunian) (Action in Non-Bankruptcy Forum)* [Docket No. 7537] (the "**Motion**");

**PLEASE TAKE FURTHER NOTICE** that the matters addressed by the Motion have been resolved consensually, and therefore, Movant hereby voluntarily withdraws the Motion, ***with prejudice***; and

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004-1408, on March 12, 2015, at 10:00 a.m. (ET), has been canceled.

Dated: March 11, 2015
Glendale, California

Respectfully submitted,

/s/ Armen Shaghzo
**SHAGHZO & SHAGHZO LAW FIRM, APC**
100 W Broadway, Suite 540
Glendale, California 91210
Telephone: (818) 241-8887
Facsimile: (818) 241-0035

*Counsel for Hedeya Haroutunian*