# EXHIBIT A

# EXHIBIT A

3220 EL CAMINO REAL
IRVINE, CA 92602

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

APN: 163-03-314-006
T.S. No. : GM-172379-C    Loan No.: █████5161
█████8585

20081210-0002835
Fee: $15.00    RPTT: $0.00
N/C Fee: $25.00
12/10/2008    13:18:43
T20080305680
Requestor:
    FIDELITY NATIONAL DEFAULT SO
Debbie Conway    SUO
Clark County Recorder    Pgs: 2

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SELL OF REAL PROPERTY UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN THAT: EXECUTIVE TRUSTEE SERVICES, LLC** is the duly appointed Trustee under a Deed of Trust dated **3/10/2008**, executed by **MAURICE SHARPE, A SINGLE MAN**, as trustor in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, recorded **3/17/2008**, under instrument no. **20080317-0002984**, in book , page , of Official Records in the office of the County recorder of **Clark**, County, Nevada securing, among other obligations.

One note(s) for the Original sum of $417,000.00, that the beneficial interest under such Deed of Trust and the obligations secured hereby are presently held by the undersigned; that a breach of and default in the obligations for which such Deed of Trust is security has occurred or that payment has not been made of:

**Installment of Principal and Interest plus impounds and/or advances which became due on 9/1/2008 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**

That by reason thereof the present Beneficiary under such deed of Trust has executed and delivered to said duly appointed Trustee a written Declaration of Default and Demand for Sale and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

(PAGE 1 of 2)

T.S. No. : GM-172379-C                    Loan No.: ▮▮▮▮▮5161

## NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the Payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occurred. Where reinstatement is possible, if the default is not cured within 35 days following recording and mailing of this Notice to Trustor of Trustor's successor in interest, the right of reinstatement will terminate and the property may thereafter be sold. The Trustor may have the right to bring a court action to assert the nonexistence of a default or any other defense of Trustor to acceleration and Sale.

**To determine if reinstatement is possible and the amount, if any, to cure the default, contact:**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600 phone

Dated: **12/9/2008**

Executive Trustee Services, LLC As Agent for Beneficiary

By: _____
Joyce A. Petty, Limited Signing Officer

State of   California    } SS.
County of  Los Angeles   }

On **12/9/2008** before me, **Patricia Babb** Notary Public, personally appeared **Joyce A. Petty** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)
Patricia Babb

(PAGE 2 OF 2)

PATRICIA BABB
Commission # 1631316
Notary Public - California
Los Angeles County
My Comm. Expires Dec 18, 2009

Patricia Babb
Dec 18, 2009