# EXHIBIT B

# EXHIBIT B

```
20090312-0003692
Fee: $15.00    RPTT: $0.00
N/C Fee: $0.00
03/12/2009          13:41:02
T20090084883
Requestor:
  FIDELITY NATIONAL DEFAULT SO
Debbie Conway          DOM
Clark County Recorder    Pgs: 2
```

RECORDING REQUESTED BY:
**Executive Trustee Services, LLC**

AND WHEN RECORDED MAIL TO:
**Executive Trustee Services, LLC**
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

APN: 163-03-314-006
T.S. No. **GM-172379-C**
Loan No. ▇▇▇▇▇5161 ▇▇▇▇▇3585

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 3/10/2008. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said receipt. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: **MAURICE SHARPE, A SINGLE MAN**
Recorded **3/17/2008** as Instrument No. **20080317-0002984** in Book , page of Official Records in the office of the Recorder of **Clark** County, Nevada,
Date of Sale: **4/2/2009** at **10:00 AM**
Place of Sale:    At the Nevada Legal News located at 930 S. 4th Street, Las Vegas, Nevada
Property Address is purported to be:    2105 GRAND ISLAND COURT
                                        LAS VEGAS, Nevada 89117

The total amount secured by said instrument as of the time of initial publication of this notice is **$430,142.12**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Date: 3/11/2009

**Executive Trustee Services, LLC,**
2255 North Ontario Street, Suite 400,
Burbank, California 91504-3120
Sale Line: 714-730-2727

_[signature]_

**Ileanna Petersen, Limited Signing Officer**

State of California } SS.
County of Los Angeles }

On **3/11/2009** before me, **Christine E. Gomez-Schwab** Notary Public, personally appeared **ILEANNA PETERSEN** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Christine E. Gomez-Schwab

CHRISTINE E. GOMEZ SCHWAB
Commission # 1651121
Notary Public - California
Los Angeles County
My Comm. Expires Mar 12, 2010

Christine E. Gomez Schwab