# EXHIBIT C

# EXHIBIT C

3030 S Jones suit 109A Las Vegas NV 89146
cell: (702) 556-1562 - fax: (702) 750-1505

**Foreclosure Short sale Specialist**

# Fax

To: Authorization dep.    From: Debora Feltner 702-426-8871

Fax: 1 866-501-1610    Pages: 2

Phone:    Date: 03-05-2009

Re:  Loan Number # 5161    Re:  Loan Number #

Urgent [✓]   For Review Comment [ ]   Please Replay [ ]   Recycle [ ]

Thanks!

GMAC 0117

Mar. 5. 2009 3:20PM                No. 8193   P. 1

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

I Maurice Sharpe give my permission for you to release any and all information Danijela Mikulic to Debbie Paaren in reference to any mortgages, liens, judgments, bankruptcy processes, or medical information.

REGARDING PROPERTY

SIGNED: Maurice Sharpe
CO-BORROWER

Borrower: Maurice Sharpe
Address: 2105 Brand Island Court
City/St/Zip: Las Vegas - NV - 89117
Bus. Phone:
Res. 702-287-3363
Ss# ████1931

Mortgagee : Phone #    GMAC MORTGAGE
Fax #
Email
Loan # ████5161
Contact

Additional Information:

GMAC 0118