# EXHIBIT E

# EXHIBIT E

GMAC Mortgage Company
Attn: Fraud Investigation Department
Ref: SS#▮▮▮▮1931

April 20, 2009

To Whom It May Concern:

Please find enclosed with this letter, as requested, the original notarized ID Theft Affidavit, in addition to a Valid Nevada Drivers License, Utility Bill, Police Report and several documents confirming ID Theft/Mortgage Fraud perpetrated against me, utilizing a respective mortgage instrument held against the property located at 2105 Grand Island Court-Las Vegas, Nevada 89117.

On April 13, 2009, upon review of my credit report (attached) acquired on the same day due to a recent marital separation from Tracy L. Sharpe, I recognized a suspicious mortgage issued in March-2008 by GMAC in the amount of $417,000, including a past due amount of $21,336 and trade-line entry indicating the loan as a being in Foreclosure status. After a more detailed review, it became apparent that the original home mortgage, issued in October-2005 by Suntrust Bank in the amount of $191,000, with a remaining balance of approximately $150-160,000, had been settled and replaced by a note upwards of $260-270,000 greater without my knowledge.

Upon contacting GMAC regarding the respective activity, I was instructed to file a police report (attached) and was informed that a fraud investigation would commence shortly thereafter. During the conversation with GMAC, I was informed of the loan officer's name and place of business: Suzy Barragon of SSAFE Mortgage, Inc.-1415 South Arville Road Ste#102- Las Vegas, Nevada 89102, Telephone Number (702) 944-4200.

After receiving the above information, I contacted Shawn Spanier, SSAFE President, to discuss the situation. At that time Mr. Spanier informed me that Ms. Suzy Barragon and her husband Silvano Barragon, had in fact worked out the SSAFE offices but had fled the country for Mexicali, Mexico, after surrendering their mortgage licenses for taking part in fraudulent mortgages. During that meeting, I was provided various documents (attached) including a photo-stat copy of the Nevada Drivers License submitted during the loan close process. While the Drivers License listed all of my vital information correctly, the picture was that of a Hispanic man. For the record, I am an African American.

If you have any further questions or inquiries, I may be reached at (702) 265-3534.

I remain,

Maurice Sharpe

*/signature/*

GMAC 0125