# EXHIBIT F

# EXHIBIT F

# GMAC Mortgage

September 3, 2009

Maurice Sharpe
2105 Grand Island Court
Las Vegas NV 89117

RE:   Account Number         ███████5161
      Property Address        2105 Grand Island Court
                              Las Vegas NV 89117

Dear Maurice Sharpe:

We have been advised by the Las Vegas Metropolitan Police Department, that you have not returned their calls regarding your allegation of identity theft.

Our investigation into this matter cannot progress any further if you are not willing to cooperate with law enforcement.

The contact information for the detective now handling your case is:

> Las Vegas Metropolitan Police Department
> Attn: Detective Dave Williams
> 3141 Sunrise Avenue
> Las Vegas NV 89101
> Phone: 702-828-2738

If you have not made contact with them prior to September 15, 2009, our investigation into the allegations will be terminated and all loan servicing activities will resume, which may include credit reporting as well as applicable default remedies.

Once you have contacted Detective Williams, please contact me directly at 319-236-4661 or 1-800-766-4622 ext. 2364661.

Sincerely,

Tammy Gibson
Servicing Risk
GMAC Mortgage

Cc: Detective Dave Williams

3451 Hammond Ave
Waterloo, IA 50704