# EXHIBIT G

# EXHIBIT G



September 24, 2009

Maurice Sharpe
2105 Grand Island Court
Las Vegas NV 89117

Account Number: ▓▓▓▓5161
Property Address: 2105 Grand Island Court
Las Vegas NV 89117

Dear Maurice Sharpe:

Thank you for contacting GMAC Mortgage regarding the above referenced property.

GMAC Mortgage has investigated this matter, and reviewed the file information as well as the documents you have provided. Based on its review, GMAC Mortgage finds insufficient evidence to support your identity theft allegation. All loan servicing activities, including credit reporting will continue according to the terms of the loan agreement as well as required by law.

If you have additional information and documentation that is pertinent to this matter you may forward the same by mail to the address below. This information will be reviewed and responded to accordingly.

Should you have any other questions or concerns, please feel free to contact Rich Brown at 1-952-857-6344.

Sincerely,

Rich Brown
GMAC Mortgage, LLC
Mail Code 03-04-20
One Meridian Crossings 05-121
Minneapolis MN 55423

Notice: This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

1451 Hammond Ave
Waterloo, IA 50704

1