# EXHIBIT B

# EXHIBIT B

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search Back     Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
### CASE NO. A-09-602043-C

| | | |
|---|---|---|
| Maurice Sharpe, Plaintiff(s) vs. GMAC Mortgage, Defendant(s) | § § § § § § | Case Type: **Other Tort**<br>Subtype: **Fraud/Misrepresentation**<br>Date Filed: **10/20/2009**<br>Location: **Department 24**<br>Cross-Reference Case Number: **A602043** |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Counter Claimant | GMAC Mortgage  *True Name*  GMAC Mortgage LLC | **Christina Bhirud**<br>*Retained*<br>702-634-5000(W) |
| Counter Defendant | Sharpe, Maurice | **David J Winterton**<br>*Retained*<br>7023630317(W) |
| Defendant | Barragan, Silvano | |
| Defendant | Barragan, Suzy | |
| Defendant | GMAC Mortgage  *True Name*  GMAC Mortgage LLC | **Christina Bhirud**<br>*Retained*<br>702-634-5000(W) |
| Defendant | Mountain View Mortgage Company | |
| Defendant | Sharpe, Tracy | |
| Defendant | Ssafe Mortgage Fidelity National Title Agency of Nevada | ~~Spencer M. Judd~~<br>*~~Retained~~*<br>~~702-606-4357(W)~~ |
| Plaintiff | Sharpe, Maurice | **David J Winterton**<br>*Retained*<br>7023630317(W) |
| Third Party Defendant | Barragan, Silvano | |
| Third Party Defendant | Barragan, Suzy | |
| Third Party Defendant | Mountain View Mortgage Company | |
| Third Party Defendant | Sharpe, Tracy | |
| Third Party Plaintiff | GMAC Mortgage LLC | **Laurel I. Handley**<br>*Retained*<br>858-750-7600(W) |

## EVENTS & ORDERS OF THE COURT

| | DISPOSITIONS |
|---|---|
| 06/29/2011 | |

| | |
|---|---|
| | **Order** (Judicial Officer: Barker, David)<br>   Debtors: Maurice Sharpe (Plaintiff)<br>   Creditors: Fidelity National Title Agency of Nevada (Defendant)<br>   Judgment: 06/29/2011, Docketed: 07/07/2011<br>   Total Judgment: 277.90<br>   Debtors: Maurice Sharpe (Plaintiff)<br>   Creditors: Fidelity National Title Agency of Nevada (Defendant)<br>   Judgment: 06/29/2011, Docketed: 07/07/2011<br>   Total Judgment: 250.00<br>   Debtors: Maurice Sharpe (Plaintiff)<br>   Creditors: GMAC Mortgage (Defendant)<br>   Judgment: 06/29/2011, Docketed: 07/07/2011<br>   Total Judgment: 250.00 |
| 04/27/2012 | **Judgment** (Judicial Officer: Barker, David)<br>   Debtors: GMAC Mortgage (Cross Claimant), GMAC Mortgage LLC (Third Party Plaintiff)<br>   Creditors: Fidelity National Title Agency of Nevada (Cross Defendant), Vicki Longden (Third Party Defendant)<br>   Judgment: 04/27/2012, Docketed: 05/15/2012 |
| 07/26/2012 | **Order of Dismissal With Prejudice** (Judicial Officer: Barker, David)<br>   Debtors: Maurice Sharpe (Plaintiff)<br>   Creditors: Fidelity National Title Agency of Nevada (Defendant)<br>   Judgment: 07/26/2012, Docketed: 08/03/2012 |
| 07/18/2014 | **Judgment Plus Legal Interest** (Judicial Officer: Barker, David)<br>   Debtors: Suzy Barragan (Defendant), Mountain View Mortgage Company (Defendant), Tracy Sharpe (Defendant), Silvano Barragan (Defendant)<br>   Creditors: Maurice Sharpe (Plaintiff)<br>   Judgment: 07/18/2014, Docketed: 07/25/2014<br>   Total Judgment: 1,242,742.73 |

| | **OTHER EVENTS AND HEARINGS** |
|---|---|
| 10/20/2009 | Complaint |
| 10/20/2009 | **Ex Parte Motion**<br>*Ex Parte Motion for Temporary Restraining Order* |
| 10/23/2009 | **Temporary Restraining Order** |
| 10/26/2009 | **Notice of Entry of Order**<br>*Notice of Entry of Order for Temporary Restraining Order* |
| 10/29/2009 | **Affidavit of Service** |
| 10/29/2009 | **Affidavit of Service**<br>*Affidavit of Service* |
| 10/29/2009 | **Summons** |
| 11/02/2009 | **Answer** |
| 11/02/2009 | **Initial Appearance Fee Disclosure** |
| 11/05/2009 | **Hearing** (8:15 AM) (Judicial Officer Barker, David)<br>**11/05/2009, 12/15/2009, 01/12/2010**<br>*EVIDENTIARY HEARING: PRELIMINARY INJUNCTION TO STOP FORECLOSURE*<br>Parties Present<br>Minutes<br>   *12/08/2009 Reset by Court to 12/15/2009*<br>Result: Continued |
| 11/30/2009 | **Answer**<br>*GMAC Mortgage, LLC's Answer to Complaint* |
| 11/30/2009 | **Initial Appearance Fee Disclosure**<br>*Initial Appearance Fee Disclosure* |
| 11/30/2009 | **Opposition to Motion**<br>*Opposition to Ex Parte Application for Temporary Restraining Order ("TRO") and Response to Order to Show Cause as to Why the TRO Should not be Converted into a Preliminary Injunction* |
| 11/30/2009 | **Affidavit**<br>*Affidavit of Juan Aguirre in Support of Opposition to Ex Parte Application for Temporary Restraining Order ("TRO") and Response to Order to Show Cause as to Why the TRO Should not be Converted into a Preliminary Injunction* |
| 12/03/2009 | **Initial Appearance Fee Disclosure**<br>*Defendant Fidelity National Title Agency of Nevada's Initial Appearance Fee Disclosure* |
| 12/03/2009 | **Answer to Complaint**<br>*Defendant Fidelity national Title Agency of nevada's Answer to Complaint* |
| 12/09/2009 | **Commissioners Decision on Request for Exemption - Granted**<br>*Commissioner's Decision on Request for Exemption* |
| 12/09/2009 | **Reply to Opposition**<br>*Reply to Opposition to Ex Parte Motion for Temporary Restraining Order ("TRO") and Response to Order to Show Cause as to why the TRO Should not be Converted into a Preliminary Injunction* |
| 12/09/2009 | **Affidavit in Support**<br>*Affidavit of Maurice Sharpe in Support of His Reply to the Opposition to Ex Parte Application for Temporary Restraining Order ("TRO") and Response to Order to Show Casue as to why the TRO should not be Converted into a Preliminary Injunction* |
| 01/22/2010 | CANCELED **Evidentiary Hearing** (10:00 AM) (Judicial Officer Barker, David)<br>Vacated - Judge Not Available<br>Per JEA |
| 02/05/2010 | CANCELED **Evidentiary Hearing** (10:00 AM) (Judicial Officer Barker, David)<br>Vacated - On In Error<br>*ON IN ERROR - SHOULD HAVE BEEN CONTINUED UNDER "HEARING" RE PRELIM-INJ* |
| 02/05/2010 | CANCELED **Evidentiary Hearing** (10:00 AM) (Judicial Officer Barker, David)<br>Vacated<br>*DUPLICATE ENTRY* |
| 03/19/2010 | **Joint Case Conference Report**<br>*Joint Case Conference Report* |

| Date | Event | Description |
|---|---|---|
| 03/31/2010 | Scheduling Order | Scheduling Order |
| 04/26/2010 | Order Setting Civil Non-Jury Trial | Order Setting Civil Non-Jury Trial |
| 07/16/2010 | Application | Application for Issuance of Commission for Out of State Subpoena Duces Tecum |
| 08/26/2010 | Request | Request to Replace Document Image Regarding Application for Issuance of Out of State Subpoena Duces Tecum |
| 09/01/2010 | Notice to Appear for Discovery Conference | Notice to Appear for Discovery Conference |
| 09/21/2010 | Discovery Conference (10:00 AM) (Judicial Officer Bulla, Bonnie) | Parties Present<br>Minutes<br>Result: Matter Heard |
| 10/12/2010 | Notice of Change of Firm Name | Notice of Change of Attorney Information |
| 11/30/2010 | Amended Order Setting Civil Non-Jury Trial | |
| 12/27/2010 | Discovery Commissioners Report and Recommendations | Discovery Commissioners Report and Recommendations |
| 01/14/2011 | Notice of Entry | Notice of Entry of Discovery Commissioner's Report and Recommendations |
| 01/14/2011 | Notice of Association of Counsel | Notice of Association of Counsel |
| 01/15/2011 | Amended Order Setting Civil Non-Jury Trial | Amended Order Setting Civil Non-Jury Trial |
| 01/18/2011 | Motion for Leave to File | Defendant Fidelity National Title Agency of Nevada's Motion for Leave to File Amended Answer |
| 01/24/2011 | CANCELED Calendar Call (10:00 AM) (Judicial Officer Barker, David) | Vacated - per Commissioner |
| 01/26/2011 | Certificate of Mailing | Certificate of Service (of Defendant Fidelity National Title Agency of Nevada's Motion for Leave to File Amended Answer (file-stamped copy, reflecting hearing date of 3/1/11, in chambers)) |
| 01/27/2011 | Motion | Motion to Amend Complaint |
| 01/28/2011 | Motion for Leave to File | Motion for Leave to Amend Answer to Add Counterclaims, Crossclaims and Affirmative Defenses and for Leave to File Third-Party Complaint |
| 01/31/2011 | CANCELED Bench Trial (10:00 AM) (Judicial Officer Barker, David) | Vacated - per Commissioner |
| 02/03/2011 | Errata | Errata to Motion to Amend Complaint |
| 02/07/2011 | Notice of Hearing | Notice of Hearing on Motion for Leave to Amend Answer to Add Counterclaims, Crossclaims and Affirmative Defenses and for Leave to File Third-Party Complaint |
| 03/01/2011 | Motion for Leave (3:00 AM) (Judicial Officer Barker, David) | Defendant Fidelity National Title Agency of Nevada's Motion for Leave to File Amended Answer<br>Result: Matter Heard |
| 03/01/2011 | Motion to Amend Complaint (3:00 AM) (Judicial Officer Barker, David) | Plaintiff's Motion to Amend Complaint<br>Result: Matter Heard |
| 03/01/2011 | Motion for Leave (3:00 AM) (Judicial Officer Barker, David) | Defendant's Motion for Leave to Amend Answer to Add Counterclaims, Crossclaims and Affirmative Defenses and for Leave to File Third-Party Complaint<br>Result: Matter Heard |
| 03/01/2011 | All Pending Motions (3:00 AM) (Judicial Officer Barker, David) | Minutes<br>Result: Matter Heard |
| 03/16/2011 | Third Party Complaint | GMAC Mortgage, LLC's Third-Party Complaint |
| 03/16/2011 | Amended Answer | GMAC Mortgage, LLC's Amended Answer, Crossclaims, and Counterclaims |
| 03/16/2011 | Initial Appearance Fee Disclosure | Initial Appearance Fee Disclosure |
| 03/24/2011 | Summons Issued | Summons - Civil |
| 03/24/2011 | Summons Issued | Summons - Civil |
| 03/24/2011 | Summons Issued | Summons - Civil |
| 03/24/2011 | Summons Issued | Summons - Civil |
| 03/24/2011 | Summons Issued | |
| 03/24/2011 | Summons Issued | Summons - Civil |
| 03/24/2011 | Order | Order re: Motion to Amend Complaint |
| 03/24/2011 | Summons | Summons - Civil |
| 03/30/2011 | Notice of Entry | Notice of Entry Re: Motion to Amend Complaint |
| 04/06/2011 | Order Granting Motion | Order Granting Motion for Leave to Amend Answer to Add Counterclaims, Crossclaims and Affirmative Defenses and for Leave to File Third-Party Complaint |
| 04/11/2011 | Notice of Entry of Order | Notice of Entry of Order Granting Motion for Leave to Amend Answer to Add Counterclaims, Crossclaims and Affirmative Defenses and for Leave to File Third-Party Complaint |

| Date | Event | Description |
|---|---|---|
| 04/13/2011 | Answer to Crossclaim | Answer to Cross-Claims |
| 04/14/2011 | Amended Complaint | Amended Complaint |
| 04/25/2011 | Motion to Compel | Defendant Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Plaintiff's Expert Witness Curtis Novy On An Order Shortening time |
| 04/25/2011 | Answer to Amended Complaint | Defendant Fidelity National Title Agency of Nevada's Answer to Amended Complaint |
| 04/26/2011 | Motion to Withdraw As Counsel | Motion to Withdraw as Attorney of Record |
| 04/28/2011 | Joinder To Motion | GMAC Mortgage, LLC's Joinder to Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Plaintiff's Expert Witness Curtis Novy on an Order Shortening Time |
| 04/28/2011 | Amended Certificate of Service | Amended Certificate of Service for Defendant Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Plaintiff's Expert Witness Curtis Novy On An Order Shortening Time |
| 04/28/2011 | Response | Response to Motion to Compel and Counter-Motion To Extend Discovery |
| 04/28/2011 | Amended Certificate of Service | Amended Certificate of Service for Defendant Fidelity National Title Agency of Nevada's Answer to Amended Complaint |
| 04/28/2011 | Amended Certificate of Service | Amended Certificate of Service of Response To Motion to Compel and Counter-Motion To Extend Discovery |
| 04/29/2011 | Motion to Compel (9:00 AM) (Judicial Officer Bulla, Bonnie) | Defendant Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Plaintiff's Expert Witness Curtis Novy On An Order Shortening Time<br>Result: Granted |
| 04/29/2011 | Joinder (9:00 AM) (Judicial Officer Bulla, Bonnie) | GMAC Mortgage, LLC's Joinder to Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Plaintiff's Expert Witness Curtis Novy on an Order Shortening Time<br>Result: Granted |
| 04/29/2011 | Opposition and Countermotion (9:00 AM) (Judicial Officer Bulla, Bonnie) | Response to Motion to Compel and Counter-Motion To Extend Discovery<br>Result: Granted |
| 04/29/2011 | All Pending Motions (9:00 AM) (Judicial Officer Bulla, Bonnie) | Deft Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Pltf's Expert Witness Curtis Novy On An OST ....... GMAC Mortgage, LLC's Joinder to Fidelity National Title Agency of Nevada's Motion to Compel Deposition of Pltf's Expert Witness Curtis Novy on an OST ..... Response to Motion to Compel and Counter-Motion To Extend Discovery<br>Parties Present<br>Minutes<br>Result: Matter Heard |
| 04/29/2011 | Notice of Motion | Notice of Motion |
| 05/03/2011 | Summons Issued | Summons for Mountain View Mortgage Company |
| 05/04/2011 | Affidavit of Service | Affidavit of Service - Tracy L. Sharpe |
| 05/04/2011 | Affidavit of Service | Affidavit of Service - Vicki L. Longden |
| 05/04/2011 | Certificate of Service | Certificate of Service |
| 05/06/2011 | Amended Answer | Answer to GMAC Mortgage, LLC's Amended Answer, Crossclaims and Counterclaims |
| 05/20/2011 | Answer | Answer |
| 06/02/2011 | Motion to Withdraw as Counsel (3:00 AM) (Judicial Officer Barker, David) | Notice of Motion: Motion to Withdraw as Attorney of Record<br>Minutes<br>Result: Granted |
| 06/06/2011 | Notice of Early Case Conference | Notice of Early Case Conference and 2.35 (Meet & Confer) Meeting |
| 06/16/2011 | Affidavit of Due Diligence | Affidavit of Due Diligence re: Tracy L. Sharpe |
| 06/21/2011 | Notice | Notice of Change of Attorney |
| 06/21/2011 | Amended Notice | Amended Notice of Early Case Conference and 2.35 Meet & Confer Meeting |
| 06/27/2011 | Default | Default - Tracy Sharpe |
| 06/28/2011 | Affidavit of Due Diligence | Affidavit of Due Diligence re: Suzy M. Barragan, an Individual |
| 06/28/2011 | Notice of Entry of Default | Notice of Entry of Default |
| 06/29/2011 | Discovery Commissioners Report and Recommendations | Discovery Commissioner's Report and Recommendations |
| 06/29/2011 | Objection to Discovery Commissioners Report and Recommend | Objection To Discovery Commissioners Report and Recommendation |
| 06/30/2011 | Affidavit of Due Diligence | Affidavit of Due Diligence Re: Silvano Barragan, an Individual |
| 06/30/2011 | Certificate of Mailing | Certificate of Mailing: Discovery Commissioner's Report and Recommendations |
| 07/01/2011 | Order Granting Motion | Order Granting Motion to Withdraw as Counsel of Record |
| 07/08/2011 | Status Check (9:30 AM) (Judicial Officer Bulla, Bonnie) | Status Check: Status of Case |

| Date | Event | Description |
|---|---|---|
| | Parties Present | |
| | Minutes | |
| | Result: Matter Heard | |
| 07/11/2011 | Ex Parte Motion | Ex Parte Motion For Service By Publication Against Defendant Suzy M. Barragan |
| 07/11/2011 | Ex Parte Motion | Ex Parte Motion For Service By Publication Against Defendant Silvano Barragan |
| 07/21/2011 | Order for Service by Publication | Order for Service by Publication - Silvano Barragan |
| 07/26/2011 | Notice of Entry of Order | Notice of Entry re: Order for Service By Publication Silvano Barragan |
| 07/27/2011 | Summons Issued | Summons - Suzy Barragan |
| 08/22/2011 | CANCELED Calendar Call (10:00 AM) (Judicial Officer Barker, David) | Vacated - per Commissioner; discovery extended, 2.35 Stipulation or Motion to follow |
| 08/22/2011 | Affidavit of Publication | Affidavit of Publication |
| 08/29/2011 | CANCELED Bench Trial (10:00 AM) (Judicial Officer Barker, David) | Vacated - per Commissioner; discovery extended, 2.35 Stipulation or Motion to follow |
| 09/14/2011 | Order Setting Civil Bench Trial | Order Setting Civil Bench Trial |
| 11/16/2011 | Motion to Compel | Motion to Compel Payment and Motion for Sanctions |
| 11/16/2011 | Amended Certificate of Service | Amended Certificate of Mailing |
| 12/05/2011 | Opposition to Motion | Opposition to Plaintiff's Motion to Compel Payment and Motion for Sanctions |
| 12/20/2011 | Motion to Compel (8:15 AM) (Judicial Officer Barker, David) | Plaintiff and Counter Defendant Maurice Sharpe's Motion to Compel Payment and Motion for Sanctions; Minutes; Result: Withdrawn |
| 01/06/2012 | Certificate of Mailing | Certificate of Mailing Re: Summons and Complaint |
| 02/23/2012 | Motion for Determination of Good Faith Settlement | Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time |
| 02/23/2012 | Certificate of Mailing | Certificate of Mailing re: Summons and Amended Complaint |
| 02/23/2012 | Amended | Amended Certificate of Mailing re: Summons and Amended Complaint |
| 02/27/2012 | Ex Parte Motion | Ex parte Motion for Service by Publication Against Defendant Tracy L. Sharpe |
| 03/01/2012 | Expert Witness Designation | Plaintiff's Expert Witness Designation |
| 03/05/2012 | Opposition to Motion | Opposition to Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time |
| 03/05/2012 | Motion for Summary Judgment | Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Motion for Summary Judgment |
| 03/06/2012 | Default | Default Against Defendant Mountain View Mortgage Company |
| 03/06/2012 | Notice of Hearing | Notice of Hearing |
| 03/07/2012 | Reply in Support | Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Reply in Support of Its Motion for Good Faith Settlement |
| 03/08/2012 | Motion for Good Faith Settlement (8:15 AM) (Judicial Officer Barker, David) | Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc's Motion for Determination of Good Faith Settlement on an Order Shortening Time; Parties Present; Minutes: 03/01/2012 Reset by Court to 03/08/2012; Result: Motion Granted |
| 03/08/2012 | Motion | Motion to Enlarge Time to Serve Defendant Tracy L. Sharpe |
| 03/15/2012 | Affidavit of Attempted Service | Affidavit of Attempted Service |
| 03/26/2012 | Opposition to Motion | Opposition to Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Motion for Summary Judgement |
| 03/27/2012 | Motion for Partial Summary Judgment | Motion for Partial Summary Judgment |
| 03/29/2012 | Declaration | Declaration of Maurice Sharpe In Support of Motion for Partial Summary Judgment |
| 03/30/2012 | Amended Certificate of Service | Amended Certificate of Mailing Re: Motion For Partial Summary Judgment |
| 04/03/2012 | Default | Default Against Defendant Suzy M. Barragan |
| 04/03/2012 | Reply in Support | Fidelity National Title Agency of Nevada's Reply in Support of its Motion for Summary Judgment |
| 04/10/2012 | Motion for Summary Judgment (8:15 AM) (Judicial Officer Barker, David) 04/10/2012, 04/12/2012 | Defendant/Crossdefendant Fidelity National Title Agency of Nevada, Inc.'s Motion for Summary Judgment |

| Date | Event |
|---|---|
| | Parties Present |
| | Result: Matter Continued |
| 04/10/2012 | **Motion** (8:15 AM) (Judicial Officer Barker, David) |
| | **04/10/2012, 04/12/2012** |
| | *Plaintiff's Motion to Enlarge Time to Serve Defendant Tracy L. Sharpe* |
| | Parties Present |
| | 04/10/2012  Reset by Court to 04/10/2012 |
| | Result: Matter Continued |
| 04/10/2012 | **All Pending Motions** (8:15 AM) (Judicial Officer Barker, David) |
| | Minutes |
| | Result: Matter Heard |
| 04/12/2012 | **All Pending Motions** (8:15 AM) (Judicial Officer Barker, David) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 04/16/2012 | **Opposition and Countermotion** |
| | *Opposition to Plaintiff/Counterdefendant Maurice Sharpe's Motion for Partial Summary Judgment and Counter-Motion for Partial Summary Judgment* |
| 04/16/2012 | **Initial Appearance Fee Disclosure** |
| | *Initial Appearance Fee Disclosure* |
| 04/17/2012 | **Certificate of Mailing** |
| | *Certificate of Mailing* |
| 04/19/2012 | **Order Extending Time to Serve** |
| | *Order RE: Ex Parte Motion to Enlarge Time to Serve Defendant Tracy L. Sharpe* |
| 04/20/2012 | **Reply to Opposition** |
| | *Reply to Opposition to Motion for Partial Summary Judgment and Opposition to Counter Motion for Summary Judgment* |
| 04/23/2012 | **Default** |
| | *Default Against Defendant Silvano Barragan* |
| 04/23/2012 | **Notice of Entry** |
| | *Notice of Entry re: Order Re: Ex Parte Motion to Enlarge Time to Serve Defendant Tracy L. Sharpe* |
| 04/27/2012 | **Order** |
| | *Order on Fidelity National Title Agency of Nevada's Motion for Good Faith Settlement Pursuant to NRS 17.245* |
| 04/27/2012 | **Order Granting Summary Judgment** |
| | *Order Granting Fidelity National Title Agency of Nevada, Inc.'s Motion for Summary Judgment and Judgement* |
| 04/30/2012 | **Notice of Entry of Order** |
| | *Notice of Entry of Order on Fidelity National Title Agency of Nevada's Motion for Good Faith Settlement Pursuant to NRS 17.245* |
| 04/30/2012 | **Notice of Entry of Order** |
| | *Notice of Entry of Order Granting Fidelity National Title Agency of Nevada, Inc.'s Motion for Summary Judgment and Judgment* |
| 04/30/2012 | **Order for Service by Publication** |
| | *Order for Service by Publication* |
| 04/30/2012 | **Declaration** |
| | *Supplemental Declaration of Maurice Sharpe In Support of Motion For Partial Summary Judgment* |
| 05/01/2012 | **Certificate of Service** |
| | *Certificate of Mailing re: Summons and Amended Complaint* |
| 05/01/2012 | **Notice of Entry of Order** |
| | *Notice of Entry re: Order For Service by Publication* |
| 05/01/2012 | **Reply to Opposition** |
| | *Reply to Plaintiff Maurice Sharpe's Opposition to Counter-Motion for Partial Summary Judgment* |
| 05/08/2012 | **Motion for Partial Summary Judgment** (8:15 AM) (Judicial Officer Barker, David) |
| | *Plaintiff's Motion for Partial Summary Judgment* |
| | Result: Motion Denied |
| 05/08/2012 | **Opposition and Countermotion** (8:15 AM) (Judicial Officer Barker, David) |
| | *Defendant/Counterclaimant/Crossclaimant/ Third-Party Plaintiff GMAC Mortgage, LLC's Opposition to Plaintiff/Counterdefendant Maurice Sharpe's Motion for Partial Summary Judgment and Counter-Motion for Partial Summary Judgment* |
| | Result: Motion Denied |
| 05/08/2012 | **All Pending Motions** (8:15 AM) (Judicial Officer Barker, David) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 05/30/2012 | **Affidavit of Publication** |
| | *Affidavit of Publication* |
| 05/31/2012 | **Supplemental 16.1 Early Case Conference** |
| | *Supplement to 16.1 Case Conference* |
| 06/01/2012 | **Certificate of Mailing** |
| | *Certificate of Mailing* |
| 06/01/2012 | **Notice of Bankruptcy** |
| | *Notice of Bankruptcy and Effect of Automatic Stay* |
| 07/03/2012 | **Default** |
| | *Default Against Defendant Tracy L. Sharpe* |
| 07/26/2012 | **Stipulation and Order for Dismissal With Prejudice** |
| | *Stipulation and Order for Dismissal with Prejudice as to Fidelity National Title Agency of Nevada, Inc. Only* |
| 07/27/2012 | **Notice of Entry of Stipulation & Order for Dismissal** |
| | *Notice of Entry of Stipulation and Order for Dismissal with Prejudice as to Fidelity National Title Agency of Nevada, Inc. Only* |
| 07/30/2012 | **Notice of Change of Address** |
| | *Notice of Firm Address Change* |
| 08/20/2012 | **Calendar Call** (10:00 AM) (Judicial Officer Barker, David) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 08/27/2012 | **CANCELED  Bench Trial** (10:00 AM) (Judicial Officer Barker, David) |
| | *Vacated - per Judge* |
| 06/06/2013 | **Status Check** (8:15 AM) (Judicial Officer Barker, David) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 06/06/2013, 06/05/2014 *Status Chec: GMAC Bankruptcy* Parties Present Minutes Result: Matter Continued |  |  |  |
| 02/05/2014 | **Application for Default Judgment** *Application for Default Judgment Against Defendant Tracy L. Sharpe* |  |  |  |
| 02/05/2014 | **Application for Default Judgment** *Application for Default Judgment Against Defendants Suzy M. Barragan and Mountain View Mortgage Company* |  |  |  |
| 02/05/2014 | **Memorandum of Costs and Disbursements** *Memorandum of Costs and Disbursements* |  |  |  |
| 02/05/2014 | **Affidavit in Support of Default Judgment** *Affidavit of Maurice Sharpe In Support of Application for Default Judgment Against Defendant Tracy L. Shapre* |  |  |  |
| 02/05/2014 | **Affidavit in Support of Default Judgment** *Affidavit of Maurice Sharpe In Support of Application For Default Judgment Against Defendants Suzy M. Barragan and Mountain View Mortgage Company* |  |  |  |
| 02/05/2014 | **Affidavit in Support of Default Judgment** *Affidavit of Maurice Sharpe In Support of Application For Default Judgment Against Defendant Silvano Barragan* |  |  |  |
| 02/05/2014 | **Motion for Prove-up of Default** *Motion for Prove-Up Hearing For Damages For Default Judgment Against Defendants Tracy L. Sharpe, Silvano Barragan, Suzy Barragan and Mountain View Mortgage Company* |  |  |  |
| 02/05/2014 | **Application for Default Judgment** *Application for Default Judgment Against Defendant Silvano Barragan* |  |  |  |
| 03/11/2014 | **Motion for Prove Up** (8:15 AM) (Judicial Officer Barker, David) *Plaintiff's Motion for Prove-Up Hearing For Damages For Default Judgment Against Defendants Tracy L. Sharpe, Silvano Barragan, Suzy Barragan and Mountain View Mortgage Company* Parties Present Minutes Result: Motion Granted |  |  |  |
| 06/13/2014 | **Order to Statistically Close Case** *Civil Order to Statistically Close Case* |  |  |  |
| 07/18/2014 | **Judgment** *Judgment* |  |  |  |
| 07/21/2014 | **Certificate of Mailing** *Certificate of Mailing* |  |  |  |
| 07/21/2014 | **Notice of Entry of Judgment** *Notice of Entry of Judgment* |  |  |  |
| 01/05/2015 | **Case Reassigned to Department 24** *District Court Case Reassignment 2015* |  |  |  |

### FINANCIAL INFORMATION

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Counter Claimant** GMAC Mortgage Total Financial Assessment Total Payments and Credits **Balance Due as of 03/05/2015** |  |  | 423.00 423.00 **0.00** |
| 12/05/2011 | Transaction Assessment |  |  | 223.00 |
| 12/05/2011 | Wiznet | Receipt # 2011-138531-CCCLK | GMAC Mortgage | (223.00) |
| 04/17/2012 | Transaction Assessment |  |  | 200.00 |
| 04/17/2012 | Wiznet | Receipt # 2012-49463-CCCLK | GMAC, LLC | (200.00) |
|  | **Counter Defendant** Sharpe, Maurice Total Financial Assessment Total Payments and Credits **Balance Due as of 03/05/2015** |  |  | 470.00 470.00 **0.00** |
| 10/21/2009 | Transaction Assessment |  |  | 270.00 |
| 10/21/2009 | Payment (Window) | Receipt # 2009-63453-FAM | David J Winterton and Assoc LTD | (270.00) |
| 03/29/2012 | Transaction Assessment |  |  | 200.00 |
| 03/29/2012 | Wiznet | Receipt # 2012-40751-CCCLK | Sharpe, Maurice | (200.00) |
|  | **Cross Defendant** Fidelity National Title Agency of Nevada Total Financial Assessment Total Payments and Credits **Balance Due as of 03/05/2015** |  |  | 423.00 423.00 **0.00** |
| 12/04/2009 | Transaction Assessment |  |  | 223.00 |
| 12/04/2009 | Payment (Window) | Receipt # 2009-08198-CCCLK | Snell & Wilmer LLP | (223.00) |
| 03/06/2012 | Transaction Assessment |  |  | 200.00 |
| 03/06/2012 | Wiznet | Receipt # 2012-29787-CCCLK | Fidelity National Title Agency of Nevada | (200.00) |
|  | **Defendant** Ssafe Mortgage Fidelity National Title Agency of Nevada Total Financial Assessment Total Payments and Credits **Balance Due as of 03/05/2015** |  |  | 223.00 223.00 **0.00** |

| Date | Transaction | Receipt | Party | Amount |
|---|---|---|---|---|
| 11/02/2009 | Transaction Assessment | | | 223.00 |
| 11/02/2009 | Payment (Window) | Receipt # 2009-65861-FAM | MacDonald & Judd LTD | (223.00) |

**Third Party Defendant** Longden, Vicki
Total Financial Assessment — 223.00
Total Payments and Credits — 223.00
**Balance Due as of 03/05/2015** — 0.00

| Date | Transaction | Receipt | Party | Amount |
|---|---|---|---|---|
| 05/20/2011 | Transaction Assessment | | | 223.00 |
| 05/20/2011 | Payment (Window) | Receipt # 2011-20329-FAM | Longden, Vicki | (223.00) |

**Third Party Plaintiff** GMAC Mortgage LLC
Total Financial Assessment — 135.00
Total Payments and Credits — 135.00
**Balance Due as of 03/05/2015** — 0.00

| Date | Transaction | Receipt | Party | Amount |
|---|---|---|---|---|
| 03/17/2011 | Transaction Assessment | | | 135.00 |
| 03/17/2011 | Wiznet | Receipt # 2011-25873-CCCLK | GMAC Mortgage LLC | (135.00) |