# EXHIBIT D

EXHIBIT D

YOUR PLATINUM CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 02/16/08
Through: 03/17/08

*Need assistance?*
To reach us anytime,
call 1-800-788-7000
or visit us at wamu.com

TRACY L SHARPE
MAURICE SHARPE
8665 W FLAMINGO RD STE 131237
LAS VEGAS NV 89147-8621

## Your Platinum Checking Detail Information

| TRACY L SHARPE | Account Number: REDA 0357-0 |
| MAURICE SHARPE | Washington Mutual Bank, FA |

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | -$689.80 | Interest Earned | $13.59 |
| Checks Paid | -$4,415.99 | Annual Percentage Yield Earned | 2.17% |
| Other Withdrawals | -$10,416.97 | YTD Interest Paid | $13.70 |
| Deposits | +$215,661.51 | YTD Interest Withheld | $0.00 |
| Ending Balance | $200,138.75 | | |

**Platinum Relationship**

Average Balance $1,076.98
(the prior calendar month's average combined daily ending
balance of the Platinum Checking and all linked deposit accounts
+ the prior calendar month's end of month balance of any other
linked account)

End of Month Balance $4,821.97
(Platinum Checking and all linked accounts – prior calendar
month's end of month balance)

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 02/19 | Overdraft Charge | $32.00 | |
| 02/19 | ~~REDACTED~~ | $32.00 | |
| 02/19 | Overdraft Charge | $32.00 | |
| 02/20 | ~~REDACTED~~ | $32.00 | |
| 02/20 | Overdraft Charge | $32.00 | |
| 02/20 | Non Sufficient Funds Charge | $32.00 | |
| 02/21 | POS ALBERTSONS 1650 N. BUFFALO DR. LAS VEGAS NV | $37.97 | |
| 02/25 | ~~REDACTED~~ | $32.00 | |
| 02/25 | Non Sufficient Funds Charge | $32.00 | |
| 02/27 | ~~REDACTED~~ | $100.00 | |
| 02/27 | PAYPAL INST XFER    REDACTED | $273.99 | |

10-S-RC                    Page 1 of 3                 Deposits are FDIC Insured
                                                       Form CSS00040 0000035981  X

M. CARTER                                                          FNT000198

**This Statement Covers**
Account number: REDAC 357-0
From: 02/16/08
Through: 03/17/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 02/27 | PAYPAL INST XFER   REDACTED | | |
| 02/28 | Verification Of Deposit Fee | $10.00 | |
| 02/29 | Customer Deposit | | $5,000.00 |
| 02/29 | POS WAL-MART #15 3625 SOUTH RAINBOW BLVLAS VEGAS NV | $130.11 | |
| 02/29 | POS GYMNAGES-61616 MARKS STREET HENDERSON NV | $10.84 | |
| 03/03 | MC-FEDEX KINKO'S #0741 LAS VEGAS NV | $8.06 | |
| 03/03 | MC-CHEVRON 0207180 LAS VEGAS NV | $38.00 | |
| 03/03 | MC-CHEVRON 0206965 LAS VEGAS NV | $53.03 | |
| 03/04 | GMAC SPRINTING MORTGAGE   REDACTED | $2,797.28 | |
| 03/04 | CAPITAL ONE ARC CHECK PYMT 2373 | $2,120.00 | |
| 03/05 | Overdraft Charge | $32.00 | |
| 03/05 | Non Sufficient Funds Charge | $32.00 | |
| 03/05 | Customer Deposit | | $1,500.00 |
| 03/05 | MC-TWX*AOL SERVICE 0308 800-827-6364 NY | $14.95 | |
| 03/06 | MC-NEVAEH LAS VEGAS NV | $33.00 | |
| 03/07 | Customer Deposit | | $1,500.00 |
| 03/07 | MC-NCRS SALON INTERNET REDACTED | $10.85 | |
| 03/07 | MC-NEVAEH LAS VEGAS NV | $235.97 | |
| 03/10 | ATM-NCRS 51A 2740S 2585 S RAINBOW BLVD LAS VEGAS NV | $40.00 | |
| 03/10 | POS BCF - 560 NO BCF - 560 NORTH STEPHAHENDERSON NV | $172.29 | |
| 03/10 | SUNTRUST MORGO NORMORTGE   REDACTED | $2,747.95 | |
| 03/10 | PAYPAL INST XFER   REDACTED | $118.94 | |
| 03/11 | GMAC CHECK PAYMT 2376 | $131.00 | |
| 03/11 | Overdraft Charge | $32.00 | |
| 03/11 | Non Sufficient Funds Charge | $32.00 | |
| 03/11 | Overdraft Charge | $32.00 | |
| 03/11 | Overdraft Charge | $32.00 | |
| 03/11 | Non Sufficient Funds Charge | $32.00 | |
| 03/14 | Non Sufficient Funds Charge | $32.00 | |
| 03/14 | Non Sufficient Funds Charge | $32.00 | |
| 03/17 | Non Sufficient Funds Charge | $32.00 | |
| 03/17 | Non Sufficient Funds Charge | $32.00 | |
| 03/17 | WIRE TRANSFER DEPOSIT | | $202,547.92 |
| 03/17 | FEE INCOMING DOMESTIC WIRE | $10.00 | |
| 03/17 | PAYPAL INST XFER   REDACTED | $200.99 | |
| 03/17 | Postage Purchase | | $1.00 |
| 03/17 | Plus Package Membership | $5.00 | |
| 03/17 | Service Charge | $10.00 | |

| Checks Paid | | | | | *indicates check out of sequence |
|---|---|---|---|---|---|
| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
| 2372 | 02/26 | $3,500.00 | 2381 | 03/17 | $610.99 |
| 2380 | 03/12 | $305.00 | | | |

Page 2 of 3

Deposits are FDIC Insured

Form C5500040 000005892  X

M. CARTER

FNT000199

**This Statement Covers**
**Account number** REDACT **357-0**
From: 02/16/08
Through: 03/17/08

| Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges (excluding any charges which have been waived or refunded): | |
|---|---|
| Overdraft charges | $768.00 |
| Non-Sufficient Funds charges | $448.00 |

| Overdraft/Non-Sufficient Funds Charges-this statement period: | |
|---|---|
| Overdraft charges | $288.00 |
| Non-Sufficient Funds charges | $320.00 |

Your Overdraft Limit as of the statement end date: [illegible]
*Please note that this may be changed at any time without notice (see reverse for more information).*
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, is $32.00 per transaction.

Deposits are FDIC Insured

Form CSS00040 0000035883 X

M. CARTER

FNT000200

**TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000**

**HOW TO RECONCILE YOUR ACCOUNT**

STEP 1 - Update your account record.
- Enter checks, other transactions and service charges not recorded.

STEP 2 - List outstanding checks, other transactions, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS | | |

| STEP 3 | AMOUNT | |
|---|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT<br>ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | | |

**IF BALANCES DO NOT AGREE -**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

**NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER**

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

**OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES**

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.

The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop BR2CLFL, Lake Worth, FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number;
The dollar amount of the suspected error;
Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

**BANKRUPTCY NOTICE**

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**ELECTRONIC FUND TRANSFER DISCLOSURES**

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at: 1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94566-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

Tell us your name and account number.
Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days as applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**TRANSACTION DESCRIPTIONS**

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV08/07

M. CARTER

YOUR PLATINUM CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

This Statement Covers
From: 03/18/08
Through: 04/15/08

Need assistance?
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

TRACY L SHARPE
MAURICE SHARPE
8665 W FLAMINGO RD STE 131237
LAS VEGAS NV 89147-8621

Our addresses for notices regarding unauthorized transactions, lost or stolen access devices or other errors have changed. Write us as follows: for ATM Card, Debit Card or related PINs, P.O. Box 9017, Pleasanton, CA 94566-9020; for ACH and electronified check transactions, P.O. Box 65934, San Antonio, TX 78265; and, for Personal BillPay® and Business BillPay® services and Online Banking transactions, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

Please see the Notice of Change In Terms towards the end of this statement for important information about your deposit accounts and services.

## Your Platinum Checking Detail Information

TRACY L SHARPE
MAURICE SHARPE

Account Number: REDA 357-0
Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $200,138.75 |
| Checks Paid | -$17,397.22 |
| Other Withdrawals | -$155,310.62 |
| Deposits | +$3,643.41 |
| Ending Balance | $31,074.32 |

Platinum Relationship
Average Balance $30,857.42
(the prior calendar month's average combined daily ending balance of the Platinum Checking and all linked deposit accounts + the prior calendar month's end of month balance of any other linked account )
End of Month Balance $39,338.70
(Platinum Checking and all linked accounts – prior calendar month's end of month balance )

| | |
|---|---|
| Interest Earned | $57.78 |
| Annual Percentage Yield Earned | 1.70% |
| YTD Interest Paid | $71.48 |
| YTD Interest Withheld | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/18 | Customer Deposit | | $100.00 |
| 03/18 | Customer Withdrawal | $38,819.82 | |
| 03/18 | Customer Withdrawal | $5,000.00 | |
| 03/18 | Customer Withdrawal | $5,000.00 | |

M. CARTER FNT000202

This Statement Covers
Account Number: REDA 3357-0
From: 03/18/08
Through: 04/15/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/18 | POS GUESS #2014 3500 LAS VEGAS BLVD #CLAS VEGAS NV | $159.47 | |
| 03/19 | Customer Withdrawal | $5,000.00 | |
| 03/19 | Customer Withdrawal | $5,000.00 | |
| 03/19 | Customer Withdrawal | $8,000.00 | |
| 03/19 | Customer Withdrawal | $9,000.00 | |
| 03/19 | Customer Withdrawal | $11,000.00 | |
| 03/19 | Customer Withdrawal | $5,000.00 | |
| 03/19 | Customer Withdrawal | $4,500.00 | |
| 03/19 | Customer Withdrawal | $4,500.00 | |
| 03/19 | Customer Withdrawal | $5,000.00 | |
| 03/19 | Customer Withdrawal | $9,000.00 | |
| 03/19 | Customer Withdrawal | $6,088.94 | |
| 03/19 | POS AT&T MOBILIT 9795 W CHARLESTON BLVDLAS VEGAS NV | $429.92 | |
| 03/19 | POS WAL-MART #15 3625 SOUTH RAINBOW BLVLAS VEGAS NV | $126.25 | |
| 03/19 | MC-CHIPOTLE #0718 Q9 LAS VEGAS NV | $16.11 | |
| 03/19 | MC-RUTH'S CHRIS STEAK HOU LAS VEGAS NV | $121.43 | |
| 03/19 | HOMEQ SERVICING MORTGAGE REDACTED | $2,766.00 | |
| 03/19 | CHEVRON AAPPYMNTREDACTE | $425.49 | |
| 03/19 | PAYPAL INST XFER REDACTED | $33.16 | |
| 03/19 | PAYPAL INST XFER REDACTED | $489.95 | |
| 03/20 | MC-CHEVRON REDA LAS VEGAS NV | $66.30 | |
| 03/20 | Mc-Richard E Kohlmeyer Las Vegas Nv | $153.00 | |
| 03/20 | Mc-Burberry #31 Las Vegas Nv | $1,313.48 | |
| 03/20 | AMERICAN EXPRESS ELEC REMIT REDACTED | $803.00 | |
| 03/20 | AMERICAN EXPRESS ELEC REMIT REDACTED | $364.60 | |
| 03/21 | Customer Withdrawal | $3,200.00 | |
| 03/21 | POS WALGREEN COM 7599 W LAKE MEAD BLVDLAS VEGAS NV | $26.85 | |
| 03/21 | POS J & J HEALTH 7501 W LAKE MEAD #108 LAS VEGAS NV | $180.02 | |
| 03/21 | PAYPAL INST XFER REDACTED | $11.98 | |
| 03/21 | AMERICAN EXPRESS ELEC REMIT REDACTED | $9,000.00 | |
| 03/24 | POS FOOT LOCKER 3200 LAS VEGAS BLVDSOLAS VEGAS NV | $158.35 | |
| 03/24 | POS AT&T MOBILIT 9795 W CHARLESTON BLVDLAS VEGAS NV | $537.67 | |
| 03/24 | POS WAL-MART #15 3625 SOUTH RAINBOW BLVLAS VEGAS NV | $65.47 | |
| 03/24 | POS NEVADA PWR NEVADA PWR/BILLMATRIX LAS VEGAS NV | $147.39 | |
| 03/24 | MC-BURBERRY#31 LAS VEGAS NV | | $1,179.86 |
| 03/24 | MC-KFC REDACTED LAS VEGAS NV | $9.68 | |
| 03/24 | MC-STARBUCKS USA REDACT LAS VEGAS NV | $4.53 | |
| 03/24 | MC-PARK PLACE CLEANERS LAS VEGAS NV | $44.29 | |
| 03/24 | MC-ROBERTO'S TACO SHOP LAS VEGAS NV | $18.76 | |
| 03/24 | Mc-Gca* Eureka Casino Las Las Vegas Nv | $1,679.99 | |
| 03/24 | MC-APPLE STORE #R064 LAS VEGAS NV | $32.27 | |

Deposits are FDIC Insured

7782 MNGR 001 07 15 041500 PAGE 2 of 4 COLR725B 7253 3200 01AA7782

M. CARTER

This Statement Covers
Account Number: REDA 1357-0
From: 03/18/08
Through: 04/15/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/24 | MC-STEVE MADDEN #075 LAS VEGAS NV | $80.77 | |
| 03/24 | MC-STARBUCKS USA REDACT LAS VEGAS NV | $8.13 | |
| 03/24 | PAYPAL INST XFER REDACTED | $11.98 | |
| 03/24 | PAYPAL INST XFER REDACTED | $771.00 | |
| 03/24 | PAYPAL INST XFER REDACTED | $23.50 | |
| 03/25 | ATM-NCHG S1F08899 9701 W FLAMINGO RD LAS VEGAS NV | $100.00 | |
| 03/25 | POS TJ TJ MAXX LAS VEGAS NV | $377.05 | |
| 03/25 | POS MARSHALLS MARSHALLS SUMMERLIN NV | $80.77 | |
| 03/25 | Mc-Southwes REDACTED Tx | $284.50 | |
| 03/26 | POS WAL-MART #15 3625 SOUTH RAINBOW BLVLAS VEGAS NV | $29.46 | |
| 03/26 | MC-WALGREENS #3872 Q03 LAS VEGAS NV | $34.99 | |
| 03/26 | MC-FEDEX SHP 03/21/08 AB# REDACTED TN | $30.28 | |
| 03/27 | MC-TROPICAL SMOOTHIE NV-3 LAS VEGAS NV | $25.06 | |
| 03/31 | POS ALBERTSONS 4500 E. TROPICANA LAS VEGAS NV | $56.72 | |
| 03/31 | ATM-NCHG S1A07405 2585 S RAINBOW BLVD LAS VEGAS NV | $100.00 | |
| 03/31 | MC-CHIPOTLE #0718 Q9 LAS VEGAS NV | $17.35 | |
| 03/31 | MC-TROPICAL SMOOTHIE NV-3 LAS VEGAS NV | $34.43 | |
| 03/31 | MC-TROPICAL SMOOTHIE NV-1 LAS VEGAS NV | $10.05 | |
| 03/31 | MC-TROPICAL SMOOTHIE NV-1 LAS VEGAS NV | $17.05 | |
| 03/31 | PAYPAL INST XFER REDACTED | $24.45 | |
| 03/31 | PAYPAL INST XFER REDACTED | $69.99 | |
| 03/31 | AMERICAN EXPRESS ELEC REMIT REDACTED | $138.00 | |
| 03/31 | PAYPAL INST XFER REDACTED | $2.99 | |
| 04/01 | Customer Deposit | | $1,128.66 |
| 04/01 | POS ALBERTSONS 1650 N. BUFFALO DR. LAS VEGAS NV | $129.30 | |
| 04/02 | MC-GCA* WILD WILD WEST GA LAS VEGAS NV | $1,263.99 | |
| 04/03 | MC-TROPICAL SMOOTHIE NV-3 LAS VEGAS NV | $31.46 | |
| 04/03 | HOMEQ SERVICING MORTGAGE REDACTED | $2,890.76 | |
| 04/04 | MC-KFC REDACTED LAS VEGAS NV | $18.37 | |
| 04/04 | Mc-The Lakes Dermatology Las Vegas Nv | $619.93 | |
| 04/07 | POS CVS 8814 2525 S BUFFALO DR LAS VEGAS NV | $27.53 | |
| 04/07 | MC-NORDSTROM #0386 Q18 LAS VEGAS NV | | $517.20 |
| 04/07 | Mc-Neiman Marcus #15 Las Vegas Nv | $442.31 | |
| 04/07 | MC-TWX*AOL SERVICE 0408 800-827-6364 NY | $14.95 | |
| 04/07 | MC-NORDSTROM #0386 Q18 LAS VEGAS NV | $517.20 | |
| 04/07 | PAYPAL INST XFER REDACTED | $70.98 | |
| 04/07 | PAYPAL INST XFEI REDACTED | $222.00 | |
| 04/08 | POS LOWE'S #784 7550 WEST WASHINGTON LAS VEGAS NV | $653.84 | |
| 04/08 | POS ALBERTSONS 1650 N. BUFFALO DR. LAS VEGAS NV | $143.14 | |
| 04/08 | POS SMITHS 8555 W. SAHARA LAS VEGAS NV | $73.69 | |
| 04/10 | Mc-William B Terry Charte Las Vegas Nv | $100.00 | |
| 04/11 | MC-LOWES #00784* LAS VEGAS NV | | $639.91 |
| 04/11 | Mc-Lowes #00784* Las Vegas Nv | $1,627.48 | |
| 04/14 | Mc-8006 Red Rock Slf Stor Las Vegas Nv | $816.00 | |

Deposits are FDIC Insured

This Statement Covers
Account Number: REDA 3357-0
From: 03/18/08
Through: 04/15/08

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 04/15 | Interest Payment | | $57.78 |
| 04/15 | Plus Package Membership | $5.00 | |
| 04/15 | Service Charge | $20.00 | |
| 04/15 | Refund Service Charge | | $20.00 |

Checks Paid — *Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 2375 | 03/20 | $2,500.00 | 2388* | 03/20 | $3,700.00 |
| 2378* | 03/20 | $35.00 | 2391* | 03/24 | $600.00 |
| 2382* | 03/19 | $1,238.80 | 2392 | 03/28 | $1,714.01 |
| 2384* | 03/20 | $2,000.00 | 2393 | 04/07 | $375.00 |
| 2385 | 03/19 | $369.41 | 2394 | 04/04 | $450.00 |
| 2386 | 03/20 | $4,300.00 | 2395 | 04/15 | $115.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges $768.00
Non-Sufficient Funds charges $448.00

Your Overdraft Limit as of the statement end date: $1,000.00
Please note that this may be changed at any time without notice (see reverse for more information).
As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

NOTICE OF CHANGE IN TERMS

Effective June 5, 2008, our fees will be changing as follows:

ATM/Debit Card Foreign Transaction Fee
- ATM Transactions 1% of total
- Other Transactions 3% of total

Overdraft Transfer Service (if enrolled) $12
- Free when protecting Platinum Checking or with a balance of at least $10,000

Plus Package Monthly Fee $6
Return Deposited Item Fee $12
Safe Deposit (or Self Access) Box Drilling Fee $175
Statement Savings Monthly Service Charge $5
- Free if you are 18 years or younger (on request) or with a daily balance of $300

Overdraft and Non-Sufficient Funds (NSF) Fees
- We won't charge more than 7 Overdraft or NSF charges (combined) in a day
- Waived/refunded fees do not count towards daily limit.

If you have any questions regarding these changes, call us at 800-788-7000 (TDD 800-841-1743).

Deposits are FDIC Insured

7762 NNGR 001 07 15 041508 PAGE 4 of 4 COLR7258 7253 3200 01AA7782

**TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000**

**HOW TO RECONCILE YOUR ACCOUNT**

STEP 1 - Update your account record.
- Enter checks, other transactions and service charges not recorded.

STEP 2 - List outstanding checks, other transactions, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS | | |

| STEP 3 | AMOUNT | |
|---|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | | |
| | | |
| | | |
| | | |
| SUB TOTAL | | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | | |

**IF BALANCES DO NOT AGREE -**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

**NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER**

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

**OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES**

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.

The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6900, Mailstop BRZCLFL, Lake Worth, FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number;
The dollar amount of the suspected error;
Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

**BANKRUPTCY NOTICE**

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**ELECTRONIC FUND TRANSFER DISCLOSURES**

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at 1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94566-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

Tell us your name and account number.
Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days as applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**TRANSACTION DESCRIPTIONS**

ATM-CHG - AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG - AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER - AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL - AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC - DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB - ONLINE BANKING TRANSACTION
POP - POINT OF PURCHASE TRANSACTION
POS - POINT OF SALE TRANSACTION (PIN USED)
RCK - RE-PRESENTED CHECK
VISA - CHECK CARD TRANSACTION (PIN NOT USED)

REV00/07

