# EXHIBIT E

# EXHIBIT E

## Washington Mutual Bank, FA
(the "Bank")

**1 OF 1    BANK COPY    INDIVIDUAL/JOINT    MASTER ACCOUNT AGREEMENT**

| COMP NO | OWN CODE | PRODUCT | FC NUMBER | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| 02 | 1 | DOA | 0945 | REDACTED | | | |

| 1. CUSTOMER NAME | DATE OF BIRTH | TAX ID | SEX | PERSONAL PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| TRACY L SHARPE | REDACTED | REDACTED | F | (702) 526-2522 | |

| ADDRESS (CITY, STATE, ZIP CODE - GIVE PROVINCE AND COUNTRY, IF NOT IN U.S.A.) |
|---|
| 8665 W FLAMINGO RD STE 131237    LAS VEGAS, NV 89147-8621 |

| EMPLOYER | IDENTIFICATION | APPROVAL CODE |
|---|---|---|
| STUDENT | DRIVER'S LICENSE / USA REDACTED<br>OTHER SECONDARY ID / USA CHEVRON GAS CARD NV | 1987WI |

| 2. CUSTOMER NAME | DATE OF BIRTH | TAX ID | SEX | PERSONAL PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| MAURICE SHARPE | REDACTED | REDACTED | M | (702) 526-2522 | (702) 265-3534 |

| EMPLOYER | IDENTIFICATION | APPROVAL CODE |
|---|---|---|
| EURO TECH | DRIVER'S LICENSE / USA REDACTED<br>AMERICAN EXPRESS CARD AMERICAN EXPRESS | 1969CA |

| 3. CUSTOMER NAME | DATE OF BIRTH | TAX ID | SEX | PERSONAL PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER | IDENTIFICATION | APPROVAL CODE |
|---|---|---|
| | | |

| DATE OPENED | BY | TAX LINK | DATE CHANGED | |
|---|---|---|---|---|
| 01/03/2001 | CPB | 1 | 12/10/2004 | 01 / 15 |

The account opened under this Master Account Agreement shall be of the following type:

A JOINT ACCOUNT WITH RIGHT OF SURVIVORSHIP IN OUR NAMES. UPON THE DEATH OF ONE OR MORE OF US, THE FUNDS IN THIS ACCOUNT BECOME THE PROPERTY OF THE SURVIVOR(S).

This type of account is described in detail in the Account Disclosures and Regulations

Number of signatures required (see paragraph 3 below): 1

1. The Depositor shall be bound by the Bank's Account Disclosures and Regulations, and all amendments thereto, from time to time in effect. Such provisions are by this reference made a part of this Agreement as if set forth herein in full. All accounts, products or services opened shall remain open and in effect until they terminate in accordance with their own terms or until Bank terminates them or receives termination notice from Depositor, owner or signer in form satisfactory to Bank. Not all accounts, products and services offered by Bank may be available to Depositor.

2. This Agreement shall govern all accounts, products and services opened by Depositor in the capacity as indicated at the time of signing this Agreement and all other accounts, products and services that Depositor may from time to time authorize the Bank to open under that ownership capacity. Such authorization may be in writing, in person, by telephone or other means as Bank may accept, at its option, or by Depositor's use of such without specific authorization (except as required by law). Depositor and each owner or signer, if more than one, agrees that any other of them may authorize Bank to open or provide other accounts, products or services from time to time in the same ownership capacity. Further, Depositor and each owner or signer, if more than one, appoints each other his attorney-in-fact to endorse, cash or deposit, any checks or drafts payable to the order of any one or more of them. This power of attorney shall not be affected by the subsequent incapacity of any owner, signer or Depositor.

3. Instructions to permit withdrawal upon more than one signature apply only to checks and in-person transactions taking place in a branch. Other withdrawal or transfer transactions may be paid on the authorization of any one signer notwithstanding any instructions to the contrary, or, at its option, Bank may refuse such transaction and require joint written instructions. Without limiting the foregoing, funds in the account may be paid for accounts authorized for such: (a) upon checks, receipts, orders or drafts signed in Depositor's or agent's name by the prescribed number of authorized persons as set forth above; (b) pursuant to electronic, telephone or automated instructions using a personal identification number or; (c) pursuant to telephonic instructions from any agent or person purporting to be an agent of Depositor so long as such funds are transferred to an account in the name of Depositor or check is made payable to the Depositor. Notwithstanding the foregoing, Bank shall not be liable for any refusal or failure to make transfers or withdrawals pursuant to telephonic instructions. Except for Consumer Accounts as defined in the Account Disclosures and Regulations, depositor agrees that so long as a personal identification number is used or the agent or the purported agent identifies him or herself to Bank's satisfaction, every such payment/transfer of funds shall be at the sole risk of Depositor until Bank receives written revocation regarding such authorization applicable to future transactions.

4. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Account Disclosures and Regulations.

**TAX CERTIFICATION - UNDER PENALTIES OF PERJURY I CERTIFY THAT:**

1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I certify that I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) ☐ If this box is checked, the above 1-3 of the Tax Certification do not apply because (a) I am not a United States person or (b) I am an individual and am neither a citizen nor a resident of the United States. I am a U.S. person (including U.S. resident alien). I will complete the IRS form W-8BEN. (c) If this box is not checked, I am a U.S. person (including U.S. resident alien).

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and make the tax certification set forth above. In addition, I/we acknowledge receipt of the Account Disclosure and Regulations Relating to Deposit Accounts and Other Service and Electronic Funds Transfer Agreement and Disclosure ("Account Disclosure and Regulations"). Deposits are insured by the FDIC to the maximum amount permitted by law. THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

02    REDACTED

**TRACY L SHARPE**

*[signature: Tracy Sharpe]*

Please sign within the box    Thumb Print

X............................................

Please sign within the box    Thumb Print

**MAURICE SHARPE**

*[signature: Maurice Sharpe]*

Please sign within the box    Thumb Print

8741 (02/04)

FNT000294