# EXHIBIT F

# EXHIBIT F

```
20041115-0001701
Fee: $16.00    RPTT: $2,524.50
N/C Fee: $0.00
11/15/2004          11:48:47
T20040131022
Requestor:
NEVADA LEGAL FORMS & BOOKS INC
Frances Deane         PUN
Clark County Recorder    Pgs: 3
```

APN: 163-03-314-006
Recording requested by and mail documents and tax statements to:

Name: M/M SHARPE
Address: 2105 GRAND ISLAND CT.
City/State/Zip: LAS VEGAS, NEVADA 89117

DED106
Nevada Legal Forms & Books, Inc (702) 870-8977
www.legalformsrus.com

RPTT:

# GRANT, BARGAIN, and SALE DEED   

THIS INDENTURE WITNESS that:

### JAMES L. MOSLEY

(hereinafter called GRANTOR(S)) in consideration of TEN dollars $ 10.00, the receipt of which is hereby acknowledged, do hereby GRANT, BARGAIN, SALE and CONVEY to:

### MAURICE SHARPE AND TRACY L. SHARPE, HUSBAND AND WIFE AS JOINT TENANTS

(hereinafter called GRANTEE(S)) all that real property situated in the City of LAS VEGAS County of CLARK, State of NEVADA bounded and described as follows: (Set forth legal description and commonly known address)

COMMONLY KNOWN ADDRESS:
2105 GRAND ISLAND CT., LAS VEGAS, NEVADA

---

**WARNING:** THE COUNTY RECORDER MAY CHARGE AN ADDITIONAL FEE IF YOU WRITE WITHIN THE 1" MARGINS OF THIS DOCUMENT OR VIOLATE ANY OTHER RECORDING REQUIREMENTS IMPOSED BY YOUR COUNTY RECORDER.

---

Grant, Bargain, and Sale Deed        Page 1 of 3            Initials _____

**GMAC 0477**

LEGAL DESCRIPTION:

MOUNTAIN SHADOWS 3, PLAT BOOK 76, PAGE 1, LOT 6, BLOCK 1, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on 10 day of ~~OCTOBER~~ November, 2004.

_____
Signature of Grantor
JAMES L. MOSLEY

_____
Signature of Grantor

_____
Signature of Grantor

_____
Signature of Grantor

STATE OF NEVADA      )
COUNTY OF CLARK      )

On this 10 day of ~~OCTOBER~~ November, 2004, appeared before me, a Notary Public, JAMES L. MOSLEY------------------------------------------------------------

personally known or proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.

_____
Notary Public
My commission expires: Dec 5, 2007

Notary Public - State of Nevada
County of Clark
CYNTHIA D. JAMES-BANKS
My Appointment Expires
No. 03-85357-1   December 5, 2007

Consult an attorney if you doubt this forms fitness for your purpose.

Grant, Bargain, and Sale Deed          Page 2 of 3          Initials ____

GMAC 0478

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 163-03-314-006
   b) _____
   c) _____
   d) _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book _____ Page _____
   Date of Recording: _____
   Notes: _____

2. Type of Property:
   a) ☐ Vacant Land         b) ☒ Single Fam. Res.
   c) ☐ Condo/Twnhse        d) ☐ 2/4 Plex
   e) ☐ Apt. Bldg           f) ☐ Comm'l/Ind"
   g) ☐ Agricultural        h) ☐ Mobile Home
   i) ☐ Other _____

3. Total Value/Sales Price of Property        $495,000.00
   Deed in Lieu of Foreclosure Only (value of property)  ( 0.00 )
   Transfer Tax Value:                        $495,000.00
   Real Property Transfer Tax Due             ~~$2,527.05~~  2524.50

4. IF EXEMPTION CLAIMED:
   a. Transfer Tax Exempt per NRS 375.090, Section _____
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage being transferred: 100 %

   The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

   Signature _James L. Mosley_           Capacity **GRANTOR**
   Signature _____                     Capacity **GRANTEE**

   **SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
   (REQUIRED)                                (REQUIRED)

   Print name: JAMES L. MOSLEY               Print name: MAURICE SHARPE
   Address: 2105 GRAND ISLAND CT.            Address: 2105 GRAND ISLAND CT.
   City: LAS VEGAS                           City: LAS VEGAS
   State: NEVADA    Zip: 89117               State: NEVADA    Zip: 89117

   **COMPANY/PERSON REQUESTING RECORDING** (required if not seller or buyer)
   Print Name: NEVADA LEGAL FROMS & BOOKS, INC.    Escrow # _____
   Address: 3901 W. CHARLESTON BLVD.
   City: LAS VEGAS                State: NEVADA         Zip: 89102

   AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION
   OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004.

1701

GMAC 0479