# EXHIBIT I

# EXHIBIT I

02/11/2008 20:51 FAX                                                          @017/001

**Fidelity National Title**
Agency of Nevada, Inc.

Vicki Longden
Escrow Officer

500 N. RAINBOW BLVD., SUITE 100 LAS VEGAS, NV 89107
PHONE: 702-977-8003  DIRECT LINE: 702-822-8170
FAX: 702-943-8162  EMAIL: Vicki.Longden@fnf.com
"You'll appreciate the difference"

Open Order Date: 2-11-08
Estimated Closing Date: 3-10-08
Attention: Vicki Longden or Jessica Altman

I Need Prilims

Source of Business: SSafe Mortgage
Address: 1415 S. Arville., Ste 100, Las Vegas, NV 89102
Phone: 702-944-4200          Fax: 702-977-8474
Email: suzyzloans@yahoo.com
Loan Officer: Silvano Barragan or Suzy Barragan
New Loan Amount: $
Processor: DIANE

Borrower(s) Name(s): TRACY SHARPE — MAURICE SHARPE

Borrower(s) SS #1: 707 91 7240     SS #2: [redacted]

Home Phone: [redacted]  287-3363   Work Phone: 

Subject Property: 2105 GRAND ISLAND CT

County: CLARK       City: LAS VEGAS   Zip: NV 89117

[X] Owner Occupied
[ ] Non-Owner Occupied

Mailing Address (if different from above): _____

### Check all Boxes that Apply

[X] ALTA POLICY
[ ] CLTA POLICY
[ ] FLAG POLICY
[ ] PURCHASE
[ ] ESCROW AND TITLE

Need to Payoff:
1st Trust Deed _____ Loan # _____ Phone # _____

2nd Trust Deed _____ Loan # _____ Phone # _____
Comments: _____

Thank you for choosing Fidelity National Title!

FNT000125