# EXHIBIT J

# EXHIBIT J

**Fidelity National Title Agency of Nevada, Inc.**
500 North Rainbow Boulevard Suite 100
Las Vegas, NV 89107
Phone: (702)822-8173
Fax: (702)942-8162

## OPEN ORDER FORM

| | | | |
|---|---|---|---|
| Escrow No.: | ▮▮▮▮2230 | Order Date: | February 13, 2008 at 03:44 PM |
| Escrow Officer: | Vicki Longden | Title No.: | |
| Order Taken By: | wsell | Title Officer: | Cara Chamberlain |
| County/Branch No.: | CLARK | Est. Settlement Date: | March 10, 2008 |
| Sales Rep.: | JamesD | Transaction Type: | Refi |
| | | Source of Business: | Ssafe Mortgage |

| | |
|---|---|
| Property Address: | 2105 Grand Island Court, Las Vegas, NV, 89117 |
| County: | Clark |
| Property Type: | Single Family |
| APN: | 163-03-314-006 |

| | | | |
|---|---|---|---|
| Escrow Type: | Refinance | Sales Price: | |
| | | Loan Amount: | |

### PROPOSED POLICY INFORMATION

| Policy Type: | Coverage Amount: | Premium Amount: |
|---|---|---|
| ALTA Loan Policy 1992 | | |

### DISTRIBUTION

**Buyer/Borrower:**

Tracy Sharpe and Maurice Sharpe
2105 Grand Island
Las Vegas, Nevada 89117

| | | | | |
|---|---|---|---|---|
| Phone: (702)287-3363 | Cell: | Phone: | | Cell: |
| Work: | Fax: | Work: | | Fax: |
| Pgr: | | Pgr: | | |
| Email: | | Email: | | |

**Mortgage Broker:**

Ssafe Mortgage
1415 S Arville Street, Ste 100
Las Vegas, NV 89102

| | |
|---|---|
| Phone: (702)944-4200 | Fax: (702)977-8474 |
| Cell: (702)581-8048 | |

| **Other Title Company Office:** | **Branch Office:** |
|---|---|
| Fidelity National Title Insurance Company, Inc. | Fidelity National Title Agency of Nevada, Inc. |
| 500 N. Rainbow, Suite 100 | 500 North Rainbow Boulevard Suite 100 |
| Las Vegas, NV 89107 | Las Vegas, NV 89107 |
| Phone: (702)877-3003    Fax: (702)942-8200 | Phone: (702)822-8173    Fax:(702)942-8162 |

### SPECIAL INSTRUCTIONS/COMMENTS