# EXHIBIT K

# EXHIBIT K

## Outgoing Wire Form

| | |
|---|---|
| Settlement Agent Name: | Fidelity National Title Agency of Nevada, Inc. |
| File/Escrow Number: | ▮2230 |
| Settlement Date: | 3/11/2008 |
| Client/Matter: | Maurice Sharpe |
| Ledger Comment: | |
| Property Address: | 2105 Grand Island Court/Las Vegas NV |
| | |
| Transaction Date: | 3/17/2008 |
| Trust Accounting Date: | 3/17/2008 |
| Reference Number: | ▮2537 |
| Payee Name: | Maurice Sharpe        Amount: $ 202,647.92 |

### Wire Transfer Source

| | |
|---|---|
| Trust Account Code: | FLVBA |
| Trust Account Bank Name: | Bank of America |
| Trust Account Number: | ▮8233 |

### Wire Transfer Destination

| | |
|---|---|
| To Bank: | Washington Mutual |
| ABA Routing Number: | ▮1627 |
| Credit Account Name: | Tracy L Sharpe and Maurice Sharpe |
| Credit Account Number: | ▮3570 |
| | |
| Memo: | Excess Cash to Close |

_____    _____
Branch requestor signature        Branch manager signature

### Bookkeeper Use Only

| Wire Release | | Verification |
|---|---|---|
| Bank Contact: | Time: | Time: |
| Account No.: | Date: | Date: |
| Test Code: | | Name of Authorized Person: |
| Sequence/Reference: | | Wire Verifier Signature: |
| Releaser Signature: | | |

County Bookkeeping Copy

Page 1 of 1        Date of Report: 3/17/08
Time of Report: 12:58:39PM
Report By: vlongden

FNT000036

## DISBURSEMENTS SUMMARY / BALANCE SHEET

File/Escrow Number: ▮▮▮▮2230
Borrower: Maurice Sharpe
Seller:
Lender: Mountain View Mortgage
Settlement Agent: Fidelity National Title Agency of Nevada, Inc.
(702)822-8173
Place of Settlement: 500 North Rainbow Boulevard Suite 100
Las Vegas, NV 89107
Property Location: 2105 Grand Island Court
Las Vegas, NV 89117
Clark, NV
Settlement/Closing Date: 03/17/2008

### RECEIPTS/DEPOSITS

| Transaction Type | Medium | Reference Number | Transaction Date | Deposit Number | Payor | Memo/ Trans. From | Amount |
|---|---|---|---|---|---|---|---|
| Deposit | Cashier C | 501004909 | 04/29/2008 | | Fidelity National Title Agency of Ne | Loss Check | 11.00 |
| Wire(c) | Incoming\ | 912005692 | 03/17/2008 | | Insouth Funding Inc | | 409,730.00 |
| | | | | | Total Posted Receipts (2): | | 409,741.00 |
| | | | | | Anticipated Buyer: | | 0.00 |
| | | | | | Anticipated Seller: | | 0.00 |
| | | | | | Anticipated Loan Funding: | | 0.00 |
| | | | | | Anticipated Real Estate Broker: | | 0.00 |
| | | | | | Total Anticipated Receipts: | | 0.00 |
| | | | | | Total Anticipated and Posted Receipts: | | 409,741.00 |

### DISBURSEMENTS

*Pending*

| Payee | Description | Amount |
|---|---|---|
| Total Pending Disbursements (): | | |

*Posted*

| Transaction Type | Medium | Reference Number | Transaction Date | Payee | Memo/ Trans. To | Amount |
|---|---|---|---|---|---|---|
| Check(c) | Check | 50020189 | 03/18/2008 | AMEX | Pay as directed | 23,222.81 |
| Check(c) | Check | 50020188 | 03/18/2008 | Clark County Treasurer | Property Taxes good to 3/31 | 18,423.21 |
| Check | Check | 50029240 | 04/29/2008 | Clark County Treasurer | Property Taxes good to 3/31 | 11.00 |
| Check(c) | Check | 50020192 | 03/18/2008 | Fidelity National Title - C/O Richard Hori Recording Fee Deed $45.00 Recording Fee 1st Mortgage $65.00 | | 110.00 |
| Transfer | | 504001990 | 03/17/2008 | Fidelity National Title Agency of Nevada, Inc. Escrow Fee $195.00 Endorsements $25.00 Recon Tracking $75.00 Title Insurance $1,077.30 | 0308C | 1,372.30 |
| Check(c) | Check | 50020190 | 03/18/2008 | GEMB/Chevron | Pay as directed | 804.00 |
| Wire(c) | OutgoingW | 503002537 | 03/17/2008 | Maurice Sharpe | Excess Cash to Close | 202,547.92 |
| Check(c) | Check | 50020191 | 03/18/2008 | Mountain View Mortgage Interim Interest - 1st Loan $1,194.53 Hazard Insurance $461.76 Escrow: County Taxes $1,530.84 Processing Fee $650.00 (Deducted) Administration Fee $950.00 (Deducted) Appraisal Review Fee $50.00 (Deducted) Underwriting Fee $250.00 (Deducted) Broker Fee $1,200.00 (Deducted) Loan Origination $4,170.00 (Deducted) | Loan Closing | 3,187.13 |
| Check(c) | Check | 50020187 | 03/18/2008 | State Farm | Hazard Insurance Premium | 1,847.00 |
| Wire(c) | OutgoingW | 503002536 | 03/17/2008 | SunTrust Bank FBO: to payoff loan # 0143910321, Maurice Sharpe | | 158,215.63 |

Page 1 of 2

Date of Report: 4/29/08
Time of Report: 10:41:30AM
Report By: vl▮▮▮▮▮
PNT000113

|  |  |
|---|---:|
| Total Posted Disbursements(10): | 409,741.00 |
| Total Pending and Posted Disbursements (10): | 409,741.00 |
| (Total Posted Receipts - Total Pending and Posted Disbursements) = Balance: | 0.00 |
| Balance w/ Anticipated Receipts: | 0.00 |

Prepared By _____    Approved By _____

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT FINAL SETTLEMENT STATEMENT | B. TYPE OF LOAN: 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. 6. FILE NUMBER: 2230    7. LOAN NUMBER: 2502 8. MORTGAGE INS CASE NUMBER: |
|---|---|

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0  3/08  (FT080002230.PFD/FT080002230/55)

| D. NAME AND ADDRESS OF BORROWER: Maurice Sharpe 2105 Grand Island Las Vegas, Nevada 89117 | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: Mountain View Mortgage 7311 W Charleston Blvd., Ste 110 Las Vegas, NV 89117 |
|---|---|---|
| G. PROPERTY LOCATION: 2105 Grand Island Court Las Vegas, NV 89117 Clark County, Nevada  163-03-314-006 | H. SETTLEMENT AGENT: Fidelity National Title Agency of Nevada, Inc. PLACE OF SETTLEMENT 500 North Rainbow Boulevard Suite 100 Las Vegas, NV 89107 | I. SETTLEMENT DATE: March 17, 2008 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 56,236.45 | 403. | |
| 104. Payoff first mortgage to SunTrust Bank/0143910321 | 158,215.63 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes          to | | 406. City/Town Taxes          to | |
| 107. County Taxes             to | | 407. County Taxes             to | |
| 108. LID/SID                  to | | 408. LID/SID                  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 214,452.08 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 417,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes          to | | 510. City/Town Taxes          to | |
| 211. County Taxes             to | | 511. County Taxes             to | |
| 212. LID/SID                  to | | 512. LID/SID                  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 417,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 214,452.08 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/(For Borrower (Line 220) | ( 417,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( FROM ) ( X TO ) BORROWER | 202,547.92 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

*(Stamped: "undersigned certifies be a true & correct copy of the original. [Fidelity] National Title Agency of Nevada, Inc.")*

HUD-1 (3-86) RESPA, HB4305.2
FNT000105

Page 2

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | |
| 704. Earnest Money Deposit to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Mortgage Ins. App. Fee to | | | |
| 807. Assumption Fee to | | | |
| 808. Tax Service Fee | | | |
| 809. Processing Fee to Ssafe Mortgage | | 650.00 | |
| 810. Administration Fee to Mountain View Mortgage | | 950.00 | |
| 811. Appraisal Review Fee to Mountain View Mortgage | | 50.00 | |
| 812. Underwriting Fee to Mountain View Mortgage | | 250.00 | |
| 813. Broker Fee to Ssafe Mortgage | | 1,200.00 | |
| 814. Loan Origination to Ssafe Mortgage | | 4,170.00 | |
| 815. Flood Certification Fee | | | |
| 816. Administration Fee | | | |
| 817. Messenger Fee | | | |
| 818. V.A. Funding Fee | | | |
| 819. Redraw Fee | | | |
| 820. Yield Spread Premium Mountain View Mortgage | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 03/17/08 to 04/01/08 @ $ 79.635400/day ( 15 days 6.8750%) | | 1,194.53 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to State Farm 28-CP-4373-1 | | 1,847.00 | |
| 904. Flood Insurance 1.0 years | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance 3.000 months @ $ 153.92 per month | | 461.76 | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes months @ $ per month | | | |
| 1004. County Taxes 3.000 months @ $ 510.28 per month | | 1,530.84 | |
| 1005. LID/SID months @ $ per month | | | |
| 1006. Flood Insurance months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. Aggregate Adjustment months @ $ per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Escrow Fee to Fidelity National Title Agency of Nevada, Inc. | | 195.00 | |
| 1102. Escrow Fee 2nd to Fidelity National Title Agency of Nevada, Inc. | | | |
| 1103. Title Examination to Fidelity National Title Agency of Nevada, Inc. | | | |
| 1104. Title Insurance Binder to Fidelity National Title Agency of Nevada, Inc. | | | |
| 1105. Document Preparation to Fidelity National Title Agency of Nevada, Inc. | | | |
| 1106. Notary Fees to Fidelity National Title Agency of Nevada, Inc. | | | |
| 1107. Attorney's Fees to Fidelity National Title Agency of Nevada, Inc. | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance to Fidelity National Title Agency, Inc. | | 1,077.30 | |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage $ 417,000.00 1,077.30 | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. Endorsements to Fidelity National Title Agency of Nevada, Inc. | | 25.00 | |
| 1112. Recon Tracking to Fidelity National Title Agency of Nevada, Inc. | | 75.00 | |
| 1113. Binder Fee Fidelity National Title Agency of Nevada, Inc. | | | |
| 1114. Inspection Fee Fidelity National Title Agency of Nevada, Inc. | | | |
| 1115. | | | |
| 1116. | | | |
| 1117. | | | |
| 1118. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ 45.00 ; Mortgage $ 65.00 ; Releases $ | | 110.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage RPTT | | | |
| 1203. State Tax/Stamps Deed ; Mortgage | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. Home Warranty | | | |
| 1304. Property Taxes good to 3/31 to Clark County Treasurer 163-03-314-006 | | 18,423.21 | |
| 1305. See addit'l disb. exhibit to | | 24,026.81 | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 56,236.45 | |

Certified to be a true copy.

**HUD-1, Page 3**

Borrower (s): Maurice Sharpe
2105 Grand Island
Las Vegas, Nevada 89117

Lender: Mountain View Mortgage
Lender:
Settlement Agent: Fidelity National Title Agency of Nevada, Inc.
(702)822-8173
Place of Settlement: 500 North Rainbow Boulevard Suite 100
Las Vegas, NV 89107
Settlement Date: March 17, 2008
Property Location: 2105 Grand Island Court
Las Vegas, NV 89117
Clark County, Nevada
163-03-314-006

## Additional Disbursements

| Payee/Description | Note/Ref No. | Borrower | Seller |
|---|---|---|---|
| AMEX<br>Pay as directed | Acct held by Sharpe | 23,222.81 | |
| AMEX<br>Pay as directed | POC $4,464.00b | | |
| Capital 1 Bk<br>Pay as directed | POC $2,120.00b | | |
| AMEX<br>Pay as directed | POC $953.00b | | |
| GEMB/Chevron<br>Pay as directed | Acct held by Sharpe | 804.00 | |
| Total Additional Disbursements shown on Line 1305 | | $ 24,026.81 | $ 0.00 |

## Borrower Loan Payoff Details

| Payoff first mortgage | to SunTrust Bank | | Re: ████0321 |
|---|---|---|---|
| Loan Payoff | | 157,937.77 | |
| Additional Interest (From 03/11/08 Through 03/21/08) @ 25.260000 Per Diem | | 277.86 | |
| Total Loan Payoff | | $ 158,215.63 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
Maurice Sharpe

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(FT080002230.PFD/FT080002230/56) March 18, 2008 09:35 AM

FNT000107