# EXHIBIT L

# EXHIBIT L



**Fidelity National Title Agency of Nevada, Inc.**
500 North Rainbow Boulevard Suite 100, Las Vegas, NV 89107
(702)822-8173 FAX (702)942-8162

ATTN:
Mountain View Mortgage
7311 W Charleston Blvd., Ste 110
Las Vegas, NV 89117

DATE: March 18, 2008
ESCROW NO.: ████████2230
LOAN NO: ████2502
BORROWER(S): Maurice Sharpe
PROPERTY ADDRESS:
2105 Grand Island Court, Las Vegas, NV 89117

We enclose the following documents and/or papers in connection with the above referenced loan:

Lender Check
Final HUD

Escrow has closed and all documents have been recorded as of this date. Your policy of title insurance will follow under separate cover.

We trust that this transaction has been handled to your satisfaction and look forward to the opportunity of serving you again in the near future.

Sincerely,


Vicki Longden
Escrow Officer
(702)822-8173

vl

enclosure(s)

Closing Letter-Lender (lendcls.wpl)                                                                FDNV0422.rdw

FNT000112