# EXHIBIT M

# EXHIBIT M

**Longden, Vicki**

From: Longden, Vicki
Sent: Friday, April 11, 2008 9:29 AM
To: 'suzy barragan'
Subject: RE: MAURISE SHARP - Taxes

Suzy, this fee is not my fault and I could not have known that the county was going to charge it but I don't want to upset you or the client over $11.00 so Fidelity is paying for it. I won't get the check until late next week but I will make sure that it goes out. ☺

Happy Friday!

Vicki

Vicki Longden
Escrow Officer
Fidelity National Title
500 N. Rainbow, Ste 100
Las Vegas, NV 89107
Direct 702-822-8173
Fax 702-942-8162

**From:** suzy barragan [mailto:suzyzloans@yahoo.com]
**Sent:** Tuesday, April 08, 2008 12:41 PM
**To:** Longden, Vicki
**Subject:** RE: MAURISE SHARP

IS THERE ANY WHY YOU CAN SEND ME A COPY THAT HER TAX ARE PAID LIKE FROM THE TAX RECORD

*"Longden, Vicki" <Vicki.Longden@fnf.com>* wrote:
The final HUD is attached and the treasurer check cleared our bank on 03/25/08.

Vicki Longden
Escrow Officer
Fidelity National Title
500 N. Rainbow, Ste 100
Las Vegas, NV 89107
Direct 702-822-8173
Fax 702-942-8162

**From:** suzy barragan [mailto:suzyzloans@yahoo.com]
**Sent:** Friday, April 04, 2008 3:50 PM
**To:** Longden, Vicki
**Subject:** MAURISE SHARP

MAURISE SHARP

SAIS SHE GOT A BILL ON THE TAX ON HER PROPERTY CAN YOU SEND ME A COPY THEY ARE PAY

*Suzy Michelle Barragan*

4/11/2008

*LOAN OFFICER*
*SSAFE MORTGAGE INC*
*1415 S ARVILLE AVE # 102*
*LAS VEGAS, NV 89102*
*702-944-4200 OFFICE*
*702-944-4201 FAX*
*702-400-1769 CELL PHONE*

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

*Suzy Michelle Barragan*
*LOAN OFFICER*
*SSAFE MORTGAGE INC*
*1415 S ARVILLE AVE # 102*
*LAS VEGAS, NV 89102*
*702-944-4200 OFFICE*
*702-944-4201 FAX*
*702-400-1769 CELL PHONE*

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

4/11/2008

FNT000135