# EXHIBIT N

# EXHIBIT N

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
DOUGLAS C. GILLESPIE, Sheriff

*Partners with the Community*

April 14, 2009

Maurice Sharpe
5909 Ventana
Las Vegas, NV 89130

In Response,
Please Reply To:

Michael Moss
Investigative Specialist
702-828-3352

Maurice,

This letter is to inform you that your case, event number 090413-2824, has been reviewed and will be suspended until we get more information on how the loan was opened. If your wife opened the account or refinanced the house, the DA will not prosecute the case. It will be a civil matter between the two of you.

The report is kept on file for future reference in case we locate paperwork or documents that have your personal identifiers on them. We will contact you at that time. If you have any questions or further information, please feel free to contact me at 702-828-3352, Monday through Friday between 7:30 am and 4:30 pm.

Michael Moss
Investigative Specialist, Forgery
Las Vegas Metropolitan Police Dept

Dft EXHIBIT 12
DATE 6-29-10
WITNESS M. Sharpe
Kyle R. Smith, CSR No. 672