# EXHIBIT O

# EXHIBIT O

 5161

Name _Maurie Sharpe_    Phone number _(702) 265-3534_ Page 1

RECEIVED

## ID Theft Affidavit

- APR 2 7 2009

**Victim Information**                                                    ...ING RISK

(1) My full legal name is _MAURICE_        _SHARPE_
    (First)    (Middle)    (Last)    (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

_____
(First)    (Middle)    (Last)    (Jr., Sr., III)

(3) My date of birth is ████████
    (day/month/year)

(4) My social security number is ████████ 1931

(5) My driver's license or identification card state and number are _NV 1603506189_

(6) My current address is _2105  GRAND ISLAND COURT_

City _LAS VEGAS_    State _NV_    Zip Code _89117_

(7) I have lived at this address since _11/05_
    (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address

was _N/A  5909 VENTGIVA Drive_

City _LAS VEGAS_    State _NV_    Zip Code _89130_

(9) I lived at the address in #8 from _N/A_ until _N/A_    Address on my Driver's
    (month/year)    (month/year)    License. mothers home.

(10) My daytime telephone number is _(702) 265-3534_
    My evening telephone number is _(702) 265-3534_

GMAC 0120

Name  _Maurice Sharpe_    Phone number _(702) 265-3534_ Page 2

## How the Fraud Occurred

Check all that apply for items 11 - 17:

(11) ☑ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☑ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☑ My identification documents (for example, credit cards; birth certificate; driver's license; social security card; etc.) were ☑ stolen ☐ lost on or about ___3/17/08___.
( Vitms of sdentificasos used, )                     (day/month/year)

(14) ☑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, social security number; mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization: ( Had access to my information, and in control of B.lls )

_Tracy L. Sharpe_
Name (if known)                                        Name (if known)
_8665 W Flamingo Rd 131-237_
Address (if known)                                     Address (if known)
_(702) 287- 3363_
Phone number(s) (if known)                             Phone number(s) (if known)

additional information (if known)                      additional information (if known)

_____                                        _____

(15) ☑ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization. Do not know individual in the picture on my (So Called) License. Not a valid Id/license

(16) ☑ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

_See Attached_

_____

_____

_____

_____

(Attach additional pages as necessary.)

GMAC 0121

Name _Maviie Sharpe_    Phone number (702) 265-3534 Page 3

## Victim's Law Enforcement Actions

(17)(check one) I ☑ am ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18)(check one) I ☑ am ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19)(check all that apply) I ☑ have ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police ☑ did ☐ did not  write a report.
*In the event you have contacted the police or other law enforcement agency, please complete the following:*

_LAS VEGAS METRO POLICE_ / _J. ALATORRE_
(Agency #1)  4/13/09        (Officer/Agency personnel taking report)
                             ELV 0904130002824
(Date of report)            (Report Number, if any)
(702) 828-3111              N/A
(Phone number)              (e-mail address, if any)

                             N/A
(Agency #2)                 (Officer/Agency personnel taking report)
                             N/A
(Date of report)            (Report Number, if any)
                             N/A
(Phone number)              (e-mail address, if any)


## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☑  A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☑  Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

GMAC 0122

Name _Maurice Sharpe_    Phone number _7-2-265-3534_ Page 5

## Fraudulent Account Statement

> **Completing this Statement**
> * Make as many copies of this page as you need.
> * List only the account(s) you're disputing with the company receiving this form. See the example below.

I declare (check all that apply):

☑ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor. (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example<br>Example National Bank<br>22 Main Street<br>Columbus, Ohio 22722 | ██67-89 | auto loan | 01/05/2000 | $25,500.00 |
| GMAC Mortgage | ██5161<br>from credit report | Home mortgage | 3/08 | $417,000 |
|  |  |  |  |  |
|  |  |  |  |  |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

GMAC 0123

Name _Maurice Sharpe_ Phone number _702-265-3534_ Page 4

(22) ☑ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_Maurice Sharpe_                          _4-21-09_
(signature)                                  (date signed)

Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.

State of Nevada
County of _Clark_

Subscribed and sworn (or affirmed) to me this _21_ day
of _April_ 2009 by _Maurice Sharpe_

_____
Notary Signature

Notary Public - State of Nevada
County of Clark
DARRYL MCCULLOUGH
My Appointment Expires
No: 99-50860-1    December 26, 2010

_____
(Notary)

Witness:

_____        _____
(signature)                                      (printed name)

_____        _____
(date)                                              (telephone number)

GMAC 0124