# EXHIBIT P

# EXHIBIT P

RECORDING REQUESTED BY:
**EXECUTIVE TRUSTEE SERVICES, INC.**

AND WHEN RECORDED MAIL TO:
FEDERAL NATIONAL
MORTGAGE ASSOCIATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034
Forward Tax Statements to the address given above

APN: 163-03-314-006
TS # GM-172379-C    LOAN # ▓▓▓▓5161
INVESTOR #: 0000000000000
TITLE ORDER # 080128585-NV-GSI

Inst #: 201004230005181
Fees: $15.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #002
04/23/2010 03:17:03 PM
Receipt #: 324380
Requestor:
FIDELITY NATIONAL DEFAULT S
Recorded By: JFK  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

TRANSFER TAX: $00.00
The Grantee Herein **Was** The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was **$482,978.31**
The Amount Paid By The Grantee Was **$482,978.32**
Said Property Is In The City Of **LAS VEGAS**, County of **Clark**

**EXECUTIVE TRUSTEE SERVICES, LLC** as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to:    **FEDERAL NATIONAL MORTGAGE ASSOCIATION**

(Herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Clark**, State of Nevada, described as follows: **LOT 6 IN BLOCK 1 OF MOUNTAIN SHADOWS III, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 76 OF PLATS, PAGE 1, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **MAURICE SHARPE, A SINGLE MAN** as Trustor, dated **3/10/2008** of the Official Records in the office of the Recorder of **Clark**, Nevada under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on **3/17/2008**, as instrument number **20080317-0002984**, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of Nevada and performed all duties required by the Deed of Trust including sending a Notice of Breach and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with Nevada Civil Code 107.050

[Page 1 of 2]

# TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-172379-C
Loan # ▓▓▓▓▓▓5161
Title Order # 080128585-NV-GSI

All requirements per Nevada Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **4/16/2010**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $ **$482,978.32**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof **EXECUTIVE TRUSTEE SERVICES, LLC**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 4/21/2010                                    EXECUTIVE TRUSTEE SERVICES, LLC

By: _____
Max A. Garcia, Limited Signing Officer

State of California    } S.S.
County of Los Angeles }

On **4/21/2010**, before me, **Gisela A. Clark** Notary Public, personally appeared **Max A. Garcia** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GISELA A. CLARK
Commission # 1662574
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

Signature _____ (Seal)
Gisela A. Clark

[Page 2 of 2]

GM-172379-C█████5161

## STATE OF NEVADA
## DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-03-314-006
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a) ☐ Vacant Land     b) ☒ Single Fam.Res.
   c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg       f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural    h) ☐ Mobile Home
   ☐ Other_____

   | FOR RECORDER'S OPTIONAL USE ONLY |
   |---|
   | Book:_____ Page:_____ |
   | Date of Recording:_____ |
   | Notes: |

3. a. Total Value/Sales Price of Property    $482,978.32
   b. Deed in Lieu of Foreclosure Only (value of property    (                        732)
   c. Transfer Tax Value:                                    ( $0.00  482,978 )
   d. Real Property Transfer Tax Due                          $0.00

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section  2
   b. Explain Reason for Exemption:  ~~Exempt~~  Transferring to government entity

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS.375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _[signed]_                 Capacity: **Grantor**
Signature: _[signed]_                 Capacity: **Grantee**

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Executive Trustee Services, LLC | Print Name: FEDERAL NATIONAL Mortgage Association |
| Address: 2255 North Ontario St. #400 | Address: 2255 North Ontario St. #400 |
| City: Burbank | City: Burbank |
| State: California    Zip 91504 | State: California    Zip 91504 |

**COMPANY/PERSON REQUESTING RECORDING** (required if not seller or buyer)

Print Name: ____LPS DEFAULT TITLE & CLOSING____     Escrow #: ████8585
Address: ____3220 EL CAMINO REAL____
City: ____IRVINE CA 92602____                        State:_____ Zip:_____

**AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**