# EXHIBIT R

# EXHIBIT R

```
 1  DAVID J. WINTERTON, ESQ.
    Nevada Bar No. 4142
 2  DAVID J. WINTERTON & ASSOCIATES, LTD.
    211 N. Buffalo Drive, Suite A
 3  Las Vegas, Nevada 89145
    Telephone: (702) 363-0317
 4  Facsimile: (702) 363-1630
    Attorneys for Plaintiff
 5  MAURICE SHARPE
```

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MAURICE SHARPE, an individual, | CASE NO.: A-09-602043-C |
| | DEPT. NO.: XVIII |
| Plaintiff, | |
| vs. | |
| GMAC MORTGAGE, SSAFE MORTGAGE, FIDELITY NATIONAL TITLE AGENCY OF NEVADA, TRACY L. SJARPE, an individual, SILVANO BARRAGAN, an individual, SUZY M. BARRAGAN, an individual, MOUNTAIN VIEW MORTGAGE COMPANY, a Nevada corporation, and DOES I–X, inclusive, ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | MEDIATION DATE: February 15, 2012 |
| | MEDIATION TIME: 9:00 A.M. |
| AND RELATED CLAIMS. | |

## MEDIATION SETTLEMENT

Plaintiff, and Defendants, FIDELITY NATIONAL TITLE AGENCY OF NEVADA and GMAC MORTGAGE have reached a settlement as follows:

In exchange for payment to the Plaintiff of the sum of $60,000.00, Plaintiff shall dismiss all causes of action against FIDELITY NATIONAL TITLE AGENCY OF NEVADA, and all causes of action against GMAC MORTGAGE, with the exception of Plaintiff's claims for wrongful foreclosure and eviction, which Plaintiff specifically retains against GMAC MORTGAGE.

1  FIDELITY NATIONAL TITLE AGENCY OF NEVADA and GMAC MORTGAGE hereby
2  retain any and all claims which each has asserted against the other. This settlement is contingent upon
3  court approval. The parties shall prepare and execute a more definitive agreement, including mutual
4  releases and stipulations and orders for dismissal with prejudice. Each party to bear its own attorney's
5  fees and costs.
6
7  DATED this 15 day of February, 2012.

DAVID J. WINTERTON & ASSOCIATES, LTD.

_____
David J. Winterton, Esq.
Nevada Bar No. 4142
211 N. Buffalo Drive, Suite A
Las Vegas, Nevada 89145
*Attorneys for Plaintiff, Maurice Sharpe*

_____
MAURICE SHARPE, *Plaintiff*

SNELL & WILMER, L.L.P.

_____
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant, Fidelity National Title Agency of Nevada, Inc.*

HUTCHISON & STEFFEN, LLC

_____
David W. Gutke, Esq.
Nevada Bar No. 10062
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant, GMAC Mortgage*

PITE DUNCAN, LLP

_____
Gregg A. Hubley, Esq.
Nevada Bar No. 7386
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
701 E. Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
*Attorneys for Defendant, GMAC Mortgage*