# EXHIBIT T

# EXHIBIT T

**ORIGINAL**

Electronically Filed
04/27/2012 02:30:20 PM

*/s/ signature/*

CLERK OF THE COURT

```
 1  ORDR
    Patrick G. Byrne
 2  Nevada Bar No. 7636
    Paul W. Shakespear
 3  Nevada Bar No. 10752
    SNELL & WILMER L.L.P.
 4  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
 5  Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
 6  Email: pbyrne@swlaw.com
    Email: pshakespear@swlaw.com
 7
    Attorneys for Defendant/Crossdefendant
 8  FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.
```

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| MAURICE SHARPE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC Mortgage, SSAPE MORTGAGE, FIDELITY NATIONAL TITLE AGENCY OF NEVADA, TRACY L. SHARPE, an individual, SILVANO BARRAGAN, an individual, SUZY M. BARRAGAN, an individual, MOUNTAIN VIEW MORTGAGE COMPANY, a Nevada corporation, and DOES I – X inclusive, ROE CORPORATIONS XI-XX inclusive,<br><br>Defendants.<br><br>GMAC MORTGAGE, LLC,<br><br>Counterclaimant/Crossclaimant,<br><br>vs.<br><br>MAURICE SHARPE, an individual,<br><br>Counterdefendant,<br><br>and<br><br>FIDELITY NATIONAL TITLE AGENCY OF NEVADA,<br><br>Crossdefendant. | CASE NO. A-09-602043-C<br>DEPT. NO. XVIII<br><br>ORDER ON FIDELITY NATIONAL TITLE AGENCY OF NEVADA'S MOTION FOR GOOD FAITH SETTLEMENT PURSUANT TO NRS 17.245 |

14706366

GMAC MORTGAGE, LLC,

        Third-Party Plaintiff,

vs.

TRACY SHARPE, an individual; VICKI LONGDEN, an individual; MOUNTAIN VIEW MORTGAGE COMPANY, a Colorado corporation; SUZY BARRAGAN, an individual; SILVANO BARRAGAN, an individual; and DOES XXI through XL, inclusive,

        Third-Party Defendants.

        The Court, having considered the pleadings and papers on file herein, and Defendant/Crossdefendant Fidelity National Title Agency of Nevada's Motion for Determination of Good Faith Settlement having come on for hearing in Department XVIII of the Eighth Judicial District Court on the 8th day of March, 2012, and good cause appearing, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

        After a review of the relevant facts available, including an evaluation of the relative merits of any potential indemnification and contribution claims of the non-settling tortfeasors, the settlement between Fidelity National Title Agency of Nevada and Plaintiff Maurice Sharpe was made and entered in good faith, within the meaning and effect of NRS 17.245 as interpreted by *Velsicol Chemical v. Davidson*, 107 Nev. 356, 360, 811 P.2d 561, 563 (1991) and *Doctors Company v. Vincent*, 120 Nev. 644, 657-58, 98 P.3d 681, 690 (2004).

        Accordingly, Fidelity National Title Agency of Nevada are entitled to the protection of NRS 17.245, and as such, all joint tortfeasors and/or co-obligors are barred from asserting or maintaining any present or future claims against Fidelity National Title Agency of Nevada in any

///
///
///
///
///
///

- 2 -

14706366

1 and all jurisdictions, arising out of, or related to, the facts at issue in this litigation, for equitable
2 comparative contribution, or partial or comparative indemnity based on comparative negligence
3 or comparative fault relative to Plaintiff Maurice Sharpe's claims.

4     IT IS SO ORDERED.

5     DATED this 27th day of April, 2012.

_____
DISTRICT COURT JUDGE

for DAVID BARKER

10 Prepared and Submitted by:
11 SNELL & WILMER L.L.P.

13 Patrick G. Byrne
   Nevada Bar No. 7636
14 Paul W. Shakespear
   Nevada Bar No. 10752
15 3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169

17 Attorneys for Defendant/Crossdefendant
   FIDELITY NATIONAL TITLE AGENCY OF
   NEVADA, INC.

14706366