# EXHIBIT U

# EXHIBIT U

```
 1  BANK
    GREGG A. HUBLEY (NV Bar #007386)
 2  CHRISTOPHER A.J. SWIFT (NV Bar #011291)
    PITE DUNCAN, LLP
 3  701 Bridger Avenue, Suite 700
    Las Vegas, NV 89101
 4  Telephone: (702) 991-4628
    Facsimile: (702) 685-6342
 5  E-mail: Ghubley@piteduncan.com

 6  Attorneys for Defendant/Counterclaimant/Crossclaimant/Third-Party Plaintiff GMAC
    MORTGAGE, LLC, sued herein as GMAC Mortgage
 7
```

Electronically Filed
06/01/2012 05:05:48 PM

**CLERK OF THE COURT**

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| MAURICE SHARPE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, SSAFE MORTGAGE, FIDELITY NATIONAL TITLE AGENCY OF NEVADA, and DOES I-X inclusive ROE CORPORATIONS XI-XX inclusive,<br><br>    Defendants. | CASE NO. A602043<br>DEPT. NO. XVIII<br><br>**NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY** |
| GMAC MORTGAGE, LLC,<br><br>    Counterclaimant/Crossclaimant,<br><br>vs.<br><br>MAURICE SHARPE, an individual,<br><br>    Counterdefendant,<br><br>and<br><br>FIDELITY NATIONAL TITLE AGENCY OF NEVADA,<br><br>    Crossdefendant. | |

| | |
|---|---|
| 1 | GMAC MORTGAGE, LLC, |
| 2 |     Third-Party Plaintiff, |
| 3 | vs. |
| 4 | TRACY SHARPE, an individual; VICKI LONGDEN, an individual; MOUNTAIN VIEW MORTGAGE COMPANY, a Colorado Corporation; SUZY BARRAGAN, an individual; SILVANO BARRAGAN, an individual; and DOES XXI through XL, inclusive, |
| 5 | |
| 6 | |
| 7 | |
| 8 |     Third-Party Defendants. |

## NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY

Defendant and debtor, GMAC MORTGAGE, LLC (collectively, the "Debtor"), by and through its undersigned counsel, in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), respectfully submits this Notice of Bankruptcy and Effect of Automatic Stay, and states as follows:

1. On May 14, 2012 (the "Petition Date"), the Debtor and certain of their affiliates filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Code"). The Debtors' cases are jointly administered under the Chapter 11 Case for the Debtor Residential Capital, LLC, et al., is indexed as case number 12-12020.

2. The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section 362(a), inter alia, operates as an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against the Debtors (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of the Debtors' estates (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtors arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

/././

/././

3. The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtors, an act to obtain possession of the Debtors' property, and/or an act to collect or recover on a claim against the Debtor.

4. Accordingly, the above-captioned lawsuit should be stayed pursuant to 11 U.S.C. § 362(a).

5. Any action taken by the Plaintiff against the Debtors without obtaining relief from the automatic stay from the Bankruptcy Court may be void ab initio and may result in finding of contempt against Plaintiff by the Bankruptcy Court. The Debtors reserve and retain all of their statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

DATED this 1st day of June, 2012.

PITE DUNCAN, LLP

GREGG A. HUBLEY
CHRISTOPHER A.J. SWIFT
*Attorneys for GMAC Mortgage, LLC*

1  Sharpe v. GMAC Mortgage, et al.
   District Court Clark County, Nevada
2  Case No(s). A602043

3  DECLARATION OF SERVICE

4  I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 701 Bridger Avenue, Suite 700, Las Vegas, Nevada 89101.

6  On June 1, 2012, I served the following document:

7  NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY

8  on the parties in this action addressed as follows:

| Patrick G. Byrne, Esq. | John T. Steffen |
| Paul W. Shakespear, Esq. | David W. Gutke |
| **SNELL & WILMER** | **HUTCHISON & STEFFEN, LTD.** |
| 3883 Howard Hughes Parkway, Suite 1100 | 10080 West Alta Drive, Suite 200 |
| Las Vegas, NV 89169 | Las Vegas, Nevada 89145 |
| *Attorneys for Fidelity National Title Agency of Nevada* | *Attorneys for GMAC Mortgage, LLC* |
| David J. Winterton | Vicki Longden |
| **DAVID J. WINTERTON & ASSOCIATES** | 4516 San Mateo Street |
| 211 North Buffalo Drive, Suite A | North Las Vegas, Nevada 89031 |
| Las Vegas, NV 89145 | *Third-Party Defendant in Pro Per* |
| *Attorneys for Maurice Sharpe* | |

X   **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 1st day of June 2012, at Las Vegas, Nevada.

_____
NICOLE L. SCHLANDERER