# EXHIBIT V

# EXHIBIT V

Electronically Filed
07/27/2012 10:46:58 AM

CLERK OF THE COURT

1  NESO
   Patrick G. Byrne
2  Nevada Bar No. 7636
   Paul W. Shakespear
3  Nevada Bar No. 10752
   SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
5  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
6  Email: pbyrne@swlaw.com
   Email: pshakespear@swlaw.com
7
   Attorneys for Defendant/Crossdefendant
8  FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

9                    DISTRICT COURT

10                CLARK COUNTY, NEVADA

11 | MAURICE SHARPE, an individual,              | CASE NO. A-09-602043-C
                                                   DEPT. NO. XVIII
12 |         Plaintiff,

13 | vs.

14 | GMAC Mortgage, SSAFE MORTGAGE,              | NOTICE OF ENTRY OF
     FIDELITY NATIONAL TITLE AGENCY OF             STIPULATION AND ORDER FOR
15 | NEVADA, TRACY L. SHARPE, an individual,      DISMISSAL WITH PREJUDICE AS
     SILVANO BARRAGAN, an individual,              TO FIDELITY NATIONAL TITLE
16 | SUZY M. BARRAGAN, an individual,             AGENCY OF NEVADA, INC. ONLY
     MOUNTAIN VIEW MORTGAGE COMPANY,
17 | a Nevada corporation, and DOES I – X inclusive,
     ROE CORPORATIONS XI-XX inclusive,
18
19 |         Defendants.

20 | GMAC MORTGAGE, LLC,

21 |         Counterclaimant/Crossclaimant,

22 | vs.

23 | MAURICE SHARPE, an individual,

24 |         Counterdefendant,

25 | and

26 | FIDELITY NATIONAL TITLE AGENCY OF
     NEVADA,
27
             Crossdefendant.
28

15546664

AUG 0 1 2012

1  GMAC MORTGAGE, LLC,

2          Third-Party Plaintiff,

3  vs.

4  TRACY SHARPE, an individual; VICKI LONGDEN, an individual; MOUNTAIN VIEW
5  MORTGAGE COMPANY, a Colorado corporation; SUZY BARRAGAN, an individual;
6  SILVANO BARRAGAN, an individual; and DOES XXI through XL, inclusive,

7

8          Third-Party Defendants.

9        PLEASE TAKE NOTICE that a **STIPULATION AND ORDER FOR DISMISSAL**

10  **WITH PREJUDICE AS TO FIDELITY NATIONAL TITLE AGENCY OF NEVADA,**

11  **INC. ONLY** was entered in the above-referenced action on the 25th day of July, 2012. A copy of

12  said Order is attached hereto.

13        DATED this 27th day of July, 2012.

14                                         SNELL & WILMER L.L.P.

15

16                                         By: /s/ Patrick G. Byrne
17                                            Patrick G. Byrne
                                          Nevada Bar No. 7636
18                                            Paul W. Shakespear
                                          Nevada Bar No. 10752
19                                            3883 Howard Hughes Parkway, Suite 1100
                                          Las Vegas, NV 89169

20                                            Attorneys for Defendant/Crossdefendant
21                                            FIDELITY NATIONAL TITLE AGENCY
                                          OF NEVADA, INC.

22

23

24

25

26

27

28

15546664

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On the 27th day of July, 2012, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. ONLY** by the method indicated below:

| | | |
|---|---|---|
| X | U. S. Mail | ____ Facsimile Transmission |
| ____ | Hand Delivery | ____ Overnight Mail |
| ____ | U. S. Certified Mail | ____ Federal Express |

and addressed to the following:

David J. Winterton, Esq.
DAVID J. WINTERTON & ASSOCIATES, LTD.
211 No. Buffalo Drive, Suite A
Las Vegas, NV 89145
Telephone: (702) 363-0317
Facsimile: (702) 363-1630
*Attorneys for Maurice Sharpe*

John T. Steffen, Esq.
David W. Gutke, Esq.
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
*Attorneys for GMAC Mortgage*

Laurel I. Handley, Esq.
Gregg A. Hubley, Esq.
Christopher A.J. Swift, Esq.
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
**MAILING ADDRESS**
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
*Attorneys for GMAC Mortgage*

Ssafe Mortgage
1415 S. Arville Street, #102
Las Vegas, NV 89102

Vicki Longden
4516 San Mateo Street
North Las Vegas, NV 89031
*Third-Party Defendant, in Pro Se*

An Employee of Snell & Wilmer L.L.P.

- 3 -

15546664

| | |
|---|---|
| 1 | GMAC MORTGAGE, LLC, |
| 2 | Third-Party Plaintiff, |
| 3 | vs. |
| 4 | TRACY SHARPE, an individual; VICKI LONGDEN, an individual; MOUNTAIN VIEW MORTGAGE COMPANY, a Colorado corporation; SUZY BARRAGAN, an individual; SILVANO BARRAGAN, an individual; and DOES XXI through XL, inclusive, |
| 7 | |
| 8 | Third-Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counterdefendant MAURICE SHARPE, an individual (hereinafter "Plaintiff"), and Defendant/Crossdefendant FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., (hereinafter "Defendant"), through their respective counsel of record, that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, with each party to bear their own costs, fees and expenses.

DATED this 24 day of July, 2012.        DATED this ___ day of ___, 2012.

SNELL & WILMER L.L.P.                    DAVID J. WINTERTON & ASSOCIATES, LTD.

By: _____              By: _____
Patrick G. Byrne, Esq.                   David J. Winterton, Esq.
Paul W. Shakespear, Esq.                 211 N. Buffalo Drive, Suite A
3883 Howard Hughes Pkwy., Ste. 1100      Las Vegas, NV 89145
Las Vegas, NV 89169

Attorneys for FIDELITY NATIONAL          Attorney for MAURICE SHARPE
TITLE AGENCY OF NEVADA, INC.

IT IS SO ORDERED.

DATED: JUL 2 5 2012

_____
DISTRICT JUDGE

- 2 -

15135286

1  Prepared and Submitted by:
   SNELL & WILMER L.L.P.
2
3  /s/ Patrick G. Byrne
   Patrick G. Byrne
4  Nevada Bar No. 7636
   Paul W. Shakespear
5  Nevada Bar No. 10752
   3883 Howard Hughes Parkway, Suite 1100
6  Las Vegas, NV 89169

7  Attorneys for Defendant/Crossdefendant
   FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

- 3 -

15125288