**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC., et al.,

                Debtors.

Case No. 12-120-20 (MG)

Chapter 11
Jointly Administered

**CERTIFICATE OF SERVICE**

      I, JOHN ROSARIO, being duly sworn, depose and state that:

      I am not a party to this action, am over 18 years of age, and reside in Queens, New York.

      I hereby certify that on February 25, 2015, I served a true copy of the RESPONSE IN OPPOSITION to ResCap Liquidating Trusts Seventy Ninth Omnibus Claims Objection (Re: Claim No 7466) for Martha Panaszewicz by e-filing same with the United States Bankruptcy Court, Southern District of New York for delivery to the such parties in this instance as are registered to receive electronic copies and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to:

                Gary S. Lee, Esq.
            Norman S. Rosenbaum, Esq.
             Jordan A Wishnew, Esq.
             Meryl L. Rothchild, Esq.
           MORRISON & FOERSTER LLP
              250 West 55th Street
            New York, New York 10019


                  /s/ John Rosario
                JOHN ROSARIO, ESQ.