**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Laurel I. Handley, a member in good standing of the bars of the States of Arizona, California, Idaho and Nevada and the bars of the United States District Courts for the District of Arizona, Central District of California, Eastern District of California, Northern District of California, Southern District of California, District of Idaho and District of Nevada request admission, *pro hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in the above-referenced case.

My address is:   Pite Duncan, LLP
4375 Jutland Drive, Ste. 200
San Diego, CA 92117

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: March 11, 2015                             Respectfully submitted,

                                        By:   */s/ Laurel I. Handley*
                                              Laurel I. Handley

ny-1062543

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Laurel I. Handley, dated March 11, 2015, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Arizona, California, Idaho and Nevada and the bars of the United States District Courts for the District of Arizona, Central District of California, Eastern District of California, Northern District of California, Southern District of California, District of Idaho and District of Nevada,

IT IS HEREBY ORDERED that Laurel I. Handley is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
           _____, 2015

                                                          _____
                                                          The Honorable Martin Glenn
                                                          United States Bankruptcy Judge
                                                          Southern District of New York

2

ny-1062543