Michael E. Boyd
5439 Soquel Drive
Soquel, CA 95073
Phone: (408) 891-9677
E-mail: michaelboyd@sbcglobal.net
*In Pro Per*



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

# REPLY TO NO ANSWER TO COUNTER MOTION TO GRANT CLAIM AND TO HOLD CASE IN ABEYANCE DURING PENDENCY OF ADMINISTRATIVE CLAIM BEFORE US TREASURY DEPARTMENT

**REPLY TO NO ANSWER TO COUNTER MOTION AND REQUESTS FOR RELIEF**

On behalf of and as Trustee to my living trust estate, the Michael Boyd and Patricia Paramoure Living Trust, Michael Boyd, respectfully files this Reply requesting the Court grant the Claimant's requested relief on the basis of the failure to Answer in Opposition by the *ResCap Borrower Claims Trust* to Claimant's "Counter Motion to Hold Case in Abeyance During Pendency of Administrative Claim Before US Treasury Department (the "Boyd Objection") [Docket No. 8191]".[1] This document states the requested relief requested at page 11 "in the alternative the Court grant Claimant's claim on the basis of the facts and evidence presented, and grant the requested relief in the form of a stay on further Claims before this Court during the pendency of Claimant's administrative 'class claim' before the Department of the Treasury Tort Claims Office received by U.S. Mail on January 28, 2015, or any other relief the Court finds appropriate. "

Since the *ResCap Borrower Claims Trust* failed to answer the counter motion the motion should be granted.

---

[1] See OMNIBUS REPLY OF THE RESCAP LIQUIDATING TRUST Page 2 footnote 3 Doc 8272 Filed 03/09/15.

REPLY TO NO ANSWER TO COUNTER MOTION

1  /s/   Michael E. Boyd
2  Michael E. Boyd
   5439 Soquel Drive
3  Soquel, CA 95073
   Phone: (408) 891-9677
4  E-mail: michaelboyd@sbcglobal.net

5  DATED: March 11, 2015

6

7                          **Affidavit of Michael Boyd**

8  I affirm under penalty of perjury that the above is true and correct. Executed on March 11, 2015

9  at Soquel, California.

10
11 /s/   Michael E. Boyd
12 Michael E. Boyd
   5439 Soquel Drive
13 Soquel, CA 95073
   Phone: (408) 891-9677
14 E-mail: michaelboyd@sbcglobal.net

15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

- 2 -

REPLY TO NO ANSWER TO COUNTER MOTION