Pg 1 of 1

March 10, 2015

BY OVERNIGHT MAIL

Elda M. Thompson
Maria M. Thompson
29 General Lane
Willingboro, NJ 08046-3019

Jordan A. Wishnew
Morrison/Foerster
250 West 55th Street
New York, NY  10019-9601

Re:  Borrower:  Maria Thompson and Elda Thompson (collectively, the "Borrower"_
     Property Address: 137 Ellery Avenue, Newark, NY (NJ) 07106
     Loan Number Ending in: 8459 (the "Loan")

Dear Mr. Wishnew:

    Even though, neither Maria M. Thompson nor Elda M. Thompson has ever denied a meeting with you representing the Trust and/ or its counsel concerning payments or non-payments on a mortgage loan Ameriquest failed to register in May 2005, in response to a Court Order dated March 9, 2015 ordered by Honorable Martin Glenn from the United States Bankruptcy Court, Southern District of New York, Maria M. Thompson and Elda M. Thompson cordially invite you to meet with us at our house located at 29 General Lane, Willingboro, New Jersey 08046 on March 15, 2015 on/or about 2:00PM.

    On that occasion both you as a representative of the Trust and/or its counsel and Maria M. and Elda M. Thompson will discuss GMAC's allegations of said mortgage loan.

    Looking forward to discuss this matter with you on March 15, 2015, we remain

Cordially yours,

_Elda M. Thompson_ (signature)    _Maria M. Thompson_ (signature)
Elda M. Thompson                  Maria M. Thompson

32cc:  Honorable Martin Glenn
       United States Bankruptcy Court
       Southern District of New York
       Alexander Hamilton Custom House
       One Bowling Green – Room 501
       New York, New York 10004-1408

RECEIVED
MAR 1 2 2015
U.S. BANKRUPTCY COURT, SDNY

Page 1