UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
RESIDENTIAL CAPITAL, LLC, et al., [1]               :    Case No. 12-12020 (MG)
                                                    :
                                                    :
                                                    :    (Jointly Administered)
                    Debtors.                        :
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before March 12, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit A**:

- **Notice of Motion of the ResCap Liquidating Trust for Final Decree Closing Certain Jointly Administered Chapter 11 Cases; Hearing to be Held on March 12, 2015 at 10:00 a.m. (prevailing Eastern Time)** [Docket No. 8107]

B. Additionally, on or before March 12, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice of ResCap Liquidating Trust's Motion for Entry of an Order Establishing Procedures Enforcing Injunctive Provisions of Plan and Confirmation Order** [Docket No. 8158]

Dated: March 13, 2015

_Stephanie Delgado_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th of March, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A

Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Crystal Johnson | | PO Box 15105 | Washington | DC | 20003-0105 |
| Fred Colosimo and Harvey S. Lucas | Acct # 0687690526 | PO Box 371 | Blowing Rock | NC | 28605-0371 |
| G. Robert Beebe | | 157 High St | Acton | MA | 07120-4217 |
| Michael Kalbfleisch | | 7178 Lake Vista Dr SW Apt 3A | Byron Center | MI | 49315-9038 |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- | --- |
| Dennis J. Heidrich, Esq. | Hogan and Hogan, P.A. | Insurance Claim Help, Inc. V Gmac Mortgage et al | 906 E Michigan St | Orlando | FL | 32806-4703 |
| Donald W. Lambert | William W Ogden & Helen Price Ogden Vs | Residential Accresit Loans, Inc, Ocwen Loan Se et al | 605 Madison St SE | Huntsville | AL | 35801-4402 |
| Jason Sweny | Garcia & Sweny, PLLC | Barbara Glapion v. AH4R I TX, LLC GMAC Mortgage, LLC & DLG Legal et al | 3334 Richmond Ave Ste 218 | Houston | TX | 77098-3023 |
| Joseph H. Brown, Esq. | Eric Keith Miller v. Gmac Mortgage, LLC et al | 5401 S Kirkman Rd Ste 310 | | Orlando | FL | 32819-7937 |
| Michael D. Jones, Esq | Michael D. Jones & Associates, P.A. | U.S. Bank National Association, as Trustee for RFMSI 2007S9 vs. Robert T. Potchen, a/k/a Robert Potchen, a/k/a Robert Thomas et al | 361 S Central Ave | Oviedo | FL | 32765-9031 |
| Ms. Janice Ann Ganoe | Janice Ann Ganoe v. Gmac Mortgage, LLC et al | 12783 Lost Creek Ct | | Manassas | VA | 20112-3455 |
| Rogelio Perez | Rogelio Perez Vs Colfin Al CA 5 LLC, Deutsche Bank Trust; Co Americas, ETS Services LLC, GMAC Mortgage, et al | | 1312 N Buena Vista St Unit A | Burbank | CA | 91505-1974 |
| Scheuer, Yost & Patterson, P.C. Donald Walcott | Gmac Mortgage LLC V. Erem Birkan, Amy Birkan, and Mortgage Electronic Registration System, Inc. et al | | 123 E Marcy St Ste 101 | Orlando | FL | 87501-2034 |