## **Exhibit C**

```
201202767 ASSIG      $12.00
09/19/2012 02:56:49P  1 PGS
Beverly D Myers
Beverly D Myers
Jay County Recorder IN
Recorded as Presented
```

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Assignment of Mortgage

Dated: September 13, 2012

MIN: ██████6344
MERS Phone: 888-679-6377

8405

For value received Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Mortgage Corporation d/b/a UC Lending, its successors and assigns, 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One National Association, as Trustee for RASC 2001-KS1 all beneficial interest under a certain Mortgage dated February 23, 2001 executed by WILLIAM J FUTRELL and recorded in Book XX on Page(s) XX as Document Number 0100683 on March 2, 2001 of the official records of the County Recorder of Jay County, Indiana.

MORTGAGE AMOUNT: $76,500.00

Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Mortgage Corporation d/b/a UC Lending, its successors and assigns

By: _____
Lisa Marie Spurbeck,
Assistant Vice President

STATE OF Minnesota  )
COUNTY  Ramsey     ) SS

*U02947568*

On September 13, 2012 before me, Sandra Jean Kinnunen, Notary Public in and for said State personally appeared Lisa Marie Spurbeck, Assistant Vice President of Mortgage Electronic Registration Systems, Inc., personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was prepared by:
Fredericka Carter
2925 Country Drive
St. Paul, MN 55117

_____
Sandra Jean Kinnunen, Notary Public
My Commission expires: January 31, 2016

SANDRA JEAN KINNUNEN
Notary Public-Minnesota
My Commission Expires Jan 31, 2016