**<u>Exhibit G</u>**

# GMAC Mortgage

3451 Hammond Ave  
P.O. Box 780  
Waterloo, IA 50704-0780

02/03/10

WILLIAM J FUTRELL

8391 N 550 W

BRYANT          IN  47326

RE:   Account Number          ■■■■6646  
      Property Address         8391 N 550 W

                               BRYANT          IN  47326

Dear    WILLIAM J FUTRELL

In connection with your request for a loan modification, we regret to inform you that your request has been denied for the following reason(s):

[]   The financial information provided shows you have insufficient income to support your request.  We recommend you consider selling your property.  If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[]   The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.

[]   While you do not have sufficient income to support all of your monthly expenses; however, some of your expenses could be reduced.  We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[]   We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[]   Denied by Investor

Account Number ▇▇▇▇6646
Page Two


[]   The payment we received does not represent the correct amount as specified in the agreement.

[]   The required payment was not received by the payment due date as specified in the agreement.

[]   We have not received the signed agreement.

[]   We have not received the required contribution.

[] We have been unable to clear/resolve outstanding title issues in order to meet recording requirements.

[X]   Signed HAMP Modification Agreement was not returned by customer.


[]


At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours.  Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency or HOPE HOTLINE at 1-888-995-HOPE to discuss your needs.

We will continue to work with you to explore other options that may be available for your circumstances.  If you have any questions regarding the above decision, please contact our office at 800-850-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

Notice:  Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only, it is not an attempt to hold you personally responsible for the debt and any rights we may chose to pursue will be exercised against the property only.

5:90