**Exhibit L**

**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1-800-766-4622 Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT NUMBER: ██████6646

PROPERTY ADDRESS:
8391 N 550 W
BRYANT IN 47326

ANALYSIS DATE: FEBRUARY 03, 2010

```
45755-0000350-001
WILLIAM J FUTRELL
8391 N 550 W
BRYANT IN  47326-9090
```

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

**Section 1:**

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | MAY 2010 | 82.93 | 0.00 |
| TOTAL ANNUAL DISBURSEMENTS: | | 82.93 | 0.00 |
| TOTAL ESCROW PAYMENT: | | 6.91 | 0.00 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

```
NOTE: If you pay the escrow shortage amount of $527.14, your new total payment will automatically
be adjusted to $664.16 effective with your AUGUST 01, 2009 payment. If you do not pay the
shortage, your total payment effective AUGUST 01, 2009 will be $708.08.

Payment change:                                    New        Prior Analysis
Escrow                                             6.91          0.00
Surplus/Shortage                                  43.92          0.00
Escrow Shortage Spread 12 Months

Total                                             50.83          0.00
Principal/Interest                               657.25        657.25
Total Payment                                    708.08        657.25

Depending on the timing of when your next billing notice is released, you may not see the payment
change until the following billing notice.
```

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

```
If you are utilizing a military allotment, or third-party company to make payments on your behalf,
please notify your service of any payment changes.
```

NOTE — you must use the below address when remitting your escrow shortage payment

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**

**GMAC Mortgage**

**THIS IS NOT A CHECK**
NOTE — you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| ██████6646 | 527.14 |

**Total Amount Enclosed  $**

WILLIAM J FUTRELL

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ  85062-9162

If you pay the escrow shortage amount of $527.14, your new payment will be automatically adjusted to $664.16 effective with your AUGUST 01, 2009 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C16388

```
ANALYSIS TYPE: 1/6 AGGREGATE                               ACCOUNT NUMBER:      6646
PROJECTED ESCROW BALANCE AS OF: JULY 31, 2009              -499.49  *
```

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

|  |  | PROJECTED | CUR. BAL. | REQ. BAL. |
|---|---|---|---|---|
| DATE | RECEIPTS | DISBURSEMENTS | PROJECTIONS | PROJECTIONS |
| PROJECTED BALANCE | | | 499.49- | 27.65 |
| 08/01/09 | 6.91 | .00 | 492.58- | 34.56 |
| 09/01/09 | 6.91 | .00 | 485.67- | 41.47 |
| 10/01/09 | 6.91 | .00 | 478.76- | 48.38 |
| 11/01/09 | 6.91 | .00 | 471.85- | 55.29 |
| 12/01/09 | 6.91 | .00 | 464.94- | 62.20 |
| 01/01/10 | 6.91 | .00 | 458.03- | 69.11 |
| 02/01/10 | 6.91 | .00 | 451.12- | 76.02 |
| 03/01/10 | 6.91 | .00 | 444.21- | 82.93 |
| 04/01/10 | 6.91 | .00 | 437.30- | 89.84 |
| 05/01/10 | 6.91 | 82.93- | 513.32- | 13.82 L |
| 06/01/10 | 6.91 | .00 | 506.41- | 20.73 |
| 07/01/10 | 6.91 | .00 | 499.50- | 27.64 |

```
Current Escrow Balance:     82.93-

Esc Rcpts to Eff Dt      Esc Disb Prior to Eff Dt

Due Dt      Due Amt       Disb Date    Disb Amt




*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.
```

L   ANTICIPATED  LOW POINT FOR ANALYSIS PERIOD:
                   -513.32

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
                   13.82

Section 3:    ➡    | SHORTAGE                527.14 |

ESCROW ACCOUNT ACTIVITY (AUGUST 01, 2008 - JULY 31, 2009)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | .00 | | | .00 |
| 08/01/08 | | .00 | .00 | | .00 | .00 |
| 09/01/08 | | .00 | .00 | | .00 | .00 |
| 10/01/08 | | .00 | .00 | | .00 | .00 |
| 11/01/08 | | .00 | .00 | | .00 | .00 |
| 12/01/08 | | .00 | .00 | | .00 | .00 |
| 01/01/09 | | .00 | .00 | | .00 | .00 |
| 02/01/09 | | .00 | .00 | | .00 | .00 |
| 03/01/09 | | .00 | .00 | | .00 | .00 |
| 04/01/09 | | .00 | .00 | | .00 | .00 |
| 05/01/09 | | .00 | .00 | | .00 | .00 |
| 06/01/09 | | .00 | .00 | TAX | 82.93- | 82.93- |
| 07/01/09 | | .00 | .00 | | .00 | 82.93- |