**Exhibit Q**

## Mortgage Account Statement



**CUSTOMER INFORMATION**

| | | PROPERTY ADDRESS | |
|---|---|---|---|
| Name: | William J Futrell | 8391 N 550 W | |
| Account Number: | ■■■■6646 | BRYANT | IN 47326 |
| Home Phone #: | (765)288-0600 | | |

Visit us at ocwen.mortgagebanksite.com for account information.

WILLIAM J FUTRELL
THOMAS D MARAGOLIS, ATTORNEY AT LAW
125 E CHARLES ST
MUNCIE IN 47305-2478



Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | ■■■■6646 |
| Statement Date | February 18, 2013 |
| Maturity Date | March 01, 2031 |
| Interest Rate | 8.50000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $1,128.43- |
| Principal Balance(PB)* | $75,326.06 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $656.86 |
| Subsidy/Buydown | $0.00 |
| Escrow | $76.77 |
| Amount Past Due | $14,387.70 |
| Outstanding Late Charges | $65.68 |
| Other | $474.50 |
| Total Amount Due | $15,661.51 |
| Account Due Date | July 01, 2011 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PROP INSPECTION FEE | 06/01/11 | 02/08/13 | $21.75 | | | | | | $21.75 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

!Attention Military Families! We are committed to doing what we can to support our customers in the military. If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures

### Mail This Portion With Your Payment

**Mortgage Payment Coupon**

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| ■■■■6646 | 07/01/11 | $733.63 | $15,661.51 | $733.63 | OCWEN |

WILLIAM J FUTRELL

**Please assist us in applying your payment**

Extra Funds:
- Full Payment(s) $_____
- ADDITIONAL Principal $_____
- ADDITIONAL Escrow $_____
- Late Charge $_____
- Other Fees (please specify) $_____
- Total Amount Enclosed $_____

Sign here to receive information on monthly ACH. See back for details.

OCWEN LOAN SERVICING, LLC
PO BOX 9001719
LOUISVILLE KY 40290-1719



02   0711   ■■■■6646   00073363   00000   22222   8

## Convenient Payment Options

**Online Payment Services** — Pay your mortgage and view your latest account statement online! To get started simply register for Account Access at ocwen.mortgagebanksite.com, log-in, and follow the enrollment instructions or sign the box on the front of the statement and Ocwen will send you additional information on enrolling in one of our automatic payment programs.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

**If you use a third party bill payer service or if you do not have your mortgage payment coupon** send to: Ocwen Loan Servicing, LLC, Attn: Payment Processing, PO Box 79135, Phoenix, AZ 85062-9135

**For Express Mail Only** send to: Ocwen Loan Servicing, LLC, 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or ocwen.mortgagebanksite.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.

Special Number for the Hearing Impaired: 1-800-735-2943

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC |
| Attn: Customer Care | P.O. Box 4025 | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 780 | Coraopolis, PA 15108-6942 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-0780 | 1-800-256-9962 | FT. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |
| | | 1-877-261-5760 | 1-877-261-5760 |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: Ocwen Loan Servicing, LLC, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Important Notice** — Ocwen may be attempting to collect a debt and any information obtained will be used for that purpose. Ocwen may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, Ocwen may charge a fee for processing payoff requests.

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

NMLS#: 1852    NC Permit No. 3946

02-1x09-7300(2/13)

# IMPORTANT INFORMATION

## Schedule of Standard Servicing Fees for Indiana

| Fee Name | Fee Description | Estimated Fee Amount |
|---|---|---|
| Balloon Reset/Cast | Fee required to reset balloon loans or recast a loan when loan documents allow for this function. | $170-$1200 (includes hard dollar costs which range by county) |
| Broker Price Opinion (BPO) | Brokers or other qualified individuals provide an estimate of the market value of property. | $83.00 - $150.00 |
| Inspection | Inspections are performed to ensure that the property is occupied and appropriately maintained. | $16.50 - $42.00 |
| Late Charges | Penalty charged to the borrower if a payment is received past the grace days. | Fees assessed according to loan documents |
| Non Sufficient Funds (NSF) Fee | Fee charged for a check that was applied to the borrower's account but returned unpaid by the borrower's depository institution (bank, savings bank, etc). | No Charge |
| Pay by Phone | One time charge to a borrower to make a payment using the pay by phone service. Use of this service is optional. Other payment options are available that have no additional costs. | $7.50 via phone $12.50 via customer service |
| Payoff Statement | Fee charged when a payoff statement is requested to be mailed or faxed. | No Charge |
| Recording Fee | Fee charged by the county recorder's office to record the release / satisfaction when the loan is paid-in-full. | $12.00 - $14.50 |
| Subordination | Processing/underwriting fee to review new loan details and our existing second lien loan to consider permitting the new loan to have priority, or first lien position, over our existing second lien loan. | No Charge |
| Wire | Fee assessed for wired payments. Use of this service is optional. Other payment options are available that have no additional costs. | $7.50 |
| All fees and amounts are subject to change without prior notice. Additional fees and amounts may apply depending on your specific request and the status of your loan. | | |

