# EXHIBIT 3

## Summary of Purported QWRs

# Purported QWRs Sent by Claimant and His Counsel

| Letter Date | Exhibit | Address/Fax Number Listed |
|---|---|---|
| October 23, 2009 | N/A | Unknown |
| October 30, 2009 | Futrell Response, Exhibit 16 | GMAC Mortgage<br>Attn-Customer Care<br>P.O. Box 1330<br>Waterloo, IA 50704-1330 |
| October 31, 2009 | N/A | Unknown |
| November 13, 2009 | Futrell Response, Exhibit 14 | CCCS<br>Facsimile - 404-260-3342<br>Attn: Barbara Morris |
| December _, 2009[28] | Futrell Response, Exhibit 15 | GMAC 866-709-4744 Loss Mitigation;<br>Barbara Morris 404-260-3342 CCCS;<br>&<br>Lorna Ogala 240-699-3883 Fannie Mae |
| October 23, 2011 | Futrell Response, Exhibit 17 | GMAC<br>3451 Hammond Avenue<br>P.O. Box 780<br>Waterloo, IA 50704-0760<br>Attn: Jenna Williams |
| April 14, 2012 | Futrell Response, Exhibit 18 | GMAC Mortgage<br>3451 Hammond Avenue<br>P.O. Box 780<br>Waterloo, IA 50704[29]<br>Attn: Mirela |
| August 31, 2012 | Futrell Response, Exhibit 19 | GMAC<br>3451 Hammond Avenue<br>P.O. Box 780<br>Waterloo, IA 50704-0780<br>Attn: |
| March 14, 2013 | Futrell Response, Exhibit 20 | GMAC<br>3451 Hammond Avenue<br>P.O. Box 780<br>Waterloo, IA 50704 |

---

[28] This letter does not contain a date.
[29] The zip code is hand-written.