CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | |
| | : | Case No. 12-12020 (MG) |
| Debtors. | : | |
| | : | (Jointly Administered) |
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Damien A. Morris, hereby certify under penalty of perjury that on March 13, 2015, I caused to be delivered a true and correct copy of the *Response of Ocwen Loan Servicing, LLC to The ResCap Liquidating Trust's Objection to Ocwen's Request for Payment of Administrative Expense Claims, dated March 13, 2015,* to be served upon each of the following parties in the manner described below:

BY FEDERAL EXPRESS

**Hon. James M. Peck**
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004-1408

*Linda A. Riffkin,*
*Brian S. Masumoto*
**Office of United States Trustee**
201 Varick Street, Suite 1006
New York, NY 10014

*Todd Goren, Esq.*
*Jamie A. Levitt, Esq.*
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019

Dated: March 16, 2015
New York, New York

By: Damien A. Morris
Damien A. Morris