**Hearing Date: April 16, 2015 at 2:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild

*Counsel for the ResCap Borrower*
*Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF LIMITED EVIDENTIARY HEARING ON OBJECTION OF THE
RESCAP BORROWER CLAIMS TRUST TO PROOF OF CLAIM
FILED BY FRANCINE SILVER (CLAIM NO. 61)**

**PLEASE TAKE NOTICE** that a limited evidentiary hearing on the *Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61)* [Docket No. 8019] will take place on **April 16, 2015 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501 (the "**Bankruptcy Court**"), during which time Jacqueline Keeley will be examined on the record

ny-1179089

concerning her execution of the assignment documents at issue in the Trust's claim objection.

**PLEASE TAKE FURTHER NOTICE** that if Francine Silver wishes to examine the Trust's declarant, then Ms. Silver must appear in person for the scheduled hearing.

Dated:  March 17, 2015
       New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1179089