**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────x

In re:                                                                                  Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al                                  Chapter 11

                       Debtors.                                     Jointly Administered

─────────────────────────────────────────x

RESCAP LIQUIDATING TRUST,

                       Plaintiff,

          -against-                                                      Adv. Proceeding No. 14-01959 (MG)

DOCUMENT TECHNOLOGIES LLC d/b/a EED,
a DTI Company,

                       Defendant.

─────────────────────────────────────────x

**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE AND ECF NOTICES**

    **PLEASE TAKE NOTICE** that the matter concerning Defendant Document Technologies LLC d/b/a EED, a DTI Company is closed.  Please remove the undersigned from receiving any further ECF notifications in connection with the above-captioned jointly administered cases.

Dated: New York, New York
         March 13, 2015                  COZEN O'CONNOR

                                             By: s/   Michael B. de Leeuw
                                                 Michael B. de Leeuw
                                                 45 Broadway
                                                 New York, New York 10006
                                                 Telephone: (212) 908-1331
                                                 Facsimile: (212) 509-9492
                                                 Email: mdeleeuw@cozen.com

                                         *Attorneys for Defendant Document Technologies*
                                         *LLC d/b/a EED, a DTI Company*