**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Laurel I. Handley, dated March 11, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Arizona, California, Idaho and Nevada and the bars of the United States District Courts for the District of Arizona, Central District of California, Eastern District of California, Northern District of California, Southern District of California, District of Idaho and District of Nevada,

IT IS HEREBY ORDERED that Laurel I. Handley is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
       **March 18, 2015**

                                        /s/Martin Glenn
                                      The Honorable Martin Glenn
                                      United States Bankruptcy Judge
                                      Southern District of New York