LEWIS LAW PLLC
Local Counsel to Maurice Sharpe
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 761-8400
klewis@lewispllc.com
Kenneth M. Lewis

DAVID J. WINTERON & ASSOCIATES, LTD.
Attorneys for Maurice Sharpe
1140 N. Town Center Drive, Suite 120
Las Vegas, Nevada 89144
(702) 363-0317
david@davidwinterton.com
David J. Winterton
Tennille K. Pereira

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

RESIDENTIAL CAPITAL, LLC, et al.

                                    Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

## MOTION OF DAVID J. WINTERTON FOR ADMISSION, PRO HAC VICE

        I, David J. Winterton, a member in good standing of the bar of the State of Nevada and Utah and the United States District Court for the Districts of Nevada and Utah, request admission, *pro hac vice*, to practice in this Court to represent Maurice Sharpe in the above-captioned chapter 11 cases, as well as in any related adversary proceedings.

Address:

                David J. Winterton, Esq.
                David J. Winterton & Associates, Ltd.
                1140 N. Town Center Drive, Suite 120
                Las Vegas, Nevada 89144
                david@davidwinterton.com
                (702) 363-0317

I have agreed to pay the $200 fee upon the filing of this Motion.

Dated:  Las Vegas, NV
        March 10, 2015

DAVID J. WINTERON & ASSOCIATES, LTD.

By: /s/ David J. Winterton
    David J. Winterton

1140 N. Town Center Drive, Suite 120
Las Vegas, Nevada 89144
(702) 363-0317
david@davidwinterton.com