UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

RESIDENTIAL CAPITAL, LLC, et al.

                                      Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

## ORDER ADMITTING DAVID J. WINTERTON TO PRACTICE, PRO HAC VICE

David J. Winterton, a member in good standing of the bar of the State of Nevada and Utah and the United States District Court for the Districts of Nevada and Utah, having requested admission, *pro hac vice*, to practice in this Court to represent Maurice Sharpe in the above-captioned chapter 11 cases, as well as in any related adversary proceedings;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. David J. Winterton is admitted to practice in this Court to represent Maurice Sharpe in the above-captioned chapter 11 cases, as well as in any related adversary proceedings, provided that the filing fee has been paid.

Dated: White Plains, New York
       March ____, 2015

_____
UNITED STATES BANKRUPTCY JUDGE