UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

RESIDENTIAL CAPITAL, LLC, et al.

                         Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

David J. Winterton, a member in good standing of the bar of the State of Nevada and Utah and the United States District Court for the Districts of Nevada and Utah, having requested admission, *pro hac vice*, to practice in this Court to represent Maurice Sharpe in the above-captioned chapter 11 cases, as well as in any related adversary proceedings;

IT IS HEREBY ORDERED THAT:

David J. Winterton, Esq. is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

**March 18, 2015**

                                                       **/s/Martin Glenn**
                                             UNITED STATES BANKRUPTCY JUDGE