# FREEDOM OF INFORMATION ACT REQUEST LETTER

Re: Freedom of Information Act Request

U.S. Bankruptcy Court For The Southern District of New York
One Bowling Green
New York, New York 10004-1404
March 12, 2015

Dear Clerk:
This is a request under the Freedom of Information Act.
I request that a copy of the following documents [or documents containing the following information] be provided to me: [identify the documents or information as specifically as possible]. I am seeking information on all information on Case

## Records Requested:
All information on this case and participants CASE NUMBER 12-12020 (MG)

Respectfully submitted:

Tom Franklin
5633 Oak Grove Road
Fort Worth, Texas 76134





RECEIVED
MAR 16 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# FREEDOM OF INFORMATION ACT REQUEST LETTER

Re: Freedom of Information Act Request

Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 284-4551
Courtroom: 501
March 12, 2015

Dear Clerk:
This is a request under the Freedom of Information Act.
I request that a copy of the following documents [or documents containing the following information] be provided to me: [identify the documents or information as specifically as possible]. I am seeking information on all information on Case

## Records Requested:

All information on this case and participants CASE NUMBER 12-12020 (MG)

Respectfully submitted:

Tom Franklin
5633 Oak Grove Road
Fort Worth, Texas 76134

RECEIVED

MAR 1 6 2015

U.S. BANKRUPTCY COURT, SDNY