# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re; | ) | Case No 12-12020 (MG) |
|---|---|---|
| | ) | |
| Residential Capital LLC | ) | |
| | ) | Chapter 11 |

TO;
THE HONORABLE MARTIN GLENN;

The Litigates Gary D. & Susan P. Taylor Referenced in case no 12-12020 (MG) Doc 8158 Filed 02/19/15.
Request that this Motion be reopened Due to the failure of Residential Capital LLC to abide by notification rules
, A shipping Label is included as documention of the claim..

RESPECTFULLY SUBMITTED BY

Gary D. Taylor

13058 ALLAdr
Coker,ALa 35452

Phone# 205 339 0226

RECEIVED
MAR 16 2015
U.S. BANKRUPTCY COURT, SDNY

ORIGIN ID:OLV (310) 823-9000
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

SHIP DATE: 02MAR15
ACTWGT: 1.0 LB MAN
CAD: 0196151/CAFE2807

BILL SENDER

TO

GARY AND SUSAN TAYLOR
13058 ALLA DRIVE

COKER AL 35452
(310) 823-9000
DEPT: RESIDENTIAL CAPITAL

REF: RESCAP 70062

FedEx Express

E

TUE - 03 MAR 12:00P
PRIORITY OVERNIGHT

TRK# 0201 6175 6324 2057

XX TCLA

35452
AL-US BHM

RT 837

FZ

1
12:00

2057
03.03

