**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL ORDER REGARDING FILING INJUNCTION**
**AGAINST TOM FRANKLIN**

On March 18, 2015, this Court entered an Order determining that Tom Franklin ("Franklin") is a vexatious litigator and enjoining Franklin from making any further filings in this Court (the "Injunction," ECF Doc. # 8335). To the extent Franklin seeks to file additional pleadings in this Court relating to appeals to the District Court from orders of this Court and for avoidance of doubt, the Injunction shall not apply to pleadings filed by Franklin in this Court relating to currently pending or future appeals from orders of this Court.

**IT IS SO ORDERED.**

Dated: March 20, 2015
New York, New York

                                                                                                   **/s/Martin Glenn**
                                                                                                     MARTIN GLENN
                                                                         United States Bankruptcy Judge