**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] : **Case No. 12-12020 (MG)**
:
:
: **(Jointly Administered)**
**Debtors.** :
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On March 16, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit A**:

- **Notice of Motion of the ResCap Liquidating Trust for Final Decree Closing Certain Jointly Administered Chapter 11 Cases; Hearing to be Held on March 12, 2015 at 10:00 a.m. (prevailing Eastern Time)** [Docket No. 8107]

B. Additionally, on or before March 19, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Notice of ResCap Liquidating Trust's Motion for Entry of an Order Establishing Procedures Enforcing Injunctive Provisions of Plan and Confirmation Order** [Docket No. 8158]

Dated:  March 23, 2015

_____
Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd of March, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Council of Unit Owners, Inc., Greenbriar | Condominium Phase I | Frank J. Emig, Esq. | 8337 Cherry Ln | Laurel | MD | 20707-4828 |
| Jerry Rateau | | 36 Bellevue Ave | | Brockton | MA | 02302-1721 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

3/23/2015

# EXHIBIT B

Exhibit B
Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bagley & Langan, PLLC | J. Robert Langan | Raymond Quiroz and Shelley Quiroz v. Homecomings Financial, LLC a foreign limited liability company, and Residential Funding et al | 45380 W 10 Mile Rd Ste 140 | Novi | MI | 48375-3001 |
| Beverly Kressin | | 7848 Dundee Ln | | Delray Beach | FL | 33446-3166 |
| Craig R. Elkins | Magnum Law Group, PLLC | Jack L. Bentler and Janette E. Bentler, Husband and Wife v GMAC Mortgage, LLC; Ocwen Loan Servicing; Northwest Trustee Servi et al | 15405 SE 37th St | Bellevue | WA | 9806-1772 |
| Craig R. Elkins, Esq. | Magnum Law Group, PLLC | Tiffany Lee Genis v. Ocwen Loan Servicing LLC; Northwest Trustee Service; GMAC Mortgage, LLC; Mortgage Electronic Registratio et al | 15405 SE 37th St | Bellevue | WA | 9806-1772 |
| Darlene K Sommer and Edward L. Sommer | Darlene K Sommer Vs. Residential Funding Co LLC et al | 2255 Well Springs Dr | | Buford | GA | 30519-6285 |
| David Lavallee | Susan Lavallee | David & Susan Lavallee v Gmac Mortgage LLC et al | 571 Pulaski Blvd | Bellingham | MA | 02019-2058 |
| Mr. and Mrs. Stephen Buzzell | Stephen F. Buzzell and Kimberly B. Buzzell v JP Morgan Chase Bank, Residential Funding Corporation, John Doe and Jane Doe et al | PO Box 4081 | | Glen Allen | VA | 23058-4081 |