**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

March 20, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

**By Overnight Delivery**

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Residential Capital, LLC et al.
      Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Borrower Trust"). Pursuant to the Court's *Order Directing Maria M. and Elda Thompson to Meet With And Provide Certain Documents to the ResCap Borrower Claims Trust or Alternatively Scheduling a Hearing* [D.E. 8269], the parties met on Tuesday, March 17, 2015 and the Borrower Trust was shown evidence of certain payments made by the claimants. Notwithstanding, the parties are not able to consensually resolve the pending claim objection and require the Court's assistance.

Accordingly, counsel suggests that a telephonic status conference be held on Tuesday, March 31, 2015 at 10:00am EST during which time the Court will advise the parties as to the issues on which it requires further evidence, and in the event the Court elects to schedule an evidentiary hearing, then schedule a time and date for such hearing on those factual issues.

For the avoidance of doubt, the claimants can participate telephonically in the status conference, and the Borrower Trust will provide them with the calling number prior to the March 31st hearing date.

ny-1180855

**MORRISON | FOERSTER**

Hon. Martin Glenn, USBJ
March 20, 2015
Page Two

Respectfully submitted,

*Jordan A. Wishnew*

Jordan A. Wishnew

cc:   Ms. Elda Thompson (via overnight mail)

MEMORANDUM ENDORSED.
IT IS SO ORDERED.
DATED: MARCH 24, 2015
        NEW YORK, NEW YORK

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

ny-1180855