KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP
LIQUIDATING TRUST'S EIGHTY-FOURTH OMNIBUS OBJECTION
TO CLAIMS SOLELY AS IT RELATES TO CLAIM NO. 4924 FILED
BY DEUTSCHE BANK NATIONAL TRUST COMPANY AND DEUTSCHE
BANK TRUST COMPANY AMERICAS TO APRIL 16, 2015 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims (I) Reducing and Allowing Claims and (II) Redesignating, Reducing, and Allowing Claims* [Docket No. 8208] (the "**Omnibus Objection**"), solely as it relates to Claim No. 4924 filed by Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas ("**Deutsche Bank**"), previously scheduled to be heard on **March 31, 2015 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned to **April 16, 2015 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Deutsche Bank's deadline for filing a response to the Omnibus Objection is extended to **April 6, 2015 at 4:00 p.m. (prevailing Eastern Time)**.

Dated:   New York, New York
         March 25, 2015

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                /s/ Joseph A. Shifer
                Kenneth H. Eckstein
                Douglas H. Mannal
                Joseph A. Shifer
                1177 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 715-9100
                Facsimile: (212) 715-8000

                *Counsel for the ResCap Liquidating Trust*