Hearing Date and Time: April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ------------------------------------------------------------ ) | | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP BORROWER
CLAIMS TRUST'S EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO
THE CLAIM FILED BY KENNETH DLIN (CLAIM NO. 3732) TO
<u>APRIL 16, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)</u>**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 8042] (the "<u>Eighty-Second Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Kenneth Dlin (Claim No. 3732), previously scheduled to be heard on March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

ny-1181233

York 10004.

Dated: March 26, 2015                    /s/ Norman S. Rosenbaum
      New York, New York              Norman S. Rosenbaum
                                       Jordan A. Wishnew
                                       Jessica J. Arett
                                       MORRISON & FOERSTER LLP
   250 West 55th Street
   New York, New York 10019
   Telephone:  (212) 468-8000
   Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1181233