## **Exhibit A**

12-12020-mg   Doc 8363-2   Filed 03/26/15   Entered 03/26/15 15:18:42   Exhibit A to
Declaration   Pg 2 of 5

PG 0337 JUL 20 ᵒ

TAX MAP NO./GPIN#: C009-0252-008   /0-13171

PREPARED BY & RETURN TO:
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Ste. 120
Virginia Beach, Virginia 23462

Title Insurance underwriter unknown
to the preparer
FILE NO. 44452-08

SATTERWHITE, JR.

SAMUEL I. WHITE, P.C.,
SUBSTITUTE TRUSTEE

AND                                                    DEED OF FORECLOSURE

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE

TO

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2002RP1

    THIS DEED, made this 15th day of April, 2010, by and between SAMUEL I. WHITE, P.C., a Professional Corporation, Substitute Trustee, party of the first part, of the City of Virginia Beach, Virginia, with the original deed of trust makers being JOHN E. SATTERWHITE JR., being together the <u>Grantors</u>; and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2002RP1, its successors and assigns, party of the third part, herein called <u>Grantee</u>; C/O GMAC Mortgage, LLC 3451 Hammond Avenue Waterloo, IA 50702; and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, party of the second part, herein called Bidder, <u>Grantor</u>.

    WHEREAS, by deed of trust dated March 29, 2000, and duly recorded in the Office of the Clerk of the Circuit Court of the City Of Richmond, Virginia, in Instrument 000007459, at page 0118, John E. Satterwhite Jr., did grant and convey the hereinafter described property to Community Title and Settlement, Trustee(s), in trust, to secure the payment of the principal sum of $33,150.00, with interest thereon and payable in monthly installments as stated in said deed, and evidenced by one negotiable-promissory note of even date with said deed; and

    WHEREAS, by instrument recorded in the aforesaid Clerk's Office, Samuel I. White, P.C.

*Left margin (rotated):* M/14:01   Lot 76, on Subdivision Plat of McGuire Village, recorded in plat book 8, page 116 in the Clerks Office, circuit court of the county of Chesterfield, VA

*Lower left margin:* Consideration: $28,210.73
Assessed Value: $ 76,000.00

1


EXHIBIT

PB 0538 JUL 20

was appointed Substitute Trustee, under the aforesaid Deed of Trust; and

WHEREAS, said deed provides that upon default in the payment of principal or interest secured by said deed, or upon breach of any covenant therein contained obligatory upon the makers thereof, the Trustee, upon request of the creditor(s) secured thereby, shall sell the said property at public auction after having first advertised the time, place and terms of said sale in a newspaper published or having general circulation in the City Of Richmond, Virginia; and

WHEREAS, there was a default in the payment of principal and interest and at the request of the holder of said note, the party of the first part, after having advertised the time, place and terms of sale once a week for two (2) weeks in the Richmond Times Dispatch, a newspaper published in Richmond, Virginia and having general circulation in the City Of Richmond, Virginia, and after providing notice of said sale to the property owner(s) as required by Section 55-59.1, Code of Virginia 1950, as amended, did offer the said property for sale and did sell the same at public auction to the highest bidder, for cash on the 15th day of April, 2010, at the entrance to the John Marshall Courts Building, 400 North 9th Street, Richmond, Virginia, at which sale THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, party of the second part, was the highest and last bidder for the same having paid the sum of $28,210.73; and

WHEREAS, the party of the second part has assigned all of its right, title and interest in and to the property described hereinafter to the THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2002RP1, his successors and assigns, party of the third part, and has directed the Substitute Trustee, party of the first part, to execute and deliver a deed to the said party of the third part, as evidenced by the signature of their duly authorized officer affixed hereinafter; and

WHEREAS, the Substitute Trustee herein asserts, to the best of its knowledge and belief, that the party/parties in interest is/are not members of the Armed Forces of the United States, and is/are therefore not entitled to the benefits of the Service Members Civil Relief Act.

NOW, THEREFORE, THIS DEED, WITNESSETH: That for and in consideration of the sum of $28,210.73, cash in hand paid by the party of the second part to the party of the first part, the



PG 339 JUL 20

receipt whereof is hereby acknowledged, the said SAMUEL I. WHITE, P.C., Substitute Trustee, as aforesaid, in execution of the said deed of trust, does hereby grant and convey with SPECIAL WARRANTY, unto the THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2002RP1, its successors and assigns, the following described property, to-wit:

> ALL that certain lot, piece or parcel of land, with all improvements thereon and appurtenances thereto belonging, lying and being in the City of Richmond, Virginia and shown and designated as Lot 76, on Subdivision Plat of McGuire Village recorded in the Clerk's Office, Circuit Court of the County of Chesterfield, Virginia, in Plat Book 8, page 116, to which plat reference is hereby made for a more particular description of the property hereby conveyed.
>
> Property Address: 3219 Kenyon Avenue, Richmond, VA 23224
>
> This conveyance is made subject to all restrictions, easements, and rights of way of record affecting the aforesaid real estate.

TO HAVE AND TO HOLD the property in fee simple, upon the trusts and for the uses and purposes set forth therein, including the following:

Full power and authority is hereby granted to the Trustee and their successors to protect and conserve the property; to sell, contract and convey the property by deed or other conveyance to any grantee and to grant authority, by proper document executed by the Trustee and duly recorded, whereby the agent of the Trustee may act on behalf of the Trustee in the exercise of authority so granted.

No party dealing with the Trustee in relation of the Property in any manner whatsoever, and (without limiting the foregoing) no party to whom the Property or any part thereof or any interest therein shall be conveyed, contracted to be sold, shall be obliged to see to the application of any purchase money.

IN WITNESS WHEREOF, the parties of the first and second parts have caused this deed to be executed in their corporate names by a duly authorized officer of such corporation.

3

In Witness Whereof, the parties of the first and second part have caused this deed to be executed in their corporte naems by a duly authorized officer of such corporation.

SAMUEL I. WHITE, P.C.
Substitute Trustee

BY: _____
Sara K. Turner, Vice President

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE

BY: _____
(Name and Title)
Jeffrey Stephan
Limited Signing Officer
of ~~Residential Funding~~ LLC, Attorney in Fact
Residential Funding Company

STATE OF VIRGINIA

CITY OF VIRGINIA BEACH, to-wit:

The foregoing instrument was acknowledged before me this 15th day of April, 2010 by Sara K. Turner, Vice-President of Samuel I. White, P.C., a Virginia corporation, on behalf of the corporation, who is personally known to me.

_____
Notary Public

My Commission expires:

[Notary Stamp:
JOSEPHINE M. ATIENZA
Notary Public
Commonwealth of Virginia
334187
My Commission Expires Nov 30, 2012]

STATE OF ___PA___

CITY/COUNTY OF ___Montgomery___, to-wit:

The foregoing instrument was acknowledged before me this ___7___ day of ___May___, 20_10_ by Jeffrey Stephan, Limited Signing Officer
*~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
VP (title) of THE BANK OF NEW YORK MELLON TRUST COMPANY,
*Of Residential Funding Company, Attorney in Fact
NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, a corporation, on behalf of the corporation.

_____
Notary Public

My Commission expires:
PREPARED BY:
Samuel I. White, P.C.
5040 Corporate Woods Drive, Ste. 120
Virginia Beach, Virginia 23462

[Notary Stamp:
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Heather Reinhart, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Sept. 9, 2013
Member, Pennsylvania Association of Notaries]

4

INSTRUMENT #100013171
RECORDED IN THE CLERK'S OFFICE OF
CITY OF RICHMOND ON
JULY 20, 2010 AT 02:01PM
$76.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE:    $38.00   LOCAL:    $38.00

BEVILL M. DEAN, CLERK