**Exhibit B**

# INVOICE 1238829

**FROM:** PCV/MURCOR
740 Corporate Center Drive

Pomona, CA 91768
(909)623-4001
EIN: 95-4072376

**Date:** 2/4/2010

**TO:** GMAC RESCAP
One Meridian Crossing Ste 100

Minneapolis, MN 55423

**Amount Enclosed**

| Date | Description of Charges | Amount |
|---|---|---|
| 2/4/2010 | BPO Exterior | $83.00 |
| | **Property Owner and Address** | |
| | 3219 KENYON AVE | |
| | RICHMOND, VA 23224 | |
| | **Loan No:** 0260003324 | |
| | **Borrower:** JOHN SATTERWHITE | |
| | **PCV Job No:** 1238829 | |
| | **Reference No:** 251036_993779 | |
| | **Contact:** | |
| | Net 15 Days          Balance Due | $83.00 |

Please send a copy of this invoice along with your payment

**THANK YOU FOR YOUR BUSINESS!**
PCV / MURCOR
www.pcvmurcor.com



GMAC, Drive By Form
Loan#: 0260003324

| Address: | 3219 KENYON AVE RICHMOND VA 23224 | Inspection Type: | Exterior |
|---|---|---|---|
| Borrower: | JOHN SATTERWHITE | APN: | C0090252008 |

### I. Order Information

| | | | | | |
|---|---|---|---|---|---|
| Inspection Date: | 2/4/2010 | Deal Name: | | VMA Request ID: | 0260003324 |
| Client: | GMAC RESCAP | BPO Vendor: | PCV Murcor | Vendor Tracking ID: | 1238829 |
| Agent Name: | Robert Andes | Brokerage: | Andes Real Estate Co., Inc. | Agent Phone: | 8043233949 - |

### II. Subject Property Information

| | | | | | |
|---|---|---|---|---|---|
| Occupied: | N | Property Type: | SFR | HOA Fees: | | Zoning: | Residential |
| Date Last Sold: | | Last Sale Price: | $ | Data Source: | MLS | Currently Listed: | N |
| Agent Name: | | Initial List Price: | $ | Initial List Date: | | Current List Price: | $ |
| Last Reduction Date: | | MLS#: | | Total Repair Cost: | $300.00 | Estimated Monthly Rent: | $700.00 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: The exterior appears to be in average condition.

### III. Neighborhood Information    (Population Density: 2,805 /sq. mi.)

| Location Type: | Suburban | Supply / Demand: | In Balance | Value Trend: | Decreasing | Local Economic Trend: | Decreasing |
|---|---|---|---|---|---|---|---|
| Price Range: | $39,900 to $97,300 | | | Median Price: | $70,000 | Avg Marketing Time: | 90 |

NEIGHBORHOOD COMMENTS: Subject is convenient to commerce and industry. Some properties in the area need updating.

### IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3219 KENYON AVE RICHMOND, VA | 1754 GROSS RICHMOND, VA | 2606 PERRY ST. RICHMOND, VA | 2726 DORSET RD. RICHMOND, VA | 4215 NORBORNE RD. RICHMOND, VA | 3026 CULVER RD. RICHMOND, VA | 4013 OLD WARWICK RD. RICHMOND, VA |
| Zip | 23224 | 23224 | 23224 | 23224 | 23224 | 23224 | 23224 |
| Data Source | MLS | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | N/A | 0.15Mi | 1.57Mi | 1.38Mi | 1.18Mi | 0.24Mi | 1.32Mi |
| Sale Price | | $69,950 | $119,950 | $71,400 | | | |
| Sale Date | | 01/16/2010 | 02/27/2009 | 09/30/2009 | | | |
| Orig. List Price | | $74,950 | $119,950 | $79,000 | $65,000 | $69,950 | $79,000 |
| Curr. List Price | | | | | $65,000 | $69,950 | $79,000 |
| DOM | | 194 | 160 | 33 | 12 | 27 | 58 |
| Lot Size | 0.27 acres | 0.30 acres | 0.25 acres | 0.37 acres | 0.26 acres | 0.21 acres | 0.24 acres |
| View | None | None | None | None | None | None | None |
| Design/Style | Ranch/1 Sty | Ranch/1 Sty | Ranch/1 Sty | Ranch/1 Sty | Ranch/1 Sty | Ranch/1 Sty | Ranch/1 Sty |
| Type/#Unit | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 |
| Age | 62 | 62 | 110 | 70 | 60 | 59 | 39 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 785 sq.ft | 725 sq.ft | 919 sq.ft | 648 sq.ft | 939 sq.ft | 735 sq.ft | 790 sq.ft |
| # Rooms/Bdr/Bth | 5/3/1 | 4/2/1 | 5/3/1 | 4/2/1 | 6/3/1 | 4/2/1 | 5/2/1 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Garage Type | Parking Space | Detach | Parking Space | Parking Space | Parking Space | Parking Space | Parking Space |
| # Garage Stalls | N/A | 1 | N/A | N/A | N/A | N/A | N/A |
| Pool/ Spa | No/No | No/No | No/No | No/No | No/No | No/No | No/No |
| Other Features | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Sales Type | | Unknown | Unknown | Unknown | Short Sale | Neither | Neither |
| HOA Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

COMPARABLE PROPERTY COMMENTS:

Sales Comp 1: Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject.

Sales Comp 2: Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. The 'Sales Comp - Sales Price' is greater than the subject's 'Normal Market Sales - As-Repaired' price because the (See Addendum)

Sales Comp 3: Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Due to the subject being property unique for this area, it was (See Addendum)

Listing Comp 1: Comp is a Short Sale Listing. Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. There are no other comps similar to (See Addendum)

Listing Comp 2: Comp is neither an REO Listing nor a Short Sale Listing. Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject.

Listing Comp 3: Comp is neither an REO Listing nor a Short Sale Listing. Comps have similar basic amenities as subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. There (See Addendum)

### V. Marketing Strategy

| | "As-Is" Value | "Repaired" Value | Estimated Marketing Time for Subject: | 90 days |
|---|---|---|---|---|
| Estimated Sale Price: | $74,500 | $75,000 | VALUE CONCLUSION SUMMARY: Subject's final value represents a value with normal marketing times and based on the most similar and proximate comps in this report. | |
| Recommended List Price: | $74,500 | $75,000 | | |

### VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | None noted. | $0 |
| Siding/Trim | None noted. | $0 |
| Windows/Doors | WINDOW ON LEFT SIDE BROKEN. | $300 |
| Paint | None noted. | $0 |
| Foundation | None noted. | $0 |
| Garage | None noted. | $0 |
| Landscaping | None noted. | $0 |
| Fence | None noted. | $0 |
| Other | None noted. | $0 |
| | Estimated Exterior Repairs: | $300 |
| | Estimated Interior Repairs: (Estimate Based on subject's age and exterior condition.) | $0 |
| | Total Estimated Repairs: | $300 |

### VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Data Source | Notes |
|---|---|---|---|---|---|
| | | | | | |

### VIII. Additional Comments

BROKER COMMENTS:

VENDOR COMMENTS:

# Addendum  -  PCV Order 1238829

**IV. Comparable Property Comments:**

Sales Comp 2: sales comp is superior overall to the subject property. Due to the lack of more recent similar sales comps in this market, it was necessary to exceed sales date guidelines for this comp. Due to the subject being property unique for this area, it was necessary to exceed distance guidelines. The subject's market area is made up of mixed older and newer homes; therefore, sale comp exceeds year built guidelines.

Sales Comp 3: necessary to exceed distance guidelines.

Listing Comp 1: the subject property that are within the immediate market area.  The search area was expanded.

Listing Comp 3: are no other comps similar to the subject property that are within the immediate market area. The search area was expanded.

**Additional Comments**

## Property Map
### PCV 1238829



| Address | Prox Est | Prox Actual | Map Status | Sq Feet | Bed | Bath | Sales Price / Current LP | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Subject:** 3219 KENYON AVE RICHMOND, VA 23224 | | | Mapped | 785 | 3 | 1 | | |
| **Sales Comp #1:** 1754 GROSS RICHMOND, VA 23224 | | 0.15 | Mapped | 725 | 2 | 1 | 69,950 | 1/16/10 |
| **Sales Comp #2:** 2606 PERRY ST. RICHMOND, VA 23224 | | 1.57 | Mapped | 919 | 3 | 1 | 119,950 | 2/27/09 |
| **Sales Comp #3:** 2726 DORSET RD. RICHMOND, VA 23224 | | 1.38 | Mapped | 648 | 2 | 1 | 71,400 | 9/30/09 |
| **Listing Comp #1:** 4215 NORBORNE RD. RICHMOND, VA 23224 | | 1.18 | Mapped | 939 | 3 | 1 | 65,000 | |
| **Listing Comp #2:** 3026 CULVER RD. RICHMOND, VA 23224 | | 0.24 | Mapped | 735 | 2 | 1 | 69,950 | |
| **Listing Comp #3:** 4013 OLD WARWICK RD. RICHMOND, VA 23224 | | 1.32 | Mapped | 790 | 2 | 1 | 79,000 | |

## Photographs
### PCV 1238829

Front - 3219 KENYON AVE



What Subject Faces - 3219 KENYON AVE



**Photographs**
PCV 1238829

House Number - 3219 KENYON AVE



Left Side - 3219 KENYON AVE



Identifier:0260003324  Doc Type:BPOP

## Photographs
PCV 1238829

Right Side - 3219 KENYON AVE



Street (in one direction) - 3219 KENYON AVE



**Photographs**
PCV 1238829

Street (in other direction) - 3219 KENYON AVE

