**Exhibit A-2**

# ResCap  MORRISON | FOERSTER

JUL 2 2 2013
To _____
By _____

## Claim Information

| Claim Number | 4497 |
|---|---|
| **Basis of Claim**  Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | I was Force & Pressured into obtaining this High interest rate Home Equity Loan in 2006 in the amount of 60,000 by calculation I have been paying this interest since 2006 to date! |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: | 2980 |
|---|---|

Address of property related to the above loan number: 7070 NW 65th. Terrace

| City: Parkland | State: FL | ZIP Code: 33067 |
|---|---|---|

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220    Bloomington, MN 55438

Claim Number: 4497
Herold Gay
Type: POC

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

**Homecomings Financial**
*A GMAC Company*
www.homecomings.com

#BWNFNYZ
#ZRZSYSQYXZ0#

+ 0119318 000007907 09HFST 0932710 P8
Herold Gay
7070 NW 65th Ter
Parkland FL 33067-1434

## Customer Information

Borrower: Herold Gay
Property Address: 7070 Northwest 65th Terrac
Parkland FL 33067

Home Phone #: 954 227 2981
Work Phone #1: 516 792 0984
Work Phone #2: 000000000000

*Please use the form on the back of the coupon to update this information.*

## Current Account Details

Mortgage Amount(s) Due
Principal                38.99
Interest                549.08





Information About Your Account

Make same-day mortgage payments with your ATM/Debit card. Call **1.800.206.2901** or visit www.homecomings.com.

*Like Coming Home*

## Mortgage Account Summary

Payment Due Date:           08/30/06
Statement Date:              08/07/06
Account Information as of 08/07/06
  Current Principal Balance *     59,899.47
  Year to Date Interest            1,099.54
  Interest Rate:                  11.000%

## Prior Period Activity

Activity from 07/08/06 to 08/07/06
07/27/06  07/30/06 Payment: 38.53 principal, 549.54 interest        588.07
07/27/06  Additional Principal Payment                               12.00

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.
Please call 1.800.206.2901 to obtain the payoff amount for your loan.

Pay online: www.homecomings.com

Check here and complete form on reverse side if your address or other information has changed.

**PLEASE INCLUDE LOAN NUMBER(S) ON YOUR CHECK**

Homecomings Financial
P. O. Box 105682
Atlanta, GA 30348-5682

If sending more than total amount due, please show how it should be applied and the total amount enclosed.

Total Amount Due           $_____
+ Additional Principal     $_____
+ Additional Escrow        $_____
+ Future or Partial Payment(s)  $_____
= Total Amount Enclosed    $_____



Homecomings Financial
P. O. Box 105682
Atlanta, GA 30348-5682

2980   00061747  00058807

*Caught*
*napping?*

## We make it easy to make your last-minute payments

Have you ever been so busy that you overlooked your mortgage payment until the last minute? When it happens, using an overnight service may seem like your only option. It keeps your credit record clean and keeps late fees from piling up. But it's also expensive and it can be a headache to put the package together and find a drop-off site.

**ATM/Debit cards for same-day payments if done by 6 p.m. CST**
All you need is a bank card with a Pulse®, Star℠, NYCE or ACCEL logo. Just enter your card number when you call us at 1.800.206.2901 or visit www.homecomings.com. Your payment will be posted that day and your account information will be protected by our state-of-the-art security systems. Best of all, it is a lot less expensive than next-day package delivery charges — and a lot easier.

Save time and money next time you need to make a last-minute mortgage payment. Use your ATM/Debit card at www.homecomings.com or call 1.800.206.2901.

### CUSTOMER SERVICE PHONE NUMBERS - PLEASE HAVE YOUR LOAN NUMBER AVAILABLE.

| Customer Service | Refinance/New Loans | Property Insurance Only |
|---|---|---|
| **1.800.206.2901** | **1.877.695.3633** | **1.800.237.6787** |
| Monday-Thursday 8 a.m.–9 p.m. CST | Monday-Thursday 8 a.m.–8 p.m. CST | Monday-Thursday 8 a.m.–9 p.m. CST |
| Friday 8 a.m.–6 p.m. CST | Friday 8 a.m.–5 p.m. CST | Friday 8 a.m.–5 p.m. CST |
| | Saturday 10 a.m.–3 p.m. CST | |

### MAILING ADDRESSES

Please use the appropriate address and include your loan number on all correspondence.

| Overnight Mortgage Payments | Payments With or Without Coupon | General Correspondence | Insurance Bills | Bankruptcy Correspondence |
|---|---|---|---|---|
| Homecomings Financial | Homecomings Financial | Homecomings Financial | Homecomings Financial | All bankruptcy correspondence including any notices of bankruptcy filings, must be delivered or mailed to Homecomings Financial at the following address: |
| 1820 E. Sky Harbor Circle South | P.O. Box 650515 | P.O. Box 890036 | P.O. Box 100585 | |
| Phoenix, AZ 85034-9700 | Dallas, TX 75265-0515 | Dallas, TX 75389 | Florence, SC 29501-0585 | |
| | | | Fax 1.843.413.2035 | |
| | *Use this address if no coupon is available* | | *For First Mortgages Only* | Bankruptcy Department P.O. Box 939072 San Diego, CA 92193-9072 |

Homecomings Financial cannot accept wire transfer, credit card, or cash payments.

### PAYMENT OPTIONS

- Check or Money Order via U.S. Mail or Overnight Mail.
- ATM/Debit Card: Call 1.800.206.2901
- MoneyGram®. Receive code 3149
- Western Union Quick Collect®. Code City: Cityplace, Texas.
- Automated Payment System
  - One-time payments (at least 2 business days prior to your desired payment date).
  - Monthly recurring payments on the date you choose.
  - Pay online at www.homecomings.com or call 1.800.206.2901.

- By sending your check to us, you authorize Homecomings Financial to convert the check into an electronic fund transfer. Please be aware that your bank account may be debited as soon as the same day we receive your payment and you will no longer receive a canceled check.
- Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.
- Homecomings Financial requires all payments greater than $25,000 or if the amount is 50 percent of the unpaid principal balance to be in the form of certified funds. We will return any checks which do not meet this criteria.
- If you have multiple accounts with Homecomings Financial, please submit all coupons with your payment.

### LATE CHARGES/CREDIT REPORTING/RETURNED CHECK FEES

Payments are not considered paid until received. All payments received after the "late charge date" must include the late charge. Postal delays do not result in a waiver of late charges; therefore, please allow adequate time for mail service. Homecomings Financial reports to various credit agencies and we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We will assess a returned check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution.

### ADDRESS INFORMATION CHANGE

Please print only the information that requires a change. Check box on reverse side.

**Name/Social Security Number Updates**

Borrower* _____

Co-Borrower* _____

Borrower's SS# _____

Co-Borrower's SS# _____

* For spelling corrections only. For all other name changes, please contact us.

**Mailing Address/Phone Updates**

Street _____

City _____ State _____ Zip _____

Home Phone ( ) _____

Work Phone 1 ( ) _____

Work Phone 2 ( ) _____

E-mail Address _____

Address/Information changes—and online payments—may be made through our Web site:
**www.homecomings.com.**



HEROLD GM
2020 NW 65Th. TER.
Parkland, FL 33067

PRINT YOUR NAME AND ADDRESS ABOVE

TO

claims.management@rgnaclescap.com.
Residential Capital, llc.
P.O.box 385220
Bloomington Minnesota 55438