**Exhibit 6**

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 12-17434 | **Docketed:** 10/31/2012 |
| **Nature of Suit:** 3371 Truth in Lending | **Termed:** 08/22/2014 |
| Michael Boyd v. GMAC Mortgage LLC, et al | |
| **Appeal From:** U.S. District Court for Northern California, San Jose | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0971-5 : 5:11-cv-05018-PSG
  **Court Reporter:** Summer A. Fisher, Court Reporter
  **Trial Judge:** Paul S. Grewal, Magistrate Judge
  **Date Filed:** 10/12/2011

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 10/01/2012 | 10/01/2012 | 10/29/2012 | 10/30/2012 |

**Prior Cases:**
10-72083    **Date Filed:** 07/02/2010    **Date Disposed:** 09/30/2010    **Disposition:** Rule 42-1 Dismissal - Clerk Order

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | 12-16589 | 12-17434 | 10/31/2012 | |

---

| | |
|---|---|
| MICHAEL E. BOYD<br>    Plaintiff - Appellant, | Michael E. Boyd<br>Direct: 408-891-9677<br>[NTC Pro Se]<br>CALIFORNIANS FOR RENEWABLE ENERGY, INC. (CARE)<br>5439 Soquel Drive<br>Soquel, CA 95073 |
| v. | |
| GMAC MORTGAGE LLC<br>    Defendant - Appellee, | Elizabeth Holt Andrews, Esquire<br>[COR NTC Retained]<br>Severson & Werson<br>One Embarcadero Center<br>San Francisco, CA 94111 |
| MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.<br>    Defendant - Appellee, | Elizabeth Holt Andrews, Esquire<br>[COR NTC Retained]<br>(see above) |

| |
|---|
| MICHAEL E. BOYD, |
|         Plaintiff - Appellant, |
|  v. |
| GMAC MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., |
|         Defendants - Appellees. |

| Date | # | Description |
|---|---|---|
| 10/31/2012 | 1<br>20 pg, 352.14 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PROSE APPELLANT. The schedule is set as follows: Transcript ordered by 11/28/2012. Transcript due 12/28/2012. Appellant Michael E. Boyd opening brief due 02/06/2013. Appellees GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc. answering brief due 03/08/2013. Appellant's optional reply brief is due 14 days after service of the answering brief. [8382266] (GR) [Entered: 10/31/2012 08:30 AM] |
| 01/02/2013 | 2<br>25 pg, 878.22 KB | Filed (ECF) Appellees GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc. Correspondence: Notice of Bankruptcy and Non-Effect of Automatic Stay. Date of service: 01/02/2013 [8458871] (EHA) [Entered: 01/02/2013 05:45 PM] |
| 02/01/2013 | 3 | **Form 13 Streamlined request by Appellant Mr. Michael E. Boyd to extend time to file the brief is not approved because filer's status in ECF is active. Filer may resubmit the request using ECF event "File a Streamlined Request to Extend Time to File a Brief."** [8497209] (LW) [Entered: 02/01/2013 12:31 PM] |
| 02/02/2013 | 4 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellant Mr. Michael E. Boyd. New requested due date is 03/08/2013 at 11:59 pm. [8498070] (MEB) [Entered: 02/02/2013 09:35 PM] |
| 02/04/2013 | 5 | **Streamlined request by Appellant Mr. Michael E. Boyd to extend time to file the brief is approved. Amended briefing schedule: Appellant Michael E. Boyd opening brief due 03/08/2013. Appellees GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc. answering brief due 04/08/2013. The optional reply brief is due 14 days from the date of service of the answering brief.** [8498425] (LW) [Entered: 02/04/2013 10:18 AM] |
| 03/08/2013 | 6<br>14 pg, 155.59 KB | Submitted (ECF) Opening Brief for review. Submitted by Appellant Mr. Michael E. Boyd. Date of service: 03/08/2013. [8542908] (MEB) [Entered: 03/08/2013 11:12 AM] |
| 03/08/2013 | 7<br>2 pg, 86.08 KB | Filed clerk order: The opening brief [6] submitted by Mr. Michael E. Boyd is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: not applicable. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8543328] (JB) [Entered: 03/08/2013 01:40 PM] |
| 03/14/2013 | 8 | Received 7 paper copies of Opening brief [6] filed by Mr. Michael E. Boyd. [8552535] (SD) [Entered: 03/15/2013 12:48 PM] |
| 04/08/2013 | 9<br>41 pg, 111.43 KB | Submitted (ECF) Answering Brief for review. Submitted by Appellees GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc.. Date of service: 04/08/2013. [8581386] (EHA) [Entered: 04/08/2013 01:39 PM] |
| 04/08/2013 | 12 | Filed Appellees' paper copies of supplemental excerpts of record [10] in 3 volumes. [8584841] (JB) [Entered: 04/10/2013 01:14 PM] |
| 04/09/2013 | 10<br>418 pg, 12.74 MB | Submitted (ECF) supplemental excerpts of record. Submitted by Appellees GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc.. Date of service: 04/08/2013. [8583257] (EHA) [Entered: 04/09/2013 02:11 PM] |
| 04/09/2013 | 11<br>2 pg, 86.61 KB | Filed clerk order: The answering brief [9] submitted by GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc. is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the supplemental excerpts of record [10] submitted by GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc.. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [8583334] (JB) [Entered: 04/09/2013 02:28 PM] |
| 04/11/2013 | 13 | Received 7 paper copies of Answering brief [9] filed by GMAC Mortgage LLC and Mortgage Electronic Registration Services, Inc.. [8588259] (SD) [Entered: 04/12/2013 12:45 PM] |
| 08/22/2014 | 14<br>9 pg, 449.91 KB | FILED MEMORANDUM (MARY M. SCHROEDER, SIDNEY R. THOMAS and ANDREW D. HURWITZ) AFFIRMED. FILED AND ENTERED JUDGMENT. [9215281] (MS) [Entered: 08/22/2014 10:31 AM] |
| 09/04/2014 | 15<br>28 pg, 269.09 KB | Filed (ECF) Appellant Mr. Michael E. Boyd petition for panel rehearing (from 08/22/2014 memorandum). Date of service: 09/04/2014. [9229216] (MEB) [Entered: 09/04/2014 04:41 PM] |
| 12/22/2014 | 16<br>1 pg, 31.06 KB | Filed order (SIDNEY R. THOMAS, MARY M. SCHROEDER and ANDREW D. HURWITZ) Boyd's petition for panel rehearing is denied. No further filings will be entertained in this closed case. [9358496] (ME) [Entered: 12/22/2014 01:51 PM] |
| 01/02/2015 | 17<br>1 pg, 83.64 KB | MANDATE ISSUED. (MMS, SRT and ADH) [9367971] (CW) [Entered: 01/02/2015 07:47 AM] |
| 01/02/2015 | 18 | Terminated Maria Schindler for Mortgage Electronic Registration Services, Inc. and GMAC Mortgage LLC in 12-17434 for not registering with Appellate ECF. [9367976] (CW) [Entered: 01/02/2015 07:49 AM] |

Clear All

● Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0       **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 03/26/2015 11:17:54 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 73214-0000001-13849 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 12-17434 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |