Letter to Judge Glenn regarding Pablo Bustos and Dennis Huelbig, JR

3/25/2015

Case # 12-12020 MG

Claims # 345/3743

Judge Glenn,



I would ask the court to keep Pablo Bustos as my attorney of record to finish the case for the timely proofs of claim # 345 and # 3743.

I retained New Research Services out of Las Vegas Nevada to create and process the claims and necessary paper work. This firm is a paralegal firm that claims to be familiar with Federal Bankruptcy procedure. New Research Services is owned and operated by one person; Dennis Huelbig, Jr.

I was told in August by New Research Services I needed an attorney who specialized in Bankruptcy to collect and process the proofs of claims. I agreed to this suggestion and paid New Research Services for an attorney and the pleadings required under Federal Bankruptcy procedure. I have spent over $11,000.00 for paperwork and attorney services to date.

This was supposed to be a professional service. I'm sorry for the burden of time and expense this firm has caused the court. This was never my intention.

I have requested from Mr. Bustos an invoice for services rendered and to date, have not received an invoice with billable hours. Mr. Bustos claims he has not been paid enough money by New Research services yet I was billed for over 40 hours legal work.

Currently I have my doubts about the ethical standards of New Research Services. The pleadings and procedural mishaps are inexcusable and the Court should not be an arena to practice paralegal creativity.

Mr. Bustos has offered to resign and help me find other counsel but I don't feel that is the right thing to do at this point. Mr. Bustos needs to work out the billing and failed filings with New Research Services to bring this case to a close.

Thank You for your time.

Sincerely:

Conrad Burnett

Linden, VA