# Notice of Change of Address

Please note change of address for Conrad Burnett

New Address:

206 Sunset Lane

Linden, VA

22642

Old Address:

612 Mcintosh Drive

Linden, VA

22642

Thank You.

Sincerely

Conrad Burnett

571-528-5972

Einfrastructure@gmail.com