MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MARCH 31, 2015 AT 10:00 A.M. (EST)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.** **ADJOURNED MATTER(S)**:

**1.** Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

**a.** Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

**b.** [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

**c.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

**d.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

**e.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

**f.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

**g.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**h.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

**i.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

**j.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

**k.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.** Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed

by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**Response(s)**:

**a.** Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to April 16, 2015.

**2.** ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**b.** Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**c.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**Response(s)**:

**a.** Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**: The hearing on this matter has been adjourned to April 16, 2015.

**3.** ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart [Docket No. 7847]

**Related Document(s)**:

**a.** Letter from Kenneth Taggart Requesting 30-Day Extension to File Response [Docket No. 7921]

**b.** Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart to March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7942]

**c.** Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8102]

**d.** Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart to a Date to be Determined [Docket No. 8374]

**Response(s)**:

**a.** Kenneth Taggart's Answer to Opposition of Claims Trust to Kenneth Taggart's Claim No. 5257 and Leave to File Amended Claim [Docket No. 8177]

**Reply**:

**a.** The ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart [Docket No. 8346]

**Status**: The hearing on this matter has been adjourned to a mutually agreeable date to be determined.

**II. NON-CLAIMS MATTERS GOING FORWARD**:

**1.** Order to Show Cause Why Court Should Not Impose Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 Against Pablo E. Bustos, Esq. [Docket No. 8207]

**Related Document(s)**: None.

**Response(s)**:

**a.** (i) Affirmation of Pablo E. Bustos in Support of Dismissal of Sanctions Motion and (ii) Declaration of Dennis J. Huelbig Jr. in Support of Dismissal of an Order to Show Cause as to Attorney Pablo E. Bustos [Docket No. 8313]

**b.** Response filed by Conrad P. Burnett [Docket No. 8371]

      **c.** Response of the ResCap Borrower Claims Trust to Order to Show Cause Why Court Should Not Impose Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 Against Pable E. Bustos, Esq. [Docket No. 8373]

**Status**: The hearing on this matter will be going forward.

## III. PRE-TRIAL CONFERENCE IN ADVERSARY PROCEEDING:

***Burnett v. Residential Capital, LLC (Adv. Proc. No. 15-01044)***

**1.** Pre-Trial Conference

**Related Document(s)**:

**a.** Complaint [Docket No. 1]

**b.** Summons with Notice of Pre-Trial Conference [Docket No. 3]

**c.** Notice of Applicability of the Order Approving Mandatory Supplemental Procedures for AP Actions [Docket No. 4]

**d.** Notice of Pre-Trial Conference [Docket No. 5]

**Status**: The pre-trial conference on this matter will be going forward.

## IV. CLAIMS OBJECTION(S) GOING FORWARD:

**1.** ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims (I) Reducing and Allowing Claims and (II) Redesignating, Reducing, and Allowing Claims [Docket No. 8208]

**Related Document(s)**:

**a.** Notice of Withdrawal of ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims Solely with respect to Claims filed by Canon U.S.A., Inc. [Docket No. 8227]

**b.** Notice of Adjournment of Hearing on ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims Solely as it Relates to Claim No. 4924 filed by Deutsche Bank National Trust Company And Deutsche Bank Trust Company Americas to April 16, 2015 at 10:00 a.m. [Docket No. 8359]

**Response(s)**: None.

**Status**: This matter, solely as it relates to the claims filed by Canon U.S.A., Inc., has been resolved. The hearing on this matter, solely as it relates to the claim filed by Deutsche Bank, has been be adjourned to April 16, 2015.

    The hearing on this matter as it relates to the claims filed by Wells Fargo Bank, N.A., will be going forward.

**2.** ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

**Related Document(s)**:

**a.** Letter to Thomas P. Cialino (Blank Rome LLP) Regarding Complaint to Consumer Financial Protection Bureau [Docket No. 8090]

**b.** Letter to Judge Glenn from Jordan A. Wishnew dated February 13, 2015 Regarding the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims as it Relates to Elda M. Thompson and Maria M. Thompson [Docket No. 8226]

**c.** Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter dated February 13, 2015 [Docket No. 8223]

**d.** Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter dated February 13, 2015 [Docket No. 8224]

**e.** Order Directing Maria M. and Elda Thompson to Meet With and Provide Certain Documents to the ResCap Borrower Claims Trust or Alternatively Scheduling a Hearing [Docket No. 8269]

**f.** Letter to Jordan A. Wishnew from Maria M. and Elda M. Thompson dated March 10, 2015 regarding Meeting [Docket No. 8306]

**g.** Letter to Judge Glenn from Jordan A. Wishnew dated March 20, 2015 regarding Scheduling of a Telephonic Status Conference with Maria M. and Elda Thompson [Docket No. 8343]

**h.** Memorandum Endorsed Letter Scheduling Telephonic Status Conference for March 31, 2015 at 10:00 a.m. EST [Docket No. 8349]

**Response(s)**:

**a.** Response of Maria M. and Elda Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7817]

**(i)** Exhibits to Response of Maria M. and Elda Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7824]

    **Reply**:

      **a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1083, 2055 and 3728 [Docket No. 7967]

    **Status**:    A telephonic status conference on this matter will be going forward.

**3.**    ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite [Docket No. 7990]

    **Related Document(s)**:

      **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite to March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8056]

      **b.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8148]

    **Response(s)**:

      **a.**    Response of John Satterwhite to ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite [Docket No. 8280]

    **Reply**:

      **b.**    The ResCap Borrower Claims Trust's Reply in Support of its Objection to Claim Number 2397 Filed by John Satterwhite [Docket No. 8363]

    **Status**:    The hearing on this matter will be going forward.

**4.**    ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8042]

    **Related Document(s)**:

      **a.**    Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8361]

    **Response(s)**:

      **a.**    Response of Steven D. Rigel to ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8101]

    **b.** Response of Harold Gay to ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8188]

**c.** Opposition of Michael E. Boyd, Secured Creditor, to Motion of the ResCap Liquidating Trust for Final Decree Closing Certain Jointly Administered Chapter 11 Cases, ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims), and Counter-Motion to Hold Case in Abeyance During Pendency of Administrative Claim Before U.S. Treasury Department [Docket No. 8190]

**d.** [Kenneth Dlin]'s Objection to Eighty-Second Omnibus Objections to Claims as to Kenneth Dlin v. GMAC Mortgage, LLC [Docket No. 8355]

**Reply**:

**e.** ResCap Borrower Claims Trust's Omnibus Reply in Support of its Eighty-Second Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 960, 1142 and 4497 [Docket No. 8366]

**Status**: The hearing on this matter, solely as it relates to the claim filed by Kenneth Dlin (Claim No. 3732), has been adjourned to April 16, 2015. The hearing on this matter as it relates to all other claimants will be going forward.

## V. PRE-TRIAL CONFERENCE:

**1.** Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 7760]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7814]

**b.** Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8005]

**c.** Letter to Judge Glenn from Jordan A. Wishnew regarding Subpoena Received in Connection with the Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 8057]

**d.** Order Directing Gwendell L. Philpot to Respond to the Rescap Borrower Claims Trust's Letter Dated February 3, 2015 [Docket No. 8110]

      **e.** Letter from Gwendell L. Philpot To Judge Glenn in response to ResCap Borrower Claims Trust's Letter [Docket No. 8139]

**f.** Amended Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8220]

**g.** Order Regarding Letters Filed With Respect to the ResCap Borrower Claims Trust's Objection to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 8232]

**Response(s)**:

**a.** Response of Gwendell L. Philpot to Objection of the ResCap Borrower Claims Trust to Claim Number 5067 filed by Gwendell L. Philpot [Docket No. 8302]

**Reply**:

**a.** Reply in Support of Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 8360]

**Status**: The pre-trial conference on this matter will be going forward.

## VI. ADVERSARY PROCEEDING MATTERS

***Heyward v. GMAC Mortgage, LLC* (Adv. Proc. No. 14-01778 (MG))**

**1.** The ResCap Liquidating Trust's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 15]

**Related Document(s):**

**a.** Complaint [Docket No. 1]

**Response(s):** None.

**Status**: The hearing on this matter will be going forward.

Dated: March 27, 2015
New York, New York

/s/ Norman S. Rosenbaum

Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*