## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

In re                  :        Chapter 11
                  :

RESIDENTIAL CAPITAL, LLC,  :        Case No. 12-12020 (MG)
et al..,[1]              :
                  :

           Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on March 27, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B,** and via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **RESCAP BORROWER CLAIMS TRUST'S EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUNDANT BORROWER CLAIMS) AND (III) MISCLASSIFIED BORROWER CLAIMS) (Docket No. 8380)**

Dated: March 30, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274). EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage. LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACR REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this __30__ day of __March__, 20 __15__, by, ___Richie R. Lim___ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

galelynngibbs@yahoo.com
LHBrown@yahoo.com
cqcr365@gmail.com
linda-gregg@verizon.net
slh2757@yahoo.com
dave@brown-ohaver.com
rgmatheson@amcapinc.com
wtyson24@yahoo.com
edgewatertrust@yahoo.com
gidlowhyatt@gmail.com
hybaynes@yahoo.com
mattkirklewski@gmail.com
jmsmith@jmsmithlpa.com
mamajuls@tx.rr.com
jovanymunoz@yahoo.com
tom.cooper1@comcart.net
edpw@charter.net
riggins3362@bellsouth.net


bobbie.theivakumaran@citi.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com
ray.schrock@weil.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
rescapinfo@kccllc.com

wcurchack@loeb.com
vrubinstein@loeb.com
Tammy.Hamzehpour@rescapestate.com
Jill.horner@rescapestate.com
Colette.wahl@rescapestate.com
Deanna.horst@rescapestate.com
William.thompson@rescapestate.com
William.tyson@rescapestate.com
Eileen.oles@rescapestate.com
Lauren.delehey@rescapestate.com
Julie.busch@rescapestate.com
kathy.priore@rescapestate.com
patty.zellmann@rescapestate.com
John.Ruckdaschel@rescapestate.com
Nicholas.Kosinski@rescapestate.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
enid.stuart@OAG.State.NY.US
joseph.cordaro@usdoj.gov
cristine.phillips@usdoj.gov
secbankruptcy@sec.gov
secbankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
NYROBankruptcy@SEC.GOV

AskDOJ@usdoj.gov
joseph.cordaro@usdoj.gov
cristine.phillips@usdoj.gov
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

andrea.hartley@akerman.com
susan.balaschak@akerman.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
pdublin@akingump.com
ralbanese@akingump.com
rajohnson@akingump.com
ccarty@akingump.com
djnewman@akingump.com

bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com

kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com

bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
petriea@ballardspahr.com
wallaces@ballardspahr.com
Schindlerwilliamss@ballardspahr.com
marriott@ballardspahr.com
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com

xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
ryan.philp@bgllp.com
stan.chelney@bgllp.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
pbustos@bustosassociates.com
dfiveson@bffmlaw.com
jmhall@bffmlaw.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

srosen@cbshealaw.com
mwarner@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
Brendan.meyer@db.com
diem.home@gmail.com
blmessinger@duanemorris.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
gary.kaplan@friedfrank.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
DFeldman@gibsondunn.com
JWeisser@gibsondunn.com
theodore.w.tozer@hud.gov
kstadler@gklaw.com
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
bnoren@hinshawlaw.com
skraus@hinshawlaw.com
bnoren@hinshawlaw.com
ayala.hassell@hp.com

rnorton@hunton.com
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
pgallagher@nassaucountyny.gov
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
reriksen1@gmail.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kgcully@kgcully.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
judson.brown@kirkland.com
tklestadt@klestadt.com
jcorneau@klestadt.com
sdny@kmk-law.net
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
Dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
kmarino@khmarino.com
jboyle@khmarino.com

jrufo@mwc-law.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
knewman@menterlaw.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
angela.baglanzis@obermayer.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com
bguiney@pbwt.com
Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
michael.manniello@roachfirmlaw.com
kimberly.mcgrail@roachlawfirm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
john.oneal@quarles.com
lori.winkelman@quarles.com
walter.ashbrook@quarles.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com

cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
reriksen1@gmail.com
Ross.martin@ropesgray.com
keith.wofford@ropesgray.com
Ross.martin@ropesgray.com
johnrosario@delroslaw.com
prubin@rubinlawllc.com
dsasser@siwpc.com
dhall@siwpc.com
aisenberg@saul.com
gschwab@saul.com
abrockway@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com
rbarkasy@schnader.com
eboden@schnader.com
DBlumenthal@SchneiderMitola.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
kotwick@sewkis.com
alves@sewkis.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com
bluckman@shermansilverstein.com
pjones@stahlcowen.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
msweeney@msgrb.com
tal@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com

AGBankNewYork@ag.tn.gov
robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com
Christopher.stevens@tdsecurities.com
rblmnf@aol.com
tmm@mullaw.org
themeyerslawfirm@gmail.com
TJSinnickson@aol.com
frenklinart@aol.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
Mark.Flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
SBOYD@walterinvestment.com
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
kelly.j.rentz@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
cshore@whitecase.com
isilverbrand@whitecase.com
hdenman@whitecase.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

# EXHIBIT B

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Rowen L Drenne as Representative
for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Secretary of State
123 William St
New York, NY 10038-3804

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Rd Ste N109
Melville, NY 11747

Peter T. Roach and Associates, P.C.
Michael C Manniello
125 Michael Drive, Suite 105
Syosset, NY 11791

Talcott Franklin P.C.
Derek S Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Kramer Levin Naftallis & Frankel LLP
Kenneth H Eckstein, Thomas Moers
Mayer & Douglas H Mannal & Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Loeb & Loeb LLP
Walter H Curchack, Vadim J Rubinstein
& Debra W Minoff
345 Park Ave
New York, NY 10154

Morrison & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee &
Lorenzo Marinuzzi & Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the
Southern District of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022


U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001


United States Attorney's Office for the
Southern District of New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007


Wells Fargo Bank NA
Attn Corporate Trust Services -
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046


US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S.
Masumoto
201 Varick St Ste 1006
New York, NY 10014

# EXHIBIT C

Mattie L. Calhoun
PO  Box 9001719
Louisville, KY 40290-1719

Mattie L. Calhoun
37195 McKinney Ave Apt 116
Westland, MI 48185-1180

Gale Gibbs
C/O Post Office Box 6741
Arlington, TX 76005-6741

RICHARD F INGRAM AND
6521 S WOODLAWN AVE
JR KENT CONSTRUCTION CO
CHICAGO, IL 60637

RICHARD F INGRAM
4747 S WOODLAWN
CHICAGO, IL 60615

David F. Howard
5382 Murphy Rd
Pink Hill, NC 28572

LORA H BROWN AND
121 HAMPTON COVE
SMITH CONSTRUCTION COMPANY
MICHIGAN CITY, MS 38647

Christopher J. Murphy / Quandalyn E. Murphy
12121 Patricia Avenue
Port Allen, LA 70767

Linda J Vines & Gregory J Vines
3510 Derby Shire Circle
Baltimore, MD 21244

Karl Mayforth
1126 Luthy Circle, N.E.
Albuquerque, NM 87112

Ryan Ramey
Ryan Ramey or Ava Ramey (Agent)
P.O. Box 1000
Otisville, NY 10963

Esteban Losoya and Maria Monerva Losoya
1321 Brazos St.
Rosenberg, TX 77471

Simon Hadley
175 W. Falls Street
Seneca Falls, NY 13148

BRETT MASSIE AND BROWN OHAVER
1277 N LAYMAN ST
GILBERT, AZ 85233

BRETT MASSIE AND BROWN OHAVER
Brown OHaver
611 E McKellips Road
Mesa, AZ 85233

Ronald & Gail Matheson
22424 Poplar Ct
Murrieta, CA 92562

Sherry S Tyson
123 Shady Glen Lane
Albany, GA 31721

Phenon Walker
Edgewater Trust
13880 Edgewater Drive
Lakewood, OH 44107

DEBORAH GIDLOW HYATT
25473 AVENIDA FRASCA
VALENCIA, CA 91355-2619

Deborah Gidlow Hyatt
25473 Avenida Frasca
Valenica, CA 91355-2619

Herchella Baynes
7901 S. Aragon Blvd. #5
Sunrise, FL 33322

Hayward Goodson Jr.
c/o Syvillie L. Goodson
3521 Tara Dr
Florence, SC 29505

Matthew Kirlewski
KIRKLEWSKI, MATTHEW
2815 N Hartung
Milwaukee, WI 53210

Nestor Fantone & Bernadette Fantone
1870 San Benito Way
Coalinga, CA 93210

Steven T. Biermann and Tracy Watson Biermann
Justin M. Smith, Esq.
J.M. Smith Co., LPA
24400 Highpoint Road, Suite 7
Beachwood, OH 44122

Julie A. Humphries
11221 McCree Rd
Dallas, TX 75238

Jovany Munoz
585 East 16th Street Apt 6D
Brooklyn, NY 11226

Thomas G. Cooper and Catherine D. Cooper
P.O. Box 3671
Concord, NH 03302-3671

Edward D. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Edward D. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Edward D. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Edward D. Wortman and Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Edward D. Wortman and Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
541 Banyan Circle
Walnut Creek, CA 94597

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
541 Banyan Circle
Walnut Creek, CA 94597

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS 20100015011737 Fremont
Investment & Loan APN 134-421-026-3
12-12203-Adequate Protection
DO NOT MAIL TO US BK COURT ADDRESS

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus
LSI Title Company/ Agency Sales & Posting n/c Penny
Horowytz
857 Athens
Oakland, CA 94607

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS x1737 Fremont Investment & Loan
APN x026-3
Patrick De Jesus LSI Title Company / Agency Sales &
Posting
n/c Penny Horowytz
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus n/c Robert Eberwein
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus
n/c Robert Eberwein LSI Title Company / Agency Sales
& Posting
3109 King A,B,C,D, A-201-202
Berkeley, CA 94703

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS x1737 Fremont Investment & Loan
APN x026-3
Patrick De Jesus LSI Title Company / Agency Sales &
Posting
n/c Robert Eberwein
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus LSI Title Company / Agency Sales &
Posting
25 Amberwood Lane Bldg 2 3109 King Street Property
Management n/c Robert Eberwein
3210 El Camino Real Suite 200
Irvine

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus
n/c Robert Eberwein LSI Title Company / Agency Sales
& Posting
3109 King A,B,C,D, A-201-202
Berkeley, CA 94703

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS x1737 Fremont Investment & Loan
APN x026-3
Patrick De Jesus LSI Title Company / Agency Sales &
Posting
n/c Robert Eberwein
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus
LSI Title Company / Agency Sales & Posting n/c Penny
Horowytz
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS 20100015011737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus LSI Title Company / Agency Sales &
Posting
857 Athens Units 1,2,3
Oakland, CA 94607

Edward D. Wortman and Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602