LEWIS LAW PLLC
Local Counsel to Maurice Sharpe
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 761-8400
klewis@lewispllc.com
Kenneth M. Lewis

DAVID J. WINTERTON & ASSOCIATES, LTD.
Attorneys for Maurice Sharpe
1140 N. Town Center Drive, Suite 120
Las Vegas, Nevada 89144
(702) 363-0317
david@davidwinterton.com
David J. Winterton

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

RESIDENTIAL CAPITAL, LLC, et al.

                              Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

### CERTIFICATE OF SERVICE OF MAURICE SHARPE'S OBJECTION TO RESCAP BORROWER CLAIMS TRUST'S SUPPLEMENTAL OBJECTION AND REPLY IN SUPPORT OF ITS SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM NO. 2079 FILED BY MAURICE SHARPE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York, and am not a party to this proceeding.

On March 30, 2015, I served Maurice Sharpe's Objection to RESCAP Borrower Claims Trust's Supplemental Objection and Reply in Support of Its Sixty-Ninth Omnibus Objections to Claims as to Claim No. 2079 Filed by Maurice Sharpe (Docket No. 8393), along with the Notice of Electronic Filing of the objection, by (a) e-mail upon (i) Norman S. Rosenbaum at nrosenbaum@mofo.com; (ii) Jordan A. Wishnew at jwishnew@mofo.com; and (iii) Laurel Handley at LHandley@piteduncan.com; and (b)

U.S. mail, upon (i) The Honorable Martin Glenn, United States Bankruptcy Court, One Bowling Green, New York, NY 10004; (ii) Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019; Attn.: Norman Rosenbaum & Jordan Wishnew; (iii) Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 106, New York, NY 10014, Attn.: Linda Rifkin & Brian Masumoto; and (iv) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022, Attn.: Daniel Flanigan.

Dated: White Plains, New York
          March 30, 2015

/s/ Kenneth M. Lewis<br>Kenneth M. Lewis