March 24, 2015

Elda and Maria M. Thompson
29 General Lane
Willingboro, NJ 08046-3019
609-531-6075
973-687-4117



Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green – Room 501
New York, New York 10004-1408

Re:  Borrower: Maria Thompson and Elda Thompson (collectively, the "Borrower")
     Property Address: 137 Ellery Avenue, Newark, NY (NJ) 07106
     Loan Number Ending in: 8459 (the "Loan")

     Residential Capital, LLC et. al,
     Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.

Honorable Martin Glenn:

    Pursuant to your Order on January 14, 2015, and on March 9, 2015, we invited counsel representing Residential Capital LLC et.al to meet with us at our residence located at 29 General Lane in Willingboro, NJ on March 17, 2015.

    Counsel Jordan A. Wishnew from Morrison/Foerster Office met with us on March 17, 2015. Counsel Wishnew presented a history of mortgage loan payments Elda M. Thompson made to GMAC Mortgage Company constructed of 162 pages, with 21 of its pages showing numerous blocked entries. Counsel Wishnew stated that those blocked loan mortgages payment entries were "attorney's client privileges"; therefore, we were not entitled to know its contents.

    Counsel Jordan A. Wishnew stated during his court testimony on January 14, 2015 that foreclosure against the residence at 137 Ellery Avenue in Newark, NJ were initiated in June 2007 because payments pertaining from April through June 2007 were returned for insufficient funds. When Counsel Wishnew was required to point out those returned payments on the history of mortgage payments he provided, he stated that the payments were not listed in the document he presented because they were not received. GMAC Mortgage Company had sent Elda M. Thompson a complete record of her loan mortgage payments in 2007, showing loan payments received from January through July 2007. At that moment Counsel Wishnew remained silent. Counsel Wishnew could not give an answer to his own conflicted statement.

Page 1

Elda M. Thompson tried Counsel Wishnew to explain how GMAC Mortgage Company received $28,369.95 on a Foreclosure settlement when there was no Foreclosure claim to settle. At that moment, Counsel Wishnew, walking out towards the door, asked permission to leave, and left our premises. Counsel Wishnew's attitude was the reason the parties were not able to transact a solution to the present claim.

Counsel Wishnew required on his correspondence to the Bankruptcy Court dated March 20, 2015, the Court's aid to solve this dilemma, and we, Elda M. Thompson and Maria M. Thompson seconds this request.

We, Elda M. and Maria M. Thompson requests also of the Bankruptcy Court, to not only Ordered GMAC Mortgage Company to refund the amount of $28,369.95, illegally obtained, but, also approved the amount of $500,000 requested as compensation for the damages suffered by Elda M. Thompson, and her children Tony and Evelyn Porter of 12, and 6 years old respectively at the time GMAC Mortgage Company attempted to leave them homeless without an accurate cause. In addition to, Paid-in Full mortgage loan acknowledgement. The day GMAC Mortgage Company's action was notified Elda M. Thompson suffered the first of four heart attacks she has suffered throughout her illness. Elda M. Thompson's health conditions have worsened since.

It is noted that not one single entry of the $28,369.95 received by GMAC Mortgage Company was shown listed as payment received at any time.

We, Elda M. and Maria M. Thompson will appear in person on March 31, 2015 hearing already scheduled at 10:00am at the Bankruptcy Court located at One Bowling Green, Suite 501 in New York, NY.

Respectfully proposed,

_/s/ Elda M. Thompson_
Elda M. Thompson

_/s/ Maria M. Thompson_
Maria M. Thompson

Enclosed please find:
    Copy of the GMAC Mortgage Company payment history on 137 Ellery Avenue, Newark, NJ in which mortgage payments for the months of April-July 2007 are listed.
    Copy of one of the payments totaling $28, 369.95
    Copy of the last page of the Foreclosure Repayment Agreement
    Copy of one of the blocked entries on Elda M. Thompson's loan mortgage history

cc:    Jordan A. Wishnew, Counsel Morrison/Foerster Law Firm
    by Priority Mail

## Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 0359188459 | | 11/29/2007 | ARC | AUTO RESET NSF COUNTER = 0 | SYSTEM ID |
| 0359188459 | STOP | 11/29/2007 | NT | warn 5 recd third party ck 10636 $1227.78 bal | AMANDA SWENSON |
| 0359188459 | STOP | 11/29/2007 | NT | undeliverable snt to atty | AMANDA SWENSON |
| 0359188459 | | 11/21/2007 | D92 | MI NOD REPORT: MONTHS DELINQUENT = 009 | SYSTEM ID |
| 0359188459 | | 11/20/2007 | ARC | AUTO RESET NSF COUNTER = 0 | SYSTEM ID |
| 0359188459 | | 11/20/2007 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 0359188459 | | 11/15/2007 | ARC | AUTO RESET STOP CODE 2 = 1 | SYSTEM ID |
| 0359188459 | | 11/09/2007 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| 0359188459 | | 11/09/2007 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 0359188459 | | 11/02/2007 | FSV | INSP TP F RESULTS RCVD;  ORD DT=10/15/07 | SYSTEM ID |
| 0359188459 | | 11/02/2007 | DM | EARLY IND:SCORE 194 MODEL EIFRC | NEW TRAK SYSTEM ID |
| 0359188459 | | 10/31/2007 | FOR | 10/31/07 - 16:08 - 09965 | NEW TRAK SYSTEM ID |
| 0359188459 | | 10/31/2007 | FOR | User has updated the system for the | |
| 0359188459 | | 10/31/2007 | FOR | Jessica Hill. | NEW TRAK SYSTEM ID |
| 0359188459 | | 10/31/2007 | FOR | 10/31/07 - 11:10 - 39123 | NEW TRAK SYSTEM ID |
| 0359188459 | | 10/31/2007 | FOR | User has updated the system for the | |
| 0359188459 | | 10/31/2007 | FOR | Jessica Hill. | NEW TRAK SYSTEM ID |
| 0359188459 | LMT | 10/31/2007 | NT | RCVD DEPOSIT, HAVE SIGNED AGREEMENT, PUT F/C ON | JESSICA HILL |
| 0359188459 | LMT | 10/31/2007 | NT | HOLD IN NEWTRAK | JESSICA HILL |
| 0359188459 | | 10/31/2007 | LMT | REC'D EXECUTED DOC'S (4001) COMPLETED 10/31/07 | JESSICA HILL |
| 0359188459 | AGRMT | 10/30/2007 | NT | recieved signed agreement, sent to imaging. | LESLIE BURBANK |
| 0359188459 | | 10/29/2007 | DM | TT B1 STATED THAT THEY WOULD MAKE PAYMENT BY WWJN. | TORREY CERTAIN |
| 0359188459 | | 10/29/2007 | DM | TCERTAIN EXT.6142 | TORREY CERTAIN |
| 0359188459 | | 10/29/2007 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC | TORREY CERTAIN |
| 0359188459 | | 10/26/2007 | OL | WDOYLM - FORECLOSURE REPAYMENT AGREEMENT | SHANNON BROWN |
| 0359188459 | | 10/26/2007 | RES | ON-LINE REPAYMENT SCHEDULE | SHANNON BROWN |
| 0359188459 | COL10 | 10/26/2007 | CIT | 007 DONE 10/26/07 BY TLR 05902 | BOBBIE MCDOWELL |
| 0359188459 | COL10 | 10/26/2007 | CIT | TSK TYP 841-MONITOR REPAY N | BOBBIE MCDOWELL |

## 2007 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISC RECEIPT | 1227.78 | 01/07 | 09/13 | | | | | | 201,381.49 | | 1,348.05 |
| REVERSAL | -1227.78 | 01/07 | 09/14 | | | | | | 201,381.49 | | 120.27 |
| FEE BILLED | 11.25 | 01/07 | 09/28 | | | | | 11.25 | 201,381.49 | | 120.27 |
| PAYMENT | 1227.77 | 02/07 | 10/30 | 222.54 | 1005.23 | | | | 201,158.95 | | 120.27 |
| MISC RECEIPT | 2651.00 | 02/07 | 10/30 | | | | | | 201,158.95 | | 2,771.27 |
| MISC RECEIPT | 121.23 | 02/07 | 10/30 | | | | | | 201,158.95 | | 2,892.50 |
| FEE BILLED | 11.25 | 02/07 | 11/02 | | | | | 11.25 | 201,158.95 | | 2,892.50 |
| MISC RECEIPT | 1227.78 | 02/07 | 11/28 | | | | | | 201,158.95 | | 4,120.28 |
| PAYMENT | 1227.77 | 03/07 | 11/29 | 223.65 | 1004.12 | | | | 200,935.30 | | 4,120.28 |
| PAYMENT | 1227.77 | 04/07 | 11/29 | 224.77 | 1003.00 | | | | 200,710.53 | | 4,120.28 |
| REVERSAL | -240.54 | 04/07 | 11/29 | | | | | | 200,710.53 | | 3,879.74 |
| FEE BILLED | 55.00 | 04/07 | 12/03 | | | | | 55.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 200.00 | 04/07 | 12/03 | | | | | 200.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 910.00 | 04/07 | 12/03 | | | | | 910.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 529.00 | 04/07 | 12/03 | | | | | 529.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 110.00 | 04/07 | 12/03 | | | | | 110.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 64.00 | 04/07 | 12/03 | | | | | 64.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 300.00 | 04/07 | 12/03 | | | | | 300.00 | 200,710.53 | | 3,879.74 |
| MISC RECEIPT | -2168.00 | 04/07 | 12/13 | | | | | | 200,710.53 | | 1,711.74 |
| FEE PAID | 55.00 | 04/07 | 12/13 | | | | | 55.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 200.00 | 04/07 | 12/13 | | | | | 200.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 910.00 | 04/07 | 12/13 | | | | | 910.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 529.00 | 04/07 | 12/13 | | | | | 529.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 110.00 | 04/07 | 12/13 | | | | | 110.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 64.00 | 04/07 | 12/13 | | | | | 64.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 300.00 | 04/07 | 12/13 | | | | | 300.00 | 200,710.53 | | 1,711.74 |
| PAYMENT | 1227.77 | 05/07 | 12/26 | 225.89 | 1001.88 | | | | 200,484.64 | | 1,711.74 |
| PAYMENT | 1227.77 | 06/07 | 12/26 | 227.02 | 1000.75 | | | | 200,257.62 | | 1,711.74 |
| REVERSAL | -240.09 | 06/07 | 12/26 | | | | | | 200,257.62 | | 1,471.65 |
| PAYMENT | 1227.77 | 07/07 | 12/26 | 228.15 | 999.62 | | | | 200,029.47 | | 1,471.65 |
| REVERSAL | -12.32 | 07/07 | 12/26 | | | | | | 200,029.47 | | 1,459.33 |

GMAC Mortgage, LLC  
PO Box 780  
PAGE 1  
DATE 10/29/07

BORROWER   LN 0070\*-0700   REPAYMENT AGREEMENT ...489

---- MAIL ----   ---- PROPERTY ----

NADIA N THOROUGH  
ELSA THOMPSON  
30 GENERAL HWY   137 ELLERY AVENUE  
NEWARK   NJ 07106-0000   NEWARK   NJ 07106-0000

| DATES | | CURRENT BALANCES | | UNCOLLECTED | |
|---|---|---|---|---|---|
| PAID TO | 01/01/07 | PRINCIPAL | 203382.09 | LATE CHARGES | 1237.00 |
| INSP. DUE | 02/01/07 | ESCROW | 0.00 | OPTIONAL INS | 0.00 |
| LAST PMT | 09/07/07 | UNAPPLIED FUNDS | 120.27 | INTEREST | 0.00 |
| AUDIT DT | 10/29/07 | UNAPPLIED CORP | 0 | FEES | 56.86 |
| LAST ACTIVITY | | SUSPENSE FUNDS | 0.00 | PAID AHD OP | 0.00 |
| 10/24/07 | | SUSPENSE CRPS | | PAID AHD INTR | 1631.00 |

| PMT NUM | PLAN PMT DUE DATE | PLAN PMT AMOUNT | AMOUNT TO REG PMT | AMT TO ADDITIONAL | UNAPPLIED BALANCE | FIRST/LAST PMT APPLIED |
|---|---|---|---|---|---|---|
| 01 | 10/31/07 | 4905.80 | 1237.77 | 1631.00 | 201.80 | 04/07 |
| 02 | 11/30/07 | 2215.48 | 2469.54 | 0.00 | 1.41 | 03/07 04/07 |
| 03 | 12/31/07 | 2215.40 | 1237.77 | 0.00 | 909.05 | 05/07 |
| 04 | 01/31/08 | 2215.45 | 2468.50 | 0.00 | 745.00 | 06/07 07/07 |
| 05 | 02/29/08 | 2215.45 | 2455.50 | 0.00 | 509.51 | 08/07 09/07 |
| 06 | 03/31/08 | 2215.45 | -2030.04 | 0.00 | 240.82 | 10/07 11/07 |
| 07 | 04/30/08 | 2215.40 | 2405.50 | 0.00 | 19.77 | 12/07 01/08 |
| 08 | 05/31/08 | 2215.482 | 1237.77 | 0.00 | 1015.41 | 02/08 |
| 09 | 06/30/08 | 2215.45 | 3469.64 | 0.00 | 376.52 | 03/08 04/08 |
| 10 | 07/31/08 | 2215.45 | 2455.54 | 0.00 | 815.22 | 05/08 06/08 |
| 11 | 08/31/08 | 2215.48 | 1488.80 | 0.00 | 398.16 | 07/08 08/08 |
| 12 | 09/30/08 | 2215.40 | 1237.77 | 1237.00 | 0.00 | 09/08 |

PLAN TOTAL   20280.00

B - ESCROW CHANGE   A - ALTERNATIVE LOAN PMT CHANGE   S - SUSPENSE SUBSIDY CHANGE

I (WE) AGREE TO THE REPAYMENT SCHEDULE AS SET FORTH ABOVE. THE AMOUNT OF EACH PAYMENT IS SUBJECT TO CHANGE BASED ON SCHEDULED ALTERNATIVE MORTGAGE PMT, ESCROW OR OTHER PAYMENT CHANGES. ALL PROVISIONS OF THE NOTE AND MORTGAGE/DEED OF TRUST REMAIN IN FULL FORCE AND EFFECT.

NADIA N THOROUGH

ELSA THOMPSON

MAC COL39069

4354
4354

Check Amount
**$2,215.45**

Irvington Ward

Date: 26 Apr 2008                    Unit #: 203831

Purpose: Mortgage -- E. Thompson

Acc. 0359187467
May 01, 2023

GMAC Mortgage
USA