*Judge Martin Glenn*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  RESIDENTIAL CAPITAL, LLC, ET AL.,  DEBTORS | CASE NO 12-12020  CHAPTER 11 |

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| RONALD P GILLIS  PLAINTIFF  V  DEUTSCHE BANK TRUST COMPANY AMERICAS,  GMAC-RFC MASTER SERVICING,  HOMECOMINGS FINANCIAL,  ERIN MAE ROSE QUINN  ANDREW LEE FIVECOAT  DEFENDANT | CASE NO: 2:14-CV-418-FTM |

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**IN AND FOR CHARLOTTE COUNTY**

| | |
|---|---|
| UNKNOWN PURPORTED PLAINTIFF  PURPORTED PLAINTIFF  V  RONALD P GILLIS, ET AL.  PURPORTED DEFENDANT | CASE NO: 08-252-CA |

## JUDICIAL NOTICE

**COMES NOW,** Movant in the Southern District of NY Bankruptcy Court, Plaintiff in the Middle District of Florida case 2:14-cv-00418 and Purported Defendant Ronald P Gillis in Charlotte County Civil Case #08-252-CA, 13-4181, who informs each court and attorney Norman S Rosenbaum pursuant to the verbal judicial order of Southern District of New York

Bankruptcy Court Judge Martin Glenn on March 12, 2015, that attorney Rosenbaum produce all discovery in possession of Homecomings Financial and GMAC-RFC Master Servicing pertaining to the movant. This information should include but not be limited to all of the following information:

1) All information pertaining to Ronald P Gillis

    1a) pertaining to the Physical Address:

        21238 Coachman Avenue, Port Charlotte, FL 33952

    1b) pertaining to the Mailing Address:

        P O Box 380842, Murdock, FL 33938

2) All information pertaining to the Purported mortgage which according to the filings in the state case include the following:

| | | |
|---|---|---|
| 2a) | account number: | 5999168 |
| 2b) | MERS MIN number: | 10001370005999168 |
| 2c) | Date: | 05/01/2006 |
| 2d) | Amount: | $146,150 |
| 2e) | Broker name: | Jason Johnson |
| 2f) | Broker Employer: | Wachovia Mortgage |
| 2g) | Processor name: | Peggy Kerwin |
| 2h) | Paperwork preparation: | Linda Williams |

    2i) Underwriting & Purported Lender:   Homecomings Financial

3) All information pertaining to the Purported Trust claiming to own the purported mortgage in the state case including but not limited to:

    3a)   08-252-CA:   GMAC-RFC Master Servicer

    3b)    Trustee:    Deutsche Bank Trust Company Americas

4) All information pertaining to GMAC-RFC Master Servicing's purported:

    4a) Purchase Date: _____

    4b) Purchase Amount: _____

    4c) Purchase from entity: _____

    4d) Sale Date: _____

    4e) Sale Amount: _____

    4f) Sold to entity: _____

5) Please provide the information as to Homecomings Financial's involvement including:

    5a) Sale Date: _____

    5b) Sale Amount: _____

    5c) Sold to entity _____

    5d) Underwriting reports from Homecomings and documents pertaining to Homecomings Financial lending money to the Movant

6) **Provide information showing Residential Accredited Loans Inc acquiring this purported loan pursuant to the attempt to change the Plaintiff's name in the state foreclosure case, said motion was filed to have a hearing in April, 2015. The Movant has never found the New York Bankruptcy to be aware of acquiring this purported loan, especially since all assets were liquidated in December, 2013.**

Since the state case lists GMAC-RFC Master Servicing as the trust name, it should have ownership information above that would be easily produced, and according to other filings, GMAC-RFC master Servicing has purportedly sold the purported mortgage in question, so again the above information should be easily produced. While GMAC-RFC purports to have

"serviced" this purported mortgage, along with purportedly Ocwen purporting to "service" the purported mortgage now, those records should also be produced, however, the undersigned wants ownership records and the full accounting of the GMAC entities associated with this purported mortgage. According to other documentation the undersigned has, Homecomings Financial purports to have lent money in 2006, so all this information, including underwriting above should be contained within the documents of these GMAC's entities. This information is not meant to be limiting, as your response to Judge Glenn's order should include but not be limited to the above information pertaining to this purported transaction.

Respectfully Submitted,

By  /s/ *Ronald P Gillis*

Ronald Gillis *In Propia Persona*
All Rights Reserved without prejudice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, on March 20, 2015 a true and correct copy of the foregoing  JUDICIAL NOTICE  was furnished by hand or USPS 1st Class Mail to:

1. United States Bankruptcy Court - Southern District of New York
One Bowling Green          (and copy to Honorable Judge Martin Glenn)
New York, NY 10004

2. Norman S Rosenbaum                              **[by Fax 212-468-7900]**
Morrison & Foerster LLP
250 West 55 Street
New York, NY 10019

3. Homecomings Financial LLC & GMAC-RFC Master Servicer     **[by fax 404-885-3900]**
ATTN: Attorney Justin T. Wong
Troutman Saunders LLP
600 Peachtree St NE, Suite 5200
Atlanta, GA 30308-2216

4. Florida Middle US District Court
2110 First Street
Fort Myers, FL 33901

5. Christopher William Smart FL Bar 572829
Carlton Fields Jordan Burt, PA
4221 W Boy Scout Blvd
Tampa, FL 33607

6. Suzanne Barto-Hill FL Bar 846694
Rumberger, Kirk & Caldwell
Lincoln Plaza Suite 1400
300 S Orange Ave(32801)
P O Box 1873
Orlando, FL 32802-1873

Ronald Gillis    (413) 622-2282
P O Box 380842
Murdock, FL 33938-0842

/s/ Ronald P Gillis
_____
By: Ronald Gillis
*All Rights Reserved without prejudice*