# UNITED STATES BANKRUPTCY COURT

# SOURTHERN DISTRICT OF NEW YORK

**Civil Case**
**Main # 12 – cv 12020**

Residential Capital, LLC, et al
Debtor
v.

**Claims Against: GMAC Mortgage, LLC**
#12-12032 & # 12 – cv 12020

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

**Claim #5257**

RECEIVED MAR 27 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**Claimant: Kenneth Taggart**

## Kenneth Taggart's Withdrawal of Claims - Claim #5257

Effective as of today's date, Kenneth Taggart hereby withdraws all claims without prejudice in this Bankruptcy Case against Residential Capital, LLC., and as amended to include , GMAC Mortgage, LLC , in claim number **#5257**. *Kenneth Taggart's claims asserted in* Montgomery County Court of Common Pleas, Pennsylvania (09-25338) have been withdrawn without prejudice.

Respectfully Submitted,

/s/ Kenneth Taggart          March 26, 2015

Kenneth Taggart, Pro Se

Defendant

---

| | |
|---|---|
| GMAC MORTGAGE, LLC : | : COURT OF COMMON PLEAS OF |
| | : MONTGOMERY COUNTY |
| Plaintiff | : |
| v. | : NO. 2009-25338 |
| | : |
| KENNETH J. TAGGART | : |
| | : |
| Defendants | : |

---

### Praecipe to Withdraw/Discontinue Claims & Counter Claims Without Prejudice

---

Kenneth Taggart hereby files this praecipe to withdraw /discontinue claims & counter claims against GMAC Mortgage, LLC without prejudice. GMAC Mortgage ,LLC has already discontinued all of their claims against Taggart.

Kenneth Taggart

*/s/ Kenneth Taggart*

March 26, 2015

2015 MAR 26 P 1:42
OFFICE OF THE PROTHONOTARY
MONTGOMERY COUNTY, PA.

# UNITED STATES BANKRUPTCY COURT
# SOURTHERN DISTRICT OF NEW YORK

## Certificate of Service

Residential Capital, LLC, et al
Debtor
v.

Civil Case
Main # 12 – cv 12020

Claims Against: GMAC Mortgage, LLC
#  12-12032

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

**Claimant: Kenneth Taggart**

### Kenneth Taggart's Withdrawal of Claims - Claim #5257

Served upon the court via UPS on 3/26/2015

And served other parties via USPS

US Trustee- United States Trustee
33 Whitehall Street
21st Fl
New York, NY 1004

Served Morrison & Foerster, LLP
Norman Rosenbaum
250 W 55th Street
New York, NY. 10019

Serve GMAC

Page 1

Reed Smith, LLP
Barbara Hagar

Three Logan square

Suite #3100

Philadelphia, PA 19013

Claims & Noticing Agent

*U.S. Trustee* -United States Trustee
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

Kenneth Taggart

March 26, 2015