# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------- x
:
In re                        :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC,    :    Case No. 12-12020 (MG)
et al..,[1]                  :
:
:
Debtor. :
----------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on April 1, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) AS TO CERTAIN CLAIMS (Docket No. 8400)**

Dated: April 1, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __April__, 20__15__, by, __Richie Lim__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com

Deanna.horst@rescapestate.com

Nicholas.kosinski@rescapestate.com

Lairdheal@lh-law-office.com

Gloriaminor@clearchannel.com

Alanius@shipleylawfirm.com

Bart83@gmail.com

Leggs62@ameritech.net

Wcfithian3@embarqmail.com

Srpetree@gmail.com

Belina.ramirez@yahoo.com

Pamela.wagner@sbcglobal.net

Gullot@optionline.net

Roxi1167@gmail.com

# EXHIBIT B

Matina De Simone
c/o Laird J. Heal, Esq
120 Chandler Street, Suite 2R
Worcester, MA 01609


Philip & Sylvia Emiabata
508 Grosbeak Drive
Pflugerville, TX 78660


Gloria D. Minor
860 Bonneville Terrace, N.W.
Atlanta, GA 30331


Scott W. Bell
19912 Lowry Street
Marion, MI 49665-8604


Michael McGrath & Katelyn Genell Wise
c/o Andrew F. Lanius
Shipley Law Firm
20110-A US Highway 441
Mount Dora, FL 32757-6963


Don Barthelme
12104 Cornflower Place
Oklahoma City, OK 73120


Lula Darnell Dilworth & Raymond Q. Dilworth Jr.
21787 Duns Scotus Street
Southfield, MI 48075


William C. Fithian III
Attorney At Law
111 N. Main Street
Mansfield, OH 44902

William C. Fithian III
3003 Possum Run Road
Mansfield, OH 44903


Shawn & Anna Petree
4315 NE 45th Street
Seattle, WA 98105


Lillian C. Sandoval Estate and Belina Ramirez
c/o Belina Ramirez
PO Box 154
Manassa, CO 81141


Pamela Wagner & Michael S. Breuner
2724 Mountain Boulevard
Oakland, CA 94602-2608


Gregory & Teresa Gullo
99 Briar Lane Box 283
Crompond, NY 10517


Imelda Luna
913 Forest Drive
Colton, CA 92324-4551


Eric T. Turnbach & Christine K. Turnbach
PO Box 344
Sybertsville, PA 18251