Pablo Bustos, Esq.
Bustos & Associates, P.C.
Attorneys for Conrad Burnett
225 Broadway, 39th Floor
New York, New York 10007
Phone: (212) 796-625

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC et. Al. | Chapter 11 |
| Debtors | Jointly Administered |

**WITHDRAWAL OF ADVERSARY PROCEEDING**

The Debtor, Conrad Burnett, through his attorney, Pablo E. Bustos of Bustos & Associates, P.C., withdraws the Adversarial Proceeding No. 15-01044, Docket No. 1.

Sincerely,

Pablo E. Bustos, Esq.