**BLANK ROME LLP**
Inbal Paz Garrity
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for Non-Party Clayton Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Case No. 12-12020(MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, ET. AL, | **WITHDRAWAL OF APPEARANCE** |
| Debtor. | |

PLEASE TAKE NOTICE that Inbal Paz Garrity hereby requests the withdrawal of her appearance on behalf of non-party Clayton Holdings LLC in the above-captioned proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated:   April 1, 2015

                              **BLANK ROME LLP**

                              By:   */s/ Inbal Paz Garrity*
                              Inbal Paz Garrity
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 885-5121

                              *Attorneys for Clayton Holdings LLC*