**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David M. Liu, a member in good standing of the bar of the State of California and the bars of the United States District Courts for the Southern, Central, Eastern and Northern of California, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in the above-referenced case.

My address is:   Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Direct Line: (949) 225-7201
Facsimile: (949) 442-7118

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: April 3, 2015

Respectfully submitted,

By:    */s/ David M. Liu*
David M. Liu

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of David M. Liu, dated April 3, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the United States District Courts for the Southern, Central, Eastern and Northern of California,

IT IS HEREBY ORDERED that David M. Liu is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2015

_____
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York