WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel to Ally Financial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christopher J. Hopkins, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Ally Financial, Inc. and its affiliated entities, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 7, 2014
New York, New York

/s/ Christopher J. Hopkins
Christopher Hopkins

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
christopher.hopkins@weil.com
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

WEIL:\95296179\2\13928.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Christopher J. Hopkins (the "Movant"), to be admitted, ***pro hac vice***, to represent Ally Financial, Inc. and its affiliated entities (the "Client"), creditors in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of New York, it is herby

**ORDERED**, that Christopher J. Hopkins, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE