**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- )
In re:                                                                     )          Case No. 12-12020 (MG)
                                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,                                          )          Chapter 11
                                                                           )
                                                          Debtors.         )          Jointly Administered
-------------------------------------------------------------------------- )

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of David M. Liu, dated April 3, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the United States District Courts for the Southern, Central, Eastern and Northern of California,

IT IS HEREBY ORDERED that David M. Liu is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
       **April 8, 2015**

                                                             _____
                                                                      **/s/ Martin Glenn**
                                                             The Honorable Martin Glenn
                                                             United States Bankruptcy Judge
                                                             Southern District of New York