**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

# APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Avery A. Simmons, a member in good standing of the bars of the States of North Carolina and Louisiana and the bars of the United States District Courts for the states listed on Exhibit A request admission, *pro hac vice,* before the Honorable Martin Glenn to represent The ResCap Liquidating Trust*,* in the above-referenced case.

My address is:     Bradley Arant Boult Cummings LLP
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: April 8, 2015            Respectfully submitted,

By: /s/ Avery A. Simmons
    Avery A. Simmons

1/2742213.2

**Exhibit A**

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| United States District Court, Western District of North Carolina | 40072 | 1/21/2010 | Yes | Active |
| United States District Court, Eastern District of North Carolina | 40072 | 1/25/2010 | Yes | Active |
| United States District Court, Eastern District of Louisiana | 32942 | 5/25/2010 | Yes | Active |
| United States District Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |
| United States District Court, Middle District of Louisiana | 32942 | 6/24/2010 | Yes | Active |
| United States Bankruptcy Court, Eastern District of Louisiana | 32942 | 5/20/2010 | Yes | Active |
| United States Bankruptcy Court, Middle District of Louisiana | 32942 | 6/28/2010 | Yes | Active |
| United States Bankruptcy Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |

1/2742213.2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Avery A. Simmons, dated April 8, 2015, for admission to practice *pro hac vice* to represent The ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member good standing of the bars of the States of North Carolina and Louisiana and the bars of the United States District Courts for the states listed on Exhibit A,

IT IS HEREBY ORDERED that Avery A. Simmons is admitted to practice, *pro hac vice,* in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Liquidating Trust, provided that the filing fee has been paid.

Dated: New York, New York
April ___ 2015

                                                                The Honorable Martin Glenn
                                                                United States Bankruptcy Judge
                                                                 Southern District of New York

1/2742213.2

**Exhibit A**

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| United States District Court, Western District of North Carolina | 40072 | 1/21/2010 | Yes | Active |
| United States District Court, Eastern District of North Carolina | 40072 | 1/25/2010 | Yes | Active |
| United States District Court, Eastern District of Louisiana | 32942 | 5/25/2010 | Yes | Active |
| United States District Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |
| United States District Court, Middle District of Louisiana | 32942 | 6/24/2010 | Yes | Active |
| United States Bankruptcy Court, Eastern District of Louisiana | 32942 | 5/20/2010 | Yes | Active |
| United States Bankruptcy Court, Middle District of Louisiana | 32942 | 6/28/2010 | Yes | Active |
| United States Bankruptcy Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |

1/2742213.2