UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Christopher J. Hopkins (the "Movant"), to be admitted, *pro hac vice*, to represent Ally Financial, Inc. and its affiliated entities (the "Client"), creditors in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of New York, it is herby

**ORDERED**, that Christopher J. Hopkins, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 4/9/15
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE