**Exhibit C**

20100192001
05/11/2010 RP3 $20.00

Requested and Prepared by:
**Executive Trustee Services, LLC**

When Recorded Mail To:
**Executive Trustee Services, LLC**
*2255 North Ontario Street, Suite 400*
*Burbank, California 91504-3120*

859(00\5

Loan No.: ▮▮▮▮1023
TS NO: TX-240297-C

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

**Deutsche Bank Trust Company Americas as Trustee for RALI 2003QS12**

all beneficial interest under that certain Deed of Trust dated: 3/18/2003 executed by RICHARD D. RODE A MARRIED MAN BEING JOINED HEREIN PROFORMA BY MY WIFE ,BARBARA O. RODE TO PERFECT LIEN ONLY , as Trustor(s), to ROBERT D. GARDNER JR. , as Trustee, and recorded as Instrument No. W532365, on 3/27/2003, in Book , Page  of Official Records, in the office of the County Recorder of Harris County, Texas together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

DATE: 4/16/2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR LENDER SOUTHTRUST MORTGAGE CORPORATION

_____
Donna Fitton, Limited Signing Officer

**State of California**    } SS.
**County of Los Angeles**            }

On 4/16/2010 before me, **Jessica Jenkins** Notary Public, personally appeared **Donna Fitton, Limited Signing Officer** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

Signature _____ (Seal)
Jessica Jenkins

JESSICA JENKINS
Commission # 1867586
Notary Public - California
Los Angeles County
My Comm. Expires Oct 9, 2013

TS NO: TX-240297-C

## EXHIBIT "A"

LOT 5, IN BLOCK 1, OF PARK PLACE, SECTION ONE (1), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED AT FILM CODE NO. 391092 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in file number sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County Texas on

MAY 11 2010

COUNTY CLERK
HARRIS COUNTY, TEXAS

2010 MAY 11 AM 8:40
COUNTY CLERK
HARRIS COUNTY, TEXAS
FILED

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.