## Exhibit J

ATTN: **Modification Dept.**

**Home comings**

Customer: Richard Rode

Acct # ███████ 1023

Property: 2301 W. Lawther.
Deer Park, TX 77536

Re: Quit Claim Copy.
Filed w/ County

11/21/08.

### QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 18 day of November , 2008, by first party Barbara Rode whose address is 150 CR 6401, Dayton, Texas, 77535, to second party, Richard Rode whose address is 2301 West Lawther, Deer Park, Texas, 77536.

WITNESSETH, That the said first party, for good consideration and for the sum of $10.00 paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Harris, State of Texas, to wit:

2301 West Lawther Drive
Deer Park, Texas  77536
Lt. 5, Blk 1
Park Place Sec 1

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed, and delivered in presence of:

_____

BARBARA RODE

_____

RICHARD RODE

Page 1 of 2