**Exhibit O**

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| ▮ | RICHARD D RODE | | 2301 WEST LAWTHER LANE | 2301 WEST LAWTHER LANE |
| | | | DEER PARK | DEER PARK |
| | | | TX | TX |
| | | | 77536 | 77536 |

**Investor Info**
- Investor Acct No - Prim ▮6015
- Investor Number 96145
- Investor Name Full RESIDENTIAL FUNDING CORP
- Investor Id M89

**Previous Servicer Info**
- Previous Account Number ▮
- Seller Company Name SOUTHTRUST MORTGAGE CORP

**Loan Info**
- Arm Flag N
- Loan Type Conventional
- Lien Position 01
- Interest Rate 5.375%
- Collection Status PO

**Dates**
- Int Collected To 10/01/2008
- Next Due 11/01/2008
- Last Payment 06/23/2009
- Last Activity 09/02/2013
- Setup Date 04/18/2003
- Maturity Date 04/01/2018

**Current Balances**
- Principal $0.00
- Escrow $0.00
- Unapplied $0.00
- Buydown $0.00

**Uncollected**
- Late Charges $0.00
- Interest $0.00
- Fees $0.00
- Opt $0.00

**Year-To-Date**
- Interest $0.00
- Taxes $0.00

**Financial**

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Date2 | Amount | Type | Code | Dept | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2013 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/18/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/28/2012 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax County | | E90 | ($5,280.48) | $0.00 | $0.00 | ($5,280.48) | $0.00 | $0.00 | $0.00 | |
| 11/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/14/2012 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax City | | E91 | ($1,658.88) | $0.00 | $0.00 | ($1,658.88) | $0.00 | $0.00 | $0.00 | |
| 10/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/18/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/26/2012 | 10/01/2008 | $187,290.87 | Escrow Disb-Fire | | E20 | ($4,134.00) | $0.00 | $0.00 | ($4,134.00) | $0.00 | $0.00 | $0.00 | |
| 06/19/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/17/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/18/2012 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/23/2011 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax County | | E90 | ($5,000.38) | $0.00 | $0.00 | ($5,000.38) | $0.00 | $0.00 | $0.00 | |
| 11/18/2011 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax City | | E91 | ($1,658.88) | $0.00 | $0.00 | ($1,658.88) | $0.00 | $0.00 | $0.00 | |
| 11/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/18/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/20/2011 | 10/01/2008 | $0.00 | FEE | 040 | FB | $58.50 | $0.00 | $0.00 | $0.00 | $58.50 | $0.00 | $0.00 | $0.00 |
| 09/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/19/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/12/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/28/2011 | 10/01/2008 | $187,290.87 | Escrow Disb-Fire | | E20 | ($3,948.00) | $0.00 | $0.00 | ($3,948.00) | $0.00 | $0.00 | $0.00 | |
| 06/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/02/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 05/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/04/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 04/19/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/06/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 03/18/2011 | 10/01/2008 | $0.00 | FEE | 040 | FB | $19.50 | $0.00 | $0.00 | $0.00 | $19.50 | $0.00 | $0.00 | $0.00 |
| 03/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 02/17/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/11/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/19/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | Date2 | Amount | Type | Code | Ind | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2011 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/14/2011 | 10/01/2008 | $0.00 | FEE | 040 | FB | $39.00 | $0.00 | $0.00 | $0.00 | $39.00 | $0.00 | $0.00 | $0.00 |
| 01/10/2011 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 12/20/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $97.50 | $0.00 | $0.00 | $0.00 | $97.50 | $0.00 | $0.00 | $0.00 |
| 12/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/01/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 11/29/2010 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax City | | E91 | ($2,086.80) | $0.00 | $0.00 | ($2,086.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/29/2010 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax County | | E90 | ($6,452.36) | $0.00 | $0.00 | ($6,452.36) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/08/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 10/19/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/07/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 09/20/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $136.50 | $0.00 | $0.00 | $0.00 | $136.50 | $0.00 | $0.00 | $0.00 |
| 09/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/10/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $58.50 | $0.00 | $0.00 | $0.00 | $58.50 | $0.00 | $0.00 | $0.00 |
| 09/08/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 08/25/2010 | 10/01/2008 | $187,290.87 | Escrow Disb-Fire | | M20 | ($518.34) | $0.00 | $0.00 | ($518.34) | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/03/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 08/02/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $175.50 | $0.00 | $0.00 | $0.00 | $175.50 | $0.00 | $0.00 | $0.00 |
| 07/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/07/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/25/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $273.00 | $0.00 | $0.00 | $0.00 | $273.00 | $0.00 | $0.00 | $0.00 |
| 06/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/10/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 05/27/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 | $0.00 | $0.00 | $0.00 |
| 05/18/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/14/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 04/29/2010 | 10/01/2008 | $0.00 | FEE | 040 | FB | $916.56 | $0.00 | $0.00 | $0.00 | $916.56 | $0.00 | $0.00 | $0.00 |
| 04/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/09/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 03/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/15/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $0.00 | FEE | 003 | FE | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $0.00 | FEE | 011 | FE | $172.25 | $0.00 | $0.00 | $0.00 | $172.25 | $0.00 | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $0.00 | FEE | 164 | FE | $334.00 | $0.00 | $0.00 | $0.00 | $334.00 | $0.00 | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $187,290.87 | PAYMENT | | SR | ($536.25) | $0.00 | $0.00 | $0.00 | $0.00 | ($536.25) | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $0.00 | Unapplied | | UFN | ($3,032.59) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/24/2010 | 10/01/2008 | $0.00 | Unapplied | | UFU | $2,496.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | Date2 | Amount | Type | Code1 | Code2 | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/05/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/19/2010 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/07/2010 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 12/17/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/14/2009 | 10/01/2008 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 12/03/2009 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax City | | E91 | ($2,086.80) | $0.00 | $0.00 | ($2,086.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/03/2009 | 10/01/2008 | $187,290.87 | Escrow Disb-Tax County | | E90 | ($6,346.50) | $0.00 | $0.00 | ($6,346.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/26/2009 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 11/17/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/30/2009 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $0.00 | FEE | 093 | FP | $15,189.97 | $0.00 | $0.00 | $0.00 | $15,189.97 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $0.00 | FEE | 164 | FE | $251.00 | $0.00 | $0.00 | $0.00 | $251.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $0.00 | FEE | 164 | FR | ($251.00) | $0.00 | $0.00 | $0.00 | ($251.00) | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $192,480.84 | Non-Cash | | AA | $0.00 | $5,189.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $644.70 |
| 10/19/2009 | 10/01/2009 | $192,480.84 | PAYMENT | | SR | $2,781.59 | $0.00 | $0.00 | $2,781.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $192,480.84 | PAYMENT | | SR0 | ($17,971.56) | $0.00 | $0.00 | ($17,971.56) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $0.00 | Unapplied | | UFN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/19/2009 | 10/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $644.70 |
| 10/14/2009 | 10/01/2008 | $192,480.84 | Non-Cash | | AA | $0.00 | ($5,189.97) | ($9,673.69) | $15,189.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/07/2009 | 10/01/2008 | $187,290.87 | Escrow Refund-Fire | | R20 | $4,686.00 | $0.00 | $0.00 | $4,686.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/17/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/14/2009 | 10/01/2008 | $187,290.87 | PAYMENT | | SR | $3,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,025.00 | $0.00 | $0.00 |
| 09/14/2009 | 10/01/2008 | $0.00 | Unapplied | | UFN | $3,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/25/2009 | 10/01/2008 | $187,290.87 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/25/2009 | 10/01/2008 | $0.00 | Unapplied | | UFN | $7.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/25/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | ($7.59) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/18/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/13/2009 | 10/01/2008 | $187,290.87 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/13/2009 | 10/01/2008 | $0.00 | Unapplied | | UFN | ($7.59) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/13/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | $7.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/11/2009 | 10/01/2008 | $0.00 | FEE | 011 | FB | $13.00 | $0.00 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $0.00 |
| 07/20/2009 | 10/01/2008 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 07/17/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/16/2009 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/23/2009 | 07/01/2008 | $191,186.67 | PAYMENT | | PA | $0.00 | $1,287.04 | $862.12 | $1,116.72 | $0.00 | ($3,373.33) | $0.00 | $107.45 |
| 06/23/2009 | 07/01/2008 | $0.00 | Unapplied | | UFN | ($3,373.33) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/23/2009 | 08/01/2008 | $189,893.87 | PAYMENT | | PA | $0.00 | $1,292.80 | $856.36 | $1,116.72 | $0.00 | ($3,373.33) | $0.00 | $107.45 |
| 06/23/2009 | 08/01/2008 | $0.00 | Unapplied | | UFN | ($3,373.33) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | Date2 | Amount | Type | Code2 | Code | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23/2009 | 09/01/2008 | $188,595.28 | PAYMENT | | PA | $0.00 | $1,298.59 | $850.57 | $1,116.72 | $0.00 | ($3,373.33) | $0.00 | $107.45 |
| 06/23/2009 | 09/01/2008 | $0.00 | Unapplied | | UFN | ($3,373.33) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/23/2009 | 10/01/2008 | $187,290.87 | PAYMENT | | PA | $0.00 | $1,304.41 | $844.75 | $1,116.72 | $0.00 | ($3,373.33) | $0.00 | $107.45 |
| 06/23/2009 | 10/01/2008 | $0.00 | Unapplied | | UFN | ($3,373.33) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/12/2009 | 06/01/2008 | $192,473.71 | PAYMENT | | SR | $5,426.67 | $0.00 | $0.00 | $0.00 | $0.00 | $5,426.67 | $0.00 | $0.00 |
| 06/12/2009 | 06/01/2008 | $0.00 | Unapplied | | UFN | $5,426.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/26/2009 | 06/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 03/05/2009 | 06/01/2008 | $0.00 | FEE | 011 | FB | $13.00 | $0.00 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $0.00 |
| 02/25/2009 | 06/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/08/2009 | 06/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/08/2009 | 06/01/2008 | $192,473.71 | PAYMENT | | SR | $3,026.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,026.00 | $0.00 | $0.00 |
| 01/08/2009 | 06/01/2008 | $0.00 | Unapplied | | UFN | $3,026.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/29/2008 | 06/01/2008 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 12/12/2008 | 06/01/2008 | $192,473.71 | Escrow Disb-Tax County | | E90 | ($6,234.61) | $0.00 | $0.00 | ($6,234.61) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/05/2008 | 06/01/2008 | $192,473.71 | Escrow Disb-Tax City | | E91 | ($2,086.80) | $0.00 | $0.00 | ($2,086.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/04/2008 | 06/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 11/11/2008 | 06/01/2008 | $192,473.71 | Escrow Refund | | R04 | $808.38 | $0.00 | $0.00 | $808.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/06/2008 | 06/01/2008 | $192,473.71 | PAYMENT | | SR | $3,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,025.00 | $0.00 | $0.00 |
| 11/06/2008 | 06/01/2008 | $0.00 | Unapplied | | UFN | $3,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/14/2008 | 06/01/2008 | $192,473.71 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/14/2008 | 06/01/2008 | $192,473.71 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/14/2008 | 06/01/2008 | $0.00 | Unapplied | | UFF | ($2,023.24) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/14/2008 | 06/01/2008 | $0.00 | Unapplied | | UFN | $2,023.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/14/2008 | 06/01/2008 | $0.00 | Unapplied | | UFU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/29/2008 | 06/01/2008 | $192,473.71 | Escrow Refund | | R04 | $2,459.36 | $0.00 | $0.00 | $2,459.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/22/2008 | 06/01/2008 | $192,473.71 | PAYMENT | | AP | $3,265.88 | $1,281.30 | $867.86 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/22/2008 | 06/01/2008 | $192,473.71 | PAYMENT | | SRA | $155.00 | $0.00 | $0.00 | $0.00 | $0.00 | $155.00 | $0.00 | $0.00 |
| 09/22/2008 | 06/01/2008 | $0.00 | Unapplied | | UFF | $155.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/22/2008 | 06/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 09/22/2008 | 09/22/2008 | $0.00 | Comment | | RPD | $3,420.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/22/2008 | 04/01/2008 | $195,030.60 | PAYMENT | | AP | $3,265.88 | $1,269.90 | $879.26 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/22/2008 | 04/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 08/22/2008 | 05/01/2008 | $193,755.01 | PAYMENT | | AP | $3,265.88 | $1,275.59 | $873.57 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/22/2008 | 05/01/2008 | $193,755.01 | PAYMENT | | SRA | $1,868.24 | $0.00 | $0.00 | $0.00 | $0.00 | $1,868.24 | $0.00 | $0.00 |
| 08/22/2008 | 05/01/2008 | $0.00 | Unapplied | | UFF | $1,868.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/22/2008 | 05/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 08/22/2008 | 08/22/2008 | $0.00 | Comment | | RPD | $8,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/21/2008 | 03/01/2008 | $196,300.50 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/15/2008 | 03/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |

| Date 1 | Date 2 | Amount | Description | Code 1 | Code 2 | Val 1 | Val 2 | Val 3 | Val 4 | Val 5 | Val 6 | Val 7 | Val 8 |
|---|---|---:|---|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 08/01/2008 | 03/01/2008 | $196,300.50 | Escrow Refund-Fire | R20 | | $1,918.00 | $0.00 | $0.00 | $1,918.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/24/2008 | 03/01/2008 | $0.00 | FEE | 003 | FB | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 |
| 07/24/2008 | 03/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 07/24/2008 | 03/01/2008 | $196,300.50 | PAYMENT | | PR1 | ($3,619.92) | ($1,269.90) | ($879.26) | ($1,470.76) | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/24/2008 | 03/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.45 |
| 07/18/2008 | 04/01/2008 | $0.00 | FEE | 163 | FE | $2,519.00 | $0.00 | $0.00 | $0.00 | $2,519.00 | $0.00 | $0.00 | $0.00 |
| 07/18/2008 | 04/01/2008 | $195,030.60 | PAYMENT | | SR0 | ($2,519.00) | $0.00 | $0.00 | ($2,519.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/17/2008 | 04/01/2008 | $0.00 | FEE | 163 | FB | $2,519.00 | $0.00 | $0.00 | $0.00 | $2,519.00 | $0.00 | $0.00 | $0.00 |
| 07/14/2008 | 04/01/2008 | $195,030.60 | PAYMENT | | AP | $3,619.92 | $1,269.90 | $879.26 | $1,470.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/14/2008 | 04/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 05/19/2008 | 03/01/2008 | $196,300.50 | PAYMENT | | PT | ($11,812.52) | $0.00 | $0.00 | ($11,812.52) | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/19/2008 | 03/01/2008 | $196,300.50 | PAYMENT | | RT | $11,812.52 | $0.00 | $0.00 | $11,812.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/13/2008 | 03/01/2008 | $0.00 | FEE | 164 | FB | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | $0.00 | $0.00 | $0.00 |
| 05/08/2008 | 03/01/2008 | $196,300.50 | PAYMENT | | AP | $3,265.88 | $1,264.23 | $884.93 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/08/2008 | 03/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 05/08/2008 | 05/09/2008 | $0.00 | Comment | | RPD | $3,265.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/05/2008 | 02/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 03/03/2008 | 02/01/2008 | $197,564.73 | PAYMENT | | AP | $3,265.88 | $1,258.60 | $890.56 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/03/2008 | 02/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 02/22/2008 | 01/01/2008 | $198,823.33 | PAYMENT | | PT | ($14,045.96) | $0.00 | $0.00 | ($14,045.96) | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/22/2008 | 01/01/2008 | $198,823.33 | PAYMENT | | RT | $14,045.96 | $0.00 | $0.00 | $14,045.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/30/2008 | 01/01/2008 | $198,823.33 | PAYMENT | | AP | $3,265.88 | $1,252.98 | $896.18 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/30/2008 | 01/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 01/10/2008 | 12/01/2007 | $200,076.31 | Escrow Refund-Fire | | R20 | $1,794.67 | $0.00 | $0.00 | $1,794.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/12/2007 | 12/01/2007 | $200,076.31 | Escrow Disb-Tax County | | E90 | ($8,248.35) | $0.00 | $0.00 | ($8,248.35) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/10/2007 | 12/01/2007 | $200,076.31 | Curtailment | | CTA | $0.84 | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/10/2007 | 12/01/2007 | $200,077.15 | PAYMENT | | AP | $3,034.16 | $1,247.39 | $901.77 | $1,006.64 | $0.00 | ($121.64) | $0.00 | $0.00 |
| 12/10/2007 | 12/01/2007 | $0.00 | Unapplied | | UFU | ($121.64) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/05/2007 | 11/01/2007 | $201,324.54 | Escrow Disb-Tax City | | E91 | ($2,829.56) | $0.00 | $0.00 | ($2,829.56) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/20/2007 | 11/01/2007 | $201,324.54 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/20/2007 | 11/01/2007 | $0.00 | Unapplied | | UFF | ($121.64) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/20/2007 | 11/01/2007 | $0.00 | Unapplied | | UFU | $121.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/13/2007 | 11/01/2007 | $201,324.54 | PAYMENT | | AP | $3,265.88 | $1,241.83 | $907.33 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/10/2007 | 10/01/2007 | $202,566.37 | PAYMENT | | AP | $3,265.88 | $1,236.29 | $912.87 | $1,116.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/15/2007 | 09/01/2007 | $203,802.66 | PAYMENT | | AP | $3,034.16 | $1,230.78 | $918.38 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 05/01/2007 | $208,692.95 | PAYMENT | | AP | $3,034.16 | $1,208.97 | $940.19 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 05/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 08/07/2007 | 06/01/2007 | $207,478.56 | PAYMENT | | AP | $3,034.16 | $1,214.39 | $934.77 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 06/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |

| Date | Date2 | Amount | Type | Code | Code2 | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/2007 | 07/01/2007 | $206,258.73 | PAYMENT | | AP | $3,034.16 | $1,219.83 | $929.33 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 07/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 08/07/2007 | 08/01/2007 | $0.00 | FEE | 011 | FWA | $31.50 | $0.00 | $0.00 | $0.00 | $31.50 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 08/01/2007 | $0.00 | FEE | 171 | FWA | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $0.00 | $0.00 |
| 08/07/2007 | 08/01/2007 | $205,033.44 | PAYMENT | | AP | $3,569.57 | $1,225.29 | $923.87 | $885.00 | $0.00 | $0.00 | $0.00 | $535.41 |
| 08/07/2007 | 08/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $535.41 |
| 08/02/2007 | 04/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/29/2007 | 04/01/2007 | $209,901.92 | PAYMENT | | PR2 | ($3,034.16) | ($1,208.97) | ($940.19) | ($885.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/29/2007 | 04/01/2007 | $209,901.92 | PAYMENT | | SR0 | ($0.84) | $0.00 | $0.00 | $0.00 | $0.00 | ($0.84) | $0.00 | $0.00 |
| 06/29/2007 | 04/01/2007 | $0.00 | Unapplied | | UFF | ($0.84) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/29/2007 | 04/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.45 |
| 06/29/2007 | 05/01/2007 | $0.00 | FEE | 171 | FR | ($12.50) | $0.00 | $0.00 | $0.00 | ($12.50) | $0.00 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $208,692.95 | PAYMENT | | RP | $3,034.16 | $1,208.97 | $940.19 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $208,692.95 | PAYMENT | | SR | $13.34 | $0.00 | $0.00 | $0.00 | $0.00 | $13.34 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $208,692.95 | PAYMENT | | SR0 | ($3,047.50) | $0.00 | $0.00 | $0.00 | $0.00 | ($3,047.50) | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $0.00 | Unapplied | | UFF | $13.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $0.00 | Unapplied | | UFU | ($3,047.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 06/28/2007 | 07/20/2007 | $0.00 | PAYMENT | | RPY | $3,047.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/27/2007 | 04/01/2007 | $0.00 | FEE | 171 | FB | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $0.00 | $0.00 |
| 06/27/2007 | 04/01/2007 | $209,901.92 | PAYMENT | | SRA | $3,047.50 | $0.00 | $0.00 | $0.00 | $0.00 | $3,047.50 | $0.00 | $0.00 |
| 06/27/2007 | 04/01/2007 | $0.00 | Unapplied | | UFU | $3,047.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $0.00 | FEE | 171 | FB | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $0.00 | FEE | 171 | FEA | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $209,901.92 | PAYMENT | | AP | $3,034.16 | $1,203.58 | $945.58 | $885.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $209,901.92 | PAYMENT | | SRA | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.84 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $0.00 | Unapplied | | UFF | $0.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/20/2007 | 04/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($107.45) |
| 06/20/2007 | 06/20/2007 | $0.00 | PAYMENT | | RPY | $3,035.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/19/2007 | 03/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/04/2007 | 03/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 05/17/2007 | 03/01/2007 | $211,105.50 | PAYMENT | | AP | $3,036.00 | $1,198.22 | $950.94 | $885.00 | $0.00 | $0.00 | $0.00 | $1.84 |
| 05/17/2007 | 03/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($105.61) |