**Exhibit Q**

Filed 11 August 11 A9:59
Chris Daniel - District Clerk
Harris County
ED101J016442758
By: Furshilla McGee

Cause No. 2011-43161

| | | |
|---|---|---|
| RICHARD D. RODE | ) | IN THE DISTRICT COURT |
| Plaintiff, | ) | |
| v. | ) | 125th JUDICIAL DISTRICT |
| HOMECOMINGS FINANCIAL, LLC and GMAC MORTGAGE, LLC, | ) | |
| | ) | HARRIS COUNTY, TEXAS |
| Defendants. | ) | |

## DEFENDANTS' ANSWER
## TO PLAINTIFF'S ORIGINAL PETITION

**COME NOW** Defendants Homecomings Financial, LLC and GMAC Mortgage, LLC (collectively, "Defendants") and respond as follows to Plaintiff's Original Petition:

### I. GENERAL DENIAL

Subject to and without waiving any defenses, Defendants deny each and every, all and singular, allegations in the Original Petition, or any subsequent petition filed on behalf of Plaintiff in this cause, and demand that Plaintiff make strict proof thereof at the time of trial.

### II. AFFIRMATIVE DEFENSES

1. Defendants plead the affirmative defenses of Statute of Frauds, statute of limitations, parol evidence, accord and satisfaction, estoppel, justification, payment, release, waiver, and all other matters that constitute an avoidance or affirmative defense.

2. Defendants reserve the right, as discovery progresses, to assert any and all defenses that may be made known to them.

1/2206074.1

Respectfully submitted,

/s/ Graham Gerhardt
D. Brian O'Dell
(Bar No. 24044319)
Graham W. Gerhardt
(Bar No. 24075698)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, I served a copy of the foregoing via the Court's electronic filing system and by facsimile to the following:

Jeffrey H. Uzick
UZICK & ONCKEN, P.C.
238 Westcott
Houston, Texas 77007
Facsimile: (713) 869-6699

/s/ Graham Gerhardt
OF COUNSEL

2

1/2206074.1