## Exhibit U

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD D RODE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-12-390 |
| | § | |
| GMAC MORTGAGE LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON April 2, 2012 at 9:15 a.m.**

**Appearance for Plaintiff**                **Appearance for Defendant**

Jeffrey H. Uzick                            Graham W. Gerhardt

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | October 1, 2012 |
| Report furnished by: | October 1, 2012 |
| Defendant's experts to be designated by: | November 1, 2012 |
| Report furnished by: | November 1, 2012 |
| Discovery to be completed by: | December 31, 2012 |
| Dispositive motions due by: | December 31, 2012 |
| Docket call to be held at 11:30 a.m. on: | April 1, 2013 |
| Estimated trial time:  4 – 5 days | Jury |

The following rulings were made:

The initial disclosures are due on or before April 12, 2012, pursuant to FRCP 26(f).

It is so ORDERED.

SIGNED at Houston, Texas this 2nd day of April, 2012.

_____
Kenneth M. Hoyt
United States District Judge