**Exhibit W**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD D RODE, § § Plaintiff, § VS. § GMAC MORTGAGE LLC, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:12-CV-390 |

## ORDER OF STAY ON SUGGESTION OF BANKRUPTCY

A suggestion of bankruptcy was filed in this cause by defendants Homecomings Financial, LLC and GMAC Mortgage, LLC, stating that they have filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, Case 12-12020. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, for administrative reasons, this case is DISMISSED without prejudice.

Plaintiff may reinstate this case upon notice to this Court of the discontinuance of the stay pursuant to 11 U.S.C. §362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued. A copy of this Order shall accompany any such notice.

It is so Ordered.

SIGNED on this 26th day of February, 2013.

_____
Kenneth M. Hoyt
United States District Judge