**<u>Exhibit X</u>**

**4:12-cv-00390** Rode v. GMAC Mortgage LLC et al
Kenneth M. Hoyt, presiding
Date filed: 02/09/2012
Date terminated: 02/26/2013
Date of last filing: 02/26/2013

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 02/09/2012 | Notice of Removal |
| | *Docket Text:* NOTICE OF REMOVAL from 125th Judicial District, District Court Harris County, Texas, case number 2011-43161 () filed by GMAC Mortgage LLC, Homecomings Financial LLC. (Attachments: # (1) Exhibit Exhibit A)(Gerhardt, Graham) | | |
| 2 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 3 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 4 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 5 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 6 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 7 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 8 | *Filed & Entered:* | 02/09/2012 | Exhibits |
| | *Docket Text:* EXHIBITS re: [1] Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed. (Attachments: # (1) Exhibit)(Gerhardt, Graham) | | |
| 9 | *Filed & Entered:* | 02/09/2012 | Answer to State Court Petition/Notice of Removal |
| | *Docket Text:* ANSWER to [1] State Court Petition/Notice of Removal by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 10 | *Filed & Entered:* | 02/09/2012 | Certificate of Interested Parties |
| | *Docket Text:* CERTIFICATE OF INTERESTED PARTIES by GMAC Mortgage LLC, filed. (Gerhardt, Graham) | | |

| | | | |
|---|---|---|---|
| 11 | *Filed & Entered:* | 02/09/2012 | Certificate of Interested Parties |
| | *Docket Text:* CERTIFICATE OF INTERESTED PARTIES by Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 12 | *Filed & Entered:* | 02/15/2012 | Order for Initial Conference and Disclosure |
| | *Docket Text:* ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Counsel who filed or removed the action is responsible for placing the conference call and insuring that all parties are on the line. The call shall be placed to (713) 250-5613. Telephone Scheduling Conference set for 4/2/2012 at 09:15 AM by telephone before Judge Kenneth M. Hoyt.(Signed by Judge Kenneth M. Hoyt) Parties notified.(dpalacios, ) | | |
| | *Filed & Entered:* | 02/28/2012 | Filing Fee Received |
| | *Docket Text:* CIVIL Filing fee re: [1] Notice of Removal : $350.00, receipt number HOU021673, filed. (ejones, ) | | |
| 13 | *Filed & Entered:* | 02/28/2012 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Jeffrey H. Uzick on behalf of Richard Rode, filed.(Uzick, Jeffrey) | | |
| 14 | *Filed & Entered:* | 02/28/2012 | Certificate of Interested Parties |
| | *Docket Text:* CERTIFICATE OF INTERESTED PARTIES by Richard Rode, filed.(Uzick, Jeffrey) | | |
| 15 | *Filed & Entered:* | 02/28/2012 | Jury Demand |
| | *Docket Text:* DEMAND for Trial by Jury by Richard Rode, filed.(Uzick, Jeffrey) | | |
| 16 | *Filed & Entered:* | 03/21/2012 | JointDiscovery/Case Management Plan |
| | *Docket Text:* Agreed JOINT DISCOVERY/CASE MANAGEMENT PLAN by Richard D Rode, filed.(Uzick, Jeffrey) | | |
| 17 | *Filed:*<br>*Entered:* | 04/02/2012<br>04/03/2012 | Order Following Telephone Scheduling Conference |
| | *Docket Text:* ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE held on 4/2/12 Appearances: Graham W. Gerhardt, Jeffrey H Uzick. ETT: 4-5 days. Jury Trial. Pltf Expert Witness List due by 10/1/2012. Pltf Expert Report due by 10/1/2012 Deft Expert Witness List due by 11/1/2012. Deft Expert Report due by 11/1/2012 Discovery due by 12/31/2012. Dispositive Motion Filing due by 12/31/2012. Initial Disclosures due by 4/12/2012 Docket Call set for 4/1/2013 at 11:30 AM in Courtroom 11A before Judge Kenneth M. Hoyt.(Signed by Judge Kenneth M. Hoyt) Parties notified.(dpalacios, ) | | |
| 18 | *Filed & Entered:* | 04/11/2012 | Initial Disclosures |
| | *Docket Text:* INITIAL DISCLOSURES by Richard D Rode, filed.(Uzick, Jeffrey) | | |
| 19 | *Filed & Entered:* | 05/22/2012 | Suggestion of Bankruptcy |
| | *Docket Text:* SUGGESTION OF BANKRUPTCY by GMAC Mortgage LLC, Homecomings Financial LLC, filed.(Gerhardt, Graham) | | |
| 20 | *Filed:*<br>*Entered:* | 02/26/2013<br>02/27/2013 | Order of Dismissal |
| | *Docket Text:* Order of Stay on Suggestion of Bankruptcy. Accordingly, for administrativereasons, this case is DISMISSED without prejudice. Plaintiff may reinstate this case upon notice to this Court of the discontinuance of the staypursuant to 11 U.S.C. §362(c)(2), provided such notice is | | |

filed within 30 days after the bankruptcy stay is discontinued. (Signed by Judge Kenneth M. Hoyt) Parties notified.(chorace)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/18/2015 15:00:23 | | | |
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | 73214-0000001-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 4:12-cv-00390 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |