**<u>Exhibit E</u>**

**This page is part of your document - DO NOT DISCARD**

20071090528

Pages: 0004



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

05/04/07 AT 03:36PM

0000632043    200705040620038

| | |
|---|---|
| Fees | $17 00 |
| Taxes | $0 00 |
| Other | $0 00 |
| Paid | $17 00 |

Counter

**TITLE(S) : DEED**



LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.        **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUEST BY

WHEN RECORDED MAIL TO

NAME ALVIN LaBOSTRIE

MAILING ADRESS 855 W. 125TH ST

CITY,STATE ZIP CODE LOS ANGELES, CA. 90044

05/04/07

20071090528

2

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

GRANT DEED

**RECORDING REQUESTED BY**

**WHEN RECORDED MAIL THIS DOCUMENT AND TAX STATEMENTS TO:**

*This Bonafide Gift and the Grantor Received nothing in return.*

*[ RNT 11911 ]*

APN:
Escrow No:
Title No:  6102-9-12

Space above this line for Recorder's use

## GRANT DEED

**THE UNDERSIGNED GRANTOR(S) DECLARE(S)**
DOCUMENTARY TRANSFER TAX IS $ **0.00**, CITY TAX $ **0.00**   (Exempt)
City of _____Gardena_____, AND

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, Wayne D. Arnold Sr. (A married man sole and separate property)

hereby GRANT(S) to Wayne D. Arnold Sr. 1% ( A married man sole and separate property) and, Alvin LaBostrie, Sandra L. LaBostrie 99% (Married as Joint Tenants)

the following described real property in the City of _____Gardena_____, County of Los Angeles, State of California:
**See Exhibit A attached hereto and made a part hereof.**

Commonly known as: Panama Acres Lot #3 in Block recorded in Book # 15 pages 138 and 139 (aka: 1414 thru 1416 1/2 132nd Street Gardena, CA 90249)

Dated:  April 18, 2007

Wayne D. Arnold Sr.                                           [signature]

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_ } SS:

On _April 22, 2007_ before me, _ALMA J CINTOS_ a Notary Public, personally appeared _WAYNE D ARNOLD SR_
~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature [signature]

[Notary seal: ALMA J. CINTOS, Commission # 1590864, Notary Public - California, Los Angeles County, My Comm. Expires Aug 13, 2009]

FOR NOTARY SEAL OR STAMP
MAIL TAX STATEMENTS AS DIRECTED ABOVE

Tax ID # 6102-9-12

4

# EXHIBIT A

Easterly 50 ft. of lot 3 in block 3 in Panama Acres as per map recorded in book 15 pages 138 and 139 of map in the office of Los Angeles County Recorder of said County.