**Exhibit F**

**This page is part of your document - DO NOT DISCARD**

 **20081826631** Pages: 002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

10/14/08 AT 08:00AM

Fee: 10.00
Tax: 0.00
Other: 0.00
Total: 10.00

Title Company

**TITLE(S) :**



LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.         Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

**RECORDING REQUESTED BY:**

2

**LSI TITLE AGENCY - FIS DEFAULT**

10/14/08

**20081826631**

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

TS NO : GM-166021-C
LOAN NO : ███2947

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

**WHEREAS, WAYNE ARNOLD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY** was the original Trustor, **MARIN CONVEYANCING CORP.** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** was the original Beneficiary under that certain Deed of Trust dated **12/14/2006** and recorded on **12/27/2006** as Instrument No. **06 2870127**, in Book , Page   of Official Records of **Los Angeles** County, California; and

**WHEREAS**, the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS**, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE**, the undersigned desires to substitute **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

**Dated : 10/9/2008**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
Rosalie Solano, ASSISTANT SECRETARY

State of California} ss.
County of Los Angeles }

On 10/9/2008 before me, Dee C. Ortega Notary Public, personally appeared **Rosalie Solano** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Dee C. Ortega

DEE C. ORTEGA
Commission # 1672751
Notary Public - California
Los Angeles County
My Comm. Expires Jun 5, 2010