**Exhibit I**

**Exhibit I**

# Transaction Report

**Reference #:** GM-166021-C

| | Article Number | Ref # | Record Indicator | USPS® Service Type | Name & Address | Date Mailed | Status | USPS® Pstg. Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | 71138257147289800090 | 2947 | CA10DAY_Certified | Certified Mail™ | WAYNE ARNOLD<br>1748 E DIMONDALE DR<br>CARSON, CA 90746-2943 | 10/21/2008 | ARRIVAL AT UNIT at CARSON,CA | 3.12 |
| 2 | 71138257147289800083 | 2947 | CA10DAY_Certified | Certified Mail™ | WAYNE ARNOLD<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 10/21/2008 | Unclaimed With Forwarding Address | 3.12 |
| 3 | 71138257147289800113 | 2947 | CA10DAY_Certified | Certified Mail™ | WAYNE ARNOLD<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 10/21/2008 | Unclaimed With Forwarding Address | 3.12 |
| 4 | 71138257147289800106 | 2947 | CA10DAY_Certified | Certified Mail™ | WAYNE ARNOLD<br>1414 W 132ND ST<br>GARDENA, CA 90249-2106 | 10/21/2008 | Unclaimed With Forwarding Address | 3.12 |
| 5 | 2212383142 | 2947 | CA10DAY_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 10/21/2008 | Unclaimed With Forwarding Address | 0.42 |
| 6 | 2212383140 | 2947 | CA10DAY_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1748 E DIMONDALE DR<br>CARSON, CA 90746-2943 | 10/21/2008 | Walz Event - Mailed | 0.42 |
| 7 | 2212383141 | 2947 | CA10DAY_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1414 W 132ND ST<br>GARDENA, CA 90249-2106 | 10/21/2008 | Unclaimed With Forwarding Address | 0.42 |
| 8 | 2212383139 | 2947 | CA10DAY_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 10/21/2008 | Unclaimed With Forwarding Address | 0.42 |
| | | | | | WAYNE D ARNOLD SR | | | |

| # | Tracking Number | | Acct | Product | Mail Class | Recipient | Date | Status | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 71138257147300363870 | | 2947 | CA30DAY_Certified | Certified Mail™ | 1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Unclaimed | 3.12 |
| 10 | 71138257147291574569 | | 2947 | CA30DAY_Certified | Certified Mail™ | WAYNE D ARNOLD SR<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Unclaimed With Forwarding Address | 3.12 |
| 11 | 71138257147300363887 | | 2947 | CA30DAY_Certified | Certified Mail™ | ALVIN LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Unclaimed | 3.12 |
| 12 | 71138257147291574583 | | 2947 | CA30DAY_Certified | Certified Mail™ | SANDRA L LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Unclaimed | 3.12 |
| 13 | 71138257147291574590 | | 2947 | CA30DAY_Certified | Certified Mail™ | ALVIN LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Unclaimed | 3.12 |
| 14 | 71138257147300363894 | | 2947 | CA30DAY_Certified | Certified Mail™ | SANDRA L LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Unclaimed | 3.12 |
| 15 | 71138257147291574606 | | 2947 | CA30DAY_Certified | Certified Mail™ | SANDRA LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Unclaimed | 3.12 |
| 16 | 71138257147291574576 | | 2947 | CA30DAY_Certified | Certified Mail™ | ALVIN LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Unclaimed | 3.12 |
| 17 | 71138257147291574613 | | 2947 | CA30DAY_Certified | Certified Mail™ | WAYNE D ARNOLD SR<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Unclaimed | 3.12 |
| 18 | 2212709737 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | SANDRA L LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Walz Event - Mailed | 0.42 |
| 19 | 2212709736 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Walz Event - Mailed | 0.42 |

| # | Tracking | | Code | Product | Class | Recipient | Date | Status | Cost |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 2214103665 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | WAYNE D ARNOLD SR<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Walz Event - Mailed | 0.42 |
| 21 | 2212709739 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | SANDRA LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Walz Event - Mailed | 0.42 |
| 22 | 2212709738 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Walz Event - Mailed | 0.42 |
| 23 | 2214103667 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | SANDRA L LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Walz Event - Mailed | 0.42 |
| 24 | 2212709735 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | WAYNE D ARNOLD SR<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 11/05/2008 | Unclaimed With Forwarding Address | 0.42 |
| 25 | 2214103666 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 12/30/2008 | Walz Event - Mailed | 0.42 |
| 26 | 2212709740 | | 2947 | CA30DAY_FirstClass | First-Class Mail® | WAYNE D ARNOLD SR<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 11/05/2008 | Walz Event - Mailed | 0.42 |
| 27 | 71138257147303008365 | | 2947 | CANTS_Certified | Certified Mail™ | WAYNE D ARNOLD SR<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed With Forwarding Address | 3.12 |
| 28 | 71138257147303008341 | | 2947 | CANTS_Certified | Certified Mail™ | WAYNE ARNOLD<br>1414 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed | 3.12 |
| 29 | 71138257147303008433 | | 2947 | CANTS_Certified | Certified Mail™ | ALVIN LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 3.12 |
| | | | | | Certified | ALVIN LABOSTRIE | | | |

| # | Tracking Number | | Code | Type | Mail Class | Recipient | Date | Status | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 71138257147303008372 | | 42947 | CANTS_Certified | Mail™ | 1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed | 3.12 |
| 31 | 71138257147303008334 | | 42947 | CANTS_Certified | Certified Mail™ | WAYNE ARNOLD<br>1748 E DIMONDALE DR<br>CARSON, CA 90746-2943 | 01/15/2009 | Unclaimed | 3.12 |
| 32 | 71138257147303008419 | | 42947 | CANTS_Certified | Certified Mail™ | WAYNE D ARNOLD SR<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | ARRIVAL AT UNIT at LOS ANGELES,CA | 3.12 |
| 33 | 71138257147303008402 | | 42947 | CANTS_Certified | Certified Mail™ | SANDRA LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | ARRIVAL AT UNIT at LOS ANGELES,CA | 3.12 |
| 34 | 71138257147303008358 | | 42947 | CANTS_Certified | Certified Mail™ | WAYNE ARNOLD<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed With Forwarding Address | 3.12 |
| 35 | 71138257147303008426 | | 42947 | CANTS_Certified | Certified Mail™ | WAYNE D ARNOLD SR<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 3.12 |
| 36 | 71138257147303008389 | | 42947 | CANTS_Certified | Certified Mail™ | SANDRA L LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed | 3.12 |
| 37 | 71138257147303008396 | | 42947 | CANTS_Certified | Certified Mail™ | ALVIN LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | ARRIVAL AT UNIT at LOS ANGELES,CA | 3.12 |
| 38 | 71138257147303008440 | | 42947 | CANTS_Certified | Certified Mail™ | SANDRA L LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 3.12 |
| 39 | 71138257147303008327 | | 42947 | CANTS_Certified | Certified Mail™ | WAYNE ARNOLD<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 3.12 |
| 40 | 2214490454 | | 42947 | CANTS_FirstClass | First-Class Mail® | SANDRA LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | Walz Event - Mailed | 0.42 |

| # | Tracking | | Code | Class | Mail Type | Recipient | Date | Status | Fee |
|---|---|---|---|---|---|---|---|---|---|
| 41 | 2214490452 | | 2947 | CANTS_FirstClass | First-Class Mail® | SANDRA L LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 42 | 2214490446 | | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 0.42 |
| 43 | 2214490447 | | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1748 E DIMONDALE DR<br>CARSON, CA 90746-2943 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 44 | 2214490458 | | 2947 | CANTS_FirstClass | First-Class Mail® | SANDRA L LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 45 | 2214490453 | | 2947 | CANTS_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 46 | 2214490455 | | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE D ARNOLD SR<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 47 | 2214490457 | | 2947 | CANTS_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>1414-1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 48 | 2214490449 | | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed With Forwarding Address | 0.42 |
| 49 | 2214490450 | | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE D ARNOLD SR<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed With Forwarding Address | 0.42 |
| 50 | 2214490451 | | 2947 | CANTS_FirstClass | First-Class Mail® | ALVIN LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Walz Event - Mailed | 0.42 |
| 51 | 2214490456 | | 2947 | CANTS_FirstClass | First-Class | WAYNE D ARNOLD SR<br>1414-1416 1/2 WEST 132ND | 01/15/2009 | Unclaimed | 0.42 |

| # | Tracking # | | Acct | Type | Mail Class | Recipient | Date | Status | Cost |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Mail® | STREET<br>GARDENA, CA 90249 | | | |
| 52 | 2214490448 |  | 2947 | CANTS_FirstClass | First-Class Mail® | WAYNE ARNOLD<br>1414 W 132ND ST<br>GARDENA, CA 90249-2106 | 01/15/2009 | Unclaimed | 0.42 |
| 53 | 71138257147303010603 | | 2947 | CARES_Certified | Certified Mail™ | Resident of property subject to forelcosure sale<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 3.12 |
| 54 | 2214490674 | | 2947 | CARES_FirstClass | First-Class Mail® | Resident of property subject to forelcosure sale<br>1414 - 1416 1/2 WEST 132ND STREET<br>GARDENA, CA 90249 | 01/15/2009 | Unclaimed | 0.42 |

54 Records                                                                 $95.58

Page: 1 of 1 Go    Page size: 54  Change                Item 1 to 54 of 54

Copyright © 2011 Walz Group, Inc.
All Rights Reserved.

Generated: 12/5/2011 9:48:18 AM