**Exhibit J**

RECORDING REQUESTED BY
**ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**ETS Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**

T.S. No. **GM-166021-C**
Loan No. ▇▇▇**2947**

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL RECORDED IN THE OFFICE OF THE COUNTY
RECORDED ON: **January 16, 2009**
AS DOCUMENT NO: **09-0065635**  BK: / PG:
BY:   **s/ Title Court Automation**
**LSI TITLE COMPANY (CA)**

SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE    ▇▇**6698**

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/14/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR:**WAYNE ARNOLD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**
Recorded **12/27/2006** as Instrument No. **06 2870127** in Book , page of
Official Records in the office of the Recorder of **Los Angeles** County, California,
Date of Sale:**2/13/2009** at **10:30 AM**
Place of Sale:   **At the west side of the Los Angeles County Courthouse, directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, California**
Property Address is purported to be:    **1414- 1416 1/2 W 132 GARDENA, California 90249-0000**
APN #:  **6102-009-012**

The total amount secured by said instrument as of the time of initial publication of this notice is **$849,621.67**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Date: **1/15/2009**

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

_____
Ileanna Petersen, TRUSTEE SALE OFFICER