**Exhibit K**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-13157-AA

*Date filed:* 02/12/2009
*Date terminated:* 03/31/2009
*Debtor dismissed:* 03/10/2009
*341 meeting:* 03/27/2009

*Assigned to:* Alan M. Ahart
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Wayne Arnold**
8611 S Crenshaw Blvd
Inglewood, CA 90305
LOS ANGELES-CA
SSN / ITIN: xxx-xx-0969

represented by **Wayne Arnold**
PRO SE

*Trustee*
**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(213) 996-4400

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
|  | [1](#)<br>(14 pgs; 3 docs) | Chapter 13 Voluntary Petition . Receipt Number O, Fee Amount $274 Filed by Wayne Arnold Section 316 Incomplete Filings due by 3/30/2009. Schedule A due 2/27/2009. Schedule B due 2/27/2009. Schedule C due 2/27/2009. Schedule D due 2/27/2009. Schedule E due 2/27/2009. Schedule F due 2/27/2009. Schedule G due 2/27/2009. Schedule H due 2/27/2009. Schedule I due 2/27/2009. Schedule J due 2/27/2009. Statement of Financial Affairs due 2/27/2009. Chapter 13 Plan due by 2/27/2009. Statement - Form 22C Due: 2/27/2009. Statement of assistance of non-attorney due 2/27/2009. |

| | | |
|---|---|---|
| 02/12/2009 | | Summary of schedules due 2/27/2009. Declaration concerning debtors schedules due 2/27/2009. Cert. of Credit Counseling due by 2/27/2009. Statistical Summary due 2/27/2009. Exhibit D due 2/27/2009. Debtor Certification of Employment Income due by 2/27/2009. Incomplete Filings due by 2/27/2009. (Collins, Kim S.) (Entered: 02/12/2009) |
| 02/12/2009 | [2](#) (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 03/27/2009 at 04:00 PM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 04/16/2009 at 09:30 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 06/25/2009. (Collins, Kim S.) (Entered: 02/12/2009) |
| 02/12/2009 | [3](#) | Statement of Social Security Number(s) Form B21 Filed by Debtor Wayne Arnold . (Collins, Kim S.) (Entered: 02/12/2009) |
| 02/12/2009 | | Receipt of Chapter 13 Filing Fee - $274.00 by 01. Receipt Number 20052458. (admin) (Entered: 02/13/2009) |
| 02/14/2009 | [4](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) , Meeting (AutoAssign Chapter 13)) No. of Notices: 12. Service Date 02/14/2009. (Admin.) (Entered: 02/14/2009) |
| 02/14/2009 | [5](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) , Voluntary Petition (Chapter 13) filed by Debtor Wayne Arnold) No. of Notices: 2. Service Date 02/14/2009. (Admin.) (Entered: 02/14/2009) |
| 02/14/2009 | [6](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) , Voluntary Petition (Chapter 13) filed by Debtor Wayne Arnold) No. of Notices: 2. Service Date 02/14/2009. (Admin.) (Entered: 02/14/2009) |
| 02/25/2009 | [7](#) (1 pg) | Request for Courtesy Notice of Electronic Filing (NEF) Filed by Brian A Paino on behalf of Courtesy NEF. (Paino, Brian) (Entered: 02/25/2009) |
| 03/10/2009 | [8](#) (1 pg) | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. (BNC) Signed on 3/10/2009. (Garcia, Rolando) (Entered: 03/10/2009) |

| | | |
|---|---|---|
| 03/12/2009 | [9](#) (2 pgs) | Chapter 13 Trustee's Final Report and Account . (Dockery, Kathy) (Entered: 03/12/2009) |
| 03/12/2009 | [10](#) (2 pgs) | BNC Certificate of Service (RE: related document(s)[8](#) ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (BNC)) No. of Notices: 13. Service Date 03/12/2009. (Admin.) (Entered: 03/12/2009) |
| 03/31/2009 | [11](#) (1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 3/31/2009. (Vandensteen, Nancy) (Entered: 03/31/2009) |
| 03/31/2009 | [12](#) (1 pg) | Bankruptcy Case Closed - DISMISSED (Vandensteen, Nancy) (Entered: 03/31/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2015 12:44:48 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-bk-13157-AA Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |