## **Exhibit L**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-13091-BR

| | |
|---|---|
| | *Date filed:* 02/12/2009 |
| *Assigned to:* Barry Russell | *Date terminated:* 08/31/2009 |
| Chapter 7 | *Debtor discharged:* 07/23/2009 |
| Voluntary | *Joint debtor discharged:* 07/23/2009 |
| No asset | *341 meeting:* 03/11/2009 |
| | *Deadline for objecting to discharge:* 05/11/2009 |

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

*Debtor*
**Wayne Derrick Arnold, Sr.**
7614 B Sorensen Ave
Whittier, CA 90606
LOS ANGELES-CA
SSN / ITIN: xxx-xx-0969

represented by **Marlin Branstetter**
Law Office of Marlin
Branstetter
1475 S State College #212
Anaheim, CA 92806
714-635-4234
Fax : 714-683-1083
Email: attybranstetter@aol.com
*TERMINATED: 02/06/2012*

**Barbara J Gilbert**
The Law Office of Barbara J
Gilbert
5405 Alton Pkwy #702
Irvine, CA 92604
949-854-1838
Fax : 949-419-2279
Email: legallink1@gmail.com

*Joint Debtor*
**Vanessa Denise Arnold**
7614 B Sorensen Ave
Whittier, CA 90606
LOS ANGELES-CA
SSN / ITIN: xxx-xx-6487

represented by **Vanessa Denise Arnold**
PRO SE

*Trustee*
**Howard M Ehrenberg (TR)**
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
(213) 626-2311

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 02/12/2009 | [1](#) (60 pgs) | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Wayne Derrick Arnold,Sr., Vanessa Denise Arnold (Branstetter, Marlin) (Entered: 02/12/2009) |
| 02/12/2009 | [2](#) | Statement of Social Security Number(s) Form B21 Filed by Joint Debtor Vanessa Denise Arnold, Debtor Wayne Derrick Arnold,Sr.. (Branstetter, Marlin) (Entered: 02/12/2009) |
| 02/12/2009 | [3](#) (3 pgs) | Certificate of Credit Counseling Filed by Joint Debtor Vanessa Denise Arnold, Debtor Wayne Derrick Arnold,Sr.. (Branstetter, Marlin) (Entered: 02/12/2009) |
| 02/12/2009 | | Receipt of Voluntary Petition (Chapter 7)(2:09-bk-13091) [misc,volp7] ( 299.00) Filing Fee. Receipt number 7227168. Fee amount 299.00. (U.S. Treasury) (Entered: 02/12/2009) |
| 02/12/2009 | [4](#) (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 03/11/2009 at 02:30 PM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Objections for Discharge due by 05/11/2009. (Branstetter, Marlin) (Entered: 02/12/2009) |
| 02/17/2009 | [5](#) (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Pavia, Angel) (Entered: 02/17/2009) |
| 02/19/2009 | [6](#) (3 pgs) | BNC Certificate of Notice (RE: related document(s)[4](#) , Meeting (Chapter 7)) No. of Notices: 17. Service Date 02/19/2009. (Admin.) (Entered: 02/20/2009) |
| 02/19/2009 | [7](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 5. Service Date 02/19/2009. (Admin.) (Entered: 02/20/2009) |
| | [8](#) (5 pgs) | Financial Management Course Certificate Filed Filed by Joint Debtor Vanessa Denise Arnold, Debtor Wayne |

| | | |
|---|---|---|
| 03/12/2009 | | Derrick Arnold, Sr.. (Branstetter, Marlin) (Entered: 03/12/2009) |
| 03/19/2009 | | Chapter 7 Trustee's Report of No Distribution: I, Howard M Ehrenberg, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned: $ 549606.00, Assets Exempt: Not Available, Claims Scheduled: $ 896916.75, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 896916.75. (Ehrenberg, Howard) (Entered: 03/19/2009) |
| 03/25/2009 | [9](#) (10 pgs) | Reaffirmation Agreement Between Debtor and Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC Filed by Creditor Chrysler Financial Services Americas, LLC f/k/a DaimlerChrysler Financial Services Americas, LLC. (Langley, Christopher) (Entered: 03/25/2009) |
| 03/30/2009 | [10](#) (4 pgs) | Notice of Hearing RE:#[9](#) Reaffirmation Agreement between Debtor and Chrysler Financial Services LLC. The Hearing date is set for 5/27/2009 at 10:00 AM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Quintanar, Laura) (Entered: 03/30/2009) |
| 03/30/2009 | | Hearing Set (RE: related document #[9](#) Reaffirmation Agreement between Debtors and Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas, LLC) Reaffirmation date set for 5/27/2009 at 10:00 AM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. (Quintanar, Laura) (Entered: 03/30/2009) |
| | [11](#) (18 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations |

| | | |
|---|---|---|
| 04/02/2009 | | PERSONAL PROPERTY RE: 2003 Dodge Caravan; VIN: 1D4GP25313B184854 . Fee Amount $150, Filed by Creditor Chrysler Financial Services Americas, LLC f/k/a DaimlerChrysler Financial Services Americas, LLC (Attachments: 1 Exhibit A-C) (Ith, Sheryl) (Entered: 04/02/2009) |
| 04/02/2009 | | Receipt of Motion for Relief from Stay - Personal Property(2:09-bk-13091-BR) [motion,nmpp] ( 150.00) Filing Fee. Receipt number 8809192. Fee amount 150.00. (U.S. Treasury) (Entered: 04/02/2009) |
| 04/06/2009 | | Hearing Set (RE: related document(s)11 Motion for Relief from Stay - Personal Property filed by Creditor Chrysler Financial Services Americas, LLC f/k/a DaimlerChrysler Financial Services Americas, LLC) The Hearing date is set for 4/28/2009 at 10:00 AM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Fortier, Stacey) (Entered: 04/06/2009) |
| 05/22/2009 | 12 (4 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # 11) Signed on 5/22/2009 (Fortier, Stacey) (Entered: 05/22/2009) |
| 05/24/2009 | 13 (5 pgs) | BNC Certificate of Service - PDF Document. (RE: related document(s)12 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 7. Service Date 05/24/2009. (Admin.) (Entered: 05/24/2009) |
| 07/06/2009 | 14 (5 pgs) | Order Approving Reaffirmation Agreement Signed on 7/6/2009 RE: 9. (Mendoza, Maria Patricia) (Entered: 07/06/2009) |
| 07/07/2009 | 15 (1 pg) | Notice of Change of Address Filed by Joint Debtor Vanessa Denise Arnold, Debtor Wayne Derrick Arnold,Sr.. (Branstetter, Marlin) (Entered: 07/07/2009) |
| 07/21/2009 | 16 (38 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1414 - 1416 1/2 West 132nd Street, Gardena, California 90249 *With Proof of Service*. Fee Amount $150, Filed by Creditor GMAC Mortgage LLC (Attachments: 1 Exhibit (s) 1 - 4) (McDermott, Christopher) (Entered: 07/21/2009) |
| | | Receipt of Motion for Relief from Stay - Real |

| 07/21/2009 | | Property(2.09-bk-13091-BR) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 9990838. Fee amount 150.00. (U.S. Treasury) (Entered: 07/21/2009) |
| --- | --- | --- |
| 07/22/2009 | | Hearing Set (RE: related document(s)16 Motion for Relief from Stay - Real Property filed by Creditor GMAC Mortgage LLC) The Hearing date is set for 8/18/2009 at 10:00 AM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Mendoza, Maria Patricia) (Entered: 07/22/2009) |
| 07/23/2009 | 17 (2 pgs) | DISCHARGE OF DEBTOR(S): Both Debtors (BNC) (RE: related document(s)4 Meeting (Chapter 7)) (Fortier, Stacey) (Entered: 07/23/2009) |
| 07/25/2009 | 18 (4 pgs) | BNC Certificate of Service (RE: related document(s)17 DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 19. Service Date 07/25/2009. (Admin.) (Entered: 07/25/2009) |
| 08/27/2009 | 19 (4 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 16) Signed on 8/27/2009 (Mendoza, Maria Patricia) (Entered: 08/27/2009) |
| 08/29/2009 | 20 (5 pgs) | BNC Certificate of Service - PDF Document. (RE: related document(s)19 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 8. Service Date 08/29/2009. (Admin.) (Entered: 08/29/2009) |
| 08/31/2009 | 21 (1 pg) | Bankruptcy Case Closed - DISCHARGE (Hernandez, Kevin) (Entered: 08/31/2009) |
| 02/06/2012 | 22 (4 pgs) | Substitution of attorney Filed by Debtor Wayne Derrick Arnold,Sr.. (Gilbert, Barbara) (Entered: 02/06/2012) |
| 02/06/2012 | 23 (83 pgs; 9 docs) | Motion *To Reopen To File Application For OSC Re: Contempt* Filed by Debtor Wayne Derrick Arnold,Sr. (Attachments: # 1 Motion To Reopen pt 2# 2 Exhibit 1 Arnold MRFS# 3 Exhibits to MRFS# 4 Exhibit 2 Knapp Declaration# 5 Exhibit 3 ETS Discovery# 6 Exhibit 4 Subpoenas pt 1# 7 Exhibit 4 Subpoenas pt 2# 8 Exhibit 5 Franich opposition) (Gilbert, Barbara) (Entered: 02/06/2012) |
| | 24 | Hearing Set (RE: related document(s)23 Generic |

| | | |
|---|---|---|
| 02/08/2012 | | Motion filed by Debtor Wayne Derrick Arnold,Sr.) The Hearing date is set for 3/7/2012 at 10:00 AM at Crtrm 1668, 255 E Temple St., Los Angeles, CA 90012. The case judge is Barry Russell (Fortier, Stacey) (Entered: 02/08/2012) |
| 03/07/2012 | 25 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kornberg, Bernard. (Kornberg, Bernard) (Entered: 03/07/2012) |
| 03/08/2012 | | Hearing (Bk Motion) Continued (RE: related document(s) 23 GENERIC MOTION filed by Wayne Derrick Arnold,Sr.) Hearing to be held on 04/17/2012 at 10:00 AM 255 E. Temple St. Courtroom 1668 Los Angeles, CA 90012 for 23 , (Fortier, Stacey) (Entered: 03/08/2012) |
| 03/09/2012 | 26 (3 pgs) | Proof of service Filed by Debtor Wayne Derrick Arnold,Sr. (RE: related document(s)23 Motion *To Reopen To File Application For OSC Re: Contempt*). (Gilbert, Barbara) (Entered: 03/09/2012) |
| 03/14/2012 | 27 (1 pg) | Substitution of attorney Filed by Creditor GMAC Mortgage LLC. (Kornberg, Bernard) (Entered: 03/14/2012) |
| 04/03/2012 | 28 (9 pgs) | Opposition to (related document(s): 23 Motion *To Reopen To File Application For OSC Re: Contempt* filed by Debtor Wayne Derrick Arnold,Sr., Hearing (Bk Motion) Continued) Filed by Creditor GMAC Mortgage LLC (Kornberg, Bernard) (Entered: 04/03/2012) |
| 05/01/2012 | 29 (4 pgs) | Order Denying Motion (Related Doc # 23 ) I, deputy clerk who is making this entry, certify that service on all parties under Section II was completedSigned on 5/1/2012 (Fortier, Stacey) (Entered: 05/01/2012) |
| 05/03/2012 | 30 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)29 Order on Generic Motion) No. of Notices: 2. Notice Date 05/03/2012. (Admin.) (Entered: 05/03/2012) |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| 01/08/2015 12:45:28 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-bk-13091-BR Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |