## **Exhibit N**



2947

**This page is part of your document - DO NOT DISCARD**



## 20091274628
## 20091274628



**Pages:**
**0002**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/19/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**L E A D S H E E T**

200908190160007

00001071596

002271429

**SEQ:**
**09**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

t29

E269020

2

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY
RECORDING REQUESTED BY:
Mortgage Electronic Registration Systems, Inc.
RECORDING REQUESTED BY:
Mortgage Electronic Registration Systems, Inc.
Solely as Nominee for GreenPoint Mortgage Funding, Inc.

RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117-0933

4235160

08/19/2009

08/19/2009

*20091274628*

APN: 6102-009-012

## ASSIGNMENT OF DEED OF TRUST

1-02550700I

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to GMAC Mortgage
LLC all beneficial interest under that certain Deed of Trust dated December 14, 2006, executed by
Wayne Arnold, A Married Man as his Sole and Separate Property, to Marin Conveyancing Corp. as
trustee, for Mortgage Electronic Registration Systems, Inc. Solely as Nominee for GreenPoint
Mortgage Funding, Inc., as beneficiary, and recorded as Instrument No. 20062870127 on December
27, 2006, in the State of California, Los Angeles County Recorder's Office. Together with the Note
or Notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Deed of Trust.

Dated: ___7/13/09___        **Mortgage Electronic Registration Systems, Inc. Solely
as Nominee for GreenPoint Mortgage Funding, Inc.**

By: _____

Its: _Sandy Broughton  Asst. Secretary_

State of _Pennsylvania_    )
County of _Montgomery_    ) ss.
                          )
On ___7/13/09___ before me, _Thomas P. Strain_ Notary Public, personally appeared
_Sandy Broughton_ who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

_____
Notary Public

(This Area for Official Notary Seal)
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
THOMAS P. STRAIN, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires February 4, 2010

9