**Exhibit O**

# U.S. Bankruptcy Court
# Central District Of California (Los Angeles)
# Bankruptcy Petition #: 2:09-bk-37784-EC

*Assigned to:* Ellen Carroll
Chapter 13
Voluntary
Asset

*Date filed:* 10/13/2009
*Date terminated:* 01/28/2010
*Debtor dismissed:* 11/30/2009
*341 meeting:* 11/16/2009

*Debtor disposition:* Dismissed for failure to make plan payments

**Debtor**
**Wayne D Arnold**
117 S Oak St
Inglewood, CA 90301
LOS ANGELES-CA
323-524-0933
SSN / ITIN: xxx-xx-0969

represented by **Wayne D Arnold**
PRO SE

**Trustee**
**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(213) 996-4400

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| | [1](#) (13 pgs; 3 docs) | Chapter 13 Voluntary Petition . Receipt Number 0, Fee Amount $274 Filed by Wayne D Arnold Section 316 Incomplete Filings due by 11/27/2009. Schedule A due 10/28/2009. Schedule B due 10/28/2009. Schedule C due 10/28/2009. Schedule D due 10/28/2009. Schedule E due 10/28/2009. Schedule F due 10/28/2009. Schedule G due 10/28/2009. Schedule H due 10/28/2009. Schedule I due 10/28/2009. Schedule J due 10/28/2009. Statement of Financial Affairs due 10/28/2009. Chapter 13 Plan due by 10/28/2009. |

| | | |
|---|---|---|
| 10/13/2009 | | Statement - Form 22C Due: 10/28/2009. Statement of assistance of non-attorney due 10/28/2009. Summary of schedules due 10/28/2009. Declaration concerning debtors schedules due 10/28/2009. Cert. of Credit Counseling due by 10/28/2009. Statistical Summary due 10/28/2009. Exhibit D due 10/28/2009. Debtor Certification of Employment Income due by 10/28/2009. Incomplete Filings due by 10/28/2009. (Mercene, Bernardita T.) (Entered: 10/13/2009) |
| 10/13/2009 | [2](#) (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 11/16/2009 at 10:00 AM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 12/03/2009 at 01:30 PM at Crtrm 1639, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 02/16/2010. (Mercene, Bernardita T.) (Entered: 10/13/2009) |
| 10/13/2009 | [3](#) | Statement of Social Security Number(s) Form B21 Filed by Debtor Wayne D Arnold . (Mercene, Bernardita T.) (Entered: 10/13/2009) |
| 10/13/2009 | | Receipt of Chapter 13 Filing Fee - $274.00 by 13. Receipt Number 20067506. (admin) (Entered: 10/14/2009) |
| 10/15/2009 | [4](#) (5 pgs) | BNC Certificate of Service (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 11. Service Date 10/15/2009. (Admin.) (Entered: 10/15/2009) |
| 10/15/2009 | [5](#) (2 pgs) | BNC Certificate of Service (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Wayne D Arnold) No. of Notices: 2. Service Date 10/15/2009. (Admin.) (Entered: 10/15/2009) |
| 10/15/2009 | [6](#) (2 pgs) | BNC Certificate of Service (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Wayne D Arnold) No. of Notices: 2. Service Date 10/15/2009. (Admin.) (Entered: 10/15/2009) |
| 10/20/2009 | [7](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Steven M Lawrence on behalf of Courtesy NEF. (Lawrence, Steven) (Entered: 10/20/2009) |
| 11/30/2009 | [8](#) (3 pgs) | ORDER dismissing chapter 13 case for failure to make required payments and appear at 341(a) meeting of creditors; Notice of Entry. Signed on 11/30/2009. (Queen, Sandra) (Entered: 12/01/2009) |

| | | |
|---|---|---|
| 12/01/2009 | [9](#)<br>(1 pg) | Notice of dismissal (BNC) (Queen, Sandra) (Entered: 12/01/2009) |
| 12/03/2009 | [10](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[9](#) Notice of dismissal (BNC)) No. of Notices: 13. Service Date 12/03/2009. (Admin.) (Entered: 12/03/2009) |
| 12/04/2009 | [11](#)<br>(3 pgs) | Chapter 13 Trustee's Final Report and Account . (Dockery, Kathy) (Entered: 12/04/2009) |
| 12/04/2009 | [12](#)<br>(1 pg) | Proof of service Filed by Trustee Kathy A Dockery (RE: related document(s)[11](#) Chapter 13 Trustee's Final Report and Account (batch)). (Dockery, Kathy) (Entered: 12/04/2009) |
| 12/29/2009 | [13](#)<br>(1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 12/29/2009. (Queen, Sandra) (Entered: 12/29/2009) |
| 01/28/2010 | [14](#)<br>(1 pg) | Bankruptcy Case Closed - DISMISSED (Vandensteen, Nancy) (Entered: 01/28/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/08/2015 12:42:54 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-bk-37784-EC Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |