**Exhibit Q**

**This page is part of your document - DO NOT DISCARD**



## 20100094092



Pages: 0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/22/10 AT 08:00AM**

| | |
|---|---:|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**LEADSHEET**



201001220240001

00001821732



002503842

SEQ:
18

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    T35

RECORDING REQUESTED BY:
Executive Trustee Services, LLC

AND WHEN RECORDED MAIL TO:
GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Forward Tax Statements to
the address given above



01/22/2010
*20100094092*

SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-166021-C
LOAN # ▓▓▓▓2947          INVESTOR #: 0000000000000
TITLE ORDER # 080016698-CA-GSI

# TRUSTEE'S DEED UPON SALE

APN 6102-009-012          TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $895,279.35
The Amount Paid By The Grantee Was $517,500.00
Said Property is in The City Of GARDENA, County of Los Angeles

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## US Bank NA, as trustee of GPMFT 2007-AR1

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles,
State of California, described as follows:

**THE EASTERLY 55 FEET OF LOT 3 IN BLOCK NO. 3 PANAMA ACRES TRACT, IN THE CITY OF GARDENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 15, PAGES 138 AND 139 OF MAPS, IN THE OFFICE OF THE COUNTY.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by WAYNE
ARNOLD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY as Trustor, dated 12/14/2006 of the Official
Records in the office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee
designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust
pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 12/27/2006, instrument
number 06 2870127 (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

18

3

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-166021-C
Loan # ▮▮▮▮2947
Title Order # 080016698-CA-GSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 1/13/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $517,500.00, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 1/13/2010

Executive Trustee Services, LLC dba ETS Services, LLC

By: _____
Kathleen Gowen, Limited Signing Officer

State of California    } S.S.
County of Los Angeles }
On 1/19/2010 before me, Gisela A. Clark Notary Public, personally appeared Kathleen Gowen who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Gisela A. Clark



GISELA A. CLARK
Commission # 1662574
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

[Page 2 of 2]