**Exhibit S**

Case Number: 10Z00668
US BANK NA VS. ARNOLD,WAYNE

Court: Governor George Deukmejian Courthouse

Original Case Number: 10Z00668
Original Court: Torrance Courthouse

Filing Date: 05/21/2010
Case Type: U.D.- RESIDENTIAL (Limited Jurisdiction)
Status: DISPOSED BY JUDGMENT

Future Hearings

None

## History Information

Parties

Plaintiff: US BANK NA AS TRUSTEE OF GPMFT 2007-AR1
Attorney: WOLFE & WYMAN, LLP - KELLY ANDREW BEALL ESQ

Defendant: ARNOLD WAYNE
Attorney: None

Defendant: BOSTRIE SR. ALVIN LA AKA LABOSTRIE ALVIN
Attorney: None

Defendant: WILLIAMS CHARLES ADD PER CCP 1174.25 B
Attorney: None

## Party Information

Histories (Dates listed in descending order)

**10/22/2013** WRIT OF POSSESSION RETURNED FROM LOS ANGELES COUNTY UNSATISFIED WITH COSTS OF $ 42.00 .

**04/26/2013** * EFFECTIVE 05/28/2013

**04/26/2013** * CASE REASSIGNED TO THE LONG BEACH COURTHOUSE

**04/26/2013** * CASE RENUMBERED FROM SBA10Z00668 TO LB 10Z00668

**06/29/2012** CASE FILE RETURNED TO GENERAL POPULATION. APPEAL COMPLETE. FC

**11/03/2011** MEMORANDUM OF COSTS IN THE SUM OF $ 43.10 FILED BY (US BANK NA), AS TRUSTEE OF GPMFT 2007- AR1 ***DUE 11-23-11*** .

**10/20/2011** REMITTITUR AND ORDER ON APPEAL FILED. JUDGMENT AFFIRMED.

**10/20/2011** REMITTITUR RECEIVED FROM THE APPELLATE DEPARTMENT. JUDGMENT AFFIRMED. PLAINTIFF TO RECOVER ITS COSTS ON APPEAL.

**08/16/2011** COPY OF ORDER FROM APPELLATE UNIT. APPELLANT ALVIN LABOSTRIE HAS FILED A PLEADING CAPTIONED "APPEAL OF APPELLATE DIVISION OPINION" WHICH WE CONSTRUE AS A PETITION FOR REHEARING AFTER JUDGMENT OF THIS COURT ON APPEAL. (CAL. RULE OF COURT, RULE 8.889.) THE PETITION IS DENIED.

**08/05/2011** COPY OF OPINION RECEIVED FROM APPELLATE UNIT. THE JUDGMENT IS AFFIRMED. RESPONDENT TO RECOVER COSTS.

**06/10/2011** ORDER FROM APPELLATE UNIT RECEIVED THIS DATE. DUE TO INADVERTENCE AND CLERICAL MISTAKE THE ORAL HEARING SET FOR JUNE 23, 2011 IS VACATED AND RESET FOR JULY 14, 2011.

**04/22/2011** COPY OF ORDER FROM APPELLATE UNIT RECEIVED. RESPONDENTS MOTION FOR JUDICIAL NOTICE OF THE DISMISSAL ENTERED IN LOS ANGELES SUPERIOR COURT CASE NO. BC432351 ON 11/04/10 IS DENIED. THE DISMISSAL OCCURRED SEVERAL MONTHS AFTER THE TRIAL IN CASE NO 10Z00668 FROM WHICH THIS APPEAL IS TAKEN AND IS NOT MATERIAL TO ANY ISSUED RAISED ON APPEAL. CRC 8.809(A)(2)(A) & (C).

**03/25/2011** COPY OF INFORMAL OPENING BRIEF RECEIVED FROM APPELLANT, DEFENDANT CHARLES WILLIAMS AND ALVIN LABOSTRIE.

**03/17/2011** COPY OF ORDER FROM APPELLATE UNIT. RESPONDENTS MOTION TO AUGMENT THE RECORD ON APPEAL WITH THE ANSWER OF APPELLANT ALVIN LABOSTRIE, AND THE PREJUDGMENT CLAIM OF RIGHT OF POSSESSION AND ANSWER OF APPELLANT CHARLES WILLIAMS, IS DENIED. A MOTION TO AUGMENT IS NOT A SUBSTITUTE FOR A NOTICE DESIGNATING ADDITIONAL DOCUMENTS TO BE INCLUDED IN THE RECORD ON APPEAL. CAL RULES OF COURT, RULE 8.832(B).

**02/22/2011** RECEIPT FOR RECORD ON APPEAL FILED. APPELLATE DEPARTMENT ASSIGNED CASE NUMBER BV029280 .

**02/08/2011** RECORD ON APPEAL REJECTED BY APPELLATE UNIT. ADDRESS OF APPELLANT MR. LOBOSTRIE IS NOT CORRECT PER RECORD. TRIAL COURT APPELLATE CLERK IS REQUESTED TO MAKE CORRECTIONS TO RECORD AND RE SUBMIT CORRECTED RECORD.

**02/08/2011** CORRECTED RECORD ON APPEAL-CLERKS TRANSCRIPTS-SENT TO APPELLATE UNIT. COPIES OF CORRECTED TRANSCRIPT SENT VIA CERTIFIED MAIL TO APPELLANT/DEFENDANT, WITH CORRECTED ADDRESS. RESPONDENT/PLAINTIFF ALSO SENT COPY OF CORRECTED CLERKS TRANCRIPT CERTIFIED MAIL.

**01/20/2011** COPY OF CLERKS TRANSCRIPT MAILED, VIA CERTIFIED MAIL, ON 01/14/11 TO APPELLATES, ALVIN LABOSTRIE AND CHARLES WILLIAMS , RETURNED BY US POST OFFICE. NO SUCH ADDRESS NOTED.

**01/14/2011** RECORD ON APPEAL FORWARDED TO SUPERIOR COURT APPELLATE DEPARTMENT. COPY OF CLERKS TRANSCRIPT MAILED TO PER PER APPELLANT AND ATTORNEY FOR RESPONDENT VIA CERTIFIED MAIL.

**08/31/2010** RECEIVED FEES FROM (US BANK NA), AS TRUSTEE OF GPMFT 2007- AR1 IN THE SUM OF $ 43.10 FOR RESPONDENT'S CLERK TRANSCRIPT ON APPEAL . RECEIPT # SBA235751006 .

**08/27/2010** NOTICE OF ESTIMATE FOR REPORTER'S TRANSCRIPT FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED. CUSTOMIZED FORM TITLED: NOTICE OF FEE DUE FOR CLERK'S TRANSCRIPT

08/27/2010 NOTICE OF FEE DUE FOR CLERK'S TRANSCRIPT ON APPEAL FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL.

07/30/2010 AMENDED RESPONDENTS NOTICE DESIGNATING RECORD ON APPEAL FILED BY ATTORNEY FOR RESPONDENT/U.S. BANK.

07/26/2010 COUNTER DESIGNATION OF RECORD ON APPEAL FILED BY (US BANK NA), AS TRUSTEE OF GPMFT 2007- AR1 . RECEIPT # .00 .

07/22/2010 CASE FILE FORWARDED TO DEPT 001 RE: ORDER CONCERNING PROPOSED STATEMENT ON APPEAL. AMENDMENTS FILED 07/20/10

07/22/2010 CASE FILE FORWARDED TO APPEAL CLERK RE: PROPOSED STATEMENT

07/22/2010 IN CHAMBERS RULING FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL RE: APPELLANT'S PROPOSED STATEMENT ON APPEAL; THE FOLLOWING CORRECTIONS ARE NEEDED IN ORDER FOR PARTS 4 THROUGH 8 OF THE STATEMENT PROPOSED BY THE APPELLANT TO BE A COMPLETE AND ACCURATE SUMMARY OF THE TRIAL COURT PROCEEDINGS: (1) SEE AMENDMENTS TO PROPOSED STATEMENT FILED BY PLAINTIFF'S COUNSEL. . CLERK'S CERTIFICATE OF SERVICE FILED.

07/22/2010 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

07/22/2010 CASE FILE FORWARDED TO APPEAL CLERK RE: PROPOSED STATEMENT

07/22/2010 SUBSTITUTION OF ATTORNEY FILED FOR PLAINTIFF (US BANK NA), AS TRUSTEE OF GPMFT 2007- AR1

07/22/2010 CASE FILE SENT TO DEPARTMENT 1, WITH ORDER CONCERNING PROPOSED STATEMENT.

07/20/2010 AMENDMENTS TO PROPOSED STATEMENT ON APPEAL FILED.

07/19/2010 CASE FILE FORWARDED TO DEPT 001 RE: ORDER RE PROPOSED STATEMENTS ON RECORD ON APPEAL

07/13/2010 NOTICE OF MOTION TO SET ASIDE WRIT OF POSSESSION , DECLARATION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT # WAIVER . MATTER SET FOR HEARING ON 07/13/10 AT 08:30A M, IN DEPT. 001 .

07/13/2010 CASE FILE FORWARDED TO LOOSE DOC TO DEPT 1 RE: EX-PARTE MOTION TO SET ASIDE WRIT

07/13/2010 NOTICE OF APPEAL FILED BY (ARNOLD,WAYNE) , (BOSTRIE SR., ALVIN LA) AKA (LABOSTRIE, ALVIN) . RECEIPT # WAIVER .

07/13/2010 NOTICE OF FILING OF APPEAL FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

07/13/2010 AMENDED NOTICE OF APPEAL SENT TO ALL PARTIES.

07/13/2010 CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON. LAURA C. ELLISON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR ORDER TO SET ASIDE WRIT OF POSSESSION . APPLICATION DENIED. SECOND TIME.

07/13/2010 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**07/13/2010** CASE FILE RETURNED TO CIVIL DEPARTMENT FROM COURTROOM.

**07/12/2010** CASE FILE FORWARDED TO DEPT 001 RE: ORDER CONCERNING PROPOSED STATEMENT ON APPEAL FILED 6/25/10

**07/09/2010** NOTICE OF MOTION TO SET ASIDE WRIT OF POSSESSION , DECLARATION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF FILED. RECEIPT # WAIVER . MATTER SET FOR HEARING ON 07/09/10 AT 08:30A M, IN DEPT. 001 .

**07/09/2010** NOTICE OF ESTIMATE FOR REPORTER'S TRANSCRIPT FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED. CUSTOMIZED FORM TITLED: ESTIMATE OF REPORTER'S TRANSCRIPT-LIMITED CIVIL APPEAL

**07/09/2010** CASE FILE FORWARDED TO DEPT 001 RE: EX-PARTE

**07/09/2010** CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON. LAURA C. ELLISON PRESIDING FOR HEARING RE: EX PARTE APPLICATION FOR ORDER TO SET ASIDE WRIT OF POSSESSION. . APPLICATION DENIED.

**07/09/2010** MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**07/09/2010** CASE FILE RETURNED TO CIVIL DEPARTMENT FROM COURTROOM.

**07/02/2010** APPLICATION FOR WRIT OF POSSESSION FILED. DAILY RENTAL VALUE OF PROPERTY, $ 60.00 PER DAY.

**07/02/2010** WRIT OF POSSESSION ISSUED TO LOS ANGELES COUNTY. VIA MAL . RECEIPT # PAID .

**07/02/2010** CASE FILE FORWARDED TO C JOHNSTON RE: APPEAL CASE

**06/25/2010** NOTICE OF APPEAL FILED BY (BOSTRIE SR., ALVIN LA) AKA (LABOSTRIE, ALVIN) , (WILLIAMS,CHARLES) ADD PER CCP 1174.25 (B) . RECEIPT # WAIVER .

**06/25/2010** NOTICE OF FILING OF APPEAL FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**06/25/2010** DESIGNATION OF RECORD ON APPEAL FILED. .

**06/25/2010** PROPOSED STATEMENT ON APPEAL RECEIVED AND ON FILE BY ALVIN LABOSTRIE AND CHARLES WILLIAMS .

**06/22/2010** CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON. LAURA C. ELLISON PRESIDING FOR COURT TRIAL. PLAINTIFF(S) APPEARING SPECIALLY BY KRISTINE J. BRASWELL-AMIN, ESQ. . DEFENDANT(S) APPEARING LABOSTRIE SR., ALVIN AND WILLIAMS, CHARLES, IN PRO PER . ARNOLD, WAYNE IS NOT PRESENT. PLAINTIFF'S ORAL MOTION TO ENTER DEFAULT AS TO ARNOLD, WAYNE IS GRANTED.

**06/22/2010** DELVERT SALGADO AND YOSEF ARGUETA SWORN AS WITNESS{ES} FOR PLAINTIFF .

**06/22/2010** EXHIBITS 1 (TRUST DEED OF SALE) 2 (3 DAY NOTICE) 3 (90 DAY NOTICE) BY REFERENCE RECEIVED INTO EVIDENCE FOR PLAINTIFF.

**06/22/2010** ALVIN LABOSTRIE, SR. AND CAMILA WILLIAMS SWORN AS WITNESS{ES} FOR DEFENDANT .

**06/22/2010** COURT ORDERS JUDGMENT ENTERED AS FOLLOWS.

**06/22/2010** JUDGMENT ENTERED ON 06/22/10, FOR (US BANK NA), AS
TRUSTEE OF GPMFT 2007- AR1, AGAINST (ARNOLD,WAYNE),
(BOSTRIE SR., ALVIN LA) AKA (LABOSTRIE, ALVIN),
(WILLIAMS,CHARLES) ADD PER CCP 1174.25 (B), FOR
RESTITUTION OF THE PREMISES LOCATED AT: 1414 W. 132ND
STREET, GARDENA, CA 90249, AND POSSESSION APPLIES TO
ANY AND ALL UNNAMED OCCUPANTS IN THE PREMISES PURSUANT TO
C.C.P. 415.46.

**06/22/2010** CLERK'S NOTICE OF ENTRY OF JUDGMENT & NOTICE RE: EXHIBITS/
DEPOSITION ISSUED. CLERK'S CERTIFICATE OF MAILING FILED

**06/22/2010** CASE FILE RETURNED TO CIVIL DEPARTMENT FROM COURTROOM.

**06/17/2010** DECLARATION RE: 24 HOUR NOTICE FILED.

**06/17/2010** APPLICATION FOR EX PARTE ORDER RE: TO DISMISS UNLAWFUL
DETAINER CASE, P & A, AND DECLARATION RE: NOTICE FILED.
MATTER SET FOR 06/17/10 AT 08:30A M, IN DEPT. 001.
RECEIPT # WAIVER.

**06/17/2010** CASE FILE FORWARDED TO DEPT.001 RE: EX-PARTE

**06/17/2010** CAUSE CALLED AT 08:30A M, IN DEPT. 001, HON. LAURA
C. ELLISON PRESIDING FOR HEARING RE: EX PARTE APPLICATION
FOR ORDER TO DISMISS UNLAWFUL DETAINER CASE.
APPLICATION DENIED.

**06/17/2010** CASE FILE RETAINED BY DEPARTMENT 1, ON CALENDAR 6/22/10

**06/15/2010** REJECT SHEET SENT TO (US BANK NA), AS TRUSTEE OF GPMFT
2007- AR1 FOR REJECTION OF ENTRY OF DEFAULT: THIS COURT
DOESN'T DEFAULT ALL OTHER OCCUPANTS. SUBMITTED ON
06/14/10

**06/14/2010** PROOF OF SERVICE OF SUMMONS AND COMPLAINT; PREJUDGMENT
CLAIM OF RIGHT TO POSSESSION FILED AS TO ANY AND ALL
OCCUPANTS.

**06/10/2010** FACE SHEET FOR FILING PROOF OF SERVICE

**06/10/2010** PROOF OF SERVICE OF SUMMONS AND COMPLAINT; PREJUDGMENT
CLAIM OF RIGHT TO POSSESSION FILED. SERVED AS TO
(ARNOLD,WAYNE) AND AS TO ANY AND ALL OCCUPANTS.

**06/10/2010** MEMO TO SET CASE FOR COURT TRIAL FILED.

**06/10/2010** MEMORANDUM TO SET CASE FOR TRIAL HAVING BEEN FILED ON
06/10/10. MATTER SET FOR COURT TRIAL ON 06/22/10 AT
08:30A M, IN DEPT. 001.

**06/10/2010** NOTICE OF COURT TRIAL FILED AND MAILED TO RESPECTIVE
PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**06/08/2010** REJECT SHEET SENT TO (US BANK NA), AS TRUSTEE OF GPMFT
2007- AR1 FOR REJECTION OF MEMO TO SET FOR TRIAL:
PLEASE BE ADVISED THAT THE ALVIN LABOSTRIE LIST A
DIFFERENT NAME AND ADDRESS ON ANSWER SUBMITTED ON
06/07/10

**06/01/2010** REQUEST TO WAIVE COURT FEES FILED BY (BOSTRIE SR., ALVIN LA) , (WILLIAMS,CHARLES) .

**06/01/2010** ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (BOSTRIE SR., ALVIN LA) , (WILLIAMS,CHARLES)

**06/01/2010** NOTICE OF FILING OF PREJUDGMENT CLAIM OF RIGHT TO POSSESSION FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. PREJUDGMENT CLAIM OF RIGHT TO POSSESSION FILED ON 06/01/10 BY CLAIMANT(S) CHARLES WILLIAMS . RECEIPT # WAIVER . CLERK'S CERTIFICATE OF SERVICE FILED.

**06/01/2010** ANSWER FILED OF (BOSTRIE SR., ALVIN LA) , (WILLIAMS,CHARLES) IN PROPER . RECEIPT # WAIVER .

**05/24/2010** NOTICE OF UNLAWFUL DETAINER FILING MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

**05/21/2010** UNLAWFUL DETAINER COMPLAINT FILED. RN SBA468660036.

**05/21/2010** SUMMONS ISSUED.

**05/21/2010** SUMMONS FILED.

Case Information | Party Information | History Information