## **Exhibit T**

JUDGMENT                                                                                           10Z00668

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
SOUTHWEST DISTRICT, TORRANCE COURTHOUSE ( -19486-)
825 MAPLE AVENUE, TORRANCE, CA 90503
Telephone: (310) 222-8801

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE ENTERED AS FOLLOWS:

FOR: US BANK NA , AS TRUSTEE OF GPMFT 2007- AR1

_____
_____
_____
_____
_____

AGAINST: ARNOLD,WAYNE
 BOSTRIE SR., ALVIN LA AKA   LABOSTRIE, ALVIN
 WILLIAMS,CHARLES ADD PER CCP 1174.25  B

_____
_____

RESTITUTION AND POSSESSION OF THE PREMISES LOCATED AT:
1414 W. 132ND STREET,
GARDENA, CA 90249

THIS JUDGMENT OF POSSESSION APPLIES TO ANY AND ALL UNNAMED OCCUPANTS OF THE PREMISES
PURSUANT TO C.C.P. 415.46.




This judgment conforms to the order of the court.

DATED: 06/22/2010                           JILL AHN
                                            DEPUTY CLERK




================================================================================
FILED AND ENTERED ON: 06/22/2010            JOHN A. CLARKE
BY JILL AHN                                 Executive Officer/Clerk
   DEPUTY CLERK

CIV 4                                                        JUDGMENT