<u>**Exhibit V**</u>

## Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number: BC450042
ALVIN LABOSTRIE ET AL VS GMAC MORTGAGE LLC ET AL

Filing Date: 11/23/2010
Case Type: Mortgage Foreclosure (General Jurisdiction)
Status: Pending

Future Hearings

**04/10/2015** at 08:30 am in department 51 at 111 North Hill Street, Los Angeles, CA 90012
Conference-Bankruptcy Status

Documents Filed | Proceeding Information

Parties

BIVIN CHAISE R. ESQ. - Attorney for Deft/Respnt

DEEB EDNA L. ESQ. - Mediator

DOES 1-100 - Defendant/Respondent

ETS SERVICES LLC - Defendant/Respondent

FRANICH KERRY W. - Attorney for Defendant/Respondent

GILBERT BARBARA J. ESQ. - Former Attorney for Pltf/Petn

GMAC MORTGAGE LLC - Defendant/Respondent

LABOSTRIE ALVIN - Plaintiff & Plaintiff In Pro Per

LABOSTRIE SANDRA - Plaintiff & Plaintiff In Pro Per

LIU DAVID M. ESQ. - Attorney for Deft/Respnt

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS - Defendant/Respondent

U.S. BANK N.A. - Defendant/Respondent

WOLFE STUART B. ESQ. - Former Attorney for Deft/Resp

Case Information | Party Information | Proceeding Information

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:
08/22/2012   10/17/2011   04/29/2011

**12/19/2014** Notice of Continuance

**12/01/2014** Statement-Case Management
Filed by Defendant & Defendant in Pro Per

**11/24/2014** Statement-Case Management
Filed by Attorney for Deft/Respnt

**09/08/2014** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**09/02/2014** Statement-Case Management
Filed by Attorney for Deft/Respnt

**05/05/2014** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**04/30/2014** Statement-Case Management
Filed by Attorney for Deft/Respnt

**02/03/2014** Notice of Reassignment and Order
Filed by Clerk

**01/21/2014** Notice of Continuance
Filed by Attorney for Deft/Respnt

**01/02/2014** Statement-Case Management
Filed by Attorney for Deft/Respnt

**11/18/2013** Notice of Continuance
Filed by Attorney for Deft/Respnt

**10/30/2013** Statement-Case Management
Filed by Attorney for Plaintiff/Petitioner

**08/15/2013** Notice of Continuance
Filed by Attorney for Deft/Respnt

**08/01/2013** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**07/26/2013** Statement-Case Management
Filed by Attorney for Deft/Respnt

**05/16/2013** Notice of Ruling
Filed by Attorney for Deft/Respnt

**05/03/2013** Statement-Case Management
Filed by Applicant

**04/29/2013** Statement-Case Management
Filed by Attorney for Deft/Respnt

**01/03/2013** Substitution of Attorney
Filed by Attorney for Plaintiff/Petitioner

**12/26/2012** Statement-Case Management
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP　08/22/2012　10/17/2011　04/29/2011

**08/22/2012** Notice (OF STATUS CONFERENCE RE BANKRUPTCY )
Filed by Attorney for Deft/Respnt

08/17/2012 12:12:20 AM CRUDOC 8459-27    Filed 04/09/15    Entered 04/09/15 17:45:55    Priore

**08/07/2012** Notice (OF STAY OF PROCEEDINGS )
Filed by Attorney for Pltf/Petnr

**06/21/2012** Notice (OF RE: SCHEDULED HEARING ON DEFTS MTN. FOR SUMMARY JUDGEMEN )
Filed by Attorney for Deft/Respnt

**01/31/2012** Notice-Stay
Filed by Attorney for Pltf/Petnr

**01/20/2012** Notice (OF STATUS CONFERENCE RE BANKRUPTCY )
Filed by Attorney for Deft/Respnt

**01/11/2012** Request to Enter Default (IS REJECTED AS ALVIN #4 )
Filed by Attorney for Cross-Complainant

**01/11/2012** Miscellaneous-Other ((AMENDED) SEP STMT IN OPP TO MSJ )
Filed by Attorney for Pltf/Petnr

**01/11/2012** Miscellaneous-Other ((AMENDED) SEP STMT IN OPP TO MSJ )
Filed by Atty for Deft and Cross-Complnt

**01/06/2012** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**01/05/2012** Request to Enter Default (REJECT FOR LABOSTRIE-#4 )
Filed by Attorney for Cross-Complainant

**12/30/2011** Reply/Response (TO OBJECTION TO REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Deft/Respnt

**12/30/2011** Reply/Response (TO EVIDENTIARY OBJECTIONS )
Filed by Attorney for Deft/Respnt

**12/30/2011** Reply/Response (TO OPP TO MSJ )
Filed by Attorney for Deft/Respnt

**12/29/2011** Reply/Response (BRIEF IN SUPPORT OF MTN TO COMPEL )
Filed by Attorney for Deft/Respnt

**12/22/2011** Objection Document (TO REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Pltf/Petnr

**12/22/2011** Objection Document (TO DEC OF S. BROUGHTON, ROSALIE SOLANO, JEFF SHERWOOD, ANTHONY KILBURG, PETER KNAPP )
Filed by Attorney for Pltf/Petnr

**12/22/2011** Opposition Document (TO MTNS TO COMPEL )
Filed by Attorney for Pltf/Petnr

**12/22/2011** Opposition Document (TO MSJ )
Filed by Attorney for Pltf/Petnr

**12/22/2011** Miscellaneous-Other (SEP STMT RE OPP TO MSA )
Filed by Attorney for Pltf/Petnr

**11/30/2011** Notice of Ruling
Filed by Attorney for Deft/Respnt

**11/17/2011** Motion to Compel
Filed by Attorney for Deft/Respnt

**11/17/2011** Miscellaneous-Other (SEP STMT RE MTNS TO COMPEL (3) )

Filed by Attorney for Def/Respnt  12-1-2020-mg  Doc 8459-27    Filed 04/09/15    Entered 04/09/15 17:45:55      Priore
                                  Declaration Exhibit V    Pg 5 of 10

**11/17/2011** Declaration (OF KERRY FRANICH IN SUPPORT OF MTNS TO COMPEL )
Filed by Attorney for Deft/Respnt

**11/15/2011** Opposition Document (TO DEMURRER )
Filed by Atty for Deft and Cross-Complnt

**11/15/2011** Request for Judicial Notice
Filed by Atty for Deft and Cross-Complnt

**11/07/2011** Notice of Ruling
Filed by Attorney for Pltf/Petnr

**10/31/2011** Demurrer (TO FIRST AMENDED COMPLAINT )
Filed by Attorney for Pltf/Petnr

**10/28/2011** Declaration (OF BARBAR J. GILBERT IN REPLY TO OPP TO MTN FOR SANCTIONS )
Filed by Attorney for Pltf/Petnr

**10/25/2011** Declaration (OF KERRY W. FRANICH IN SUPPORT OF OPP TO MTN )
Filed by Attorney for Deft/Respnt

**10/25/2011** Opposition Document (TO MTN FOR MONETARY SANCTIONS )
Filed by Attorney for Deft/Respnt

**10/25/2011** First Amended Cross Complaint
Filed by Atty for Deft and Cross-Complnt

**10/18/2011** Declaration (OF ROSALIE SOLANO IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Declaration (OF KERRY W. FRANICH IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**10/18/2011** Declaration (OF ANTHONY KILBURG IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Declaration (OF SANDY BROUGHTON IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Declaration (OF PETER KNAPP IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Declaration (OF JEFF SHERWOOD IN SUPPORT OF MSJ )
Filed by Attorney for Deft/Respnt

**10/18/2011** Motion for Summary Judgment
Filed by Attorney for Deft/Respnt

**10/18/2011** Miscellaneous-Other (SEP STMT RE MS )
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/22/2012   10/17/2011   04/29/2011

**10/17/2011** Notice of Motion (FOR MONETARY SANCTIONS )
Filed by Attorney for Pltf/Petnr

**10/17/2011** Notice of Motion ((AMENDED) FOR SANCTIONS )
Filed by Attorney for Pltf/Petnr

10/12/2011 Demurrer (TO CROSS-COMPLAINT )   Filed 04/09/15   Entered 04/09/15 17:45:55   Priore
Filed by Attorney for Pltf/Petnr     Declaration Exhibit V   Pg 6 of 10

**08/25/2011** Reply/Response (TO OPP TO MSA )
Filed by Attorney for Pltf/Petnr

**08/25/2011** Objection Document (TO REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Pltf/Petnr

**08/17/2011** Cross-complaint
Filed by Atty for Deft and Cross-Complnt

**08/17/2011** Answer to First Amended Complaint
Filed by Attorney for Deft/Respnt

**08/09/2011** Notice of Continuance
Filed by Attorney for Pltf/Petnr

**08/08/2011** Statement-Non-Agreement (FIRST SANA FILED. MEDIATION ENDED IN AGREEMENT. )
Filed by Mediator

**08/02/2011** Request (FOR JUDICIAL NOTICE IN OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Declaration (OF SANDY BROUGHTON IN SUPPORT OF OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Notice of Ruling
Filed by Attorney for Deft/Respnt

**08/01/2011** Objection Document ((EVIDENTIARY) TO DEC OF BARBARA J. GILBERT SUBMITTED IN OPP TO MSJ
)
Filed by Attorney for Deft/Respnt

**08/01/2011** Miscellaneous-Other (SEP STMT IN OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Declaration (OF ROSALIE SOLANO IN OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Declaration (OF KERRY W. FRANICH IN SUPPORT OF OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Declaration (OF JEFF SHERWOOD IN OPP FOR MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Points and Authorities (IN OPP TO MSA )
Filed by Attorney for Deft/Respnt

**08/01/2011** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**08/01/2011** Declaration (OF ANTHONY KILBURG IN SUPPORT OF OPP TO MSJ )
Filed by Attorney for Deft/Respnt

**08/01/2011** Miscellaneous-Other (SEP STMT RE OPP TO MSA )
Filed by Attorney for Deft/Respnt

**07/21/2011** Reply/Response (TO OPP TO MTN FOR PROT ORDER )
Filed by Attorney for Deft/Respnt

**07/21/2011** Reply/Response (TO OBJECTION TO REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Deft/Respnt

**07/21/2011** Reply/Response (TO OPP TO DEMURRER )

**07/21/2011** Reply/Response (TO OBJECTION TO SUPPLEMENTAL DEMURRER )
Filed by Attorney for Deft/Respnt

**07/21/2011** Objection Document (TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Deft/Respnt

**07/13/2011** Request for Judicial Notice
Filed by Attorney for Pltf/Petnr

**07/13/2011** Objection Document (TO REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Pltf/Petnr

**07/13/2011** Objection Document (TO DEFENDANTS "SUPPLEMENTAL DEMURRER" )
Filed by Attorney for Pltf/Petnr

**07/13/2011** Opposition Document (TO MTN FOR PROT ORDER )
Filed by Attorney for Pltf/Petnr

**07/13/2011** Opposition Document (TO DEMURRER )
Filed by Attorney for Pltf/Petnr

**07/06/2011** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**07/06/2011** Notice of Motion (for protective order; )
Filed by Attorney for Deft/Respnt

**06/29/2011** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/29/2011** Miscellaneous-Other (SUPPLEMENTAL DEMURRER TO PLAINTIFFS' COMPLAINT; )
Filed by Attorney for Deft/Respnt

**06/28/2011** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**06/28/2011** Order (ON EX PARTE )
Filed by Court

**06/28/2011** Ex-Parte Application
Filed by Attorney for Defendant/Respondent

**06/28/2011** Declaration
Filed by Attorney for Defendant/Respondent

**06/21/2011** Notice of Continuance
Filed by Attorney for Plaintiff/Petitioner

**06/20/2011** Notice of Continuance
Filed by Attorney for Defendant/Respondent

**06/14/2011** Notice of Change of Address
Filed by Attorney for Plaintiff/Petitioner

**06/09/2011** Notice-Mediation Hrg Date
Filed by Mediator

**06/01/2011** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**06/01/2011** Demurrer (NTC OF DEMURRER AND DEMURRER TO PLTF'S FIRST AMENDED COMPLAINT; MEMO OF PA )
Filed by Attorney for Defendant/Respondent

05/18/2011 Notice of Assignment-Management 8459-27    Filed 04/09/15    Entered 04/09/15 17:45:55    Priore
Filed by ADR Clerk                        Declaration Exhibit V    Pg 8 of 10

**05/02/2011** Request for Judicial Notice
Filed by Attorney for Pltf/Petnr

**05/02/2011** Statement of Facts
Filed by Attorney for Pltf/Petnr

**05/02/2011** Notice of Lodging (EXHIBITS )
Filed by Attorney for Pltf/Petnr

**05/02/2011** Declaration (RE: SUPPORT OF SUMMARY JUDGMENT )
Filed by Attorney for Pltf/Petnr

**05/02/2011** Motion for Summary Judgment
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/22/2012   10/17/2011   04/29/2011

**04/29/2011** Notice (OF WITHDRAWAL OF DEMURRER TO PLNTF COMPLAINT W/O PREJUDICE DUE TO FILING
OF FIRST AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

**04/28/2011** First Amended Complaint
Filed by Attorney for Pltf/Petnr

**04/27/2011** Statement-Case Management
Filed by Attorney for Pltf/Petnr

**04/26/2011** Notice (OF NON-RECEIPT OF OPPOSITION TO DEMURRER TO PLNTFS COMPLAINT )
Filed by Attorney for Defendant/Respondent

**04/05/2011** Notice
Filed by Attorney for Defendant/Respondent

**04/04/2011** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**03/23/2011** Demurrer
Filed by Attorney for Defendant/Respondent

**03/23/2011** Notice (OF WITHDRAWAL OF DEMURRERS WITHOUT PREJUDICE )
Filed by Attorney for Defendant/Respondent

**03/23/2011** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**02/25/2011** Notice of Continuance (DEMURRER )
Filed by Attorney for Deft/Respnt

**02/22/2011** Substitution of Attorney
Filed by Attorney for Deft/Respnt

**02/15/2011** Notice of Change of Address
Filed by Attorney for Pltf/Petnr

**01/31/2011** Demurrer
Filed by Attorney for Defendant/Respondent

**01/25/2011** Declaration (OF NONMONETARY STATUS PURSUANT TO CA CC 2924 )
Filed by Attorney for Defendant/Respondent

**01/20/2011** Demurrer

Filed by Attorney for Defendant/Respondent 12-12020-mg   Doc 8459-27   Filed 04/09/15   Entered 04/09/15 17:45:55   Priore
Declaration Exhibit V   Pg 9 of 10

**12/16/2010** Notice-Case Management Conference
Filed by Clerk

**12/10/2010** Order-Court Fee Waiver After Hrg (AS TO SANDRA LABOSTRIE )
Filed by Plaintiff

**12/10/2010** Order-Court Fee Waiver After Hrg (AS TO ALVIN LABOSTRIE SR. )
Filed by Plaintiff

**11/23/2010** Notice-Related Cases (POSSIBLY RELATED TO: BC432351 IN DEPT 14 FILED ON 2/23/10 )
Filed by Attorney for Plaintiff/Petitioner

**11/23/2010** Complaint

**11/23/2010** Request-Waive Court Fees
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/22/2012   10/17/2011   04/29/2011

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date indicated:
06/30/2011

**12/11/2014** at 08:30 am in Department 51, Mitchell L. Beckloff, Presiding
Status Conference - **Held-Continued**

**09/12/2014** at 08:30 am in Department 51, Mitchell L. Beckloff, Presiding
Conference-Bankruptcy Status - **Continued by Court**

**05/15/2014** at 08:45 am in Department 51, Mitchell L. Beckloff, Presiding
Conference-Bankruptcy Status - **Continued by Court**

**01/15/2014** at 08:45 am in Department 51, Abraham Khan, Presiding
Status Conference (RE BANKRUPTCY) - **Held-Continued**

**11/14/2013** at 08:45 am in Department 51, Abraham Khan, Presiding
Conference-Bankruptcy Status - **Matter continued**

**08/12/2013** at 08:45 am in Department 51, Abraham Khan, Presiding
Conference-Bankruptcy Status - **Continued by Court**

**05/13/2013** at 08:45 am in Department 51, Abraham Khan, Presiding
Conference-Bankruptcy Status - **Continued by Court**

**01/09/2013** at 08:45 am in Department 51, Abraham Khan, Presiding
Status Conference (RE STATUS OF BANKRUPTCY) - **Continued by Court**

**08/20/2012** at 08:45 am in Department 51, Abraham Khan, Presiding
Status Conference (RE STATUS OF BANKRUPTCY) - **Held-Continued**

**04/20/2012** at 08:45 am in Department 51, Abraham Khan, Presiding
Status Conference (RE BANKRUPTCY OF PLAINTIFF) - **Matter continued**

**01/20/2012** at 09:00 am in Department 51, Abraham Khan, Presiding
Motion for Summary Judgment - **Off Calendar**

01/06/2012 at 09:10 am in Department 51, Abraham Khan, Presiding
Motion for Summary Judgment (Motions to compel; Declaration Matters filed) Pg 10 of 10

11/30/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Hearing on Demurrer (to first amended cross-complaint;) - **Overruled**

11/07/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Hearing on Demurrer (to cross-complaint; Motion formonetary sanctions;) - **Moot**

09/06/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Motion for Summary Adjudication - **Denied**

08/15/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Motion for Summary Adjudication (M.P. REQ. TO CONT. FROM 7/25/11) - **Matter continued**

08/11/2011 at 10:00 am in Department ADRO, ADR Neutral, Presiding
Closed-ADR (8/02/11EDNA L. DEEB, MEDIATOR) - **Non-Agreement**

08/11/2011 at 08:45 am in Department 51, Abraham Khan, Presiding
Non-Appearance (Case Review) - **Completed**

07/28/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Hearing on Demurrer (Motion for protective order;) - **Overruled**

07/25/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
Motion for Summary Adjudication (M.P. CALLED ON 6/17/11 REQ. TOCONTINUE MSJ TO 8/15/11) - **Proceeding continued**

07/18/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
DEMURRER (TO PLTF'S FIRST AMENDED COMPLAINTCONT. TO 7/28/11 PER M.P. ON6/20/11 NTC TO BE FILED) - **Matter continued**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP　06/30/2011

06/30/2011 at 08:30 am in Department 51, Abraham Khan, Presiding
Exparte proceeding - **Denied**

06/28/2011 at 08:30 am in Department 51, Abraham Khan, Presiding
Exparte proceeding - **Granted**

05/11/2011 at 08:45 am in Department 51, Abraham Khan, Presiding
Conference-Case Management - **Completed**

05/05/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
DEMURRER - **Off Calendar**

03/24/2011 at 09:00 am in Department 51, Abraham Khan, Presiding
DEMURRER (TAKEN OFF CALENDAR AND CONT. TO4/25/11) - **Off Calendar**

12/10/2010 at 10:00 am in Department 1A, Matthew St. George, Presiding
Hearing-Re:Court Fees - **Denied**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP　06/30/2011

Case Information | Party Information | Documents Filed | Proceeding Information