**Exhibit W**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:12-bk-11261-RN

*Assigned to:* Richard M Neiter
Chapter 7
Voluntary
No asset

*Date filed:* 01/13/2012
*Debtor discharged:* 05/07/2012
*Joint debtor discharged:* 05/07/2012
*341 meeting:* 04/26/2012
*Deadline for objecting to discharge:* 04/13/2012
*Deadline for financial mgmt. course (db):* 04/13/2012

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

*Deadline for financial mgmt. course (jdb):* 04/13/2012

*Debtor*
**Alvin LaBostrie**
855 W 125th St
Los Angeles, CA 90044
LOS ANGELES-CA
323-756-6252
SSN / ITIN: xxx-xx-9841

represented by **Alvin LaBostrie**
PRO SE

*Joint Debtor*
**Sandra LaBostrie**
855 W 125th St
Los Angeles, CA 90044
LOS ANGELES-CA
323-756-6252
SSN / ITIN: xxx-xx-9380

represented by **Sandra LaBostrie**
PRO SE

*Trustee*
**Rosendo Gonzalez (TR)**
Gonzalez & Associates
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013
(213) 452-0071

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
|  | 1 | Chapter 7 Voluntary Petition . Fee Amount $306 Filed |

| | | |
|---|---|---|
| 01/13/2012 | (49 pgs; 2 docs) | by Alvin LaBostrie , Sandra LaBostrie Statement - Form 22A Due: 1/27/2012. Incomplete Filings due by 1/27/2012. (Suarez, Romeo) (Entered: 01/13/2012) |
| 01/13/2012 | [2](#) (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 02/13/2012 at 11:00 AM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Objections for Discharge due by 04/13/2012. Cert. of Financial Management due by 04/13/2012 for Debtor and Joint Debtor (if joint case) (Suarez, Romeo) (Entered: 01/13/2012) |
| 01/13/2012 | [3](#) (2 pgs) | Certificate of Credit Counseling Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie . (Suarez, Romeo) (Entered: 01/13/2012) |
| 01/13/2012 | [4](#) | Statement of Social Security Number(s) Form B21 Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie . (Suarez, Romeo) (Entered: 01/13/2012) |
| 01/13/2012 | [5](#) (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Suarez, Romeo) (Entered: 01/13/2012) |
| 01/13/2012 | [6](#) (7 pgs) | Application to Proceed in forma pauperis Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (Jarquin, Jacqueline) (Entered: 01/13/2012) |
| 01/13/2012 | [7](#) (2 pgs; 2 docs) | Order Denying Application To Proceed in forma pauperis and Notice for payment of filing fees in installments. First Installment Amount: $20.00, Second Installment Amount: $95.00, Third Installment Amount: $95.00, Final Installment Amount: $96.00. $20.00 paid R#20134144. (Related Doc # [6](#)). Signed on 1/13/2012. First Installment Payment due by 1/13/2012. Second Installment Payment due by 2/14/2012. Third Installment Payment due by 3/14/2012. Final Installment Payment due by 4/16/2012. (Jarquin, Jacqueline) (Entered: 01/13/2012) |
| 01/13/2012 | | Receipt of Chapter 7 Installment Administrative Filing Fee - $15.00 by 39. Receipt Number 20134144. (admin) (Entered: 01/16/2012) |
| 01/13/2012 | | Receipt of Chapter 7 Installment Filing Fee - $5.00 by 39. Receipt Number 20134144. (admin) (Entered: 01/16/2012) |
| | | Paid First Installment Payment. The amount is: $20.00. |

| | | |
|---|---|---|
| 01/13/2012 | | Receipt Number 20134144. (Tayco, Virginia) (Entered: 01/18/2012) |
| 01/15/2012 | [8](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 7)) No. of Notices: 9. Notice Date 01/15/2012. (Admin.) (Entered: 01/15/2012) |
| 01/15/2012 | [9](#) (3 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 7) filed by Debtor Alvin LaBostrie, Joint Debtor Sandra LaBostrie) No. of Notices: 1. Notice Date 01/15/2012. (Admin.) (Entered: 01/15/2012) |
| 01/15/2012 | [10](#) (3 pgs) | BNC Certificate of Notice (RE: related document(s)[7](#) Order on Application to Proceed in forma pauperis) No. of Notices: 1. Notice Date 01/15/2012. (Admin.) (Entered: 01/15/2012) |
| 01/15/2012 | [11](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 01/15/2012. (Admin.) (Entered: 01/15/2012) |
| 01/26/2012 | [12](#) (10 pgs) | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (RE: related document(s)[1](#) Voluntary Petition (Chapter 7)). (Mcguire, Debra) (Entered: 01/27/2012) |
| 02/06/2012 | [13](#) (18 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2005 Ford Freestyle SE . Fee Amount $176, Filed by Creditor L.A. Financial Federal Credit Union (Needleman, Bruce) (Entered: 02/06/2012) |
| 02/06/2012 | | Receipt of Motion for Relief from Stay - Personal Property(2:12-bk-11261-RN) [motion,nmpp] ( 176.00) Filing Fee. Receipt number 25204869. Fee amount 176.00. (U.S. Treasury) (Entered: 02/06/2012) |
| | 14 | Hearing Set (RE: related document(s)[13](#) Motion for Relief from Stay - Personal Property filed by Creditor L.A. Financial Federal Credit Union) The Hearing date is set for 3/13/2012 at 09:00 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. The case judge is Richard M Neiter (Jones, Phyllis R.) (Entered: 02/06/2012) |

| | | |
|---|---|---|
| 02/06/2012 | | |
| 02/09/2012 | [15](#) (4 pgs) | Summary of Schedules , Schedule F Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie . (Mcguire, Debra) (Entered: 02/10/2012) |
| 02/13/2012 | [16](#) (1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors Filed by . (Tran, Binh) (Entered: 02/13/2012) |
| 02/13/2012 | | Receipt of Chapter 7 Installment Filing Fee - $286.00 by 10. Receipt Number 20136394. (admin) (Entered: 02/14/2012) |
| 02/14/2012 | | Paid Second Installment Payment. The amount is: $95.00, Paid Third Installment Payment. The amount is: $95.00, Paid Final Installment Payment. The amount is: $96.00. Receipt Number 20136394. (Tayco, Virginia) (Entered: 02/14/2012) |
| 02/15/2012 | 17 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 03/06/12 at 01:00 PM. Debtor appeared. Joint debtor appeared. (Gonzalez (TR), Rosendo) (Entered: 02/15/2012) |
| 02/15/2012 | [18](#) (2 pgs) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by. (Gonzalez (TR), Rosendo) (Entered: 02/15/2012) |
| 02/22/2012 | | Receipt of Amendment Filing Fee - $30.00 by 10. Receipt Number 20137091. (admin) (Entered: 02/23/2012) |
| 02/22/2012 | [19](#) (5 pgs) | Summary of Schedules-Amended , Amended Schedule C , Amending Schedules D.. , Statement of related cases-Amended Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie . (Mcguire, Debra) (Entered: 02/23/2012) |
| 02/22/2012 | [20](#) (2 pgs) | Opposition to movant motion and motion for relief from the automatic stay under 11 U.S.C. Section 362. (related document(s): [13](#) Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2005 Ford Freestyle SE . Fee Amount $176, filed by Creditor L.A. Financial Federal Credit Union) Filed by Debtor Alvin LaBostrie (Castro, Tren) (Entered: 02/23/2012) |

| | | |
|---|---|---|
| 02/22/2012 | [21](#) (10 pgs) | Motion for redemption under 11 U.S.C. 722 Filed by Debtor Alvin LaBostrie (Castro, Tren) (Entered: 02/23/2012) |
| 02/28/2012 | [22](#) (3 pgs) | Financial Management Course Certificate Filed by Debtor Alvin LaBostrie (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 7)). (Kim, Ji Yun) (Entered: 02/28/2012) |
| 02/28/2012 | [23](#) (3 pgs) | Financial Management Course Certificate Filed by Joint Debtor Sandra LaBostrie (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 7)). (Kim, Ji Yun) (Entered: 02/28/2012) |
| 02/28/2012 | [24](#) (1 pg) | Certificate of Credit Counseling Filed by Debtor Alvin LaBostrie . (Mcguire, Debra) (Entered: 03/01/2012) |
| 03/05/2012 | [25](#) (3 pgs) | Opposition to (related document(s): [21](#) Motion filed by Debtor Alvin LaBostrie) *Notice of Creditor, L.a. Financial Federal Credit Union's Opposition to Debtors' Motion for Redemption Under 11 U.S.C. Section 722* Filed by Creditor L.A. Financial Federal Credit Union (Needleman, Bruce) (Entered: 03/05/2012) |
| 03/05/2012 | [26](#) (6 pgs) | Opposition to (related document(s): [25](#) Opposition filed by Creditor L.A. Financial Federal Credit Union) *Declaration of Alex Guzman in Support of the Opposition to Debtors' Motion for Redemption Under 11 U.S.C. Section 722* Filed by Creditor L.A. Financial Federal Credit Union (Needleman, Bruce) (Entered: 03/05/2012) |
| 03/07/2012 | 27 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 04/26/12 at 09:00 AM. Debtor appeared. Joint debtor appeared. (Gonzalez (TR), Rosendo) (Entered: 03/07/2012) |
| 03/08/2012 | 28 | Hearing Set (RE: related document(s)[21](#) Generic Motion filed by Debtor Alvin LaBostrie) The Hearing date is set for 3/13/2012 at 09:00 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. The case judge is Richard M Neiter (Jones, Phyllis R.) (Entered: 03/08/2012) |
| | [29](#) | Notice of continued meeting of creditors and |

| | | |
|---|---|---|
| 03/11/2012 | (2 pgs) | Prior appearance of debtor (11 USC 341(a)) Filed by. (Gonzalez (TR), Rosendo) (Entered: 03/11/2012) |
| 03/13/2012 | [30](#)<br>(2 pgs) | Amended Schedule C , Statement of related cases- Amended. Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie . (Mcguire, Debra) (Entered: 03/14/2012) |
| 03/15/2012 | [31](#)<br>(4 pgs) | Order authorizing redemption of debtors' 2005 Ford Freestyle SE vehicle. (Related Doc # [21](#) ) Signed on 3/15/2012 (Castro, Tren) (Entered: 03/15/2012) |
| 03/15/2012 | [32](#)<br>(4 pgs) | Order Granting in part, Denying in part Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # [13](#) ) Signed on 3/15/2012 (Gae, Hannah) (Entered: 03/15/2012) |
| 03/17/2012 | [33](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[32](#) Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 2. Notice Date 03/17/2012. (Admin.) (Entered: 03/17/2012) |
| 03/17/2012 | [34](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[31](#) Order on Generic Motion) No. of Notices: 2. Notice Date 03/17/2012. (Admin.) (Entered: 03/17/2012) |
| 03/21/2012 | [35](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Singh, Ramesh. (Singh, Ramesh) (Entered: 03/21/2012) |
| 03/22/2012 | | Receipt of Appeal Filing Fee - $293.00 by 33. Receipt Number 20139585. (admin) (Entered: 03/23/2012) |
| 03/22/2012 | | Receipt of Noticing Fee - $5.00 by 33. Receipt Number 20139585. (admin) (Entered: 03/23/2012) |
| 03/22/2012 | [36](#)<br>(21 pgs) | Notice of Appeal BAP Court. . Fee Amount $298 Filed by Debtor Alvin LaBostrie . Appellant Designation due by 4/5/2012. (Castro, Tren) (Entered: 03/23/2012) |
| 03/23/2012 | [37](#)<br>(32 pgs) | Notice of referral of appeal to BAP with certificate of mailing (RE: related document(s)[36](#) Notice of Appeal filed by Debtor Alvin LaBostrie) (Castro, Tren) BAP NO: CC-12-1164 (Entered: 03/23/2012) |
| | [38](#) | Notice of motion and motion for relief from the |

| | | |
|---|---|---|
| 04/04/2012 | (50 pgs; 2 docs) | automatic stay with supporting declarations REAL PROPERTY RE: 14904 Roxton Ave, Gardena, CA 90249-3753 . Fee Amount $176, Filed by Creditor Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, its assignees and/or successors (Attachments: # 1 Exhibit) (Jafarnia, Mehrdaud) (Entered: 04/04/2012) |
| 04/04/2012 | | Receipt of Motion for Relief from Stay - Real Property(2:12-bk-11261-RN) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 26349660. Fee amount 176.00. (U.S. Treasury) (Entered: 04/04/2012) |
| 04/04/2012 | 39 | Hearing Set (RE: related document(s)38 Motion for Relief from Stay - Real Property filed by Creditor Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, its assignees and/or successors) The Hearing date is set for 5/8/2012 at 09:00 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. The case judge is Richard M Neiter (Jones, Phyllis R.) (Entered: 04/04/2012) |
| 04/27/2012 | 40 (1 pg) | Appeal deficiency letter to BAP re: statement of issues, designation of record, and notice of transcript (RE: related document(s)36 Notice of Appeal filed by Debtor Alvin LaBostrie) (Castro, Tren) (Entered: 04/27/2012) |
| | | Chapter 7 Trustee's Report of No Distribution: I, Rosendo Gonzalez (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): $ 354175.00, Assets Exempt: Not Available, Claims Scheduled: $ 679766.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without |

| | | |
|---|---|---|
| 04/30/2012 | | payment (without deducting the value of collateral or debts excepted from discharge): $ 679766.00. Filed by Trustee Rosendo Gonzalez (TR) (RE: related document(s) 17 Continuance of Meeting of Creditors). (Gonzalez (TR), Rosendo) (Entered: 04/30/2012) |
| 05/07/2012 | 41 (2 pgs) | DISCHARGE OF BOTH DEBTORS (BNC) (Soria, Maria) (Entered: 05/07/2012) |
| 05/07/2012 | 42 (25 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 855 W. 125th St. Los Angeles, CA 90044 . Fee Amount $176, Filed by Creditor U.S. Bank, National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 (Attachments: # 1 Exhibit) (Singer, Daniel) (Entered: 05/07/2012) |
| 05/07/2012 | | Receipt of Motion for Relief from Stay - Real Property(2:12-bk-11261-RN) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 26987353. Fee amount 176.00. (U.S. Treasury) (Entered: 05/07/2012) |
| 05/08/2012 | 43 | Hearing Set (RE: related document(s)42 Motion for Relief from Stay - Real Property filed by Creditor U.S. Bank, National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2) The Hearing date is set for 6/12/2012 at 09:00 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. The case judge is Richard M Neiter (Castro, Tren) (Entered: 05/08/2012) |
| 05/09/2012 | 44 (4 pgs) | BNC Certificate of Notice (RE: related document(s)41 DISCHARGE OF DEBTOR - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 11. Notice Date 05/09/2012. (Admin.) (Entered: 05/09/2012) |
| 05/09/2012 | 45 (4 pgs) | Statement of Issues on Appeal Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (RE: related document(s)36 Notice of Appeal). (Gae, Hannah) (Entered: 05/10/2012) |
| | 46 (13 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (RE: related |

| | | |
|---|---|---|
| 05/09/2012 | | document(s)36 Notice of Appeal). (Gae, Hannah) (Entered: 05/10/2012) |
| 05/09/2012 | [47](#) (1 pg) | Notice of transcripts Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (RE: related document(s)36 Notice of Appeal). (Gae, Hannah) (Entered: 05/10/2012) |
| 05/09/2012 | [48](#) (1 pg) | Response to Appellate Notice of Deficient Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (RE: related document(s)40 Appeal deficiency letter to BAP/USDC) (Gae, Hannah) (Entered: 05/10/2012) |
| 05/11/2012 | [49](#) (21 pgs) | Notice *OF EXHIBIT AND EXHIBIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY* Filed by Creditor Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, its assignees and/or successors (RE: related document(s)38 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 14904 Roxton Ave, Gardena, CA 90249-3753 . Fee Amount $176, Filed by Creditor Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, its assignees and/or successors). (Jafarnia, Mehrdaud) (Entered: 05/11/2012) |
| 05/17/2012 | [50](#) (2 pgs) | Opposition to (related document(s): 42 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 855 W. 125th St. Los Angeles, CA 90044 . Fee Amount $176, filed by Creditor U.S. Bank, National Association, as Trustee Under the Pooling and Servicing Agreement Dated as of March 1, 2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2) Filed by Debtor Alvin LaBostrie , Joint Debtor Sandra LaBostrie (Castro, Tren) (Entered: 05/18/2012) |
| 06/06/2012 | [51](#) (1 pg) | Notice to BAP re: completion of the record. (RE: related document(s)36 Notice of Appeal BAP Court. . Fee Amount $298 Filed by Debtor Alvin LaBostrie . Appellant Designation due by 4/5/2012.). (Castro, Tren) (Entered: 06/06/2012) |
| | [52](#) (5 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # |

| | | |
|---|---|---|
| 06/11/2012 | | 38 ) Signed on 6/11/2012 (Castro, Tren) (Entered: 06/11/2012) |
| 06/13/2012 | 53 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)52 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 4. Notice Date 06/13/2012. (Admin.) (Entered: 06/13/2012) |
| 06/13/2012 | | Receipt of Certification Fee - $11.00 by 39. Receipt Number 20145489. (admin) (Entered: 06/14/2012) |
| 07/11/2012 | 54 (6 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 42 ) Signed on 7/11/2012 (Jones, Phyllis R.) (Entered: 07/11/2012) |
| 07/11/2012 | | Receipt of Photocopies Fee - $0.50 by 93. Receipt Number 20147477. (admin) (Entered: 07/12/2012) |
| 07/13/2012 | 55 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)54 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 4. Notice Date 07/13/2012. (Admin.) (Entered: 07/13/2012) |
| 07/19/2012 | 56 (14 pgs) | Transcript regarding Hearing Held 03/13/12 RE: Motion of Debtor for Redemption under 11 u.s.c. 722. Remote electronic access to the transcript is restricted until 10/17/2012. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For transcriber contact information, call the applicable divisional office where the case was filed.]. Notice of Intent to Request Redaction Deadline Due By 7/26/2012. Redaction Request Due By 08/9/2012. Redacted Transcript Submission Due By 08/20/2012. Transcript access will be restricted through 10/17/2012. (Bauer, Tara) (Entered: 07/19/2012) |
| 08/02/2012 | 57 (1 pg) | Certificate of readiness of record on appeal to BAP. Case Number: CC-12-1164 (RE: related document(s)36 Notice of Appeal filed by Debtor Alvin LaBostrie) (Castro, Tren) (Entered: 08/02/2012) |
| | 58 (1 pg) | Notice from BAP re: the appeal was mandated on 1/07/13 and the judgment was appealed to the US Court of Appeals. (RE: related document(s)36 Notice of Appeal BAP Court. . Fee Amount $298 Filed by Debtor Alvin LaBostrie . Appellant Designation due by |

| Date | Doc # | Description |
|---|---|---|
| 01/09/2013 | | 4/5/2012.). (Castro, Tren) (Entered: 01/10/2013) |
| 03/13/2014 | [59](#) (15 pgs) | BAP/USDC appeal judgment - JUDGMENT re: Appeal BAP/USDC Number: CC 12-1164. Ruling - AFFIRMED (Originally Filed at BAP 12/14/2012). Signed on 3/13/2014 (RE: related document(s)[36](#) Notice of Appeal filed by Debtor Alvin LaBostrie). (Milano, Sonny) (Entered: 03/13/2014) |
| 03/13/2014 | [60](#) (1 pg) | BAP/USDC judgment appealed to US Court of Appeal Re: Appeal BAP/USDC Number: CC 12-1164 (Originally Filed at BAP 01/09/2013), (RE: related document(s)[59](#) BAP/USDC appeal judgment) (Milano, Sonny) (Entered: 03/13/2014) |
| 10/07/2014 | [61](#) (51 pgs; 3 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 521 Woodington Drive, Lancaster, California 93535 . Fee Amount $176, Filed by Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Seriew 2006-BC5 by Green Tree Servicing LLC (Attachments: # [1](#) Legal Description # [2](#) Exhibit) (O, Christina) (Entered: 10/07/2014) |
| 10/07/2014 | | Receipt of Motion for Relief from Stay - Real Property(2:12-bk-11261-RN) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 38218255. Fee amount 176.00. (re: Doc# [61](#)) (U.S. Treasury) (Entered: 10/07/2014) |
| 10/07/2014 | 62 | Hearing Set (RE: related document(s)[61](#) Motion for Relief from Stay - Real Property filed by Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Seriew 2006-BC5 by Green Tree Servicing LLC) The Hearing date is set for 11/4/2014 at 09:00 AM at Crtrm 1645, 255 E Temple St., Los Angeles, CA 90012. The case judge is Richard M Neiter (Jones, Phyllis R.) (Entered: 10/07/2014) |
| 11/04/2014 | 63 | Hearing Held on 11-4-14 (Bk Motion) (RE: related document(s) [61](#) Motion for Relief from Stay - Real Property) RULING; Motion Granted (Jones, Phyllis R.) (Entered: 11/04/2014) |
| | [64](#) | Order Granting Motion for relief from the automatic |

| | | |
|---|---|---|
| 11/13/2014 | (4 pgs) | stay REAL PROPERTY (BNC-PDF) (Related Doc # [61](#) ) Signed on 11/13/2014 (Tatum, Shafari) (Entered: 11/13/2014) |
| 11/15/2014 | [65](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[64](#) Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 11/15/2014. (Admin.) (Entered: 11/15/2014) |
| 11/19/2014 | | Receipt of Certification Fee - $11.00 by 01. Receipt Number 20188855. (admin) (Entered: 11/20/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2015 13:48:32 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-bk-11261-RN Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |