# EXHIBIT "I"

TS
PO Box 9032
Temecula, CA 92589-9032

PS Form 3877
Type of Mailing: CERTIFIED
11/5/2008

*229336*

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
|  | ...30 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 1 | ...47 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 2 | ...54 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 3 | ...61 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 5 | ...78 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 6 | ...85 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 7 | ...92 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 8 | ...005 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 9 | ...012 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 10 | ...029 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 11 | ...036 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 12 | ...043 |  | $0.420 | $2.70 | $0.00 | $0.00 | 74416... |
| 13 | ...050 |  | $0.420 | $2.70 | $0.00 | $0.00 | 74416... |
| 14 | ...067 |  | $0.420 | $2.70 | $0.00 | $0.00 | 7441... |
| 15 | ...3074 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 16 | ...3081 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 17 | ...3098 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 18 | ...3104 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 19 | ...3111 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |
| 20 | ...3128 |  | $0.420 | $2.70 | $0.00 | $0.00 |  |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 21 | ▓▓▓35 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 22 | ▓▓▓42 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 23 | ▓▓▓59 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 24 | ▓▓▓66 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 25 | ▓▓▓73 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 26 | ▓▓▓80 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 27 | ▓▓▓97 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 28 | ▓▓▓03 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 29 | ▓▓▓10 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 30 | ▓▓▓27 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 31 | ▓▓▓34 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 32 | ▓▓▓41 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 33 | ▓▓▓58 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 34 | ▓▓▓65 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 35 | ▓▓▓72 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 36 | ▓▓▓80 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 37 | ▓▓▓96 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 38 | ▓▓▓02 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 39 | ▓▓▓19 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 40 | ▓▓▓26 | ▓▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 41 | ▮▮33 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 42 | ▮40 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 43 | ▮57 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 44 | ▮64 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 45 | ▮71 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 46 | ▮88 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 47 | ▮95 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 48 | ▮401 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 49 | ▮418 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 50 | ▮425 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 51 | ▮432 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 52 | ▮449 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 53 | ▮456 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 54 | ▮463 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 55 | ▮470 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 56 | ▮487 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 57 | ▮494 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 58 | ▮500 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 59 | ▮517 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 60 | ▮524 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |

ETS,
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2006

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 61 | ▓31 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 62 | ▓48 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 63 | ▓55 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 64 | ▓62 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 65 | ▓79 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 66 | ▓86 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 67 | ▓93 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 68 | ▓09 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 69 | ▓16 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 70 | ▓23 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 71 | ▓30 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 72 | ▓47 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 73 | ▓54 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 74 | ▓61 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 75 | ▓78 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 76 | ▓85 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 77 | ▓92 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 78 | 3708 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 79 | 3715 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 80 | 3722 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 81 | ▓▓739 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 82 | ▓▓746 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 83 | ▓▓753 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 84 | ▓▓760 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 85 | ▓▓777 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 86 | ▓▓784 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 87 | ▓▓791 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 88 | ▓▓807 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 89 | ▓▓814 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 90 | ▓▓821 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 91 | ▓▓838 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 92 | ▓▓845 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 93 | ▓▓852 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 94 | ▓▓869 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 95 | ▓▓876 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 96 | ▓▓883 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 97 | ▓▓890 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 98 | ▓▓906 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 99 | ▓▓913 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 100 | ▓▓920 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 101 | ▮▮37 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 102 | ▮▮44 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 103 | ▮▮51 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 104 | ▮▮68 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 105 | ▮▮75 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 106 | ▮▮82 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 107 | ▮▮99 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 108 | ▮▮02 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 109 | ▮▮19 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 110 | ▮▮26 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 111 | ▮▮33 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 112 | ▮▮40 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 113 | ▮▮57 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 114 | ▮▮64 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 115 | ▮▮71 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 116 | ▮▮88 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 117 | ▮▮95 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 118 | ▮▮01 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 119 | ▮▮15 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |
| 120 | ▮▮23 | ▮ | $0.420 | $2.70 | $0.00 | $0.00 | ▮ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 121 | ▓▓32 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 122 | ▓▓49 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 123 | ▓▓56 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 124 | ▓▓63 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 125 | ▓▓70 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 126 | ▓▓187 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 127 | ▓▓194 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 128 | ▓▓200 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 129 | ▓▓217 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 130 | ▓▓224 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 131 | ▓▓231 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 132 | ▓▓248 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 133 | ▓▓255 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 134 | ▓▓262 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 135 | ▓▓279 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 136 | ▓▓286 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 137 | ▓▓293 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 138 | ▓▓309 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 139 | ▓▓316 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 140 | ▓▓323 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 141 | ▓30 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 142 | ▓47 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 143 | ▓54 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 144 | ▓61 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 145 | ▓78 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 146 | ▓85 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 147 | ▓92 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 148 | ▓08 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 149 | ▓15 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 150 | ▓22 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 151 | ▓39 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 152 | ▓46 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 153 | ▓53 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 154 | ▓60 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 155 | ▓77 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 156 | ▓84 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 157 | ▓91 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 158 | ▓07 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 159 | ▓14 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 160 | ▓21 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 161 | ████4538 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 162 | ████4545 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 163 | ████4552 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 164 | ████4569 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 165 | 7113 8257 1472 9157 4576 | ALVIN LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2108 | $0.420 | $2.70 | $0.00 | $0.00 | 0359442947 |
| 166 | 7113 8257 1472 9157 4583 | SANDRA L LABOSTRIE<br>1416 1/2 W 132ND ST<br>GARDENA, CA 90249-2108 | $0.420 | $2.70 | $0.00 | $0.00 | 0359442947 |
| 167 | 7113 8257 1472 9157 4590 | ALVIN LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | $0.420 | $2.70 | $0.00 | $0.00 | 0359442947 |
| 168 | 7113 8257 1472 9157 4606 | SANDRA LABOSTRIE<br>855 W 125TH ST<br>LOS ANGELES, CA 90044-3811 | $0.420 | $2.70 | $0.00 | $0.00 | 0359442947 |
| 169 | ████13 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 170 | ████20 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 171 | ████37 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 172 | ████44 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 173 | ████51 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 174 | ████68 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 175 | ████75 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 176 | ████82 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 177 | ████98 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 178 | ████705 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 179 | ████712 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |
| 180 | ████729 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | ████ |

ETS
PO Box 9032
Temecula, CA 92589-9032

PS Form 3877
Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 181 | ▓▓36 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 182 | ▓▓43 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 183 | ▓▓50 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 184 | ▓▓67 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 185 | ▓▓74 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 186 | ▓▓81 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 187 | ▓▓98 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 188 | ▓▓04 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 189 | ▓▓11 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 190 | ▓▓28 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 191 | ▓▓35 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 192 | ▓▓42 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 193 | ▓▓59 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 194 | ▓▓66 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 195 | ▓▓73 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 196 | ▓▓80 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 197 | ▓▓97 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 198 | ▓▓03 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 199 | ▓▓10 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 200 | ▓▓27 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |

TS
O Box 9932
emecula, CA 92589-6032

PS Form 3877
Type of Mailing: CERTIFIED
11/5/2008

| Ino | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 201 | ███934 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 202 | ███941 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 203 | ███958 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 204 | ███965 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 205 | ███972 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 206 | ███989 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 207 | ███996 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 208 | ███009 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 209 | ███016 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 210 | ███023 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 211 | ███030 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 212 | ███047 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 213 | ███054 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 214 | ███061 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 215 | ███078 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 216 | ███085 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 217 | ███092 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 218 | ███5108 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 219 | ███5115 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |
| 220 | ███5122 | ████ | $0.420 | $2.70 | $0.00 | $0.00 | |

ETS
PO Box 9032
Temecula, CA 92589-9032

PS Form 3877
Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 221 | ▓39 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 222 | ▓46 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 223 | ▓53 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 224 | ▓60 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 225 | ▓77 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 226 | ▓84 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 227 | ▓91 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 228 | ▓207 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 229 | ▓214 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 230 | ▓221 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 231 | ▓238 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 232 | ▓245 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 233 | ▓252 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 234 | ▓269 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 235 | ▓276 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 236 | ▓283 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 237 | ▓290 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 238 | ▓306 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 239 | ▓313 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |
| 240 | ▓320 | ▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 241 | ▓▓37 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 242 | ▓▓44 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 243 | ▓▓51 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 244 | ▓▓68 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 245 | ▓▓375 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 246 | ▓▓382 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 247 | ▓▓399 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 248 | ▓▓405 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 249 | ▓▓412 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 250 | ▓▓429 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 251 | ▓▓436 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 252 | ▓▓443 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 253 | ▓▓450 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 254 | ▓▓467 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 255 | ▓▓474 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 256 | ▓▓481 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 257 | ▓▓498 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 258 | ▓▓504 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 259 | ▓▓511 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |
| 260 | ▓▓528 | ▓▓ | $0.420 | $2.70 | $0.00 | $0.00 | ▓▓ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Dd.Fee | Reference |
|---|---|---|---|---|---|---|---|
| 261 | ███535 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 262 | ███542 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 263 | ███559 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 264 | ███566 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 265 | ███573 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 266 | ███580 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 267 | ███597 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 268 | ███603 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 269 | ███610 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 270 | ███627 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 271 | ███634 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 272 | ███641 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 273 | ███658 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 274 | ███665 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 275 | ███672 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 276 | ███689 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 277 | ███696 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 278 | ███5702 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 279 | ███5719 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |
| 280 | ███5726 | ███ | $0.420 | $2.70 | $0.00 | $0.00 | ███ |

ETS
PO Box 9032
Temecula, CA 92589-9032

Type of Mailing: CERTIFIED
11/5/2008

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Rest. Del.Fee | Reference |
|------|----------------|------------------------------|---------|-----|----------|----------------|-----------|
|      |                | Totals                       | $117.60 | $756.00 | $0.00 | $0.00 |           |

Grand Total: $873.60

List Number of Pieces Listed by Sender: 280

Total Number of Pieces Received at Post Office:

Postmaster:
Name of receiving employee

Dated:

