# EXHIBIT "J"

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years; is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on November 05, 2008, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent Certified Mail, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

x Affiant Emily Salgado

7113 8257 1472 9157 4576
TSN #: GM-166021-C
ALVIN LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2105

7113 8257 1472 9157 4583
TSN #: GM-166021-C
SANDRA L LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2105

7113 8257 1472 9157 4590
TSN #: GM-166021-C
ALVIN LABOSTRIE
855 W 125TH ST
LOS ANGELES, CA 90044-3811

7113 8257 1472 9157 4606
TSN #: GM-166021-C
SANDRA LABOSTRIE
855 W 125TH ST
LOS ANGELES, CA 90044-3811





STATE OF CALIFORNIA )
COUNTY OF ORANGE )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years; is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on November 05, 2008, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent First Class, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

Affiant Emily Salgado

2212709736
TSN #: GM-166021-C
ALVIN LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2106

2212709737
TSN #: GM-166021-C
SANDRA L LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2106

2212709738
TSN #: GM-166021-C
ALVIN LABOSTRIE
855 W 125TH ST
LOS ANGELES, CA 90044-3811

2212709739
TSN #: GM-166021-C
SANDRA LABOSTRIE
855 W 125TH ST
LOS ANGELES, CA 90044-3811