# EXHIBIT "O"

ETS
PO Box 9032
Temecula, CA 92589-9032



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

2214490452

Send Payments to:
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

Send Correspondence to:
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

SANDRA L LABOSTRIE
1416 1/2 W 132ND ST
GARDENA CA 90249-2106

20090115-56
CANTS_FirstClass



1096-v4

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-166021-C
Loan No. ▓▓▓▓2947

SPACE ABOVE THIS LINE FOR RECORDER'S Use

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 12/14/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: WAYNE ARNOLD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY
Recorded 12/27/2006 as Instrument No. 06 2870127 in Book , page of
Official Records in the office of the Recorder of Los Angeles County, California,
Date of Sale: 2/13/2009 at 10:30 AM
Place of Sale:   At the west side of the Los Angeles County Courthouse,  directly facing
                 Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, California
Property Address is purported to be: 1414- 1416 1/2 W 132
                                      GARDENA, California 90249-0000
APN #: 6102-009-012

The total amount secured by said Instrument as of the time of initial publication of this notice is $849,621.67, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Date: 1/15/2009

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

Ileanna Petersen, TRUSTEE SALE OFFICER



2214490452