# EXHIBIT "X"





STATE OF CALIFORNIA        )
COUNTY OF ORANGE           )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years; is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on January 15, 2009, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent Certified Mail, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.



x_____
    Affiant Emily Salgado

7113 8257 1473 0300 8372
TSN #: GM-166021-C
ALVIN LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2106

7113 8257 1473 0300 8389          7113 8257 1473 0300 8396          7113 8257 1473 0300 8402
TSN #: GM-166021-C               TSN #: GM-166021-C               TSN #: GM-166021-C
SANDRA L LABOSTRIE               ALVIN LABOSTRIE                  SANDRA LABOSTRIE
1416 1/2 W 132ND ST              855 W 125TH ST                  855 W 125TH ST
GARDENA, CA 90249-2106           LOS ANGELES, CA 90044-3811      LOS ANGELES, CA 90044-3811

                                                                  7113 8257 1473 0300 8433
                                                                  TSN #: GM-166021-C
                                                                  ALVIN LABOSTRIE

                                                                  1414-1416 1/2 WEST 132ND STREET
                                                                  GARDENA, CA 90249

Walz Affidavit #: 359464



71 13 8257 1473 0300 8440
TSN #: GM-166021-C
SANDRA L LABOSTRIE

1414-1416 1/2 WEST 132ND STREET
GARDENA, CA 90249



*Nos First Class*
*Resident Mail*



# AFFIDAVIT OF MAILING
## Executive Trustee Services

| | |
|---|---|
| Date: | 01/13/2009 |
| Ref No.: | 0369442947 |
| MailBatchID: | 294002 |

STATE OF CALIFORNIA    )
COUNTY OF ORANGE    )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years, is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on January 13, 2009, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent First Class, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

x _Emily Salgado_
Affiant Emily Salgado

2214490461
TSN #: GM-166021-C
ALVIN LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2106

2214490452
TSN #: GM-166021-C
SANDRA L LABOSTRIE
1416 1/2 W 132ND ST
GARDENA, CA 90249-2106

2214490453
TSN #: GM-166021-C
ALVIN LABOSTRIE
865 W 126TH ST
LOS ANGELES, CA 90044-3811

2214490454
TSN #: GM-166021-C
SANDRA LABOSTRIE
865 W 126TH ST
LOS ANGELES, CA 90044-3811

2214490457
TSN #: GM-166021-C
ALVIN LABOSTRIE

1414-1416 1/2 WEST 132ND STREET
GARDENA, CA 90249

Page 1 of 2

Walz Affidavit #: 859822

# AFFIDAVIT OF MAILING

## Executive Trustee Services

Date:       01/15/2009

Ref. No.:              2942

MailBatchID:  234092

2214490456
TSN #: GM-188021-C
SANDRA L LABOSTRIE

1414-1416 1/2 WEST 132ND STREET
GARDENA, CA 90248

