# **Exhibit F**



## CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:    GM166021C

ASAP Number:    2969323

Trustor:    WAYNE ARNOLD, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

Trustee:    Executive Trustee Services, Inc.

LPS - Agency Sales & Posting, certifies that on **07/16/2009**, at the hour of **10:30AM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter. Such postponement was given by public declaration wherein it was announced that the new date of the sale is **08/18/2009**, the new time of the sale is **10:30AM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

**Bankruptcy**