# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, ET AL. | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF APPEAL TO RESCAP BORROWER CLAIMS TRUST'S DOCKET 8135 – ORDER SUSTAINING OMNIBUS SEVENTY-SIXTH OBJECTION TO CLAIM 3728 (NO LIABILITY BORROWER CLAIM)

I, Kenneth C. Thomas, hereby file this Notice of Appeal to ResCap Borrower Claims Trust's Docket 8135 – Order Sustaining Seventy-Sixth Omnibus Objection to Claim 3728 (No Liability Borrower Claim).  Specifically, appealing expungement and disallowance due to false and negligent affidavits of service used in foreclosure proceedings.



RECEIVED

FEB 26 2015

U.S. BANKRUPTCY COURT, SDNY

KENNETH C. THOMAS
*Claimant*

*Dated:  February 23, 2015*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, ET AL. | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

On November 8, 2012, I filed Claim 3728 in Case No. 12-12020 (MG) with which I supplied a copy of the mortgage that Debtor serviced. With the Claim of Information, the basis for claim was given as follows:

> "The reason we believe we are owed and/or entitled to relief is that GMAC through its alliance with ResCap and Ally Bank engaged in fraudulent and improper activity leading to its bankruptcy. On several occasions in the last 2-3 years, we have attempted to obtain a loan modification from GMAC and was denied each and every time. My loan was in the process of foreclosure; however, I was never properly served by GMAC's law firm. In the Proof of Claim Information your office sent—you stated that "those in the process of foreclosure should do nothing". GMAC, and the other entities that make up ResCap, along with its representatives, would have continued the practices except for the fact that it caused them to declare bankruptcy. My loan has been modified and reinstated since the purchase of GMAC by Ocwen."

In my opposition to the Seventy-Sixth Omnibus Objection, I stated "there are inaccuracies in affidavit from servicer; however, Your Honor should know at no time was there purposeful denial of service". This is a true statement and can be proven in Exhibit A. There was no "due inquiry" or "diligent investigation". The conclusions stated in the affidavits prove this fact.

In the Order sustaining the Trust's objection to my claim the following was provided:

RECEIVED

FEB 2 6 2015

U.S. BANKRUPTCY COURT, SDNY

"*Id.* (quoting 735 ILL. COMP. STAT. ANN. 5/2-206(a) (West 2004)). Local Rule 7.3 of the Circuit Court of Cook County provides:

> Pursuant to [section 2-206(a) of the Code], due inquiry shall be made to find the defendant(s) prior to service of summons by publication. In mortgage foreclosure cases, all affidavits of service of summons by publication must be accompanied by a sworn affidavit by the individual(s) making such 'due inquiry' setting forth with particularity the action taken to demonstrate an honest and well directed effort to ascertain the whereabouts of the defendant(s) by inquiry as full as the circumstances permit prior to placing any service of summons by publication."

The above requirement by Illinois law did not occur. The Order continues with:

"*BankUnited v. Velcich*, ___ N.E.3d ___, 2015 Ill. App. (1st) 132070, at *6 (Ill. App. Ct. 2015) (quoting COOK CO. CIR. CT. R. 7.3 (Oct. 1, 1996)). "A defendant may challenge a plaintiff's section 2-206(a) affidavit by filing an affidavit showing that upon due inquiry, he could have been found." Bank of N.Y., 860 N.E. 2d at 1118 (citation omitted). The burden then shifts to the plaintiff to produce evidence of its due inquiry. *Id.* (citation omitted).

The Trust submitted two affidavits of a process server. (See Priore Supp. Ex. Q.) The first affidavit of service indicates that process was not served on Thomas at the Property "after diligent investigation" because the process server spoke to the doorman of the condominium, "who stated that [Thomas] does not live in unit # 1705." (Id. at 2.) The second affidavit of service indicates that process was not served on Thomas at an alternate address "after diligent investigation" because the process server spoke to the tenant occupying the address "who stated [Thomas] does not live[] in unit, or at address." (Id. at 3.) The Trust also submitted a certificate of publication, certifying that the Chicago Daily Law Bulletin published notice of the foreclosure action on March 23, March 30, and April 6, 2012. (See Priore Supp. Ex. R.) While Thomas alleges that "[t]here are inaccuracies in [the] affidavit from servicer" (Opp. at 3), he does not

identify these inaccuracies. The Court concludes that the Trust has rebutted the prima facie validity of Thomas's Claim to the extent it alleges inaccuracies in service of the foreclosure complaint, and Thomas failed to establish that service by publication was improper."

The affidavit states the servicer talked with doorman and was told that I do not own unit or live in 1705 and stated that "there is a Ms. Duiven who owns and lives in unit." When I read that quote in the Order, I knew that could not be true. The doormen know me, and in particular, the one who would have been on duty at the time servicer "spoke" to him. The actual doorman who would have been on duty at that time is female. Neither "Ms. Duiven" nor anyone else has mortgaged or lived at this property. I purchased pre-construction and have lived here since May 2008. A check of the county records would have and will disprove. As for the second service, the named "tenant" servicer spoke with has never resided in that unit at that address because I own it and lease it. Both affidavits are patently and negligently false.

I became aware of the foreclosure proceeding on my home because of solicitation. I was totally unaware of any of this as I was dealing with quite a lot—unemployment and looking for work, being in arrears and facing foreclosure on my home, and trying to save an occupied investment property that I was properly served notice. My day-to-day existence was consumed with keeping my head above water..

I ask that Your Honor reconsider the expungement and disallowance of my claim.

Respectfully submitted,

KENNETH C. THOMAS
*Claimant*

*Dated: February 23, 2015*

**<u>Exhibit A</u>**

**Affidavits**



**ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975**

14-11-39879

IN THE CIRCUIT COURT OF _____ Cook _____ COUNTY, ILLINOIS
CHANCERY DIVISION

GMAC MORTGAGE, LLC

CASE NO. 12 CH 05887

1464 S. MICHIGAN AVENUE UNIT #1705
CHICAGO, IL 60605

VS.

GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM
ASSOCIATION; LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK;
UNKNOWN OWNERS AND NONRECORD CLAIMANTS

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Kenneth Sydnor, Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in
the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an
employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS:                        SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED:        Kenneth C. Thomas

( ) Served  (x) Non-Served  the within named defendant on 02/24/2012 @ 3:30 PM

ADDRESS WHERE ATTEMPTED OR SERVED        <u>1464 S. Michigan Avenue Unit #1705</u>
<u>Chicago, IL 60605</u>

(x)        NON-SERVICE for reason that after diligent investigation found.

non-service;Multi-unit condo in hi-rise;
Utilities on;
Garage attached;
good condition;spoke to Mr.Moore doorman who stated that defendant does not live in unit # 1705,there is a
Ms.Duiven who owns and lives in unit.He stated that he does not own unit or live at address.

State of _Illinois_                              _Kenneth Sydnor_
County of _Cook_                              Kenneth Sydnor , 129.330989

This instrument was acknowledged before me on _3/8/12_        (date)
by _Kenneth Sydnor_                              (name/s of person/s)

_Jenny Sydnor_
Signature of Notary Public

```
OFFICIAL SEAL
JESSICA SYDNOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 07, 2015
```

## ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975

14-11-39879

IN THE CIRCUIT COURT OF Cook                                      COUNTY, ILLINOIS
CHANCERY DIVISION

GMAC MORTGAGE, LLC

VS.                                                      CASE NO. 12 CH 05887
                                              1464 S. MICHIGAN AVENUE UNIT #1705
                                                      CHICAGO, IL 60605

GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION; LV
HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND NONRECORD
CLAIMANTS

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Kenneth Sydnor. Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above
mentioned cause and/or is a special appointed process server. a licensed private investigator. and/or an employee/agent of ProVest, LLC,
Department of Professional Regulation number 117-001336.

TYPE OF PROCESS:                          SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED:            KENNETH C. THOMAS

( ) Served   (x) Non-Served   the within named defendant on 03/06/2012 @ 7:50 PM

ADDRESS WHERE ATTEMPTED OR SERVED            821 S WESTERN AVE APT 2
                                             CHICAGO, IL 60612


(x)        NON-SERVICE for reason that after diligent investigation found.

        non-service:
        Condo;
        4 units or more;
        no garage;
        fair condition;
        3 Story;
        Utilities on;spoke to tenant occupying unit 2 John Westin who stated defendamt does not lived in unit,or at address.

State of _Illinois_                            _Kenneth Syn_
County of _Cook_                            Kenneth Sydnor , 129.330989

This instrument was acknowledged before me on _3/11/12_ (date)
by _Kenneth Syn_                  (name/s of person/s)

_Jessica Sydnor_
Signature of Notary Public

```
OFFICIAL SEAL
JESSICA SYDNOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 07, 2015
```

the Circuit Court of
Cook County, IL

Case No. 12 CH 05887

FILED-3

2012 MAR 19 AM 10:54

CLERK OF THE CIRCUIT COURT
CIVIL DIVISION

GMAC MORTGAGE, LLC
*PLAINTIFFS,*
VS.
GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION;
LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND
NONRECORD CLAIMANTS
*DEFENDANTS,*

### AFFIDAVIT TO ALLOW SERVICE BY PUBLICATION
### PURSUANT TO LOCAL RULE 7.3

I, the undersigned attorney, on oath, states to KENNETH C. THOMAS;

  1. KENNETH C. THOMAS resides or has gone out of this State, or on due inquiry cannot be found, or is concealed within this state, so that process cannot be served upon them. Service upon KENNETH C. THOMAS has been attempted by Provest, LLC., the Court Appointed Special Process Server (see exhibit B)

  2. Diligent inquiry has been made as to the whereabouts of KENNETH C. THOMAS, (see exhibit A).

  3. That upon diligent inquiry, the place of residence of KENNETH C. THOMAS cannot be ascertained and/or their last known place of residence is: 1464 S. MICHIGAN AVENUE UNIT #1705 CHICAGO IL 60605

OFFICIAL SEAL
SHERYL TALBOT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/12

_____
ATTORNEY FOR PLAINTIFF

Subscribed and Sworn to before
me on March 14th 2012

_____
NOTARY PUBLIC

Rachael A. Stokas
ARDC #6276349

CODILIS & ASSOCIATES, P.C.
**Attorneys for Plaintiff**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
1.630.794.5300
Cook:21762
File#: 14-11-39879
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to
collect debt and any information obtained will be used for that purpose.

EXHIBIT A

In the Circuit Court of
Cook County, IL
Case No. 12 CH 05887

GMAC MORTGAGE, LLC
*PLAINTIFFS,*
VS.
GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION;
LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND
NONRECORD CLAIMANTS
*DEFENDANTS,*

STATE OF ILLINOIS

COUNTY OF Cook

Before me, the undersigned authority, this day, personally appeared, Daniel T. Walton, hereafter
"Affiant", who upon being first duly sworn, upon his/her oath, deposes and says:

A diligent search and inquiry to discover the name and residence of KENNETH C. THOMAS hereafter
"Subject", was performed.

I have personally reviewed these searches and these searches produced the following results:

SUBJECT NAME: KENNETH C. THOMAS
LAST KNOWN ADDRESS: 1464 S. MICHIGAN AVENUE UNIT #1705 CHICAGO IL 60605

**A. Inquiry of Telephone Company:**
    1. Search of Whitepages.com was unsuccessful. The defendant could not be specifically
    associated with any new addresses or phone numbers.

**B: Local and Federal Prison Search:**
    1. Search of Local and Federal prisons were unsuccessful in finding the named defendant.

**C: Other Inquiries**
    The use of Lexis Nexus, a private database that utilizes thousands of different public records
    databases and other resources, in addition to a search of the databases provided results:
    Accurint most recent address: 1464 S. Michigan Avenue Apt 1705S, Chicago, IL 60605
                      821 S. Western Avenue Apt 2, Chicago, IL 60612
    Experian most recent address: MR – S 1400 Michigan Avenue Apt 1, Chicago, IL 60605
    CBC Innovis most recent address: 1464 S. Michigan Avenue Apt 1, Chicago, IL 60605

**D. SS Death Index**
    1. Search of this index provided no record.

## E: Other Inquiries

The following searches were done for the defendant:

1. Aircraft – Results provided no new address.
2. Bankruptcies - Results provided no new address.
3. Judgments - Results provided no new address.
4. Liens - Results provided no new address.
5. Hunting Licenses - Results provided no new address.
6. National Corporations - Results provided no new address.
7. National People Locator - Results provided no new address.
8. National Phone Directory - Results provided no new address.
9. National Property - Results provided no new address.
10. Pilots - Results provided no new address.
11. Professional Licenses - Results provided no new address.
12. Residential Locator - Results provided no new address.
13. UCC Liens - Results provided no new address.
14. Voter Registration - Results provided no new address.
15. DMV – Results provided no new address.
16. Additional information – The address of MR – S 1400 Michigan Avenue Apt 1, Chicago, IL 60605 is invalid per USPS.  Apt 1 is not a valid unit number for 1400 S. Michigan Avenue, Chicago, IL 60605.

AFFIANT

Daniel T. Walton
Provest LLC.
1 E. 22nd Street, Suite 120
Lombard, IL 60148

File Number: 14-11-39879 /3192627

Subscribed and Sworn to before me on

NOTARY PUBLIC

OFFICIAL SEAL
LORI M OTEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/13



ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975

14-11-39879

IN THE CIRCUIT COURT OF _____ Cook _____ COUNTY, ILLINOIS

CHANCERY DIVISION

GMAC MORTGAGE, LLC

VS.

**CASE NO. 12 CH 05887**
**1464 S. MICHIGAN AVENUE UNIT #1705**
**CHICAGO, IL 60605**

GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION; LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND NONRECORD CLAIMANTS

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Kenneth Sydnor, Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS:              SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED:      Gerald D. Chambers

( ) Served  (x) Non-Served  the within named defendant on 02/24/2012 @ 3:30 PM

ADDRESS WHERE ATTEMPTED OR SERVED        <u>1464 S. Michigan Avenue Unit #1705</u>
<u>Chicago, IL 60605</u>

(x)        NON-SERVICE for reason that after diligent investigation found.

non-service;Multi-unit condo in hi-rise;
Utilities on;
Garage attached;
good condition;spoke to Mr.Moore doorman who stated that defendant does not live in unit # 1705,there is a Ms.Duiven who owns and lives in unit.He stated that he does not have defendant name in directory.

State of  Illinois
County of  Cook                                    _Kenneth Sdy_
                                                   Kenneth Sydnor ,  129.330989

This instrument was acknowledged before me on _2/27/2012_ (date)
by _Kenneth Sydnor_ (name/s of person/s)

_signature_
Signature of Notary Public

OFFICIAL SEAL
JESSICA SYDNOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 07, 2015

the Circuit Court of
Cook County, IL

Case No. 12 CH 05887

GMAC MORTGAGE, LLC
*PLAINTIFFS,*
VS.
GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION;
LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND
NONRECORD CLAIMANTS
*DEFENDANTS,*

FILED-3

2012 MAR 19 AM 10: 54

CLERK OF THE CIRCUIT COURT
CIVIL DIVISION

## AFFIDAVIT TO ALLOW SERVICE BY PUBLICATION
## PURSUANT TO LOCAL RULE 7.3

I, the undersigned attorney, on oath, states to GERALD D. CHAMBERS;

    1. GERALD D. CHAMBERS resides or has gone out of this State, or on due inquiry cannot be found, or is concealed within this state, so that process cannot be served upon them. Service upon GERALD D. CHAMBERS has been attempted by Provest, LLC., the Court Appointed Special Process Server (see exhibit B)

    2. Diligent inquiry has been made as to the whereabouts of GERALD D. CHAMBERS, (see exhibit A).

    3. That upon diligent inquiry, the place of residence of GERALD D. CHAMBERS cannot be ascertained and/or their last known place of residence is: 1464 S. MICHIGAN AVENUE UNIT #1705 CHICAGO IL 60605

OFFICIAL SEAL
SHERYL TALBOT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/12

_____
ATTORNEY FOR PLAINTIFF

Subscribed and Sworn to before
me on March 14th 2012

_____
NOTARY PUBLIC

Rachael A. Stokas
ARDC #6276349

CODILIS & ASSOCIATES, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
1.630.794.5300
Cook:21762
File#: 14-11-39879
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect debt and any information obtained will be used for that purpose.

**EXHIBIT A**

In the Circuit Court of
Cook County, IL
Case No. |12 CH 05887|

**GMAC MORTGAGE, LLC**
*PLAINTIFFS,*
VS.

GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION;
LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND
NONRECORD CLAIMANTS
*DEFENDANTS,*

**STATE OF ILLINOIS**

**COUNTY OF Cook**

Before me, the undersigned authority, this day, personally appeared, Daniel T. Walton, hereafter
"Affiant", who upon being first duly sworn, upon his/her oath, deposes and says:

A diligent search and inquiry to discover the name and residence of GERALD D. CHAMBERS hereafter
"Subject", was performed.

I have personally reviewed these searches and these searches produced the following results:

SUBJECT NAME: GERALD D. CHAMBERS
LAST KNOWN ADDRESS: 1464 S. MICHIGAN AVENUE UNIT #1705 CHICAGO IL 60605

**A. Inquiry of Telephone Company:**
    1. Search of Whitepages.com was unsuccessful. The defendant could not be specifically
    associated with any new addresses or phone numbers.

**B: Local and Federal Prison Search:**
    1. Search of Local and Federal prisons were unsuccessful in finding the named defendant.

**C: Other Inquiries**
    The use of Lexis Nexus, a private database that utilizes thousands of different public records
    databases and other resources, in addition to a search of the databases provided results:
    Accurint most recent address: 1464 S. Michigan Avenue Apt 1, Chicago, IL 60605
    Experian most recent address: 1464 S. Michigan Avenue Unit 1705, Chicago, IL 60605
    CBC Innovis most recent address: PO Box 666172, Marietta, GA 30066

**D. SS Death Index**
    1. Search of this index provided no record.

**E: Other Inquiries**

The following searches were done for the defendant:

1. Aircraft – Results provided no new address.
2. Bankruptcies - Results provided no new address.
3. Judgments - Results provided no new address.
4. Liens - Results provided no new address.
5. Hunting Licenses - Results provided no new address.
6. National Corporations - Results provided no new address.
7. National People Locator - Results provided no new address.
8. National Phone Directory - Results provided no new address.
9. National Property - Results provided no new address.
10. Pilots - Results provided no new address.
11. Professional Licenses - Results provided no new address.
12. Residential Locator - Results provided no new address.
13. UCC Liens - Results provided no new address.
14. Voter Registration - Results provided no new address.
15. DMV – Results provided an address of 1464 S. Michigan Avenue Apt 1705, Chicago, IL 60605.

AFFIANT

Daniel T. Walton
Provest LLC.
1 E. 22nd Street, Suite 120
Lombard, IL 60148

File Number: 14-11-39879 /3192627

Subscribed and Sworn to before
me on

Feb 29, 2012

NOTARY PUBLIC

OFFICIAL SEAL
LORI M OTEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/13

CERTIFICATE OF PUBLICATION

Case No. 12 CH 5887

~~GMAC Mortgage v Chambers~~

**LAW BULLETIN PUBLISHING CO.**

does hereby certify that it is the publisher of

**CHICAGO DAILY LAW BULLETIN**

that said **CHICAGO DAILY LAW BULLETIN** is a secular newspaper that has been published **DAILY** in the City of Chicago, County of Cook, State of Illinois, continuously for more than one year prior to the first date of publication of the notice, appended, that it is of general circulation throughout said County and State, that it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended, Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in the said **CHICAGO DAILY LAW BULLETIN** on Mar 23, 30; Apr 6, 2012

In witness thereof, the undersigned has caused this certificate to be signed and its corporate seal affixed at Chicago, Illinois.

**APRIL 6, 2012**

**LAW BULLETIN PUBLISHING CO.**

By. *Alberta Mosley*

‖ I 4 2 2 7 7 7 ‖

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION
GMAC Mortgage, LLC
PLAINTIFF
Vs.
Gerald D. Chambers; Kenneth C. Thomas; 1464 South Michigan Condominium Association; LV Holdings LLC; Capital One Bank (USA), N.A. f/k/a Capital One Bank; Unknown Owners and Nonrecord Claimants
DEFENDANTS
12 CH 005887
1464 S. Michigan Avenue Unit #1705
Chicago, IL 60605
NOTICE BY PUBLICATION
NOTICE IS GIVEN TO YOU:
Gerald D. Chambers
Kenneth C. Thomas
Unknown Owners and Nonrecord Claimants
That this case has been commenced in this Court against you and other defendants, praying for the foreclosure of a certain Mortgage conveying the premises described as follows, to-wit:
UNIT 1705 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN 1464 SOUTH MICHIGAN AVENUE CONDOMINIUM, AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 0803903091 IN THE NORTHWEST FRACTIONAL 1/4 OF SECTION 22, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
COMMONLY KNOWN AS: 1464 S. Michigan Avenue Unit #1705 Chicago, IL 60605
and which said Mortgage was made by:
Gerald D. Chambers
Kenneth C. Thomas
the Mortgagor(s), to United Home Loans, Inc., as Mortgagee, and recorded in the Office of the Recorder of Deeds of Cook County, Illinois, as Document No. 0809240021; and for other relief; that summons was duly issued out of said Court against you as provided by law and that the said suit is now pending.
NOW, THEREFORE, UNLESS YOU file your answer or otherwise file your appearance in this case in the Office of the Clerk of this Court,
Dorothy Brown
Richard J. Daley Center
50 West Washington Street
8th Floor
Chicago, IL 60602
on or before APRIL 23, 2012, A DEFAULT MAY BE ENTERED AGAINST YOU AT ANY TIME AFTER THAT DAY AND A JUDGMENT MAY BE ENTERED IN ACCORDANCE WITH THE PRAYER OF SAID COMPLAINT.
CODILIS & ASSOCIATES, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
DuPage # 15170
Winnebago # 531
Our File No. 14-11-39879
NOTE: This law firm is deemed to be a debt collector.
I422777
Mar 23, 30; Apr 6, 2012

PAGE 1 of 1
CASE#: 12 CH 5887 LB#: I422777

FILED-1

Prepared by and mail to:
DOCUMENT CONTROL DEPT.
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-11-39879
BOX 70
MERS Phone Number: 1-888-679-6377
MIN Number: 100037506020266772

2012 MAY 30  AM 10: 51

Doc#: 1203704012 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/06/2012 08:08 AM Pg: 1 of 2

-------------------------------------------------
Above space for Recorder's Use Only

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Mortgage Electronic Registration Systems, Inc., a Corporation organized and existing under and by virtue of the laws of the State of Delaware, party of the first part, for and in consideration of the sum of TEN DOLLARS and other good and valuable consideration, the receipt whereof is hereby acknowledged granted, assigned and transferred to GMAC Mortgage, LLC, all interests in and under that certain Mortgage and all rights accrued or to accrue under said Mortgage dated 3/28/2008 executed by Gerald D. Chambers and Kenneth C. Thomas

Grantor(s), to United Home Loans, Inc.. Said Mortgage was recorded/registered with the recorder/registrar for Cook County, Illinois on 04/01/2008 as Document Number 0809240021 and which Mortgage covers the following described property, to-wit: ( See Exhibit A )

Commonly known as:            1464 S. Michigan Avenue Unit 1705, Chicago, IL 60605
PIN: 17-22-107-069-1143
(UNDERLYING 17-22-107-037 -0000)

IN WITNESS WHEREOF, said party of the first part has caused this instrument to be signed by its **Assistant Secretary** attested by its **Assistant Secretary** and its corporate seal affixed hereto this 10th day of January , 2012.

Mortgage Electronic Registration Systems, Inc.

By: _____        Attest: _____
Robert Lyons Assistant Secretary    Kimberly Brown        **Assistant Secretary**

STATE OF Pennsylvania              SS
COUNTY OF Montgomery

# BOX 70

I, Patricia Nolan Hoffman , the undersigned Notary Public, do hereby certify that Robert Lyons and Kimberly Brown who are personally known to me to be the Authorized Signatory of the corporation that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute said instrument.

GIVEN under my hand and Seal this 20th day of January , 2012.

_____
Notary Public              SEAL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA NOLAN HOFFMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2015

Page 2  of 3
File #14-11-39879 GMC

# EXHIBIT A

UNIT 1705 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN 1464 SOUTH MICHIGAN AVENUE CONDOMINIUM, AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 0803903091 IN THE NORTHWEST FRACTIONAL 1/4 OF SECTION 22, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

## Exhibit B

### Addressees

The Honorable Martin Glenn
United States Bankruptcy Court
  for Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
for the Southern District of New York
Attn:  Linda A. Rifkin
      Brian S. Masumoto
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014