UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Avery A. Simmons, dated April 8, 2015, for admission to practice *pro hac vice* to represent The ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member good standing of the bars of the States of North Carolina and Louisiana and the bars of the United States District Courts for the states listed on Exhibit A,

IT IS HEREBY ORDERED that Avery A. Simmons is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Liquidating Trust, provided that the filing fee has been paid.

Dated: New York, New York
April 10, 2015

/s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| United States District Court, Western District of North Carolina | 40072 | 1/21/2010 | Yes | Active |
| United States District Court, Eastern District of North Carolina | 40072 | 1/25/2010 | Yes | Active |
| United States District Court, Eastern District of Louisiana | 32942 | 5/25/2010 | Yes | Active |
| United States District Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |
| United States District Court, Middle District of Louisiana | 32942 | 6/24/2010 | Yes | Active |
| United States Bankruptcy Court, Eastern District of Louisiana | 32942 | 5/20/2010 | Yes | Active |
| United States Bankruptcy Court, Middle District of Louisiana | 32942 | 6/28/2010 | Yes | Active |
| United States Bankruptcy Court, Western District of Louisiana | 32942 | 6/21/2010 | Yes | Active |

1/2742213.2