**<u>Exhibit A</u>**

## LIMITED POWER OF ATTORNEY

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE** (hereinafter called "Trustee") hereby appoints GMAC Mortgage, LLC (hereinafter called "GMAC Mortgage"), as its true and lawful attorney-in-fact to act in the name, place and stead of Trustee for the purposes set forth below. GMAC Mortgage is the Servicer for many securitizations pursuant to the applicable Pooling and Servicing Agreements for each securitization (the "Agreements," see Exhibit A attached for a listing) now in existence and that will be formed from time to time.

The said attorneys-in-fact, and each of them, are hereby authorized, and empowered, as follows with respect to the loans, mortgages, and properties securitized pursuant to the Agreements:

1. To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.
2. To execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of recission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing claims and motions to lift stays, and other documents or notice filings on behalf of Trustee in connection with insurance, foreclosure, bankruptcy and eviction actions.
3. To endorse any checks or other instruments received by GMAC Mortgage and made payable to Trustee.
4. To pursue any deficiency, debt or other obligation, secured or unsecured, including but not limited to those arising from foreclosure or other sale, promissory note or check. This power also authorizes GMAC Mortgage to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees.
5. To do any other act or complete any other document that arises in the normal course of servicing.

Dated: June 11, 2013

Witness:

Name: Nancy Luong

Name: Esmeralda Marchante

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE**

Name: Fernando Acebedo
Title: Vice President

State of __New York__ ), County of __New York__ )

BEFORE ME, __Audrey H. Zabriskie__ a Notary Public in and for the jurisdiction aforesaid, on this 11th day of June, 2013, personally appeared __Fernando Acebedo__ who is personally known to me (or sufficiently proven) to be a Vice President of HSBC Bank USA, as Trustee and the person who executed the foregoing instrument by virtue of the authority vested in him/her and he/she did acknowledge the signing of the foregoing instrument to be his/her free and voluntary act and deed as a Vice President for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this 11th day of June, 2013.

My Commission Expires:

NOTARY STAMP

AUDREY H. ZABRISKIE
No. 01ZA6158890
Notary Public, State of New York
Qualified in New York County
My Commission Expires 03/22/2015

Exhibit "A"
Updated as of June 11, 2013

HSBC Bank USA, National Association as trustee for ACE Securities Corp., Home Equity Loan Trust, Series 2005-SL1

HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-SL1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-AR1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4

HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR6

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-OA1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-3

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-4

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1

HSBC Bank USA, National Association, as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-1

HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-AP3

HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2007-3

HSBC Bank USA, National Association, as Trustee for SunTrust Acquisition Closed-End Seconds Trust, Series 2007-1