UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X   Case No. 12-12020 (MG)

In re:                                                                                     Chapter 11 – Jointly
                                                                                                  Administered
RESIDENTIAL CAPITAL, LLC, et al.

                                  Debtors.

-----------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE AND ECF NOTICES

**PLEASE TAKE NOTICE** that the matter concerning creditors Jason Schermerhorn and Jennifer Schermerhorn is closed. Please remove the undersigned from receiving any further ECF notifications in connection with the above captioned jointly administered cases.

| | |
|---|---|
| Dated: April 10, 2015 | PYLE SIMS DUNCAN & STEVENSON |
| | A Professional Corporation |
| San Diego, California | |
| | |
| | /s/      Kathleen A. Cashman-Kramer |
| | Kathleen A. Cashman-Kramer |
| | (SBN 128861) |
| | 401 "B" Street, Suite 1500 |
| | San Diego, California |
| | Tel: (619) 687-5200 |
| | Fax: (619) 687-5210 |
| | Email: kcashman@psdslaw.com |
| | Email: theresam@psdslaw.com |
| | |
| | Attorneys for Jason Schermerhorn and Jennifer Schermerhorn. |