April 9, 2015

Elda and Maria M. Thompson
29 General Lane
Willingboro, NJ 08046-3019
609-531-6075
973-687-4117

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green – Room 501
New York, New York 10004-1408

Re:  Borrower:  Maria Thompson and Elda Thompson (collectively, the "Borrower"_
     Property Address: 137 Ellery Avenue, Newark, NY (NJ) 07106
     Loan Number Ending in: 8459 (the "Loan")

     Residential Capital, LLC et. al,
     Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.

Honorable Martin Glenn:

     Elda M. Thompson' illness has suffered a setback, her heart condition has worsened,
her cardiologist, Dr. Sunil M. Patel has placed her on treatment and has ordered her a month
before she be able to travel.

     We are asking for Elda and Maria M. Thompson to be excused on April 20, 2015 on her
next hearing at the Bankruptcy Court located at the One Bowling Green, Suite 501, in New
York, NY, and the hearing be postponed to a date shortly after Dr. Patel consider her to travel
again.

     We are sending you again a copy of GMAC record of her payments from January 2007
through July 2007. Counsel Wishnew decided not to accept the evidence of Elda M.
Thompson' payment; however, he did not present a document stating the same payments were
returned for insufficient funds. Elda M. Thompson is working with officers of the Church of
Jesus Christ of Latter-Day Saints seeking for a complete list of payments from October 2007
throughout October 2008, which are also absent from the history record presented by Counsel
Wishnew.



APR 10 2015

BANKRUPTCY COURT, SDNY

Page 1

We are also submitting to your examination the evidence which shows that the foreclosure viciously attempted by GMAC Mortgage Company in August 2007 should not have been submitted, much less forced Elda M. Thompson paid more than $28,000,00.

Respectfully asking, your honor, allow Elda M. Thompson to obtain this last documentation to be presented in your court, we remain

Cordially yours,


Elda M. Thompson                                        Maria M. Thompson


Enclosed please find:
        Copy of Dr. Sunil M. Patel
        Copy of Deed
        Copy of Foreclosure initiated on August 3, 2007 closed for lack of prosecution
        on July 3, 2013 after ten (10) attempts to re-install it.

cc:        Jordan A. Wishnew, Counsel Morrison/Foerster Law Firm
           by Priority Mail

37 ELLERY AVENUE
EWARK, NJ 07106
ferred to as the Grantee.

ie words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership.    The Grantor grants and conveys (transfers ownership of) the property described below the Grantee. This transfer is made for the sum of
.00 ONE DOLLAR
ie Grantor acknowledges receipt of this money.

Tax Map Reference.    (N.J.S.A. 46:15-1.1) Municipality of CITY OF NEWARK
ock No. 4138          Lot No. 7          Qualifier No.          Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

Property.    The Property consists of the land and all the buildings and structures on the land in
e CITY                          of   NEWARK
unty of ESSEX                          and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

:ING THE SAME AND PREMISES WHICH BECAME VESTED IN MARIA M. THOMPSON BY DEED FROM PATRICIA
GINOLFI DATED JULY 8 1993 RECORDED JULY 27 1963 IN DEED BOOK 4973 PAGE 984.
9.

IE PURPOSE OF THIS DEED IS TO CREATE JOINT TENANTS WITH RIGHT OF SURVIVORSHIP, BETWEEN
OTHER AND DAUGHTER.

IIS TRANSFER IS TAX EXEMPT.

r# 5119097          Carole A. Graves
:rded/Filed  CC    1          Essex County Register
16/2005  10:58:1 Bk 6221  Pg 924 #Pgs 4    7

| | | |
|---|---|---|
| Consideration: | 1.00 | R |
| County: | 0.50 | |
| State: | 1.25 | |
| N.P.R.F.: | 0.00 | |
| Realty Tax: | 2.00 | |
| Fees: | 70.00 | GP Fee:    0.00 |

Prepared by: (print signer's name below signature)          (For Recorder's Use Only)

NICHOLAS J. GAMBINO, JR. ESQ.

- Deed - Quitclaim - Ind. or Corp.
Language
.0/96

©1996 by ALL-STATE Legal
A Division of ALL-STATE® International, Inc.
(908) 272-0800                          Page 1

This Deed is made on ⟨6/10/05⟩
BETWEEN
MARIA M. THOMPSON

whose post office address is
37 ELLERY AVENUE
NEWARK, NJ 07106
referred to as the Grantor,
AND
MARIA M. THOMPSON AND ELDA M. THOMPSON, MOTHER AND DAUGHTER, J/T

whose post office address is
37 ELLERY AVENUE
NEWARK, NJ 07106
referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of
1.00 ONE DOLLAR
The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of CITY OF NEWARK
Block No. 4138      Lot No.7      Qualifier No.      Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

**Property.** The Property consists of the land and all the buildings and structures on the land in the CITY      of   NEWARK
County of ESSEX
and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

BEING THE SAME AND PREMISES WHICH BECAME VESTED IN MARIA M. THOMPSON BY DEED FROM PATRICIA GINOLFI DATED JULY 8 1993 RECORDED JULY 27 1983 IN DEED BOOK 4973 PAGE 984.

THE PURPOSE OF THIS DEED IS TO CREATE JOINT TENANTS WITH RIGHT OF SURVIVORSHIP, BETWEEN MOTHER AND DAUGHTER.

THIS TRANSFER IS TAX EXEMPT.

NATIONAL TITLE AGENCY
1930 E. ROUTE 70, STE H-41
THE EXECUTIVE MEWS
CHERRY HILL, NJ  08003

Inst# 5119097
Recorded/Filed   CC   1
6/2005   10:58:1 Bk 6221   Pg 924 #Pgs 4   T
Carole A. Graves
Essex County Register

Consideration:   1.00      R
County:   0.50
State:   1.25
N.P.R.F.:   0.00
Realty Tax:   2.00
Fees:   70.00      GP Fee:   0.00

Prepared by: (print signer's name below signature)

## 2007 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISC RECEIPT | 1227.78 | 01/07 | 09/13 | | | | | | 201,381.49 | | 1,348.05 |
| REVERSAL | -1227.78 | 01/07 | 09/14 | | | | | | 201,381.49 | | 120.27 |
| FEE BILLED | 11.25 | 01/07 | 09/28 | | | | | 11.25 | 201,381.49 | | 120.27 |
| PAYMENT | 1227.77 | 02/07 | 10/30 | 222.54 | 1005.23 | | | | 201,158.95 | | 120.27 |
| MISC RECEIPT | 2651.00 | 02/07 | 10/30 | | | | | | 201,158.95 | | 2,771.27 |
| MISC RECEIPT | 121.23 | 02/07 | 10/30 | | | | | | 201,158.95 | | 2,892.50 |
| FEE BILLED | 11.25 | 02/07 | 11/02 | | | | | 11.25 | 201,158.95 | | 2,892.50 |
| MISC RECEIPT | 1227.78 | 02/07 | 11/28 | | | | | | 201,158.95 | | 4,120.28 |
| PAYMENT | 1227.77 | 03/07 | 11/29 | 223.65 | 1004.12 | | | | 200,935.30 | | 4,120.28 |
| PAYMENT | 1227.77 | 04/07 | 11/29 | 224.77 | 1003.00 | | | | 200,710.53 | | 4,120.28 |
| REVERSAL | -240.54 | 04/07 | 11/29 | | | | | | 200,710.53 | | 3,879.74 |
| FEE BILLED | 55.00 | 04/07 | 12/03 | | | | | 55.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 200.00 | 04/07 | 12/03 | | | | | 200.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 910.00 | 04/07 | 12/03 | | | | | 910.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 529.00 | 04/07 | 12/03 | | | | | 529.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 110.00 | 04/07 | 12/03 | | | | | 110.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 64.00 | 04/07 | 12/03 | | | | | 64.00 | 200,710.53 | | 3,879.74 |
| FEE BILLED | 300.00 | 04/07 | 12/03 | | | | | 300.00 | 200,710.53 | | 3,879.74 |
| MISC RECEIPT | -2168.00 | 04/07 | 12/13 | | | | | | 200,710.53 | | 1,711.74 |
| FEE PAID | 55.00 | 04/07 | 12/13 | | | | | 55.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 200.00 | 04/07 | 12/13 | | | | | 200.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 910.00 | 04/07 | 12/13 | | | | | 910.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 529.00 | 04/07 | 12/13 | | | | | 529.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 110.00 | 04/07 | 12/13 | | | | | 110.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 64.00 | 04/07 | 12/13 | | | | | 64.00 | 200,710.53 | | 1,711.74 |
| FEE PAID | 300.00 | 04/07 | 12/13 | | | | | 300.00 | 200,710.53 | | 1,711.74 |
| PAYMENT | 1227.77 | 05/07 | 12/26 | 225.89 | 1001.88 | | | | 200,484.64 | | 1,711.74 |
| PAYMENT | 1227.77 | 06/07 | 12/26 | 227.02 | 1000.75 | | | | 200,257.62 | | 1,711.74 |
| REVERSAL | -240.09 | 06/07 | 12/26 | | | | | | 200,257.62 | | 1,471.65 |
| PAYMENT | 1227.77 | 07/07 | 12/26 | 228.15 | 999.62 | | | | 200,029.47 | | 1,471.65 |
| REVERSAL | -12.32 | 07/07 | 12/26 | | | | | | 200,029.47 | | 1,459.33 |



...olic Access





ACMS Public Access: Case Disposition Detail

Page: 1

END OF LIST

| VENUE | : SUP CLERK | COURT : GENL EQUIT | DOCKET # : F | 019337 | 07 |
|---|---|---|---|---|---|

CASE TITLE : CITIGROUP GLOBAL MARKETS REALTY CORP VS THOMPSON

SE DISP : DISMISSED        DISP DATE: 07  05  2013    CASE STATUS: CLOSED

| PTY NO | PARTY NAME | | | PTY TYPE | PTY STATUS | | DISP DATE | |
|---|---|---|---|---|---|---|---|---|
| 001 | CITIGROUP GLOBAL MAR | KETS REAL | | PF | DISM W/O P | 07 | 05 | 2013 |
| 002 | THOMPSON | MARIA | M | DF | DISM W/O P | 07 | 05 | 2013 |
| 003 | THOMPSON HEIRS | MARIA | M | DF | DISM W/O P | 07 | 05 | 2013 |
| 004 | THOMPSON MR | | | DF | DISM W/O P | 07 | 05 | 2013 |
| 005 | THOMPSON MR HEIRS | | | DF | DISM W/O P | 07 | 05 | 2013 |
| 006 | THOMPSON | ELDA | | DF | DISM W/O P | 07 | 05 | 2013 |
| 007 | THOMPSON HEIRS | ELDA | | DF | DISM W/O P | 07 | 05 | 2013 |
| 008 | THOMPSON MR | | | DF | DISM W/O P | 07 | 05 | 2013 |
| 009 | THOMPSON MR HEIRS | | | DF | DISM W/O P | 07 | 05 | 2013 |
| 010 | NEW JERSEY STATE OF | | | DF | DISM W/O P | 07 | 05 | 2013 |

Screen ID:CVM1001 Copyrighted © 2012 - New Jersey Judiciary
Session ID: DB98XG Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 298

CVM1023                    AUTOMATED CASE MANAGEMENT SYSTEM                    12/29/14
PAGE: 001 OF 001              DOCUMENT     LIST                               10:33

    VENUE      : SUP CLERK        COURT : GENL EQUIT    DOCKET #: F  019337  07
    CASE TITLE : CITIGROUP GLOBAL MARKETS REALTY CORP VS THOMPSON
---------------------------------------------------------------------------------

        DATE       DOC     DOCUMENT        NON      FILING/TARGET    ATTORNEY     MUL DOC
  S     FILED      NUM      TYPE          CONF      PARTY NAME        NAME       PTY STA
---------------------------------------------------------------------------------
      08 03 2007  001  COMPLAINT                    CITIGROUP GL  ZUCKER GOLDB   N
      08 24 2007  002  NOTICE TO N.J.               COURT INIT                   N
      08 24 2007  003  ACKNOWLDG SERVC              COURT INIT                   N
      05 31 2013  004  LOP DISM WARN                COURT INIT                   N
      07 05 2013  005  CRT INIT TO DSM              COURT INIT                   N    GR


CV900123 END OF SEARCH
 PF1=INQRY   PF2=MAINT PF9=FORECL WRIT MAINT
 PF4=PROMPT   PF6=CONSOLIDATED CASE LIST   PF7=PRIOR   PF8=NEXT   PF22=HELP:

JPERIOR COURT CLERK'S OFFICE
)RECLOSURE PROCESSING SERVICES
) BOX 971
RENTON, NJ  08625-0971

### FORECLOSURE DISMISSAL ORDER

DATE: JULY 05, 2013
RE: CITIGROUP GLOBAL MARKETS REALTY CORP VS THOMPSON
DOCKET: SWC F -019337-07
PARTY: CITIGROUP GLOBAL MARKETS REAL

r IS HEREBY ORDERED THAT PURSUANT TO RULE 4:64-8, THE ABOVE-CAPTIONED MATTER HAS BEEN
ISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION.  REINSTATEMENT OF THE MATTER AFTER
ISMISSAL MAY BE REQUESTED BY A MOTION FOR GOOD CAUSE.

OR FURTHER INFORMATION, PLEASE CALL (609) 421-6100 BETWEEN THE HOURS OF
:30 AM - 4:30 PM OR SCCO.MAILBOX@JUDICIARY.STATE.NJ.US.


LISABETH ANN STROM, ESQ.
_____
.CTING CLERK OF SUPERIOR COURT

LEONARD B ZUCKER
ZUCKER GOLDBERG & ACKERMAN LLC
200 SHEFFIELD ST  STE 101
MOUNTAINSIDE NJ 07092