Status Conference Date and Time:  April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------- ) | |
| In re:                                                           ) | Case No. 12-12020 (MG) |
|                                                                     ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,       ) | Chapter 11 |
|                                                                     ) | |
| Debtors.       ) | Jointly Administered |
| ------------------------------------------------------------------- ) | |

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE ON THE RESCAP
BORROWER CLAIMS TRUST'S SEVENTY-SIXTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO
THE CLAIM FILED BY MICHAEL AND KRISTIN KARMAZYN (CLAIM
NO. 2055) TO APRIL 30, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the status conference on the *ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7736] (the "<u>Seventy-Sixth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Michael and Kristin Karmazyn (Claim No. 2055), previously scheduled to be heard on April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Status Conference</u>").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501,

ny-1183992

New York, New York 10004.

Dated: April 13, 2015
          New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*