**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**
**WITH RESPECT TO INMER CAMPOS CARRANZA'S CLAIM**

The Court received a letter, dated April 6, 2015 (the "Letter," ECF Doc. # 8479), filed by Susan M. Rotkis ("Rotksis"), counsel to Inmer Campos Carranza ("Campos Carranza"). As set forth in the Letter, the ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Objection," ECF Doc. # 8143-1) to Campos Carranza's proof of claim (the "Claim"). According to Rotkis, after being served with the Objection, she began searching for bankruptcy counsel to appear in this Court with respect to the Objection. Rotkis requested and obtained the Trust's consent for additional time to respond to the Objection and an adjournment of the hearing on the Objection.[1] Rotkis asserts that Karamvir Dahiya ("Dahiya") has agreed to enter an appearance in this Court and take an active and lead role on Campos Carranza's behalf with respect to the Objection. The Letter sets forth that Dahiya would be traveling abroad until April 12, 2015.

Rotkis asserts that Campos Carranza requires discovery because the Objection cites facts that are in dispute. Rotkis further states that her law firm intends to seek certification of a class in the Eastern District of Virginia, the district in which Campos Carranza's claim purportedly

----

[1] The Trust adjourned the hearing on the Objection from March 31, 2015 to April 30, 2015. (*See* ECF Doc. # 8316).

arose.  The Letter seeks an adjournment of the hearing on the Objection "for a reasonable period of time" to permit Campos Carranza to conduct discovery and respond to the Objection.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that each of Rotksis, Dahiya, and counsel to the Trust is directed to appear at a telephonic status conference regarding the issues set forth in the Letter to be held on the record on **April 15, 2015 at 3:00 p.m.** (prevailing Eastern Time); and it is further

**ORDERED**, that Rotkis, Dahiya, and counsel to the Trust shall confer and provide the Court with a toll-free telephone number to use for the status conference no later than **April 15, 2015 at 12:00 p.m.** (prevailing Eastern Time).

Dated:   April 13, 2015
         New York, New York

                                        _____/s/Martin Glenn_____
                                        MARTIN GLENN
                                        United States Bankruptcy Judge

2