**<u>Exhibit A</u>**

| | |
|---|---|
| RESCAP<br><br>CLAIM INFORMATION<br><br>---<br><br>**KEN DLIN**<br><br>V<br><br>**GMAC MORTGAGE LLC**<br><br>---<br><br>Attorney for CLAIMANT<br>WILSON LAW OFFICE P.C.<br>Brian Herbert Wilson, Jr. # 37237<br>43 Bulldogger Ct.<br>Bailey, CO 80421<br>Phone Number: 303-816-9493  FAX: 303-838-8054<br>E-mail:  bwilson@brianherbertwilson.com<br>Atty. Reg. #: 37237 | σ COURT USE ONLY σ<br><br>---<br><br>Claim NO.<br><br>3732 |
| **CLAIM INFORMATION DISCLOSURES** | |

By and through the undersigned counsel, the claimant Ken Dlin avers the following and provides supporting information for his claim.

1. Mr. Dlin claims that GMAC wrongfully foreclosed on the subject property located at 3431 Welch Ave, Kittridge, CO 80457.  A counterclaim was filed against GMAC Mortgage in the District Court of Colorado, for the County of Jefferson, Case No. 2011, CV 2611.

    As a part of that action, the Claimant Mr. Dlin uses the enclosed exhibit 1, (copy of which clearly shows a deficiency of $ 668,743.68).  Mr. Dlin asserts his damages due to the conduct of GMAC directly impacted and cause him an injury.  Namely, the second mortgage listed in section 2 below together with the principal sum owed.

2.  Mr. Dlin claims that due directly to the interference by GMAC and conduct in the foreclosure proceedings, Mr. Dlin was taken to court and a judgment in the amount of over three hundred thousand dollars was entered against him personally.  The amount of

1

$ 345,432.44 is listed on Exhibit 2, attached to this disclosure and included by reference herein.

3. Combined, with the two mortgages the first and the second, Mr. Dlin suffered an excess of the amount of 971,770.00.

DATED this 22nd day of July 2013

Submitted Respectfully,

The Wilson Law Office P.C.

*Duly Signed Copy of this pleading is on file with the Office of Brian Herbert Wilson, Jr.  *.*

By /s/     Brian Herbert Wilson, Jr.
         Brian Herbert Wilson, Jr. # 37237

Address of the Plaintiff:
Mr. Ken Dlin
3431 Welch Ave.
Kittredge CO 80457

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above Response to Claim information was served on the other party or parties legal counsel of Record by Email to Claims.management@GMACrescap.com or by placing it in the United States Postal Service Certified Return Receipt Requested or if applicable by service of process on all third party Defendant if applicable according to C.R.C.P 4 on this 22nd day of July 2013:

   Residential Capital LLC
PO Box 385220
Bloomington MN, 55438

2

/s/ Brian Herbert Wilson Jr.

*\* In accordance with C.R.C.P 121 § 1-26(7), A printed copy of this document bearing the original signatures is being kept by the filing party and will be made available for inspection by the other parties or the Court upon request.*

3

Office of
**Margaret T Chapman**
**Jefferson County Public Trustee**
100 Jefferson County Parkway Suite 1540
Golden, Colorado 80419
Phone 303-271-8580
Fax: 303-271-8588



## *Allonge To Note Deficiency Bid*

| | |
|---|---|
| Public Trustee Sale Number: | J1000226 |
| Deed of Trust Recorded at: | F1973637*** |
| Total Amount of Indebtedness: | $668,743.68 |
| Bid Amount: | $477,000.00 |
| Deficiency Amount: | $191,743.68 |
| Date Sold: | 07/28/2010 |

Margaret T. Chapman   Public Trustee

Jefferson County, Colorado

*Catherine Bortles* (signature)

By: Catherine Bortles, Chief Deputy, for Public Trustee

Jefferson County, Colorado

Attorney File Reference: 10-00427



GMAC ~ 1

12-12024 TD8485-2   Filed 04/13/15   Entered 04/13/15 18:38:06   Exhibit A   Pg 6 of 7



**GRANTED WITH COMMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*[Signature]*

**Christie B. Phillips**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Jan  3 2012  3:34PM MST**
**Filing ID: 41665334**
**Review Clerk: Beth B**
DATE FILED: January 3, 2012 3:34 PM

303/271-6215

**Plaintiff:**
Green Tree Servicing, LLC as servicer for Countrywide Home Loans, Inc.
v.
**Defendant(s):**
Kenneth Dlin

Case Number: 11CV4835

Division:      Courtroom:

## ORDER FOR DEFAULT JUDGMENT

THE COURT having reviewed the Plaintiff's Motion for Default Judgment, the pleadings herein and being otherwise fully advised in the premises, HEREBY FINDS:

1. The Plaintiff has complied with C.R.C.P. Rules 55(b) and 121 §1 14;

2. Venue has been considered and is proper under C.R.C.P. Rule 98;

3. Service upon Defendants is proper and more than twenty days have elapsed since Defendants were served; and

4. Defendants have failed to appear, plead or otherwise defend this action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment hereby enters in favor of Green Tree Servicing, LLC as servicer for Countrywide Home Loans, Inc. and against Kenneth Dlin, as follows:

> ***Judgment in the amount of $345,432.44 comprised of:***
> i. Principal in the amount of $338,770.00;
> ii. Interest through December 7, 2011, in the amount of $6,342.44;
> iii. Attorneys' fees and expenses through December 7, 2011, in the amount of $.00;
> iv. Court costs incurred in the total amount of $320.00;
> v. Late charges of $.00;
> vi. Interest after December 7, 2011 at the rate of 0% per annum;

DONE this _____ day of _____,_____.

BY THE COURT:

_____
JEFFERSON District Court Judge

Our File # 11-04935

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Christie Phillips |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 41277007 |
| **Current Date:** | Jan 03, 2012 |
| **Case Number:** | 2011CV4833 |
| **Case Name:** | Green Tree Servicing, LLC as servicer for Countrywide Home Loans, Inc. vs Kenneth Dlin |
| **Court Authorizer:** | Christie Phillips |

**Court Authorizer Comments:**

The Motion for Default Judgment is GRANTED. The Court has stamped the original Home Equity Credit Line Agreement and Disclosure Statement, "Cancelled, Converted to Judgment" and will return to Plaintiff's counsel.

**/s/ Judge Christie Phillips**