## Exhibit G

**eMortgage Logic**

Loan #: 4206
Loan #: 4206

**Address:** 3431 WELCH AVE, KITTREDGE, CO 80457
**Borrower:** KENNETH DLIN          **Project Type:**
**Inspection Type:** Interior
**APN:** 710435303032

## I. Order Information

| | | | |
|---|---|---|---|
| Inspection Date: Nov 18 2009 | Deal Name: | | VMA Request ID: 1744093 |
| Client: HFN | BPO Vendor: eMortgage Logic, LLC | | Vendor Tracking ID: 1114688 |
| Agent Name: Judy Jameson | Brokerage: Pinnacle Properties Group, Inc | | Agent Phone: (303) 948-5840 |

## II. Subject Property Information

| | | | | |
|---|---|---|---|---|
| Occupied: Yes | Property Type: SF Detach | HOA Fees: | | Zoning: Residential |
| Last Sold Date: | Last Sale Price: | Data Source: County Tax | Currently Listed: Yes |
| Agent Name: norma loyd | Initial List Price: | Initial List Date: Nov 5 2009 | Current List Price: $599,000 |
| Last Reduction Date: Nov 5 2009 | MLS #: 827298 | Total Repair Cost: $0 | Est. Monthly Rent: $3,200 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: custom log home in great shape, no damage present, many builder upgrades, mountain property with mountain landscape

## III. Neighborhood Informaton

| | | | |
|---|---|---|---|
| Location Type: Rural | Supply/Demand: Increasing | Value Trend: Declining | Local Economic Trend: Depreciating |
| Price Range: 120000 to 700000 | | Median Price: $250,000 | Avg Marketing Time: Over 6 Mos. |

NEIGHBORHOOD COMMENTS: very slow market, homes in the area have had s significant drop in value in the past year, market for owner occupacny

## IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3431 WELCH AVE KITTREDGE,CO | 98 INDIAN PAINTBRUSH DR GOLDEN,CO | 32469 INVERNESS DR EVERGREEN,CO | 780 ELK REST RD EVERGREEN,CO | 86 JACKPINE LN EVERGREEN,CO | 31250 EAGLE CREST LN EVERGREEN,CO | 295 RED TAIL TRL EVERGREEN,CO |
| Zip | 80457 | 80401 | 80439 | 80439 | 80439 | 80439 | 80439 |
| Data Source | County Tax | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 4.38 Miles | 2.3 Miles | 3 Miles | 6.12 Miles | 3.33 Miles | 5.92 Miles |
| Sale Price | | $580,000 | $525,000 | $545,000 | | | |
| Sale Date | | Jun 12 2009 | Jun 12 2009 | Jul 24 2009 | | | |
| Orig. List Price | $599,000 | $647,000 | $550,000 | $589,950 | $575,000 | $599,000 | $599,000 |
| Curr. List Price | $599,000 | | | | $575,000 | $599,000 | $599,000 |
| DOM | 14 | 587 | 57 | 612 | 25 | 274 | 193 |
| Lot Size | 1ac | 1.07ac | 0.74ac | 0.2ac | 1.14ac | 0.28ac | 7.93ac |
| View | mountain | mountain | mountain | mountain | mountain | mountain | mountain |
| Design/Style | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | Ranch | 2-Story Conv | 2-Story Conv |
| Type/#Units | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 |
| Age | 7yrs | 18yrs | 32yrs | 2yrs | 13yrs | 29yrs | 14yrs |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Above Grade SF | 4,006 | 3,855 | 3,636 | 3,408 | 3,693 | 4,565 | 3,714 |
| # Rooms/Bd/Bth | 11  4  4.5 | 10  4  4 | 9  5  4 | 9  4  4 | 7  3  4 | 9  5  3 | 9  3  2 |
| Basement SF | 266 | 1499 | 622 | 1038 | 1253 | 955 | 0 |
| % Finished | 90% | 90% | 90% | 90% | 90% | 90% | 0% |
| Garage Type | Attached | Attached | Attached | Attached | Attached | Attached | Attached |
| # Garage Stalls | 3 | 3 | 3 | 3 | 2 | 3 | 2 |
| Pool/Spa | No  No | No  No | No  No | No  No | No  No | No  No | No  No |
| Other Features | deck | custom home | updated | custom home | custom home | custom home | custom home |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| HOA Fees | | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo |

**COMPARABLE PROPERTY COMMENTS:**
Sale 1: less living space, prof. finished basement, many builder upgrades
Sale 2: new light fixtures, updated kitchen/baths, prof. finished basement
Sale 3: custom home, many builder upgrades, prof. finished basement.
List 1: energy effecient,steam room,prof. finished walk out basement, many upgrades
List 2: custom home, prof. finished basement, vaulted ceilings, many builder upgrades
List 3: log siding, vaulted ceilings, many builder upgrades, 2 stairways

## V. Marketing Strategy

| | 'As-Is' Value | 'Repaired' Value | Estimated Marketing Time for Subject: 121-180 days |
|---|---|---|---|
| Estimated Sale Price: | $580,000 | $580,000 | VALUE CONCLUSION SUMMARY: very slow market, homes in the area have had a significant drop in value in the past year, market for owner occupancy |
| Recommended List Price: | $580,000 | $580,000 | |

eMortgage Logic

Loan #: [REDACTED] 4206
Loan #: [REDACTED] 4206

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | 0 | $0 |
| Sliding/Trim | | $0 |
| Windows/Doors | | $0 |
| Paint | | $0 |
| Foundation | | $0 |
| Garage | | $0 |
| Landscaping | | $0 |
| Fence | | $0 |
| Other | | $0 |
| **Estimated Exterior Repairs:** | | $0 |
| Paint | 0 | $0 |
| Walls/Ceiling | | $0 |
| Floors | | $0 |
| Cabinets/Countertops | | $0 |
| Plumbing | | $0 |
| Electrical | | $0 |
| Heating/AC | | $0 |
| Appliances | | $0 |
| Doors/Trim | | $0 |
| Cleaning | | $0 |
| Other | | $0 |
| **Estimated Interior Repairs:** | | $0 |
| **Total Estimated Repairs:** | | $0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## VIII. Additional Comments

**BROKER COMMENTS:** subject is located in an area were homes are half the size of the subject and much older.subject is one of the newest homes in the area, the age of comps was expanded due to the lack of comps close in age, due to the lack of comps close in size, a wide range search was done to find comps close in size, subject is located in a rural mountain community were homes are spread out sitting on various acreage, easy commute to city, close to schools. Price adjustment for sold comp 3 is $550000, sold comp 3 is $527000, price adjustment for list comp 2 is $603000 , list comp 3 $590000.

**VENDOR COMMENTS:** QC Failure: Comps ust be within 10 years of age of subject, please find comps more similar in age or give a detailed explanation in the comment section of the BPO. Please show adjustments in the comment section for sold comps 2 & 3 and List Comps 2 & 3 for acreage variance. Please show adjustments for room count on List comps 1,2 & 3. Comments can be placed int he individual comment section for each comp or in the comment section for Brokers Opinion. THANKS

**QUALITY CONTROL NOTES:** Sold Comp# 1 is most similar to the subject:closest in size,style and condition.. Active Comp# 1 is most similar to the subject:closest in size,style and condition..

Judy Jameson
Broker Signature

Nov 19 2009 8:42AM
Date

Neither eMortgage Logic, LLC nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker price opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construd as an appraisal and may not be used as such for any purpose.

Identifier: 4206    Doc Type:BPOP

12-12020-mg    Doc 8485-8    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit G    Pg 4 of 11



| | Address | City | BR | BA | LotSize | SaleDate | Yr Blt | Sale/List Price | Dist |
|---|---|---|---|---|---|---|---|---|---|
| | 3431 WELCH AVE | KITTREDGE | 4 | 4.5 | 1ac | | 2002 | | |
| A1 | 86 JACKPINE LN | evergreen | 3 | 4.0 | 1.14ac | | 1996 | $575,000 | 6.12 Miles |
| A2 | 31250 EAGLE CREST LN | evergreen | 5 | 3.0 | 0.28ac | | 1980 | $599,000 | 3.33 Miles |
| A3 | 295 RED TAIL TRL | evergreen | 3 | 2.0 | 7.93ac | | 1995 | $599,000 | 5.92 Miles |
| S1 | 98 INDIAN PAINTBRUSH DR | golden | 4 | 4.0 | 1.07ac | Jun 12 2009 | 1991 | $580,000 | 4.38 Miles |
| S2 | 32469 INVERNESS DR | evergreen | 5 | 4.0 | 0.74ac | Jun 12 2009 | 1977 | $525,000 | 2.3 Miles |
| S3 | 780 ELK REST RD | evergreen | 4 | 4.0 | 0.2ac | Jul 24 2009 | 2007 | $545,000 | 3 Miles |

Identifier [redacted] 4206    Doc Type:BPOP

12-12020-mg    Doc 8485-8    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit G    Pg 5 of 11

LoanNumber: [redacted] 4206    Photo [redacted] 6.JPG    Ref#: 1114688



LoanNumber: [redacted] 4206    Photo (Front) : 3-003.JPG    Ref#: 1114688



LoanNumber: [redacted] 4206    Photo (Addr Verification) : 4-004.JPG    Ref#: 1114688



Identifier ████ 4206     Doc Type:BPOP

12-12020-mg     Doc 8485-8     Filed 04/13/15     Entered 04/13/15 18:38:06     Decl.
Exhibit G     Pg 6 of 11







Identifier █████ 4206    Doc Type:BPOP

12020-mg    Doc 8485-8    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit G    Pg 7 of 11







Identifier ████ 4206    Doc Type:BPOP

12-12020-mg    Doc 8485-8    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit G    Pg 8 of 11







Identifier ████ 4206     Doc Type:BPOP

11-12020-mg     Doc 8485-8     Filed 04/13/15     Entered 04/13/15 18:38:06     Decl.
Exhibit G     Pg 9 of 11













Identifier ████ 4206    Doc Type:BPOP

12-12020-mg    Doc 8485-8    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit G    Pg 11 of 11

**Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed appraiser must be obtained.**