**<u>Exhibit H</u>**

GMAC-HFN COLORADO BREACH.txt

12/02/09

KENNETH  DLIN

P.O. BOX 601

KITTREDGE              CO 80457


RE:    Account Number ▮▮▮▮▮▮4206
       Property Address 3431 WELCH AVE

                  KITTREDGE CO 80457

Dear  KENNETH  DLIN


Our records indicate the above-referenced mortgage loan is in
default.

Your account is due for 10/01/09, and succeeding payments. This
is a demand for payment of the total amount due and owing as of
the date of this letter, which is as follows:

```
Payments ..................................... $         11507.10
Late Charges ................................. $           313.84
Fees, Costs, and other amounts accrued
to date ...................................... $           110.00
Suspense ..................................... $             0.00
Total Amount Due ............................. $         11930.94
```

You may cure the default by paying the total amount due,
indicated above, within thirty (30) days from the date of this
letter.  You are also responsible for paying any additional
payments, fees, and charges that become due during this 30-day
period.  Payments must be made in certified funds or cashier's
check.  If funds tendered are not honored for any reason, the
default will not be cured.  Our acceptance of any funds less
than the total amount due shall not constitute a waiver of our
rights and/or remedies under the loan documents or applicable
law.



♀

12/02/09
Account Number ▮▮▮▮▮▮4206
Page Two


You are hereby notified your credit rating may be adversely
affected if you fail to fulfill the terms of your credit
obligations.  You are also notified we may visit the
above-referenced property from time to time to determine its
condition and occupancy status, the costs of which you will be

GMAC-HFN COLORADO BREACH.txt

responsible for.

Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings.  This could result in the loss of your property. You have the right to assert or defend the existence of a default and you may have other rights under state law.

Once in foreclosure, you have the right to reinstate your account up to five days prior to the foreclosure sale of the property if: 1) you pay the total amount due plus any fees, costs and other amounts accrued through the reinstatement date, and 2) you take any other action reasonably required by us to assure the security of the property, as well as your obligations under the loan documents continue in full force and effect.
HUD-approved counseling is available on FHA guaranteed loans by calling 800-569-4287.  If you would like to discuss any matter contained in this notice, we encourage you to contact our loan counselors immediately at 800-850-4622 betewen 8 a.m. and 11 p.m. CST.

To obtain information on help that you may be eligible for in preventing the foreclosure of your property, please contact one of the following.

Colorado Foreclosure Prevention Hotline @ 1-877-601-HOPE(4673), or
GMAC Mortgage, LLC                 Loss Mitigation Department @ 800-850-4622

Collection Department
Loan Servicing

5086

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have filed for bankruptcy or been discharged of your personal liability for repayment of this debt in a Chapter 7 proceeding, please note that this is not an attempt to collect on the debt from you personally and that we are exercising our rights against the collateral for the above-referenced loan, not against you personally.
♀

Page  2