# **Exhibit I**

## NOTICE OF ELECTION AND DEMAND FOR SALE
## BY PUBLIC TRUSTEE

No. _____ **J1000226** _____

TO THE PUBLIC TRUSTEE IN THE COUNTY OF JEFFERSON, COLORADO

The covenants of the following described Deed of Trust have been violated:

Original Grantor(s): Kenneth Dlin
Original Beneficiary: Mortgage Electronic Registration Systems, Inc., as nominee for GreenPoint Mortgage Funding, Inc.
Holder of Evidence of Debt: GMAC MORTGAGE, LLC
Date of Deed of Trust: February 20, 2004
Recording Date of Deed of Trust: March 1, 2004
Original Principal Amount of Evidence of Debt: $633,000.00
Outstanding Principal Amount of Evidence of Debt as of the date hereof: $639,028.90
County of Recording: Jefferson
Book and Page No. or Reception No. of Recorded Deed of Trust: at Reception No. F1973637***

Legal Description of Real Property:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE


***LOAN MODIFICATION AGREEMENT SIGNED BY KENNETH DLIN ON MARCH 20, 2009.

WHICH HAS THE ADDRESS OF 3431 Welch Avenue Kittredge, CO 80457

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

**THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.**

The covenants of said Deed of Trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.

The undersigned therefore declares a violation of the covenants of said Deed of Trust. Demand is hereby made that you as Public Trustee named in said Deed of Trust, give notice, advertise for sale and sell said property for the purpose of paying all or part of the indebtedness thereby secured and the expense of making said sale, all as provided by law and the terms of said Deed of Trust.

**CASTLE MEINHOLD & STAWIARSKI, LLC IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: January 13, 2010.

GMAC MORTGAGE, LLC, Holder of Evidence of Debt, as the term is defined in C.R.S. 38-38-100.3(10)

By:   Castle Meinhold & Stawiarski, LLC
      Attorneys for Holder of Evidence of Debt

                                        Jason C. Hilliard
                                        #40859
By:   _____
      Attorneys at Law, Reg. No.
      999 18th Street, Suite 2201
      Denver, CO 80202
      (303) 865-1400

Dlin / 10-00427
CONV

**EXHIBIT 5**

J1000226

# EXHIBIT A

ALL THAT PART LOTS 33 AND 34 LYING SOUTH OF THE CENTER OF THE CHANNEL OF BEAR CREEK; THE N 1/2 OF LOT 47; ALL OF LOT 48, THAT PART OF LOT 599 LYING WEST OF WELCH AVENUE; ALL OF LOT 49; THE WEST 35 FEET OF LOT 650, KITTREDGE, ACCORDING TO THE AMENDED MAP THEREOF, RECORDED IN PLAT BOOK 3 AT PAGE 39, COUNTY OF JEFFERSON, STATE OF COLORADO.