**Exhibit K**

# INVOICE 1271664

**FROM:** PCV/MURCOR
740 Corporate Center Drive

Pomona, CA 91768
(909)623-4001
EIN: 95-4072376

**TO:** GMAC RESCAP
One Meridian Crossing Ste 100

Minneapolis, MN 55423

**Date:** 3/17/2010

**Amount Enclosed:**

| Date | Description of Charges | Amount |
|---|---|---|
| 3/17/2010 | BPO Interior | $110.00 |
| | **Property Owner and Address** | |
| | 3431 WELCH AVE | |
| | KITTREDGE, CO 80457 | |
| | **Loan No:** XXXX4206 | |
| | **Borrower:** DLIN KENNETH | |
| | **PCV Job No:** 1271664 | |
| | **Reference No:** 265007_1036477 | |
| | **Contact:** | |
| | Net 15 Days        **Balance Due** | $110.00 |

Please send a copy of this invoice along with your payment

## THANK YOU FOR YOUR BUSINESS!

PCV / MURCOR
www.pcvmurcor.com

Identifier 4206  Doc Type:BPOP

12-12020-mg    Doc 8485-12    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit K    Pg 3 of 16



**PCVMURCOR**
REAL ESTATE SERVICES

GMAC, Interior Form
Loan#: 4206

| Address: | 3431 WELCH AVE KITTREDGE CO 80457 | Inspection Type: | Interior |
|---|---|---|---|
| Borrower: | DLIN KENNETH | APN: | 710435303032 |

### I. Order Information

| Inspection Date: | 3/16/2010 | Deal Name: | | VMA Request ID: | 0307584206 |
|---|---|---|---|---|---|
| Client: | GMAC RESCAP | BPO Vendor: | PCV Murcor | Vendor Tracking ID: | 1271664 |
| Agent Name: | James R Virostek | Brokerage: | American Properties | Agent Phone: | 3032840871 - |

### II. Subject Property Information

| Occupied: | Y | Property Type: | SFR | HOA Fees: | | Zoning: | Residential |
|---|---|---|---|---|---|---|---|
| Date Last Sold: | | Last Sale Price: | $ | Data Source: | Public Record | Currently Listed: | Y |
| Agent Name: | Norma Loyd | Initial List Price: | $599,000 | Initial List Date: | 11/5/2009 | Current List Price: | $500,000 |
| Last Reduction Date: | 1/26/2010 | MLS#: | 843499 | Total Repair Cost: | | Estimated Monthly Rent: | $2,800.00 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: Property appears to be in very good condition and well maintained on exterior and interior.

### III. Neighborhood Information   [Population Density: 733 /sq. mi ]

| Location Type: | Rural | Supply / Demand: | Over Supply | Value Trend: | Decreasing | Local Economic Trend: | Stable |
|---|---|---|---|---|---|---|---|
| Price Range: | $89,900 to $625,000 | | | Median Price: | $410,000 | Avg Marketing Time: | 171 |

NEIGHBORHOOD COMMENTS: Subject has good curb appeal with no visible signs of any deterioration nor the need for any repairs. Due to lack of recent sales activity of similar homes, it was necessary to go over 1 year and over 6 months for comps in this report.

### IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3431 WELCH AVE KITTREDGE, CO | 4111 Aspen Lane Evergreen, CO | 3486 Woody Creek Evergreen, CO | 23768 Shooting Star Drive Evergreen, CO | 6160 Kinney Creek Rd. Evergreen, CO | 4544 Picutis Road Indian Hills, CO | 28071 Camel Heights Cir Evergreen, CO |
| Zip | 80457 | 80439 | 80439 | 80401 | 80439 | 80454 | 80439 |
| Data Source | Public Record | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | N/A | 1.78Mi | 2.71Mi | 3.06Mi | 3.42Mi | 2.51Mi | 2.22Mi |
| Sale Price | | $497,000 | $538,000 | $560,000 | | | |
| Sale Date | | 02/22/2010 | 12/30/2009 | 03/03/2010 | | | |
| Orig. List Price | $599,000 | $510,000 | $559,000 | $639,900 | $789,500 | $549,900 | $639,000 |
| Curr. List Price | $500,000 | | | | $650,000 | $549,900 | $579,900 |
| DOM | 88 | 37 | 30 | 287 | 299 | 48 | 290 |
| Lot Size | 0.97 acres | 0.61 acres | 0.28 acres | 0.42 acres | 4.84 acres | 1.76 acres | 0.89 acres |
| View | None | None | Full/Mountain | None | Full/Mountain | None | Partial/Mountain |
| Design/Style | Contemporary/3+ | Contemporary/2 St | Contemporary/Split | Contemporary/Split | Contemporary/Split | Contemporary/Split | Contemporary/Split |
| Type/#Unit | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 |
| Age | 8 | 1 | 13 | 26 | 13 | 11 | 17 |
| Condition | Good | New | Good | Good | Average | Good | Good |
| Above Grade SF | 4006 sq.ft | 3462 sq.ft | 3950 sq.ft | 3755 sq.ft | 4200 sq.ft | 3857 sq.ft | 3723 sq.ft |
| # Rooms/Bdr/Bth | 18/4/4.5 | 16/5/4.5 | 15/5/3 | 12/4/3.5 | 14/4/3.5 | 15/5/4 | 16/5/4.5 |
| Basement SF | 266 | 1300 | 1975 | 0 | 0 | 0 | 0 |
| % Finished | 90% | 95% | 65% | N/A | N/A | N/A | N/A |
| Garage Type | Attached | Attached | Attached | Attached | Attached | Attached | Attached |
| # Garage Stalls | 3 | 2 | 2 | 2 | 2 | 3 | 2 |
| Pool/ Spa | No/Yes | No/No | No/No | No/No | No/No | No/No | No/No |
| Other Features | Overlooks Bear Cre | New Home | N/A | Updated | walkout Bsmt | Walkout | Remodeled |
| Sales Type | Short Sale | Unknown | Unknown | Unknown | Neither | Neither | Neither |
| HOA Fees | $0 | $0 | $200 | $149 | $0 | $200 | $0 |

COMPARABLE PROPERTY COMMENTS:
Sales Comp 1: Comp is a newly built home but needs the last details finished and appliances installed. Upon completion it will be in as good of condition as subject but inferior in square footage. This comparable is inferior to the subject. (See Addendum)
Sales Comp 2: Comps have similar basic amenities as subject. Comp is inferior in condition when compared to the subject. I had to broaden search beyond subject area, due to few comps in that area. There is a lack of sales comps with similar (See Addendum)
Sales Comp 3: Comp is inferior overall when compared to the subject. Comp is similar in condition when compared to the subject. Home is located within a half mile of subject. Subject property has one of the largest lots in this market; (See Addendum)
Listing Comp 1: Comp is neither an REO Listing nor a Short Sale Listing. Comp has view and subject does not. Comp is inferior in condition when compared to the subject. I had to broaden search beyond subject area, due to few comps in that (See Addendum)
Listing Comp 2: Comp is neither an REO Listing nor a Short Sale Listing. Comp is similar overall to the subject. This comp is well maintained. I had to broaden search beyond subject area, due to few comps in that area.
Listing Comp 3: Comp is neither an REO Listing nor a Short Sale Listing. Comp is inferior overall when compared to the subject. This comp is well maintained. I had to broaden search beyond subject area, due to few comps in that area.

### V. Marketing Strategy

| | "As-Is" Value | "Repaired" Value | Estimated Marketing Time for Subject: | 180 days |
|---|---|---|---|---|
| Estimated Sale Price: | $500,000 | $500,000 | VALUE CONCLUSION SUMMARY: The subject property is over-improved for the neighborhood. A total of 33 comps were found within 1 mile of the subject. Of these, 23 are active, 3 under contract, and only 7 have sold in the last six months. The average list price is 417,000 for this area. Of the seven sold, only one was used in the market analysis. | |
| Recommended List Price: | $500,000 | $500,000 | | |

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | None noted. | $0 |
| Siding/Trim | None noted. | $0 |
| Windows/Doors | None noted. | $0 |
| Paint | None noted. | $0 |
| Foundation | None noted. | $0 |
| Garage | None noted. | $0 |
| Landscaping | None noted. | $0 |
| Fence | None noted. | $0 |
| Other | None noted. | $0 |
| | Estimated Exterior Repairs: | $0 |
| Paint | None noted. | $0 |
| Walls/Ceiling | None noted. | $0 |
| Floors | None noted. | $0 |
| Cabinets/Countertops | None noted. | $0 |
| Plumbing | None noted. | $0 |
| Electrical | None noted. | $0 |
| Heating/AC | None noted. | $0 |
| Appliances | None noted. | $0 |
| Doors/Trim | None noted. | $0 |
| Other | None noted. | $0 |
| | Estimated Interior Repairs: | $0 |
| | Total Estimated Repairs: | $0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Data Source | Notes |
|---|---|---|---|---|---|
| 1/26/2010 | | $550,000 | $ | MLS | |
| 11/5/2009 | | $599,000 | $ | MLS | See Addendum Notes#2 |
| 10/24/2007 | | $1,000,000 | $ | MLS | See Addendum Notes#3 |
| 5/11/2007 | | $1,100,000 | $ | MLS | |

## VIII. Additional Comments

BROKER COMMENTS:
VENDOR COMMENTS:

# Addendum - PCV Order 1271664

## IV. Comparable Property Comments:

Sales Comp 1: property based on square footage. I had to broaden search beyond subject area, due to few comps in that area.

Sales Comp 2: bathroom count. It was necessary to exceed bathroom count guidelines for this comp. Subject property has one of the largest lots in this market; therefore, it was necessary to use this comp which exceeds lot size guidelines.

Sales Comp 3: therefore, it was necessary to use this comp which exceeds lot size guidelines.

Listing Comp 1: area. There is lack of listing comps with similar lot size as the subject property. It was necessary to exceed lot size guidelines for this comp.

## VII. Prior Sales & Listing History

**Notes**

Notes #2: Property was relisted in 2009 at 599,000. after being off the market for 2 years.
Notes #3: Property was listed 2 years ago and with drawn on 10/24/07 after being on the market for 167 days.

**Additional Comments**

To find like properties similar to the subject, I had to search up to 3 miles to stay in the square feet, age of house, and 6 months previously sold. Care was taken in selecting similar areas so as not to go into the country club areas to the North. The subject property is designed and constructed similar to the country club properties, but its location is more remote and less desirable than the properties in North Evergreen.

## Property Map
### PCV 1271664



| Address | Prox Est | Prox Actual | Map Status | Sq Feet | Bed | Bath | Sales Price / Current LP | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Subject:** 3431 WELCH AVE KITTREDGE, CO 80457 | | | Mapped | 4006 | 4 | 4.5 | 500,000 | |
| **Sales Comp #1:** 4111 Aspen Lane Evergreen, CO 80439 | | 1.78 | Mapped | 3462 | 5 | 4.5 | 497,000 | 2/22/10 |
| **Sales Comp #2:** 3486 Woody Creek Evergreen, CO 80439 | | 2.71 | Mapped | 3950 | 5 | 3 | 538,000 | 12/30/09 |
| **Sales Comp #3:** 23768 Shooting Star Drive Evergreen, CO 80401 | | 3.06 | Mapped | 3755 | 4 | 3.5 | 560,000 | 3/03/10 |
| **Listing Comp #1:** 6160 Kinney Creek Rd. Evergreen, CO 80439 | | 3.42 | Mapped | 4200 | 4 | 3.5 | 650,000 | |
| **Listing Comp #2:** 4544 Picutis Road Indian Hills, CO 80454 | | 2.51 | Mapped | 3857 | 5 | 4 | 549,900 | |
| **Listing Comp #3:** 28071 Camel Heights Cir Evergreen, CO 80439 | | 2.22 | Mapped | 3723 | 5 | 4.5 | 579,900 | |

Photographs
Photographs
PCV 1271664

Front - 3431 WELCH AVE



What Subject Faces - 3431 WELCH AVE



Photographs
Photographs
PCV 1271664

Back - 3431 WELCH AVE



House Number - 3431 WELCH AVE



Photographs
Photographs
PCV 1271664

Left Side - 3431 WELCH AVE



Right Side - 3431 WELCH AVE



Photographs
PCV 1271664

Street (in one direction) - 3431 WELCH AVE



Street (in other direction) - 3431 WELCH AVE



Photographs
PCV 1271664

Bedrooms - 3431 WELCH AVE



Bathroom - 3431 WELCH AVE



Photographs
Photographs
PCV 1271664

Kitchen - 3431 WELCH AVE



Living Room - 3431 WELCH AVE



Photographs
Photographs
PCV 1271664

Other Interior - 3431 WELCH AVE



Sales Comp 1 - 4111 Aspen Lane



Photographs
Photographs
PCV 1271664

Sales Comp 2 - 3486 Woody Creek



Sales Comp 3 - 23768 Shooting Star Drive



Photographs
Photographs
PCV 1271664

Listing Comp 1 - 6160 Kinney Creek Rd.



Listing Comp 2 - 4544 Picutis Road



Photographs
Photographs
PCV 1271664

Listing Comp 3 - 28071 Camel Heights Cir

