## Exhibit L

**EFILED Document**
**CO Jefferson County District Court 1st JD**
**Filing Date: Mar 26 2010  6:05PM MDT**
**Filing ID: 30279869**
**Review Clerk: Dawanda Jones**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:  100 Jefferson County Pkwy.<br>Golden, CO  80401 | |
| IN THE MATTER OF THE MOTION OF GMAC MORTGAGE, LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲ |
| Attorneys for Petitioner:<br>**CASTLE MEINHOLD & STAWIARSKI, LLC**<br>Address:      999 18th Street, Suite 2201<br>               Denver, CO  80202<br>Phone Number:    (303) 865-1400<br>Atty. Reg. #:#33214 (Deanne R. Stodden) dstodden@cmsatty.com<br>     #16092 (Elizabeth S. Marcus) lmarcus@cmsatty.com<br>     #10394 (Barbara A. Bader) bbader@cmsatty.com<br>      #34682 (Jennifer C. Rogers) jrogers@cmsatty.com<br>     #34935 (Britney Beall-Eder) bbeall-eder@cmsatty.com<br>     #39230 (Katharine E. Fisher) kfisher@cmsatty.com<br>      #39351 (Cristel D. Shepherd) CShepherd@cmsatty.com<br>     #39976 (Christopher T. Groen) Cgroen@cmsatty.com<br>      #40351 (Kimberly L. Martinez) kmartinez@cmsatty.com<br>     #38929 (Peter C. DeCamillis) pdecamillis@cmsatty.com<br>     #40389 (Jeffrey S. Gaston) jgaston@cmsatty.com<br>     #40859 (Jason C. Hilliard) jhilliard@cmsatty.com<br>     #39213 (Keith A. Gantenbein) kgantenbein@cmsatty.com | Case Number:<br><br><br><br>Division: |

### VERIFIED MOTION FOR ORDER AUTHORIZING SALE PURSUANT TO RULE 12O, COLORADO RULES OF CIVIL PROCEDURE.

WHEREAS, Kenneth Dlin, Grantor(s) by Deed of Trust dated February 20, 2004, recorded March 1, 2004 at Reception No. F1973637*** in the records of the County of Jefferson, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., as nominee for GreenPoint Mortgage Funding, Inc. the payment of a Promissory Note of even date therewith for the principal sum of $633,000.00 as provided in said Deed of Trust, conveyed to the Jefferson County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described real property ("Property") situate in said County to-wit:
**SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE**

***LOAN MODIFICATION AGREEMENT SIGNED BY KENNETH DLIN ON MARCH 20, 2009.

EXHIBIT  6

**WHICH HAS THE ADDRESS OF 3431 Welch Avenue  Kittredge, CO  80457**

WHEREAS, the **venue** in this Court is proper because this matter involves either (a) a consumer obligation secured by a deed of trust encumbering real property all, or a substantial part, of which is located in the County in which this action is occurring, or (b) a non-consumer obligation secured by a deed of trust encumbering real property, which may be heard in any county under Rule 120(f) C.R.C.P.

WHEREAS, GMAC MORTGAGE, LLC, the Petitioner, represents that it is the holder of the Note and the beneficiary of the Deed of Trust; that said Deed of Trust grants a power of sale to the Public Trustee of the County in which said indebtedness secured thereby is in **default** in that the mortgagor has failed to pay the monthly installments of principal, interest and, if applicable, taxes and insurance, together with applicable late charges as provided in the subject Note and is in **default** under the terms of the subject Deed of Trust; and that the Petitioner desires to foreclose the same and has filed with the appropriate Public Trustee the Notice of Election and Demand for Sale pursuant to the statutes in such case made and provided.

WHEREAS, an Order of the Court is required authorizing a sale under the power of sale contained in said Deed of Trust.

WHEREAS, the Petitioner, through its undersigned counsel, caused a search to be performed using the Defense Manpower Data Center website, a central repository of the United States Department of Defense Resource Information, to determine the military status of the current owner of the Property and those persons obligated to pay the indebtedness evidenced by the Note. Based on the foregoing, upon information and belief, the current owner of the Property and those persons obligated to pay the indebtedness are not on active military duty and are not entitled to the protections afforded under the Servicemembers Civil Relief Act, 50 U.S.C. §501, *et seq.*

WHEREAS, the names of all persons who were the Grantor or Grantors in such Deed of Trust, and those persons who appear to have acquired a record interest in the Property subsequent to the recording of such Deed of Trust and prior to the recording of the Notice of Election and Demand thereunder, whether by deed, mortgage, judgment or any other instrument of record, and the address of each such person as such address appears in the recorded instruments of writing, are listed on EXHIBIT 1 hereof.

WHEREAS, the names and last known address(es) (as shown by the records of the Petitioner) of the Grantor or Grantors of said Deed of Trust, of the current record owner or owners, and of any person or persons known or believed by Petitioner to be personally liable on the indebtedness secured by said Deed of Trust, are also listed on EXHIBIT 1 hereof.

WHEREFORE, Petitioner prays that the Clerk of the Court fix a time and place for the hearing of this Motion, and that the Court examine this Motion and response(s) thereto, if any, and summarily grant the Motion by entering an Order authorizing a Public Trustee's Sale under the power of sale contained in said Deed of Trust.

CASTLE MEINHOLD & STAWIARSKI, LLC

Original signature on file

/S/

Attorney for GMAC MORTGAGE, LLC

Kimberly L. Martinez
#40351

Address of Petitioner:
1100 Virginia Drive
Fort Washington, PA 19034

STATE OF COLORADO    )
        CITY AND     ) ss.
COUNTY OF DENVER     )

The undersigned, on behalf of the Petitioner, being duly sworn, says upon his or her best information and belief that the facts set forth in this Motion are true.

Original signature on file

/S/

Kimberly L. Martinez
#40351

Subscribed and sworn to before me March 26, 2010.

My commission expires

Original signature on file

/S/

Notary Public
**STATE OF COLORADO**
999 18th Street, Suite 2201
Denver, CO 80202

(SEAL)
Dlin / 10-00427

EXHIBIT 1

Dlin / 10-00427

Margaret T. Chapman
Public Trustee of Jefferson County
100 Jefferson County Parkway
Golden, CO  80419

Castle Meinhold & Stawiarski, LLC
999 18th Street, Suite 2201
Denver, CO  80202

Owner
3431 Welch Avenue
Kittredge, CO  80457

Occupant
3431 Welch Avenue
Kittredge, CO  80457

Lessee
3431 Welch Avenue
Kittredge, CO  80457

Kenneth  Dlin
3431 Welch
Kittredge, CO  80457

Kenneth  Dlin
PO Box 601
Kittredge, CO  80457

Kenneth  Dlin
3431 Welch Avenue
Kittredge, CO  80457

Mortgage Electronic Registration Systems, Inc., as nominee for
Countrywide Home Loans, Inc.
P.O. Box 2026
Flint, MI  48501-2026

Countrywide Home Loans, Inc.
c/o Mortgage Electronic Registration Systems, Inc
P.O Box 2026
Flint, MI 48501-2026

Countrywide Home Loans, Inc.
Attn: John Tannert
5401 N Beach St, FWBS-164 (SLRM)
Fort Worth, TX 76137

Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302-1613

Countrywide Home Loans, Inc.
Attn: MS SV-79 Document Processing
P.O. Box 10423
Van Nuys, CA 91410-0423

Mortgage Electronic Registration Systems, Inc
P.O Box 2026
Flint, MI 48501-2026

Mountain States Telephone & Telegraph Company
c/o Document Control Center
P.O Box 1976 Room 1130
Denver, CO 80202

Mountain States Telephone & Telegraph Company
c/o David B Hahn
P.O Box 218
Kittredge, CO 80457

Mountain States Telephone & Telegraph Company
1801 California Street ste 5100
Denver, CO 80202

Mountain States Telephone & Telegraph Company
931 14th Street
Denver, CO 80202

# EXHIBIT A

ALL THAT PART LOTS 33 AND 34 LYING SOUTH OF THE CENTER OF THE CHANNEL OF BEAR CREEK;
THE N 1/2 OF LOT 47; ALL OF LOT 48, THAT PART OF LOT 599 LYING WEST OF WELCH AVENUE; ALL
OF LOT 49; THE WEST 35 FEET OF LOT 650, KITTREDGE, ACCORDING TO THE AMENDED MAP
THEREOF, RECORDED IN PLAT BOOK 3 AT PAGE 39, COUNTY OF JEFFERSON, STATE OF COLORADO.