**Exhibit P**

| | | | |
|---|---|---|---|
| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
| | 1. ☐ FHA   2. ☐ FMHA   3. ☐ CONV. UNINS. | | |
| | 4. ☐ VA    5. ☐ CONV. INS. | | |

Fidelity National Title Company
3082 Evergreen Pkwy # C
Evergreen, CO 80439

6. ESCROW FILE NUMBER: S0325806-134 NO
7. LOAN NUMBER:
8. MORTGAGE INSURANCE CASE NUMBER:

**ESTIMATED**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: To be determined

ADDRESS OF BORROWER:

E. NAME OF SELLER: Kenneth Dlin

ADDRESS OF SELLER: 3431 Welch Avenue
Kittredge, CO 80457

F. NAME OF LENDER:
ADDRESS OF LENDER:

G. PROPERTY LOCATION: 3431 Welch Avenue,
Kittredge, CO 80457
Jefferson 012218
Portions of Lot(s) 33 - 34, of Kittredge and Kittredge Amended Map - Portions of Lots 47,48 and 49 - Portion

H. SETTLEMENT AGENT: Fidelity National Title Company
PLACE OF SETTLEMENT: 3082 Evergreen Pkwy # C, Evergreen, CO 80439
I. SETTLEMENT DATE: 06/30/2010   PRORATION DATE: 06/30/2010   FUNDING DATE: 06/30/2010
DISBURSE DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 450,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 0.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from Borrower | 0.00 | 420. Gross Amount Due to Seller | 450,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. | | 502. Settlement charges to Seller (line 1400) | 32,138.96 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. See Payoff Addendum | 376,473.24 |
| 205. | | 505. See Payoff Addendum | 39,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes 01/01/10-06/30/10 | 2,387.80 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 0.00 | 520. Total Reductions In Amount Due Seller | 450,000.00 |
| **300. Cash at Settlement to/from Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 0.00 | 601. Gross amount due to Seller (line 420) | 450,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | 0.00 | 602. Less reductions in amount due Seller (line 520) | 450,000.00 |
| 303. Cash FROM/TO Borrower | 0.00 | 603. Cash FROM Seller: | 0.00 |

Hudc.rpt (09/21/2009)   Printed by Nancy Macbeth on 05/25/2010 at 05:09:43 PM

**L. SETTLEMENT CHARGES:**

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission:** | | | |
| Based on Price $450,000.00 @ 6% = 27,000.00 | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $ 13,500.00 to Intero Real Estate | | | |
| 702. $ 13,500.00 to Intero Real Estate | | | |
| 702. $ 13,500.00 to Intero Real Estate | | | |
| $ 0.00 to | | | |
| 703. Commission paid at settlement | | | 27,000.00 |
| 704. | | | |
| 705. | | | |
| 706. | | | |
| 707. | | | |
| 708. | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal fee to :L1 | | | 350.00 |
| 804. Credit Report | | | |
| 805. Lenders inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest | | | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | | | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to Fidelity National Title Company | | | 325.00 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (included above item numbers: ) | | | |
| 1109. Lender's Coverage | | | |
| 1110. Owner's coverage $ 450,000.00 to Fidelity National Title Company | | | 1,646.00 |
| 1111. Owner's Extended Coverage to Fidelity National Title Company | | | 60.00 |
| 1112. Delivery Fees to Fidelity National Title Company | | | 12.00 |
| 1113. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees: | | | |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. | | | |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Recon Tracking Fee to Fidelity National Title Company | | | 25.00 |
| 1304. Water/Sewer Escrow to Security Title Escrow | | | 300.00 |
| 1305. 2nd 1/2 2009 taxes to Jefferson County Treasurer | | | 2,420.96 |
| 1306. | | | |
| 1307. | | | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | | 32,138.96 |

Hudc.rpt (09/21/2009)                                              Printed by Nancy Macbeth on 05/25/2010 at 05:09:43 PM

## Payoff Addendum

**BREAKDOWN OF PAYOFF ON HUD line 504**

Payoff to: GMAC
by wire

Loan #:

| Description | Amount |
|---|---|
| Principal Balance | 376,473.24 |
| Interest | 0.00 |
| Total Payoff | 376,473.24 |

Total as shown on HUD line #504.   376,473.24

**BREAKDOWN OF PAYOFF ON HUD line 505**

Payoff to: Bank of America
by wire

Loan #:

| Description | Amount |
|---|---|
| Principal Balance | 39,000.00 |
| Interest | 0.00 |
| Total Payoff | 39,000.00 |

Total as shown on HUD line #505.   39,000.00