**Exhibit Q**

12-12020-mg    Doc 8485-18    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl. Exhibit Q    Pg 2 of 5    Page 1 of 4

LexisNexis CourtLink - Show Docket

# Colorado District & County Courts

### CO District & County - Jefferson
### (Jefferson County)

## 2010CV1486

## Gmac Mortgage Llc Vs. Dlin, Kenneth

### Header

| | |
|---:|:---|
| Case Number: | 2010CV1486 |
| Date Filed: | 03/26/2010 |
| Date Full Case Retrieved: | 04/07/2015 |
| Status: | Closed |
| Misc: | Rule 120 Deeds of Trst Pub Trs; District Civil |

[Summary][Agency][Related Cases][Participants][Charges][Scheduled Events][Proceedings] [Judgments][Bond Information][Registry][Accounts Receivable][Unassigned Receipts]

### Summary

| | |
|---:|:---|
| Judge: | Pilkington, Jeffrey Ralph(19149) |
| Court: | Jefferson County |
| Division: | 3 |
| Efiled: | Y |
| Appealed: | N |
| Case Closed Date: | 05/27/2010 |

### Agency

**No Information is Available for this case**

### Related Cases

**No Information is Available for this case**

### Participants

**Litigants**

Gmac Mortgage Llc
Plaintiff 1

**Attorneys**

Marcus, Elizabeth S
Private Attorney
Bar:16092
Primary Attorney: Y

Decamillis, Peter Craig

12-12020-mg    Doc 8485-18    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl. Exhibit Q    Pg 3 of 5

LexisNexis CourtLink - Show Docket                                                    Page 2 of 4

Private Attorney
Bar:38929
Primary Attorney: Y

Dlin, Kenneth
Defendant 1

**Charges**

**No Information is Available for this case**

**Scheduled Events**

| Date | Time | Details |
|---|---|---|
| 04/15/2010 | 8:30 AM | Rule 120 Hearing<br>Room: 4F<br>Judge: Tidball, Jane A (14328)<br>Status: Held and Continued |
| 05/27/2010 | 8:00 AM | Hearing<br>Room: 4F<br>Judge: Tidball, Jane A (14328)<br>Status: Hearing Held |

**Proceedings**

| Date | Expiration Date | Code | Description |
|---|---|---|---|
| 03/26/2010 | | Nthr | Notc Of Hearing<br>PTF/ Gmac Mortgage Llc<br>ATY/ Marcus, Elizabeth S |
| 03/26/2010 | | Moas | Motion For Order Auth Sale<br>PTF/ Gmac Mortgage Llc<br>ATY/ Marcus, Elizabeth S |
| 03/26/2010 | | Covr | Civil Case Cover Sheet<br>PTF/ Gmac Mortgage Llc<br>ATY/ Marcus, Elizabeth S |
| 03/26/2010 | | Cert | Certificate Filed<br>PTF/ Gmac Mortgage Llc<br>ATY/ Marcus, Elizabeth S |
| 03/26/2010 | | Awdg | Accepted Without Docketing |
| 03/26/2010 | | Awdg | Accepted Without Docketing |
| 04/12/2010 | | Rspn | Response<br>DEF/ Dlin, Kenneth |
| 04/27/2010 | | Nthr | Notc Of Hearing<br>PTF/ Gmac Mortgage Llc<br>ATY/ Decamillis, Peter Craig |
| 04/27/2010 | | Nthr | Notc Of Hearing |

LexisNexis CourtLink - Show Docket

12-12020-mg    Doc 8485-18    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit Q    Pg 4 of 5

Page 3 of 4

|            |      |                                   |
|------------|------|-----------------------------------|
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Marcus, Elizabeth S          |
| 04/27/2010 | Motn | Motion                            |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Decamillis, Peter Craig      |
| 04/27/2010 | Motn | Motion                            |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Marcus, Elizabeth S          |
| 04/27/2010 | Awdg | Accepted Without Docketing        |
| 04/27/2010 | Awdg | Accepted Without Docketing        |
| 04/27/2010 | Awdg | Accepted Without Docketing        |
| 04/27/2010 | Awdg | Accepted Without Docketing        |
| 05/17/2010 | Ordr | Order                             |
| 05/18/2010 | Cert | Certificate Filed                 |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Decamillis, Peter Craig      |
| 05/18/2010 | Cert | Certificate Filed                 |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Marcus, Elizabeth S          |
| 05/24/2010 | Pord | Proposed Order E-file Use Only    |
|            |      | DEF/ Dlin, Kenneth                |
| 05/24/2010 | Motn | Motion                            |
|            |      | DEF/ Dlin, Kenneth                |
| 05/24/2010 | Covr | Civil Case Cover Sheet            |
|            |      | DEF/ Dlin, Kenneth                |
| 05/24/2010 | Ansa | Answer-amended                    |
|            |      | DEF/ Dlin, Kenneth                |
| 05/27/2010 | Ordr | Order                             |
| 05/27/2010 | Clad | Case Closed                       |
| 06/01/2010 | Ntrm | Notice Of Removal                 |
|            |      | DEF/ Dlin, Kenneth                |
| 06/07/2010 | Cert | Certificate Filed                 |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Decamillis, Peter Craig      |
| 06/07/2010 | Cert | Certificate Filed                 |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Marcus, Elizabeth S          |
| 08/19/2010 | Foth | Filing Other                      |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Decamillis, Peter Craig      |
| 08/19/2010 | Foth | Filing Other                      |
|            |      | PTF/ Gmac Mortgage Llc            |
|            |      | ATY/ Marcus, Elizabeth S          |
| 08/19/2010 | Awdg | Accepted Without Docketing        |
| 08/23/2010 | Ordr | Order                             |

12-12020-mg    Doc 8485-18    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit Q    Pg 5 of 5

LexisNexis CourtLink - Show Docket                                                    Page 4 of 4

## Judgments

**No Information is Available for this case**

## Bond Information

**No Information is Available for this case**

## Registry

**No Information is Available for this case**

## Accounts Receivable

**No Information is Available for this case**

## Unassigned Receipts

| **Un-Assigned Rcps** | **Received** |
|---|---|
| Civil Action Tax | 1.00 |
| Civil Filing Fee | 135.00 |
| Court Security Cash Fund | 10.00 |
| Justice Center Cash Fund | 136.00 |
| Stabilization Fund - USER Fee | 100.00 |

Copyright © 2015 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***