## Exhibit R



**GRANTED** This is providing this order is filed with the clerk to provide a copy of this order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Jane Tidball**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: May 27 2010 10:18AM MDT
Filing ID: 31342395
Review Clerk: Joyran Safi

DISTRICT COURT, JEFFERSON COUNTY, COLORADO

Court Address:  100 Jefferson County Pkwy.
Golden, CO 80401

IN THE MATTER OF THE MOTION OF GMAC MORTGAGE, LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST

▲ COURT USE ONLY ▲

Case Number:

Division:

ORDER AUTHORIZING SALE

THE REVIEW AND HEARING IN THIS MATTER having been completed by the Court on April 15, 2010:

WHEREAS, Kenneth Dlin, Grantor(s) by Deed of Trust dated February 20, 2004, recorded March 1, 2004 at Reception No. F1973637*** in the records of the County of Jefferson, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., as nominee for GreenPoint Mortgage Funding, Inc. the payment of a Promissory Note of even date therewith for the principal sum of $633,000.00 as provided in said Deed of Trust, conveyed to the Jefferson County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described real property ("Property") situate in said County to-wit:

**SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE**
**\*\*\*LOAN MODIFICATION AGREEMENT SIGNED BY KENNETH DLIN ON MARCH 20, 2009.**
**WHICH HAS THE ADDRESS OF 3431 Welch Avenue  Kittredge, CO  80457**

THE COURT FINDS that there is reasonable probability that:  a default exists as alleged in the Motion in order to invoke the power of sale in said Deed of Trust; that the provisions of C.R.C.P. Rule 120 and the Servicemembers Civil Relief Act, as amended, have been complied with; that the venue in this action is proper; and that the order authorizing sale should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a sale of the Property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is authorized by this Court.

It is further ordered that a return of such sale shall be made to this Court for its approval.

J1000226

EXHIBIT  11

DONE this Fifteenth day of April, 2010

BY THE COURT:

_____

Judge/Magistrate

Dlin / 10-00427

J1000226

# EXHIBIT A

ALL THAT PART LOTS 33 AND 34 LYING SOUTH OF THE CENTER OF THE CHANNEL OF BEAR CREEK; THE N 1/2 OF LOT 47; ALL OF LOT 48, THAT PART OF LOT 599 LYING WEST OF WELCH AVENUE; ALL OF LOT 49; THE WEST 35 FEET OF LOT 650, KITTREDGE, ACCORDING TO THE AMENDED MAP THEREOF, RECORDED IN PLAT BOOK 3 AT PAGE 39, COUNTY OF JEFFERSON, STATE OF COLORADO.

J1000226

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jane A Tidball |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 30279869 |
| **Current Date:** | May 27, 2010 |
| **Case Number:** | 2010CV1486 |
| **Case Name:** | GMAC MORTGAGE LLC vs. DLIN, KENNETH |
| **Court Authorizer:** | Jane A Tidball |

**/s/ Judge Jane A Tidball**

J1000226