## Exhibit S

Identifier ████ 4206    Doc Type:LSMIT

12-12020-mg    Doc 8485-20    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit S    Pg 2 of 2

## Booth, Mark

**From:**     Norma Loyd [nloyd@interorealestate.com]
**Sent:**     Sunday, June 13, 2010 9:49 PM
**To:**       Booth, Mark
**To:**       Booth, Mark
**Subject:**  3431 Welch

Mark, I am submitting a great offer today, I am just waiting for their attorney to review first thing in the A.M. If all goes well, I should have it to you before noon. With that said, I am just concerned about the time left prior to foreclosure. The offer I am presenting will be at 525,000. I will have the HUD in the a.m., but we should be at our mark with that one. Is it too late to postpone?

Norma H. Loyd,
The Harrison-Loyd Team
303-679-4112 - Direct
720-217-4651 - Cell
303-670-8166 - Fax
YourColoradoRealtors.com

