# **Exhibit T**

## Booth, Mark

**From:** Norma Loyd [nloyd@interorealestate.com]
**Sent:** Tuesday, July 27, 2010 2:50 PM
**To:** Booth, Mark
**To:** Booth, Mark
**Cc:** Ken Dlin
**Subject:** 3431 Welch

Mark, Paul, my negotiator at Green Tree is getting a full authorization. They are waiting for the BPO to be reviewed right now, but should have it to me asap. Foreclosure is set for tomorrow.

Norma H. Loyd,
The Harrison-Loyd Team
303-679-4112 - Direct
720-217-4651 - Cell
303-670-8166 - Fax
YourColoradoRealtors.com

