# Exhibit U

# Colorado District & County Courts

## CO District & County - Jefferson
## (Jefferson County)

## 2011C48857

## Gmac Mortgage Llc Vs. Dlin, Kenneth

### Header

| | |
|---:|:---|
| Case Number: | 2011C48857 |
| Date Filed: | 06/01/2011 |
| Date Full Case Retrieved: | 04/08/2015 |
| Status: | Closed |
| Misc: | Forcible Entry and Detainer; County Civil |

[Summary][Agency][Related Cases][Participants][Charges][Scheduled Events][Proceedings]
[Judgments][Bond Information][Registry][Accounts Receivable][Unassigned Receipts]

### Summary

| | |
|---:|:---|
| Judge: | Greene, Tammy K.(17817) |
| Court: | Jefferson County |
| Division: | H |
| Efiled: | Y |
| Appealed: | N |
| Case Closed Date: | 06/15/2011 |

### Agency

**No Information is Available for this case**

### Related Cases

**No Information is Available for this case**

### Participants

| **Litigants** | **Attorneys** |
|:---|:---|
| Gmac Mortgage Llc | Lowery, Cynthia |
| Plaintiff 1 | Private Attorney |
| | Bar:34145 |
| | Primary Attorney: N |
| | |
| | Lowery-graber, Cynthia |

|  | Private Attorney |
|  | Bar:34145 |
|  | Primary Attorney: N |

| Dlin, Kenneth | Wilson, Brian Herbert JR. |
| Defendant 1 | Private Attorney |
|  | Bar:37237 |
|  | Primary Attorney: N |

### Charges

### No Information is Available for this case

### Scheduled Events

| Date | Time | Details |
|------|------|---------|
| 06/09/2011 | 8:00 AM | Return Date on Summons |
|  |  | Room: H |
|  |  | Judge: Randall, Mark Marrow (17956) |
|  |  | Status: Vacated |
| 07/11/2011 | 7:00 AM | Review |
|  |  | Room: H |
|  |  | Judge: Randall, Mark Marrow (17956) |
|  |  | Status: Hearing Held |

### Proceedings

| Date | Expiration Date | Code | Description |
|------|-----------------|------|-------------|
| 06/01/2011 |  | Sacf | Summons And Complaint Filed |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery, Cynthia |
| 06/01/2011 |  | Sacf | Summons And Complaint Filed |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery-graber, Cynthia |
| 06/06/2011 |  | Rtsv | Return Of Service |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery, Cynthia |
| 06/06/2011 |  | Rtsv | Return Of Service |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery-graber, Cynthia |
| 06/06/2011 |  | Affi | Affidavit |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery, Cynthia |
| 06/06/2011 |  | Affi | Affidavit |
|  |  |  | PTF/ Gmac Mortgage Llc |
|  |  |  | ATY/ Lowery-graber, Cynthia |

| | | |
|---|---|---|
| 06/06/2011 | Affi | Affidavit |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 06/06/2011 | Affi | Affidavit |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 06/08/2011 | Ansc | Answer And Counterclaim |
| | | DEF/ Dlin, Kenneth |
| | | ATY/ Wilson, Brian Herbert JR. |
| 06/09/2011 | Mino | Minute Order (no Print) |
| 06/13/2011 | Affi | Affidavit |
| | | DEF/ Dlin, Kenneth |
| | | ATY/ Wilson, Brian Herbert JR. |
| 06/15/2011 | Cltr | Closed - Case Transferred |
| 06/15/2011 | Cert | Certificate Filed |

## Judgments

**No Information is Available for this case**

## Bond Information

**No Information is Available for this case**

## Registry

**No Information is Available for this case**

## Accounts Receivable

**No Information is Available for this case**

## Unassigned Receipts

| **Un-Assigned Rcps** | **Received** |
|---|---|
| Civil Action Tax | 1.00 |
| Civil Filing Fee | 120.00 |
| Court Security Cash Fund | 15.00 |
| Jury Demand Fee | 100.00 |
| Justice Center Cash Fund | 125.00 |
| Stabilization Fund - USER Fee | 149.00 |

Copyright © 2015 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***