# **Exhibit V**

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl. Exhibit V    Pg 2 of 9

LexisNexis CourtLink - Show Docket

Page 1 of 8

# Colorado District & County Courts

### CO District & County - Jefferson
### (Jefferson County)

## 2011CV2611

## Gmac Mortgage Llc Vs. Dlin, Kenneth

### Header

| | |
|---:|:---|
| Case Number: | 2011CV2611 |
| Date Filed: | 06/15/2011 |
| Date Full Case Retrieved: | 04/01/2015 |
| Status: | Re-Opened |
| Misc: | Forcible Entry And Detainer; District Civil |

[Summary][Agency][Related Cases][Participants][Charges][Scheduled Events][Proceedings]
[Judgments][Bond Information][Registry][Accounts Receivable][Unassigned Receipts]

### Summary

| | |
|---:|:---|
| Judge: | Vriesman, Todd L.(11568) |
| Court: | Jefferson County |
| Division: | 11 |
| Efiled: | Y |
| Appealed: | N |
| Case Closed Date: | 10/04/2012 |

### Agency

**No Information is Available for this case**

### Related Cases

**No Information is Available for this case**

### Participants

| **Litigants** | **Attorneys** |
|:---|:---|
| Gmac Mortgage Llc | Lowery, Cynthia |
| Plaintiff 1 | Private Attorney |
| | Bar:34145 |
| | Primary Attorney: N |
| | |
| | Lowery-graber, Cynthia |

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 3 of 9

LexisNexis CourtLink - Show Docket

Page 2 of 8

Private Attorney
Bar:34145
Primary Attorney: N

Groen, Christopher T
Private Attorney
Bar:39976
Primary Attorney: N

Groen, Christopher T.
Private Attorney
Bar:39976
Primary Attorney: N

Lopach, Paul Joseph
Private Attorney
Bar:34441
Primary Attorney: N

Lewis, Morton Adam
Private Attorney
Bar:42585
Primary Attorney: N

Castle, Caren Jacobs
Private Attorney
Bar:11790
Primary Attorney: N

Martinez, Kimberly L
Private Attorney
Bar:40351
Primary Attorney: N

Martinez, Kimberly L.
Private Attorney
Bar:40351
Primary Attorney: N

Hall, Stephen Anderson
Private Attorney
Bar:38186
Primary Attorney: Y

Shore, David A
Private Attorney

LexisNexis CourtLink - Show Docket

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 4 of 9

Page 3 of 8

|  |  |
|---|---|
|  | Bar:19973 |
|  | Primary Attorney: Y |
| Dlin, Kenneth<br>Defendant 1 | Wilson, Brian Herbert JR.<br>Private Attorney<br>Bar:37237<br>Primary Attorney: Y |

### Charges

**No Information is Available for this case**

### Scheduled Events

| Date | Time | Details |
|---|---|---|
| 07/29/2011 | 6:00 AM | Review<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Hearing Held |
| 09/26/2011 | 8:30 AM | FED Hearing<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Hearing Held |
| 10/28/2011 | 8:00 AM | Hearing<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Hearing Held |
| 01/03/2012 | 8:30 AM | Jury Trial<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Vacated |
| 01/04/2012 | 8:30 AM | Jury Trial<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Vacated |
| 01/13/2012 | 8:30 AM | Telephone Conference<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Hearing Held |
| 04/24/2012 | 8:30 AM | Jury Trial<br>Room: 4B<br>Judge: Munsinger, Stephen M (4896)<br>Status: Vacated |
| 04/25/2012 | 8:30 AM | Jury Trial<br>Room: 4B |

LexisNexis CourtLink - Show Docket

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 5 of 9

Page 4 of 8

| Date | Time | Event |
|---|---|---|
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 04/26/2012 | 8:30 AM | Jury Trial |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 06/04/2012 | 6:00 AM | Review |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 06/11/2014 | 1:30 PM | Hearing |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Hearing Held |
| 07/02/2014 | 1:00 PM | Telephone Conference |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 07/23/2014 | 6:00 AM | Review |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Hearing Held |
| 08/29/2014 | 6:00 AM | Review |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 10/20/2014 | 8:30 AM | Court Trial |
| | | Room: 4B |
| | | Judge: Munsinger, Stephen M (4896) |
| | | Status: Vacated |
| 11/21/2014 | 1:30 PM | Telephone Conference |
| | | Room: 4B |
| | | Judge: Vriesman, Todd L. (11568) |
| | | Status: Hearing Held |
| 03/20/2015 | 8:30 AM | Court Trial |
| | | Room: 4B |
| | | Judge: Vriesman, Todd L. (11568) |
| | | Status: Continued by Parties |
| 05/18/2015 | 8:30 AM | Court Trial |
| | | Room: 4B |
| | | Judge: Vriesman, Todd L. (11568) |

**Proceedings**

| Date | Expiration Date | Code | Description |
|---|---|---|---|
| 06/15/2011 | | Cert | Certificate Filed |
| 06/15/2011 | | Cert | Certificate Filed |

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 6 of 9

LexisNexis CourtLink - Show Docket                                                    Page 5 of 8

| Date | Type | Description |
|---|---|---|
| 06/28/2011 | Rspn | Response |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 06/28/2011 | Rspn | Response |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 07/29/2011 | Ordr | Order |
| 08/03/2011 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 08/03/2011 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 08/11/2011 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 08/11/2011 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 09/26/2011 | Minc | Minute Order (print) |
| 10/28/2011 | Minc | Minute Order (print) |
| 12/08/2011 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 12/08/2011 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 12/19/2011 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 12/19/2011 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 12/19/2011 | Awdg | Accepted Without Docketing |
| 12/23/2011 | Rspn | Response |
| | | DEF/ Dlin, Kenneth |
| | | ATY/ Wilson, Brian Herbert JR. |
| 12/29/2011 | Ordr | Order |
| 12/30/2011 | Repl | Reply |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 12/30/2011 | Repl | Reply |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 01/04/2012 | Jtdc | Jtrl Dispo-continued |
| 01/12/2012 | Ordr | Order |

LexisNexis CourtLink - Show Docket

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 7 of 9

Page 6 of 8

| Date | Code | Description |
|---|---|---|
| 01/13/2012 | Minc | Minute Order (print) |
| 01/19/2012 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 01/19/2012 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 02/07/2012 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 02/07/2012 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 02/07/2012 | Awdg | Accepted Without Docketing |
| 02/29/2012 | Rspn | Response |
| | | DEF/ Dlin, Kenneth |
| | | ATY/ Wilson, Brian Herbert JR. |
| 03/22/2012 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 03/22/2012 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 03/22/2012 | Awdg | Accepted Without Docketing |
| 03/23/2012 | Ordr | Order |
| 05/31/2012 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery, Cynthia |
| 05/31/2012 | Notc | Notice Filed |
| | | PTF/ Gmac Mortgage Llc |
| | | ATY/ Lowery-graber, Cynthia |
| 10/04/2012 | Clad | Case Closed |
| 07/19/2013 | Pord | Proposed Order E-file Use Only |
| | | PTF/ Gmac Mortgage Llc |
| 07/19/2013 | Motn | Motion |
| | | PTF/ Gmac Mortgage Llc |
| 07/19/2013 | Exhb | Exhibits Filed |
| | | PTF/ Gmac Mortgage Llc |
| 08/07/2013 | Rspn | Response |
| | | DEF/ Dlin, Kenneth |
| 08/14/2013 | Repl | Reply |
| | | PTF/ Gmac Mortgage Llc |
| 10/09/2013 | Subc | Substitution Of Counsel |
| | | PTF/ Gmac Mortgage Llc |
| 10/21/2013 | Ordr | Order |
| 04/07/2014 | Notc | Notice Filed |

| | | | |
|---|---|---|---|
| | | | PTF/ Gmac Mortgage Llc |
| 04/07/2014 | | Entr | Entry Of Appearance |
| | | | PTF/ Gmac Mortgage Llc |
| 05/19/2014 | | Ropn | Reopen For Post Judgment |
| 05/29/2014 | | Nthr | Notc Of Hearing |
| | | | PTF/ Gmac Mortgage Llc |
| 06/11/2014 | | Minc | Minute Order (print) |
| 06/11/2014 | | Affi | Affidavit |
| | | | PTF/ Gmac Mortgage Llc |
| 07/01/2014 | | Pord | Proposed Order E-file Use Only |
| | | | PTF/ Gmac Mortgage Llc |
| 07/01/2014 | | Motn | Motion |
| | | | PTF/ Gmac Mortgage Llc |
| 07/02/2014 | | Ordr | Order |
| 07/10/2014 | | Notc | Notice Filed |
| | | | PTF/ Gmac Mortgage Llc |
| 07/24/2014 | | Ordr | Order |
| 08/07/2014 | | Notc | Notice Filed |
| | | | PTF/ Gmac Mortgage Llc |
| 09/30/2014 | | Subc | Substitution Of Counsel |
| | | | PTF/ Gmac Mortgage Llc |
| 10/15/2014 | | Subc | Substitution Of Counsel |
| | | | PTF/ Gmac Mortgage Llc |
| 10/16/2014 | | Exhb | Exhibits Filed |
| | | | DEF/ Dlin, Kenneth |
| 10/16/2014 | | Exhb | Exhibits Filed |
| | | | DEF/ Dlin, Kenneth |
| 10/20/2014 | | Nowd | Notice Of Withdrawal Of Atty |
| | | | PTF/ Gmac Mortgage Llc |
| 10/20/2014 | | Minc | Minute Order (print) |
| 11/21/2014 | | Notc | Notice Filed |
| | | | DEF/ Dlin, Kenneth |
| 11/21/2014 | | Minc | Minute Order (print) |
| 11/24/2014 | | Minc | Minute Order (print) |
| 12/02/2014 | | Ordr | Order |
| 03/17/2015 | | Rprt | Report |
| | | | PTF/ Gmac Mortgage Llc |
| 03/18/2015 | | Ordr | Order |

**Judgments**

**No Information is Available for this case**

**Bond Information**

**No Information is Available for this case**

12-12020-mg    Doc 8485-23    Filed 04/13/15    Entered 04/13/15 18:38:06    Decl.
Exhibit V    Pg 9 of 9

LexisNexis CourtLink - Show Docket                                                                          Page 8 of 8

**Registry**

| Registry | Received | Disbursed | Assigned | Balance |
|---|---|---|---|---|
| Appeal Bond | 0 | 0.00 | 0.00 | 0.00 |
| Other Registry | 6000 | 0.00 | 0.00 | 6000.00 |
| Registry Balance | 6000.00 | 0.00 | 0.00 | 6000.00 |

**Accounts Receivable**

No Information is Available for this case

**Unassigned Receipts**

No Information is Available for this case

---

Copyright © 2015 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***