KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM FILED BY DEUTSCHE BANK**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, hereby withdraws the *ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims* [Docket No. 8208], solely as it relates to Claim No. 4924 filed by Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas.

Dated: New York, New York
April 14, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*