MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON APRIL 16, 2015 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    EVIDENTIARY HEARING**:

**1.**    Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8019]

  **Related Document(s)**:

  **a.**    Notice of Revised Response Deadlines [Docket No. 8024]

  **b.**    Notice of Perjury by Kathy Priore in [Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61)] filed by Francine Silver [Docket No. 8192]

  **c.**    Notice of Limited Evidentiary Hearing on Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8319]

ny-1184054

**Response(s)**:

a. Response by Francine Silver to the Objection of the ResCap Borrower Claims Trust to the Proof of Claim Filed by Francine [Silver] (Claim No. 61) [Docket No. 8114]

**Reply**:

a. The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8167]

**Status**: The evidentiary hearing on this matter will be going forward.

Dated: April 14, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*