WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel to Ally Financial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

State of New York   )
                    )  ss.:
County of New York  )

Christopher A. Stauble, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On April 14, 2015, I caused a true correct copy of the following pleading to be served upon the parties listed on Exhibit A attached hereto,

via Federal Express Overnight Delivery:

- Statement of Ally Financial Inc. and Its Non-Debtor Subsidiaries and Affiliates Regarding the Rescap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer, and Employee Indemnification Claims) [ECF No. 8487]

/s/ Christopher A. Stauble
Christopher A. Stauble

Sworn to before me this
14th day of April, 2015

/s/ Nicole Aliseo
Nicole Aliseo
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 2016

**Exhibit A**

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court, SDNY
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
  Attention:    Gary S. Lee
                  Norman S. Rosenbaum
                  Jordan A. Wishnew
                  Erica J. Richards

Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
  Attention:    Kenneth H. Eckstein
                  Douglas H. Mannal
                  Joseph A. Shifer

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
  Attention:    Linda A. Riffkin
                  Brian S. Masumoto

The ResCap Liquidating Trust, Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573
  Attention:    Jeffrey Brodsky