Karen M. Rozier
1313 Idylwood Road
Pikesville, Maryland 21208
(410) 458-3772
Claimant Unrepresented



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                ) Case No. 12-12020 (MG)
                                      ) Chapter 11
Residential Capital, LLC, et. al.     ) Jointly Administrated
                                      )
        Debtors                       ) **NOTICE OF APPEAL**
                                      )
                                      ) [Related to 8446, 7909]
                                      )

Pursuant to 28 U.S.C. § 158(a) or (b), notice is hereby given that Karen Michele Rozier, Claimant in the above named case, hereby appeals to the United States District for the Southern District of New York of the following Orders:

(1) MEMORANDUM OPINION AND ORDER DENYING MOTION OF KAREN MICHELE ROZIER FOR RECONSIDERATION [Doc 8446 Filed 04/09/15]

(2) MEMORANDUM OPINION AND ORDER SUSTAINING THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO THE CLAIMS FILED BY KAREN MICHELE ROZIER [Doc 7909 Filed 12/22/14]

Executed in Pikesville, Maryland on April 9, 2015     By

*[signature]*
KAREN MICHELE ROZIER,
Unrepresented Claimant