MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ )<br>In re:                                                           )<br>                                                                    )<br>RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,      )<br>                                                                    )<br>                                            Debtors.      )<br>------------------------------------------------------ ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON APRIL 16, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**        **ADJOURNED MATTER(S)**:

**1.**        Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an
            Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
            [Docket No. 2401]

            **Related Document(s)**:

            **a.**        Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for
                        the Entry of an Order Granting Relief from the Automatic Stay Pursuant to
                        11 U.S.C. § 362(d) [Docket No. 2421]

b.      [Proposed] Order Granting Connecticut Housing Finance Authority
("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29,
2013 at 10:00 a.m. [Docket No. 2624]

d.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7,
2013 at 10:00 a.m. [Docket No. 2729]

e.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28,
2013 at 2:00 p.m. [Docket No. 2848]

f.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013
at 10:00 a.m. [Docket No. 3008]

g.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013
at 10:00 a.m. [Docket No. 3239]

h.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013
at 10:00 a.m. [Docket No. 3539]

i.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013
at 10:00 a.m. [Docket No. 3682]

j.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at
10:00 a.m. [Docket No. 3948]

k.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at
10:00 a.m. [Docket No. 4186]

**l.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.**         Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

u.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

v.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

w.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

x.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

y.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

z.     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

aa.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

bb.    Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.**   Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**Response(s)**:

**a.**   Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:   The hearing on this matter has been adjourned to a date to be determined.

**2.**   ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

**Related Document(s)**:

**a.**   Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2454) to February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7957]

**b.**   Notice of Omnibus Hearing Dates and Rescheduling of February 26, 2015 Hearing [Docket No. 7958]

**c.**   Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2452) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8149]

**d.**   Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8410]

**e.**   Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2452) to May 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8456]

     **f.**       Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) to April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8481]

**Response(s)**:

     **a.**       Memorandum Requesting Enlargement of Time and Opposing ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (Claim 2452, Leslie Watley) [Docket No. 7851]

     **b.**       Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7866]

     **c.**       Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8183]

**Reply**:

     **a.**       ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 1083, 2055, and 3728 [Docket No. 7967]

     **b.**       Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8038]

     **Status**:     A hearing on this matter, solely as it relates to the claim filed by Leslie Watley (Claim No. 2452), has been adjourned to May 14, 2015.  A status conference on this matter, solely as it relates to the claim filed by Michael and Kristin Karmazyn (Claim No. 2055), has been adjourned to April 30, 2015.

**3.**      ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

     **a.**       Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

     **b.**       Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

     **c.**       Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**Response(s)**:

     **a.**       Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**:     The hearing on this matter has been adjourned to a date to be determined.

## II.    **RESOLVED MATTER(S)**:

**1.**    ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims (I) Reducing and Allowing Claims and (II) Redesignating, Reducing, and Allowing Claims [Docket No. 8208]

**Related Document(s)**:

     **a.**       Notice of Withdrawal of ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims Solely with respect to Claims filed by Canon U.S.A., Inc. [Docket No. 8227]

     **b.**       Notice of Adjournment of Hearing on ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims Solely as it Relates to Claim No. 4924 filed by Deutsche Bank National Trust Company And Deutsche Bank Trust Company Americas to April 16, 2015 at 10:00 a.m. [Docket No. 8359]

     **c.**       Notice of Withdrawal of ResCap Liquidating Trust's Eighty-Fourth Omnibus Objection to Claims Solely with Respect to Claim Filed by Deutsche Bank [Docket No. 8486]

**Response(s)**:     None.

**Status**:    This matter, solely as it relates to the claim filed by Deutsche Bank, has been resolved.  All other claims have also previously been resolved.  No hearing is required.

## III.    CLAIMS OBJECTION(S) GOING FORWARD:

**1.**    ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 7092]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7271]

**b.**    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to December 2, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7487]

**c.**    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7734]

**d.**    Notice of Adjournment of Hearing on The ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8041]

**Response(s)**:

**a.**    Statement of Ally Financial Inc. and Its Non-Debtor Subsidiaries and Affiliates Regarding the Rescap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer, and Employee Indemnification Claims) [Docket No. 8487]

**Reply**:

**a.**    ResCap Liquidating Trust's Statement in Response to Statement of Ally Financial Inc. and its Non-Debtor Subsidiaries and Affiliates Regarding the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 8497]

**Status**:    The hearing on this matter will be going forward.

2.    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

b.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554]

c.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7677]

d.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7753]

e.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7869]

f.    Notice of Adjournment of Hearings on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Otis L. Collier (Claim No. 5066) and (II) Maurice Sharpe (Claim No. 2079) [Docket No. 7969]

g.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Maurice Sharpe (Claim No. 2079) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8161]

**Response(s)**:

a.  Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7335]

  (i)  Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7336]

b.  Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Sixty-Ninth Omnibus Objection to Claims as to Claim No. 2079 Filed by Maurice Sharpe [Docket No. 8393]

**Replies**:

a.  ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Sixty-Ninth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 2079 Filed by Maurice Sharpe [Docket No. 8288]

b.  ResCap Borrower Claims Trust's Reply in Support of Its Supplemental Objection and Reply in Support of Its Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2079 Filed By Maurice Sharpe [Docket No. 8483]

**Status**:  The hearing on this matter, solely as it relates to the claim filed by Maurice Sharpe (Claim No. 2079), will be going forward.

3.  ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8042]

  (i)  [Kenneth Dlin]'s Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 8354]

**Related Document(s)**:

a.  Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8361]

**Response(s)**:

a.  [Kenneth Dlin]'s Objection to Eighty-Second Omnibus Objections to Claims as to Kenneth Dlin v. GMAC Mortgage, LLC [Docket No. 8355]

**Reply**:

a.      ResCap Borrower Claims Trust's Reply in Support of its Eighty-Second
        Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim
        No. 3732 Filed by Kenneth Dlin and ResCap Liquidating Trust's Objection
        to Kenneth Dlin's Motion for Relief from the Automatic Stay Under 11
        U.S.C. § 362 [Docket No. 8485]

**Status**:     The hearing on this matter, solely as it relates to the claim filed by Kenneth
                Dlin (Claim No. 3732), will be going forward.

4.      ResCap Liquidating Trust and the ResCap Borrower Claims Trust's Objection to
        Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel,
        and Marc Jason Aniel [Docket No. 8237]

**Related Document(s)**:     None.

**Response(s)**:

a.      Erlinda Abibas Aniel's Opposition and Response to the ResCap
        Liquidating Trust's and ResCap Borrower Claims Trust's Objection Claim
        Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis
        Aniel, and Marc Jason Aniel [Docket No. 8370]

**Reply**:

a.      The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's
        Reply in Support of Their Objection to Claim Numbers 112, 114, 416 and
        417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason
        Aniel [Docket No. 8475]

**Status**:     The hearing on this matter will be going forward.

Dated:  April 14, 2015          /s/ Jordan A. Wishnew
        New York, New York      Norman S. Rosenbaum
                                Jordan A. Wishnew
                                MORRISON & FOERSTER LLP
                                250 West 55th Street
                                New York, New York 10019
                                Telephone: (212) 468-8000
                                Facsimile: (212) 468-7900

                                *Counsel for The Post-Effective Date
                                Debtors, The ResCap Liquidating Trust
                                and The ResCap Borrower Claims Trust*