1  THOMAS P. BEKO, ESQ. (SBN 02653)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, NV 89509
3  Ph: (775) 786-3930; Fax: (775) 786-4160
   tbeko@etsreno.com
4  *Attorneys for Claimants Pamela D. Longoni,*
   *Lacey Longoni and Jean M. Gagnon*

5



RECEIVED

APR 1 3 2015

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

6              **UNITED STATES BANKRUPTCY COURT**

7              **SOUTHERN DISTRICT OF NEW YORK**

8

9  In re:                                    Case No. 12-12020 (MG)

10  RESIDENTIAL CAPITAL, LLC, et al.,         Chapter 11

11              Debtors.                      Jointly Administered

12  _____/

13        **<u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>**

14        I, Thomas Peter Beko, request admission, *pro hac vice*, before the Honorable Martin

15  Glenn, to represent Claimants Pamela Longoni, individually and as Guardian Ad Litem for

16  Lacey Longoni, and Jean M. Gagnon, creditors in the above referenced case.

17        I certify that I am a member in good standing of the bars of the State of Nevada

18  (1986), the State of California (1987), and the bar of the U.S. District Court for the District

19  of Nevada (1986) and the Eastern District of California (1987).

20        I have submitted the filing of $200.00 with this motion for *pro hac vice* admission.

21        DATED this 10th day of April, 2015.

22                        ERICKSON, THORPE & SWAINSTON, LTD.

23

24              By_____

25                        THOMAS P. BEKO, ESQ.
                          *Attorneys for Claimants*
26                        *Pamela D. Longoni, Lacey Longoni*
                          *and Jean M. Gagnon*

27

28

Erickson, Thorpe & Swainston, Ltd.
P.O. Box 3559
Reno, Nevada 89505
Tel. (775) 786-3930 Fax (775) 786-4160