**Exhibit B-1**

B 10 (Official Form 10) (12/11)

Claim #4445  Date Filed: 11/7/2012

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **EXECUTIVE TRUSTEE SERVICES, LLC**

Case Number: **12-12028-MG**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**ALAN MOSS**

FILED
U.S. BANKRUPTCY COURT
NOV -7 P 1:19
S.D. OF N.Y.

**COURT USE ONLY**

Name and address where notices should be sent:
P.O. Box 721
Moss Beach CA 94038

Telephone number: 415-494-8314   email: alanmoss.office@gmail.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** ____
(*If known*)

Filed on: ____

Name and address where payment should be sent (if different from above):

RECEIVED
NOV 1 5 2012
KURTZMAN CARSON CONSULTANTS

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 750,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Damages sought in Moss vs. Executive Trustee Services LLC, /
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as: n/a (See instruction #3a) | 3b. Uniform Claim Identifier (optional): n/a (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate  ☐Motor Vehicle  ☐Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** ____%  ☐Fixed or ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

**Amount entitled to priority:**
$_____

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)


1212028121107000000000002

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**RECEIVED**
**NOV 1 5 2012**
**KURTZMAN CARSON CONSULTANTS**

8. **Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Alan Moss
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature)    (Date) 11/5/12

Telephone number:    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

**ALAN MOSS**
P.O. Box 721
Moss Beach CA 94038

FILED
U.S. BANKRUPTCY COURT
2012 NOV -7 P 1: 19
S.D. OF N.Y.

November 6, 2012

TO:    **Clerk of the Court**
**U.S. Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York NY 10004**

Re:    In Re ResCap Cases(Executive Trustee Services: 12-12-12028)

Case No.    12-12020

**ENCLOSED: REQUEST FOR NOTICES**

**REQUESTED ACTION:**

☐    Check in the amount of $_____ enclosed;

☒    File original(s) and return file stamped copies;

☐    File original(s), certify ___ copies and return;

☐    Certify ___ copies and return;

☐    Sign where indicated, date (if applicable) and return;

☐    Sign before a Notary Public and return with Notarial Acknowledgment;

☐    Obtain signature of Judge/Commissioner/Magistrate, file and return conformed copies;

☐    For your ☐ approval; ☐ correction; ☐ comments; ☐ information; ☐ file; ☐ return;

☒    Stamped, self-addressed envelope enclosed.

Very truly yours,

\\vmware-host\Shared Folders\My Documents\_WP_WinXP\Desktop Folder\ETS\BK\Transmit Clerk.wpd

## FIRST AMERICAN TITLE COMPANY

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
EXECUTIVE TRUSTEE SERVICES, LLC
2255 NORTH ONTARIO STREET #400
BURBANK, CA 91504-3120

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 09/18/2012
AS INSTRUMENT NO. 2012-134405
IN BOOK                PAGE
OFFICIAL RECORDS OF SAN MATEO

LOAN# ▮▮▮▮4900
T.S.# ▮▮▮▮076-C


▮▮▮▮7600

### NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made this day 9/13/2012 with respect to the following:

1.) THAT Executive Trustee Services, LLC dba ETS Services, LLC is the duly appointed Trustee under that certain Deed of Trust dated 6/22/2005 and recorded 7/5/2005 as instrument number 2005-111708 in book page wherein ALAN IRVING MOSS AN UNMARRIED MAN are named as trustors, ALLIANCE TITLE is named as trustee, and CJ MORTGAGE INC. ; is named as beneficiary;

2.) THAT The Bank of New York Trust Company NA as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1 is the beneficiary of record under that Deed of Trust by virtue of an Assignment of Beneficial Interest recorded 6/16/2008, Instrument # 2008-069109

3.) THAT THE DEED OF TRUST encumbers real property located in the County of San Mateo , State of California , described as follows:

LOTS 20, 22 AND 23, BLOCK 13, AS DESIGNATED ON THAT CERTAIN MAP ENTITLED, "MAP OF RIVIERA OCEAN VILLA TRACT, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JUNE 15, 1908, IN BOOK 6 OF MAPS, AT PAGE 20.

4.) THAT BY VIRTUE OF a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded 9/18/2007 as instrument number 2007-138470 in book  , page  in the office of the Recorder of San Mateo County, State of California ;

LOAN# ▮▮▮▮4900
T.S.# ▮▮▮▮076-C

5.) THAT THE TRUSTEE has been informed by the Beneficiary that the beneficiary desires to rescind the Trustee's Deed recorded upon the foreclosure sale which was conducted in error due to a failure to communicate timely, notice of conditions which would have warranted a cancellation of the foreclosure which did occur on 5/7/2009 ;

6.) THAT THE EXPRESS PURPOSE of this Notice of Rescission is to return the priority and existence of all title and lien holders to the status quo-ante as existed prior to the trustee's sale;

NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED 5/12/2009 AND RECORDED 5/18/2009 AS INSTRUMENT NUMBER 2009-124607 IN THE COUNTY OF San Mateo , STATE OF California, FROM Executive Trustee Services, LLC dba ETS Services, LLC (TRUSTEE) TO The Bank of New York Trust Company NA as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1 (GRANTEE) IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT WHATSOEVER.  THE DEED OF TRUST DATED 6/22/2005 , RECORDED 7/5/2005 AS INSTRUMENT NUMBER 2005-111708 IN BOOK , PAGE , IS IN FULL FORCE AND EFFECT.

Executive Trustee Services, LLC dba ETS Services, LLC

_Marques Perry_

State of California    } S.S.
County of Los Angeles }

On 9/13/2012 ,before me  Sally Beltran  Notary Public, personally appeared Marques Perry, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal
_Sally Beltran_

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 1, 2015