**Exhibit E**



2007-051106
2007-051106
09:11am 04/04/07 AT Fee: 13.00
Count of pages 3
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20070051106AR*

Prepared by: Option One Mortgage Corp.
& When Recorded Return to: Assn Dept.
American Document Services, Inc.
250 Commerce 2nd Floor
Irvine, CA 92602    PROJECT 632
(888)477-4780

PREPARED BY: STEVE EMBRY
OPTION ONE MORTGAGE CORP.
3 ADA, IRVINE CA 92618
(949) 790-3600          ODTI

LOAN #: ▮▮▮931



6028 **ASSIGNMENT OF DEED OF TRUST**

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
**3230 E. IMPERIAL HWY #203, BREA, CA 92821**

does hereby grant, sell, assign, transfer and convey, unto **OPTION ONE MORTGAGE**
a corporation organized and existing under the laws of **THE UNITED STATES OF AMERICA**
                                                                                        (herein "Assignee"),
whose address is   **3 ADA, IRVINE, CA 92618**
all beneficial interest under a certain Deed of Trust, dated    **JUNE 22, 2005**    , made and executed
by **ALAN IRVING MOSS, AN UNMARRIED MAN.**
Property Address: 86 Sun Lucas Ave., Moss Beach, CA 94038 ,

to **ALLIANCE TITLE**
                                                                         Trustee, upon the following

Described property situated in **SAN MATEO COUNTY**                   State of California
:

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

APN. # ▮▮▮120-6

such Deed of Trust having been given to secure payment of   **$612,500.00**   which Deed of Trust is of record in
                                                                 (original principal amount)
Instrument No. 2005-111708     , on 7/5/05 in book ▭ .                                  , page —
             , of Official Records in the County Recorder's office of **SAN MATEO**
County, State of  **California**,          together with the note(s) and obligations therein described, the money due
and to become due thereon with interest, and all rights accrued under said Deed of Trust.

Page 1 of 2

Exhibit E    Pg 3 of 4

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IN WITNESS WHEREOF, the undersigned Assignor has executed this assignment of Deed of Trust on 6/27/05

CJ MORTGAGE INC., A CALIFORNIA CORPORATION

BY _____

Vanessa Bran

State of California
County of ORANGE

On 6/27/05 before me, Christian Trausch, Notary Public _____

~~Vanessa Bran~~ Vanessa Bran _____, personally appeared

personally known to me(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature (s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: CHRISTIAN M. TRAUSCH, Commission # 1376564, Notary Public - California, Orange County, My Comm. Expires Sep 24, 2006]

Christian M. Trausch

Page No. 6



## Exhibit A
### LEGAL DESCRIPTION
LEGAL DESCRIPTION

All that certain real property in the County of San Mateo, State of California, described as follows:

Lots 20, 22 and 23, Block 13, as designated on that certain map entitled, "Map of Riviera Ocean Villa Tract, San Mateo County, California", which map was filed in the Office of the Recorder of the County of San Mateo, State of California on June 15, 1908, in Book 6 of Maps at Page 20.

APN No: ███ 120-6

