# **Exhibit H**

RECORDING REQUESTED BY:

Recording requested by:
FIRST AMERICAN TITLE

**FIRST AMERICAN TITLE INSURANCE**

EXECUTIVE TRUSTEE SERVICES, LLC.
15455 SAN FERNANDO MISSION BLVD
SUITE #208
MISSION HILLS, CA 91345
(818) 837-2300

TS NO : ▮▮▮▮▮830-C
LOAN NO : ▮▮▮▮4900

2006-170399
01:54pm 11/10/06 ST Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20060170399AR*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, ALAN IRVING MOSS, AN UNMARRIED MAN** was the original Trustor, **ALLIANCE TITLE** was the original Trustee, and **CJ MORTGAGE INC., A CALIFORNIA CORPORATION** was the original Beneficiary under that certain Deed of Trust dated **6/22/2005** and recorded on **7/5/2005** as Instrument No. **2005-111708**, in Book , Page of Official Records of **San Mateo** County, California; and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned hereby substitutes a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned desires to substitute **EXECUTIVE TRUSTEE SERVICES, LLC FKA EXECUTIVE TRUSTEE SERVICES, INC.**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

**Dated : September 21, 2006**

TCIF REO2, LLC

_[signature]_
MARGIE KWAITANOWSKI, VICE PRESIDENT

State of PA } ss.
County of Montgomery

On 09/21/06 before me, Brenda Staehle Notary Public, personally appeared Margie Kwaitanowski personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _[signature]_

(Seal)
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Brenda Staehle, Notary Public
Perkasie Boro, Bucks County
My Commission Expires Mar. 11, 2010
Member, Pennsylvania Association of Notaries

# AFFIDAVIT OF MAILING
## FOR SUBSTITUTION OF TRUSTEE BY CODE

T.S. No. : ▊▊▊▊830-C
Trustor : ALAN IRVING MOSS, AN UNMARRIED MAN

I, Beatriz Osorio, TRUSTEE SALE OFFICER, declare: That I am an officer, agent or employee of EXECUTIVE TRUSTEE SERVICES, LLC whose business address is:

**15455 San Fernando Mission Blvd., Suite 208, Mission Hills, California 91345**

I am over the age of eighteen years; On 11/08/2006, by Certified and First Class mail, enclosed in a sealed envelope with postage fully prepaid, I deposited in the United States Mail, a copy of the attached Substitution of Trustee to the trustee of record under the Deed of Trust described in said Substitution, and;

A copy of the attached Substitution has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 07, 2006

_____
Beatriz Osorio, Trustee Sale Officer