**Exhibit I**

FIRST AMERICAN TITLE COMPANY

**RECORDING REQUESTED BY:**

**AND WHEN RECORDED MAIL TO**

EXECUTIVE TRUSTEE SERVICES, LLC.
15455 SAN FERNANDO MISSION BLVD
SUITE #208
MISSION HILLS, CA 91345

T.S. No.: ▮▮▮▮30-C
Loan No.: ▮▮▮▮4900

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 05/17/07
AS INSTRUMENT NO.2007-076538
IN BOOK          PAGE
OFFICIAL RECORDS OF SAN MATEO

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF RESCISSION OF NOTICE OF DEFAULT

**NOTICE IS HEREBY GIVEN:** That **EXECUTIVE TRUSTEE SERVICES, LLC FKA EXECUTIVE TRUSTEE SERVICES, INC.** is duly appointed Trustee under a Deed of Trust dated **6/22/2005**, executed by **ALAN IRVING MOSS, AN UNMARRIED MAN**, as Trustor, to secure certain obligations in favor of **CJ MORTGAGE INC., A CALIFORNIA CORPORATION**, as Beneficiary, recorded **7/5/2005**, as Instrument No.**2005-111708**, in book , page , of Official Records in the Office of the Recorder of **San Mateo** County, California describing land therein as more fully described on the above referenced deed of trust.

said obligations including one note for the sum of **$612,500.00**.

Whereas, the present beneficiary under that certain Deed of Trust herein above described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **6/20/2006** in the office of the Recorder of **San Mateo** County, California, Instrument No. **2006-092022**, in Book , Page , of Official Records.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary and/or the Trustee, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

EXECUTIVE TRUSTEE SERVICES, LLC

Dated: **May 04, 2007**

By: _____
DIANNA SANDOVAL
TRUSTEE SALE OFFICER