**<u>Exhibit K</u>**

2013-121648
11:44 am 08/19/13 NR Fee: 18.00
Count of Pages 2
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

* R 0 0 0 1 7 2 2 3 6 3 *

REQUESTED BY:

WHEN RECORDED MAIL TO:  Clair Romnell
1 em Barcadero Center
San Francisco CA 94111

[SPACE Above This Line For Recording Data]

LN#4900
A.P.N.: ▮-120

# NOTICE OF RESCISSION
## of Notice of Default and Election to Sell Under Deed of Trust

**NOTICE IS HEREBY GIVEN:** That **EXECUTIVE TRUSTEE SERVICES, LLC** is the duly appointed Trustee under a Deed of Trust dated **6/22/2005**, executed by **ALAN IRVING MOSS, AN UNMARRIED MAN**, as Trustor, to secure certain obligations in favor of **CJ MORTGAGE., A CALIFORNIA CORPORATION**, as Beneficiary, recorded 7/6/2005, as Instrument No. 2005-111708, in Book , Page , of Official records in the Office of the Recorder of **San Mateo** County, **California** describing land therein as more fully described on the above referenced Deed of Trust.

Whereas, the beneficiary under that certain Deed of Trust herein described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described, and whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **9/18/2007** in the office of the Recorder of **San Mateo** County, California, Instrument No. **2007-138470**, in Book , Page , of Official Records.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary and/or the Trustee, does hereby rescind, cancel, and withdraw said Notice of Default and Election to Sell Under Deed of Trust; this rescission shall not in any manner be construed as waiving or affecting any breach of default – past, present or future – under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Notice of Default and Election to Sell Under Deed of Trust, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made or given.

Dated: January 9, 2013       EXECUTIVE TRUSTEE SERVICES, LLC

By: _____
Myron Ravelo, Authorized Signer

19000.0328/2495039.1

LN#▮4900
A.P.N.: ▮5-120

# ACKNOWLEDGMENT

State of California            )
                               )
County of Los Angeles          )


      On <u>January 9, 2013</u>, before me, <u>Sally Beltran</u>, Notary Public, personally appeared <u>Myron Ravelo</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that they executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE

SEAL

> SALLY BELTRAN
> Commission # 1962270
> Notary Public - California
> Los Angeles County
> My Comm. Expires Dec 1, 2015

19000.0328/2495039.1