**Exhibit O**

# LexisNexis® CourtLink®

**Single Search - with Terms and Connectors**

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Lexis.com | Sign Out

Welcome, Joan Loftus

[ Enter keywords - Search multiple dockets & documents ]  **Search**   Info

| My CourtLink | **Search** | Dockets & Documents | Track | Alert | Strategic Profiles | My Account | Court Info |

Search > Search by Criteria > Untitled Search 12/8/2014 20:50:12 > CA-SUP-MTO:CIV505386

## Docket Tools

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets | [Add to My Briefcase] [Email this Docket] [Printer Friendly Format] |
|---|---|---|---|---|
| This docket was retrieved from the court on 12/8/2014 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case | |

Order Runner Documents from our nationwide Document Retrieval Service.
- Or - Call 1.866.540.8818.

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

## Docket

>> Lexis® Web Search is enabled on this docket

### California Superior Courts

CA Superior - San Mateo

(SanMateo)

### CIV505386

### Alan Irving Moss VS Executive Trustee Ser., Llc

This case was retrieved from the court on Monday, December 08, 2014

**Update Now**

### Header

| | |
|---:|---|
| Case Number: | CIV505386 |
| Date Filed: | 05/05/2011 |
| Date Full Case Retrieved: | 12/08/2014 |
| Misc: | (9) CIVIL COMPLAINT; (CIV) Unlimited Civil |

[Summary] [Participants] [Proceedings] [Complaints] [Minutes] [Pending Hearings]

### Summary

No Information is Available for this case

Back to Top

### Participants

| Litigant | Attorney |
|---|---|
| Alan Irving Moss<br>Plaintiff<br>Complaint Number: 1<br>Status: DISPOSITIONED 05/23/2012 | Pro Per<br>Moss, Alan Irving<br>P.O. Box 721<br>Moss Beach, CA 94038 |
| Executive Trustee Services, Llc<br>Defendant<br>Complaint Number: 1<br>Status: Default Entered 06/17/2011 | Unrepresented<br>Executive Trustee Services, Llc |

Back to Top

### Complaints

| Nbr | Type | File Date | Status |
|---|---|---|---|
| 1 | COM COMPLAINT of ALAN IRVING MOSS | 05/05/2011 | Dispositioned 05/23/2012 |

Back to Top

### Minutes

| Type | Details |
|---|---|
| Reference Action | (S) Complaint Filed |

| | |
|---|---|
| | 05/05/2011 |
| | Receipt: 110506-0149 $395.00 |
| Reference Action | Case Management Conference |
| | 08/26/2011 9:00 AM |
| | Dept 7 |
| | Hearing Continued to 12/02/11 at 09:00 in Department 7. |
| Reference Action | Case Management Conference |
| | 12/02/2011 9:00 AM |
| | Dept 21 |
| | Honorable Robert D. Foiles, Judge Presiding. Clerk: Cheryl Lyssand Court Reporter: Cindy Del Rosario |
| | Alan Irving Moss Appeared in Pro Per by Courtcall. |
| | The Court is Informed A Prove-Up Hearing Will be Set. |
| | Hearing Continued to 03/07/12 at 09:00 in Department 7. |
| | Plaintiff to Give Notice. |
| | Plaintiff Shall Submit an Updated Case Management Statement. |
| | If A Judgment is Filed Then no Appearance is Required. |
| | Entered by C Lyssand on 12/02/11. |
| | - 11 - |
| Reference Action | First Paper Fee Paid by Executive Trustee Services, Llc. |
| | 03/06/2012 |
| | Receipt: 120306-0801 $395.00 |
| Reference Action | Case Management Conference |
| | 03/07/2012 9:00 AM |
| | Dept 7 |
| | Hearing Continued to 06/08/12 at 09:00 in Department 7. |
| Reference Action | Hearing Default Prove-Up. |
| | 03/09/2012 9:00 AM |
| | Dept PJ |
| | Honorable Beth Labson Freeman, Judge Presiding. Clerk: Sean Kane Court Reporter: Chris Perez |
| | Attorney(S): Elena Kouvabina Appearing For Defendant Executive Trustee Services, Llc. |
| | Alan Irving Moss Not Present. |
| | Court Informs Defense Counsel it Received A Telephone Call From Mr. Moss Informing The Court |
| | That he Did Not Intend to Proceed With A Prove-Up Hearing Today, as Defendant Has Filed A Motion to |
| | Set Aside Entry of Default. |
| | Matter Dropped From Calendar. |
| | If Defendants Motion is Denied, Plaintiff Must Re-Calendar His Default Prove-Up Hearing |
| | Himself. |
| | Entered by S Kane on 03/09/12. |
| | ==================================== |
| Reference Action | Motion Fee Paid by Executive Trustee Services, Llc. |
| | 04/04/2012 |
| | Receipt: 120404-0443 $40.00 |
| Reference Action | Hearing: Motion Re: to Set Aside Entry of Default Filed by Executive Trustee Services, Llc |
| | 04/18/2012 9:00 AM |
| | Dept LM |
| | Hearing Off Calendar. Reason: Per Moving Partys Notice of Withdrawal of Motion, Filed 4/4/12. |
| Reference Action | Hearing: Motion Re: to Set Aside Entry of Default Filed by Executive Trustee Services, Llc |
| | 05/31/2012 9:00 AM |
| | Dept LM |
| | Honorable Joseph C. Scott, Judge Presiding. Clerk: Linda Makela Court Reporter: Makela. |
| | No Appearance is Made by Any Parties Herein or Their Counsel of Record. |
| | Action Automatically Stayed, Bankruptcy Petition Filed by Moving Party on 05/14/12. |
| | ==================================== |
| | Entered by Lmakela on 05/31/12. |

Back to Top

**Pending Hearings**

**No Information is Available for this case**

Back to Top

**Documents**

[ Retrieve Document(s) ]

| | | Items 1 to 32 of 32 | | |
|---|---|---|---|---|
| ☐ Availability | Nbr | Date | Details | Disposition |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Online | 1 | 05/05/2011 | (S) Complaint Filed | |
| ☐ | Online | 2 | 05/05/2011 | 30 Day Summons, Issued And Filed. | |
| ☐ | Online | 3 | 05/05/2011 | Civil Case Coversheet Received | |
| ☐ | Runner | 4 | 06/02/2011 | Proof of Personal Service of Summons And Complaint Filed 05/05/2011 of Alan Moss Served on Executive Trustee Services, Llc by Serving Bradley Ellison, Agent For Service With Service Date of 05/09/11 | |
| ☐ | Runner | 5 | 06/17/2011 | Default Entered as to Executive Trustee Services, Llc | |
| ☐ | Runner | 6 | 06/17/2011 | Request For Default Filed And Default Entered on Complaint Filed 05/05/2011 of Alan Moss as to Executive Trustee Services, Llc. | |
| ☐ | Runner | 7 | 08/22/2011 | Statement of of Damages Filed by Alan Irving Moss | |
| ☐ | Runner | 8 | 08/22/2011 | Proof of Service (Personal) of Statement of Damages * Served on Executive Trustee Services, Llc With Service Date of 08/09/11 Filed. | |
| ☐ | Online | 9 | 08/26/2011 9:00 AM | Case Management Conference (Dept 7) | Continued |
| ☐ | Runner | 10 | 11/28/2011 | Case Management Statement Filed by Alan Irving Moss. | |
| ☐ | Runner | 11 | 12/01/2011 | Hcmc1i Calendared on 12/02/11 in Dept. 7. Has Been Updated to 12/02/11 in Dept. 21. | |
| ☐ | Runner | 12 | 12/02/2011 9:00 AM | Case Management Conference (Dept 21) | Continued |
| ☐ | Runner | 13 | 03/01/2012 | Request to Set Hearing on Uncontested Calendar (Default Prove-Up), Filed. | |
| ☐ | Runner | 14 | 03/06/2012 | First Paper Fee Paid by Executive Trustee Services, Llc. | |
| ☐ | Runner | 15 | 03/06/2012 | Notice of Motion And Motion to Set Aside Entry of Default Based on Excusable Mistake Filed by Executive Trustee Services, Llc | |
| ☐ | Runner | 16 | 03/06/2012 | Declaration of Carol Bonello in Support of Executive Trustee Services, Llcs Motion to Set Aside | |
| ☐ | Runner | 17 | 03/06/2012 | Declaration of Ilena Kouvabina Insupport of Motion to Set Aside Entry of Default | |
| ☐ | Runner | 18 | 03/06/2012 | Proof of Service of Defendants Notice of Motion, Etc. Served on Mr. Alan Irving Moss by Usps With A Service Date of 03/06/12. | |
| ☐ | Runner | 19 | 03/07/2012 9:00 AM | Case Management Conference (Dept 7) | Continued |
| ☐ | Runner | 20 | 03/09/2012 9:00 AM | Hearing Default Prove-Up. (Dept Pj) | Completed |
| ☐ | Runner | 21 | 04/04/2012 | Notice of Withdrawal of Motion to Set Aside Entry of Default Filed by Executive Trustee Services, Llc. | |
| ☐ | Runner | 22 | 04/04/2012 | Notice of Motion And Motion to Set Aside Entry of Default Based on Extrinsic Fraud or Mistake Filed by Executive Trustee Services, Llc | |
| ☐ | Runner | 23 | 04/04/2012 | Motion Fee Paid by Executive Trustee Services, Llc. | |
| ☐ | Runner | 24 | 04/04/2012 | Declaration of Carol Bonello in Support of Executive Trustee Services Motion to Set Aside Default | |
| ☐ | Runner | 25 | 04/04/2012 | Declaration of Elena Kouvabina in Support of Motion to Set Aside Entry of Default | |
| ☐ | Runner | 26 | 04/18/2012 9:00 AM | Hearing: Motion Re: to Set Aside Entry of Default Filed by Executive Trustee Services, Llc (Dept Lm) | Off-Calendar |
| ☐ | Runner | 27 | 05/17/2012 | Alan Irving Moss`s Response to Defendants Motion to Set Aside Default Filed. | |
| ☐ | Runner | 28 | 05/17/2012 | Declaration of Alan Moss in Support of Plaintiffs Response to Motion to Set Aside Default | |
| ☐ | Runner | 29 | 05/23/2012 | Case Dispo`d - Bankruptcy/Federal Court Notification Received | |
| ☐ | Runner | 30 | 05/23/2012 | Notice of Stay of Proceedings Filed by Executive Trustee Services, Llc. | |
| ☐ | Runner | 31 | 05/31/2012 9:00 AM | Hearing: Motion Re: to Set Aside Entry of Default Filed by Executive Trustee Services, Llc (Dept Lm) | Completed |
| ☐ | Runner | 32 | 06/08/2012 9:00 AM | Case Management Conference (Dept 7) | Vacated |
| | | | | Items 1 to 32 of 32 | |

[Retrieve Document(s)]

LexisNexis®  |  About LexisNexis  |  Terms & Conditions  |  Pricing  |  Privacy  |  Customer Support - 1-888-311-1966  |  Copyright © 2014 LexisNexis®. All rights reserved.