UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
In re                          :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC,      :    Case No. 12-12020 (MG)
et al..,[1]                    :
:
:
               Debtor.         :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on April 14, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B,** and via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON APRIL 16, 2015 AT 2:00 P.M. (EST)(Docket No. 8493)**
- **NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE EVIDENTIARY HEARING SCHEDULED FOR APRIL 16, 2015 AT 2:00 p.m. (ET)(Docket No. 8494)**

Dated: April 15, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document |
|---|

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 15 day of April, 20 15, by, Richie Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Dflanigan@polsinelli.com;
Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Marcusdanielsilver@gmail.com;

bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;

Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;


andrea.hartley@akerman.com;
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
bnkatty@aldine.k12.tx.us;
ecfmail@aclawllp.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;
jeff.brown@gmacfs.com;
william.b.solomon@ally.com;

kit.weitnauer@alston.com;
marty.bunin@alston.com;
william.hao@alston.com;
bill.macurda@alston.com;
john.stern@texasattorneygeneral.gov;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;
xrausloanops5@barclays.com;
david.powlen@btlaw.com;
bbeskanos@aol.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
schaedle@blankrome.com;
tarr@blankrome.com;
root@blankrome.com;
courtney.lowman@ally.com;
ryan.philp@bgllp.com;
stan.chelney@bgllp.com;
jhaake@wbsvlaw.com;
swissnergross@brownrudnick.com;
pbustos@bustosassociates.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dcaley@wongfleming.com;
bankruptcy@clm.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com;
srosen@cbshealaw.com;

mwarner@coleschotz.com;
ra-li-ucts-bankrupt@state.pa.us;
will.hoch@crowedunlevy.com;
mgallagher@curtis.com;
macohen@curtis.com;
sreisman@curtis.com;
hryder@daypitney.com;
jjtancredi@daypitney.com;
jwcohen@daypitney.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;
rosa.mendez@db.com;
Brendan.meyer@db.com;
diem.home@gmail.com;
blmessinger@duanemorris.com;
uncadunc1@aol.com;
broylesmk@rgcattys.com;
tterrell@feinsuch.com;
tterrell@feinsuch.com;
ppascuzzi@ffwplaw.com;
dearly@fdic.gov;
floressaucedopllc@gmail.com;
tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
gary.kaplan@friedfrank.com;
kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
kpatrick@gibbsbruns.com;
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
theodore.w.tozer@hud.gov;
kstadler@gklaw.com;
gjarvis@gelaw.com;
mpmorris@gelaw.com;

Pg 7 of 17

delman@gelaw.com;
brian@gmcnjlaw.com;
bnoren@hinshawlaw.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
ayala.hassell@hp.com;
rnorton@hunton.com;
rrich2@hunton.com;
floraoropeza@co.imperial.ca.us;
bankruptcy2@ironmountain.com;
pgallagher@nassaucountyny.gov;
ceblack@jonesday.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;
reriksen1@gmail.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com;
kgcully@kgcully.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
ecf@kaalaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
judson.brown@kirkland.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
sdny@kmk-law.net;
jleibowitz@kandfllp.com;
dlibra@lapplibra.com;
james.heaney@lawdeb.com;
Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com;
austin.bankruptcy@publicans.com;

dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com;
choward@lockelord.com;
abehlmann@lowenstein.com;
abehlmann@lowenstein.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
metkin@lowenstein.com;
adoshi@magnozzikye.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
jrufo@mwc-law.com;
lgordon@mvbalaw.com;
pmoak@McKoolSmith.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
knewman@menterlaw.com;
sdnyecf@dor.mo.gov;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
lberkoff@moritthock.com;
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;
seth.goldman@mto.com;
Thomas.walper@mto.com;
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov;
almeyers@sjgov.org;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;
brandon.johnson@pillsburylaw.com;
jmcmurtr@placer.ca.gov;

dflanigan@polsinelli.com;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
igoldstein@proskauer.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
mrollin@rplaw.com;
cwood@rgrdlaw.com;
stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com;
reriksen1@gmail.com;
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com;
johnrosario@delroslaw.com;
prubin@rubinlawllc.com;
dsasser@siwpc.com;
dhall@siwpc.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
jglucksman@scarincihollenbeck.com;
bdk@schlamstone.com;
bbressler@schnader.com;
rbarkasy@schnader.com;
eboden@schnader.com;
DBlumenthal@SchneiderMitola.com;
adam.harris@srz.com;
howard.godnick@srz.com;

marguerite.gardiner@srz.com;
michael.cutini@srz.com;
bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com;
taconrad@sbwlawfirm.com;
fsosnick@shearman.com;
bluckman@shermansilverstein.com;
pjones@stahlcowen.com;
pdatta@hhstein.com;
amuller@stinson.com;
whazeltine@sha-llc.com;
msweeney@msgrb.com;
tal@talcottfranklin.com;
jmiller@tcfbank.com;
jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov;
robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com;
tmm@mullaw.org;
themeyerslawfirm@gmail.com;
TJSinnickson@aol.com;
frenklinart@aol.com;
kay.brock@co.travis.tx.us;
mamta.scott@usbank.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
Mark.Flannagan@umb.com;;
james.byrnes@usbank.com;
laura.moran@usbank.com;
SBOYD@walterinvestment.com;

mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com;
accesslegalservices@gmail.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
rmaney@wilmingtontrust.com;
david.tillem@wilsonelser.com;
dneier@winston.com;
cschreiber@winston.com;
jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;

## EXHIBIT B

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Rowen L Drenne as Representative
for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Secretary of State
123 William St
New York, NY 10038-3804

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Rd Ste N109
Melville, NY 11747

Peter T. Roach and Associates, P.C.
Michael C Manniello
125 Michael Drive, Suite 105
Syosset, NY 11791

Talcott Franklin P.C.
Derek S Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

| | |
|---|---|
| Kirkland & Ellis<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| Kramer Levin Naftallis & Frankel LLP<br>Kenneth H Eckstein, Thomas Moers<br>Mayer & Douglas H Mannal & Jeffrey Trachtman<br>1177 Avenue of the Americas<br>New York, NY 10036 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 |
| Kurtzman Carson Consultants<br>P Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Loeb & Loeb LLP<br>Walter H Curchack, Vadim J Rubinstein<br>& Debra W Minoff<br>345 Park Ave<br>New York, NY 10154 |
| Morrison & Foerster LLP<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi & Kayvan B Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Office of the NY State Attorney General<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the<br>Southern District of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |

Securities & Exchange Commission
NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022




U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001




United States Attorney's Office for the
Southern District of New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007




Wells Fargo Bank NA
Attn Corporate Trust Services -
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046




US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

## **EXHIBIT C**

Francine Silver
8613 Franklin Avenue
Los Angeles, CA 90069

12-12020-mg    Doc 8503    Filed 04/15/15    Entered 04/15/15 16:13:35    Main Document
Pg 17 of 17

**EXHIBIT C**