# EXHIBIT 19

# EXHIBIT 19

FedEx Express
Customer Support Trace
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-2600



*Notice of*
*Trustees Sale*
*7/23/09*

December 16, 2009

PAM LONGONI
(775) 786-0452

Dear PAM LONGONI:

Our records reflect the following delivery information for the shipment with the tracking number 420732800179. The package was released as authorized by the shipper/recipient.

Delivery Information:

    Released By:    9999999999999

    Delivered to:    5540 TWIN CREEKS

    Delivery Date:    August 04, 2009

    Delivery Time:    02:00 PM

    Shipping Information:

Shipment Reference Information: 00301-DESTROY IF UNDELIVERABLE

| Tracking No: | 420732800179 | Ship Date: | July 30, 2009 |
|---|---|---|---|
| Shipper: | GMAC SHIPPING<br>GMAC/A. M. S.<br>12811 16TH AVE N<br>PLYMOUTH, MN 55441<br>US | Recipient: | JEAN M GAGNON<br>PAMELA LONGONI<br>5540 TWIN CREEKS DR<br>RENO, NV 89523<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2009121600869903063

This information is provided subject to the FedEx Service Guide.

LONG-0066

# FedEx

Español | Customer Support | FedEx Locations | Search | Go

- Package/Envelope
- Freight
- Expedited
- Office/Print Services
- Ship ▸
- Track ▸
- Manage ▸
- Business Solutions ▸

## Detailed Results

Printable Version

Enter tracking number

- Detailed Results
- Notifications

Tracking no.: 420732800179

**Delivered**

Initiated — Picked up — In transit — Delivered

Delivered
Signed for by: Signature not required

| Shipment Dates | Destination |
|---|---|
| Ship date: Jul 30, 2009 | RENO, NV |
| Delivery date: Aug 4, 2009 2:00 PM | Proof of Delivery |

### Shipment Facts

| Service type | Express Saver | Reference | 00301-DESTROY IF UNDELIVERABLE |
|---|---|---|---|

### Shipment Travel History

Select time zone: Select             Select time form

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 4, 2009 2:00 PM | Delivered | RENO, NV | Package delivered address - release |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

http://www.fedex.com/Tracking?action=track&language=english&ascend_header=1&cnt...    12/16/2009

LONG-0067

FedEx Express Corporation  
Delivery Information  
Domestic Trace  
1000 Fedex Drive  
Coraopolis, PA 15108-0022

U.S Mail: 1000 Fedex Drive  
Coraopolis, PA 15108-0022

Telephone 941-463-3339



## FAX HEADER SHEET

FROM: FedEx Express  
PHONE: 1-800-GO-FEDEX

TO: PAM LONGONI  
PHONE: 7757860452

PAGES: 2 (including header)

Reference Number: R2009121600869903063

LONG-0068