**EXHIBIT 21**

**EXHIBIT 21**

# FINANCIAL ANALYSIS FORM

Account Number: 7440353498

| I want to: | ☒ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☒ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant |

## BORROWER

**BORROWER'S NAME:** Pamela Longoni
**SOCIAL SECURITY NUMBER:** 530 84 6173
**DATE OF BIRTH:** 02/05/64
**HOME PHONE NUMBER WITH AREA CODE:** 775 746 4365
**CELL OR WORK NUMBER WITH AREA CODE:** 775 530 5251

## CO-BORROWER

**CO-BORROWER'S NAME:** Jean Gagnon
**SOCIAL SECURITY NUMBER:** 530 79 2165
**DATE OF BIRTH:** 04/12/62
**HOME PHONE NUMBER WITH AREA CODE:** 775 746 4365
**CELL OR WORK NUMBER WITH AREA CODE:** 775 291 0666

**MAILING ADDRESS:** 5540 Twin Creeks Drive Reno NV 89523
**PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME):** Same
**EMAIL ADDRESS:** plongoni@etsreno.com

Is the property listed for sale? ☐ Yes ☒ No
Have you received an offer on the property? ☐ Yes ☒ No
Date of offer _____ Amount of Offer $_____
Agent's Name:
Agent's Phone Number:
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help?
☐ Yes ☒ No
If yes, please complete counselor contact information below.
Counselor's Name:
Counselor's Phone Number:
Counselor's Email:

Who pays the Real Estate Tax bill on your property?
☐ I do ☒ Lender does
Are the taxes current? ☒ Yes ☐ No
Condominium or HOA Fee ☐ Yes ☐ No $_____
Paid to: _____

Who pays the hazard insurance policy for your property?
☐ I do ☒ Lender Does ☐ Paid by Condo or HOA
Is the policy current? ☒ Yes ☐ No
Name of Insurance Co.: Farmers
Insurance Co. Tel #: 775 359 2256

Have you filed for bankruptcy? ☐ Yes ☒ No    If yes: ☐ Chapter 7 ☐ Chapter 13    Filing Date: _____
Has your bankruptcy been discharged? ☐ Yes ☐ No    Bankruptcy case number _____

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| None | | | |

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by *(Please check all that apply)*:

☒ My household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower.

☒ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☒ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments).

☐ Other _____

**Explanation (Required):**

_____
_____
_____
_____
_____
_____

If additional space is needed for Explanation, please include an additional page.

LONG0171

# FINANCIAL ANALYSIS FORM
(Continued)

Account Number 7440353498

## INCOME/EXPENSES FOR HOUSEHOLD — NUMBER OF PEOPLE IN HOUSEHOLD

### 1. Monthly Household Income

| Item | Amount |
|---|---|
| Gross Salary/Wages (Gross salary/wages = total monthly income before any tax withholding or employer deductions.) | $9500 |
| Overtime | $ — |
| Child Support/Alimony* | $ — |
| Social Security/SSDI | $ — |
| Other monthly income from pensions, annuities or retirement plans | $ — |
| Tips, commissions, bonus and self-employed income | $ — |
| Rents Received | $ — |
| Unemployment Income | $ — |
| Food Stamps/Welfare | $ — |
| Other (investment income, royalties, interest, dividends etc) | $ — |
| **Total (Gross income)** | **$9500** |

### 2. Monthly Household Expenses/Debt

| Item | Amount |
|---|---|
| First Mortgage Payment | $2933.18 |
| Second Mortgage Payment/Liens/Rents (Vegas mr gamm) | $1500.00 |
| Insurance – hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ |
| Property Taxes (If not escrowed and included in your current mortgage payment) | $ |
| Credit Cards/Installment Loan(s) (total minimum payment per month) | $600+ |
| Alimony, child support payments | $ — |
| Health Insurance | $60 — |
| HOA/Condo Fees/Property Maintenance | $ — |
| Car Payments | $510 |
| Medical Expenses | $100 |
| Child Care | $ — |
| Student Loans/Personal Loans | $1200 |
| Auto Expenses/Gasoline/Insurance | $900 |
| Food/Household Supplies | $800 |
| Water/Sewer/Utilities/Phone(s)/Cable | $400 |
| Other | $ |
| **Total Debt/Expenses** | **$8903** |

### 3. Household Assets

| Item | Amount |
|---|---|
| Checking Account(s) Balance | $ |
| Checking Account(s) Balance | $ |
| Savings/Money Market | $0 |
| CDs | $0 |
| Stocks/Bonds | $0 |
| Other Cash on Hand | $0 |
| Other Real Estate (estimated value) | $0 |
| Other | $ |
| **Total Assets** | **$0** |

Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.)

*ALL INCOME MUST BE DOCUMENTED*

Include combined income and expenses from the borrower and co-borrower. If any. If you include income and expenses from a household member who is not a borrower, please specify using a separate piece of paper if necessary. You are not required to disclose Child Support, Alimony or Separate Maintenance income unless you choose to have it considered by your servicer.

If additional space is needed, please include an additional page.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☒ I do not wish to furnish this information | CO-BORROWER | ☒ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

### To be Completed by Interviewer

| This application was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature       Date<br><br>Interviewer's Phone Number (include area code) | |

12-12020-mg    Doc 8505-21    Filed 04/15/15    Entered 04/15/15 19:45:08    Exhibit Exhibit 21    Pg 4 of 5

## ACKNOWLEDGEMENT AND AGREEMENT

Account Number __1440355498__

**In making this request for consideration to review my loan terms I/We certify under penalty of perjury:**

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.
8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.
13. [X] My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    [ ] My/Our property is not owner occupied.

_____  8/9/09         _____  8/9/09
Borrower Signature           Date           Co-Borrower Signature      Date

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.



888-995-HOPE™
Homeowner's HOPE Hotline

---

**NOTICE TO BORROWERS**

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



LONG0173

| Form **4506T-EZ** (October 2009) Department of the Treasury Internal Revenue Service | **Short Form Request for Individual Tax Return Transcript** Request may not be processed if the form is incomplete or illegible. | OMB No. 1545-2154 |
|---|---|---|

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first. *Pamela D. Longoni* | 1b First social security number on tax return *530 84 6173* |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. *Jean M. Gagnon* | 2b Second social security number if joint tax return *530 79 3165* |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
*5540 Twin Creeks Dr.   Reno NV 89523*

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
|  |  |

Address (including apt., room, or suite no.), city, state, and ZIP code

**6** Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

**Caution.** If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

**Note.** If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

**Note.** This form must be received within 60 days of signature date.

**Sign Here**

Signature (see instructions) *[signed Pamela D. Longoni]*    Date *8/9/09*

Spouse's signature *[signed]*    Date *8/9/09*

Telephone number of taxpayer on line 1a or 2a

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 54185S    Form **4506T-EZ** (10-2009)

LONG0174