Duane Morris LLP
Lawrence J. Kotler, Esq.
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
     and
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 208-4521 (facsimile)

*Attorney for The Bank of New York Mellon f/k/a
The Bank of New York, as Trustee for the Holders
of the Certificates, First Horizon Mortgage
Pass-Through Certificates Series FH06-FA2, by
First Horizon Home Loans, a Division of First
Tennessee Bank National Association, Master
Servicer, in its Capacity as Agent for the Trustee
under the Pooling and Servicing Agreement*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FH06-FA2, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT FOR RECONSIDERATION OF THE JUNE 11, 2014 ORDER GRANTING RESCAP LIQUIDATING TRUST'S SIXTY-FIFTH <u>OMNIBUS OBJECTION (NO LIABILITY CLAIMS)</u>**

Kindly withdraw the *Motion for Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims)* [Docket No. 7170] filed on June 24, 2014.

DATED:  April 16, 2015                                             DUANE MORRIS LLP

By: */s/Lawrence J. Kotler*
Lawrence J. Kotler, Esq. (LK 8177)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
    and
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 208-4521 (facsimile)