CAPTION:

RESIDENTIAL CAPITAL, LLC
v.
FRANCINE SILVER

**CERTIFICATE OF SERVICE**
Docket Number: 12-12020(MG)

I, MARCUS SILVER, hereby certify under penalty of perjury that on
4/14/15 (date), I served a copy of THE LETTER REGARDING THE 4/16/15 HEARING
(list all documents)

by (select all applicable)*

- [ ] United States Mail
- [ ] Federal Express
- [x] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

NORMAN S. ROSENBAUM, JORDON A. WISHNEW, MERYL ROTHCHILD
| Name | Address | City | State | Zip Code |

MORRISON & FOERSTER LLP
| Name | Address | City | State | Zip Code |

250 WEST 55th ST
| Name | Address | City | State | Zip Code |

NEW YORK, N.Y. 10019
| Name | Address | City | State | Zip Code |

4/14/15
Today's Date                                    Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form