1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas Peter Beko, to be admitted *pro hac vice*, to represent Claimants Pamela Longoni, individually and as Guardian Ad Litem for Lacey Longoni, and Jean M. Gagnon (the "Clients,"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Nevada, and the United States District Court for the District of Nevada, it is hereby

**ORDERED** that Thomas Peter Beko, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **April 16, 2015**

New York, New York


_____**/s/Martin Glenn**_____

UNITED STATES BANKRUPTCY JUDGE