BY ECF FILING & EMAIL

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Ray C. Schrock**
+1 (212) 310-8210
ray.schrock@weil.com

April 17, 2015

Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *In re Residential Capital LLC,* Case No. 12-12020 (MG) (Bankr. S.D.N.Y.)
<u>Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims</u>

Your Honor:

I write in response to the Court's request at the hearing to consider the *Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims)* [ECF No. 7092] (the "<u>Objection</u>"), held on April 16, 2015. Specifically, my understanding is that the Court directed Ally Financial Inc. (collectively, with its non-debtor subsidiaries and affiliates, "<u>Ally</u>") to submit a letter to the Court in the above referenced chapter 11 cases stating whether Ally has reimbursed any of the Debtors' current or former officers, directors or employees for costs incurred in connection with the United States' FIRREA Investigation.[1] I have since conferred with representatives from Ally and can confirm on behalf of Ally, that, after due inquiry and to the best of Ally's knowledge, as of the date of this letter, Ally has not reimbursed any director, officer or employee of the Debtors for expenses incurred in connection with the FIRREA Investigation. For the avoidance of doubt, other parties may

---

[1] Capitalized terms used but not defined herein shall have the meaning given to such terms in the *Statement of Ally Financial Inc. and Its Non-Debtor Subsidiaries and Affiliates Regarding the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer, and Employee Indemnification Claims)* [ECF No. 8487].

**Weil, Gotshal & Manges LLP**

April 17, 2015
Page 2

have been reimbursed for such costs by Ally, but none of those parties have been reimbursed in their capacity as an officer, director or employee of the Debtors.

Respectfully Submitted,

/s/ Ray C. Schrock

Ray C. Schrock, P.C.,
Counsel to Ally Financial, Inc.

cc: Jordan Wishnew