**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER STRIKING PARTIES' BRIEFS FILED IN CONNECTION WITH THE**
**OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO PROOFS OF**
**CLAIM FILED BY PAMELA D. LONGONI AND JEAN GAGNON**
**(CLAIM NOS. 2291, 2294, 2295 AND 2357)**

The ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Objection,"

ECF Doc. # 8352) to Claim Numbers 2291, 2294, 2295, and 2357 filed by Pamela D. Longoni

and Jean Gagnon (the "Claimants"). The brief in support of the Objection is 34 pages in length.

The Claimants filed a response (the "Response," ECF Doc. # 8505), including a brief in support

that is 54 pages in length. The Trust's reply brief is due on April 28, 2015 and the Objection is

currently scheduled for a hearing on April 30, 2015 at 10:00 a.m.

Pursuant to the undersigned Judge's Chamber Rules:

> Except as permitted by the Court, moving and responsive briefs
> shall be no more than 25 pages in length. Reply briefs shall be no
> more than 10 pages exclusive of the table of contents and table of
> authorities.

*See* Judge Glenn's Chamber Rules, available at http://www.nysb.uscourts.gov/content/judge-

glenns-chambers-rules.

Both the moving and responsive briefs submitted in connection with the Objection are

more than 25 pages in length and violate the Chamber Rules. Neither party contacted the Court

for permission to submit an over length brief.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Objection and Response are stricken and the April 30, 2015 hearing on the Objection is cancelled; and it is further

**ORDERED**, that the Court will permit the parties to re-file the Objection and Response. To the extent the parties deem it necessary to submit a moving and responsive brief beyond the 25 page limit or a reply brief beyond the 10 page limit, the parties shall first request permission from this Court to submit over length briefs.  The Court, however, has no intention of permitting a 34 page objection or a 54 page response; and it is further

**ORDERED**, that the parties shall meet and confer to agree upon a new briefing schedule and a new hearing date for the Objection.

**IT IS SO ORDERED.**

Dated:    April 20, 2015
          New York, New York

                              **/s/Martin Glenn**
                              MARTIN GLENN
                    United States Bankruptcy Judge