Francine Silver 8613 Franklin Ave Los Angeles,, CA 90069

Monday, April 20, 2015

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004 - 1408

RECEIVED
APR 22 2015
U.S. BANKRUPTCY COURT, SDNY

REGARDING 4/16/2015 HEARING

Dear Judge Glenn,

I would like to point out the inconsistencies in the written declaration and oral testimony of the purported Keeley. Although Keeley asserted that all the signatures in question were hers, if true it contradicts her employment history as stated in her written declaration and oral testimony. Keeley lists herself as an authorized officer of "The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JP Morgan Chase Bank, N.A. as Trustee s/b/m to Bank One N.A. as Trustee s/b/m to The First National Bank of Chicago as Trustee." This purported work history was completely omitted from the Keeley testimony.

Debtors argue that there can be minor differences in signatures but the signatures at hand are very apparently entirely different and are obviously not done by the same person despite what the purported Keeley says. The Keeley testimony is quite simply unbelievable and contradicts the findings of two judges, a handwriting expert, a forensic loan audit and common sense. Anyone that would believe a word of her testimony could easily be convinced that the Brooklyn Bridge is for sale and Charles Manson would make a good baby sitter. Debtors are masters of fraud and document fabrication, will submit erroneous documentation under penalty of perjury and now also blatantly lie to the Court while under the penalty of perjury. Nothing they say or present can be believed.

Sincerely,

*Francine Silver*

Francine Silver

FRANKLINE SILVER
RESIDENTIAL CAPITAL LLC
BORROWER CLAIMS TRUST.

# CERTIFICATE OF SERVICE

Docket Number: _____

I, MARCUS SILVER (name), hereby certify under penalty of perjury that on 4/20/15 (date), I served a copy of A LETTER TO JUDGE GLENN DATED APRIL 20, 2015. (list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| NORMAN S. ROSENBAUM, JORDAN A. WISHNEW, MERYL ROTHCHILD | | | | |
| MORRISON & FOERSTER LLP. | | | | |
| | 250 W. 55TH ST. | | | |
| | | NEW YORK | N.Y. | 10019 |

4/20/15
Today's Date

[signature]
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form