# Exhibit 4

**Docket**

## Case Detail

| | |
|---|---|
| Broward County Case Number: **COCE11013655** | State Reporting Number: **062011CC013655AXXXCE** |
| Court Type: **Civil Division - County Court** | Case Type: **CC Equity > $5,000 - $15,000** |
| Incident Date: **N/A** | Filing Date: **07/14/2011** |
| Court Location: **Central Courthouse** | Case Status: **Pending** |
| Magistrate ID / Name: **N/A** | Judge ID / Name: **50 Skolnik, Peter B.** |

Style: **David Cruz, Jr. Plaintiff vs. Nationstar Mortgage LLC, et al Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

[+] Expand All [-] Collapse All

### [−] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★Denotes Lead Attorney (Per FL Bar Rule 1-3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | **Cruz, David, Jr.** | | ★Cruz, Xiomara Lopez<br>Retained<br>  Law Office of X.L. Cruz PLLC<br>  9900 West Sample Road<br>  Suite 300<br>  Coral Springs, FL 33065 |
| Defendant | **Doe, John**<br>  *Also Known As **All Persons Unknown*** | | |
| Defendant | **Federal National Mortgage Corp**<br>  *Also Known As **Fannie Mae*** | | ★Zakarian, Albert A<br>Retained<br>  LAW OFFICES OF DANIEL C CONSUEGRA, P.L.<br>  9204 King Palm Dr<br>  Tampa, FL 33619-1328 |
| Defendant | **Gmac Mortgage LLC** | | ★Vega, Jose D., ESQ.<br>Retained<br>  Bradley Arant Boult Cummings LLP<br>  One Federal Place<br>  1819 5th Avenue North<br>  Birmingham, AL 35203 |

| | | | |
|---|---|---|---|
| Defendant | **Mortgage Electronic Registration Sy;st;ems Inc** *Also Known As* **MERS** | | ★Lansen, Dessa<br>Retained<br>  9204King Palm Dr<br>  Tampa, FL 33619 |
| Defendant | **Nationstar Mortgage LLC** | | ★Stocker, Michele L., ESQ.<br>Retained<br>  Greenberg Traurig, P.A.<br>  401 E. Las Olas Blvd.<br>  Suite 2000<br>  Ft. Lauderdale, FL 33301 |

## [−] Disposition Detail

| Date | Disposition(s) |
|---|---|
| 05/25/2012 | **Suggestion of Bankruptcy**<br>Comment (case #ny 10004-1408) |

## [−] Events, Hearings and Orders of the Court

| Date | Description | Additional Text |
|---|---|---|
| 02/19/2015 | **Motion to Stay** | OF PROCEEDINGS |
| 01/07/2015 | **Notice of Lack of Prosecution** | MARCH 11, 2015 @ 4PM RM 453 |
| 01/07/2014 | **Mediation Report** | IMPASSE |
| 12/10/2013 | **Certificate** | CERTIFICATION OF MEDIATION AUTHORITY<br>Party: *Defendant* Nationstar Mortgage LLC *Defendant* Federal National Mortgage Corp *Defendant* Mortgage Electronic Registration Sy;st;ems Inc |
| 12/10/2013 | **Notice** | of Mediation Attendance and Certification of Authority<br>Party: *Plaintiff* Cruz, David, Jr. |
| 11/01/2013 | **Notice of Unavailability** | LINDA M. RECK |
| 10/31/2013 | **Copy/Misc Fee** | Payor: ALL AMERICAN DOCUMENT SER ; Userid: CTS-bnicholson ; Receipt: 20131YF1E003950; ; Amount:   $49.00 |
| 07/22/2013 | **Notice of Unavailability** | Party: *Attorney* Cruz, Xiomara Lopez |
| 06/26/2013 | **Order** | ON PL MOT FOR PROT ORD AND OBJ TO DEPO DENIED IN PART |
| 06/24/2013 | **Memorandum in Opposition** | To Pl's Motion for Protective Order<br>Party: *Defendant* Nationstar Mortgage LLC *Defendant* |

| | | |
|---|---|---|
| | | Federal National Mortgage Corp *Defendant* Mortgage Electronic Registration Sy;st;ems Inc |
| 06/14/2013 | **Notice of Hearing** | Peter Skolnick on 06/25/13 @3pm |
| 06/14/2013 | **Record** | |
| 06/04/2013 | **Motion for Protective Order** | |
| 05/20/2013 | **Notice of Taking Deposition** | DEPONENT DAVID CRUZ, JR<br>Party: *Plaintiff* Cruz, David, Jr. |
| 03/14/2013 | **Order** | Denying DF MOt to Dismiss Pl Second Amended Complaint (the Motion) DF shall Ans Pl Second Amended Complaint on or Before 3/8/13. The Parties are Permitted to Consolidate Discovery in the Intent Case and Case #11-16288 (2/7/13) |
| 03/12/2013 | **Answer & Affirmative Defenses** | Df |
| 12/27/2012 | **Notice of Unavailability** | 12-24-12 through 1-11-13 received 12-27-12 |
| 12/19/2012 | **Notice of Hearing** | 2-7-13 @ 3:00 p.m. rm 410/Df's Motion to Dismiss Second Amended Complaint for Forum Non Conveniens (rcvd 12-26-12) |
| 10/25/2012 | **Motion to Dismiss 2nd Amended Complaint** | For Forum Non Conveniens - Df x |
| 10/04/2012 | **Notice** | of Bankruptcy Filing and Supplemental Servicing Order (rcvd @ coce 10-8-12)<br>Party: *Defendant* Gmac Mortgage LLC |
| 09/10/2012 | **Second Amended Complaint** | |
| 07/26/2012 | **Order** | Df Mot to Dismiss Granted in Part. The Amended Complaint is Dismissed w/o Prej Pl Shall Serve its Second Amended Complaint wihtin 45 Days. Df Shall Serve their Rspns within 45 Days of Receipt of the Second Amended Complaint. (7/24/12) |
| 07/06/2012 | **Notice of Hearing** | 7-24-12 @ 2:30 p.m. Rm 453/Pl's Motion for Clarification, Pl's Response to Df's Motion to Dismiss the Amended Complaint and Df's Motion to Dismiss the Amended Complaint with Prej |
| 06/19/2012 | **Response** | to Df Mot to Dismiss Amended Complaint w/Prej -----------X<br>Party: *Plaintiff* Cruz, David, Jr. |

| Date | Type | Description |
|---|---|---|
| 06/19/2012 | Motion | for Clarification ------------ X<br>Party: *Plaintiff* Cruz, David, Jr. |
| 06/19/2012 | Notice of Unavailability | 7/30 thru 8/15/12 ---------- X<br>Party: *Attorney* Cruz, Xiomara Lopez |
| 05/25/2012 | Suggestion of Bankruptcy | |
| 04/25/2012 | Motion to Dismiss | X<br>Party: *Defendant* Gmac Mortgage LLC |
| 04/18/2012 | Summons on Amended Complaint Returned Served | 4/5/12<br>Party: *Defendant* Gmac Mortgage LLC |
| 04/13/2012 | Motion to Dismiss | amended complaint with prejudice; received 4/17/12 @ County Civil Central X<br>Party: *Plaintiff* Cruz, David, Jr. |
| 04/03/2012 | Joint Stipulation | for substitution of counsel; received 4/4/12 @ County Civil Central |
| 03/28/2012 | Notice of Appearance | Party: *Defendant* Nationstar Mortgage LLC |
| 03/23/2012 | Copy/Misc Fee | Payor: EXEC 2000 ; Userid: CTS-scallenius ; Receipt: 20121YF1A002146; ;<br>Amount:   $21.00 |
| 03/23/2012 | Notice of Appearance | cnty central rcvd 3/28/12<br>Party: *Defendant* Nationstar Mortgage LLC |
| 03/06/2012 | Motion for Extension of Time | combined / to respond to pl's first amended complaint / cnty central rcvd 3/13/12 / X<br>Party: *Defendant* Nationstar Mortgage LLC *Defendant* Federal National Mortgage Corp *Defendant* Mortgage Electronic Registration Sy;st;ems Inc |
| 02/27/2012 | Order | Mot to Dismiss and Mot for Sanctions. Atty for Pl is not an Indispensable Pty. Atty Waives any claim or Right to Said Property. Pleading of Juris in the Cty ct is Pled by Interlineation. Df Nationstar, Fannie Me MERS shall have 20 days to rspns after Service is Effectuated on Newly added Df GMAC Fir |
| 02/09/2012 | Summons Returned Served | 7/22/11<br>Party: *Defendant* Mortgage Electronic Registration Sy;st;ems Inc |
| 02/08/2012 | Amended Complaint | new df added |
| 02/08/2012 | Summons on Amended Complaint Issued | to atty<br>Party: *Defendant* Gmac Mortgage LLC |

| Date | Event | Details |
|---|---|---|
| 02/08/2012 | Summons Issued Fee | Payor: CRUZ, XIOMARA LOPEZ ; Userid: CTS-jarqueta ; Receipt: 20121YF1B000625; ; Amount: $10.00 |
| 02/08/2012 | Response | to df nationstar llc federal nat mortgage assoc and mortgage electronic registration systems inc mot to dismiss and mot for sanctions<br>Party: *Plaintiff* Cruz, David, Jr. |
| 10/21/2011 | Notice of Filing | DF, Mortgage Electronic Registration Systems, Inc a/k/a Mers, Motion to Dismiss Complaint and Motion for Sanctions -- x |
| 10/21/2011 | Motion to Dismiss | Complaint and Motion for Sanctions -- x<br>Party: *Defendant* Mortgage Electronic Registration Sy;st;ems Inc |
| 10/17/2011 | Notice of Appearance | |
| 09/23/2011 | Notice of Filing | Mot to dismiss complaint and Mot for sanctions X<br>Party: *Defendant* Federal National Mortgage Corp |
| 09/23/2011 | Motion to Dismiss | and Mot for sanctions x<br>Party: *Defendant* Federal National Mortgage Corp |
| 09/23/2011 | Notice of Filing | mot to dismiss complaint X<br>Party: *Defendant* Nationstar Mortgage LLC |
| 09/23/2011 | Motion to Dismiss | X<br>Party: *Defendant* Nationstar Mortgage LLC |
| 09/21/2011 | Notice of Appearance | Party: *Defendant* Federal National Mortgage Corp |
| 09/07/2011 | Order | on Df mot for Ext of Time to Rspns to Pl Complaint Nationstar Mortgage LLC (9/2/11) |
| 08/18/2011 | Motion for Extension of Time | x |
| 08/18/2011 | Notice of Appearance | Party: *Defendant* Nationstar Mortgage LLC |
| 08/04/2011 | Summons Returned Served | 7/26/11 / cnty central rcvd 3/26/12<br>Party: *Defendant* Nationstar Mortgage LLC |
| 07/14/2011 | Civil Cover Sheet | |
| 07/14/2011 | Complaint | |
| 07/14/2011 | Filing Fee Paid | Payor: Cruz, Xiomara Lopez ; Userid: CTS-scallenius ; Receipt: 20111YF1B003938; ; Amount: $300.00 |
| 07/14/2011 | Summons Issued Fee | Payor: Cruz, Xiomara Lopez ; Userid: CTS-scallenius ; Receipt: 20111YF1B003938; ; Amount: $40.00 |

| | | |
|---|---|---|
| 07/14/2011 | **Summons Issued to Attorney** | - Nationstar Mtg LLC |
| 07/14/2011 | **Summons Issued to Attorney** | - a/k/a Fannie Mae |
| 07/14/2011 | **Summons Issued to Attorney** | - Mortgage Electronic Registration Systems Inc |
| 07/14/2011 | **Summons Issued to Attorney** | - John Doe |
| 07/14/2011 | **Verified Petition** | for Temporary Restraining Ord & Temporary Injunction --------- X |
| 07/14/2011 | **Notice of Filing** | Orig Aff & Req for Judicial Notice ------ X<br>Party: *Plaintiff* Cruz, David, Jr. |