**Hearing Date and Time: June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: May 18, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

| | |
|---|---|
| MORRISON & FOERSTER LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| 250 West 55th Street | One Federal Place |
| New York, New York 10019 | 1819 Fifth Avenue North |
| Telephone:  (212) 468-8000 | Birmingham, Alabama 35203 |
| Facsimile:  (212) 468-7900 | Telephone: (205) 521-8521 |
| Norman S. Rosenbaum | Facsimile: (205) 488-6521 |
| Jordan A. Wishnew | John W. Smith T (admitted *pro hac vice*) |
| *Counsel for the ResCap Liquidating Trust* | *Co-Counsel for the ResCap Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------)
In re:                                                          )   Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                               )   Chapter 11
                                                                )
                        Debtors.                                )   Jointly Administered
                                                                )
----------------------------------------------------------------)
```

**NOTICE OF RESCAP LIQUIDATING TRUST'S OBJECTION**
**TO PROOFS OF CLAIM NOS. 5275 AND 7464 FILED BY**
**THE LAW OFFICES OF DAVID J. STERN, P.A.**

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5275 and 7464 Filed by The Law Offices of David J. Stern, P.A.* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take place on **June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1185608

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **May 18, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to the ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum and Jordan A. Wishnew); (c) co-counsel to the ResCap Liquidating Trust, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203 (Attention: John W. Smith T); (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (e) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Avenue, Suite S-520, Rye Brook, NY 10573 (Attention: Jeffrey Brodsky); and (f) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022 (Attention: Daniel J. Flanigan); and (g) counsel to The Law Office of David J. Stern PA, TEW Cardenas LLP, 1441 Brickell Avenue, 15th Floor, The Four Seasons Tower, Miami, FL 33131-3407 (Attention: James Malphurs).

ny-1185608

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Objection, the Bankruptcy Court may deem any opposition waived, treat the Objection as conceded, and enter an order granting the relief requested in the Objection without further notice or hearing.

| | |
|---|---|
| Dated: April 27, 2015 | /s/ Jordan A. Wishnew_____ |
| | Norman S. Rosenbaum |
| | Jordan A. Wishnew |
| | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| | New York, New York 10019 |
| | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | |
| | - *and* - |
| | |
| | John W. Smith T (admitted *pro hac vice*) |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| | One Federal Place |
| | 1819 Fifth Avenue North |
| | Birmingham, Alabama 35203 |
| | Telephone: (205) 521-8521 |
| | Facsimile: (205) 488-6521 |
| | |
| | *Counsel for the ResCap Liquidating Trust* |

ny-1185608