**Exhibit C**



David Stern
The Law Offices of David J. Stern, P.A.
900 South Pine Island Road
Suite 400
Plantation, FL 33324

Dear David:

The purpose of this letter is to confirm and document our agreed upon plan of action for GMACM's ongoing remediation work at your office.

As you know, GMACM is completing a comprehensive review of its foreclosure files to determine whether any remedial measures will be taken pursuant to procedures established by the company. Pursuant to this review, we currently have several employees working at your office and executing affidavits where called for. It is of paramount importance to GMACM that this work continue, and that it be completed no later than **October 29, 2010**. This deadline is a deadline for all affidavit review and revision – not for any subsequent motion practice necessitated by revised affidavits.

In response to our request for an accounting of the GMACM files in your office, you provided us with information indicating that there are 1,352 pre-judgment (bucket 1) and 1,262 post-judgment and pre-sale (bucket 2) files. Of these 2,614 files, we believe approximately 1,900 have not yet been reviewed. We believe the best way to ensure that GMACM can complete its remediation work by the October 29 deadline is for your office to immediately begin uploading the affidavits in these files to LPS. Once they are uploaded, our teams in Fort Washington and Dallas can be enlisted to assist with the effort of verifying the information in the affidavits. We can then send any needed revisions to you. Christy Hancock has advised that you have agreed to this process, and that your office will immediately begin uploading affidavits in these 1,900 files. We appreciate your prompt action on our request.

Additionally, for reviews in your office, we ask that your employees promptly make requested affidavit revisions. Since we resumed our review we have periodically received purportedly revised affidavits from your employees that include language we previously requested to be deleted or corrected. Timely processing of our revisions will expedite our remedial efforts.

With respect to bucket 3 files, we will contact you shortly with our plan of action. Until then we ask that you focus on buckets 1 and 2.

GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

With respect to payment, as I advised in an email to you on October 13th, GMACM has agreed to pay you for your work in support of remediation at the rates set forth in your September 27th letter. We will pay these rates upon completion of the work and receipt of the invoice. Additionally, you are advised that in the event it is necessary for you to hire temporary employees, pay overtime to your current employees or incur other reasonable expenses to comply with the deadline, GMACM is willing to reimburse you **so long as the work is completed by the October 29th deadline.**

If you are aware of any issues that you believe will prevent us from completing our remediation efforts by 3:00 p.m. on Friday, October 29th, please advise me in a written response to this letter by the close of business on Friday, October 15th.

We appreciate the assistance you have provided us as we work through the various issues we face, and look forward to concluding remediation in your office by the end of the month.

*[signature]*

Joseph Pensabene
Chief Servicing Officer, EVP
GMAC ResCap

GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034