**Exhibit E**

**FannieMae**                                                      SERVICING NOTICE

## Termination of Relationship with the Stern Law Firm

### November 10, 2010

This Notice affects existing and future mediation, foreclosure, bankruptcy, and litigation referrals of mortgage loans in the State of Florida. Fannie Mae has terminated its relationship with the Law Offices of David J. Stern, P.A. (the "Stern Firm"). Servicers may not refer any future Fannie Mae matters to the Stern Firm.

Servicers that have existing Fannie Mae matters at the Stern Firm must take immediate action to transfer those matters to other firms in the Fannie Mae Retained Attorney Network in Florida. Fannie Mae is in the process of adding firms to the Retained Attorney Network list for the State of Florida. The list, which is posted on eFannieMae.com, will be updated with additional firms from time to time.

By November 15, 2010, servicers must:

- determine transfer locations for the Fannie Mae matters currently at the Stern Firm,
- notify the new firms that they will receive the matters, and
- notify Fannie Mae via retained_attorney@fanniemae.com of the destination for the matters.

The new law firm(s) should be instructed to work with Fannie Mae and the Stern Firm to execute an orderly transfer of the collateral files and any additional information needed to conduct the matters being transferred. Servicers must work with the new law firm(s) to ensure that all mediation, foreclosure, bankruptcy, and litigation matters that require immediate intervention and action on the part of the law firm(s) over the next thirty calendar days be the first priority for file set-up and review at the new firm(s).

Servicers are reminded of their responsibility to monitor and manage the attorney's performance with respect to the matters transferred from the Stern Firm.