**Exhibit F**

LAW OFFICES OF DAVID STERN
900 South Pine Island Drive, Suite 400
Plantation FL, 33324
(954) 233-8000



FTW LEGAL
MAR 0 8 2011
RECEIVED

**VIA OVERNIGHT AND EMAIL**

GMAC MORTGAGE, LLC
1100 VIRGINIA DRIVE
FT. WASHINGTON, PA 19034

Re:   Cessation of Legal Services           Date:  March 1st, 2010

Dear Client:

As you know, on or about November 15, 2010, you demanded that all mortgage foreclosure and bankruptcy cases which we were handling on your behalf be immediately transferred to new counsel. We responded to your demand by either allowing you to remove our files or quickly transferring all such files and records to you or your designee. You assured us that your new counsel would promptly substitute in as counsel thereby releasing this law firm from any counsel role with regard to your cases.

As a result of the termination of our firm's services, we have been forced to drastically reduce the attorney and paraprofessional staff within the law firm. The result of these significant cuts has created a situation that prevents us from performing any services to facilitate keeping your cases active within the applicable jurisdictions in Florida where they are pending. Accordingly, be advised that as of March 31, 2011, this law firm will completely cease any and all services on your behalf. We urge you once again for your protection to have your new counsel appear as counsel in your cases as soon as possible. Be advised that your failure to have new counsel appear and substitute in for our firm may result in dismissals of the pending cases. Also, your delay in having new counsel appear has resulted in our firm suffering significant needless costs and expenses.

We regret that your failure to timely arrange to have new counsel take responsibility for the handling of your files by making the appropriate appearance in the applicable court cases has caused us to take these steps.

Sincerely,

*David J. Stern*

David J. Stern

GMAP-3/7/2011-1429-1.1

UPS CampusShip Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services^SM (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

```
PAULA I. CLAYTON                              0.0 LBS    LTR    1 OF 1
LAW OFFICES OF DAVID J. STERN,
900 S PINE ISLAND RD
PLANTATION FL 33324

SHIP TO:
    ATTORNEY MANAGEMENT/VENDOR RELATION
    GMAC MORTGAGE
    1100 VIRGINIA DRIVE
    FORT WASHINGTON PA 19034-3204

                    PA 190 9-02

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z VF9 455 13 9558 8971

BILLING: P/P

Department: Administrative
Case #: LTR REGARDING LEGAL SVCS
```

https://www.campusship.ups.com/cship/create?ActionOriginPair=print___Receipt&POPUP_LEVE...    3/7/2011