# **Exhibit I**

| FNMA Penalty | FHLMC Penalty | Total |
|---|---|---|
| $875,295.96 | $345,570.00 | $1,220,865.96 |

| Servicer Loan Number | FMAC Loan Number | Date FCL Referral | Date FCL Sale | Property State | UPB | Est. Comp. Fee |
|---|---|---|---|---|---|---|
| 3267 | 4729 | 8/16/2006 | 7/11/2011 | FL | $189,013.02 | $450.00 |
| 2479 | 7115 | 1/7/2011 | 2/13/2013 | FL | $193,989.28 | $5,220.00 |
| 7242 | 7025 | 11/10/2010 | 2/13/2013 | FL | $293,741.84 | $5,310.00 |
| 6233 | 7117 | 1/20/2010 | 10/6/2011 | FL | $264,564.41 | $6,510.00 |
| 7861 | 6575 | 9/18/2010 | 12/12/2012 | FL | $78,511.04 | $10,290.00 |
| 8444 | 3267 | 6/18/2010 | 9/27/2012 | FL | $51,137.55 | $11,130.00 |
| 6334 | 7808 | 8/29/2009 | 12/22/2011 | FL | $201,863.36 | $11,190.00 |
| 3959 | 9437 | 4/30/2010 | 2/1/2013 | FL | $29,094.75 | $12,240.00 |
| 9502 | 4720 | 7/7/2010 | 2/15/2013 | FL | $82,973.25 | $12,660.00 |
| 2047 | 9771 | 11/19/2009 | 1/9/2012 | FL | $53,813.78 | $14,220.00 |
| 4253 | 8997 | 1/20/2010 | 9/24/2012 | FL | $212,578.20 | $15,630.00 |
| 8383 | 8023 | 12/19/2009 | 2/6/2013 | FL | $95,882.35 | $15,780.00 |
| 5136 | 9470 | 1/16/2009 | 7/27/2011 | FL | $139,416.73 | $18,030.00 |
| 6273 | 4583 | 12/19/2009 | 2/27/2013 | FL | $217,115.70 | $18,450.00 |
| 5456 | 3444 | 6/4/2008 | 3/30/2011 | FL | $155,822.42 | $20,040.00 |
| 2008 | 4346 | 7/13/2007 | 10/18/2011 | FL | $359,650.00 | $21,450.00 |
| 7251 | 9523 | 7/8/2009 | 2/8/2013 | FL | $154,400.00 | $21,450.00 |
| 2641 | 3120 | 10/8/2008 | 2/14/2013 | FL | $124,933.68 | $22,080.00 |
| 2840 | 4020 | 11/3/2008 | 3/26/2012 | FL | $251,666.20 | $22,290.00 |
| 9270 | 5647 | 6/5/2008 | 2/4/2013 | FL | $46,988.30 | $35,100.00 |
| 1041 | 3963 | 6/7/2007 | 2/4/2013 | FL | $150,000.00 | $46,050.00 |
| | | | | | | $345,570.00 |

| Servicer Loan Number | FNMA Loan Number | LPI Date | Date FCL Sale | Property State | UPB | Total Current Due |
|---|---|---|---|---|---|---|
| 3143 | 2456 | 8/1/2010 | 7/11/2012 | FL | $145,852.71 | $349.65 |
| 5944 | 5134 | 7/1/2010 | 8/15/2012 | FL | $117,154.62 | $365.91 |
| 4737 | 7312 | 11/1/2009 | 2/27/2012 | FL | $192,307.20 | $434.67 |
| 6687 | 3165 | 8/1/2008 | 9/24/2012 | FL | $157,245.79 | $907.09 |
| 0333 | 9193 | 6/1/2008 | 9/18/2012 | FL | $131,178.91 | $1,601.39 |
| 8325 | 1177 | 1/1/2010 | 7/9/2012 | FL | $80,474.10 | $2,535.49 |
| 9533 | 4445 | 5/1/2010 | 8/17/2012 | FL | $114,475.48 | $3,017.53 |
| 8339 | 0482 | 5/1/2008 | 9/27/2012 | FL | $238,391.45 | $3,464.91 |
| 2242 | 2220 | 2/1/2008 | 6/28/2012 | FL | $172,939.94 | $5,199.27 |
| 6404 | 2017 | 1/1/2008 | 6/4/2012 | FL | $145,138.57 | $5,256.09 |
| 8461 | 4772 | 5/1/2009 | 8/3/2012 | FL | $133,937.81 | $5,348.34 |
| 0072 | 5346 | 1/1/2009 | 7/12/2012 | FL | $120,271.24 | $5,529.59 |
| 2538 | 3667 | 8/1/2009 | 7/9/2012 | FL | $84,569.90 | $5,725.27 |
| 8317 | 6752 | 5/1/2010 | 8/7/2012 | FL | $202,624.68 | $5,863.63 |
| 3724 | 0676 | 11/1/2009 | 5/23/2012 | FL | $129,866.07 | $6,093.03 |
| 7147 | 2510 | 3/1/2008 | 8/7/2012 | FL | $270,988.72 | $6,574.12 |
| 3970 | 2950 | 10/1/2008 | 8/13/2012 | FL | $110,339.49 | $6,819.89 |
| 0176 | 2127 | 11/1/2008 | 9/5/2012 | FL | $48,828.68 | $6,967.12 |
| 5261 | 2836 | 1/1/2009 | 5/8/2012 | FL | $82,356.55 | $7,220.02 |
| 1916 | 3131 | 6/1/2007 | 8/22/2012 | FL | $134,033.26 | $8,458.97 |
| 5055 | 8165 | 3/1/2010 | 9/18/2012 | FL | $235,410.63 | $8,505.42 |
| 3936 | 7987 | 12/1/2008 | 9/25/2012 | FL | $74,754.95 | $8,711.57 |
| 1449 | 9443 | 2/1/2009 | 2/21/2012 | FL | $173,075.65 | $9,491.90 |
| 5199 | 7838 | 4/1/2009 | 6/14/2012 | FL | $116,088.46 | $10,948.89 |
| 9130 | 1589 | 12/1/2007 | 8/21/2012 | FL | $56,994.13 | $11,225.11 |
| 9280 | 6145 | 6/1/2009 | 7/12/2012 | FL | $124,695.04 | $11,407.03 |
| 1730 | 1658 | 8/1/2009 | 9/20/2012 | FL | $138,803.17 | $12,244.15 |
| 9272 | 0218 | 3/1/2009 | 9/19/2012 | FL | $129,627.53 | $12,529.48 |
| 9834 | 4953 | 5/1/2009 | 6/14/2012 | FL | $162,649.86 | $13,101.11 |
| 7945 | 7865 | 2/1/2009 | 5/14/2012 | FL | $142,361.44 | $13,114.80 |
| 9111 | 3575 | 12/1/2009 | 5/15/2012 | FL | $341,228.93 | $13,237.81 |
| 7097 | 0000 | 8/1/2009 | 5/22/2012 | FL | $216,532.83 | $13,262.64 |
| 4693 | 4992 | 4/1/2009 | 9/27/2012 | FL | $157,441.46 | $15,127.00 |
| 9873 | 3191 | 3/1/2009 | 7/16/2012 | FL | $172,868.18 | $15,265.09 |
| 6252 | 0862 | 4/1/2008 | 8/6/2012 | FL | $94,812.49 | $15,367.42 |
| 6784 | 5745 | 2/1/2007 | 5/29/2012 | FL | $143,724.58 | $15,799.86 |
| 7964 | 0681 | 12/1/2008 | 7/11/2012 | FL | $162,408.90 | $16,102.95 |
| 7538 | 1022 | 11/1/2008 | 9/11/2012 | FL | $146,789.91 | $16,208.22 |
| 5262 | 7961 | 9/1/2008 | 9/11/2012 | FL | $115,210.61 | $17,599.21 |
| 5861 | 1697 | 9/1/2007 | 7/11/2012 | FL | $222,660.00 | $17,681.64 |
| 7038 | 1613 | 4/1/2008 | 7/17/2012 | FL | $116,460.14 | $17,759.50 |
| 9070 | 6776 | 1/1/2008 | 8/29/2012 | FL | $111,845.31 | $17,976.33 |
| 0230 | 4244 | 4/1/2009 | 8/21/2012 | FL | $206,341.51 | $18,651.29 |
| 4977 | 0249 | 6/1/2009 | 6/25/2012 | FL | $292,764.86 | $20,825.21 |
| 0543 | 1841 | 12/1/2007 | 7/11/2012 | FL | $128,423.26 | $22,518.05 |
| 4756 | 5162 | 1/1/2008 | 6/1/2012 | FL | $153,496.74 | $23,545.45 |
| 1068 | 7799 | 11/1/2008 | 9/12/2012 | FL | $191,791.00 | $24,170.26 |
| 6959 | 2146 | 7/1/2008 | 8/16/2012 | FL | $171,192.98 | $24,332.27 |
| 3460 | 7811 | 9/1/2008 | 8/7/2012 | FL | $174,590.93 | $24,795.50 |
| 1864 | 0450 | 1/1/2009 | 9/11/2012 | FL | $215,600.00 | $26,962.55 |
| 9185 | 2419 | 9/1/2008 | 6/14/2012 | FL | $208,675.93 | $27,346.55 |
| 5598 | 1403 | 5/1/2008 | 9/7/2012 | FL | $213,120.91 | $29,778.54 |
| 5692 | 4095 | 11/1/2007 | 7/30/2012 | FL | $174,105.13 | $31,988.84 |
| 3061 | 0250 | 8/1/2008 | 8/28/2012 | FL | $220,000.00 | $33,063.29 |
| 4165 | 5802 | 4/1/2009 | 9/24/2012 | FL | $357,059.37 | $36,699.44 |
| 2938 | 3945 | 1/1/2008 | 7/18/2012 | FL | $285,156.94 | $41,992.29 |
| 2882 | 9067 | 2/1/2008 | 7/26/2012 | FL | $283,431.87 | $45,519.93 |
| 9350 | 8822 | 10/1/2008 | 8/30/2012 | FL | $408,443.48 | $52,707.39 |
| | | | | | | $875,295.96 |