**Exhibit J**

## Stern Transfer Files to Firms

| Count of Send File to: | | | | |
|---|---|---|---|---|
| Send File to: | Total | Non-Agency | FNMA | FHLMC |
| Ben-Ezra & Katz | 535 | 535 | | |
| Daniel C. Consuegra | 17 | | | 17 |
| Elizabeth Welborn | 452 | 452 | | |
| Greenspoon and Marder, PA | 887 | 887 | | |
| James E. Albertelli, P.A. | 2,127 | 500 | 1,627 | |
| Johnson & Freedman | 1,013 | | | 1,013 |
| Pendergast & Jones, P.C | 2,770 | 2,770 | | |
| Phelan Hallinan, PLC | 1,405 | 1,405 | | |
| Grand Total | 9,206 | 6,549 | 1,627 | 1,030 |