# EXHIBIT A
# TO THE DECLARATION OF
# JOHN W. SMITH T

# P93000080387

**The microfilm containing the articles of incorporation filed on November 22, 1993 is missing from our records. This replacement set of articles was supplied by the corporation.**

300161457623

**6 pages**

# P93000080387

```
 S         11:24 AM
                        PUBLIC ACCESS SYSTEM
                     ELECTRONIC FILING COVER SHEET
 TO: DIVISION OF CORPORATIONS      FROM: EMPIRE CORPORATE KIT COMPANY
     DEPARTMENT OF STATE                 1492 W  FLAGLER ST
     STATE OF FLORIDA                    SUITE 200
     409 EAST GAINES STREET              MIAMI FL 33135-
     TALLAHASSEE, FL 32399      CONTACT: RAY    STORMONT
 FAX: (904) 922-4000             PHONE: (305) 541-3694
                                   FAX: (305) 541-3770
       DOCUMENT TYPE: FLORIDA PROFIT CORPORATION OR P.A.
                NAME: DAVID J. STERN, P.A.
   FAX AUDIT NUMBER: H93000009434     CURRENT STATUS: REQUESTED
      DATE REQUESTED: 11/22/1993      TIME REQUESTED: 11:24:30
     CERTIFIED COPIES: 1          CERTIFICATE OF STATUS: 0
      NUMBER OF PAGES: 5           METHOD OF DELIVERY: FAX
      ESTIMATED CHARGE: $122.50         ACCOUNT NUMBER: 072450003255
**************************** IMPORTANT ****************************
NOTE: PLEASE PRINT THIS PAGE AND USE IT AS A COVER SHEET WHEN SUBMITTING
DOCUMENTS TO THE DIVISION OF CORPORATIONS. YOUR DOCUMENT CANNOT BE PROCESSED
WITHOUT THE INFORMATION CONTAINED ON THIS PAGE. REMEMBER TO TYPE THE FAX AUDIT
NUMBER ON THE TOP AND BOTTOM OF ALL PAGES OF THE DOCUMENT.
** ENTER 'M' FOR MENU. **
ENTER SELECTION AND <CR>:
Help F1  Option Menu F2                              NUM    Connect: 00:08:1
```

## ARTICLES OF INCORPORATION

### DAVID J. STERN, P.A.

THE UNDERSIGNED subscriber to these Articles of Incorporation, hereby forms a corporation under the Laws of the State of Florida.

ARTICLE I, NAME:

The name of this corporation shall be:

DAVID J. STERN, P.A.

ARTICLE II: NATURE OF BUSINESS AND INITIAL PURPOSE

The corporation may engage in any activity or business permitted under the Laws of the State of Florida and of the United States of America. This corporation is initially organized for the purpose of <u>The practice of law and all related fields and any other activity or business permitted under the laws of the United States and of the State of Florida</u> and any and all lawful business for which corporations may engage.

ARTICLE III: CAPITAL STOCK

The aggregate number of shares that this corporation is authorized to have outstanding at any one time is 100 of no par ($ -0- ) dollars par value common stock.

ARTICLE IV: PREEMPTIVE RIGHTS

Every shareholder, upon the sale for cash of any new stock of this corporation of the same kind, class or series as that which he already holds, shall have the right to purchase his pro rata share thereof (as nearly as may be done without issuance of fractional shares) at prices which it is offered to others.

ARTICLE V: TERM OF EXISTENCE

This corporation shall exist perpetually.

Prepared by:
Michael P. Chase, Attorney at Law
2627 NE 203rd St. Ste. 205
N. Miami Beach, Fl. 33180
(305)931-3418
BAR#099132

ARTICLE VI:   INITIAL REGISTERED OFFICE AND AGENT AND PRINCIPAL PLACE OF BUSINESS

The street address of the initial registered office of this corporation is:   2627 NE 203rd St.
Ste. 204
N. Miami Beach, Fl. 33180

and the name of the initial registered agent of this corporation is

DAVID J. STERN, Attorney at Law

ARTICLE VII:   INITIAL BOARD OF DIRECTORS

The corporation shall have __1__ director initially. The number of directors may be either increased or decreased from time to time by the bylaws, but shall never be less than one. The name and address of the initial director of this corporation is:

DAVID J. STERN                    2627 NE 203rd St. Ste. 204
                                  N. Miami Beach, Fl. 33180

ARTICLE VIII:   INCORPORATOR

The name and address of the person signing these Articles of Incorporation is:

David J. Stern
2627 NE 203rd St.
Ste. 204
N. Miami Beach, Fl. 33180

and this is the corporation's principal place of business.

ARTICLE IX:   AMENDMENTS

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

ARTICLE X:   TRANSFER OF STOCKS:

The Shareholders of this corporation may not sell or

transfer any shares of this corporation except to another individual who is duly licensed to practice law in the State of Florida or render professional services which the corporation has the power to conduct, and such sale or transfer may be made only after the same shall have been approved, at a stockholders' meeting especially called for such purpose, by the holders of a majority of the outstanding stock.

IN WITNESS WHEREOF, the undersigned subscriber has executed these Articles of Incorporation this 22nd day of November 1993.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID J. STERN, Attorney at Law
　　　　　　　　　　　　　　　　Subscriber and Registered Agent
　　　　　　　　　　　　　　　　Florida Bar#0911054

STATE OF FLORIDA)
　　　　　　　　　ss
COUNTY OF DADE  )

BEFORE ME, the undersigned authority, personally appeared DAVID J. STERN known to me as the person described as Subscriber and Registered Agent in and who executed the foregoing Articles of Incorporation, and he acknowledged before me that he subscribed to same.

WITNESS my hand and seal this 22 day of November 1993.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Notary Public, State of Florida

BEVERLY COOPERSMITH
Notary Public, State of Florida at Large
My Commission Expires Feb. 18, 1996
BONDED THRU ASARTE NOTARY BROKERAGE

CERTIFICATE DESIGNATING (OR CHANGING) PLACE OF BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN THIS STATE, NAMING AGENT UPON WHOM PROCESS MAY BE SERVED.

In pursuance of Chapter 607.34 Florida Statutes, the following is submitted, in compliance with said Act:

First-That DAVID J. STERN, P.A.
(Name of Corporation)
desiring to organize under the laws of the State of Florida
(Florida)
with its principal office, as indicated in the articles of incorporation at City of No. Miami Beach, County
(City)
of Dade, State of Florida
(County) (State)
has named DAVID J. STERN
(Name of Resident Agent)
located at 2627 NE 203rd St., Ste. 205
(Street address and number of building;
Post Office Box address not acceptable)
City of No. Miami Beach, County of Dade
(City) (County)
State of Florida, as its agent to accept service of process within this state.

ACKNOWLEDGEMENT: (MUST BE SIGNED BY DESIGNATED AGENT)

Having been named to accept service of process for the above stated corporation, at place designated in this certificate, I hereby accept to act in this capacity, and agree to comply with the provision of said Act relative to keeping open said office.

By: [signature]
Signature
Registered Agent
DAVID J. STERN