# EXHIBIT B

# TO THE DECLARATION OF

# JOHN W. SMITH T

Division of Corporations

**H09000003832**

## Florida Department of State
### Division of Corporations
### Public Access System

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H09000209278 3)))



H090002092783ABC4

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
    Division of Corporations
    Fax Number      : (850)617-6383

From:
    Account Name    : C T CORPORATION SYSTEM
    Account Number  : ████0023
    Phone           : (850)222-1092
    Fax Number      : (850)878-5368
```

FILED
SECRETARY OF STATE
DIVISION OF CORPORATION
09 SEP 28 AM 10: 00

## FLORIDA/FOREIGN LIMITED LIABILITY CO.

### DJS Processing LLC

| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $125.00 |

RECEIVED
09 SEP 28 AM 6: 23
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Electronic Filing Menu    Corporate Filing Menu    Help

G. MCLEOD
SEP 29 2009
EXAMINER

https://efile.sunbiz.org/scripts/efilcovr.exe                9/28/2009

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. __DJS PROCESSING, LLC__
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida and attach a copy of the written consent of the managers or managing members adopting the alternate name. The alternate name must include "Limited Liability Company," "L.L.C.," "LLC.")

2. __DELAWARE__
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. _____
   (FEI number, if applicable)

4. __SEPTEMBER 15, 2009__
   (Date of Organization)

5. __PERPETUAL__
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. __UPON REGISTRATION IN FLORIDA__
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. __900 SOUTH PINE ISLAND ROAD, SUITE 400__

   __PLANTATION, FLORIDA 33324__
   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

   LAW OFFICES OF DAVID J. STERN, P.A.

   900 SOUTH PINE ISLAND ROAD, SUITE 400

   PLANTATION, FLORIDA 33324

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: The foreign limited liability company may engage in any activity or business permitted under the Florida Business Corporation Act, including but not limited to title searches performed, title examination services and foreclosure administration.

    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    __DAVID J. STERN__
    Typed or printed name of signee

FILED
09 SEP 28 AM 10:00
SECRETARY OF STATE
DIVISION OF CORPORATIONS

# CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

    DJS PROCESSING, LLC

If unavailable, the alternate to be used in the state of Florida is:

_____

2. The name and the Florida street address of the registered agent and office are:

    DAVID J. STERN
    (Name)

    900 SOUTH PINE ISLAND ROAD, SUITE 400
    Florida Street Address (P.O. Box NOT ACCEPTABLE)

    PLANTATION        FL    33324
    City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

By: _____
    DAVID J. STERN
    (Signature)

    $ 100.00    Filing Fee for Application
    $  25.00    Designation of Registered Agent
    $  30.00    Certified Copy (optional)
    $   5.00    Certificate of Status (optional)

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "DJS PROCESSING, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2009.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

4731030  8300

090890170

AUTHENTICATION: 7551985

DATE: 09-28-09

You may verify this certificate online at corp.delaware.gov/authver.shtml