# EXHIBIT J

# TO THE DECLARATION OF

# JOHN W. SMITH T

# Supreme Court of Florida

TUESDAY, JANUARY 7, 2014

**CASE NO.:** SC13-643
Lower Tribunal No(s).: 2010-51,725(17I);
2011-50,154(17I);
2011-50,213(17I);
2011-50,216(17I);
2011-50,511(17I);
2011-50,695(17I);;
2011-50,850(17I);
2011-50,949(17I);
2011-51,192(17I);
2011-51,322(17I);
2011-51,329(17I);
2011-51,369(17I);
2011-51,433(17I);
2011-51,497(17I);
2011-51,696(17I);
2011-51,868(17I);
2012-50,144(17I)

THE FLORIDA BAR          vs.    DAVID JAMES STERN

_____

Complainant(s)                    Respondent(s)

The uncontested report of the referee is approved and respondent is disbarred, effective thirty days from the date of this order so that respondent can close out his practice and protect the interests of existing clients.  If respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the disbarment effective immediately.  Respondent shall fully comply with Rule Regulating the Florida Bar 3-5.1(h).  Further, respondent shall accept no new business from the date this order is filed.

**CASE NO.:** SC13-643
Page Two

Judgment is entered for The Florida Bar, 651 East Jefferson Street,

Tallahassee, Florida 32399-2300, for recovery of costs from David James Stern in

the amount of $49,125.02, for which sum let execution issue.

Not final until time expires to file motion for rehearing, and if filed,

determined. The filing of a motion for rehearing shall not alter the effective date of

this disbarment.

POLSTON, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, LABARGA, and

PERRY, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

kb
Served:

RANDI KLAYMAN LAZARUS
JEFFREY ALLEN TEW
LORAYNE PEREZ
KENNETH LAWRENCE MARVIN
HON. NANCY PEREZ, JUDGE