# Exhibit 3

## Proof of Claim No. 5275

*Copies of the Proof of Claim will be Provided to Chambers and to Claimant*