Karen M. Rozier
1313 Idylwood Road
Pikesville, MD 21208
(410) 458-3772
Claimant Unrepresented



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    )
                                          ) Case No. 12-12020 (MG)
                                          ) Chapter 11
**Residential Capital, LLC, et. al.**     ) Jointly Administrated
                                          )
        Debtors                           )
                                          )
_____ )

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES OF RECORD BY APPELLANT KAREN MICHELE ROZIER PURSUANT TO FEDERAL RULE OF BANKRUPTCY RULE OF PROCEDURE 8006

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy, Pro Se Appellant Karen Michele Rozier, submits to the Southern District of New York U.S. Bankruptcy Court the following list of items designated for use in the appeal and an accompanying statement of issues to be included by the Clerk of the Bankruptcy Court in the record in conjunction and connection with the Notice of Appeal filed on April 13, 2015.

I.    **Designation of Record**

Items are generally listed as they appear on the Bankruptcy Court's docket. ECF numbers refer to the Bankruptcy Court's docket unless otherwise indicated. All items designated herein

include all exhibits, attachments or other papers included within each docket entry for such an item.

| Item | Date | ECF No. | Description |
|---|---|---|---|
| 1 | 12/23/2013 | 6173 | Motion to Allow Payment from Executive Trustee Services LLC Claim No. 5632 and Request for Payment From GMAC Mortgage LLC Claim No. 4738 |
| 2 | 12/30/2013 | 6199 | Letter to the Court in re: Error in the December 16th Letter Docketed |
| 3 | 1/27/2014 | 6401 | Motion for Payment of Administrative Expenses in re: Claim No. 5632 by Karen Michele Rozier |
| 4 | 1/27/2014 | 6402 | Motion for Payment of Administrative Expenses in re: Claim No. 4738 by Karen Michele Rozier |
| 5 | 2/11/2014 | 6461 | Objection of the Borrower Claims Trust to Motions of Karen Michele Rozier for Payment on Claims |
| 6 | 2/11/2014 | 6479 | Letter to Judge Glenn in re: Proof of Claim Nos. 4738 and 5632 |
| 7 | 2/26/2014 | 6519 | Order Sustaining Objection to Motions of Karen Michele Rozier for Payment on Claims |
| 8 | 2/26/2014 | 6529 | Declaration by Francine Silver in Support of the Motion by Karen Rozier for Payment in re: Claims 4738 and 5632 |
| 9 | 2/24/2014 | 6597 | Reply to Opposition of Karen Michele Rozier's Request for Payment from Debtor for Claims 4738 and 5632 and Motion to Strike |
| 10 | 4/30/2014 | 6861 | Motion for Reconsideration of Order Dated 02/26/14 Pursuant to Rules 9023 and 9024. [Claims 4738 and 5632] |
| 11 | 5/23/2014 | 7004 | Objection of the ResCap Borrower Claims Trust to Karen Michele Rozier's Motion for Reconsideration of Order Denying Payment on Claim Nos. 4738 and 5632 |
| 12 | 6/2/2014 | 7028 | Order Denying Karen Michele Rozier's Motion to Reconsider |
| 13 | 6/2/2014 | 7036 | Notice of ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve |
| 14 | 6/2/2014 | 7047 | Motion to Strike and Reply to Objection of the Rescap Borrower Claims Trust to Motion for Reconsideration of Order |
| 15 | 6/5/2014 | 7055 | Order Denying Karen Michele Rozier's Motion to Strike |
| 16 | 6/23/2014 | 7180 | Claimant's Opposition to Borrower Claims Trust's Motion Presentment of Michale J. Talarico as an Expert by Declaration |
| 17 | 7/1/2014 | 7210 | Order Denying Karen Michele Rozier's Motion for Reconsideration |

| # | Date | Doc | Description |
|---|---|---|---|
| 18 | 7/25/2014 | 7306 | Notice of Presentment of Motion to Extend the Date by Which Objections to Claims Must be Filed |
| 19 | 8/4/2014 | 7363 | Claimant's Opposition to Debtor Liquidating Trust's Motion to Extend the Date by which Objections to Claims Must be Filed [Doc 7306]; Request for Payment of Claims and Sanctions of $750 |
| 20 | 8/12/2014 | 7381 | Declaration of Karen Michele Rozier in Support of Claimant's Opposition to Debtor Liquidating Trust's Motion to Extend the Date by which Obligations to Claims Must be Filed [Doc 7306]; Request for Payment of Claims and Sanctions of $750 [Doc 7363] |
| 21 | 8/12/2014 | 7382 | Letter to Judge Glenn Filed by Karen Michele Rozier |
| 22 | 8/21/2014 | 7406 | Reply of the ResCap Borrower Claims Trust in Support of Motion to Extend the Date by which Objections to Claims Must be Filed |
| 23 | 8/26/2014 | 7442 | Order Granting Motion to Extend Date by which Objections to Claims Must be Filed |
| 24 | 8/26/2014 | 7445 | Order Granting Motion to Extend Date by which Objections to Claims Must be Filed |
| 25 | 9/3/2014 | 7474 | Notice of Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michelle Rozier (Claim Nos. 4738 and 5632) |
| 26 | 10/3/2014 | 7620 | Opposition to the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claims Nos. 4738 and 5632) |
| 27 | 10/20/2014 | 7653 | Notice of Supplemental Declaration of Deanna Horst in Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632) |
| 28 | 10/20/2014 | 7654 | The ResCap Borrower Claims Trust's Omnibus Objection to Karen Michele Rozier's Motions to Strike the Declarations of Deanna Horst and Yaron Shaham in Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632) |
| 29 | 10/20/2014 | 7655 | The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632) |
| 30 | 10/21/2014 | 7670 | Objection to the ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of CLaim filed by Karen Michele Rozier (Claims Nos. 4738 and 5632) Under Rule 9006-1 |
| 31 | 10/23/2014 | 7679 | Second Supplemental Declaration of Deanna Horst in Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632) |

| | | | |
|---|---|---|---|
| 32 | 10/31/2014 | 7730 | Claimant's Supplemental Opposition to the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claims Nos. 4738 and 5632); Declaration in Support thereof |
| 33 | 11/18/2014 | 7816 | Notice of Ruling (Claim Nos. 4738 and 5632) |
| 34 | 12/22/2014 | 7909 | Memorandum Opinion and Order Sustaining the ResCap Borrower Claims Trust's Objection to the Claims Filed by Karen Michele Rozier |
| 35 | 1/6/2015 | 8001 | Claimant Karen Michele Rozier Affidavit of No Mail Service (Claim Nos. 4738 and 5632) and Request for Extension of Time to File Motion for Reconsideration |
| 36 | 1/21/2015 | 8014 | Claimant Karen Michele Rozier's Notice of Motion and Motion for Reconsideration; Memorandum of Points and Authorities |
| 37 | 1/23/2015 | 8025 | Order Directing the ResCap Borrower Claims Trust to Respond to Karen Michele Rozier's Motion for Reconsideration |
| 38 | 2/6/2015 | 8081 | Objection of the ResCap Borrower Claims Trust to Claimant Karen Michele Rozier's Motion for Reconsideration of Order Expunging Claim Nos. 4738 and 5632 |
| 39 | 2/13/2015 | 8137 | Claimant's Objection to being Associated or Affiliated with Tom Franklin Filed by Karen Rozier |
| 40 | 2/13/2015 | 8138 | Claimant's Reply to the Objection of the ResCap Borrower Claims Trust to Claimant Karen Michele Rozier's Motion for Reconsideration of Order Expunging Claims Nos. 4738 and 5632; Declaration in Support thereof |
| 41 | 4/9/2015 | 8446 | Memorandum Opinion and Order Denying Motion of Karen Michele Rozier for Reconsideration |

II.    Transcripts

| Date/ Time of Hearing | ECF No. | Type of Hearing | Court Reporter or Recorder |
|---|---|---|---|
| 6/26/2014 | 4241 | Transcript regarding Hearing Held on June 26, 2014 at 10:03 AM RE: Motion for Order Estimating Claims and Establishing Disputed Claims Reserve; | eScribers |
| 10/24/2014 | 7686 | Transcript Regarding Hearing Held on October 22, 2014 Motion for objection to claim(s)/Objection of the ResCap Borrower Claims Trust to proofs of claim. | eScribers |

### III. Statement of Issues

1. Did the Court commit reversible error when it interpreted California law regarding rescission rights?

2. Did the Court waive the 14-day requirement when it ordered the Trust to respond?

3. Did the Court rule in error when it concluded that Westwood Associates was a legal entity that ever transferred any interests?

4. Did Appellant present sufficient evidence to rebut Debtor's presumptions?

5. Did the Court err when it ruled that the mistakes in Debtor's declarations submitted by Deanna Horst and Yaron Shaham were harmless or innocent error?

6. Did the Court answer the allegations raised by Appellant?

7. Did the Court deny Appellant due process by failing to rule on the merits?

8. Did the Court abuse its discretion or rule in error when it refused to accept the U.S. Trustee's email that Appellant had standing to pursue all claims?

9. Did the Court abuse its discretion when it allowed the Debtor to oppose Claimant's motion out of time?

10. Did the Court abuse its discretion when it denied Appellant's Motions to Strike?

11. Did the Court show bias when it allowed Debtor to withdraw the Talerico declaration after the hearing on the matter?

April 24, 2015         By      *[signature]*
                               KAREN MICHELE ROZIER, Unrepresented Claimant

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LLC

RECEIVED APR 2 7 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

On April 25, 2015 I served the following document:

- DESIGNATION OF RECORD AND STATEMENT OF ISSUES OF RECORD BY APPELLANT KAREN MICHELE ROZIER PURSUANT TO FEDERAL RULE OF BANKRUPTCY RULE OF PROCEDURE 8006

*On all interested parties via Overnight Mail to the address provided below:*

Unites States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

*Sent via electronic service to the email addresses listed with the Court:*

Counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(Attention: Norman S. Rosenbaum, Jordan A. Wishnew and Meryl L. Rothchild)
nrosenbaum@mofo.com
jwishnew@mofo.com
mrothchild@mofo.com

Office of the United States Trustee for the Southern District of New York
U.S. Federal Building
201 Varick Street
Suite 1006
New York, New York 10004
(Attn: Linda A. Riffkin and Brian S. Masumoto)
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Office of the United States Trustee/ California
jamesjosephtrustee@gmail.com

The ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573
(Attention: Jeffrey Brodsky)
jbrodsky@qtadvisors.com

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

Executed on April 25, 2015

David E. Rozier, Sr