MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

April 28, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

By Overnight Delivery

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 1004-1408

Re:   In re Residential Capital, LLC et al.
      United States Bankruptcy Court
      Southern District of New York
      Jointly Administered Under Case No. 12-12020 (MG)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Trust"). Presently, a status conference on the claim filed by Kristin Karmazyn ("Ms. Karmazyn") is scheduled for Thursday, April 30, 2015. We reached out to Ms. Karmazyn's counsel and are attempting to resolve the matter consensually; however, if we reach an impasse, we will consensually agree on a discovery schedule and confer with the Court on an acceptable date for an evidentiary hearing. As a result, the parties would prefer to adjourn the status conference to a date to be determined. We will promptly alert the Court in the event we cannot reach a consensus.

Respectfully submitted,

Jordan A. Wishnew

Cc: Matthew Aguero (via email)