**Status Conference Date and Time:  Adjourned to a Date to be Determined**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE ON
THE RESCAP BORROWER CLAIMS TRUST'S SEVENTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS)
SOLELY AS IT RELATES TO THE CLAIM FILED BY MICHAEL AND
<u>KRISTIN KARMAZYN (CLAIM NO. 2055) TO A DATE TO BE DETERMINED</u>**

**PLEASE TAKE NOTICE** that the status conference on the *ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7736] (the "<u>Seventy-Sixth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Michael and Kristin Karmazyn (Claim No. 2055), previously scheduled to be heard on April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

ny-1185962

Dated: April 28, 2015
     New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1185962