Francine Silver 8613 Franklin Ave Los Angeles,, CA 90069

Monday, April 27, 2015

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004 - 1408

RECEIVED APR 29 2015 U.S. BANKRUPTCY COURT, SDNY

<u>Evidence of Robo-Signing by the purported Nikole Shelton</u>

Dear Judge Glenn,

During the evidentiary hearing Keeley testified that she worked with Nikole Shelton - apparently in an office that generated thousands of fraudulent documents a week, year after year even through bankruptcy. Attached are two examples of the purported signatures of Nikole Shelton. Any impartial and objective person will recognize these examples are so dissimilar that they were obviously done by two different people and are yet another example of blatant fraud by robo-signing. Even if the assignments were signed and notarized by legitimate parties, which clearly they were not, an assignment executed after a PSA's closing date is void, *see Wells Fargo Bank, N.A. v. Erobobo*, No. 31648/2009, 2013 WL 1831799, at *8 (N.Y.Sup.Ct. Apr. 29, 2013). The Erobobo case provides a detailed insight into both the relevant NY law governing PSA's and also the legal tax ramifications that would prevent late transfers from occurring. Not only are the assignments fabricated, they are void as ruled in Erobobo. The objection is devoid of merit and my claim should be paid in full and immediately.

Respectfully,

*Francine Silver*

Francine Silver

RECORDING REQUESTED BY:

LSI TITLE COMPANY, INC.

Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
(800)-665-3932

07/22/2011

*20110981264*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS NO : CA1100036124
LOAN NO : 0307718858

# SUBSTITUTION OF TRUSTEE

WHEREAS, FRANCINE SILVER, AN UNMARRIED WOMAN was the original Trustor, LAND AMERICA COMMONWEALTH was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONWIDE LENDING GROUP A CORPORATION was the original Beneficiary under that certain Deed of Trust dated 03/15/2006 and recorded on 03/23/2006 as Instrument No. 06 0618788, in Book XX, Page XX of Official Records of Los Angeles County, California; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned desires to substitute Executive Trustee Services, LLC dba ETS Services, LLC. as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 7/6/11

GMAC Mortgage, LLC FKA GMAC Mortgage Corporation

Jacqueline Keeley
Authorized Officer

State of pennsylvania } ss.
County of montgomery }

On 7/6/11 before me, **Nikole Shelton** Notary Public, personally appeared jacqueline keele who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of pennsylvania hat the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Aug. 11, 2014
Member, Pennsylvania Association of Notaries

## ASSIGNMENT OF MORTGAGE

THIS ASSIGNMENT OF MORTGAGE is made this 13th day of Jan. by EquiCredit Corporation of America ("Mortgagee")

WHEREAS, the Mortgagee is the holder of a promissory note, repayment of which is secured by a Mortgage dated April 12, 2001, from Rosalind E. Banks, to the Mortgagee and recorded among the land records of New Castle County, Delaware on April 17, 2001, at Book/Liber 20010417-0027269 Page/Folio (Mortgage); and

WHEREAS, the Mortgage encumbers real property known as:
1315 W. 3rd Street, Wilmington, Delaware 19805
TAX ID: 26-034.10-386

WHEREAS, the Mortgage grants to the Mortgagee the unconditional power to assign the Mortgage for the sole and limited purpose of instituting the power of sale therein set forth, and

WHEREAS, the Mortgagee as the holder of the Note, desires to exercise the power to assign the Mortgage and to vest the mortgage assignees with the same rights, powers, title and estate as are vested in the Mortgage save and excepting the power to further assign, modify, or release this mortgage.

NOW, THEREFORE, in consideration of the sum of Five Dollars ($5.00), and other good and valuable consideration, the Mortgagee does hereby assign to The Bank of New York, acting solely in its capacity as Trustee for EQCC Trust 2001-1F, with all rights powers, trusts and duties of the Mortgage.

EquiCredit Corporation of America

By: Name: Kenneth Ugwuadu
Title: Document Control Officer

STATE of PA
COUNTY of Montgomery

I hereby certify that on this 13 day of Jan, 2002, before me, the subscriber, a Notary Public for the State and County aforesaid, personally appeared Kenneth Ugwuadu who acknowledged himself/herself to be the Doc Control Officer of EquiCredit Corporation of America, and having been granted authority to do so, executed the above document by signing his/her name in my presence. He/she is personally known to me and did not take an oath.

Notary Public

My commission expires:
File Number: 85860 DEL
02-07244

NOTARIAL SEAL
NIKOLE SHELTON, Notary Public
Hatboro Boro, Montgomery County
My Commission Expires May 1, 2006

CAPTION:

FRANCINE SILVER v.
RESIDENTIAL CAPITAL LLC
BORROWER CLAIMS TRUST

CERTIFICATE OF SERVICE
Docket Number: 12-12020

I, MARCUS SILVER, hereby certify under penalty of perjury that on 4/27/15 (date), I served a copy of THE LETTER REGARDING EVIDENCE OF ROBO-SIGNING BY THE PURPORTED NIKOLE SHELTON (list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| NORMAN S. ROSENBAUM, JORDAN A. WISHNEW, MERYL L. ROTHCHILD | | | | |
| MORRISON & FOERSTER LLP | | | | |
| 250 WEST 55th ST | | | | |
| NEW YORK, NY 10019 | | | | |

4/27/15
Today's Date

[Signature]

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form