MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date*
*Debtors, The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON APRIL 30, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     CANCELLED MATTER(S)**:

**1.**     Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8352]

   **Related Document(s)**:

   **a.**     Order Striking Parties' Briefs Filed in Connection with the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8513]

---

[1] Amended items appear in **bold**.

**Response(s)**:

a. Response to Objection of the Rescap Borrower Claims to Proof of Claim Filed by Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8505]

**Status**:   The hearing on this matter has been cancelled.

II. **ADJOURNED MATTER(S)**:

1. ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

    **Related Document(s)**:

    a. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

    b. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

    c. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

    d. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

    e. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

    f. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

    g. Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

    h. Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

**i.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

**j.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903]

**k.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 12, 2015 at 10:00 a.m. [Docket No. 7996]

**l.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 31, 2015 at 10:00 a.m. [Docket No. 8124]

**m.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to April 30, 2015 at 10:00 a.m. [Docket No. 8233]

**n.**   Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to June 23, 2015 at 10:00 a.m. [Docket No. 8417]

**Response(s)**:   None.

**Status**:   The hearing on this matter has been adjourned to June 23, 2015.

**2.**   ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

**Related Document(s)**:

**a.**   Notice of Omnibus Hearing Dates and Rescheduling of February 26, 2015 Hearing [Docket No. 7958]

**b.**   Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8410]

**c.**   Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) to April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8481]

**d.**   Letter to Judge Glenn from Jordan A. Wishnew Regarding Adjournment of Status Conference on Claim No. 2055 Filed by Kristin Karmazyn [Docket No. 8540]

    **e.**    Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) To a Date To Be Determined [Docket No. 8541]

**Response(s)**:

    **a.**    Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7866]

    **b.**    Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8183]

**Reply**:

    **a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 1083, 2055, and 3728 [Docket No. 7967]

    **a.**    Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8038]

    **Status**:    The parties are attempting to resolve the matter consensually and will request a new date for a status conference if they are not able to resolve the matter consensually.

**3.**    ResCap Borrower Claims Trust's Objection to Claim No. 5263 Filed by Inmer E. Campos Carranza [Docket No. 8143]

    **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 5263 Filed by Inmer E. Campos Carranza to April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8316]

    **b.**    Letter addressed to The Honorable Martin Glenn, dated April 6, 2015 Re: Requesting Additional Time to Engage Local Bankruptcy Counsel, Conduct Discovery and Respond To Objections [Docket No. 8479]

    **c.**    Order Scheduling Telephonic Status Conference With Respect to Inmer Campos Carranza's Claim [Docket No. 8482]

    **d.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 5263 Filed by Inmer E. Campos Carranza to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8537]

    **Response(s)**:    None.

    **Status**:    The hearing on this matter has been adjourned to June 23, 2015.

**III.**    **CLAIMS OBJECTION(S) GOING FORWARD**:

**1.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8315]

    **Related Document(s)**:    None.

    **Response(s)**:

    **a.**    Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8413]

    **b.**    Supplement to Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8458]

    **c.**    **William J. Futrell's Objection to Trust's [Reply in Further Support of Objection to Proof of Claim No. 725 Filed by William J. Futrell] and Motion to Strike the Further Submission to Court [Docket No. 8551]**

    **Reply**:

    **a.**    The ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 725 Filed By William J. Futrell [Docket No. 8528]

    **Status**:    The hearing on this matter will be going forward.

| | |
|---|---|
| Dated:  April 29, 2015<br>New York, New York | /s/ Jordan A. Wishnew<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |