# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :    Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :    Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                     Debtor.   :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on April 28, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON APRIL 30, 2015 AT 10:00 A.M. (EST)(Docket No. 8543)**
- **NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE HEARING SCHEDULED FOR APRIL 30, 2015 AT 10:00 A.M. (ET)(Docket No. 8544)**

Dated: April 29, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 29 day of April, 20 15, by, Richie Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____Stacy C_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Dflanigan@polsinelli.com;
Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Tbeko@etsreno.com
Lenbennett@clalegal.com
Srotkis@clalegal.com

bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;

William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;


andrea.hartley@akerman.com;
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
bnkatty@aldine.k12.tx.us;
ecfmail@aclawllp.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;

jeff.brown@gmacfs.com;
william.b.solomon@ally.com;
kit.weitnauer@alston.com;
marty.bunin@alston.com;
william.hao@alston.com;
bill.macurda@alston.com;
john.stern@texasattorneygeneral.gov;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;
xrausloanops5@barclays.com;
david.powlen@btlaw.com;
bbeskanos@aol.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
schaedle@blankrome.com;
tarr@blankrome.com;
root@blankrome.com;
courtney.lowman@ally.com;
ryan.philp@bgllp.com;
stan.chelney@bgllp.com;
jhaake@wbsvlaw.com;
swissnergross@brownrudnick.com;
pbustos@bustosassociates.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dcaley@wongfleming.com;
bankruptcy@clm.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;

krehns@cohenmilstein.com;
srosen@cbshealaw.com;
mwarner@coleschotz.com;
ra-li-ucts-bankrupt@state.pa.us;
will.hoch@crowedunlevy.com;
mgallagher@curtis.com;
macohen@curtis.com;
sreisman@curtis.com;
hryder@daypitney.com;
jjtancredi@daypitney.com;
jwcohen@daypitney.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;
rosa.mendez@db.com;
Brendan.meyer@db.com;
diem.home@gmail.com;
blmessinger@duanemorris.com;
uncadunc1@aol.com;
broylesmk@rgcattys.com;
tterrell@feinsuch.com;
tterrell@feinsuch.com;
ppascuzzi@ffwplaw.com;
dearly@fdic.gov;
floressaucedopllc@gmail.com;
tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
gary.kaplan@friedfrank.com;
kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
kpatrick@gibbsbruns.com;
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
theodore.w.tozer@hud.gov;
kstadler@gklaw.com;

gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com;
brian@gmcnjlaw.com;
bnoren@hinshawlaw.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
ayala.hassell@hp.com;
rnorton@hunton.com;
rrich2@hunton.com;
floraoropeza@co.imperial.ca.us;
bankruptcy2@ironmountain.com;
pgallagher@nassaucountyny.gov;
ceblack@jonesday.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;
reriksen1@gmail.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com;
kgcully@kgcully.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
ecf@kaalaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
judson.brown@kirkland.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
sdny@kmk-law.net;
jleibowitz@kandfllp.com;
dlibra@lapplibra.com;
james.heaney@lawdeb.com;
Dcaponnetto@leopoldassociates.com;

pmahony@leopoldassociates.com;
austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com;
choward@lockelord.com;
abehlmann@lowenstein.com;
abehlmann@lowenstein.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
metkin@lowenstein.com;
adoshi@magnozzikye.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
jrufo@mwc-law.com;
lgordon@mvbalaw.com;
pmoak@McKoolSmith.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
knewman@menterlaw.com;
sdnyecf@dor.mo.gov;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
lberkoff@moritthock.com;
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;
seth.goldman@mto.com;
Thomas.walper@mto.com;
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov;
almeyers@sjgov.org;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;

brandon.johnson@pillsburylaw.com;
jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
igoldstein@proskauer.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
mrollin@rplaw.com;
cwood@rgrdlaw.com;
stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com;
reriksen1@gmail.com;
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com;
johnrosario@delroslaw.com;
prubin@rubinlawllc.com;
dsasser@siwpc.com;
dhall@siwpc.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
jglucksman@scarincihollenbeck.com;
bdk@schlamstone.com;
bbressler@schnader.com;
rbarkasy@schnader.com;
eboden@schnader.com;
DBlumenthal@SchneiderMitola.com;

adam.harris@srz.com;
howard.godnick@srz.com;
marguerite.gardiner@srz.com;
michael.cutini@srz.com;
bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com;
taconrad@sbwlawfirm.com;
fsosnick@shearman.com;
bluckman@shermansilverstein.com;
pjones@stahlcowen.com;
pdatta@hhstein.com;
amuller@stinson.com;
whazeltine@sha-llc.com;
msweeney@msgrb.com;
tal@talcottfranklin.com;
jmiller@tcfbank.com;
jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov;
robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com;
tmm@mullaw.org;
themeyerslawfirm@gmail.com;
TJSinnickson@aol.com;
frenklinart@aol.com;
kay.brock@co.travis.tx.us;
mamta.scott@usbank.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
Mark.Flannagan@umb.com;;
james.byrnes@usbank.com;

laura.moran@usbank.com;
SBOYD@walterinvestment.com;
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com;
accesslegalservices@gmail.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
rmaney@wilmingtontrust.com;
david.tillem@wilsonelser.com;
dneier@winston.com;
cschreiber@winston.com;
jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;

## **EXHIBIT B**

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Rowen L Drenne as Representative
for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Secretary of State
123 William St
New York, NY 10038-3804

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Rd Ste N109
Melville, NY 11747

Peter T. Roach and Associates, P.C.
Michael C Manniello
125 Michael Drive, Suite 105
Syosset, NY 11791

Talcott Franklin P.C.
Derek S Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Kramer Levin Naftallis & Frankel LLP
Kenneth H Eckstein, Thomas Moers
Mayer & Douglas H Mannal & Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Loeb & Loeb LLP
Walter H Curchack, Vadim J Rubinstein
& Debra W Minoff
345 Park Ave
New York, NY 10154

Morrison & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee &
Lorenzo Marinuzzi & Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the
Southern District of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022


U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001


United States Attorney's Office for the
Southern District of New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007


Wells Fargo Bank NA
Attn Corporate Trust Services -
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046


US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

# **EXHIBIT C**

Michael & Kristin Karmazyn
Karmazyn & Co. Inc.
5262 S. Malta Way
Centennial, CO 80015-6013

William J Futrell
8391 N 550W
Bryant, IN 47326

THOMAS D MARGOLIS
Attorney At law
125 E Charles Street Suite 214
Muncie IN 47305