ALAN MOSS
P.O. Box 721
Moss Beach CA 94038

Tel: (415)494-8314
Fax: (650)728-0738
e-mail: alanmoss.office@gmail.com

April 6, 2015
Via e-mail to deanna_anderson@nysb.uscourts.gov

Hon. Martin Glenn
Judge of the U.S. Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York NY 10004-1408

        Re:    IN RE RESCAP
                Action No. 12-12020
                Claim No. 4445

Dear Judge Glenn:

      I write pursuant to the "Discovery Disputes" section set forth under your "Chambers' Rules." As I read the rule, as well as the Local Rule it references(Bankruptcy Local Rule 7007-1) and is based on, I am hereby requesting a "conference" with the Court regarding a discovery dispute that has arisen with counsel for the ResCap trust.

      My claim(Claim No. 4445) is against Executive Trustee Services(ETS). I have requested from the attorneys for ResCap a copy of my file, if any, that was maintained by ETS. They have refused to provide it, relying on your decision to dismiss my claim notwithstanding that you allowed me to submit an amended claim(See Doc 8127), which I timely did(See Doc No. 8334). I have requested the file on two different occasions; as to the initial request for the file, they responded that they would not comply with my request because my claim had been dismissed; as to my second request for the file, which specifically stated that it was being done pursuant to the above-mentioned local requirements prior to seeking the assistance of the court, I have received no response whatsoever.

      Therefore, and pursuant to the above-stated rule, I am hereby requesting a conference with the court to discuss this matter prior to the filing of a motion regarding this discovery matter. Thank you very much.

Very truly yours,

ALAN MOSS

cc: Jessica Arett, Esq.(via e-mail to JArett@mofo.com)