**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## ORDER REGARDING DISCOVERY DISPUTE RAISED BY ALAN MOSS

The ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Claim Objection," ECF Doc. # 7552) to Claim Number 4445 (the "Claim") filed by Alan Moss ("Moss"). After holding a hearing on the Claim Objection on February 11, 2015, the Court entered an order on February 13, 2015 (the "Prior Order," ECF Doc. # 8127) sustaining the Claim Objection without prejudice and permitting Moss to file an amended claim within 30 days.[1] (*See id.* at 3.) Moss filed an amended claim (the "Amended Claim," ECF Doc. # 8334) on March 16, 2015. The Trust filed an objection to the Amended Claim (the "Amended Claim Objection," ECF Doc. # 8502), which is scheduled to be heard on June 4, 2015 at 10:00 a.m. (the "Hearing").

Moss sent the Court a letter, dated April 6, 2015 (the "Letter," ECF Doc. # 8566), requesting a conference regarding a discovery dispute between Moss and the Trust. According to Moss, counsel for the Trust refuses to comply with his requests for production of his loan file maintained by Debtor Executive Trustee Services, LLC ("ETS"). (*See id.*)

**NOW, THEREFORE**, it is hereby

---

[1] On March 2, 2015, Moss filed a motion for reargument with respect to the Prior Order (ECF Doc. # 8225), which the Court denied on April 7, 2015 (ECF Doc. # 8439).

**ORDERED**, that the Court will consider the discovery dispute identified in the Letter at the Hearing; and it is further

**ORDERED**, that counsel to the Trust shall serve a copy of this Order on Moss by overnight mail.

Dated:    May 5, 2015
          New York, New York

                                                        **/s/Martin Glenn**
                                                        MARTIN GLENN
                                          United States Bankruptcy Judge