**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

      **RESIDENTIAL CAPITAL, LLC, et aI.,**    Case No. 12-12020 (MG)
                                                     Chapter II
                         Debtors.              Jointly Administered

-----------------------------------------------------------------X

### NOTICE OF APPEARANCE
### AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as local counsel for **Inmer E. Campos Carranza** a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile le number set forth below:

                    **Dahiya Law Offices LLC**
                  **75 Maiden Lane Suite 506**
                **New York New York 10038**
                    **Tel: 212 766 8000**
                    **Fax: 212 766 8001**
                **karam@legalpundit.com**

                              **-and-**

S**usan M. Rotkis, VSB#40693** (*Pro hac vice* admission being filed)
        **CONSUMER LITIGATION ASSOCIATES, P.C.**
          **763 J. Clyde Morris Boulevard, Suite I-A**
                **Newport News, VA 23601**
                **Telephone (757) 930-3660**
            **Facsimile (757) 930-3662 Facsimile**
            **Email: lenbennett@clalegal.com**
            **Email: srotkis@c1alegal.com**

      **PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007 or 9010 including, without limitation, notices of any orders, motions, orders to

1

show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and planes) of reorganization, or requests, presentments, applications and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex or otherwise which affect or seek to affect the above-captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Inmer E. Campos or a class or class member (i) to have any and all final orders in any and all non-core matters (or core matters as to which the Bankruptcy Court does not have authority to enter a final order) entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New York New York
      May 6, 2015

**DAHIYA LAW OFFICES, LLC**

By:     /s/ karamvir dahiya
_____
Karamvir Dahiya, kd 9738

**CONSUMER LITIGATION ASSOCIATES, P.C.**

By:     /s/ *Susan M. Rotkis*
_____
**Susan M. Rotkis, VSB#40693**