**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

      **RESIDENTIAL CAPITAL, LLC, et aI.,**      Case No. 12-12020 (MG)
                                                                          Chapter II
                         Debtors.                      Jointly Administered

-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Leanna Kellowan, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, and reside in Jamaica, New York

2.      I hereby certify that on May 6th, 2015, I served a true copy of the annexed Notice of Appearance in the following manner:

Bye-filing same with the United States Bankruptcy Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

To:

Residential Capital, LLC
*Debtor*
11 77 Avenue of the Americas
New York, New York 10036

Jordan A. Wishnew, Esq.
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

United States Trustee
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                                                      /s/ *Leanna Kellowan*
                                                                      _____
                                                                      Leanna Kellowan