Hearing Date and Time:  May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF (I) RESCHEDULED TIME FOR MAY 14, 2015
OMNIBUS HEARING DATE AND (II) STATUS CONFERENCES**

  **PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for May 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) has been rescheduled to **May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time)** at the direction of the Court.

  **PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on May 14, 2015 at 10:00 a.m. (Prevailing Eastern Time), have been rescheduled to be heard on **May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time)**:

- Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552], *solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862)*;

- Status Conference on Objection of the ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson [Docket No. 8072];

ny-1186885

- ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims) and (III) Misclassified Borrower Claims) [Docket No. 8380];

- Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8452]; and

- ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8459].

**PLEASE TAKE FURTHER NOTICE** that status conferences on the following matters will be held on **May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time)**:

- ResCap Liquidating Trust's Objection to Ocwen Loan Servicing, LLC's Administrative Expense Claims [Docket No. 8129]; and

- *Ocwen Loan Servicing, LLC v. ResCap Liquidating Trust*, Adv. Pro. No. 14-02388 (MG).

**PLEASE TAKE FURTHER NOTICE** that the following matter, previously scheduled to be heard on May 14, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to a date to be determined:

- ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736], *solely as it relates to the claim filed by Leslie Watley (Claim No. 2452)*.

Dated:  May 6, 2015
        New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*