UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, ET AL. | Chapter 11 |
| Debtors. | Jointly Administered |

MOTION FOR LEAVE TO APPEAL

I, Kenneth C. Thomas, hereby file this Motion for Leave to Appeal pursuant to 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8001(b) for leave to appeal ResCap Borrower Claims Trust's Docket 8541 – Order Denying Motion of Reconsideration of Docket 8135 – Order Sustaining Seventy-Sixth Omnibus Objection to Claim 3728.



KENNETH C. THOMAS
*Claimant*

Dated: April 29, 2015

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, ET AL. | Chapter 11 |
| Debtors. | Jointly Administered |

In my Motion for Reconsideration, I stated without doubt that the affidavits of service used to bring foreclosure proceedings are false; and I am prepared to testify to this truth in a court of law. In the Order denying reconsideration, there is reference made to Docket 8108 that should have been Docket 8135. It would appear that the Order is invalid since it is based on a document that is not mine. In any case, it should be void due to its incorrect assumption that there are no grounds for relief under FRCP 60(b).

In the course of responding to the Trust's objections to my claim, statements were made that are not true and a reference to Illinois law that was ignored by servicer who knowingly submitted false affidavits. The foreclosure filing was done in haste as my mortgage was recorded from MERS to GMAC Mortgage a little more than two weeks before the foreclosure filing. The mortgage went from originator to MERS where it remained until assigned to GMAC Mortgage on February 6, 2012. I have also come to learn that GMAC's law firm (Codilis), as well as the servicer entity (ProVest), have been associated with forged documents.

The Trust quotes the false affidavit in Docket 8135 "process was not served on Thomas at the Property "after diligent investigation" because the process server spoke to the doorman of the condominium, "who stated that [Thomas] does not live in unit # 1705." This is a blatant lie!

The second affidavit is false too. I am attaching a copy of the Recorder of Deeds information regarding property in question that I have owned and resided since March 2008. The affidavit also stated that the doorman said, "a Ms. Duvien owned the unit". This is also untrue! I have received ongoing mail from the Trust since filing the claim in November 2012. I am attaching the latest Order as well as its envelop. In addition to the submission of false affidavits, the Trust provided irrefutable evidence in Docket 8135 that Illinois law was broken.

*Id.* (quoting 735 ILL. COMP. STAT. ANN. 5/2-206(a) (West 2004)). Local Rule 7.3 of the Circuit Court of Cook County provides:

> Pursuant to [section 2-206(a) of the Code], due inquiry shall be made to find the defendant(s) prior to service of summons by publication. In mortgage foreclosure cases, all affidavits of service of summons by publication must be accompanied by a sworn affidavit by the individual(s) making such 'due inquiry' setting forth with particularity the action taken to demonstrate an honest and well directed effort to ascertain the whereabouts of the defendant(s) by inquiry as full as the circumstances permit prior to placing any service of summons by publication.

I have been responding to the Trust's allegations as provided, and as a result, these lies have become known. When I spoke of "inaccuracies", I was referring to the publication affidavit that stated I could not be found because I had relocated. If I had known of the flagrant lies in the servicer affidavits, they would have been mentioned much earlier in this process. At this point, I feel a need for vindication and will do what is necessary to that end.

Respectfully submitted,

[signature]

KENNETH C. THOMAS
*Claimant*
Dated: April 29, 2015

# Exhibit A

## County Records and Order/Envelop

County Records and Order/Envelop

File   Edit   View   Favorites   Tools   Help

Search Home   Search Criteria ▾   Search Options ▾   Search Help&Support   Search FAQ   Cart-Checkout

# Cook County Recorder of Deeds
## Karen A. Yarbrough

Property Identification Number (PIN):

Search

Property Identification Number (PIN) Search:

| Select All | Invert Selection | Purchase Results Summary | Add to Cart | View: 25/Page  **50/Page**  100/Page |

| Recorded Date▼ | PIN | Type Desc. | Doc. # | 1st Grantor | 1st Grantee | 1st Prior Doc# |
|---|---|---|---|---|---|---|
| 9/15/2008 | | LIEN | 0825931070 | CONTINENTAL TILE & MARHLE IN C | TISHMAN CONST CORP IL | 1104031085 |
| 8/13/2008 | | MECHANICS LIEN | 0822656017 | STAR CONTRS SPLY INC | 1454 S MICHIGAN LLC | |
| 7/30/2008 | | MECHANICS LIEN | 0821218105 | SPIDER | 1454 S MICHIGAN LLC | 0922510068 |
| 7/17/2008 | | MECHANICS LIEN | 0819903210 | OTIS ELEVATOR CO MIDWEST REGION | 1454 S MICHIGAN LLC | 1009944048 |
| 6/23/2008 | | LIEN | 0817509065 | PLASS APPLIANCE & FURN INC | TISHMAN CONST CORP | 0833608030 |
| 6/20/2008 | | RELEASE | 0817247090 | EVERGREEN OAK ELEC SPLY & SALES CO INC | 1454 S MICHIGAN LLC | 0815634069 |
| 6/19/2008 | | RELEASE | 0817131072 | EVERGREEN OAK ELEC SPLY & SALES CO INC | 1454 S MICHIGAN LLC | 0815434000 |
| 6/4/2008 | | LIEN | 0815634069 | EVERGREEN OAK ELEC SPLY & SALES | 1454 S MICHIGAN LLC | 0817247090 |
| 6/2/2008 | | LIEN | 0815434000 | EVERGREEN OAK ELEC SUPL & SALES | 1454 S MICHIGAN LLC | 0817131072 |
| 5/5/2008 | | LIEN | 0812622033 | TOTAL WINDOW CORP | 1454 S MICHIGAN LLC | |
| 5/2/2008 | | MECHANICS LIEN | 0812350057 | UNIVERSAL FORM CLAMP INC | 1454 S MICH LLC | |
| 4/1/2008 | | ASSIGNMENT | 0809240022 | UNITED HOME LOANS INC | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 0809240021 |
| 4/1/2008 | | MORTGAGE | 0809240021 | THOMAS KENNETH C | UNITED HOME LOANS INC | 0809240022 |
| 4/1/2008 | | WARRANTY DEED | 0809240020 | 1454 S MICHIGAN LLC | THOMAS KENNETH C | |
| | | AMENDMENT | | | | |

# Cook County Recorder of Deeds
## Karen A. Yarbrough

Search Home | Search Criteria | Search Options | Search Help&Support | Search FAQ | Cart-Checkout

Property Identification Number (PIN):

Property Identification Number (PIN) Search:

| Select All | Invert Selection | Purchase Results Summary | Add to Cart | View: 25/Page 50/Page 100/Page |

| Recorded Date▼ | PIN | Type Desc. | Doc. # | 1st Grantor | 1st Grantee | 1st Prior Doc# |
|---|---|---|---|---|---|---|
| 12/13/2013 | | MODIFICATION | 1334715041 | CHAMBERS GERALD D | OCWEN LOAN SERVICING LLC | 0809240021 |
| 11/5/2013 | | ASSIGNMENT | 1330940015 | GMAC MTG LLC | OCWEN LOAN SERVICING LLC | 0809240021 |
| 3/8/2013 | | CERTIFICATE | 1306713040 | COOK COUNTY CLERK | 1464 S MICHIGAN 1705 | |
| 3/1/2012 | | LIS PENDENS FORECLOSURE | 1206135044 | GMAC MORTGAGE LLC | CHAMBERS GERALD D | 0809240021 |
| 2/6/2012 | | ASSIGNMENT | 1203704012 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | GMAC MTG LLC | 0809240021 |
| 2/9/2011 | | RELEASE | 1104031084 | STAR CONTRS SPLY INC | TISHMAN CONST CORP IL | 0822656017 |
| 2/9/2011 | | RELEASE | 1104031085 | TILE & MARBLE INC | TISHMAN CONST | 0825931070 |
| 2/9/2011 | | RELEASE | 1104031087 | ASCHER BROS CO INC | 1454 S MICHIGAN LLC | 0900729087 |
| 2/9/2011 | | RELEASE | 1104031088 | UNITED STATES FIRE PROTECTION INC | TISHMAN CONST CORP IL | 0907956045 |
| 2/9/2011 | | RELEASE | 1104031089 | OTIS ELEVATOR CO MIDWEST REGION | 1454 S MICHIGAN LLC | 0819903210 |
| 4/28/2010 | | AMENDMENT CONDO DECLARATION | 1011812004 | 1454 S MICHIGAN LLC | PUBLIC | 0807716015 |
| 4/9/2010 | | PARTIAL RELEASE | 1009944048 | OTIS ELEVATOR CO MIDWEST REGION | 1454 S MICHIGAN LLC | 0819903210 |
| 3/17/2010 | | LIEN | 1007618103 | 1464 S MICHIGAN CONDO ASSN | THOMAS KENNETH | |
| 8/13/2009 | | RELEASE | 0922510068 | SPIDER | 1454 S MICHIGAN LLC | 0821218105 |
| 3/20/2009 | | MECHANICS LIEN | 0907956045 | UNITED STATES FIRE PROTECTION INC | 1454 S MICHIGAN LLC | 1104031088 |



**RESCAP**
LEGAL VISION CONSULTING GROUP
1801 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CA 90067

Kenneth C. Thomas
c/o Gerald D. Chambers
1464 S. Michigan Ave., Unit 1705
Chicago, IL 60605