MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, NEW YORK, NORTHERN VIRGINIA, PALO ALTO, SACRAMENTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

May 8, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

By Overnight Delivery

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 1004-1408

Re: In re Residential Capital, LLC et al.
United States Bankruptcy Court
Southern District of New York
Jointly Administered Under Case No. 12-12020 (MG)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Trust"). Pursuant to your *Order Sustaining In Part and Overruling In Part ResCap Borrower Claims Trust's Objection to Claim Number 2397 Filed By John Satterwhite* [Docket No. 8432] entered on April 7, 2015, we have spoken with Mr. Satterwhite on multiple occasions since then to attempt to resolve his claim. On April 6, 2015, the Trust initially provided Mr. Satterwhite with what it believes to be a fair settlement offer. After further discussions, Mr. Satterwhite informed us that he is in the process of finding an attorney and that as a result, he needs until June 3, 2015 to review and respond to the offer.

Given that the parties are attempting to come to a consensual resolution, the Trust suggests that an evidentiary hearing should not be scheduled at this time. If the parties are not able to consensually resolve this matter on or before June 3, then the parties will agree on a schedule for any necessary discovery and confer with the Court on an acceptable date for an evidentiary hearing. We will promptly alert the Court in the event we cannot reach a consensus.

Respectfully submitted,

Jordan A. Wishnew

Pg 2 of 2

MORRISON | FOERSTER

Hon. Martin Glenn, USBJ
May 8, 2015
Page Two

Cc: John Satterwhite (via email)