**Exhibit A**

# ResCap

**MORRISON | FOERSTER**

## Claim Information

| Claim Number | 4701   12-12032   ▮0542 |
|---|---|
| **Basis of Claim** Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | see the attached letter memorandum  Sent/**Received**  JUL 29 2013  To _____  By ___ GG ___ |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: |
|---|
| Homecomings and GMAC # ▮ 0542 |
| Address of property related to the above loan number: |
| 216 Overhill Drive, Arlington, Texas 76010 |

| City: | State: | ZIP Code: |
|---|---|---|
| Arlington | Texas | 76010 |

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220    Bloomington, MN    55438

Claim Number: 4701
Gale Gibbs
Type: POC

Gale Gibbs, Executor
Estate of GALE GIBBS
C/o Post Office Box 6741
Arlington, Texas 76005-6741

Residential Capital, LLC            Certified RRR:  7012 2920 0001 9336 8065
C/o Morrison Foerster
Post Office Box 385220
Bloomington, Minnesota 55438

Re.:  Basis of Claim 4701 request letter dated June 21, 2013  Case Number 12-12032
Address is 216 Overhill Drive, Arlington, Texas 76010 loan # ▮▮▮▮0542

Dear Morrison-Foerster:

The basis of Claim 4701 is a simple one. Every loan contract since about 1986 is a fraud in the factum deceptive trade practice.

1.    The promissory note, hereinafter "pm," and the mortgage contract, also called a deed of trust in some venues, hereinafter "mc," examined together defines fraud in the factum since about 1986 because of the techniques of separating the pm from the mc, the securitization of either or both of the documents, and the selling of derivatives predicated upon either or both of the documents.

2.    The mc is written as if it is a hard money loan, when in actuality the mortgage company, in this case of 12-12032/4701/7429730542, which was Homecomings, did not have any hard money available for lending. Homecomings had a line of credits for which they were approved for the licensed right of creating new debt for the purpose of creating new credit money so that residents will agree to pay interest on a loan that does not have any hard money behind the loan. The credits were simply

created because the buyer, me, signed a pm, and signed a mc, and agreed to pay a monthly principal plus interest.

3. The actual "money" was not actually created until the buyer, in this case, me, Gale Gibbs, Executor for the estate of GALE GIBBS, signed the pm. In actuality the pm is then deposited into the transaction account of Homecomings as an asset and then flipped over into a asset that Homecomings then loaned to me for the purchase of the house. These deceptive trade practices will be exposed when the bankruptcy trustee demands for me a forensic audit of every step of the transaction. I have seen audits that were conducted under discovery in foreclosure court case trials and these audits all indicate that the pm was deposited as money into the lenders account and then flipped over to the asset for loans, and then the loan was made with the credit that was created for the lender by the buyer.

4. Also, it is a well accepted fact in commerce that the maker, me, always owns the pm. It was my pm money that created the credits with which Homecomings made the loan.

5. An examination of the mc will usually reveal that somewhere within that document the buyer was "fully seized" in the property so that the buyer would have the right of transferring the absolute title to the trustee so that the trustee could hold title for the collecting company whomever that may be, so that in the possibility of a foreclosure the trustee can move on the non-judicial eviction. This is another deceptive trade practice. The buyer, me, walks out of the title company owning nothing, used like a fool

for creating millions of dollars of credits and future derivative profits, and has only the obligation for paying 360 payments of a loan that I was required for creating the credits that funded the entire transaction.

6. What the above description of the transaction net out to is that I already own the house, I gave away the house, and I agree to make monthly payments and paying again almost triple for the house with real labor derived dollars, which is hard money. All undisclosed. All fraud in the factum.

7. The foregoing is really a very serious RICO organized crime deceptive trade practice. However, what makes the deceptive trade practice even more serious is that the pm was separated from the mc and the pm was probably placed into a securitized trust managed by MERS. Now that is not such a big deal except for the fact that the local government corporation asserts an ownership as a sovereign land owner and asserts claim to all title to all land within the county and charges the ignorant residents a rent in the form of taxes. The sovereign county government has corporate statute that requires that every time ownership or rights of collection change on their property in possession of the debtor resident, the county is supposed to be informed about the changes, which probably was not done.

8. Every time MERS sells derivatives predicated on my pm held with all of the other pm in the trust, notice should have been given to me and the county. Remember, it is my pm. I created the pm that created the credits that were then loaned back to me. I remain in ownership of the pm.

9. I deserve at least 90 per cent of the profit gain from the sale of all of the derivatives for which my pm is a part of the trust that was securitized and sold. I want the bankruptcy trustee to order a forensic audit of the investments that were made with my pm and I want my 90 per cent part of the profit gain. Or I want all of my money back along with all of the interest and downpayment and insurance and taxes and 20,000 USD for maintenance of the property. I am not just going to allow GMAC to keep all of the profit from my pm and allow them to just wipe out all of the fictitious debt which is actually my hard asset pm.

10. Now, there is another deceptive trade practice that is conducted with the mc. The mc is usually sold to investors using the future "long end" profits derived from me from paying interest and principal on a bank credit entry that had no basis in reality except that my pm created the credits that Homecomings loaned to me.. The mc and the profits from the investments of the mc are my money as well.

11. The mc could not have been created without me creating the pm and then donating my house to the trustee and agreeing to pay monthly payments for 30 years. I want the bankruptcy trustee to order a forensic audit of all of the transactions that have taken place concerning the mc and the sale of derivatives from the mc and the rights of collections of the mc, and I want 90 per cent of all of the profits from the sale of derivatives or rights of collections of the mc. The mc belongs to me just exactly like the pm belongs to me.

12. I am not going to allow GMAC or any other financial intuition to create fictitious money in their bank while using my signature on a pm, then loan the fictitious credits money to me as if the credits are hard money belonging to Homecomings, and then invest my pm for profit, and invest my mc for profit, and earn extreme amounts of profit on my pm and mc and then not pay me, and then continue to expect me to honor my mc agreement, and then GMAC wants to vaporize all of what it owes to me in a bankruptcy. I cannot allow GMAC to escape its obligations to me.

13. Also, I want the bankruptcy trustee to order all of the documents that Homecomings and GMAC and MERS and whoever else is involved with my pm and mc has filed with the IRS and explain to me why I did not receive all of the 1099 A's and all of the 1099 B's, and all of the 1099 OID's that I was supposed to receive as the actual owner of the pm and the mc.

14. Also, I happen to have a banker friend who told me that when I created the pm for Homecomings there was a secret escrow account that was required to be set up that is equal to the amount of the pm that I signed, just in case I was to wise up and realize that I created the credits that were used to loan to me as the buyer, and that this secret escrow account is held for about 3 years in hiding from the bank auditors and then one day when I do not claim the secret escrow account Homecomings or GMAC will put in a 1099 A for abandoned money they just happened to find in their bank and do not know who it belongs to and then keep the money. I want the proceeds from the secret escrow account set up for my pm.

15. As I estimate the total that is due to me, I am about 50 per cent too low on my original estimate I placed on the original claim 4701. I was only looking at the original fraud in the factum plus all that was deceived out of me. But as I gave this memorandum in support of my claim considerable thought, I realized that I was so thoroughly beguiled with all of the undisclosed machinations of the financial derivative process, that I am indeed due a sizable profit for the use of my pm and mc and I am not willing to allow GMAC to simply escape paying to me what they owe to me by a simple bankruptcy.

16. All of the evidence I need will be obtained from the forensic audits of all of the accounts at Homecomings, GMAC, MERS, and the accounts of these entities maintained by that grand CPA and collections service, the Internal Revenue Service.

17. After all of these audits and records are obtained I will call Tom Schauf and Walker Todd to give expert testimony about how the above forensic audits and IRS records reveal that the financial intuitions have stolen from me and do not want to pay to me what is due to me, and want to escape their responsibilities to me by a simply bankruptcy.

18. Now that I have remembered what the banker told me about the secret escrow account and the 1099 A that I was supposed to get when Homecomings or GMAC captured the "abandoned" credits, I think my estimate of what is due to me is low by another 50K plus interest and derivatives profits and other profits from the unauthorized use of my pm and future mc money. If it is not too late to increase my

estimate of what is due to me I want to claim 166,000 USD. I feel certain the audits abd IRS records will indicate that my claim is still too low.

19. Please get this letter to the bankruptcy trustee, or tell me who is the bankruptcy trustee and I will get a copy of this letter to him, and make certain that he orders all of the forensic audits as required for providing to me the evidence to which I am entitled, and order up all of the records from the IRS, and then advise me when there is a hearing for my claim and I will have the court send out subpoenas for Tom Schauf and Walker Todd. A phone conference with Schauf and Todd will be all that is necessary for proving that I am correct about all that I have asserted. All we actually need are the audits for determining how much is due to me.

20. Under penalty of perjury under the law of the united states of America expressed at Title 28 USC § 1746(1) I certify that all of the foregoing is true to the best of my comprehension of the Law, statute, rules, and public policy, from which I have formed my firmly held beliefs that Homecomings and GMAC and MERS owe to me the claim that I made.

Gale Gibbs, Executor and creditor
Estate of GALE GIBBS

2013 July 22

Gale Gibbs, Executor
Estate of GALE GIBBS
C/o post office box 6741
Arlington 005, Texas non-domestic
address correction requested



7012 2920 0001 9336 8065

  

1000   55438

U.S. POSTAGE
PAID
KELLER, TX
76248
JUL 22, 13
AMOUNT
$6.31
00061035-01

Residential Capital, LLC
C/o Morrison Foerster
Post Office Box 385220
Bloomington, Minnesota 55438

55438$5220 B003