**Exhibit B**

Claim #4701   Date Filed: 11/14/2012

*Texas*
*Tarrant county*

B 10 Modified (Official Form 10) (12/11)

*Claim*   $ 83,352.55

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: GMAC Mortgage, LLC, Case No. 12-12032   *RE 528 288 064 US*
*078*

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Gale Gibbs

Name and address where notices should be sent:

Gale Gibbs
c/o post office box 6741
Arlington, Texas 76005-6741

Telephone number: 817-455-2322 or alt. # 214-723-8322   email: galelynngibbs@yahoo.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:   email:

1. Amount of Claim as of Date Case Filed: $ 83,352.55
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
■ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: fraud in the factum and uncompensated conversion of promissory note
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 6525

3a. Debtor may have scheduled account as: GALE GIBBS (See instruction #3a)

3b. Uniform Claim Identifier (optional): (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ■Other
Describe:
Value of Property: $ 50,000.00   Annual Interest Rate 7.875 % ■Fixed ☐Variable
(when case was filed)

*Note         50,000*
*Downpayment  2,000*
*Estimated interest 29,000*
*Current Escrow 2,352.55*
*83,352.55*

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ -0-    Basis for perfection: note 5922-7429730542

Amount of Secured Claim: $ 50,000.00   Amount Unsecured: $ 33,352.55

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".) *be certain to dated the secret 50K loan acct and if there was a 1099 A issued*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: *GMAC has all necessary documents. forensic audit may be required*

9. Signature: (See instruction #9) Check the appropriate box. *if my limited comprehension of derivatives financial transactions*
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or   ☐ I am a guarantor, surety, *is inadequate and this claim is in error, the judge may void this claim.*
(Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
*Title 28 USC 1746 (i)*   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief. *right of amending and all rights reserved w/o prejudice*

Print Name: gale gibbs
Title: creditor
Company:
Address and telephone number (if different from notice address above):

*Gale Gibbs, creditor*
(Signature)       2012 Nov 05
(Date)

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
NOV 14 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Telephone number:   Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

12120321211140000000000003

Gale Gibbs
C/o post office box 6741
Arlington, Texas 76005-6741
Telephony: 817-455-2322
E-Mail: galelynngibbs@yahoo.com

Lorenzo Marinuzzi, Esquire
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Re.:   GMAC MORTGAGE, LLC, Case Number 12-12032

Dear Mr. Marinuzzi:

Enclosed please find a copy of the Claim that I filed with the court this date.

Please feel free to Email any questions you may have about the nature of the Claim.  I am aware that it is highly unusual for a lay person to possess the knowledge of from where comes the United States credits used for a mortgage loan.

Sincerely,

*Gale Gibbs, Creditor*

Gale Gibbs, Creditor

2012 Nov 05

s

Attachments:  Copy of Claim with receipt for registered mail

```
===============================
         KELLER MPO
        KELLER, Texas
          762482300
       4832230648-0094
11/05/2012 (800)275-8777 03:40:51 PM
===============================
========== Sales Receipt ==========
Product        Sale  Unit      Final
Description    Qty   Price     Price
===============================
NEW YORK NY 10004                $0.45
Zone-6 First-Class
Letter
 0.90 oz.
 Expected Delivery: Thu 11/08/12
Return Rcpt (Green               $2.35
Card)
 Registered                     $14.90
 Insured Value :    $1,000.00
 Article Value :    $1,000.00
 Label #:       RE528288078US
                              =========
Issue PVI:                      $17.70

                              =========
Total:                          $17.70

Paid by:
```

Registered No. RE 528 288 078 US
Reg. Fee: $14.90
Handling Charge: $0.00
Return Receipt: $2.35
Postage: $0.45
Restricted Delivery: $0.00
Date Stamp: 0648  05  11/05/12

Customer Must Declare Full Value: $1,000.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Gale Gilfer, 1200 Whitley Road, Keller Texas 76248

TO: Bankruptcy Court, Southern Dist of NY, One Bowling Green, NY NY 10004

PS Form 3806, May 2007 (7530-02-000-9051)
Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®