# Exhibit 2

## May 5, 2015 Letter

# UZICK & ONCKEN, P.C.

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: jhu@uzickoncken.com
www.uzickoncken.com

**Jeffrey H. Uzick**

May 5, 2015

Qualified Written Request and Complaint
To: Ocwen Loan Servicing, LLC
Attention: Customer Care
3451 Hammond Avenue
Waterloo, IA 50704-0780

RE:   Account #:   7435631023
      Property Address:   2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Sirs:

    This firm represents Rich Rode regarding claims that are currently being pursued against GMAC and Homecomings for the mismanagement of refinancing, mismanagement of his escrow account, and attempted wrongful foreclosure on the property the subject of this loan. While GMAC is in bankruptcy, the claims against it and any subsequent owner of the loan will be pursued.

    Our attempts to discuss this matter with a live person at Ocwen has been neglected or outright ignored. I am, for the umpteenth time, requesting contact as soon as possible from an Ocwen representative who has authorization to discuss this situation.

    Ocwen has the staff and time to forward statement after statement, delinquency notice after delinquency notice, and Request For Mortgage Assistance packets time and again, but cannot seem to follow through with this one request for a real person to contact me. Your trademarked slogan, "Helping Homeowners is What We Do" should be "Helping Homeowners is What We Ignore".

    Respectfully,

    */s/ Jeffrey H. Uzick*

    Jeffrey H. Uzick

1/dr\700.100001(113)
cc:   Ocwen Loan Servicing, LLC
      Attn: Modifications
      Post Office Box 24737
      West Palm Beach, Florida 33416-9838

    Mr. Graham W. Gerhardt/Bradley, Arant, Boult, Cummings
    GGerhardt@BABC.com

    Ms. Erica J. Richards/Morrison & Foerster, L.L.P.
    ERichards@MOFO.com

5113 Southwest Parkway, Suite #200 ● Austin, Texas, 78735-8944