MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date*
*Debtors, The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------- ) | |
| In re:                                                  ) | Case No. 12-12020 (MG) |
|                                                         ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                ) | Chapter 11 |
|                                                         ) | |
| Debtors.                ) | Jointly Administered |
| ------------------------------------------------------- ) | |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MAY 14, 2015 AT 4:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**        **ADJOURNED MATTER(S):**

**1.**        Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an
Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
[Docket No. 2401]

    **Related Document(s)**:

    **a.**        Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for
the Entry of an Order Granting Relief from the Automatic Stay Pursuant to
11 U.S.C. § 362(d) [Docket No. 2421]

    **b.**        [Proposed] Order Granting Connecticut Housing Finance Authority
("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

d.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

e.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

f.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

g.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

h.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

i.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

j.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

k.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

l.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

m.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

n.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

o.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

p.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

q.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

r.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

s.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

t.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

u.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.**  Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.**  Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.**  Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**dd.**  Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

**ee.**      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**Response(s)**:

**a.**      Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:      The hearing on this matter has been adjourned to June 23, 2015.

**2.**      ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

**a.**      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**b.**      Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**c.**      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

      **d.**      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

      **e.**      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**Response(s)**:

      **a.**      Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**:      The hearing on this matter has been adjourned to June 23, 2015.

**3.**      ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

**Related Document(s)**:

      **a.**      Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2454) to February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7957]

      **b.**      Notice of Omnibus Hearing Dates and Rescheduling of February 26, 2015 Hearing [Docket No. 7958]

      **c.**      Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2452) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8149]

      **d.**      Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2452) to May 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8456]

**e.**    Notice of (I) Rescheduled Time for May 14, 2015 Omnibus Hearing Date and (II) Status Conferences [Docket No. 8577]

**Response(s)**:

**a.**    Memorandum Requesting Enlargement of Time and Opposing ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (Claim 2452, Leslie Watley) [Docket No. 7851]

**Status**:    A hearing on this matter, solely as it relates to the claim filed by Leslie Watley (Claim No. 2452), has been adjourned to a date to be determined.

## II.    STATUS CONFERENCES REGARDING MATTERS WITH OCWEN LOAN SERVICING, LLC

**1.**    Ocwen Loan Servicing, LLC's Request for Payment of Administrative Claims [Docket Nos. 6296 and 6297]

**Related Document(s)**:

**a.**    Notice of (I) Rescheduled Time for May 14, 2015 Omnibus Hearing Date and (II) Status Conferences [Docket No. 8577]

**Response(s)**:

**a.**    The ResCap Liquidating Trust's Objection to Ocwen Loan Servicing, LLC's Request for Payment on Administrative Expense Claims [Docket No. 8129]

**Reply**:

**a.**    Ocwen Loan Servicing, LLC's Response to The Rescap Liquidating Trust's Objection to Ocwen's Request for Payment of Administrative Expense Claims [Docket No. 8301]

**Sur-Reply**:

**a.**    The ResCap Liquidating Trust's Reply in Further Support of Objection to Ocwen Loan Servicing, LLC's Request for Payment on Administrative Expense Claims [Docket No. 8421]

**Status**:    A status conference on this matter will be going forward.

***Ocwen Loan Servicing, LLC v. ResCap Liquidating Trust, a Delaware Statutory Trust (Adv. Proc. No. 14-02388 (MG))***

**2.**    Motion of Plaintiff Ocwen Loan Servicing, LLC for Summary Judgment [Adv. Proc. Docket No. 7]

**Related Document(s)**:

a.    Complaint [Adv. Proc. Docket No. 1]

b.    Notice of (I) Rescheduled Time for May 14, 2015 Omnibus Hearing Date and (II) Status Conferences [Docket No. 8577]

**Response(s)**:

a.    The ResCap Liquidating Trust's Opposition to Ocwen's Motion for Summary Judgment [Adv. Proc. Docket No. 10]

**Reply**:

a.    Plaintiff's Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment [Adv. Proc. Docket No. 12]

**Status**:    A status conference on this matter will be going forward.

3.    The ResCap Liquidating Trust's Motion for Summary Judgment [Adv. Proc. Docket No. 8]

**Related Document(s)**:

a.    Complaint [Adv. Proc. Docket No. 1]

b.    Notice of (I) Rescheduled Time for May 14, 2015 Omnibus Hearing Date and (II) Status Conferences [Docket No. 8577]

**Response(s)**:

a.    Plaintiff's  Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment [Adv. Proc. Docket No. 9]

**Reply**:

a.    The ResCap Liquidating Trust's Reply in Support of Motion for Summary Judgment [Adv. Proc. Docket No. 11]

**Status**:    A status conference on this matter will be going forward.

### III.    STATUS CONFERENCE(S) REGARDING CLAIM MATTERS

1.    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) (solely as it relates to Claim No. 3862) [Docket No. 7552]

**Related Document(s)**:

a.    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516]

b.    ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574]

**Status**:    A status conference on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862), will be going forward.

2.    Objection of the ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson [Docket No. 8072]

**Related Document(s)**:

a.    Duncan K. Robertson's Notice of Filing of a Third-Party Action Against Residential Funding Company, LLC [Docket No. 8239]

b.    Duncan K. Robertson's Notice of Filing of Appeal in Ninth Circuit [Docket No. 8240]

c.    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust's Objection to Proofs of Claim Filed by Duncan K. Robertson [Docket No. 8533]

d.    Motion for Partial Reconsideration of Memorandum Opinion and Order on Claim Numbers 2385, 2386, 2387, 2388 and 2389 [filed by Duncan K. Robertson] [Docket No. 8598]

e.    Letter to Judge Glenn from Jordan A. Wishnew Regarding Status of Settlement Negotiations with Duncan K. Robertson [Docket No. 8602]

f.    ResCap Liquidating Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust's Objection to Proofs of Claim Filed by Duncan K. Robertson [Docket No. 8604]

**Status**:    A status conference on this matter will be going forward.

IV.    **CLAIMS OBJECTION(S)**:

1.    ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims) and (III) Misclassified Borrower Claims) [Docket No. 8380]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims and (III) Misclassified Borrower Claims) Solely as it Relates to the Claim Filed by Phenon Walker (Claim No. 4966) to June 4, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8484]

b.    Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims and (III) Misclassified Borrower Claims) Solely as it Relates to the Claim Filed by Thomas G. Cooper (Claim No. 6272) to June 4, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8600]

**Response(s)**:

a.    Gale Gibbs' [Response to the Rescap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims) and (III) Misclassified Borrower Claims)] [Docket No. 8542]

b.    Ex-Parte Application for Dismissal and Request for Judicial Notice filed by Robert D. Eberwein [Docket No. 8597]

c.    Response to Objection of The ResCap Borrower Claims Trust to Expunge Proof of Claim Filed by Phenon Walker Edgewater Trust (Claim No. 4966) [Docket No. 8599]

**Reply**:

a.    ResCap Borrower Claims Trust's Reply in Support of its Eighty-Fifth Omnibus Objection to Claims ((I) No-Liability Borrower Claims, (II) Redundant Borrower Claims, (III) Misclassified Borrower Claims) As to Claim No. 4701 [Docket No. 8589]

**Status**:    The hearing on this matter, solely as it relates to the claim filed by Phenon Walker (Claim No. 4966) and the claim filed by Thomas G. Cooper (Claim No. 6272), has been adjourned to June 4, 2015.  The hearing on this matter as it relates to all other claimants will be going forward.

2.    Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8452]

**Related Document(s)**:    None.

**Response(s)**:

a.    Richard D. Rode's Response to Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8561]

**Reply**:

a.    Reply in Support of Objection of The ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8603]

**Status**:    The hearing on this matter will be going forward.

3.    ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8459]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

Dated:  May 12, 2015        /s/ Norman S. Rosenbaum
New York, New York        Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*