UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
In re                         :    Chapter 11
                              :
RESIDENTIAL CAPITAL, LLC,     :    Case No. 12-12020 (MG)
et al..,[1]                   :
                              :
                    Debtor.   :
------------------------------x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on May 8, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY SEVENTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIM, AND (III) REDESIGNATE, REDUCE AND ALLOW BORROWER CLAIM)(Docket No. 8588)**

Dated: May 11, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this  11  day of  May         , 20 15 , by,  Richie  Lim                     proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# EXHIBIT A

kristin@theufan.com;
junciano@hawaii.rr.com;
info@theufan.com;
kypete@zoomtown.com;
adows@premierlegalgroup.com;
ara@aralawoffice.com;
howard@howardrabinlaw.com;
leonhardt@teamrosner.com;
jmsmith@jmsmithlpa.com;
sjvannlaw@yahoo.com;


bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
ray.schrock@weil.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;

kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV;
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;


andrea.hartley@akerman.com;
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
bnkatty@aldine.k12.tx.us;
ecfmail@aclawllp.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;
jeff.brown@gmacfs.com;
william.b.solomon@ally.com;
kit.weitnauer@alston.com;
marty.bunin@alston.com;
william.hao@alston.com;
bill.macurda@alston.com;
john.stern@texasattorneygeneral.gov;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
Schindlerwilliamss@ballardspahr.com;

marriott@ballardspahr.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;
xrausloanops5@barclays.com;
david.powlen@btlaw.com;
bbeskanos@aol.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
schaedle@blankrome.com;
tarr@blankrome.com;
root@blankrome.com;
courtney.lowman@ally.com;
ryan.philp@bgllp.com;
stan.chelney@bgllp.com;
jhaake@wbsvlaw.com;
swissnergross@brownrudnick.com;
pbustos@bustosassociates.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dcaley@wongfleming.com;
bankruptcy@clm.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com;
srosen@cbshealaw.com;
mwarner@coleschotz.com;
ra-li-ucts-bankrupt@state.pa.us;
will.hoch@crowedunlevy.com;
mgallagher@curtis.com;
macohen@curtis.com;
sreisman@curtis.com;
hryder@daypitney.com;
jjtancredi@daypitney.com;
jwcohen@daypitney.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;

rosa.mendez@db.com;
Brendan.meyer@db.com;
diem.home@gmail.com;
blmessinger@duanemorris.com;
uncadunc1@aol.com;
broylesmk@rgcattys.com;
tterrell@feinsuch.com;
tterrell@feinsuch.com;
ppascuzzi@ffwplaw.com;
dearly@fdic.gov;
floressaucedopllc@gmail.com;
tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
gary.kaplan@friedfrank.com;
kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
kpatrick@gibbsbruns.com;
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
theodore.w.tozer@hud.gov;
kstadler@gklaw.com;
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com;
brian@gmcnjlaw.com;
bnoren@hinshawlaw.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
ayala.hassell@hp.com;
rnorton@hunton.com;
rrich2@hunton.com;
floraoropeza@co.imperial.ca.us ;
bankruptcy2@ironmountain.com;
pgallagher@nassaucountyny.gov;
ceblack@jonesday.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;
reriksen1@gmail.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;

namamoo@kasowitz.com;
kgcully@kgcully.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
ecf@kaalaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
judson.brown@kirkland.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
sdny@kmk-law.net;
jleibowitz@kandfllp.com;
dlibra@lapplibra.com;
james.heaney@lawdeb.com;
Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com;
austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com;
choward@lockelord.com;
abehlmann@lowenstein.com;
abehlmann@lowenstein.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
adoshi@magnozzikye.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
jrufo@mwc-law.com;
lgordon@mvbalaw.com;
pmoak@McKoolSmith.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
knewman@menterlaw.com;
sdnyecf@dor.mo.gov;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
lberkoff@moritthock.com;
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;

seth.goldman@mto.com;
Thomas.walper@mto.com;
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov;
almeyers@sjgov.org;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;
brandon.johnson@pillsburylaw.com;
jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
igoldstein@proskauer.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
mrollin@rplaw.com;
cwood@rgrdlaw.com;
stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com;
reriksen1@gmail.com;
keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com;
johnrosario@delroslaw.com;
prubin@rubinlawllc.com;
dsasser@siwpc.com;
dhall@siwpc.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
jglucksman@scarincihollenbeck.com;
bdk@schlamstone.com;
bbressler@schnader.com;
rbarkasy@schnader.com;

eboden@schnader.com;
DBlumenthal@SchneiderMitola.com;
adam.harris@srz.com;
howard.godnick@srz.com;
marguerite.gardiner@srz.com;
michael.cutini@srz.com;


bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com;
taconrad@sbwlawfirm.com;
fsosnick@shearman.com;
bluckman@shermansilverstein.com;
pjones@stahlcowen.com;
pdatta@hhstein.com;
amuller@stinson.com;
whazeltine@sha-llc.com;
msweeney@msgrb.com;
tal@talcottfranklin.com;
jmiller@tcfbank.com;
jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov;
robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com;
tmm@mullaw.org;
themeyerslawfirm@gmail.com;
TJSinnickson@aol.com;
frenklinart@aol.com;
kay.brock@co.travis.tx.us;
mamta.scott@usbank.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
Mark.Flannagan@umb.com;
james.byrnes@usbank.com;
laura.moran@usbank.com;
SBOYD@walterinvestment.com;

mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
rmaney@wilmingtontrust.com;
david.tillem@wilsonelser.com;
dneier@winston.com;
cschreiber@winston.com;
jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com;

## EXHIBIT B

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

| | |
|---|---|
| **Law Offices of Richard Sax**<br>Richard Sax<br>448 Sebastopol Ave<br>Santa Rosa, CA 95401 | **Leslie Jamison**<br>66 Howard Avenue<br>Ansonia, CT 06401-2210 |
| **Manatee County Tax Collector**<br>Susan D Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton, FL 34222 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 |
| **Rowen L Drenne as Representative for**<br>**the Plaintiffs Brian**<br>Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 |
| **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 | **Shapiro Dicaro & Barak LLC**<br>Shari S. Barak<br>105 Maxess Rd Ste N109<br>Melville, NY 11747 |
| Talcott Franklin P.C.<br>Derek S Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 | **U.S. Department of Justice**<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005 |

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

| | |
|---|---|
| Kramer Levin Naftallis & Frankel LLP<br>Kenneth H Eckstein, Thomas Moers Mayer<br>& Douglas H Mannal& Jeffrey Trachtman<br>1177 Avenue of the Americas<br>New York, NY 10036 | Kurtzman Carson Consultants<br>P Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Loeb & Loeb LLP<br>Walter H Curchack, Vadim J Rubinstein<br>& Debra W Minoff<br>345 Park Ave<br>New York, NY 10154 | Morrison & Foerster LLP<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi & Kayvan B Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Office of the NY State Attorney General<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 |
| Office of the US Attorney for the Southern District of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| Securities & Exchange Commission NY Regional Office<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 |

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the Southern
District of New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

Wells Fargo Bank NA
Attn Corporate Trust Services -
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

# EXHIBIT C

Joanne Stanphill and John Stanphill
c/o Kristin Crone, Esq
1490 Stone Point Dr., Ste 100
Roseville, CA 95661

Joanne Stanphill and John Stanphill
17886 Berta Canyon Rd.
Salinas, CA 93907

Joanne Stanphill and John Stanphill
c/o Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150

Joycelyn W. Unciano, pro se
91-590 Farrington Hwy 210-226
Kapolei, HI 96707

Troy and Meta Turner
c/o Kristin Crone, Esq.
9075 Foothills Blvd., Suite 6
Roseville, CA 95747

Troy and Meta Turner
136 Central Ave.
Waterbury, CT 06702

Robert Kanagaki and Patricia Young
c/o Kristin Crone, Esq
1490 Stone Point Dr., Ste 100
Roseville, CA 95661

Robert Kanagaki and Patricia Young
15 Hiromi Lane
Oakley, CA 94561


Law Office of Pete W. Whaley
1300 N. Main Street
Williamstown, KY 41097


MARTIN JEORGE A AND ROBERT ALICEA
c/o Reade and Associates
1333 N Buffalo Drive Suite 210
Las Vegas, NV 89128


Sylvia D Strupp vs Pioneer Title Company of ADA County an Idaho corporation
dba Pioneer Lender Trustee Services et al
c/o AHERIN RICE and ANEGON
1212 IDAHO STPO DRAWER 698
LEWISTON, ID 83501-0698


US Bank Association as Trustee for RAMP v Jeffrey Alperin and JoAnn Alperin et al
c/o Howard Rabin, P.C.
112 New South Road
Hicksville, NY 11801


Scott James Leonhardt
824 N. Market Street, Suite 810
Wilmington, DE 19805

Scott James Leonhardt
2111 Fairfield Place
Wilmington, DE 19805


Maria Aljaksina
2971 Wagonwheel
Troy, MI 48085

Steven T. Biermann and Tracy Watson Biermann
c/o Justin M. Smith, Esq.
J.M. Smith Co., LPA
24400 Highpoint Road, Suite 7
Beachwood, OH 44122


Julie A. Humphries
11221 McCree Rd
Dallas, TX 75238


Law Offices of Sheldon J. Vann & Associates
GMAC Mortgage LLC v Gary Burden and Ayanna Burden
841 Prudential Dr 12th Fl
Jacksonville, FL 32207


NDEX West LLC TS XXXXXXXXXX1737 Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602


NDEX West LLC TS XXXXXXXXXX1737 Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602


NDEX West LLC TS XXXXXXXXXX1737 Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602


MARTIN JEORGE A AND ROBERT ALICEA
c/o Reade and Associates
1333 N Buffalo Drive Suite 210
Las Vegas, NV 89128

GMAC Mortgage LLC v Gary Burden and Ayanna Burden  
Law Offices of Sheldon J Vann and Associates  
841 Prudential Drive 12th Fl  
Jacksonville, FL 32207