Hearing Date and Time:  June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time:  May 28, 2015 at 4:00 p.m. (Prevailing Eastern Time)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF SUPPLEMENTAL HORST DECLARATION IN
SUPPORT OF THE RESCAP LIQUIDATING TRUST'S EIGHTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS ((A) NO LIABILITY CLAIMS
AND (B) MODIFY AND ALLOW CLAIMS) AND AMENDED
<u>EXHIBIT A TO THE PROPOSED ORDER</u>**

**PLEASE TAKE NOTICE** that on May 7, 2015, the undersigned filed *The ResCap Liquidating Trust's Eighty-Sixth Omnibus Objection to Claims ((A) No Liability Claims and (B) Modify and Allow Claims)* [Docket No. 8581] (the "<u>Objection</u>").

**PLEASE TAKE FURTHER NOTICE** that the ResCap Liquidating Trust hereby submits a supplemental declaration by Deanna Horst (the "<u>Supplemental Declaration</u>"), attached hereto as <u>Exhibit 1</u>, annexing an amended copy of <u>Exhibit A</u> to the Objection's proposed form of order, which appears as <u>Exhibit A</u> to the Supplemental

ny-1187474

Declaration. The amended copy of <u>Exhibit A</u> modifies the "Reason for Disallowance" for Claim No. 1671 filed by claimant Shore Line Realty & Associates Inc., a No Liability Claim subject to the Objection.

Dated: May 13, 2015
       New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*

ny-1187474

# Exhibit 1

**Supplemental Horst Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF DEANNA HORST IN SUPPORT OF
THE RESCAP LIQUIDATING TRUST'S EIGHTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS ((A) NO LIABILITY CLAIMS AND
(B) MODIFY AND ALLOW CLAIMS)**

I, Deanna Horst, hereby certify that:

1. I am the Chief Claims Officer for The ResCap Liquidating Trust (the "Liquidating Trust").

2. On May 7, 2015, The ResCap Liquidating Trust (the "Liquidating Trust") filed *The ResCap Liquidating Trust's Eighty-Sixth Omnibus Objection to Claims ((A) No Liability Claims and (B) Modify and Allow Claims)* [Docket No. 8581] (the "Objection")[1] which included my declaration in support of the Objection (*see* Exhibit 1 annexed to the Objection) (the "Horst Declaration"). This Supplemental Declaration is filed in support of the Objection.

3. The Liquidating Trust seeks to modify the "Reason for Disallowance" for Claim No. 1671 filed by claimant Shore Line Realty & Associates Inc., a No Liability Claim listed on Exhibit A to the Proposed Order. Based on the Liquidating Trust's review, and for the reasons described in greater detail in the Objection, the Horst Declaration, and the amended Exhibit A, the Debtors are not liable to this claimant for the amount asserted in Claim No. 1671. The

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

ny-1187464

Liquidating Trust hereby submits an amended copy of <u>Exhibit A</u> to the Proposed Order, attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 13, 2015                          /s/ Deanna Horst
                                             Deanna Horst
                                             *Chief Claims Officer for The ResCap Liquidating Trust*

# **EXHIBIT A**

**Amended Copy of <u>Exhibit A</u> to the Proposed Order**

ny-1187464

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
EIGHTY-SIXTH OMNIBUS OBJECTION - NO LIABILITY (NON-BORROWER CLAIMS)

### Claims to be Disallowed and Expunged

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | BEVERLY GROUP INC<br>660 4TH STREET<br>STE 116<br>SAN FRANCISCO, CA 94107 | 2206 | 11/05/2012 | $7,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Basis of claim is for unpaid real estate commission for a short sale. The closing fell through and commission was not earned as the transaction did not close. Review of Books and Records confirms that Debtors did not have a commitment to pay unless transaction closed. |
| 2 | City of Stockton<br>Administrative Services<br>425 N El Dorado St<br>Stockton, CA 95202 | 6228 | 11/30/2012 | $6,414.88 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no record of the invoices, which were submitted with this claim, owing to claimant by any Debtor. The Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. Moreover, while the claim included information relating to a certain parcel of real property, the Trust's examination of the Debtors' books and records reflect that the Debtors had a pre-existing relationship with the identified parcel but only as the servicer of the 2nd mortgage. Debtor received notice of the code violation and the invoices on multiple occasions and responded back to the city that Debtor was the servicer of the 2nd mortgage, and Option One/Am Home Mtg was servicing the 1st mortgage. Debtor provided Claimant with Option One's contact information and notified the city that they needed to contact Option One to clear the code/lien. Therefore, there is no basis for liability against the Debtors. |
| 3 | Eldorado Neighborhood Second Homeowners Association<br>c/o Terra West Management Services<br>6655 S. Cimarron Road, Suite 200<br>Las Vegas , NV 89113 | 1289 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$887.71 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |
| 4 | FARRIS ENTERPRISES LLC<br>94 1506 LANIKUHANA AVE 577<br>MILIANI, HI 96789 | 508 | 09/17/2012 | $525.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Per claimant, the claim was paid and amounts are no longer due. |
| 5 | Gilmer County Tax Commissioner<br>1 Broad Street Suite 105<br>Ellijay, GA 30540 | 447 | 08/31/2012 | $952.96 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Per claimant, the claim was paid and amounts are no longer due. |
| 6 | HARBOR BREEZE CONDOMINIUM<br>5471 VINELAND RD 7301<br>ORLANDO, FL 32811 | 723 | 09/24/2012 | $6,063.68 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | The Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. Moreover, while the claim included information relating to a certain parcel of real property, the Trust's examination of the Debtors' books and records did not reflect that the Debtors had any pre-existing relationship with the identified parcel, either in their capacity as a loan servicer or investor. Therefore, there is no basis for liability against the Debtors. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
EIGHTY-SIXTH OMNIBUS OBJECTION - NO LIABILITY (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Claims to be Disallowed and Expunged | | | |
| 7 | LAW OFFICES OF MARSHALL C WATSON<br>C/O - Scott Weiss, Esq.<br>1800 NW 49th St Ste 120<br>Fort Lauderdale, FL 33309 | 3643 | 11/08/2012 | <br><br><br><br>$5,959.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | The Liquidating Trust requested that claimant provide additional detail to support the claim. Claimant has not provided any response. The Trust's examination of the Debtors' books and records confirmed that there were no outstanding pre- or post-petition invoice amounts owed to claimant by any Debtor. |
| 8 | Law Offices of Marshall C. Watson P.A.<br>c/o Scott Weiss, Esq.<br>1800 NW 49th St Ste 120<br>Ft Lauderdale, FL 33309 | 3745 | 11/08/2012 | $22,174.70 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | The Liquidating Trust requested that claimant provide additional detail to support the claim. Claimant has not provided any response. The Trust's examination of the Debtors' books and records confirmed that there were no outstanding pre- or post-petition invoice amounts owed to claimant by any Debtor. |
| 9 | LUNDBERG AND ASSOCIATES<br>3269 S MAIN ST STE 100<br>SALT LAKE CITY, UT 84115 | 2557 | 11/06/2012 | <br><br><br><br>$6,085.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no record of the invoices, which were submitted with this claim, owing to claimant by any Debtor. The Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. |
| 10 | MARSHALL L COHEN PA<br>PO BOX 60292<br>FORT MYERS, FL 33906 | 4667 | 11/13/2012 | <br><br><br><br>$5,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ditech, LLC | 12-12021 | The Liquidating Trust reached out to claimant a number of times, through both email and phone calls, to obtain copies of invoices, loan numbers, or any additional identifying information to research the merits of the claim. None were provided. Moreover, the Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. |
| 11 | MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD<br>STUART, FL 34994 | 123 | 06/04/2012 | <br><br>$2,427.83 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Per claimant, the claim was paid and amounts are no longer due. |
| 12 | MERIDEN TAX COLLECTOR<br>142 E MAIN ST<br>RM 117<br>MERIDEN, CT 06450 | 1884 | 10/29/2012 | <br><br>$1,104.47 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |
| 13 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225 | 340 | 07/31/2012 | <br><br>$996.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |
| 14 | Norfolk City Treasurer<br>Norfolk City<br>PO Box 3215<br>Norfolk, VA 23514 | 632 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$125.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
EIGHTY-SIXTH OMNIBUS OBJECTION - NO LIABILITY (NON-BORROWER CLAIMS)

**Claims to be Disallowed and Expunged**

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 15 | PAUL DAVIS RESTORATION AND REMODELING<br>77833 PALAPAS RD<br>PALM DESERT, CA 92211 | 625 | 09/21/2012 | $10,159.81 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no record of the invoices, which were submitted with this claim, owing to claimant by any Debtor. Moreover, the Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. |
| 16 | Revenue Commissioner Morgan County<br>Amanda G. Scott<br>PO Box 696<br>Decatur, AL 35602 | 7296 | 10/28/2013 | $694.90 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Per claimant, the claim was paid and amounts are no longer due. |
| 17 | Samuel I. White, P.C.<br>Donna J. Hall, Esq.<br>5040 Corporate Woods Drive,<br>Suite 120<br>Virginia Beach, VA 23452 | 5666 | 11/16/2012 | $6,126.78 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no record of the invoices, which were submitted with this claim, owing to claimant by any Debtor. Moreover, the Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. |
| 18 | SERVPRO OF THE REND LAKE REGION<br>PO BOX 624<br>MOUNT VERNON, IL 62864-0014 | 4220 | 11/09/2012 | $7,427.49 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claimant is a contractor seeking payment in connection with property repairs done for a GMACM borrower. Claimant believes that it is entitled to the insurance proceeds related to the borrower's property. Claimant's recourse is with the borrower/homeowner, not with GMACM. GMACM had no agreement with the contractor. |
| 19 | Shore Line Realty & Associates Inc.<br>1407 Viscaya Parkway, # 2<br>Cape Coral, FL 33990 | 1671 | 10/25/2012 | $0.00<br>$0.00<br>$7,800.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Basis of claim is for unpaid real estate commission for a short sale. The closing fell through and commission was not earned as the transaction did not close. Review of Books and Records confirms that Debtors did not have a commitment to pay unless transaction closed. Moreover, the Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. |
| 20 | SUN PRAIRIE CITY<br>300 E MAIN ST<br>SUN PRAIRIE CITY TREASURER<br>SUN PRAIRIE, WI 53590 | 2155 | 11/05/2012 | $356.75 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |
| 21 | Trenton Water Works<br>Trenton Water Works / City of Trenton / Accounts & Control<br>319 East State St., Room 113<br>Trenton, NJ 08608 | 479 | 09/14/2012 | $515.22 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Per claimant, the claim was paid and amounts are no longer due. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
EIGHTY-SIXTH OMNIBUS OBJECTION - NO LIABILITY (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 22 | WILLOWTREE HOMEOWNERS ASSOC
1111 STEVENS ST NO 17
MEDFORD, OR 97504 | 2480 | 11/06/2012 | $4,818.30 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no record of the invoices, which were submitted with this claim, owing to claimant by any Debtor. The Debtors' books and records do not reflect any sums (pre- or post-petition) owing to this claimant by any Debtor. Moreover, while the claim included information relating to a certain parcel of real property, the Trust's examination of the Debtors' books and records did not reflect that the Debtors had any pre-existing relationship with the identified parcel, either in their capacity as a loan servicer or investor. Therefore, there is no basis for liability against the Debtors. |
| 23 | Wise CAD
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201 | 4879 | 11/16/2012 | $1,489.77 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | GMAC Mortgage, LLC | 12-12032 | Per claimant, the claim was paid and amounts are no longer due. |