# EXHIBIT 5

# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| PAMELA LONGONI, et al., | ) | 3:10-CV-0297-LRH-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | |
| | ) | DATED:  July 29, 2011 |
| GMAC MORTGAGE, LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:     Lisa Mann         Court Reporter:     FTR
Counsel for Plaintiff(s):      Thomas Beko
Counsel for Defendant(s):       David Bashford (By telephone)

PROCEEDINGS: HEARING REGARDING STIPULATION (#78)

10:00 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

The Court and counsel discuss the parties' stipulation to extend time to file motion to compel (#78).

Having heard from counsel and good cause appearing, the Court finds as follows:

1. **30(b)(6) depositions:**

    a. Counsel are directed to file a deposition schedule by no later than the close of business on **Friday, August 5, 2011**, for the appropriate 30(b)(6) depositions to be taken in this action for a date prior to October 2011.

    b. The 30(b)(6) depositions of defendants GMAC Mortgage, LLC, Executive Trustee Services, LLC, and Residential Funding Corporation LLC will be conducted in Reno, Nevada.

2. **Proposed final discovery plan and scheduling order:**

    Counsel are directed to file a proposed final discovery plan and scheduling order by no later than the close of business on **Friday, August 5, 2011** which outlines what

Pamela Longoni, et al., v. GMAC Mortgage, LLC, et al.
3:10-CV-0297-LRH-VPC
July 29, 2011
Page 2

>discovery is required and when such discovery will be completed. The Court advises counsel it will not entertain further extensions of the final discovery plan and scheduling order.

3. **Supplemental answers to plaintiff's interrogatory requests:**

>Defendants shall provide supplemental answers to plaintiff's interrogatory requests by no later than the close of business on **Friday, August 5, 2011**.

4. **Properly named defendant:**

>Mr. Bashford advises the Court that he has received additional documentation from defendants, which indicate that the owner of the promissory note is Residential Asset Mortgage Products, Inc. Mr. Bashford further advises he does not currently represent Residential Asset Mortgage Products, Inc., and does not know where this entity is located. Mr. Bashford is directed to provide Mr. Beko with the documentation that identifies Residential Asset Mortgage Products, Inc., as the appropriate owner of the note which is the subject of this lawsuit, provide information concerning where this entity conducts business, and provide the name of the person who will represent this entity in this lawsuit by no later than **Friday, August 5, 2011**.

5. **Case management report:**

>Counsel are directed to file a joint case management report by no later than **Wednesday, August 10, 2011**, which outlines the status of this case and provides a date certain that the third amended complaint will be filed. Mr. Bashford notes for the record that there will be no opposition to the filing of a third amended complaint. The Court notes counsel for Residential Asset Mortgage Products, Inc., shall enter an appearance after the third amended complaint is filed; thereafter, the Court will set this matter for another case management conference.

Mr. Bashford is directed to express the Court's sentiments to his clients.

IT IS SO ORDERED.

10:30 a.m. Court adjourns.

LANCE S. WILSON, CLERK
By:_____/s/_____
Lisa Mann, Deputy Clerk