# EXHIBIT 19

# EXHIBIT 19

# FINANCIAL ANALYSIS FORM

Account Number 7440353498

| I want to: | ☒ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☒ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant |

## BORROWER / CO-BORROWER

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME Pamela Longoni | CO-BORROWER'S NAME Jean Gagnon |
| SOCIAL SECURITY NUMBER 530 84 0175   DATE OF BIRTH 02/05/64 | SOCIAL SECURITY NUMBER 530 142 165   DATE OF BIRTH 04/12/62 |
| HOME PHONE NUMBER WITH AREA CODE 775 746 4365 | HOME PHONE NUMBER WITH AREA CODE 775 746 4365 |
| CELL OR WORK NUMBER WITH AREA CODE 775 530 5251 | CELL OR WORK NUMBER WITH AREA CODE 775 291 0666 |
| MAILING ADDRESS 5540 Twin Creeks Drive   Reno NV 89523 | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) Same | EMAIL ADDRESS Plongoni@etsreno.com |

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☒ No | Have you contacted a credit-counseling agency for help? |
| Have you received an offer on the property? ☐ Yes ☒ No | ☐ Yes ☒ No |
| Date of offer _____ Amount of Offer $_____ | If yes, please complete counselor contact information below. |
| Agent's Name: | Counselor's Name: |
| Agent's Phone Number: | Counselor's Phone Number: |
| For Sale by Owner? ☐ Yes ☐ No | Counselor's Email: |
| Who pays the Real Estate Tax bill on your property? | Who pays the hazard insurance policy for your property? |
| ☐ I do ☒ Lender does | ☐ I do ☒ Lender Does ☐ Paid by Condo or HOA |
| Are the taxes current? ☒ Yes ☐ No | Is the policy current? ☒ Yes ☐ No |
| Condominium or HOA Fee ☐ Yes ☐ No $ _____ | Name of Insurance Co. Farmers |
| Paid to: | Insurance Co. Tel #: 775 359 2256 |

| | |
|---|---|
| Have you filed for bankruptcy? Yes ☐ No ☒ If yes: ☐Chapter 7 ☐ Chapter 13   Filing Date:_____ | |
| Has your bankruptcy been discharged? ☐Yes ☐No   Bankruptcy case number _____ | |

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| None | | | |

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by *(Please check all that apply)*:

| | |
|---|---|
| ☒ My household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower. | ☒ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☒ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). |
| ☐ Other | |

Explanation (Required):

_____
_____
_____
_____
_____
_____

If additional space is needed for Explanation, please include an additional page.

# FINANCIAL ANALYSIS FORM
(Continued)

Account Number 7440353498

## INCOME/EXPENSES FOR HOUSEHOLD    NUMBER OF PEOPLE IN HOUSEHOLD

| 1. Monthly Household Income | | 2. Monthly Household Expenses/Debt | | 3. Household Assets | |
|---|---|---|---|---|---|
| Gross Salary/Wages | | | | | |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | $ 9500 | First Mortgage Payment | $ 2933.18 | Checking Account(s) Balance | $ |
| Overtime | $ — | Second Mortgage Payment/Liens/Rents | $ 1500.00 (vagas mr Gaiman) | Checking Account(s) Balance | $ |
| Child Support/Alimony* | $ — | Insurance – hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ | Savings/Money Market | $ 0 |
| Social Security/SSDI | $ — | Property Taxes (If not escrowed and included in your current mortgage payment) | $ | CDs | $ 0 |
| Other monthly income from pensions, annuities or retirement plans | $ — | Credit Cards/Installment Loan(s) (total minimum payment per month) | $ 600+ | Stocks/Bonds | $ 0 |
| Tips, commissions, bonus and self-employed income | $ — | Alimony, child support payments | $ — | Other Cash on Hand | $ 0 |
| Rents Received | $ — | Health Insurance | $ 60 — | Other Real Estate (estimated value) | $ 0 |
| Unemployment Income | $ — | HOA/Condo Fees/Property Maintenance | $ | Other _____ | $ |
| Food Stamps/Welfare | $ — | Car Payments | $ 210 | | |
| Other (investment income, royalties, interest, dividends etc) | $ — | Medical Expenses | $ 100 | | |
| | | Child Care | $ | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| | | Student Loans/Personal Loans | $ 1200 | | |
| | | Auto Expenses /Gasoline/Insurance | $ 800 | | |
| | | Food/Household Supplies | $ 800 | | |
| | | Water/Sewer/Utilities/Phone(s)/Cable | $ 400 | | |
| | | Other | $ | | |
| Total (Gross Income) | $ 9500 · | Total Debt/Expenses | $ 8903 | Total Assets | $ 0 |

### **ALL INCOME MUST BE DOCUMENTED**
Include all the income and expenses from the Borrower and Co-Borrower (if any). It may include income and expenses from a household member who is not a borrower. Please specify in the space provided if necessary. You do not have to disclose Child Support, Alimony or Separation Maintenance income unless you choose to have it considered by your servicer. If additional space is needed, please include an additional page.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER ☑ I do not wish to furnish this information | CO-BORROWER ☑ I do not wish to furnish this information |
|---|---|
| Ethnicity: ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: ☐ Female<br>☐ Male | Sex: ☐ Female<br>☐ Male |

| To be Completed by Interviewer | | |
|---|---|---|
| This application was taken by:<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type) & ID Number<br><br>Interviewer's Signature        Date<br><br>Interviewer's Phone Number (include area code) | Name/Address of Interviewer's Employer |

## ACKNOWLEDGEMENT AND AGREEMENT

Account Number  144035498

**In making this request for consideration to review my loan terms I/We certify under penalty of perjury:**

1   That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.

2   I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.

3   I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4   I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.

5   I/we understand any fee to validate the value of the property will be assessed to the account.

6   I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.

7   I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.

8   I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

9   I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.

10   I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.

11   I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.

12   I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.

13   ☒ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
     ☐ My/Our property is not owner occupied.



| _____ | 8/9/09 | _____ | 8/9/09 |
| Borrower Signature | Date | Co-Borrower Signature | Date |

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

**888-995-HOPE™**
Homeowner's HOPE™ Hotline

---

### NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



Form **4506T-EZ**

(October 2009)

Department of the Treasury
Internal Revenue Service

**Short Form Request for Individual Tax Return Transcript**

OMB No. 1545-2154

Request may not be processed if the form is incomplete or illegible.

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return |
|---|---|
| *Pamela D. Longoni* | *530 84 6173* |

| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |
|---|---|
| *Jean M. Gagnon* | *530 79 2165* |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
*5540 Twin Creeks Dr.    Reno NV 89523*

4 Previous address shown on the last return filed if different from line 3

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name

Telephone number

Address (including apt., room, or suite no.), city, state, and ZIP code

6    Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

| Sign Here | Signature (see instructions)    *Pamela D. Long—*    Date *8/9/09* | Telephone number of taxpayer on line 1a or 2a |
|---|---|---|
| | Spouse's signature    Date *8/9/09* | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 54185S          Form **4506T-EZ** (10-2009)