# EXHIBIT 22

**EXHIBIT 22**

RECORDING REQUESTED BY:
Executive Trustee Services, LLC

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

APN: 204-081-05
T.S. No. GM-157984-C
Loan No. 7440353498

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 9/29/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said receipt. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR JEAN M. GAGNON and PAMELA LONGONI AN UNMARRIED WOMAN AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP
Recorded 10/7/2005 as Instrument No. 3288814 in Book , page of Official Records in the office of the Recorder of Washoe County, Nevada,
Date of Sale: 8/14/2009 at 11:00 AM
Place of Sale:  At the Virginia Street entrance to the County Courthouse, Virginia Street at Court
    Street, Reno, Nevada
Property Address is purported to be    8540 TWIN CREEKS DRIVE
    RENO, Nevada 89523

The total amount secured by said instrument as of the time of initial publication of this notice is $468,730.95, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Date: 7/20/2009

Executive Trustee Services, LLC,
2255 North Ontario Street, Suite 400,
Burbank, California 91504-3120
Sale Line: (714) 730-2727

Ileanna Petersen, Limited Signing Officer



7113 8257 1473 4847 1889

ETS-01-000060

State of California    } SS.
County of Los Angeles }

On 7/20/2009 before me, Christine E. Gomez-Schwab Notary Public, personally appeared ILEANNA PETERSEN who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Christine E. Gomez-Schwab



# AFFIDAVIT OF MAILING

## Executive Trustee Services

| | |
|---|---|
| Date: | 07/22/2009 |
| Ref. No.: | 7440353498 |
| MailbatchID: | 252381 |

STATE OF CALIFORNIA    )
COUNTY OF ORANGE    )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years; is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on July 22, 2009, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent Certified Mail, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

x _____
Affiant Emily Salgado

7113 8257 1473 4847 1872
TSN #: GM-157884-C
PAMELA LONGONI
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1889
TSN #: GM-157884-C
JEAN M GAGNON
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1896
TSN #: GM-157884-C
JEAN M. GAGNON
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1902
TSN #: GM-157884-C
PAMELA LONGONI
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1919
TSN #: GM-157884-C
SILVERADO RANCH ESTATES
HOMEOWNERS ASSOCIATIONS
5775 TAPPAN DR
RENO, NV 89523-2293

ETS
PO Box 9032
Temecula, CA 92589-9032

CERTIFIED MAIL

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

7113 8257 1473 4847 1902

PAMELA LONGONI
5540 TWIN CREEKS DR
RENO NV 89523-2214

Return Service Requested

20090722-56
NVNTS_CertifiedReturnReceipt

NIXIE    895   DE   1        00  09/23/09
            RETURN TO SENDER
            UNCLAIMED
            UNABLE TO FORWARD
BC: 925899902232         *0041-03158-23-25

ETS-01-000067

ETS
PO Box 9032
Temecula, CA 92589-9032

CERTIFIED MAIL

7113 8257 1473 4847 1872

PAMELA LONGONI
5540 TWIN CREEKS DR
RENO NV 89523-2214

NIXIE     925    DE   1         00   08/23/09
         RETURN TO SENDER
         UNCLAIMED
         UNABLE TO FORWARD
BC: 925899039232      *0041-03197-20-25

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Return Service Requested

NVATS_CertifiedReturnReceipt
200907722-56

EJCNGP1 925899039232

ETS-01-000052