# EXHIBIT 25

# EXHIBIT 25

| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 0802409519 | 307058274-00001 | Past Due | 7 of 38 |

## Detail for Pam Longoni: 775-530-5251

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/04 | 12:35P | 000-000-0086 | Peak | PlanAllow,CallVM | Sparks NV | Voice Mail CL | 1 | --- | --- | --- |
| 9/04 | 12:42P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 3 | --- | --- | --- |
| 9/04 | 12:45P | 775-328-0800 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 12:59P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 1:30P | 775-250-9528 | Peak | PlanAllow | Reno NV | Incoming CL | 2 | --- | --- | --- |
| 9/04 | 2:01P | 877-616-6683 | Peak | PlanAllow | Reno NV | Toll-Free CL | 8 | --- | --- | --- |
| 9/04 | 2:07P | 775-813-2929 | Peak | PlanAllow,CallWait | Reno NV | Incoming CL | 1 | --- | --- | --- |
| 9/04 | 2:08P | 877-616-6683 | Peak | PlanAllow | Reno NV | Toll-Free CL | 2 | --- | --- | --- |
| 9/04 | 2:10P | 775-691-3363 | Peak | PlanAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 2:11P | 775-813-2929 | Peak | PlanAllow | Reno NV | Reno NV | 2 | --- | --- | --- |
| 9/04 | 2:12P | 775-762-2519 | Peak | PlanAllow | Reno NV | Reno NV | 2 | --- | --- | --- |
| 9/04 | 2:13P | 775-813-2929 | Peak | PlanAllow | Reno NV | Reno NV | 3 | --- | --- | --- |
| 9/04 | 2:16P | 775-786-3983 | Peak | PlanAllow | Reno NV | Incoming CL | 2 | --- | --- | --- |
| 9/04 | 2:21P | 775-786-3983 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 2:22P | 704-609-7920 | Peak | M2MAllow | Reno NV | Charlotte NC | 8 | --- | --- | --- |
| 9/04 | 2:33P | 775-786-3930 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 2:33P | 775-848-0614 | Peak | PlanAllow | Reno NV | Reno NV | 2 | --- | --- | --- |
| 9/04 | 2:35P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 2:49P | 775-786-3930 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 2:49P | 775-530-3018 | Peak | M2MAllow,CallWait | Reno NV | Incoming CL | 2 | --- | --- | --- |
| 9/04 | 2:50P | 775-745-9953 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 2:54P | 775-786-3930 | Peak | PlanAllow | Reno NV | Reno NV | 4 | --- | --- | --- |
| 9/04 | 2:57P | 775-745-9953 | Peak | PlanAllow | Reno NV | Reno NV | 8 | --- | --- | --- |
| 9/04 | 3:15P | 775-427-5988 | Peak | M2MAllow | Reno NV | Incoming CL | 4 | --- | --- | --- |
| 9/04 | 3:24P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 3:25P | 775-691-4083 | Peak | M2MAllow | Reno NV | Carsoncity NV | 9 | --- | --- | --- |
| 9/04 | 3:44P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 4:03P | 775-427-5988 | Peak | M2MAllow | Reno NV | Incoming CL | 2 | --- | --- | --- |
| 9/04 | 4:14P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 4:14P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 3 | --- | --- | --- |
| 9/04 | 5:42P | 000-000-0086 | Peak | PlanAllow,CallVM | Reno NV | Voice Mail CL | 2 | --- | --- | --- |
| 9/04 | 6:06P | 775-291-0666 | Peak | M2MAllow | Reno NV | Carsoncity NV | 1 | --- | --- | --- |
| 9/04 | 6:06P | 775-741-5546 | Peak | M2MAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 6:07P | 702-742-2418 | Peak | M2MAllow | Reno NV | Las Vegas NV | 1 | --- | --- | --- |
| 9/04 | 7:15P | 775-741-5546 | Peak | M2MAllow | Reno NV | Reno NV | 3 | --- | --- | --- |
| 9/04 | 7:18P | 775-772-7229 | Peak | M2MAllow | Reno NV | Reno NV | 2 | --- | --- | --- |
| 9/04 | 7:21P | 775-815-9450 | Peak | PlanAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 8:27P | 775-761-6495 | Peak | PlanAllow | Reno NV | Ely NV | 2 | --- | --- | --- |
| 9/04 | 8:37P | 925-487-3218 | Peak | PlanAllow | Reno NV | Incoming CL | 6 | --- | --- | --- |
| 9/04 | 8:47P | 775-772-7229 | Peak | M2MAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 8:51P | 000-000-0086 | Peak | PlanAllow,CallVM | Reno NV | Voice Mail CL | 1 | --- | --- | --- |
| 9/04 | 10:03P | 925-487-3218 | Off-Peak | N&W | Reno NV | Incoming CL | 2 | --- | --- | --- |
| 9/04 | 11:59P | 775-530-3018 | Off-Peak | M2MAllow | Reno NV | Reno NV | 1 | --- | --- | --- |
| 9/04 | 11:59P | 775-530-3018 | Off-Peak | M2MAllow | Reno NV | Reno NV | 2 | --- | --- | --- |
| 9/05 | 9:24A | 775-329-1050 | Off-Peak | N&W | Reno NV | Reno NV | 2 | --- | --- | --- |

Handwritten annotations next to 2:16P and 2:21P rows: "Arleen" and "Pam C/B –". The 2:22P row (704-609-7920) is circled.

LONG-0064