**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                    CASE NO.: 12–12020–mg
  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on April 13, 2015, document number 8496, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–3248 assigned to the Honorable Katherine Polk Failla.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: May 19, 2015                                         Vito Genna
                                                            Clerk of the Court