# Notice Recipients

District/Off: 0208−1         User: arouzeau            Date Created: 5/19/2015
Case: 12−12020−mg        Form ID: tranapl           Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Karen M. Rozier       1313 Idylwood Road       Pikesville, MD 21208

TOTAL: 1