12-12020-mg    Doc 8636    Filed 05/19/15    Entered 05/19/15 11:48:30    Main Document
Pg 1 of 10


# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re                                       :      Chapter 11
                                            :
RESIDENTIAL CAPITAL, LLC,                   :      Case No. 12-12020 (MG)
et al..,¹                                   :
                                            :
                                            :
                          Debtor.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on May 15, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUNDANT BORROWER CLAIMS, AND (III) MISCLASSIFIED BORROWER CLAIMS)(Docket No. 8620)**

Dated: May 18, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{ State of California    }
{                        } ss.
{ County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 18 day of May, 20 15, by, Richie Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Galelynngibbs@yahoo.com;

Edgewatertrust@yahoo.com;

Cqcr365@gmail.com;

Linda_gregg@verizon.net;

Slh2757@yahoo.com;

dave@brown-ohaver.com;

Rgmatheson@amcapinc.com;

Wtyson24@yahoo.com;

Gidlowhyatt@gmail.com;

Hybaynes@yahoo.com;

Mattkirklewski@gmail.com;

Mtalape@yahoo.com;

Jmsmith@jmsmithlpa.com;

Mamajuls@tx.rr.com;

Jovanymunoz@yahoo.com;

Edpw@charter.net;

Riggins3362@bellsouth.net;

# **EXHIBIT B**

Gail Gibbs
1200 Whitley Road
Keller, TX 76248-9998


Robert D. Eberwin
n/c Fedelina Royoat De Aguero
42265 Little Lake Road A/B/C
Mendocino, CA 95460


Robert D. Eberwin
25 Amberwood Lane
Walnut Creek, CA 84598

Patrick De Jesus
n/c Robert D. Eberwein
LSI Title Company/ Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602


Patrick De Jesus
n/c Robert D. Eberwein
LSI Title Company/ Agency Sales & Posting
3109 King A,B,C,D, A-201-202
Berkeley, CA 94703


Edgewater Trust
c/o PhenomWalker
13880 Edgewater Drive
Lakewood, OH 44107

Mattie L. Calhoun
PO Box 9001719
Louisville, KY
40290-1719


RICHARD F INGRAM
AND
JR Kent Constructions Co
6521 S Woodlawn Ave
Chicago IL 60637


RICHARD F INGRAM
4747 S Woodlawn
Chicago, IL 60615


David F. Howard
5382 Murphy Rd
Pink Hill, NC 28572


LORA H BROWN AND
Smith Construction Company
121 Hampton Cove
Michigan City, MS 38647


Christopher J. Murphy / Quandalyn E. Murphy
12121 Patricia Avenue
Port Allen, LA 70767


Linda J Vines & Gregory J Vines
3510 Derby Shire Circle
Baltimore, MD 21244

Karl Mayforth
1126 Luthy Circle, N.E.
Albuquerque, NM 87112


Ryan Ramey
P.O. Box 1000
Otisville, NY 10963


Esteban Losoya and Maria Monerva Losoya
1321 Brazos St.
Rosenberg, TX 77471


Simon Hadley
175 W. Falls Street
Seneca Falls, NY 13148


BRETT MASSIE AND BROWN OHAVER
1277 N LAYMAN ST
Gilbert, AZ 85233


Ronald & Gail Matheson
22424 Poplar Ct
Murrieta CA, 92562


Sherry S Tyson
123 Shady Glen Lane
Albany, GA 31721


DEBORAH GIDLOW HYATT
23948 BENNINGTON DRIVE
Valencia, CA 91354

Herchella Baynes
7901 S. Aragon Blvd. #5
Sunrise, FL 33322


Hayward Goodson Jr.
c/o Syvillie L. Goodson
3521 Tara Dr.
Florence, SC 29505


Matthew Kirlewski
2815 N Hartung
Milwaukee, WI 53210


Nestor Fantone & Bernadette Fantone
1870 San Benito Way
Coalinga, CA 93210


Christian Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726


Corinne Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726


Steven T. Biermann and Tracy Watson Biermann
Justin M. Smith, Esq.
J.M. Smith Co., LPA
24400 Highpoint Road, Suite 7
Beachwood, OH 44122

Julie A. Humphries
11221 McCree Rd
Dallas, TX 75238


Jovany Munoz
585 East 16th Street Apt 6D
Brooklyn, NY 11226


Edward D. Wortman
7 Ramsgate
Collinsville, IL 62234-4869


Edward D. Wortman and Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869


Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869


Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344


NDEX West LLC TS XXXXXXXXXX1737 Fremont Investment
& Loan APN 134-421-026-3
Patrick De Jesus Title
Order No 100725771
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo Fremont
Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602


NDEX West LLC TS XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus n/c Robert Eberwein
LSI Title Company/Agency Sales & Posting
611-613 N. P Street
3210 El Camino Real,Suite 200
Irvine, CA 92602


NDEX West LLC TSXXXXXXXXXX1737
Fremont Investment& Loan APN 134-421-026-3
Patrick De Jesusn/c Robert Eberwein
LSI Title Company /Agency Sales &Posting
3109 King A,B,C,D, A-201-202
Berkeley, CA 94703


NDEX West LLC TS,XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus
LSI Title Company / Agency Sales & Posting25
Amberwood Lane
Bldg 2 3109 King StreetProperty
Management n/c Robert Eberwein
3210 El Camino Real Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus
LSI Title Company / Agency Sales & Posting
n/c Penny Horowytz
3210 El Camino Real, Suite 200
Irvine, CA 92602