UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF
## CLAIM NUMBER 5262 BY JPMORGAN CHASE BANK, N.A.

JPMorgan Chase Bank, N.A., having filed Claim Number 5262  (the "Claim") in the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: May 20, 2015

DEBEVOISE & PLIMPTON LLP

By: *Mary Beth Hogan /ENG*
Mary Beth Hogan
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6996
Facsimile: (212) 909-6836

*Counsel for JPMorgan Chase Bank, N.A.*