**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER DENYING MOTION TO EXCEED PAGE LIMITS ON RESPONSE TO OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO PROOFS OF CLAIM FILED BY PAMELA D. LONGONI AND JEAN GAGNON – CLAIM NOS. 2291, 2294, 2295 AND 2357**

The ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Objection," ECF Doc. # 8352) to Claim Numbers 2291, 2294, 2295, and 2357 filed by Pamela D. Longoni and Jean Gagnon (the "Claimants"). The brief in support of the Objection was 34 pages in length. The Claimants filed a response (the "Response," ECF Doc. # 8505), including a brief in support that was 54 pages in length.

Pursuant to the undersigned Judge's Chamber Rules:

> Except as permitted by the Court, moving and responsive briefs shall be no more than 25 pages in length. Reply briefs shall be no more than 10 pages exclusive of the table of contents and table of authorities.

*See* Judge Glenn's Chamber Rules, available at http://www.nysb.uscourts.gov/content/judge-glenns-chambers-rules.

The Court entered an order striking the parties' briefs and permitting the parties to re-file the Objection and Response. (*See* ECF Doc. # 8513.) The Court made clear that to the extent the parties deemed it necessary to submit a moving and responsive brief beyond the 25 page limit or a reply brief beyond the 10 page limit, the parties had to request permission from this Court to submit over length briefs.

The Trust thereafter re-filed the Objection supported by a brief 28 pages in length. (*See* ECF Doc. # 8530.) Prior to this filing, the Trust obtained permission of the Court by telephone to file the over length brief. The Claimants' Response to the re-filed Objection was due on May 15, 2015. The Claimants re-filed the Response on May 18, 2015 supported by a brief 35 pages in length. (*See* ECF Doc. # 8631.) Prior to this filing, the Claimants obtained permission of the Court by telephone to file an over length brief no more than 30 pages in length. In addition to the Response, the Claimants filed a motion to exceed the page limitations (the "Motion," ECF Doc. # 8640), requesting that the Court accept the 35 page brief.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Motion is **DENIED** and the 35 page brief submitted in support of the Response is stricken; and it is further

**ORDERED**, that the Claimants shall be provided leave to re-file the Response supported by a brief no more than 30 pages in length; and it is further

**ORDERED**, that the parties shall meet and confer to agree upon a new briefing schedule and a new hearing date for the Objection to the extent an adjournment of the hearing date is necessary in light of the new briefing schedule; and it is further

**ORDERED**, that no later than 5:00 p.m. on Thursday, May 21, 2015 the Trust shall file a status letter indicating the deadlines of the parties' agreed upon briefing schedule and the hearing date on the Objection.

**IT IS SO ORDERED.**

Dated:    May 20, 2015
         New York, New York

                                             /s/Martin Glenn    
                                          MARTIN GLENN
                                          United States Bankruptcy Judge