Hearing Date and Time: June 30, 2015 at 2:00 p.m. (Prevailing Easter Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Jamie A. Levitt
Todd M. Goren

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| OCWEN LOAN SERVICING, LLC | |
| Plaintiff, | |
| vs. | |
| THE RESCAP LIQUIDATING TRUST, | Adv. Pro. No. 14-02388 (MG) |
| Defendant. | |

**NOTICE OF HEARING ON (I) MOTION OF PLAINTIFF OCWEN LOAN SERVICING, LLC FOR SUMMARY JUDGMENT AND (II) THE RESCAP LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on (i) the Motion of Plaintiff Ocwen Loan Servicing, LLC for Summary Judgment [Docket No. 7] and (ii) The ResCap Liquidating Trust's Motion for Summary Judgment [Docket No. 8] for **June 30, 2015 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1188316

| | |
|---|---|
| Dated: May 21, 2015<br>New York, New York | /s/ Todd M. Goren<br>Jamie A. Levitt<br>Todd M. Goren<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Liquidating Trust* |