**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 21, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

**By Overnight Delivery**

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:  In re Residential Capital, LLC et al.
     Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Borrower Trust").  Pursuant to the Court's *Order Denying Motion to Exceed Page Limits On Response To Objection Of The ResCap Borrower Claims Trust To Proofs of Claim Filed By Pamela D. Longoni and Jean Gagnon – Claim Nos. 2291, 2294, 2295 and 2357* [D.E. 8645], the parties spoke with one and another, and it was agreed that the June 4th hearing on this matter will go forward as scheduled.

Claimants' counsel indicated that he will re-file the response to the Borrower Trust's claims objection no later than the close of business on Friday, May 22.

Respectfully submitted,

/s/ Jordan A. Wishnew
Jordan A. Wishnew


cc:  Tom Beko, Esq. (via e-mail)


ny-1189057