**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------

**In re:** **Residential Capital, LLC., et al**

                           Case No.: 12-12020
                           Chapter 11

Debtor
---------------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Susan M. Rotkis,** to be admitted, *pro hac vice*, to represent **Inmer Campos Carranza,** (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Virginia** and, if applicable, the bar of the U.S. District Court for the **Eastern** District of Virginia, it is hereby

**ORDERED**, that **Susan Mr. Rotkis, Esq.**, is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **May 22, 2015**
       New York, New York                    _____/s/Martin Glenn_____
                                                  UNITED STATES BANKRUPTCY JUDGE