# EXHIBIT 13

# EXHIBIT 13

| | | |
|---|---|---|
| | | Type: Hold<br>Process: FC_NV_Other_BO_<br>Borrower: GAGNON<br>Note:<br>System updated for the following event: User has placed the file on hold. Hold Reason: Loss Mitigation Workout. Hold Comments: This action is being placed on hold for loss mitigation activity. Please take no further action on this file until directed to do so by GMAC personnel. Customer is on a Loss Mit Repay. Please make sure we're billed for all fees and costs. Thank you.<br>Status: Active, awaiting approval. Hold Start: 4/6/2009 |
| 3/10/2009 8:14 AM | Chris Herrera | Fees And Costs<br><br>------------------------------------------------------------<br><br>» History » View Request  New Request<br><br>Click a process below to view or enter fee and cost detail:<br><br><br>Fees And Costs Detail Good Through 3/28/2009 Export<br>Requested 3/10/2009 10:13:00 AM (0 days, 0 hours, 1 minutes) Referral Date 2/20/2009<br>Reason Payment Plan<br>Comment fees/costs please<br><br><br>Applicable Processes<br>Process  Status  Total Fees  Total Costs<br><br>Foreclosure - Executive Trust...  Closed  $600.00  $1,648.30<br>    Totals:  $600.00  $1,648.30<br><br>------------------------------------------------------------<br><br>Total Fees and Costs: $2,248.30 |
| 3/5/2009 6:58 AM | Chris Herrera | Fees And Costs<br><br>------------------------------------------------------------ |