# EXHIBIT 17

# EXHIBIT 17

Identifier: 7440353498        Doc Type: BREL

## GMAC Mortgage

July 30, 2009

Jean M Gagnon and Pamela Longoni
5540 Twin Creeks Dr
Reno, NV 89523-2214

Re: Loan Number                          7440353498

    Property Address                  5540 TWIN CREEKS DRIVE
                                                        RENO, NV 89523

Dear Jean M Gagnon and Pamela Longoni:

We have been unsuccessful in our attempts to reach you to discuss possible workout options. In order to consider a workout and/or repayment for your mortgage loan, it is critical that the enclosed Financial Analysis Form is completed and returned to our office at your earliest opportunity. Please fax the documentation to 1.866.709.4744. In addition to the completed Financial Analysis Form, please provide the following:

1) Signed letter explaining the cause of default or imminent (future) default and signed Hardship Affidavit
2) Copies of the two most recent pay stubs (for each borrower on the loan) or, if self-employed, a current income statement, balance sheet, statement of owner's equity and a 6-month profit and loss statement
3) Copy of your most recent Federal Tax return with all schedules and completed Request for Transcript of Tax Return, Form 4506-T

Please allow five business days from the date of receipt to process your financial package. If you have any questions regarding this information, please contact us at 1.800.799.9250 (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., Central time). Thank you once again for contacting GMAC Mortgage. We look forward to assisting you in the near future.

Sincerely,

Asset Resolution Specialist

Enclosure

*Please note, federal law requires that we advise you that this letter and all subsequent communication (written and/or oral) is an attempt to collect a debt and any information obtained will be used for that purpose.*

30 days to sale

GMAC-01-0284