# EXHIBIT 18

# EXHIBIT 18

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



*Notice of Trustee Sale 7/23/09* (handwritten)


FedEx Express

December 16, 2009

PAM LONGONI  
(775) 786-0452

Dear PAM LONGONI:

Our records reflect the following delivery information for the shipment with the tracking number 420732800179. The package was released as authorized by the shipper/recipient.

Delivery Information:

Released By:   9999999999999

Delivered to:   5540 TWIN CREEKS

Delivery Date:   August 04, 2009

Delivery Time:   02:00 PM

Shipping Information:

Shipment Reference Information: 00301-DESTROY IF UNDELIVERABLE

Tracking No:   420732800179           Ship Date:   July 30, 2009

Shipper:   GMAC SHIPPING            Recipient:   JEAN M GAGNON  
           GMAC/A. M. S.                         PAMELA LONGONI  
           12811 16TH AVE N                     5540 TWIN CREEKS DR  
           PLYMOUTH, MN 55441                   RENO, NV 89523  
           US                                   US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R2009121600869903063

This Information is provided subject to the FedEx Service Guide.

LONG-0066

# FedEx

Español | Customer Support | FedEx Locations | Search | Go

- Package/Envelope
- Freight
- Expedited
- Office/Print Services
- Ship
- Track
- Manage
- Business Solutions

## Detailed Results

Printable Version

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 420732800179

**Delivered**

Initiated — Picked up — In transit — Delivered

Delivered
Signed for by: Signature not required

**Shipment Dates**

Ship date: Jul 30, 2009
Delivery date: Aug 4, 2009 2:00 PM

**Destination**

RENO, NV
Proof of Delivery

### Shipment Facts

| Service type | Express Saver | Reference | 00301-DESTROY IF UNDELIVERABLE |
|---|---|---|---|

### Shipment Travel History

Select time zone: Select      Select time form

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 4, 2009 2:00 PM | Delivered | RENO, NV | Package deliver address - releas |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

http://www.fedex.com/Tracking?action=track&language=english&ascend_header=1&cnt...    12/16/2009

LONG-0067

FedEx Express Corporation          U.S. Mail: 1000 Fedex Drive          Telephone 901-463-3339
Delivery Information               Coraopolis, PA 15108-0022
Domestic Trace
1000 Fedex Drive

Coraopolis, PA 15108-0022



# FAX HEADER SHEET

FROM:   FedEx Express
PHONE:  1-800-GO-FEDEX

TO:     PAM LONGONI
PHONE:  7757860452

PAGES:  2 (including header)

---

Reference Number: R2009121600869903063

LONG-0068