May 20, 2015

**RECEIVED**
MAY 2 6 2015
U.S. BANKRUPTCY COURT, SDNY

Elda and Maria M. Thompson                SENT BY PRIORITY MAIL
29 General Lane
Willingboro, NJ 08046-3019
609-531-6075
973-687-4117

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green – Room 501
New York, New York 10004-1408

Re:   Residential Capital, LLC et. al,
      Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.

      Hearing Date and Time: June 4, 2015 at 10:00 a.m. (prevailing Eastern Time)
      Hearing Date and Time: June 4, 2015 at  2:00 p.m. (prevailing Eastern Time)

      Notice of Motion to further extend the date by which objections must be filed

Honorable Martin Glenn:

   Elda M. Thompson and Maria M. Thompson object to extend the date to Claims under the individual Case No. 12-12020 (MG).

   Elda M. Thompson and Maria M. Thompson presently have a hearing on June 4, 2015 at 2 pm (prevailing Eastern Time) under your jurisdiction to present evidence of alleged non-payment against Elda M. Thompson by Counsel Jordan A. Wishnew, representing Residential Capital LLC et.al.

   Elda M. Thompson has not received a change of date and/or hour for the above mentioned hearing. The matter concerning Elda M. Thompson and Maria M. Thompson has been cleared and decided to both Elda M. Thompson and Counsel Jordan A. Wishnew, representing Residential Capital LLC et al., to present evidence requested Pursuant to your Order on January 14, 2015.

   Elda M. Thompson' illness has suffered a setback, her heart condition has worsened, her cardiologist, Dr. Sunil M. Patel has placed her on treatment and has ordered her a month before she be able to travel. Elda M. Thompson's condition is worsening because of GMAC malicious act against her. Any additional delay is keeping Elda M. Thompson's condition getting worse.

Page 1

Elda M. Thompson has presented all the documentation required. Elda M. Thompson will be present one more time to present the same documentation she has presented to this Court and to GMAC representative, Counsel Jordan A. Wishnew in person. Elda M. Thompson and Maria M. Thompson will be present to the pending hearing on June 4, 2015 at 2 p.m. (prevailing Eastern Time) unless, we received an Order from the Honorable Martin Glenn, United States Bankruptcy Judge, Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408, notify us that the hearing scheduled on June 4, 2015 at 10:00 a.m. directly concern Elda M. Thompson's claim.

    Counsel Jordan A. Wishnew from Morrison/Foerster Office met with us on March 17, 2015. Counsel Wishnew presented a history of mortgage loan payments Elda M. Thompson made to GMAC Mortgage Company constructed of 162 pages, with 21 of its pages showing numerous blocked entries. Counsel Wishnew stated that those blocked loan mortgages payment entries were "attorney's client privileges"; therefore, we were not entitled to know its contents.

    Counsel Jordan A. Wishnew stated during his court testimony on January 14, 2015 that foreclosure against the residence at 137 Ellery Avenue in Newark, NJ were initiated in June 2007 because payments pertaining from April through June 2007 were returned for insufficient funds. When Counsel Wishnew was required to point out those returned payments on the history of mortgage payments he provided, he stated that the payments were not listed in the document he presented because they were not received. GMAC Mortgage Company had sent Elda M. Thompson a complete record of her loan mortgage payments in 2007, showing loan payments received from January through July 2007. At that moment Counsel Wishnew remained silent. Counsel Wishnew could not give an answer to his own conflicted statement.

    Elda M. Thompson tried Counsel Wishnew to explain how GMAC Mortgage Company received $28,369.95 on a Foreclosure settlement when there was no Foreclosure claim to settle. At that moment, Counsel Wishnew, walking out towards the door, asked permission to leave, and left our premises. Counsel Wishnew's attitude was the reason the parties were not able to transact a solution to the present claim.

    Counsel Wishnew required on his correspondence to the Bankruptcy Court dated March 20, 2015, the Court's aid to solve this dilemma, and Elda M. Thompson and Maria M. Thompson seconds this request.

    We, Elda M. and Maria M. Thompson requests also of the Bankruptcy Court, to not only Ordered GMAC Mortgage Company to refund the amount of $28,369.95, illegally obtained, but, also approved the amount of $500,000 requested as compensation for the damages suffered by Elda M. Thompson, and her children Tony and Evelyn Porter of 12, and 6 years old respectively at the time GMAC Mortgage Company attempted to leave them homeless without an accurate cause. In addition to, Paid-in Full mortgage loan acknowledgement. The day GMAC Mortgage Company's action was notified Elda M.

Thompson suffered the first of four heart attacks she has suffered throughout her illness. Elda M. Thompson's health conditions have worsened since.

It is noted that not one single entry of the $28,369.95 received by GMAC Mortgage Company was shown listed as payment received at any time.

Elda M. and Maria M. Thompson will appear in person on June 4, 2015 hearing already scheduled at 2:00 p.m. at the Bankruptcy Court located at One Bowling Green, Suite 501 in New York, NY.

Respectfully,

_____          _____
Elda M. Thompson                                          Maria M. Thompson

Enclosed please find:  Documents already in possession of this Court and Counsel Jordan A. Wishnew.
Copy of the GMAC Mortgage Company payment history on 137 Ellery Avenue, Newark, NJ in which mortgage payments for the months of April-July 2007 are listed.
Copy of one of the payments totaling $28,369.95
Copy of the last page of the Foreclosure Repayment Agreement
Copy of one of the blocked entries on Elda M. Thompson's loan mortgage history

cc:       Jordan A. Wishnew, Counsel Morrison/Foerster Law Firm
          Kramer Levin Naftalis & Frankel LLP
          Kenneth H. Eckstein
          Douglas H. Mannal
          Joseph A. Shifer
          1177 Avenue of the Americas
          New York, New York 10036
By PRIORITY MAIL

Page 3