**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                                  CASE NO.: 12–12020–mg
  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:              CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on February 26, 2015, document number 8463, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–2888 assigned to the Honorable Colleen McMahon.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: May 29, 2015                                              Vito Genna
                                                                 Clerk of the Court