# Notice Recipients

District/Off: 0208−1       User: arouzeau            Date Created: 5/29/2015
Case: 12−12020−mg          Form ID: tranapl          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Kenneth C. Thomas      1464 S. Michigan Avenue      #1705      Chicago, IL 60605

TOTAL: 1