Hearing Date and Time: June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------
                                                                )
   In re:                                                       )    Case No. 12-12020 (MG)
                                                                )
   RESIDENTIAL CAPITAL, LLC, et al.,      )    Chapter 11
                                                                )
                                      Debtors.       )    Jointly Administered
                                                                )
---------------------------------------------------------------------------------

**NOTICE OF EXTENSION OF TIME FOR ALAN MOSS TO FILE A RESPONSE TO THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO AMENDED CLAIM NO. 4445 FILED BY ALAN MOSS TO JUNE 3, 2015 AT 4:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the deadline for Alan Moss to file his response to the *ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss* [Docket No. 8502] (the "Objection"), previously scheduled for May 27, 2015 at 4:00 p.m. (Prevailing Eastern Time) has been extended to **June 3, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

ny-1190031

Dated: May 29, 2015
    New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1190031