UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRIC OF NEW YORK
ONE BOWLING GREEN
NEW YORK, N.Y. 10004- 1408
/
KRAMER & LEVIN NAFTALIS & FRANKEL LLP
1177 AVE OF THE AMERICAS
NEW YORK, N.Y. 10036



RECEIVED
MAY 22 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

To:  Counsel for Rescap Liquidating Trust
     And Office of the Clerk
Re: case No. 12-12020 / Proof of Claim #452

Att: Enclosed you may find my opposition to extend date by which objection to claims must be filed.

As you may notice I have been waiting for several years to have this proof of claim reviewed.

In enclosed e-mail you may find request to Mrs. Richards for review.

The communication refers to having claim reviewed for quite some time.
Notice my claim is one of the earliest filed.

I opposed last extension based on the fact that for several years I have waited with no results.

For the last six months I was advised this claim is being reviewed, but I now see another extension being Sought.

I now oppose extension once again for the reason stated above to not file opposition as the claim is in review.

In my last appeal I did not answer due to the fact that when I got the notice, it requested I respond & have it filed by the next day which was on itself an impossibility.

You must allow five to seven days for mail to be received here in California with a turn around time of two weeks in order to have it filed on a timely manner.

The notice had a filing dateline the next day of receiving it.

I therefore oppose any further extension and request that claim No. 452 be reviewed before dateline as In correspondence from Rescap counsel details.

In addition, you must advise whether evidence files may be e-mailed for reviewing.

Please have this notice filed and docketed by clerk's offices.

Thank you.       *[signature: Julio Pichardo]*
Julio Pichardo. (creditor)  E-mail rj7sam1@yahoo.com
1201 E. Sudene Ave Fullerton Ca, 92831 - Tel/fax 714 447-4207.

CC: USBC
CC: KRAMER & LEVIN NAFTALI; LLP



RECEIVED
MAY 2 2 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Mr. Pichardo,

As we have informed you repeatedly, your claim is currently under review. The ResCap Borrower Claims Trust presently anticipates that it will file an objection to your claim before the current claim objection deadline of June 15, 2015.

Erica Richards
Morrison & Foerster LLP
250 West 55th Street | New York, NY 10019-9601
P: +1 (212) 336.4320 | F: +1 (212) 468.7900
ERichards@mofo.com | www.mofo.com


-----Original Message-----
From: rocio pichardo [mailto:rj7sam1@yahoo.com]
Sent: Thursday, May 14, 2015 9:11 PM
To: Richards, Erica J.
Subject: proof of claim #452

Mrs. Richards; As I can see you are filing new extention to date already extended numerous times.

I need to know if you are reviewing this proof of claim per your last e-mail.

I see no reason why you have not review this claim, going over it to other claims.

This claim may not be important to you, but it is to me.

I dont see how you can avoid this claim.

I need to know if I should file objection to your extention.

your prompt response is necessary.

Julio Pichardo.


================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail ERichards@mofo.com, and delete the message.

### RE: proof of claim #452

Friday, May 15, 2015 6:08 AM

From: "Richards    Erica J." <ERichards@mofo.com>

To: "rocio pichardo" <rj7sam1@yahoo.com>

Cc: "Rosenbaum    Norman S." <NRosenbaum@mofo.com>    "Wishnew Jordan A." <JWishnew@mofo.com>