FELIX O. ABU
P.O. BOX 231171
SACRAMENTO, CA 95823

(916) 425-4300

RECEIVED
MAY 26 2015
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: RESIDENTIAL CAPITAL, LLC. Et. al., | Case No.: 12-12020 MG |
| Debtors. | Chapter 11 |

**OPPOSITON TO MOTION OF DEBTORS TO FURTHER EXTEND THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED**

I, FELIX O. ABU, CLAIMANT NUMBER 241 and 246, submit the following objection to the Debtor's Motion of Rescap Liquidating Trust and Borrowers Trust Claims Trust to Further Extend the Date by Which Objections To Claims Must Be Filed, please take further notice that this written notice confirm to the Federal Rules of Bankruptcy procedure, the Local Bankruptcy Rules for the Southern District of New York, and the notice, Case Management and Administrative procedures approved by the Bankruptcy Court on May 14, 2015, docket number 41.

I object to the Debtors' Motion to Further Extend The Date by Which Objections To claims Must be filed because extending the time to March, 2016 will be prejudicial to creditors who have filed claims in this case. I believe the Debtors are manipulating the court, using and influencing the court to eventually deny claims of those who have been injured in this matter.

Granting the Debtors this Motion will extend the time for this case to be prosecuted; and for decisions to be made on the claims submitted for consideration and review. Many Claimants have become frustrated and have "dropped out". If this Motion is granted it will enable the Debtors to ignore those who are entitled to compensation for their claims giving them more time to deny claims. Because of their delays claimants are losing money, losing their homes and with no promise that this matter will be settled and claims paid in the near future. This statement is

OPPOSITION TO MOTION BY CLAIMANT NO. 241 AND 246- 1

justified by the fact that I just received this notice from the Debtors on May 19, 2015, but have been ordered, if I want to file an opposition to the Debtors' motion, my opposition must be received and filed with the Court and the Debtors by May 26, 2015. This has given me less than a week to research and prepare an opposition to the Debtors' claim. Although, many Claimants may wish to oppose this Motion, they may not have the resources or knowledge to prepare an opposition to this Motion in less than a week.

Finally, I hereby express my concern that the plan, if any, which is in place to make distributions to allowed Borrower Claims is being affected by the long delays, thereby giving the Debtors an opportunity to liquidate assets which are necessary to distribute to Claimants, such as myself. The Claimants are the "little people" in this matter and we only have the courts to look to for protection. Extending the time to allow the Debtors to object to claims lessen the protection the court has for the claimants. As of today, the Debtors have not disclosed to the court their method used to resolve claims. Such methods, if disclosed, maybe found to be very prejudicial to Claimants.

THEREFORE I OBJECT TO THE DEBTORS' MOTION TO FURTHER EXTEND THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED.

Executed on May 21, 2015 at Sacramento California.

_____
FELIX O. ABU, CLAIMANT No. 241 and 246

OPPOSITION TO MOTION BY CLAIMANT NO. 241 AND 246- 2

FELIX O. ABU
P.O. Box 231171
Sacramento, CA  95823

(916) 425-4300

IN PRO PER

## UNITED STATES BANKRUPTCY COURT

## SOURTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC. ET. AL.,, | CERTIFICATE OF SERVICE BY MAIL |
| DEBTOR(S). | |

    I live in the County of Sacramento, and I am over the age of eighteen (18) and not a party to this cause of action.  That my address is 7300 Lincolnshire Drive, #200, Sacramento, CA 95823

    On May 22, 2015, the OPPOSITION TO MTION OF DEBTORS TO FURTHER EXTEND THE DATE BY WHICH OBJECTS TO CLAIMS MUST BE FILED was served on the interested parties by placing a true copy thereof in a sealed envelope with postage thereof fully prepaid for mailing in the United States mail at Sacramento, California, addressed in the Attached Certificate of Service by Mail mailing list.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 22, 2015, Sacramento, California.

_____
Signature

CERTIFICATE OF SERVICE BY MAIL- 1

CERTIFICATE OF SERVICE MAILING LIST:

Honorable Martin Glenn
United States Bankruptcy Judge
Room 501 of the United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408


KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, NY 10036


Deanna Horst
Chief Claims Officer of the ResCap
Liquidating Trust
c/o Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036