**Hearing Date and Time:  July 30, 2015, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline:  July 23, 2015, at 4:00 p.m. (prevailing Eastern Time)**

MORGAN, LEWIS & BOCKIUS LLP
Glenn E. Siegel
John C. Goodchild, III (*pro hac vice*)
James O. Moore
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas as Trustee of Certain Mortgage-Backed Securities Trusts*

ALSTON & BIRD LLP
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

SEWARD & KISSEL LLP
Mark D. Kotwick
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

DECHERT LLP
Mauricio A. España
Craig P. Druehl
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

ALLEN & OVERY LLP
John Kibler
1221 Avenue of Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Mortgage-Backed Securities Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------------

**NOTICE OF MOTION FILED BY THE RMBS TRUSTEES**
**FOR APPROVAL OF CERTAIN NON-MATERIAL PLAN MODIFICATIONS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On June 1, 2015, the RMBS Trustees filed their *Motion for Approval of Certain Non-Material Plan Modifications* (the "Motion").

2.      A hearing (the "Hearing") to consider the Motion shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408, on **July 30, 2015, at 10:00 a.m.** (prevailing Eastern Time).

3.      Any objections to the Motion must be made in writing, filed with the Court (with a copy to chambers), in accordance with the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court (the "Case Management Order") [Docket No. 141], and served on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **July 23, 2015, at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

4.      If no objections to the Motion are timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

5.      A copy of the Motion can be obtained or viewed for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

1

Dated: New York, New York
June 1, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Glenn E. Siegel
Glenn E. Siegel
John C. Goodchild, III (*pro hac vice*)
James O. Moore
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212 309-6001

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts, and Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts*

DECHERT LLP

By: s/ Mauricio A. España
Mauricio A. España
Craig P. Druehl
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

SEWARD & KISSEL LLP

By: s/ Mark D. Kotwick
Mark D. Kotwick
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

ALSTON & BIRD LLP

By: s/ John C. Weitnauer
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

ALLEN & OVERY LLP

By: s/ John Kibler
John Kibler
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Mortgage-Backed Securities Trust*

2