# **Exhibit C**

**Date Data as-of:** January 2, 2014

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| | ROCIO PICHARDO | JULIO PICHARDO | 1201 EAST SUDENE AVENUE | 1201 EAST SUDENE AVENUE |
| | | | FULLERTON | FULLERTON |
| | | | CA | CA |
| | | | 92831-4711 | 92831-4711 |

**Investor Info**
- **Investor Acct No - Prim**
- **Investor Number**
- **Investor Name Full** WELLS FARGO BANK, N.A.
- **Investor Id**

**Previous Servicer Info**
- **Previous Account Number**
- **Seller Company Name** STAR MORTGAGE SERVICES

| Loan Info | | Dates | | Current Balances | | Uncollected | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| Arm Flag | N | Int Collected To | 07/01/2013 | Principal | $0.00 | Late Charges | $0.00 | Interest | $0.00 |
| Loan Type | Conventional | Next Due | 08/01/2013 | Escrow | $0.00 | Interest | $0.00 | Taxes | $0.00 |
| Lien Position | 01 | Last Payment | 07/03/2013 | Unapplied | $0.00 | Fees | $0.00 | | |
| Interest Rate | 1.000% | Last Activity | 08/01/2013 | Buydown | $0.00 | Opt | $0.00 | | |
| Collection Status | PO | Setup Date | 11/10/2003 | | | | | | |
| | | Maturity Date | 08/01/2033 | | | | | | |

Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 02/04/2013 | 02/01/2013 | $54,101.68 PAYMENT | AP | $640.37 | $205.02 | $45.26 | $390.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/07/2013 | 01/01/2013 | $54,306.70 PAYMENT | AP | $640.42 | $204.85 | $45.43 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/31/2012 | 12/01/2012 | $54,511.55 Interest On Escrow | EI | $33.43 | $0.00 | $0.00 | $33.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/03/2012 | 12/01/2012 | $54,511.55 PAYMENT | AP | $640.42 | $204.68 | $45.60 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/27/2012 | 11/01/2012 | $54,716.23 Escrow Disb-Fire | E20 | ($1,057.32) | $0.00 | $0.00 | ($1,057.32) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/07/2012 | 11/01/2012 | $54,716.23 Escrow Disb-Tax County | E90 | ($1,878.25) | $0.00 | $0.00 | ($1,878.25) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/05/2012 | 11/01/2012 | $54,716.23 PAYMENT | AP | $640.42 | $204.51 | $45.77 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/05/2012 | 10/01/2012 | $54,920.74 PAYMENT | AP | $640.42 | $204.34 | $45.94 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/03/2012 | 09/01/2012 | $55,125.08 PAYMENT | AP | $640.42 | $204.17 | $46.11 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/03/2012 | 08/01/2012 | $55,329.25 PAYMENT | AP | $640.42 | $204.00 | $46.28 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/05/2012 | 07/01/2012 | $55,533.25 PAYMENT | AP | $640.62 | $203.83 | $46.45 | $390.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/04/2012 | 06/01/2012 | $55,737.08 PAYMENT | AP | $640.42 | $203.66 | $46.62 | $390.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/07/2012 | 05/01/2012 | $55,940.74 PAYMENT | AP | $640.74 | $203.49 | $46.79 | $390.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/07/2012 | 05/01/2012 | $55,940.74 PAYMENT | SRA | $5.72 | $0.00 | $0.00 | $5.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/06/2012 | 04/01/2012 | $56,144.23 PAYMENT | AP | $637.94 | $203.32 | $46.96 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/07/2012 | 03/01/2012 | $56,347.55 Escrow Disb-Tax County | E90 | ($1,819.65) | $0.00 | $0.00 | ($1,819.65) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/05/2012 | 03/01/2012 | $56,347.55 PAYMENT | AP | $637.94 | $203.15 | $47.13 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/06/2012 | 02/01/2012 | $56,550.70 PAYMENT | AP | $637.94 | $202.99 | $47.29 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/03/2012 | 01/01/2012 | $56,753.69 PAYMENT | AP | $637.94 | $202.82 | $47.46 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/30/2011 | 12/01/2011 | $56,956.51 Interest On Escrow | EI | $29.69 | $0.00 | $0.00 | $29.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/05/2011 | 12/01/2011 | $56,956.51 PAYMENT | AP | $637.94 | $202.65 | $47.63 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/22/2011 | 11/01/2011 | $57,159.16 Escrow Disb-Fire | E20 | ($1,043.03) | $0.00 | $0.00 | ($1,043.03) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/09/2011 | 11/01/2011 | $57,159.16 Escrow Disb-Tax County | E90 | ($1,819.65) | $0.00 | $0.00 | ($1,819.65) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/04/2011 | 11/01/2011 | $57,159.16 PAYMENT | AP | $637.94 | $202.48 | $47.80 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/05/2011 | 10/01/2011 | $57,361.64 PAYMENT | AP | $637.94 | $202.31 | $47.97 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/05/2011 | 09/01/2011 | $57,563.95 PAYMENT | AP | $637.94 | $202.14 | $48.14 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/08/2011 | 08/01/2011 | $57,766.09 PAYMENT | AP | $637.94 | $201.97 | $48.31 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/07/2011 | 07/01/2011 | $57,968.06 PAYMENT | AP | $637.94 | $201.81 | $48.47 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/08/2011 | 06/01/2011 | $58,169.87 PAYMENT | AP | $637.94 | $201.64 | $48.64 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/09/2011 | 05/01/2011 | $58,371.51 PAYMENT | AP | $637.94 | $201.47 | $48.81 | $387.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/07/2011 | 04/01/2011 | $58,572.98 Curtailment | CTA | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/07/2011 | 04/01/2011 | $58,772.98 PAYMENT | AP | $726.86 | $201.13 | $49.15 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/07/2011 | 04/01/2011 | $58,572.98 PAYMENT | SRA | $294.55 | $0.00 | $0.00 | $294.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/10/2011 | 03/01/2011 | $58,974.11 Curtailment | CTA | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/10/2011 | 03/01/2011 | $59,374.11 PAYMENT | AP | $726.86 | $200.63 | $49.65 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/09/2011 | 02/01/2011 | $59,574.74 Escrow Disb-Tax County | E90 | ($1,804.55) | $0.00 | $0.00 | ($1,804.55) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/07/2011 | 02/01/2011 | $59,574.74 Curtailment | CTA | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/07/2011 | 02/01/2011 | $59,974.74 PAYMENT | AP | $726.86 | $200.13 | $50.15 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 01/06/2011 | 01/01/2011 | $60,174.87 Curtailment | | CTA | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/06/2011 | 01/01/2011 | $60,574.87 PAYMENT | | AP | $726.86 | $199.63 | $50.65 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/31/2010 | 12/01/2010 | $60,774.50 Interest On Escrow | | EI | $15.26 | $0.00 | $0.00 | $15.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/07/2010 | 12/01/2010 | $60,774.50 PAYMENT | | AP | $726.86 | $199.47 | $50.81 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/30/2010 | 11/01/2010 | $60,973.97 Escrow Disb-Fire | | E20 | ($1,043.03) | $0.00 | $0.00 | ($1,043.03) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/10/2010 | 11/01/2010 | $60,973.97 Escrow Disb-Tax County | | E90 | ($1,804.55) | $0.00 | $0.00 | ($1,804.55) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2010 | 11/01/2010 | $60,973.97 Curtailment | | CTA | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2010 | 11/01/2010 | $61,073.97 PAYMENT | | AP | $726.86 | $199.22 | $51.06 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/25/2010 | 10/01/2010 | $61,273.19 Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/18/2010 | 10/01/2010 | $0.00 FEE | 028 | FWV | ($30.00) | $0.00 | $0.00 | $0.00 | ($30.00) | $0.00 | $0.00 | $0.00 |
| 9299 | 10/11/2010 | 10/01/2010 | $0.00 FEE | 028 | FB | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/06/2010 | 10/01/2010 | $61,273.19 PAYMENT | | AP | $726.86 | $199.05 | $51.23 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/06/2010 | 09/01/2010 | $61,472.24 Curtailment | | CWA | $15.01 | $15.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/06/2010 | 09/01/2010 | $61,487.25 PAYMENT | | AP | $726.86 | $198.87 | $51.41 | $476.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/09/2010 | 08/01/2010 | $61,686.12 Curtailment | | CWA | $0.61 | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/09/2010 | 08/01/2010 | $61,686.73 PAYMENT | | AP | $727.39 | $198.71 | $51.57 | $477.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/09/2010 | 07/01/2010 | $61,885.44 PAYMENT | | AP | $656.00 | $198.54 | $51.74 | $405.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/07/2010 | 06/01/2010 | $62,083.98 PAYMENT | | AP | $656.53 | $198.38 | $51.90 | $406.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/06/2010 | 05/01/2010 | $62,282.36 Curtailment | | CWA | $0.80 | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/06/2010 | 05/01/2010 | $62,283.16 PAYMENT | | AP | $659.20 | $198.21 | $52.07 | $408.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/02/2010 | 04/01/2010 | $62,481.37 PAYMENT | | AP | $645.78 | $198.05 | $52.23 | $395.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/10/2010 | 03/01/2010 | $62,679.42 Escrow Disb-Tax County | | E90 | ($1,793.50) | $0.00 | $0.00 | ($1,793.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/26/2010 | 03/01/2010 | $62,679.42 Curtailment | | CWA | $0.30 | $0.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/26/2010 | 03/01/2010 | $62,679.72 PAYMENT | | AP | $648.45 | $197.88 | $52.40 | $398.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/25/2010 | 02/01/2010 | $0.00 FEE | 011 | FWA | $18.25 | $0.00 | $0.00 | $0.00 | $18.25 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/25/2010 | 02/01/2010 | $0.00 FEE | 164 | FWA | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/25/2010 | 02/01/2010 | $62,877.60 PAYMENT | | AP | $648.45 | $197.72 | $52.56 | $398.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/31/2009 | 01/01/2010 | $63,075.32 Interest On Escrow | | EI | $16.80 | $0.00 | $0.00 | $16.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/28/2009 | 01/01/2010 | $63,075.32 PAYMENT | | AP | $648.45 | $197.55 | $52.73 | $398.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/24/2009 | 12/01/2009 | $63,272.87 Escrow Disb-Fire | | E20 | ($1,034.80) | $0.00 | $0.00 | ($1,034.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/20/2009 | 12/01/2009 | $0.00 FEE | 164 | FE | $103.00 | $0.00 | $0.00 | $0.00 | $103.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/20/2009 | 12/01/2009 | $63,272.87 PAYMENT | | SR | ($103.00) | $0.00 | $0.00 | $1,591.78 | $0.00 | ($1,694.78) | $0.00 | $0.00 |
| 9299 | 11/20/2009 | 12/01/2009 | $0.00 Unapplied | | UFN | ($1,694.78) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/18/2009 | 05/01/2009 | $63,272.87 Non-Cash | | AA | $0.00 | $120,000.00 | ($5,803.02) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/18/2009 | 05/01/2009 | $183,272.87 PAYMENT | | SR | $0.00 | $0.00 | $848.93 | $0.00 | $0.00 | ($848.93) | $0.00 | $0.00 |
| 9299 | 11/18/2009 | 05/01/2009 | $0.00 Unapplied | | UFN | ($848.93) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/17/2009 | 05/01/2009 | $183,272.87 PAYMENT | | SR | $623.00 | $0.00 | $0.00 | $0.00 | $0.00 | $623.00 | $0.00 | $0.00 |
| 9299 | 11/17/2009 | 05/01/2009 | $0.00 Unapplied | | UFN | $623.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/12/2009 | 05/01/2009 | $0.00 Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 11/11/2009 | 05/01/2009 | $183,272.87 | Escrow Disb-Tax County | | E90 | ($1,793.50) | $0.00 | $0.00 | ($1,793.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/11/2009 | 05/01/2009 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/14/2009 | 05/01/2009 | $183,272.87 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.53 |
| 9299 | 10/14/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/14/2009 | 05/01/2009 | $0.00 | Unapplied | | UFF | ($622.53) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/14/2009 | 05/01/2009 | $0.00 | Unapplied | | UFN | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/14/2009 | 05/01/2009 | $0.00 | Unapplied | | UFU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/14/2009 | 05/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.53 |
| 9299 | 10/06/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SR | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $622.53 | $0.00 | $0.00 |
| 9299 | 10/06/2009 | 05/01/2009 | $0.00 | Unapplied | | UFF | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/06/2009 | 11/01/2009 | $0.00 | Comment | | RPL | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/04/2009 | 05/01/2009 | $183,272.87 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($220.53) |
| 9299 | 10/04/2009 | 05/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($220.53) |
| 9299 | 10/02/2009 | 05/01/2009 | $183,272.87 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $147.02 |
| 9299 | 10/02/2009 | 05/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $147.02 |
| 9299 | 09/14/2009 | 05/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/03/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SR | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $622.53 | $0.00 | $0.00 |
| 9299 | 09/03/2009 | 05/01/2009 | $0.00 | Unapplied | | UFN | $622.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/12/2009 | 05/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/12/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SR | $620.00 | $0.00 | $0.00 | $0.00 | $0.00 | $620.00 | $0.00 | $0.00 |
| 9299 | 08/12/2009 | 05/01/2009 | $0.00 | Unapplied | | UFN | $620.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/04/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/04/2009 | 05/01/2009 | $0.00 | Unapplied | | UFN | $55.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/04/2009 | 05/01/2009 | $0.00 | Unapplied | | UFU | ($55.65) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/03/2009 | 05/01/2009 | $0.00 | FEE | 011 | FB | $18.25 | $0.00 | $0.00 | $0.00 | $18.25 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/29/2009 | 05/01/2009 | $183,272.87 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/14/2009 | 05/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 04/01/2009 | $183,542.20 | PAYMENT | | SRA | $832.00 | $0.00 | $0.00 | $0.00 | $0.00 | $832.00 | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 04/01/2009 | $0.00 | Unapplied | | UFU | $832.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | AP | $776.35 | $269.33 | $955.95 | $383.07 | $0.00 | ($832.00) | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 05/01/2009 | $183,272.87 | PAYMENT | | SWA | $55.65 | $0.00 | $0.00 | $0.00 | $0.00 | $55.65 | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 05/01/2009 | $0.00 | Unapplied | | UFU | ($776.35) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/24/2009 | 05/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($147.02) |
| 9299 | 06/05/2009 | 04/01/2009 | $0.00 | FEE | 164 | FB | $103.00 | $0.00 | $0.00 | $0.00 | $103.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/13/2009 | 04/01/2009 | $183,542.20 | PAYMENT | | AP | $1,584.50 | $267.94 | $957.34 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/11/2009 | 03/01/2009 | $183,810.14 | Escrow Disb-Tax County | | E90 | ($1,743.43) | $0.00 | $0.00 | ($1,743.43) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/06/2009 | 03/01/2009 | $183,810.14 | PAYMENT | | AP | $1,584.50 | $266.55 | $958.73 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/09/2009 | 02/01/2009 | $184,076.69 | PAYMENT | | AP | $1,584.50 | $265.17 | $960.11 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/08/2009 | 01/01/2009 | $184,341.86 | PAYMENT | | AP | $1,584.50 | $263.79 | $961.49 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 12/31/2008 | 12/01/2008 | $184,605.65 | Interest On Escrow | EI | $28.01 | $0.00 | $0.00 | $29.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/30/2008 | 12/01/2008 | $184,605.65 | Interest On Escrow | EI | $23.82 | $0.00 | $0.00 | $23.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/10/2008 | 12/01/2008 | $184,605.65 | PAYMENT | AP | $1,584.50 | $262.43 | $962.85 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/25/2008 | 11/01/2008 | $184,868.08 | Escrow Disb-Fire | E20 | ($1,008.09) | $0.00 | $0.00 | ($1,008.09) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/11/2008 | 11/01/2008 | $184,868.08 | Escrow Disb-Tax County | E90 | ($1,743.43) | $0.00 | $0.00 | ($1,743.43) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/07/2008 | 11/01/2008 | $184,868.08 | PAYMENT | AP | $1,584.50 | $261.07 | $964.21 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/06/2008 | 10/01/2008 | $185,129.15 | PAYMENT | AP | $1,584.50 | $259.71 | $965.57 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/05/2008 | 09/01/2008 | $185,388.86 | PAYMENT | AP | $1,584.50 | $258.37 | $966.91 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/04/2008 | 08/01/2008 | $185,647.23 | PAYMENT | AP | $1,584.50 | $257.03 | $968.25 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/04/2008 | 07/01/2008 | $185,904.26 | PAYMENT | AP | $1,584.50 | $255.70 | $969.58 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/09/2008 | 06/01/2008 | $186,159.96 | Curtailment | CWA | $51.64 | $51.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/09/2008 | 06/01/2008 | $186,211.60 | PAYMENT | AP | $1,584.50 | $254.10 | $971.18 | $359.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/08/2008 | 05/01/2008 | $186,465.70 | PAYMENT | SRA | $568.05 | $0.00 | $0.00 | $568.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/07/2008 | 05/01/2008 | $186,465.70 | PAYMENT | AP | $1,636.14 | $252.79 | $972.49 | $410.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/07/2008 | 04/01/2008 | $186,718.49 | PAYMENT | AP | $1,551.06 | $251.48 | $973.80 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/17/2008 | 03/01/2008 | $186,969.97 | Escrow Disb-Tax County | E90 | ($1,700.98) | $0.00 | $0.00 | ($1,700.98) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/06/2008 | 03/01/2008 | $186,969.97 | PAYMENT | AP | $1,551.06 | $250.18 | $975.10 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/07/2008 | 02/01/2008 | $187,220.15 | PAYMENT | AP | $1,551.06 | $248.88 | $976.40 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/18/2008 | 01/01/2008 | $187,469.03 | Escrow Disb-Fire | E20 | ($84.64) | $0.00 | $0.00 | ($84.64) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/07/2008 | 01/01/2008 | $187,469.03 | PAYMENT | AP | $1,551.06 | $247.59 | $977.69 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/31/2007 | 12/01/2007 | $187,716.62 | Interest On Escrow | EI | $30.62 | $0.00 | $0.00 | $30.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/20/2007 | 12/01/2007 | $187,716.62 | Escrow Disb-Fire | E20 | ($340.08) | $0.00 | $0.00 | ($340.08) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/07/2007 | 12/01/2007 | $187,716.62 | PAYMENT | AP | $1,551.06 | $246.31 | $978.97 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2007 | 11/01/2007 | $187,962.93 | Escrow Disb-Tax County | E90 | ($1,700.98) | $0.00 | $0.00 | ($1,700.98) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/07/2007 | 11/01/2007 | $187,962.93 | PAYMENT | AP | $1,551.06 | $245.03 | $980.25 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/23/2007 | 10/01/2007 | $188,207.96 | Escrow Disb-Fire | E20 | ($605.86) | $0.00 | $0.00 | ($605.86) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/04/2007 | 10/01/2007 | $188,207.96 | PAYMENT | AP | $1,551.06 | $243.76 | $981.52 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/06/2007 | 09/01/2007 | $188,451.72 | PAYMENT | AP | $1,551.06 | $242.50 | $982.78 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/06/2007 | 08/01/2007 | $188,694.22 | PAYMENT | AP | $1,551.06 | $241.24 | $984.04 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/09/2007 | 07/01/2007 | $188,935.46 | PAYMENT | AP | $1,551.06 | $239.99 | $985.29 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/07/2007 | 06/01/2007 | $189,175.45 | Curtailment | CWA | $0.20 | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/07/2007 | 06/01/2007 | $189,175.65 | PAYMENT | AP | $1,551.06 | $238.75 | $986.53 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/07/2007 | 05/01/2007 | $189,414.40 | PAYMENT | AP | $1,551.06 | $237.51 | $987.77 | $325.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/05/2007 | 04/01/2007 | $189,651.91 | PAYMENT | AP | $1,546.89 | $236.28 | $989.00 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/12/2007 | 03/01/2007 | $189,888.19 | Escrow Disb-Tax County | E90 | ($1,668.63) | $0.00 | $0.00 | ($1,668.63) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/08/2007 | 03/01/2007 | $189,888.19 | Escrow Disb | E01 | ($904.45) | $0.00 | $0.00 | ($904.45) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/05/2007 | 03/01/2007 | $189,888.19 | PAYMENT | AP | $1,546.89 | $235.05 | $990.23 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/07/2007 | 02/01/2007 | $190,123.24 | PAYMENT | AP | $1,546.89 | $233.84 | $991.44 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/08/2007 | 01/01/2007 | $190,357.08 | PAYMENT | AP | $1,546.89 | $232.63 | $992.65 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 12/29/2006 | 12/01/2006 | $190,589.71 | Interest On Escrow | EI | $37.22 | $0.00 | $0.00 | $37.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/07/2006 | 12/01/2006 | $190,589.71 | PAYMENT | AP | $1,546.89 | $231.42 | $993.86 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2006 | 11/01/2006 | $190,821.13 | Curtailment | CWA | $36.95 | $36.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2006 | 11/01/2006 | $190,821.13 | Escrow Disb-Tax County | E90 | ($1,668.63) | $0.00 | $0.00 | ($1,668.63) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2006 | 11/01/2006 | $190,858.08 | PAYMENT | AP | $1,546.89 | $230.03 | $995.25 | $321.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/24/2006 | 10/01/2006 | $191,088.11 | Escrow Disb-Fire | E20 | ($573.37) | $0.00 | $0.00 | ($573.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/20/2006 | 10/01/2006 | $0.00 | Optional Product | B60 | ($221.70) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($221.70) | $0.00 |
| 9299 | 10/19/2006 | 10/01/2006 | $191,088.11 | Non-Cash | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/09/2006 | 10/01/2006 | $191,088.11 | PAYMENT | AP | $1,583.84 | $228.84 | $996.44 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 10/09/2006 | 10/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 09/08/2006 | 09/01/2006 | $191,316.95 | PAYMENT | AP | $1,583.84 | $227.65 | $997.63 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 09/08/2006 | 09/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 08/17/2006 | 08/01/2006 | $191,544.60 | Escrow Refund | R04 | $606.86 | $0.00 | $0.00 | $606.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/07/2006 | 08/01/2006 | $191,544.60 | PAYMENT | AP | $1,583.84 | $226.47 | $998.81 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 08/07/2006 | 08/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 07/10/2006 | 07/01/2006 | $191,771.07 | PAYMENT | AP | $1,583.84 | $225.30 | $999.98 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 07/10/2006 | 07/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 06/09/2006 | 06/01/2006 | $191,996.37 | PAYMENT | AP | $1,583.84 | $224.13 | $1,001.15 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 06/09/2006 | 06/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 05/15/2006 | 05/01/2006 | $192,220.50 | Escrow Refund-Tax County | R90 | $319.97 | $0.00 | $0.00 | $319.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/09/2006 | 05/01/2006 | $192,220.50 | PAYMENT | AP | $1,583.84 | $222.97 | $1,002.31 | $321.61 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 05/09/2006 | 05/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 04/27/2006 | 04/01/2006 | $192,443.47 | Escrow Disb | M01 | ($1,071.26) | $0.00 | $0.00 | ($1,071.26) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/26/2006 | 04/01/2006 | $192,443.47 | Escrow Refund | R04 | $964.62 | $0.00 | $0.00 | $964.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/10/2006 | 04/01/2006 | $192,443.47 | PAYMENT | AP | $1,780.08 | $221.81 | $1,003.47 | $517.85 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 04/10/2006 | 04/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 03/10/2006 | 03/01/2006 | $192,665.28 | PAYMENT | AP | $1,780.08 | $220.67 | $1,004.61 | $517.85 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 03/10/2006 | 03/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 03/10/2006 | 03/01/2006 | $192,665.28 | PAYMENT | SRA | $147.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $147.02 |
| 9299 | 03/10/2006 | 03/01/2006 | $0.00 | Unapplied | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $147.02 |
| 9299 | 03/09/2006 | 02/01/2006 | $192,885.95 | Escrow Disb | E01 | ($702.38) | $0.00 | $0.00 | ($702.38) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/09/2006 | 02/01/2006 | $192,885.95 | Escrow Disb-Tax County | E90 | ($1,987.37) | $0.00 | $0.00 | ($1,987.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/09/2006 | 02/01/2006 | $192,885.95 | PAYMENT | AP | $1,780.08 | $219.52 | $1,005.76 | $517.85 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 02/09/2006 | 02/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 01/16/2006 | 01/01/2006 | $193,105.47 | PAYMENT | AP | $1,780.08 | $218.38 | $1,006.90 | $517.85 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 01/16/2006 | 01/01/2006 | $0.00 | PAYMENT | O60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 01/16/2006 | 01/01/2006 | $0.00 | Unapplied | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($73.51) |
| 9299 | 12/30/2005 | 12/01/2005 | $193,323.85 | Interest On Escrow | EI | $21.51 | $0.00 | $0.00 | $21.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/15/2005 | 12/01/2005 | $193,323.85 | PAYMENT | AP | $1,780.08 | $217.25 | $1,008.03 | $517.85 | $0.00 | $0.00 | $36.95 | $0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 12/15/2005 | 12/01/2005 | $0.00 | PAYMENT | | 960 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.95 | $0.00 |
| 9299 | 12/15/2005 | 12/01/2005 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($73.51) |
| 9299 | 11/15/2005 | 11/01/2005 | $193,541.10 | Escrow Disb-Tax County | | E90 | ($1,987.37) | $0.00 | $0.00 | ($1,987.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/07/2005 | 11/01/2005 | $193,541.10 | PAYMENT | | AP | $1,743.13 | $216.13 | $1,009.15 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/25/2005 | 10/01/2005 | $193,757.23 | Escrow Disb-Fire | | E20 | ($524.61) | $0.00 | $0.00 | ($524.61) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/07/2005 | 10/01/2005 | $0.00 | FEE | 003 | FWA | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/07/2005 | 10/01/2005 | $193,757.23 | PAYMENT | | AP | $1,743.13 | $215.01 | $1,010.27 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/08/2005 | 09/01/2005 | $193,972.24 | PAYMENT | | AP | $1,743.13 | $213.89 | $1,011.39 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/23/2005 | 08/01/2005 | $0.00 | FEE | 003 | FB | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/23/2005 | 08/01/2005 | $194,186.13 | PAYMENT | | PR1 | ($1,743.13) | ($213.89) | ($1,011.39) | ($517.85) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/20/2005 | 09/01/2005 | $0.00 | FEE | 171 | FB | $12.00 | $0.00 | $0.00 | $0.00 | $12.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/20/2005 | 09/01/2005 | $0.00 | FEE | 171 | FEA | $12.00 | $0.00 | $0.00 | $0.00 | $12.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/20/2005 | 09/01/2005 | $193,972.24 | PAYMENT | | AP | $1,743.13 | $213.89 | $1,011.39 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/08/2005 | 08/01/2005 | $194,186.13 | PAYMENT | | AP | $1,743.13 | $212.79 | $1,012.49 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/07/2005 | 07/01/2005 | $194,398.92 | PAYMENT | | AP | $1,743.13 | $211.68 | $1,013.60 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/08/2005 | 06/01/2005 | $194,610.60 | PAYMENT | | AP | $1,743.13 | $210.59 | $1,014.69 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/05/2005 | 05/01/2005 | $194,821.19 | PAYMENT | | AP | $1,743.13 | $209.50 | $1,015.78 | $517.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/11/2005 | 04/01/2005 | $195,030.69 | PAYMENT | | AP | $1,607.42 | $208.41 | $1,016.87 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/15/2005 | 03/01/2005 | $195,239.10 | Escrow Disb-Tax County | | E90 | ($1,884.93) | $0.00 | $0.00 | ($1,884.93) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/09/2005 | 03/01/2005 | $195,239.10 | PAYMENT | | AP | $1,607.42 | $207.33 | $1,017.95 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/07/2005 | 02/01/2005 | $195,446.43 | PAYMENT | | AP | $1,607.42 | $206.26 | $1,019.02 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 01/10/2005 | 01/01/2005 | $195,652.69 | PAYMENT | | AP | $1,607.42 | $205.19 | $1,020.09 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/31/2004 | 12/01/2004 | $195,857.88 | Interest On Escrow | | EI | $20.52 | $0.00 | $0.00 | $20.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 12/06/2004 | 12/01/2004 | $195,857.88 | PAYMENT | | AP | $1,607.42 | $204.12 | $1,021.16 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/10/2004 | 11/01/2004 | $196,062.00 | Escrow Disb-Tax County | | E90 | ($1,884.93) | $0.00 | $0.00 | ($1,884.93) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 11/08/2004 | 11/01/2004 | $196,062.00 | PAYMENT | | AP | $1,608.26 | $203.07 | $1,022.21 | $382.14 | $0.00 | $0.00 | $0.00 | $0.84 |
| 9299 | 11/08/2004 | 11/01/2004 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.84 |
| 9299 | 10/07/2004 | 10/01/2004 | $196,265.07 | PAYMENT | | AP | $1,607.42 | $202.01 | $1,023.27 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 10/07/2004 | 10/01/2004 | $196,265.07 | PAYMENT | | SRA | $72.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.67 |
| 9299 | 10/07/2004 | 10/01/2004 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.67 |
| 9299 | 09/14/2004 | 09/01/2004 | $196,467.08 | PAYMENT | | AP | $1,607.42 | $200.97 | $1,024.31 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 09/14/2004 | 09/01/2004 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($73.51) |
| 9299 | 08/06/2004 | 08/01/2004 | $196,668.05 | PAYMENT | | AP | $1,607.42 | $199.93 | $1,025.35 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 08/05/2004 | 07/01/2004 | $196,867.98 | Escrow Disb-Fire | | E20 | ($1,313.20) | $0.00 | $0.00 | ($1,313.20) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 07/05/2004 | 07/01/2004 | $196,867.98 | PAYMENT | | AP | $1,680.93 | $198.89 | $1,026.39 | $382.14 | $0.00 | $0.00 | $0.00 | $73.51 |
| 9299 | 07/05/2004 | 07/01/2004 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73.51 |
| 9299 | 06/14/2004 | 06/01/2004 | $197,066.87 | PAYMENT | | AP | $1,607.42 | $197.86 | $1,027.42 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 06/14/2004 | 06/01/2004 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($73.51) |
| 9299 | 06/07/2004 | 05/01/2004 | $197,264.73 | Escrow Disb-Tax County | | M90 | ($571.45) | $0.00 | $0.00 | ($571.45) | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9299 | 05/10/2004 | 05/01/2004 | $197,264.73 Curtailment | CWA | $0.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 05/10/2004 | 05/01/2004 | $197,264.77 PAYMENT | AP | $1,607.42 | $196.83 | $1,028.45 | $382.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 04/07/2004 | 04/01/2004 | $197,461.60 PAYMENT | AP | $1,630.56 | $195.81 | $1,029.47 | $405.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/18/2004 | 03/01/2004 | $197,657.41 Escrow Disb-Tax County | E90 | ($1,542.34) | $0.00 | $0.00 | ($1,542.34) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/15/2004 | 03/01/2004 | $197,657.41 Escrow Disb | E01 | ($887.51) | $0.00 | $0.00 | ($887.51) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 03/05/2004 | 03/01/2004 | $197,657.41 PAYMENT | AP | $1,630.56 | $194.80 | $1,030.48 | $405.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9299 | 02/09/2004 | 02/01/2004 | $197,852.21 PAYMENT | AP | $1,630.56 | $193.79 | $1,031.49 | $405.28 | $0.00 | $0.00 | $0.00 | $0.00 |