**Exhibit H**

DEF - OPTIONS TO AVOID FORECL.txt

06/11/09

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON CA 92831-4711


RE:   Account Number          ▮▮▮▮▮▮9299
      Property Address         1201 EAST SUDENE AVENUE

                              FULLERTON CA 92831-4711

Dear ROCIO PICHARDO
     JULIO PICHARDO

Disclosure:  If you are already working with the Loss Mitigation
department on a special forbearance or other foreclosure
prevention alternatives, this letter does not apply to you.
However, you may want to take advantage of the Homeownership
Counseling information contained within this letter.

Your account is in default under the terms of the mortgage.
The mortgage payments of $            3169.00 for the months
of 05/01/09 through 06/01/09, are past due.  If you have
already mailed these payments, please accept our thanks.

Due to the unresolved delinquency on your account, you may be
experiencing temporary or permanent financial problems that led
to the default.  Your account could soon be referred to
foreclosure if the default is not resolved.  We would like to
discuss possible loss mitigation options, which may be available
to you to resolve the delinquency and avoid foreclosure.  A brief
description of these options follows.

If you have experienced a temporary loss of income or increase
in expenses and now have sufficient income to make increased
payments, we may be able to work out a REPAYMENT PLAN.

LOAN MODIFICATION: A loan modification capitalizes delinquent
payments into the unpaid principal balance.  This may be
completed if you are unable to make temporary increased monthly
payments, yet can still afford your mortgage payments.



♀
06/11/09
Account Number       ▮▮▮▮▮▮9299
Page Two


SHORT SALE: The investor may accept less than a full payoff when
the value of your property has declined.  You must list the
property at fair market value and forward any offers, along with
estimated closing costs, to our company.  The acceptance of the
offer is subject to investor approval.  You may be required to
contribute to reduce the total loss.

```
                    DEF - OPTIONS TO AVOID FORECL.txt
```

DEED IN LIEU OF FORECLOSURE: A deed in lieu voluntarily gives back the Deed to the lender to satisfy the debt and avoid foreclosure.  You must have tried to sell the property for 90 days at fair market value.

The collection activity will not stop and the monthly mortgage payments are still due while we evaluate your financial situation.  Not all options may be available to you and we cannot guarantee you will qualify for any of the loss mitigation options.

In order to be considered for any of these loss mitigation options, you may be required to provide us with financial information.  Please contact us at 800-850-4622 to discuss any of these loss mitigation options.  For your information, you may contact a HUD Counseling Agent at 1-800-569-4287.  Toll free TDD number for the HUD Counseling Agency is 1-800-877-8339.

NOTICE - This is an attempt to collect a debt and any information obtained will be used for that purpose.  If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

PLEASE DO NOT SEND US MEDICAL INFORMATION.
As required by law, we are prohibited from obtaining or using medical information (e.g., diagnosis, treatment or prognosis) in connection with your eligibility, or continued eligibility, for credit.  We will not use it when evaluating your request, and it will not be retained.


Collection Department
Loan Servicing

5014
♀
†