# **Exhibit J**

# GMAC Mortgage

March 20, 2012

Rocio Pichardo
Julio Pichardo
1201 East Sudene Avenue
Fullerton CA  92831-4711

RE:  Account Number            ▮▮▮▮9299
     CFPB Case Number   120302-000561
     Property Address     1201 East Sudene Avenue
                          Fullerton CA  92831-4711

Dear Rocio Pichardo and Julio Pichardo:

This letter is in response to correspondence received by GMAC Mortgage, LLC ("GMACM") on March 6, 2012, from the Consumer Financial Protection Bureau, regarding your inquiry directed to their office, as well as your correspondence addressed directly to me dated March 15, 2012. Specifically, this is in response to your concerns regarding the loan modification completed on the above-referenced mortgage loan account in 2009.

GMACM agreed to a loan modification on your mortgage loan account in August of 2009. The terms of the approved loan modification were intended to include reducing the interest bearing unpaid principal balance to $63,272.87 and a non-interest bearing principal deferment of $120,000.00 to be due when the loan matured, the loan was paid in full, or the property was sold.

Our records indicate that the loan modification documents, originally issued to you in August 2009 by GMACM, contained an error. While the interest bearing, unpaid principal balance was correct on these documents at $63,272.87, the loan modification documents inadvertently failed to reference the amount of the principal balance deferment ($120,000.00). The incorrect documents were executed by you and returned to GMACM. Upon receipt of the executed incorrect documents, GMACM discovered the error. Therefore, when the signed incorrect documents were returned by you, they were voided by GMACM as the loan modification documents did not accurately reflect the approved loan modification.

GMACM prepared corrected loan modification documents and the corrected modification documents were sent to you in October 2009. The signed corrected loan

www.gmacmortgage.com        Tel: (800) 766-4622
3451 Hammond Ave
Waterloo, IA 50702

Account Number ███ 9299
CFPB Case Number 120302-000561
Page Two - Pichardo

modification documents were executed by you and returned to GMACM (dated by the notary on November 12, 2009). These documents accurately reflected the approved loan modification which included an interest bearing, principal balance of $63,272.87 and the deferred principal balance of $120,000.00. GMACM also executed the corrected loan modification documents, and updated its system to reflect the terms of the corrected loan modification documents as the terms contained in the corrected loan modification documents accurately reflected the loan modification that was approved by GMACM, and the terms were agreed to by both you and GMACM.

In your letter addressed directly to me, you referred to concerns you have with certain verbiage contained in the incorrect loan modification documents and your desire for GMACM to implement this verbiage.. As indicated above, the incorrect loan modification documents were voided by GMACM once the incorrect documents were returned to GMACM and the error was detected. The corrected loan modification documents signed by you in November 2009 also contain this verbiage (paragraph 8) and were signed after the initial documents you referenced had been voided. GMACM updated its system with the correct loan modification terms, based on the corrected set of loan modification documents issued to you in October 2009 and signed by you in November 2009. GMACM vehemently denies your claim that GMACM caused any duress or coercion in your execution of the corrected loan modification documents.

I trust that this response letter addresses your concerns. If you have further questions regarding this matter, please contact me at 1-800-627-0128, extension 2365844.

Sincerely,

*Tammy Versluis*

Tammy Versluis
Executive Account Manager

cc:    Consumer Financial Protection Bureau
       submitted electronically