**Exhibit K**

8/5/2009

**GMAC Mortgage**

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE
FULLERTON CA 92831-4711

Re: Account Number ████9299
1201 EAST SUDENE AVENUE
FULLERTON CA 92831-4711

Dear ROCIO PICHARDO  JULIO PICHARDO

**Congratulations! Your request for a loan modification has been approved subject to the following:**
   -Receipt of your contribution in the form of certified funds
   -Receipt of the signed and notarized loan modification agreement and any attachments
   -Receipt of clear title, if applicable

Highlights of the enclosed Loan Modification Agreement and instructions for completing and returning it are as follows:

- The contribution amount of $ 620.00 in the form of certified funds, is due in our office by September 1, 2009.
- The interest rate is 1.00000%.
- The first modified payment begins October 1, 2009.
    Principal and Interest    $ 247.96
    Escrow                    $ 374.57
    **Total Payment**         **$622.53**

Do NOT sign the enclosed Loan Modification Agreement unless you are in the presence of a notary. This document must be signed in the presence of a notary and (if applicable) other witnesses. All of the documents must be executed and the signatures must be exactly as the names are typed.
- The signed and notarized Loan Modification Agreement should be returned using the enclosed pre-paid overnight envelope.
- If any modification closing costs are more than projected, the difference will be assessed to the account.
- All miscellaneous fees and costs – excluding late charges – may not have been included in the loan modification and will remain outstanding.

The contribution and executed loan modification documents are due back by September 1, 2009. Please return to:

GMAC Mortgage, LLC
Attn: Loan Modification
3451 Hammond Avenue
Waterloo, IA 50702

IMPORTANT! The loan modification will not be complete until we receive all properly executed documents and the contribution amount. If the modification is not completed we will continue to enforce our lien. If the conditions outlined above are not satisfied the modification will be withdrawn.

If you have any questions regarding this modification offer, please contact a modification specialist directly at 1-800-799-9250 Monday – Thursday 8:00 AM to 7:00 PM, Friday 8:00 AM to 5:00 PM, Central Time.

Loan Modification Specialist
Enclosures