**<u>Exhibit Q</u>**

**Pichardo Loan – Summary of Escrow Transactions**

| Transaction Date | Transaction Description | Escrow Deposit | Escrow Advances | Escrow Balance |
|---|---|---|---|---|
| 11/3/2003 | Balance at Acquisition | | | $2,297.84 |
| 11/7/2003 | Payment | $405.28 | | $2,703.12 |
| 12/9/2003 | County Tax | | $(1,542.34) | $1,160.78 |
| 12/11/2003 | Payment | $405.28 | | $1,566.06 |
| 12/31/2003 | Interest on Escrow | $6.95 | | $1,573.01 |
| 1/7/2004 | Payment | $405.28 | | $1,978.29 |
| 2/9/2004 | Payment | $405.28 | | $2,383.57 |
| 3/5/2004 | Payment | $405.28 | | $2,788.85 |
| 3/15/2004 | Refund to Borrower | | $(887.51) | $1,901.34 |
| 3/18/2004 | County Tax | | $(1,542.34 | $359.00 |
| 4/7/2004 | Payment | $405.28 | | $764.28 |
| 5/10/2004 | Payment | $382.14 | | $1,146.42 |
| 6/7/2004 | County Tax | | $(571.45) | $574.97 |
| 6/14/2004 | Payment | $382.14 | | $957.11 |
| 7/5/2004 | Payment | $382.14 | | $1,339.25 |
| 8/5/2004 | Fire Insurance | | $(1,313.20) | $26.05 |
| 8/6/2004 | Payment | $382.14 | | $408.19 |
| 9/14/2004 | Payment | $382.14 | | $790.33 |
| 10/7/2004 | Payment | $382.14 | | $1,172.47 |
| 11/8/2004 | Payment | $382.14 | | $1,554.61 |
| 11/10/2004 | County Tax | | $(1,884.93) | $(330.32) |
| 12/6/2004 | Payment | $382.14 | | $51.82 |
| 12/31/2004 | Interest on Escrow | $20.52 | | $72.34 |
| 1/10/2005 | Payment | $382.14 | | $454.48 |
| 2/7/2005 | Payment | $382.14 | | $836.62 |
| 3/9/2005 | Payment | $382.14 | | $1,218.76 |
| 3/15/2005 | County Tax | | $(1,884.93) | $(666.17) |
| 4/11/2005 | Payment | $382.14 | | $(284.03) |
| 5/5/2005 | Payment | $517.85 | | $233.82 |
| 6/8/2005 | Payment | $517.85 | | $751.67 |
| 7/7/2005 | Payment | $517.85 | | $1,269.52 |
| 8/8/2005 | Payment | $517.85 | | $1,787.37 |
| 8/20/2005 | Payment | $517.85 | | $2,305.22 |
| 8/23/2005 | Reversal of Payment | | $(517.85) | $1,787.37 |
| 9/8/2005 | Payment | $517.85 | | $2,305.22 |
| 10/7/2005 | Payment | $517.85 | | $2,823.07 |
| 10/25/2005 | Fire Insurance | | $(524.61) | $2,298.46 |
| 11/7/2005 | Payment | $517.85 | | $2,816.31 |
| 11/15/2005 | County Tax | | $(1,987.37) | $828.94 |
| 12/15/2005 | Payment | $517.85 | | $1,346.79 |
| 12/31/2005 | Interest on Escrow | $21.51 | | $1,368.30 |
| 1/16/2006 | Payment | $517.85 | | $1,886.15 |
| 2/9/2006 | Payment | $517.85 | | $2,404.00 |
| 3/9/2006 | County Tax | | $(1,987.37) | $416.63 |

1

| Date | Description | | | |
|---|---|---|---|---|
| 3/9/2006 | Refund to Borrower | | $(702.38) | $(285.75) |
| 3/10/2006 | Payment | $517.85 | | $232.10 |
| 4/10/2006 | Payment | $517.85 | | $749.95 |
| 4/26/2006 | Refund to Escrow | $964.62 | | $1,714.57 |
| 4/27/2006 | Refund to Borrower | | $(1,071.26) | $643.31 |
| 5/9/2006 | Payment | $321.61 | | $964.92 |
| 5/15/2006 | Refund to Escrow | $319.97 | | $1,284.89 |
| 6/9/2006 | Payment | $321.61 | | $1,606.50 |
| 7/10/2006 | Payment | $321.61 | | $1,928.11 |
| 8/7/2006 | Payment | $321.61 | | $2,249.72 |
| 8/17/2006 | Refund to Escrow | $606.86 | | $2,856.58 |
| 9/8/2006 | Payment | $321.61 | | $3,178.19 |
| 10/9/2006 | Payment | $321.61 | | $3,499.80 |
| 10/24/2006 | Fire Insurance | | $(573.37) | $2,926.43 |
| 11/8/2006 | Payment | $321.61 | | $3,248.04 |
| 11/8/2006 | County Tax | | $(1,668.63) | $1,579.41 |
| 12/7/2006 | Payment | $321.61 | | $1,901.02 |
| 12/29/2006 | Interest on Escrow | $37.22 | | $1,938.24 |
| 1/8/2007 | Payment | $321.61 | | $2,259.85 |
| 2/7/2007 | Payment | $321.61 | | $2,581.46 |
| 3/5/2007 | Payment | $321.61 | | $2,903.07 |
| 3/8/2007 | Refund to Borrower | | $(904.45) | $1,998.62 |
| 3/12/2007 | County Tax | | $(1,668.63) | $329.99 |
| 4/5/2007 | Payment | $321.61 | | $651.60 |
| 5/7/2007 | Payment | $325.78 | | $977.38 |
| 6/7/2007 | Payment | $325.78 | | $1,303.16 |
| 7/9/2007 | Payment | $325.78 | | $1,628.94 |
| 8/6/2007 | Payment | $325.78 | | $1,954.72 |
| 9/6/2007 | Payment | $325.78 | | $2,280.50 |
| 10/4/2007 | Payment | $325.78 | | $2,606.28 |
| 10/23/2007 | Fire Insurance | | $(605.86) | $2,000.42 |
| 11/7/2007 | Payment | $325.78 | | $2,326.20 |
| 11/8/2007 | County Tax | | $(1,700.98) | $625.22 |
| 12/7/2007 | Payment | $325.78 | | $951.00 |
| 12/20/2007 | Fire Insurance | | $(340.08) | $610.92 |
| 12/31/2007 | Interest on Escrow | $30.62 | | $641.54 |
| 1/7/2008 | Payment | $325.78 | | $967.32 |
| 1/18/2008 | Fire Insurance | | $(84.64) | $882.68 |
| 2/7/2008 | Payment | $325.78 | | $1,208.46 |
| 3/6/2008 | Payment | $325.78 | | $1,534.24 |
| 3/17/2008 | County Tax | | $(1,700.98) | $(166.74) |
| 4/7/2008 | Payment | $325.78 | | $159.04 |
| 4/7/2008 | Payment | $410.86 | | $569.90 |
| 5/8/2008 | Payment | $568.05 | | $1,137.95 |
| 6/9/2008 | Payment | $359.22 | | $1,497.17 |
| 7/4/2008 | Payment | $359.22 | | $1,856.39 |
| 8/4/2008 | Payment | $359.22 | | $2,215.61 |
| 9/5/2008 | Payment | $359.22 | | $2,574.83 |

2

| Date | Description | Amount | Debit | Balance |
|---|---|---|---|---|
| 10/6/2008 | Payment | $359.22 | | $2,934.05 |
| 11/7/2008 | Payment | $359.22 | | $3,293.27 |
| 11/11/2008 | County Tax | | $(1,743.43) | $1,549.84 |
| 11/25/2008 | Fire Insurance | | $(1,008.09) | $541.75 |
| 12/10/2008 | Payment | $359.22 | | $900.97 |
| 12/30/2008 | Interest on Escrow | $23.82 | | $924.79 |
| 12/31/2008 | Interest on Escrow | $29.01 | | $953.80 |
| 1/8/2009 | Payment | $359.22 | | $1,313.02 |
| 2/9/2009 | Payment | $359.22 | | $1,672.24 |
| 3/6/2009 | Payment | $359.22 | | $2,031.46 |
| 3/11/2009 | County Tax | | $(1,743.43) | $288.03 |
| 4/13/2009 | Payment | $359.22 | | $647.25 |
| 6/24/2009 | Payment | $383.07 | | $1,030.32 |
| 11/11/2009 | County Tax | | $(1,793.50) | $(763.18) |
| 11/20/2009 | Payment | $1,591.78 | | $828.60 |
| 11/24/2009 | Fire Insurance | | $(1,034.80) | $(206.20) |
| 12/28/2009 | Payment | $398.17 | | $191.97 |
| 12/31/2009 | Interest on Escrow | $16.80 | | $208.77 |
| 1/25/2010 | Payment | $398.17 | | $606.94 |
| 2/26/2010 | Payment | $398.17 | | $1,005.11 |
| 3/10/2010 | County Tax | | $(1,793.50) | $(788.39) |
| 4/2/2010 | Payment | $395.50 | | $(392.89) |
| 5/6/2010 | Payment | $408.92 | | $16.03 |
| 6/7/2010 | Payment | $406.25 | | $422.28 |
| 7/9/2010 | Payment | $405.72 | | $828.00 |
| 8/9/2010 | Payment | $477.11 | | $1,305.11 |
| 9/6/2010 | Payment | $476.58 | | $1,781.69 |
| 10/6/2010 | Payment | $476.58 | | $2,258.27 |
| 11/8/2010 | Payment | $476.58 | | $2,734.85 |
| 11/10/2010 | County Tax | | $(1,804.55) | $930.30 |
| 11/30/2010 | Fire Insurance | | $(1,043.03) | $(112.73) |
| 12/7/2010 | Payment | $476.58 | | $363.85 |
| 12/31/2010 | Interest on Escrow | $15.26 | | $379.11 |
| 1/6/2011 | Payment | $476.58 | | $855.69 |
| 2/7/2011 | Payment | $476.58 | | $1,332.27 |
| 3/9/2011 | County Tax | | $(1,804.55) | $(472.28) |
| 3/10/2011 | Payment | $476.58 | | $4.30 |
| 4/7/2011 | Payment | $294.55 | | $298.85 |
| 4/7/2011 | Payment | $476.58 | | $775.43 |
| 5/9/2011 | Payment | $387.66 | | $1,163.09 |
| 6/8/2011 | Payment | $387.66 | | $1,550.75 |
| 7/7/2011 | Payment | $387.66 | | $1,938.41 |
| 8/8/2011 | Payment | $387.66 | | $2,326.07 |
| 9/5/2011 | Payment | $387.66 | | $2,713.73 |
| 10/5/2011 | Payment | $387.66 | | $3,101.39 |
| 11/4/2011 | Payment | $387.66 | | $3,489.05 |
| 11/9/2011 | County Tax | | $(1,819.65) | $1,669.40 |
| 11/22/2011 | Fire Insurance | | $(1,043.03) | $626.37 |

3

| Date | Description | Amount | Debit | Balance |
|---|---|---|---|---|
| 12/5/2011 | Payment | $387.66 | | $1,014.03 |
| 12/30/2011 | Interest on Escrow | $29.69 | | $1,043.72 |
| 1/3/2012 | Payment | $387.66 | | $1,431.38 |
| 2/6/2012 | Payment | $387.66 | | $1,819.04 |
| 3/5/2012 | Payment | $387.66 | | $2,206.70 |
| 3/7/2012 | County Tax | | $(1,819.65) | $387.05 |
| 4/6/2012 | Payment | $387.66 | | $774.71 |
| 5/7/2012 | Payment | $5.72 | | $780.43 |
| 5/7/2012 | Payment | $390.46 | | $1,170.89 |
| 6/4/2012 | Payment | $390.14 | | $1,561.03 |
| 7/5/2012 | Payment | $390.34 | | $1,951.37 |
| 8/3/2012 | Payment | $390.14 | | $2,341.51 |
| 9/3/2012 | Payment | $390.14 | | $2,731.65 |
| 10/5/2012 | Payment | $390.14 | | $3,121.79 |
| 11/5/2012 | Payment | $390.14 | | $3,511.93 |
| 11/7/2012 | County Tax | | $(1,878.25) | $1,633.68 |
| 11/27/2012 | Fire Insurance | | $(1,057.32) | $576.36 |
| 12/3/2012 | Payment | $390.14 | | $966.50 |
| 12/31/2012 | Interest on Escrow | $33.43 | | $999.93 |
| 1/7/2013 | Payment | $390.14 | | $1,390.07 |
| 2/4/2013 | Payment | $390.09 | | $1,780.16 |
| | Balance at Transfer to Ocwen | | | $1,780.16 |

4

ny-1187883