# **Exhibit H**

Case Summary:

| Case Id: | 30-2012-00581642-CU-CL-CJC |
|---|---|
| Case Title: | PICHARDO VS. OCWEN LOAN SERVICING, LLC |
| Case Type: | OTHER COLLECTIONS |
| Filing Date: | 07/06/2012 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 7 pages | ☐ |
| 2 | CIVIL CASE COVER SHEET FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 2 pages | ☐ |
| 3 | REQUEST TO WAIVE COURT FEES FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | NA | |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER MOSS, ROBERT ON 07/06/2012. | 07/06/2012 | | 1 pages | ☐ |
| 5 | PICHARDO, JULIO REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 07/06/2012. | 07/06/2012 | | 2 pages | ☐ |
| 6 | SUMMONS ISSUED AND FILED FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 1 pages | ☐ |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 11/05/2012 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 07/09/2012 | | 2 pages | ☐ |
| 8 | PROOF OF SERVICE OF SUMMONS FILED BY PICHARDO, JULIO ON 07/16/2012 | 07/16/2012 | | 1 pages | ☐ |
| 9 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 11193851 AND RECEIPT NUMBER 11017743. | 07/30/2012 | | 1 pages | ☐ |
| 10 | NOTICE OF STAY (BANKRUPTCY) FILED BY GMAC MORTGAGE ON 07/30/2012 | 07/30/2012 | | 24 pages | ☐ |
| 11 | REVIEW HEARING SCHEDULED FOR 07/15/2013 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 11/05/2012 | | NV | |
| 12 | THE REVIEW HEARING IS SCHEDULED FOR 07/15/2013 AT 08:30 AM IN DEPARTMENT C23. | 11/05/2012 | | NV | |
| 13 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 11/05/2012 08:30:00 AM. | 11/05/2012 | | 1 pages | ☐ |
| 14 | E-FILING TRANSACTION 2158547 RECEIVED ON 11/06/2012 09:14:13 AM. | 11/09/2012 | | NV | |
| 15 | NOTICE OF HEARING FILED BY GMAC MORTGAGE ON 11/06/2012 | 11/06/2012 | | 3 pages | ☐ |
| 16 | CORRESPONDENCE | 01/23/2013 | | 18 pages | ☐ |
| 17 | SUBSTITUTION OF ATTORNEY FILED BY PICHARDO, JULIO ON 07/15/2013 | 07/15/2013 | | 2 pages | ☐ |
| 18 | | 07/15/2013 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 12/16/2013 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. |  |  |  |  |
| 19 | THE CMC: BANKRUPTCY REMOVAL IS SCHEDULED FOR 12/16/2013 AT 08:30 AM IN DEPARTMENT C23. | 07/15/2013 |  | NV |  |
| 20 | MINUTES FINALIZED FOR REVIEW HEARING 07/15/2013 08:30:00 AM. | 07/15/2013 |  | 1 pages | ☐ |
| 21 | E-FILING TRANSACTION 339914 RECEIVED ON 07/18/2013 03:53:49 PM. | 07/19/2013 |  | NV |  |
| 22 | NOTICE OF HEARING FILED BY GMAC MORTGAGE ON 07/18/2013 | 07/18/2013 |  | 3 pages | ☐ |
| 23 | AMENDMENT TO COMPLAINT FILED BY PICHARDO, JULIO ON 10/23/2013 | 10/23/2013 |  | 1 pages | ☐ |
| 24 | PROOF OF PERSONAL SERVICE FILED BY PICHARDO, JULIO ON 11/01/2013 | 11/01/2013 |  | 5 pages | ☐ |
| 25 | PROOF OF SERVICE FILED BY PICHARDO, JULIO ON 11/01/2013 | 11/01/2013 |  | 1 pages | ☐ |
| 26 | E-FILING TRANSACTION 2291764 RECEIVED ON 11/11/2013 11:46:58 AM. | 11/12/2013 |  | NV |  |
| 27 | DEMURRER TO COMPLAINT FILED BY OCWEN LOAN SERVICING ON 11/12/2013 | 11/12/2013 |  | 12 pages | ☐ |
| 28 | REQUEST FOR JUDICIAL NOTICE FILED BY OCWEN LOAN SERVICING ON 11/12/2013 | 11/12/2013 |  | 21 pages | ☐ |
| 29 | PROPOSED ORDER RECEIVED ON 11/12/2013. | 11/12/2013 |  | 4 pages | ☐ |
| 30 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 465.00, TRANSACTION NUMBER 11494330 AND RECEIPT NUMBER 11318242. | 11/12/2013 |  | 1 pages | ☐ |
| 31 | DEMURRER TO COMPLAINT SCHEDULED FOR 02/07/2014 AT 10:00:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 11/12/2013 |  | NV |  |
| 32 | OPPOSITION FILED BY PICHARDO, JULIO ON 11/15/2013 | 11/15/2013 |  | 45 pages | ☐ |
| 33 | E-FILING TRANSACTION 4111882 RECEIVED ON 11/22/2013 02:57:19 PM. | 11/25/2013 |  | NV |  |
| 34 | REPLY TO OPPOSITION FILED BY GMAC MORTGAGE; OCWEN LOAN SERVICING ON 11/22/2013 | 11/22/2013 |  | 5 pages | ☐ |
| 35 | PROOF OF SERVICE BY MAIL (RE OPPOSITION) FILED BY PICHARDO, JULIO ON 11/22/2013 | 11/22/2013 |  | 5 pages | ☐ |
| 36 | REPLY TO OPPOSITION FILED BY PICHARDO, JULIO ON 11/25/2013 | 11/25/2013 |  | 2 pages | ☐ |
| 37 |  | 11/25/2013 |  | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | PROOF OF SERVICE BY MAIL (REPLY TO OPPOSITION) FILED BY PICHARDO, JULIO ON 11/25/2013 |  |  |  |  |
| 38 | REPLY TO OPPOSITION FILED BY PICHARDO, JULIO ON 12/02/2013 | 12/02/2013 |  | 2 pages | ☐ |
| 39 | PROOF OF SERVICE BY MAIL FILED BY PICHARDO, JULIO ON 12/02/2013 | 12/02/2013 |  | 3 pages | ☐ |
| 40 | CASE REASSIGNED TO FREDERICK AGUIRRE EFFECTIVE 01/06/2014. | 12/16/2013 |  | 2 pages | ☐ |
| 41 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 02/07/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 12/16/2013 |  | NV |  |
| 42 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 02/07/2014 AT 08:30 AM IN THIS DEPARTMENT. | 12/16/2013 |  | NV |  |
| 43 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 12/16/2013 08:30:00 AM. | 12/16/2013 |  | 1 pages | ☐ |
| 44 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 12/16/2013 |  | 1 pages | ☐ |
| 45 | PROOF OF SERVICE FILED BY PICHARDO, JULIO ON 12/30/2013 | 12/30/2013 |  | 9 pages | ☐ |
| 46 | CMC: BANKRUPTCY REMOVAL REASSIGNED TO C23 AT CENTRAL JUSTICE CENTER ON 02/07/2014 AT 08:30:00 AM. | 01/06/2014 |  | NV |  |
| 47 | DEMURRER TO COMPLAINT REASSIGNED TO C23 AT CENTRAL JUSTICE CENTER ON 02/07/2014 AT 10:00:00 AM. | 01/06/2014 |  | NV |  |
| 48 | NOTICE - OTHER (BANKRUPTCY EMERGENCE OF GMAC RES CAP, LLC) FILED BY PICHARDO, JULIO ON 01/23/2014 | 01/23/2014 |  | 6 pages | ☐ |
| 49 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 05/19/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 02/07/2014 |  | NV |  |
| 50 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 05/19/2014 AT 08:30 AM IN THIS DEPARTMENT. | 02/07/2014 |  | NV |  |
| 51 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 02/07/2014 08:30:00 AM. | 02/07/2014 |  | 2 pages | ☐ |
| 54 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 05/19/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 02/07/2014 |  | NV |  |
| 55 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 05/19/2014 AT 08:30 AM IN THIS DEPARTMENT. | 02/07/2014 |  | NV |  |
| 56 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 02/07/2014 08:30:00 AM. | 02/07/2014 |  | 2 pages | ☐ |
| 57 | E-FILING TRANSACTION 4143939 RECEIVED ON 02/10/2014 10:54:07 AM. | 02/11/2014 |  | NV |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 58 | NOTICE OF HEARING FILED BY OCWEN LOAN SERVICING ON 02/10/2014 | 02/10/2014 | | 3 pages | ☐ |
| 59 | NOTICE OF RULING FILED BY OCWEN LOAN SERVICING ON 02/10/2014 | 02/10/2014 | | 3 pages | ☐ |
| 60 | AMENDED COMPLAINT (FIRST) FILED BY PICHARDO, JULIO ON 02/24/2014 | 02/24/2014 | | 29 pages | ☐ |
| 61 | E-FILING TRANSACTION 2313642 RECEIVED ON 02/27/2014 03:24:38 PM. | 02/28/2014 | | NV | |
| 62 | NOTICE - OTHER (OF BANKCRUPTCY) FILED BY GMAC MORTGAGE; OCWEN LOAN SERVICING ON 02/27/2014 | 02/27/2014 | | 25 pages | ☐ |
| 63 | MINUTES FINALIZED FOR CHAMBERS WORK 03/04/2014 03:04:00 PM. | 03/04/2014 | | 1 pages | ☐ |
| 64 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 03/04/2014 | | 1 pages | ☐ |
| 65 | E-FILING TRANSACTION 2313982 RECEIVED ON 02/28/2014 02:41:46 PM. | 03/05/2014 | | NV | |
| 66 | DEMURRER TO AMENDED COMPLAINT FILED BY OCWEN LOAN SERVICING ON 02/28/2014 | 02/28/2014 | | 12 pages | ☐ |
| 67 | REQUEST FOR JUDICIAL NOTICE FILED BY OCWEN LOAN SERVICING ON 02/28/2014 | 02/28/2014 | | 21 pages | ☐ |
| 68 | PROPOSED ORDER (COVER SHEET AND ORDER) RECEIVED ON 02/28/2014. | 02/28/2014 | | 5 pages | ☐ |
| 69 | PAYMENT RECEIVED BY FOR 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11553913 AND RECEIPT NUMBER 11377821. | 03/05/2014 | | 1 pages | ☐ |
| 70 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 05/12/2014 AT 01:30:00 PM IN C23 AT . | 03/05/2014 | | NV | |
| 71 | E-FILING TRANSACTION 4156817 RECEIVED ON 03/07/2014 03:13:51 PM. | 03/10/2014 | | NV | |
| 72 | NOTICE OF STAY OF PROCEEDINGS - PARTICIPANT FILED BY GMAC MORTGAGE ON 03/07/2014 | 03/07/2014 | | 27 pages | ☐ |
| 73 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 05/12/2014 AT 01:30:00 PM IN C23 AT CENTRAL JUSTICE CENTER. | 03/11/2014 | | NV | |
| 75 | THE CMC: BANKRUPTCY REMOVAL IS SCHEDULED FOR 05/12/2014 AT 01:30 PM IN DEPARTMENT C23. | 03/11/2014 | | NV | |
| 77 | MINUTES FINALIZED FOR CHAMBERS WORK 03/11/2014 11:41:00 AM. | 03/11/2014 | | 1 pages | ☐ |
| 78 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 03/11/2014 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 79 | CORRESPONDENCE FILED BY PICHARDO, JULIO ON 03/19/2014 | 03/19/2014 | | 4 pages | ☐ |
| 80 | E-FILING TRANSACTION 3138916 RECEIVED ON 04/28/2014 05:06:52 PM. | 04/29/2014 | | NV | |
| 81 | SUBSTITUTION OF ATTORNEY FILED BY PICHARDO, JULIO ON 04/28/2014 | 04/28/2014 | | 2 pages | ☐ |
| 82 | E-FILING TRANSACTION 3139168 RECEIVED ON 04/29/2014 12:31:01 PM. | 04/29/2014 | | NV | |
| 83 | CASE MANAGEMENT STATEMENT FILED BY OCWEN LOAN SERVICING ON 04/29/2014 | 04/29/2014 | | 6 pages | ☐ |
| 84 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 07/21/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 05/12/2014 | | NV | |
| 85 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 07/21/2014 AT 08:30 AM IN THIS DEPARTMENT. | 05/12/2014 | | NV | |
| 86 | MINUTES FINALIZED FOR MULTIPLE EVENTS 05/12/2014 01:30:00 PM. | 05/12/2014 | | 3 pages | ☐ |
| 87 | E-FILING TRANSACTION 3146519 RECEIVED ON 05/19/2014 10:49:13 AM. | 05/19/2014 | | NV | |
| 88 | NOTICE OF RULING FILED BY OCWEN LOAN SERVICING ON 05/19/2014 | 05/19/2014 | | 7 pages | ☐ |
| 89 | E-FILING TRANSACTION 4197959 RECEIVED ON 06/02/2014 09:18:33 AM. | 06/02/2014 | | NV | |
| 90 | AMENDED COMPLAINT (SECOND) FILED BY PICHARDO, JULIO ON 06/02/2014 | 06/02/2014 | | 12 pages | ☐ |
| 91 | E-FILING TRANSACTION 3152536 RECEIVED ON 06/04/2014 05:02:00 PM. | 06/05/2014 | | NV | |
| 92 | NOTICE OF ERRATA FILED BY PICHARDO, JULIO ON 06/04/2014 | 06/04/2014 | | 1 pages | ☐ |
| 93 | E-FILING TRANSACTION 1170770 RECEIVED ON 06/06/2014 12:19:26 PM. | 06/06/2014 | | NV | |
| 94 | NOTICE - OTHER FILED BY OCWEN LOAN SERVICING ON 06/06/2014 | 06/06/2014 | | 6 pages | ☐ |
| 95 | E-FILING TRANSACTION 3153585 RECEIVED ON 06/09/2014 08:46:30 AM. | 06/09/2014 | | NV | |
| 96 | NOTICE OF ERRATA FILED BY PICHARDO, JULIO ON 06/09/2014 | 06/09/2014 | | 5 pages | ☐ |
| 97 | E-FILING TRANSACTION 4202224 RECEIVED ON 06/10/2014 03:51:19 PM. | 06/11/2014 | | NV | |
| 98 | DEMURRER TO AMENDED COMPLAINT FILED BY OCWEN LOAN SERVICING ON 06/10/2014 | 06/10/2014 | | 13 pages | ☐ |
| 99 | REQUEST FOR JUDICIAL NOTICE FILED BY OCWEN LOAN SERVICING, LLC ON 06/10/2014 | 06/10/2014 | | 21 pages | ☐ |
| 100 | | 06/10/2014 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | PROPOSED ORDER (COVER SHEET AND ORDER) RECEIVED ON 06/10/2014. |  |  |  |  |
| 101 | PAYMENT RECEIVED BY FOR 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 90.00, TRANSACTION NUMBER 11608380 AND RECEIPT NUMBER 11432365. | 06/11/2014 |  | 1 pages | ☐ |
| 102 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 08/25/2014 AT 01:30:00 PM IN C23 AT . | 06/11/2014 |  | NV |  |
| 103 | E-FILING TRANSACTION 2349416 RECEIVED ON 07/08/2014 04:32:06 PM. | 07/08/2014 |  | NV |  |
| 104 | CASE MANAGEMENT STATEMENT FILED BY OCWEN LOAN SERVICING ON 07/08/2014 | 07/08/2014 |  | 6 pages | ☐ |
| 105 | E-FILING TRANSACTION 3169255 RECEIVED ON 07/18/2014 01:18:49 PM. | 07/18/2014 |  | NV |  |
| 106 | CASE MANAGEMENT STATEMENT FILED BY PICHARDO, JULIO ON 07/18/2014 | 07/18/2014 |  | 6 pages | ☐ |
| 107 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 08/25/2014 AT 01:30:00 PM IN C23 AT CENTRAL JUSTICE CENTER. | 07/21/2014 |  | NV |  |
| 108 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 08/25/2014 AT 01:30 PM IN THIS DEPARTMENT. | 07/21/2014 |  | NV |  |
| 109 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 07/21/2014 08:30:00 AM. | 07/22/2014 |  | 1 pages | ☐ |
| 110 | CASE MANAGEMENT STATEMENT FILED BY OCWEN LOAN SERVICING, LLC ON 07/21/2014 | 07/21/2014 |  | 6 pages | ☐ |
| 111 | E-FILING TRANSACTION 4230535 RECEIVED ON 08/11/2014 04:22:27 PM. | 08/11/2014 |  | NV |  |
| 112 | OPPOSITION FILED BY PICHARDO, JULIO; PICHARDO, JULIO ON 08/11/2014 | 08/11/2014 |  | 7 pages | ☐ |
| 113 | NOTICE OF NON-OPPOSITION FILED BY PICHARDO, JULIO; PICHARDO, JULIO ON 08/11/2014 | 08/11/2014 |  | 2 pages | ☐ |
| 114 | E-FILING TRANSACTION 4234307 RECEIVED ON 08/19/2014 11:39:59 AM. | 08/19/2014 |  | NV |  |
| 115 | REPLY TO OPPOSITION FILED BY OCWEN LOAN SERVICING ON 08/19/2014 | 08/19/2014 |  | 6 pages | ☐ |
| 116 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 09/08/2014 AT 01:30:00 PM IN C23 AT CENTRAL JUSTICE CENTER. | 08/25/2014 |  | NV |  |
| 117 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 09/08/2014 AT 01:30:00 PM IN C23 AT CENTRAL JUSTICE CENTER. | 08/25/2014 |  | NV |  |
| 118 |  | 08/25/2014 |  | NV |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 09/08/2014 AT 01:30 PM IN THIS DEPARTMENT. |  |  |  |  |
| 119 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 09/08/2014 AT 01:30 PM IN THIS DEPARTMENT. | 08/25/2014 |  | NV |  |
| 120 | MINUTES FINALIZED FOR MULTIPLE EVENTS 08/25/2014 01:30:00 PM. | 08/25/2014 |  | 1 pages | ☐ |
| 121 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 12/01/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 09/08/2014 |  | NV |  |
| 122 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 12/01/2014 AT 08:30 AM IN THIS DEPARTMENT. | 09/08/2014 |  | NV |  |
| 123 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/08/2014 01:30:00 PM. | 09/12/2014 |  | 3 pages | ☐ |
| 124 | E-FILING TRANSACTION 4245519 RECEIVED ON 09/11/2014 03:58:45 PM. | 09/12/2014 |  | NV |  |
| 125 | ANSWER TO AMENDED COMPLAINT FILED BY OCWEN LOAN SERVICING, LLC ON 09/11/2014 | 09/11/2014 |  | 8 pages | ☐ |
| 126 | E-FILING TRANSACTION 4260384 RECEIVED ON 10/10/2014 09:50:54 AM. | 10/10/2014 |  | NV |  |
| 127 | NOTICE - OTHER FILED BY PICHARDO, JULIO; PICHARDO, JULIO ON 10/10/2014 | 10/10/2014 |  | 3 pages | ☐ |
| 128 | E-FILING TRANSACTION 4277917 RECEIVED ON 11/11/2014 04:32:25 PM. | 11/12/2014 |  | NV |  |
| 129 | CASE MANAGEMENT STATEMENT FILED BY OCWEN LOAN SERVICING ON 11/12/2014 | 11/12/2014 |  | 6 pages | ☐ |
| 130 | E-FILING TRANSACTION 1207693 RECEIVED ON 11/25/2014 10:39:26 AM. | 11/25/2014 |  | NV |  |
| 131 | REQUEST FOR JUDICIAL NOTICE FILED BY PICHARDO, JULIO; PICHARDO, JULIO; PICHARDO, JULIO ON 11/25/2014 | 11/25/2014 |  | 8 pages | ☐ |
| 132 | CASE MANAGEMENT STATEMENT FILED BY PICHARDO, JULIO; PICHARDO, JULIO; PICHARDO, JULIO ON 11/25/2014 | 11/25/2014 |  | 5 pages | ☐ |
| 133 | E-FILING TRANSACTION 1208464 RECEIVED ON 11/26/2014 01:59:12 PM. | 11/26/2014 |  | NV |  |
| 134 | REQUEST FOR JUDICIAL NOTICE FILED BY PICHARDO, JULIO; PICHARDO, JULIO; PICHARDO, JULIO ON 11/26/2014 | 11/26/2014 |  | 7 pages | ☐ |
| 135 | CASE MANAGEMENT STATEMENT FILED BY PICHARDO, JULIO; PICHARDO, JULIO; PICHARDO, JULIO ON 11/26/2014 | 11/26/2014 |  | 5 pages | ☐ |
| 136 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 05/08/2015 AT 09:00:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 12/01/2014 |  | NV |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 137 | PRETRIAL CONFERENCE SCHEDULED FOR 06/05/2015 AT 01:30:00 PM IN C23 AT CENTRAL JUSTICE CENTER. | 12/01/2014 | | NV | |
| 138 | COURT TRIAL SCHEDULED FOR 06/08/2015 AT 09:00:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 12/01/2014 | | NV | |
| 139 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 05/08/2015 AT 09:00 AM IN DEPARTMENT C23. | 12/01/2014 | | NV | |
| 140 | THE PRETRIAL CONFERENCE IS SCHEDULED FOR 06/05/2015 AT 01:30 PM IN DEPARTMENT C23. | 12/01/2014 | | NV | |
| 141 | THE COURT TRIAL IS SCHEDULED FOR 06/08/2015 AT 09:00 AM IN DEPARTMENT C23. | 12/01/2014 | | NV | |
| 142 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 12/01/2014 08:30:00 AM. | 12/01/2014 | | 1 pages | ☐ |
| 143 | CASE MANAGEMENT STATEMENT FILED BY PICHARDO, JULIO ON 12/03/2014 | 12/03/2014 | | 11 pages | ☐ |
| 144 | E-FILING TRANSACTION 4305018 RECEIVED ON 01/07/2015 01:30:01 PM. | 01/13/2015 | | NV | |
| 145 | ADR - STIPULATION FILED BY OCWEN LOAN SERVICING, LLC ON 01/07/2015 | 01/07/2015 | | 4 pages | ☐ |
| 146 | NOTICE - OTHER (ASSIGNMENT OF ADR NEUTRAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 01/13/2015 | 01/13/2015 | | 3 pages | ☐ |
| 150 | ADR REVIEW HEARING SCHEDULED FOR 06/01/2015 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 01/15/2015 | | NV | |
| 151 | THE ADR REVIEW HEARING IS SCHEDULED FOR 06/01/2015 AT 08:30 AM IN DEPARTMENT C23. | 01/15/2015 | | NV | |
| 152 | MINUTES FINALIZED FOR CHAMBERS WORK 01/15/2015 03:16:00 PM. | 01/15/2015 | | 1 pages | ☐ |
| 153 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/15/2015 | | 1 pages | ☐ |
| 154 | E-FILING TRANSACTION 4310398 RECEIVED ON 01/16/2015 07:21:27 AM. | 01/23/2015 | | NV | |
| 155 | SUBSTITUTION OF ATTORNEY FILED BY PICHARDO, JULIO ON 01/16/2015 | 01/16/2015 | | 2 pages | ☐ |
| 156 | EX PARTE APPLICATION - OTHER FILED BY PICHARDO, JULIO ON 01/23/2015 | 01/23/2015 | | 19 pages | ☐ |
| 157 | EX PARTE SCHEDULED FOR 01/27/2015 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 01/23/2015 | | NV | |
| 158 | PROOF OF SERVICE (BY FAX IN REG EXPARTE) FILED BY PICHARDO, JULIO ON 01/26/2015 | 01/26/2015 | | 5 pages | ☐ |
| 159 | MINUTES FINALIZED FOR EX PARTE 01/27/2015 08:30:00 AM. | 01/28/2015 | | 1 pages | ☐ |
| 160 | | 01/27/2015 | | 2 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | OPPOSITION (TO EX PARTE) FILED BY OCWEN LOAN SERVICING ON 01/27/2015 | | | | ☐ |
| 161 | ORDER - OTHER (DENYING EXPARTE) FILED BY THE SUPERIOR COURT OF ORANGE ON 01/27/2015 | 01/27/2015 | | 1 pages | ☐ |
| 162 | REQUEST FOR JUDICIAL NOTICE (INJUNCTIVE RELIEF AND DECLARATORY RELIEF) FILED BY PICHARDO, JULIO ON 02/06/2015 | 02/06/2015 | | 34 pages | ☐ |
| 163 | MINUTES FINALIZED FOR CHAMBERS WORK 02/10/2015 01:54:00 PM. | 02/11/2015 | | 1 pages | ☐ |
| 164 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 02/11/2015 | | 1 pages | ☐ |
| 165 | ORDER - OTHER (DENYING INJUNCTIVE RELIEF) FILED BY PICHARDO, JULIO ON 02/10/2015 | 02/10/2015 | | 2 pages | ☐ |
| 166 | E-FILING TRANSACTION 4361821 RECEIVED ON 04/15/2015 11:34:22 AM. | 04/16/2015 | | NV | |
| 167 | NOTICE OF NEUTRAL ACCEPTANCE OR RECUSAL FILED BY OCWEN LOAN SERVICING, LLC ON 04/15/2015 | 04/15/2015 | | 2 pages | ☐ |
| 168 | DECLARATION - OTHER (NO ADR RESULTS) FILED BY PICHARDO, JULIO ON 05/06/2015 | 05/06/2015 | | 68 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| GMAC MORTGAGE | DEFENDANT | | 07/06/2012 | |
| SEVERSON & WERSON | ATTORNEY | | 11/12/2013 | |
| OCWEN LOAN SERVICING, LLC | DEFENDANT | | 06/02/2014 | |
| THOMAS W. GILLEN | ATTORNEY | | 04/29/2014 | |
| BAHADORI & THOMAS, LLP | ATTORNEY | | 07/06/2012 | |
| LAW OFFICE OF THOMAS GILLEN | ATTORNEY | | 10/10/2014 | |
| OCWEN LOAN SERVICING, LLC | DEFENDANT | | 10/23/2013 | |
| OCWEN LOAN SERVICING | DEFENDANT | | 10/23/2013 | |
| JULIO PICHARDO | PLAINTIFF | | 07/06/2012 | |
| BAHADORI & THOMAS, LLP | ATTORNEY | | 07/06/2012 | 07/15/2013 |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| ADR REVIEW HEARING | 06/01/2015 | 08:30 | C23 | AGUIRRE |
| DEMURRER TO COMPLAINT | 02/07/2014 | 10:00 | C23 | AGUIRRE |

Print this page