MORRISON | FO

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 1, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

By Overnight Delivery

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 1004-1408

Re:   In re Residential Capital, LLC et al.
      United States Bankruptcy Court
      Southern District of New York
      Jointly Administered Under Case No. 12-12020 (MG)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Trust"). In accordance with the Court's direction at the hearing on the *Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode* [Docket No. 8452] (the "Claim Objection") held on May 14, 2015, we have spoken with Mr. Rode regarding the potential settlement of the Claim Objection. The parties are continuing to engage in settlement discussions, which have been impeded by the recent flooding in the Houston, Texas area.

Given that the parties are attempting to come to a consensual resolution, the Trust suggests that the Court delay starting to prepare its decision on the Claim Objection until the earlier of (i) June 30, 2015, or (ii) the date that the parties notify the Court that their settlement discussions are at an impasse. We will promptly alert the Court in the event a settlement is reached.

Respectfully submitted,

/s/ Jordan A. Wishnew

ny-1187447

MORRISON | FOERSTER

Hon. Martin Glenn, USBJ
June 1, 2015
Page Two

Cc: Richard D. Rode (via email)

ny-1187447