MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE DEBTORS' OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)
SOLELY AS IT RELATES TO THE CLAIMS FILED BY FELIX O. ABU
(CLAIM NOS. 241 AND 246)**

**PLEASE TAKE NOTICE** that the ResCap Borrower Claims Trust (the "Borrower Trust") in the above-captioned bankruptcy cases withdraws, without prejudice, the *Debtors' Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection"), solely as it relates to the claims, Claim Nos. 241 and 246 (the "Claims"), filed by Felix O. Abu ("Mr. Abu").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Fiftieth Omnibus Claims Objection as to Mr. Abu does not constitute any admission or finding with respect to the allowance of the Claims filed by Mr. Abu, and the Borrower Trust reserves all of its rights to object to the Claims on any basis at a future point in time, and Mr. Abu will be

ny-1190208

noticed of any such objection.

**PLEASE TAKE FURTHER NOTICE** that all of Mr. Abu's rights and defenses are preserved in relation to any future objection by the Borrower Trust to the Claims.

| | |
|---|---|
| Dated:  June 2, 2015<br>         New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |

ny-1190208