### Exhibit 1



Walz Affidavit #: 874457

## AFFIDAVIT OF MAILING

### Executive Trustee Services

| | |
|---|---|
| Date: | 07/22/2009 |
| Ref. No.: | 7440353498 |
| MailbatchID: | 252981 |

STATE OF CALIFORNIA          )
COUNTY OF ORANGE          )

The declarant, whose signature appears below, states that she is over the age of eighteen (18) years; is employed in Orange County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on July 22, 2009, she personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent Certified Mail, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Affiant Melissa Falcon

7113 8257 1473 4847 1872
TSN #: GM-157884-C
PAMELA LONGONI
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1889
TSN #: GM-157884-C
JEAN M. GAGNON
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1896
TSN #: GM-157884-C
JEAN M. GAGNON
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1902
TSN #: GM-157884-C
PAMELA LONGONI
5540 TWIN CREEKS DR
RENO, NV 89523-2214

7113 8257 1473 4847 1919
TSN #: GM-157884-C
SILVERADO RANCH ESTATES
HOMEOWNERS ASSOCIATIONS
5775 TAPPAN DR
RENO, NV 89523-2293

**EXHIBIT**

tabbies

1

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7113 8257 1473 4847 1872
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:20 PM on September 2, 2009 in TEMECULA, CA 92589.

Information on this item has been restored from offline files and will be available online for 30 days from 12/29/2009.

Detailed Results:

* Delivered, September 02, 2009, 1:20 pm, TEMECULA, CA 92589
* Processed through Sort Facility, August 27, 2009, 5:51 pm, SAN BERNARDINO, CA 92403
* Unclaimed, August 18, 2009, 10:56 am, RENO, NV
* Notice Left, July 24, 2009, 3:25 pm, RENO, NV 89523
* Arrival at Unit, July 24, 2009, 8:20 am, RENO, NV 89523
* Electronic Shipping Info Received, July 23, 2009

**Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**UNITED STATES POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7113 8257 1473 4847 1902
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:20 PM on September 2, 2009 in
TEMECULA, CA 92589.

Information on this item has been restored from offline files and will be
available online for 30 days from 12/29/2009.

Detailed Results:

* Delivered, September 02, 2009, 1:20 pm, TEMECULA, CA 92589
* Processed through Sort Facility, August 27, 2009, 5:51 pm, SAN BERNARDINO, CA 92403
* Unclaimed, August 18, 2009, 10:56 am, RENO, NV
* Notice Left, July 24, 2009, 3:25 pm, RENO, NV 89523
* Arrival at Unit, July 24, 2009, 8:20 am, RENO, NV 89523
* Electronic Shipping Info Received, July 23, 2009

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway



Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7113 8257 1473 4847 1889
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:20 PM on September 2, 2009 in
TEMECULA, CA 92589.

Information on this item has been restored from offline files and will be
available online for 30 days from 12/29/2009.

Detailed Results:

• Delivered, September 02, 2009, 1:20 pm, TEMECULA, CA 92589
• Processed through Sort Facility, August 27, 2009, 5:51 pm, SAN BERNARDINO, CA 92403
• Unclaimed, August 18, 2009, 10:56 am, RENO, NV
• Notice Left, July 24, 2009, 3:25 pm, RENO, NV 89523
• Arrival at Unit, July 24, 2009, 8:20 am, RENO, NV 89523
• Electronic Shipping Info Received, July 23, 2009

**Track & Confirm**

Enter Label/Receipt Number.

( Go> )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA




UNITED STATES
POSTAL SERVICE®

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7113 8257 1473 4847 1919
Class: First-Class Mail®
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 4:35 PM on July 25, 2009 in RENO, NV 89523.

Information on this item has been restored from offline files and will be available online for 30 days from 12/29/2009.

Detailed Results:
* Delivered, July 25, 2009, 4:35 pm, RENO, NV 89523
* Arrival at Unit, July 24, 2009, 8:20 am, RENO, NV 89523
* Electronic Shipping Info Received, July 23, 2009

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7113 8257 1473 4847 1896
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:20 PM on September 2, 2009 in TEMECULA, CA 92589.

Information on this item has been restored from offline files and will be available online for 30 days from 12/29/2009.

Detailed Results:
* **Delivered, September 02, 2009, 1:20 pm, TEMECULA, CA 92589**
* **Processed through Sort Facility, August 27, 2009, 5:51 pm, SAN BERNARDINO, CA 92403**
* **Unclaimed, August 18, 2009, 10:56 am, RENO, NV**
* **Notice Left, July 24, 2009, 3:25 pm, RENO, NV 89523**
* **Arrival at Unit, July 24, 2009, 8:20 am, RENO, NV 89523**
* **Electronic Shipping Info Received, July 23, 2009**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



CERTIFIED MAIL

ETS
PO Box 9032
Temecula, CA 92589-9032



7113 8257 1473 4847 1872

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

3rd Notice 2 4 2009
2nd Notice 7|30|9
Return 8|10|9

Return Service Requested

PAMELA LONGONI
5540 TWIN CREEKS DR
RENO NV 89523-2214

20090722-56
NVNTS_CertifiedReturnReceipt

NIXIE      895   DE 1        00 08/23/09

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 92589903292      *0041-03197-25-25

EJCNGP1 92589903292

ETS-01-000052

2. Article Number

7113 8257 1473 4847 1872

3. Service Type    CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*          Yes

1. Article Addressed to:

PAMELA LONGONI
5540 TWIN CREEKS DR
RENO, NV 89523-2214

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X                                        Agent
                                         Addressee

D. Is delivery address different from item 1?        Yes
   If YES, enter delivery address below:             No

7/22/2009
7113 8257 1473 4847 1872-56

**Official USPS use ONLY!**

PS Form 3811, January 2005          Domestic Return Receipt

WALM0002

ETS-01-000053

ETS
PO Box 9032
Temecula, CA 92589-9032



7113 8257 1473 4847 1872

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

*Send Payments to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

*Send Correspondence to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

PAMELA LONGONI
5540 TWIN CREEKS DR
RENO NV 89523-2214

20090722-56
NVNTS_CertifiedReturnReceipt





RECORDING REQUESTED BY:
Executive Trustee Services, LLC

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

APN: 204-081-05
T.S. No. GM-157884-C
Loan No. ████████498

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 9/29/2005.  UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED
AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD
CONTACT A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank,
check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan
association, or savings association, or savings bank specified in Section 5102 of the Financial Code
and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be
made, but without covenant or warranty, expressed or implied, regarding title, possession, or
encumbrances, to satisfy the obligation secured by said Deed of Trust.  This property is sold as-is,
lender is unable to validate the condition, defects or disclosure issues of said property and Buyer
waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said
receipt. The undersigned Trustee disclaims any liability for any incorrectness of the property address
or other common designation, if any, shown herein.

TRUSTOR JEAN M. GAGNON and PAMELA LONGONI AN UNMARRIED WOMAN AS JOINT
TENANTS WITH RIGHT OF SURVIVORSHIP
Recorded 10/7/2005 as Instrument No. 3288814 in Book, page  of  Official Records in the office of the
Recorder of Washoe County, Nevada,
Date of Sale: 8/14/2009 at 11:00 AM
Place of Sale:   At the Virginia Street entrance to the County Courthouse, Virginia Street at Court
Street, Reno, Nevada
Property Address is purported to be:     8540 TWIN CREEKS DRIVE
RENO, Nevada 89523

The total amount secured by said instrument as of the time of initial publication of this notice is
$468,739.96, which includes the total amount of the unpaid balance (including accrued and unpaid
interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of
this notice.

Date: 7/20/2009

Executive Trustee Services, LLC,
2255 North Ontario Street, Suite 400,
Burbank, California 91504-3120
Sale Line: (714-730-2727)

Ileanna Petersen, Limited Signing Officer



7113 8257 1473 4847 1872

ETS-01-000055

State of   California     } SS.
County of  Los Angeles  }

On 7/20/2009 before me, Christine E. Gomez-Schwab Notary Public, personally appeared ILEANNA PETERSEN who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____(Seal)

Christine E. Gomez-Schwab

ETS-01-000056