**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| RESIDENTIAL CAPITAL, LLC, ET AL., | Chapter 11<br>Case No. 12-12020 (MG) |
| Debtor(s) | |
| THE RESCAP BORROWER CLAIMS, TRUST | |
| Objector, | |
| - against - | |
| BARRY AND CHERYL MACK, | JOINT STATUS REPORT OF RESCAP BORROWER CLAIM TRUST AND CLAIMANTS RE: OBJECTION TO CLAIM NO. 386 |
| Defendant(s). | |

---

Pursaunt to Paragraph E of the Court's Order Establishing Procedures for Evidentiary Hearing Regarding Claim No. 386 Filed by Barry Mack, claimants Barry Mack individually and as Executor of the Estate of Cheryl Mack (the "Claimants") and objector the ResCap Borrower Claims Trust (the "Trust") hereby submit their joint status report in advance of the trial of the Trust's objection the Claim No. 386 filed by the Claimants.

I.   ISSUES TO BE RESOLVED BEFORE TRIAL

The parties do not believe that there are any issues to be resolved before trial, though they anticipate that the Court and the parties may want to discuss procedure generally at the outset of the trial.

II.   SETTLEMENT

Though the parties discussed settlement again on June 1, 2015, currently there are no prospects for settlement.

sf-3541510

III.     OTHER MATTERS

The Trust has advised the Claimants and now advises the Court that the Trust's witness for its case in chief, David Cunningham, will be unavailable to testify on June 10, 2010 due to his required presence at a hearing in Pennsylvania regarding minor children.  He will be available to testify on June 11.  The Trust anticipates that his direct testimony will consume no more than 90 minutes, if that.

Dated:  June 2, 2015

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Objector the ResCap Borrower Claims Trust*

Dated:  June 2, 2015

/s/ David F. Garber
David F. Garber, Esq.
Florida Bar No. 0672386

DAVID F. GARBER, P.A.
700 Eleventh Street South, Suite 202
Naples, Florida 34102
Telephone: (239) 774-1400
Facsimile: (239) 774-6687
davidfgarberpa@gmail.com

*Counsel for Claimants Barry Mack Individually
and as Executor of the Estate of Cheryl Mack*

sf-3541510