Hearing Date and Time: July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time: July 8, 2015 at 4:00 p.m. (Prevailing Eastern Time)

| | |
|---|---|
| MORRISON & FOERSTER LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| 250 West 55th Street | One Federal Place |
| New York, New York 10019 | 1819 Fifth Avenue North |
| Telephone:   (212) 468-8000 | Birmingham, Alabama 35203 |
| Facsimile:   (212) 468-7900 | Telephone: (205) 521-8521 |
| Norman S. Rosenbaum | Facsimile: (205) 488-6521 |
| Jordan A. Wishnew | John W. Smith T (admitted *pro hac vice*) |
| *Counsel for the ResCap Liquidating Trust* | *Co-Counsel for the ResCap Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP LIQUIDATING TRUST'S OBJECTION TO PROOFS OF CLAIM NOS. 5275 AND 7464 FILED BY THE LAW OFFICES OF DAVID J. STERN, P.A. TO JULY 30, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5275 and 7464 Filed by The Law Offices of David J. Stern, P.A.* [Docket No. 8531] (the "Objection"), previously scheduled to be heard on June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection,

ny-1190445

will be due on or before **July 8, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated: June 2, 2015<br>New York, New York | /s/ Jordan A. Wishnew<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*- and -*<br><br>John W. Smith T (admitted *pro hac vice*)<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 521-8521<br>Facsimile: (205) 488-6521<br><br>*Counsel for the ResCap Liquidating Trust* |

ny-1190445