MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- )
In re:                                                         )   Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )   Chapter 11
                                                               )
                                    Debtors.                   )   Jointly Administered
                                                               )
------------------------------------------------------------- )

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JUNE 4, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADJOURNED MATTER(S)**:

**1.**    ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 8502]

      **Related Document(s)**:

      **a.**    Letter from Alan Moss Addressed to The Honorable Martin Glen, dated April 6, 2015 Re: Requesting a Conference on Discovery Disputes With Counsel for the Debtor [Docket No. 8566]

      **b.**    Order Signed on 5/5/2015 Regarding Discovery Dispute Raised by Alan Moss [Docket No. 8567]

ny-1189268

    **c.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8582]

    **d.**    Notice of Extension of Time for Alan Moss to File a Response to the ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed By Alan Moss to June 3, 2015 at 4:00 P.M. (Prevailing Eastern Time) [Docket No. 8666]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to June 23, 2015.

**II.**    **CONTESTED MATTER(S)**:

**1.**    The ResCap Liquidating Trust's Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 8618]

    **Related Document(s)**:    None.

    **Response(s)**:

    **a.**    Letter Response dated May 20, 2015 from Elda M. and Maria M. Thompson Regarding Extension of Date to File Objections to Claims [Docket No. 8656]

    **b.**    Opposition of Julio Pichardo to The ResCap Liquidating Trust's Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 8668]

    **c.**    Opposition of Felix O. Abu to The ResCap Liquidating Trust's Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 8669]

    **d.**    Opposition of Michael E. Boyd to The ResCap Liquidating Trust's Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 8670]

    **Reply**:

    **a.**    Reply of the ResCap Borrower Claims Trust in Support of Motion to Further Extend the Date by Which Objections to Claims Must Be Filed [Docket No. 8684]

    **b.**    Joinder of the ResCap Liquidating Trust to the Reply of the ResCap Borrower Claims Trust in Support of Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 8686]

      **Status**:    The hearing on this matter will be going forward.

### III. CLAIMS OBJECTION(S):

**1.** ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims) and (III) Misclassified Borrower Claims) [Docket No. 8380]

    **Related Document(s)**:

    **a.** Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims and (III) Misclassified Borrower Claims) Solely as it Relates to the Claim Filed by Phenon Walker (Claim No. 4966) to June 4, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8484]

    **b.** Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims and (III) Misclassified Borrower Claims) Solely as it Relates to the Claim Filed by Thomas G. Cooper (Claim No. 6272) to June 4, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8600]

    **Response(s)**:

    **a.** Response to Objection of The ResCap Borrower Claims Trust to Expunge Proof of Claim Filed by Phenon Walker Edgewater Trust (Claim No. 4966) [Docket No. 8599]

    **Reply**:

    **a.** ResCap Borrower Claims Trust's Reply in Support of Its Eighty-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Redundant Borrower Claims, (III) Misclassified Borrower Claims) as to Claim No. 4966) [Docket No. 8683]

    **Status**:    The hearing on this matter, solely as it relates to the claims filed by Phenon Walker (Claim No. 4966) and Thomas G. Cooper (Claim No. 6272), will be going forward.

**2.** ResCap Borrower Claims Trust's Objection to Claim No. 4418 Filed by David Cruz Jr. [Docket No. 8529]

**Related Document(s)**:

a.      Notice of Declaration of David Cunningham in Support of the ResCap Borrower Claims Trust's Objection to Claim No. 4418 Filed by David Cruz [Docket No. 8681]

**Response(s)**:      None.

**Status**:      The hearing on this matter will be going forward.

3.      Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8530]

**Related Document(s)**:

a.      Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni And Jean Gagnon - Claims Nos. 2291, 2294, 2295 and 2357 [Docket No. 8632]

b.      Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni And Jean Gagnon - Claims Nos. 2291, 2294, 2295 and 2357 [Docket No. 8640]

c.      Order Denying Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon - Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8645]

d.      Letter to Judge Glenn from Jordan A. Wishnew Regarding Order Denying Motion to Exceed Page Limits On Response To Objection Of The ResCap Borrower Claims Trust To Proofs of Claim Filed By Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8650]

**Response(s)**:

a.      Response to Motion Objection of the ResCap Borrowers Claims to Proof of Claim Filed by Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8631]

b.      [Revised] Response to Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8654]

ny-1189268      4

**Reply**:

a. Reply Brief in Further Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8682]

**Status**: The hearing on this matter will be going forward.

Dated: June 2, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*