MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR EVIDENTIARY HEARING**
**SCHEDULED TO BE HEARD ON JUNE 4, 2015 AT 2:00 P.M. (EST)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    EVIDENTIARY HEARING:**

**1.**  ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

   **Related Document(s):**

   **a.**  Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter to Judge Glenn dated February 13, 2015 [Docket No. 8223]

   **b.**  Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter dated February 23, 2015 [Docket No. 8224]

   **c.**  Letter to Judge Glenn from Jordan A. Wishnew dated February 13, 2015 Regarding the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims as it Relates to Elda M. Thompson and Maria M. Thompson [Docket No. 8226]

ny-1189436

| | |
|---|---|
| **d.** | Order Directing Maria M. and Elda Thompson to Meet with and Provide Certain Documents to the ResCap Borrower Claims Trust or Alternatively Scheduling a Hearing [Docket No. 8269] |
| **e.** | Letter to Jordan A. Wishnew from Elda M. Thompson and Maria M. Thompson dated March 10, 2015 Regarding Scheduling of a Meet and Confer [Docket No. 8306] |
| **f.** | Letter to Judge Glenn from Jordan A. Wishnew dated March 20, 2015 Regarding Scheduling of a Telephonic Status Conference with Maria M. and Elda Thompson [Docket No. 8343] |
| **g.** | Letter to Judge Glenn from Elda M. and Maria M. Thompson dated March 24, 2015 Regarding Scheduling of a Meet and Confer [Docket No. 8396] |
| **h.** | Notice of Evidentiary Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Elda M. Thompson and Maria M. Thompson (Claim No. 1083) on April 20, 2015 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 8457] |
| **i.** | Letter to Judge Glenn from Elda M. and Maria M. Thompson dated April 9, 2015 Regarding Adjournment of Hearing Scheduled for April 20, 2015 [Docket No. 8478] |

**Response(s)**:

| | |
|---|---|
| **a.** | Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claims) [Docket No. 7817] |
| **(i)** | Exhibit A to Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claim) [Docket No. 7824] |

**Reply:**

| | |
|---|---|
| **a.** | ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1083, 2055 and 3728 [Docket No. 7967] |
| **b.** | Notice and Declaration of Lauren Graham Delehey in Support of the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection (No Liability Borrower Claims) Solely as it Relates to Proof of Claim No. 1083 Filed by Elda and Maria Thompson [Docket No. 8628] |

**Status**:  The evidentiary hearing on this matter as it relates to the claim filed by Elda M. and Maria M. Thompson (Claim No. 1083) will be going forward.

| | |
|---|---|
| Dated: June 2, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims Trust* |