UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER DENYING APPLICATION FOR WAIVER OF COURT FILING FEE FOR MOTION FOR RELIEF FROM AUTOMATIC STAY & INJUNCTION PROVISIONS OF FINAL SUPPLEMENTAL ORDER FILED BY ALAN GJUROVICH AND STAR HILLS

Alan Gjurovich and Star Hills (the "Movants") filed a motion to lift the automatic stay (the "Motion," ECF Doc. # 8630) and a corresponding application to waive the court filing fee for the Motion (the "Application," ECF Doc. # 8630). Upon reviewing the Application, it is hereby

**ORDERED** that, the relief requested in the Application is **DENIED** because the Movants failed to establish indigence warranting the waiver of the filing fee ; and it is further

**ORDERED** that, the Movants shall be provided with 30 days from the date of this order to pay the Clerk of the Court the required motion filing fee; and it is further

**ORDERED** that, if the Movants fail to pay the Motion's filing fee by the end of the 30-day period, the Court will not review the Motion; and it is further

**ORDERED** that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated: June 3, 2015
       New York, New York

                                    /s/Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge