**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER SCHEDULING HEARING ON THE RESCAP BORROWER CLAIMS**
**TRUST'S OBJECTION TO PROOF OF CLAIM NO. 5257**
**FILED BY KENNETH TAGGART**

The hearing on the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart* (the "Objection," ECF Doc. # 7847), which has already been fully briefed, is hereby scheduled for **Monday, June 29, 2015, at 2:00 p.m.** (Prevailing Eastern Time). The hearing on the Objection will go forward at that date and time unless the claim is withdrawn before that date. Kenneth Taggart may appear at the hearing by telephone.

**IT IS SO ORDERED.**

Dated: June 3, 2015
       New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                              United States Bankruptcy Judge