

RECEIVED
MAY 22 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>    Debtors<br><br>———————————————<br><br>SCOTT A. MERRITT<br><br>    Plaintiff<br>v.<br><br>TRANS UNION CONSUMER RELATIONS, GMAC MORTGAGE, VERICREST, *et al.*,<br><br>    Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No: 12-12020 (MG)<br><br>Jointly Administered |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Scott A. Merritt, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against defendant, GMAC MORTGAGE, all other parties having been previously dismissed.

DATE: 5/13/15

Scott A. Merritt
Plaintiff
2014 N. Saginaw Road, #305
Midland, MI 48640