Case: 12-12020 (MG)

Case Management Order Docket No. 141

Christopher J. Murphy / Quandalyne E. Murphy

12121 Patricia Ave.

Port Allen, La  70767



    I Christopher and Quandalyne Murphy **OBJECT** to the **EXPUNGMENT** of our case. We have been fighting this for almost four years now. We have been through bankruptcy and have been asking for help to save our home. We have been getting emails and letters in the mail on updates about the case, but it's really hard for us to understand what is going on. Now we find out that our case was thrown out because we didn't send a letter in to object to the expungment. We didn't understand what was being expunged. If we would have understood what the letter meant we would have seen in the letter in the proper time, we didn't find out what was going on until we call. We not sure who this letter should be send to but we hope and pray it get to the right person.

THANK YOU,

_____
CHRISTOPHER J. MURPHY

_____
QUANDALYNE E. MURPHY