**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: ) CASE NO 12-12020
)
RESIDENTIAL CAPITAL, LLC, ET AL., ) CHAPTER 11
)
DEBTORS )

RECEIVED MAY 27 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## Judicial Notice pursuant to FRCP 11

Comes now, Ronald Gillis, creditor in New York Bankruptcy Court, who is informing the New York Bankruptcy Court that the undersigned is giving Norman Rosenbaum twenty-one (21) days pursuant to FRCP 11 to produce the documentation that was **ordered produced** by the **verbal Court Order** from March 12, 2015 by Judge Glenn. See Status Update filed by the undersigned on May 05, 2015.

Also, for the record, Mr Rosenbaum indicates a question that was addressed in the email produced by the undersigned attempting to imply the purported mortgage being discussed in the emails was the purported mortgage that is the purported subject of the state court foreclosure action. The email statements and questions posed in the email by Peggy Kerwin pertained to the purported mortgage on public records of Quicken Loans dated October 20, 2005, not the purported mortgage associated with the foreclosure action. The email also addresses the purported underwriting of Homecomings Financial and that Wachovia was brokering this purported mortgage, yet **no documentation of this has been produced by Mr Rosenbaum** pursuant to the Court Order of March 12, 2015 **to date**. Further as addressed in my Status Update of May 05, 2015, the purported note in the state case purports Residential Funding Corporation claims to have transferred the purported mortgage at an undisclosed date, yet again, **no information pertaining to this transfer was produced by Mr Rosenbaum** pursuant to the March 12, 2015 order to produce ALL information pertaining to the undersigned and the property in Florida of the undersigned. Further, **Mr Rosenbaum has not produced any documentation** of the attempt by the attorneys in the state case to "give" this purported asset to Residential Accredit Loans Inc.

It has been nearly three months, and to date Mr Rosenbaum has not yet fully complied with the Court Order. The undersigned is giving Mr Rosenbaum twenty-one days pursuant to FRCP 11 to FULLY comply with the Court's Order of March 12, 2015 or face sanctions for failing to abide by the Court Order.

Further, since it appears from the record none of the GMAC entities appears to have any interest in the undersigned or the property of the undersigned, and since it will likely be necessary to do a Quiet Title Action to fix the title issues of the property, the undersigned did ask Mr Rosenbaum to stipulate such information in a general release. However, Mr Rosenbaum has appeared to ignore said request to date.

Respectfully,

/s/ Ronald P Gillis

Ronald P Gillis
P O Box 380842
Murdock, FL 33938
(413) 622-2282

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, on May 26, 2015 a true and correct copy of the foregoing JUDICIAL NOTICE PURSUANT TO FRCP 11 was furnished by hand delivery or USPS 1st Class Mail to:

1. United States Bankruptcy Court
   - Southern District of New York (Copy to Judge Glenn) (USPS Overnight)
   One Bowling Green
   New York, NY 10004

2. Homecomings Financial LLC & GMAC-RFC Master Servicer
   ATTN: Attorney Justin T. Wong
   Troutman Saunders LLP
   600 Peachtree St NE, Suite 5200
   Atlanta, GA 30308-2216

3. Norman S Rosenbaum (also by fax 212-468-7900)
   Morrison & Foerster
   250 West 55th Street
   New York, NY 10019

on this __26th__ day of May, 2015

/s/ Ronald P Gillis
By: Ronald P Gillis