## Exhibit 2

UNITED STATE BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO 12-12020 |
| RESIDENTIAL CAPITAL, LLC, ET AL., | CHAPTER 11 |
| DEBTORS | |

---

## NON-PLEADING CORRESPONDENCE

Mr Rosebaum:

As a follow-up to the information you sent, and a message I left with your assistant, thank you for the information you recently sent. However, this is still short of what was ordered by the court, as there should be information in your records regarding Homecomings Financial claim to have lent me money in May 2006. Further, it appears Homecomings Financial did the underwriting yet no information pertaining to this underwriting or "lending money" were included in the information you recently sent to me. Since Homecomings Financial appears to have lent the money as well as did the underwriting of this purported "loan", combined with the fact that at some point in time, I will need to complete a quiet title action to fix the title problems associated with my property caused by the actions of the attorneys at Albertelli Law. I also want you to send me a stipulation agreement that neither GMAC-RFC Master Servicer (or whatever their correct name is, that is the only name disclosed to me) as well as Homecomings Financial have no interest in me or my property for any purported loan. Also, I need to know when and to whom Homecomings Financial claims to have sold their interest in my property or this purported "loan." Since the record indicates Homecomings Financial appears to claim to have lent me money, yet is not suing for foreclosure, they should have no problems or concerns giving me this information of who they may have given this purported instrument to after claiming to have lent me the money. Please provide this additional information to me on or before the close of business Friday May 8, 2015 or I will request another hearing before Judge Glenn.

Also, on a side note, you may want to be aware, I am preparing a notice to Judge Glenn and the NY BK Court regarding an additional attempt to commit bankruptcy fraud as the entities in the state foreclosure case are attempting to transfer this purported mortgage to another GMAC entity, Residential Accredited Loans Inc, which to the best of my knowledge, has also been liquidated in the GMAC Bankruptcy.

/s/ Ronald Gillis

Ronald Gillis
P O Box 380842
Murdock, FL 33938-0842  2282

1 of 1

08-252-CA



**Re: Refi**

From: [REDACTED]@wachovia.com
Sent: Thu 4/13/06 11:10 AM
To: ronald gillis
Cc: [REDACTED]@wachovia.com

Thank you. I forwarded the information to Homecomings as soon as I received it. I have provided information to them as well that these are the only payments you have made on this brand new loan. If I do not hear anything from them by 2pm today, I will follow up with a phone call on status. Every lender has a system they work within. And conditions are reviewed in the order received. Because this loan is brokered, it is not a Wachovia U/W I can address. I have requested RUSH assistance from the processor at Homecomings in light of the circumstances and I will contact you as soon as I have something to report.

Please understand I am trying my best to assist you. The Title Company (your closing agent) handles the payoffs on your loan. Therefore, without this information disclosed on your credit report or your application I had no way of knowing this lien existed. I had requested information as to whom your title and insurance was with on several occasions. I did not receive this information from you, through Jason until 3/23 and ordered the title request immediately. I did not receive a copy of your title search from the title company, which did disclose the 2nd loan until 4/3, which is the same day that you sent me an email which included the subordination agreement in attachment form. This second lien was a complete surprise to me. Had it been listed as a liability on the application to begin with, I would have questioned it not appearing on the credit report and addressed this issue immediately by requesting a payment history long ago. I believe we all want to achieve the same goal, which is to close your loan. I empathize that you have experienced frustration and want to work to make your final closing experience as positive as possible. Again, thank you for your patience.

Kindly,