**Exhibit 3**

MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 6, 2015

Writer's Direct Contact
+1 (212) 506.7341
NRosenbaum@mofo.com

<u>Via Express Mail</u>

Ronald P. Gillis
P.O. Box 380841
Murdock, FL 33938-0842

Re:   *In re Residential Capital LLC*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y.) -
      Discovery Requested by Bankruptcy Court

Dear Mr. Gillis:

This letter is in response to your facsimile dated April 22, 2015.

In your correspondence, you indicated that Homecomings Financial, LLC claimed to have provided a loan to you in 2006. The ResCap Liquidating Trust, as successor in interest to each of the Debtors in the above-captioned cases, is not aware of and has not uncovered documents relating to any such loan. Additionally, based upon the Note and title insurance report enclosed with my April 17, 2015 letter to you, the Liquidating Trust understands that the loan involved in the pending foreclosure proceeding in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida (Case No. 08-252-CA) and your lawsuit in the Middle District of Florida (Case No. 14-cv-418) was underwritten and provided by Wachovia Mortgage Corporation, on or about May 1, 2006, in the original principal amount of $146,150, for property located at 21238 Coachman Avenue, Fort Charlotte, Florida. As indicated in my April 17, 2015 letter, this loan was securitized into the RALI Series 2006-QS8 Trust, and Residential Funding Company, LLC acted as Master Servicer until February of 2013 when the master servicing rights were transferred to Ocwen Loan Servicing, LLC.

Finally, in your correspondence you included a screen shot of an email apparently sent to you by a Wachovia employee. That email references a "2nd loan" on the property that was identified through a title search. If you believe that a second mortgage loan exists covering your property and it is this second loan to which you refer in your correspondence (i.e., a loan purportedly underwritten by Homecomings Financial), please forward a copy of the title search showing the second mortgage loan. The Liquidating Trust will review the title search and determine whether any follow-up search of its records is appropriate. Once we clarify this matter, we will also be in a position to consider your request in your April 22 facsimile

ny-1185542

MORRISON | FOERSTER

Ronald P. Gillis
May 6, 2015
Page Two

for a stipulation. However, given the lack of clarity at this juncture, we are not currently in a position to provide the stipulation you request.

Very truly yours,

Norman S. Rosenbaum

ny-1185542