## **Exhibit 4**

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ) CASE NO 12-12020
)
RESIDENTIAL CAPITAL, LLC, ET AL., ) CHAPTER 11
)
DEBTORS )

## NON-PLEADING CORRESPONDENCE

Mr Rosenbaum,

I did not receive anything from you regarding Homecomings Financial or Residential Funding Corporation by the close of business May 18, 2015. Do you have something headed to me in the mail, as the email I sent pertained to Homecomings Financial purporting to do the underwriting in the same purported mortgage that is the subject matter of the foreclosure as well as you can see the comments about Wachovia brokering (NOT lending) this purported mortgage and Homecomings Financial purporting to be the lender. Further, RFC claims by way of the purported endorsement, and should have had information pertaining to them purporting to "own" this purported mortgage at some point in time. These are relevant and pertinent information you failed to produce and would be part of the verbal orders of Judge Glenn, and at this point in time, you appear to be in violation of his order. Please let me know what additional information you have sent and when I can expect to receive it.

Thank you!

Respectfully,

/s/ Ronald P Gillis

Ronald P Gillis    May 19, 2015
P O Box 380842
Murdock, FL 33938
████ 2282