**<u>Exhibit 5</u>**

| MORRISON | FOERSTER | 250 WEST 55TH STREET<br>NEW YORK<br>NEW YORK 10019-9601<br>TELEPHONE: 212.468.8000<br>FACSIMILE: 212.468.7900<br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br>BEIJING, BERLIN, BRUSSELS, DENVER,<br>HONG KONG, LONDON, LOS ANGELES,<br>NEW YORK, NORTHERN VIRGINIA,<br>PALO ALTO, SACRAMENTO, SAN DIEGO,<br>SAN FRANCISCO, SHANGHAI, SINGAPORE,<br>TOKYO, WASHINGTON, D.C. |
|---|---|---|---|

May 22, 2015

Writer's Direct Contact
+1 (212) 506.7341
NRosenbaum@mofo.com

<u>Via Express Mail</u>

Ronald P. Gillis
P.O. Box 380841
Murdock, FL 33938-0842

Re:   *In re Residential Capital LLC*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y.) -
      Discovery Requested by Bankruptcy Court

Dear Mr. Gillis:

This letter is in response to your facsimile dated May 19, 2015.

As we indicated in our May 6, 2015 responsive correspondence, the Liquidating Trust's review of the Debtors' business records uncovered only one loan on the property located at 21238 Coachman Avenue, Fort Charlotte, Florida (the "Property"), which was underwritten and provided by Wachovia Mortgage Corporation, on or about May 1, 2006, in the original principal amount of $146,150.

Your April 22, 2015 letter and the attachments thereto reference a purported "second lien" on the Property. As indicated in our May 6, 2015 letter, if you provide a copy of the title report referenced in the screen shot of the email sent to you by Peggy Kerwin of Wachovia on April 13, 2006 or any other document containing information sufficient to identify the purported "second lien", the Liquidating Trust will review that information and may be able to identify additional information regarding the other purported loan relating to the Property. Without this information, however, the Liquidating Trust has been able to identify only one loan relating to the Property and, consistent and in full compliance with the Court's directive, the Liquidating Trust has provided you with all documents it has identified through its search of the Debtors' business records.

Very truly yours,

Norman S. Rosenbaum

ny-1188943