Hearing Date and Time:  July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)
Response Deadline:  June 26, 2015 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIM, AND (III) REDESIGNATE, REDUCE AND ALLOW BORROWER CLAIM) SOLELY AS IT RELATES TO THE CLAIM FILED SCOTT JAMES LEONHARDT (CLAIM NO. 5720) TO JULY 16, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Eighty-Seventh Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Redesignate, Reduce and Allow Borrower Claim)* [Docket No. 8588] (the "Eighty-Seventh Omnibus Claims Objection"), solely as it relates to the claim filed by Scott James Leonhardt (Claim No. 5720), previously scheduled to be heard on June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

ny-1190766

**PLEASE TAKE FURTHER NOTICE** that Scott James Leonhardt will file a response to the Eighty-Seventh Omnibus Claims Objection on or before **June 26, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: June 4, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |