Karen M. Rozier
1313 Idlywood Road
Pikesville, Maryland 21208
(410) 458-3772
Claimant Unrepresented

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                           ) Case No. 12-12020 (MG)
                                                 ) Chapter 11
Residential Capital, LLC, et. al.                ) Jointly Administrated
                                                 )
              Debtors                            ) NOTICE OF CHANGE OF ADDRESS OR OTHER
                                                 ) CONTACT INFORMATION FOR CLAIMANT KAREN
                                                 ) MICHELE ROZIER (CLAIMS NOS. 4738 AND 5632)
                                                 )
                                                 )
                                                 )

TO THE CLERK, HONORABLE JUDGE, COUNSEL FOR DEBTORS AND ALL OTHER INTERESTED PARTIES, PLEASE

TAKE NOTICE that as of February 3, 2015, Claimant Karen Michele Rozier has changed her address for service

of notices and documents or other contact information in the above-captioned action.

The new address or other contact information for Karen Michele Rozier is as follows:

   a. Street: 1313 Idylwood Road

   b. City: Pikesville

   c. State and zip code: Maryland 21208

   d. Telephone number: (410) 458-3772

   e. E-mail address: rozier.karen@yahoo.com

All notices and documents regarding the action intended for Karen Michele Rozier should be sent to the

above address. Claimant is ignorant as to the whereabouts of the unknown party Karen Michelle Rozier and

will continue to reject any documents delivered addressed to that stranger.

February 6, 2015          By          Karen M Rozier
                                      Digitally signed by Karen M Rozier
                                      DN: cn=Karen M Rozier, o=DBILT,
                                      ou=RS4ABW,
                                      email=ROZIER.KAREN@YAHOO.COM,
                                      c=US
                                      Date: 2015.02.06 06:35:27 -04'00'

                                      KAREN MICHELE ROZIER, MPA/MSIA/MBA/BSEE
                                      Unrepresented Claimant

NOTICE OF CHANGE OF CONTACT INFORMATION - Page 1 of 1

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LLC

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is:

1313 Idylwood Road Pikesville, MD 21208

On April 20, 2015 I served the following documents:

- **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION FOR CLAIMANT KAREN MICHELE ROZIER (CLAIMS NOS. 4738 AND 5632**

On all interested parties via First Class Mail to the address provided below:

Clerk, United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

Executed on April 20, 2015

David E. Rozier, Sr