## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LLC

*Received MAY - 4 2015*

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

On April 30, 2015 I served the following document:

- Letter to Judge Glenn Re: Francine Silver letter dated April 27, 2015: docket #8552

*On all interested parties via First Class Mail to the address provided below:*

Unites States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Francine Silver
8613 Franklin Avenue
Los Angeles, CA 90069

*Sent via electronic service to the email addresses listed with the Court:*

Counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(Attention: Norman S. Rosenbaum, Jordan A. Wishnew and Meryl L. Rothchild)
nrosenbaum@mofo.com
jwishnew@mofo.com
mrothchild@mofo.com

Office of the United States Trustee for the Southern District of New York
U.S. Federal Building
201 Varick Street
Suite 1006
New York, New York 10004
(Attn: Linda A. Riffkin and Brian S. Masumoto)
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Office of the United States Trustee/ California
jamesjosephtrustee@gmail.com

The ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573
(Attention: Jeffrey Brodsky)
jbrodsky@qtadvisors.com

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

Executed on April 30, 2015

David E. Rozier Sr.