**Status Conference Date: June 23, 2015 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF STATUS CONFERENCE REGARDING AMENDED MOTION
FOR RELIEF OF AUTOMATIC STAY REGARDING "RFC" AND
HOMECOMINGS FINANCIAL TO PURSUE DISCOVERY FILED BY
RONALD GILLIS TO BE HELD ON JUNE 23, 2015 AT 10:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that a status conference regarding the *Amended Motion for Relief of Automatic Stay Regarding "RFC" and Homecomings Financial to Persue [sic] Discovery* [Docket No. 7785] filed by Ronald Gillis will be held on **June 23, 2015 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501, in accordance with the Court's *Memorandum Endorsed Letter* [Docket No. 8716].

ny-1190811

Dated: June 4, 2015　　　　　　　　　　/s/ Jordan A. Wishnew
　　　New York, New York　　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　Jordan A. Wishnew
　　　　　　　　　　　　　　　　　　James A. Newton
　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Telephone:  (212) 468-8000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 468-7900

　　　　　　　　　　　　　　　　　　*Counsel to The ResCap Liquidating Trust*