Francine Silver
8613 Franklin Ave, Los Angeles CA 90069

Tuesday, April 28, 2015

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10007



**Notice of Disciplinary action against Nikole Shelton and Mary Lynch**

Dear Judge Glenn.

During the April 16, 2015 limited evidentiary hearing, the purported Keeley mentioned she worked with Mary Lynch and Nikole Shelton whose purported signatures were also on the documents in question. Keeley neglected to mention she will never work with them again.

Mary Lynch worked directly with Jeffrrey Stephens (admitted robo-signer of up to 10,000 documents a month} and was the notary on all or most of the documents he signed that have since been declared invalid or fraudulent. As per the following link www.portal.state.pa.us/portal/portal/server.pt/.../august_2012_pdf "Mary Lynch, notary commission no. 1228751, of Fort Washington, Montgomery County permanently and voluntarily surrendered her notary and permanently and voluntarily surrendered any future right she may possess to apply for a new notary commission or other licenses, registrations, certificates or permits authorizing her to practice as a notary in the Commonwealth of Pennsylvania because prior to October 2010, she failed to be familiar with the duties of a notary public; prior to September 2009, failed to log notarial acts as required; and on at least one occasion prior to October 2010, she failed to require a personal appearance as required. (09/11/12)".

Nikole Shelton was also robo/signing documents and knowingly making false statements under the penalty of perjury. Shelton was disciplined for her fraudulent actions and like Lynch can never be a notary in Pennsylvania ever again as per the attached letter.

The names of Shelton, Lynch and Keeley all come up frequently when googled for robo-signing. which brings into question the truthfulness of the Keeley testimony stating that her signature had never been questioned and that she only signed 20 documents a day. Debtor's objection clearly has no merit whatsoever and is based entirely on perjury, fraud and fabricated documentation. The objection should be denied and the claim should finally be paid.

Respectfully,

*Francine Silver*

Francine Silver



**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**

Julia A. Feld Caralle  
Prosecuting Attorney

E-mail: jfeldcaral@state.pa.us

February 27, 2012

La Mar Gunn  
1894 Windswelpt Circle  
Dover, DE   19901

RE: *Commonwealth of Pennsylvania, Bureau of Commissions, Election and Legislation v. Nikole Shelton*  
File Nos.: 11-99-05326 and 11-99-01542, Docket No.: 0020 -99-12

Dear Mr. Gunn:

On February 22, 2012, the Secretary of the Commonwealth approved a Consent Agreement in resolution of the above-captioned matter. Under the terms of the disciplinary order issued by the Secretary of the Commonwealth, the Secretary of the Commonwealth accepted the permanent voluntary surrender of Nikole Shelton's notary commission and permanent voluntary surrender of any future right to apply for a new notary commission, license, registrations, certificates or permits to practice as a notary. This discipline is effective immediately.

The Secretary of the Commonwealth's approval of this Consent Agreement completely and finally resolves this matter. Accordingly, this case is now closed.

Thank you for bringing this matter to the attention of the Bureau of Commissions, Election and Legislations. If you have any further questions or concerns regarding this, please feel free to contact me at the above address.

Sincerely,

Julia A. Feld Caralle  
Prosecuting Attorney  
Commonwealth of Pennsylvania  
Department of State

JAC/bld

**DEPARTMENT OF STATE - OFFICE OF CHIEF COUNSEL**
**2601 NORTH THIRD STREET, P.O. BOX 2649, HARRISBURG, PA 17105-2649**
**PHONE: 717-783-7200 - FAX: 717-787-0251 - www.dos.state.pa.us**



CAPTION:

FRANCINE SILVER
v.
RESIDENTIAL CAPITAL LLC
BORROWER CLAIMS TRUST

**CERTIFICATE OF SERVICE**
Docket Number: 12-12020(MS)

RECEIVED MAY - 4 2015

I, MARCUS SILVER, hereby certify under penalty of perjury that on 4/30/15 (date), I served a copy of THE NOTICE OF DISCIPLINARY ACTION AGAINST NIKOLE SHELTON & MARY LYNCH (list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

NORMAN S. ROSENBAUM, JORDAN A. WISHNEW, MERYL L. ROTHCHILD
MORRISON & FOERSTER LLP
250 W. 55TH ST
NEW YORK, N.Y. 10019

4/30/15
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form