MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,  ) | Chapter 11 |
| ) | |
| Debtors.  ) | Jointly Administered |
| ) | |

**PROPOSED AGENDA FOR TRIAL SCHEDULED
TO BE HEARD ON JUNE 10-11, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     CONTESTED MATTER**

**1.**     The ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6763]

   **Related Document(s)**:

   **a.**     Memorandum Opinion and Order Sustaining in Part and Overruling in Part Objection to Proof of Claim 386 [Docket No. 7297]

   **b.**     Notice of Adjournment of Telephonic Case Management and Scheduling Conference on Proof of Claim Number 386 Filed by Barry Mack to August 20, 2014 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 7347]

   **c.**     Notice of Status Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7511]

ny-1189638

**d.** Notice of Status Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7905]

**e.** Letter Dated December 23, 2014 re: Request for Pre-Motion Conference Filed by Adam A. Lewis on Behalf of ResCap Borrower Claims Trust [Docket No. 7929]

**f.** Notice of Rescheduled Status Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7937]

**g.** Notice of Pre-Motion Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7941]

**h.** Notice of Pretrial Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7991]

**i.** Order Establishing Procedures for Evidentiary Hearing Regarding Claim Number 386 Filed by Barry Mack [Docket No. 8362]

**j.** Letter to Judge Glenn from Adam A. Lewis Regarding the ResCap Borrower Claims Trust's Objections to Testimony of Cheryl Mack During Depositions [Docket No. 8621]

**k.** ResCap Borrower Claims Trust's Pretrial Memorandum Brief in Support of the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 8657]

**l.** Notice of Filing of Proposed Findings of Fact and Conclusions of Law Regarding Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 8658]

**m.** Creditor Barry Mack's Pretrial Memorandum [Docket No. 8659]

**n.** Joint Status Report of ResCap Borrower Claims Trust and Claimants Regarding Objection to Claim No. 386 [Docket No. 8685]

**Response(s)**:

**a.** Creditor Barry Mack's Response to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6834]

|  |  |
|---|---|
| **b.** | Claimant Barry Mack's Memorandum of Law Regarding Damages Under RESPA (12 U.S.C. § 2601, et seq.) and Sufficiency of Proofs of Claim [Docket No. 7112] |

**Reply**:

|  |  |
|---|---|
| **a.** | ResCap Borrower Claims Trust's Reply to Claimant Barry Mack's Reply to the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6893] |
| **b.** | ResCap Borrower Claims Trust's Supplemental Brief in Support of the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7118] |
| **c.** | ResCap Borrower Claims Trust's Supplemental Reply Brief in Support of the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7205] |

**Sur-Reply**:

|  |  |
|---|---|
| **a.** | Claimant Barry Mack's Reply to Memorandum of Law of ResCap Borrower Claims Trust Regarding Damages Under RESPA (12 U.S.C.§ 2601, *et seq*.) and Sufficiency Proofs of Claim [Docket No. 7203] |

**Status**: The trial on this matter will be going forward.

Dated: June 8, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1189638                                    3