UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] : | : | **Case No. 12-12020 (MG)** |
|  | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |

------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On June 9, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Monthly Service List hereto attached as **Exhibit A**, and via First Class Mail upon the Special Service List attached hereto as **Exhibit B**, and the service list attached hereto as **Exhibit C**:

- **Stipulation and Order Granting Shelby County Relief from the Automatic Stay** [Docket No. 8737]

Dated:  June 10, 2015

_Clarissa Cu_
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th of June, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

Exhibit A
Morrison & Foerster LLP
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C Dublin & Rachel Ehrlich Albanese | dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com | Special Counsel to UMB Bank, N.A., as successor indenture trustee under that certain Indenture, dated as of June 6, 2008 |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com | Counsel to Aurelius Capital Management LP |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com; william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Ballard Spahr LLP | Andrew J. Petrie & Sarah B. Wallace | petrie@ballardspahr.com; wallaces@ballardspahr.com | Counsel to CitiMortgage Inc |
| Ballard Spahr LLP | Sarah Schindler-Williams, Esquire | Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com | Counsel to PNC Bank NA |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner | davids@blbglaw.com; jonathanu@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Blank Rome LLP | Michael B Schaedle | schaedle@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | tarr@blankrome.com;  root@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| BRACEWELL & GIULIANI LLP | Ryan M. Philp | ryan.philp@bgllp.com | Counsel to Lender Processing Services Inc |
| BRACEWELL & GIULIANI LLP | Stan Chelney | stan.chelney@bgllp.com | Counsel to Lender Processing Services Inc |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com | Top 50 Creditors |
| Brown Rudnick LLP | Sigmund S Wissner Gross | swissnergross@brownrudnick.com | Counsel to Paulson & Co. Inc. |
| Bustos & Associates | Pablo Bustos | pbustos@bustosassociates.com | Counsel to Creditor Conrad P Burnett Jr |
| Butler Fitzgerald Fiveson & McCarthy | David K Fiveson & Jennifer M Hall | dfiveson@bffmlaw.com;  jmhall@bffmlaw.com | Counsel to Jason and Jennifer Schermerhorn |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com; ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dekhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com | Counsel to Caley Dekhoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com | Counsel to  an Ad Hoc Consortium of RMBS holders |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com;   tmoloney@cgsh.com; soneal@cgsh.com | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cohn Birnbaum & Shea PC | Scott D Rosen | srosen@cbshealaw.com | Counsel to Farmington Woods |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com | Conflicts Counsel to the Debtors |
| Day Pitney LLP | Herbert K Ryder | hryder@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | jjtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W. Cohen | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Diem T Nguyen | | diem.home@gmail.com | Interested Party, Diem T Nguyen |

Exhibit A
Master Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| DUANE MORRIS LLP | Brett L. Messinger | blmessinger@duanemorris.com | Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC |
| Duncan K. Robertson | | uncadunc1@aol.com | Interested Party |
| Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC, Residential Capital LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com | Counsel to GMAC Mortgage LLC; Counsel to Rushmore Loan Management Services, as servicer for Wells Fargo Bank, NA, Not in Its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2011-1T |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FIDC | Dennis J Early | dearly@fdic.gov | Counsel to the FDIC |
| Flores & Saucedo PLLC | Christina Flores | floressaucedopllc@gmail.com | Counsel to City of Laredo Tax Department |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Fried Frank Harris Shriver & Jacobson | William G McGuinness & Gary L Kaplan | gary.kaplan@friedfrank.com | Counsel for the RALI Certificate Underwriters |
| Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Gibson Dunn Crutcher | David M Feldman & Joshua Weisser | DFeldman@gibsondunn.com; JWeisser@gibsondunn.com | Counsel to Amherst Advisory & Management |
| Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com | Counsel to ResCap Liquidating Trust |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com | Counsel to Stichting Pensioenfonds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Guttleman Muhlstock Chewcaskie | Brian Chewcaskie | brian@gmcnjlaw.com | Counsel to the Township of Saddle Brook |
| Hinshaw & Culbertson | Benjamin Noren | bnoren@hinshawlaw.com | Counsel to Gray & Associates, Duncan C Delhey, Jay Pitner, Michael Riley, and William Foshag Adv Case 13-01208 |
| HINSHAW & CULBERTSON LLP | Benjamin Noren | bnoren@hinshawlaw.com | Counsel to Gray & Associates, LLP, Duncan C. Delhey, Jay J. Pitner, Michael M. Riley, and William N. Foshag |
| HINSHAW & CULBERTSON LLP | Schuyler B. Kraus | skraus@hinshawlaw.com | Counsel to Gray & Associates, LLP, Duncan C. Delhey, Jay J. Pitner, Michael M. Riley, and William N. Foshag |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com; rrich2@hunton.com | Counsel to Newport Management Corporation |
| Imperial County Tax Collector | | floraoropeza@co.imperial.ca.us | County of Imperial California |
| Iron Mountain Information  Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| John Ciampoli County Attorney of Nassau County | Patrick R Gallagher | pgallagher@nassaucountyny.gov | Counsel to Attorney of Nassau County |
| Jones Day | Carl E Black | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Julie Eriksen | | reriksen1@gmail.com | Creditor Julie Eriksen |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew M Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| KATHLEEN G CULLY PLLC | Kathleen G Cully | kgcully@kgcully.com | Counsel to Lorraine McNeal |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | eciolko@ktmc.com;   dmoffa@ktmc.com | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com | Counsel to Oakland County Treasurer; Counsel to Wayne County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com;  ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | mstrauss@kmllp.com;   bwalker@kmllp.com | Counsel to Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn, Individually and on Behalf of All Others Similarly Situated |
| Kirkland & Ellis | Judson Brown | judson.brown@kirkland.com | Counsel to Ally Financial re Adv. Case No.12-01934 |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com; jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |

Exhibit A
Morning of Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | sdny@kmk-law.net | Counsel to Secured Creditor Select Portfolio Servicings Inc. as Servicers for Wells Fargo Bank NA as Trustee in Trust for SASCO 2007-MLN1 Trust Fund; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the First Franklin Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2005-FF9 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com | Claims and Noticing Agent |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | dlibra@lapplibra.com | Counsel to Normandale Holdings LLC |
| Law Debenture Trust Company of New York | James D Heaney Managing Director | james.heaney@lawdeb.com | Law Debenture Trust Company of New York |
| Leopold & Associates PLLC | Saul Leopold & Phillip Mahony | Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com | Counsel to Bank of America NA; Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2; and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass through Certificates. Series 2007-H3; Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement Dated 1/2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1; U.S. Bank NA as Trustee under Pooling and Service Agreement dated 3/1/2007, GSAMP Trust 2007-HE2; Ocwen Loan Servicing, LLC; and Deutsche Bank Trust Company Americas as Indenture Trustee; Securitized Asset Backed Receivables LLC Trust 2005-FR2 Mortgage Pass-Through Certificates, Series 2005-FR2; Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-HE4, Asset Backed Pass-Through Certificates |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | choward@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com;  vrubinstein@loeb.com; | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | kmarino@khmarino.com; jboyle@khmarino.com | Counsel to Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC |
| McCabe Weisberg & Conway | James J Rufo | jrufo@mwc-law.com | Counsel to Ocwen Loan Servicing LLC - Case No. 12-12063 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com | Counsel to Bass & Moglowsky SC, Arthur M. Moglowsky, David M. Potteiger, & Penny G Gentges |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |

Exhibit A
Master Service List
Served via Electronic Mail

| NAME | NOTICE PARTY | EMAIL | DESCRIPTION |
|---|---|---|---|
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan, Lewis & Bockius LLP | Susan F. DiCicco | susan.dicicco@morganlewis.com | Counsel to Bank of America, National Association; Banc of America Funding Corporation; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch Mortgage Lending, Inc.; and Merrill Lynch Mortgage Investors Inc. |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com; dflanigan@polsinelli.com | Residential Capital LLC |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | Angela L. Baglanzis & Edmond M. George | angela.baglanzis@obermayer.com | Counsel to Obermayer Rebmann Maxwell & Hippel LLP |
| Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shabbir A Khan | Phonxay Keokham | almeyers@sjgov.org | County of San Joaquin |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Peter T. Roach and Associates, P.C. | Michael C Manniello | michael.manniello@roachfirmlaw.com; kimberly.mcgrail@roachlawfirm.com | Counsel to Bank of America, N.A., ("Bank of America"), successor by merger to BAC Home Loans Servicing, LP |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | brandon.johnson@pillsburylaw.com | Counsel to 2255 Partners LP |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | jmcmurtr@placer.ca.gov | Placer County Tax Collector |
| POLSINELLI PC | Daniel J. Flanigan | dflanigan@polsinelli.com | Counsel to Peter S. Kravitz in his capacity as trustee of the ResCap Borrower Claims Trust |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com;  jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class and Borrower Claims Trust |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com; jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| QUARLES & BRADY LLP | John Maston O'Neal & Lori L. Winkelman & Walter J. Ashbrook | john.oneal@quarles.com; lori.winkelman@quarles.com; walter.ashbrook@quarles.com | Counsel to OneWest Bank and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23 under the Pooling and Servicing Agreement dated Sept 1, 2005 ("OneWest"), the holder of Claim No. 4872 |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |

Exhibit A
Master Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robert E Brown PC | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | mromero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ron Eriksen | | reriksen1@gmail.com | Creditor Ron Eriksen |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com; keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| ROSALES DEL ROSARIO, P.C. | John B. Rosario | johnrosario@delroslaw.com | Counsel to Martha S. Panaszewicz |
| Rubin LLC | Paul A Rubin | prubin@rubinlawllc.com | Counsel to Canon USA Inc |
| Samuel I White PC | D Carol Sassar Esq | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com | Counsel to Samuel I White PC |
| SAUL EWING | Adam H Isenberg & Gregory G Schwab & Andrea P Brockway | aisenberg@saul.com; gschwab@saul.com; abrockway@saul.com | Counsel to Defendant Jeffrey Stephan (Adv. Case No. 13-01208) |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com; rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schnader Harrison Segal & Lewis LLP | Eric A Boden | eboden@schnader.com | Counsel to Liberty Property Limited Partnership |
| SCHNEIDER MITOLA LLP | Dan Blumenthal | DBlumenthal@SchneiderMitola.com | Counsel to The Board of Managers of Plymouth Village Condominium |
| Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissell LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008; Counsel to Law Debenture Trust Company of New York as Separate Trustee |
| Seward & Kissell LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene R Alves & Laurie R Binder | cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer; & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com; | Counsel to Citibank NA |
| Sherman Silverstein Kohl Rose & Podolsky PA | Bruce S Luckman | bluckman@shermansilverstein.com | Counsel to TransUnion |
| Stahl Cowen Crowley Addis LLC | Patrick M. Jones | pjones@stahlcowen.com | Counsel to Stewart Title Guaranty Company |
| Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com | Counsel to OneWest Bank FSB; US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage, Inc. |
| Stinson Morrison Hecker LLP | Andrew M. Muller | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc ("MERS") |
| Sweeney Reich & Bolz | Melanie A Sweeney | msweeney@msgrb.com | Counsel to CitiMortgage Inc |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com | Counsel to Institutional Investors and an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | AGBankNewYork@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; | Securitization Trustee |
| The Law Office of Rachel Blumenfeld | | rblmnf@aol.com | Counsel to Jacqueline A Warner |
| The Law Office of Thomas M Mullaney | Attn Thomas M Mullaney | tmm@mullaw.org | Counsel to CQS ABS Master Fund Ltd and CQS ABS Alpha Master Fund Ltd |

Exhibit A
Morrison & Cohen
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| The Meyers Law Firm | Glenn R Meyers | themeyerslawfirm@gmail.com | Counsel to Creditor David Vasquez |
| Thomas J. Sinnickson | | TJSinnickson@aol.com | Counsel to Caren Wilson |
| Tom Franklin | | frenklinart@aol.com | Appellant for USDC SDNY Case No. 13-03817 |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us | Counsel to Tina Morton Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com; | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanver.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov | Counsel to the United State of America |
| US Bank Global Corporate Trust Services | James H Byrnes | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank NA Corporate Trust Services Division | Laura L Moran | laura.moran@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walter Investment Management Corp | Stuart Boyd | SBOYD@walterinvestment.com | Counsel to Walter Investments |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class and Borrower Claims Trust |
| Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com ; mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | accesslegalservices@gmail.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| Wendy Alison Nora | | accesslegalservices@gmail.com | Co-counsel with Attorney Heather McKeever on Behalf of Shane M Haffrey; Counsel to Paul N Papas II; Counsel to Caren Wilson Claim No. 4754; Counsel to Michael Harkey, Suzanne & Melvin Simonovich, and Claimant holding Claim No 16 |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com; isilverbrand@whitecase.com; hdenman@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com;  rchoi1@willkie.com; jhardy2@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com; cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com;  sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

# EXHIBIT B

Special Service List
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | New York | NY | 10006 |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | New York | NY | 10019 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 |
| Kirkland & Ellis LLP | Attn Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 |
| Kirkland & Ellis LLP | Justin Bernbrock | 300 N LaSalle | Chicago | IL | 60654 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | New York | NY | 10154 |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 |
| WEIL, GOTSHAL & MANGES LLP | RAY SCHROCK | 767 Fifth Ave | New York | NY | 10153 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 |

# EXHIBIT C

Exhibit I
Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Shelby County Trustee's Office | Shelby County (TN) Delinquent Tax Attorney | 157 Poplar Ave. 2nd Floor | Attn Elijah Noel, Jr. | Memphis | TN | 38103 |