May 20, 2015

Clerk to the Honorable
Judge Martin Glenn
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, New York, 10004

Dear Madam:

    Enclosed find my Motion to Set Aside Order Dismissing Claim along with supporting documents.

    I would appreciate the Motion being heard without Oral Arguments and/or by telephone. The cost to us to fly to and from New York is very expensive and my income is Social Security.

    Thanking you in advance for your cooperation.

Very truly yours,

Ronald G. Kraft
24684 Hathaway Street
Farmington Hills, Michigan 48335
248-909-2559

RECEIVED

JUN - 8 2015

U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

|  |  |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al | Case No: 12-12020 (MG) |
|  | Chapter 11 |
| Debtors, | Jointly Administered |

_____/

## MOTION TO SET ASIDE ORDER DISMISSING CLAIM

Now comes Ronald G. Kraft and Marlene L. Kraft and files this Motion to Set Aside Order Dismissing Claim and says as follows:

1. Claim was filed by Ronald G. Kraft and Marlene L. Kraft in the sum of $4000,000.00 as General Creditors in the above Bankruptcy Claim No: 2359.

2. Objections Claim were filed with this Court and Proof of Service was filed indicating Service of Objection to Claim was mailed to Ronald G. Kraft and Marlene Kraft at:

   **24384 Hachaway**, Farmington Hills, Michigan **48334**

   (which is an incorrect address, see Exhibit A)

3. We never received that notice because **our address is:**

   **24684 Hathaway**, Farmington Hills, Michigan **48335**
   (see Exhibit B)

4. The Proof of Service filed with the Court indicates Notice of same was mailed to:

   **24384 Hachaway**, Farmington Hills, Michigan **48334**

5. The first time I discovered that our claim was objected to was when I called the Law Firm of Kramer, Levin, Naftalis & Frankel LLP and was informed of the Objection and also the Proof of Service. They mailed me a copy of the Proof of Service.

6. With No Request for Hearing filed by the Claimants to the Objection the Court Dismissed our Claim. The Court records show our address to be 24684 Hathaway Street, Farmington Hills, Michigan, 48335 Cincinnati, Ohio 45999 (see attached Affidavit of No Service)

1

7. We have a Meritorious Claim which was filed with the Bankruptcy Court.

Based on the fact that we have never received the Notice of Objection, we request this court to Set Aside the Order dismissing our Claim and/or reinstate Our Claim or Set a date of Hearing as to the Merits of the Claim.

Respectfully submitted,

Ronald G. Kraft
24684 Hathaway Street
Farmington Hills, Michigan  48335

Telephone # 248-909-2559

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

Upon the fifty-first omnibus objection to claims, dated November 8, 2013 [Docket No. 5646] (the "Fifty-First Omnibus Claims Objection")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF Doc. # 3294) (the "Procedures Order"), disallowing and expunging the No Liability Borrower Claims on the basis that such claims are invalid under principles of res judicata and/or having been filed against the wrong debtor entity, all as more fully described in the Fifty-First Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-First Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifty-First Omnibus Claims Objection.



1212020131219000000000002

the Fifty-First Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Fifty-First Omnibus Claims Objection and the Declaration of Lauren Graham Delehey, the Declaration of Norman S. Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Fifty-First Omnibus Claims Objection as Exhibits 1–3, respectively; and the Court having found and determined that the relief sought in the Fifty-First Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-First Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Fifty-First Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-First Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "No Liability Borrower Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the following matter relating to the No Liability Borrower Claims shall be adjourned to the omnibus hearing scheduled for January 30, 2014 at 10:00 a.m. (EST):

- Jamie L. Gindele (Claim Nos. 5422 and 5431)

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-First Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 (ECF Doc. # 141), the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on Exhibit A, annexed hereto, as if each such No Liability Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: December 19, 2013
New York, New York

_/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge

3

12-12020-mg Doc 8178 Filed 12/23/13 Entered 12/23/13 19:34:06 Main Document
Exhibit 14 of 22
Served via First Class Mail

EXHIBIT "D"

| CREDITOR/PARTY | CLIENT/CORP/ANGLE/STATE | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Dirk, Bedes and Debra Barrix vs GMAC Mortgage LLC et al | MEDICI LAW OFFICE | PO BOX 11267 | | ST PAUL | MN | 55111 |
| DUNHAM, ELMER, BARRIER, CHARLES III | CHARLES BARRIER III EL MER V DUNHAM VS GMAC ET AL | 4110 SE Hawthorne Blvd. # 266 | | Portland | OR | 9721-4 |
| Jarrell L Gentle | | PO Box #2200 | | Ontario | OH | 45962 |
| Jane Ferris | | 6400 Broadmoor Blvd. Suite 145-40 | | Austin | TX | 78746 |
| Jeffrey Hilles v GMAC Mortgage LLC AR Bank and MERS | Jeffrey H. Dale | GARY A COLBER, BESTON PROTECTOR LTD | 2465 PENDLETON CURBOR | FARMINGTON HILLS | MI | 48336 |
| Jeffrey Hilles v GMAC Mortgage LLC AR Bank and MERS | COUEEN SEIUKO TON & JOYCE LYN | 2600 Greenview Boulevard #160 | | Auburn Hills | MI | 48320 |
| Joyce Lyn W. Lincano, pro se | WANDA LINCIANO VS GMAC MRTG LLC ET AL | 91 9617 Farmington Hwy 216.225 | | Kapalaa | HI | 96707 |
| Leland Archery Noyes and Lane E Noyes | Leland and Lane Noyer | 324 North Main Street | P.O. Box 476 | Joluna | CA | 95610-0070 |
| Marlene Auti | | 24864 14d Fwy | | Farmington Hills | MI | 46364 |
| Morkov Roeper and Marlow Hooper | Markov Hooper | 12621 Logan Drive | | Rancho Cucamonga | CA | 91780 |
| NGGFEN, DIENT PANG DIEKLY PIE/IVEX VS NATIONSTAR MORTG/ME LLC ET AL | | PO BOX 12155 | | | CA | 92285 |
| Philip Zureto, Esq., Zureto Law Offices on behalf of Richard & | Philip Zureto, Esq, Zureto Law Offices | GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORP DBA DITECH.COM, PLAINTIFF VS. ET | 3741 Douglas/Kline-Warner Rd. | WEST MINSTER | OH | 44466 |
| Margaret Giulano | | 409 Staniring Street | | Austin | TX | 78704 |
| Renee Teremi (Hopper) O Catalan | Law Offices of Wanda J. Hankins | 11821 Belmont Lane | | Houston | TX | 77024 |
| Sebastian L Figuela | | 27656 Hidden Trail Rd | | Laguna Hills | CA | 92653 |
| Sheldan Sady Chino | | PO Box 595 | | New York | NY | 10105-0595 |
| Tracy Holstead | | Varmek and Varmek | | Las Vegas | NV | 89101 |
| Wayne Davenport, Sr. 21th Pdct. Campio Court | Mark L. Jackson, Esq. | Post Office Box 1752 | 400 S. 4th St Fl 5th Fl | Crystal Bay | NV | 89402 |
| Wes W. Carrion aka Wade Johnson | John Stone H. Seymour, Counselor at Law | | | | | |

GMAC Mortgage
c/o Kurtzman Carson Consultants LLC
PO Box 8013
Redondo Beach, CA 90277

025149



PRF 48744    725540

MARLENE L KRAFT
24684 HATHAWAY ST
FARMINGTON HILLS MI 48335-1547

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al

Debtors,

Case No: 12-12020 (MG)

Chapter 11

Jointly Administered

_____/

## **PROOF OF SERVICE**

On this 29 day of May 2015, a Motion To Set Aside Order Dismissing Claim
along with Affidavit of No Service was mailed to the following persons or companies by First
Claim mail with proper postage affixed and property addressed to:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Mannuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

Kramer, Levin, Naftalis & Frankel LLP
Counsel for the Official Committee of Unsecured Creditors
1177 Avenue of the Americas
New York, New York    10036

Office of the United States Trustee
Tracy Hope Davis
201 Varick Street, Suite 1006
New York New York 10004

Counsel to the Official Committee of Unsecured
Creditors
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036

1

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, New York  10112

Ronald G. Kraft

Subscribed and sworn to
Before me a Notary Public on
This ___ day of May, 2015

TRACEY LEE
Notary Public, State of Michigan
County of Wayne
My Commission Expires 09-16-2019
Acting in the county of Oakland

Notary Public:
My Commission Expires:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al

Case No: 12-12020 (MG)

Chapter 11

Debtors,

Jointly Administered

_____/

## **AFFIDAVIT OF NO SERVICE**

Ronald G. Kraft being duly sworn before a Notary Public deposes and states

as follows:

I never received a copy of Objections to Claim filed by Marlene Kraft and myself nor did I receive a copy of Order Granting Objection to Claim until I contacted the office of Morrison and Forerster, who informed me that an Order dismissing our Claim was entered by the Court with no Objections filed by my wife or myself.

They mailed me a copy of the Order and the Proof of Service.

The Proof of Service indicated the Objections to our Claim was mailed to

**24384 Hachaway Street Farmington Hills, 48334**

**not 24684 Hathaway Street, Farmington Hills, 48335**

**Our address is 24684 Hathaway Street, Farmington Hills, Michigan, 48335**

Subscribed and sworn to
Before me a Notary Public on
This 29 day of May, 2015

TRACEY LEE
Notary Public, State of Michigan
County of Wayne
My Commission Expires 09-16-2019
Acting in the county of Oakland

Notary Public:
My Commission Expires:

1

May 20, 2015


Clerk to the Honorable
Judge Martin Glenn
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, New York,  10004


Dear Madam:

    Enclosed find my Motion to Set Aside Order Dismissing Claim along with supporting documents.

    I would appreciate the Motion being heard without Oral Arguments and/or by telephone. The cost to us to fly to and from New York is very expensive and my income is Social Security.

    Thanking you in advance for your cooperation.


                  Very truly yours,

                  Ronald G. Krall
                  24684 Hathaway Street
                  Farmington Hills, Michigan 48335
                  248-909-2559


RECEIVED

JUN - 8 2015

U.S. BANKRUPTCY COURT, SDNY

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

                                 Case No: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al

                                 Chapter 11

              Debtors,      Jointly Administered

_____/

## MOTION TO SET ASIDE ORDER DISMISSING CLAIM

      Now comes Ronald G. Kraft and Marlene L. Kraft and files this Motion to Set Aside Order Dismissing Claim and says as follows:

1. Claim was filed by Ronald G. Kraft and Marlene L. Kraft in the sum of $4000,000.00 as General Creditors in the above Bankruptcy Claim No: 2359.

2. Objections Claim were filed with this Court and Proof of Service was filed indicating Service of Objection to Claim was mailed to Ronald G. Kraft and Marlene Kraft at:

          **24384 Hachaway**, Farmington Hills, Michigan **48334**

          (which is an incorrect address, see Exhibit A)

3. We never received that notice because **our address is:**

          **24684 Hathaway,** Farmington Hills, Michigan **48335**
          (see Exhibit B)

4. The Proof of Service filed with the Court indicates Notice of same was mailed to:

          **24384 Hachaway**, Farmington Hills, Michigan **48334**

5. The first time I discovered that our claim was objected to was when I called the Law Firm of Kramer, Levin, Naftalis & Frankel LLP and was informed of the Objection and also the Proof of Service. They mailed me a copy of the Proof of Service.

6. With No Request for Hearing filed by the Claimants to the Objection the Court Dismissed our Claim. The Court records show our address to be 24684 Hathaway Street, Farmington Hills, Michigan, 48335 Cincinnati, Ohio 45999 (see attached Affidavit of No Service)

7. We have a Meritorious Claim which was filed with the Bankruptcy Court.

Based on the fact that we have never received the Notice of Objection, we request this court to Set Aside the Order dismissing our Claim and/or reinstate Our Claim or Set a date of Hearing as to the Merits of the Claim.

Respectfully submitted,

Ronald G. Kraft
24684 Hathaway Street
Farmington Hills, Michigan  48335

Telephone # 248-909-2559

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

|  |  |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al | Case No: 12-12020 (MG) |
|  | Chapter 11 |
| Debtors, | Jointly Administered |

_____/

### **AFFIDAVIT OF NO SERVICE**

Ronald G. Kraft being duly sworn before a Notary Public deposes and states

as follows:

I never received a copy of Objections to Claim filed by Marlene Kraft and myself nor did I receive a copy of Order Granting Objection to Claim until I contacted the office of Morrison and Forerster, who informed me that an Order dismissing our Claim was entered by the Court with no Objections filed by my wife or myself.

They mailed me a copy of the Order and the Proof of Service.

The Proof of Service indicated the Objections to our Claim was mailed to

**24384 Hachaway Street Farmington Hills, 48334**

**not 24684 Hathaway Street, Farmington Hills, 48335**

**Our address is 24684 Hathaway Street, Farmington Hills, Michigan, 48335**

Subscribed and sworn to
Before me a Notary Public on
This 29 day of May, 2015

Notary Public:
My Commission Expires:

TRACEY LEE
Notary Public, State of Michigan
County of Wayne
My Commission Expires 09-16-2019
Acting in the county of Oakland

1

EXHIBIT "A"

| RESPONDENT/CREDITOR | CREDITORS/DEBTORS NAME | ADDRESS | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Civil Settlement Dennis Ruckus vs GMAC Mortgage LLC et al | CHARLES BARKER III ELMER V DUNBAR | PO BOX 11267 | | | MN | 55111 |
| DUNBAR ELMER, BARKER, CHARLES III vs GMAC ET AL | | 4110 SE Kawthorne Blvd. # 265 | | Portland | OR | 97214 |
| James C Ratcliffe | | PO Box 49200 | | Cincinnati | OH | 43042 |
| Jacob Bleas | | 9600 Escarpment Blvd. Suite 745-43 | | Austin | TX | 78749 |
| Jeffrey M Davis v GMAC Mortgage LLC A/B Bank and MERS | Dattys H Davis | GARY A COLBERT DEBTOR PROTECTOR LTD | 2442r PENDLETON CLUB DR | Baldwin Hills | MI | 48350 |
| Jeffrey M Davis v GMAC Mortgage LLC A/B Bank and MERS | | 2650 Cerritosite Boulevard #101 | | | HI | |
| Jogoskym K/J Jurczuk, Janice | DOREEN STEUKO TOR & JOYCE LYN WANDA JURCZUKO VS GMAC MRTG LLC ET AL | 18-560 E Farrington Hwy 2 #C-226 | | Kapolei | HI | 96707 |
| Lester Anthony Hayes and Lynn E Beyer | Lester and Lynn Beyer | 324 North Main Street | P.O. Box 976 | Natoma | CA | 96101-0976 |
| Matthew Korf | | 29384 Hathaway | | Farmington Hills | MI | 48334 |
| Matthew Rooper and Monique Hooper | Matthew Hooper | 12671 Holton Drive | | Rancho Cucamonga | CA | 91739 |
| NGGFGEN, DEANY and DEANY KESTES vs NATIONSTAR MORTGAGE LLC ET AL | | PO BOX 3753 | | | | |
| Philip Zazrin, Esq., Zazrin Law Offices on behalf of Richard & Margaret Guillow | Philip Zazrin, Esq., Zazrin Law Offices | GMAC MORTGAGE LLC, PICK GMAC, (GMACRESCAP & COOP BBACLITECHCOM), PLAINTIFF... VS, (RI) | 700 Townglone/Warren Rd. | WESTMINSTER | CA | 92683 |
| | | | | Rias | OH | 44445 |
| Renee Showes (Nugent) O Carsten | Law Offices of Valerdo J. Harkness | 400 Service Street | | Austin | TX | 78764 |
| Sebastian L Figueira | | 11821 Belmont Lane | | Houston | TX | 77024 |
| Stanislav Sally Chmo | | 2726 Goldfinch Trail Rd | | Laguna Hills | CA | 92860 |
| Teddy Hubbard | | PO Box 485 | | New York | NY | 10450-0986 |
| Victory Dawnsport (re 2010 Palm Canyon Court | 00 Blvd 1, Johnson, Esq | Varneh and Varneh | 480 S 4th St BH FI | Las Vegas | NV | 88101 |
| Web TV, Johnson d/b Woods Johnson | 404 James H. Sorenson, Counselor at Law | Pearl Ofine Box 1768 | | Crystal Bay | NV | 89402 |

GMAC Mortgage
c/o Kurtzman Carson Consultants LLC
PO Box 8013
Redondo Beach, CA 90277

025149



PRF 48744    725540

MARLENE L KRAFT
24684 HATHAWAY ST
FARMINGTON HILLS MI 48335-1547

NRD 13:15  FAX 2124688000 Morrison & Foerster LLP                    @0024/0030
12-12020-mg   Doc 8747   Filed 06/08/15   Entered 06/12/15 16:21:19   Main Document
Pg 18 of 23

12-12020-mg   Doc 6155   Filed 12/19/13   Entered 12/19/13 11:00:05   Main Document   Docket #6155  Date Filed: 12/19/2013
Pg 1 of 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

Upon the fifty-first omnibus objection to claims, dated November 8, 2013 [Docket No. 5646] (the "Fifty-First Omnibus Claims Objection")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF Doc. # 3294) (the "Procedures Order"), disallowing and expunging the No Liability Borrower Claims on the basis that such claims are invalid under principles of res judicata and/or having been filed against the wrong debtor entity, all as more fully described in the Fifty-First Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-First Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifty-First Omnibus Claims Objection.



1212020131219000000000002

01/28/2015 WED 13:16 FAX 2124688000 Morrison & Foerster LLP
12-12020-mg    Doc 8747    Filed 06/08/15    Entered 06/12/15 16:21:19    Main Document
Pg 19 of 23

12-12020-mg    Doc 6155    Filed 12/19/13    Entered 12/19/13 11:09:05    Main Document
Pg 2 of 7

the Fifty-First Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Fifty-First Omnibus Claims Objection and the Declaration of Lauren Graham Delehey, the Declaration of Norman S. Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Fifty-First Omnibus Claims Objection as Exhibits 1–3, respectively; and the Court having found and determined that the relief sought in the Fifty-First Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-First Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Fifty-First Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-First Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "No Liability Borrower Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the following matter relating to the No Liability Borrower Claims shall be adjourned to the omnibus hearing scheduled for January 30, 2014 at 10:00 a.m. (EST):

2

01/28/2015 WED 13:16 FAX 2124688000 Morrison & Foerster LLP                                    @025/050
12-12020-mg    Doc 8747    Filed 06/08/15    Entered 06/12/15 16:21:19    Main Document
                                    Pg 20 of 23

12-12020-mg    Doc 6155    Filed 12/19/13    Entered 12/19/13 11:09:05    Main Document
                                    Pg 2 of 7

the Fifty-First Omnibus Claims Objection having been provided, and it appearing that no other
or further notice need be provided; upon consideration of the Fifty-First Omnibus Claims
Objection and the Declaration of Lauren Graham Delehey, the Declaration of Norman S.
Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Fifty-First Omnibus Claims
Objection as Exhibits 1–3, respectively; and the Court having found and determined that the
relief sought in the Fifty-First Omnibus Claims Objection is in the best interests of the Debtors,
their estates, creditors, and all parties in interest and that the legal and factual bases set forth in
the Fifty-First Omnibus Claims Objection establish just cause for the relief granted herein; and
the Court having determined that the Fifty-First Omnibus Claims Objection complies with the
Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and
sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-First Omnibus Claims Objection is
granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on
Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged"
(collectively, the "No Liability Borrower Claims") are disallowed and expunged with prejudice;
and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing
agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the
schedule attached as Exhibit A hereto so that such claims are no longer maintained on the
Debtors' claims register; and it is further

ORDERED that the following matter relating to the No Liability Borrower Claims shall
be adjourned to the omnibus hearing scheduled for January 30, 2014 at 10:00 a.m. (EST):

2

- Jamie L. Gindele (Claim Nos. 5422 and 5431)

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-First Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 (ECF Doc. # 141), the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on Exhibit A, annexed hereto, as if each such No Liability Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  December 19, 2013
        New York, New York

                                        /s/Martin Glenn
                                        MARTIN GLENN
                                        United States Bankruptcy Judge

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

                                    Case No: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al

                                    Chapter 11

                Debtors,       Jointly Administered

_____/

## **PROOF OF SERVICE**

     On this **29** day of May 2015, a Motion To Set Aside Order Dismissing Claim
along with Affidavit of No Service was mailed to the following persons or companies by First
Claim mail with proper postage affixed and property addressed to:

Counsel to the Debtors       Kramer, Levin, Naftalis & Frankel LLP
Larren M. Nashelsky       Counsel for the Official Committee of Unsecured Creditors
Gary S. Lee              1177 Avenue of the Americas
Lorenzo Mannuzzi       New York, New York    10036
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104


Office of the United States Trustee   Counsel to the Official Committee of Unsecured
Tracy Hope Davis            Creditors
201 Varick Street, Suite 1006     Kenneth H. Eckstein
New York New York  10004       Thomas Moers Mayer
                             Douglas H. Mannal
                             1177 Avenue of the Americas
                             New York, New York  10036

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, New York  10112

Ronald G. Kraft

Subscribed and sworn to
Before me a Notary Public on
This ____ day of May, 2015

Notary Public:
My Commission Expires:

TRACEY LEE
Notary Public, State of Michigan
County of Wayne
My Commission Expires 09-16-2019
Acting in the county of Oakland