**Hearing Date: July 30, 2015**
**Opposition Deadline: June 30, 2015**
**Reply Deadline: July 16, 2015**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                                                Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF DEFENDANTS' MOTION TO MODIFY ORDER APPOINTING MEDIATOR** |

**CERTIFICATE OF SERVICE**

I, Krista Anderson, hereby certify that this 12th day of June 2015, I caused a true and correct copy of the Notice of Defendants' Motion to Modify Order Appointing Mediator [Dkt. 8748] to be served by the Court's electronic filing system upon the Monthly Service List, and via First Class Mail upon the Special Service List.

/s/ Krista Anderson
Krista Anderson