## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re                            :        Chapter 11

                              :

RESIDENTIAL CAPITAL, LLC,    :        Case No. 12-12020 (MG)
et al..,[1]                     :

                              :

                   Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California.  I depose and say that on June 11, 2015, I caused true and correct copies of the following document(s) to be served via (i) via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **ORDER GRANTING THE RESCAP LIQUIDATING TRUST'S MOTION TO FURTHER EXTEND THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED (Docket No. 8742)**

Dated: June 12, 2015

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMAC Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates. Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 12 day of June, 20 15, by, Richie Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

**EXHIBIT A**
Pg 3 of 37

Aaron D Beernaert
3052 Katherine
Dearborn, MI 48124

ADAM I SKOLNIK ATT AT LAW
PO BOX 670583
CORAL SPRINGS, FL 33067

Aida Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

Alexander G. Smith, Chapter 7 Trustee for In re
Demetriou - Case No. 03 14-bk-840-PMG (Bankr.
MD. Fla., Jacksonville Divisio
Alexander G. Smith, Trustee. c/o Johnson Law
Firm, P.A.
100 N. Laura Street, Ste. 701
Jacksonville, FL 32202

Alexander G. Smith, Chapter 7 Trustee for In re
Demetriou - Case No. 03 14-bk-840-PMG (Bankr.
MD. Fla., Jacksonville Divisio
Alexander G. Smith, Trustee
2601 University Boulevard West
Jacksonville, FL 32217

Alexis Smith
566 S Ocean Avenue
Freeport, NJ 11520

Alvin E Scott
165 Grenville St.
Battle Creek, MI 49014

Alvin LaBostrie
855 W 125th Street
Los Angeles, CA 90044

ANDERSON, DARRYL
HARCUM AND SONS BUILDERS
150 MAYLAND ST
PHILADELPHIA, PA 19144

Annette Appelzoller
8132 Lowd Ave
El Paso, TX 79907

Anthony D. McDonald and Mary B.
McDonald/Mary B. McDonald, Individually, etc.
John R. Hightower, Jr. (Attorney for Creditor)
McIntyre, Panzarella, Thanasides, Bringgold &
Todd, P.L.
201 E. Kennedy Suite 1000
Tampa, FL 33602

Antonio Navarrete
3570 Manresa Drive
Madera, CA 93637

April M. Lowe
11 Negus Street
Webster, MA 01570

Arthea Walsh
Attorney Daniel C. Burns. Burns & Nguyen, LLC
154 Hemingway Avenue
East Haven, CT 06512

Arthea Walsh
9 North Moor Road
Milford, CT 06460

ASHLEY HOOKER VS GMAC MORTGAGE LLC
Deas and Deas LLC
353 N Green St PO Box 7282
Tupelo, MS 38802

Ashley L Thurman
1015 Alexander Myers Road
Florence, MS 39073

Atilla Durmaz and Cicek Durmaz
c/o Michael A. Gort. Meyer Law Firm
1070 E. Indiantown Road Ste. 312
Jupiter, FL 33477

AUBREY MANUEL vs GREENPOINT
MORTGAGE FUNDING INC GMAC
MORTGAGE LLC and ALL PERSONS
UNKNOWN
1036 W 46TH ST
LOS ANGELES, CA 90037

Audrey Mills
Robert W. Dietrich. Dietrich Law Firm
3815 W. Saint Joseph St., Suite B-400
Lansing, MI 48917

B. Scott Skillman, P.C.
JAMES T. SMITH V. HOMECOMINGS
FINANCIAL
318 S 5th Street
Terre Haute, IN 47807-4227

Bank of America NA Successor to Countrywide
Home Loans Servicing v Angela H Cutler v GMAC
Mortgage LLC and C and K Homes Inc
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218

Barry F. Mack and Cheryl M. Mack
David F. Garber, Esq.
2800 Davis Blvd
Naples, FL 34104

Barry F. Mack and Cheryl M. Mack
David F. Garber, Esq.
700 11th Street South , Suite 202
Naples, FL 34102

Bernard Ward and Colleen Halloran v GMAC
Mortgage LLC and DOES 1 20
Murphy Pearson Bradley and Feeney
88 Kearny St 10th Fl
San Francisco, CA 94108

BERT M EDWARDS ATT AT LAW
119 S 7TH ST FL 2
LOUISVILLE, KY 40202

Betty Harvey
PO Box 27
Apple Valley, CA 92307

Beverly A. Blake
210 C.L. Bradford St.
Pineville, LA 71360

Billy & Janet Spencer
c/o J Edwin McDonnell. SCLS
148 E Main St
Spartanburg, SC 29306

Billy Ray Carroll
2158 Grove Ct
Mobile, AL 36605

Brenden Cashmere
c o Belcher Swanson Law Firm
900 Dupont St
Bellingham, WA 98225

BRETT MASSIE AND BROWN OHAVER
1277 N LAYMAN ST
GILBERT, AZ 85233


BRETT MASSIE AND BROWN OHAVER
Brown OHaver
611 E McKellips Road
Mesa, AZ 85233

Brian H. Wilson
KENNETH DLIN VS GMAC MORTGAGE LLC
43 Bulldigger Court
Bailey, CO 80421


Brisbin Skiles
6700 Oakshore Dr. #104
Panama City, FL 32404

Candy Shively
Shore Line Realty & Associates, Inc
1407 Viscaya Pkwy # 2
Cape Coral, FL 33990


Cara Negri
210 Cedar St Apt 5
Newport Beach, CA 92663-1934

Carl Wiesener
4961 Murray Johnson Rd
Conway, SC 29526


Carla Jo Timm
Attn Loss Mitigation Department. Homecomings
Financial
3451 Hammond Avenue
Waterloo, IA 50702

Carla Jo Timm
228 N. Pine St.
Niangua, MO 65713

Carolyn E. Woodridge and Iris Woodridge
1235 Van Buren Street, N.W.
Washington, DC 20012

Charles Cartwright
652 N. Glenview St.
Mesa, AZ 85213

Charles Mark King
7852 Happy Hollow Road
Trussville, AL 35173

Charles T. Clark
7404 Mesa De Arena NW
Albuquerque, NM 87120-1516

CHEYNEKE L BALLARD AND
CLARK CONSTRUCTION
237 LEXINGTON ST
BIRMINGHAM, AL 35224

Christian Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

Christopher D. Goetter
1812 General Pershing St., Apt. E
New Orleans, LA 70115

Christopher J. Murphy / Quandalyn E. Murphy
12121 Patricia Avenue
Port Allen, LA 70767

Claudette St. Juste
86 Rainbow Circle
Brockton, MA 02301

Concepcion L. Morado
9350 W Adams St
Tolleson, AZ 85353-2813

Conrad P Burnett Jr.
612 McIntosh Drive
Linden, VA 22642

Corinne Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

Crystal Johnson
PO Box 15105
Washington, DC 20003-0105

Daniel ORourke and Tina ORourke
5760 Sunset Ave. NE
Bremerton, WA 98311

DANIELS, GEORGE M & DANIELS, LORI T
8218 FOLDENAUER DRIVE
HARTLAND, MI 48843

David Cruz Jr
4672 NW 57 Ave
Coral Springs, FL 33067

David F. Howard
5382 Murphy Rd
Pink Hill, NC 28572

DAWSON CAROL and TERRY CLARK V GMAC
MORTGAGE LLC ERRONEOUSLY NAMED AS
GMAC MORTGAGE GROUP INC
MANUFACTURERS and et al
Mountain State Justice Inc
1031 Quarrier St Ste 200
Charleston, WV 25301

Debbie Stickney
44 N 200 E
Springville, UT 84663

DEBORAH GIDLOW HYATT
25473 AVENIDA FRASCA
VALENCIA, CA 91355-2619

Diana Conley
1106 Bishop Ave
Hamilton, OH 45015

DIANE AND EVERETT BUTCHER AND
EVERETT BUTCHER JR
11130 NW 17TH CT
PEMBROKE PINES, FL 33026

Dianne H. Bowden
6752 Highway 309 S
Holly Springs, MS 38635-7333

Diliberto & Kirin, LLC
BROWN - SONSEEAHRAY BROWN V HOME
SOURCE LENDING, LLC, HOMECOMING
FINANCIAL, LLC, MONARCH TITLE, LLC,
GMAC MRTG LLC & AX ET AL
2435 Drusilla Lane, Suite D
Baton Rouge, LA 70809

Diliberto & Kirin, LLC
3636 S. I-10 Service Rd. W., Ste 210
Metairie, LA 70001

Donald McCullough
4317 South 300 West
Murray, UT 84107

Donald R Eaton
Hood & Lay, LLC
1117 22nd Street South, Ste. 101
Birmingham, AL 35205

Donna Kenerson
850 Windriver Drive
Skyesville, MD 21784

Donna M. Shiffer
39472 Mohawk Loop Road
Marcola, OR 97454

Early Case Resolution involving MARTIN JEORGE
A AND ROBERT ALICEA
Reade and Associates
1333 N Buffalo DriveSuite 210
Las Vegas, NV 89128

Edward D. Wortman and Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

EDWARD DELGADO JR
404 STONEHEDGE PLACE
SAN MARCOS, CA 92069

Edward Dierkes
610 Riverfront Drive
Sheboygan, WI 53081

Elaine Rotundi
48 Burnett Street
Melrose, MA 02176

Eldorado Canyon Properties, LLC
c/o Attorney Israel M. Sanchez, Jr. Sanchez &
Associates
90 Homestead Circle
Milford, NH 03055-4250

Emiabata, Philip
PHILIP EMIABATA AND SYLVIA EMIABATA
VS. HOMECOMINGS FINANCIAL (GMAC
MORTGAGE LLC)
508 Grosbeak Drive
Pflugerville, TX 78660

Emilio Perez
246 E Main Street
Pahokee, FL 33476

Erickson Thorpe & Swainstion Ltd Jean M. Gagnon
Longoni- Pamela D Longoni, Individually & as
Guardian AD Litem for Lacey Longoni, & Jean M
Gagnon, Vs GMAC MRTG, LLC, A ET AL
99 West Arroyo St, PO Box 3559
Reno, NV 89505

Erik L. Knutson
c/o Kovac and Jones, PLLC
2050 112th Ave NE Suite 230
Bellevue, WA 98004-2976

Erlinda Abibas Aniel, Fermin Solis Aniel, Marc
Jason Aniel
c/o Law Offices of Marc Jason Aniel
205 De Anza Blvd. #144
San Mateo, CA 94402

Erlinda Abibas Aniel, Fermin Solis Aniel, Marc
Jason Aniel
Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94402

Estate of Anthony L. Caputo Jr., Judith K. Caputo
as Aministratix of the Estate of Anthony L. Caputo,
Jr. and Judith K. Caput
Elliot B. Weiss & Associates
416 Pine St., Suite 203
Williamsport, PA 17701

Estate of Anthony L. Caputo Jr., Judith K. Caputo
as Aministratix of the Estate of Anthony L. Caputo,
Jr. and Judith K. Caput
Judith K. Caputo
234 Grampian Blvd
Williamsport, PA 17701

Esteban Losoya and Maria Monerva Losoya
1321 Brazos St.
Rosenberg, TX 77471

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

Felix O. Abu
P.O. Box 231171
Sacramento, CA 95823

Florence Anne & Michael P Barry
359 Ridge Road
Watchung, NJ 07069

Fred Colosimo and Harvey S. Lucas
Acct#0687690526
PO Box 371
Blowing Rock, NC 28605-0371

Frederic L. Edquid and Lesley H. Edquid Vs.
GMAC Mortgage Corporation
c/o John S. Odom, Jr. Jones & Odom, LLP
2124 Fairfield Avenue
Shreveport, LA 71104

Frederic L. Edquid and Lesley H. Edquid Vs.
GMAC Mortgage Corporation
Jones & Odom, LLP
PO Drawer 1320
Shreveport, LA 71164-1320

Frederick DeMary
6 Arrowhead Lane
Old Saybrook, CT 06475

G. Robert Beebe
157 High St
Acton, MA 01720-4217

Gale Gibbs
C/O Post Office Box 6741
Arlington, TX 76005-6741

Gary Trent Cynthia J Trent
2412 Country Club Lane
Kokomo, IN 46902

George L. Nantkes and Kathleen A. Nantkes
George & Kathleen Nantkes
687 Picacho Court
Oceanside, CA 92057

Gerard Wiener, for Himself and as Representative
of the Estate of Roland Wiener
Gerard Wiener. c/o David J. Brown, Attorney at
Law
1135 Ulloa Street
San Francisco, CA 94127

GLEN AND CAROL ROTH
416 SW 37TH LN
CAPE CORAL, FL 33914

GLEN AND CAROL ROTH
Marshall L. Cohen, Attorney
P.O. Box 60292
Fort Myers, FL 33906

GMAC Mortgage LLC v Gary Burden and Ayanna
Burden
Law Offices of Sheldon J Vann and Associates
841 Prudential Drive12th Fl
Jacksonville, FL 32207

Gmac Mortgage LLC v John C Grant III and Nancy
E Grant
ORourke and Associates LLC
27 Pine St
New Canaan, CT 06840

Grace Dunkley-Davis
253-07 149th Ave
Rosedale, NY 11422

Gregory J. Liban, Julie Liban
3558 Norwalk Pl
Fairfield, CA 94534

GUARDIANSHIP OF AMELIA GASTON
C O MR LESTER G KATES PA
2655 LEJEUNNE RD STE 804
CORLA GABLES, FL 33134

Gwendell L Philpot
PO Box 667
Attalla, AL 35954

Gwendolyn B Hawthorne
2377 Scott Oaks Trail SW
Marietta, GA 30008

HARRY W MILLER III ATT AT LAW
6918 SHALLOWFORD RD STE 100
CHATTANOOGA, TN 37421

HARU LINDSEY
6031 PASEO ALAMEDA
CARLSBAD, CA 92009

Hayward Goodson Jr.
c/o Syvillie L. Goodson
3521 Tara Dr
Florence, SC 29505

Heidi Zuber
1301 Virginia St
Alamo, CA 94507

Henry A. Gustaf Jr.
398 Springlake Blvd NW
Port Charlotte, FL 33952

Herchella Baynes
7901 S. Aragon Blvd. #5
Sunrise, FL 33322

Hermenegildo Firpi & Nelia Guzman (Jointly)
David Bierman. Esquire. Florida Advocates
45 East Sheridan Street
Dania, FL 33004

Hillarie Elkin
1118 N. Indiana Ave.
Kokomo, IN 46901

Hitoshi Inoue, Wakana Inoue
Thomas P. Kelly III, Esq.
50 Old Courthouse Square, Suite 609
Santa Rosa, CA 95404-4926

HOWZE, LEMAYS & JONES-HOWZE, ANGELA
Y
438 STARCREST CIR
ROCK HILL, SC 29730-5060

Howze, Lemays & Jones-Howze, Angela Y
2708 Barwick Ct
Rock Hill, SC 29730-6670

HUNT, TINA
HANDYMAN FLOORS
349 MEADOW GROVE
FLORENCE, AL 35633

INEZ COLLIER AND SHELIA LOUISON
10907 CASIMIR AVE
INGLEWOOD, CA 90303

Inmer E. Campos Carranza on Behalf of Himself
and on Behalf of All Others Similarly Situated
Leonard A. Bennett, Esq. Consumer Litigation
Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601

Izabella & Michal Swiderski
8118 Ranchito Ave
Panorama City, CA 91402

Jack & Doris Sherman
421 Sunnyside lane
Red Oak, TX 75154

Jacquelyn E. Wells
103 Magnolia Way
Pearl, MS 39208

Jacquelyn O. Wieland, TTE of Marshell O. Culton
Rev. Living Trust April 28, 2005
Wildish & Nialis
500 North State College Blvd., Suite 1200
Orange, CA 92868

James A Cecil Norma S Cecil and Bert M Edwards
vs GMAC Mortgage LLC vs James Delisle
LouisvilleJefferson County et al
Bert M Edwards Attorney at Law
119 S 7th St 200
Louisville, KY 40202

James Belcher and Willa Belcher Plaintiffs vs The
West Virginia Mortgage Store Oriska Insurance Co
Jack Skidmore et al
Mountain State Justice Inc
1031 Quarrier St Ste 200
Charleston, WV 25301

James Getzinger
2575 Peachtree Rd NE #15A
Atlanta, GA 30305

James Herman and Nancy Herman
3023 N Clark St.
Chicago, IL 60657

James Herman and Nancy Herman
James J Herman and Nancy A Herman
4700 North Hermitage Avenue
Chicago, IL 60640

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA 92264

JAMES PENNAZ
SANDRA J. PENNAZ
957 KAUKU PLACE
HONOLULU, HI 96825

Jeffrey & Mary Jane Powell
27420 Rolling Hills Drive
Maryville, MO 64468-7500

Jeffrey and Misty Keefer
Jennifer S. Wagner. Mountain State Justice, Inc.
1031 Quarrier St, Suite 200
Charleston, WV 25301

Jeffrey L. Collins & Laura L. Collins
2962 Jamaica Blvd S.
Lake Havasu, AZ 86406

Jeffrey S. Piper and Jacqueline Piper
2132 Galloway Ct
Cincinnati, OH 45240

Jerome and Frances Bonanno
Jerome Bonanno
36351 Appaloosa Ct
Clinton Township, MI 48035

Jerry Rateau
36 Bellevue Ave
Brockton, MA 02302-1721

Joanne Stanphill and John Stanphill
Kristin Crone, Esq
1490 Stone Point Dr., Ste 100
Roseville, CA 95661

Joelle Horan
9414 NW 72nd Court
Tamarac, FL 33321

John Douglas Bailey
6909 Trappingham Ter
Ft Worth, TX 76116-7957

John E. Satterwhite Jr
3219 Kenyon Ave
Richmond, VA 23224

John E. Satterwhite Jr
P.O. Box 24093
Richmond, VA 23224

John J Metkus III
9218 Edgeloch Dr
Spring, TX 77379

JOHNNY AND LINDA RHODA
JOHNNY AND LINDA RHODA
218 GRIGGS ST # A
CLINTON, AR 72031-7089

JOHNNY H MADDOX
165 IMOGENE STREET
PRATTVILLE, AL 36067

Joseph Douglas Van Meter
10415 Timberwood Circle
Louisville, KY 40223

Joseph L. & Maxine C. Dossett
c/o William M. Foster, PLLC. Attorney at Law - TN
BPR No. 1050
PO Box 4716
Chattanooga, TN 37405

Joseph L. & Maxine C. Dossett
William M. Foster, PLLC. Mountain Creek
Professional Center
901 Mountain Creek Road, Suite 201
Chattanooga, TN 37405

Jovany Munoz
585 East 16th Street Apt 6D
Brooklyn, NY 11226

Joyce C Canger
385 Hillside Ave
Allendale, NJ 07401

Joycelyn W. Unciano, pro se
COLEEN ETSUKO TOM & JOYCELYN WANDA
UNCIANO VS GMAC MRTG LLC DAVID B
ROSEN, ESQUIRE, KRISTINE WILSON,
INDIVIDUALLY & IN ET AL
91-590 Farrington Hwy 210-226
Kapolei, HI 96707

Juan Carlos Mendoza
1057 SW Janar Ave.
Port St. Lucie, FL 34953

Julie A. Humphries
11221 McCree Rd
Dallas, TX 75238

Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

Julio Pichardo
1201 E. Sudene Ave
Fullerton, CA 92831

Julio Pichardo
Severson & Werson
19100 Van Kannan Ave, Suite 700
Irvine, CA 92612

Justin Gordon
1 Wharf Drive
Groveland, MA 01334-1134

Karel Barel Ariel Barel Sui Juris Third Party
Interpleader and Third Party Plaintiffs v GMAC
Mortgage LLC Mortgage et al
114 WARBLER DR
WAYNE, NJ 07470

Karl Mayforth
1126 Luthy Circle, N.E.
Albuquerque, NM 87112

Kathryn Ross Bennett
11007 Galway Isles Court
Windermere, FL 34786

Kechia L. Island
1741 Malcom Street
Shreveport, LA 71108

Kenneth Ferrier and Michelle Ferrier
PO Box 390093
Keauhou, HI 96739

Kenneth J. and Marjorie Canty
2707 Hughes St.
Smyrna, GA 30080

Kenneth Reaves
P.O. Box 1163
Lithonia, GA 30058

Kenneth Reaves
The Law Office of K.A. Foreman, PC. K.A.
Foreman
PO Box 87290
College Park, GA 30337

Kenneth Taggart
45 Heron Road
Holland, PA 18966

Lantz Clifford Lantz vs Homecomings Financial
Eveland and Associates PLLC
8833 S Redwood RoadSuite C
West Jordan, UT 84088

Lantz Clifford Lantz vs Homecomings Financial
David E Hardy
5532 Lilehammer Ln Ste 100
Park City, UT 84098

Latif Matt & Roxanne Bonser
David Dunn Law Offices, PC
1248 Hamilton St
Allentown, PA 18102-4338

Laura J. McGuinn and William Wells
612 N.E. 18th Street
Oklahoma City, OK 73105

LAW OFFICE OF ALLAN O CATE
7710 BALBOA AVE STE 301
SAN DIEGO, CA 92111

LAW OFFICE OF GARY A LAFF
3345 WILSHIRE BLVD STE 911
LOS ANGELES, CA 90010

Law Office of Pete W. Whaley
GMAC Mortgage v. Dorothy Clancy, et al.
1300 N. Main Street
Williamstown, KY 41097

LAW OFFICES OF JONATHAN G STEIN
5050 LAGUNA BLVD STE 112 325
ELK GROVE, CA 95758

LAW OFFICES OF JONATHAN G STEIN
Louie Rodriguez
101 E. Santa Fe Crt.
Placentia, CA 92870

Law Offices of Mueller & Haller, LLC d/b/a The
Bankruptcy Center
Law Offices of Mueller & Haller, LLC
5312 West Main Street
Belleville, IL 62226

Law Offices of Sheldon J. Vann & Associates
GMAC Mortgage LLC v Gary Burden and Ayanna
Burden
841 Prudential Dr 12th Fl
Jacksonville, FL 32207

Letha M McAllister Debtor vs GMAC Mortgage
LLC an Indirect Wholly owned subsidiary of Ally
Financial Inc fka et al
Trotter and Maxfield
1701 Richland St
Columbia, SC 29201

Linda Elliott
9606 Cedardale Drive
Houston, TX 77055

Linda J Vines & Gregory J Vines
3510 Derby Shire Circle
Baltimore, MD 21244

LORA H BROWN AND
SMITH CONSTRUCTION COMPANY
121 HAMPTON COVE
MICHIGAN CITY, MS 38647

Lori E. Tammaro aka Lori E Pesce
Lori Tammaro
24 Pleasant St
Everett, MA 02149

Louis Phillips
2338 Asbury Sq
Atlanta, GA 30346-2429

Lynn C. Greene & James Cassidy
6526 Wauconda Dr.
Larkspur, CO 80118

Lynn Feldman as Chapter 7 Trustee of the Estate of
Imagemasters, Inc. et al.
Attn Steven M. Coren, Esq. c/o Kaufman, Coran &
Ress, P.C.
2001 Market St., Suite 3900
Philadelphia, PA 19103

Lynn Feldman as Chapter 7 Trustee of the Estate of
Imagemasters, Inc. et al.
Feldman Law Offices, P.C. Lynn Feldman, Esq.
221 N Cedar Crest Blvd.
Allentown, PA 18104

LYNN FRANKLIN AND BASEYS
ROOFING
1233 NW 104TH TERRACE
OKLAHOMA CITY, OK 73114

LYNN FRANKLIN AND BASEYS
Lynn Franklin
PO Box 13735
Oklahoma City, OK 73113

Lynn-Sheree Webb
1346 Taylor St NW
Washington, DC 20011

Manuel Panameno & Irma Panameno
14918 Biola Avenue
La Mirada, CA 90638

Maria Aljaksina
2971 Wagonwheel
Troy, MI 48085

Maria M. & Elda Thompson
137 Ellery Avenue
Newark, NJ 07106-3501

Maria M. & Elda Thompson
Maria M Thompson & Elda M Thompson
29 General Lane
Willingboro, NJ 08046

MARIE J. DIMITRIJEVIC
7629 HERRITAGE DR APT 2
LANSING, MI 48917-5817

Mario Montoya
38803 Carolside Ave
Palmdale, CA 93550

MARK LORENZEN AND DENNIEC LOREZEN
JOEY D. SCHMIDT. CENTRAL LAW OFFICE PC
PO BOX 720633
NORMAN, OK 73070

Mark R Fitzgerald
5761 W Kesler St
Chandler, AZ 85226

Marsha Muwwakkil
6314 Homeview Dr.
Houston, TX 77049

Martha R & David J Petty
8864 SE Jardin Street
Hobe Sound, FL 33455

Mary Perkins White
Law Offices of Christopher E Green
601 Union St Ste 4285
Seattle, WA 98101

Mary Perkins White
PO Box 489
Gig Harbor, WA 98335

Mary R. Biancavilla
341 Oak Dr.
New Cumberland, PA 17070

Matthew C & Mary M Anderson
1569 Gamon Rd
Wheaton, IL 60189

Matthew Kirlewski
KIRKLEWSKI, MATTHEW
2815 N Hartung
Milwaukee, WI 53210

Mattie L. Calhoun
PO  Box 9001719
Louisville, KY 40290-1719

Mattie L. Calhoun
37195 McKinney Ave Apt 116
Westland, MI 48185-1180

Melinda Hopkins individually and executrix of the
estate of Lyndol a Curry and Harry Hopkins vs
GMAC MortgageLLC Title et al
Mountain State Justice Inc
1031 Quarrier St Ste 200
Charleston, WV 25301

Melissa Walker
2216 N. Locust Avenue
Compton, CA 90221

Meta Turner
Troy and Meta Turner. c/o Kristin Crone, Esq.
9075 Foothills Blvd., Suite 6
Roseville, CA 95747

Michael Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

Michael Davalos
G. Harris Warner, Jr. Esq. Warner & Renick PLC
PO Box 21584
Roanoke, VA 24018

Michael Davalos
Warner & Renick, PLC. Thomas D. Domonoske
461 Lee Avenue
Harrisonburg, VA 22802

MICHAEL E BOYD v GMAC MORTGAGE LLC
MERS INC
5439 SOQUEL DR
SOQUEL, CA 95073

Michael G. Weiss
1085 90th St. NE.
Monticello, MN 55362

Michael J. Clavin
1 Carlson Terrace
Fishkill, NY 12524

Michael J. Ethier
2060 Walden Ct
Flint, MI 48532

MICHAEL KARMAZYN AND KRISTIN
KARMAZYN AND CO INC
5262 S MALTA WAY
CENTENNIAL, CO 80015-6013

Michael or Darcie Lampman
3314 Monticello Ave
Waterloo, IA 50701

Mohammed K. Ghods & Heidi M. Ghods
2100 North Broadway
Santa Ana, CA 92705

Molly Jane Essama
2121 Coronado Parkway North, Unit B
Denver, Co 80229

Monifa Jamila Ajanaku
Monifa J. Ajanaku
1020 Rayner St
Memphis, TN 38114

MORROW, RENAE
RULETS CONSTRUCTION INC
113 OAK RIDGE AVE
HILLSIDE, IL 60162

Mr. Larry Sipes
(GMAC Mortgage Tracking # 155093)
413 30-1/4 Rd.
Grand Junction, CO 81504

Mr. Larry Sipes
Sender & Wasserman, P.C. Harvey Sender, Esq.,
Regina M. Ries, Esq.
1660 Lincoln St., Suite 2200
Denver, CO 80264

Ms. Leslie D. Watley
22 Conhurst Drive
North Haven, CT 06473

Ms. Leslie D. Watley
Jerome N. Frank Legal Services Organization. J.L.
Pottenger, Jr.
P.O. Box 209090
New Haven, CT 06520-9090

Natalie Bradford
1568 W 100th Place
Chicago, IL 60643-2104

Nathan N. Russell
35295 Leon
Livonia, MI 48150

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus. LSI Title Company/Agency Sales
& Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS World Saving Bank Successo
Fremont Investment & Loan APN
Patrick De Jesus. LSI Title Company/Agency Sales
& Posting
541 Banyan Circle
Walnut Creek, CA 94597

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
Patrick De Jesus. n/c Robert Eberwein. LSI Title
Company / Agency Sales & Posting
3109 King A,B,C,D, A-201-202
Berkeley, CA 94703

NDEX West LLC TS XXXXXXXXXX1737 Fremont
Investment & Loan APN 134-421-026-3
NDEX West LLC TS 20100015011737 Fremont
Investment & Loan APN 134-421-026-3. Patrick De
Jesus. LSI Title Company / Agency Sales & Posting
857 Athens Units 1,2,3
Oakland, CA 94607

Neaton, Karen & Neaton, Richard
GMAC MRTG, LLC VS KAREN NEATON,
RICHARD NEATON, MRTG ELECTRONIC
REGISTRATION SYS INC, SOLEY AS NOMINEE
FOR GMAC MRTG CO ET AL
3071 Rivershore Lane
Port Charlotte, FL 33953

Neil C. Gordon, Chapter 7 Trustee for the Estate of
Derrick L. Patterson
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

Nelli A. Kasparova
13230 10th Ave S
Burien, WA 98168

Nestor Fantone & Bernadette Fantone
1870 San Benito Way
Coalinga, CA 93210

NGUYEN, DIEM TRANG
DIEM T NGUYEN VS NATIONSTAR MORTAGE
LLC FANNIE MAE QUALITY LOAN SVCS INC
SUMMERGREEN HOMEOWNERS ASSOC
HUNTINGTON WE ET AL
PO BOX 12139
WESTMINSTER, CA 92685

Nikki C. Johnson
2045 Esquire Lane
Racine, WI 53406

Otis L. Collier, Jr.
3201 Milburn Street
Houston, TX 77021-1128

Pat Valdez and Rebecca Jenkins Valdez
P.O. Box 53125
Albuquerque, NM 87153

Patricia J. McNerney
Susan Marie Gray, Attorney at Law
22255 Center Ridge Road, Suite 201
Rocky River, OH 44116

**PATSY HARVEY**
**25 LINDA VISTA**
**ORINDA, CA 94563**

**Paul E. Good Jr.**
**485 Morse Court**
**Dixon, CA 95620**

**PAUL G POWER**
**KATHLEEN M POWER**
**12 REDSPIRE DRIVE**
**UNION, NJ 07083**

**Paul Giard**
**3 Main Road**
**Colrain, MA 01340**

**Paul Homer & Melinda Carpenter**
**c/o Natale & Wollinetz**
**116 Oak St**
**Glastonbury, CT 06033-2300**

**Pauline & Charles Isidienu**
**311 Capewood Dr.**
**League City, TX 77573**

**Peter H. Jennings**
**8200 SW 11 Ct**
**North Lauderdale, FL 33068**

**PETER TESORO**
**2337 ROSEDALE CURVE**
**UPLAND, CA 91784**

**Phenon Walker**
**Edgewater Trust**
**13880 Edgewater Drive**
**Lakewood, OH 44107**

**Philip H. Noser**
**6014 Kensington Way**
**Imperial, MO 63052**

**PHILLIP D SPEARS VS GMAC MORTGAGE LLC**
**8107 RUSTIC TER**
**SAN ANTONIO, TX 78249-3962**

**PHILLIP D SPEARS VS GMAC MORTGAGE LLC**
**Phillip Spears c/o Anthony Benedetto**
**4115 Medical Drive #410**
**San Antonio, TX 78229**

**Preston Baker And Madelyn Soto**
**4325 215th Pl Apt 2**
**Bayside, NY 11361-2960**

**Preston Baker And Madelyn Soto**
**Preston G. Baker**
**43-25 215 Pl. 2nd Fl**
**Bayside, NY 11361-2960**

**Rachida Maz**
**141 Warren St.**
**Revere, MA 02150**

**Randall Eugene Frady**
**9712 Bragg Rd**
**Fort Worth, TX 76177**

**Randall Eugene Frady**
**Bob Leonard Law Group**
**101 Summit Group, Suite 300**
**Forth Worth, TX 76102**

**Randall J. Perry**
**44 Union Avenue**
**Rutherford, NJ 07070**

**Randall J. Perry**
**PO Box 108**
**Rutherford, NJ 07070**

**Randall J. Perry**
**Kenneth Rosellini, Esq.**
**636 Van Houten Ave #A**
**Clifton, NJ 07013-2126**

RAOUL SMYTH
11 ENSUENO EAST
IRVINE, CA 92620

Raymond JP Boisselle Jr and Doreen C Boisselle
PO Box 43
Tilton, NH 03276

Rebecca K. Stewart
18307 Powhatan Court
Gaithersburg, MD 20877

Rene Evans & Joanne
10941 Wingate Rd
Jacksonville, FL 32218

Renee Caciopoli
Law Offices of Lawrence S Dressler
516 Ellsworth Ave
New Haven, CT 06511

Rhonda Gosselin
c/o Laird J. Heal, Esq
120 Chandler Street, Suite 2 R
Worcester, MA 01609

Richard A. & Carrie E. Sobleskey
703 E. Shaw
Charlotte, MI 48813

Richard D Rode
2301 W Lawther Drive
Deer Park, TX 77536

RICHARD F INGRAM
4747 S WOODLAWN
CHICAGO, IL 60615

RICHARD F INGRAM AND
JR KENT CONSTRUCTION CO
6521 S WOODLAWN AVE
CHICAGO, IL 60637

Richard G. Kaschak
P.O. Box 6031
Pine Mt. Club, CA 93222

Robert Earl Smith
840 Daniel Moss Road
Coahoma, MS 38617

Robert H and Lynda A. Ferguson
N85 W14931 Mac Arthur Drive
Menomonee Falls, WI 53051

Robert J Ottoway
4210 West Lupine Ave
Phoenix, AZ 85029

Robert Kanagaki and  Patricia Young
Kristin Crone, Esq
1490 Stone Point Dr., Ste 100
Roseville, CA 95661

Robert Kenneth Harris
909 Patton St
Westwego, LA 70094

ROGER A. OLSEN
DONNA R. OLSEN
2909 DUNCAN DRIVE
MISSOULA, MT 59802

Ron & Sharon Angle
Box A
Portland, PA 18351

Ronald & Gail Matheson
22424 Poplar Ct
Murrieta, CA 92562

Ronald Jerome Cordonnier
4400 Shandwick Drive, Apt 123
Antelope, CA 95843-5711

Ryan Ramey
Ryan Ramey or Ava Ramey (Agent)
P.O. Box 1000
Otisville, NY 10963

Sandra LaBostrie
855 W 125th Street
Los Angeles, CA 90044

Sarah Joy Patrick
3618 Dunlap Fields
Converse, TX 78109

Savannah Dobbins
638 1/2 S Libety
Alliance, OH 44601

Scott James Leonhardt
824 N. Market Street, Suite 810
Wilmington, DE 19805

Scott James Leonhardt
Scott J. Leonhardt
2111 Fairfield Place
Wilmington, DE 19805

Sharen Mumtaaj
8811 Glenwood Drive
Brooklyn, NY 11236

SHARPE MAURICE V GMAC MORTGAGE
SSAFE MORTGAGE FIDELITY NATIONAL
TITLE AGENCY OF NEVADA ET AL
David J Winterton and Associates LTD
1140 No Town Center Drive Suite 120
Las Vegas, NV 89144

SHEILA LA RUE AND CAL STATE
ROOFING
10683 ALTA SIERRA DR
GRASS VALLEY, CA 95949-6847

SHELLEY VON BRINCKEN
P.O. Box 2362
GRASS VALLEY, CA 95945

Sherry S Tyson
123 Shady Glen Lane
Albany, GA 31721

Shirley S. Washington
2312 Old Military Rd
Mobile, AL 36605-3316

Sigmund Zygelman
William D. Koehler, Esq. Law Offices of William D.
Koehler
12522 Moorpark Street, Suite 103
Studio City, CA 91604

Simon Hadley
175 W. Falls Street
Seneca Falls, NY 13148

Sonia Visajel aka Sonia Medina
320 Lincoln Ave
Saugus, MA 01906

Sonia Visajel aka Sonia Medina
GREATER BOSTON LEGAL SERVICES.
QUINTEN STEENHUIS, ESQ
197 FRIEND ST
BOSTON, MA 02114

STADDARD, SANDRA
SANDRA R. STADDARD VS. GMAC
MORTGAGE LLC
4209 40TH CT N
BIRMINGHAM, AL 35217-4120

STADDARD, SANDRA
Sandra R. Staddard
P.O. Box 170211
Birmingham, AL 35217

Steven and Rhonda McVay
PO Box 1254
Hot Springs, AR 71901

Steven and Rhonda McVay
1311 Central Ave
Hot Springs, AR 71901

Steven Hula
35 Fontaine Dr
Clarksville, AR 72830

Steven T. Biermann and Tracy Watson Biermann
Justin M. Smith, Esq. J.M. Smith Co., LPA
24400 Highpoint Road, Suite 7
Beachwood, OH 44122

Susan Marie Gray, Attorney at Law
22255 Center Ridge Road, Suite 201
Rocky River, OH 44116

Susan Rotondi
48 Burnett Street
Melrose, MA 02176

Suzie C Baker and Michael J Baker
5142 N Territorial Road
Dexter, MI 48130

Sylvia D Strupp vs Pioneer Title Company of ADA
County an Idaho corporation dba Pioneer Lender
Trustee Services et al
AHERIN RICE and ANEGON
1212 IDAHO STPO DRAWER 698
LEWISTON, ID 83501-0698

Tamera K Bunch
19 Whispering Oaks Drive
Staunton, VA 24401

Tammy L. Wortman
7 Ramsgate
Collinsville, IL 62234-4869

Tammy M. & Clark D. Falloon
731 Patrick Rd.
Springfield, OH 45503

Tanjula Drumgole
PO Box 485
Sun City, CA 92586

Terrance P. Gorman and Karen Gorman
2812 Browning Drive
Plano, TX 75093

Terrie L. Hedrick, formerly Terrie L. Huffman
Rt 1 Box 210B-1
Belington, WV 26250-9763

THE BANK OF NEW YORK MELLON TRUST
COMPANY NA FKA THE BANK OF NEW YORK
TRUST COMPANY NA AS SUCCESSOR TO
JPMORGAN et al
ELEANOR FELLOWS
2717 S GOFF ST
MECCA, IN 47860

Thomas A. Ensley and Marion D. Ensley
PO Box 43563
Cleveland, OH 44143

Thomas D Gammino v Mortgage Electronic
Registration Systems Alias GMAC Mortgage LLC
and Rali 2005QA7 Alias
JOHN B ENNIS ATTORNEY AT LAW
1200 RESERVOIR AVE
CRANSTON, RI 02920

Thomas G. Cooper and Catherine D. Cooper
P.O. Box 3671
Concord, NH 03302-3671

Thomas H. Martin and Catherine D. Martin
Thomas H. Martin
92 Moraine St.
Jamaica Plain, MA 02130-4330

Thomas J Butler
1042 Banbury Court
Napa, CA 94559

Thomas Manning
PO Box 7212
Portland, ME 04112

Thomas S. Lee
1214 Devonshire Dr
Sumter, SC 29154

Tia Smith
4011 Hubert Avenue
Los Angeles, CA 90008

Todd Silber vs GMAC Mortgage LLC
73 Farnham Rd
South Windsor, CT 06074

US Bank Association as Trustee for RAMP v Jeffrey
Alperin and JoAnn Alperin et al
Howard Rabin, P.C.
112 New South Road
Hicksville, NY 11801

VALENCIA B JOHNSON AND
1610 MARTIN AVE
BIRMINGHAM, AL 35208

Virginia Bragg and Gregory Bragg v Decision One
Mortgage Company LLC GMAC Mortgage LLC
The WV Mortgage Store Corp et al
MOUNTAIN STATE JUSTICE INC
1031 Quarrier St Ste 200
Charleston, WV 25301

Wayne Davenport Re 2101 Palm Canyon Court
c/o Mark L. Jackson, Esq. Vannah and Vannah
400 S 4th St 6th Fl
Las Vegas, NV 89101

Wayne Davenport Re 7637 Sierra Pasco Lane
c/o Mark L. Jackson, Esq. Vannah and Vannah
400 S 4th St 6th Floor
Las Vegas, NV 89101

Wendell & Mary Bricker
305 Whippoorwill Road
Seymour, MO 65746-9043

William & Janet Gibson
1619 Rio Vista Dr.
Dallas, TX 75208

William A. Corbell & Shirley A. Corbell
26060 Acero, Ste. 115
Mission Viejo, CA 92691

William H. Harris and Carolyn E. Harris
2090 Ridgedale Rd NE
Atlanta, GA 30317

William J Futrell
8391 N 550 W
Bryant, IN 47326

William J Futrell
Thomas Margolis
125 E Charles St # 214
Muncie, IN 47305-2478

William M. Velotas and Barbara M. Velotas
5803 Boyce Springs
Houston, TX 77066

William Mask
PO Box 29735
Oakland, CA 94604

William Popp
15139 Savanah Ave
Hudson, FL 34667-3876

William R Millard and Jamie M Millard
4492 S. Xeric Way
Denver, CO 80237

WIRTH, GLORIA
1302 N MCKEMY AVE
CHANDLER, AZ 85226-1152

WOJCIK, DORI
20 LAKE AVE
BARRINGTON, RI 02806

ZAYTOON ZEEBA PAKSIMA VS GMAC
MORTGAGE LLC FKA GMAC MORTGAGE
CORPORATION
CHRISTIAN SMITH AND JEWELL LLP
2302 FANNIN STE 500
HOUSTON, TX 77002

**ZIMMERMAN KISER AND SUTCLIFFE PA**
**PO BOX 3000**
**ORLANDO, FL 32802**