Exhibit 3

|  | At an I.A.S. Trial Term, Part ___ of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 16 day of april 20 15 |
|---|---|

P R E S E N T :
Hon. M. SOLOMON
                                    Justice

---

LUCIENNE LOMBARD
                                    Plaintiff(s)

- against -

FY reOOB, et. Al.
                                    Defendant(s)

Cal. No. 54
Index No. 36106/05

---

| The following papers numbered 1 to ___ read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | 1 |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| _____ Affidavit (Affirmation) | 2 3 4 |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Defendant, HSBC Bank's motion to vacate the stay is denied; ~~HSB to make said motion before the bankruptcy court~~ without prejudice to renew upon ~~seeking~~ obtaining an Order of the bankruptcy court regarding the relief requested herein.

For Clerks use only
MG___
MD___
Motion Seq. #

                                    ENTER
                                    /s/ [signature]
                                    J.S.C.

EJV-rev 11-04

Justice Martin M. Solomon