STATE OF NEW YORK    )
COUNTY OF SUFFOLK    )

    Dena M. Nordt being duly sworn, deposes and says deponent is not a party to the action, is over 18 years of age and resides at Holbrook, New York. On June 15, 2015 deponent served the within NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY upon:

The attached Service list

the address designated by said attorney(s) for the purpose, by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DENA M. NORDT

Sworn to before me the
15th day of June, 2015.

_____
Notary Public

DIANE G. HOLLAND
Notary Public, State of New York
No. 02-4810417
Qualified in Suffolk County
Commission Expires, May 31, 20__

TO:   Cyril K. Bedford, Esq.
      BEDFORD MANTIA, LLP
      Attorneys for Lucienne Lombard
      110 East 40th St., Suite 3307
      New York, NY 10016

      Anna M. Hershenberg, Esq.
      Herrick Feinstein, LLP
      Attorneys for Chicago Title Insurance Company
      and Decision 200 Real Estate Services, Inc.
      2 Park Avenue
      New York, NY 10016

      Jessica C. Serrano, Esq.
      Furman Kornfeld & Brennan
      Attorneys for Benjamin Jacob Turner
      61 Broadway, 26th Fl.
      New York, NY 10006

      Matthew R. Jaeger, Esq.
      L'Abbate Balkin Colavita & Contini, LLP
      Attorneys for Atara Hirsch-Twersky
      1001 Franklin Avenue, 3rd Fl.
      Garden City, NY 11530

      Linda S. Charet, Esq.
      Federal Deposit Insurance Corporation
      New York Legal Services Office
      Attorneys for Federal Deposit Insurance Corporation,
      receiver for First National Bank of Nevada
      350 Fifth Avenue, Suite 1200
      New York, NY 10118

      Allan I. Young, Esq.
      Porzio Bromberg and Newman, P.C.
      Attorneys for First National Bank of Nevada
      156 West 56th Street
      New York, NY 10019

      Schuyler B. Kraus, Esq.
      Hinshaw & Culbertson, LLP
      Attorneys for Defendant
      Residential Funding Corporation
      800 Third Avenue, 13th Fl.
      New York, NY 10022

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Fl.
New York, NY 10004
Attn:  Tracy Hope Davis, Esq., tracy.davis2@usdoj.gov
       Brian Matsumoto, Esq., brian.matsumoto@usdoj.gov
       Linda Riffkin, Esq., linda.riffkin@usdoj.gov

United State Department of Justice
Loretta Lynch, Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530
askdoj@usdoj.com

New York State Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Attn:  Nancy Lord, Esq., nancy.lord@oag.state.ny.us
       Enid Stuart, Esq., enid.stuart@oag.state.ny.us

United State Attorney for the Southern District of New York
Civil Division
86 Chambers St., 3rd Fl.
New York, NY 10007
Attn:  Joseph Cordaro, Esq., joseph.cordaro@usdoj.gov
       Cristine Irvin Phllips, Esq., cristine.phillips@usdoj.gov

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn:  Tammy Hamzehpour, tammy.hamzehpour@rescapestate.com

Morrison & Foerster LLP
*Attorneys for Debtor*
1290 Avenue of the Americas
New York, NY
Attn:  Larren M. Nashelsky, Esq., lnashelsky@mofo.com
       Gary S. Lee, Esq., glee@mofo.com
       Lorenzo Marinuzzi, Esq., lmarinuzzi@mofo.com
       Kayvan B. Sadeghi, Esq., ksadeghi@mofo.com
       James A. Newton, Esq., jnewton@mofo.com

Citibank, N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn:  Bobbie Theivakurnaran, bobbie.theivakurnaran@citi.com

Kramer Levin Naftalis & Frankel LLP
*Attorneys for Unsecured Creditors' Committee*
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein, Esq., keckstein@kramerlevin.com
        Thomas Moers Mayer, Esq., tmayer@kramerlevin.com
        Douglas H. Mannal, Esq., dmannal@kramerlevin.com
        Jeffrey Trachtman, Esq., jtrachtman@kramerlevin.com

Kirkland & Ellis
*Attorneys for Ally Financial Inc.*
601 Lexington Avenue
New York, NY 10022
Attn:   Richard Cieri, Esq., richard.cieri@kirkland.com
        Stephen E. Hessler, Esq., stephen.hessler@kirkland.com
        William B. Solomon, william.b.solomon@ally.com
        Timothy Devine, timothy.devine@ally.com
        Justin Bernbrock, justin.bernbrock@kirkland.com
        projectrodeo@kirkland.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street, 4W
New York, NY 10286

Kelley Drye & Warren LLP
*Attorneys for U.S. Bank, N.A.*
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr, Esq. and Eric R. Wilson, Esq.
        kdwbankruptcydepartment@kelleydrye.com

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Centralized Insolvency Operations
2970 Market St.
Philadelphia, PA 19101

Internal Revenue Service - Insolvency Section
31 Hipkins Plaza, Room 1150
Baltimore, MD 21201

Securities and Exchange Commission - NY Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
Attn:   George S. Canellos, Regional Director,
 secbankruptcy@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov

Securities and Exchange Commission - Secretary of the Treasury
100 F St. NE
Washington, DC 20549
secbankruptcy@sec.gov

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245
Attn: P. Joe Morrow, rescapinfo@kcclc.com

Wells Fargo Bank, N.A.
PO Box 98
Columbia, MD 21046
Attn: Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust

Weil, Gotschal & Manges LLP
Attorneys for Ally Financial Inc & Ally Bank
767 Fifth Avenue
New York, NY 10153
Attn: Ray Schrock, ray.schrock@weil.com

Clifford Chance US LLP
Attorneys for Ocwen Loan Servicing, LLC
31 West 52nd Street
New York, NY 10019
Attn: Jennifer C. DeMarco, jennifer.demarco@cliffordchance.com
       Adam Lesman, adam.lesman@cliffordchance.com

Loeb & Loeb LLP
Attorneys for Wilmington Trust NA, as Indenture Trustee
345 Park Avenue
New York, NY 10154
Attn Walter H. Curchack, wcurchack@loeb.com
       Vadim J. Rubinstein, vrubinstein@loeb.com
       Debra W. Minoff

Cleary Gottlieb Steen & Hamilton LLP
Special Counsel to Wilmington Trust NA,
as Indenture Trustee for Various Series of Unsecured Notes
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, soneal@cgsh.com
      Thomas J. Moloney, tmoloney@cgsh.com, maofiling@cgsh.com