**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Spencer A. Tew, Esq., to be admitted, *pro hac vice*, to represent Claimant, Law Offices of David J. Stern, P.A., in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the State of Florida, and admitted to practice in the Eleventh Circuit Court of Appeal and the United States District Courts for the Northern, Middle and Southern Districts of Florida, it is hereby:

**ORDERED**, that Spencer A. Tew, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Claimant, Law Offices of David J. Stern, P.A., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ ____, 2015
       New York, New York

 

_____
United States Bankruptcy Judge