# **Exhibit C**

| | |
|---|---|
| **From:** | Goren, Todd M. |
| **To:** | Rothchild, Meryl L. |
| **Subject:** | FW: Additional Ocwen Claim Questions |
| **Date:** | Thursday, May 22, 2014 10:29:25 AM |

One more email for your files.

---

**From:** Tammy Hamzehpour [mailto:Tammy.Hamzehpour@rescapestate.com]
**Sent:** Wednesday, May 21, 2014 11:42 AM
**To:** Ziegenfuse, Bryan
**Cc:** Scoliard, Jennifer; Goren, Todd M.
**Subject:** Additional Ocwen Claim Questions

Bryan,

As discussed this morning and in the interest of getting started on some of the other claims put forward by Ocwen, please provide background summaries\supporting documents for the following:

--Montgomery County Litigation – what breach of APA obligation of Sellers is being alleged by Ocwen here?
--Kasork.com service fees – what breach of APA obligation is being alleged?
--NJ NOI order to show cause – when was the order entered?
--Secure Axcess claim – provide any color your IT team has in respect of the technology in question, how long it was used past the closing date, etc.
--REO code violations – what breach of APA obligation is being alleged?
--People of CA v. DB National Trust Co – when was settlement agreed and by whom?  Has Ocwen been required to indemnify DB?  If so, has Ocwen sought reimbursement from the relevant trusts?
--Trustee Reimbursement Claim – please provide some specifics as to this matter.  No description is given in the Admin Claim and the alleged amount is $1,924,331.98
--King v. Bank of NY Mellon – please provide specifics of this matter
--Servicing Advances – please provide the underlying loan-level detail for this claim and on what specific basis Ocwen alleges a breach of Section 4.9 of the APA
--SAS claims –what breach of APA obligation is being alleged here?

Please note that my failure to ask a question about a particular claim does not mean ResCap believes that claim to have any validity under the documents.

Best,
Tammy

***Please Note My New Telephone, Fax and E-mail Information***
**Tammy Hamzehpour**
*Chief Business Officer*
*8400 Normandale Lake Blvd., Suite 175*
*Minneapolis, MN  55437*
T + 952-594-6066| M + 952 270 8470 | F + 724-288-9864
tammy.hamzehpour@rescapestate.com
R es C ap
Liquidating Trust
*******************************************************************************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO

RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@rescapestate.com AND DELETE THE MESSAGE.
****************************************************************************************************

***Internet E-mail Confidentiality Footer***

The information contained in this message is intended only for the confidential
use of the persons or entities to whom it is addressed.  This message, together
with any attachments, is proprietary and confidential, may contain inside
information, and may be subject to the attorney-client privilege and/or the
attorney work product doctrine.  If the reader of this message is not one of the
addressees set forth above: (a) the reader has received this message in error
 and
is directed to destroy this message, together with any attachments, and (b) any
review, dissemination, use or distribution of this message or any attachments
 is
prohibited.