# **Exhibit D**

| | |
|---|---|
| **From:** | Tammy Hamzehpour |
| **To:** | Goren, Todd M.; Jill Horner; Deanna Horst; Lauren Delehey |
| **Cc:** | Rothchild, Meryl L. |
| **Subject:** | RE: Additional Ocwen Claim Questions |
| **Date:** | Thursday, June 12, 2014 3:51:44 PM |

No, just a note last week from Jennifer Scoliard that they were pulling together information and would get back to us.

**From:** Goren, Todd M. [mailto:TGoren@mofo.com]
**Sent:** Thursday, June 12, 2014 2:16 PM
**To:** Tammy Hamzehpour; Jill Horner; Deanna Horst; Lauren Delehey
**Cc:** Rothchild, Meryl L.
**Subject:** RE: Additional Ocwen Claim Questions

Any update on answers to these questions?

**From:** Tammy Hamzehpour [mailto:Tammy.Hamzehpour@rescapestate.com]
**Sent:** Wednesday, June 04, 2014 1:57 PM
**To:** Jill Horner; Deanna Horst; Lauren Delehey; Goren, Todd M.
**Subject:** FW: Additional Ocwen Claim Questions

fyi

**From:** Scoliard, Jennifer [mailto:jennifer.scoliard@ocwen.com]
**Sent:** Wednesday, June 04, 2014 12:19 PM
**To:** Tammy Hamzehpour
**Subject:** RE: Additional Ocwen Claim Questions

Tammy:

I just wanted to let you know that I am putting together the responses to your non-RM SOW questions below. I was out of the office from May 21st to May 28th, so I am playing catch-up, but I have not forgotten about you.

Jennifer

Jennifer L. Scoliard| V.P., Assistant General Counsel
**Ocwen Financial Corporation**
Mail Code: 190-FTW-L95
1100 Virginia Drive| Fort Washington, PA 19034
P: (215)734-7547| C:  (267) 273-5065| F: (866) 851-2739
jennifer.scoliard@ocwen.com      **\*\*Please note change of email address*

This E-mail message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law. Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege or exemption. If you are not the intended recipient, please immediately notify the sender by reply E-mail and permanently delete this message from your system without reproducing or disclosing it to any third party. While Ocwen Financial Corporation and its subsidiaries take reasonable precautions to prevent transmission of software viruses, we cannot guarantee the same and we therefore disclaim liability for any damage sustained by you or any third party as a result thereof.

**From:** Tammy Hamzehpour [mailto:Tammy.Hamzehpour@rescapestate.com]
**Sent:** Wednesday, May 21, 2014 11:42
**To:** Ziegenfuse, Bryan
**Cc:** Scoliard, Jennifer; Goren, Todd M.
**Subject:** Additional Ocwen Claim Questions

Bryan,

As discussed this morning and in the interest of getting started on some of the other claims put forward by Ocwen, please provide background summaries\supporting documents for the following:

--Montgomery County Litigation – what breach of APA obligation of Sellers is being alleged by Ocwen here?
--Kasork.com service fees – what breach of APA obligation is being alleged?
--NJ NOI order to show cause – when was the order entered?
--Secure Axcess claim – provide any color your IT team has in respect of the technology in question, how long it was used past the closing date, etc.
--REO code violations – what breach of APA obligation is being alleged?
--People of CA v. DB National Trust Co – when was settlement agreed and by whom?  Has Ocwen been required to indemnify DB?  If so, has Ocwen sought reimbursement from the relevant trusts?
--Trustee Reimbursement Claim – please provide some specifics as to this matter.  No description is given in the Admin Claim and the alleged amount is $1,924,331.98
--King v. Bank of NY Mellon – please provide specifics of this matter
--Servicing Advances – please provide the underlying loan-level detail for this claim and on what specific basis Ocwen alleges a breach of Section 4.9 of the APA
--SAS claims –what breach of APA obligation is being alleged here?

Please note that my failure to ask a question about a particular claim does not mean ResCap believes that claim to have any validity under the documents.

Best,
Tammy

**Please Note My New Telephone, Fax and E-mail Information**
**Tammy Hamzehpour**
*Chief Business Officer*
*8400 Normandale Lake Blvd., Suite 175*
*Minneapolis, MN  55437*
T + 952-594-6066| M + 952 270 8470 | F + 724-288-9864
tammy.hamzehpour@rescapestate.com

R ES C AP
L IQUIDATING  T RUST

***************************************************************************************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@rescapestate.com AND DELETE THE MESSAGE.
***************************************************************************************************************


***Internet E-mail Confidentiality Footer***

The information contained in this message is intended only for the confidential
use of the persons or entities to whom it is addressed.  This message, together
with any attachments, is proprietary and confidential, may contain inside
information, and may be subject to the attorney-client privilege and/or the
attorney work product doctrine.  If the reader of this message is not one of the
addressees set forth above: (a) the reader has received this message in error and
is directed to destroy this message, together with any attachments, and (b) any
review, dissemination, use or distribution of this message or any attachments is
prohibited.
*****************************************************************************************

This E-mail message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law.  Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege or exemption.  If you are not the intended recipient, please immediately notify the sender by reply E-mail and permanently delete this message from your system without reproducing or disclosing it to any third party.  While Ocwen Financial Corporation and its subsidiaries take reasonable precautions to prevent transmission of software viruses, we cannot guarantee the same and we therefore disclaim liability for any damage sustained by you or any third party as a result thereof
*****************************************************************************************


***Internet E-mail Confidentiality Footer***

The information contained in this message is intended only for the confidential

```
use of the persons or entities to whom it is addressed.  This message, together
with any attachments, is proprietary and confidential, may contain inside
information, and may be subject to the attorney-client privilege and/or the
attorney work product doctrine.  If the reader of this message is not one of the
addressees set forth above: (a) the reader has received this message in error and
is directed to destroy this message, together with any attachments, and (b) any
review, dissemination, use or distribution of this message or any attachments is
prohibited.
```

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail TGoren@mofo.com, and delete the message.
```
***Internet E-mail Confidentiality Footer***

The information contained in this message is intended only for the confidential
use of the persons or entities to whom it is addressed.  This message, together
with any attachments, is proprietary and confidential, may contain inside
information, and may be subject to the attorney-client privilege and/or the
attorney work product doctrine.  If the reader of this message is not one of the
addressees set forth above: (a) the reader has received this message in error and
is directed to destroy this message, together with any attachments, and (b) any
review, dissemination, use or distribution of this message or any attachments is
prohibited.
```