## Exhibit G

**Loans Appearing in Both Initial Claim Notice and Revised Claim Notice**

| Loan # | Revised Claim Notice Amount ($) |
|---|---|
| 0601544459 | 48,896.56 |
| 0686216809 | 4,928.94 |
| 0581113404 | 2,540.82 |
| 0601880187 | 2,505.89 |
| 0592613301 | 2,421.62 |
| 0474771136 | 1,263.23 |
| 0567737002 | 473.25 |
| 0601827287 | 197.38 |
| 0476042536 | 196.44 |
| 0810022863 | 131.81 |
| 0470310640 | 119.50 |
| 0654894590 | 16.50 |
| **TOTAL:** | **$63,691.94** |