Hearing Dates: June 10-11, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**DECLARATION OF ADAM A. LEWIS RE: SUPPLEMENTAL
INFORMATION REQUESTED BY THE COURT IN CONNECTION
WITH THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO
PROOF OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

I, Adam A. Lewis, hereby declare as follows:

1. I am Senior Counsel with Morrison & Foerster, LLP, counsel of record for The ResCap Borrower Claims Trust (the "Trust") as successor in interest to Residential Capital, LLC ("ResCap") and its affiliated debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases") established pursuant to the terms of the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 6030] (the "Plan") confirmed in the above-captioned Chapter 11 Cases.

2. I know the facts stated herein of my own knowledge and, if called, could testify competently thereto.

3. I make this declaration in support of the ResCap Borrower Claims Trust's Objection to Claim No. 386 Filed by Barry and Cheryl Mack (the "Objection").

4. At the conclusion of the trial of the Objection on June 11, 2015, the Court asked if the Trust could supply GMAC Mortgage, LLC ("GMACM") Mortgage Account Statements for any borrower account that predated the November 1, 2009 Mortgage Account

1

sf-3546563

Statement for the mortgage of Barry and Cheryl Mack that the Trust introduced as Exhibit "O" to its case in chief.

5.   Following the conclusion of the trial, I made inquiry of personnel of the Debtors, including the Trust and the ResCap Liquidating Trust (the "Liquidating Trust") (also established by the Plan) whether they could locate any such Mortgage Account Statements. Attached hereto as Exhibits A and B, respectively, and incorporated herein by reference, are true and correct copies of Mortgage Account Statements dated October 1 and September 1, 2009 for a borrower other than the Macks in response to my inquiries. Identifying information regarding the subject borrower such as name and address has been redacted to protect the borrower's privacy.

6.   I am supplying these documents because they are from the account of an employee of the Liquidating Trust, and to have that person directly authenticate the document would necessarily require disclosure of that person's identity. If the Court insists on direct authentication, I will inquire of the person whether that is acceptable.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed this 18th day of June, 2015 at San Francisco, California.

      /s/   ADAM A. LEWIS
Adam A. Lewis
Senior Counsel
Morrison & Foerster LLP

sf-3546563