Hearing Dates: June 10-11, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------  )
In re:                                                            )   Case No. 12-12020 (MG)
                                                                  )
RESIDENTIAL CAPITAL, LLC, et al.,                                 )   Chapter 11
                                                                  )
                                       Debtors.                   )   Jointly Administered
                                                                  )
----------------------------------------------------------------  )

**DECLARATION OF DAVID CUNNINGHAM RE: SUPPLEMENTAL INFORMATION REQUESTED BY THE COURT IN CONNECTION WITH THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

I, David Cunningham, hereby declare as follows:

1. I am Director of Regulatory Compliance for The ResCap Liquidating Trust (the "Liquidating Trust") as successor in interest to Residential Capital, LLC ("ResCap") and its affiliated debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases") established pursuant to the terms of the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 6030] (the "Plan") confirmed in the above-captioned Chapter 11 Cases.

2. I know the facts stated herein of my own knowledge and, if called, could testify competently thereto.

3. I make this declaration in support of The ResCap Borrower Claims Trust's Objection to Claim No. 386 Filed by Barry and Cheryl Mack (the "Objection").

4. Attached hereto as Exhibit A and incorporated herein by reference is a copy of the LoanServ notes for the Mack account that Liquidating Trust personnel pulled from the computer system at my request. They are identical to the copy of the LoanServ notes introduced at the trial as the Trust's Exhibit G.

1

sf-3547464

Hearing Dates:  June 10-11, 2015

5. I have reviewed the Trans Type (code) entries in the first page of the notes. It appears that all of those next to blanks in the Transaction Message column are in essence self-explanatory, requiring no elaboration in the Transaction Message column for a person who knows or has access to the codes and understands the underlying terminology. They are as follows: "ITR" means "Investor transfer;" "CTA" means "Curtailment posted via autopost Note:next day availability;" "AP" means "Autopost Note: Next Day Availability;" "CWA" means "Curtailment posted with payment via autopost Note: next day availability;" ""CTT" means "Reapplication of curtailment due to investor transfer;" "PT" means "Reapplication of payments due to investor transfer using the Inv/Transfer Screens;" "CTB" means "Curtailment reversal posted via Inv/Transfer screen."

6. I have glanced through the balance of the notes. Although I have not tracked each code next to a blank, I believe all of them in the balance of the notes are of a similar self-explanatory character.

7. Thus, I do not believe the blanks in the original and Exhibit G represent redactions.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed this 18th day of June, 2015 at Fort Washington, Pennsylvania.

     /s/   DAVID CUNNINGHAM
     David Cunningham
     Director of Regulatory Compliance
     The ResCap Liquidating Trust

sf-3547464