Hearing Date and Time: July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY PHILIP EMIABATA AND SYLVIA EMIABATA (CLAIM NOS. 5275 AND 7464) TO JULY 30, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 8042] (the "Eighty-Second Omnibus Claims Objection"), solely as it relates to the claims filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 5275 and 7464), previously scheduled to be heard on June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the ResCap Borrower Claims Trust will file its reply on or before **June 26, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

ny-1192402

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: June 19, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |