**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------------------

**ORDER DIRECTING THE RESCAP LIQUIDATING TRUST TO RESPOND TO WILLIAM HENDRICKS'S MOTION FOR CLARIFICATION**

On May 22, 2015, William Hendricks filed a *Motion for Clarification Re: Bankruptcy Stay* (the "Motion," ECF Doc. # 8667). No response to the Motion has been filed by the ResCap Liquidating Trust (the "Trust").

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Trust is directed to file a response to the Motion on or before **July 6, 2015**. The Trust is directed to serve Hendricks with a copy of this Order and its response to the Motion by first class mail. Once the Trust's response to the Motion is filed, the Court will determine whether to schedule a hearing on the Motion.

Dated:  June 22, 2015
        New York, New York

                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                        United States Bankruptcy Judge