MARTHA S. PANASZEWICZ
*Pro Se*
89 Belle Ave.
San Francisco, CA 94132
Tel.: (415) 760-4181

RECEIVED
JUN 1 2 2015
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

MARTHA S. PANASZEWICZ,

Claimant.

) Case No.: 12-12020 (MG)
)
) URGENT EX PARTE REQUEST FOR
) EXTENSION OF TIME WITHIN WHICH
) TO FILE AN APPEAL OR
) ADVERSARIAL PROCEEDING
)
) Claim No. 7466 filed on June 6, 2014

TO THE HONORABLE JUDGE OF THIS COURT, THE CLERK AND ALL CONCERNED PARTIES:

I was informed about the Memorandum Opinion and Order Sustaining the Rescap Liquidating Trust's Objection to Claim Number 7466 Filed by Martha S. Panaszewicz. I intend to file an appeal or an adversarial proceeding to challenge this Memorandum Opinion. Unfortunately, my former attorney, John Rosario, could no longer represent me. I am currently working on engaging another attorney to handle this matter. Also, because of my advanced age, it is my daughter, Mariluz P. Ragasa, who has been actively handling the affairs related to this

1

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH    CASE NO. 12-12020 (MG)
TO FILE AN APPEAL OR ADVERSARIAL PROCEEDING

case and it is she who is making calls to the lawyers to work on engaging their services. Unfortunately, my said daughter is also having health issues of her own as she is scheduled to undergo heart surgery soon.

This is to request this court that I be given an additional time of at least one (1) month, or up to July 11, 2015 to file the appropriate appeal, adversarial proceeding or any proper action or document to challenge the Memorandum Opinion.

I beg the court's indulgence and understanding.

WHEREFORE, it is so prayed.

Other reliefs just and proper are likewise prayed for.

*I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.*

Dated: 06/11/2015

Martha S. Panaszewicz
Pro Se
Claimant of Claim Number 7466

2

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH    CASE NO. 12-12020 (MG)
TO FILE AN APPEAL OR ADVERSARIAL PROCEEDING

PROOF OF SERVICE

I, MARILUZ P. RAGASA, declare as follows:

I am over eighteen years of age and not a party to this action and I reside at 89 Belle Ave., San Francisco, CA 94132.

On June 11, 2015, I served a copy of the Urgent Ex Parte Request for Extension of Time Within Which to File an Appeal or Adversarial Proceeding on all interested parties as follows:

__X__  By U.S. Mail with postage prepaid to:

> Norman S. Rosenbaum
> Morrison & Foerster LLP
> 250 West 55th Street
> New York, New York 10019
> (Counsel to the ResCap Liquidating Trust)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 11, 2015 at San Francisco, California.

Dated: 06/11/2015

*/s/ Mariluz P. Ragasa*
Mariluz P. Ragasa

3

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE AN APPEAL OR ADVERSARIAL PROCEEDING      CASE NO. 12-12020 (MG)