PRO PER (SBN: [*_____*])
ALVIN LABOSTRIE and   SANDRA LABOSTRIE
855 W. 125TH ST.
LOS ANGELES, California   90044
Telephone No.:   323.687-0853
Attorney for PRO PER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAB0STRIE   ALVIN,   SANDRA LABOSTRIE<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL CAPITAL, LLC, et al<br><br>Defendants. | Case No. 12-12020 (MG)<br><br>CHAPTER 11 |

### APPEARANCE FORM

LAB0STRIE ALVIN and SANDRA LABOSTRIE, Plaintiffs, by and through PRO PER counsel, hereby appear in this action.   All pleadings and other papers can be served on Plaintiffs through the undersigned, at the address shown above.

DATED:   May 31, 2015

By: _____
PRO PER
Attorney for Plaintiffs, PRO PER

PAGES: 1 OF 4