PRO PER (SBN: [*_____*])
ALVIN LABOSTRIE and  SANDRA LABOSTRIE
855 W. 125TH ST.
LOS ANGELES, California  90044
Telephone No.:  323.687-0853
Attorney for PRO PER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAB0STRIE   ALVIN,   SANDRA) LABOSTRIE                                           )<br>                                           Plaintiffs,)<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>RESIDENTIAL CAPITAL, LLC,ET. AL., et)<br>al                                                  )<br>                                           Defendants.)<br>_____) | Case No. 12-12020 (MG)<br><br>*CHAPTER 11* |

**NOTICE OF MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on JUNE 4, 2015, at 8:30AM, or as soon thereafter as counsel may be heard by the above-entitled Court, located at UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, in the courtroom of CLAIM# 2769 and 2772, Plaintiffs will and hereby does move the Court for A STAY OF JUDGMENT.

This motion is brought on the following grounds:  IN PROPER SERVICE, IMPROPER TIME TO RESPOND,

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of ALVIN LABOSTRIE, the pleadings and papers

*Pg. 2 of 4*

on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED:  May 31, 2015

By: ___*Sandra LaBostrie*___
PRO PER
Attorney for Plaintiffs, PRO PER

Pg. 3 of 4

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PRO PER   SBN: <br> ALVIN LABOSTRIE and SANDRA LABOSTRIE <br> 855 W. 125TH ST <br> LOS ANGELES, CA. 90044 <br> TELEPHONE NO.: 323.687-0853   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): NONE <br> ATTORNEY FOR (Name): PRO PER | RECEIVED <br> U.S. BANKRUPTCY COURT <br> SO DIST OF NEW YORK |

STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: ALEXANDER HAMILTON CUSTOM HOUSE
CITY AND ZIP CODE: ONE BOWLING GREEN
BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF/PETITIONER: ALVIN and SANDRA LABOSTRIE
DEFENDANT/RESPONDENT: RESIDENTIAL CAPITAL, LLC, et al.

**DECLARATION**

CASE NUMBER:
12-12020 (MG)
CHAPTER 11

I, Alvin LaBostrie, hereby declare that the borrower claims # 2769 and 2772 was in fact served upon my residence in Los Angeles, California; as I were in New Orleans, La. receiving medical treatment at the New Orleans, VA MEDICAL CENTER.

After such treaments, I then return to Los Angeles, Ca. via vehicle and did not arrive back to Los Angeles, Ca., until May 26, 2015. I suffer from multiple disabilties and needed adequate, enough time just to read piles of mail.

I am requesting a proper amount of time to research and just to be able respon to the litmus of paperwork that was served on us.

WE, DO OBJECT TO HAVING OUR CLAIMS DENIED AND EXPUNGE.

I sware under the penalty of prejury that the above statements are true and correct to the best of my knowledge.

ALVIN LABOSTRIE
DECLARENT

MAY 31, 2015

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: MAY 31, 2015

ALVIN LABOSTRIE
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): PRO PER

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1
Westlaw Doc & Form Builder

pg. 4 of 4