UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK N.Y. 10004-1408

6/10/15

TO: UNITED STATES BANKRUPTCY COURT
RE: CLAIM #452 PROOF OF SERVICE

CLERK OF THE BANKRUPTCY COURT.

ENCLOSED PLEASE FIND PROOF OF SERVICE FOR JULY 16/2015 10:A.M. HEARING. WHICH I WILL ATTEND TELEPHONICALLY.

INCLUSIVE CREDITOR REQUESTS RELIEF FROM STAY RULING TO PURSUE FRAUDULENT CLAIM AGAINST DEBTORS RULINGS TO BE FRAUDULENT ON ACQUIRED LOAN.

JULIO PICHARDO. _Julio Pichardo_



RECEIVED
JUN 1 5 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**RECEIVED JUN 15 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

PROOF OF SERVICE
(Section 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA  )
COUNTY OF ORANGE     )

1. I am *Resdnt* in the county of Orange, State of California. I am over the age 18 and not a party to the within action. My *NAME IS: Julio Richardo 1701 E Sunset Ave Fullerton, CA 92831*.

On *6/4/15* I served the foregoing document(s) *Disputed material facts. Evidence supporting Proof of Claim 452 served to: USBC. One Bowling Green New York NY. 10004/1408 + Morrison + Foerster Rescap Borrower Claim trust 250 W. 55th St. New York N.Y. 10019*

**BY MAIL OR PERSONAL SERVICE** *Priority Mail*

___ For additional interested parties, see attached.
___ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:
___ (BY OVERNIGHT EXPRESS MAIL) I deposited such envelope with postage thereon fully prepaid in the United States mail at facility regularly maintained by the United States Postal Service at Fullerton, CA.
_X_ (BY MAIL) I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it is deposited with U.S. Postal service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of party service, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.
___ BY PERSONAL SERVICE. By causing to be personally delivered copies to the person served.
___ BY PERSONAL SERVICE. Messenger Service delivered such envelope by hand to the office of the addressee.

**DECLARATION OF SERVICE BY FACSIMILE**

___ BY FACSIMILE. I transmitted from a facsimile transmission machine whose telephone number is *714/447-4207* documents described above and an unsigned copy of this Declaration to the person(s) listed above.

Executed on *6/4/15* at Fullerton, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Julio Richardo* _____ *Julio Rich* _____
Type or Print Name                                          (Signature)

```
FULLERTON MAIN POST OFFICE
     FULLERTON, California
          928349998
        0569390350-0096
06/04/2015 (800)275-8777 11:53:45 AM

─────────── Sales Receipt ───────────
Product         Sale Unit      Final
Description     Qty  Price     Price

@@ ~~ NEW YORK NY 10019-9710    $11.55
Zone-8
Priority Mail 2-Day
By Weight
1 lb. 15.50 oz.
  Expected Delivery: Sat 06/06/15
  Includes up to $50 insurance

  USPS Tracking #:
  9505 5110 3068 5155 4263 77

  Issue Postage:                $11.55

@@     NEW YORK NY 10004        $15.50
Zone-8
Priority Mail 2-Day
By Weight
2 lb. 2.00 oz.
  Expected Delivery: Sat 06/06/15
  Includes up to $50 insurance

  USPS Tracking #:
  9505 5110 3068 5155 4277 25

  Issue Postage:                $15.50

Total:                          $27.05

Paid by:
Cash                            $27.10
Change Due:                     -$0.05

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
*****************************************
*****************************************

In a hurry? Self-service kiosks
```