# **Exhibit 3**

**Claim No. 7298**

# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## AT MANHATTAN

### AMENDED PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN RE: EXECUTIVE TRUSTEE SERVICES LLC  
2255 N ONTARIO STREET  
BURBANK, CA 91504  
AKA/DBA - EXECUTIVE TRUSTEE SERVICES INC

Case No.: 12-12028-S  
Chapter: 11  
Claim Date: 10/24/2013

1. The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio 43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant.

2. **Claimant filed an original Proof of Claim dated 8/16/2012 in the amount of $6,420,622.09. Claimant has cause to believe this Proof of Claim contained inadequate information. Wherefore this Amended Proof of Claim should be considered to supersede the previous.**

3. The debtor is now indebted to the State of Ohio in the amount set forth below, as follows:

**1 Commercial Activity Tax   Assessment XXXXX5231**

1. Tax Due For 1/1/2006 through 12/31/2006
2. Total Amount of Tax                $578,175.00
3. Total Amount of Interest           $188,637.60
4. Total Amount of Penalty                 $0.00
5. Total Amount of                  **$766,812.60**

**TOTAL AMOUNT DUE**                **$766,812.60**

4. No judgments have been rendered except as set out in Paragraph 3 above.

5. The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim.

6. No security interest is held for this claim except to the extent that the judgment set out in Paragraph 3 above has attached to real estate owned by the debtor.

7. The tax and interest claims listed above are entitled to priority in accordance with 11 U.S.C. Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim. Any penalty is a general unsecured claim not otherwise entitled to priority.

8. Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered.

/s/Rebecca L Daum  
#0046728  
10/24/2013

**RECEIVED**  
**OCT 29 2013**  
**KURTZMAN CARSON CONSULTANTS**

Page 1 of 2

☑ Date Stamped Copy Returned  
☐ No self addressed stamped envelope  
☐ No copy to return



1212028131029000000000001

Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH  43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca.daum@tax.state.oh.us

## NOTICE

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E. Gay Street, 21st Floor, Columbus, Ohio  43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation, C/O Rebecca Daum at the undersigned address.

RECEIVED
OCT 2 9 2013
KURTZMAN CARSON CONSULTANTS

**Ohio Department of TAXATION**

**Bankruptcy Division**
*30 E. Broad Street, 23rd floor*
*Columbus, Ohio 43215*
*(614) 752-6864    Fax (614) 995-0164*
*www.state.oh.us/tax/*

**October 24, 2013**

**ResCap Claims Processing Center**
**c/o KCC**
**2335 Alaska Ave**
**El Segundo, CA 90245**

To whom it may concern:

Find enclosed a Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio in the following cases:

| | |
|---|---|
| **Executive Trustee Services LLC** | Case #12-12028-S |
| **GMAC-RFC Holding Company LLC** | 12-12029-S |
| **GMAC-RH Settlement LLC** | 12-12034-S |
| **RFC Construction Funding LLC** | 12-12069 |

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office.

Sincerely,

Rebecca L. Daum
Attorney - Bankruptcy Division

**Claim No. 7299**

# U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AT MANHATTAN

### AMENDED PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN  RE: GMAC RH SETTLEMENT SERVICES LLC           Case No.:    12-12034-S
       1100 VIRGINIA DRIVE                        Chapter:     11
       FORT WASHINGTON, PA 19034                  Claim Date:  10/24/2013
       AKA/DBA   -   GMAC RH SETTLEMENT SERVICES INC

1. The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio  43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant.

2. **Claimant filed an original Proof of Claim dated 8/16/2012 in the amount of $6,420,622.09. Claimant has cause to believe this Proof of Claim contained inadequate information.  Wherefore this Amended Proof of Claim should be considered to supersede the previous.**

3. The debtor is now indebted to the State of Ohio in the amount set forth below, as follows:

   **1 Commercial Activity Tax   Assessment XXXXX5231**
   1. Tax Due For 1/1/2006 through 12/31/2006
   2. Total Amount of Tax                    $578,175.00
   3. Total Amount of Interest               $188,637.60
   4. Total Amount of Penalty                      $0.00
   5. Total Amount of                       $766,812.60

**TOTAL AMOUNT DUE**                         **$766,812.60**

4. No judgments have been rendered except as set out in Paragraph 3 above.

5. The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim.

6. No security interest is held for this claim except to the extent that the judgment set out in Paragraph 3 above has attached to real estate owned by the debtor.

7. The tax and interest claims listed above are entitled to priority in accordance with 11 U.S.C. Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim.  Any penalty is a general unsecured claim not otherwise entitled to priority.

8. Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered.

/s/Rebecca L Daum
#0046728
10/24/2013

RECEIVED
OCT 2 9 2013
Page 1 of 2
KURTZMAN CARSON CONSULTANTS

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return



12120341310290000000000001

Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH   43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca.daum@tax.state.oh.us

## NOTICE

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E. Gay Street, 21st Floor, Columbus, Ohio   43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation, C/O Rebecca Daum at the undersigned address.

RECEIVED
OCT 2 9 2013
KURTZMAN CARSON CONSULTANTS



**Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E. Broad Street, 23rd floor*
*Columbus, Ohio 43215*
*(614) 752-6864    Fax (614) 995-0164*
*www.state.oh.us/tax/*

# October 24, 2013

**ResCap Claims Processing Center**
**c/o KCC**
**2335 Alaska Ave**
**El Segundo, CA 90245**

To whom it may concern:

Find enclosed a Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio in the following cases:

| | |
|---|---|
| **Executive Trustee Services LLC** | Case #12-12028-S |
| **GMAC-RFC Holding Company LLC** | 12-12029-S |
| **GMAC-RH Settlement LLC** | 12-12034-S |
| **RFC Construction Funding LLC** | 12-12069 |

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office.

Sincerely,

Rebecca L. Daum
Attorney - Bankruptcy Division

**Claim No. 7300**

# U.S. BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK
### AT MANHATTAN

### AMENDED PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN RE: GMAC-RFC HOLDING COMPANY LLC  
  8400 NORMANDALE LAKE BLVD  
  MINNEAPOLIS, MN 55437  
  AKA/DBA  -  GMAC-RFC HOLDING CORPORATION, GMAC RF INC

Case No.:  12-12029-S  
Chapter:  11  
Claim Date:  10/24/2013

1. The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio 43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant.

2. **Claimant filed an original Proof of Claim dated 8/16/2012 in the amount of $6,420,622.09. Claimant has cause to believe this Proof of Claim contained inadequate information. Wherefore this Amended Proof of Claim should be considered to supersede the previous.**

3. The debtor is now indebted to the State of Ohio in the amount set forth below, as follows:

   **1 Commercial Activity Tax   Assessment XXXXX5231**

   1. Tax Due For 1/1/2006 through 12/31/2006
   2. Total Amount of Tax                  $578,175.00
   3. Total Amount of Interest             $188,637.60
   4. Total Amount of Penalty                   $0.00
   5. Total Amount of                      **$766,812.60**

   **TOTAL AMOUNT DUE**                    **$766,812.60**

4. No judgments have been rendered except as set out in Paragraph 3 above.

5. The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim.

6. No security interest is held for this claim except to the extent that the judgment set out in Paragraph 3 above has attached to real estate owned by the debtor.

7. The tax and interest claims listed above are entitled to priority in accordance with 11 U.S.C. Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim. Any penalty is a general unsecured claim not otherwise entitled to priority.

8. Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered.

/s/Rebecca L Daum  
#0046728  
10/24/2013

**RECEIVED**  
**OCT 2 9 2013**  
Page 1 of 2  
KURTZMAN CARSON CONSULTANTS

☒ Date Stamped Copy Returned  
☐ No self addressed stamped envelope  
☐ No copy to return



121202913102900000000001

Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH   43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca.daum@tax.state.oh.us

## NOTICE

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E. Gay Street, 21st Floor, Columbus, Ohio   43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation, C/O Rebecca Daum at the undersigned address.

RECEIVED

OCT 2 9 2013

KURTZMAN CARSON CONSULTANTS

10/24/2013

Page 2 of 2



**Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E. Broad Street, 23rd floor*
*Columbus, Ohio 43215*
*(614) 752-6864    Fax (614) 995-0164*
*www.state.oh.us/tax/*

**October 24, 2013**

**ResCap Claims Processing Center**
**c/o KCC**
**2335 Alaska Ave**
**El Segundo, CA 90245**

To whom it may concern:

Find enclosed a Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio in the following cases:

| | |
|---|---|
| **Executive Trustee Services LLC** | Case #12-12028-S |
| **GMAC-RFC Holding Company LLC** | 12-12029-S |
| **GMAC-RH Settlement LLC** | 12-12034-S |
| **RFC Construction Funding LLC** | 12-12069 |

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office.

Sincerely,

Rebecca L. Daum
Attorney - Bankruptcy Division

**Claim No. 7301**

# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## AT MANHATTAN

### AMENDED PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN RE: RFC CONSTRUCTION FUNDING LLC  
8400 NORMANDALE LAKE BLVD  
MINNEAPOLIS, MN 54437  
AKA/DBA  -  RFC CONSTRUCTION FUNDING CORP

Case No.: 12-12069  
Chapter: 11  
Claim Date: 10/24/2013

1. The undersigned, whose office address is at 30 East Broad Street, Columbus, Ohio 43215, is the duly appointed agent of the Tax Commissioner of the State of Ohio and is authorized to make this Proof of Claim on behalf of the claimant.

2. Claimant filed an original Proof of Claim dated 8/16/2012 in the amount of $6,427,277.97. Claimant has cause to believe this Proof of Claim contained inadequate information. Wherefore this Amended Proof of Claim should be considered to supersede the previous.

3. The debtor is now indebted to the State of Ohio in the amount set forth below, as follows:

**1 Commercial Activity Tax   Assessment XXXXX5231**

1. Tax Due For 1/1/2006 through 12/31/2006
2. Total Amount of Tax         $578,175.00
3. Total Amount of Interest    $188,637.60
4. Total Amount of Penalty         $0.00
5. Total Amount of            $766,812.60

**TOTAL AMOUNT DUE**           $766,812.60

4. No judgments have been rendered except as set out in Paragraph 3 above.

5. The amount of all payments have been credited and deducted for the purpose of making this Proof of Claim.

6. No security interest is held for this claim except to the extent that the judgment set out in Paragraph 3 above has attached to real estate owned by the debtor.

7. The tax and interest claims listed above are entitled to priority in accordance with 11 U.S.C. Section 507 (a)(8) except as specifically set forth as a Non-Priority, general unsecured claim. Any penalty is a general unsecured claim not otherwise entitled to priority.

8. Leave is requested to amend this Proof of Claim at a later date should any increased tax deficiency be disclosed or discovered.

/s/Rebecca L Daum  
#0046728  
10/24/2013

RECEIVED  
OCT 2 9 2013  
Page 1 of 2  
KURTZMAN CARSON CONSULTANTS

☒ Date Stamped Copy Returned  
☐ No self addressed stamped envelope  
☐ No copy to return



121206913102900000000001

Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH   43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca.daum@tax.state.oh.us

**NOTICE**

All checks in payment of this claim should be made payable and forwarded to the Attorney General of the State of Ohio, Collection Enforcement, 150 E. Gay Street, 21st Floor, Columbus, Ohio   43215

All Notices, pleadings and filings relating to this claim should also be forwarded to the Attorney General's office, at the above address and copied to the Ohio Department of Taxation , C/O Rebecca Daum at the undersigned address.

RECEIVED

OCT 29 2013

KURTZMAN CARSON CONSULTANTS

10/24/2013                                                                                                                                        Page 2 of 2



**Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E. Broad Street, 23rd floor*
*Columbus, Ohio 43215*
*(614) 752-6864    Fax (614) 995-0164*
*www.state.oh.us/tax/*

October 24, 2013

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

To whom it may concern:

Find enclosed a Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio in the following cases:

| | |
|---|---|
| **Executive Trustee Services LLC** | **Case #12-12028-S** |
| **GMAC-RFC Holding Company LLC** | **12-12029-S** |
| **GMAC-RH Settlement LLC** | **12-12034-S** |
| **RFC Construction Funding LLC** | **12-12069** |

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office.

Sincerely,

*[signature]*

Rebecca L. Daum
Attorney - Bankruptcy Division