# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT
## OF NEW YORK

**RESIDENTIAL CAPITAL, LLC et; al**

**Debtors,**

**CASE NO: 12-12020 (MG)**



**Simone Braham**

**Unsecured Creditor**

## NOTICE WHERE TO SEND MAIL

My mail is being tampered with by FREO FLORIDA, LLC a/k/a GOLDMAN SACHS. Their goons were caught stealing mail from my mail box which although reported is not an arrestable offence.

Therefore, in light of the foregoing/ongoing misdemeanour's, violation of my constitutional, civic and due process rights and in the interest of privacy and being notified by the court of on going matters please send mail to the specified **WHERE TO SEND MAIL** listed below.

**CURRENT ADDRESS:**
175 Athabasca Dr.
Kissimmee, FL 34759

**WHERE TO SEND MAIL:**
Simone Braham
GENERAL DELIVERY
KISSIMMEE, FL 34744

/s/ Simone Braham
26 May 2015.