MR. EDUARDO VALLEJO                          Hearing Date & Time
508 N. CALIFORNIA STREET                     July 16, 2015, 10:00a.m.
BURBANK, CA. 91505
Tel: 1.818.415.5633

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Eduardo Vallejo, an individual, )  Case No.: 12-12020
                                )
         Plaintiff,             )
                                )  Chapter 11
    vs.                         )
                                )
RESCAP, GMAC Mortgage, et al,   )
                                )
         Defendants.            )

## MOTION FOR RELIEF OF STAY

Now comes the Plaintiff, Eduardo Vallejo, in case number 15G01826 pending before the Superior Court of California, Los Angeles County Superior Court, Alhambra Courthouse, and moves this Court for an Order granting Mr. Vallejo relief from the automatic stay pursuant to 11 U.S.C. 362(d)(1) and (2) in order to resume litigation pending before the Superior Court of California in Alhambra.

A copy of this document has been faxed and mailed to the Defendants.

Dated June 17, 2015

                                                 /s/ EDUARDO VALLEJO
                                                 _____
                                                 EDUARDO VALLEJO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NORTHEAST DISTRICT, ALHAMBRA COURTHOUSE, (19410)
150 WEST COMMONWEALTH AVENUE, ALHAMBRA, CA 91801

VALLEJO, EDUARDO           vs.
GMAC MORTGAGE CORPORATIO                           CASE NUMBER: ALH 15G01826

### MINUTE ORDER and CLERK'S NOTICE OF RULING

Court convened at  02:34 PM, on 05/29/2015; in Department NE2

Present: Honorable BRUCE E MITCHELL, COMMISSIONER, Judge/Comm. Presiding.
       LIZA M. PEREZ , Deputy Clerk;
and the following proceedings were had:

**PLAINTIFF(S)**  VALLEJO, EDUARDO Appearing.
**DEFENDANT(S)**  GMAC MORTGAGE CORPORATION & DITECH MORT BOTH NOT Appearing.

**NATURE OF PROCEEDINGS:** CAUSE CALLED RE: SMALL CLAIMS HEARING:
CASE IS TRANSFERRED TO DEPARTMENT 3 FORTHWITH:

**DISPOSITION:**
MATTER CONTINUED FOR SMALL CLAIMS HEARING AS FOLLOWS:
       DATE: 07/28/15   TIME: 01:30 PM   DEPARTMENT: NE2
COURT WILL DISMISS WITHOUT PREJUDICE ON JULY 28, 2015, IF
PLAINTIFF DOES NOT APPEAR.

PLAINTIFF MUST SERVE DEFENDANT GMAC MORTGAGE CORPORATION DBA
DITECH.COM IF HE WISHES TO PROCEED WITH THIS CASE. DEFENDANT GMAC MORTGAGE
CORPORATION DBA DITECH.COM APPEARS TO BE IN BANKRUPTCY. DEFENDANT, DITECH
MORTGAGE CORP DBA DITECH.COM MAY BE IN BANKRUPTCY AS A SUBSIDIARY OF
DEFENDANT, GMAC MORTGAGE CORPORATION DBA DITECH.COM. PLAINTIFF APPEARS TO
BE SEEKING REFORMATION OF HIS LOAN CONTRACT TO STATE THE CORRECT PRINCPLE
BALANCE, AND TO RECIEVE CREDIT FOR ANY OVER PAYMENTS. THIS CLAIM, FOR
APPROXIMATELY $50,000.00, MUST BE BROUGHT IN GENERAL JURISDICTION COURT.

CLERK SHALL GIVE NOTICE.

---

#### CLERK'S CERTIFICATE OF MAILING/NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk  of the above-entitled court,  do hereby
certify that I am not a party to the cause herein, and that this date I served
Minute Order/Notice of Ruling the above minute order of
05/29/2015 upon each party or counsel named below by depositing in the
United States mail at the courthouse in ALHAMBRA, CALIFORNIA,
one copy of the original entered herein in a separate sealed envelope for each,
addressed as shown below with the postage thereon fully prepaid.

---

VALLEJO, EDUARDO

508 NORTH CALIFORNIA STREET
BURBANK, CA 91505

GMAC MORTGAGE CORPORATION   DBA
DITECH.COM
17595 HARVARD AVENUE, C1002
IRVINE, CA 92614

DITECH MORTGAGE CORP   DBA   DITECH.COM

2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA 95833

SHERRI R. CARTER, Executive Officer/Clerk

Dated 06/09/2015           By LIZA M. PEREZ, Deputy