**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER REGARDING HEARING ON THE RESCAP BORROWER CLAIMS**
**TRUST'S OBJECTION TO PROOF OF CLAIM NO. 5257**
**FILED BY KENNETH TAGGART**

The hearing on the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart* (the "Objection," ECF Doc. # 7847) is scheduled to take place on June 29, 2015, at 2:00 p.m. (the "Hearing"). Kenneth Taggart filed *Kenneth Taggart's Withdrawal of Claims – Claim #5257* (the "Claim Withdrawal," ECF Doc. # 8398), asserting that he withdraws all claims asserted in Claim Number 5257. (*See id.*) In light of the Claim Withdrawal, the Trust's Objection is moot and the Hearing will not go forward.

**IT IS SO ORDERED.**

Dated:   June 24, 2015
         New York, New York

                                              _____/s/Martin Glenn_____
                                              MARTIN GLENN
                                              United States Bankruptcy Judge