UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
:
In re                         :   Chapter 11
:
RESIDENTIAL CAPITAL, LLC,     :   Case No. 12-12020 (MG)
et al..,[1]                   :
:
Debtor. :
---------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on June 24, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S EIGHTYSEVENTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIM, AND (III) REDESIGNATE, REDUCE AND ALLOW BORROWER CLAIM)(Docket No. 8790)**

Dated: June 24, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this **24** day of **June**, 20 **15**, by, **Richie Lim** proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com

Deanna.horst@rescapestate.com

Nicholas.kosinski@rescapestate.com

Kristin@theufan.com

Info@theufan.com

Kypete@zoomtown.com

Ara@aralawoffice.com

Howard@howardrabinlaw.com

Jmsmith@jmsmithlpa.com

Sjvannlaw@yahoo.com

Mamajuls@tx.rr.com

Adows@readelawfirm.com

# EXHIBIT B

Joanne Stanphill and John Stanphill
c/o Kristin Crone, Esq.
1490 Stone Point Dr., Ste 100,
Roseville, CA 95661


Meta Turner
c/o Kristin Crone, Esq.
9075 Foothills Blvd., Suite 6
Roseville, CA 95747


Robert Kanagaki and Patricia Young
c/o Kristin Crone, Esq.
1490 Stone Point Dr., Ste 100
Roseville, CA 95661


Law Office of Pete W. Whaley
GMAC Mortgage v. Dorothy Clancy, et al.
1300 N. Main Street
Williamstown, KY 41097


Sylvia D Strupp vs Pioneer Title Company of ADA County an Idaho corporation
Dba Pioneer Lender Trustee Services et al
AHERIN RICE and ANEGON
1212 IDAHO STPO
DRAWER 698
LEWISTON, ID 83501-0698


Jeffrey Alperin
Howard Rabin, P.C.
112 New South Road
Hicksville, NY 11801

Maria Aljaksina
2971 Wagonwheel
Troy, MI 48085


Steven T. Biermann and Tracy Watson Biermann
c/o Justin M. Smith, Esq.
J.M. Smith Co., LPA
24400 Highpoint Road, Suite 7
Beachwood, OH 44122


Law Offices of Sheldon J. Vann & Associates
GMAC Mortgage LLC v Gary Burden and Ayanna Burden
841 Prudential Dr 12th Fl
Jacksonville, FL 32207


Julie A. Humphries
11221 McCree Rd
Dallas, TX 75238


NDEX West LLC TS XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title
Order No 100725771
LSI Title Company/Agency
Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title
Order No 100725771
LSI Title Company/Agency
Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

NDEX West LLC TS XXXXXXXXXX1737
Fremont Investment & Loan APN 134-421-026-3
Patrick De Jesus Title
Order No 100725771
LSI Title Company/Agency
Sales & Posting
3210 El Camino Real, Suite 200
Irvine, CA 92602

GMAC Mortgage LLC v Gary Burden and Ayanna Burden
Law Offices of Sheldon J Vann and Associates
841 Prudential Drive12th Fl
Jacksonville, FL 32207

Early Case Resolution involving MARTIN JEORGE A AND ROBERT ALICEA
Reade and Associates
1333 N Buffalo DriveSuite 210
Las Vegas, NV 89128