# Exhibit A

# HUD-1

# A. Settlement Statement (HUD-1)

OMB Approval No.

## B. Type of Loan

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| --- | --- | --- | --- |
| 4. ☐ VA  5. ☒ Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
| --- | --- | --- |
| SCOTT J. LEONHARDT<br>2111 Fairfield Place, Wilmington, DE 19805 | | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERV.<br>300 Welsh Road, Building 5, Horsham, PA 19044 |
| G. Property Location:<br>2111 Fairfield Place<br>Wilmington, DE 19805 | H. Settlement Agent:<br>Lynn, May & Perza, P.A.<br>Telephone: 302-736-1776 Fax: 302-736-1780 | I. Settlement Date: 12/06/2010<br>Disbursement Date: 12/10/2010 |
| | Place of Settlement:<br>880 South Street, Dover, DE 19901 | TitleExpress<br>Printed 12/06/2010 at 3:03 pm<br>by CSL |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
| --- | --- |
| 101. Contract sales price | |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,773.75 |
| 104. Payoff of first mortgage loan #0207092321 to Wells Fargo Home Mortgage | 290,168.77 |
| 105. | |
| Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | |
| 107. County taxes             to | |
| 108. Assessments              to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| 120. Gross Amount Due from Borrower | 294,942.52 |
| 200. Amounts Paid by or in Behalf of Borrower | |
| 201. Deposit or earnest money | |
| 202. Principal amount of new loan(s) | 292,600.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | |
| 211. County taxes             to | |
| 212. Assessments              to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| 220. Total Paid by/for Borrower | 292,600.00 |
| 300. Cash at Settlement from/to Borrower | |
| 301. Gross amount due from borrower (line 120) | 294,942.52 |
| 302. Less amounts paid by/for borrower (line 220) | 292,600.00 |
| 303. Cash ☒ From ☐ To Borrower | 2,342.52 |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
| --- | --- |
| 401. Contract sales price | |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustments for items paid by seller in advance | |
| 406. City/town taxes          to | |
| 407. County taxes             to | |
| 408. Assessments              to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| 420. Gross Amount Due to Seller | |
| 500. Reductions In Amount Due to Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first mortgage loan | |
| 505. Payoff of second mortgage loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/town taxes          to | |
| 511. County taxes             to | |
| 512. Assessments              to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| 520. Total Reduction Amount Due Seller | 0.00 |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | 0.00 |
| 602. Less reductions in amount due seller (line 520) | 0.00 |
| 603. Cash ☒ To ☐ From Seller | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete                    Page 1 of 4                                                   HUD-1

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $0.00 to | | | |
| 702. | $0.00 to | | | |
| 703. | Commission paid at settlement | | | |
| 800. | **Items Payable in Connection with Loan** | | | |
| 801. | Our origination charge (includes Origination Point  % or $0.00)  $675.00 | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen  $ | (from GFE #2) | | |
| 803. | Your adjusted origination charges | (from GFE A) | 675.00 | |
| 804. | Appraisal fee  to | (from GFE #3) | | |
| 805. | Credit report  to Kroll Factual Data | (from GFE #3) | 36.18 | |
| 806. | Tax service  to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | 95.00 | |
| 807. | Flood certification  to First American Flood | (from GFE #3) | 10.00 | |
| 808. | Commitment Fee $375  to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 809. | Warehouse Fee $100.00  to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 810. | Underwriting Fee $200.00  to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 900. | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Daily interest charges from  from 12/10/2010 to 01/01/2011 @ $33.0677/day | (from GFE #10) | 727.49 | |
| 902. | Mortgage Ins. Premium  for  months to | (from GFE #3) | | |
| 903. | Homeowner's insurance  for 12 months to Liberty Mutual | (from GFE #11) | 684.00 | |
| 904. | months to | (from GFE #11) | | |
| 1000. | **Reserves Deposited with Lender** | | | |
| 1001. | Initial deposit for your escrow account | (from GFE #9) | 694.88 | |
| 1002. | Homeowner's insurance  2 months @ $  57.00/month  $114.00 | | | |
| 1003. | Mortgage insurance  months @ $  0.00/month  $0.00 | | | |
| 1004. | City Property Tax  6 months @ $  20.36/month  $122.16 | | | |
| 1005. | County Property Tax  months @ $  0.00/month  $0.00 | | | |
| 1006. | Assessments  months @ $  0.00/month  $0.00 | | | |
| 1007. | School Tax Reserve  6 months @ $  152.46/month  $914.76 | | | |
| 1008. | Aggregate Adjustment  $-456.04 | | | |
| 1100. | **Title Charges** | | | |
| 1101. | Title services and lender's title insurance | (from GFE #4) | 1,538.20 | |
| 1102. | Settlement or closing fee  to  $ | | | |
| 1103. | Owner's title insurance | (from GFE #5) | | |
| 1104. | Lender's insurance  $763.20 | | | |
| 1105. | Lender's title policy limit $292,600.00  Lender's Policy | | | |
| 1106. | Owner's title policy limit $0.00  Owner's Policy | | | |
| 1107. | Agent's portion of the total title insurance premium  $572.40 | | | |
| 1108. | Underwriter's portion of the total title insurance premium  $190.80 | | | |
| 1109. | Attorney Fee  to Lynn, May & Perza, P.A.  $775.00 | | | |
| 1200. | **Government Recording and Transfer Charges** | | | |
| 1201. | Government recording charges | (from GFE #7) | 313.00 | |
| 1202. | Deed $0.00  Mortgage $313.00  Release $0.00 | | | |
| 1203. | Transfer taxes | (from GFE #8) | | |
| 1204. | City/County tax/stamps  Deed $0.00  Mortgage $0.00 | | | |
| 1205. | State Tax/stamps  Deed $0.00  Mortgage $0.00 | | | |
| 1206. | Deed $0.00  Mortgage $0.00 | | | |
| 1207. | | | | |
| 1300. | **Additional Settlement Charges** | | | |
| 1301. | Required services that you can shop for | (from GFE #6) | | |
| 1302. | Survey  to  $ | | | |
| 1303. | to | | | |
| 1304. | to  $ | | | |
| 1305. | to | | | |
| 1400. | **Total Settlement Charges**  (enter on lines 103, Section J and 502, Section K) | | 4,773.75 | 0.00 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | # 801 | 675.00 | 675.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 0.00 | 0.00 |
| Your adjusted origination charges | # 803 | 675.00 | 675.00 |
| Transfer taxes | # 1203 | 0.00 | 0.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 275.00 | 313.00 |
| Credit report to | # 805 | 50.00 | 36.18 |
| Tax service to | # 806 | 95.00 | 95.00 |
| Flood Certification | # 807 | 20.00 | 10.00 |
| Title services and lender's title insurance | # 1101 | 1,980.00 | 1,538.20 |
| Owner's title insurance | # 1103 | 0.00 | 0.00 |
| | # | | |
| | # | | |
| Total | | 2,420.00 | 1,992.38 |
| Increase between GFE and HUD-1 Charges | | $ -427.62 or | -17.6702% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 2,870.50 | 694.88 |
| Daily interest charge | # 901  $33.0677/day | 840.54 | 727.49 |
| Homeowner's insurance | # 903 | 0.00 | 684.00 |
| Courier Fee - Payoff | # 1304 | 0.00 | 0.00 |
| | # | | |
| | # | | |
| | # | | |

### Loan Terms

| Your initial loan amount is | $292,600.00 |
|---|---|
| Your loan term is | 30. years |
| Your initial interest rate is | 4.1250% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $1,605.83 includes [X] Principal  [X] Interest  [X] Mortgage Insurance |
| Can your interest rate rise? | [X] No.  [ ] Yes, it can rise to a maximum of    %. The first change will be on  / /   and can change again every   years after  / /  . Every change date, your interest rate can increase or decrease by   %. Over the life of the loan, your interest rate is guaranteed to never be lower than   % or higher than   %. |
| Even if you make payments on time, can your loan balance rise? | [X] No.  [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [ ] No. [X] Yes, the first increase can be on 01/06/1941 and the monthly amount owed can rise to $1,609.46. The maximum it can ever rise to is $1,609.46. |
| Does your loan have a prepayment penalty? | [X] No.  [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No.  [ ] Yes, you have a balloon payment of $   due in   years on  / / . |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself. [X] You have an additional monthly escrow payment of $229.82 that results in a total initial monthly amount owed of $1,835.65. This includes principal, interest, and mortgage insurance and any items checked below: [X] Property taxes   [X] Homeowner's insurance  [ ] Flood insurance   [ ]   [ ]   [ ] |



Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

### Signature Page
### HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

#### Buyers

_____            _____
SCOTT J. LEONHARDT

_____            _____

#### Sellers

_____*[signature]*_____            ___12-6-10_____

_____            _____

#### Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____*[signature]*_____            ___12/6/2010_____
SETTLEMENT AGENT                            DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.