# Exhibit B

# Letter re: Payment Increase

## GMAC Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1-800-766-4622/Follow the Prompts

**Important Note:** In accordance with RESF requirements, this notice is being sent result of the review completed on your account.

### INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT NUMBER: ~~[redacted]~~

PROPERTY ADDRESS:
2111 FAIRFIELD PLACE
WILMINGTON DE 19805

ANALYSIS DATE: DECEMBER 22, 2011

47527-0000019-001
SCOTT J LEONHARDT
2111 FAIRFIELD PL
WILMINGTON DE  19805-2651

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

**Section 1:**

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT |
|---|---|---|
| REGULAR PMI | FEBRUARY 2012 | 187.75 |
| REGULAR PMI | MARCH 2012 | 187.75 |
| REGULAR PMI | APRIL 2012 | 187.75 |
| REGULAR PMI | MAY 2012 | 187.75 |
| REGULAR PMI | JUNE 2012 | 187.75 |
| REGULAR PMI | JULY 2012 | 187.75 |
| REGULAR PMI | AUGUST 2012 | 187.75 |
| CITY/TOWNSHIP | AUGUST 2012 | 1,772.30 |
| REGULAR PMI | SEPTEMBER 2012 | 187.75 |
| COUNTY | SEPTEMBER 2012 | 2,052.74 |
| REGULAR PMI | OCTOBER 2012 | 187.75 |
| REGULAR PMI | NOVEMBER 2012 | 187.75 |
| REGULAR PMI | DECEMBER 2012 | 187.75 |
| FIRE | JANUARY 2013 | 704.00 |
| REGULAR PMI | JANUARY 2013 | 187.75 |
| TOTAL ANNUAL DISBURSEMENTS: | | 6,782.04 |
| TOTAL ESCROW PAYMENT: | | 565.17 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $2,636.84, your new total payment will be adjusted to $1,983.25 effective with your FEBRUARY 01, 2012 payment. If you do not shortage, your total payment effective FEBRUARY 01, 2012 will be $2,202.98.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 565.17 | 417.57 |
| Surplus/Shortage | 219.73 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| Total | 784.90 | 417.57 |
| Principal/Interest | 1,418.08 | 1,418.08 |
| Total Payment | 2,202.98 | 1,835.65 |

Depending on the timing of when your next billing notice is released, you may not see change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMA AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listec

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a electronic debit to your account at the financial institution indicated on the check. This electronic debit will be 1 amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on please notify your service of any payment changes.

Section 2:



ANALYSIS TYPE: 1/6 AGGREGATE                                          ACCOUNT NUMBER:
PROJECTED ESCROW BALANCE AS OF: JANUARY 31, 2012       -1,076.32 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS | |
|---|---|---|---|---|---|
| PROJECTED BALANCE | | | 1,076.32- | 1,560.52 | |
| 02/01/12 | 565.17 | 187.75- | 698.90- | 1,937.94 | |
| 03/01/12 | 565.17 | 187.75- | 321.48- | 2,315.36 | |
| 04/01/12 | 565.17 | 187.75- | 55.94 | 2,692.78 | |
| 05/01/12 | 565.17 | 187.75- | 433.36 | 3,070.20 | |
| 06/01/12 | 565.17 | 187.75- | 810.78 | 3,447.62 | |
| 07/01/12 | 565.17 | 187.75- | 1,188.20 | 3,825.04 | |
| 08/01/12 | 565.17 | 187.75- | 1,565.62 | 4,202.46 | |
| 08/01/12 | .00 | 1,772.30- | 206.68- | 2,430.16 | |
| 09/01/12 | 565.17 | 187.75- | 170.74 | 2,807.58 | |
| 09/01/12 | .00 | 2,052.74- | 1,882.00- | 754.84 | L |
| 10/01/12 | 565.17 | 187.75- | 1,504.58- | 1,132.26 | |
| 11/01/12 | 565.17 | 187.75- | 1,127.16- | 1,509.68 | |
| 12/01/12 | 565.17 | 187.75- | 749.74- | 1,887.10 | |
| 01/01/13 | 565.17 | 704.00- | 888.57- | 1,748.27 | |
| 01/01/13 | .00 | 187.75- | 1,076.32- | 1,560.52 | |

Current Escrow Balance:    602.14-

Esc Rcpts to Eff Dt          Esc Disb Prior to Eff Dt

| Due Dt | Due Amt | Disb Date | Disb Amt |
|---|---|---|---|
| 01/12 | 417.57 | 01/07/12 | 704.00 |
| | | 01/01/12 | 187.75 |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
-1,882.00

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
754.84

---

Section 3:   ➡    | SHORTAGE | 2,636.84 |

ESCROW ACCOUNT ACTIVITY (FEBRUARY 01, 2011 - JANUARY 31, 2012)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 11/01/10 | | .00 | .00 | | .00 | .00 |
| 12/01/10 | | .00 | .00 | | .00 | .00 |
| 01/01/11 | | .00 | .00 | PAYMENT | 1,112.45 | 1,112.45 |
| BEGINNING BALANCE | | | .00 | | | 1,112.45 |
| 02/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 924.70 |
| 03/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,154.52 |
| 03/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,154.52 |
| 04/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,384.34 |
| 04/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,384.34 |
| 05/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,614.16 |
| 05/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,614.16 |
| 06/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,843.98 |
| 06/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,843.98 |
| 07/01/11 | | .00 | .00 | PAYMENT | 417.57 | 2,073.80 |
| 07/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 2,073.80 |
| 08/01/11 | | .00 | .00 | PAYMENT | 417.57 | 719.07 |
| 08/01/11 | | .00 | .00 | CITY/TOWNSHIP | 1,772.30- | 719.07 |
| 08/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 531.32 |
| 09/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,103.85- |
| 09/01/11 | | .00 | .00 | TAX | 2,052.74- | 1,103.85- |
| 09/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,291.60- |
| 10/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,061.78- |
| 10/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,061.78- |
| 11/01/11 | | .00 | .00 | PAYMENT | 417.57 | 831.96- |
| 11/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 831.96- |
| 12/01/11 | | .00 | .00 | PAYMENT | 417.57 | 602.14- |
| | | .00 | .00 | REGULAR PMI | 187.75- | 602.14- |