# Exhibit C

# Proof of Claim

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **GMAC Mortgage, LLC, Case No. 12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Scott James Leonhardt

Name and address where notices should be sent:

Scott Leonhardt
824 N. Market Street, Suite 810, Wilmington, DE 19805

Telephone number: 302-319-6301        email: leonhardt@teamrosner.com

Name and address where payment should be sent (if different from above):

Telephone number:        email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ __53125.20__
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: See Rider
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___

3a. Debtor may have scheduled account as:
   _____
   (See instruction #3a)

3b. Uniform Claim Identifier (optional):
   _____
   (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____    Annual Interest Rate _____%  ☐ Fixed  ☐ Variable
                                    (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____                Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or   ☐ I am a guarantor, surety,
                       (Attach copy of power of attorney, if any.)     their authorized agent.                 indorser, or other codebtor.
                                                                       (See Bankruptcy Rule 3004.)            (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Scott Leonhardt
Title: _____
Company: _____        /s/ Scott Leonhardt    11-7-12
Address and telephone number (if different from notice address above):    (Signature)    (Date)

Telephone number: 302-519-6301    Email:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan– 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
NOV 1 6 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## RIDER TO PROOF OF CLAIM

1. This Proof of Claim is filed under compulsion of a Court Order and is filed to protect Scott Leonhardt ("Claimant") from forfeiture of any claim. Claimant reserves the right to amend and/or supplement this proof of claim in any manner and/or to file additional or other proofs of claims for additional or other claims Claimant may have against any of the Debtors.

2. This Proof of Claim is filed with respect to $53,125.20 Claimant is forced to pay during the life of his mortgage, over and beyond what was disclosed on his HUD-1. Claimant refinanced his 30 year fixed mortgage on or around December 2010 through Gateway Funding. Shortly after the refinancing closed, the loan was sold to GMAC. Claimant relied on the HUD-1 attached hereto as **Exhibit A**. The HUD-1 states, Claimants monthly mortgage payment, including "property taxes" will be $1,835.65 for the life the loan. The HUD-1 was signed by the Settlement Agent as being "true and accurate."

3. On or around December 2011, Claimant received the escrow analysis attached hereto as **Exhibit B** from GMAC. Without warning, GMAC increased Claimant's monthly payment from $1,835.68 to $2,202.98 for 2011. Representing a increased monthly payment of $367.50 or approximately 20%. After 2011, according to GMAC, Claimant's monthly payment will be $1,983.25. Claimant's monthly payment increased by $147.57/month ($1,983.25 - $1,835.68) on a 30 year mortgage due to an "escrow error." Claimant therefore must pay an additional $53,125.20 over the life of the mortgage ($147.57 * 12 * 30). **The entity that made this ecrow error, directly profited from it, they were able to collect refinancing fees.**

4. **There have been no changes to the amounts to be paid through escrow since the HUD-1. The HUD-1 just neglected to include city taxes.** See correspondence attached hereto as **Exhibit C. GMAC had a duty to review the loan prior to purchasing it.**

5. The filing of this Proof of Claim is not:

{00010147.}

          (a)    a waiver or release of any security held by Claimant, or any right of setoff, recoupment or counterclaim, any right arising by operation of law or in equity or Claimant's rights against any other person, entity or property;

          (b)    a waiver or release of any right or claim of Claimant arising out of, or in respect of, any order entered in these cases, or any other claim, of any nature whatsoever, which Claimant has against the Debtors, their estates or any other person or entity;

          (c)    a waiver of a right to move to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of this claim, and any objections or other proceeding commenced in these cases against or otherwise involving Claimant;

          (d)    an election of any remedy to the exclusion, express or implied, or any other remedy; or

          (e)    a ratification or consent to any obligations or liability based upon or arising out of any action, inaction or conduct by the Debtors and/or Claimant, all of which rights are expressly reserved.

      6.    All notices in respect of Claimant's claim are to be sent to:

Scott J. Leonhardt
824 N. Market St., Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com

Scott J. Leonhardt
2111 Fairfield Place
Wilmington, DE 19805
Telephone: (302) 384-7744
Email: leonhardt@teamrosner.com

The request for copies of notices to be sent to the persons above shall not be deemed authorization to accept service of process on behalf of Claimant. To the extent there are any inconsistencies between this Rider, and the Proof of Claim form, this Rider shall govern.

# Exhibit A

OMB Approval No. ▓▓▓▓

## A. Settlement Statement (HUD-1)

### B. Type of Loan

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: ▓▓▓ | 7. Loan Number: ▓▓▓ | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA   5. ☒ Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: SCOTT J. LEONHARDT 2111 Fairfield Place, Wilmington, DE 19805 | E. Name & Address of Seller: | F. Name & Address of Lender: GATEWAY FUNDING DIVERSIFIED MORTGAGE SERV. 300 Welsh Road, Building 5, Horsham, PA 19044 |
|---|---|---|
| G. Property Location: 2111 Fairfield Place Wilmington, DE 19805 | H. Settlement Agent: Lynn, May & Perza, P.A. Telephone: 302-736-1776 Fax: 302-736-1780 | I. Settlement Date: 12/06/2010 Disbursement Date: 12/10/2010 |
| | Place of Settlement: 880 South Street, Dover, DE 19901 | TitleExpress Printed 12/06/2010 at 3:03 pm by CSL |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,773.75 | 403. | |
| 104. Payoff of first mortgage loan #0207092321 to Wells Fargo Home Mortgage | 290,168.77 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | 294,942.52 | 420. Gross Amount Due to Seller | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 292,600.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | 292,600.00 | 520. Total Reduction Amount Due Seller | 0.00 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | 294,942.52 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amounts paid by/for borrower (line 220) | 292,600.00 | 602. Less reductions in amount due seller (line 520) | 0.00 |
| 303. Cash ☒ From ☐ To Borrower | 2,342.52 | 603. Cash ☒ To ☐ From Seller | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete      Page 1 of 4      HUD-

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | | | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $0.00 | to | | | |
| 702. | $0.00 | to | | | |
| 703. | Commission paid at settlement | | | | |
| 800. | **Items Payable in Connection with Loan** | | | | |
| 801. | Our origination charge (Includes Origination Point   % or $0.00)   $675.00 | | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen   $ | | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | (from GFE A) | 675.00 | |
| 804. | Appraisal fee | to | (from GFE #3) | | |
| 805. | Credit report | to Kroll Factual Data | (from GFE #3) | 36.18 | |
| 806. | Tax service | to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | 95.00 | |
| 807. | Flood certification | to First American Flood | (from GFE #3) | 10.00 | |
| 808. | Commitment Fee $375 | to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 809. | Warehouse Fee $100.00 | to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 810. | Underwriting Fee $200.00 | to GATEWAY FUNDING DIVERSIFIED MORTGAGE | (from GFE #3) | | |
| 900. | **Items Required by Lender to be Paid in Advance** | | | | |
| 901. | Daily interest charges from   from 12/10/2010 to 01/01/2011 @ $33.0677/day | | (from GFE #10) | 727.49 | |
| 902. | Mortgage Ins. Premium   for   months to | | (from GFE #3) | | |
| 903. | Homeowner's insurance   for 12 months to Liberty Mutual | | (from GFE #11) | 684.00 | |
| 904. |     months to | | (from GFE #11) | | |
| 1000. | **Reserves Deposited with Lender** | | | | |
| 1001. | Initial deposit for your escrow account | | (from GFE #9) | 694.88 | |
| 1002. | Homeowner's Insurance   2 months @ $   57.00/month  $114.00 | | | | |
| 1003. | Mortgage Insurance   months @ $   0.00/month  $0.00 | | | | |
| 1004. | City Property Tax   6 months @ $   20.36/month  $122.16 | | | | |
| 1005. | County Property Tax   months @ $   0.00/month  $0.00 | | | | |
| 1006. | Assessments   months @ $   0.00/month  $0.00 | | | | |
| 1007. | School Tax Reserve   6 months @ $   152.46/month  $914.76 | | | | |
| 1008. | Aggregate Adjustment   $-456.04 | | | | |
| 1100. | **Title Charges** | | | | |
| 1101. | Title services and lender's title insurance | | (from GFE #4) | 1,538.20 | |
| 1102. | Settlement or closing fee   to   $ | | | | |
| 1103. | Owner's title insurance | | (from GFE #5) | | |
| 1104. | Lender's title insurance   $763.20 | | | | |
| 1105. | Lender's title policy limit $292,600.00  Lender's Policy | | | | |
| 1106. | Owner's title policy limit $0.00  Owner's Policy | | | | |
| 1107. | Agent's portion of the total title insurance premium   $572.40 | | | | |
| 1108. | Underwriter's portion of the total title insurance premium   $190.80 | | | | |
| 1109. | Attorney Fee   to Lynn, May & Perza, P.A.   $775.00 | | | | |
| 1200. | **Government Recording and Transfer Charges** | | | | |
| 1201. | Government recording charges | | (from GFE #7) | 313.00 | |
| 1202. | Deed $0.00   Mortgage $313.00   Release $0.00 | | | | |
| 1203. | Transfer taxes | | (from GFE #8) | | |
| 1204. | City/County tax/stamps   Deed $0.00   Mortgage $0.00 | | | | |
| 1205. | State Tax/stamps   Deed $0.00   Mortgage $0.00 | | | | |
| 1206. |   Deed $0.00   Mortgage $0.00 | | | | |
| 1207. | | | | | |
| 1300. | **Additional Settlement Charges** | | | | |
| 1301. | Required services that you can shop for | | (from GFE #6) | | |
| 1302. | Survey   to   $ | | | | |
| 1303. |   to | | | | |
| 1304. |   to   $ | | | | |
| 1305. |   to | | | | |
| 1400. | **Total Settlement Charges**   (enter on lines 103, Section J and 502, Section K) | | | 4,773.75 | 0.00 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | | |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 |
| Our origination charge | # 801 | 675.00 | 675.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 0.00 | 0.00 |
| Your adjusted origination charges | # 803 | 675.00 | 675.00 |
| Transfer taxes | # 1203 | 0.00 | 0.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 275.00 | 313.00 |
| Credit report to | # 805 | 50.00 | 36.18 |
| Tax service to | # 806 | 95.00 | 95.00 |
| Flood Certification | # 807 | 20.00 | 10.00 |
| Title services and lender's title insurance | # 1101 | 1,980.00 | 1,538.20 |
| Owner's title insurance | # 1103 | 0.00 | 0.00 |
|  | # |  |  |
|  | # |  |  |
| Total |  | 2,420.00 | 1,992.38 |
| Increase between GFE and HUD-1 Charges | | $ -427.62 or | -17.6702% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 2,870.50 | 694.88 |
| Daily interest charge | # 901  $33.0677/day | 840.54 | 727.49 |
| Homeowner's insurance | # 903 | 0.00 | 684.00 |
| Courier Fee - Payoff | # 1304 | 0.00 | 0.00 |
|  | # |  |  |
|  | # |  |  |

**Loan Terms**

| Your initial loan amount is | $292,600.00 |
|---|---|
| Your loan term is | 30 years |
| Your initial interest rate is | 4.1250% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $1,605.83 includes<br>[X] Principal<br>[X] Interest<br>[X] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of ___ %. The first change will be on / / and can change again every ___ years after / / . Every change date, your interest rate can increase or decrease by ___ %. Over the life of the loan, your interest rate is guaranteed to never be lower than ___ % or higher than ___ %. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [ ] No. [X] Yes, the first increase can be on 01/06/1941 and the monthly amount owed can rise to $1,609.46.<br>The maximum it can ever rise to is $1,609.46. |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $ ___ due in ___ years on / / . |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $229.82 that results in a total initial monthly amount owed of $1,835.65. This includes principal, interest, a mortgage insurance and any items checked below:<br>[X] Property taxes    [X] Homeowner's Insurance<br>[ ] Flood insurance    [ ]<br>[ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

### Signature Page

### HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

_____    _____
SCOTT J. LEONHARDT

_____    _____

**Sellers**

_____*[signature]*_____    __12-6-10__
_____    _____

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

___*[signature]*___    __12/6/2010__
SETTLEMENT AGENT    DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

# Exhibit B

**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1-800-766-4622/Follow the Prompts

**Important Note:** In accordance with RESF requirements, this notice is being sent result of the review completed on your account.

## INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT NUMBER: ██████████

PROPERTY ADDRESS:
2111 FAIRFIELD PLACE
WILMINGTON DE 19805

ANALYSIS DATE: DECEMBER 22, 2011

SCOTT J LEONHARDT
2111 FAIRFIELD PL
WILMINGTON DE  19805-2651

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

**Section 1:**

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | IN |
|---|---|---|---|
| REGULAR PMI | FEBRUARY 2012 | 187.75 | |
| REGULAR PMI | MARCH 2012 | 187.75 | |
| REGULAR PMI | APRIL 2012 | 187.75 | |
| REGULAR PMI | MAY 2012 | 187.75 | |
| REGULAR PMI | JUNE 2012 | 187.75 | |
| REGULAR PMI | JULY 2012 | 187.75 | |
| REGULAR PMI | AUGUST 2012 | 187.75 | |
| CITY/TOWNSHIP | AUGUST 2012 | 1,772.30 | |
| REGULAR PMI | SEPTEMBER 2012 | 187.75 | |
| COUNTY | SEPTEMBER 2012 | 2,052.74 | |
| REGULAR PMI | OCTOBER 2012 | 187.75 | |
| REGULAR PMI | NOVEMBER 2012 | 187.75 | |
| REGULAR PMI | DECEMBER 2012 | 187.75 | |
| FIRE | JANUARY 2013 | 704.00 | |
| REGULAR PMI | JANUARY 2013 | 187.75 | |
| TOTAL ANNUAL DISBURSEMENTS: | | 6,782.04 | |
| TOTAL ESCROW PAYMENT: | | 565.17 | |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $2,636.84, your new total payment will be adjusted to $1,983.25 effective with your FEBRUARY 01, 2012 payment. If you do not shortage, your total payment effective FEBRUARY 01, 2012 will be $2,202.98.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 565.17 | 417.57 |
| Surplus/Shortage | 219.73 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| Total | 784.90 | 417.57 |
| Principal/Interest | 1,418.08 | 1,418.08 |
| Total Payment | 2,202.98 | 1,835.65 |

Depending on the timing of when your next billing notice is released, you may not see change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMA AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a electronic debit to your account at the financial institution indicated on the check. This electronic debit will be 1 amount of your check.
If you are utilizing a military allotment, or third-party company to make payments on please notify your service of any payment changes.

680-0680-1200F

Section 2:



ANALYSIS TYPE: 1/6 AGGREGATE                                       ACCOUNT NUMBER: 
PROJECTED ESCROW BALANCE AS OF: JANUARY 31, 2012        -1,076.32  *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS | |
|---|---|---|---|---|---|
| PROJECTED BALANCE | | | 1,076.32- | 1,560.52 | |
| 02/01/12 | 565.17 | 187.75- | 698.90- | 1,937.94 | |
| 03/01/12 | 565.17 | 187.75- | 321.48- | 2,315.36 | |
| 04/01/12 | 565.17 | 187.75- | 55.94 | 2,692.78 | |
| 05/01/12 | 565.17 | 187.75- | 433.36 | 3,070.20 | |
| 06/01/12 | 565.17 | 187.75- | 810.78 | 3,447.62 | |
| 07/01/12 | 565.17 | 187.75- | 1,188.20 | 3,825.04 | |
| 08/01/12 | 565.17 | 187.75- | 1,565.62 | 4,202.46 | |
| 08/01/12 | .00 | 1,772.30- | 206.68- | 2,430.16 | |
| 09/01/12 | 565.17 | 187.75- | 170.74 | 2,807.58 | |
| 09/01/12 | .00 | 2,052.74- | 1,882.00- | 754.84 | L |
| 10/01/12 | 565.17 | 187.75- | 1,504.58- | 1,132.26 | |
| 11/01/12 | 565.17 | 187.75- | 1,127.16- | 1,509.68 | |
| 12/01/12 | 565.17 | 187.75- | 749.74- | 1,887.10 | |
| 01/01/13 | 565.17 | 704.00- | 888.57- | 1,748.27 | |
| 01/01/13 | .00 | 187.75- | 1,076.32- | 1,560.52 | |

Current Escrow Balance:   602.14-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 01/12 | 417.57 | 01/07/12 | 704.00 |
| | | 01/01/12 | 187.75 |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
-1,882.00

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
754.84

---

Section 3:  ➡  | SHORTAGE     2,636.84 |

---

ESCROW ACCOUNT ACTIVITY (FEBRUARY 01, 2011 - JANUARY 31, 2012)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 11/01/10 | | .00 | .00 | | .00 | .00 |
| 12/01/10 | | .00 | .00 | | .00 | .00 |
| 01/01/11 | | .00 | .00 | PAYMENT | 1,112.45 | 1,112.45 |
| BEGINNING BALANCE | | | .00 | | | 1,112.45 |
| 02/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 924.70 |
| 03/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,154.52 |
| 03/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,154.52 |
| 04/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,384.34 |
| 04/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,384.34 |
| 05/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,614.16 |
| 05/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,614.16 |
| 06/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,843.98 |
| 06/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,843.98 |
| 07/01/11 | | .00 | .00 | PAYMENT | 417.57 | 2,073.80 |
| 07/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 2,073.80 |
| 08/01/11 | | .00 | .00 | PAYMENT | 417.57 | 719.07 |
| 08/01/11 | | .00 | .00 | CITY/TOWNSHIP | 1,772.30- | 719.07 |
| 08/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 531.32 |
| 09/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,103.85- |
| 09/01/11 | | .00 | .00 | TAX | 2,052.74- | 1,103.85- |
| 09/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,291.60- |
| 10/01/11 | | .00 | .00 | PAYMENT | 417.57 | 1,061.78- |
| 10/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 1,061.78- |
| 11/01/11 | | .00 | .00 | PAYMENT | 417.57 | 831.96- |
| 11/01/11 | | .00 | .00 | REGULAR PMI | 187.75- | 831.96- |
| 12/01/11 | | .00 | .00 | PAYMENT | 417.57 | 602.14- |
| | | .00 | .00 | REGULAR PMI | 187.75- | 602.14- |

# Exhibit C

## Scott Leonhardt

| | |
|---|---|
| From: | ███████████████████████ ] *Closing attorney/paralegal* |
| Sent: | Tuesday, January 17, 2012 12:44 PM |
| To: | Scott Leonhardt |
| Subject: | RE: 2111 Fairfield Place Refinance - Material Escrow Error |

Scott,

I have just had a chance to pull your file when you closed in 2010. It looks as though the mortgage company did not escrow for City taxes. ███████████████████████████████████████████████████████████
█████████████████

███