**Status Conference Date: July 8, 2015 at 2:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE ON THE OBJECTION OF THE RESCAP LIQUIDATING TRUST TO CLAIM NUMBERS 2385, 2386, 2387, 2388 AND 2389 FILED BY DUNCAN K. ROBERTSON ON JULY 8, 2015 AT 2:00 P.M. (ET)**

TO: Claimant Duncan K. Robertson

PLEASE TAKE NOTICE that the Court has scheduled a telephonic status conference in connection with the *Objection of The ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson* [Docket No. 8072] at **2:00 p.m. (ET) on July 8, 2015**. The ResCap Liquidating Trust will separately supply the Court and Claimant with conference line information.

ny-1194142

Dated: June 30, 2015
      New York, New York

/s/ Norman S. Rosenbuam

Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Liquidating Trust*

2

**Exhibit 1**

ny-1194142