To: The Clerk of Court * Judge Martin Glenn
US Bankruptcy Court
Southern District of New York
1 Bowling Green
Alexander Hamilton Custom House
New York, New York 10004-1408

RE: Case # 12-1202MG (ResCap Case)

Date: 06/16/15

Please enclosed for filings with the Court
Creditors: -
1. Motion to Compel Discovery with its attachments, and
2. Creditors Motion for Enlargement of time to resolve and complete Discovery

on the above-stated ResCap Case

Please do file accordingly.

Via: Priority Mail

from: Sylvia Emeibata
Tel (512) 792-9998
(512) 791-2395

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------

In re:                                    ]         Case No. 12-12020(MG)
                                          ]
Residential Capital LLC, et al            ]         Chapter 11
                                          ]
              Debtors                     ]         Jointly Administered

## MOTION OF CREDITORS FOR ENLARGEMENT OF TIME TO RESOLVE AND COMPLETE DISCOVERY ISSUES REGARDS THE OMNIBUS OBJECTION TO CLAIMS NOS. 3910 7 4085

TO THE HONORABLE JUDGE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

1. The Creditors, Philip Emiabata and Sylvia Emiabata hereby respectfully ask the court to enlarge time for resolving and to complete discovery issues regarding the Debtors/Borrowers Claim Trust omnibus Objection. And by implications, the slated date for hearing /trial June 23, 2015 should be kept on abeyance.
   As Discovery issues arises, and in attempt to resolve these creditors has also sent in a Motion for this court to compel such disclosures and discovery, production of documents/records.
2. And creditors are asking for this enlargement because there are many unresolved issues pertaining to the said discovery that will enable creditors to : (i) Add more answers to their original response dated June 1,2015 objecting to omnibus objection.
   (ii) In creditors original response (opposition) paragraph 2; creditors invoked their rights for such amendment, addition to their original opposition and also discovery periods – "creditors reserves the right to amend, add to this our original response (opposition) to this debtors eighty-second omnibus to claim and also to ask the court for a continuum on the Hearing after ResCap Borrowers claim Trust (Debtors) herein have supplied creditors with all our discoveries, interrogatories............"
3. (a) It is of note that Discovery period is the time to discover facts, research the law and gather evidence for preparation, and for presentation at trial.
   (b) As this court is aware and as seen in debtors Motion of this their eighty –second omnibus objection to claim dated May 5, 2025 with their attached affidavits; they stated that they went through, that they studied, examined a lot of books, documents and records of the debtors. These they did before filing this their eighty – second omnibus. Hence we the creditors want those materials (books, documents/records, et

1

al) in preparation to the addition to our original opposition cum also to be used at the trial (Hearing). And also research and review same, it correctness and authenticity.
4. By this Motion, creditors seeks for an enlargement of time to resolve and complete discovery issues regarding this Debtors Trust omnibus objection to 2 months; through and including August 19, 2015. Which creditors belief that before the said date, their requested Discoveries, Production of documents should have been provided to them (creditors).
5. There has been no prior request for enlargement of time by creditors on these their claims Nos. 3910 & 4085.

WHEREFORE, THE Creditors /Claimants respectfully request that the court grant an enlargement of time to resolve and complete discovery issues regarding this omnibus objection to August 19, 2015. To which after the said date, parties will stipulate or agree as to when the Hearing (Trial) will take place.

Dated: June 16, 2015

/s/ Philip Emiabata &Sylvia Emiabata
508 Evening Grosbeak Drive
Pflugerville TX 78660
Tel. (512) 791-2395
(512) 992-9998

CERTIFICATE OF SERVICE

A copy of this Motion For Enlargement of time was on June 16,2015 served on the named below:

<u>Morrison & Foersters</u>
250 West 55th Street,
New York, NY 10019

Norman S. Rosenbaum,
Jordan A. Wishnew
Jessica J. Arett