# **Exhibit 2**

Identifier: 8843    Doc Type: WOUT

DEC-18-2009 02:13    FROM:SOUTH WINDSOR PUBLIC 8606447645    TO:18667094744    P.2

**FAX COVER SHEET** (*This page should be returned to us with your completed financial analysis form*)
**PLEASE INCLUDE THE ACCOUNT NUMBER ON EVERY PAGE OF YOUR RETURNED PACKAGE**

To: Loss Mitigation
From: Todd Silber
Fax to: 1-866-709-4744

Account Number(s): 8843
or mail to: Loss Mitigation
233 Gibraltar Road Suite 600
Horsham PA 19044

All of the following information must be completed and returned to determine eligibility:
- Financial Analysis Form (Enclosed)
- A copy of the most recently filed signed federal income tax return, including all schedules and forms, for each borrower
- A signed and dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return) with all applicable fields completed for each borrower – (Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers.) (Enclosed)
- Documentation to verify all of the income of each borrower. Please see the chart below for the type of documentation required for each type of income.
- Documentation to verify expenses for Homeowners or Condominium Association Dues for condominiums and Co Ops. Please see the chart below.

| TYPE OF INCOME | | DOCUMENTATION REQUIRED |
|---|---|---|
| For each borrower who is paid by an employer: | ☐ | Copy of the two most-recent pay stubs from your employer *including year-to-date information*. Pay stubs or other documentation that shows year-to-date income must be submitted. Pay stubs cannot be more than 90 days old. If hired within the fiscal year of 2009, please include your employment start date. |
| Other earned income (e.g. bonus, commission, fee, housing allowance, tips, and/or overtime): | ☐ | Copy of third party documentation describing the nature of the income (e.g. an employment contract and/or printouts documenting tip income) |
| For each borrower who is self-employed: | ☐ | Copy of the most recent quarterly or year-to-date profit and loss statement |
| For each borrower who has benefit income such as Social Security, disability, death benefits, or pension: | ☐ ☐ | Copy of benefits statement or letter from the provider that states the amount and frequency of the benefit, AND Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who has income such as unemployment or public assistance: | ☒ ☐ | Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit. Such benefit must continue for at least 9 months to be considered qualifying income. Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who is relying on alimony or child support as qualifying income: | ☐ ☐ | Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received, AND Copies of the two most-recent bank statements or other documentation showing receipt of alimony or child support. Bank statements cannot be over 90 days old. |
| For each borrower who has rental income from an investment property: | ☐ ☐ | Copy of the most-recent federal tax return with all schedules, including Schedule E-Supplemental Income and Loss. If the subject property, on which the modification is being requested, is not your primary residence, please include the following: Copy of the current lease agreement for this property |
| For each borrower who has income not specified above: | ☐ | Signed letter from the person(s) that contributes the income showing the amount and frequency of the income. This would include situations where the borrower rents a room of his or her primary residence to another person. |

| TYPE OF EXPENSE | | DOCUMENTATION REQUIRED |
|---|---|---|
| For borrower(s) whose property requires Homeowners or Condominium Dues: | ☐ | A letter or billing statement from the Homeowners or Condominium Association or Co Op showing the amount and frequency of dues. |

If you want to sell this property, please also include:
☐ Copy of the listing agreement
☐ Copy of the sales contract, if available
☐ Copy of the estimated Settlement Statement (HUD1), if available
☐ Signed Third Party Authorization Form

✱ Please *see* Attached Letter. That was faxed and/or mailed with this packet. I have read and tried to understand all terms in this packet. If anywhere I signed is stating

# FINANCIAL ANALYSIS FORM

Account Number ▮▮▮ ▮ ▮▮▮▮ 8843

| I want to: | ☒ Keep the Property | ☐ Sell the Property | | |
|---|---|---|---|---|
| The property is my: | ☒ Primary Residence | ☐ Second Home | ☐ Investment | |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant | |

## BORROWER / CO-BORROWER

**BORROWER'S NAME:** Todd Silber
**SOCIAL SECURITY NUMBER:** ▮▮▮▮2236
**DATE OF BIRTH:** 8-13-▮▮
**HOME PHONE NUMBER WITH AREA CODE:** 860-▮▮▮-▮05▮
**CELL OR WORK NUMBER WITH AREA CODE:** 860-922-4156
**MAILING ADDRESS:** ▮▮ Farnham Rd. South Windsor CT 06074
**PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME):** SAME

**CO-BORROWER'S NAME:** _____
**SOCIAL SECURITY NUMBER:** _____
**DATE OF BIRTH:** _____

Is the property listed for sale? ☐ Yes ☒ No
Have you received an offer on the property? ☐ Yes ☒ No
Date of offer _____ Amount of Offer $ _____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help? ☐ Yes ☒ No
If yes, please complete counselor contact information below.
Counselor's Name: _____
Counselor's Phone Number: _____
Counselor's Email: _____

Who pays the Real Estate Tax bill on your property?
☐ I do ☒ Lender does ESCROW
Are the taxes current? ☐ Yes ☐ No
Condominium or HOA Fee ☐ Yes ☐ No $ _____
Paid to: _____

Who pays the hazard insurance policy for your property?
☐ I do ☒ Lender Does ☐ Paid by Condo or HOA ESCROW
Is the policy current? ☐ Yes ☐ No
Name of Insurance Co. _____
Insurance Co. Tel #: _____

Have you filed for bankruptcy? Yes ☒No☒   if yes: ☐ Chapter 7  ☐ Chapter 13  Filing Date: _____
Has your bankruptcy been discharged?  ☐ Yes ☐ No   Bankruptcy case number _____

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| N/A | | | |

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):

☒ My household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments).

☐ Other

**Explanation (Required):** I have been unemployed from July to Present day. I have done my best to stay on top of all my bills and Responsibility. But in November I could No longer. I was also unemployed Nov 2008 to Feb 2009. But was still able to pay all my Bills. Only Now Can I No longer. I have gone through all savings. Sold things of Worth. But Now I Need help. Please Know My main Goal is Keeping this House, Food for my children and keeping the Electricity on.

If additional space is needed for Explanation, please include an additional page.

I have been in the Car Business for 8 years. It's Great money, Just look How I was able to pay Bills for some time. I have No doubt that Come Feb or

# FINANCIAL ANALYSIS FORM (Continued)

Account Number: 8843

INCOME/EXPENSES FOR HOUSEHOLD ____  NUMBER OF PEOPLE IN HOUSEHOLD ____

| 1 - Monthly Household Income | | 2 - Monthly Household Expenses/Debt | | 3 - Household Assets | |
|---|---|---|---|---|---|
| Gross Salary/Wages | 2 weeks/month | | | | |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | $2919.70 | First Mortgage Payment | $1990.80 | Checking Account(s) Balance | $649.00 |
| Overtime | $ × | Second Mortgage Payment/Liens/Rents | $ × | Checking Account(s) Balance | $74.00 |
| Child Support/Alimony* | $ × | Insurance — hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ Escrowed | Savings/Money Market | $ × |
| Social Security/SSDI | $ × | Property Taxes (If not escrowed and included in your current mortgage payment) | $ Escrowed | CDs | $ × |
| Other monthly income from pensions, annuities or retirement plans | $ × | Credit Cards/Installment Loan(s) (total minimum payment per month) | $50 - *** $600 | Stocks/Bonds | $ × |
| Tips, commissions, bonus and self-employed income | $ × | Alimony, child support payments | $ × | Other Cash on Hand | $ × |
| Rents Received | $ × | Health Insurance | $ × | Other Real Estate (estimated value) | $ × |
| Unemployment Income | $ × | HOA/Condo Fees/Property Maintenance | $ × | Other _____ | $ × |
| Food Stamps/Welfare | $ × | Car Payments | $209.46 | | |
| Other (investment income, royalties, interest, dividends etc) | $ × | Medical Expenses | $ × | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| | | Child Care | $ × | | |
| | | Student Loans/Personal Loans | $ × | | |
| | | Auto Expenses/Gasoline/Insurance | $220 - 260 | | |
| | | Food/Household Supplies | $645 - $750 | | |
| | | Water/Sewer/Utilities/Phone(s)/Cable | $548 - $600 | | |
| | | Other | $ | | |
| Total (Gross Income) | $2919.70 | Total Debt/Expenses | $4112.26 $4360 | Total Assets | $723.00 |

* * * ALL INCOME MUST BE DOCUMENTED * * *

*Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary. You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.
If additional space is needed, please include an additional page.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☐ Female  ☒ Male | Sex: | ☐ Female  ☐ Male |

To be Completed by Interviewer

| This application was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | Interviewer's Signature  Date | |
| ☐ Mail | | |
| ☐ Telephone | Interviewer's Phone Number (include area code) | |
| ☐ Internet | | |

*** — Please note the Credit Card Installments and payments are not a priority at this time. I have always paid them on time. However me and my family are in [rough?] mode; my Priorities are mortgage Electricity, Heat, and Food.



## ACKNOWLEDGEMENT AND AGREEMENT

Account Number _____ 8c843

In making this request for consideration to review my loan terms I/We certify under penalty of perjury:

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.
8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s), (d) companies that perform support services in connection with Making Home Affordable; and (e) any HUD certified housing counselor.
13. ☒ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    ☐ My/Our property is not owner occupied.

_____  12/11/09  _____
Borrower Signature       Date     Co-Borrower Signature      Date

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

**1-888-995-HOPE™**
Homeowner's HOPE Hotline

### NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-022-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220



DEC-18-2009 02:15 FROM:SOUTH WINDSOR PUBLIC 8606447645  TO:18667094744  P.6

**Form 4506T-EZ** (October 2009) — **Short Form Request for Individual Tax Return Transcript**
Department of the Treasury — Internal Revenue Service
OMB No. 1545-2154

Request may not be processed if the form is incomplete or illegible.

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

1a. Name shown on tax return. If a joint return, enter the name shown first.
    **Todd Silber**

1b. First social security number on tax return: **2236** (partially redacted)

2a. If a joint return, enter spouse's name shown on tax return. _(blank)_

3. Current name, address (including apt., room, or suite no.), city, state, and ZIP code
   **73 Farnham Rd.  South Windsor  CT  06074**

4. Previous address shown on the last return filed if different from line 3. _(blank)_

5. If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
   Third party name: **GMAC Loss Mitigation**
   Address: **233 Gilbraltar Road Suite 600, Horsham PA 19044**
   Telephone number: _(blank)_

6. Year(s) requested:
   **2008    2007    2006    2005**

Signature: _(signed)_    Date: **12/10/09**

Spouse's signature: _(blank)_   Date: _(blank)_

Cat. No. 54185S   Form **4506T-EZ** (10-2009)

DEC-18-2009 02:16  FROM:SOUTH WINDSOR PUBLIC 8606447645        TO:18667094744        P.7

# Form 4506T-EZ (10-2009)

Page 2

## Purpose of form.
Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

- A transcript of a business return (including estate and trust returns).
- An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).
- A record of account, which is a combination of line item information and later adjustments to the account.
- A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.
- A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.

Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

## Where to mail . . .

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team<br>P.O. Box 47-421<br>Stop 91<br>Doraville, GA 30362<br>770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br>512-460-2272 |
| Alaska, Arizona, California, Colorado, District of Columbia, Hawaii, Idaho, Iowa, Kansas, Maine, Maryland, Massachusetts, Minnesota, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Vermont, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br>559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team<br>Stop 6705-B41<br>Kansas City, MO 64999<br>816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 60 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

Identifier: █████8843    12-12020-mg    Doc 8828-2    Filed 07/01/15    Entered 07/01/15 18:20:06    Exhibit 2
           Doc Type:WOUT                    Pg 8 of 13

DEC-18-2009 02:16  FROM:SOUTH WINDSOR PUBLIC 8606447645         TO:18667094744        P.8

## THIRD PARTY AUTHORIZATION and AGREEMENT TO RELEASE

(Please complete and return if you ONLY want us to speak with your Real Estate Agent, or any other designated third party on your behalf.)

Account Number: ██████88 4█   Name: _Todd Silber_
Property Address: _73 Farnham Rd._  _South Windsor_  _CT_  _06074_

**STOP**   Before you sign this authorization, please be aware that...

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house.
- Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- ONLY use HUD certified counseling agencies: Call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

I/we do hereby authorize (my lender/mortgage servicer) to release or otherwise provide to:

_____ of _____ in his/her capacity as
Name                        Company Name

_____       _____
Relationship (if applicable)     Phone Number

public and non-public personal financial information contained in my loan account which may include, but is not limited to, loan balances, final payoff statement, loan payment history, payment activity, and/or property information.

We, the lender/mortgage servicer, will take reasonable steps to verify the identity of the 3rd party authorized above, but will have no responsibility or liability to verify the true identity of the requestor when he/she asks to discuss my account or seeks information about my account. Nor shall we, the lender/mortgage servicer, have any responsibility or liability for what the requestor may do with the information he/she obtains concerning my account.

I/we do hereby indemnify and forever hold harmless the lender/mortgage servicer, from all actions and causes of actions, suits, claims, attorney fees, or demands against the lender/servicer which I/we and/or my heirs may have resulting from the lender/mortgage servicer discussing my loan account and/or providing any information concerning the loan account to the above named requester or person identifying themselves to be that requester

If you agree to this Authorization and the terms of the Release as stated above, please sign, date, and return with the Financial Analysis form

NOTE: No information concerning your account will be provided until we have received this executed document. The **authorization needs to be in the name of an individual (not a company)** and a form needs to be completed for each authorized individual. All parties on the Mortgage must sign.

_Todd Silber_         _[signature]_          _12/11/08_       ➡ **SIGN HERE**
Borrower Printed Name    Borrower Signature      Date

_____     _____      _____
Co-Borrower Printed Name  Co-Borrower Signature   Date

8843
8843

To whom it may concern,

    Attached is my current Unemployment compensation stub. The stub reflects $679 paid weekely, with a balance of $13608.00 This Balance provdes 20 more weeks of Unemployment compensation. However please understand that there are extensions that I will qualify for (since I was in the Auto Business) That will surpass your 9 month requirement.

    20weeks left currently

Plus the first extension: **October 2 Update:** Senator Max Baucus, Chairman of the Finance Committee, introduced legislation - the Emergency Unemployment Compensation Act of 2009 - that provides additional weeks of federal unemployments benefits to workers in all states. Baucus and Senate Majority Leader Harry Reid propose four extra weeks of extended unemployment benefits for all states, plus 13 additional weeks for the 27 hardest-hit states.

Connecticut falls in the parameter of the "27 hardest hit states" ~~▬▬▬▬▬▬~~

This extension provides 17 more weeks

**Second extension: November 6 Update:** President Obama has signed the unemployment extension legislation. Check with your state unemployment office for details on when payments will start being made. The extension provides for 14 weeks of extended benefit coverage for every state and an additional 6 weeks, for a total of 20 weeks, in high unemployment states where unemployment is over 8.5%.

Again Connecticut is unfortunately over 8.5%

This is extension provides another 20weeks

Now these 2 first extensions alone plus my current benefit time is 57 weeks, totaling over 1 year.

Please understand I have no intention of staying unemployed that long. Come spring time the latest I will land back in a car dealership. Please also understand I was laid off back in July of 09 and have gone through all of my savings. I did not think I wuld be unemployed this long. This is the down side to the auto Business, great, money while employed, but hi turn around. While employed in the Auto Business, my history and experience grants me a pretty high paying salary. So even though was laid off in July, I was able to live off most of my savings and pay all my bills up until November. Currently I am not behind on any other bills other then my mortgage. But I can no longer survive off unemployment alone, and still pay all my bills. I hope that the fact I kept trying and staying above "water" for the past 4 months will show some character. I did not reach for handouts and help from all sources nor did I stop paying bills upon my layoff back in July. I fought every day to find work and stay on top of all my financial obligations. At this time I have to prioritize, I am the sole provider for my 2 children. My priorities are keeping my House, Keeping the heat and electricity on, and keeping food on the table. As soon as GMAC

can help me the better and at the same time I will then contact a credit card consolidation program to consolidate my credit card dept if need be as well. But again I have to focus on Keeping my house, food for my children and heat and electricity.

Sincerely Todd Silber

DEC-18-2009 02:17  FROM:SOUTH WINDSOR PUBLIC 8606447645           TO:18667094744           P.11

# Webster Bank

## Transaction History

**Disclaimer**
The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

**Account Title/Address:**
TODD SILBER
73 FARNHAM RD
SOUTH WINDSOR, CT 06074

**Customer Name:** TODD SILBER
**Acct #:** 19654443
**Acct Type:** VIP FREE INTEREST CHECKING
**Balance:** $804.55
**Total Available Balance:** $125.55
**Last Statement Date:** 11/20/2009

**History search parameters**
Transaction Type: DDA Transactions
Amount From: / To:
Date From: 12/01/2009 To: 12/18/2009

### Pending Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| 12/18/2009 | DEPOSIT | DEPOSIT | 0000100000 | 679.00 |

### Posted Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 12/17/2009 | CK CRD SIGNATURE PURCH | ALEXIAS PIZZA 4821714334435765 | 0000000000 | 30.08 | $125.55 |
| 12/17/2009 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 22.12 | $155.63 |
| 12/16/2009 | CK CRD PIN PURCHASE | OCEAN STATE JOB LOOCEAN S 5040 | 0000000000 | 22.15 | $177.75 |
| 12/16/2009 | CK CRD PIN PURCHASE | MANCHESTER IRVINGMANCHEST 022 | 0000000000 | 46.84 | $199.90 |
| 12/15/2009 | ACH WITHDRAWAL | Credit One Bank Payment 93 | 0000000935 | 40.00 | $246.74 |
| 12/15/2009 | ACH WITHDRAWAL | GENESIS WEB BANK Payment 09 | 0000000937 | 45.00 | $286.74 |
| 12/15/2009 | ACH WITHDRAWAL | JCPENNEY/GEMB CHECKPAYMT 09 | 0000000936 | 60.00 | $331.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | FAS 316 MART 1 | 0000000000 | 12.06 | $391.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | GEISSLER'S SUPERMA 1 | 0000000000 | 26.46 | $403.80 |
| 12/14/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000933 | 126.09 | $430.26 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53889743344 | 0000000000 | 122.47 | $556.35 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53889543344 | 0000000000 | 142.23 | $688.82 |
| 12/14/2009 | ACH WITHDRAWAL | SEARS PAYMENT CHECK PYMT 09 | 0000000934 | 40.00 | $831.05 |
| 12/14/2009 | CK CRD PIN PURCHASE | SOU JCPENNEY STORE 532SOU 0003 | 0000000000 | 65.00 | $871.05 |
| 12/11/2009 | CK CRD PIN PURCHASE | TANDY LEATHER 105TANDY LE 001 | 0000000000 | 32.86 | $936.05 |
| 12/11/2009 | WITHDRAWAL AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 440.00 | $968.91 |
| 12/10/2009 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 8.00 | $1,408.91 |
| 12/10/2009 | DEPOSIT | DEPOSIT | 0000000000 | 1,358.00 | $1,417.71 |
| 12/09/2009 | CK CRD SIGNATURE PURCH | HIGASHI JAPANESE R 00109843144 | 0000000000 | 10.95 | $59.71 |
| 12/09/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 14.55 | $98.66 |

Page 1 of 2

*2 checks Deposited from work before 12-2-09*

## WebsterBank

### Transaction History Continuation

**Disclaimer**
The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

TODD SILBER    ACCT # 19654443
VIP FREE INTEREST CHECKING

**Results**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 12/09/2009 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 50.00 | $85.65 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*ELEC | 0000000000 | 19.99 | $135.65 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*BC UP | 0000000000 | 29.99 | $155.64 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*BC UP | 0000000000 | 39.99 | $185.63 |
| 12/07/2009 | CK CRD PIN PURCHASE | USPS 0875140174/850 CLUSP 0026 | 0000000000 | 7.34 | $225.62 |
| 12/07/2009 | ACH WITHDRAWAL | LOWES/GEMB          CHECKPAYMT 09 | 0000000928 | 40.00 | $232.96 |
| 12/07/2009 | ACH WITHDRAWAL | HOME DEPOT CR SV CHECK PYMT 09 | 0000000930 | 190.00 | $272.96 |
| 12/04/2009 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 40.00 | $462.96 |
| 12/03/2009 | ACH WITHDRAWAL | HSBC CREDIT SVC2 CHECKPAYMT 92 | 0000000929 | 20.00 | $502.96 |
| 12/03/2009 | WITHDRAWAL AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 340.00 | $522.96 |
| 12/02/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000932 | 209.27 | $862.96 |
| 12/02/2009 | ACH WITHDRAWAL | YANKEE GAS            CHECKPAYMT 93 | 0000000931 | 72.70 | $1,072.23 |
| 12/01/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 25.00 | $1,144.93 |
| 12/01/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 30.00 | $1,169.93 |

-------- End of Report --------

Page 2 of 2

DEC-18-2009 02:18   FROM: SOUTH WINDSOR PUBLIC 8606447645   TO: 18667094744   P.13

**Workforce** — TeleCert/WebCert
**Workforce** — TeleCert/WebCert
Unemployment Insurance
**Benefit Claim Certification by Telephone or Web**

Your unemployment insurance benefit check is attached below. Before you cash the check, detach it and keep the stub for your records.

☞ **File every week that you are unemployed or working part-time.** (If you worked full-time, you are not eligible for benefits for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:** 617-626-6338 or use the Internet. Go to www.mass.gov/dua (follow the instructions on the screen).

✓ **Days/times to file:** Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet)
   Sunday is the first day of the week you can call to claim benefits for the previous week.
   Not available on Saturdays or legal holidays

✓ **Information you will need:**
   ☐ Your Social Security Number
   ☐ For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Password.
   ☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
   You are answering these questions only for the week that you are claiming benefits.
   ☐ During the week claimed, did you look for work?
   ☐ During the week claimed, were you able to work and available for work?
   ☐ During the week claimed, did you work or earn holiday pay?
   Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/or prosecution.
   (If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents. Include holiday pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to report your earnings. This may delay your benefits.)

**To reactivate your claim:**
If you do not claim benefits for even one week - because you returned to work or another reason - your claim will "close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims agent.

Form 1042 Rev 03-29-06


20 weeks

☏ **TeleClaim Center:** Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if you are calling from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | | NET PAYMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | | SEE OTHER SIDE FOR REMINDERS |
| 12/12/09 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 679.00 | |
| SOC SEC ACCT NO | BENEFIT RATE | | CHECK NO | | CHECK DATE | | CHECK AMOUNT | | | BALANCE | |
| XXX-XX-2236 | 629.00 | | 39-552907 | | 12/15/09 | | 679.00 | | | 13608.00 | |