**Exhibit 3**

*NOTE: This Packet was Faxed on 1/10/09 on 12/18/09 at 1:25 PM* ☆

# FAX COVER LETTER

PAGES: 12 + Cover Letter

TO: GMAC LOSS MITIGATION

FAX NUMBER: - 1-866-709-4744

SUBJECT: Financial analysis form plus all supporting documents.

FROM: Todd Silber

73 Farnham Road South Windsor Ct. 06074

860-922-4156 Contact.

Account: ███████8843

### R  Reminders:

- If you are receiving retirement benefits, severance pay, or other payments that you did not report previously to this agency, or if an amount you reported has changed, notify the TeleClaim Center as soon as possible.

- In order to maintain eligibility for Unemployment Insurance benefits, you are required to conduct an active search for work in each week in which you claim benefits.
  Go to www.mass.gov/dua/worksearch for more information.

- If you refused to work, quit a job or were fired from a job during the week you claimed and you have not notified this agency, contact the TeleClaim Center as soon as possible.

- Address Change? If your address has changed since you last claimed benefits, contact the TeleClaim Center for instructions.



### C  Caution!

- To detect unreported earnings, this agency matches information on this form weekly with data submitted by all Massachusetts employers to the Department of Revenue. This agency also matches your records with those of other state and federal agencies to confirm that you are eligible for benefits.

### Te  TeleClaim Center



- Call one of these numbers when you need to speak to a claims agent. Call **1-877-626-6800** if you are calling from area codes 351, 413, 508, 774, and 978. From any other area code, call **1-617-626-6800**.

Doc Type:WOUT
Identifier 8843


**Massachusetts Department of Workforce Development**
Division of Unemployment Assistance

PP43

**TeleCert/WebCebCert
Unemployment Insurarurance
Benefit Claim Certification by Telephone or Wor Web**

Your unemployment insurance benefit cxfit check is attached below. Before you cash the che check, detach it and keep the stub for your rec records.



☞ **File every week that you are unemployed or working part-time.**  (If you worked full-time, you are not eligible for . for benefits for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:**  617-626-6338 or use the Internet. Go to www.mass.gov/dua (follow the instructions on the screen).

✓ **Days/times to file:**  Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet)
   Sunday is the first day of the week you can call to claim benefits for the previous week.
   Not available on Saturdays or legal holidays.

✓ **Information you will need:**
   ☐ Your Social Security Number
   ☐ For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Pass²assword.
   ☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
   You are answering these questions only for the week that you are claiming benefits.
   ☐ During the week claimed, did you look for work?
   ☐ During the week claimed, were you able to work and available for work?
   ☐ During the week claimed, did you work or earn holiday pay?
   Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/oad/or prosecution.
   (If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents.ints. Include holiday pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to repo·eport your earnings. This may delay your benefits).

**To reactivate your claim:**
If you do not claim benefits for even one week - because you returned to work or another reason - your claim will "close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims a⅌s agent.

Form 1042 Rev 03-29-06



 **TeleClaim Center:** Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if yc if you are calling from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | | NET PAYMEYMENT | SEE OTHER SIDE FOR REMINDERS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | | |
| 12/12/09 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 679.00.00 | |
| SOC SEC ACCT NO | BENEFIT RATE | CHECK NO | | CHECK DATE | | CHECK AMOUNT | | BALANCE | | | |
| XXX-XX-2236 | 629.00 | 39-552907 | | 12/15/09 | | 679.00 | | 13608.00 | | | |




**FAX COVER SHEET** (*This page should be returned to us with your completed financial analysis form*)
**\*\*PLEASE INCLUDE THE ACCOUNT NUMBER ON UNDERLINE EVERY PAGE OF YOUR RETURNED PACKAGE\*\***

| To: Loss Mitigation | | |
|---|---|---|
| From: Todd Silber | Account Number(s) ████ 8843 | |
| Fax to: 1-866-709-4744 | or mail to: Loss Mitigation | |
| From: Todd Silber | Account Number(s) ████ UUT- | |
| Fax to: 1-866-709-4744 | or mail to: Loss Mitigation | |
| | 233 Gibraltar Road Suite 600 | |
| | Horsham PA 19044 | |

All of the following information must be completed and returned to determine eligibility:
- Financial Analysis Form (Enclosed)
- A copy of the most recently filed <u>signed</u> federal income tax return, including all schedules and forms, for each borrower
- A signed and dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return) with all applicable fields completed for each borrower -- (Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers.) (Enclosed)
- Documentation to verify all of the income of each borrower. Please see the chart below for the type of documentation required for each type of income.
- Documentation to verify expenses for Homeowners or Condominium Association Dues for condominiums and Co Ops. Please see the chart below.

| TYPE OF INCOME | | DOCUMENTATION REQUIRED |
|---|---|---|
| For each borrower who is paid by an employer: | ☐ | Copy of the two most-recent pay stubs from your employer *including year-to-date information*. Pay stubs or other documentation that shows year-to-date income must be submitted. Pay stubs cannot be more than 90 days old. If hired within the fiscal year of 2009, please include your employment start date. |
| Other earned income (e.g. bonus, commission, fee, housing allowance, tips, and/or overtime) | ☐ | Copy of third party documentation describing the nature of the income (e.g. an employment contract and/or printouts documenting tip income) |
| For each borrower who is self-employed: | ☐ | Copy of the most recent quarterly or year-to-date profit and loss statement |
| For each borrower who has benefit income such as Social Security, disability, death benefits, or pension: | ☐ | Copy of benefits statement or letter from the provider that states the amount and frequency of the benefit, AND |
| | ☐ | Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who has ✗ income such as unemployment or public assistance: | ☐ | Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit. Such benefit must continue for at least 9 months to be considered qualifying income. |
| | ☐ | Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who is relying on alimony or child support as qualifying income: | ☐ | Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received, AND |
| | ☐ | Copies of the two most-recent bank statements or other documentation showing receipt of alimony or child support. Bank statements cannot be over 90 days old. |
| For each borrower who has rental income from an investment property: | ☐ | Copy of the most-recent federal tax return with all schedules, including Schedule E-Supplemental Income and Loss. If the subject property, on which the modification is being requested, is not your primary residence, please include the following: |
| | ☐ | Copy of the current lease agreement for this property |
| For each borrower who has income not specified above: | ☐ | Signed letter from the person(s) that contributes the income showing the amount and frequency of the income. This would include situations where the borrower rents a room of his or her primary residence to another person. |

| TYPE OF EXPENSE | | DOCUMENTATION REQUIRED |
|---|---|---|
| For borrower(s) whose property requires Homeowners or Condominium Dues: | ☐ | A letter or billing statement from the Homeowners or Condominium Association or Co Op showing the amount and frequency of dues. |

**If you want to sell this property, please also include:**
- ☐ Copy of the listing agreement
- ☐ Copy of the sales contract, if available
- ☐ Copy of the estimated Settlement Statement (HUD1), if available
- ☐ Signed Third Party Authorization Form

✱ Please *see* Attached Letter. That was faxed and/or mailed with this Packet. I have read and tried to understand All terms IN this Packet.
Disclaimer: Consider this Packett Void IF any where I signed Is stating ... I wish to keep

# FINANCIAL ANALYSIS FORM

Account Number: 8843

| I want to: | ☒ Keep the Property | ☐ Sell the Property | |
| --- | --- | --- | --- |
| The property is my: | ☒ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant |
| The property is: | ☒ Owner Occupied | ☐ Renter occupied | ☐ Vacant |

## BORROWER / CO-BORROWER

**BORROWER'S NAME:** Todd Silber
**CO-BORROWER'S NAME:**

**NUMBER:** 2236   **DATE OF BIRTH:** 8-13
**SOCIAL SECURITY NUMBER:**   **DATE OF BIRTH:**

**HOME PHONE NUMBER WITH AREA CODE:** 860-436-2054
**HOME PHONE NUMBER WITH AREA CODE:**

**CELL OR WORK NUMBER WITH AREA CODE:** 860-922-4156
**CELL OR WORK NUMBER WITH AREA CODE:**

**MAILING ADDRESS:** 73 Farnham Rd. South Windsor Ct 06074

**PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME):** SAME
**EMAIL ADDRESS:**

Is the property listed for sale? ☐ Yes ☒ No
Have you received an offer on the property? ☐ Yes ☒ No
Date of offer ____ Amount of Offer $____
Agent's Name:
Agent's Phone Number:
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help? ☐ Yes ☒ No
If yes, please complete counselor contact information below.
Counselor's Name:
Counselor's Phone Number:
Counselor's Email:

Who pays the Real Estate Tax bill on your property?
☐ I do ☒ Lender does ESCROW
Are the taxes current? ☐ Yes ☐ No
Condominium or HOA Fee ☐ Yes ☐ No $____
Paid to:

Who pays the hazard insurance policy for your property?
☐ I do ☒ Lender Does ☐ Paid by Condo or HOA ESCROW
Is the policy current? ☐ Yes ☐ No
Name of Insurance Co.
Insurance Co. Tel #:

Have you filed for bankruptcy? Yes ☒No☐  If yes: ☐Chapter 7 ☐ Chapter 13  Filing Date: ____
Has your bankruptcy been discharged? ☐Yes ☐No    Bankruptcy case number ____

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
| --- | --- | --- | --- |
| N/A | | | |

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):

☒ My household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments).

☐ Other ____

**Explanation (Required):** I have been unemployed from July to present day. I have done my best to stay on top of all my bills and Responsibility. But in November I could no longer. I was also unemployed Nov 2008 to Feb 2009. But was still able to pay all my bills. Only now can I no longer. I have gone through all savings. Sold things of worth... But now I need help.
Please know my main Goal is keeping this house, food for my children, and keeping the Electricity on.

If additional space is needed for Explanation, please include an additional page.

I have been in the Car Business for 8 years. Its Great money, Just look how I was able to pay bills for some time. I have no doubt that come Feb or March the latest. I would of Regained employment. Right Now its Tough.

# FINANCIAL ANALYSIS FORM
(Continued)

Account Number: 8843

INCOME/EXPENSES FOR HOUSEHOLD ___ NUMBER OF PEOPLE IN HOUSEHOLD ___

| 1 - Monthly Household Income | | 2 - Monthly Household Expenses/Debt | | 3 - Household Assets | |
|---|---|---|---|---|---|
| Gross Salary/Wages | 43wk/month | | | | |
| Gross Salary/Wages — Gross salary/wages = total monthly income before any tax withholding or employer deductions. | $2919.70 | First Mortgage Payment | $1990.80 | Checking Account(s) Balance | $649.00 |
| Overtime | $ X | Second Mortgage Payment/Liens/Rents | $ X | Checking Account(s) Balance | $74.00 |
| Child Support/Alimony* | $ X | Insurance – hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ Escrowed | Savings/Money Market | $ X |
| Social Security/SSDI | $ X | Property Taxes (If not escrowed and included in your current mortgage payment) | $ Escrowed | CDs | $ X |
| Other monthly income from pensions, annuities or retirement plans | $ X | Credit Cards/Installment Loan(s) (total minimum payment per month) | 500-★★★ $600 | Stocks/Bonds | $ X |
| Tips, commissions, bonus and self-employed income | $ X | Alimony, child support payments | $ X | Other Cash on Hand | $ X |
| Rents Received | $ X | Health Insurance | $ X | Other Real Estate (estimated value) | $ X |
| Unemployment Income | $ X | HOA/Condo Fees/Property Maintenance | $ X | Other ___ | $ X |
| Food Stamps/Welfare | $ X | Car Payments | $209.46 | | |
| Other (investment income, royalties, interest, dividends etc) | $ X | Medical Expenses | $ X | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| | | Child Care | $ X | | |
| | | Student Loans/Personal Loans | $ X | | |
| | | Auto Expenses/Gasoline/Insurance | $220-260 | | |
| | | Food/Household Supplies | $645-$750 | | |
| | | Water/Sewer/Utilities/Phone(s)/Cable | $548-$600 | | |
| | | Other ___ | $ | | |
| Total (Gross Income) | $2919.70 | Total Debt/Expenses | $4111.26 - $4360 | Total Assets | $723.00 |

**** ALL INCOME MUST BE DOCUMENTED ******
*Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary. You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.
If additional space is needed, please include an additional page.

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☒ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☒ Male | Sex: | ☐ Female<br>☐ Male |

**To be Completed by Interviewer**

| This application was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature      Date<br><br>Interviewer's Phone Number (include area code) | |

★★★ — Please Note the Credit CARD Installments and payments are Not a Priority At this Time. I have always paid them on time. However Me and My Family are in emergency "mode". My Priorities are: Mortgage, Electricity, Heat, and Food. If we can Get a Modification on our Home. We will be Just fine.

## ACKNOWLEDGEMENT AND AGREEMENT

Account Number ███ 8843

In making this request for consideration to review my loan terms I/We certify under penalty of perjury:

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the
1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.
8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.
13. ☑ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    ☐ My/Our property is not owner occupied.

_____  12/11/09    _____  _____
Borrower Signature          Date        Co-Borrower Signature        Date

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.



888-995-HOPE™
Homeowner's HOPE Hotline

---

### NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



8843

**Form 4506T-EZ** (October 2009)
Department of the Treasury
Internal Revenue Service

**Short Form Request for Individual Tax Return Transcript**

OMB No. 1545-2154

Request may not be processed if the form is incomplete or illegible.

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
Todd Silber

**1b** [...] number on tax return
2236

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
73 Farnham Rd. South Windsor CT 06074

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name: GMAC Loss Mitigation
233 Gilbraltar Road Suite 600
Horsham PA. 19044

Telephone number:

Address (including apt., room, or suite no.), city, state, and ZIP code

**6** Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.
2008    2007    2006    2005

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

**Sign Here**

Signature (see instructions): [signed]
Date: 12/10/09
Telephone number of taxpayer on line 1a or 2a:

Spouse's signature
Date:

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 54185S    Form **4506T-EZ** (10-2009)

Form 4506T-EZ (10-2009)                                                                                                                              Page 2

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

- A transcript of a business return (including estate and trust returns).
- An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).
- A record of account, which is a combination of line item information and later adjustments to the account.

- A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.

- A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.

Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

### Where to mail . . .

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team<br>P.O. Box 47-421<br>Stop 91<br>Doraville, GA 30362<br>770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br>512-460-2272 |
| Alaska, Arizona, California, Colorado, District of Columbia, Hawaii, Idaho, Iowa, Kansas, Maine, Maryland, Massachusetts, Minnesota, Montana, New Hampshire, New Mexico, New York, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Vermont, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br>559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team<br>Stop 6705-B41<br>Kansas City, MO 64999<br>816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 60 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name. on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

Identifier 8843    Doc Type:WOUT

8843

To whom it may concern,

Attached is my current Unemployment compensation stub. The stub reflects $679 paid weekely, with

Attached is my current Unemployment compensation stub. The stub reflects $679 paid weekely, with a balance of $13608.00 This Balance provdes 20 more weeks of Unemployment compensation. However please understand that there are extensions that I will qualify for (since I was in the Auto Business) That will surpass your 9 month requirement.

### 20weeks left currently

Plus the first extension: **October 2 Update:** Senator Max Baucus, Chairman of the Finance Committee, introduced legislation - the Emergency Unemployment Compensation Act of 2009 - that provides additional weeks of federal unemployments benefits to workers in all states. Baucus and Senate Majority Leader Harry Reid propose four extra weeks of extended unemployment benefits for all states, plus 13 additional weeks for the 27 hardest-hit states.

Connecticut falls in the parameter of the "27 hardest hit states"

This extension provides 17 more weeks

Second extension: **November 6 Update:** President Obama has signed the unemployment extension legislation. Check with your state unemployment office for details on when payments will start being made. The extension provides for 14 weeks of extended benefit coverage for every state and an additional 6 weeks, for a total of 20 weeks, in high unemployment states where unemployment is over 8.5%.

Again Connecticut is unfortunately over 8.5%

This is extension provides another 20weeks

Now these 2 first extensions alone plus my current benefit time is 57 weeks, totaling over 1 year.

Please understand I have no intention of staying unemployed that long. Come spring time the latest I will land back in a car dealership. Please also understand I was laid off back in July of 09 and have gone through all of my savings. I did not think I wuld be unemployed this long. This is the down side to the auto Business, great, money while employed, but hi turn around. While employed in the Auto Business, my history and experience grants me a pretty high paying salary. So even though was laid off in July, I was able to live off most of my savings and pay all my bills up until November. Currently I am not behind on any other bills other then my mortgage. But I can no longer survive off unemployment alone, and still pay all my bills. I hope that the fact I kept trying and staying above "water" for the past 4 months will show some character. I did not reach for handouts and help from all sources nor did I stop paying bills upon my layoff back in July. I fought every day to find work and stay on top of all my financial obligations. At this time I have to prioritize, I am the sole provider for my 2 children. My priorities are keeping my House, Keeping the heat and electricity on, and keeping food on the table. As soon as GMAC

8843

can help me the better and at the same time I will then contact a credit card consolidation program to consolidate my credit card dept if need be as well. But again I have to focus on Keeping my house, food consolidate my credit card dept if need be as well. But again I have to focus on Keeping my house, food for my children and heat and electricity.

Sincerely Todd Silber



# Transaction History

## Disclaimer

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

**Account Title/Address:**
TODD SILBER
73 FARNHAM RD

SOUTH WINDSOR, CT 06074

**Customer Name:**
TODD SILBER

Acct #: 4443
Acct Type: VIP FREE INTEREST CHECKING
Balance: $804.55
Total Available Balance: $125.55
Last Statement Date: 11/20/2009

**History search parameters**

| Transaction | Amount | Date |
|---|---|---|
| Type: DDA Transactions | From: | From: 12/01/2009 |
| | To: | To: 12/18/2009 |

### Pending Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| 12/18/2009 | DEPOSIT | DEPOSIT | 0000100000 | 679.00 |

### Posted Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 12/17/2009 | CK CRD SIGNATURE PURCH | ALEXIAS PIZZA 4821714334435765 | 0000000000 | 30.08 | $125.55 |
| 12/17/2009 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 22.12 | $155.63 |
| 12/16/2009 | CK CRD PIN PURCHASE | OCEAN STATE JOB LOOCEAN S 5040 | 0000000000 | 22.15 | $177.75 |
| 12/16/2009 | CK CRD PIN PURCHASE | MANCHESTER IRVINGMANCHEST 022 | 0000000000 | 46.84 | $199.90 |
| 12/15/2009 | ACH WITHDRAWAL | Credit One Bank Payment 93 | 0000000935 | 40.00 | $246.74 |
| 12/15/2009 | ACH WITHDRAWAL | GENESIS WEB BANK Payment 09 | 0000000937 | 45.00 | $286.74 |
| 12/15/2009 | ACH WITHDRAWAL | JCPENNEY/GEMB CHECKPAYMT 09 | 0000000936 | 60.00 | $331.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | FAS 316 MART 1 | 0000000000 | 12.06 | $391.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | GEISSLER'S SUPERMA 1 | 0000000000 | 26.46 | $403.80 |
| 12/14/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000933 | 126.09 | $430.26 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53888743344 | 0000000000 | 132.47 | $556.35 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53889543344 | 0000000000 | 142.23 | $688.82 |
| 12/14/2009 | ACH WITHDRAWAL | SEARS PAYMENT CHECK PYMT 09 | 0000000934 | 40.00 | $831.05 |
| 12/14/2009 | CK CRD PIN PURCHASE | SOU JCPENNEY STORE 532SOU 0003 | 0000000000 | 65.00 | $871.05 |
| 12/11/2009 | CK CRD PIN PURCHASE | TANDY LEATHER 105TANDY LE 001 | 0000000000 | 32.86 | $936.05 |
| 12/11/2009 | WITHDRAWAL AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 440.00 | $968.91 |
| 12/10/2009 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 8.80 | $1,408.91 |
| 12/10/2009 | DEPOSIT | DEPOSIT | 0000000000 | 1,358.00 | $1,417.71 |
| 12/09/2009 | CK CRD SIGNATURE PURCH | HIGASHI JAPANESE R 00109843344 | 0000000000 | 10.95 | $59.71 |
| 12/09/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 14.99 | $70.66 |

*2 Checks Deposited*
*1 was From week Before*
*1358 1/2*
*$679*

Page 1 of 2

OTSS00701 04/08



# WebsterBank

## Transaction History Continuation

**Disclaimer**

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

TODD SILBER                          ACCT # ████4443
                                     VIP FREE INTEREST CHECKING

**Results**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 12/09/2009 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 50.00 | $85.65 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*ELEC | 0000000000 | 19.99 | $135.65 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*BC UP | 0000000000 | 29.99 | $155.64 |
| 12/08/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*BC UP | 0000000000 | 39.99 | $185.63 |
| 12/07/2009 | CK CRD PIN PURCHASE | USPS 0875140174/850 CLUSP 0026 | 0000000000 | 7.34 | $225.62 |
| 12/07/2009 | ACH WITHDRAWAL | LOWES/GEMB         CHECKPAYMT 09 | 0000000928 | 40.00 | $232.96 |
| 12/07/2009 | ACH WITHDRAWAL | HOME DEPOT CR SV CHECK PYMT 09 | 0000000930 | 190.00 | $272.96 |
| 12/04/2009 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 40.00 | $462.96 |
| 12/03/2009 | ACH WITHDRAWAL | HSBC CREDIT SVC2 CHECKPAYMT 92 | 0000000929 | 20.00 | $502.96 |
| 12/03/2009 | WITHDRAWAL AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 340.00 | $522.96 |
| 12/02/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000932 | 209.27 | $862.96 |
| 12/02/2009 | ACH WITHDRAWAL | YANKEE GAS         CHECKPAYMT 93 | 0000000931 | 72.70 | $1,072.23 |
| 12/01/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 25.00 | $1,144.93 |
| 12/01/2009 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 30.00 | $1,169.93 |

-------- End of Report --------

8843



# Fax

1-866-709-4744
1-866-709-4744

**Monday, January 11, 2010**

**To:** GMAC Loss Mitigation

**From:** Todd Silber

**LOAN:** 8843

**Subject:** 2008 TAX Returns

**Memo:**

My Loss Mitigation Packet was sent Back on 12/11/2009. Having Heard No Contact from GMAC, My Couselors (familiar with HAMP program, and Assisting families with Gov. Sanctioned Re-FI/modifications), they Instructed me to Call. I was told You are missing my 2008 Returns. This fax includes them, Please let me know if you need any further forms from me. Please do not wait 30 Days of wait for me to Call. I could of sent any missing Documents out weeks ago.

Please Call me At 860-922-4156, you have full permission to Call my cell phone - 860-922-4156 this is my only Phone Contact Available. The other Number you have on file is emergency outbound Calls only phone there is No Answering machine and the Ringer is turned off...

GMAC Loan Number ███8843

Form 1040 (2008)  SILBER ███2236  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 86,882 |
| | 39a | Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see inst. and check here ▶ 39b | | |
| | c | Check if standard deduction includes real estate taxes or disaster loss (see inst.) ▶ 39c | | |
| • People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dep., see inst. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 28,382 |
| | 41 | Subtract line 40 from line 38 | 41 | 58,500 |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 14,000 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 44,500 |
| • All others: Single or Married filing separately, $5,450 | 44 | Tax (see inst.). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 6,194 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 6,194 |
| Married filing jointly or Qualifying widow(er), $10,900 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child & dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | 1,400 |
| | 53 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695 | 53 | |
| Head of household, $8,000 | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| | 55 | Add lines 47 through 54. These are your **total credits** | 55 | 1,400 |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 4,794 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 56 through 60. This is your **total tax** ▶ | 61 | 4,794 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 10,153 |
| | 63 | 2008 estimated tax payments & amt. applied from 2007 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election ▶ 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see inst.) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see instructions) | 67 | |
| | 68 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8601  d ☐ 8885 | 68 | |
| | 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 | Recovery rebate credit (see instructions) | 70 | |
| | 71 | Add lines 62 through 70. These are your **total payments** ▶ | 71 | 10,153 |
| **Refund** | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | 5,359 |
| Direct deposit? See inst. and fill in 73b, 73c, and 73d, or Form 8888 | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | 5,359 |
| | ▶b | Routing no. 1 2 2 2 3 1 3 0 4   ▶c Type: ☒ Checking  ☐ Savings | | |
| | ▶d | Account no. ███ 2 3 6 | | |
| | 74 | Amt. of line 72 you want Applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | 75 | |
| | 76 | Estimated tax penalty (see instructions) | 76 | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No**
Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature [signed]  Date  Your occupation MARKETING MANAGER  Daytime phone number
Spouse's signature. If a joint return, **both** must sign.  Date  Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN ███7955
Firm's name (or yours if self-employed), address, & ZIP code ▶ TAXES 1ST LLC  756 PARK AVE  Bloomfield, CT 06002   EIN ███   Phone no. (860) 836-0036

JVA  08  10402  TWF 27305  Copyright Forms (Software Only) - 2008 TW   Form **1040** (2008)

GMAC Loan Number ████8843

| Form 1040 | Department of the Treasury -- Internal Revenue Service<br>U.S. Individual Income Tax Return | 2008 | (99) IRS Use Only -- Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

**Label**
Use the IRS label. Otherwise, please print or type.

TODD SILBER
TODD SILBER
73 FARNHAM ROAD
South Windsor CT 06074

Your social security number: ████2236
Spouse's social security no.

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see inst.)

TAXPAYER'S COPY

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . . . . . . .
- b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|---|
| MADISON | SILBER | ███-██-6967 | Daughter | ☒ |
| ALISON | GILBERT | ███-██-4485 | Daughter | ☒ |
| MALINDA | JOHNSTON | ███-██-8009 | Other | |

No. of children on 6c who:
- lived with you: 2
- did not live with you due to divorce or separation (see inst.):
- Dependents on 6c not entered above: 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Add numbers on lines above ▶ 4

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 86,610 |
| 8a | Taxable interest. Attach Schedule B if required | 41 |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | -2,279 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 2,510 |
| 20a | Social security benefits | |
| 20b | Taxable amount (see inst.) | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 86,882 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid    b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities ded. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 0 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 86,882 |

TAXPAYER'S COPY

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.    Form **1040** (2008)

JVA    08 10401    TWF 27304    Copyright Forms (Software Only) – 2008 TW