**Exhibit 5**

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780


03/15/10


TODD SILBER

73 FARNHAM ROAD

SOUTH WINDSOR        CT  06074



RE:    Account Number         ▬8843
       Property Address        73 FARNHAM ROAD

                               SOUTH WINDSOR        CT 06074


Dear    TODD SILBER


In connection with your request for a FHA Loan Modification, we regret to inform you that your request has been denied for the following reason(s):

[X]   The financial information provided shows you have insufficient income to support your request.  We recommend you consider selling your property.  If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.


[]   The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.


[]   While you do not have sufficient income to support all of your monthly expenses, some of your expenses could be reduced.  We  recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.


[]   We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

03/15/10

Account Number ▬▬ 8843

Page Two

[]   We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan under the program requested.

[]   The payment we received does not represent the correct amount as specified in the agreement.

[]   The required payment was not received by the payment due date as specified in the agreement.

[]   We have not received the properly signed and executed agreement.

[]   We have not received the required contribution.

[]   We have been unable to clear/resolve outstanding title issues in order to meet recording requirements.

[X]      Debt to Income ratio exceeds program limits

[]

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours.  Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency or HOPE HOTLINE at 1-888-995-HOPE to discuss your needs.

We will continue to work with you to explore other options that may be available for your circumstances.  If you have any questions regarding the above decision, please contact our office at 888-714-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

03/15/10
Account Number 0602198843
Page Three

Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only, it is not an attempt to hold you personally responsible for the debt and any rights we may chose to pursue will be exercised against the property only.

Disclosure of the Use of Information Obtained From an Outside Source

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: Equifax Information Services, LLC
Address: P.O. Box 740241, Atlanta, GA 30374-0241
[Toll-free] Telephone number: 800-685-1111     www.equifax.com

*If you have any questions regarding this notice, you should contact:*

Creditor's name: GMAC Mortgage, LLC
Creditor's address:  PO Box 780, Waterloo IA 50704
Creditor's telephone number: 800-766-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit  Opportunity, Washington, DC 20580.

5:90