## **EXHIBIT C**

Todd Silber
73 Farnham Road
South Windsor, CT 06074