**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

*Counsel for Claimant Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas S. Ward, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Claimant, Law Offices of David J. Stern, P.A., in the above referenced case.

I certify that I am a member in good standing of the bar of the State of Florida, and admitted to practice in the United States Court of Appeal for the Eleventh Circuit and the United States District Courts for the Northern, Middle and Southern Districts of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission

Dated: New York, New York
July 7, 2015

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
*Counsel for Claimant Law Offices of David J. Stern, P.A.*
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

By:  /s/ Thomas S. Ward
     THOMAS S. WARD
     Florida Bar No. 028624
     tward@rvmrlaw.com