**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

**CASE MANAGEMENT AND SCHEDULING ORDER CONCERNING THE RESCAP LIQUIDATING TRUST'S OBJECTION TO THE CLAIMS OF DUNCAN K. ROBERTSON**

The Court held a status conference in this contested matter on July 8, 2015 in connection with the Trust's objection to the claims of Duncan Robertson ("Robertson"). On April 28, 2015, the Court entered its Opinion and Order sustaining in part and overruling in part the Trust's Objection to Robertson's claims ("Opinion"). *See In re Residential Capital, LLC*, 531 B.R. 1 (Bankr. S.D.N.Y. 2015). The Opinion directed the parties to meet and confer on a discovery schedule. The parties also sought unsuccessfully to resolve the objection by settlement. Both parties also filed timely motions for reconsideration of the earlier Opinion.

During the July 8, 2015 status conference, the Court set the following schedule for future proceedings.

1. Robertson and the Trust may file responses to the other party's motion for reconsideration on or before 5:00 p.m., July 22, 2015. Responses my not exceed 10 pages. No replies to these responses may be filed. The Court will not hold a hearing on the motions for reconsideration. The motions shall be deemed submitted as of the deadline for filing responses.

2. All fact discovery with respect to the remaining claims shall be completed on or before 5:00 p.m., September 4, 2015.

3. Expert discovery, if any, shall be completed on or before 5:00 p.m., October 5, 2015.

4. In the event of any discovery dispute in this action, the parties shall first meet and confer in an effort to resolve the dispute.  If they are unable to resolve the dispute, any party seeking assistance from the Court shall, before filing any discovery motion, arrange a conference call with the Court with all parties or counsel involved in the dispute.   The Court will endeavor to resolve the dispute without the filing of any discovery motions.

5. The parties shall file a proposed Joint Pretrial Conference Order (using the Court's template for such orders that appears on the Court's website under my Chamber Rules) on or before 5:00 p.m., October 19, 2015.

6. Trial of this contested matter is scheduled for October 26 and 27, 2015, to begin at 9:00 a.m. each day.  Robertson must be present in the courtroom for the trial.

7. The next Case Management and Scheduling Conference in this contested matter shall be held at 2:00 p.m., September 14, 2015.  Robertson may appear at the conference by telephone.

**IT IS SO ORDERED.**

Dated:   July 8, 2015
         New York, New York

                              ___*Martin Glenn*___
                                 MARTIN GLENN
                         United States Bankruptcy Judge