**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| Residential Capital, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING THE LAW OFFICES OF DAVID J.**
**STERN, P.A.'S MOTION FOR PERMISSIVE ABSTENTION**

This Court, having reviewed ***The Law Office of David J. Stern, P.A.'s Motion for Permissive Abstention***, dated July 8, 2015 (the "Abstention Motion"), it is:

ORDERED that all relief requested in the Abstention Motion is **GRANTED**.

Dated: _____, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE