**Exhibit 8**

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 26, 2015

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Michael E. Boyd
          v. GMAC Mortgage LLC, et al.
          No. 14-1182
          (Your No. 12-17434)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk