**Exhibit 9**

Electronically Filed
05/29/2015 10:16:56 AM

**CLERK OF THE COURT**

**NESO**
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  ncox@klnevada.com
         wschuller@klnevada.com

Attorneys for Defendant
GMAC MORTGAGE

# DISTRICT COURT

# CLARK COUNTY, NEVADA

\* \* \*

| | |
|---|---|
| WAYNE DAVENPORT, (Re: 7637 Sierra Paseo Lane),<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN GRIMM, an individual; EVE MAZZARELLA; an individual; SECURED MORTGAGE SERVICES, a Nevada Corporation; MELISSA BEECROFT, an individual; SILVER STATE FINANCIAL SERVICES d/b/a SILVER STATE MORTGAGE, a Nevada Corporation; GMAC MORTGAGE, a Foreign Corporation; INDYMAC BANK HOME LOAN SERVICING, a Foreign Corporation; DISTICTIVE REAL ESTATE & INVESTMENTS, INC., a Nevada Corporation; PRO DESIGN, INC., a Nevada Corporation; DOE individuals 1 through 50; ROE ENTITIES 51 through 100; DOE APPRAISERS 1-5; ROE APPRAISERS ENTITIES 1-5; ROE REAL CORPORATIONS 6-50, inclusive,<br><br>Defendants. | CASE NO. A597768<br><br>DEPT NO. XXVIII<br><br>CONSOLIDATED WITH:<br>CASE NO. A594694<br><br>**NOTICE OF ENTRY OF STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

1872208 (7705-2)                                    Page 1 of 3

# NOTICE OF ENTRY OF STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Please take notice that a stipulation and Order for Dismissal With Prejudice was entered with the above court on the 27th day of May, 2015, a copy of which is attached hereto as **Exhibit A**.

DATED this 29th day of May, 2015.

                                                               **KOLESAR & LEATHAM**

By *Natalie M. Cox*
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
GMAC MORTGAGE

1872208 (7705-2)                                                        Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 29th day of May, 2015, I caused to be served a true and correct copy of foregoing **NOTICE OF ENTRY OF STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in the following manner:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

(ELECTRONIC SERVICE) Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities to those parties listed on the Court's Master Service List.

| | |
|---|---|
| Mark L. Jackson, Esq.<br>Vannah & Vannah<br>400 South 4th Street, 6th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiff*<br>*Wayne Davenport* | G. Dallas Horton, Esq.<br>G. Dallas Horton & Associates<br>4435 South Eastern Avenue<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Plaintiff*<br>*Wayne Davenport* |

_____
An Employee of KOLESAR & LEATHAM

1872208 (7705-2)

Page 3 of 3

# EXHIBIT A

ORIGINAL

Electronically Filed
05/27/2015 10:11:36 AM

CLERK OF THE COURT

**SODW**
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   ncox@klnevada.com
          wschuller@klnevada.com

Attorneys for Defendant
GMAC MORTGAGE

## DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \*

| | |
|---|---|
| WAYNE DAVENPORT, (Re: 7637 Sierra Paseo Lane), | CASE NO. A597768 |
| Plaintiff, | DEPT NO. XXVIII |
| vs. | CONSOLIDATED WITH: CASE NO. A594694 |
| STEVEN GRIMM, an individual; EVE MAZZARELLA; an individual; SECURED MORTGAGE SERVICES, a Nevada Corporation; MELISSA BEECROFT, an individual; SILVER STATE FINANCIAL SERVICES d/b/a SILVER STATE MORTGAGE, a Nevada Corporation; GMAC MORTGAGE, a Foreign Corporation; INDYMAC BANK HOME LOAN SERVICING, a Foreign Corporation; DISTICTIVE REAL ESTATE & INVESTMENTS, INC., a Nevada Corporation; PRO DESIGN, INC., a Nevada Corporation; DOE individuals 1 through 50; ROE ENTITIES 51 through 100; DOE APPRAISERS 1-5; ROE APPRAISERS ENTITIES 1-5; ROE REAL CORPORATIONS 6-50, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**  A594694 + A597768  ☐ Voluntary Dismissal   ☐ Summary Judgment  ☐ Involuntary Dismissal   ☐ Stipulated Judgment  ■ Stipulated Dismissal   ☐ Default Judgment  ☐ Motion to Dismiss by Deft(s)   ☐ Judgment of Arbitration |
| Defendants | |

It is hereby stipulated by and between Plaintiff, WAYNE DAVENPORT, by and through his counsel of record, the law firms of Vannah & Vannah and G. Dallas Horton & Associates, and Defendant, GMAC MORTGAGE, by and through its counsel of record, the law firm Kolesar

1867576 (7705-2)                Page 1 of 2

1  & Leatham, that the above-entitled matter shall be dismissed with prejudice, each party to bear
2  their own attorneys' fees and costs.
3  DATED 20 day of May, 2015.                              DATED 21st day of May, 2015.
4  **VANNAH & VANNAH**                                     **KOLESAR & LEATHAM**
   **G. DALLAS HORTON & ASSOCIATES**
5
6  By: _____                    By: /s/ Natalie M. Cox
7  ROBERT D. VANNAH, ESQ.                                  NATALIE M. COX, ESQ.
   Nevada Bar No. 002503                                   Nevada Bar No. 007662
8  MARK I. JACKSON, ESQ.                                   WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 010905                                   Nevada Bar No. 011271
9  400 South 4th Street, 6th Floor                         400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89145
10
   -and-                                                   *Attorneys for Defendant*
11                                                         *GMAC MORTGAGE*
12 G. DALLAS HORTON, ESQ.
   Nevada Bar No. 005996
13 4435 South Eastern Avenue
   Las Vegas, Nevada 89119
14
   *Attorneys for Plaintiff*
15 *Wayne Davenport*

16                                    **ORDER**
17        IT IS SO ORDERED.
18        DATED this 22 day of _____ May _____, 2015.
19
20                                                         _____
                                                           DISTRICT COURT JUDGE
21
22
23
24
25
26
27
28

1867576 (7705-2)                          Page 2 of 2

Respectfully submitted by:

**KOLESAR & LEATHAM**

By _/s/ Natalie M. Cox_
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
GMAC MORTGAGE

1867576 (7705-2)