Case 12-12020-mg Doc 8860-26 Filed 07/08/15 Entered 07/08/15 16:45:57 Exhibit of 2
Case 0:11-cv-61526-MGC Document 55 Entered on FLSD Docket 05/23/2012 Page 1 of 2
Exhibit 14 - Order of Stay - BK Pg 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61526-Civ-COOKE/TURNOFF

THE LAW OFFICES OF DAVID J.
STERN, P.A.,

    Plaintiff

vs.

GMAC MORTGAGE, LLC,

    Defendant.
_____/

### ORDER STAYING CASE UPON SUGGESTION OF BANKRUPTCY

THIS CASE is before me on the Suggestion of Bankruptcy (ECF No. 54), filed May 18, 2012. The Suggestion of Bankruptcy triggers an automatic stay of this case pursuant to 11 U.S.C. § 362. It is therefore, **ORDERED and ADJUDGED** that:

1. This case is **STAYED** until the conclusion of the bankruptcy action involving Defendant/Counter-Plaintiff, GMAC Mortgage, LLC. The Clerk is directed to ***administratively* CLOSE** this matter for statistical purposes. All pending motions are **DENIED** as moot.

2. Beginning July 1, 2012, and every sixty days thereafter, counsel for Defendant/Counter-Plaintiff, GMAC Mortgage, LLC, shall file a status report with this Court outlining, in detail, the status of the bankruptcy action. Failure to timely file a status report in compliance with this order may result in sanctions against counsel.

3. If the bankruptcy court lifts the automatic stay in this matter the parties must provide the Court with a copy of the order within ten days of its issuance.

**DONE and ORDERED** in chambers at Miami, Florida, this 23rd day of May 2012.

_____
MARCIA G. COOKE
United States District Judge

Case 12-12020-mg Doc 8860-26 Filed 07/08/15 Entered 07/08/15 16:45:57 Exhibit
Exhibit 14 - Order of Stay - BK Pg 2 of 2
Case 0:11-cv-61526-MGC Document 55 Entered on FLSD Docket 05/23/2012 Page 2 of 2

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*