|  |  |
|---|---|
| GMAC MORTGAGE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D. CONTRERAS, et al.,<br><br>    Defendants,<br><br>vs.<br><br>GMAC MORTGAGE, LLC,<br><br>    Counter Defendant,<br><br>and<br><br>LAW OFFICES OF DAVID J. STERN, P.A., and<br>DJSP ENTERPRISES, INC.,<br><br>    Cross Defendants. | IN THE CIRCUIT COURT OF THE<br>12TH JUDICIAL CIRCUIT IN AND FOR<br>SARASOTA COUNTY, FLORIDA<br><br>CASE NO. 2010 CA 002868 NC<br><br>DIVISION A |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Defendant/Cross-Plaintiff Christopher D. Contreras and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises, Inc.'s Joint Stipulation of Dismissal with Prejudice, dated June 1, 2012. The Court has carefully considered the joint stipulation, notes the signature of counsel for the parties and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant/Cross-Plaintiff Christopher D. Contreras and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises, Inc.'s Joint Stipulation of Dismissal with Prejudice is **APPROVED**;

CASE NO. 2010 CA 002868 NC DIV. A

2. Any and all claims between Defendant/Cross-Plaintiff Christopher D. Contreras and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises, Inc., are **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers in Sarasota County, Florida this ____ day of

_____, 2012.

_____
Honorable Becky A. Titus
Circuit Court Judge

Copies furnished to:
Counsel of Record



ORIGINAL SIGNED
JUN - 5 2012
BECKY A. TITUS
CIRCUIT JUDGE