**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER DENYING RESCAP LIQUIDATING TRUST'S**
**OBJECTION TO PROOFS OF CLAIM NOS. 5275 AND 7464 FILED**
**BY THE LAW OFFICES OF DAVID J. STERN, P.A.**

This Court, (i) having reviewed (a) the April 27, 2015 Objection (the "Objection") of The ResCap Liquidating Trust as successor to Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors") [D.E. 8531] and (b) creditor, Law Offices of David J. Stern, P.A.'s ("DJSPA"), July 8, 2015 response thereto and (ii) having heard argument from counsel for the Debtors and DJSPA at the June 23, 2015 hearing on the Objection, it is hereby:

ORDERED that all relief requested in the Objection is **DENIED**.

Dated: _____, 2015
          New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE