**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 8, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

By Overnight Delivery

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Residential Capital, LLC et al.
      United States Bankruptcy Court
      Southern District of New York
      Jointly Administered Under Case No. 12-12020 (MG)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Trust"). Pursuant to your *Order Establishing Procedures for Evidentiary Hearing Regarding Claim No. 4222 Filed by Todd Silber* [Dkt. No. 8455] entered on April 9, 2015, we are filing this status update regarding the Trust's objection to Mr. Silber's claim. We have spoken with Mr. Silber on multiple occasions since the Court's order in an attempt to resolve his claim. At this time, the parties have been unable to agree on a consensual resolution, and as a result have decided to proceed with the hearing scheduled for Wednesday, July 15, 2015 at 10:00 a.m. eastern standard time. Moreover, we are not aware of any issues that need to be resolved before the trial starts.

Respectfully submitted,

Jordan A. Wishnew

Cc: Todd Silber (via email)

ny-1187447