**Hearing Date and Time: July 30, 2015 at 10:00am (Prevailing Eastern Time)**

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

*Counsel for Claimant, Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE LAW OFFICES OF DAVID J. STERN, P.A.'s**
**NOTICE OF FILING AMENDED DECLARATIONS IN SUPPORT**
**OF ITS MOTION FOR PERMISSIVE ABSTENTION [D.E. 8856] AND ITS**
**RESPONSE TO AN OBJECTION TO ITS PROOFS OF CLAIM [D.E. 8857]**

The Law Offices of David J. Stern, P.A. ("DJSPA") hereby gives notice of filing the amended declarations of David J. Stern and Jeffery A. Tew, Esq., in support of (i) *The Law Offices of David J. Stern, P.A.'s Motion for Permissive Abstention* [D.E. 8856] and (ii) *Claimant Law Offices of David J. Stern, P.A.'s Response in Opposition to Rescap Liquidating Trust's Objection to Proofs of Claim Nos. 5275 and 7464 Filed by the Law Offices of David J. Stern, P.A.* (the "Response") [D.E. 8857].

The purpose of this amendment is solely to correct a scrivener's error (*i.e.,* includes certain words required by 28 USC § 1746, which had been inadvertently omitted from the oath in

1

the Declarations filed on July 8, 2015 as Exhibits A [D.E. 8860] and B [D.E. 8860-12] to the Response [D.E. 8857]).

| RENNERT VOGEL MANDLER & RODRIGUEZ, P.A. | SALAZAR JACKSON, LLP |
|---|---|
| *Counsel for Claimant,* | *Counsel for Claimant,* |
| *Law Offices of David J. Stern, P.A.* | *Law Offices of David J. Stern, P.A.* |
| Miami Tower | 2000 Ponce De Leon Boulevard |
| 100 S.E. Second Street, Suite 2900 | Penthouse |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |
| Telephone: (305) 577-4177 | Telephone: (305) 374-4848 |
| By   /s/   Jeffrey A. Tew | By:  /s/  Linda Worton Jackson |
| Jeffrey A. Tew, Esq. | Linda Worton Jackson |
| Florida Bar No. 121291 | Florida Bar No. 843164 |
| Spencer A. Tew, Esq. | *(Pro Hac Vice Motion to be filed)* |
| Florida Bar No. 537071 | Jesse R. Cloyd |
| Thomas S. Ward, Esq. | Florida Bar No. 58388 |
| Florida Bar No. 028624 | |

2