12-12020-mg    Doc 8862-12    Filed 07/09/15    Entered 07/09/15 13:39:14    Exhibit
Exhibit 4 - DJSPA Complaint District Court Action_Part8    Pg 1 of 4

Case 0:11-cv-61526-MGC   Document 10-13   Entered on FLSD Docket 07/12/2011   Page 30 of 33

GMAC - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

OTHER

| File Type | Loan # | Invoice # | Invoice Date | Borrower Name | Invoice Type | Invoice Amount | Amount Due | bill_age | bill_age_group | Client Code | File Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PMI | 0810028750 | 1089731 | 26-Jan-11 | ALVES, JOSEPH | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-77196 |
| PMI | 0359010460 | 1089732 | 26-Jan-11 | MURPHY, ELIZABETH | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-77365 |
| PMI | 0359224582 | 1089733 | 26-Jan-11 | MONTOYA, BEATRIZ | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-77366 |
| PMI | 0354542263 | 1089734 | 26-Jan-11 | FINCH, ANN | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-78877 |
| PMI | 0359239853 | 1089736 | 26-Jan-11 | ROGAN, MICHAEL | Foreclosure | $388.25 | $388.25 | 9 | 0-29 | GMAP | 09-80553 |
| PMI | 0359262640 | 1089737 | 26-Jan-11 | GARNEFF, ERIC | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-80554 |
| PMI | 0359500150 | 1089738 | 26-Jan-11 | JARAMILLO, IVAN | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-80555 |
| PMI | 8655568135 | 1089739 | 26-Jan-11 | CARROLL, SCOTT | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-78275 |
| PMI | 0307676050 | 1089741 | 26-Jan-11 | PEREZ, TERESA | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-81474 |
| PMI | 0307676850 | 1089742 | 26-Jan-11 | MARKU, LIRI | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | GMAP | 09-81475 |
| PMI | 0307678852 | 1089743 | 26-Jan-11 | LAM, LUCIO | Foreclosure | $355.00 | $355.00 | 9 | 0-29 | GMAP | 09-81478 |
| PMI | 0359089134 | 1089744 | 26-Jan-11 | LYONS, JANELLE | Foreclosure | $396.50 | $396.50 | 9 | 0-29 | GMAP | 09-80597 |
| PMI | 0713910739 | 1089745 | 26-Jan-11 | RITZENTHALER, ROBERT | Foreclosure | $218.75 | $218.75 | 9 | 0-29 | GMAP | 09-80661 |
| PMI | 0810010049 | 1089746 | 26-Jan-11 | SMITH, ROLAND | Foreclosure | $213.25 | $213.25 | 9 | 0-29 | GMAP | 09-80663 |
| PMI | 0810012551 | 1089747 | 26-Jan-11 | BAEZ, CARLOS | Foreclosure | $190.00 | $190.00 | 9 | 0-29 | GMAP | 09-80668 |
| PMI | 0810023980 | 1089748 | 26-Jan-11 | HICKS, IVAN | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | GMAP | 09-80669 |
| PMI | 7442118873 | 1089617 | 26-Jan-11 | FERRER, OLGA | Foreclosure | $10.00 | $10.00 | 9 | 0-29 | HCNW | 09-61560 |
| PMI | 7440635167 | 1089629 | 26-Jan-11 | FLOOD, CHRISTOPHER | Foreclosure | $266.50 | $266.50 | 9 | 0-29 | HCNW | 09-64689 |
| PMI | 7440646784 | 1089630 | 26-Jan-11 | LOZANO, VANESSA | Foreclosure | $223.25 | $223.25 | 9 | 0-29 | HCNW | 09-64690 |
| PMI | 7440654572 | 1089631 | 26-Jan-11 | GUERRERO, MANUEL | Foreclosure | $373.85 | $373.85 | 9 | 0-29 | HCNW | 09-64691 |
| PMI | 7440660835 | 1089632 | 26-Jan-11 | SHAW, ROBIN | Foreclosure | $238.25 | $238.25 | 9 | 0-29 | HCNW | 09-64692 |
| PMI | 7440676955 | 1089633 | 26-Jan-11 | MEIER, MILENA | Foreclosure | $425.60 | $425.60 | 9 | 0-29 | HCNW | 09-64693 |
| PMI | 7440693075 | 1089634 | 26-Jan-11 | MCFARLANE, BEVERLY | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | HCNW | 09-64696 |
| PMI | 7440733756 | 1089635 | 26-Jan-11 | GUZMAN, AMALIA | Foreclosure | $10.60 | $10.60 | 9 | 0-29 | HCNW | 09-64697 |
| PMI | 7440740983 | 1089636 | 26-Jan-11 | DIAZ, MILTON | Foreclosure | $474.25 | $474.25 | 9 | 0-29 | HCNW | 09-64698 |
| PMI | 7440850071 | 1089637 | 26-Jan-11 | VELASQUEZ, ARNALDO | Foreclosure | $615.35 | $615.35 | 9 | 0-29 | HCNW | 09-64750 |
| PMI | 7440823474 | 1089638 | 26-Jan-11 | ECHENIQUE, ALAN | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | HCNW | 09-64751 |
| PMI | 7440784932 | 1089639 | 26-Jan-11 | ESTATE, RAIDEL | Foreclosure | $613.25 | $613.25 | 9 | 0-29 | HCNW | 09-64753 |
| PMI | 7440918480 | 1089640 | 26-Jan-11 | MORALES, TAMI | Foreclosure | $162.50 | $162.50 | 9 | 0-29 | HCNW | 09-64757 |
| PMI | 7440979052 | 1089641 | 26-Jan-11 | GREGORYEVA, SVETLANA | Foreclosure | $25.00 | $25.00 | 9 | 0-29 | HCNW | 09-64759 |
| PMI | 7441006731 | 1089642 | 26-Jan-11 | SMITH, VERGIL | Foreclosure | $125.00 | $125.00 | 9 | 0-29 | HCNW | 09-64760 |
| PMI | 7441082336 | 1089643 | 26-Jan-11 | ARNAUTOVIC, MIRSAD | Foreclosure | $86.00 | $86.00 | 9 | 0-29 | HCNW | 09-64762 |
| PMI | 7441087038 | 1089644 | 26-Jan-11 | CALLAGHAN, MARK | Foreclosure | $85.00 | $85.00 | 9 | 0-29 | HCNW | 09-64763 |
| PMI | 7441279957 | 1089645 | 26-Jan-11 | LEONEL, IRACEMA | Foreclosure | $10.00 | $10.00 | 9 | 0-29 | HCNW | 09-64772 |
| PMI | 7441381951 | 1089646 | 26-Jan-11 | KHAN, RAANA | Foreclosure | $75.00 | $75.00 | 9 | 0-29 | HCNW | 09-64776 |
| PMI | 8446016740 | 1089659 | 26-Jan-11 | FARNHAM, RUSSELL | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-68117 |
| PMI | 7440816965 | 1089662 | 26-Jan-11 | DENNISON, SAMMIE | Foreclosure | $85.00 | $85.00 | 9 | 0-29 | HCNW | 09-69957 |
| PMI | 8656776673 | 1089664 | 26-Jan-11 | GISSENTER, BARBARA | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-68188 |
| PMI | 7435991963 | 1089666 | 26-Jan-11 | HARRIS, JEFF | Foreclosure | $85.00 | $85.00 | 9 | 0-29 | HCNW | 09-70871 |
| PMI | 8656030279 | 1089691 | 26-Jan-11 | DELONG, DEBRA | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-63030 |
| PMI | 0359336384 | 1089695 | 26-Jan-11 | DREWS, ROBERT | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-65738 |
| PMI | 7431466036 | 1089715 | 26-Jan-11 | CAMPOLITO, JEFFERY | Foreclosure | $6.50 | $6.50 | 9 | 0-29 | HCNW | 09-70410 |
| PMI | 8359025546 | 1089717 | 26-Jan-11 | DOBRIC, ANN | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-71156 |
| PMI | 8601745759 | 1089820 | 26-Jan-11 | MCMILLAN-CHAVARRIA, KATHERINE | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-85341 |
| PMI | 0359509082 | 1089836 | 26-Jan-11 | GARCIA, AURELIO | Foreclosure | $258.25 | $258.25 | 9 | 0-29 | GMAP | 09-90665 |
| PMI | 0360125566 | 1089838 | 26-Jan-11 | PILEGGI, ROCCO | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-90671 |
| PMI | 0810008256 | 1089842 | 26-Jan-11 | KELLY, MICHELINE | Foreclosure | $50.00 | $50.00 | 9 | 0-29 | GMAP | 09-90756 |
| PMI | 0307710339 | 1089843 | 26-Jan-11 | GUERRERO, BLANCA | Foreclosure | $396.50 | $396.50 | 9 | 0-29 | GMAP | 09-90972 |

GMAC - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

OTHER

| File Type | Loan # | Invoice # | Invoice Date | Borrower Name | Invoice Type | Invoice Amount | Amount Due | bill_age | bill_age_group | Client Code | File Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PMI | 0307664751 | 1089764 | 26-Jan-11 | STOTT, BARBARA | Foreclosure | $83.25 | $83.25 | 9 | 0-29 | GMAP | 09-89769 |
| PMI | 0307677835 | 1089765 | 26-Jan-11 | BAQUERIZO, JOSE | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-89771 |
| PMI | 0307710076 | 1089766 | 26-Jan-11 | PADRON, IVAN | Foreclosure | $343.25 | $343.25 | 9 | 0-29 | GMAP | 09-89774 |
| PMI | 0307713068 | 1089767 | 26-Jan-11 | ALVAREZ, JORGE | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-89776 |
| PMI | 0359037145 | 1089769 | 26-Jan-11 | ROWE, ALICIA | Foreclosure | $300.00 | $300.00 | 9 | 0-29 | GMAP | 09-89996 |
| PMI | 0810006983 | 1089779 | 26-Jan-11 | FLEMING, KIMBERLY | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-78946 |
| PMI | 0601433439 | 1089780 | 26-Jan-11 | ALMONTE, JOSE | Foreclosure | $268.25 | $268.25 | 9 | 0-29 | GMAP | 09-79004 |
| PMI | 0359244277 | 1089784 | 26-Jan-11 | POULOS, MICHAEL | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-79600 |
| PMI | 0307662265 | 1089788 | 26-Jan-11 | HOCHLEUTNER-GR, KIMBERLY | Foreclosure | $18.50 | $18.50 | 9 | 0-29 | GMAP | 09-81243 |
| PMI | 0307714341 | 1089789 | 26-Jan-11 | VO, DUNG | Foreclosure | $87.50 | $87.50 | 9 | 0-29 | GMAP | 09-81245 |
| PMI | 0354544758 | 1089790 | 26-Jan-11 | SEROTA, BARBARA | Foreclosure | $230.00 | $230.00 | 9 | 0-29 | GMAP | 09-81248 |
| PMI | 0359275546 | 1089791 | 26-Jan-11 | MACDONALD, JEFFREY | Foreclosure | $380.00 | $380.00 | 9 | 0-29 | GMAP | 09-81302 |
| PMI | 0359282235 | 1089792 | 26-Jan-11 | LOPEZ-RITAS, WALDA | Foreclosure | $350.00 | $350.00 | 9 | 0-29 | GMAP | 09-81307 |
| PMI | 0359339954 | 1089793 | 26-Jan-11 | BRUKHIS, DMITRIY | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-81308 |
| PMI | 0359340778 | 1089794 | 26-Jan-11 | DONLINGER, JAMES | Foreclosure | $830.00 | $830.00 | 9 | 0-29 | GMAP | 09-81309 |
| PMI | 0359395251 | 1089795 | 26-Jan-11 | MCRANE, ELAINE | Foreclosure | $325.00 | $325.00 | 9 | 0-29 | GMAP | 09-81311 |
| PMI | 0359421359 | 1089796 | 26-Jan-11 | MULLALLY-AMADOR, DEBORAH | Foreclosure | $480.00 | $480.00 | 9 | 0-29 | GMAP | 09-81315 |
| PMI | 0359422852 | 1089797 | 26-Jan-11 | GONZALEZ, JORGE | Foreclosure | $530.00 | $530.00 | 9 | 0-29 | GMAP | 09-81318 |
| PMI | 0359516766 | 1089798 | 26-Jan-11 | RODRIGUEZ, ROSARIO | Foreclosure | $330.00 | $330.00 | 9 | 0-29 | GMAP | 09-81322 |
| PMI | 0359521978 | 1089799 | 26-Jan-11 | JARAMILLO, LIGIA | Foreclosure | $400.00 | $400.00 | 9 | 0-29 | GMAP | 09-81323 |
| PMI | 0360102579 | 1089800 | 26-Jan-11 | ZUBAY, KENNETH | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-81324 |
| PMI | 0360121230 | 1089801 | 26-Jan-11 | TORRES, ROSA | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-81325 |
| PMI | 0442665261 | 1089802 | 26-Jan-11 | ROSIER, ISAAC | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | GMAP | 09-81329 |
| PMI | 0359244731 | 1089812 | 26-Jan-11 | MACMILLAN, ROBERT | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-85412 |
| PMI | 0359442669 | 1089857 | 26-Jan-11 | DUNCAN, MARY | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-96254 |
| PMI | 0359442141 | 1089864 | 26-Jan-11 | BITTLEMAN, JACK | Foreclosure | $533.25 | $533.25 | 9 | 0-29 | GMAP | 09-97062 |
| PMI | 0713297256 | 1089898 | 26-Jan-11 | EARP, STEPHEN | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92507 |
| PMI | 0713914129 | 1089899 | 26-Jan-11 | LE, LONG | Foreclosure | $16.50 | $16.50 | 9 | 0-29 | GMAP | 09-92512 |
| PMI | 0713914714 | 1089900 | 26-Jan-11 | NIGRO, ROMULO | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92514 |
| PMI | 0810005955 | 1089901 | 26-Jan-11 | DENTI, SHLOMO | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92515 |
| PMI | 0810024190 | 1089902 | 26-Jan-11 | OHL, ROBERT | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92520 |
| PMI | 0359340246 | 1089903 | 26-Jan-11 | CROWE, DAVID | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92617 |
| PMI | 0359421577 | 1089904 | 26-Jan-11 | OFARRELL, KEVIN | Foreclosure | $158.25 | $158.25 | 9 | 0-29 | GMAP | 09-92619 |
| PMI | 0360000310 | 1089905 | 26-Jan-11 | MARTINEZ, LUIS | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92621 |
| PMI | 8710001628 | 1089920 | 26-Jan-11 | D''HAITI, SMITH | Foreclosure | $10.00 | $10.00 | 9 | 0-29 | GMAP | 09-94033 |
| PMI | 0359072426 | 1089921 | 26-Jan-11 | RODRIGUEZ, DIANA | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-95027 |
| PMI | 0359224441 | 1089922 | 26-Jan-11 | ABREU, JOSELYN | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-95031 |
| PMI | 0359228737 | 1089925 | 26-Jan-11 | RODRIGUEZ, DANMARIS | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-95710 |
| PMI | 0359513034 | 1089912 | 26-Jan-11 | ACACIO, ALEXANDRE | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-94123 |
| PMI | 0835017967 | 1089913 | 26-Jan-11 | BARANSKY, WILLIAM | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-94139 |
| PMI | 0359121011 | 1089915 | 26-Jan-11 | HOOVER, MEGAN | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-94242 |
| PMI | 0359371346 | 1089916 | 26-Jan-11 | JOHNSON, CYNTHIA | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-94249 |
| PMI | 0359184352 | 1089855 | 26-Jan-11 | ENCINAS, SILVIA | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-94158 |
| PMI | 8655972474 | 1089848 | 26-Jan-11 | SMITH, WALTER | Foreclosure | $16.50 | $16.50 | 9 | 0-29 | GMAP | 09-94350 |
| PMI | 0359371652 | 1089849 | 26-Jan-11 | GONZALEZ, PATRICIA | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-94284 |
| PMI | 0359121874 | 1089850 | 26-Jan-11 | BARBAGALLO, FRANK | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | GMAP | 09-94357 |
| PMI | 0359233765 | 1089753 | 26-Jan-11 | JONES, MILENA | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-85399 |

GMAC - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

OTHER

| File Type | Loan # | Invoice # | Invoice Date | Borrower Name | Invoice Type | Invoice Amount | Amount Due | bill_age | bill_age_group | Client Code | File Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PMI | 0359229578 | 1089754 | 26-Jan-11 | LIPSEY, GRACIELA | Foreclosure | $500.00 | $500.00 | 9 | 0-29 | GMAP | 09-84365 |
| PMI | 0359169838 | 1089756 | 26-Jan-11 | MATTINGLEY, SHEILA | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-85066 |
| PMI | 8710001428 | 1089872 | 26-Jan-11 | PINEDA, ALLISON | Foreclosure | $566.50 | $566.50 | 9 | 0-29 | GMAP | 09-90827 |
| PMI | 7438124745 | 1089873 | 26-Jan-11 | HERRITY, DENNIS | Foreclosure | $300.00 | $300.00 | 9 | 0-29 | HCNW | 09-90832 |
| PMI | 8126974224 | 1089878 | 26-Jan-11 | HOLLAND, SARAH | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-91509 |
| PMI | 0307618446 | 1089880 | 26-Jan-11 | JACKSON, ELLIOTT | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-91834 |
| PMI | 0307710069 | 1089881 | 26-Jan-11 | GUZMAN, SALVADOR | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-91837 |
| PMI | 0307713684 | 1089882 | 26-Jan-11 | SAING, TITHDARY | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-91840 |
| PMI | 0359339534 | 1089884 | 26-Jan-11 | TOTH, ROBERTO | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92305 |
| PMI | 0359340844 | 1089885 | 26-Jan-11 | JARDINE, MARIA | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92306 |
| PMI | 0359340858 | 1089886 | 26-Jan-11 | NORWOOD, RONALD | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92307 |
| PMI | 0359393746 | 1089887 | 26-Jan-11 | BULLEN, KARL | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92309 |
| PMI | 0359394346 | 1089888 | 26-Jan-11 | SERGIO, LORENZO | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92312 |
| PMI | 0359488323 | 1089889 | 26-Jan-11 | PURDY, AUDRA | Foreclosure | $600.00 | $600.00 | 9 | 0-29 | GMAP | 09-92319 |
| PMI | 0359494065 | 1089890 | 26-Jan-11 | TREVINO, MARIA | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92320 |
| PMI | 0359500450 | 1089891 | 26-Jan-11 | FREEMAN, SUSAN | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92322 |
| PMI | 0359503631 | 1089892 | 26-Jan-11 | VOLCHANSKIY, OLEG | Foreclosure | $8.25 | $8.25 | 9 | 0-29 | GMAP | 09-92323 |
| PMI | 0359500365 | 1089365 | 26-Jan-11 | NANDLAL, SHIRLEY | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-32377 |
| PMI | 0359500572 | 1089366 | 26-Jan-11 | SINGH, RUKMIN | Foreclosure | $771.50 | $771.50 | 9 | 0-29 | GMAP | 09-32378 |
| PMI | 0359511366 | 1089367 | 26-Jan-11 | MIDNET, GLENN | Foreclosure | $213.25 | $213.25 | 9 | 0-29 | GMAP | 09-32383 |
| PMI | 8685566140 | 1089368 | 26-Jan-11 | CHARRIERE, ROBERT | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | GMAP | 09-31432 |
| PMI | 0359244943 | 1089369 | 26-Jan-11 | UHLAROVA, VIERA | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-31433 |
| PMI | 0702070752 | 1089370 | 26-Jan-11 | MBANO, ONYINYE | Foreclosure | $380.00 | $380.00 | 9 | 0-29 | GMAP | 09-31559 |
| PMI | 7433998440 | 1089371 | 26-Jan-11 | WARREN, ELMIRA | Foreclosure | $16.50 | $16.50 | 9 | 0-29 | HCNW | 09-31574 |
| PMI | 7439417569 | 1089372 | 26-Jan-11 | MONTEITH, DANIEL | Foreclosure | $75.00 | $75.00 | 9 | 0-29 | HCNW | 09-31577 |
| PMI | 7440643872 | 1089373 | 26-Jan-11 | STEELE, DAWN | Foreclosure | $50.00 | $50.00 | 9 | 0-29 | HCNW | 09-31583 |
| PMI | 0442429130 | 1089374 | 26-Jan-11 | MONTGOMERY, BONNIE | Foreclosure | $238.25 | $238.25 | 9 | 0-29 | GMAP | 09-31599 |
| PMI | 0359516677 | 1089378 | 26-Jan-11 | SALAZAR, LILIANA | Foreclosure | $388.25 | $388.25 | 9 | 0-29 | GMAP | 09-32384 |
| PMI | 0359521980 | 1089379 | 26-Jan-11 | VAINER, ARIE | Foreclosure | $438.25 | $438.25 | 9 | 0-29 | GMAP | 09-32385 |
| PMI | 0360000673 | 1089380 | 26-Jan-11 | COFFEY, RUSSELL | Foreclosure | $380.00 | $380.00 | 9 | 0-29 | GMAP | 09-32389 |
| PMI | 0360101566 | 1089381 | 26-Jan-11 | PERDOMO, ALI | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | GMAP | 09-32464 |
| PMI | 0442652939 | 1089382 | 26-Jan-11 | LUCAS, BRIAN | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | HCNW | 09-32471 |
| PMI | 0601462264 | 1089383 | 26-Jan-11 | PRADA, ASUNCION | Foreclosure | $363.25 | $363.25 | 9 | 0-29 | GMAP | 09-32493 |
| PMI | 0656746865 | 1089384 | 26-Jan-11 | POTCHEN, ROBERT | Foreclosure | $438.25 | $438.25 | 9 | 0-29 | GMAP | 09-32852 |
| PMI | 0713249158 | 1089385 | 26-Jan-11 | GUZMAN, JUAN | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-32856 |
| PMI | 0713905258 | 1089386 | 26-Jan-11 | DIAZ, EDUARDO | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-32863 |
| PMI | 7428175871 | 1089387 | 26-Jan-11 | CORZO, ANN | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | HCNW | 09-32864 |
| PMI | 0810008475 | 1089388 | 26-Jan-11 | PEREZ, THABATA | Foreclosure | $138.25 | $138.25 | 9 | 0-29 | GMAP | 09-32869 |
| PMI | 7415591072 | 1089389 | 26-Jan-11 | MCCLOSKEY, WILLIAM | Foreclosure | $250.00 | $250.00 | 9 | 0-29 | HCNW | 09-32887 |
| PMI | 7425058344 | 1089390 | 26-Jan-11 | ALAS, FRANCISCA | Foreclosure | $60.00 | $60.00 | 9 | 0-29 | HCNW | 09-32894 |
| PMI | 7427923040 | 1089391 | 26-Jan-11 | POVIO, DONNA | Foreclosure | $152.00 | $152.00 | 9 | 0-29 | HCNW | 09-32961 |
| PMI | 7434924668 | 1089392 | 26-Jan-11 | HALE, RONALD | Foreclosure | $788.30 | $788.30 | 9 | 0-29 | HCNW | 09-32975 |
| PMI | 7441031945 | 1089393 | 26-Jan-11 | ISAACS, DARREN | Foreclosure | $100.00 | $100.00 | 9 | 0-29 | HCNW | 09-32993 |
| PMI | 7470334970 | 1089394 | 26-Jan-11 | MAFIE, ARYAN | Foreclosure | $325.00 | $325.00 | 9 | 0-29 | HCNW | 09-33190 |
| PMI | 7471752048 | 1089395 | 26-Jan-11 | CASTILLO, RICARDO | Foreclosure | $485.20 | $485.20 | 9 | 0-29 | HCNW | 09-33267 |
| PMI | 0270003952 | 1089396 | 26-Jan-11 | GONZALEZ, MANUEL | Foreclosure | $438.25 | $438.25 | 9 | 0-29 | GMAP | 09-33282 |
| PMI | 0307675342 | 1089397 | 26-Jan-11 | BARILLAS, SHANTEL | Foreclosure | $213.25 | $213.25 | 9 | 0-29 | GMAP | 09-33285 |
| PMI | 0307678065 | 1089398 | 26-Jan-11 | SOSA, RAFAEL | Foreclosure | $213.25 | $213.25 | 9 | 0-29 | GMAP | 09-33287 |
| PMI | 0307705838 | 1089399 | 26-Jan-11 | ABBATE, ANTONINO | Foreclosure | $130.00 | $130.00 | 9 | 0-29 | GMAP | 09-33288 |

GMAC - ACCOUNTS RECEIVABLE DUE THE LAW OFFICES OF DAVID J. STERN, P.A.

OTHER

| File Type | Loan # | Invoice # | Invoice Date | Borrower Name | Invoice Type | Invoice Amount | Amount Due | bill_age | bill_age_group | Client Code | File Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PMI | 0307713733 | 1089400 | 26-Jan-11 | ECHEVERRY, MARIA | Foreclosure | $723.25 | $723.25 | 90 | 0-29 | GMAP | 09-33293 |
| PMI | 0359134862 | 1089401 | 26-Jan-11 | RODRIGUEZ, HERIBERTO | Foreclosure | $232.75 | $232.75 | 90 | 0-29 | GMAP | 09-33299 |
| PMI | 0359039965 | 1089403 | 26-Jan-11 | MD, JOSE | Foreclosure | $138.25 | $138.25 | 90 | 0-29 | GMAP | 09-33667 |
| PMI | 0307375974 | 1089404 | 26-Jan-11 | PARRISH, JANET | Foreclosure | $130.00 | $130.00 | 90 | 0-29 | GMAP | 09-33675 |
| PMI | 0359146851 | 1089405 | 26-Jan-11 | MARULANDA, CONSUELO | Foreclosure | $226.45 | $226.45 | 90 | 0-29 | GMAP | 09-33677 |
| PMI | 0359224941 | 1089406 | 26-Jan-11 | SEIPLE, LARRY | Foreclosure | $513.25 | $513.25 | 90 | 0-29 | GMAP | 09-33698 |
| PMI | 0359224561 | 1089407 | 26-Jan-11 | BUICE, RHONDA | Foreclosure | $713.25 | $713.25 | 90 | 0-29 | GMAP | 09-33699 |
| PMI | 0359225633 | 1089408 | 26-Jan-11 | TREVINO, VICTOR | Foreclosure | $473.25 | $473.25 | 90 | 0-29 | GMAP | 09-33850 |
| PMI | 0359228939 | 1089409 | 26-Jan-11 | MENDEZ, THOMAS | Foreclosure | $463.25 | $463.25 | 90 | 0-29 | GMAP | 09-33855 |
| PMI | 0359372751 | 1089410 | 26-Jan-11 | MCNAUGHTON, YVONNE | Foreclosure | $666.50 | $666.50 | 90 | 0-29 | GMAP | 09-33870 |
| PMI | 0360123839 | 1089411 | 26-Jan-11 | KHERSONSKIY, ALBERT | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-33872 |
| PMI | 7425463452 | 1089412 | 26-Jan-11 | YARBROUGH, CEKETHA | Foreclosure | $100.00 | $100.00 | 90 | 0-29 | HCNW | 09-33878 |
| PMI | 7439555533 | 1089413 | 26-Jan-11 | BIRO, DANIEL | Foreclosure | $75.00 | $75.00 | 90 | 0-29 | HCNW | 09-34071 |
| PMI | 7439784380 | 1089414 | 26-Jan-11 | ANDERSON, LANCE | Foreclosure | $100.00 | $100.00 | 90 | 0-29 | HCNW | 09-34078 |
| PMI | 7439791682 | 1089415 | 26-Jan-11 | BAUMGARDNER, JERRY | Foreclosure | $100.00 | $100.00 | 90 | 0-29 | HCNW | 09-34079 |
| PMI | 0270002481 | 1089416 | 26-Jan-11 | BARRIOS, ARDIEL | Foreclosure | $446.50 | $446.50 | 90 | 0-29 | GMAP | 09-33958 |
| PMI | 0359339535 | 1089418 | 26-Jan-11 | MARTIN, GEORGE | Foreclosure | $300.00 | $300.00 | 90 | 0-29 | GMAP | 09-33969 |
| PMI | 0359394964 | 1089419 | 26-Jan-11 | MEEHAN, SUSAN | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-33974 |
| PMI | 7471556068 | 1089420 | 26-Jan-11 | MATHEW, SALMON | Foreclosure | $325.00 | $325.00 | 90 | 0-29 | HCNW | 09-34055 |
| PMI | 0810025031 | 1089423 | 26-Jan-11 | FRANCIS, JOSLYN | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-34896 |
| PMI | 7441319654 | 1089424 | 26-Jan-11 | FRANCOIS, KIMY | Foreclosure | $108.25 | $108.25 | 90 | 0-29 | HCNW | 09-34952 |
| PMI | 0359374772 | 1089425 | 26-Jan-11 | CHICAS, BERTA | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-34970 |
| PMI | 0601055973 | 1089426 | 26-Jan-11 | SOLTESZ, DEBORAH | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-34976 |
| PMI | 7436021141 | 1089427 | 26-Jan-11 | PRIYAMPOLOSKIY, MARIELA | Foreclosure | $75.00 | $75.00 | 90 | 0-29 | HCNW | 09-36182 |
| PMI | 7441816238 | 1089428 | 26-Jan-11 | SCHOLL, ZENAIDA | Foreclosure | $261.00 | $261.00 | 90 | 0-29 | HCNW | 09-36186 |
| PMI | 7424693950 | 1089429 | 26-Jan-11 | MORALES, MILDREY | Foreclosure | $266.50 | $266.50 | 90 | 0-29 | HCNW | 09-36286 |
| PMI | 7439630658 | 1089431 | 26-Jan-11 | RAPPAPORT, YIGAL | Foreclosure | $100.00 | $100.00 | 90 | 0-29 | HCNW | 09-36966 |
| PMI | 7440507861 | 1089432 | 26-Jan-11 | HARGROVE, DARRELL | Foreclosure | $225.00 | $225.00 | 90 | 0-29 | HCNW | 09-37861 |
| PMI | 7442007662 | 1089433 | 26-Jan-11 | MONESAR, BHAGWANDASS | Foreclosure | $121.50 | $121.50 | 90 | 0-29 | HCNW | 09-37956 |
| PMI | 7442253043 | 1089434 | 26-Jan-11 | REINLIE, KENNING | Foreclosure | $260.00 | $260.00 | 90 | 0-29 | HCNW | 09-37964 |
| PMI | 7442250536 | 1089435 | 26-Jan-11 | BLOUNT, DIANNE | Foreclosure | $50.00 | $50.00 | 90 | 0-29 | HCNW | 09-37965 |
| PMI | 7442309969 | 1089436 | 26-Jan-11 | RODRIGUEZ, MELISSA | Foreclosure | $130.00 | $130.00 | 90 | 0-29 | HCNW | 09-37966 |
| PMI | 7442346748 | 1089437 | 26-Jan-11 | PORTER, KENNETH | Foreclosure | $430.00 | $430.00 | 90 | 0-29 | HCNW | 09-37969 |
| PMI | 7442423372 | 1089438 | 26-Jan-11 | HARPER, TERRY | Foreclosure | $465.00 | $465.00 | 90 | 0-29 | HCNW | 09-37973 |
| PMI | 7442433538 | 1089439 | 26-Jan-11 | HAUSLER, GARY | Foreclosure | $380.00 | $380.00 | 90 | 0-29 | HCNW | 09-37974 |
| PMI | 7442464061 | 1089440 | 26-Jan-11 | GAVIN, LINDA | Foreclosure | $250.00 | $250.00 | 90 | 0-29 | HCNW | 09-37977 |
| PMI | 7442470837 | 1089441 | 26-Jan-11 | EDENFIELD, JAMES | Foreclosure | $335.00 | $335.00 | 90 | 0-29 | HCNW | 09-37978 |
| PMI | 0359388060 | 1089442 | 26-Jan-11 | COLEY, ESTHER | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-38595 |
| PMI | 0474497559 | 1089443 | 26-Jan-11 | AMENDOLA, PAMELA | Foreclosure | $430.00 | $430.00 | 90 | 0-29 | GMAP | 09-38596 |
| PMI | 0359146084 | 1089444 | 26-Jan-11 | MEUNIER, LAURA | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-38882 |
| PMI | 0359278562 | 1089445 | 26-Jan-11 | JAQUITH, ARNOLD | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-38890 |
| PMI | 0359340884 | 1089491 | 26-Jan-11 | GALLEGO, MICHAEL | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-40132 |
| PMI | 0359529683 | 1089499 | 26-Jan-11 | WILFEARD, RONALD | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-42259 |
| PMI | 0270004032 | 1089502 | 26-Jan-11 | MADRIGAL, JESUS | Foreclosure | $816.50 | $816.50 | 90 | 0-29 | GMAP | 09-42584 |
| PMI | 0307708283 | 1089503 | 26-Jan-11 | BROWN, MICHAEL | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-42597 |
| PMI | 0307716533 | 1089505 | 26-Jan-11 | OJEDA, OMAR | Foreclosure | $150.00 | $150.00 | 90 | 0-29 | GMAP | 09-42756 |
| PMI | 0307718160 | 1089506 | 26-Jan-11 | RIVAS, ELEAZAR | Foreclosure | $8.25 | $8.25 | 90 | 0-29 | GMAP | 09-42761 |
| PMI | 0359275480 | 1089508 | 26-Jan-11 | HUTCHINS, ROBERT | Foreclosure | $66.50 | $66.50 | 90 | 0-29 | GMAP | 09-42777 |
| PMI | 0359339870 | 1089509 | 26-Jan-11 | SAIAS, YOSSI | Foreclosure | $446.50 | $446.50 | 90 | 0-29 | GMAP | 09-42784 |