UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61526-Civ-COOKE/TURNOFF

THE LAW OFFICES OF DAVID J.
STERN, P.A.,

    Plaintiff

vs.

GMAC MORTGAGE, LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION

THIS MATTER is before me upon the parties' Joint Stipulation to Sever Freddie Mac Loan-Related Loan Claims for Adjudication in Pending Federal Court Action. (ECF No. 43). It is **ORDERED and ADJUDGED** that the Joint Stipulation is **APPROVED and ADOPTED**. The portion of this action relating to Plaintiff's claims on the loans listed in Exhibit A to the stipulation are severed from this case so they may be consolidated and adjudicated before the Honorable Patricia A. Seitz in *The Law Offices of David J. Stern, P.A. v. Federal Home Loan Mortgage Corporation*, No. 11-60623-PAS (S.D. Fla.).

**DONE and ORDERED** in chambers at Miami, Florida, this 16th day of February 2012.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61526-Civ-COOKE/TURNOFF

THE LAW OFFICES OF DAVID J.
STERN, P.A.,

    Plaintiff

vs.

GMAC MORTGAGE, LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION

THIS MATTER is before me upon the parties' Joint Stipulation to Sever Fannie Mae Loans for Arbitration. (ECF No. 47). It is **ORDERED and ADJUDGED** that the Joint Stipulation is **APPROVED and ADOPTED**. The portion of this action relating to Plaintiff's claims on the Fannie Mae loans listed in Exhibit A to the stipulation are severed from this case so they may be resolved by arbitration. The claims arising from remediation work, which was set forth in the parties' Joint Stipulation (ECF No. 44), remain before this Court.

**DONE and ORDERED** in chambers at Miami, Florida, this 8th day of March 2012.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*