GMAC MORTGAGE, LLC,

      Plaintiff,

vs.

CHRISTOPHER D. CONTRERAS, et al.,

      Defendants,

vs.

GMAC MORTGAGE, LLC,

      Counter Defendant,

and

LAW OFFICES OF DAVID J. STERN, P.A., and
DJSP ENTERPRISES, INC.,

      Cross Defendants.

_____/

IN THE CIRCUIT COURT OF THE
12TH JUDICIAL CIRCUIT IN AND FOR
SARASOTA COUNTY, FLORIDA

CASE NO. 2010 CA 002868 NC

DIVISION A

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Defendant/Cross-Plaintiff Christopher D. Contreras and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises, Inc.'s Joint Stipulation of Dismissal with Prejudice, dated June 1, 2012. The Court has carefully considered the joint stipulation, notes the signature of counsel for the parties and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      Defendant/Cross-Plaintiff Christopher D. Contreras and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises, Inc.'s Joint Stipulation of Dismissal with Prejudice is **APPROVED;**

CASE NO. 2010 CA 002868 NC DIV. A

2.      Any and all claims between Defendant/Cross-Plaintiff Christopher D. Contreras
        and Cross-Defendants Law Offices of David J. Stern, P.A. and DJSP Enterprises,
        Inc., are **DISMISSED WITH PREJUDICE**;

3.      Each party shall bear its own attorney's fees and costs.


**DONE AND ORDERED** in Chambers in Sarasota County, Florida this _____ day of

_____, 2012.


                                        _____
                                        Honorable Becky A. Titus
                                        Circuit Court Judge



Copies furnished to:
Counsel of Record