**Hearing Date: July 30, 2015**
**Reply Deadline: July 20, 2015**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG) (Ch. 11)<br>(Jointly Administered) |
| In re:<br><br>RESCAP LIQUIDATING TRUST MORTGAGE PURCHASE LITIGATION | Adv. Proc. No. 14-07900 (MG) |
| *This document relates to:*<br><br>Residential Funding Co. v. HSBC Mortg. Corp. (USA), Adv. Proc. No. 14-01915 (MG)<br><br>Residential Funding Co. v. UBS Real Estate Secs., Inc., Adv. Proc. No. 14-01926 (MG)<br><br>ResCap Liquidating Trust v. Summit Fin. Mortg. LLC, Adv. Proc. No. 14-01996 (MG)<br><br>ResCap Liquidating Trust v. Mortg. Investors Grp., Inc., Adv. Proc. No. 14-02004 (MG)<br><br>Residential Funding Co. v. SunTrust Mortg. Inc., Adv. Proc. No. 13-1820 (MG) | |

**MBIA INSURANCE CORPORATION'S RESPONSE TO**
**DEFENDANTS' MOTION TO MODIFY ORDER APPOINTING MEDIATOR**

MBIA Insurance Corporation ("MBIA"), which participated in the confidential global

mediation that is the subject of Defendants' *Motion to Modify Order Appointing Mediator*, dated

June 3, 2015 [Adv. Proc. No. 14-07900, D.I. 85, 86; *see also* Case No. 12-12020, D.I. 8748]

8067190v.2

("Motion"), by and through its undersigned counsel, hereby joins: (a) the *Response of the ResCap Liquidating Trust and Residential Funding Co. to Defendants' Motion to Modify Order Appointing Mediator*, dated July 2, 2015 [Case No. 12-12020, D.I. 8834; Adv. Pro. No. 14-7900, D.I. 91]; and (b) *Ally Financial, Inc.'s Objection and Memorandum of Law in Opposition to Defendants Motion to Modify Order Appointing Mediator*, dated July 2, 2015 [Case No. 12-12020, D.I. 8832; Adv. Pro. No. 14-7900, D.I. 90] (together, the "Responses"). MBIA participated in the mediation, believing that this Court's *Order Appointing Mediator* [Case No. 12-12020, D.I. 2519] would protect the confidential nature of communications made during the process. MBIA therefore urges the Court to deny the Motion, and any discovery of the mediation communications at issue in the Motion, for the reasons set forth in the Responses.

Dated: New York, New York
July 9, 2015

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Erik Haas

Erik Haas
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
ehaas@pbwt.com

*Counsel to non-party MBIA Insurance Corporation*