## Certificate of Service

      I hereby certify that on July 9, 2015, I electronically filed the foregoing **MBIA Insurance Corporation's response to Defendants' Motion to Modify Order Appointing Mediator** with the U.S. Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                      /s/ Erik Haas
                                      Erik Haas

6407273v.1