UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
                             :
In re                        :    Chapter 11
                             :
RESIDENTIAL CAPITAL, LLC,    :    Case No. 12-12020 (MG)
et al..,[1]                  :
                             :
                             :
                    Debtor.  :
---------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on July 8, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS AND (II) REDUCE AND ALLOW BORROWER CLAIMS) (Docket No. 8859)**

Dated: July 9, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this **9** day of **July**, 20**15**, by, **Richie Lim** proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com;

Ken@whlfirm.com;
Listongio@hotmail.com;
Elmarshallii@prodigy.net;
Joycegagner@gmail.com;
Mghods@ghodslaw.com;
Inspiredimage@aol.com;
Randall@randalljperry.com;
Fredgarzo@yahoo.com;
Tombutlercpa@yahoo.com;
Vbjohnson2003@aol.com;
Drsokimeza@yahoo.com;
Rsobleskey@att.net

# EXHIBIT B

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

# EXHIBIT C

| | | |
|---|---|---|
| Donald R Eaton<br>Hood & Lay, LLC<br>1117 22nd Street South, Ste. 101<br>Birmingham, AL 35205 | Antonio Navarrete<br>3570 Manresa Drive<br>Madera, CA 93637 | Betty Harvey<br>PO Box 27<br>Apple Valley, CA 92307 |
| Carolyn E. Woodridge and Iris Woodridge<br>1235 Van Buren Street, N.W.<br>Washington, DC 20012 | Joyce C Canger<br>385 Hillside Ave<br>Allendale, NJ 07401 | Mohammed K. Ghods & Heidi M. Ghods<br>2100 North Broadway<br>Santa Ana, CA 92705 |
| Kechia L. Island<br>1741 Malcom Street<br>Shreveport, LA 71108 | Randall J. Perry<br>44 Union Avenue<br>PO Box 108<br>Rutherford, NJ 07070 | Randall J. Perry<br>Kenneth Rosellini, Esq.<br>636 Van Houten Ave #A<br>Clifton, NJ 07013-2126 |
| Robert H and Lynda A. Ferguson<br>N85 W14931 Mac Arthur Drive<br>Menomonee Falls, WI 53051 | Sharen Mumtaaj<br>8811 Glenwood Drive<br>Brooklyn, NY 11236 | Thomas A. Ensley and Marion D. Ensley<br>PO Box 43563<br>Cleveland, OH 44143 |
| Thomas J Butler<br>1042 Banbury Court<br>Napa, CA 94559 | Thomas Manning<br>PO Box 7212<br>Portland, ME 04112 | Paul Giard<br>3 Main Road<br>Colrain, MA 01340 |
| G. Robert Beebe<br>157 High St<br>Acton, MA 01720-4217 | MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC<br>5439 SOQUEL DR<br>SOQUEL, CA 95073 | Rachida Maz<br>141 Warren St.<br>Revere, MA 02151 |
| VALENCIA B JOHNSON AND<br>1610 MARTIN AVE<br>BIRMINGHAM, AL 35208 | Concepcion L. Morado<br>9350 W Adams St<br>Tolleson, AZ 85353-2813 | Wayne Davenport Re 2101 Palm Canyon Court<br>c/o Mark L. Jackson, Esq Vannah and Vannah<br>400 S 4th St 6th Fl<br>Las Vegas, NV 89101 |
| Wayne Davenport Re 7637 Sierra Paseo Lane<br>c/o Mark L. Jackson, Esq Vannah and Vannah<br>400 S 4th St 6th Floor<br>Las Vegas, NV 89101 | Rebecca K. Stewart<br>18307 Powhatan Court<br>Gaithersburg, MD 20877 | Richard A. & Carrie E. Sobleskey<br>703 E. Shaw<br>Charlotte, MI 48813 |