**SALAZAR JACKSON, LLP**
2000 Ponce de Leon Boulevard
Penthouse Suite
Coral Gables, Florida  33134
Telephone:  (305) 374-4848
Facsimile:  (305) 397-1021

*Counsel for Claimant Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
In re:                                             )          Case No. 12-12020 (MG)
                                                    )
Residential Capital, LLC, *et al.*,        )          Chapter 11
                                                    )
                         Debtors.            )          Jointly Administered
_____)


### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Linda Worton Jackson, Esq., request admission, ***pro hac vice***, before the Honorable

Martin Glenn, to represent Claimant, Law Offices of David J. Stern, P.A., in the above-

referenced case.

I certify that I am a member in good standing of the bar of the State of Florida, and

admitted to practice in the United States District Courts for the Southern and Middle Districts of

Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated:  New York, New York
           July 9, 2015

**SALAZAR JACKSON, LLP**
*Counsel for Claimant, Law Offices of David J. Stern, P.A.*
2000 Ponce de Leon Boulevard
Penthouse Suite
Coral Gables, Florida  33134
Telephone:  (305) 374-4848
Facsimile:   (305) 397-1021


By:  */s/  Linda Worton Jackson*
        LINDA WORTON JACKSON
        Florida Bar No. 147788
        jackson@salazarjackson.com