UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, *et al.,* | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Linda Worton Jackson, Esq., to be admitted, *pro hac vice*, to represent Claimant Law Offices of David J. Stern, P.A., in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar of the State of Florida, and admitted to practice in the United States District Courts for the Southern and Middle Districts of Florida, it is hereby

**ORDERED,** that Linda Worton Jackson, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case to represent Claimant Law Office of David J. Stern, P.A., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated**:  July 13, 2015**
            New York, New York

                                        /s/Martin Glenn
                                        THE HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE