UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
In re                           :   Chapter 11
                                :
RESIDENTIAL CAPITAL, LLC,       :   Case No. 12-12020 (MG)
et al..,[1]                     :
                                :
                                :
                     Debtor.    :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on July 9, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF FILING OF REVISED EXHIBIT B TO THE PROPOSED ORDER GRANTING THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS AND (II) REDUCE AND ALLOW BORROWER CLAIMS)(Docket No. 8864)**

Dated: July 10, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this __10__ day of __July__, 20__15__, by, __Richie Lim__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> STACY SONG-YI HAN
> Commission # 1971377
> Notary Public - California
> Los Angeles County
> My Comm. Expires Mar 8, 2016

# EXHIBIT A

Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com;

Ken@whlfirm.com;
Listongio@hotmail.com;
Elmarshallii@prodigy.net;
Joycegagner@gmail.com;
Mghods@ghodslaw.com;
Inspiredimage@aol.com;
Randall@randalljperry.com;
Fredgarzo@yahoo.com;
Tombutlercpa@yahoo.com;
Vbjohnson2003@aol.com;
Drsokimeza@yahoo.com;
Rsobleskey@att.net

# EXHIBIT B

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

# EXHIBIT C

Donald R Eaton
Hood & Lay, LLC
1117 22nd Street South, Ste. 101
Birmingham, AL 35205

Antonio Navarrete
3570 Manresa Drive
Madera, CA 93637

Betty Harvey
PO Box 27
Apple Valley, CA 92307

Carolyn E. Woodridge and Iris Woodridge
1235 Van Buren Street, N.W.
Washington, DC 20012

Joyce C Canger
385 Hillside Ave
Allendale, NJ 07401

Mohammed K. Ghods & Heidi M. Ghods
2100 North Broadway
Santa Ana, CA 92705

Kechia L. Island
1741 Malcom Street
Shreveport, LA 71108

Randall J. Perry
44 Union Avenue
PO Box 108
Rutherford, NJ 07070

Randall J. Perry
Kenneth Rosellini, Esq.
636 Van Houten Ave #A
Clifton, NJ 07013-2126

Robert H and Lynda A. Ferguson
N85 W14931 Mac Arthur Drive
Menomonee Falls, WI 53051

Sharen Mumtaaj
8811 Glenwood Drive
Brooklyn, NY 11236

Thomas A. Ensley and Marion D. Ensley
PO Box 43563
Cleveland, OH 44143

Thomas J Butler
1042 Banbury Court
Napa, CA 94559

Thomas Manning
PO Box 7212
Portland, ME 04112

Paul Giard
3 Main Road
Colrain, MA 01340

G. Robert Beebe
157 High St
Acton, MA 01720-4217

MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC
5439 SOQUEL DR
SOQUEL, CA 95073

Rachida Maz
141 Warren St.
Revere, MA 02151

VALENCIA B JOHNSON AND
1610 MARTIN AVE
BIRMINGHAM, AL 35208

Concepcion L. Morado
9350 W Adams St
Tolleson, AZ 85353-2813

Wayne Davenport Re 2101 Palm Canyon Court
c/o Mark L. Jackson, Esq Vannah and Vannah
400 S 4th St 6th Fl
Las Vegas, NV 89101

Wayne Davenport Re 7637 Sierra Paseo Lane
c/o Mark L. Jackson, Esq Vannah and Vannah
400 S 4th St 6th Floor
Las Vegas, NV 89101

Rebecca K. Stewart
18307 Powhatan Court
Gaithersburg, MD 20877

Richard A. & Carrie E. Sobleskey
703 E. Shaw
Charlotte, MI 48813