UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, N.Y. 10004-1408

RECEIVED JUN 29 2015    6/23/2015

CLERK OF THE BANKRUPTCY COURT.    *PLEASE DOCKET*
RE: SUPPORTIVE EVIDENCE TO PROOF OF CLAIM # 452
*CASE # 12-12020*
HNO. JUDGE: GLENN MARTIN.

ENCLOSED PLEASE FIND EVIDENCE OF DOCUMENTED PAYMENT MADE TO GMAC RESIDENTIAL CAPITAL OF THE FIRST MODIFICATION PAYMENT TO CREDITOR MADE BY ME, JULIO PICHARDO.

THIS SHOWS REASON WHY I COMPLAINED OF DEFAULT OR FORECLOSURE FOR THE PERIOD COVERING JUNE, JULY AND AUGUST 2009 AS PAYMENTS WERE MADE AHEAD OF TIME SHOWN BY RECEIPTS ENCLOSED.

AS YOU CAN SEE THESE MODIFICATION PAYMENTS WERE MADE IN THE SEQUANCE SEEN AS REQUIRED ACCEPTED BY GMAC OF MODIFICATION. THIS PROVES GMAC WAS PROCESSING MODIFICATION DURING WHICH TIME ALL PAYMENTS WERE MADE ON TIME. THERE'S NEVER BEEN A LATE PAYMENT ON THIS LOAN. THE REASON WHY I PRESENT EVIDENCE IS BECAUSE DEBTORS WILL TRY TO MAKE THIS COURT BELIEVE I WAS LATE ON PAYMENTS. THIS IS FAR FROM THE TRUTH. THIS SHOWS PREDECTORY TACTICS USED TO ACQUIRE UNDUE PAYMENTS FROM HOMEOWNERS.

ALONG WITH REST OF EVIDENCE PERPETRATES THE FRAUD CLAIMED IN THIS CASE.

IN ADDITION, I REQUEST RELIEF FROM STAY, SHOULD THIS NOT RESOLVE THE SERIOUS ISSUES I CONFRONT, THEN I WOULD REQUEST RELIEF TO PURSUE MATTERS IN SUPERIOR COURT.

PLEASE NOTE THERE NEVER WAS NO SUCH THING AS A RESET NOTICE AS I WOULD NOTE KNOW WHAT THAT MENT AND THERE IS NO EVIDENCE OF ANY NOTICE SENT TO ME AT ANYTIME, EXCEPT AFTER THREE YEARS UPON FILING CASE.

ALL CORRESPONDENCE SHOWS ISSUES I DEALT IN DOCUMENTS SUBMITTED.

PLEASE NOTE I CLAIM PERSONAL INJURY, AS GMAC CAUSED ME HOSPITALIZATIONS NUMEROUS TIMES TRYING TO DEFAULT AND FORECLOSE MY HOME WITHOUT JUSTIFICATION.

THIS WAS DONE IN WRITING AND BY TELEPHONE CALLS PER DOCUMENTS EVIDENCED.

THIS IS WHAT CAUSE ME TO END UP IN THE HOSPITAL MANY TIMES OVER, AND DETERIORATING HEALTH

RECENTLY I HAVE BEEN SEWNT TO THE HOSPITAL IN DEALING WITH SERVICER'S DENIALS OF THE TRUTH.

I WILL BE SETTING UP TELEPHONIC CONFERENCE FOR JULY'S HEARING.

THANK YOU.
JULIO PICHARDO. *Julio Pichardo*

CC: Res Cap - Morrison & Foerster (Certificate of mailing)
CC: N.Y.B.C.

