UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: ) Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC et al. ) Chapter 11
)
Debtor, ) Jointly Administered

---

**CERTIFICATION OF NO OBJECTION (CNO)**

The undersigned hereby certifies, pursuant to Local Rule 9075-2 of the Bankruptcy Court for the Southern District of New York, that, as of July 13, 2015, HSBC BANK USA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES (hereinafter "HSBC") has received no answer, objection or other responsive pleading to HSBC'S "NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY" (the "Motion") (Document No. 8758) filed on June 15, 2015.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than July 9, 2015.

It is hereby respectfully requested that the Order attached to the Motion as **Exhibit "4"** be entered at the earliest convenience of the Court.

Dated: Melville, New York
       July 13, 2015

Yours, Etc.

BALFE & HOLLAND, P.C.

By:   /s/   *Lee E. Riger*
Lee E. Riger (LR 1459)
135 Pinelawn Road, Suite 125 North
Melville, NY 11747
(631) 501-1000
lriger@balfeholland.com

*Attorneys for HSBC*