MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 15, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    EVIDENTIARY HEARING**

**1.**   ResCap Borrower Claims Trust's Objection to Claim No. 4222 Filed by Todd Silber [Docket No. 7979]

   **Related Document(s)**:

   **a.**   Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 4222 Filed by Todd Silber [Docket No. 8265]

   **b.**   Motion of Todd P. Silber to Reargue and Reconsider Order Sustaining Partial Objection To Claim No. 4222 [Docket No. 8353]

   **c.**   Order Denying Motion for Reconsideration Filed by Todd Silber and Clarifying the Court's Prior Memorandum Opinion and Order Sustaining in Part and Overruling in Part the Objection to Silber's Claim Number 4222 [Docket No. 8364]

ny-1194789

| | |
|---|---|
| **d.** | Order Establishing Procedures for Evidentiary Hearing Regarding Claim Number 4222 Filed by Todd Silber [Docket No. 8455] |
| **e.** | ResCap Borrower Claims Trust's Pretrial Memorandum Brief in Support of the Trust's Objection to Claim Number 4222 Filed By Todd Silber [Docket No. 8827] |
| **f.** | ResCap Borrower Claims Trust's Proposed Findings of Fact and Conclusions of Law [Docket No. 8828] |
| **g.** | Claimant's/Plaintiff's Pretrial Memorandum and Compliance to Order Establishing Procedures for Evidentiary Hearing Regarding Claim No. 4222 Filed by Todd Silber [Docket No. 8839] |
| **h.** | Declaration of David Cunningham in Support of the ResCap Borrower Claims Trust's Objection to Claim No. 4222 Filed by Todd Silber [Docket No. 8842] |
| **i.** | Letter to Judge Glenn from Jordan A. Wishnew Regarding Status Update on ResCap Borrower Claims Trust's Objection to Claim of Todd Silber [Docket No. 8861] |

**Response(s)**:

| | |
|---|---|
| **a.** | General Reply and Objection to Objection to Claim No. 4222 Filed by Todd Silber [Docket No. 8064] |

**Reply**:

| | |
|---|---|
| **a.** | The ResCap Borrower Claims Trust's Reply in Support of its Objection to Claim Number 4222 Filed by Todd Silber [Docket No. 8160] |

**Status**: The evidentiary hearing on this matter will be going forward.

Dated: July 13, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1194789                                            2