UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X   Case No. 12-12020 (MG)

In re:                                                                            Chapter 11 – Jointly Administered

RESIDENTIAL CAPITAL, LLC, et al.

                         Debtors.

-------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE AND ECF NOTICES

**PLEASE TAKE NOTICE** that the undersigned no longer represents Aurelius Capital Management in connection with the above captioned jointly administered cases. Please remove the undersigned from receiving any further ECF notifications in connection with the above captioned jointly administered cases.

Dated: July 14, 2015        ROBBINS, RUSSELL, ENGLERT, ORSECK,
                            UNTEREINER & SAUBER LLP

Washington, DC

/s/     Lawrence S. Robbins
Lawrence S. Robbins
1801 K Street, NW, Suite 411-L
Washington, D.C.  20006
Tel: (202) 775-4500
Fax: (202) 775-4510
Email: lrobbins@robbinsrussell.com

Attorney for Aurelius Capital Management