MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 16, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**:

**1.**   Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

**a.**   Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

ny-1194806

b.   [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

d.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

e.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

f.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

g.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

h.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

i.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

j.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

k.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

| | |
|---|---|
| **l.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348] |
| **m.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855] |
| **n.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120] |
| **o.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255] |
| **p.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751] |
| **q.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087] |
| **r.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374] |
| **s.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684] |
| **t.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808] |

**u.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.**   Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.**   Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

    **cc.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

    **dd.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

    **ee.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

    **ff.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

    **gg.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

    **Response(s)**:

    **a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

    **Status**:    The hearing on this matter has been adjourned to August 20, 2015.

**2.**    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075] |
| **b.** | Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174] |
| **c.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350] |
| **d.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576] |
| **e.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605] |
| **f.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773] |

    **g.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

**Response(s)**:

    **a.**    Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**:    The hearing on this matter has been adjourned to August 20, 2015.

### II. SETTLED/RESOLVED MATTER(S)

**1.**    The ResCap Borrower Claims Trust's Eighty-Seventh Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Redesignate, Reduce and Allow Borrower Claim) [Docket No. 8588]

**Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Eighty-Seventh Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Redesignate, Reduce and Allow Borrower Claim) Solely as it Relates to the Claim Filed by Scott James Leonhardt (Claim No. 5720) to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8715]

**Response(s)**:

    **a.**    Scott Leonhardt's Response to ResCap Borrower Claims Trust's Eighty-Seventh Omnibus Objection to Claims [Docket No. 8814]

**Status**:    This matter has been settled. No hearing is required.

### III. UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:

**1.**    Motion of HSBC for Relief from the Automatic Stay [Docket No. 8758]

**Related Document(s)**:

    **a.**    Certificate of No Objection [on Motion of HSBC for Relief from the Automatic Stay] [Docket No. 8758]

**Response(s)**:    None.

 **Status**:   A certificate of no objection has been filed with the Court. No hearing is required.

**IV.**   **CLAIMS OBJECTION(S) GOING FORWARD**:

**1.**   Objection of the ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8676]

 **Related Document(s)**:

 **a.**   Proof of Service filed by Julio Pichardo [Docket No. 8798]

 **b.**   Letter from Julio Pichardo to Judge Glenn dated June 23, 2015 regarding Evidence of Documented Payment [Docket No. 8878]

 **Response(s)**:

 **a.**   Response of Julio Pichardo to Objection of The ResCap Borrower Claims Trust to Claim Number 452 [Docket No. 8745]

 **Reply**:

 **a.**   Reply in Support of Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8876]

 **Status**:   The hearing on this matter will be going forward.

**V.**   **STATUS CONFERENCES:**

**1.**   ResCap Liquidating Trust and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8237]

 **Related Document(s)**:

 **a.**   Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8820]

 **Response(s)**:

 **a.**   Erlinda Abibas Aniel's Opposition and Response to the ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8370]

ny-1194806   8

**Reply**:

    **a.**    The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's Reply in Support of Their Objection to Claim Numbers 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8475]

    **Status**:    The status conference on this matter will be going forward.

**2.**    Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8530]

**Related Document(s)**:

    **a.**    Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni And Jean Gagnon - Claims Nos. 2291, 2294, 2295 and 2357 [Docket No. 8640]

    **b.**    Order Denying Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon - Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8645]

    **c.**    Letter to Judge Glenn from Jordan A. Wishnew Regarding Order Denying Motion to Exceed Page Limits On Response To Objection Of The ResCap Borrower Claims Trust To Proofs of Claim Filed By Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8650]

    **d.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Numbers 2291, 2294, 2295, and 2357 Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 8825]

**Response(s)**:

    **a.**    [Revised] Response to Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 filed by Thomas Peter Beko on behalf of Jean Gagnon, Lacey Longoni, Pamela Longoni [Docket No. 8654]

**Reply**:

    **a.**    Reply Brief in Further Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8682]

**Status**:   The status conference on this matter will be going forward.

Dated:  July 14, 2015                             /s/ Norman S. Rosenbaum
       New York, New York                    Norman S. Rosenbaum
                                                          Jordan A. Wishnew
                                                          MORRISON & FOERSTER LLP
                                                          250 West 55th Street
                                                          New York, New York 10019
                                                          Telephone: (212) 468-8000
                                                          Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*