**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AMENDED CONSENT ORDER MODIFYING**
**AUTOMATIC STAY WITH RESPECT TO LOMBARD V. YACOOB**

Upon the Motion of HSBC Bank USA, N.A., as trustee for registered holders of ACE Securities Corp. Home Equity Loan Trust Series 2005-HE3, Asset Backed Pass-Through Certificates (the "**Movant**") dated June 12, 2015 (the "**Motion**"), seeking relief from the automatic stay (the "**Stay**") pursuant to section 362 of title 11 of the United States Code (the "**Bankruptcy Code**") in connection with a civil action filed by Lucienne Lombard ("**Plaintiff**") in the Supreme Court of the State of New York, County of Kings, Index No. 2005/36016 (the "**Action**"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and upon consideration of Movant's previous motion seeking identical relief [Docket No. 7392], the *ResCap Liquidating Trust's Response to Motion for Relief From the Automatic Stay Filed by HSBC Bank USA, N.A. as Trustee* [Docket No.7569] and the *Affirmation in Limited Opposition to HSBC Motion for Relief from Automatic Stay* [Docket No. 7564] and Movant's *Reply Affirmation in Support of Motion for Relief from Automatic Stay* [Docket No. 7568]; and upon

Movant, the Plaintiff and The ResCap Liquidating Trust on behalf of the debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**") having agreed upon, and this Court have entered a Consent Order dated October 7, 2014 [Docket No. 7623] (the "**Consent Order**") and upon the State Court's denial of Movant's motion to lift the Stay based upon the State Court's uncertainty as to certain conditional language in the Consent Order providing that the Stay herein be lifted "to the extent necessary," and the ResCap Liquidating Trust on behalf of the Debtors having consented to the entry of this amended Order; and after due deliberation and sufficient cause appearing therefor, it is it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. This Order shall supersede the Consent Order of this Court dated October 7, 2014 [Docket No. 7623] in its entirety.

2. The Stay shall be modified in the manner set forth herein.

3. The Stay is hereby modified to permit the Action to proceed with respect to any and all causes of action and relief not asserted against Debtor Residential Funding Company, LLC f/k/a/ Residential Funding Corporation ("**RFC**".)

4. Any party may move in the Action to sever RFC, provided that the Stay shall otherwise remain in full force and effect with respect to any and all causes of action and relief sought against RFC.

5. Other than as expressly provided herein, the Stay shall remain in effect with respect to the assertion of any claims against RFC or any of the other Debtors.

6. The 14-day stay period under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Order shall be immediately effective upon its entry.

7. This Court shall retain jurisdiction to resolve all matters relating to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

Dated: July 17, 2015
      New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                    United States Bankruptcy Judge