MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S OBJECTION TO PROOFS OF CLAIM NOS. 7298, 7299, 7300 AND 7301 FILED BY OHIO DEPARTMENT OF TAXATION**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust (the "Liquidating Trust") in the above-captioned bankruptcy cases withdraws the *ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 7298, 7299, 7300 and 7301 Filed by Ohio Department of Taxation* [Docket No. 8799] (the "Objection") pursuant to terms of a stipulation entered into between the Liquidating Trust the Ohio Department of Taxation.

Dated: July 21, 2015
   New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*

ny-1196944