MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY-FIFTH OMNIBUS OBJECTION CLAIMS ((I) NO-LIABILITY BORROWER CLAIMS; (II) REDUNDANT BORROWER CLAIMS; AND (III) MISCLASSIFIED BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED BY PHENON WALKER (CLAIM NO. 4966)**

**PLEASE TAKE NOTICE** that the ResCap Borrower Claims Trust (the "Borrower Trust") in the above-captioned bankruptcy cases withdraws the *ResCap Borrower Claims Trust's Eighty-Fifth Omnibus Objection to Claims ((I) No-Liability Borrower Claims; (II) Redundant Borrower Claims, and (III) Misclassified Borrower Claims)* [Docket No. 8380] (the "Objection") solely as it relates to the claim filed by Phenon Walker ("Ms. Walker") (Claim No. 4966) pursuant to terms of a stipulation entered into between the Borrower Trust and Ms. Walker.

ny-1196981

| | |
|---|---|
| Dated: July 21, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims Trust* |