# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green, 6th Floor*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*

July 21, 2015

Mr. Eduardo Vallejo
508 N. California Street
Burbank, CA 91505

    Re: Residential Capital, LLC
      Case No.: 12-12020
      <u>In re: Motion For Relief From Stay - Document No.: 8802</u>

Dear Mr. Vallejo:

 On June 22, 2015 we received your motion for relief from the automatic stay for filing, Document No.: 8802. However, we did not receive the required filing fee for this motion, in the amount of $176.00.

 Please make arrangements to send your payment to the Bankruptcy Court as soon as possible. Your immediate attention to this matter is greatly appreciated.

 If you have any questions, please contact the undersigned at (212) 284-4067.

            Very truly yours,

            <u>S/Aurea Suarez</u>
            Case Manager