# Notice Recipients

District/Off: 0208−1            User: asuarez            Date Created: 7/21/2015
Case: 12−12020−mg            Form ID: pdf001            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Eduardo Vallejo       508 N. California Street       Burbank, CA 91505

TOTAL: 1