# **EXHIBIT A**

```
                                            199911150015 04
                                            PAGE 001 OF 002
                                            11/15/1999 15:00
                                            KING COUNTY, WA
FIDELITY NATIO WD          9.00
```

When Recorded Return To:

LINDA C. NICHOLLS
12002 4th Ave SW
Seattle, WA 98146

```
E1721611
11/15/1999 14:30
KING COUNTY, WA
TAX        $0.00
SALE       $0.00          PAGE 001 OF 002
```

Escrow No. 99317

—————Space Above This Line for Recorder's Use Only————

LPB-10

## PERSONAL REPRESENTATIVE'S STATUTORY WARRANTY DEED

Reference Numbers of related documents: on page of document
Grantor(s): **ESTATE OF THELMA LOUSIE KENT** Additional Names on page of document
Grantee(s): **LINDA C. NICHOLLS** Additional Names on page of document
Legal Description (abbreviated): **PTN NESE 7-23-4** Full legal on page **EXHIBIT A** of document
Assessor's Property Tax Parcel Account Number(s): **072304-9322-04**

THE GRANTOR THE HEIRS AND DEVISEES OF THELMA L. KENT, (AKA THELMA LOUISE KENT) DECEASED

for and in consideration of TRANSFER PURSUANT TO KING COUNTY PROBATE COURT ORDER FILED OCTOBER 11, 1999 IN ACTION NUMBER 99-4-01994-KNT, CAPTIONED IN RE THE ESTATE OF THELMA LOUISE KENT, DECEASED..

in hand paid, conveys and warrants to **LINDA C. NICHOLLS**, an unmarried woman as*
the following described real estate, situated in the County of **King**, State of Washington:
*her sole and separate property.
SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS THOUGH FULLY SET FORTH.
Assessor's Property Tax Parcel Account Number(s): **072304-9322-04**

**Subject to:**
NONE
Dated this **Fifth day of November, 1999**

FIDELITY NATIONAL TITLE
244548-1
② 945

_____
Don Kent, Personal Representative
Estate of Thelma Louise Kent

JOHN A. LONG
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JANUARY 19, 2000

State of Washington  }
                     } ss.
County of **KING**

On **November 5, 1999**, personally appeared **DONALD KENT** to me known to be the individual described in and who executed the within and foregoing instrument, and on oath stated that he was authorized to execute the instrument and acknowledged it as the **Personal Representative** of **Estate of Thelma Louise Kent** to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

GIVEN under my hand and official seal the day and year last above written.

_____
Notary Public in and for the State of Washington

residing at    Issaquah

My appointment expires    1-19-00

That portion of the Northwest quarter of the Northeast quarter of the Southeast quarter of Section 7, Township 23 North, Range 4 East of the Willamette Meridian, records of King County, Washington, described as follows:
Beginning at a point on the East line of 4th Avenue Southwest which is 384.61 feet North of the North line of Southwest 122nd Street;
THENCE East parallel with the North line of Southwest 122nd Street, 260.15 feet;
THENCE South parallel with the East line of 4th Avenue Southwest 64.16 feet;
THENCE West parallel with the North line of Southwest 122nd Street, 260.15 feet to the East line of 4th Avenue Southwest;
THENCE North along said East line 64.16 feet to the point of beginning.

Situate in the County of King, State of Washington.

1999 111 5001504