**CAPTION:**

FRANCINE SILVER v.
RESIDENTIAL CAPITAL LLC, et al
BORROWER CLAIMS TRUST

**CERTIFICATE OF SERVICE**
Docket Number: _____

RECEIVED JUL 20 2015 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK

I, MARCUS SILVER (name), hereby certify under penalty of perjury that on 7/1/2015 (date), I served a copy of THE NOTICE OF APPEAL & MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL (list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| NORMAN S. ROSENBAUM; JORDAN A. WISHNEW, MERYL L. ROTHCHILD | | | | |
| MORRISON & FOERSTER LLP | | | | |
| 250 W 65th 55th ST | NEW YORK | N.Y. | 10019 | |
| | | | | |

7/1/2015
Today's Date

[Signature]
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form