**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                       :
In re                                                  :         **Chapter 11**
                                                       :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :           **Case No. 12-12020 (MG)**
                                                       :
                                                       :
                                                       :         **(Jointly Administered)**
               **Debtors.**                            :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On July 22, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**, via Overnight Mail upon the service list attached hereto as **Exhibit C**, and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Response of the ResCap Liquidating Trust to Duncan K. Robertson's Motion for Partial Reconsideration of Memorandum of Opinion and Order, on Claim Numbers 2385, 2386, 2387, 2388, and 2389 [Docket No. 8917]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

B. Additionally, on July 22, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit E**, via Overnight Mail upon the service list attached hereto as **Exhibit F**, and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **The ResCap Liquidating Trust's Objection to the Law Office of David J. Stern's, P.A.'s Motion for Permissive Abstention [Docket No. 8919]**

Dated: July 23, 2015

_____
Clarissa D. Cu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd of July, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| CreditorName | NoticeName | EMAIL |
|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com |
| Kramer Levin | Kenneth Eckstein & Douglas Mannal & Joseph Shifer | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| ResCap Liquidating Trust | c/o Quest Turnaround Advisors, LLC | jbrodsky@qtadvisors.com |
| ResCap Liquidating Trust | Dan Hoben | Dan.Hoben@ResCapEstate.com; deanna.horst@rescapestate.com; Gail.Westervelt@rescapestate.com |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda Riffkin & Brian Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via Electronic Mail

| CreditorName | EMAIL |
|---|---|
| Duncan K Robertson | uncadunc1@aol.com |

# EXHIBIT C

Served via Overnight Mail

| CREDITORNAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Duncan K Robertson | 3520 SE Harold Court | Portland | OR | 97202-4344 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Page 1 of 1

7/22/2015

# EXHIBIT D

Exhibit D
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| Kramer Levin | Kenneth H. Eckstein & Douglas H. Mannal & Joseph A. Shifer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| ResCap Liquidating Trust | Attn: Dan Hoben | 8400 Normandale Blvd,Suite 175 | | Bloomington | MN | 55437 |
| ResCap Liquidating Trust | c/o Quest Turnaround Advisors, LLC | 800 Westchester Ave Ste S-520 | Attn: Jeffrey Brodsky, Esq. | Rye Brook | NY | 10573 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda Riffkin & Brian Masumoto | 201 Varick St Ste 1006 | | New York | NY | 10014 |

# EXHIBIT E

Exhibit E
Served via Electronic Mail

| CreditorName | NoticeName | EMAIL |
|---|---|---|
| RENNERT VOGEL MANDLER & RODRIGUEZ | Jeffrey A. Tew & Spencer A. Tew & Thomas S. Ward | jtew@rvmrlaw.com; stew@rvmrlaw.com; tward@rvmrlaw.com |
| SALAZAR JACKSON, LLP | Linda Worton Jackson & Jesse R. Cloyd | jackson@salazarjackson.com; Cloyd@salazarjackson.com |

# EXHIBIT F

Exhibit F
Served via Overnight Mail

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| RENNERT VOGEL MANDLER & RODRIGUEZ, P.A. | Jeffrey A. Tew & Spencer A. Tew & Thomas S. Ward | 100 S.E. Second Street, Suite 2900 | Miami Tower | Miami | FL | 33131 |
| SALAZAR JACKSON, LLP | Linda Worton Jackson & Jesse R. Cloyd | 2000 Ponce De Leon Boulevard | Penthouse | Coral Gables | FL | 33134 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)                    Page 1 of 1                                    7/22/2015