The Honorably Martin Glenn
United States Bankruptcy Court of Southern District of New York
Alexander Hamilton U.S. Custom House
Courtroom 501
One Bowling Green
New York, NY 10004-1408


To who it may concern:

In reference to Debtor case number 12-12032, I Kristin Karmazyn am asking the courts to proceed with the scheduling of an "evidentiary hearing "regarding my case.  The "consensual "talks between the trust and I has stopped. I am asking for the courts to schedule this hearing because I will being submitting new evidence regarding my case and submitting evidence from the last four years that I have been able to obtain. I am asking for thirty days' notice of trail, due to the travel arrangements  it will require and the time to interview and choose one of the legal firms in New York that has contacted wanting  to represent me. I will also be asking the courts to allow me to raise my claim due to the five years since the claim was filed and I will be able to submit certain documentation showing the cause of emotional /financial damage this situation has caused my family.  Thank- you for your time


Sincerely,

Kristin Karmazyn
5262 South Malta way
Centennial, CO 80015
720-314-0188

RECEIVED

JUL 2 3 2015

U.S. BANKRUPTCY COURT, SDNY

Cc:
Morrison & Forrester LLP
United States Bankruptcy Courts of Southern district