CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sarah N. Campbell

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                :
                                                 :    Case No. 12-12020 (MG)
                                                 :
              Debtors.                           :
                                                 :    (Jointly Administered)
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Damien A. Morris, hereby certify under penalty of perjury that on July 9, 2015, I caused to be delivered a true and correct copy of the *Response of Ocwen Loan Servicing, LLC to The Rescap Liquidating Trust's Memorandum of Law in Support of its Objection to Ocwen's Revised Claim Notice Concerning the Servicing Advances Claim, dated July 9, 2015* to be served upon the following in a manner described below:

BY FEDERAL EXPRESS

| | |
|---|---|
| *Todd M. Goren, Esq.* | *Joseph A. Shifer, Esq.* |
| *Jamie A. Levitt, Esq.* | **Kramer Levin Naftalis & Frankel, LLP** |
| *Meryl L. Rothchild, Esq.* | 1177 Avenue of the Americas |
| **Morrison & Foerster LLP** | New York, NY 10036 |
| 250 West 55th Street | |
| New York, NY 10019 | |

BY HAND DELIVERY

**Hon. Martin Glenn**  *Tracy H. Davis*
United States Bankruptcy Court  *Linda Riffkin*
Southern District of New York  *Brian S. Masumoto*
1 Bowling Green  201 Varick Street, Suite 1006
New York, NY 10004-1418  New York, NY 10014

BY E-MAIL

tgoren@mofo.com  keckstein@kramerlevin.com
jlevitt@mofo.com  dmannal@kramerlevin.com
mrothcild@mofo.com  jshifer@kramerlevin.com

Dated: July 27, 2015
      New York, New York

                                      By: Damien A. Morris
                                          Damien A. Morris