**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER DENYING MOTION FOR RELIEF OF STAY**
**FILED BY EDUARDO VALLEJO**

Before the Court is the *Motion for Relief of Stay* (the "Motion," ECF Doc. # 8802) filed by Eduardo Vallejo ("Vallejo") in the above-captioned chapter 11 proceedings. Upon filing the Motion, Vallejo failed to pay the Clerk of the Court the $176.00 filing fee. On July 21, 2015, the Clerk of the Court filed and served Vallejo with a letter informing him that he is required to pay the filing fee "as soon as possible." (ECF Doc. # 8916.) To date, Vallejo has not paid the filing fee.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Motion is **DENIED** without prejudice for Vallejo's failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated:   July 29, 2015
            New York, New York

                                                   ____/s/Martin Glenn_____
                                                        MARTIN GLENN
                                                   United States Bankruptcy Judge