**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------x
                                                  :
In re                                             :    Chapter 11
                                                  :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :            Case No. 12-12020 (MG)
                                                  :
                                                  :
                                                  :    (Jointly Administered)
           Debtors.                               :
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 28, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, via Overnight Mail upon the service list attached hereto as **Exhibit B**, and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **ResCap Liquidating Trust's Reply to the Response in Opposition to Objection to Proofs of Claim Nos. 5275 and 7464 Filed by The Law Offices of David J. Stern, P.A.** [Docket No. 8932]

B. Additionally, on July 28, 2015, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit D**, via Facsimile upon the service list attached hereto as **Exhibit E**, and via Overnight Mail upon the service list attached hereto as **Exhibit F**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Proposed Agenda for Matters Scheduled to be Heard on July 30, 2015 at 10:00 a.m. (EST)** [Docket No. 8934]

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for July 30, 2015 at 10:00 a.m. (ET)** [Docket No. 8935]

Dated:  July 30, 2015

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th of July, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| CreditorName | NoticeName | EMAIL |
|---|---|---|
| GODFREY & KAHN SC | Katherine Stadler | kstadler@gklaw.com |
| KRAMER LEVIN | Kenneth H. Eckstein & Douglas H. Mannal & Joseph A. Shifer | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| RENNERT VOGEL MANDLER & RODRIGUEZ, P.A. | Jeffrey A. Tew & Spencer A. Tew & Thomas S. Ward | jtew@rvmrlaw.com; stew@rvmrlaw.com; tward@rvmrlaw.com |
| RESCAP LIQUIDATING TRUST | Attn: Dan Hoben | Dan.Hoben@ResCapEstate.com; deanna.horst@rescapestate.com; Gail.Westervelt@rescapestate.com |
| RESCAP LIQUIDATING TRUST | c/o Quest Turnaround Advisors, LLC | jbrodsky@qtadvisors.com |
| SALAZAR JACKSON, LLP | Linda Worton Jackson & Jesse R. Cloyd | jackson@salazarjackson.com; Cloyd@salazarjackson.com |
| US TRUSTEE FOR SOUTHERN DISTRICT OF NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via Overnight Mail

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| RENNERT VOGEL | JeffreyTew SpencerTew &Thomas Ward | 100 SE Second St Ste 2900 | Miami Tower | Miami | FL | 33131 |
| SALAZAR JACKSON | Linda W Jackson & Jesse Cloyd | 2000 Ponce De Leon Blvd | Penthouse | Coral Gables | FL | 33134 |

# EXHIBIT C

Exhibit C
Served via First Class Mail

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| Kramer Levin | Kenneth H. Eckstein & Douglas H. Mannal & Joseph A. Shifer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| ResCap Liquidating Trust | Attn: Dan Hoben | 8400 Normandale Blvd,Suite 175 | | Bloomington | MN | 55437 |
| ResCap Liquidating Trust | c/o Quest Turnaround Advisors, LLC | 800 Westchester Ave Ste S-520 | Attn: Jeffrey Brodsky, Esq. | Rye Brook | NY | 10573 |
| US Trustee - Southern District of NY | Tracy Hope Davis, Linda A. Riffkin & Brian S. Masumoto | 201 Varick St Ste 1006 | | New York | NY | 10014 |

# EXHIBIT D

Exhibit D
Served via Electronic Mail

| CreditorName | NoticeName | EMAIL |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Robert J. Boller | rboller@akingump.com |
| ALLEN & OVERY LLP | John Kibler | john.kibler@newyork.allenovery.com |
| ALSTON & BIRD LLP | John C. Weitnauer | kit.weitnauer@alston.com |
| ALSTON & BIRD LLP | John Doherty, Jennifer Susan Kozar & James S. D'Ambra, Jr. | john.doherty@alston.com; jennifer.kozar@alston.com; james.dambra@alston.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | John W. Smith T | jsmitht@babc.com |
| CARPENTER LIPPS & LELAND LLP | Jennifer AL Battle | battle@carpenterlipps.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | Thomas J. Moloney & Sean A. O'Neal | tmoloney@cgsh.com; soneal@cgsh.com |
| CLIFFORD CHANCE US LLP | Jennifer C. DeMarco | jennifer.demarco@cliffordchance.com; sarah.campbell@cliffordchance.com |
| DECHERT LLP | Mauricio A. España Craig P. Druehl | mauricio.espana@dechert.com; craig.druehl@dechert.com |
| GIBBS & BRUNS LLP | Kathy D. Patrick & Robert J. Madden | kpatrick@gibbsbruns.com; rmadden@gibbsbruns.com |
| GODFREY & KAHN SC | Katherine Stadler | kstadler@gklaw.com |
| KIRKLAND & ELLIS LLP | Jeffrey S. Powell & Daniel T. Donovan & Jason R. Parish | jeff.powell@kirkland.com; daniel.donovan@kirkland.com; jason.parish@kirkland.com |
| KRAMER LEVIN | Kenneth H. Eckstein & Douglas H. Mannal & Joseph A. Shifer | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| LOWENSTEIN SANDLER LLP | Michael S. Etkin & Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |
| LOWENSTEIN SANDLER LLP | Michael S. Etkin & Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |
| MORGAN, LEWIS & BOCKIUS LLP | Glenn E. Siegel John C. Goodchild, III (pro hac vice) James O. Moore | glenn.siegel@morganlewis.com; jgoodchild@morganlewis.com; james.moore@morganlewis.com |
| MURPHY & MCGONIGLE, PC | Cameron S. Matheson, James A. Murphy, Theodore R. Snyder | jmurphy@mmlawus.com; cmatheson@mmlawus.com; tsnyder@mmlawus.com |
| OHIO DEPT OF TAXATION | Rebecca L Daum | rebecca.daum@tax.state.oh.us |
| PALMER, LOMBARDI & DONOHUE, LLP | Roland P. Reynold | rreynolds@pldlawyers.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | Erik Haas | ehaas@pbwt.com |
| QUINN EMANUEL | Peter E Calamari | petercalamari@quinnemanuel.com |
| RENNERT VOGEL MANDLER & RODRIGUEZ, P.A. | Jeffrey A. Tew | jtew@rvmrlaw.com |
| RESCAP BORROWER CLAIMS TRUST | c o Polsinelli | dflanigan@polsinelli.com |
| RESCAP BORROWER CLAIMS TRUST | Lauren Delehey, Deanna Horst, and Nicholas Kosinski | Lauren.Delehey@rescapestate.com; Deanna.Horst@rescapestate.com; Nicholas.Kosinski@rescapestate.com |
| RESCAP LIQUIDATING TRUST | Attn: Dan Hoben | Dan.Hoben@ResCapEstate.com; deanna.horst@rescapestate.com; Gail.Westervelt@rescapestate.com |
| RESCAP LIQUIDATING TRUST | c/o Quest Turnaround Advisors, LLC | jbrodsky@qtadvisors.com |
| ROPES & GRAY LLP | Keith H. Wofford & D. Ross Martin | Keith.Wofford@ropesgray.com; Ross.Martin@ropesgray.com |
| SALAZAR JACKSON, LLP | Linda Worton Jackson & Jesse R. Cloyd | jackson@salazarjackson.com; Cloyd@salazarjackson.com |
| SEWARD & KISSEL LLP | Mark D. Kotwick Arlene R. Alves | kotwick@sewkis.com; alves@sewkis.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Robert A. Fumerton & Alexander C. Drylewski | robert.fumerton@skadden.com; alexander.drylewski@skadden.com |
| THE LAW OFFICES OF DAVID J STERN, P.A. | Jeffrey Tew, Esq. | jtew@rvmrlaw.com |
| THE LAW OFFICES OF DAVID J STERN, P.A. | TEW CARDENAS LLP | t@tewlaw.com; jmalphurs@tewlaw.com |
| THE LAW OFFICES OF JAMES A. A. KIRK PLLC | James A. A. Kirk | jim@kirklawoffices.com |
| WACHTELL, LIPTON, ROSEN & KATZ | Jonathan M Moses & Elaine P Golin & Adam M Gogolak | JMMoses@wlrk.com; EPGolin@wlrk.com; AMGogolak@wlrk.com |
| WACHTELL, LIPTON, ROSEN & KATZ | Jonathan M. Moses Elaine P. Golin Adam M. Gogolak | JMMoses@wlrk.com; EPGolin@wlrk.com; AMGogolak@wlrk.com |
| WEIL, GOTSHAL & MANGES LLP | Ray C. Schrock | ray.schrock@weil.com |
| WILLIAMS & CONNOLLY LLP | R. Hackney Wiegmann, Andrew W. Rudge, Matthew V. Johnson, Jesse Smallwood, Krista Anderson | hwiegmann@wc.com; arudge@wc.com; mjohnson@wc.com; jsmallwood@wc.com; kmanderson@wc.com |

# EXHIBIT E

Exhibit E
Served via Facsimile

| CreditorName | NoticeName | FAX |
|---|---|---|
| Thomas Margolis | Counsel to William J Futrell | 765-289-6064 |

# EXHIBIT F

Exhibit F

Served via Overnight Mail

| CREDITORNAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Ohio Dept of Taxation | Atty General of Ohio | 150 E Gay St 21st Fl | Collection Enforcement | Columbus | OH | 43215 |
| Ohio Dept of Taxation | Bankruptcy Div | PO Box 530 | | Columbus | OH | 43216 |
| Philip & Sylvia Emiabata | | 508 Evening Grosbeak Dr | | Pflugerville | TX | 78660 |
| Thomas Margolis | | 125 E Charles St Ste 214 | | Muncie | IN | 47305-2478 |
| William J Futrell | | 8391 N 550 W | | Bryant | IN | 47326 |