UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al.*, <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Jointly Administered |

## DECLARATION OF MATTHEW R. SCHECK

I, MATTHEW R. SCHECK, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the ResCap Liquidating Trust (the "**Trust**"). I am a member in good standing of the Bars of California and New York, and admitted in this Court. I respectfully submit this declaration in support of the Motion Of The Rescap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order (the "**Motion**").

2. Prior to preparation of the Motion, I requested and obtained from the Claims and Noticing Agent, Kurtzman Carson Consultants ("**KCC**"), a searchable list, compiled and maintained by KCC, of proofs of claim filed in the above-captioned cases. I searched the list for Decision One Mortgage Company, LLC ("**Decision One**"), Honor Bank f/k/a The Honor State Bank ("**Honor Bank**"), and Sierra Pacific Mortgage Company, Inc. ("**Sierra Pacific**"), and found that none were listed as having filed a proof of claim.

3. Attached hereto as **Exhibit A** is a true and correct copy of Proof of Claim No. 4462, filed on November 12, 2012 by PHH Mortgage Corporation ("**PHH**") against Residential Funding Company, LLC ("**RFC**"). Due to their voluminous nature, the exhibits to the proof of claim have been excluded, but they will be provided upon the Court's request.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of Proof of Claim No. 7173, filed on September 18, 2013 by PHH against RFC. Other than Proofs of Claim 4462 and 7173, the list provided to me by KCC did not show any other proofs of claim filed by PHH.

5. Attached hereto as **Exhibit C** is a true and correct copy of a July 16, 2015 email I sent to counsel for Decision One.

6. Attached hereto as **Exhibit D** is a true and correct copy of a July 16, 2015 email I sent to counsel for PHH.

7. Attached hereto as **Exhibit E** is a true and correct copy of a July 17, 2015 email I sent to counsel for Honor Bank.

8. Attached hereto as **Exhibit F** is a true and correct copy of a July 20, 2015 email I sent to counsel for Sierra Pacific.

9. Attached hereto as **Exhibit G** are true and correct excerpts from the transcript of a July 23, 2015 status conference and motions hearing in *In re RFC & ResCap Liquidating Trust Litigation*, No. 13-cv-3451 (D. Minn.).

10. Attached as **Exhibit H** is a true and correct copy of a Renewal of Registration that I obtained from the Oregon Secretary of State's website. The document indicates that it was electronically filed with the Oregon Secretary of State on July 19, 2012 for Assumed Business Name 1st Choice Mortgage of Oregon, listing Sierra Pacific as Registrant, with a Mailing Address of 50 Iron Point Circle Ste. 200, Folsom, CA 95630.

11. Attached as **Exhibit I** is a true and correct copy of a 2012 Annual Report that Sierra Pacific filed with the Oregon Secretary of State on July 17, 2012, indicating a change of address from "50 Iron Pt Cir Ste 200, Folsom, CA 95630" to "1180 Iron Point Rd #200, Folsom, CA 95630."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 31, 2015, in Los Angeles, CA.

                                                            */s/ Matthew Scheck*
                                                           Matthew Scheck