# EXHIBIT B

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor and Case Number: **Residential Funding Company, LLC, Case No. 12-12019**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**PHH Mortgage Corporation f/k/a Cendant Mortgage Corporation**

Name and address where notices should be sent:
Jacobs Law Group, P.C.
c/o Joshua A. Gelman
2005 Market St., Suite 1120
Philadelphia, PA  19103

Telephone number: (215) 569-9701       email: jgelman@jacobslawpc.com

Name and address where payment should be sent (if different from above):
PHH Mortgage Corporation
c/o Walter Wronka
1 Mortgage Way
Mount Laurel, NJ 08054

Telephone number: (856) 917-0906       email: walter.wronka@mortgagefamily.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** 4462
*(If known)*

Filed on: 11/12/2012

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ **$167,759.11**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Contract
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: See Addendum & Claim #4462 | 3a. Debtor may have scheduled account as: Cendant Mortgage Corp. or PHH Mortgage Corp. (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate _____ % ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____         Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Gregory Bronczyk
Title: Vice President
Company: PHH Mortgage Corporation
Address and telephone number (if different from notice address above):

(Signature) *Greg Bronczyk*     (Date) 9-17-13

Telephone number: 866-946-0081       Email: Gregory.Bronczyk@mortgagefamily.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
SEP 1 8 2013
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

12120191309180000000000001

# Addendum to Section 3

| Last four Digits of Loan Number | Last four Digits of Commitment Number | Investor ID |
|---|---|---|
| 6090 | 0014 | 133 |
| 1605 | 0014 | 133 |
| 9804 | 110a | 261 |
| 8673 | 110a | 261 |
| 4336 | 110a | 261 |
| 0296 | 110a | 594 |
| 2338 | 110c | 261 |
| 4810 | 0015 | 261 |
| 0147 | 110c | 261 |
| 1940 | 110a | 261 |
| 5717 | 0018 | 261 |
| 0839 | 0014 | 261 |
| 0478 | 110b | 261 |
| 6346 | 110a | 261 |
| 0373 | 0018 | 261 |
| 9445 | 0114 | 233 |
| 4877 | 0015 | 133 |
| 9408 | 0015 | 261 |
| 3100 | 0014 | 261 |
| 2984 | 0015 | 261 |
| 1395 | 0015 | 261 |
| 0046 | 0110c | 261 |
| 4406 | 0014 | 261 |
| 5201 | 0018 | 261 |
| 5231 | 110a | 261 |
| 1981 | 0405 | 233 |
| 7556 | 0014 | 261 |
| 2962 | 0019 | 261 |
| 5069 | 309a | 261 |