# EXHIBIT D

# Matthew Scheck

| | |
|---|---|
| **From:** | Matthew Scheck |
| **Sent:** | Thursday, July 16, 2015 11:39 AM |
| **To:** | Tessa Somers |
| **Cc:** | Isaac Nesser |
| **Subject:** | PHH Counterclaim |

Tessa,

Further to your conversation with Isaac this morning, PHH's counterclaim asserts claims purportedly arising out of pre-petition contracts, and thus those claims are prepetition claims. Notwithstanding that PHH was notified of RFC's bankruptcy filing, the deadline for filing proofs of claim, and the Plan and Confirmation Hearing, PHH only filed a limited proof of claim, and failed to file a proof of claim preserving the claims it now asserts in its counterclaim. Accordingly, those claims were discharged (*see*, *e.g.*, Confirmation Order ¶ 42), and PHH is enjoined from pursuing the counterclaim (*see, e.g.*, Plan Art. IX(I)). *See also* Plan Art. IX(I) ("Any person injured by any willful violation of this injunction shall be entitled to recover actual damages, including costs and attorneys' fees and, in appropriate circumstances, may recover punitive damages…."). If PHH is unwilling to do so, we plan to file a motion to enforce the Plan Injunction in the Bankruptcy Court, and we request that PHH consent to an extension of RFC's time to answer or otherwise respond to the Counterclaim in front of Judge Nelson, until Judge Glenn has had an opportunity to rule on that motion. Please let us know if you have any questions or would like to discuss further.

Best,

Matt


**Matthew Scheck**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3190 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
matthewscheck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.