# EXHIBIT H

# RENEWAL OF REGISTRATION

Corporation Division

www.filinginoregon.com

OREGON SECRETARY OF STATE

---

| | |
|---|---|
| REGISTRY NUMBER | 9874397 |
| REGISTRATION DATE | 08/20/2002 |
| BUSINESS NAME | 1ST CHOICE MORTGAGE OF OREGON |
| BUSINESS ACTIVITY | MORTGAGE LENDING |
| MAILING ADDRESS | 50 IRON POINT CIRCLE STE #200 |
| | FOLSOM CA 95630 USA |
| TYPE | ASSUMED BUSINESS NAME |
| PRIMARY PLACE OF BUSINESS | 250 BROADALBIN ST SW STE 2-B |
| | ALBANY OR 97321 USA |
| JURISDICTION | OREGON |
| COUNTIES | BAKER, BENTON, CLACKAMAS, CLATSOP, COLUMBIA, COOS, CROOK, CURRY, DESCHUTES, DOUGLAS, GILLIAM, GRANT, HARNEY, HOOD RIVER, JACKSON, JEFFERSON, JOSEPHINE, KLAMATH, LAKE, LANE, LINCOLN, LINN, MALHEUR, MARION, MORROW, MULTNOMAH, POLK, SHERMAN, TILLAMOOK, UMATILLA, UNION, WALLOWA, WASCO, WASHINGTON, WHEELER, YAMHILL |
| AUTHORIZED REPRESENTATIVE | JAMES E COFFRINI |
| | 50 IRON POINT CIRCLE STE #200 |
| | FOLSOM CA 95630 USA |
| REGISTRANT | 53190782 - SIERRA PACIFIC MORTGAGE COMPANY, INC. |
| SIGNER | JAMES COFFRINI |

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.  Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon.  I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a  record or signature to be in writing, an electronic record or signature satisfies that requirement.

| | |
|---|---|
| ELECTRONIC SIGNATURE | JAMES COFFRINI |
| TITLE | AUTHORIZED REPRESENTATIVE |
| DATE SIGNED | 2012-07-18 |