# EXHIBIT I



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Phone:(503)986-2200
www.filinginoregon.com

**2012 ANNUAL REPORT**

Registry Number: **531907-82**
Date of Authority: 08/19/1996
Fee: $275.00
Due Date: 08/19/2012
Type: FOREIGN BUSINESS CORPORATION

*40  57*

1958
SIERRA PACIFIC MORTGAGE COMPANY, INC.
50 IRON PT CIR STE 200
FOLSOM CA 95630

**FILED**

JUL 17 2012

OREGON
SECRETARY OF STATE

**Name of Foreign Business Corporation**
SIERRA PACIFIC MORTGAGE COMPANY, INC.

**Jurisdiction:** CALIFORNIA

The following information is required by statute. Please complete the entire form. If any of the information is incorrect, you can make changes on this form. Failure to submit this Annual Report and fee by the due date may result in inactivation on our records.

**Registered Agent**
NATIONAL REGISTERED AGENTS, INC.
325 13TH ST NE STE 501
SALEM OR 97301

If the Registered Agent has changed, the new Agent has consented to the appointment. Oregon street address required.

**1) Type of Business**  *Mortgage Lending*

**2) Principal Place of Business** (Str. address,city,state,zip)
~~50 IRON PT CIR STE 200~~
~~FOLSOM CA 95630~~    *1180 Iron Point Rd #200*
*Folsom, CA 95630*

**3) Mailing Address** (Address,city,state,zip)
~~50 IRON PT CIR STE 200~~
~~FOLSOM CA 95630~~

**4) President Name and Address**
JAMES E COFFRINI
~~50 IRON PT CIR STE 200~~
~~FOLSOM CA 95630~~   *1180 Iron Point Rd. #200*
*Folsom, CA 95630*

**5) Secretary Name and Address**
JAMES E COFFRINI
~~50 IRON PT CIR STE 200~~
~~FOLSOM CA 95630~~

**6) Signature** [signed]

**7) Printed Name**  *James E Coffrini*
SIERRA PACIFIC MORTGAGE COMPANY

**8) Date**  7/9/2012

53190782-13652507    RENANA

**Make check payable to "Corporation Division" and mail** Corporation Division, 255 Capitol ST NE Suite 151, Sale.
Note: You can also fax to (503) 378-4381. Filing fees may be paid with VISA or MasterCard. Submit The card number and expiration date on a separate page for your protection.

ANRPF2 06/29/12