**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I caused the Notice of Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order, the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order, the [Proposed] Order Granting Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order, and the accompanying Declaration of Matthew R. Scheck, together with all exhibits thereto, to be served by electronic mail upon the following parties via their respective counsel at the following addresses:

Decision One Mortgage Company, LLC:

WILLIAMS & CONNOLLY LLP
R. Hackney Wiegmann
hwiegmann@wc.com
Matthew V. Johnson
mjohnson@wc.com
Jesse T. Smallwood
jsmallwood@wc.com
Beth A. Stewart
bstewart@wc.com
Noorudin Mahmood Ahmad
mahmad@wc.com
Kyle E. Thomason
kthomason@wc.com
David S. Blatt
dblatt@wc.com

ZELLE HOFMANN VOELBEL
  & MASON LLP
Daniel Millea
dmillea@zelle.com
Elizabeth V. Kniffen
ekniffen@zelle.com

Honor Bank f/k/a The Honor State Bank:

| | |
|---|---|
| ALWARD FISHER RICE ROWE<br>   & GRAFF PLC<br>Susan Jill Rice<br>jrice@nmichlaw.com | ANASTASI JELLUM, P.A.<br>Garth G. Gavenda<br>garth@aj-law.com<br>T. Christopher Stewart<br>tchris@aj-law.com<br>Lindsay W. Cremona<br>lindsay@aj-law.com |

PHH Mortgage Corp:

| | |
|---|---|
| MASLON LLP<br>David T. Schultz<br>david.schultz@maslon.com<br>Nicole E. Narotzky<br>nicole.narotzky@maslon.com<br>Casey Beckett<br>casey.beckett@maslon.com<br>Leora M. Itman<br>leora.itman@maslon.com | WEINER BRODSKY KIDER P.C.<br>David M. Souders<br>souders@thewbkfirm.com<br>Tessa K. Somers<br>somers@thewbkfirm.com |

Sierra Pacific Mortgage Co., Inc.:

| | |
|---|---|
| JENKINS KAYAYAN LLP<br>Jonathan M. Jenkins<br>jjenkins@jklitigators.com<br>Lara Kayayan<br>lkayayan@jklitigators.com<br>Navdeep Singh<br>nsingh@jklitigators.com | LAPP, LIBRA, THOMSON, STOEBNER<br>   & PUSCH, CHARTERED<br>Richard T. Thomson<br>rthomson@lapplibra.com<br>Amy L. Schwartz<br>aschwartz@lapplibra.com |

| | |
|---|---|
| DATED:   New York, NY<br>                July 31, 2015 | QUINN EMANUEL URQUHART &<br>   SULLIVAN, LLP<br><br>By:  */s/ Isaac Nesser*<br>Peter E. Calamari<br>David Elsberg<br>Isaac Nesser<br>Matthew Scheck<br>51 Madison Avenue, Floor 22<br>New York, NY 10010 |

Tel.: (212) 849-7000
Fax: (212) 849-7100
petercalamari@quinnemanuel.com
davidelsberg@quinnemanuel.com
isaacnesser@quinnemanuel.com
matthewscheck@quinnemanuel.com

CARPENTER LIPPS & LELAND LLP
Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle
1540 Broadway, Suite 3710
New York, New York 10036
Telephone: (212) 837-1100
Facsimile: (212) 837-1108
lipps@carpenterlipps.com
battle@carpenterlipps.com

*Counsel for the ResCap Liquidating Trust*