1   Alan Gjurovich,
2   C/O: 934 W. Henderson,
    PMB #: 132, Porterville,
3   California, [93257].

4   Star: Hills, Sui Juris,
    C/O: Alan Gjurovich,
5   934 W. Henderson,
6   PMB#: 132, Porterville,
    California [93257].

7

RECEIVED
JUL 17 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

8       UNITED STATES BANKRUPTCY COURT; SOUTHERN  DISTRICT OF NEW YORK

9

10                                          Case #: 12-12020

11  In re
                                            Chapter  11  Jointly Administered.
12  RESIDENTIAL CAPITOL, LLC,               Proof OF SERVICE OF:
    GMAC MORTGAGE LLC,                      NOTICE OF;
13  ETS SERVICES, LLC,                      Third party Objections of Alan Gjurovich & Star Hills
    ET AL,                                  TO APPLICATION OF AUTOMATIC STAY TO
14                                          CALIFORNIA CIVIL APPEAL IN 5th DCA #:
                                            F064464, & MOTION FOR ORDER GRANTING
15                                          RELIEF FROM AUTOMATIC STAY &
                            Debtors.        INJUNCTION PROVISIONS OF CHAPTER 11
16                                          PLAN INCLUDING FINDINGS OF NON
                                            APPLICABILITY OF AUTOMATIC STAY;
17  Alan Gjurovich & Star Hills,            NON APPLICABILITY OF INJUNCTION
                                            PROVISIONS OF CHAPTER 11 PLAN, OR
18  Third party Movants                     GOOD CAUSE FOR RELIEF FROM STAY &
19  by Special Visitation                   INJUNCTION PROVISIONS; Etc.; Proof of Service;
                                            By Special Visitation;
20

21  1. To the above named interested parties & their Counsel of Record; Please take Notice of
22     the following:

23  2. By Special Visitation, Alan Gjurovich & Star Hills have filed Third Party Objections to &

24     Motion for Order Granting Relief from Automatic Stay, & Injunction Provisions of Chapter

25     11 Plan or Good Cause for Relief from Stay & Injunction Provisions, Etc., which has been

26
       filed by the Southern District Court into the Record in U.S. Bankruptcy Court, Southern
27
28     District Case # 12-12020, as Document #: 8630;

1 | 3. There has been no Notice of a Hearing date at the time of this Writing;

2 | Executed by my hand on this day, the 13th day of July, 2015,

Alan Gjurovich

# PROOF OF SERVICE

I the undersigned served the attached Noticed of Third Party Objections & Motion for Court Order Granting Relief from Automatic Stay, & Injunction Provisions of Chapter 11 Plan INCLUDING FINDINGS OF NON APPLICABILITY OF AUTOMATIC STAY; NON APPLICABILITY OF INJUNCTION PROVISIONS OF CHAPTER 11 PLAN, OR GOOD CAUSE FOR RELIEF FROM STAY & INJUNCTION PROVISIONS; Etc. with a copy of the documents filed on the parties named below at the addresses to follow on the day of :

7/13/2015, by First Class U.S. Mail, Certified Return Receipt, as follows:

GMAC Mortgage, LLC; ETS Services LLC; C/O Counsel of Record:
KRAMER LEVIN NAFTALIS & FRANKEL, LLP;
Kenneth H. Eckstein; Douglas H. Mannal; Joseph A. Shifer;
1117 Avenue of The Americas, New York, New York, 10036.

| United States Trustee,<br>201 Varick Street,<br>Rm. 1006; | California Counsel for GMAC MORTGAGE LLC &<br>ETS Services LLC,<br>Jon D. Ives, M. Elizabeth Holt, Jan T. Chilton;<br>Severson & Werson,<br>One Embarcadero Center,<br>San Francisco, CA. 94111 |
|---|---|

Said Notice was by First Class US Mail, certified return receipt, with the documents enclosed in a sealed envelope, addressed as set forth above, with the postage therefore fully prepaid by me on 7/13 /2015. I am a resident of California over the age of Eighteen Years. I am not a party to the within cause of Action. My address is P.O. Box 8323, Porterville, California [93258]

*Melody Gillespie*

Melody Gillespie

RECEIVED
JUL 1 7 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK