**Hearing Dates: June 10-11, 2015 at 10:00 a .m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**RESCAP BORROWER CLAIMS TRUST'S ERRATUM TO ITS POST-TRIAL BRIEF IN SUPPORT OF THE TRUST'S OBJECTION TO PROOF OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3561900

**TO THE HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE:**

The ResCap Borrower Claims Trust (the "Trust") hereby files this Erratum to The ResCap Borrower Claims Trust's Post-Trial Brief in Support of the Trust's Objection to Claim No. 386 Filed by Barry and Cheryl Mack (Dkt. No. 8880, filed July 13, 2015) (the "Brief").

1.    In paragraph 49 of the Brief at page 18, beginning in the third line, the Trust mistakenly wrote, "even though a lack of such a connection was the very reason for overruling the Trust's argument *against amendment*." (Emphasis added.) However as the prior material in paragraphs 47, 48 and 49 indicate, that excerpt should have read, "even though a lack of such a connection was the very reason for overruling the Trust's argument *for res judicata*."

2.    The Trust respectfully apologizes for any confusion this mistake may have caused the Court and the Claimants and requests the Court to accept this correction.

| | |
|---|---|
| Dated: July 31, 2015 | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Adam A. Lewis<br>Kristin A. Hiensch<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the ResCap Borrower Claims Trust* |

1