*Attn: Court Clerk*

PRO PER:
ALVIN LABOSTRIE and   SANDRA LABOSTRIE
855 W. 125TH ST.
LOS ANGELES, California   90044
Telephone No.: 323.687-0853
Attorney for PRO PER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAB0STRIE,ALVIN;SANDRA LABOSTRIE)<br>Plaintiffs,)<br>)<br>vs.                                         )<br>)<br>RESIDENTIAL CAPITAL, LLC, ET. AL., et)<br>al                                             )<br>Defendants.)<br>_____) | Case No. 12-12020(MG) |

## NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on JULY 27, 2015, at 8:30am, or as soon thereafter as counsel may be heard by the above-entitled Court, located at UNITED STATES ANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, in the courtroom of Judge Martin Glenn court , Plaintiffs will and hereby does move the Court for EXTENSION OF TIME TO FILE A RSPONSE.

This motion is brought on the following grounds:  we have engaged in settlements/case resolution discussions and will need, until mid-September 2015, 5pm EASTERN TIME.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of PRO PER, the pleadings and papers on file

herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: July 20, 2015

By: *[signatures: Sandra Labostrie / Alvin Labostrie]*

PRO PER
ALVIN   LABOSTRIE   and   SANDRA LABOSTRIE

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* SBN: | FOR COURT USE ONLY |
|---|---|
| PRO PER <br> ALVIN LABOSTRIE and SANDRA LABOSTRIE <br> 855 W. 125TH ST <br> LOS ANGELES, CA. 90044 <br> TELEPHONE NO.: 323.687-0853    FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* NONE <br> ATTORNEY FOR *(Name):* PRO PER | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 NORTH HILL ST
MAILING ADDRESS: 111 NORTH HILL ST
CITY AND ZIP CODE: LOS ANGELES, CA. 90012
BRANCH NAME: STANLEY MOSK

PLAINTIFF/PETITIONER: ALVIN and SANDRA LABOSTRIE
DEFENDANT/RESPONDENT: GMAC MORTGAGE, U.S. BANK N.A., ETS SERVICES,

| DECLARATION | CASE NUMBER: 12-12020 (MG) |
|---|---|

I, Alvin LaBostrie and Sandra LaBostrie do hereby declare that we are the claimants # 2769 and 2772. we have engaged in settlements/case resolution discussions. These should hopefully be resolved by the latter part of August 2015. We further, requesting to be able to submit our response, no later than, September 29, 2015, 5p.m. EASTERN TIME.

We are requesting a further extension that we may resolve our claims without, further Judicial review.

I sware under the penalty of prejury that the above statements are true and correct to the best of my knowledge.

*/s/ Alvin LaBostrie*
ALVIN LABOSTRIE
*/s/ Sandra LaBostrie*
SANDRA LABOSTRIE
DECLARANTS

JULY 20, 2015

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 20, 2015

ALVIN LABOSTRIE
SANDRA LABOSTRIE
(TYPE OR PRINT NAME)

*/s/ Sandra LaBostrie*
*/s/ Alvin LaBostrie*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* PRO PER

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Westlaw Doc & Form Builder