CAPTION:

FRANCINE SILVER v.
RESIDENTIAL CAPITAL, LLC
BORROWER CLAIMS TRUST

**CERTIFICATE OF SERVICE**
Docket Number: 12-12020 (MG)

I, MARCUS SILVER, hereby certify under penalty of perjury that on
_7/14/2015_ (date), I served a copy of THE STATEMENT OF ISSUES RAISED & DESIGNATION OF THE CONTENTS TO BE INCLUDED IN THE RECORD, (list all documents)

by (select all applicable)*

☑ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

RECEIVED JUL 16 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| NORMAN S. ROSENBAUM, JORDAN A. WISHNEW, MERYL L. ROTHCHILD | | | | |
| MORRISON & FOERSTER LLS. | | | | |
| 250 W. 55TH ST | NEW YORK | NY | 10019 | |

_7/14/15_ Today's Date

_[signature]_ Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form