Status Conference Date and Time: August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE ON THE
RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF
OF CLAIM NO. 725 FILED BY WILLIAM J. FUTRELL TO
AUGUST 20, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the status conference on the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell* [Docket No. 8315] (the "Objection"), previously scheduled to be heard on August 6, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that counsel to Mr. Futrell may participate in the status conference by telephone.

ny-1198752

| | |
|---|---|
| Dated: August 3, 2015<br>New York, New York | /s/ Jordan A. Wishnew<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1198752