CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sarah N. Campbell

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
RESIDENTIAL CAPITAL, LLC, et al.,              :
                                               :    Case No. 12-12020 (MG)
                                               :
                  Debtors.                     :
                                               :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Damien A. Morris, hereby certify under penalty of perjury that on July 23, 2015, I caused to be delivered a true and correct copy of the *Statement of Ocwen Loan Servicing, LLC in Support of Motion of RMBS Trustees for Approval of Certain Non-Material Plan Modifications, dated July 23, 2015* to be served upon the following in a manner described below:

BY FEDERAL EXPRESS

| | |
|---|---|
| Centralized Insolvency Operation | Insolvency Section |
| **Internal Revenue Service** | **Internal Revenue Service** |
| 2970 Market Street | 31 Hopkins Plaza, Room 1150 |
| Philadelphia, PA 19104 | Baltimore, MD 21201 |

<u>BY FIRST CLASS MAIL</u>

Attn: Corporate Trust Services
GMACM Home Equity Notes
2004 Variable Funding Trust
**Wells Fargo Bank NA**
P.O. Box 98
Columbia, MD 21046

<u>BY HAND DELIVERY</u>

**Hon. Martin Glenn**  *Tracy H. Davis*
United States Bankruptcy Court  *Linda Riffkin*
Southern District of New York  *Brian S. Masumoto*
1 Bowling Green  201 Varick Street, Suite 1006
New York, NY 10004-1418  New York, NY 10014

<u>BY E-MAIL (Parties on Special Service List)</u>

Refer to this Link https://www.kccllc.net/rescap/document/noticelist/1

glenn.siegel@morganlewis.com  james.moore@morganlewis.com
jgoodchild@morganlewis.com  kit.weitnauer@alston.com
kotwick@sewkis.com  alves@sewkis.com
john.kilber@allenovery.com  maurico.espana@dechert.com
craig.druehl@dechert.com  bobbie.theivakumaran@citi.com
rescapinfo@kccllc.com  lnashelsky@mofo.com
glee@mofo.com  lmarinuzzi@mofo.com
ksadeghi@mofo.com  enid.stuart@OAG.State.NY.US
joseph.cordaro@usdoj.gov  cristine.phillips@usdoj.gov
secbankruptcy@sec.gov  bankruptcynoticeschr@sec.gov
NYROBankruptcy@SEC.GOV  AskDOJ@usdoj.gov
Tracy.Davis2@usdoj.gov  Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov  ray.schrock@weil.com
richard.cieri@kirkland.com  stephen.hessler@kirkland.com
projectrodeo@kirkland.com  William.b.Solomon@ally.com
Timothy.Devine@ally.com  justin.bernbrock@kirkland.com
kdwbankruptcydepartment@kelleydrye.com  maofiling@cgsh.com
tmoloney@cgsh.com  soneal@cgsh.com
keckstein@kramerlevin.com  tmayer@kramerlevin.com
dmannal@kramerlevin.com  jtrachtman@kramerlevin.com
szide@kramerlevin.com  wcurchack@loeb.com
vrubinstein@loeb.com  Tammy.Hamzehpour@rescapestate.com

```
12-12020-mg    Doc 8964    Filed 08/04/15    Entered 08/04/15 12:40:27    Main Document
                                        Pg 3 of 3
```

Jill.horner@rescapestate.com
Deanna.horst@rescapestate.com
William.tyson@rescapestate.com
Lauren.delehey@rescapestate.com
kathy.priore@rescapestate.com
John.Ruckdaschel@rescapestate.com

Colette.wahl@rescapestate.com
William.thompson@rescapestate.com
Eileen.oles@rescapestate.com
Julie.busch@rescapestate.com
patty.zellmann@rescapestate.com

Dated: August 4, 2015
      New York, New York

                                                        By: Damien A. Morris
                                                            Damien A. Morris