**JENNER & BLOCK LLP**
Richard Levin
919 Third Avenue, 37th Floor
New York, New York 10020
212-891-1601
212-891-1699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF RICHARD LEVIN, ESQUIRE AS COUNSEL FOR CREDIT SUISSE SECURITIES (USA) LLC AND REQUEST FOR REMOVAL FROM THE MAILING MATRIX AND THE COURT'S ELECTRONIC NOTIFICATION SYSTEM**

Richard Levin, Esq. of the firm of Jenner & Block LLP, hereby withdraws his appearance in the above-captioned bankruptcy case and requests that he no longer receive electronic filing notifications.

Date: August 4, 2015          By:   /s/ Richard Levin
                                    Richard Levin
                                    JENNER & BLOCK LLP
                                    919 Third Avenue
                                    New York, New York 10022