MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )   Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                                )   Chapter 11
                                                                 )
                                Debtors.                         )   Jointly Administered
                                                                 )
---------------------------------------------------------------- )

**NOTICE OF CANCELLATION OF EVIDENTIARY HEARING ON
THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO
CLAIM NO. 2397 FILED BY JOHN SATTERWHITE SCHEDULED
FOR AUGUST 20, 2015 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the evidentiary hearing scheduled for August 20, 2015 at 2:00 p.m. (Prevailing Eastern Time) on the *ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite* [Docket No. 7990] is hereby cancelled as the matter has been resolved.

Dated:  August 5, 2015
        New York, New York

                                        /s/ Norman S. Rosenbaum
                                        Norman S. Rosenbaum
                                        Jordan A. Wishnew
                                        Jessica J. Arett
                                        MORRISON & FOERSTER LLP
                                        250 West 55th Street
                                        New York, New York 10019
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for the ResCap Borrower Claims Trust*

ny-1198884