# Notice Recipients

District/Off: 0208−1                User: mlopez                Date Created: 8/6/2015
Case: 12−12020−mg                   Form ID: tranapl            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Francine Silver      8673 Franklin Ave      Los Angeles, CA 90069

                                                                                TOTAL: 1