UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that William B. Pollard, III of Kornstein Veisz Wexler & Pollard, LLP, hereby withdraws his firm's appearance in this case. The firm had appeared for Ally Financial Inc. in a related adversary proceeding, Ally Financial Inc. v. Wells Fargo Bank, N.A., Adv. Proc. No. 14-02435(MG). The matters for which the appearance was made have been resolved.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that the undersigned counsel, William B. Pollard, III (wpollard@kvwmail.com), as well as his associate, Amy C. Gross (agross@kvwmail.com) be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

3670000NOTACG.00001.wpd

Dated: New York, New York
      August 10, 2015

                              KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                              By: /s/ William B. Pollard, III
                                   William B. Pollard, III (WBP-9252)
                                   Amy C. Gross (ACG-8836)

                              757 Third Avenue
                              New York, New York 10017
                              Tel.: 212-418-8600
                              Fax:  212-826-3640

                              Attorneys for Ally Financial Inc.