**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.,

                        Debtor

-------------------------------------------------------------x

Case No.: 12-12020 (MG)
Jointly Administered

Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, T. Chris Stewart, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Honor Bank f/k/a The Honor Bank, a defendant in the above-referenced case.

I certify that I am a member in good standing of the bar in the States of Minnesota and Wisconsin and, if applicable, the bar of the U.S. District Court for the District of Minnesota, and the Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 6, 2015
       Stillwater, Minnesota

/s/T. Chris Stewart
T. Chris Stewart, #152316 (MN)
Anastasi Jellum, P.A.
14985 60th Street North
Stillwater, MN 55082
E-mail address: tchris@aj-law.com
Telephone number: (651) 439-2951