Hearing Date: October 8, 2015 at 10:00 a.m.
Opposition Deadline: August 31, 2015
Reply Deadline: October 1, 2015

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF THE RESCAP LIQUIDATING TRUST FOR AN ORDER ENFORCING PLAN INJUNCTION AND CONFIRMATION ORDER**

PLEASE TAKE NOTICE that the hearing before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, originally scheduled for August 20, 2015 at 10:00 a.m., Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004-1408, has been **adjourned to October 8, 2015 at 10:00 a.m. Eastern Time**, or as soon thereafter as counsel can be heard, to consider the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order.

Dated: August 10, 2015

Respectfully submitted,

 /s/ Isaac Nesser
Peter E. Calamari
(PeterCalamari@quinnemanuel.com)
David L. Elsberg
(DavidElsberg@quinnemanuel.com)
Isaac Nesser
(IsaacNesser@quinnemanuel.com)
Matthew Scheck
(MatthewScheck@quinnemanuel.com)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 (fax)

*Counsel for the ResCap Liquidating Trust*

 /s/ Matthew V. Johnson
R. Hackney Wiegmann
(hwiegmann@wc.com)
Andrew W. Rudge (arudge@wc.com)
Matthew V. Johnson (mjohnson @wc.com)
Jesse Smallwood (jsmallwood@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Counsel for Decision One Mortgage Company, LLC*

 /s/ T. Chris Stewart
T. Chris Stewart (tchris@aj-law.com)
Garth G. Gavenda (garth@aj-law.com)
Lindsay W. Cremona (Lindsay@aj-law.com)
14985 60th Street North
Stillwater, Minnesota 55082
(651) 439-2951
(651) 439-1417 (fax)

*Counsel for Honor Bank, f/k/a The Honor State Bank*

 /s/ Tessa K. Somers
David M. Souders
(souders@thewbkfirm.com)
Tessa K. Somers (somers@thewbkfirm.com)
1300 19th Street NW Fifth Floor
Washington, D.C. 20036
(202) 628-2000
(202)628-2011 (fax)

*Counsel for PHH Mortgage Corporation*

  /s/ Jonathan M. Jenkins
Jonathan M. Jenkins
(jjenkins@jklitigators.com)
Laya Kayayan (lkayayan@jklitigators.com)
444 S. Flower Street, Suite 1530
Los Angeles, California 90071
(310) 984-6800
(310) 984-6840 (fax)

*Counsel for Sierra Pacific Mortgage Company, Inc.*