PRO PER:
ALVIN LABOSTRIE and  SANDRA LABOSTRIE
855 W. 125TH ST.
LOS ANGELES, California  90044
Telephone No.:  323.687-0853
Attorney for PRO PER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAB0STRIE,ALVIN;SANDRA LABOSTRIE )
                    Plaintiffs,)    Case No. 12-12020(MG)
                              )
vs.                                )
                              )
RESIDENTIAL CAPITAL, LLC, ET. AL., et)
al                               )
                  Defendants.)
_____)

# ANSWER

    Now comes, Sandra LaBostrie and Alvin LaBostrie, ANSWERING this Honorable Court, requesting that Sandra and Alvin LaBostrie claims against the above defendants, regarding the property (1414 thru 1416 1/2) at Gardena, Ca. 90249 and Defendants above Bankruptcy case, do not get dismissed against Sandra and Alvin LaBostrie.

We did made ongoing substantial Investments into the above property, since the beginning my son Wayne Arnold had made his initial purchase of the above property, approximately 2004 and Plaintiffs had invested ongoing up to the foreclosure dates.

    It was decided by all parties to make Sandra and Alvin LaBostrie **"Deed Holder"**; via Los Angeles County, **"Legal Deed Owner"** process, many years before the foreclose date, after

which time Sandra and Alvin LaBostrie then began to increase their financial support, after Sandra and Alvin LaBostrie received their legal recording from Los Angeles County, we then all equally share in all burdens and investments and then the property was subjected to: **Predatory Lenders and then illegally Foreclosure upon**, which then caused Sandra and Alvin LaBostrie to open a civil suit against all the above Defendants in the **LOS ANGELES SUPERIOR COURT, case # BC 450042** that has been on going and Trail dates was subsequently placed on hold, since defendants had declared bankruptcy.

I am a United States disable Veteran with a VA eligibility certificate, which will enable me to purchase the above property without any legal obligations to Defendants, Defendants has turned down our many request to purchase the property and has sold the property "Out-Right" without any regards for Sandra and Alvin LaBostrie or the Bankruptcy Court; Defendants further ongoing forestall any remedies for Plaintiffs and Defendants to settle the above cases.

We again pray that this Honorable Court do not dismiss Sandra and Alvin LaBostrie claims but placed it on the hold dates with other claimants to respond, whereby giving us Plaintiffs the proper time to seek proper legal representation, as this Bankruptcy case is voluminous and costly.

DATED:  August 6, 2015

By: _____
PRO PER
ALVIN   LABOSTRIE   and   SANDRA LABOSTRIE