# Fax Cover Page

**Fax From:** Kechia L. Island
1741 Malcolm Street
Shreveport, LA 71108

**Fax To:** Morrison & Forester LLP
250 W. 55th Street
New York, NY 10019

**ATTN:** Norman S. Rosenbaum
Jordan A. Wishnet
Jessica J. Arett

**Fax #:** (212) 468-7900

**Date:** August 7, 2015

**Comments:** Have being trying to fax documents since 2:00 pm. Central Time. No answer! Documents late; had to send them overnight.

**No. of Pages:** 31

Kechia L. Island                                                    August 7,
2045 Malcolm St.
Shreveport, LA  71108

ATTN:  Norman S. Resenbaum
          Jordan A. Wishnew
          Jessica J. Arett

RE:  Debtor:  Homecomings Financial, LLC
              Old  Loan No:  ████6408
              New Loan No.:  ████2768
              Omnibus Objection:  No Liability

Honorable Martin Glenn:

Here is the additional information regarding "Proof of Claim" filed in the jointly-administered chapter 11 bankruptcy case of Residential Capital, LLC, GMAC Mortgage, LLC pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020.

It was determined that insufficient information was provided regarding the claim amount of $5,000.  Please find the enclosed documents providing the specific explanation of how the claim amount is calculated with the documentation to support the amount claimed.

The explanation stating the actual reason why I believe I am entitled to money owed from the debtor as of date filed.  The enclosed documentation supports the basis for the amount claimed.


Kechia Island

HomeComings Financial Network
P.O. Box 77404
Ewing, NJ 08628



April 15, 2002


Kechia Island
1741 Malcolm Street                    1,165
Shreveport LA 71108-2311

IlIuIIuIIuIIIIuIuIuIIIuuIIuIIuIIuIuIIuIIII


Re: HomeComings Financial Loan Number: ████6408
    Property Address: 1741  Malcolm Street
                      Shreveport, LA  71108

Dear Mortgagor(s):

Please know that effective May 1, 2002 the servicing of your loan will be transferred from
the HomeComings Financial℠ office in Ewing, New Jersey, to our office in Dallas, Texas.
Your new HomeComings Financial loan number will be ████2768.

This does not affect, in any way, the terms or conditions of your mortgage agreement,
other than those terms directly related to the servicing of your loan. Under the Real
Estate Settlement Procedures Act, we are required to provide the information below;
however, if you have filed for bankruptcy or have previously received a discharge in
bankruptcy and this debt was not affirmed, please be advised that this is for
informational purposes only and is not an attempt to collect a debt. You are advised to
deliver this information to your bankruptcy attorney and/or bankruptcy trustee.

**Prior to May 1, 2002,** all payments should be mailed to:

                    HomeComings Financial
                    P.O. Box 77404
                    Ewing, NJ 08628

In addition, any questions you have should be directed to our New Jersey Customer Service
Department at 1-800-603-0175, Monday through Friday, between the hours of 8:30 a.m. and
8:00 p.m., Eastern Time.

**After May 1, 2002,** payments and written correspondence should be mailed to the appropriate
address below. Please write your new HomeComings Financial loan number on all payments
and correspondence.

✗ Payment Address                        ✗ Correspondence Address

HomeComings Financial                    HomeComings Financial
P.O. Box 78426                           P.O. Box 890036
Phoenix, AZ 85062-8426                   Dallas, TX 75389

**Information regarding your loan will not be completely converted to the computer system
until 5 business days after the transfer date of May 1, 2002. Customer Service
representatives will not be able to answer specific questions about your loan until May 8,
2002.** After that date, any questions you have should be directed to our Dallas Customer
Service Department at 1-800-206-2901, Monday through Thursday, 8:00 a.m. to 7:00 p.m. and
Fridays 8:00 a.m. to 5:00 p.m., Central Time.

You can also access your loan information on our Internet site at www.homecomings.com.

If your payment is automatically drafted from your bank account, HomeComings Financial
will continue this service. Due to the timing of the servicing transfer, you may notice a
slight delay in the first month's drafting after the transfer. If a delay does occur,
late fees will not be assessed nor will your payment history be negatively affected. All
subsequent payments will be drafted as scheduled.

*Collection - Ext. #423*

1,165

HomeComings Financial Network
Central Loan Admin. & Reporting
P.O. Box 77404
Ewing, NJ 08628



**HomeComings**
FINANCIAL NETWORK

05/02/02

#BWNDXCT
#300001876408057#

KECHIA L ISLAND                8497/Q1
1741 MALCOLM STREET
SHREVEPORT LA  71108-2311

LOAN NO: ████6408
www.loanadministration.com
TOLL FREE 1-800-603-0175

IllmlhmlhmlIlllmlhmlhmlhmIlmlhhlmlhmllll

**PLEASE NOTE:** Your loan number may have been changed to add leading zeros. Please use the full ten digit number above when making your payment, accessing our automated call center, or logging on to www.loanadministration.com.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity. This statement is the result of loan payoff, assumption, or transfer.

### P R E S E N T   M O R T G A G E   P A Y M E N T

At the time of your last analysis, your mortgage payment consisted of:

Principal & Interest (P&I)         $211.71
Escrow Deposit                     $46.30

**Mortgage Payment Beginning March 02**         **$258.01**

### A C C O U N T   H I S T O R Y

The following statement of activity in your escrow account from 03/02 through 02/03 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance** | **$195.20** | **$195.21** |
| March | 46.30 | 46.30 | | | | 241.50 | 241.51 |
| April | 46.30 | 46.30 | | | | 287.80 | 287.81 |
| May | 46.30 | * | | 287.81 | * TRANSFER BAL | 334.10 | .00 |
| June | 46.30 | * | | | | 380.40 | .00 |
| July | 46.30 | * | | | | 426.70 | .00 |
| August | 46.30 | * | | | | 473.00 | .00 |
| September | 46.30 | * | | | | 519.30 | .00 |
| October | 46.30 | * | 473.00 | | * HAZARD INS | 92.60 | .00 |
| November | 46.30 | * | | | | 138.90 | .00 |
| December | 46.30 | * | .01 | | * R.E. TAX | 185.19 | .00 |
| December | | | 82.59 | | * R.E. TAX | 102.60 | .00 |
| January 03 | 46.30 | * | | | | 148.90 | .00 |
| February 03 | 46.30 | * | | | | 195.20 | .00 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date.

Important note to our Automatic Draft Customers: Any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department toll-free at 1-800-603-0175.



**HomeComings**
FINANCIAL NETWORK

PO Box 77404
Ewing, NJ 08628

Website: www.loanadministration.com

Mail Payment To: Payment Processing Center
PO Box 986, Newark, NJ 07184-0597

000214

KECHIA L ISLAND
1741 MALCOLM STREET
SHREVEPORT LA 71108-2311

Loan Statement

Statement Date:        04/04/02
Account Number:    276 ▇ 6408
Payment Due Date:    05/01/02

| Item Description | Amount |
|---|---|
| **Balances** | |
| Principal Balance* | $20,551.84 |
| Escrow Balance | $287.81 |
| **Year-to-Date** | |
| Interest Paid | $810.21 |
| Taxes Paid | $ .01- |
| **Payment Information** | |
| Interest Rate | 11.80000 |
| Current Payment | $258.01 |
| Past Due Amount | |
| Unpaid Late Charges | |
| Other Fees | $7.00 |
| **Total Amount Due** | **$265.01** |

*This is not a payoff amount

Property Address:    1741 MALCOLM STREET
SHREVEPORT LA 71108

### Transaction Activity Since Last Statement

| Transaction Description | Due Date | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Insurance | Unapplied | Fees |
|---|---|---|---|---|---|---|---|---|---|
| ADDL PRIN | 04/04 | 04/04/02 | $21.99 | $21.99 | | | | | |
| PAYMT - THANK YOU | 04/04 | 04/04/02 | $258.01 | $9.31 | $202.40 | $46.30 | | | |

### Important Messages

### A NEW LOOK FOR YOUR LOAN STATEMENT

We're pleased to introduce your new loan statement. Each month you'll receive this informative summary of your loan. For your convenience, a payment coupon and return envelope are included. It's just one more way we're working to serve you better!

*pd ck# 3241*
*$ 265.01*

### Important Contact Information

Please include your account number on all correspondence. **DO NOT send correspondence with your payment.**

| Type of Correspondence | Address | Fax Number |
|---|---|---|
| Payments . . . . . . . . . . . . . . . . . . . . | PO Box 986, Newark, NJ 07184 | |
| Tax Bills . . . . . . . . . . . . . . . . . . . . | PO Box 77405, Ewing, NJ 08628 | Please mail original bill. |
| Insurance . . . . . . . . . . . . . . . . . . . . | PO Box 1516, Latham, NY 12110 | 518-782-8867 |
| Collections . . . . . . . . . . . . . . . . . . . | PO Box 77407, Ewing, NJ 08628 | 609-538-4017 |
| All Other Correspondence . . . . . . . . . . | PO Box 77404, Ewing, NJ 08628 | 609-538-4005 |
| Overnight/Express Mail* . . . . . . . . . . | 425 Phillips Blvd., Ewing, NJ 08618 | |

*Payments sent by Overnight/Express Mail – please address to Attn: Cash Management

*Exhibit 1*

HomeComings Financial Network
Central Loan Admin. & Reporting
P.O. Box 77404
Ewing, NJ 08628


FINANCIAL NETWORK

05/02/02

#BWNDXCT
#300001876408057#

KECHIA L ISLAND                    8497/Q1
1741 MALCOLM STREET
SHREVEPORT LA  71108-2311

LOAN NO: ████6408
www.loanadministration.com
TOLL FREE 1-800-603-0175

---

**PLEASE NOTE:** Your loan number may have been changed to add leading zeros. Please use the full ten digit number above when making your payment, accessing our automated call center, or logging on to www.loanadministration.com.

---

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity. This statement is the result of loan payoff, assumption, or transfer.

### PRESENT MORTGAGE PAYMENT

At the time of your last analysis, your mortgage payment consisted of:

| | |
|---|---|
| Principal & Interest (P&I) | $211.71 |
| Escrow Deposit | $46.30 |

**Mortgage Payment Beginning March 02**          **$258.01**

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 03/02 through 02/03 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $195.20 | $195.21 |
| March | 46.30 | 46.30 | | | | 241.50 | 241.51 |
| April | 46.30 | 46.30 | | | | 287.80 | 287.81 |
| May | 46.30 | | * | 287.81 | * TRANSFER BAL | 334.10 | .00 |
| June | 46.30 | | * | | | 380.40 | .00 |
| July | 46.30 | | * | | | 426.70 | .00 |
| August | 46.30 | | * | | | 473.00 | .00 |
| September | 46.30 | | * | | | 519.30 | .00 |
| October | 46.30 | | * | 473.00 | * HAZARD INS | 92.60 | .00 |
| November | 46.30 | | * | | | 138.90 | .00 |
| December | 46.30 | | * | .01 | * R.E. TAX | 185.19 | .00 |
| December | | | * | 82.59 | * R.E. TAX | 102.60 | .00 |
| January | 46.30 | | * | | | 148.90 | .00 |
| February | 46.30 | | * | | | 195.20 | .00 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date.

Important note to our Automatic Draft Customers: Any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department toll-free at 1-800-603-0175.

LWING, NO 00020
PHONE NO.1-888-686-5459

incurred by you, actually paid by you, and
not reimbursed by another person.

Substitute
Form 1098

**Copy B
For Payer**

RECIPIENT'S Federal identification no. ▓▓▓▓4340    PAYER'S social security number ▓▓▓1176

1 Mortgage interest received
from payer(s)/borrower(s)*
$            $810.21

The information in boxes
1, 2, and 3 is important
tax information and is
being furnished to the
Internal Revenue Service.
If you are required to file
a return, a negligence
penalty or other sanction
may be imposed on you
if the IRS determines that
an underpayment of tax
results because you
overstated a deduction for
this mortgage interest or
for these points or
because you did not
report this refund of
interest on your return.

PAYER'S/BORROWER'S name, address, and zip code

21728

KECHIA L ISLAND
1741 MALCOLM STREET
SHREVEPORT LA  71108-2311

2 Points paid on purchase of principal
residence (See Box 2 on back.)
$            $.00

3 Refund of overpaid interest
(See Box 3 on back.)
$            $.00

4 Real estate taxes paid
$            $.01-

Account number (optional)    Loan type
0001876408    CONV. RES

Form 1098 Substitute            (Keep for your records.)        Department of the Treasury - Internal Revenue Service

---

```
          ESCROW RECONCILIATION

    $343.66  BEGINNING BALANCE
    $218.42  + DEPOSITS
     $0.01-  - TAXES PAID
    $274.28  - ESCROW REFUND
    $287.81  *ENDING BALANCE


                        $258.01 CURRENT PAYMENT
                         $46.30 CURRENT ESCROW PMT
                         $10.59 LATE CHARGES PAID


                        PROPERTY ADDRESS:
                          1741   MALCOLM STREET
                          SHREVEPORT        LA71108

  *TRANSFERRED TO YOUR NEW SERVICER
```

------------------------ 2002 INTEREST CALCULATIONS ------------------------

TOTAL INTEREST APPLIED 2002  (NEXT DUE DATE 05/01/02)      $810.21
                                                          --------------
**2002 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)      $810.21**

THIS REFLECTS THE ACTIVITY FOR THE PERIOD WE SERVICED YOUR LOAN IN 2002.
IF YOUR LOAN WAS SERVICED BY ANOTHER COMPANY IN 2002, YOU WILL RECEIVE A
SEPARATE STATEMENT.

Exhibit #3

HOMECOMINGS FINANCIAL NETWORK
CENTRAL LOAN ADMIN & REPORTING
P.O. BOX 77404
EWING, NJ 08628
PHONE NO.1-888-686-5459

OMB No. 1545-0901

**2002**
Substitute Form 1098

**MORTGAGE**

**INTEREST**

**STATEMENT**

\* **Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

| RECIPIENT'S Federal identification no. | PAYER'S social security number |
|---|---|
| 4340 | 1176 |

PAYER'S/BORROWER'S name, address, and zip code

21728

KECHIA L ISLAND
1741 MALCOLM STREET
SHREVEPORT LA  71108-2311

1 Mortgage interest received from payer(s)/borrower(s)*
$          $810.21

2 Points paid on purchase of principal residence (See **Box 2** on back.)
$          $.00

3 Refund of overpaid interest (See **Box 3** on back.)
$          $.00

4 Real estate taxes paid
$          $.01-

| Account number (optional) | Loan type |
|---|---|
| 6408 | CONV. RES |

**Copy B**
**For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that this mortgage interest or for these points or because you did not report this refund of interest on your return.

Form 1098 Substitute          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

---

**ESCROW RECONCILIATION**

| | |
|---|---|
| $343.66 | BEGINNING BALANCE |
| $218.42 | + DEPOSITS |
| $0.01- | - TAXES PAID |
| $274.28 | - ESCROW REFUND |
| $287.81 | *ENDING BALANCE |

$258.01  CURRENT PAYMENT
$46.30  CURRENT ESCROW PMT
$10.59  LATE CHARGES PAID

PROPERTY ADDRESS:
1741    MALCOLM STREET
SHREVEPORT          LA71108

*TRANSFERRED TO YOUR NEW SERVICER

------------------------- **2002 INTEREST CALCULATIONS** -------------------------

TOTAL INTEREST APPLIED 2002  (NEXT DUE DATE 05/01/02)          $810.21
----------------
**2002 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)**          **$810.21**

THIS REFLECTS THE ACTIVITY FOR THE PERIOD WE SERVICED YOUR LOAN IN 2002.
IF YOUR LOAN WAS SERVICED BY ANOTHER COMPANY IN 2002, YOU WILL RECEIVE A
SEPARATE STATEMENT.



**Homecomings Financial**

*A GMAC Company*

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

www.homecomings.com

## CUSTOMER INFORMATION

| | |
|---|---|
| Loan Number: | ████ 2768 |
| Borrower: | Kechia L Island |
| Property Address: | 1741 Malcolm Street<br>Shreveport  LA 71108 |
| Home Phone #: | 318-631-3499 |
| Work Phone #1: | 318-631-8399 |

*Please use the form on the back of the coupon to update this information.*

#BWNFNYZ
#ZVTTSXQWVX6#

001067 3915 P268    9HF02

Kechia L Island
1741 Malcolm St
Shreveport LA 71108-2311

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due

| | |
|---|---|
| **Principal** | 17.08 |
| **Interest** | 150.74 |
| **Monthly Escrow Installment** | 13.77 |

| | |
|---|---|
| Total Amount Due on 01/01/03 | 181.59 |

## MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 01/01/03 |
| Statement Date: | 12/17/02 |
| Account Information as of 12/17/02 | |
| Current Principal Balance * | 20,381.41 |
| Current Escrow Balance | 426.95- |
| Year to Date Interest | 1,396.94 |
| Interest Rate: | 8.875% |

## PRIOR PERIOD ACTIVITY

Activity from 11/05/02 to 12/17/02

| | | |
|---|---|---|
| 11/12/02 | Escrow Analysis Overage Refund | 476.65 |
| 11/19/02 | Hazard Insurance paid to State Farm-Mid- | 537.00- |
| 12/03/02 | City Tax paid to SHREVEPORT CITY | 82.59- |
| 12/16/02 | 12/01/02 Payment: 16.91 principal,<br>150.91 interest, 46.30 escrow | 214.12 |
| 12/16/02 | Additional Principal Payment | 6.00 |



**IMPORTANT YEAR END 1098 INFORMATION**

Your Form 1098 will be included with January's statement. Form 1098 is used to report to the Internal Revenue Service (IRS) the mortgage interest you paid in 2002. A Form 1098 will be sent only one time. Please be sure to retain it for your 2002 tax records. You will also be able to access your 1098 information as of January 10th through our website.

An escrow analysis is included with this billing statement. Any change in your monthly payment may be the result of an escrow adjustment. Please review the analysis for information about your escrow payment.

**INFORMATION ABOUT YOUR PROPERTY TAXES**

We are currently collecting funds in your escrow account for the payment of your real estate property taxes. You may be receiving your real estate tax bill directly from your tax collector. If you receive a bill, please write your loan number on the bill and forward the original to Homecomings Financial, P.O. Box 890037, Dallas, TX 75389 (be sure to make a copy for your records).



01/11/03
pd ck #D
$190.00



*Like Coming Home*

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.


www.homecomings.com

**Homecomings Financial**
*A GMAC Company*

www.homecomings.com

Loan : [REDACTED]2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---:|
| Principal and Interest | 167.82 |
| (I) Tax and/or Insurance Escrow Payment | 51.63 |
| (II) Prorated Escrow Shortage , *single line* | 52.22 |
| Subsidy | 0.00 |
| Other | 0.00 |
| **03/01/03 Payment** | = $ 271.67 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---:|
| State Farm-Mid-South Office | 537.00 |
| CADDO PARISH | 0.00 |
| SHREVEPORT CITY | 82.591 |

$  619.59  (12 monthly tax and/or insurance escrow payments of $51.63)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $103.26 (see definition below). When we start with an escrow balance of $-399.39, add your monthly escrow payments of $51.63, and subtract your tax and/or insurance bills when due, we fall $626.61 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $626.61 over the next 12 months. We will add $52.22 ($626.61 divided by 12) to your monthly payment for the next 12 months. This amount is shown as the "Prorated Escrow Shortage" included in your new monthly payment above.

**You may Pay the Shortage in Full**

If you would prefer to pay your shortage in full, your 03/01/03 payment should be $219.45 (as detailed in the section above entitled "Your New Monthly Payment" less the Prorated Escrow Shortage Amount) + the full shortage amount of $626.61.

### Important Terms

Escrow Account – The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage – the amount the escrow balance falls short of the Required Minimum Balance.

Surplus – The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $103.26.



Table 1:
## PAST ESCROW ACTIVITY

| | PREVIOUS PROJECTIONS | | | | ACTUAL ACTIVITY | | |
|---|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE: | | | $ 27.46 | | | | $ 622.99 |
| NOV 02 | | | | | | 476.65 Surpl refund * | |
| NOV 02 | | | 27.46 | | | 537.00 HAZARD INS * | -390.66 |
| DEC 02 | | | | | 46.30 | 82.59 CITY TAX * | -426.95 |
| JAN 03 | 13.77 | | 41.23 | | 13.79 | | -413.16 |
| FEB 03 | 13.77 | | 55.00 | | 13.77 | | -399.39 |
| MAR 03 | 13.77 | | 68.77 | | | | |
| APR 03 | 13.77 | | 82.54 | | | | |
| MAY 03 | 13.77 | | 96.31 | | | | |
| JUN 03 | 13.77 | | 110.08 | | | | |
| JUL 03 | 13.77 | | 123.85 | | | | |
| AUG 03 | 13.77 | | 137.62 | | | | |
| SEP 03 | 13.77 | | 151.39 | | | | |
| OCT 03 | 13.77 | | 165.16 | | | | |
| NOV 03 | 13.77 | | 178.93 | | | | |
| DEC 03 | 13.77 | 82.59 HAZARD INS | | | | | |
| TOTAL: | 165.24 | 165.18 | | | 73.86 | 1096.24 | |
| | | | | | (Actual Balance as of 02/03) | | $ -399.39 |

*Never paid hazard insurance* (handwritten)

Table 2:

## ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | | | -399.39 | 227.22 |
| MAR 03 | 51.63 | 0.00 | | | -347.76 | 278.85 |
| APR 03 | 51.63 | 0.00 | | | -296.13 | 330.48 |
| MAY 03 | 51.63 | 0.00 | | | -244.50 | 382.11 |
| JUN 03 | 51.63 | 0.00 | | | -192.87 | 433.74 |
| JUL 03 | 51.63 | 0.00 | | | -141.24 | 485.37 |
| AUG 03 | 51.63 | 0.00 | | | -89.61 | 537.00 |
| SEP 03 | 51.63 | 0.00 | | | -37.98 | 588.63 |
| OCT 03 | 51.63 | 537.00 | HAZARD INS | LP | -523.35 | 103.26 |
| NOV 03 | 51.63 | 0.00 | | | -471.72 | 154.89 |
| DEC 03 | 51.63 | 82.59 | CITY TAX | | | |
| DEC 03 | | | COUNTY TAX | | -502.68 | 123.93 |
| JAN 04 | 51.63 | 0.00 | | | -451.05 | 175.56 |
| FEB 04 | 51.63 | 0.00 | | | -399.42 | 227.19 |

*New Count*

# Homecomings Financial
*A GMAC Company*

Loan # ████2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---|
| Principal & Interest | $   167.82 |
| (I) Tax and/or Insurance Escrow Payment | 13.77 |
| Subsidy | 0.00 |
| Other | 0.00 |
| 01/01/03 Payment | $   181.59 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---|
| 31S0123 | 82.59  *city* |
| 4042703 | 0.00 |
| 4142702 | 82.59 |

*where is hazard insurance $537.00*

$   165.18   (12 monthly tax and/or insurance escrow payments of $13.77)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $27.52 (see definition below). When we start with an escrow balance of $504.11, add your monthly escrow payments of $13.77, and subtract your tax and/or insurance bills when due, we exceed the Required Minimum Balance by $476.65. *surplus refund* (see Table 2 on the reverse side for details)

If the surplus is greater than $5000.00 a check will be sent to you within 30 days. If your payment(s) are past due, please contact us once your account is current about the escrow surplus.

**Important Terms**

Escrow Account – The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage – the amount the escrow balance falls short of the Required Minimum Balance.

Surplus – The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $27.52.



001067 3915 P268   9HFO2 1290



Table 1:
## PAST ESCROW ACTIVITY

| | PREVIOUS PROJECTIONS | | | ACTUAL ACTIVITY | | |
|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE:................... $ | | | 0.00 | | $ | 0.00 |
| MAY 02 | | | | 334.11 | | 334.11 |
| JUN 02 | | | | 46.30 | | 380.41 |
| JUL 02 | | | | 46.30 | | 426.71 |
| AUG 02 | | | | 57.38 | | 484.09 |
| OCT 02 | | | | 92.60 | *82.70* | 576.69 |
| NOV 02 | | | | 46.30 | | 622.99 |
| DEC 02 | | HAZARD INS | | 46.30 | ~~82.59~~ HAZARD INS | |
| DEC 02 | | COUNTY TAX | | | COUNTY TAX | |
| DEC 02 | | CITY TAX | | | 82.59 CITY TAX | 504.11 |
| TOTAL: | 0.00 | 0.00 | | 669.29 | 165.18 | |
| | | | | (Actual Balance as of 12/02) $ | | 504.11 |

Table 2:

## ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE:........... | | | | | 504.11 | 27.46 |
| JAN 03 | 13.77 | 0.00 | | | 517.88 | 41.23 |
| FEB 03 | 13.77 | 0.00 | | | 531.65 | 55.00 |
| MAR 03 | 13.77 | 0.00 | | | 545.42 | 68.77 |
| APR 03 | 13.77 | 0.00 | | | 559.19 | 82.54 |
| MAY 03 | 13.77 | 0.00 | | | 572.96 | 96.31 |
| JUN 03 | 13.77 | 0.00 | | | 586.73 | 110.08 |
| JUL 03 | 13.77 | 0.00 | | | 600.50 | 123.85 |
| AUG 03 | 13.77 | 0.00 | | | 614.27 | 137.62 |
| SEP 03 | 13.77 | 0.00 | | | 628.04 | 151.39 |
| OCT 03 | 13.77 | 0.00 | | | 641.81 | 165.16 |
| NOV 03 | 13.77 | 0.00 | | | 655.58 | 178.93 |
| DEC 03 | 13.77 | 82.59 | HAZARD INS | | | |
| DEC 03 | | | COUNTY TAX | | | |
| DEC 03 | | 82.59 | CITY TAX | LP | 504.17 | 27.52 |



Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

**Homecomings Financial**
A GMAC Company

www.homecomings.com

#BWNFNYZ
#ZVTTSXQWVX6#

036229 5640 P8        9HFT3

|||....||...|||||...||..|..|...|...||...|||...||
Kechia I. Island
1741 Malcolm St
Shreveport LA 71108-2311

## CUSTOMER INFORMATION



| | |
|---|---|
| Loan Number: | ████2768 |
| Borrower: | Kechia L Island |
| Property Address: | 1741 Malcolm Street<br>Shreveport LA 71108 |
| Home Phone #: | 318-631-3499 |
| Work Phone #1: | 318-631-8399 |

*Please use the form on the back of the coupon to update this information.*

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due

| | |
|---|---|
| Principal | 17.21 |
| Interest | 150.61 |
| Monthly Escrow Installment | 13.77 |

** IMPORTANT YEAR-END 1098 INFORMATION **

Your Form 1098 is included with this statement. Form 1098 is used to report, to the Internal Revenue Service, the interest you paid to Homecomings Financial for this mortgage. A Form 1098 will be sent only one time. Please be sure to retain it for your 2002 income tax records. You will be able to access your 1098 information as of January 10th through our website.

We recently performed an escrow analysis revealing a surplus in your escrow account. We include escrow analyses and surplus checks with the monthly statement. Please be sure to look for these items, and if you haven't yet cashed the check, please do so at your earliest convenience. Please note that if the check is not cashed within 150 days, you will incur a $15 cancellation fee. If you have any questions regarding this issue, please contact our Customer Service Department.

| | |
|---|---|
| Total Amount Due on 02/01/03 | 181.59 |

Less Hassle, More Home. eBill

Have more time to enjoy your home by managing all your mortgage transactions online. Visit homecomings.com and enroll in our new eBill service.

## MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 02/01/03 |
| Statement Date: | 01/21/03 |
| Account Information as of 01/21/03 | |
| Current Principal Balance * | 20,364.33 |
| Current Escrow Balance | 413.16- |
| Year to Date Interest | 150.74 |
| Interest Rate: | 8.875% |

## PRIOR PERIOD ACTIVITY

Activity from 12/18/02 to 01/21/03

| | | |
|---|---|---|
| 01/17/03 | 01/01/03 Payment: 17.08 principal,<br>150.74 interest, 13.77 escrow, 8.39 late charge(s) | 189.98 |
| 01/17/03 | 01/01/03 Payment: .02 escrow | .02 |



01/30/03    [PAID]    CK # 3571 51    $191 51



* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

**Homecomings Financial**

*A GMAC Company*

www.homecomings.com

#BWNFNYZ
#ZVTTSXQWVX6#          004388 8309 P88      SHFEA

ՈՈւՈՐՈՈՈՈՐՈՈՐՈՐՈՐՈՐՈՐՈՐՈՐՈՐՈՐՈՐ
Kechia L Island
1741 Malcolm St
Shreveport LA 71108-2311

## CUSTOMER INFORMATION

| | |
|---|---|
| Loan Number: | ████2768 |
| Borrower: | Kechia L. Island |
| Property Address: | 1741 Malcolm Street |
| | Shreveport  LA 71108 |
| Home Phone #: | 318-631-3499 |
| Work Phone #1: | 318-631-8399 |

*Please use the form on the back of the coupon to update this information.*

## CURRENT ACCOUNT DETAILS

### Mortgage Amount(s) Due

| | |
|---|---|
| Principal | 17.41 |
| Interest | 150.41 |
| Monthly Escrow Installment | 103.85 |

3/03

An escrow analysis is included with this billing statement. Any change in your monthly payment may be the result of an escrow adjustment. Please review the analysis for information about your escrow payment.

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

Your Form 1098 for the year 2002 was mailed to you before January 31, 2003. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2002. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

Mortgage interest paid in 2002: $1,396.94
Mortgage interest reported to the IRS for 2002: $1,396.94
Taxes disbursed on your behalf in 2002: $82.59

| Total Amount Due on 03/01/03 | 271.67 |
|---|---|

## MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 03/01/03 |
| Statement Date: | 02/04/03 |
| Account Information as of 02/04/03 | |
| Current Principal Balance * | 20,337.12 |
| Current Escrow Balance | 399.39 |
| Year to Date Interest | 301.35 |
| Interest Rate: | 8.875% |

## PRIOR PERIOD ACTIVITY

Activity from 01/22/03 to 02/04/03

| | | |
|---|---|---|
| 02/03/03 | 02/01/03 Payment; 17.21 principal, 150.61 interest, 13.77 escrow | 181.59 |
| 02/03/03 | Additional Principal Payment | 10.00 |





* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

# Homecomings Financial
*A GMAC Company*

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX  75389

www.homecomings.com

## CUSTOMER INFORMATION

| | |
|---|---|
| Loan Number: | █████2768 |
| Borrower: | Kechia L Island |
| Property Address: | 1741 Malcolm Street<br>Shreveport  LA 71108 |
| Home Phone #: | 318-631-3499 |
| Work Phone #1: | 318-631-8399 |

*Please use the form on the back of the coupon to update this information.*

#BWNFNYZ
#ZVTTSXQWVX6#            002027 8276 P8        SHFEA

||||ı|ıı||ıı|||ı|ı||ı||ıı|ı||ı|||ıı|ı||ıı||ı|ı|ı|ı||||ı
Kechia L Island
1741 Malcolm St
Shreveport LA 71108-2311

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due

| | |
|---|---|
| Principal | 17.61 |
| Interest | 150.21 |
| Monthly Escrow Installment | 103.85 |

Total Amount Due on 04/01/03    271.67

## MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 04/01/03 |
| Statement Date: | 03/17/03 |
| Account Information as of 03/17/03 | |
| Current Principal Balance * | 20,309.71 |
| Current Escrow Balance | 295.54 |
| Year to Date Interest | 451.76 |
| Interest Rate: | 8.875% |

## PRIOR PERIOD ACTIVITY

Activity from 02/05/03 to 03/17/03

| | | |
|---|---|---|
| 03/14/03 | 03/01/03 Payment: 17.41 principal, 150.41 interest, 103.85 escrow | 271.67 |
| 03/14/03 | Additional Principal Payment | 10.00 |

*pd ck# 3407*
*03/29/03  $271.67*

### Information About Your Account

An escrow analysis is included with this billing statement. Any change in your monthly payment may be the result of an escrow adjustment. Please review the analysis for information about your escrow payment.

---

**INFORMATION ABOUT YOUR PROPERTY TAXES**

Your taxing authority may issue a Supplemental, Added Assessment, or Interim Property Tax Bill. This bill is in addition to your original bill and is not included in your escrow account, therefore you are responsible for remitting payment directly to the tax collector.

---

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

Your Form 1098 for the year 2002 was mailed to you before January 31, 2003. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2002. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

---

Mortgage interest paid in 2002: $1,396.94
Mortgage interest reported to the IRS for 2002: $1,396.94
Taxes disbursed on your behalf in 2002: $82.59



*Like Coming Home*

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX  75389

## Homecomings Financial
A GMAC Company

www.homecomings.com

#BWNFNYZ
#ZVTTSXQWVX6#

+ 0002234 000046074 09HFT3  P68

Kechia L Island
1741 Malcolm St
Shreveport LA 71108-2311

### CUSTOMER INFORMATION

| | |
|---|---|
| Loan Number: | ██████2768 |
| Borrower: | Kechia L Island |
| Property Address: | 1741 Malcolm Street<br>Shreveport  LA 71108 |
| Home Phone #: | 318-631-3499 |
| Work Phone #1: | 318-631-8399 |

*Please use the form on the back of the coupon to update this information.*

### CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due

| | |
|---|---|
| Principal | 20.79 |
| Interest | 133.05 |
| Monthly Escrow Installment | 95.20 |

The attached payment coupon includes a payment adjustment due to an adjustable rate change.  Detailed notification of this payment adjustment was included in your last monthly statement.

| | |
|---|---|
| Total Amount Due on 06/01/03 | 249.04 |

### MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 06/01/03 |
| Statement Date: | 05/12/03 |
| Account Information as of 05/12/03 | |
| Current Principal Balance * | 20,274.36 |
| Current Escrow Balance | 59.51- |
| Year to Date Interest | 752.05 |
| Interest Rate: | 7.875% |

### PRIOR PERIOD ACTIVITY

Activity from 04/05/03 to 05/12/03

| | | |
|---|---|---|
| 05/09/03 | 05/01/03 Payment: 17.74 principal,<br>150.08 interest, 95.20 escrow | 263.02 |
| 05/09/03 | 05/01/03 Payment:  36.98 escrow | 36.98 |



*06/08/03*
*pd ck # 3436 250.00*



Like
Coming
Home

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

# Homecomings Financial
*A GMAC Company*

www.homecomings.com

Loan # ███2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---:|
| Principal and Interest | 167.82 |
| (I) Tax and/or Insurance Escrow Payment | 51.72 |
| (II) Prorated Escrow Shortage | 43.48 |
| Subsidy | 0.00 |
| Other | 0.00 |
| **05/01/03 Payment** | = $ 263.02 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---:|
| State Farm-Mid-South Office | 537.00 |
| CADDO PARISH | 1.00 |
| SHREVEPORT CITY | 82.59 |
| $ | 620.59  (12 monthly tax and/or insurance escrow payments of $51.72) |

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $103.44 (see definition below). When we start with an escrow balance of $-191.69, add your monthly escrow payments of $51.72, and subtract your tax and/or insurance bills when due, we fall $521.81 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $521.81 over the next 12 months. We will add $43.48 ($521.81 divided by 12) to your monthly payment for the next 12 months. This amount is shown as the "Prorated Escrow Shortage" included in your new monthly payment above.

**You may Pay the Shortage in Full**

If you would prefer to pay your shortage in full, your 05/01/03 payment should be $219.54 (as detailed in the section above entitled "Your New Monthly Payment" less the Prorated Escrow Shortage Amount) + the full shortage amount of $521.81.

### Important Terms

**Escrow Account** – The funds you pay with each monthly principal and interest payment.  They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

**Shortage** – the amount the escrow balance falls short of the Required Minimum Balance.

**Surplus** – The amount the escrow balance exceeds the Required Minimum Balance.

**Required Minimum Balance** – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $103.44.



002027 8276 PR        9HEEA 11

Table 1:
## PAST ESCROW ACTIVITY

| | PREVIOUS PROJECTIONS | | | ACTUAL ACTIVITY | | |
|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE: . . . . . . . . . . . . . . . . . . . | | | $ 227.22 | | | $ -413.16 |
| | | | 227.22 | | | -399.39 |
| FEB 03 | | | 278.85 | 13.77 | | -295.54 |
| MAR 03 | 51.63 | | 330.48 | 103.85 | | -191.69 |
| APR 03 | 51.63 | | 382.11 | 103.85 | | |
| MAY 03 | 51.63 | | 433.74 | | | |
| JUN 03 | 51.63 | | 485.37 | | | |
| JUL 03 | 51.63 | | 537.00 | | | |
| AUG 03 | 51.63 | | 588.63 | | | |
| SEP 03 | 51.63 | | 103.26 | | | |
| OCT 03 | 51.63 | 537.00 HAZARD INS | 154.89 | | | |
| NOV 03 | 51.63 | | | | | |
| DEC 03 | 51.63 | 82.59 CITY TAX | 123.93 | | | |
| DEC 03 | | | 175.56 | | | |
| JAN 04 | 51.63 | | 227.19 | | | |
| FEB 04 | 51.63 | | | | | |
| TOTAL: | 619.56 | 619.59 | | 221.47 | 0.00 | |
| | | | | (Actual Balance as of 04/03) | | $ -191.69 |

Table 2:

## ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: . . . . . . . . . . . . . . . . | | | | | -191.69 | 330.12 |
| MAY 03 | 51.72 | 0.00 | | | -139.97 | 381.84 |
| JUN 03 | 51.72 | 0.00 | | | -88.25 | 433.56 |
| JUL 03 | 51.72 | 0.00 | | | -36.53 | 485.28 |
| AUG 03 | 51.72 | 0.00 | | | 15.19 | 537.00 |
| SEP 03 | 51.72 | 0.00 | | | 66.91 | 588.72 |
| OCT 03 | 51.72 | 537.00 | HAZARD INS | LP | -418.37 | 103.44 |
| NOV 03 | 51.72 | 0.00 | | | -366.65 | 155.16 |
| DEC 03 | 51.72 | 1.00 | COUNTY TAX | | -398.52 | 123.29 |
| DEC 03 | | 82.59 | CITY TAX | | -346.80 | 175.01 |
| JAN 04 | 51.72 | 0.00 | | | -295.08 | 226.73 |
| FEB 04 | 51.72 | 0.00 | | | -243.36 | 278.45 |
| MAR 04 | 51.72 | 0.00 | | | -191.64 | 330.17 |
| APR 04 | 51.72 | 0.00 | | | | |

# Homecomings Financial

*A GMAC Company*

Loan # ████2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | | |
|---|---|---|
| Principal & Interest | $ | 147.25 |
| (I) Tax and/or Insurance Escrow Payment | | 48.30 |
| Subsidy | | 0.00 |
| Other | | 0.00 |
| **06/01/04 Payment** | $ | 195.55 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 492.00 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 82.59 |

$    579.59   (12 monthly tax and/or insurance escrow payments of $48.30)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $96.60 (see definition below). When we start with an escrow balance of $509.04, add your monthly escrow payments of $48.30, and subtract your tax and/or insurance bills when due, we exceed the Required Minimum Balance by $161.94. (see Table 2 on the reverse side for details)

The surplus in your escrow account must be refunded to you. A check for the surplus is attached to the bottom of this analysis.

**Important Terms**

Escrow Account – The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage – the amount the escrow balance falls short of the Required Minimum Balance.

Surplus – The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $96.60.



(CONTINUED NEXT PAGE)

012133 8111 P8    9HFOC 1290

**Homecomings Financial**

*A GMAC Company*

Loan ▓2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | | |
|---|---|---|
| Principal & Interest | $ | 147.25 |
| (I) Tax and/or Insurance Escrow Payment | | 48.30 |
| Subsidy | | 0.00 |
| Other | | 0.00 |
| **06/01/04 Payment** | $ | 195.55 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

### (I) Tax and/or Insurance Payments

We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 492.00 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 82.59 |

$ 579.59  (12 monthly tax and/or insurance escrow payments of $48.30)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

### (II) Required Escrow Account Minimum Balance

Your escrow account balance must not fall below a Required Minimum Balance of $96.60 (see definition below). When we start with an escrow balance of $509.04, add your monthly escrow payments of $48.30, and subtract your tax and/or insurance bills when due, we exceed the Required Minimum Balance by $161.94. (see Table 2 on the reverse side for details)

The surplus in your escrow account must be refunded to you. A check for the surplus is attached to the bottom of this analysis.

### Important Terms

**Escrow Account** - The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

**Shortage** - the amount the escrow balance falls short of the Required Minimum Balance.

**Surplus** - The amount the escrow balance exceeds the Required Minimum Balance.

**Required Minimum Balance** - The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $96.60.



(CONTINUED NEXT PAGE)

Table 1:
## PAST ESCROW ACTIVITY

| DATE | PREVIOUS PROJECTIONS | | | ACTUAL ACTIVITY | | |
|------|------|------|------|------|------|------|
| | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE: | | | $ 330.12 | | | $ -59.51 |
| JUN 03 | 51.72 | | 433.56 | 96.16 | | 36.65 |
| JUL 03 | 51.72 | | 485.28 | 101.16 | | 137.81 |
| AUG 03 | 51.72 | | 537.00 | 96.16 | | 233.97 |
| SEP 03 | 51.72 | | 588.72 | 95.20 | | 329.17 |
| OCT 03 | 51.72 | | | | | |
| OCT 03 | | 537.00 HAZARD INS | 103.44 | | 492.00 HAZARD INS * | -162.83 |
| NOV 03 | 51.72 | | 155.16 | 191.36 | | 28.53 |
| DEC 03 | 51.72 | 1.00 COUNTY TAX | 95.20 | | | |
| DEC 03 | | 82.59 CITY TAX | | | | |
| DEC 03 | | | 123.29 | | 82.59 CITY TAX * | 41.14 |
| JAN 04 | 51.72 | | 175.01 | 93.58 | | 134.72 |
| FEB 04 | 51.72 | | 226.73 | 93.58 | | 228.30 |
| MAR 04 | 51.72 | | 278.45 | 93.58 | | 321.88 |
| APR 04 | 51.72 | | 330.17 | 93.58 | | 415.46 |
| MAY 04 | | | | 93.58 | | 509.04 |
| TOTAL: | 568.92 | 620.59 | | 1143.14 | 574.59 | |
| | | | | (Actual Balance as of 05/04) | | $ 509.04 |

Table 2:

## ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | ESCROW BALANCE | TARGET BALANCE |
|------|------|------|------|------|------|
| BEGINNING BALANCE: | | | | 509.04 | 347.10 |
| JUN 04 | 48.30 | 0.00 | | 557.34 | 395.40 |
| JUL 04 | 48.30 | 0.00 | | 605.64 | 443.70 |
| AUG 04 | 48.30 | 0.00 | | 653.94 | 492.00 |
| SEP 04 | 48.30 | 0.00 | | 702.24 | 540.30 |
| OCT 04 | 48.30 | 492.00 | HAZARD INS     LP | 258.54 | 96.60 |
| NOV 04 | 48.30 | 0.00 | | 306.84 | 144.90 |
| DEC 04 | 48.30 | 5.00 | COUNTY TAX | 267.55 | 105.61 |
| DEC 04 | | 82.59 | CITY TAX | 315.85 | 153.91 |
| JAN 05 | 48.30 | 0.00 | | 364.15 | 202.21 |
| FEB 05 | 48.30 | 0.00 | | 412.45 | 250.51 |
| MAR 05 | 48.30 | 0.00 | | 460.75 | 298.81 |
| APR 05 | 48.30 | 0.00 | | 509.05 | 347.11 |
| MAY 05 | 48.30 | 0.00 | | | |

**Homecomings Financial**

*A GMAC Company*

www.homecomings.com

Loan # ▇▇▇2768

### Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

|  |  |  |
|---|---|---|
| Principal and Interest | | 159.25 |
| (I) Tax and/or Insurance Escrow Payment | | 53.65 |
| (II) Prorated Escrow Shortage | | 6.67 |
| Subsidy | | 0.00 |
| Other | | 0.00 |
| **03/01/05 Payment** | = $ | 219.57 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 545.00 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 93.75 |

$    643.75   (12 monthly tax and/or insurance escrow payments of $53.65)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $107.30 (see definition below). When we start with an escrow balance of $143.05, add your monthly escrow payments of $53.65, and subtract your tax and/or insurance bills when due, we fall $80.05 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $80.05 over the next 12 months. We will add $6.67 ($80.05 divided by 12) to your monthly payment for the next 12 months. This amount is shown as the "Prorated Escrow Shortage" included in your new monthly payment above.

**You may Pay the Shortage in Full**

If you would prefer to pay your shortage in full, your 03/01/05 payment should be $212.90 (as detailed in the section above entitled "Your New Monthly Payment" less the Prorated Escrow Shortage Amount) + the full shortage amount of $80.05.

**Important Terms**

Escrow Account – The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage – the amount the escrow balance falls short of the Required Minimum Balance.

Surplus – The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $107.30.



**Table 1:**

## PAST ESCROW ACTIVITY

| | PREVIOUS PROJECTIONS | | | ACTUAL ACTIVITY | | |
|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE: | | | $ 347.10 | | | $ 321.88 |
| APR 04 | | | 347.10 | 93.58 | 161.94 Surpl refund * | 253.52 |
| MAY 04 | | | 347.10 | 93.58 | | 347.10 |
| JUN 04 | 48.30 | | 395.40 | 48.30 | | 395.40 |
| JUL 04 | 48.30 | | 443.70 | 48.30 | | 443.70 |
| AUG 04 | 48.30 | | 492.00 | 48.30 | | 492.00 |
| SEP 04 | 48.30 | | 540.30 | 48.30 | | 540.30 |
| OCT 04 | 48.30 | | | 48.30 | 545.00 HAZARD INS * | 43.60 |
| OCT 04 | | 492.00 HAZARD INS | 96.60 | 48.30 | | 91.90 |
| NOV 04 | 48.30 | | 144.90 | 48.30 | | |
| DEC 04 | 48.30 | 5.00 COUNTY TAX | | | | |
| DEC 04 | | 82.59 CITY TAX | | | 93.75 CITY TAX * | 46.45 |
| DEC 04 | | | 105.61 | 48.30 | | 94.75 |
| JAN 05 | 48.30 | | 153.91 | 48.30 | | 143.05 |
| FEB 05 | 48.30 | | 202.21 | | | |
| MAR 05 | 48.30 | | 250.51 | | | |
| APR 05 | 48.30 | | 298.81 | | | |
| MAY 05 | 48.30 | | 347.11 | | | |
| TOTAL: | 579.60 | 579.59 | | 621.86 | 800.69 | |
| | | | | (Actual Balance as of 02/05) | | $  143.05 |

**Table 2:**

## ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | | | 143.05 | 223.10 |
| MAR 05 | 53.65 | 0.00 | | | 196.70 | 276.75 |
| APR 05 | 53.65 | 0.00 | | | 250.35 | 330.40 |
| MAY 05 | 53.65 | 0.00 | | | 304.00 | 384.05 |
| JUN 05 | 53.65 | 0.00 | | | 357.65 | 437.70 |
| JUL 05 | 53.65 | 0.00 | | | 411.30 | 491.35 |
| AUG 05 | 53.65 | 0.00 | | | 464.95 | 545.00 |
| SEP 05 | 53.65 | 0.00 | | | 518.60 | 598.65 |
| OCT 05 | 53.65 | 545.00 | HAZARD INS | LP | 27.25 | 107.30 |
| NOV 05 | 53.65 | 0.00 | | | 80.90 | 160.95 |
| DEC 05 | 53.65 | 5.00 | COUNTY TAX | | 35.80 | 115.85 |
| DEC 05 | | 93.75 | CITY TAX | | | |
| JAN 06 | 53.65 | 0.00 | | | 89.45 | 169.50 |
| FEB 06 | 53.65 | 0.00 | | | 143.10 | 223.15 |

# Homecomings Financial
*A GMAC Company*

www.homecomings.com

Loan # ████2768

## Escrow Account Disclosure Statement

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---|
| Principal and Interest | 184.55 |
| (I) Tax and/or Insurance Escrow Payment | 54.90 |
| (II) Total Escrow Shortage | 17.46 |
| Subsidy | 0.00 |
| Other | 0.00 |

| | | |
|---|---|---|
| 03/01/06 Payment | = $ | 256.91 |
| 04/01/06 Payment (after total escrow shortage is paid) | = $ | 239.45 |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

### (I) Tax and/or Insurance Payments

We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 560.00 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 93.75 |

$  658.75  (12 monthly tax and/or insurance escrow payments of $54.90)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

### (II) Required Escrow Account Minimum Balance

Your escrow account balance must not fall below a Required Minimum Balance of $109.80 (see definition below). When we start with an escrow balance of $213.14, add your monthly escrow payments of $54.90, and subtract your tax and/or insurance bills when due, we fall $17.46 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $17.46 in full with your NEXT payment. If your payments are drafted from a bank account, the shortage will not be drafted. Please use the coupon provided to remit this shortage.

### Important Terms

Escrow Account – The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage – the amount the escrow balance falls short of the Required Minimum Balance.

Surplus – The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance – The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $109.80.



009050 0000    1285

Table 1:
**PAST ESCROW ACTIVITY**

| | PREVIOUS PROJECTIONS | | | ACTUAL ACTIVITY | | |
|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESC. | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESC. | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE:................... | | | $ 223.10 | ................................ | | $ 94.75 |
| FEB 05 | | | 223.10 | 48.30 | | 143.05 |
| MAR 05 | 53.65 | | 276.75 | 60.32 | | 203.37 |
| APR 05 | 53.65 | | 330.40 | 60.32 | | 263.69 |
| MAY 05 | 53.65 | | 384.05 | 60.32 | | 324.01 |
| JUN 05 | 53.65 | | 437.70 | 60.32 | | 384.33 |
| JUL 05 | 53.65 | | 491.35 | 60.32 | | 444.65 |
| AUG 05 | 53.65 | | 545.00 | 60.32 | | 504.97 |
| SEP 05 | 53.65 | | 598.65 | 60.32 | | 565.29 |
| OCT 05 | 53.65 | | | 60.32 | | |
| OCT 05 | | 545.00 HAZARD INS | 107.30 | | 560.00 HAZARD INS * | 65.61 |
| NOV 05 | 53.65 | | 160.95 | 60.32 | | 125.93 |
| DEC 05 | 53.65 | 5.00 COUNTY TAX | | 60.32 | | |
| DEC 05 | | 93.75 CITY TAX | | | | |
| DEC 05 | | | 115.85 | | 93.75 CITY TAX * | 92.50 |
| JAN 06 | 53.65 | | 169.50 | 60.32 | | 152.82 |
| FEB 06 | 53.65 | | 223.15 | 60.32 | | 213.14 |
| TOTAL: | 643.80 | 643.75 | | 772.14 | 653.75 | |
| | | | | (Actual Balance as of 02/06) | | $ 213.14 |

Table 2:

**ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR**

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: ........................... | | | | | 213.14 | 230.60 |
| MAR 06 | 54.90 | 0.00 | | | 268.04 | 285.50 |
| APR 06 | 54.90 | 0.00 | | | 322.94 | 340.40 |
| MAY 06 | 54.90 | 0.00 | | | 377.84 | 395.30 |
| JUN 06 | 54.90 | 0.00 | | | 432.74 | 450.20 |
| JUL 06 | 54.90 | 0.00 | | | 487.64 | 505.10 |
| AUG 06 | 54.90 | 0.00 | | | 542.54 | 560.00 |
| SEP 06 | 54.90 | 0.00 | | | 597.44 | 614.90 |
| OCT 06 | 54.90 | 560.00 | HAZARD INS | LP | 92.34 | 109.80 |
| NOV 06 | 54.90 | 0.00 | | | 147.24 | 164.70 |
| DEC 06 | | 5.00 | COUNTY TAX | | | |
| DEC 06 | | 93.75 | CITY TAX | | 103.39 | 120.85 |
| JAN 07 | 54.90 | 0.00 | | | 158.29 | 175.75 |
| FEB 07 | 54.90 | 0.00 | | | 213.19 | 230.65 |

**Homecomings Financial**
*A GMAC Company*

www.homecomings.com

## ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███2768                                          DATE: 12/20/2006

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---|
| Principal and Interest | 199.33 |
| (I) Tax and/or Insurance Escrow Payment | 71.12 |
| (II) Prorated Escrow Shortage | 21.63 |
| Subsidy | 0.00 |
| Other | 0.00 |
| **01/01/07 Payment** | **$292.08** |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**

We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 754.66 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 93.75 |
| $853.41 | (12 monthly tax, and/or insurance escrow payments of $71.12) |

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $142.24 (see definition below). When we start with an escrow balance of $-73.81, add your monthly escrow payments of $71.12, and subtract your tax and/or insurance bills when due, we fall $259.51 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $259.51 over the next 12 months. We will add $21.63 ($259.51 divided by 12) to your monthly payment for the next 12 months. This amount is shown as the "Prorated Escrow Shortage" included in your new monthly payment above.

**You may Pay the Shortage in Full**

If you would prefer to pay your shortage in full, your 01/01/07 payment should be $270.45 (as detailed in the section above entitled "Your New Monthly Payment" less the Prorated Escrow Shortage Amount) + the full shortage amount of $259.51.

**Important Terms**

Escrow Account - The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage - The amount the escrow balance falls short of the Required Minimum Balance.

Surplus - The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance - The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $142.24.

(Continued on Next Page)

0129403 000001789 09HFE2 0933750 P58

| | Continuation of: |
|---|---|
| Kechia L Island | ESCROW ACCOUNT DISCLOSURE STATEMENT |

Table 1:
**PAST ESCROW ACTIVITY**

| | -----PREVIOUS PROJECTIONS----- | | | -----ACTUAL ACTIVITY----- | | |
|---|---|---|---|---|---|---|
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESCRIPTION | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESCRIPTION | ACTUAL ESCROW BALANCE |
| BEGINNING BALANCE: ............. | | $ 230.60 | BEGINNING BALANCE: .............. | | $ 152.82 |
| FEB 06 | | | 230.60 | 60.32 | | 213.14 |
| MAR 06 | 54.90 | | 285.50 | 72.36 | | 285.50 |
| APR 06 | 54.90 | | 340.40 | 109.80 | | 395.30 |
| MAY 06 | 54.90 | | 395.30 | | | |
| JUN 06 | 54.90 | | 450.20 | 54.90 | | 450.20 |
| JUL 06 | 54.90 | | 505.10 | 54.90 | | 505.10 |
| AUG 06 | 54.90 | | 560.00 | 54.90 | | 560.00 |
| SEP 06 | 54.90 | | 614.90 | 54.90 | | 614.90 |
| OCT 06 | 54.90 | 560.00 HAZARD INS | 109.80 | 54.90 | 754.66 HAZARD INS* | -84.86 |
| NOV 06 | 54.90 | | 164.70 | 54.90 | | -29.96 |
| DEC 06 | 54.90 | 5.00 COUNTY TAX | 120.85 | 54.90 | 5.00 COUNTY TAX | |
| DEC 06 | | 93.75 CITY TAX | | | 93.75 CITY TAX | -73.81 |
| JAN 07 | 54.90 | | 175.75 | | | |
| FEB 07 | 54.90 | | 230.65 | | | |
| TOTAL: | 658.80 | 658.75 | | 626.78 | 853.41 | |
| | | | | **(Actual Balance as of 12/06)** | | $ -73.81 |

Table 2:
**ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR**

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: ............... | | | | | -73.81 | 185.70 |
| JAN 07 | 71.12 | 0.00 | | | -2.69 | 256.82 |
| FEB 07 | 71.12 | 0.00 | | | 68.43 | 327.94 |
| MAR 07 | 71.12 | 0.00 | | | 139.55 | 399.06 |
| APR 07 | 71.12 | 0.00 | | | 210.67 | 470.18 |
| MAY 07 | 71.12 | 0.00 | | | 281.79 | 541.30 |
| JUN 07 | 71.12 | 0.00 | | | 352.91 | 612.42 |
| JUL 07 | 71.12 | 0.00 | | | 424.03 | 683.54 |
| AUG 07 | 71.12 | 0.00 | | | 495.15 | 754.66 |
| SEP 07 | 71.12 | 0.00 | | | 566.27 | 825.78 |
| OCT 07 | 71.12 | 754.66 | HAZARD INS | LP | -117.27 | 142.24 |
| NOV 07 | 71.12 | 0.00 | | | -46.15 | 213.36 |
| DEC 07 | 71.12 | 5.00 | COUNTY TAX | | | |
| DEC 07 | | 93.75 | CITY TAX | | -73.78 | 185.73 |

## Homecomings Financial
*A GMAC Company*

www.homecomings.com

## ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ▆▆▆▆2768                                    DATE: 02/20/2007

Periodically, we review the amount of your escrow account to insure there will be enough money to pay your taxes, insurance and other applicable fees. Sometimes, this review results in a change in your monthly payment. The results of our most recent review are shown below. Our next escrow account review will be done within the next 12 months.

### Your New Monthly Payment

| | |
|---|---|
| Principal and Interest | 199.33 |
| (I) Tax and/or Insurance Escrow Payment | 71.12 |
| (II)Prorated Escrow Shortage | 19.93 |
| Subsidy | 0.00 |
| Other | 0.00 |
| **03/01/07  Payment** | **$290.38** |

### How We Calculated It

First, we estimated what we expect your tax and/or insurance payments to be in the coming year. Here's what we expect:

**(I) Tax and/or Insurance Payments**                          We expect to pay:

| | |
|---|---|
| STATE FARM-TRANSMISSION ONLY | 754.66 |
| CADDO PARISH | 5.00 |
| SHREVEPORT CITY | 93.75 |

$853.41   (12 monthly tax, and/or insurance
escrow payments of $71.12)

Second, we projected your escrow account balance for the coming year, starting with your escrow balance today, to find out if it fell below the Required Minimum.

**(II) Required Escrow Account Minimum Balance**

Your escrow account balance must not fall below a Required Minimum Balance of $142.24 (see definition below). When we start with an escrow balance of $88.81, add your monthly escrow payments of $71.12, and subtract your tax and/or insurance bills when due, we fall $239.13 below the Required Minimum Balance. (see Table 2 on the reverse side for details)

We will collect your shortage of $239.13 over the next 12 months. We will add $19.93 ($239.13 divided by 12) to your monthly payment for the next 12 months. This amount is shown as the "Prorated Escrow Shortage" included in your new monthly payment above.

**You may Pay the Shortage in Full**

If you would prefer to pay your shortage in full, your 03/01/07 payment should be $270.45 (as detailed in the section above entitled "Your New Monthly Payment" less the Prorated Escrow Shortage Amount) + the full shortage amount of $239.13.

**Important Terms**

Escrow Account - The funds you pay with each monthly principal and interest payment. They are held by the lender for payment of hazard insurance, taxes, mortgage insurance or other fees.

Shortage - The amount the escrow balance falls short of the Required Minimum Balance.

Surplus - The amount the escrow balance exceeds the Required Minimum Balance.

Required Minimum Balance - The reserve amount a mortgage servicer collects to cover unanticipated payments or to cover payments made before the funds are available in your escrow account. The Required Minimum Balance is regulated by the Real Estate Settlement Procedures Act (RESPA). Your minimum balance is $142.24.

(Continued on Next Page)


0134968 000004788 09HFEA 0932711  P8

Kechia L Island

**Continuation of:**
ESCROW ACCOUNT DISCLOSURE STATEMENT

Table 1:
**PAST ESCROW ACTIVITY**

| | -----PREVIOUS PROJECTIONS----- | | | | -----ACTUAL ACTIVITY----- | | |
| DATE | PROJECTED PMTS TO ESCROW | PROJECTED PMTS FROM ESCROW/DESCRIPTION | TARGET ESCROW BALANCE | ACTUAL PMTS TO ESCROW | ACTUAL PMTS FROM ESCROW/DESCRIPTION | | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $    185.70 | BEGINNING BALANCE: | | $ | -29.96 |
| NOV 06 | | | 185.70 | | 93.75  CITY TAX* | | -123.71 |
| JAN 07 | 71.12 | | 256.82 | 119.77 | | | -3.94 |
| FEB 07 | 71.12 | | 327.94 | 92.75 | | | 88.81 |
| MAR 07 | 71.12 | | 399.06 | | | | |
| APR 07 | 71.12 | | 470.18 | | | | |
| MAY 07 | 71.12 | | 541.30 | | | | |
| JUN 07 | 71.12 | | 612.42 | | | | |
| JUL 07 | 71.12 | | 683.54 | | | | |
| AUG 07 | 71.12 | | 754.66 | | | | |
| SEP 07 | 71.12 | | 825.78 | | | | |
| OCT 07 | 71.12 | 754.66  HAZARD INS | 142.24 | | | | |
| NOV 07 | 71.12 | | 213.36 | | | | |
| DEC 07 | 71.12 | 5.00  COUNTY TAX | | | | | |
| DEC 07 | | 93.75  CITY TAX | 185.73 | | | | |
| TOTAL: | 853.44 | 853.41 | | 212.52 | 93.75 | | |
| | | | | (Actual Balance as of 02/07) | | $ | 88.81 |

Table 2:
**ESCROW ACCOUNT PROJECTIONS FOR THE COMING YEAR**

| DATE | PMTS TO ESCROW ACCT | PMTS FROM ESCROW ACCT | DESCRIPTION | | ESCROW BALANCE | TARGET BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | | | 88.81 | 327.94 |
| MAR 07 | 71.12 | 0.00 | | | 159.93 | 399.06 |
| APR 07 | 71.12 | 0.00 | | | 231.05 | 470.18 |
| MAY 07 | 71.12 | 0.00 | | | 302.17 | 541.30 |
| JUN 07 | 71.12 | 0.00 | | | 373.29 | 612.42 |
| JUL 07 | 71.12 | 0.00 | | | 444.41 | 683.54 |
| AUG 07 | 71.12 | 0.00 | | | 515.53 | 754.66 |
| SEP 07 | 71.12 | 0.00 | | | 586.65 | 825.78 |
| OCT 07 | 71.12 | 754.66 | HAZARD INS | LP | -96.89 | 142.24 |
| NOV 07 | 71.12 | 0.00 | | | -25.77 | 213.36 |
| DEC 07 | 71.12 | 5.00 | COUNTY TAX | | | |
| DEC 07 | | 93.75 | CITY TAX | | -53.40 | 185.73 |
| JAN 08 | 71.12 | 0.00 | | | 17.72 | 256.85 |
| FEB 08 | 71.12 | 0.00 | | | 88.84 | 327.97 |

October 15, 2007

Kechia Latreace Island
1741 Malcolm Street
Shreveport, LA 71108

Homecomings Financial
Escrow Account Management
P.O. Box 890036
Dallas, TX 75389

RE: Calculation Error of Escrow Account Disclosure Statements

After careful research/review from previous escrow statements beginning
1999 unto present date has been compiled concerning the escrow account of
Kechia Island is believed to be authentic and reliable; however the escrow
statement effective May 1, 2002 is in question concerning the total accuracy
and find it necessary to bring to Homecomings Financial attention any and
all errors. It is believed that the errors were initially caused by the
transference, revising and modifying account data from the transferring of
the old account #█████6408 from Homecoming Financial in Ewing, NJ to
the Homecoming office in Dallas, TX in May as of 2002.

In question is the review analysis of the escrow account regarding the
servicing of the loan and actual transactions for new Account # 0655482768
effective May 1, 2002 based on the anticipated activity. The 2002 escrow
account discloses a miscalculation believed to have caused the account to be
in a negative position of pervious years. The escrow deposits that were
anticipated to be collected and paid in the upcoming 12-months in May of
2002 is summarized in the Annual Escrow Account Disclosure Statement as
of 05/02/02. Based on the documented anticipated disbursements the
amount of the escrow deposits are calculated and summed up for preliminary
review from 1999 to present.

Under the Real Estate Settlement Procedures Act, Homecomings in N.J.
provided the escrow information from 1999 until 2002. The transfer did not
affect in any way, the terms or conditions of the mortgage agreement; other
than the escrow statements directly related to the servicing of my escrow
account. Information regarding my loan did not completely convert to the

computer system until 5 business days after the transfer date as of May 1, 2002. In which service representatives were not able to answer any question until after May 8th 2002. Several attempts were made to resolve this matter by calling Homecomings Financial time after time to enquire about the miscalculations of the escrow account to correct any problems that might exist. This has been a difficult process over the phone since each call is handled by different representatives and has been administered by different offices over a course of years – frustration sets in very quickly.

Homecomings Financial preserve the escrow account which is used to pay the real estate property taxes and homeowners insurance premiums for account # ████ 2768. As of August 2007 a new system is incorporated and the escrow accuracy is again in question. The escrow account reviewed annually determines whether the funds accumulated yearly are enough to pay homeowners insurance and property taxes. This also determines whether the account will encounter a shortage or surplus based on the anticipated activity. Miscalculation can be costly in an era of computer technology mortgages; therefore, the process has continued in error and has lead to problems with the money invested in escrow to be in question. Typical the money for escrow generates about $1,000 a year; however, with the escrow in error this will ensure that the property taxes become delinquent and the homeowners mortgage insurance not paid within the allotted time.


CLOSING STATEMENT

I, Kechia Island would like to schedule an appointment for an in-person hearing for further review to determine that the escrow statements be either correct or incorrect. It is preferred that the hearing review be not over the telephone since this will be a long and complicated process.


Sincerely,

*Kechia L. Island*

Kechia L. Island

# Homecomings Financial

*A GMAC Company*

PO BOX 205
Waterloo, IA 50704-0205

Customer Care Hours
Monday-Friday 6:00am-9:00PM CST
Saturday 9:00am-1:00pm CST

November 2, 2007

Kechia L Island
1741 Malcolm St
Shreveport LA  71108-2311

RE:    Account Number        ████2768
       Property Address      1741 Malcolm St
                             Shreveport LA  71108-2311

Dear Kechia L Island:

This letter is in response to your recent inquiry regarding your above referenced account.

Unfortunately we do not have a site for you to come in and discuss your escrow account. Please feel free to contact our Customer Care with any concerns you might have, or you can write in a letter to our Customer Care Department.  We apologize for this inconvenience.

If you have any further questions, please contact our Customer Care at 1-800-206-2901.

Customer Care
Loan Servicing

BD/BW

