David F. Garber, Esq.
Florida Bar No.: 0672386
DAVID F. GARBER, P.A.
2800 Davis Boulevard, Suite 211
Naples, Florida 34104
239.774.1400 Telephone
239.774.6687 Facsimile
davidfgarberpa@gmail.com
Attorney for Claimant, Barry Mack

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**<u>CREDITOR BARRY MACK'S NOTICE OF APPEAL AND STATEMENT OF ELECTION</u>**

1

**Part 1: Identify the appellant**

    1.    Name of the appellant: BARRY F. MACK.

    2.    Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: CLAIMANT.

**Part 2: Identify the subject of this appeal**

    1.    Describe the judgment, order or decree appealed from: MEMORANDUM OPINION AND ORDER SUSTAINING THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK (Docket No. 8969).

    2.    State the date on which the judgment, order or decree was entered: AUGUST 4, 2015.

**Part 3: Identify the other parties to the appeal**

    1.    Party: BARRY F. MACK

    Attorney: DAVID F. GARBER, DAVID F. GARBER, P.A., 2800 DAVIS BOULEVARD, SUITE 211, NAPLES, FLORIDA 34104, DAVIDFGARBERPA@GMAIL.COM.

    Party: RESCAP BORROWER CLAIMS TRUST

    Attorney: ADAM LEWIS, MORRISON FOERSTER, 425 MARKET STREET, SAN FRANCISCO, CALIFORNIA 94105, ALEWIS@MOFO.COM.

**Part 4. Optional election to have appeal heard by District Court**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

    DATED this 13th day of August, 2015.

    /s/ David F. Garber
    David F. Garber, Esq.
    Florida Bar No.: 0672386

    DAVID F. GARBER, P.A.
    2800 Davis Boulevard, Suite 211
    Naples, Florida 34104
    239.774.1400 Telephone
    239.774.6687 Facsimile
    davidfgarberpa@gmail.com