ATTACHMENT TO CIVIL COVER SHEET
CAUSE OF ACTION

12 U.S.C. § 2605 (e) Real Estate Settlement Procedures Act (RESPA).  Claimants MACK complained by letter of October 26, 2009 of unjustified foreclosure action by servicer GMAC MORTGAGE, LLC when Claimants MACK were not in default.  Debtor GMAC Mortgage, LLC never responded and Mrs. Mack suffered permanent kidney damage after attempting suicide 2 weeks after the letter.