Status Conference Date and Time:  August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE ON AUGUST 20, 2015 AT 10:00 A.M.
(PREVAILING EASTERN TIME) REGARDING THE RESCAP
BORROWER CLAIMS TRUST'S OBJECTION TO PROOFS
OF CLAIM NOS. 2769 AND 2772 FILED BY ALVIN AND
SANDRA LA BOSTRIE AND ADJOURNMENT OF
HEARING REGARDING THE SAME**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie* [Docket No. 8459] (the "Objection"), previously scheduled to be heard on August 20, 2015 at 10:00 a.m. prevailing Eastern Time, has at the direction of the Court, been rescheduled as a status conference (the "Status Conference") on the Objection.  The hearing on the merits of the Objection is being adjourned to a date that will be determined by the Court during the Status Conference.

**PLEASE TAKE FURTHER NOTICE** that Alvin and Sandra LaBostrie may

ny-1200050

appear at the Status Conference by telephone.

| | |
|---|---|
| Dated: August 14, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1200050