# INDEX TO EXHIBITS

## MOTION FOR PARTIAL RECONSIDERATION OF ORDER SUSTAINING IN PART AND OVERRULING IN PART THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NUMBERS 2291, 2294, 2295, AND 2357 FILED BY PAMELA D. LONGONI AND JEAN GAGNON

Exhibit 1:    Adjustable Rate Loan Modification Agreement