**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No.: 12-12020 (MG)

-------------------------------------------------------------x

Jointly Administered

In re: RESIDENTIAL CAPITAL, LLC, et al.,

Chapter 11

Debtor

-------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of T. Chris Stewart, to be admitted, *pro hac vice*, to represent Honor Bank f/k/a The Honor Bank, (the "Client") a defendant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Minnesota and Wisconsin and, if applicable, the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that T. Chris Stewart, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **August 17, 2015**
New York, New York

_____/s/Martin Glenn_____
The Honorable Martin Glenn
United States Bankruptcy Judge