Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, Ca. 94010



August 14, 2015

**VIA U.S. First Class Mail**

Hon. Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Blowing Green
New York, New York 10004-1408

Re: In re Residential Capitial, LLC et al. Case No. 12-12020. Claim Nos. 416 and 417

Dear Honorable Judge Glenn:

On August 8, 2015, I received a letter FOR SETTLEMENT PURPOSE ONLY from the Debtor's attorney Jordan A. Wishnew of Morrison and Foerster. Included in the letter were two documents: (1) Limited Power of Attorney from HSBC as Trustee for DALT 2007-OA5 dated August 28, 2008, purportedly authorizing Mira Smooth an employee of GMAC Mortgage, LLC and (2) her individual profile of her tenure at defunct GMAC Mortgage, LLC and defunct Executive Trustee Services.

I am a Creditor against the Debtors with unliquidated claims. Although the Borrower's Trust reached out for settlement offer, the offer was not made in good faith and is prejudice and harmful to me as a creditor. The offer of $5000.00 of which I would only receive $1,550.00 in exchange for giving up all my legal rights to pursue any claims against the Debtors and the Debtors' successor's of interest in not a fair settlement. I am in the process of filing a case against Ocwen and HSBC as Trustee for DALT 2007-OA5 in California for continuing to file fraudulent and fabricated documents in order to obtain beneficial interest on my property.

This unlawful practice by the Debtors continues to this day before your Court. Ocwen files fabricated evidence at the expense of Creditors. The Borrowers Trust and the Liquidating Trust have knowledge of this illegal practice and yet allows their attorneys to file fraudulent documents in the court. I can prove this allegation when we have an evidentiary hearing.

This letter is also in response to Attorney Wishnew's letter to the Honorable Judge Glenn, where he is asking to permit the Borrower Trust to submit a supplemental pleading solely with regards to the remaining contested issue. I would like to request the Court to deny Borrower Trust supplemental pleading and request to schedule a discovery and an evidentiary hearing. I believe the Attorney is taking advantage of my Pro Se status in the State of New York to deny my due process right to an evidentiary hearing that was ordered by this Court. I have the right to challenge the documents the Borrower's Trust attempts to present in the evidentiary hearing.

The Court has permitted different causes of action to proceed, and Borrower's Trust attempt to circumvent that process is unfair to myself.

Everyday, I continue to suffer damages as a result of Debtors' fabricated assignment of deed. I cannot sell or refinance my property because the Title Insurance Company cannot insure or issue a Title Certificate because of the Cloud of Title on my property caused by Debtors' misconduct. The only remedy for the Aniel is to conduct any discovery and have an evidentiary hearing to settle the remaining issue of the assignment of deed in 2011. I have the right now to request and subpoena documents and persons involved on this fraudulent assignment of deed.

I do not agree with Counsel for the Debtors' request in the August 11, 2015 letter to the Court.

Respectfully,

Erlinda Abibas Aniel

Cc:

**Peter S. Kravitz, Esq.**
Solution Trust
230 Park Avenue, 10th Floor
New York, NY 10169

**The Office of the United States Trustee for the Southern District of New York**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attention: Linda A. Riftkin and Brian S. Masumoto