# Loan History

Date Data as-of: March 5, 2014

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8843 | 05/17/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 05/04/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($94.18) | $0.00 | $0.00 | ($94.18) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/19/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/04/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($94.18) | $0.00 | $0.00 | ($94.18) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/28/2011 | 12/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/17/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/04/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($94.18) | $0.00 | $0.00 | ($94.18) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 02/25/2011 | 12/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 02/17/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 02/04/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($94.18) | $0.00 | $0.00 | ($94.18) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/19/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/18/2011 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/11/2011 | 12/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/04/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($94.18) | $0.00 | $0.00 | ($94.18) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/03/2011 | 12/01/2009 | $234,176.00 | Escrow Disb-Tax City | | E91 | 32687 | ($2,108.92) | $0.00 | $0.00 | ($2,108.92) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/31/2010 | 12/01/2009 | $234,176.00 | Interest On Escrow | | EI | 32046 | $1.66 | $0.00 | $0.00 | $1.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/17/2010 | 12/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/03/2010 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/19/2010 | 12/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/17/2010 | 12/01/2009 | $0.00 | Unapplied | | UI | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/10/2010 | 12/01/2009 | $0.00 | Unapplied | | UFU | 26506 | $875.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/10/2010 | 12/01/2009 | $0.00 | Unapplied | | UFF | 00000 | ($875.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/10/2010 | 12/01/2009 | $0.00 | Non-Cash | | AA | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/03/2010 | 12/01/2009 | $234,176.00 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/29/2010 | 12/01/2009 | $234,176.00 | PAYMENT | | RP | 01653 | $1,960.80 | $227.20 | $1,289.68 | $443.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/29/2010 | 12/01/2009 | $234,176.00 | PAYMENT | | SR0 | 01653 | ($1,035.40) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,035.40) | $0.00 | $0.00 |
| 8843 | 10/29/2010 | 12/01/2009 | $0.00 | Unapplied | | UFF | 01653 | ($1,035.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/29/2010 | 12/01/2009 | $0.00 | Unapplied | | UFF | 01653 | $855.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/29/2010 | 11/01/2010 | $0.00 | Comment | | RPL | 01653 | $855.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $477.78 |
| 8843 | 10/04/2010 | 11/01/2009 | $234,403.20 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $477.78 |
| 8843 | 09/30/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | SR | 01653 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 8843 | 09/30/2010 | 11/01/2009 | $0.00 | Unapplied | | UFF | 01653 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Loan History

Date Data as-of: March 5, 2014

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 843 | 09/30/2010 | 10/01/2010 | $0.00 | Comment | | RPL | 01653 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 09/16/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | SR | 18356 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 843 | 09/16/2010 | 11/01/2009 | $0.00 | Unapplied | | UFF | 18356 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 843 | 09/16/2010 | 10/01/2009 | $0.00 | Comment | | RPL | 18356 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 09/03/2010 | 11/01/2009 | $234,403.20 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/31/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | SR | 19344 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 843 | 08/31/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | SR0 | 19344 | ($955.40) | $0.00 | $0.00 | $0.00 | $0.00 | ($955.40) | $0.00 | $0.00 |
| 843 | 08/31/2010 | 11/01/2009 | $0.00 | Unapplied | | UFF | 19344 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/31/2010 | 10/01/2010 | $0.00 | Comment | | RPL | 19344 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/22/2010 | 11/01/2009 | $234,403.20 | Non-Cash | | AA | 01103 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/22/2010 | 11/01/2009 | $0.00 | Unapplied | | UFF | 01103 | $875.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/11/2010 | 11/01/2009 | $234,403.20 | Non-Cash | | AA | 01103 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/04/2010 | 11/01/2009 | $234,403.20 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/30/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | RP | 01653 | $1,990.80 | $225.97 | $1,270.91 | $493.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/30/2010 | 11/01/2009 | $234,403.20 | PAYMENT | | SR0 | 01653 | ($1,035.40) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,035.40) | $0.00 | $0.00 |
| 843 | 07/30/2010 | 11/01/2009 | $0.00 | Unapplied | | UFF | 01653 | ($1,035.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/30/2010 | 09/01/2010 | $0.00 | Comment | | RPL | 01653 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $855.40 | $0.00 | $0.00 |
| 843 | 07/14/2010 | 10/01/2009 | $234,629.17 | PAYMENT | | SR | 18996 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 843 | 07/14/2010 | 10/01/2009 | $0.00 | Unapplied | | UFF | 18996 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/14/2010 | 08/01/2010 | $0.00 | Comment | | RPL | 18996 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($637.04) |
| 843 | 07/13/2010 | 10/01/2009 | $0.00 | Non-Cash | | AA | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/13/2010 | 10/01/2009 | $0.00 | Unapplied | | UFF | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($637.04) |
| 843 | 07/13/2010 | 10/01/2009 | $0.00 | Unapplied | | UFF | 00000 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/13/2010 | 10/01/2009 | $0.00 | Unapplied | | UFU | 26506 | ($955.40) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/12/2010 | 10/01/2009 | $0.00 | Unapplied | | UI | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/12/2010 | 10/01/2009 | $0.00 | Unapplied | | UI | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $477.78 |
| 843 | 07/12/2010 | 10/01/2009 | $234,629.17 | Non-Cash | | AA | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $477.78 |
| 843 | 07/06/2010 | 10/01/2009 | $0.00 | Unapplied | | EB1 | 32687 | ($2,108.92) | $0.00 | $0.00 | ($2,108.92) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/02/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-Tax City | | EB1 | 32687 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/02/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/02/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-Fire | | E20 | 32022 | ($725.00) | $0.00 | $0.00 | ($725.00) | $0.00 | $0.00 | $0.00 | $0.00 |

# Loan History

March 6, 2014

Date Data as-of: March 5, 2014

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8843 | 06/04/2010 | 10/01/2008 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 05/27/2010 | 10/01/2009 | $234,629.17 | PAYMENT | | SR | 01655 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $955.40 | $0.00 | $0.00 |
| 8843 | 05/27/2010 | 10/01/2009 | $0.00 | Unapplied | | UFF | 01655 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 05/27/2010 | 06/01/2010 | $0.00 | Comment | | RPL | 01655 | $955.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 05/10/2010 | 10/01/2009 | $234,629.17 | Non-Cash | | AA | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($477.78) |
| 8843 | 05/10/2010 | 10/01/2009 | $0.00 | Unapplied | | UI | 26506 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($477.78) |
| 8843 | 05/07/2010 | 10/01/2009 | $0.00 | FEE | 040 | FB | 32551 | $811.70 | $0.00 | $0.00 | $0.00 | $811.70 | $0.00 | $0.00 | $0.00 |
| 8843 | 05/04/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/20/2010 | 10/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/20/2010 | 10/01/2009 | $0.00 | FEE | 040 | FB | 32551 | $766.60 | $0.00 | $0.00 | $0.00 | $766.60 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/17/2010 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 04/02/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/22/2010 | 10/01/2009 | $0.00 | FEE | | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/17/2010 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 03/03/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 02/17/2010 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 02/03/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/19/2010 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/08/2010 | 10/01/2009 | $0.00 | FEE | 011 | FB | 32506 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/07/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-Tax City | | E91 | 32667 | ($2,071.71) | $0.00 | $0.00 | ($2,071.71) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 01/04/2010 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($95.37) | $0.00 | $0.00 | ($95.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/31/2009 | 10/01/2009 | $234,629.17 | Interest On Escrow | | EI | 32046 | $26.31 | $0.00 | $0.00 | $26.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/17/2009 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 12/04/2009 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/17/2009 | 10/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 11/04/2009 | 10/01/2009 | $234,629.17 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/16/2009 | 10/01/2009 | $0.00 | FEE | 171 | FB | 00607 | $7.50 | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/16/2009 | 10/01/2009 | $0.00 | FEE | 171 | FEA | 00607 | $7.50 | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/02/2009 | 09/01/2009 | $0.00 | PAYMENT | | AP | 00607 | $1,982.40 | $224.75 | $1,272.13 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 10/02/2009 | 09/01/2009 | $234,853.92 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 09/21/2009 | 09/01/2009 | $234,853.92 | Escrow Disb | | E01 | 32662 | ($349.85) | $0.00 | $0.00 | ($349.85) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8843 | 09/15/2009 | 09/01/2009 | $0.00 | FEE | 171 | FB | 00607 | $7.50 | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 |

# Loan History

March 6, 2014

Date Data as-of: March 5, 2014

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 843 | 09/15/2009 | 09/01/2009 | $0.00 | FEE | 171 | FEA | 00507 | $7.50 | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 |
| 843 | 09/15/2009 | 09/01/2009 | $234,853.92 | PAYMENT | | AP | 00607 | $1,982.40 | $223.54 | $1,273.34 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 09/04/2009 | 08/01/2009 | $235,077.46 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/28/2009 | 08/01/2009 | $235,077.46 | Non-Cash | | AA | 22733 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/28/2009 | 08/01/2009 | $0.00 | Unapplied | | UI | 22733 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/28/2009 | 08/01/2009 | $0.00 | Waiver | 07 | LCW | 22733 | $158.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $158.58 |
| 843 | 08/27/2009 | 08/01/2009 | $235,077.46 | PAYMENT | | AP | 00606 | $1,982.40 | $222.34 | $1,274.54 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/18/2009 | 07/01/2009 | $0.00 | Unapplied | | UI | 00606 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/04/2009 | 07/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 08/04/2009 | 07/01/2009 | $235,299.80 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/25/2009 | 07/01/2009 | $235,299.80 | PAYMENT | | AP | 00330 | $1,982.40 | $221.14 | $1,275.74 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/25/2009 | 07/01/2009 | $0.00 | Unapplied | | UI | 00330 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/17/2009 | 07/01/2009 | $0.00 | Comment | | SLC | 00000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/11/2009 | 06/01/2009 | $235,520.94 | Non-Cash | | AA | 15377 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/11/2009 | 06/01/2009 | $235,520.94 | Non-Cash | | AA | 20128 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/11/2009 | 06/01/2009 | $0.00 | Unapplied | | UI | 15377 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.29 |
| 843 | 07/11/2009 | 06/01/2009 | $0.00 | Unapplied | | UI | 20128 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.29 |
| 843 | 07/11/2009 | 06/01/2009 | $0.00 | Waiver | 01 | LCW | 15377 | $79.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.29 |
| 843 | 07/07/2009 | 06/01/2009 | $0.00 | Waiver | 07 | LCW | 20128 | $79.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/03/2009 | 06/01/2009 | $235,520.94 | Escrow Disb-Tax City | | E91 | 32687 | ($2,071.71) | $0.00 | $0.00 | ($2,071.71) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 07/02/2009 | 06/01/2009 | $235,520.94 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 06/18/2009 | 06/01/2009 | $235,520.94 | Escrow Disb-Fire | | E20 | 32022 | ($657.00) | $0.00 | $0.00 | ($657.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 06/18/2009 | 06/01/2009 | $235,520.94 | PAYMENT | | AP | 00330 | $1,982.40 | $219.95 | $1,276.93 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 06/18/2009 | 06/01/2009 | $0.00 | Unapplied | | UI | 00330 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($79.29) |
| 843 | 06/05/2009 | 06/01/2009 | $235,740.89 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 06/01/2009 | 05/01/2009 | $235,740.89 | PAYMENT | | AP | 00317 | $1,982.40 | $218.77 | $1,278.11 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 06/01/2009 | 05/01/2009 | $0.00 | Unapplied | | UI | 00317 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($79.29) |
| 843 | 05/04/2009 | 04/01/2009 | $235,959.66 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 04/13/2009 | 04/01/2009 | $235,959.66 | PAYMENT | | AP | 00330 | $1,982.40 | $217.59 | $1,279.29 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 04/03/2009 | 03/01/2009 | $236,177.25 | Escrow Disb-FHA | | E56 | 32075 | ($96.49) | $0.00 | $0.00 | ($96.49) | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 03/16/2009 | 03/01/2009 | $236,177.25 | PAYMENT | | AP | 00330 | $1,982.40 | $216.41 | $1,280.47 | $485.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 843 | 03/04/2009 | 02/01/2009 | $236,393.66 | Escrow Disb-FHA | | E51 | 32075 | ($96.00) | $0.00 | $0.00 | ($96.00) | $0.00 | $0.00 | $0.00 | $0.00 |

# Loan History

March 6, 2014

| Transaction Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 843 | | 01/28/2011 | FOR | hearing date; we will update LPS if | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | step not completed as of 02/04/2011. | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | 01/28/11 - 11:30 - 12504 | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | step Judgment Entered to 2/4/2011. | NEW TRAK SYSTEM ID |
| 843 | | 01/28/2011 | FOR | Reason: Other. Comments: Please be a | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | 01/25/11 - 12:42 - 12504 | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | is terminated or if there will be a | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | subsequent hearing. . Status: | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | Active, approval not required. | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | 01/25/11 - 12:42 - 12504 | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | s at mediation today, 01/25/11. We | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | must reproject this step in order | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | to receive the results and analyze | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | them to determine whether mediation | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | 01/25/11 - 12:42 - 12504 | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | FOR | step Judgment Entered to 1/28/2011. | NEW TRAK SYSTEM ID |
| 843 | | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | NEW TRAK SYSTEM ID |
| 843 | ▓▓ | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 843 | ▓▓ | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 843 | ▓▓ | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 843 | ▓▓ | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 843 | ▓▓ | 01/25/2011 | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 843 | | 01/25/2011 | NT | Inspection Hold Placed 01/25/2011 - Account met | API CSRV |
| 843 | | 01/25/2011 | NT | the criteria in the HUD RPC report. | API CSRV |
| 843 | | 01/25/2011 | FSV | DELINQ INSP HOLD PLACED, REL DT =02/01/11 | NIKKI SMELCHER |
| 843 | FSV | 01/25/2011 | FOR | no sale | NIKKI SMELCHER |
| 843 | | 01/20/2011 | FOR | TASKCO862-FCL-CHANGD FUPDT 02/08/11 | DAVOX INCOMING FILE |
| 843 | | 01/20/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 843 | | 01/20/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 843 | | 01/20/2011 | DMD | 01/20/11 12:47:04 RPC:NO RESOLUTION | DAVOX INCOMING FILE |

## Loan History

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 01/20/2011 | DM | TT B1, ADV FORCL AND TAD, B1 NOT ABLE TO | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | REINSTATE, B1 WANTED TO KNOW WHAT MONTHS WAS OWN | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | ADV JAN'10-JAN'11, B1 ADV THAT HE WAS ON FORB PLAN | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | AND WE WERE SUPPOSE TO APPLY THE PMTS TO BACK PMTS | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | NOT FEES OR ANYTHING LIKE THAT, B1 ADV THAT WE | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | MUST NOT HAVE DONE THAT AND THAT IS BANK FRAUD, B1 | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO BRUN | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | ADV THAT HIS CONV IS BEING RECORDED AS WELL, B1 | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | HUNG UP. | GRANT MORFITT |
| 8843 | | 01/20/2011 | DM | ACTION/RESULT CD CHANGED FROM NOTE TO OAAI | GRANT MORFITT |
| 8843 | COL09 | 01/20/2011 | CIT | 041 DONE 01/20/11 BY TLR 01416 | KIRK NEUROTH |
| 8843 | COL09 | 01/20/2011 | CIT | TSK TYP 325-FHA TRIAL HMP E | KIRK NEUROTH |
| 8843 | COL09 | 01/20/2011 | CIT | 041 Closing CIT as loan has been decisioned | KIRK NEUROTH |
| 8843 | COL09 | 01/20/2011 | CIT | through the calculator | KIRK NEUROTH |
| 8843 | NHMP2 | 01/20/2011 | NT | FAIL Negative Amortization | KIRK NEUROTH |
| 8843 | | 01/20/2011 | LMT | PURSUE LN MODIFCATN  (1000) COMPLETED 01/20/11 | KIRK NEUROTH |
| 8843 | | 01/20/2011 | LMT | APPROVED FOR LMT 01/20/11 | KIRK NEUROTH |
| 8843 | | 01/19/2011 | FOR | 01/19/11 - 16:07 - 00007 | NEW TRAK SYSTEM ID |
| 8843 | | 01/19/2011 | FOR | Foreclosure (NIE Id# 17537456) | NEW TRAK SYSTEM ID |
| 8843 | | 01/19/2011 | FOR | picked up by firm Hunt Leibert & | NEW TRAK SYSTEM ID |
| 8843 | | 01/19/2011 | FOR | Jacobson at 1/19/2011 4:06:30 PM by | NEW TRAK SYSTEM ID |
| 8843 | | 01/19/2011 | FOR | Valerie Flores | NEW TRAK SYSTEM ID |
| 8843 | | 01/19/2011 | OL | WDOYLM - DENIAL LETTER | TIM WOODRUFF |
| 8843 | | 01/19/2011 | CIT | 041 cap amt:  0       (7)     COMPLETED 01/19/11 | TIM WOODRUFF |
| 8843 | | 01/19/2011 | LMT | FILE CLOSED              (7)     COMPLETED 01/19/11 | TIM WOODRUFF |
| 8843 | | 01/19/2011 | LMT | LOSS MIT DENIED OTHER | TIM WOODRUFF |
| 8843 | COL09 | 01/19/2011 | CIT | 040 DONE 01/19/11 BY TLR 18896 | TIM WOODRUFF |
| 8843 | COL09 | 01/19/2011 | CIT | TSK TYP 609-GOV HMP REVIEW | TIM WOODRUFF |
| 8843 | COL09 | 01/19/2011 | CIT | 040 CIT ESC9 Using Waterfall, cannot lower payment | TIM WOODRUFF |
| 8843 | COL09 | 01/19/2011 | CIT | enough to be approved for HMP. | TIM WOODRUFF |
| 8843 | ESC05 | 01/19/2011 | CIT | 041 cap amt:  0 | MARIA FRIAS |
| 8843 | ESC05 | 01/19/2011 | CIT | shtg amt:  242.71 | MARIA FRIAS |
| 8843 | ESC05 | 01/19/2011 | CIT | esc pmt (1/12th): 506.08 | MARIA FRIAS |
| 8843 | ESC05 | 01/19/2011 | CIT | 1/60th amt of shtg:  4.04 | MARIA FRIAS |
| 8843 | | 01/19/2011 | | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8843 | NHMP2 | 01/18/2011 | NT | FAIL Negative Amortization | KIRK NEUROTH |

# Loan History

Date Data as-of: March 5, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 12/30/2010 | FOR | st be filed. Attendance at | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | mediation by firm is mandatory, per | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | statute. Any fee denied by investor | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 12/30/10 - 15:05 - 00000 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | continued. The court requires all | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | parties to be ready to mediate or | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | the Court may sanction you. If a | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | party is not ready, a continuance mu | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 12/30/10 - 15:05 - 00000 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | e time is needed to decide on | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | options for the borrower or to | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | contact the investor for approval | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | so that the mediation hearing can be | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 12/30/10 - 15:05 - 00000 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | NewTrak User - (Cont) - out | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | options. Please provide a contact | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | for this hearing.  You must | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | notify our office IMMEDIATELY if mor | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 12/30/10 - 15:05 - 00000 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | loss. Status: Active   Projected | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | End: 12:00:00 AM changed to | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 01/24/2011 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | 12/30/10 - 15:05 - 00000 | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | NewTrak User - (Cont) - due to | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | servicer's failure to follow | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | investor guidelines during | NEWTRAK SYSTEM ID |
| 8843 | | 12/30/2010 | FOR | mediation is payable to firm by serv | NEWTRAK SYSTEM ID |
| 8843 | EOY50 | 12/30/2010 | CIT | 034 DONE 12/30/10 BY TLR 01476 | DAWN STONER |
| 8843 | EOY50 | 12/30/2010 | CIT | TSK TYP 155-CC TRACK - LM F | DAWN STONER |
| 8843 | EOY50 | 12/30/2010 | CIT | 034 Closing Expired CIT 155 | DAWN STONER |
| 8843 | EOY50 | 12/28/2010 | DMD | 00:00:00 00:00:00 | DAVOX INCOMING FILE |
| 8843 | | 12/28/2010 | DMD | 12/28/10 14:15:53 RPC NO RESOLUTION | DAVOX INCOMING FILE |
| 8843 | FSV | 12/28/2010 | NT | Inspection Hold Placed 12/28/2010 - Account met | API CSRV |
| 8843 | FSV | 12/28/2010 | NT | the criteria in the HUD RPC report. | API CSRV |

# Loan History

March 6, 2014

Date Data as-of: March 5, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 12/28/2010 | DM | TT B1 STATED THAT HAS ATT AND IS WORKING WITH LISA | SHANNON FLEMING |
| 8843 | | 12/28/2010 | DM | FROM OUR COMPANY STATED THAT HAS NOTHING MORE TO | SHANNON FLEMING |
| 8843 | | 12/28/2010 | DM | SAY ONLY WILL WORK WITH OUR ATT AND HIS ATT AND | SHANNON FLEMING |
| 8843 | | 12/28/2010 | DM | WILL ONLY TALK IN COURT ROOM | SHANNON FLEMING |
| 8843 | | 12/28/2010 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | SHANNON FLEMING |
| 8843 | | 12/28/2010 | FSV | DELINQ INSP HOLD PLACED; REL DT =01/04/11 | API CSRV |
| 8843 | | 12/23/2010 | FOR | 12/23/10 - 12:51 - 12504 | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | eted by 12/30/10. . Status: | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | Active, approval not required. | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | 12/23/10 - 12:51 - 12504 | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | We are waiting to see whether the | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | court will terminate the mediation | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | period or set a new hearing date. | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | We will update LPS if step not compl | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | 12/23/10 - 12:51 - 12504 | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | step Judgment Entered to | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | 12/30/2010. Reason: Other, Comments: | NEW TRAK SYSTEM ID |
| 8843 | | 12/23/2010 | FOR | sale not held | CHELLE ADKINS |
| 8843 | | 12/23/2010 | FOR | TASK:0692-FCL-CHANGD FUPDT 01/22/11 | API CSRV |
| 8843 | FSV | 12/22/2010 | NT | Inspection Hold Placed 12/21/2010 - Account met | API CSRV |
| 8843 | | 12/22/2010 | NT | the criteria in the HUD RPC report. | API CSRV |
| 8843 | FSV | 12/21/2010 | FSV | DELINQ INSP HOLD PLACED; REL DT =12/28/10 | API CSRV |
| 8843 | | 12/21/2010 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8843 | MEDR | 12/20/2010 | | emailed a copy of the financial package to Shawn | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | to provide to the mediator and to B1, so we can | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | take a look at any sort of options for B1. | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | continued: have placed him on a forbearance in | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | order to give him time to get a job. In addition | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | we have placed him on a repayment plan. Per | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | Shawn, B1 is still not working | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | Mediation hearing was set for today, any Shawn | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | from Hunt Liebert called to get an updated prior | JODI SHARAAN |
| 8843 | MEDR | 12/20/2010 | | to going into the mediation. Advised that we put | JODI SHARAAN |

# Loan History

March 6, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 08/13/2010 | FOR | riginal request was to hold until | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 06/01. And if the HUD directive was | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | to just place it on some type of | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Loss Mit hold then wouldn't we be ab | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Carmen - IA Subject: RE: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 0602198843   I think what we | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | need to know is if the HUD | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | directive is still valid since the o | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Paul Maisey - (Cont) caicy | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Resolution Specialist  From: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Maisey, Paul - PA  Sent: Thursday, | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | August 12, 2010 9:08 AM To: Starr, | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | PS  this is one that Peggy was | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | emailing me about earlier today. | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Carm | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | RE: 0602198843   Yes, this is a | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | valid hold  there is a forbearance | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | agreement on the account with the | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | last payment due 11/1  thank you. | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | _____  From: Starr, Carmen - IA | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Sent: Tuesday, August 10, 2010 6:00 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | PM To: Maisey, Paul - PA Subject: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Paul Maisey - (Cont)  on upcoming | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | in November. So it won't go to sale | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | anytime soon regardless. I ll just | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | push the f/u date out until then. | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | r Deed in Lieu pending. | NEW TRAK SYSTEM ID |

# Loan History

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:08 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | nt: User has ended the hold, Hold | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | End Date: 08/13/2010. Hold type: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Client Hold Request/System updated | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | for the following event. User has en | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:08 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Intercom From: Paul Maisey, GMAC - | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | To: Lawrence Leeks (GMAC) / | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Subject: Hold Request/Message: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | System updated for the following eve | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | as they have a hold on the | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | account, we are good to go. Thank | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | you.  Carmen Starr  Advo | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | IA.  Sent: Thursday, August 12, | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 2010 5:49 PM To: Maisey, Paul - PA | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Subject: RE: 0602188843   This | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | is a valid loss mit hold, so as long | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | I a Deed In Lieu pending hold on | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | the account.  I'm going to remove | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | the Client Hold request from April. | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Thank you.   From: Starr, Carmen - | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | From: Maisey, Paul - PA   Sent: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Friday, August 13, 2010 11:06 AM | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | To: Starr, Carmen - IA  Subject: | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | RE: 0602188843    Ok, there is still | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | lo to remove this hold since Loss | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | Mit did what may have been asked ?? | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | FYI: there is court ordered | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | media(l) | NEW TRAK SYSTEM ID |
| 8843 | | 08/13/2010 | FOR | 08/13/10 - 10:07 - 39325 | NEW TRAK SYSTEM ID |

# Loan History

| Transaction 2 Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 843 | FSV | 07/14/2010 | NT | pannell tx 3911 | LAKITTA PANNELL |
| 843 | | 07/13/2010 | | CLD HOME PH; SPOKE TO B1. ADV FUNDS WERE RCVD ON 7/12 AND PMT PORTION CHG EXPRE. ADV REESTABLISHED PMT PORTION AND NEXT PMT DUE IS 8/1/10. | BLAKE HANSEN |
| 843 | | 07/13/2010 | | ACTION/RESULT CD CHANGED FROM LMDC TO BRRS | BLAKE HANSEN |
| 843 | | 07/13/2010 | LMT | REPAY PLAN STARTED (4009) COMPLETED 07/13/10 | BLAKE HANSEN |
| 843 | | 07/13/2010 | RPA | REPAY PLAN STARTED (4009) COMPLETED 07/13/10 | BLAKE HANSEN |
| 843 | | 07/13/2010 | LMT | PURSUE REPAY PLAN (4009) COMPLETED 07/13/10 | BLAKE HANSEN |
| 843 | | 07/12/2010 | DM | REPAY PLAN CANCELED AUTOMATIC | BLAKE HANSEN |
| 843 | | 07/09/2010 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| 843 | | 07/09/2010 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 843 | | 07/09/2010 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | SYSTEM ID |
| 843 | | 07/09/2010 | | RCVD FH CALL FRI; STD RCVD RETURND CHK ON SATURDAY 7/3; CONLLNT GET CERT FUNDS UNTIL TODAY AND STTD WILL BE SENDING IN TODAY. ADV WILL | BLAKE HANSEN |
| 843 | | 07/06/2010 | | NOTATE | BLAKE HANSEN |
| 843 | | 07/06/2010 | DM | ACTION/RESULT CD CHANGED FROM NOTE TO LMDC | BLAKE HANSEN |
| 843 | | 07/02/2010 | DM | EARLY IND: SCORE 117 MODEL EI90G | SYSTEM ID |
| 843 | | 07/01/2010 | | PROMISE BROKEN 07/01/10 PROMISE DT 07/01/10 | SYSTEM ID |
| 843 | | 07/01/2010 | | CERT FUNDS, ADV B1 WILL MONITOR ACCT AND IF FORB PLAN BREAKS WILL RESET UP AS FUNDS WERE ORIGINALLY | BLAKE HANSEN |
| 843 | | 07/01/2010 | | HERE ON TIME. PROV BY DIRECT # 5102987428 TO CALL ONCE PMT HAS BEEN SENT. | BLAKE HANSEN |
| 843 | | 07/01/2010 | | ACTION/RESULT CD CHANGED FROM BRRS TO NOTE | BLAKE HANSEN |
| 843 | | 07/01/2010 | | CLD HOME PH. SPOKE TO B1. B1 INQ ABOUT FORB PMT. ADV PER NOTES ON 6/28 PMT WAS REJECTED DUE TO NON CERTIFIED FUNDS. ADV B1 THERE IS NO CERT FUND. | BLAKE HANSEN |
| 843 | | 07/01/2010 | | ALERT ON ACCT AND PMT SHOULD HAVE BEEN ACCEPTED. AND I WILL B RESEARCHING ISSUE. ADV PMT IS BEING RETURNED AND ONCE RCVD TO RESUBMIT PMT AS (CONT) | BLAKE HANSEN |
| 843 | | 07/01/2010 | | ACTION/RESULT CD CHANGED FROM QAA1 TO BRRS | BLAKE HANSEN |
| 843 | | 06/30/2010 | NT | WIDO/CUS-PMT PROCESSING PART OF TOTAL DUE Returning BH personal check #0286 for $855.40 | LINDA GEERDES |
| 843 | | 06/02/2010 | NT | Rcd vm from b1 ?s regarding plan that was set up | ZOILA ESCALANTE |
| STOP | LMT | 06/28/2010 | | forward vm to blake | ZOILA ESCALANTE |

# Loan History

| Transaction's Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓ | FUNDS | ▓▓▓▓▓▓▓▓▓▓▓ |
| 8843 | | 05/21/2010 | D28 | BILLING STATEMENT FROM REPORT RS28 | SYSTEM ID |
| 8843 | | 05/19/2010 | CBR | CR BUR RPT STATUS=N EXPIRE DT = 06/09/10 | SYSTEM ID |
| 8843 | | 06/02/2010 | DM | EARLY IND. SCORE 117 MODEL EI80G | SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 11:15 - 11167 ect: Issue Request / | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 11:15 - 11167 Intercom Message: / Read: 6/1/2010 11:15:22 AM / From: Maisey, Paul / | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | To: Shakil, Zobia; / CC: / Intercom Type: General Update / Subj | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 12:50 - 39194 $ due 11/1/10 - thank you. | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 12:50 - 39194 ds to be kept on hold. The borrower signed a 6 month forbearance plan | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | and we have rec'd the 1st pmt & signed agreement. The last payment I | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 12:50 - 39194 From: Starr, C.   Sent: Tuesday, June 01, 2010 11:54 AM To: Leeks, Lawrence - PA  Subject: RE: RE: | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | GMAC LN#0602198843   Yes, this nee | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 11:15 - 11167 ect: Issue Request / | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | 06/01/10 - 11:15 - 11167 Intercom Message: / Read: 6/1/2010 11:15:22 AM / From: Maisey, Paul / | NEW TRAK SYSTEM ID |
| 8843 | | 06/01/2010 | FOR | To: Shakil, Zobia; / CC: / Intercom Type: General Update / Subj | NEW TRAK SYSTEM ID |
| 8843 | MEDW | 06/01/2010 | NT | Payment reduction plan already approved prior to hearing with first pmt and agreement already rcd. | LINDA GEERDES |
| 8843 | MEDW | 06/01/2010 | NT | | LINDA GEERDES |
| 8843 | MEDR | 06/01/2010 | NT | Mandatty office did advised him of I/b plan to allow time for the borrower to either increase | LINDA GEERDES |

# Loan History

| Transaction's Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8843 | | 04/02/2010 | FOR | User has updated the system for the following event: Judgment Figure | NEW TRAK SYSTEM ID |
| 8843 | | 04/02/2010 | FOR | Data Received, completed on: 4/2/2010 | NEW TRAK SYSTEM ID |
| 8843 | INQ60 | 04/02/2010 | CIT | 017 cit 246; tt b1...advd he does not qualify under lmp or trial sr/unemployment, however, if | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | he can send curr first and copy of lease agreement w/signed notice from tenant | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | regarding the lease...we will re-review; b1 will update first and send lease info, etc. tine | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | on 4/5/10; provided my direct fax #  kay f x 2365567 | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | 017 cit 246; unemployment does not go 9 mos out so bmp cannot use the unemployment income | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | either  kay f | KAY FREY |
| 8843 | CCL31 | 04/02/2010 | CIT | CCO Review for FMP | BRIDGETTE MILLER |
| 8843 | CCL31 | 04/02/2010 | CIT | CCO Review for FMP | BRIDGETTE MILLER |
| 8843 | INQ60 | 04/02/2010 | CIT | 017 cit 246; b1--unemployment income cannot be used for trial workout options; only bmp review | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | can use unemployment which b1 did not qualify under, cannot do partial claim either | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | due to unemployment income; provided info b1 sent with $500 rental income of which we can only | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | use 75%  kay f x 2365567 | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | 017 cit 246; tt b1...he said his finances changed yesterday...now has signed lease agreement for | KAY FREY |
| 8843 | INQ60 | 04/02/2010 | CIT | $500/mo based on woman that will be moving in and paying rental income...advd I would | KAY FREY |
| 8843 | INQ60 | 04/01/2010 | CIT | provide this feedback to appropriate dept kay f x 2365567 | KAY FREY |
| 8843 | INQ60 | 04/01/2010 | NT | Suppressed Credit due to (Loan Modification). | API CSRV |
| 8843 | CBR | 04/01/2010 | NT | Suppression will expire (06/09/10). | API CSRV |
| 8843 | CIT | 04/01/2010 | CIT | CIT 155 - LM Package Sent | DAWN STONER |
| 8843 | INQ60 | 04/01/2010 | CIT | 017 cit 246; voice mail from b1...advising to call him if need anything further  kay f x 2365567 | KAY FREY |
| 8843 | INQ60 | 04/01/2010 | CIT | | KAY FREY |

# Loan History

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 843 | INQ60 | 04/01/2010 | CIT | 017 cit 246; callback # in initial email: | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | 860-922-4156 | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | 017 cit 246; it bridgette m..customer does not | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | qualify for HMP (unemployment did not extend | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | out 9 mos and b1 does not show sufficient | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | income); fwd'd to d rogers to review for | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | partial claim and/or provide feedback on trad | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | mod denial  kay f x 2365567 | KAY FREY |
| 843 | INQ60 | 04/01/2010 | CIT | 019 Open CIT#155 Workout Package received through | SANDY QUINONES |
| 843 | COL10 | 03/31/2010 | CIT | the HOPE Coun selor Hotline. Additional | SANDY QUINONES |
| 843 | COL10 | 03/31/2010 | CIT | information needed. | SANDY QUINONES |
| 843 | COL10 | 03/31/2010 | NT | orkout Package received through the HOPE | SANDY QUINONES |
| 843 | HPF | 03/31/2010 | NT | Now Counselor Hotline. Only received RFD | SANDY QUINONES |
| 843 | HPF | 03/31/2010 | NT | & Financials need complete workout packa | SANDY QUINONES |
| 843 | HPF | 03/31/2010 | NT | ge for modification referral. Sending ne | SANDY QUINONES |
| 843 | HPF | 03/31/2010 | NT | w HMP packet to homeowner. | SANDY QUINONES |
| 843 | HPF | 03/30/2010 | CIT | 017 fyi cit 246...had inspection reports | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | pulled...no pics show children   kay f | KAY FREY |
| 843 | INQ60 | 03/30/2010 | NT | Inspection Hold Placed 03/30/10 - Account met the | VANESSA PADGETT |
| 843 | FSV | 03/30/2010 | NT | criteria in the HUD RPC report. | VANESSA PADGETT |
| 843 | COL11 | 03/30/2010 | CIT | 018 DONE 03/30/10 BY TLR 01067 | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | TSK TYP 942-HMP TEAM LEAD E | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | 018 closing 942-emailed b.miller to put through | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | hmp re-review as nt sure where last set of | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | fins on the system cm from. | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | 018 new cit042-rec'd email frm voc regarding hmp | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | CIT | denial | DAWN WELLS |
| 843 | COL11 | 03/30/2010 | FSV | DELINQ INSP HOLD PLACED; REL DT =04/06/10 | API CSRV |
| 843 | INQ60 | 03/30/2010 | CIT | 017 new cit 246; made initial contact w/b1...advsd | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | reviewed file high level and does not show | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | affordability...for provided many details of | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | other "issues" which were not relevant to | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | affordability of home....prop not for | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | sale...approx 30-40k underwater per b1   key | KAY FREY |
| 843 | INQ60 | 03/30/2010 | CIT | f x 2365567 | KAY FREY |