

# Account Number 8843

# Todd Silber

# Documents received January 27, 2010

(2)

FAX COVER SHEET (*This page should be returned to us with your completed financial analysis form*)
****PLEASE INCLUDE THE ACCOUNT NUMBER ON EVERY PAGE OF YOUR RETURNED PACKAGE*****

| | |
|---|---|
| To: Loss Mitigation<br>From: Todd Silber<br>Fax to: 1-866-709-4744 | Account Number(s) [illegible]8843<br>or mail to: **Loss Mitigation**<br>**233 Gibraltar Road Suite 600**<br>**Horsham PA 19044** |

**All of the following information must be completed and returned to determine eligibility:**

- **Financial Analysis Form (Enclosed)**
- **A copy of the most recently filed signed federal income tax return, including all schedules and forms, for each borrower**
- **A signed and dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return) with all applicable fields completed for each borrower – (Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers.) (Enclosed)**
- **Documentation to verify all of the income of each borrower. Please see the chart below for the type of documentation required for each type of income.**
- **Documentation to verify expenses for Homeowners or Condominium Association Dues for condominiums and Co Ops. Please see the chart below.**

| TYPE OF INCOME | DOCUMENTATION REQUIRED |
|---|---|
| For each borrower who is **paid by an employer:** | ☐ Copy of the two most- recent pay stubs from your employer ***including year-to-date information.*** **Pay stubs or other documentation that shows year-to-date income must be submitted.** Pay stubs cannot be more than 90 days old. If hired within the fiscal year of 2009, please include your employment start date. |
| **Other earned income** (e.g. bonus, commission, fee, housing allowance, tips, and/or overtime) | ☐ Copy of third party documentation describing the nature of the income (e.g. an employment contract and/or printouts documenting tip income) |
| For each borrower who is **self-employed:** | ☐ Copy of the most recent quarterly or year-to-date profit and loss statement |
| For each borrower who has benefit income such as **Social Security, disability, death benefits, or pension:** | ☐ Copy of benefits statement or letter from the provider that states the amount and frequency of the benefit, **AND**<br>☐ Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who has income such as **unemployment or public assistance:** X | ☐ Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit. Such benefit must continue for at least 9 months to be considered qualifying income.<br>☐ Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who is relying on **alimony or child support** as qualifying income: | ☐ Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received, **AND**<br>☐ Copies of the two most-recent bank statements or other documentation showing receipt of alimony or child support. Bank statements cannot be over 90 days old. |
| For each borrower who has **rental income from an investment property:** | ☐ Copy of the most-recent federal tax return with all schedules, including Schedule E-Supplemental Income and Loss.<br>**If the subject property, on which the modification is being requested, is not your primary residence, please include the following:**<br>☐ Copy of the current lease agreement for this property |
| For each borrower who has **income not specified above:** | ☐ Signed letter from the person(s) that contributes the income showing the amount and frequency of the income. This would include situations where the borrower rents a room of his or her primary residence to another person. |

| TYPE OF EXPENSE | | DOCUMENTATION REQUIRED |
|---|---|---|
| For borrower(s) whose property requires Homeowners or Condominium Dues: | ☐ | A letter or billing statement from the Homeowners or Condominium Association or Co Op showing the amount and frequency of dues. |

**If you want to sell this property, please also include:**

- ☐ Copy of the listing agreement
- ☐ Copy of the sales contract, if available
- ☐ Copy of the estimated Settlement Statement (HUD1), if available
- ☐ Signed Third Party Authorization Form

A this Packet Includes All supporting Document. Plus additional informative info as well as a pleading letter for help.

# FINANCIAL ANALYSIS FORM

Account Number _____ 8843

| I want to: | ☑ Keep the Property | ☐ Sell the Property |
| The property is my: | ☐ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☑ Owner Occupied | ☐ Renter occupied | ☐ Vacant |

| BORROWER | CO-BORROWER |
|---|---|

| BORROWER'S NAME *Todd Silber* | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER -2236 | DATE OF BIRTH 8-13-76 | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE -4156 | | HOME PHONE NUMBER WITH AREA CODE | |
| CELL OR WORK NUMBER WITH AREA CODE 860-922-4156 | | CELL OR WORK NUMBER WITH AREA CODE | |

MAILING ADDRESS
73 Farnham Rd. South Windsor Ct 06074

PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME)    EMAIL ADDRESS
Same

| Is the property listed for sale?  ☐ Yes ☑ No | Have you contacted a credit-counseling agency for help? |
| Have you received an offer on the property?  ☐ Yes ☑ No | ☐ Yes   ☑ No |
| Date of offer _____ Amount of Offer $_____ | If yes, please complete counselor contact information below. |
| Agent's Name: | Counselor's Name: |
| Agent's Phone Number: | Counselor's Phone Number: |
| For Sale by Owner?   ☐ Yes   ☐ No | Counselor's Email: |

| Who pays the Real Estate Tax bill on your property? | Who pays the hazard insurance policy for your property? |
| ☐ I do  ☑ Lender does  *Escrow* | ☐ I do  ☐ Lender Does  ☐ Paid by Condo or HOA |
| Are the taxes current?   ☑ Yes   ☐ No | Is the policy current?  ☐ Yes   ☐ No |
| Condominium or HOA Fee  ☐ Yes  ☐ No $_____ | Name of Insurance Co. _____ |
| Paid to: | Insurance Co. Tel #: _____ |

| Have you filed for bankruptcy?   Yes ☐ No ☐   If yes:  ☐Chapter 7  ☐ Chapter 13   Filing Date:_____ |
| Has your bankruptcy been discharged?   ☐Yes ☐No   Bankruptcy case number _____ |

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.
Lien Holder's Name/Servicer      Balance      Contact Number      Loan Number
N/A

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):

☑ My household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments).

☐ Other _____

Explanation (Required): I have been unemployed from July to present. I have a lot of interviews and should find employment soon. But Need help from GMAC to lower my rate or payment some here.

Lowering my mortgage will allow me to find work in Different fields. So I can get out of the auto business. Or at least oker some more rain in my savings incase I have hard time Again.   Letter Attached.

If additional space is needed for Explanation, please include an additional page.

④

## FINANCIAL ANALYSIS FORM
(Continued)

Account Number ⟨...⟩ *8843*

### INCOME/EXPENSES FOR HOUSEHOLD    NUMBER OF PEOPLE IN HOUSEHOLD

| 1 - Monthly Household Income | | 2 - Monthly Household Expenses/Debt | | 3 - Household Assets | |
|---|---|---|---|---|---|
| Gross Salary/Wages | | | | | |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | $ *2919.70* | First Mortgage Payment | $ *1990.80* | Checking Account(s) Balance | $ *653.98* |
| Overtime | $ | Second Mortgage Payment/Liens/Rents | $ *X* | Checking Account(s) Balance | $ ~~0.25~~ |
| Child Support/Alimony* | $ | Insurance – hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ *Escrow in payment* | Savings/Money Market | $ |
| Social Security/SSDI | $ | Property Taxes (If not escrowed and included in your current mortgage payment) | $ *Escrow in payment* | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards/Installment Loan(s) (total minimum payment per month) | $ *Reducing $420/30* ✱ | Stocks/Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ *X* | Other Cash on Hand | $ *1480.00* |
| Rents Received | $ | Health Insurance | $ *X* | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ *X* | Other ____ | $ |
| Food Stamps/Welfare | $ | Car Payments | $ *209.46* | | |
| Other (investment income, royalties, interest, dividends etc) | $ | Medical Expenses | $ *X* | | |
| | | Child Care | $ *X* | *Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.)* | |
| | | Student Loans/Personal Loans | $ *X* | | |
| | | Auto Expenses /Gasoline/Insurance | $ *179.00* | | |
| | | Food/Household Supplies | $ ~~$300-350?~~ | *> see letter!* | |
| | | Water/Sewer/Utilities/Phone(s)/Cable | $ *190* | *#2154.23* | |
| | | Other *asst for kids* | $ *100* | | |
| Total (Gross Income) | $ *2919.70* | Total Debt/Expenses | $ ~~300~~ - *3300* | Total Assets | $ ~~⟨...⟩~~ |

**\* \* \* \* ALL INCOME MUST BE DOCUMENTED \* \* \* \* \***

*Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary. You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.*

*If additional space is needed, please include an additional page.*

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER ☐ | I do not wish to furnish this information | CO-BORROWER ☐ | I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: ☐ | Hispanic or Latino | Ethnicity: ☐ | Hispanic or Latino |
| ☒ | Not Hispanic or Latino | ☐ | Not Hispanic or Latino |
| Race: ☐ | American Indian or Alaska Native | Race: ☐ | American Indian or Alaska Native |
| ☐ | Asian | ☐ | Asian |
| ☐ | Black or African American | ☐ | Black or African American |
| ☐ | Native Hawaiian or Other Pacific Islander | ☐ | Native Hawaiian or Other Pacific Islander |
| ☒ | White | ☐ | White |
| Sex: ☐ | Female | Sex: ☐ | Female |
| ☒ | Male | ☐ | Male |

| To be Completed by Interviewer | | | |
|---|---|---|---|
| This application was taken by: | Interviewer's Name (print or type) & ID Number | | Name/Address of Interviewer's Employer |
| ☐ Face-to-face interview | Interviewer's Signature | Date | |
| ☐ Mail | | | |
| ☐ Telephone | Interviewer's Phone Number (include area code) | | |
| ☐ Internet | | | |

*co...8843*

Form **4506T-EZ**   **Short Form Request for Individual Tax Return Transcript**   OMB No. 1545-2154

(October 2009)

Department of the Treasury
Internal Revenue Service

Request may not be processed if the form is incomplete or illegible.

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return |
|---|---|
| *Todd Silber* | *~~~-~~-2236* |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
*73 Farnham Rd.   South Windsor   Ct   06074*

4 Previous address shown on the last return filed if different from line 3

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name   *GMAC loss Mitigation*   Telephone number

Address (including apt., room, or suite no.), city, state, and ZIP code
*233 Gilbraltar Road Suite 600   Horsham PA. 19044*

6   Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

*2008*            *2007*            *2006*            *2005*

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

| Sign Here | *[signature]* | *1-23-2010* | Telephone number of taxpayer on line 1a or 2a |
|---|---|---|---|
| | Signature (see instructions) | Date | *860-922-4156* |
| | Spouse's signature | Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 54185S   Form **4506T-EZ** (10-2009)

## ACKNOWLEDGEMENT AND AGREEMENT

Account Number _____ : 8893

**In making this request for consideration to review my loan terms I/We certify under penalty of perjury:**

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.
8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.
13. ☑ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    ☐ My/Our property is not owner occupied.



| Borrower Signature | Date 1/28/2010 | Co-Borrower Signature | Date |

**If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.**



888-995-HOPE™
Homeowner's HOPE Hotline

### NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

Identifier:0602198843    Doc Type:MODS    12-12020-mg    Doc 9025-7    Filed 08/17/15    Entered 08/17/15 17:09:27    Exhibit 46
Pg 7 of 23

8843 (7)

**Important Tips/Reminders**

- The enclosed package encompasses requirements for all available programs, including the Government's Making Home Affordable program. For information and eligibility requirements under the Making Home Affordable program, visit www.makinghomeaffordable.gov website. **Please wait to submit the financial package until ALL required forms are completed and necessary attachments included.**

- *Please continue to make your monthly payment. If assistance is needed, it is recommended that you contact a credit counselor who is trained to guide you through your current financial situation.* You can access www.hud.gov or call 800-225-5342 for more information regarding credit counselors.

- You may receive phone calls or letters from our office asking for a payment while we consider any options that might be available.

- All modifications require an escrow account for the payment of taxes and insurance. If your loan does not currently include an escrow account for the payment of taxes and insurance, one will be added.

- While being reviewed for a workout (other than the Making Home Affordable program), a fee to validate the value of the property may be assessed at your expense (approximate cost $100 - $150).

- As a condition of the modification, you may be required to enroll in an electronic payment program.

## Frequently Asked Questions

*How long will it take to process my modification request and determine if I qualify for the program?*
We will review your request as quickly as possible. Once the package is returned to our office, Loss Mitigation will contact you within 10 business days advising the package was received and notifying you if additional information is required. Within 30 days from the date a complete package is received, you will be notified whether the modification option is available to you. If you aren't eligible for a modification, the reason for denial will be provided. Please note, however, that your modification will not be effective unless you meet all of the applicable conditions.

**I pay my car insurance on a semi-annually or annual basis. How should I list that?**
Please make sure that the amount of the expense is broken down to a monthly premium amount.
**Example:** If the car insurance is $500 for 6 months to determine the monthly premium divide $500 by 6 months ($83.33).

**If I am submitting my tax returns, why do I need to complete the 4506T-EZ form?**
The 4506T-EZ form is required for a modification. If income tax information is missing that you are unable to provide, we will utilize the 4506T-EZ form to obtain the necessary information.

**What information is needed on the form 4506T-EZ?**
Please complete the following:

**Line(s)**    **1a – 4:** List information as shown on your tax return
          **5:** Write the name, address, and telephone number shown on your monthly mortgage statement
          **6:** Write the year of the most-recent tax return you filed (Should be 2008 in most cases)

*Be sure to sign the form where indicated.*

**The 4506T-EZ form states, "Caution: If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filed in line 6. Completing these steps helps to protect your privacy." What do I enter for those items?**
All applicable blanks on the form need to be completed. This disclaimer is provided as a warning that line 6 must be completed prior to signing the form.

8843

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate a third party (such as a mortgage company) to receive a transcript on line 5. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a fiscal tax year (that is, a tax year beginning in one calendar year and ending in the following year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request the following.

• A transcript of a business return (including estate and trust returns).
• An account transcript (contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed).
• A record of account, which is a combination of line item information and later adjustments to the account.

• A verification of nonfiling, which is proof from the IRS that you did not file a return for the year.

• A Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.

Form 4506-T can also be used for requesting tax return transcripts.

**Automated transcript request.** You can call 1-800-829-1040 to order a tax return transcript through the automated self-help system. You cannot have a transcript sent to a third party through the automated system.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when that return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

## Where to mail . . .

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, California, Colorado, District of Columbia, Hawaii, Idaho, Iowa, Kansas, Maine, Maryland, Massachusetts, Minnesota, Montana, New Hampshire, New Mexico, New York, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Vermont, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 816-292-6102 |

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 60 days of the date signed by the taxpayer or it will be rejected.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 9 min.; Preparing the form, 18 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

 

 **Webster**Bank

# Transaction History

### Disclaimer
The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

| Account Title/Address: | Customer Name: |
|---|---|
| TODD SILBER | TODD SILBER |
| 73 FARNHAM RD | Acct #: 19654443 |
| | Acct Type: VIP FREE INTEREST CHECKING |
| | Balance: $653.98 |
| SOUTH WINDSOR, CT 06074 | Total Available Balance: $653.98 |
| | Last Statement Date: 01/20/2010 |

### History search parameters

| Transaction | Amount | Date |
|---|---|---|
| Type: All Items | From: | From: 12/14/2009 |
| | To: | To: 01/22/2010 |

### Pending Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| 01/22/2010 | NSF FEE REVERSAL | FEE REVERSAL, 00193,110212 | 0000000000 | 37.00 |

### Posted Transactions

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 01/21/2010 | CK CRD PIN PURCHASE | TANDY LEATHER 105TANDY LE 001 | 0000000000 | 15.64 | $616.98 |
| 01/20/2010 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.03 | $632.62 |
| 01/20/2010 | FEE-NSF PD CK CRD SIGN | BJ'S WHOLESALE 184 14412743344 | 0000000000 | 34.00 | $632.59 |
| 01/19/2010 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 14412743344 | 0000000000 | 40.63 | $666.59 |
| 01/19/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000953 | 237.00 | $707.22 |
| 01/19/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $944.22 |
| 01/15/2010 | ACH WITHDRAWAL | GEICO          CHECKPAYMT 09 | 0000000954 | 171.10 | $265.22 |
| 01/14/2010 | CK CRD SIGNATURE PURCH | EAST HARTFORD HESS 1 | 0000000000 | 40.14 | $436.32 |
| 01/13/2010 | CK CRD PIN PURCHASE | USPS 0875140174/850 CLUSP 0026 | 0000000000 | 32.71 | $476.46 |
| 01/12/2010 | CK CRD SIGNATURE PURCH | HIGASHI JAPANESE R 00109843344 | 0000000000 | 24.35 | $509.17 |
| 01/12/2010 | ACH WITHDRAWAL | GEMB RSF          CHECKPAYMT 09 | 0000000949 | 70.00 | $533.52 |
| 01/11/2010 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 14.99 | $603.52 |
| 01/11/2010 | CK CRD SIGNATURE PURCH | LE GOURMET CHEF #5 420 0143344 | 0000000000 | 38.13 | $618.51 |
| 01/11/2010 | CK CRD SIGNATURE PURCH | QUICK STOP CONVENI | 0000000000 | 49.61 | $656.64 |
| 01/11/2010 | CK CRD PIN PURCHASE | CNS JOANN STORES, I932CNS 6674 | 0000000000 | 6.49 | $706.25 |
| 01/11/2010 | ACH WITHDRAWAL | Kohls Chg Pmt    Check PMT  09 | 0000000947 | 15.00 | $712.74 |
| 01/11/2010 | CK CRD PIN PURCHASE | CNS TOYS R US 9759594334435765 | 0000000000 | 18.00 | $727.74 |
| 01/11/2010 | ACH WITHDRAWAL | OLD NAVY          CHECKPAYMT 09 | 0000000946 | 22.00 | $745.74 |
| 01/11/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 29.49 | $767.74 |
| 01/11/2010 | CK CRD PIN PURCHASE | TARGET T1249 MANCHESTETAR 4900 | 0000000000 | 34.98 | $797.23 |

OTS500701 04/08





# WebsterBank

## Transaction History Continuation

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

| TODD SILBER | ACCT # 19654443 |
|---|---|
| | VIP FREE INTEREST CHECKING |

**Results**

| Post Date | Transaction Type | Description | Check #. | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 01/11/2010 | ACH WITHDRAWAL | GENESIS WEB BANK Payment    09 | 0000000950 | 60.00 | $832.21 |
| 01/11/2010 | ACH WITHDRAWAL | Cox Comm - CON    CHECK PYMT 09 | 0000000951 | 132.98 | $892.21 |
| 01/11/2010 | CK CRD PURCH REVERSAL | LE GOURMET CHEF #5 420 0143344 | 0000000000 | 26.49 | $1,025.19 |
| 01/08/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000952 | 195.00 | $998.70 |
| 01/08/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 28.67 | $1,193.70 |
| 01/08/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN39 | 0000000000 | 109.17 | $1,222.37 |
| 01/07/2010 | CK CRD SIGNATURE PURCH | NYS COLLECTION 2 0000014334435 | 0000000000 | 15.90 | $1,331.54 |
| 01/07/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000948 | 20.00 | $1,347.44 |
| 01/07/2010 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 21.24 | $1,367.44 |
| 01/07/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,388.68 |
| 01/06/2010 | CK CRD SIGNATURE PURCH | USPS 0833690128 | 0000000000 | 38.62 | $709.68 |
| 01/05/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 42.66 | $748.30 |
| 01/04/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000938 | 45.00 | $790.96 |
| 01/04/2010 | ACH WITHDRAWAL | HSBC CREDIT SVC2 CHECKPAYMT 94 | 0000000943 | 20.00 | $835.96 |
| 01/04/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN30 | 0000000000 | 33.32 | $855.96 |
| 01/04/2010 | ACH WITHDRAWAL | CHASE    CHECK PYMT 09 | 0000000941 | 70.00 | $889.28 |
| 01/04/2010 | ACH WITHDRAWAL | DELL FINANCIAL    CHECK PYMT 09 | 0000000944 | 75.00 | $959.28 |
| 01/04/2010 | ACH WITHDRAWAL | CITICARD PAYMENT CHECK PYMT 09 | 0000000940 | 95.00 | $1,034.28 |
| 01/04/2010 | ACH WITHDRAWAL | CHASE    CHECK PYMT 09 | 0000000942 | 160.00 | $1,129.28 |
| 01/04/2010 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 25.00 | $1,289.28 |
| 01/04/2010 | DEPOSIT AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 679.00 | $1,314.28 |
| 12/31/2009 | CK CRD SIGNATURE PURCH | EBAY INC. | 0000000000 | 28.12 | $635.28 |
| 12/31/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000939 | 209.27 | $663.40 |
| 12/31/2009 | ACH WITHDRAWAL | YANKEE GAS    CHECKPAYMT 94 | 0000000945 | 85.00 | $872.67 |
| 12/30/2009 | CK CRD PIN PURCHASE | WAL-MART #1891WAL-MART #1 1891 | 0000000000 | 22.00 | $957.67 |
| 12/29/2009 | CK CRD SIGNATURE PURCH | MR SPARKLE CAR WAS 14602743344 | 0000000000 | 9.99 | $979.67 |
| 12/29/2009 | CK CRD SIGNATURE PURCH | FYE MANCHESTER 574 74100443344 | 0000000000 | 34.96 | $989.66 |
| 12/29/2009 | CK CRD SIGNATURE PURCH | BJ'S FUEL #9184 38624043344357 | 0000000000 | 47.26 | $1,024.62 |
| 12/28/2009 | CK CRD PIN PURCHASE | CNS BATH & BODY WOR062CNS 8972 | 0000000000 | 15.26 | $1,071.88 |
| 12/28/2009 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 57.79 | $1,087.14 |
| 12/28/2009 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN32 | 0000000000 | 64.51 | $1,144.93 |
| 12/24/2009 | DEPOSIT AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 679.00 | $1,209.44 |

OTSS00701 04/08



 **Webster** Bank

# Transaction History Continuation

### Disclaimer

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

| TODD SILBER | ACCT #   19654443 |
|---|---|
| | VIP FREE INTEREST CHECKING |

## Results

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 12/23/2009 | CK CRD SIGNATURE PURCH | BJ'S FUEL #9184 46824543344357 | 0000000000 | 45.78 | $530.44 |
| 12/22/2009 | CK CRD SIGNATURE PURCH | USPS 0833690128 | 0000000000 | 5.65 | $576.22 |
| 12/22/2009 | CK CRD SIGNATURE PURCH | VCA VALLEY #360 78525543344357 | 0000000000 | 51.00 | $581.87 |
| 12/21/2009 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 14.08 | $632.87 |
| 12/21/2009 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN30 | 0000000000 | 118.47 | $646.95 |
| 12/18/2009 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.02 | $765.42 |
| 12/18/2009 | CK CRD SIGNATURE PURCH | USPS 0875140173000 097 | 0000000000 | 5.65 | $765.40 |
| 12/18/2009 | CK CRD SIGNATURE PURCH | USPS 0875140173000 097 | 0000000000 | 12.74 | $771.05 |
| 12/18/2009 | CK CRD SIGNATURE PURCH | FRIENDLY ICE CREAM 47207043344 | 0000000000 | 20.76 | $783.79 |
| 12/18/2009 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $804.55 |
| 12/17/2009 | CK CRD SIGNATURE PURCH | ALEXIAS PIZZA 4821714334435765 | 0000000000 | 30.08 | $125.55 |
| 12/17/2009 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 22.12 | $155.63 |
| 12/16/2009 | CK CRD PIN PURCHASE | OCEAN STATE JOB LOOCEAN S 5040 | 0000000000 | 22.15 | $177.75 |
| 12/16/2009 | CK CRD PIN PURCHASE | MANCHESTER IRVINGMANCHEST 022 | 0000000000 | 46.84 | $199.90 |
| 12/15/2009 | ACH WITHDRAWAL | Credit One Bank   Payment     93 | 0000000935 | 40.00 | $246.74 |
| 12/15/2009 | ACH WITHDRAWAL | GENESIS WEB BANK Payment     09 | 0000000937 | 45.00 | $286.74 |
| 12/15/2009 | ACH WITHDRAWAL | JCPENNEY/GEMB       CHECKPAYMT 09 | 0000000936 | 60.00 | $331.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | FAS 316 MART 1 | 0000000000 | 12.06 | $391.74 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | GEISSLER'S SUPERMA 1 | 0000000000 | 26.46 | $403.80 |
| 12/14/2009 | POD INCLEARING CHECKS | PAID CHECK | 0000000933 | 126.09 | $430.26 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53888743344 | 0000000000 | 132.47 | $556.35 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | BJ'S WHOLESALE 184 53889543344 | 0000000000 | 142.23 | $688.82 |
| 12/14/2009 | ACH WITHDRAWAL | SEARS PAYMENT     CHECK PYMT 09 | 0000000934 | 40.00 | $831.05 |
| 12/14/2009 | CK CRD PIN PURCHASE | SOU JCPENNEY STORE 532SOU 0003 | 0000000000 | 65.00 | $871.05 |

━━━━━━━━━ **End of Report** ━━━━━━━━━

OTSS00701 04/08



 **Webster**Bank

# Transaction History

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

| Account Title/Address: | Customer Name: |
|---|---|
| TODD SILBER | TODD SILBER |
| 73 FARNHAM RD | Acct #:      )396 |
| | Acct Type: VIP FREE INTEREST CHECKING |
| | Balance:  $20.25 |
| SOUTH WINDSOR, CT 06074 | Total Available Balance: $674.23 |
| | Last Statement Date:   01/20/2010 |

**History search parameters**

| Transaction | Amount | Date |
|---|---|---|
| Type: All Items | From: | From: 12/14/2009 |
| | To: | To:   01/22/2010 |

**Pending Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| | | | | |

**Posted Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 01/05/2010 | CK CRD SIGNATURE PURCH | GODADDY.COM 283000433443001030 | 0000000000 | 38.98 | $20.25 |
| 01/04/2010 | ONLINE TRNSF-IMMEDIATE | TFR FR CK 0019654443 | 0000000000 | 25.00 | $59.23 |
| 12/14/2009 | CK CRD SIGNATURE PURCH | HIGASHI JAPANESE R 00109843344 | 0000000000 | 13.55 | $34.23 |

———————————— **End of Report** ————————————

OTSS00701 04/08

*Unemployment*
*Compensation* ①

.... 10845

## Claimant Account Inquiry

| Name: TODD SILBER | Username: TSILBER1313  Friday, January 22, 2010 |
|---|---|

**Account Information**

| | |
|---|---|
| Remaining balance on your unemployment insurance account | $10,463.00 |
| Week ending date for which you last claimed benefits | January 16, 2010 |
| Date that your last claim certification was processed | January 17, 2010 |
| Your current claim certification filing choice | Electronic |

**Payment Information**

| Payment Issue Date | Week Ending Date(s) | Payment Amount |
|---|---|---|
| January 19, 2010 | January 16, 2010 | $679.00 |
| January 13, 2010 | January 9, 2010 | $679.00 |

**Messages**

| |
|---|
| |

Current unemployment Pay scale and Remaining balance of this first filing. Again I have oven 37 weeks of extended benefits beyond these 15 weeks IF I Need it.

I have enclosed my latest stub, but Also on my Transaction History Bank statement you will see weekly deposits of $679.00



**WUIKIUILC** Development
Division of Unemployment Assistance

*Unemployment Compensation* (?)

**Unemployment Insurance**
**Benefit Claim Certification by Telephone or Web**

Your unemployment insurance benefits check
is attached below. Before you cash the check,
detach it and keep the stub for your records.

☞ **File every week that you are unemployed or working part-time.** (If you worked full-time, you are not eligible for benefits
for that week and should not file.)

**Here's how to file for benefits.**

✓ **Call:** 617-626-6338 or use the Internet. Go to www.mass.gov/dua (follow the instructions on the screen).

✓ **Days/times to file:** Sunday to Friday, from 7:00 a.m. to 7:00 p.m. (same hours on the Internet).
    Sunday is the first day of the week you can call to claim benefits for the previous week.
    Not available on Saturdays or legal holidays.

✓ **Information you will need:**
    ☐ Your Social Security Number
    ☐ *For Telecert use your 4-digit Personal Identification Number (PIN). For WebCert log in with a User Name & Password.*
    ☐ The amount of your gross earnings if you worked during the week claimed. Include holiday pay.

✓ **Answer these three questions:**
    You are answering these questions only for the week that you are claiming benefits.
    ☐ During the week claimed, did you look for work?
    ☐ During the week claimed, were you able to work and available for work?
    ☐ During the week claimed, did you work or earn holiday pay?
       Failure to report employment and wages while collecting Unemployment Insurance may result in penalties and/or prosecution.
       (If you answer "yes" to this question, you will be asked to enter the amount of your earnings in dollars and cents. Include holiday
       pay. If you do not know how much you earned, you will need to call Telecert again or use WebCert again to report your earnings.
       This may delay your benefits.)

**To reactivate your claim:**

If you do not claim benefits for even one week - because you returned to work or another reason - your claim will
"close". You may reactivate it by calling the DUA TeleClaim Center. Call one of the numbers below to speak to a claims agent.

Form 1042 Rev 01-08-10

 **TeleClaim Center: Call one of these numbers when you need to speak to a claims agent. Call 1-877-626-6800 if you are calling
from area codes 351, 413, 508, 774, and 978. From any other area code, call 617-626-6800.**

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | DEDUCTIONS | | | | | | NET PAYMENT | SEE OTHER SIDE FOR REMINDERS |
| | | | EARNINGS | PENSION | CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | |
| 01/16/10 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 679.00 |

| SOC SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
| XXX-XX-2236 | 629.00 | 40-081300 | 01/19/10 | 679.00 | 10463.00 |



 **Reminders:**

- If you are receiving retirement benefits, severance pay, or other payments that you did not report previously to this agency, or if an amount you reported has changed, notify the TeleClaim Center as soon as possible.

- In order to maintain eligibility for Unemployment Insurance benefits, you are required to conduct an active search for work in each week in which you claim benefits.
  Go to www.mass.gov/dua/worksearch for more information.

- If you refused to work, quit a job or were fired from a job during the week you claimed and you have not notified this agency, contact the TeleClaim Center as soon as possible.

- Address Change? If your address has changed since you last claimed benefits, contact the TeleClaim Center for instructions.

 **Caution!**

- To detect unreported earnings, this agency matches information on this form weekly with data submitted by all Massachusetts employers to the Department of Revenue. This agency also matches your records with those of other state and federal agencies to confirm that you are eligible for benefits.

**TeleClaim Center**



- Call one of these numbers when you need to speak to a claims agent. Call **1-877-626-6800** if you are calling from area codes 351, 413, 508, 774, and 978. From any other area code, call **1-617-626-6800**.

Unemployment
Compensation ③

⑯

To whom it may concern,

Attached is my current Unemployment compensation stub. The stub reflects $679 paid weekely, with a balance of $10423.00 This Balance provides over 15 weeks of Unemployment compensation. However please understand that there are extensions that I will qualify for (since I was in the Auto Business) That will surpass your 9 month requirement.


15weeks left currently

Plus the first extension: **October 2 Update:** Senator Max Baucus, Chairman of the Finance Committee, introduced legislation - the Emergency Unemployment Compensation Act of 2009 - that provides additional weeks of federal unemployments benefits to workers in all states. Baucus and Senate Majority Leader Harry Reid propose four extra weeks of extended unemployment benefits for all states, plus 13 additional weeks for the 27 hardest-hit states.

Connecticut falls in the parameter of the "27 hardest hit states".

This extension provides 17 more weeks

Second extension: **November 6 Update:** President Obama has signed the unemployment extension legislation. Check with your state unemployment office for details on when payments will start being made. The extension provides for 14 weeks of extended benefit coverage for every state and an additional 6 weeks, for a total of 20 weeks, in high unemployment states where unemployment is over 8.5%.

Again Connecticut is unfortunately over 8.5%

This is extension provides another 20weeks

Now these 2 first extensions alone plus my current benefit time is 52 weeks, totaling 1 year, surpasin your 9 month requirement.

Please understand I have no intention of staying unemployed that long however. Come spring time the latest, I will land back in a car dealership if need be. Please also understand I was laid off back in July of 09 and have gone through 90% of my savings. I did not think I would be unemployed this long. This is the down side to the auto Business, great, money while employed, but hi turn around. While employed in the Auto Business, my history and experience grants me a pretty high paying salary. So even though I was laid off in July, I was able to live off most of my savings and pay all my bills up until November. I hope that the fact I kept trying and staying above "water" for 5 months after my lay off before deciding I needed to ask for help will show for something of my character. I did not reach for handouts and help from all sources nor did I stop paying bills upon my layoff back in July. I fought every day to find work and stay on top of all my financial obligations. At this time I have to prioritize, I am the sole provider for my 2 children. My priorities are keeping my House, Keeping the heat and electricity on, and keeping

Unemployment
Compensation (4)

ₓ 8043
(17)

food on the table. As soon as GMAC can help me the better. Please also consider this, While unemploymed I have continued to search for work, but also considered school. Currently there are programs that would allow me to go school for up to 40weeks while maintaining my benefits. Going to school will allow me to further my education and get into another field of work with schooling backing. I only have a G.E. D. Education. I cannot go into any other field other then the "hi-risk" auto industry and make the good money I make. But it's a failing business and lest face it I have spent 10 of the last 15 months laid off and in and out of the car business. WHAT MY POINT IS... With a modification to my Loan. I could put myself through school right now (if I could get financial aid). And get myself into a new field of work with a proper education, that could avoid the turmoil's of the auto industry and at the same time severely reduce the chances of me having to go through these hard times again.

Sincerely Todd Silber



# Account Number ꓕꓕꓕꓕ 8843

# Todd Silber

# Documents received February 15, 2010

Loss Mitigation
233 Gilbraltar Road Suite 600
Horsham P.A. 19044

Todd Silber
Loan ___ 8843

*More* unemployment info, including
original Award Letter. Plus Benefit
History and Time frame.

Call ME Please if you need
Anything Else

*(& ..) .· 8843*



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT
DEPARTMENT OF WORKFORCE DEVELOPMENT
DIVISION OF UNEMPLOYMENT ASSISTANCE
Pittsfield UITCC
160 North Street Ste 302
Pittsfield, MA 01201

DEVAL L. PATRICK
GOVERNOR

TIMOTHY P. MURRAY
LT. GOVERNOR .

JOANNE F. GOLDSTEIN
SECRETARY

MICHAEL TAYLOR
DIRECTOR

JUDITH L. CICATIELLO
DIRECTOR

DATE:  *2 - 10 - 10*

RE: Unemployment Insurance Benefits Verification

Enclosed is a printout which displays information relative to your unemployment
insurance benefits. This was mailed to you as the result of a recent telephone request that
the information be provided to you. If you did not request this information, please
contact the Office of Internal Control & Security immediately at (617)626-6680

Thank you.

*$25 is added to the Unemployment Rate each week in accordance with the Federal
Stimulus Package. This $25 does not show on the attached printout but is represented by
the asterisk to show that it was paid for the week.

www.mass.gov/eolwd

Identifier:0602198843    Doc Type:WOUT

```
C.7.88.8843

UQS021              BENEFIT DETERMINATION DETAIL              02-10-10 09:34      21

LQ: 06-0  C.7.Z0-2236  001  SILBER        TODD   P   ST: MA  BYB: 10-18-09
MONETARY SEQ NBR: 001               BP USED: PRIMARY
WAGES BY EMPLOYER        LATEST   10-01-08 01-01-09 04-01-09 07-01-09
EMPLOYER        W A S SEP DATE 12-31-08 03-31-09 06-30-09 09-30-09
BALISE M 60-080510 S N N 07-27-09     0.00  3126.00 22174.89 10389.53
HOFFMAN  CT-000001 T     09-15-08 14341.00     0.00     0.00     0.00


TOTAL ELIG WAGES:           14341.00   3126.00  22174.89  10389.53
TOTAL OF ALL QUARTERS:         50031.42

MONETARY STATUS:  ELIGIBLE              MONETARY TYPE: R

    AVG WEEKLY WAGE: 1405   BENEFIT CREDIT: 18011   BENEFIT RATE: 0629
    DEPENDENCY ALLOW: 0025  EARNINGS EXCL: 209.67   PAYMENT RATE: 0654
POTENTIAL DURATION: 29 WEEKS      COMP TYPE: %       DETERM DATE: 11-05-09
                        WKLY PEN DED(S): 0000        START DATE:
                                                     CLOSE DATE: 00-00-00
                        REMAINING BAL:  8576.00 OP REST AMT:     .00
              NEXT TRAN: _____ ───────────────────────────────────── *
I0544 FOR MORE RECORDS HIT XMIT
```

Identifier:0602198843

_0602198843_

UQS039                           SIGNING DATA SUMMARY SUPPLEMENT          02-10-10 09:35

LO: 06-0    xxxxx-2236   001   SILBER          TODD    P    ST: MA   BYB: 10-18-09

| SN # | W/E DATE | SIGNING DATE | M | T | P | CODES CD | P/E | LOST TIME | NET BEN | NET DA | P G | AJ CK | CHECK BEN | CHECK DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 01-09-10 | 01-12-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 11 | 01-02-10 | 01-04-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 10 | 12-26-09 | 12-28-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 9 | 12-19-09 | 12-20-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 8 | 12-12-09 | 12-14-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 7 | 12-05-09 | 12-06-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 6 | 11-28-09 | 11-29-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 5 | 11-21-09 | 11-22-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 4 | 11-14-09 | 11-15-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 3 | 11-07-09 | 11-08-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 2 | 10-31-09 | 11-01-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | Y | 629.00 | 25.00 |
| 1 | 10-24-09 | 10-25-09 | T | S | 50 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | R | N | 0.00 | 0.00 |

                        NEXT TRAN: _____  _____    *
I0518 NO MORE RECORDS TO DISPLAY

U0041 70042

| UQS027 | | SIGNING DATA SUMMARY | | 02-10-10 09:35 | 23 |

LO: 06-0  e. 2 .~,2236  001  SILBER      TODD   P   ST: MA  BYB: 10-18-09

```
MOST REC EMPLOYER: 60-080510 XC: N  ISS:       BYE: 10-16-10      CREDIT:18011
BALISE MOTOR SALES CO              APP PEND? N POP:               R-BAL:  8576
 ST DTE: 03-04-09  CURR P/E EMPS    CURR DISQ    ADJ PROC:        BENRTE:   629
SEP DTE: 07-27-09   1:              FR: 00-00-00 MON CMPLT? Y     DA AMT:    25
RO W/E:             2:              TO: 00-00-00  BP USED: PRI    PENS:       0
                 FILE CHOICE: E    CMMTS:  - -   TAX WITH?  /     OFFSET: 999
RO REAS:  /STAT:  PIN STAT: ACTIVE FYI: 00-00-00 SPEC MON?       CHLD S:     0
PROF/PERM SEP  :N HEALTH INS?      WORKSHARE? N   TEUC-A?         PAYRTE:   654
SERVICE LANG :Z  CURRENT PAY TYPE:   DD STATUS:
```

| SN # | W/E DATE | SIGNING DATE | M | T | P | CD | P/E | LOST TIME | NET BEN | NET DA | P G | AJ CK | CHECK BEN | CHECK DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 02-06-10 | 02-07-10 | W | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 15 | 01-30-10 | 02-01-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 14 | 01-23-10 | 01-24-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 13 | 01-16-10 | 01-17-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |

```
                 NEXT TRAN: _____                                        *
I0544 FOR MORE RECORDS HIT XMIT
```