FAX CoveR



Fax Number - 866-340-5216

ATTENTION - Key FREY

Total Pages 7 + CoveR (8)

Contents Financial Information for Todd Silber

Account: 0602198843

# FINANCIAL ANALYSIS FORM

**Account Number** 8843 (2)

| | | | |
|---|---|---|---|
| **I want to:** | ☑ **Keep the Property** | ☐ **Sell the Property** | |
| **The property is my:** | ☑ **Primary Residence** | ☐ **Second Home** | ☐ **Investment** |
| **The property is:** | ☑ **Owner Occupied** | ☐ **Renter occupied** | ☐ **Vacant** |

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| BORROWER'S NAME: Todd Silber | | CO-BORROWER'S NAME | |
| SOCIAL SECURITY NUMBER: -2236 | DATE OF BIRTH: 8-13-76 | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE: N/A | | HOME PHONE NUMBER WITH AREA CODE | |
| CELL OR WORK NUMBER WITH AREA CODE: 860-922-4156 | | CELL OR WORK NUMBER WITH AREA CODE | |

MAILING ADDRESS 73 Farnham Rd. South Windsor Ct 06074

PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) Same

EMAIL ADDRESS

Is the property listed for sale? ☐ Yes ☒ No
Have you received an offer on the property? ☐ Yes ☒ No
Date of offer ________ Amount of Offer $________
Agent's Name:
Agent's Phone Number:
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit-counseling agency for help?
☑ Yes ☐ No
If yes, please complete counselor contact information below.
Counselor's Name: Hope /CHFA /
Counselor's Phone Number:
Counselor's Email:

Who pays the Real Estate Tax bill on your property?
☐ I do ☑ Lender does
Are the taxes current? ☑ Yes ☐ No
Condominium or HOA Fee ☐ Yes ☒ No $ ______
Paid to: ____________________

Who pays the hazard insurance policy for your property?
☐ I do ☑ Lender Does ☐ Paid by Condo or HOA
Is the policy current? ☑ Yes ☐ No
Name of Insurance Co. ____________________
Insurance Co. Tel #: ____________________

Have you filed for bankruptcy? Yes ☐ No ☐ If yes: ☐ Chapter 7 ☐ Chapter 13 Filing Date: __________
Has your bankruptcy been discharged? ☐ Yes ☐ No Bankruptcy case number __________

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |

## HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by *(Please check all that apply)*:

☑ **My** household income has been reduced or lost. For example unemployment, underemployment, reduced pay or hours, decline in business earnings, death in family, serious or chronic illness, permanent or short-term disability, incarceration, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members) or divorce of a borrower or co-borrower.

☐ **My** monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical or health care costs, uninsured losses (such as those due to fires or natural disasters), increased property taxes, or unexpectedly high utilities.

☐ **My** cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments).

☐ Other ____________________

**Explanation (Required):**

____________________

**If additional space is needed for Explanation, please include an additional page.**

**FINANCIAL ANALYSIS FORM**
**(Continued)**

**Account Number** [illegible] 8843 (3)

| INCOME/EXPENSES FOR HOUSEHOLD _____ NUMBER OF PEOPLE IN HOUSEHOLD | | | | | |
|---|---|---|---|---|---|
| **1 - Monthly Household Income** | | **2 - Monthly Household Expenses/Debt** | | **3 - Household Assets** | |
| Gross Salary/Wages<br>Gross salary/wages = total monthly income before any tax withholding or employer deductions. | $ | First Mortgage Payment | $ 1990.80 | Checking Account(s) Balance | $ 497.87 |
| Overtime | $ | Second Mortgage Payment/Liens/Rents | $ X | Checking Account(s) Balance | $ 3950.78 |
| Child Support/Alimony* | $ | Insurance – hazard, wind, flood, etc (If not escrowed and included in your current mortgage payment) | $ X | Savings/Money Market | $ |
| Social Security/SSDI | $ | Property Taxes (If not escrowed and included in your current mortgage payment) | $ X | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards/Installment Loan(s) (total minimum payment per month) | $ Reducing to 30-50 | Stocks/Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ X | Other Cash on Hand | $ 1600.00 |
| Rents Received | $ 500.00 | Health Insurance | $ X | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ 2942.33 | HOA/Condo Fees/Property Maintenance | $ X | Other _______________ | $ |
| Food Stamps/Welfare | $ | Car Payments | $ 209.46 | | |
| Other (investment income, royalties, interest, dividends etc) _____________ | $ | Medical Expenses | $ X | | |
| | | Child Care | $ X | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| | | Student Loans/Personal Loans | $ X | | |
| | | Auto Expenses /Gasoline/Insurance | $ 180 | | |
| | | Food/Household Supplies | $ 425.00 | | |
| | | Water/Sewer/Utilities/Phone(s)/Cable | $ 210 | | |
| | | Other _______________ | $ | | |
| **Total (Gross income)** | $ 3442.33 | **Total Debt/Expenses** | $ 3065.26 | **Total Assets** | $ 6048.65 |

****** ALL INCOME MUST BE DOCUMENTED ********

*Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary. You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

**If additional space is needed, please include an additional page.**

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| **BORROWER** | ☑ I do not wish to furnish this information | **CO-BORROWER** | ☐ I do not wish to furnish this information |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino<br>☑ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☑ White | **Race:** | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| **Sex:** | ☐ Female<br>☑ Male | **Sex:** | ☐ Female<br>☐ Male |

**To be Completed by Interviewer**

| This application was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature Date<br>Interviewer's Phone Number (include area code) | |



Account 8843 (4)

# Transaction History

**Disclaimer**
The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

**Account Title/Address:**
TODD SILBER
73 FARNHAM RD

SOUTH WINDSOR, CT 06074

1st Checking Account
Page (1)

**Customer Name:**
TODD SILBER
Acct #: [redacted]443
Acct Type: VIP FREE INTEREST CHECKING
Balance: $497.87
Total Available Balance: $497.87
Last Statement Date: 03/20/2010

**History search parameters**

| Transaction | Amount | Date |
|---|---|---|
| Type: DDA Transactions | From: | From: 02/05/2010 |
| | To: | To: 04/05/2010 |

**Pending Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| 04/05/2010 | TRANSFER WITHDRAWAL | TRANSFER TO DDA 18870396 | 0000000000 | 1,341.92 |

**Posted Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 04/02/2010 | DEPOSIT | DEPOSIT | 0000000000 | 500.00 | $1,839.79 |
| 04/01/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,339.79 |
| 03/26/2010 | CK CRD SIGNATURE PURCH | EBAY INC. | 0000000000 | 117.58 | $660.79 |
| 03/26/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 29.08 | $778.37 |
| 03/26/2010 | CK CRD PIN PURCHASE | TANDY LEATHER 105TANDY LE 001 | 0000000000 | 57.30 | $807.45 |
| 03/26/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN38 | 0000000000 | 85.81 | $864.75 |
| 03/25/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $950.56 |
| 03/24/2010 | CK CRD SIGNATURE PURCH | BJ'S FUEL #9184 34749343344357 | 0000000000 | 30.08 | $271.56 |
| 03/23/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000972 | 209.27 | $301.64 |
| 03/23/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000955 | 412.50 | $510.91 |
| 03/23/2010 | ACH WITHDRAWAL | SEARS PAYMENT CHECK PYMT 09 | 0000000974 | 35.00 | $923.41 |
| 03/22/2010 | ACH WITHDRAWAL | CHASE CHECK PYMT 09 | 0000000973 | 155.00 | $958.41 |
| 03/19/2010 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.04 | $1,113.41 |
| 03/19/2010 | CK CRD PIN PURCHASE | HARKENS MARKET LLCHARKENS 0100 | 0000000000 | 25.02 | $1,113.37 |
| 03/19/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN30 | 0000000000 | 35.79 | $1,138.39 |
| 03/18/2010 | CK CRD SIGNATURE PURCH | DUNKIN #330464 | 0000000000 | 9.86 | $1,174.18 |
| 03/18/2010 | CK CRD SIGNATURE PURCH | TURBINE INC.-SUBSC 33892343344 | 0000000000 | 14.99 | $1,184.04 |
| 03/18/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,199.03 |
| 03/17/2010 | CK CRD SIGNATURE PURCH | USPS 0833690128 | 0000000000 | 20.83 | $520.03 |
| 03/16/2010 | ACH WITHDRAWAL | YANKEE GAS CHECKPAYMT 97 | 0000000970 | 50.00 | $540.86 |



OTSS00701 04/08







# Transaction History Continuation

**Disclaimer**
The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

TODD SILBER — ACCT # [illegible]1443
VIP FREE INTEREST CHECKING

**Results**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 03/16/2010 | ACH WITHDRAWAL | GEICO CHECKPAYMT 09 | 0000000971 | 171.10 | $590.86 |
| 03/15/2010 | CK CRD SIGNATURE PURCH | USPS 0833690128 | 0000000000 | 12.09 | $761.96 |
| 03/15/2010 | CK CRD SIGNATURE PURCH | HIGASHI JAPANESE R 00109843344 | 0000000000 | 15.60 | $774.05 |
| 03/15/2010 | CK CRD SIGNATURE PURCH | HOOTERS OF MANCHES 50616043344 | 0000000000 | 17.81 | $789.65 |
| 03/15/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000969 | 20.00 | $807.46 |
| 03/15/2010 | CK CRD SIGNATURE PURCH | NEWBURY COMICS 270003433443576 | 0000000000 | 52.99 | $827.46 |
| 03/15/2010 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 24.13 | $880.45 |
| 03/12/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 20.66 | $904.58 |
| 03/12/2010 | CK CRD PIN PURCHASE | TARGET T1249 MANCHESTETAR 4900 | 0000000000 | 31.26 | $925.24 |
| 03/12/2010 | CK CRD PIN PURCHASE | GEISSLER'S SUPER MARKEGEI 5346 | 0000000000 | 31.99 | $956.50 |
| 03/12/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN33 | 0000000000 | 51.13 | $988.49 |
| 03/12/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN30 | 0000000000 | 137.19 | $1,039.62 |
| 03/11/2010 | CK CRD SIGNATURE PURCH | BLIZZARD ENT*WOW S | 0000000000 | 14.99 | $1,176.81 |
| 03/11/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,191.80 |
| 03/08/2010 | CK CRD SIGNATURE PURCH | WENDYS #001 740033433443576561 | 0000000000 | 2.52 | $512.80 |
| 03/08/2010 | CK CRD SIGNATURE PURCH | MCDONALD'S F7987 1 | 0000000000 | 17.58 | $515.32 |
| 03/08/2010 | CK CRD PIN PURCHASE | USPS 0875140174/850 CLUSP 0026 | 0000000000 | 3.72 | $532.90 |
| 03/05/2010 | CK CRD SIGNATURE PURCH | GODADDY.COM 283000433443576561 | 0000000000 | 38.98 | $536.62 |
| 03/05/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 10.20 | $575.60 |
| 03/05/2010 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 1,341.92 | $585.80 |
| 03/04/2010 | CK CRD SIGNATURE PURCH | SARKU JAPAN 047981433443576561 | 0000000000 | 7.91 | $1,927.72 |
| 03/04/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,935.63 |
| 03/03/2010 | CK CRD SIGNATURE PURCH | DUNKIN #306504 | 0000000000 | 3.86 | $1,256.63 |
| 03/03/2010 | ACH WITHDRAWAL | HOME DEPOT CR SV CHECK PYMT 09 | 0000000967 | 190.00 | $1,260.49 |
| 03/02/2010 | CK CRD PIN PURCHASE | BARNESNOBLE 270 BUCKLABAR IN38 | 0000000000 | 3.71 | $1,450.49 |
| 03/02/2010 | CK CRD PIN PURCHASE | BARNESNOBLE 270 BUCKLABAR IN39 | 0000000000 | 26.45 | $1,454.20 |
| 03/02/2010 | WITHDRAWAL AT ATM | 965 SULLIVAN AVE 2851784334435 | 0000000000 | 20.00 | $1,480.65 |
| 03/01/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000966 | 209.27 | $1,500.65 |
| 03/01/2010 | ACH WITHDRAWAL | CITICARD PAYMENT CHECK PYMT 09 | 0000000968 | 85.00 | $1,709.92 |
| 02/26/2010 | CK CRD SIGNATURE PURCH | MANHATTAN WARDROBE | 0000000000 | 59.39 | $1,794.92 |
| 02/26/2010 | CK CRD SIGNATURE PURCH | EBAY INC. | 0000000000 | 104.57 | $1,854.31 |
| 02/26/2010 | CK CRD PIN PURCHASE | STOP & SHOP #699STOP & SH 001 | 0000000000 | 36.00 | $1,958.88 |



OTSS00701 04/08







# Transaction History Continuation

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

TODD SILBER

1st checking Account page (3)

ACCT # [redacted]443

VIP FREE INTEREST CHECKING

**Results**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 02/26/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN30 | 0000000000 | 41.98 | $1,994.88 |
| 02/26/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN39 | 0000000000 | 123.75 | $2,036.86 |
| 02/25/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $2,160.61 |
| 02/24/2010 | CK CRD SIGNATURE PURCH | AMAZON MKTPLACE PM | 0000000000 | 17.73 | $1,481.61 |
| 02/23/2010 | ACH WITHDRAWAL | Cox Comm - CON CHECK PYMT 09 | 0000000965 | 126.44 | $1,499.34 |
| 02/22/2010 | CK CRD SIGNATURE PURCH | SPARE TIME-VERNON 525164433443 | 0000000000 | 23.25 | $1,625.78 |
| 02/22/2010 | ACH WITHDRAWAL | GEICO CHECKPAYMT 09 | 0000000964 | 171.10 | $1,649.03 |
| 02/22/2010 | WITHDRAWAL AT ATM | 475 TALCOTTVILLE RD 2181594334 | 0000000000 | 40.00 | $1,820.13 |
| 02/19/2010 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.05 | $1,860.13 |
| 02/19/2010 | CK CRD SIGNATURE PURCH | USPS 0833690128 | 0000000000 | 12.95 | $1,860.08 |
| 02/19/2010 | DEPOSIT AT ATM | 1695 ELLINGTON RD 115719433443 | 0000000000 | 679.00 | $1,873.03 |
| 02/16/2010 | CK CRD SIGNATURE PURCH | BUGABOO CREEK#9006 14849743344 | 0000000000 | 40.00 | $1,194.03 |
| 02/11/2010 | DEPOSIT | DEPOSIT | 0000000000 | 679.00 | $1,234.03 |
| 02/10/2010 | ACH WITHDRAWAL | GEMB RSF CHECKPAYMT 09 | 0000000963 | 50.00 | $555.03 |
| 02/10/2010 | ACH WITHDRAWAL | LOWES/GEMB CHECKPAYMT 09 | 0000000962 | 50.00 | $605.03 |
| 02/08/2010 | CK CRD SIGNATURE PURCH | BUCKLAND HILL 0000 001 | 0000000000 | 22.00 | $655.03 |
| 02/08/2010 | POD INCLEARING CHECKS | PAID CHECK | 0000000961 | 30.00 | $677.03 |
| 02/08/2010 | ACH WITHDRAWAL | Kohls Chg Pmt Check PMT 09 | 0000000960 | 15.00 | $707.03 |
| 02/08/2010 | CK CRD PIN PURCHASE | TARGET T1249 MANCHESTETAR 4900 | 0000000000 | 77.27 | $722.03 |
| ☆ 02/08/2010 | ONLINE TRNSF-IMMEDIATE | TFR TO CK 0018870396 | 0000000000 | 1,205.57 | ☆ $799.30 |
| 02/05/2010 | CK CRD PIN PURCHASE | BJ'S WHOLESALE C 1046 BJ' IN38 | 0000000000 | 35.30 | $2,004.87 |
| 02/05/2010 | DEPOSIT | DEPOSIT | 0000000000 | 1,019.00 | $2,040.17 |

------------------------------ **End of Report** ------------------------------



OTSS00701 04/08



Account ...8843



# Transaction History

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

**Account Title/Address:**

TODD SILBER
73 FARNHAM RD

SOUTH WINDSOR, CT 06074

2nd Checking Account

**Customer Name:**

TODD SILBER

Acct #: [redacted]396

Acct Type: VIP FREE INTEREST CHECKING

Balance: $3,950.78

Total Available Balance: $4,448.65 ← Both Accounts Balance

Last Statement Date: 03/20/2010

**History search parameters**

**Transaction** Type: DDA Transactions

**Amount** From: To:

**Date** From: To:

**Pending Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate |
|---|---|---|---|---|
| ☆ 04/05/2010 | TRANSFER TO CHECKING | TRANSFER FROM DDA 19654443 | 0000000000 | 1,341.92 ☆ |

**Posted Transactions**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 03/19/2010 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.08 | $2,608.86 |
| ☆ 03/05/2010 | ONLINE TRNSF-IMMEDIATE | TFR FR CK 0019654443 | 0000000000 | 1,341.92 | ☆ $2,608.78 |
| 02/19/2010 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.02 | $1,266.86 |
| ☆ 02/08/2010 | ONLINE TRNSF-IMMEDIATE | TFR FR CK 0019654443 | 0000000000 | 1,205.57 | ☆ $1,266.84 |
| 02/05/2010 | CK CRD SIGNATURE PURCH | GODADDY.COM 283000433443001030 | 0000000000 | 38.98 | $61.27 |
| 01/29/2010 | ONLINE TRNSF-IMMEDIATE | TFR FR CK 0019654443 | 0000000000 | 80.00 | $100.25 |

------ End of Report ------

☆ = money put Aside Each month, offered to GMAC (monthly) as well as proving I could Afford A modified payment following HAMP Guidelines, Going off the principal balance of my Loan/Note.



OTSS00701 04/08




Account Number -8843

(8)

This agreement, made on 04/01/2010 is a contract between: Todd Silber (Owner of property. And Mindy Johnston (Tenant/Roommate)

Property: 73 Farnham RD. South Windsor, Ct 06074

*I understand that I am entering into a legally binding agreement to rent a room at this property. And share said household with Owner and Children.*

**TERM OR PERIOD OF AGREEMENT**
This agreement is to begin on 04/01/2010 for a term lasting until 04/01/2011. I fully understand and accept the rules and responsibilities of this agreement.

**SECURITY DEPOSIT**
The security deposit for the dwelling is $ ZERO

**RENT**
The total rent according to the terms of our lease agreement with the owner of the property is $500 per month. I agree to pay $500 a month.

**UTILITIES**
**All Utilities are included in the $500 rent amount. I understand this section will be revisited on a month to month basis and is open to possible increase, no greater than $100.**

**MOVING OUT**
If, for whatever reason, I move out of the dwelling, I realize it is primarily my responsibility to find a replacement.
I agree to look for a replacement roommate who is acceptable to my present landlord.
If I move out of the dwelling and a replacement roommate has not been found, I realize that I am still legally responsible to the Owner (Todd Silber) for paying my share of the rent and utility bills (if any apply).

*As a party of this agreement, I have equal rights to the use of the space and facilities in the dwelling with the exception of areas we have designated as each one's private space. This agreement is intended to promote harmony between Owner and Roommate by clarifying the expectations and responsibilities to each other.*

It is not necessary to witness or notarize this agreement unless requested by a roommate, or Owner.

Owner: Todd Silber

Date: 4/1/2010

Roommate/Tenant: Mindy Johnston

Date: 4/1/2010