## Exhibit A-1

**Sent/Received**

**JUL 2 3 2013**

**R E S C A P**    To _____    **MORRISON | FOERSTER**
By _____

## Claim Information

| Claim Number | 960 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | In January 2001 Plaintiff and his spouse formed a "Joint Living Trust" which states, [Exhibit A page 1] "The purpose of this Agreement is to establish a Trust to receive and manage assets for the benefit of the Grantors during the Grantors' lifetimes, and to further manage and distribute the assets of the Trust upon the death of the surviving Grantor." Plaintiff Michael E. Boyd ("Plaintiff") hereby complains of unconscionability contract adhesion by Defendants' GMAC Mortgage LLC ("GMAC LLC" or "GMACM") and Mortgage Electronic Registration Systems ("MERS") to breach said "Joint Living Trust" through the use of standard form loans and promissory notes [referred herein as "Deeds of Trust" or "DOTs"] signed by Plaintiff in and about January 2007. Even if a DOT signed are found to be valid irrespective of the fact that Plaintiff lacked authority to enter in to the DOT outside of his powers as a trustee to his "Joint Living Trust", Plaintiff never signed any loan documents or DOTs with GMAC LLC. Plaintiff alleges that because MERS failed to make a substitution of trustee to GMAC LLC in 2007 with consent under Plaintiff's powers as a living trustee therefore and when such substitutions occurred in 2011, in addition to GMAC LLC defrauding Plaintiff of approximately $186,000 in fraudulent payments extracted by Defendants. The Defendants continue to defraud Plaintiff under this contract of adhesion under his Chapter 13 Bankruptcy Plan. This also violated Plaintiff's right to due process, forcing the bankruptcy of Plaintiff and his spouse in December 2011. |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

**Loan Number:**
Account# ▉▉▉5915;  and  Account# ▉▉▉1412

**Address of property related to the above loan number:**
1090-1092 Lakebird Drive, Sunnyvale, CA 94089; and 5439 Soquel Drive, Soquel, CA 95073

| City: | State: | ZIP Code: |
|---|---|---|
| | | |

See attached Notice[s] 2 each from Ocwen Loan Servicing, LLC

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220 Bloomington, MN 55438

Claim Number: 960
MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC
Type: POC



O C W E N

Ocwen Loan Servicing, LLC
PO Box 780
Waterloo IA 50704-0780
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEB ANKSITE.COM

June 13, 2013

**MICHAEL E BOYD**
**PATRICIA L PARAMOURE**
**5439 SOQUEL DRIVE**
**SOQUEL CA 95073**

RE:    Account Number    ████5915
       Property Address    1090-1092 LAKEBIRD DRIVE
                           SUNNYVALE CA 94089-0000

**\*\*IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST
ONLY PAYMENT CHANGES\*\***

The interest rate on your loan is scheduled to adjust on **7/1/2013**. Your new interest-only payment will begin effective with the 8/1/2013 payment.

Projected principal balance after 7/1/2013 payment $ 566,244.98

| | | | |
|---|---|---|---|
| Current Interest Rate | 2.7500% | New Index Value | .4140% |
| Current Pmt | $1297.64 | New Interest Rate | 2.6250% |
| Margin | 2.25% | New Int-only pmt | $1,238.66 |

| | |
|---|---|
| Rate Next Change Date | 1/1/2014 |
| Principal and Interest Next Change | 2/1/2014 |

Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.

A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO YOU, OCWEN LOAN SERVICING, LLC WILL CONTINUE WITH THE DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT ARE BEING ADJUSTED.



**O C W E N**

*Ocwen Loan Servicing, LLC*
*PO Box 780*
*Waterloo IA 50704-9780*
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEB ANKSITE.COM

July 12, 2013

**MICHAEL BOYD**
**PATRICIA L PARAMOURE**
**5439 SOQUEL DRIVE**
**SOQUEL CA 95073**

RE:    Account Number        ████412
        Property Address     **5439 SOQUEL DRIVE**
                             **SOQUEL CA 95073-0000**

**\*\*IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST**
**ONLY PAYMENT CHANGES\*\***

The interest rate on your loan is scheduled to adjust on 8/1/2013. Your new interest-only payment will begin effective with the 9/1/2013 payment.

Projected principal balance after 8/1/2013 payment $ 711,216.07

| | | | |
|---|---|---|---|
| Current Interest Rate | 2.7500% | New Index Value | .4130% |
| Current  Pmt | $1629.87 | New Interest Rate | 2.6250% |
| Margin | 2.25% | New Int-only pmt | $1,555.79 |

| | |
|---|---|
| Rate Next Change Date | 2/1/2014 |
| Principal and Interest Next Change | 3/1/2014 |

Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.

A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft  date.

IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO YOU, OCWEN LOAN SERVICING, LLC WILL CONTINUE WITH THE DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT ARE BEING ADJUSTED.

The Debtor has listed your claim as Contingent, Unliquidated, and ~~~~~~ ... ~~~~~~ ~~~~~ ~~~~~ claim in the amount of ~~ on ~~ ~~~~~~ timely file a Proof of Claim or you can be barred ~~~~~ ~~~~~~~~~

**Claim #960  Date Filed: 10/4/2012**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY **COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **GMAC Mortgage, LLC** | Case Number: **12-12032** |
|---|---|

NOTE: *This form should not be used to make a claim for administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC**

Name and address where notices should be sent:  NameID: 10993624

**MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC**
**5439 SOQUEL DR**
**SOQUEL, CA 95073**

Telephone number:  email:

Name and address where payment should be sent (if different from above):

☒ **Date Stamped Copy Returned**
☐ **No self addressed stamped envelope**
☐ **No copy to return**

Telephone number:  email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:
(if known)

Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ _186,000_
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: _Mortgage notes (2 each) US District Court Northern District CA_
_Case # 11-cv-5018_
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _8141_

3a. Debtor may have scheduled account as: _____ (See instruction #3a)

3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _1070-1072 Lakeview Dr, Sunnyvale CA & 5439 Soquel Dr, Soquel CA_

Value of Property: $ _975,000_  Annual Interest Rate _____% ☐ Fixed ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ _84,000_  Basis for perfection: _____

Amount of Secured Claim: $ _186,000_  Amount Unsecured: $ _Unknown_

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____  (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: _GMAC Mortgage LLC has all docs in their possession_

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Michael E. Boyd_
Title: _Trustee_
Company: _Ethel B. Keaveny & Michael Boyd_
Address and telephone number (if different from notice address above): _(Signature) Trustee_ _10/2/12_

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**RECEIVED**
OCT 04 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000227

PRF # 59050***
Case No.: 12-12020
Svc: 3

PackID: 227
NameID: 10993624

MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC
5439 SOQUEL DR
SOQUEL, CA 95073



Michael A. ___
5439 Soquel Dr.
Soquel, CA 95073

Residential Capital, LLC
P.O. Box 385220
Bloomington, Minnesota
55438

55438S22020

SAN JOSE CA 950
19 JUL 2013 PM 2 L

FOREVER ✦ Freedom
FOREVER ✦ Liberty