## Exhibit B

The Debtor has listed your claim as Contingent, Unliquidated, or Disputed. ~~Exhibit B~~ ... timely file a Proof of Claim or you will be forever barred from recovery.

Claim #960   Date Filed: 10/4/2012

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** | **PROOF OF CLAIM**

Name of Debtor: GMAC Mortgage, LLC    Case Number: 12-12032

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:   NameID: 10993624
MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC
5439 SOQUEL DR
SOQUEL, CA 95073

**Court Claim Number:** _____ (If known)
Filed on: _____

Telephone number:   email:

Name and address where payment should be sent (if different from above):
☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:   email:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

1. Amount of Claim as of Date Case Filed: $ 186,000
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: mortgage notes (2 each) US District Court Northern District CA case # 11-cv-5018
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 8141
3a. Debtor may have scheduled account as: _____
3b. Uniform Claim Identifier (optional): _____

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☒Real Estate ☐Motor Vehicle ☐Other
Describe: 1010-1012 Lakebird Dr, Sunnyvale Ca + 5439 Soquel Dr. Soquel CA
Value of Property: $ 975,000   Annual Interest Rate 5 % ☐Fixed ☐Variable (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 84,000   Basis for perfection: _____
Amount of Secured Claim: $ 186,000   Amount Unsecured: $ Unknown

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).
**Amount entitled to priority:**
$ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: GMAC Mortgage LLC has all docs in their possession

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Michael E. Boyd
Title: Trustee
Company: Patricia Parramore + Michael Boyd Living Trust
Address and telephone number (if different from notice address above):
(Signature) Michael E. Boyd  (Date) 10/2/12

**RECEIVED**
OCT 04 2012
KURTZMAN CARSON CONSULTANTS

Telephone number:   Email:   **COURT USE ONLY**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

001KC0002_51765-5_domestic_21/028727/172358    12120321120824150612002131