# **Exhibit L**



| | |
|---|---|
| LOAN#: ▮▮▮6642 |  3204 |
| RECORDING REQUESTED BY | |
| JAY D. MARX | Recorded in the County of Orange, California |
| 1920 MAIN ST. SUITE 400 | Gary L. Granville, Clerk/Recorder |
| Irvine, CA 92614 | 6.00 |
| AND WHEN RECORDED MAIL TO | 19990124286 1:37pm 02/22/99 |
| | 005 17013082 17 16 |
| DITECH FUNDING | A32 1 6.00 0.00 0.00 0.00 0.00 0.00 |
| 1920 MAIN ST. SUITE 400 | |
| Irvine, CA 92614 | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Corporation Assignment of Deed of Trust

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

GMAC Mortgage Corporation

all beneficial interest under that certain Deed of Trust dated September 9, 1998
executed by
   MOHAMMED K. GHODS AND HEIDI M. GHODS, HUSBAND AND WIFE AS JOINT TENANTS                                                       ,Trustor
to    Gateway Title Company                                     Trustee, and recorded as
Instrument No.  19980648752       on  9/25/98      in book,
page      , of Official Records in the County Recorder's office of          ORANGE
County,       CA         describing land therein as:

   DESCRIBED ON DEED OF TRUST AND REFERRED TO HEREIN

TOGETHER with the note or notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

                                                         DITECH FUNDING CORPORATION

Dated      September 25, 1998                            _____
                                                         ASSISTANT CORPORATE SECRETARY

State of California        } ss.
County of Orange

On       September 25, 1998        before me,    ANNE M. SCHACHTER, A NOTARY PUBLIC
personally appeared   L.I. HERNANDEZ    personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the
person(s) acted, executed the instrument.

                                                         FOR NOTARY SEAL STAMP

WITNESS my hand and official seal.

_____ (Seal)



Anne M. Schachter
Comm. #1127128
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
Comm. Exp Feb. 28, 2001

Identifier: 3204    Doc Type:ASGNU

12-12020-mg    Doc 9026-14    Filed 08/17/15    Entered 08/17/15 17:19:20    Decl.
Exhibit L    Pg 3 of 5

Recording Requested By:
OCWEN LOAN SERVICING, LLC

CERTIFIED TRUE AND CORRECT COPY OF THE ORIGINAL WHICH HAS BEEN TRANSMITTED FOR RECORDATION.

When Recorded Return To:

RACHEL MOORE
OCWEN LOAN SERVICING, LLC
3451 HAMMOND AVE
WATERLOO, IA 50702

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Orange, California
SELLER'S SERVICING #: 3204 "GHODS"
INVESTOR'S LOAN #: 5685

Prepared By: Rachel Moore, OCWEN LOAN SERVICING, LLC 3451 HAMMOND AVENUE, PO BOX 780, WATERLOO, IA 50704-0780 1-800-766-4622

For Value Received, GMAC MORTGAGE LLC FKA GMAC MORTGAGE CORPORATION hereby grants, assigns and transfers to OCWEN LOAN SERVICING, LLC at 3451 HAMMOND AVE, WATERLOO, IA 50702 all beneficial interest under that certain Deed of Trust dated 09/09/1998, in the amount of $227,150.00, executed by MOHAMMED K. GHODS AND HEIDI M. GHODS HUSBAND AND WIFE AS JOINT TENANTS to DITECH FUNDING CORPORATION and Recorded: 09/25/1998 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 19980648752 in the County of Orange, State of California.

Therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

GMAC MORTGAGE LLC FKA GMAC MORTGAGE CORPORATION
On 5-15-2013

_____
Rachel Moore, Authorized Officer


STATE OF Iowa
COUNTY OF Black Hawk

On 8-15-13, before me, TERESA OLSON, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared _____ RACHEL MOORE _____, Authorized Officer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
TERESA OLSON
Notary Expires: 07/03/2016 #779238

TERESA OLSON
COMMISSION NO.779238
MY COMMISSION EXPIRES
JULY 3, 2016

(This area for notarial seal)

*RM*RMGMAC*08/15/2013 08:23:35 AM* GMAC36GMACA00000000000000004131758* CAORANG* 0159983204 CASTATE_TRUST_ASSIGN_ASSN *RM*RMGMAC*

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

RACHEL MOORE
OCWEN LOAN SERVICING, LLC
3451 HAMMOND AVE
WATERLOO, IA 50702

CERTIFIED TRUE AND CORRECT COPY OF THE ORIGINAL WHICH HAS BEEN TRANSMITTED FOR RECORDATION.

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Orange, California
SELLER'S SERVICING #: ####3204 "GHODS"
INVESTOR'S LOAN #: ####5685

MERS #: ############7376    SIS #: 1-888-679-6377

Prepared By: Rachel Moore, OCWEN LOAN SERVICING, LLC 3451 HAMMOND AVENUE, PO BOX 780, WATERLOO, IA 50704-0780 1-800-766-4622

For Value Received, OCWEN LOAN SERVICING, LLC hereby grants, assigns and transfers to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026, FLINT MI 48501, 1901 E VOORHEES ST. STE., DANVILLE, IL 61834 all beneficial interest under that certain Deed of Trust dated 09/09/1998, in the amount of $227,150.00, executed by MOHAMMED K. GHODS AND HEIDI M. GHODS HUSBAND AND WIFE AS JOINT TENANTS to DITECH FUNDING CORPORATION and Recorded: 09/25/1998 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 19980648752 in the County of Orange, State of California.

Therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

OCWEN LOAN SERVICING, LLC
On 8-15-2013

*Rachel Moore signature*

Rachel Moore, Authorized Signer

*RM*RMGMAC*08/15/2013 08:23:37 AM* GMAC36GMACAD00000000000004133088* CAORANG* 0159983204 CASTATE_TRUST_ASSIGN_ASSN *RM*RMGMAC*

Identifier ████ 3204    Doc Type:ASGNU

12-12020-mg    Doc 9026-14    Filed 08/17/15    Entered 08/17/15 17:19:20    Decl.
Exhibit L    Pg 5 of 5

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Iowa
COUNTY OF Black Hawk

On 8-15-13, before me, TERESA OLSON, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared _____ RACHEL MOORE _____, Authorized Signer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Teresa Olson* (signature)
TERESA OLSON
Notary Expires: 07/03/2016  #779238


TERESA OLSON
COMMISSION NO.779238
MY COMMISSION EXPIRES
JULY 3, 2016

(This area for notarial seal)

*RM*RMGMAC*08/15/2013 08:23.37 AM* GMAC35GMACA00000000000000004133088* CAORANG* 0159983204 CASTATE_TRUST_ASSIGN_ASSN *RM*RMGMAC*