MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

————————————————————— )
                                                                    )
In re:                                                          )    Case No. 12-12020 (MG)
                                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,          )    Chapter 11
                                                                    )
                                       Debtors.              )    Jointly Administered
                                                                    )
----------------------------------------------------------------- )

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 20, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.       ADJOURNED MATTER(S):**

**1.**       Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an
             Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
             [Docket No. 2401]

             **Related Document(s):**

             **a.**       Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for
                          the Entry of an Order Granting Relief from the Automatic Stay Pursuant to
                          11 U.S.C. § 362(d) [Docket No. 2421]

             **b.**       [Proposed] Order Granting Connecticut Housing Finance Authority
                          ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
                          U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29,
2013 at 10:00 a.m. [Docket No. 2624]

d.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7,
2013 at 10:00 a.m. [Docket No. 2729]

e.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28,
2013 at 2:00 p.m. [Docket No. 2848]

f.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013
at 10:00 a.m. [Docket No. 3008]

g.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013
at 10:00 a.m. [Docket No. 3239]

h.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013
at 10:00 a.m. [Docket No. 3539]

i.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013
at 10:00 a.m. [Docket No. 3682]

j.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at
10:00 a.m. [Docket No. 3948]

k.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at
10:00 a.m. [Docket No. 4186]

l.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29,
        2013 at 10:00 a.m. [Docket No. 4348]

m.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24,
        2013 at 10:00 a.m. [Docket No. 4855]

n.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2,
        2013 at 10:00 a.m. [Docket No. 5120]

o.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7,
        2013 at 2:00 p.m. [Docket No. 5255]

p.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17,
        2013 at 10:00 a.m. [Docket No. 5751]

q.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30,
        2014 at 10:00 a.m. [Docket No. 6087]

r.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014
        at 10:00 a.m. [Docket No. 6374]

s.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014
        at 10:00 a.m. [Docket No. 6684]

t.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014
        at 10:00 a.m. [Docket No. 6808]

u.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

v.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

w.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

x.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

y.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

z.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

aa.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

bb.    Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

cc.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

dd.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

ee.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

ff.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

gg.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

hh.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

**Response(s)**:

a.      Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:      The hearing on this matter has been adjourned to October 1, 2015.

2.      ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

a.      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

b.      Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

c.      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

d.      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

e.      Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

      **f.**       Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

      **g.**       Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

      **h.**       Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

    **Response(s)**:

      **a.**       Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

    **Status**:     The hearing on this matter has been adjourned to October 1, 2015.

**3.**      Motion of The ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 8947]

    **Related Document(s)**:

      **a.**       Declaration of Matthew R. Scheck in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 8948]

      **b.**       Notice of Adjournment of Hearing on the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 8996]

    **Response(s)**:     None.

    **Status**:     The hearing on this matter has been adjourned to October 8, 2015.

II.        **STATUS CONFERENCE(S)**:

1.        ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No
        Liability Borrower Claims) [Docket No. 7552]

        **Related Document(s)**:

        a.        Order Allowing Rhonda Gosselin to Respond to the Second Supplemental
                Declaration of Deanna Horst [Docket No. 8112]

        b.        Memorandum Opinion and Order Sustaining in Part and Overruling in Part
                the ResCap Borrower Claims Trust's Objection to Claim Number 3862
                Filed by Rhonda Gosselin [Docket No. 8516]

        c.        ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the
                Court's Memorandum Opinion and Order Sustaining in Part and Overruling
                in Part the ResCap Borrower Claims Trust's Objection to Claim Number
                3862 Filed by Rhonda Gosselin [Docket No. 8574]

        **Response(s)**:

        a.        Response of Rhonda Gosselin to ResCap Borrower Claims Trust's
                Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower
                Claims) [Docket No. 7652]

        **Reply**:

        a.        ResCap Borrower Claims Trust's Supplemental Objection and Reply in
                Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability
                Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket
                No. 7842]

        b.        Declaration of Deanna Horst in Further Support of the ResCap Borrower
                Claims Trust's Supplemental Objection and Reply in Support of its
                Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower
                Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No.
                8007]

        **Status**:        The status conference on this matter, solely as it relates to the claim filed
                by Rhonda Gosselin (Claim No. 3862), will be going forward.

2.        ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by
        William J. Futrell [Docket No. 8315]

**Related Document(s)**:

a.      Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2267 Filed by William J. Futrell [Docket No. 8887]

b.      Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell to August 6, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8933]

c.      Notice of Adjournment of Status Conference on the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8959]

d.      Letter to Judge Glenn from James A. Newton Regarding Status Update as to Claim No. 2267 Filed by William J. Futrell [Docket No. 9010]

**Response(s)**:

a.      Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8413]

b.      Supplement to Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8458]

c.      William J. Futrell's Objection to Trust's [Reply in Further Support of Objection to Proof of Claim No. 725 Filed by William J. Futrell] and Motion to Strike the Further Submission to Court [Docket No. 8551]

**Reply**:

a.      The ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 725 Filed By William J. Futrell [Docket No. 8528]

**Status**:      The status conference on this matter will be going forward.

3.      ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8459]

**Related Document(s)**:

    **a.**    Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8625]

    **b.**    Motion of Alvin and Sandra LaBostrie to Stay Judgment [Docket No. 8795]

    **c.**    Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8852]

    **d.**    Motion of Alvin and Sandra LaBostrie [for Extension of Time to File Response to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8953]

    **e.**    Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8955]

    **f.**    Notice of Status Conference on August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding the ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie and Adjournment of Hearing Regarding the Same [Docket No. 9009]

**Response(s)**:

    **a.**    Answer [of Alvin LaBostrie and Sandra LaBostrie to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8999]

    **Status**:    This matter will be going forward as a status conference.  The hearing on this matter has been adjourned to a date to be determined.

## III.    CLAIMS OBJECTIONS:

1.    ResCap Borrower Claims Trust's Eighty-Eighth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims) [Docket No. 8859]

    **Related Document(s):**

    **a.**    Notice of Filing of Revised Exhibit B to the Proposed Order Granting the ResCap Borrower Claims Trust's Eighty-Eighth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims) [Docket No. 8864]

**Response(s)**:

a.      Michael E. Boyd's Answer in Opposition To Eighty-Eighth Omnibus
        Objection To Claims (No Liability Borrower Claims) [Docket Nos.
        8974/8977]

b.      Response of Claimants Mohammed K. Ghods and Heidi Ghods to
        Objection to Claim Number 3503 [Docket No. 9000]

c.      Response of Kechia L. Island to ResCap Borrower Claims Trust's Eighty-
        Eighth Omnibus Objection to Claims ((I) No Liability Borrower Claims
        and (II) Reduce and Allow Borrower Claims) [Docket No. 9001]

**Reply**:

a.      ResCap Borrower Claims Trust's Omnibus Reply in Support of its Eighty-
        Eighth Omnibus Objection to Claims ((I) No Liability Borrower Claims
        and (II) Reduce and Allow Borrower Claims) as to Claim Nos. 960 and
        3503 and The ResCap Liquidating Trust's Objection to Michael Boyd's
        Motion for Relief from the Automatic Stay [Docket No. 9026]

**Status**:    This matter, solely as it relates to the claim filed by Kechia L. Island
        (Claim No. 5300), has been settled.  The hearing on this matter as it relates
        to all other claimants will be going forward.

Dated:  August 18, 2015                 /s/ Norman S. Rosenbaum
        New York, New York              Norman S. Rosenbaum
                                        Jordan A. Wishnew
                                        MORRISON & FOERSTER LLP
                                        250 West 55th Street
                                        New York, New York 10019
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for The ResCap Borrower Claims
                                        Trust and The ResCap Liquidating Trust*