Official Form 17A (12/14)

[Stamp: RECEIVED AUG 17 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Todd Silber**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☒ Creditor (circled)
   ☐ Trustee
   ☐ Other (describe) **Claimant**

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Memorandum Opinion and Order Sustaining the rescap Borrower Claims Trust Objection to Claim 4222**

2. State the date on which the judgment, order, or decree was entered: **8/4/2015**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Residential Capital LLC.**    Attorney: **Morrison & Foerster LLP, Jordan Wishnew, Norman Rosenbaum, Jessica Arett, 250 West 55th St, New York NY 10019  212-468-8000**

2. Party: _____    Attorney: _____

Official Form 17A (12/14)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 8/13/2015
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Todd Silber
73 FARNHAM RD.
SOUTH WINDSOR CT. 06074
860-922-4156

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.