**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 31, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

**By Overnight Delivery**

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Residential Capital, LLC et al.
      Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Borrower Trust"). On July 1, 2015, the Court entered its *Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Number 1083 Filed by Maria M. and Elda Thompson* [Docket No. 8823]. Through that order, the Court sustained the Borrower Trust's objection to claim 1083 (the "Claim") filed by Maria M. and Elda Thompson (the "Thompsons") as to all but one point relating to the Thompsons' allegations that Debtor GMAC Mortgage, LLC charged them an incorrect interest rate when servicing their loan. See Memorandum Opinion, p. 32-33.

The Borrower Trust reached out to the Thompsons in an attempt to consensually resolve this remaining allegation; however, the parties are not able to agree on a settlement. As a result, in order to move toward a final resolution of the Claim, the Borrower Trust respectfully requests that the Court schedule a telephonic status conference at its earliest convenience to discuss with the parties the most efficient and expeditious manner to determine the sole remaining allegation.

ny-1180855

MORRISON | FOERSTER

Hon. Martin Glenn, USBJ
July 31, 2015
Page Two

Respectfully submitted,

*[signature]*

Jordan A. Wishnew

cc: Ms. Elda Thompson (via overnight mail)

ny-1180855