**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :     Case No. 12-12020 (MG)
                                                :
                                                :
                                                :       (Jointly Administered)
            Debtors.                            :
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On August 18, 2015, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, via Facsimile upon the party on the service list attached hereto as **Exhibit B**, and via Overnight Mail upon the party on the service list attached hereto as **Exhibit C**:

- **Proposed Agenda for Matters Scheduled to be Heard on August 20, 2015 at 10:00 a.m. (EST)** [Docket No. 9028]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for August 20, 2015 at 10:00 a.m. (ET)**

Dated: August 19, 2015

_____
Clarissa D. Cu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th of August, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| CreditorName | NoticeName | EMAIL |
|---|---|---|
| ALVIN LABOSTRIE | Sandra LaBostrie | piccb_investigations@yahoo.com; piccbinvest@hotmail.com |
| CARPENTER LIPPS & LELAND LLP | Jeffrey A. Lipps & Jennifer A. L. Battle | lipps@CarpenterLipps.com battle@CarpenterLipps.com |
| DAY PITNEY | JAMES J. TANCREDI & JOSHUA W. COHEN | jtancredi@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com |
| KECHIA L ISLAND | | inspiredimage@aol.com |
| MICHAEL E BOYD | | michaelboyd@sbcglobal.net |
| MOHAMMED K GHODS | Heidi Ghods | mghods@ghodslaw.com |
| QUINN EMANUEL | Peter Calamari, David Elsberg, Isaac Nesser & MatthewScheck | PeterCalamari@quinnemanuel.com DavidElsberg@quinnemanuel.com IsaacNesser@quinnemanuel.com MatthewScheck@quinnemanuel.com |
| RHONDA GOSSELIN | c o Laird J. Heal | lairdheal@lh-law-office.com |

# EXHIBIT B

Exhibit B
Served via Facsimile

| CreditorName | NoticeName | FAX |
|---|---|---|
| Thomas Margolis | on Behalf of William J Futrell | 765-289-6064 |

# EXHIBIT C

Exhibit C

Served via Overnight Mail

| CREDITORNAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| William J Futrell | 8391 N 550 W | Bryant | IN | 47326 |