**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Residential Capital, LLC, et al.                Case No.: <u>12-12020</u>

                                                    Chapter <u>11</u>

                      Debtor

---------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of <u>Matthew V. Johnson</u>, to be admitted, ***pro hac vice***, to represent <u>Decision One Mortgage Company, LLC</u>, (the "Client") an <u>objector to Dkt. #8947</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>District of Columbia</u> and, if applicable, the bar of the U.S. District Court for the District of <u>District of Columbia</u> it is hereby

      **ORDERED**, that <u>Matthew V. Johnson</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: **August 20, 2015**
       New York, New York                              **/s/ Martin Glenn**
                                                      UNITED STATES BANKRUPTCY JUDGE