Hearing Date and Time: October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP
BORROWER CLAIMS TRUST'S OBJECTION TO PROOFS OF CLAIM
NOS. 2769 AND 2772 FILED BY ALVIN AND SANDRA LA BOSTRIE**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie* (the "LaBostries") [Docket No. 8459] (the "Objection"), previously scheduled to be heard on August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501. No further adjournments will be granted by the Court.

**PLEASE TAKE FURTHER NOTICE** that the LaBostries will file their response (the "Response") to the Objection on or before **September 17, 2015 at 4:00 p.m.**

ny-1200965

**(Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the ResCap Borrower Claims Trust will file its reply to the Response on or before **September 24, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated: August 20, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1200965