**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al*., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------------------

**ORDER GRANTING THE RESCAP BORROWER CLAIMS TRUST'S REQUEST TO FILE A SUPPLEMENTAL FILING WITH RESPECT TO ITS OBJECTION TO THE ANIELS' CLAIMS AND PERMITTING THE ANIELS TO FILE A RESPONSE**

The ResCap Borrower Claims Trust (the "Trust") filed a letter, dated August 11, 2015 (ECF Doc. # 9003), requesting permission to file a supplemental pleading to address the sole contested issue remaining after the Court issued a memorandum opinion and order (ECF Doc. # 8820) sustaining in part and overruling in part the Trust and ResCap Liquidating Trust's objection (ECF Doc. # 8237) to the claims filed by Erlinda Abibas Aniel ("Aniel"), Fermin Solis Aniel, and Marc Jason Aniel (together, the "Aniels"). On August 17, 2015, Aniel filed a letter (ECF Doc. # 9023) opposing the Trust's request to file a supplemental pleading.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Trust may file a supplemental pleading on or before **September 4, 2015 at 5:00 p.m. (prevailing Eastern time)**; and it is further

**ORDERED**, that the Aniels may file a response to the Trust's supplemental filing on or before **September 18, 2015 at 5:00 p.m. (prevailing Eastern time)**; and it is further

**ORDERED**, that after the Court receives both parties' supplemental filings, the Court will determine whether further hearings are required; and it is further

2

**ORDERED**, that counsel to the Trust shall serve a copy of this Order on the Aniels by overnight mail.

Dated:   August 24, 2015
        New York, New York

                                      **_/s/Martin Glenn_**
                                      MARTIN GLENN
                          United States Bankruptcy Judge