Status Conference Date and Time: September 3, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF STATUS CONFERENCE ON SEPTEMBER 3, 2015 AT 10:00 A.M.
(PREVAILING EASTERN TIME) REGARDING (1) THE MEMORANDUM
OPINION AND ORDER (I) SUSTAINING IN PART AND OVERRULING
IN PART THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION
TO CLAIM NO. 452 FILED BY JULIO PICHARDO AND (II) DENYING
<u>JULIO PICHARDO'S MOTION TO LIFT THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference in connection with the *Memorandum Opinion And Order (I) Sustaining In Part And Overruling In Part The Rescap Borrower Claims Trust's Objection To Claim No. 452 Filed By Julio Pichardo And (II) Denying Julio Pichardo's Motion To Lift The Automatic Stay* [Docket No. 8971] (the "<u>Opinion</u>"), to be held on September 3, 2015 at 10:00 a.m. prevailing Eastern Time before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1201339

**PLEASE TAKE FURTHER NOTICE** that Julio Pichardo may appear at the Status Conference by telephone.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the deadline for the parties to provide a status letter to the Court as set forth in the final paragraph of the Opinion has been extended from September 4, 2015 to September 11, 2015.

Dated: August 25, 2015  /s/ Norman S. Rosenbaum
      New York, New York  Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1201339