David F. Garber, Esq.
Florida Bar No.: 0672386
DAVID F. GARBER, P.A.
2800 Davis Boulevard, Suite 211
Naples, Florida 34104
239.774.1400 Telephone
239.774.6687 Facsimile
davidfgarberpa@gmail.com
Attorney for Claimant, Barry Mack

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al. | Chapter 11 |
| Debtors. | Jointly Administered |

**APPELLANT BARRY F. MACK'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

COMES NOW the Appellant, BARRY F. MACK, by and through the undersigned attorney, pursuant to Fed. R. Bankr. P. 8009, respectfully submits this statement of issues to be presented on appeal and designation of items to be included in the record on appeal, as follows:

**I.    STATEMENT OF ISSUES PRESENTED**

A.    Whether the portion of Proof of Claim No. 386 of Barry and Cheryl Mack against GMAC Mortgage, LLC alleging wrongful and malicious prosecution should have been dismissed on the grounds of res judicata by the court in its opinion of July 24, 2014 (ECF No. 7297 – 7/24/14 Memorandum Opinion Sustaining in Part an Overruling in Party Objection to Proof of Claim No. 386).

B.  Whether the Court, in considering the remainder of Proof of Claim No. 386 of Barry and Cheryl Mack alleging a violation of 12 U.S.C. §2605(e) (RESPA), should have relied on the opinion of *Roth v. Citimortgage, Inc.,* 756 F.3d 178 (2d Cir. 2014) to find that Appellant MACK's letter of October 26, 2009 was a Qualified Written Request pursuant to 12 U.S.C. §2605(e) (RESPA) since it was sent to an address for QWRs other than listed on the monthly mortgage statements the Macks received in November 2009, and prior to the letter of October 26, 2009 (ECF No. 8969 – 8/4/15 Memorandum Opinion and Order Sustaining the RESCAP Borrower Claims Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack).

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Designation No. | Date | ECF No. | Description |
|---|---|---|---|
| 1 | 8/4/15 | 8969 | Memorandum Opinion and Order Sustaining the RESCAP Borrower Claims Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack. |
| 2 | 7/13/15 | 8884 | Creditor Barry Mack's Final Argument |
| 3 | 7/13/15 | 8880 | RESCAP Borrower Claims Trust's Post-Trial Brief in Support of the Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| 4 | 6/10/15 | 8743 | Joint Pretrial Order |
| 5 | 6/18/15 | 8765 | Declaration of Adam A. Lewis re: Supplemental Information Requested by the Court in Connection with the RESCAP Borrower Claims Trust's Objection to Proof Of Claim No. 386 Filed By Barry And Cheryl Mack |
| 6 | 6/18/15 | 8769 | Declaration of David Cunningham re: Supplemental Information Requested by the Court in Connection with the RESCAP Borrower Claims Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| 7 | 5/27/15 | 8657 | RESCAP Borrower Claims Trust's Pretrial Memorandum Brief in support of the Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| 8 | 5/27/15 | 8659 | Creditor Barry Mack's Pretrial Memorandum |
| 9 | 2/20/15 | 8162 | Joint Pretrial Order |
| 10 | 7/24/14 | 7297 | Memorandum Opinion and Order Sustaining in Part and Overruling in Part Objection to Proof of Claim No. 386 |
| 11 | 6/30/14 | 7205 | RESCAP Borrower Claims Trust's Supplemental Reply Brief in support of the Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |

| 12 | 6/16/14 | 7118 | RESCAP Borrower Claims Trust's Supplemental Brief in Support of the Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| --- | --- | --- | --- |
| 13 | 6/16/14 | 7112 | Claimant Barry Mack's Memorandum of Law Regarding Damages under RESPA (12 U.S.C. § 2601, et seq.) and Sufficiency of Proofs of Claim |
| 14 | 5/12/14 | 6893 | RESCAP Borrower Claims Trust's Reply to Claimant Barry Mack's Reply to the Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| 15 | 4/29/14 | 6834 | Creditor Barry Mack's Response to RESCAP Borrower Claims Trust's Objection to Proof of Claim No. 386 filed by Barry and Cheryl Mack |
| 16 | 4/9/14 | 6763 | Notice of the RESCAP Borrower Claims Trust's Objection to Proof of Claim No.: 386 filed by Barry and Cheryl Mack |

Dated: August 27, 2015.

/s/ David F. Garber
David F. Garber, Esq.
David F. Garber, P.A.
2800 Davis Boulevard, Suite 211
Naples, Florida 34104
239.774.1400 Telephone
239.774.6687 Facsimile
davidfgarberpa@gmail.com