THE LAW OFFICES OF JAMES A. A. KIRK PLLC
James A. A. Kirk (jim@kirklawoffices.com)
45 Rockefeller Plaza, Suite 2000
New York, New York  10111
Telephone: (212) 603-9974
Fax: (212) 603-9978

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　　　　　　Debtors. | Case No. 12-12020 (MG) (Ch. 11)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**THE LAW OFFICES OF JAMES A. A. KIRK PLLC AS COUNSEL FOR**
**FINANCIAL GUARANTY INSURANCE COMPANY AND REQUEST FOR**
**REMOVAL FROM THE COURT'S ELECTRONIC NOTIFICATION SYSTEM**

　　　　James A. A. Kirk, Esq. of the law firm The Law Offices of James A. A. Kirk, PLLC, hereby withdraws his appearance in the above-captioned bankruptcy case and requests that he be removed from the Court's electronic notification service list in the above-captioned matter.

Dated:  New York, New York
　　　　　August 28, 2015

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF JAMES A. A. KIRK PLLC

　　　　　　　　　　　　　　　　　　 /s/ James A. A. Kirk
　　　　　　　　　　　　　　　　　　James A. A. Kirk
　　　　　　　　　　　　　　　　　　(jim@kirklawoffices.com)

　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza, Suite 2000
　　　　　　　　　　　　　　　　　　New York, New York  10111
　　　　　　　　　　　　　　　　　　Telephone: (212) 603-9974
　　　　　　　　　　　　　　　　　　Fax: (212) 603-9978

　　　　　　　　　　　　　　　　　　*Attorneys for Financial Guaranty Insurance Company*