Hearing Date: October 8, 2015 at 10:00 a.m.
Opposition Deadline: August 31, 2015
Reply Deadline: October 1, 2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Williams & Connolly LLP hereby appears as counsel for Decision One Mortgage Company, LLC for the limited purpose of objecting to the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order in the captioned proceeding and requests, in accordance with Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the referenced motion in the captioned adversary proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

David Blatt, Esq.
R. Hackney Wiegmann, Esq.
Matthew V. Johnson, Esq.
N. Mahmood Ahmad, Esq.
Williams & Connolly LLP
725 12th Street N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: DBlatt@wc.com
       HWiegmann@wc.com
       MJohnson@wc.com

MAhmad@wc.com

This notice of appearance and request for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Decision One Mortgage Company, LLC's substantive or procedural rights, all of which Decision One Mortgage Company, LLC expressly reserves.

| | |
|---|---|
| Dated:  Washington, D.C.<br>August 28, 2015 | WILLIAMS & CONNOLLY LLP<br><br> /s/ David Blatt <br>David Blatt (dblatt@wc.com)<br>R. Hackney Wiegmann (hwiegmann@wc.com)<br>Matthew V. Johnson (mjohnson@wc.com)<br>N. Mahmood Ahmad (mahmad@wc.com)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br><br>*Attorneys for Decision One Mortgage Company, LLC* |