# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors | Jointly Administered |

**DECLARATION OF N. MAHMOOD AHMAD IN SUPPORT OF DECISION ONE'S OBJECTION TO MOTION OF THE RESCAP LIQUIDATING TRUST FOR AN ORDER ENFORCING PLAN INJUNCTION AND CONFIRMATION ORDER**

I, N. Mahmood Ahmad, declare as follows:

1.      I am admitted *pro hac vice* to the Bar of this Court and am an attorney at the law firm of Williams & Connolly LLP, counsel for Defendant Decision One Mortgage Co., LLC.

2.      I respectfully submit this Declaration in support of Decision One's Objection to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order in order to transmit to the Court true and correct copies of the documents described below.

3.      Attached hereto as Exhibit A is a copy of excerpts from the First Amended Complaint, *Residential Funding Co., LLC v. Decision One Mortgage Co. LLC*, No. 14-1737, Dkt. No. 19 (D. Minn. Aug. 25, 2014).

4.      Attached hereto as Exhibit B is a copy of excerpts from Exhibit A to the First Amended Complaint, *Residential Funding Co., LLC v. Decision One Mortgage Co. LLC*, No. 14-1737, Dkt. No. 19-1 (D. Minn. Aug. 25, 2014).

5.      Attached hereto as Exhibit C is a copy of excerpts from the Answer and Counterclaim of Defendant Decision One Mortgage Co., LLC, *In re: RFC and ResCap Liquidating Trust Litig.*, No. 13-3451, Dkt. No. 570 (D. Minn. June 25, 2015).

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed this 31st day of August 2015 in Washington, D.C.


  /s/  N. Mahmood Ahmad
  N. Mahmood Ahmad

1