**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF T. CHRIS STEWART

I, T. Chris Stewart, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Anastasi Jellum, P.A., counsel for The Honor State Bank, now known as Honor Bank ("Honor"), in the above-referenced matter. I respectfully submit this Declaration in support of Honor Bank's Objection to Motion of The Rescap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order.

2. Attached as **Exhibit 1** is a true and correct copy of the Client Contracts dated November 16, 2001, and April 29, 2002.

3. Attached as **Exhibit 2** is a true and correct copy of the Honor Bank-RFC Client Guides.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2015 in Stillwater, Minnesota.

/s/T. Chris Stewart
T. Chris Stewart