# Exhibit 4

Pg 2 of 2

CASE 0:13-cv-03503-PAM-SER   Document 20   Filed 02/28/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING COMPANY, LLC,     Court File No. 13-cv-3503 (PAM/SER)

          Plaintiff,

v.

PHH MORTGAGE CORP.,

          Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action <u>without</u> prejudice.

Dated:  February 28, 2014.       FELHABER LARSON

                            By:  s/ Jessica J. Nelson
                               Donald G. Heeman, #286023
                               Jessica J. Nelson, #347358
                               220 South Sixth Street, Suite 2200
                               Minneapolis, MN  55402-4504
                               Telephone:  (612) 339-6321
                               Facsimile:  (612) 338-0535
                               dheeman@felhaber.com
                               jnelson@felhaber.com

                               ATTORNEYS FOR PLAINTIFF
                               RESIDENTIAL FUNDING COMPANY, LLC

594242.1