# Exhibit 9

12-12020-mg    Doc 9083-9    Filed 08/31/15    Entered 08/31/15 16:04:11    Exhibit 9
Pg 2 of 3
Case 1:14-cv-05250-RA    Document 42    Filed 09/16/14    Page 1 of 2
Case 1:14-cv-05250-RA    Document 41    Filed 09/15/14    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/14
```

RESCAP LIQUIDATING TRUST,

           Plaintiff,

- against -

CADENCE BANK, N.A. f/k/a ENCORE BANK, N.A.,

           Defendant.

Case No. 1:14-cv-5250 (RA)

**STIPULATION AND ORDER**

    The parties in the above captioned action hereby stipulate and agree by and through their undersigned attorneys, and IT IS HEREBY ORDERED that:

    1.    The bankruptcy reference in Adversary Proceeding No. 14-2001 (MG) is hereby withdrawn, and this action is hereby transferred to the U.S. District Court for the District of Minnesota.

    2.    The parties shall bear their own costs and expenses. Except for the withdrawal of the reference and the change of venue, and except as otherwise provided by this stipulated order, each of the parties reserves all claims, rights, entitlements and defenses of any nature that are or may be available to it under applicable law and rules of procedure.

SO STIPULATED AND AGREED this 15th day of September by:

*/s/ Isaac Nesser*
Peter Calamari (petercalamari@quinnemanuel.com)
Isaac Nesser (isaacnesser@quinnemanuel.com)
John Sullivan (johnsullivan@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., Floor 22

12-12020-mg    Doc 9083-9    Filed 08/31/15    Entered 08/31/15 16:04:11    Exhibit 9
Pg 3 of 3

Case 1:14-cv-05250-RA    Document 42    Filed 09/16/14    Page 2 of 2
Case 1:14-cv-05250-RA    Document 41    Filed 09/15/14    Page 2 of 2

New York, NY 10001
(212) 849-7253
(212) 849-7400 (fax)
*Attorneys for Plaintiff*

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein (mfinkelstein@smfadlaw.com)
Carlos A. Mattioli (cmattioli@smfadlaw.com)
George A. Shannon, Jr. (gshannon@smfadlaw.com)
SHANNON, MARTIN, FINKELSTEIN, ALVARADO &
DUNNE, PC
1001 McKinney
Suite 1100
Houston, TX 77002
(713) 646-5503
(713) 752-0337 (fax)
*Attorneys for Defendant*

**IT IS SO ORDERED**

Dated: September 16, 2014
New York, New York

_____
Ronnie Abrams
United States District Court Judge