# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Tessa K. Somers, hereby certify that this 31st day of August, 2015, I caused a true and correct copy of PHH Mortgage Corporation's Objection to ResCap Liquidating Trust's Motion for an Order Enforcing Plan Injunction and Confirmation Order and a copy of the Declaration of Tessa K. Somers to be served by the Court's electronic filing system upon counsel of record for ResCap Liquidating Trust.

Dated:  August 31, 2015                      Respectfully submitted,

                                                                                           /s/ Tessa K. Somers

                                                                              David M. Souders (*pro hac vice*)
                                                                              Tessa K. Somers (*pro hac vice*)
                                                                              Weiner Brodsky Kider PC
                                                                              1300 19th Street, NW, Fifth Floor
                                                                              Washington, D.C.  20036
                                                                              (202) 628-2000
                                                                              (202) 628-2011 (Fax)
                                                                              souders@thewbkfirm.com
                                                                              somers@thewbkfirm.com

                                                             ***Counsel for PHH Mortgage Corporation***