**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, T. Chris Stewart, hereby certify that this 31st day of August, 2015, I caused a true and correct copy of Honor Bank's Objection to ResCap Liquidating Trust's Motion for an Order Enforcing Plan Injunction and Confirmation Order and a copy of the Declaration of T. Chris Stewart to be served by the Court's electronic filing system upon counsel of record for ResCap Liquidating Trust.

ANASTASI JELLUM, P.A.

/s/T. Chris Stewart
T. Chris Stewart *(pro hac vice)*
14985 60th Street North
Stillwater, MN  55082
Telephone: (651) 439-2951
Facsimile: (651) 439-1417
tchris@aj-law.com

ATTORNEY FOR HONOR BANK