# EXHIBIT 8

12-12020-mg Doc 9086-8 Filed 08/31/15 Entered 08/31/15 17:15:40 Exhibit EX 8
Order re 502 Loans Pg 2 of 3
CASE 0:13-cv-03451-SRN-JJK-HB Document 361 Filed 04/14/15 Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Litigation | Civil No. 13-3451(SRN/JJK/HB) |
| | **ORDER** |
| *This document relates to:* | |
| Residential Funding Company, LLC v. Sierra Pacific Mortgage Company, Inc. *and* Sierra Pacific Mortgage Company, Inc. v. Residential Funding Company, LLC and ResCap Liquidating Trust, No. 13-cv-3511 (RHK/FLN) | |

___

HILDY BOWBEER, United States Magistrate Judge

This matter is before the Court on the parties' Stipulation Regarding Plaintiffs' Motion to Compel [Doc. No. 350]. The Court **APPROVES** the Stipulation, as follows:

1. Plaintiffs shall not seek discovery from Sierra Pacific related to the following 16 loans unless Plaintiffs identify an additional breach related to the loans: 9774425, 10356871, 10357217, 10669429, 10669489, 10789819, 10832021, 10866919, 11038837, 11047591, 11105077, 11105085, 11183655, 11301455, 11448955, and 19447261.

2. Sierra Pacific shall provide discovery related to the remaining 502 loans on Appendix I, subject to the objections contained in its responses to RFC/ResCap's Requests for Production and any agreements reached during any meet and confers with Plaintiffs.

12-12020-mg Doc 9086-8 Filed 08/31/15 Entered 08/31/15 17:15:40 Exhibit EX 8
CASE 0:13-cv-03451-SRN-JJK-HB Document 301 Filed 04/14/15 Page 2 of 2
Order re 502 Loans Pg 3 of 3

3. Plaintiffs' discovery requests shall be deemed limited to such remaining 502 loans, until such time as Plaintiffs can identify breaches beyond "unreasonable stated income" for the 16 loans listed in paragraph 1 above.

4. Sierra Pacific's separate response to Plaintiffs' Motion to Compel discovery is withdrawn. Sierra Pacific also withdraws its joinder to the argument located at Paragraph I, pages 10-19, of Defendants' Joint Memorandum in Opposition to Plaintiffs' Motion to Compel [Doc. No. 288] ("Plaintiffs' Request for Documents Regarding All Loans on Their Loss Lists is Unduly Burdensome, Premature, and Inconsistent with the Court's Orders Focusing Discovery.").

5. Plaintiffs withdraw their Motion to Compel as to Sierra Pacific on the issue raised in Paragraph I, pages 16-24, of Plaintiffs' Memorandum in Support of Motion to Compel [Doc. No. 202] ("Plaintiffs are Entitled to Discovery Concerning the Loans Identified on Their Loan Lists").

**IT IS SO ORDERED.**

Dated: April 13, 2015       s/ *Hildy Bowbeer*
                            HILDY BOWBEER
                            United States Magistrate Judge