Status Conference Date and Time: September 21, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Borrower Claims
Trust and ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF STATUS CONFERENCE ON SEPTEMBER 21, 2015
AT 10:00 A.M. (PREVAILING EASTERN TIME) REGARDING (1) THE RESCAP
BORROWER CLAIMS TRUST'S SEVENTY-SIXTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO
CLAIM NO. 1083 FILED BY MARIA M. AND ELDA THOMPSON AND CLAIM NO.
2055 FILED BY KRISTIN KARMAZYN; AND (II) THE OBJECTION OF THE
RESCAP LIQUIDATING TRUST TO CLAIM NOS. 2385, 2386,
2387, 2388, AND 2389 FILED BY DUNCAN K. ROBERTSON**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference in connection with the *ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7736] (the "Seventy-Sixth Omnibus Claims Objection"), solely as it relates to Claim No. 1083 filed by Maria M. and Elda Thompson and Claim No. 2055 filed by Kristin Karmazyn to be held on September 21, 2015 at 10:00 a.m. prevailing Eastern Time.

ny-1202042

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a status conference in connection with the *Objection of the ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson)* [Docket No. 8072] (the "Robertson Objection"), to be held on September 21, 2015 at 10:00 a.m. prevailing Eastern Time

**PLEASE TAKE FURTHER NOTICE** that the status conference on the Seventy-Sixth Omnibus Claims Objection and Robertson Objection will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

Dated: September 1, 2015　　　　　　　　/s/ Norman S. Rosenbaum
　　　　　New York, New York　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　　Jordan A. Wishnew
　　　　　　　　　　　　　　　　　　　　Erica J. Richards
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　　　　　*Counsel to The ResCap Borrower Claims Trust and ResCap Liquidating Trust*

ny-1202042