MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 3, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     STATUS CONFERENCE:**

**1.** Memorandum Opinion and Order (I) Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift the Automatic Stay [Docket No. 8971]

   **Related Document(s)**:

   **a.**   Letter Filed by Julio Pichardo [Docket No. 8987]

   **b.**   Letter Re: Clarification of Findings and Rulings Filed by Julio Pichardo [Docket No. 9006]

   **c.**   Letter Filed by Julio Pichardo [Docket No. 9039]

    **d.**    Notice of Status Conference on September 3, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding Memorandum Opinion and Order (I) Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift the Automatic Stay [Docket No. 9059]

    **e.**    Motion for Relief from Stay filed by Julio Pichardo [Docket No. 9064]

    **f.**    Application For an Order Imposing the 8/5/2009 Agreement Between GMAC and Julio Pichardo filed by Julio Pichardo [Docket No. 9068]

    **Status**:    The status conference on this matter will be going forward.

## II.  CLAIMS OBJECTIONS:

**1.**  ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8042]

**Related Document(s)**:

    **a.**    Motion for Reconsideration of Order Granting ResCap Borrower Claims Trust's Eight-Second Omnibus Objection to Claims filed by Philip Emiabata and Sylvia Emiabata [Docket No. 8545]

    **b.**    Order Vacating Order Granting ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 3910 and 4085) [Docket No. 8563]

    **c.**    Revised Notice of The ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 3910 and 4085) [Docket No. 8568]

    **d.**    Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 5275 and 7464) to July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8772]

    **e.**    Amended Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 3910 and 4085) to July 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8774]

**f.**     Motion to Compel Discovery on Claim Nos. 3910 and 4085 filed by Philip Emiabata and Sylvia Emiabata [Docket No. 8821]

**g.**     Motion for Enlargement of Time to Resolve and Complete Discovery Issues Regarding Omnibus Objection To Claim Nos. 3910 and 4085 filed by Philip Emiabata and Sylvia Emiabata [Docket No. 8822]

**h.**     Order Denying Discovery Motions Filed by Philip and Sylvia Emiabata [Docket No. 8854]

**i.**     Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 3910 and 4085) and The ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of Its Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 3910 and 4085 to September 3, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8911]

**j.**     Motion to Extend Time By Which Creditors Will Respond To ResCap Borrower Claims Trust's Supplemental Objection And Reply In Support of Its Eighty-Second Omnibus Objection - Relating To Claim Nos. 3910 and 4085 [Docket No. 8946]

**k.**     Order Denying Expedited Motion for Conference/Clarity of Issue of Discovery and Interrogatories; and Adjournment of Omnibus Objection Hearing Filed by Philip and Sylvia Emiabata [Docket No. 9066]

**Response(s)**:

**a.**     Response of Claimants/Creditors [Philip Emiabata and Sylvia Emiabata] to ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8726]

**b.**     Response of Creditors/Claimants to the Supplemental Objection and Reply of ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claim Nos. 3910 and 4085 of Philip Emiabata and Sylvia Emiabata [Docket No. 9049]

**Reply:**

**a.**     ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 3910 and 4085 [Docket No. 8810]

   **(i)**     Notice of The ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Eighty-Second Omnibus Objection to Claims (No Liability

      Borrower Claims) as to Claim Nos. 3910 and 4085 [Docket No. 8812]

  **b.** ResCap Borrower Claims Trust's Reply in Support of Its Eighty-Second Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 3910 and 4085 [Docket No. 9069]

  **Status**: The hearing on this matter as it relates to the claims filed by Philip Emiabata and Sylvia Emiabata (Claim Nos. 3910 and 4085) will be going forward.

Dated: September 1, 2015    /s/ Norman S. Rosenbaum
    New York, New York   Norman S. Rosenbaum
              Jordan A. Wishnew
              MORRISON & FOERSTER LLP
              250 West 55th Street
              New York, New York 10019
              Telephone: (212) 468-8000
              Facsimile: (212) 468-7900

              *Counsel for The ResCap Borrower Claims Trust*