**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No.: 12-12020 (MG) |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Jonathan M. Jenkins, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Sierra Pacific Mortgage Company, Inc., a respondent in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California and the bars of the U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California, the District of Colorado, and the District of Nebraska.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 31, 2015
Los Angeles, California

_____

*Mailing Address*:

JENKINS KAYAYAN LLP
444 S. Flower Street, Suite 1530
Los Angeles, California 90071
*E-mail address*: jjenkins@jklitigators.com
*Telephone number*: (310) 984-6800