**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No.: 12-12020 (MG) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Jonathan M. Jenkins</u>, to be admitted, ***pro hac vice***, to represent <u>Sierra Pacific Mortgage Company, Inc.</u> (the "Client"), a respondent in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Central, Eastern, Northern, and Southern Districts of California, the District of Colorado, and the District of Nebraska, it is hereby

**ORDERED**, that <u>Jonathan M. Jenkins</u>, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York              /s/ _____
                                              UNITED STATES BANKRUPTCY JUDGE