COZEN O'CONNOR
*Attorneys for Sierra Pacific Mortgage Company, Inc.*
Frederick E. Schmidt, Jr.
277 Park Avenue
New York, NY 10172
(212) 883-4900
(646) 588-1552 (fax)
eschmidt@cozen.com

Hearing Date: October 8, 2015
at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

              Debtor.

Chapter 11

Case No.: 12-12020 (MG)

Jointly Administered

### CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

      Suzanne Cormier, being duly sworn, deposes and says:

      1.     I am more than eighteen years old and not a party to this action. My business address is Cozen O'Connor, 277 Park Avenue, New York, NY 10172.

      2.     On September 1, 2015, I caused to be served the *Sierra Pacific Mortgage Company, Inc.'s Objection to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order* [Docket No. 9086], by regular U.S. Mail, and, where indicated, by electronic mail and via ECF, on each of the individuals or entities set forth on Exhibit A hereto at their corresponding address. A copy was also served via ECF and electronic mail upon Isaac Nesser (isaacnesser@quinnemanuel.com),

Motion to Dismiss - Affidavit of Service: 22613621_1

Matthew Scheck (matthewscheck@quinnemanuel.com) and John Sullivan (johnsullivan@quinnemanuel.com).

*Suzanne Cormier*
/Suzanne Cormier

Sworn to before me this 2nd day of September, 2015

*Suzann P Langan*
/Notary Public

SUZANN P. LANGAN
Notary Public, State of New York
No. 01LA5051937
Qualified in Queens County
Commission Expires November 13, 20_17_

## Exhibit A – Service List

| NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP | EMAIL |
|---|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 | bobbie.theivakumaran@citi.com |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 | |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 | richard.cieri@kirkland.com |
| Kurtzman Carson Consultants | P Joe Morrow | 2335 Alaska Ave | El Segundo | CA | 90245 | rescapinfo@kccllc.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan B Sadeghi | 1290 Avenue of the Americas | New York | NY | 10104 | lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | Albany | NY | 12224-0341 | enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 | secbankruptcy@sec.gov; secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 | NYROBankruptcy@SEC.GOV |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 | |
| U.S. Department of Justice | US Attorney General, Loretta Lynch | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | AskDOJ@usdoj.gov |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 | |
| Kirkland & Ellis LLP | Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com |
| Kirkland & Ellis LLP | Justin Bernbrock | 300 N LaSalle | Chicago | IL | 60654 | justin.bernbrock@kirkland.com |
| WEIL, GOTSHAL & MANGES LLP | RAY SCHROCK | 767 Fifth Ave | New York | NY | 10153 | ray.schrock@weil.com |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 | kdwbankruptcydepartment@kelleydrye.com |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro & Cristine Irvin Phillips | 86 Chambers St 3rd Fl | New York | NY | 10007 | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| ResCap Liquidating Trust | Attn Tammy Hamzehpour | 1100 Virginia Drive | Washington | DC | 19034 | Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | New York | NY | 10019 | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | New York | NY | 10154 | wcurchack@loeb.com; vrubinstein@loeb.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | New York | NY | 10006 | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com |

3