**UNITED STATES BANKRUPTCY COURT**
**SOUTERN DISTRICT OF NEW YORK**

RECEIVED SEP 2 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

In re:

Residential Capital LLC, etal
        Debtors

Case No. 12-12020 (MG)
Chapter 11
Jointly Administered

## MOTION FOR STAY OF ACTION
### (Claims Nos. 3910 & 4085)

1. Now comes creditors Philip Emiabata and Sylvia Emiabata hereby ask the court to stay action cum stay further Hearing on this debtors Omnibus Objection case as the court order dated August 27, 2015 is been appealed to the District Court through this court.
2. If this Stay of actiion / on Hearing on this Omnibus Objection to Claim is not granted it will totally go to the root and will totally affect the purpose of this Appeal.
3. Granting this stay of action and on Hearing of this omnibus objection on September 3, 2015 does not in any way affect the other party. It is the creditors who are being hurt or tremendously affected by this court latest Denial order (dated August 27, 2015). Because creditors will be fighting with their hands tied to their back; whilst the other party ( Debtors/ it Counsels) continues to have the upper hand – and this is miscarriage of justice. Which time and time our courts are against.
4. Moreso, staying the hearing slated for September 3, 2015, will not have any adversely effect on the other party. These are debtors/its counsels which record has it with this court has severally extended or adjourned their bankruptcy for many times whenever they (debtors) ask.

From the foregoings this stay of action / hearing should be granted as this court latest order is being appealed.

August 31, 2015

                              Respectfully Submitted
                         /s/ Philip Emiabata & Sylvia Emiabata
                            508 Evening Grosbeak Drive
                            Pflugerville TX 78660
                            Tel. # (512) 791-2395;
                                (512) 992-9998

## CERTIFICATION OF SERVICE

A copy of this creditors MOTION FOR STAY OF ACTION / Hearing on Omnibus hearing slated for September 3, 2105 was served by first class mail to;

Morrison & Foresters
250 West 55th, Street
New York, NY 10019
ATTN: Norman Scott Rosenbaum, etc.

*** NB: Also debtors through the above named were informed of the Notice Of Appeal and were also formerly put on notice of said Creditors Notice of Appeal.