

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                                   Case No. 12-2020(MG)

Residential Capital LLC, et al                           Chapter 11

                    Debtors                              Jointly Administered


## MOTION OF CREDITORS FOR REMOVAL OF DEBTORS AUTOMATIC STAY/ ITS HEARING (Claims 3910 & 4085)

Creditors Philip Emiabata & Sylvia Emiabata with respect to the above stated claims, respectfully moves the court to remove, lift the debtors automatic stay.

1. This Motion has become pertinent in view of all these on goings with this debtors omnibus hearing without discoveries, conferences, misrepresentations, fraudulent acts, deceits, et al before the court.
2. This will enable creditors (plaintiffs) to take their case back to the Massachusetts District Court where creditors case ( Case # 1-11-CV- 11885) was only closed and material facts were not resolved.
3. One wonders ,how this omnibus hearing can resolve all these issues without these discoveries, interrogations, production of documents, et al. And the court is aware that creditors case was pending in a District court before debtors bankruptcy and moved to this bankruptcy court.
4. Creditors have asked the Massachusetts district court to reopen the said case supra. However ,at this junction, creditors are asking this bankruptcy court for the lifting of debtors Automatic Stay – so as for the process to be complete.

WHEREFORE, the creditors request the court to grant the relief from Automatic Stay; that is lift the automatic Stay cum the hearing on this motion

August 31, 2015                           /s/ Philip Emiabata & Sylvia Emiabata
                                          508 Evening Grosbeak Drive
                                          Pflugerville TX 78660
                                          Tel. #: (512) 791-2395;
                                          (512) 992-9998

1

## CERTIFICATE OF SERVICE

A copy of the above stated Motion for Removal of Automatic Stay was on August 31, served on the named below:

Morrison & Foersters
250 West 55th Street
New York, NY 10019
Attn: Norman Scott Rosenbaum, et al