**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al*., | ) |
|  | ) Chapter 11 |
| Debtors. | ) |
|  | ) Jointly Administered |

**ORDER SUSTAINING RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NOS. 3910 AND 4085 FILED BY PHILIP AND SYLVIA EMIABATA**

The ResCap Borrower Claims Trust (the "Trust") objected to Claim Numbers 3910 and 4085 (the "Claims") filed by Philip and Sylvia Emiabata (the "Objection," ECF Doc. # 8042).

The matter came on for hearing on September 3, 2015 at 10:00 a.m.

Based on all of the pleadings and arguments made at the hearing, the Objection is **SUSTAINED** and the Claims are hereby **DISALLOWED** and **EXPUNGED**. A written opinion explaining the basis of the Court's decision will follow in due course.

**IT IS SO ORDERED.**

Dated:   September 3, 2015
         New York, New York

                                       /s/Martin Glenn
                                       MARTIN GLENN
                                       United States Bankruptcy Judge