**Exhibit B**

# Mira Smoot

### Individual Profile

**Individual Details**
- Name: Mira Smoot
- QuickRef: SMOOT-M
- Title:
- Honours:
- Salutation:
- Occupation:
- Nationality:
- Date of Birth:
- Previous Name:
- Social Security No:
- Resident In: United States

**Primary Addresses**
- Work: 1100 Virginia Drive, Fort Washington PA 19034-3200, United States

**Management Details**
- User Grouping:
- File Reference:
- Managed By:
- Division/Partner: ███████████████████████
- Email:
- Department ID:
- Dual Officer:
- Business Name:
- Division: ███████████████████
- Comments:
- Section 16 Inside:
- Date of Last CR Approval:
- Date of Last Certification:
- Deactivation Date:
- Date Employment Last Confirmed with HR:
- Date Officership Last Confirmed:
- Original Certificate Date in CRMS:
- Active MERS Signer:
- Phone Number:
- Nature of Authorized Representative: ███████████████

**Past Appointments Held**

| Name | QuickRef | Position | Appointed | Resigned |
|---|---|---|---|---|
| ███████████████████ | ██████ | ██████ | ██████ | ██████ |
| | | ██████ | ██████ | ██████ |
| ███████████████████████ | ██████ | ██████ | ██████ | ██████ |
| | | ██████ | ██████ | ██████ |
| ███████████████ | ██████ | ██████ | ██████ | ██████ |
| | | ██████ | ██████ | ██████ |
| GMAC Mortgage, LLC | GMACM | Category 3 Authorized Officer | 08/09/2010 | 02/15/2013 |
| | | Category 4 Authorized Officer | 08/09/2010 | 02/15/2013 |
| ███████████████ | ██████ | ██████ | ██████ | ██████ |
| | | ██████ | ██████ | ██████ |

Date 07/01/2015                                                                                                Page 1

# Mira Smoot

**Individual Profile**

| Name | QuickRef | Position | Appointed | Resigned |
|---|---|---|---|---|
| ██████████ | ████ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████ | ████ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████ | ███ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████ | ███ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████████ | ███ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████████ | ███ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |
| ██████ | █ | ████ | ████ | ████ |
| | | ████ | ████ | ████ |