**Exhibit C**

LIMITED POWER OF ATTORNEY

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE** (hereinafter called "Trustee") hereby appoints GMAC Mortgage, LLC (hereinafter called "GMAC Mortgage"), as its true and lawful attorney-in-fact to act in the name, place and stead of Trustee for the purposes set forth below. GMAC Mortgage is the Servicer for many securitizations (the "Agreements" see Exhibit A attached for a listing) now in existence and that will be formed from time to time.

The said attorneys-in-fact, and each of them, are hereby authorized, and empowered, as follows:

1.  To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.
2.  To execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of recission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays, and other documents or notice filings on behalf of Trustee in connection with insurance, foreclosure, bankruptcy and eviction actions.
3.  To endorse any checks or other instruments received by GMAC Mortgage and made payable to Trustee.
4.  To pursue any deficiency, debt or other obligation, secured or unsecured, including but not limited to those arising from foreclosure or other sale, promissory note or check. This power also authorizes GMAC Mortgage to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees.
5.  To do any other act or complete any other document that arises in the normal course of servicing

Dated: August 28, 2008

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE**

Witness:

Name: Nancy Luong

Name: Doris Wong

Name: Susie Moy
Title: Vice President

State of ___New York___ ), County of ___New York___ )

BEFORE ME, ___Nina Nassar___, a Notary Public in and for the jurisdiction aforesaid, on this 28th day of August___, 2008, personally appeared ___Susie Moy___ who is personally known to me (or sufficiently proven) to be a ___Vice President___ of HSBC Bank USA, as Trustee and the person who executed the foregoing instrument by virtue of the authority vested in him/her and he/she did acknowledge the signing of the foregoing instrument to be his/her free and voluntary act and deed as a ___Vice President___ for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this _28th_ day of __August__, 2008.

My Commission Expires:

NOTARY STAMP

NINA NASSAR
No. 01NA6166279
Notary Public, State of New York
Qualified in New York County
My Commission Expires 06/25/2011

## Exhibit "A"

HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2003-2XS

HSBC Bank USA, National Association, as Trustee for Deutsche Mortgage Securities Inc. Mortgage Loan Trust, Series 2004-1

HSBC Bank USA, National Association, as Trustee for Deutsche Mortgage Securities Inc. Mortgage Loan Trust, Series 2004-5

HSBC Bank USA, National Association, as Trustee for Deutsche Mortgage Securities Inc. Mortgage Loan Trust, Series 2005-4

HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities, Inc. Mortgage Pass-Through Certificates, Series 2005-AR2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1 or as Trustee for DBALT 2006-AB1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AR2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2004-OA3

HSBC Bank USA, National Association, as Trustee for Deutsche Alt – A Securities Mortgage Loan Trust, Series 2006-OA1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1

HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-2 or as Trustee for NAAC 2007-2

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-3

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-4

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2007-AB1

HSBC Bank USA, National Association, as Trustee for Deutsche Alt – A Securities Mortgage Loan Trust, Series 2007-OA3

HSBC Bank USA, National Association, as Trustee for Deutsche Alt – A Securities Mortgage Loan Trust, Series 2007-OA4

HSBC Bank USA, National Association, as Trustee for Deutsche Alt – A Securities Mortgage Loan Trust, Series 2007-OA5

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-3

## Exhibit "A" Continued
Updated as of October 5, 2006

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-4

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-6

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-7

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-8

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-9

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2004-10

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2005-1

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2007-2

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2007-3

HSBC Bank USA, National Association, as Trustee for Sequoia Mortgage Trust, Series 2007-4

HSBC Bank USA, National Association, as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-OAR3