1  Alan Moss
   P.O. Box 721
2  Moss Beach CA 94038
   Telephone:  (415)494-8314
3  Facsimile:  (650)728-0738

4  Attorney *In Propria Personum*

[RECEIVED STAMP: SEP -4 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

|  | |
|---|---|
| *IN RE:* | BANKRUPTCY CASE NO. 12-12020-MG <br> CHAPTER 11 <br><br> Jointly Administered <br> (Executive Trustee Services, Case No. 12-12028) |
| RESIDENTIAL CAPITAL, LLC, *ET AL.* | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** FROM AN ORDER OF THE U.S. BANKRUPTCY COURT IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK |
| DEBTORS. | CLAIM NO. 4445 |

**NOTICE IS HEREBY GIVEN** that claimant ALAN MOSS hereby appeals to the United States District Court for the Southern District of New York from the Order entered August 24, 2015(ECF Doc. #9052).

In conformity with Official Bankruptcy Form 17A and FRBP 8002, claimant submits the following:

/ / /

**PART I.: IDENTIFY THE APPELLANT:**

    1.    **NAME OF APPELLANT:**

        ALAN I. MOSS

        P.O. Box 721

        Moss Beach CA 94038

    2.    **POSITION OF APPELLANT IN THE ADVERSARY PROCEEDING OR BANKRUPTCY CASE THAT IS THE SUBJECT OF THIS APPEAL:**

        CLAIMANT.

**PART II.: IDENTIFY THE SUBJECT OF THIS APPEAL:**

    1.    **DESCRIBE THE JUDGMENT, ORDER OR DECREE APPEALED FROM:**

        "MEMORANDUM OPINION AND ORDER SUSTAINING THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO THE AMENDED CLAIM NO. 4445 FILED BY ALAN MOSS"

    2.    **STATE THE DATE ON WHICH THE JUDGMENT, ORDER OR DECREE WAS ENTERED:**

        AUGUST 24, 2015.

**PART III.: IDENTIFY THE OTHER PARTIES TO THE APPEAL:**

    **1. PARTY:**

        ALAN I. MOSS

        Attorney: *In Propria Personum*

    **2. PARTY:**

        RESCAP BORROWER CLAIMS TRUST

|   |   |
|---|---|
| Attorney: | Morrison & Foerster LLP |
|  | 250 West 55th Street |
|  | New York NY 10019 |
|  | By: Norman S. Rosenbaum, Esq. |
|  | Jordan A. Wishnew, Esq. |
|  | Jessica J. Arett, Esq. |

**PART IV. OPTIONAL ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT:**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully submitted,

Dated: **September 3, 2015**

ALAN MOSS

*In Propria Personum*

# **PROOF OF SERVICE**

**COURT:** U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**CASE NAME:** RESCAP

**ACTION NO.:** BANKRUPTCY NO. 12-12020-MG

I am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. On this date, I served the foregoing document(s) described as:

**NOTICE OF APPEAL AND STATEMENT OF ELECTION** FROM AN ORDER OF THE U.S. BANKRUPTCY COURT IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

on the party(ies) set out in said document by causing a true copy thereof to be:

[ ] By U.S. priority OVERNIGHT mail, by placing said document(s) in a sealed envelope with first class postage thereon fully prepaid, and then deposited in a U.S. Post Office.

[ ] By U.S. mail, Return Receipt Requested, by placing said document(s) in a sealed envelope with appropriate postage thereon fully prepaid and then placed in the designated office area for outgoing mail.

[X] Sent via Priority overnight mailing, by handing said document in a sealed envelope to an agent for the USPS or FEDEX for overnight delivery.

and if mailed, addressed as follows and sent to the following address(es):

Clerk's Office (Appeals Section)
U.S. Bankruptcy Court in and for the
   Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York New York 10004-1408

Morrison and Foerster LLP
ATTN: Norman S. Rosenbaum
250 West 55th Street
New York New York 10019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __3rd__ day of September, 2015, at San Francisco, California.