ERLINDA ABIBAS ANIEL
75 Tobin Clark Dr.
Hillsborough, CA 94010
Claimant in Pro Per



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al..<br><br>Debtors. | Case No. 12-12020-MG<br><br>**Chapter 11**<br><br>Jointly Administered |

## APPELLANT ERLINDA ABIBAS ANIEL DESIGNATION OF CONTENTS OF THE RECORD OF APPEAL AND STATEMENT OF ISSUES

COMES NOW, Appellant, ERLINDA ABIBAS ANIEL, in Pro Per, and pursuant to Fed. R. Bankr. P 8009, respectfully, submits Designation of Contents of the Record of Appeal, and Statement of Issues to be Presented, as follows:

Designation of Record and Statement of Issues                                                                                     1

## I. Designation of Contents of the Record of Appeal

| Designation No. | Date | Description |
|---|---|---|
| 1. Dock. # 9055 | 8/24/15 | Notice of Appeal and Statement of Election |
| 2. Dock. # 9027 | 8/18/15 | Order Denying Appellant Motion For Reconsideration |
| 3. Dock. # 8820 | 6/30/15 | Memorandum of Opinion and Order Sustaining in Part and Overruling in Part the Rescap Liquidating Trust and Rescap Borrower Claim Trust Objection |
| 4. Dock. # 8237 | 3/5/15 | Rescap Liquidating Trust and the Rescap Borrower Claim Trust Objection to Claim Nos. 112 and 114 |
| 5. Dock. # 8370 | 3/25/15 | Appellant Opposition and Response to the Rescap Liquidating Trust and Rescap Borrower Claim Trust to Objection Claim Nos. 112 and 114 |
| 6. Dock. # 8475 | 4/10/15 | Rescap Borrower Claim Trust and Rescap Liquidating Trust Reply in Support of their objection to Claim Nos. 112 and 114 |
| 7. Dock, # 8897 | 7/9/15 | Appellant Motion for Reconsideration of Order Sustaining Rescap Liquidating Trust and Rescap Borrower Trust Objection to Claim No. 112 and 114<br><br>Filed by Erlinda Abibas Aniel |
| 8. Claim No. 112 | 6/19/12 | Executive Trustee Services, LLC |
| 9. Claim No. 114 | 6/19/12 | GMAC Mortgage, LLC |

## II. Statement of Issues

A. Whether Appellant has no standing to sue Debtor when the Note and Deed of Trust was not under Appellant's name, even though appellant has equitable ownership of the property through paying the mortgage, paying real estates taxes, collecting of rents, paying home insurance, maintaining the property, and reporting her 1040 Income Tax return every year during Appellant's ownership of the property, while also being injured and harmed directly when Appellee wrongfully foreclosed the property through fabricated and fraudulent assignment of deed executed by Jeffrey Stephan and fraudulent notarization by Thomas Strain.

B. Whether the Court erred in expunging Appellant's Proof of Claim 112 and 114 for lack of standing.

C. Whether Judge Martin Glenn abuse his discretion for not discussing res judicata issues in which Appellant has an appeal pending at the California Court of Appeal.

D. Whether Appellant has standing when Appellant listed the subject property as Appellant's estate on Appellant's Chapter 11 Bankruptcy Schedules that went uncontested under the attempted confirmation of the plan and when Appellant filed a motion to abandon the subject property before Appellant's conversion to Chapter 7.

Respectfully Submitted,

_____
Erlinda Abibas Aniel

Claimant in Pro Per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed on September 03, 2015 to:

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

The ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573
Attention: Jeffrey Brodsky

The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue 21st Floor
New York, New York 10022
Attention: Daniel J. Flanigan

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel
c/o Law Offices of Marc Jason Aniel
205 De Anza Blvd. #144
San Mateo, CA 94402

_____
Erlinda Abibas Aniel, Claimant in Pro Per

Designation of Record and Statement of Issues                                                                                                4