UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:

    Residential Capital, LLC                                                  Case No 12-12020-mg
    aka Residential Capital Corporation

                                                                         Chapter 11

                        Debtor.
--------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that the undersigned appears for Nationstar Mortgage, LLC, by and through its counsel, RAS Boriskin, LLC, and such counsel hereby enters its appearance, and pursuant to §342 of the United States Bankruptcy Code and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, such counsel hereby requests that copies of all notices given or required to be given in this case be served upon the following persons at the address set forth below:

                RAS BORISKIN, LLC
                900 Merchants Concourse
                Westbury, New York 11590
                 Attn: Daniel Sullivan
                      dsullivan@rasboriskin.com

Dated: September 8, 2015
        Westbury, New York                       Respectfully Submitted,

                                                          RAS Boriskin, LLC

                                                          /s/ Phillip Mahony
                                                          By: Phillip Mahony, Esq.
                                                          900 Merchants Concourse
                                                          Westbury, New York 11590
                                                          Phone: (516) 280-7675
                                                         pmahony@rasboriskin.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

    Residential Capital, LLC                                Case No 12-12020-mg
    aka Residential Capital Corporation

                                                               Chapter 11

                     Debtor.
-------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       I, Daniel Sullivan, respectfully represent that I am over eighteen years of age and reside in the County of Suffolk, New York, and that on September 8, 2015, I served the within Notice of Appearance by depositing a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Westbury, New York, directed as follows:

TO:

Residential Capital, LLC
aka Residential Capital Corporation
1177 Avenue of the Americas
New York, NY 10036

Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

Donald H. Cram
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

John W Smith T
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Claims and Noticing Agent
Kurtzman Carson Consultants LLC, Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245

Creditor Committee
Official Committee Of Unsecured Creditors

Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Ronald J. Friedman
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert D. Nosek
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Steven S. Sparling
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Creditor Committee
Official Committee of Unsecured Creditors of Residential Capital, LLC, et al.

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Stephen Zide
Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036


Creditor Committee
Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Official Committee of Unsecured Creditors


Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024


Creditor Committee
Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Officila Committee of Unsecured Creditors

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

                                                                                                                                                         _/s/ Daniel Sullivan_
                                                                                                                                                          Daniel Sullivan