## **EXHIBIT 1**

|   | **REQUESTING PARTY** | **LIENHOLDER** | **BORROWER NAMES** | **ADDRESS** |
|---|---|---|---|---|
| 1 | MidFirst Bank | MidFirst Bank | Cole, Sophia L. a/k/a Barnaby, Sophia L. | 2604 Forest Avenue, Lansing, MI 48910 |
| 2 | MidFirst Bank | MidFirst Bank | Cox, Joseph D. | 3071 McCollum Avenue, Flint, MI 48504 |
| 3 | MidFirst Bank | MidFirst Bank | Faith, Leigha E. a/k/a Faith, Leigha | 2046 Algonac, Flint, MI 48532 |

5

NY-1196493