Hearing Dates: June 10-11, 2015 at 10:00 a .m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**APPELLEE THE RESCAP BORROWER CLAIMS TRUST'S
DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD**

sf-3574395

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, appellee the ResCap Borrower Claims Trust (the "Trust"), as successor in interest to GMAC Mortgage, LLC ("GMACM") with respect to Borrower Claims, respectfully submits this statement of additional items to be included in the record in *Barry F. Mack v. ResCap Borrower Claims Trust*, United States District Court for the Southern District of New York, Case No. 1:15-cv-6457-VEC.  It is the Trust's understanding from counsel for the Appellant that counsel, by designating the transcript of the trial in Appellant Barry Mack's Amended State of Issues on Appeal and Designation of Items to be Included in the Record on Appeal, intended to include all exhibits admitted at trial.  These exhibits are listed at page 111 of the transcript of June 10, 2015 and at pages 173-176 of the transcript of June 11, 2015.  The Trust therefore has no additional items to designate.

Appellee the Trust Notes that Exhibits R(a), R(b), T and U are all misdescribed in as "Excerpts from Dr. Lichi's medical notes[.]"  Only Exhibits R(a) and R(b) are medical notes regarding Cheryl Mack from July of 2007 and August of 2009.  Exhibit T is medical notes regarding Ms. Mack from Memorial Hospital from May 27-June 1, 2011.  Exhibit U is medical notes regarding Ms. Mack from Naples Community Hospital from November of 2009.

Dated: September 9, 2015

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Adam A. Lewis
Kristin A. Hiensch
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Appellee the ResCap Borrower Claims Trust*

sf-3574395