UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:                                              Case No. 12-12032

GMAC Mortgage, LLC, aka                             Chapter 11
GMAC Mortgage Corporation

                                                    **CONSENT TO CHANGE**
                Debtor.                             **ATTORNEY**
-----------------------------------------------------------------X

**IT IS HEREBY CONSENTED** that Kozeny, McCubbin & Katz, LLP of 40 Marcus Drive, Suite 200, Melville, New York 11747, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

Date:   September 10, 2015
        Melville, New York


Wright, Finlay & Zak, LLP                           Kozeny, McCubbin & Katz, LLP

_/s/ [signature]_____                     _/s/ Jordan S. Katz_____
Magdalena Kozinska                                  Jordan S. Katz, Esq.
Outgoing Attorneys                                  Attorneys for Movant
4665 MacArthur Court, Suite 200                     40 Marcus Drive, Suite 200
Newport Beach, CA 92660                             Melville, NY 11747
(949) 477-5050                                      (631) 454-8059