UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors | ) Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Stewart M. Cox, a member in good standing of the bar of the State of Alabama and the bars of the United States District Courts for the states listed in Exhibit A request admission, *pro hac vice*, before the Honorable Martin Glenn to represent the ResCap Liquidating Trust in the above-referenced case.

My address is:    Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September  10 , 2015            Respectfully submitted,

By: _____
Stewart M. Cox

1/3864353.1

**Exhibit A**

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| Supreme Court of Alabama | ASB-4196-C-65S | 09/28/1987 | Yes | Active |
| U.S. District Court Northern District of Alabama | ASB-4196-C-65S | 02/16/1988 | Yes | Active |
| U.S. District Court Middle District of Alabama | ASB-4196-C-65S | 03/25/1988 | Yes | Active |
| U.S. District Court Southern District of Alabama | ASB-4196-C-65S | 03/24/1988 | Yes | Active |

1/3864353.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Stewart M. Cox, dated September __, 2015, for admission to practice *pro hac vice* to represent the ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Alabama and the bars of the United States District Courts for the states listed in Exhibit A.

IT IS HEREBY ORDERED that Stewart M. Cox is admitted to practice, *pro hac vice,* in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Liquidating Trust provided that the filing fee has been paid.

Dated: New York, New York
September _____, 2015

                                                                 The Honorable Martin Glenn
                                                                 United States Bankruptcy Judge
                                                                 Southern District of New York

**Exhibit A**

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| Supreme Court of Alabama | ASB-4196-C-65S | 09/28/1987 | Yes | Active |
| U.S. District Court Northern District of Alabama | ASB-4196-C-65S | 02/16/1988 | Yes | Active |
| U.S. District Court Middle District of Alabama | ASB-4196-C-65S | 03/25/1988 | Yes | Active |
| U.S. District Court Southern District of Alabama | ASB-4196-C-65S | 03/24/1988 | Yes | Active |

1/3864353.1