MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE RESCAP BORROWER CLAIMS TRUST'S STATUS REPORT REGARDING THE OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO CLAIM NUMBER 452 FILED BY JULIO PICHARDO**

The ResCap Borrower Claims Trust (the "Borrower Trust") hereby submits the following status report as directed by the Court pursuant to the *Memorandum Opinion And Order (I) Sustaining In Part And Overruling In Part The Rescap Borrower Claims Trust's Objection To Claim No. 452 Filed By Julio Pichardo And (II) Denying Julio Pichardo's Motion To Lift The Automatic Stay* [Docket No. 8971] (the "Opinion and Order").[1]

---

[1] The Opinion and Order directed the Borrower Trust to file a status report by September 4, 2015. However, the Court extended the deadline to file the status report to September 11, 2015 in light of the status conference that was held regarding this matter on September 3, 2015 at 10:00 a.m. (Eastern), as memorialized in the *Notice of Status Conference on September 3, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding (1) the Memorandum Opinion and Order (I) Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift the Automatic Stay* [Docket No. 9059].

ny-1203471

As directed by the Court in the Opinion and Order, and again following the September 3, 2015 status conference on this matter, the Borrower Trust engaged in discussions with Mr. Pichardo regarding a potential resolution of the *Objection of the ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo* [Docket No. 8676], which was sustained in part and overruled in part without prejudice pursuant to the Opinion and Order. The parties are still engaged in settlement discussions at this time.

If the parties have not reached a resolution by September 18, 2015, the ResCap Borrower Trust will coordinate with Mr. Pichardo to prepare a proposed order setting a discovery schedule with respect to this matter for submission to the Court.

Dated: September 11, 2015  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Erica J. Richards  
**MORRISON & FOERSTER LLP**  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the ResCap Borrower Claims Trust*