**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Stewart M. Cox, dated September 10, 2015, for admission to practice *pro hac vice* to represent the ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Alabama and the bars of the United States District Courts for the states listed in Exhibit A.

IT IS HEREBY ORDERED that Stewart M. Cox is admitted to practice, *pro hac vice,* in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Liquidating Trust provided that the filing fee has been paid.

Dated: New York, New York
**September 16, 2015**

                                                         **/s/Martin Glenn**
                                                The Honorable Martin Glenn
                                                United States Bankruptcy Judge
                                                Southern District of New York

## Exhibit A

| Court and Bar Number | Bar Number | Date Admitted | In good Standing | Active or Inactive |
|---|---|---|---|---|
| Supreme Court of Alabama | ASB-4196-C-65S | 09/28/1987 | Yes | Active |
| U.S. District Court Northern District of Alabama | ASB-4196-C-65S | 02/16/1988 | Yes | Active |
| U.S. District Court Middle District of Alabama | ASB-4196-C-65S | 03/25/1988 | Yes | Active |
| U.S. District Court Southern District of Alabama | ASB-4196-C-65S | 03/24/1988 | Yes | Active |

1/3864353.1