**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC              CASE NO.: 12–12020–mg

 aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on August 17, 2015, document number 9032, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–6738 assigned to the Honorable William H. Pauley, III.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: September 16, 2015                               Vito Genna
                                                        Clerk of the Court