# Notice Recipients

District/Off: 0208−1   User: arouzeau   Date Created: 9/16/2015
Case: 12−12020−mg   Form ID: tranapl   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk   Todd Silber   73 Farnham Road   South Windsor, CT 06074

TOTAL: 1