**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Keith S. Anderson, a member in good standing of the bars of the States of Alabama, Georgia, Minnesota, Ohio and Texas and the bars of the United States District Courts for the Middle, Northern and Southern Districts of Alabama, the Northern District of Georgia, the District of Minnesota, the Northern and Southern Districts of Ohio and the Northern, Southern, Eastern and Western Districts of Texas request admission, *pro hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in the above-referenced case.

My address is:    Bradley Arant Boult Cummings LLP
One Federal Place
1810 Fifth Avenue North
Birmingham, AL  35203

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 17, 2015                    Respectfully submitted,

                                By:    /s/ Keith S. Anderson
                                       Keith S. Anderson

ny-1198664

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Keith S. Anderson, dated September 17, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Alabama, Georgia, Minnesota, Ohio and Texas and the bars of the United States District Courts for the Middle, Northern and Southern Districts of Alabama, the Northern District of Georgia, the District of Minnesota, the Northern and Southern Districts of Ohio and the Northern, Southern, Eastern and Western Districts of Texas,

IT IS HEREBY ORDERED that Keith S. Anderson is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2015

The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

ny-1198664

2