MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR HEARING SCHEDULED
TO BE HEARD ON SEPTEMBER 21, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    CANCELLED MATTER(S)**:

**1.**    Objection of the ResCap Liquidating Trust to Claim Nos. 2385, 2386, 2387, 2388, and 2389 Filed by Duncan K. Robertson [Docket No. 8072]

**Related Document(s)**:

    **a.**    Duncan K. Robertson's Notice of Filing of a Third-Party Action Against Residential Funding Company, LLC [Docket No. 8239]

    **b.**    Duncan K. Robertson's Notice of Filing of Appeal in Ninth Circuit [Docket No. 8240]

    **c.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust's Objection to Proofs of Claim Filed by Duncan K. Robertson [Docket No. 8533]

ny-1203727

| | |
|---|---|
| **d.** | Letter to Judge Glenn from Jordan A. Wishnew Regarding Status of Settlement Negotiations with Duncan K. Robertson [Docket No. 8602] |
| **e.** | ResCap Liquidating Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust's Objection to Proofs of Claim Filed by Duncan K. Robertson [Docket No. 8604] |
| **f.** | Letter to Judge Glenn from Jordan A. Wishnew Regarding Duncan K. Robertson Claims [Docket No. 8807] |
| **g.** | Notice of Status Conference on the Objection of the ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson on July 8, 2015 at 2:00 p.m. (ET) [Docket No. 8819] |
| **h.** | Letter to Judge Glenn Filed by Duncan K. Robertson [Docket No. 8829] |
| **i.** | Letter to Judge Glenn Filed by Duncan K. Robertson [Docket No. 8857] |
| **j.** | Case Management and Scheduling Order Concerning the ResCap Liquidating Trust's Objection to the Claims of Duncan K. Robertson [Docket No. 8855] |
| **k.** | Response of The ResCap Liquidating Trust to Duncan K. Robertson's Motion for Partial Reconsideration of Memorandum Opinion and Order on Claim Numbers 2385, 2386, 2387, 2388 and 2389 [Docket No. 8917] |
| **l.** | Duncan K. Robertson's Response to Liquidating Trust Motion for Partial Reconsideration of Memorandum Opinion and Order, or Claim Numbers 2385, 2386, 2387, 2388, and 2389 and Declaration of Duncan K. Robertson In Support of Robertson Response to Liquidating Trust Motion for Partial Reconsideration of Memorandum Opinion and Order, or Claim Numbers 2385, 2386, 2387, 2388, and 2389 [Docket No. 8951] |
| **m.** | Notice of Status Conference on September 21, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding (1) The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as It Relates to Claim No. 1083 Filed by Maria M. and Elda Thompson and Claim No. 2055 Filed by Kristin Karmazyn; and (II) The Objection of the ResCap Liquidating Trust to Claim Nos. 2385, 2386, 2387, 2388, and 2389 Filed by Duncan K. Robertson [Docket No. 9087] |
| **n.** | Amended Memorandum Opinion and Order Granting Motions for Partial Reconsideration of the Opinion Sustaining in Part and Overruling in Part the ResCap Liquidating Trust's Objection to Claims Filed by Duncan K. Robertson [Docket No. 9108] |

**Response(s)**:

a.     Duncan K. Robertson's (i) Response to Objection to Claim Numbers 2385, 2386, 2387, 2388 and 2389; (ii) Request to Stay Objections to Claims; and (iii) Notice of Intent to File Motion for Relief from Stay [Docket No. 8238]

**Reply**:

a.     Reply in Support of Objection of the ResCap Liquidating Trust to Claim Numbers 2385, 2386, 2387, 2388 and 2389 Filed by Duncan K. Robertson [Docket No. 8279]

**Status**:     An order on this matter has been entered. No hearing is required.

## II.     STATUS CONFERENCE(S):

1.     ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

a.     Memorandum Opinion and Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2079 Filed by Maurice Sharpe [Docket No. 8524]

b.     Notice of Status Conference on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Maurice Sharpe (Claim No. 2079) [Docket No. 9147]

**Response(s)**:

a.     Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7335]

      **(i)**     Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7336]

b.     Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Sixty-Ninth Omnibus Objection to Claims as to Claim No. 2079 Filed by Maurice Sharpe [Docket No. 8393]

**Reply**:

a.     ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Sixty-Ninth Omnibus Objection to Claims (No-Liability

|   |   |
|---|---|
|   | Borrower Claims) as to Claim No. 2079 Filed by Maurice Sharpe [Docket No. 8288] |
| **b.** | ResCap Borrower Claims Trust's Reply in Support of Its Supplemental Objection and Reply in Support of Its Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2079 Filed By Maurice Sharpe [Docket No. 8483] |

**Status**: A status conference on this matter, solely as it relates to the claim filed by Maurice Sharpe (Claim No. 2079) will be going forward.

**2.** ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter to Judge Glenn dated February 13, 2015 [Docket No. 8223] |
| **b.** | Letter to Jordan A. Wishnew from Maria M. Thompson dated February 25, 2015 in Response to Letter dated February 23, 2015 [Docket No. 8224] |
| **c.** | Letter to Judge Glenn from Jordan A. Wishnew dated February 13, 2015 Regarding the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims as it Relates to Elda M. Thompson and Maria M. Thompson [Docket No. 8226] |
| **d.** | Order Directing Maria M. and Elda Thompson to Meet with and Provide Certain Documents to the ResCap Borrower Claims Trust or Alternatively Scheduling a Hearing [Docket No. 8269] |
| **e.** | Letter to Jordan A. Wishnew from Elda M. Thompson and Maria M. Thompson dated March 10, 2015 Regarding Scheduling of a Meet and Confer [Docket No. 8306] |
| **f.** | Letter to Judge Glenn from Jordan A. Wishnew dated March 20, 2015 Regarding Scheduling of a Telephonic Status Conference with Maria M. and Elda Thompson [Docket No. 8343] |
| **g.** | Letter to Judge Glenn from Elda M. and Maria M. Thompson dated March 24, 2015 Regarding Scheduling of a Meet and Confer [Docket No. 8396] |
| **h.** | Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8410] |
| **i.** | Notice of Evidentiary Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower |

|   |   |
|---|---|
|   | Claims) Solely as it Relates to the Claim Filed by Elda M. Thompson and Maria M. Thompson (Claim No. 1083) on April 20, 2015 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 8457] |
| **j.** | Letter to Judge Glenn from Elda M. and Maria M. Thompson dated April 9, 2015 Regarding Adjournment of Hearing Scheduled for April 20, 2015 [Docket No. 8478] |
| **k.** | Letter to Judge Glenn from Jordan A. Wishnew Regarding Adjournment of Status Conference on Claim No. 2055 Filed by Kristin Karmazyn [Docket No. 8540] |
| **l.** | Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Number 1083 Filed by Maria M. and Elda Thompson  [Docket No. 8823] |
| **m.** | Letter from Kristin Karmazyn Regarding Scheduling of Evidentiary Hearing [Docket No. 8927] |
| **n.** | Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement Negotiations as to Claim No. 1083 Filed by Maria M. and Elda Thompson [Docket No. 9033] |
| **o.** | Notice of Status Conference on September 21, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding (1) The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as It Relates to Claim No. 1083 Filed by Maria M. and Elda Thompson and Claim No. 2055 Filed by Kristin Karmazyn; and (II) The Objection of the ResCap Liquidating Trust to Claim Nos. 2385, 2386, 2387, 2388, and 2389 Filed by Duncan K. Robertson [Docket No. 9087] |

**Response(s)**:

|   |   |
|---|---|
| **a.** | Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claims) [Docket No. 7817] |
|   | **(i)** Exhibit A to Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claim) [Docket No. 7824] |
| **b.** | Objection of Kristin Karmazyn to the Seventy-Sixth Omnibus Objection to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7866] |

    **c.**    Further Response of Kristin Karmazyn to the Seventy-Sixth Omnibus Objection to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8183]

**Reply:**

    **a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1083, 2055 and 3728 [Docket No. 7967]

    **b.**    Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8038]

    **c.**    Notice and Declaration of Lauren Graham Delehey in Support of the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection (No Liability Borrower Claims) Solely as it Relates to Proof of Claim No. 1083 Filed by Elda and Maria Thompson [Docket No. 8628]

**Status**: A status conference on this matter as it relates to the claims filed by Elda M. and Maria M. Thompson (Claim No. 1083) and Kristin Karmazyn (Claim No. 2055) will be going forward.

Dated: September 17, 2015  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*

ny-1203727       6