PRO PER:
ALVIN LABOSTRIE and  SANDRA LABOSTRIE
855 W. 125TH ST.
LOS ANGELES, California  90044
Telephone No.:  323.687-0853
Attorney for PRO PER



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAB0STRIE,ALVIN;SANDRA LABOSTRIE)
                              Plaintiffs,)      Case No. 12-12020(MG)
                                         )
vs.                                      )
                                         )
RESIDENTIAL CAPITAL, LLC, ET. AL., et)   JUDGE: MARTIN GLENN
al                                       )
                              Defendants.)
_____)

# OBJECTIONS

Now comes, Sandra LaBostrie and Alvin LaBostrie, Objecting to this Honorable Court and Judge, requesting that Sandra and Alvin LaBostrie claims against the above defendants, regarding the property (1414 thru 1416 1/2) at Gardena, Ca. 90249 and Defendants above Bankruptcy case, do not get dismissed against Sandra and Alvin LaBostrie.

We make our Objections based on sound legal issues that are waiting to heard at the California State Superior court level cases: (BC 450042) and Lis Pendens (BC 432351) see attached Exhibit # 2; the State of California and County of Los Angeles recognize and except Sandra and Alvin LaBostrie, DEED filings, as having legal precedents and so those the above Defendant(s), if not they would not engage in illegal activities of "ROBO SIGNING" to defraud Sandra and Alvin

LaBostrie from their life investments and then filed a unlawful detainer in the California Superior Court, case #SH 12Z01308, see attached Exhibit # 1.

It was decided by all legal Deed holders to make Sandra and Alvin LaBostrie **"Deed Holder"**; via The State of California and Los Angeles County, **"Legal Deed Owner"** process, many years before the foreclose date, after which time Sandra and Alvin LaBostrie then began to equally increase their financial support, after Sandra and Alvin LaBostrie received their legal recording from Los Angeles County, we then all equally share in all of the burdens and investments and then the property was subjected to: **Predatory Lenders and then illegally Foreclosure and "ROBO SIGNING"**, which then caused Sandra and Alvin LaBostrie to open a civil suit against all the above Defendants in the **LOS ANGELES SUPERIOR COURT, see attached Exhibits,** which has been on going as Trail dates was subsequently placed on hold, since defendants had declared bankruptcy, We have continuance reach out to Defendants to settle all of these ongoing and tedious litigations, but Defendants continuously opt to "paper whip" Plaintiffs Sandra and Alvin LaBostrie, with possible Bankruptcy protection.

We again pray that this Honorable Court do not dismiss Sandra and Alvin LaBostrie claims but placed it on the hold dates with other claimants for a more equitable settlement.

DATED: September 8, 2015

By: _[signature]_
PRO PER
ALVIN AND SANDRA LABOSTRIE

SUM-130

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

# SUMMONS
*(CITACION JUDICIAL)*
## UNLAWFUL DETAINER—EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 1 6 2012

John A. Clarke, Executive Officer/Clerk

L. Hicks, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ALVIN LA BOSTRIE, SR., and DOES 1 through 10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
US BANK NA, AS TRUSTEE OF GPMFT 2007-AR1

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
    Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**CASE NUMBER:** SH12Z01308
*(Número del caso):*

1. The name and address of the court is: Torrance
   *(El nombre y dirección de la corte es):*
   Superior Court of Los Angeles County
   825 Maple Avenue
   Torrance, CA 90503

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Hallie R. Goins, Bar No. (258383)
   The Wolf Firm, A Law Corporation,    Telephone: (949) 720-9200
   2955 Main Street, 2d Floor, Irvine, CA 92614    Fax No: (949) 608-0131

3. (Must be answered in all cases) An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: OCT 16 2012                      Clerk, by JOHN A. CLARKE (Secretario) L. HICKS , Deputy
*(Fecha)*                                                                                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as an occupant    **ALL OTHER OCCUPANTS**
   d. ☒ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation)    ☐ CCP
             ☐ CCP 416.20 (defunct corporation)    ☐
             ☐ CCP 416.40 (association or partnership)

EXHIBIT #1

PAGE 1 OF 3

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 16 2012

John A. Clarke, Executive Officer/Clerk

L. Hicks, Deputy

1  KAJAL N. ISLAM, Esq. SBN 238589
    HALLIE R. GOINS, Esq. SBN 258383
2  THE WOLF FIRM
    A Law Corporation
3  2955 Main Street, Second Floor
    Irvine, CA 92614
4  Telephone: (949)720-9200
    Facsimile:  (949)608-0131
5
    Attorneys for Plaintiff, US BANK NA, AS TRUSTEE OF GPMFT 2007-AR1
6

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                    COUNTY OF LOS ANGELES

9  US BANK NA, AS TRUSTEE OF GPMFT         CASE NO. SB12Z01308
    2007-AR1,
10                                          COMPLAINT FOR
              Plaintiff,                    UNLAWFUL DETAINER (VERIFIED
11                                          BY HALLIE R. GOINS)
         vs.
12                                          Action based on Code of Civil
    ALVIN LA BOSTRIE, SR., and DOES 1      Procedure Section 1161a
13  through 10, inclusive,
                                            DEMAND IS LESS THAN $10,000.00
14            Defendants.
                                            (LIMITED CIVIL CASE)
15

16       Plaintiff, US BANK NA, AS TRUSTEE OF GPMFT 2007-AR1 (hereinafter

17  "Plaintiff") herein alleges:

18       1.   Plaintiff is a corporation authorized to do business and doing business

19  within the State of California.

20       2.   Plaintiff is informed and believes and thereon alleges that Defendants,

21  ALVIN LA BOSTRIE, SR., and DOES 1 through 10, inclusive, (hereinafter "Defendants")

22  are individuals residing at, or are otherwise in possession of the premises situated in the

23  County of Los Angeles, APN No. 6102-009-012, and commonly known as 1414 1/2

24  West 132nd Street, Gardena, CA 90249, together with detached garage and separate

25  structures, if any, (hereinafter "Subject Property" and/or "Premises") and within this

26  judicial district.

27       3. Plaintiff seeks to recover possession of the Premises.
28

721-9387                              1
COMPLAINT FOR UNLAWFUL DETAINER VERIFIED BY HALLIE R. GOINS

PAGE 2 OF 3

SUM-130

| PLAINTIFF (Name): US BANK NA, AS TRUSTEE OF GPMFT 2007-AR1 | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ALVIN LA BOSTRIE, SR., and DOES 1 through 10, Inclusive | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

PAGE 3 of 3

RECORDING REQUESTED BY: ALVIN LA BOSTRIE, SR.

AFTER RECORDING RETURN TO:

ALVIN LA BOSTRIE, SR.

855 WEST 125TH STREET

LOS ANGELES, CA 90044

---

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

111 NORTH HILL STREET

LOS ANGELES, CALIFORNIA 90012-3117

CENTRAL DISTRICT

| | |
|---|---|
| PLAINTIFF: ALVIN LA BOSTRIE, SR. | CASE NUMBER: BC432351 |
| IN PRO PER | NOTICE OF ACTION PENDING |
| | LIS PENDENS |
| | (CCP 409) |
| DEFENDANTS: GMAC MORTGAGE, | QUITE TITLE COMPLAINT |
| ETS SERVICES, LLC. | (CCP 760.010 764.070) |
| US BANK NA, | (CCP 760.040 (a) |
| ARICO & ASSOCIATES | (CCP 760.020) |
| YOSEF ARGUETA | |
| DOES 1 TO 20 | |

PAGE (1)

EXHIBIT #2    PG. 3 of 5

PLEASE TAKE NOTICE THAT THIS ACTION WAS COMMENCED BY PLAINTIFF ALVIN LA BOSTRIE, SR. IN PRO PER IN A QUITE TITLE ACTION. CASE NUMBER BC432351 FILED ON FEBRURAY 23, 2010 IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. CENTRAL DISTRICT LOCATED AT 111 NORTH HILL STREET LOS ANGELES, CALIFORNIA 90012. CIVIL CASE FILED WAS IN THIS JURISDICTION BECAUSE THE SUPERIOR COURT HAS JURISDICTION OF ACTIONS BOUGHT UNDER THE QUITE TITLE STATUE. REAL PROPERTY AT 1414, 1414 1/2, 1416 AND 1416 1/2 WEST 132ND STREET GARDENA, CALIFORNIA 90249 IN THE COUNTY OF LOS ANGELES IS LOCATED IN THIS COURT JURISDICTION. PLAINTIFF ALVIN LA BOSTRIE, SR., IN PRO PER ACTION IS AGAINST DEFENDANTS: GMAC MORTGAGE, ETS SERVICES, LLC., US BANK NA, ARICO & ASSOCIATES AND YOSEF ARGUETA AND IS NOW PENDING IN THE ABOVE NAMED COURT. PLAINTIFF SEEKS RELIEF IN THE QUITE TITLE ACTION WITH TWO CAUSES OF ACTION FRAUD AND INTENTIONAL TORT AFFECTING TITLE TO REAL PROPERTY LOCATED IN THE GARDENA AREA. COMMONLY KNOWN AS 1414, 1414 1/2, 1416 1416 1/2 WEST 132ND STREET IN THE GARDENA AREA IN LOS ANGELES COUNTY. HEREIN CALLED PLAINTIFF: ALVIN LA BOSTRIE, SR., ALL OF ITS RIGHT, TITLE AND INTEREST IN AND TO THAT CERTAIN PROPERTY PROPERTY STATUE IN THE CITY OF GARDENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

PAGE (2)

 EXHIBIT B   PAGES: 4 OF 5

5

LEGAL DESCRIPTION AS FOLLOWS:

EASTERLY 50 FT. OF LOT 3 IN PANAMA ACRES AS PER MAP RECORDED IN BOOK 15 PAGES 138 AND 139 OF MAP IN THE OFFICE OF LOS ANGELES COUNTY RECORDER OF SAID COUNTY.

DATED: 2-23-2010

*Alvin La Bostrie, SR.*

ALVIN LA BOSTRIE, SR.

APPROVED
Date: 2/24/10

Commissioner/ ~~Judge~~
Los Angeles Superior Court

MATTHEW C. ST. GEORGE, COMMISSIONER

PAGE (3)

Legal Solutions Plus PP-301

EXHIBIT "D"    PG 5 OF 5