**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER (I) CLARIFYING THAT WILLIAM HENDRICKS'S ALASKA STATE COURT ACTION VIOLATES THE PLAN INJUNCTION, AND (II) DIRECTING ACTION TO BE DISMISSED WITH PREJUDICE**

William Hendricks ("Hendricks") filed a *Motion for Clarification Re: Bankruptcy Stay* (the "Motion for Clarification," ECF Doc. # 8667) in the above-captioned chapter 11 proceedings, seeking the entry of an order clarifying whether the automatic stay applies to a prepetition Alaska state court action Hendricks filed against Debtor GMAC Mortgage, LLC ("GMACM"). The Court entered an order directing the ResCap Liquidating Trust (the "Trust") to respond to Hendricks's Motion for Clarification. (ECF Doc. # 8777). Subsequently, the Trust filed a response to the Motion for Clarification (the "Response," ECF Doc. # 8846) and Hendricks filed a reply (the "Reply," ECF Doc. # 9024). On August 25, 2015, the Court entered an order (the "Order," ECF Doc. # 9053) clarifying that Hendricks's Alaska state court action violates the injunction provisions in the Debtors' confirmed chapter 11 plan (the "Plan," ECF Doc. # 6065-1) and directing that the Alaska state court action be dismissed as against GMACM with prejudice by September 1, 2015.

Hendricks now moves the Court to reconsider the Order (the "Reconsideration Motion," ECF Doc. # 9152). The Court has reviewed and considered the Reconsideration Motion.

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the Reconsideration Motion is **DENIED**; and it is further

**ORDERED,** that Hendricks shall dismiss the Alaska state court action with prejudice on or before October 1, 2015.

**IT IS SO ORDERED.**

Dated:   September 18, 2015
         New York, New York

                                         _____/s/Martin Glenn_____
                                              MARTIN GLENN
                                      United States Bankruptcy Judge