**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER SCHEDULING TRIAL OF REMAINING PORTION OF CLAIM NUMBER**
**1083 FILED BY MARIA M. AND ELDA THOMPSON**

On September 21, 2015, the Court held a case management and scheduling conference concerning the remaining portion of Claim Number 1083 (the "Claim," ECF Doc. # 7967-3) filed by Maria and Elda Thompson against Debtor GMAC Mortgage, LLC ("GMACM"). The Court entered an Opinion and Order Sustaining in Part and Overruling in Part the Trust's objection to the Claim on July 1, 2015. (*See* ECF Doc. # 8823.)

This Order shall govern future proceedings in connection with this contested matter.

1. The Trust shall file and serve its evidence in further support of its objection, including any declaration and exhibits, on or before 5:00 p.m., Octrober 7, 2015.

2. The Thompsons may file and serve any response to the Trust's evidence, and any evidence that the Thompsons intend to offer in support of their response, on or before 5:00 p.m., October 21, 2015.

3. The Trial of this contested matter is scheduled for 2:00 p.m., November 4, 2015. Any witness for whom the Trust provides a declaration pursuant to paragraph 1 shall be present in Court and available for cross examination during the trial.

4. Counsel for the Trust shall provide the Court with a status letter regarding this disputed matter on or before 5:00 p.m., October 28, 2015.

5. Counsel for the Trust shall serve a copy of this Order on the Thompsons and file a certificate of service showing such service.

**IT IS SO ORDERED.**

Dated:   September 21, 2015
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge