**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER SCHEDULING TRIAL OF THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NUMBER 2055 FILED BY MICHAEL AND KRISTIN KARMAZYN**

On September 21, 2015, the Court held a case management and scheduling conference concerning the objection of the ResCap Borrower Claims Trust (the "Trust") to claim number 2055 (the "Claim") filed by Michael and Kristin Karmazyn (the "Karmazyns"). The Court previously entered an Order overruling the Trust's objection to the Claim. (*See* Order, dated April 1, 2015, ECF Doc. # 8410.)

This Order shall govern future proceedings in connection with this contested matter.

1. Fact discovery, if any, shall be completed on or before 5:00 p.m., November 20, 2015.

2. A proposed Joint Pretrial Conference Order, using the template provided by the Court, shall be filed on or before 5:00 p.m., December 11, 2015.

3. The final Pretrial Conference shall be held at 2:00 p.m., December 16, 2015, <u>by telephone</u>. The Trust's counsel shall arrange the call-in number.

4. The trial of this contested matter shall be held on January 5 and 6, 2016, to begin at 9:00 a.m. each day.

5.  Counsel for the Trust shall serve a copy of this Order on Karmazyn and file a certificate of service showing such service.

**IT IS SO ORDERED.**

Dated:   September 21, 2015
         New York, New York

                                                  ___*Martin Glenn*___
                                                  MARTIN GLENN
                                                  United States Bankruptcy Judge