**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**ORDER SCHEDULING FUTURE PROCEEDINGS CONCERNING THE REMAINING CLAIM OF DUNCAN K. ROBERTSON**

On September 21, 2015, the Court held a case management and scheduling conference concerning the objection of the ResCap Borrower Claims Trust (the "Trust") to the remaining trespass claim of Duncan K. Robertson. The Court has previously issued two opinions and one order concerning Robertson's claims.

This Order shall govern future proceedings in connection with this contested matter.

1. The parties shall submit a proposed stipulation regarding the identification of the parties to the remaining claim on or before 5:00 p.m., October 5, 2015.

2. Fact discovery, based solely on the discovery previously exchanged by the parties, shall be completed on or before 5:00 p.m., October 5, 2015. No new fact discovery may be served.

3. A proposed Joint Pretrial Conference Order, using the template provided by the Court, shall be filed on or before 5:00 p.m., October 19, 2015.

4. The final Pretrial Conference shall be held at 5:00 p.m., November 4, 2015, <u>by telephone</u>. The Trust's counsel shall arrange the call-in number.

5. The trial of this contested matter shall be held on November 9 and 10, 2015, to begin at 9:00 a.m. each day.

2

6. Counsel for the Trust shall serve a copy of this Order on Robertson and file a certificate of service showing such service.

**IT IS SO ORDERED.**

Dated: September 3, 2015
New York, New York

_Martin Glenn_
MARTIN GLENN
United States Bankruptcy Judge