MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE RESCAP BORROWER CLAIMS TRUST'S COUNTER-DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal [Docket No. 9055] filed by appellant Erlinda Abibas Aniel (the "**Appellant**"), from the *Order Denying Erlinda*

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013. The Plan provides for the creation and implementation of the Borrower Trust. *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S.

ny-1203857

*Abibas Aniel's Motion for Reconsideration* [Docket No. 9027], which was entered by the Bankruptcy Court on August 18, 2015.

The Borrower Trust designates the following additional items to be included in the record on appeal.[2]

**A. Pleadings**

| Docket No. | Description |
|---|---|
| 2093 | Order Extending Deadline for Filing Proofs of Claim |
| 3294 | Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1009, 3007 and 9019(b) Approving (I) Claim Objection Procedures, (II) Borrower Claim Procedures, (III) Settlement Procedures, and (IV) Schedule Amendment Procedures |
| 6065 | Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors |
| 6137 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of the Effective Date |
| 8237 | ResCap Liquidating Trust and ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel |
| 8475 | The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's Reply in Support of Their Objection to Claim Numbers 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel |
| 9003 | Letter to Judge Glenn from Jordan A. Wishnew Regarding Status of Resolution of Claims Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel |
| 9023 | Response Letter by Erlinda Abibas Aniel |
| 9051 | Oder Granting the ResCap Borrower Claims Trust's Request to File a Supplemental Filing with Respect to its Objection to the Aniels' Claims and Permitting the Aniels to File a Response |
| 9112 | Supplemental Declaration of Kathy Priore in Further Support of the ResCap |

---

[2] For the avoidance of doubt, with regard to any pleadings and/or exhibit lists designated by the Borrower Trust, the Borrower Trust also designates any and all exhibits filed with, attached to, or otherwise referenced in such documents. For the further avoidance of doubt, the Borrower Trust designates all items designated by Appellant in Docket No. 9119, Case No. 12-12020 (MG).

2

ny-1203857

| Docket No. | Description |
|---|---|
|  | Borrower Claims Trust Objection to Claim Numbers 416 and 417 Filed By Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel |
| 9153 | Erlinda Abibas Aniel's Reply to Supplemental Declaration of Kathy Priore in Further Support of the ResCap Borrower Claims Trust Objection to Claim Numbers 416 and |

B. Other

| Docket No. | Description |
|---|---|
| 8534 | Transcript of Hearing held on April 16, 2015 at 10:00 a.m. (EST) |
| N/A | Proof of Claim Number 416 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel on August 20, 2012 |
| N.A | Proof of Claim Number 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel on August 20, 2012 |

Dated:  September 21, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

3

ny-1203857