Official Form 17A (12/14)



*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Duncan K. Robertson

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ❑ Plaintiff | |
| ❑ Defendant | ❑ Debtor |
| ❑ Other (describe) _____ | ☒ Creditor |
| | ❑ Trustee |
| | ❑ Other (describe) _____ |

## Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Amended Recons. Order, Dkt. 9108/Objection Order Dkt. 8533

2. State the date on which the judgment, order, or decree was entered: Sept. 4, 2015

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Duncan Robertson   Attorney: Pro Se

2. Party: Rescap Liquidating Trust   Attorney: Norman S. Rosenbaum Jordan A. Wishnew Erica J. Richards Morrison Foerster, LLP

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Date: Sept. 15, 2015

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Duncan K. Robertson
3520 SE Harold Court
Portland, OR 97202-4344
(503) 775-9164

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## PARTIES TO APPEAL – DETAIL
### (Supplemental to Form 17a)

APPELLANT:

DUNCAN K. ROBERTSON
*Pro Se*
3520 SE Harold Court
Portland, OR 97202-4344
Uncadunc1@aol.com


APPELLEE:

RESCAP BORROWER CLAIMS TRUST

ATTORNEYS:

Norman S. Rosenbaum, Esq.
NRosenbaum@mofo.com

Jordan A. Wishnew, Esq.
JWishnew@mofo.com

Erica J. Richards, Esq.
ERichards@mofo.com

MORRISON & FOERSTER LLP
*Attorneys for ResCap Borrower Claims Trust*
250 West 55th Street
New York, New York 10019
Phone: (212) 468-8000
Fax: (212) 468-7900



SEP 17 2015

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Duncan K. Robertson, Pro Se
3520 SE Harold Court
Portland, OR 97202-4344
Telephone: (503)775-9164
Uncaduncl@aol.com

Honorable Judge Martin Glenn

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              :
                                                    :        IN PROCEEDINGS
RESIDENTIAL CAPITAL, LLC, et al.,                   :        UNDER CHAPTER 11
                                                    :        BK Case No. 12-12020 (MG)
                                                    :        (Jointly Administered)
                                                    :
                                                    :
    GMAC Mortgage, LLC;                             :
    Residential Funding Company, LLC;               :
    Residential Funding Real Estate                 :        NOTICE OF APPEAL
        Holdings, LLC;                              :
    Homecoming Financial, LLC;                      :
    Executive Trustee Services, LLC                 :
                                        Debtors     :

NOTICE OF APPEAL

1.  Duncan K. Robertson, claimant in this action under Claim Numbers Claim Nos. 2385,

2386, 2387, 2388 and 2389, appearing pro se, ("Claimant"), hereby appeals the following

Order(s) of this Bankruptcy Court:

1.  Amended Memorandum Opinion And Order Granting Motions For Partial

    Reconsideration Of The Opinion Sustaining In Part And Overruling In Part The Rescap

1

Liquidating Trust's Objection To Claims Filed By Duncan K. Robertson, Docket No.

9108, issued September 5, 2015. Docket No. 9105

2. *Memorandum Opinion and Order Sustaining in Part and Overruling in Part the Rescap Liquidating Trust's Objection to Proofs of Claim Filed by Duncan K. Robertson,* Docket No. 8533, issued April 28, 2015.

These Orders are inextricably connected, the appealed Order [Dkt. 9105] modifying the

original Memorandum Opinion and Order [Dkt. 8533], and so are presented as a single appeal.

Respectfully submitted,

Signed this 15th Day of September, 2015 in Portland, OR by -

Duncan K. Robertson
Claimant, Pro Se.

2