# UNITED STATES BANKRUPTCY COURT

## *Southern District of New York*

*One Bowling Green, 6th Floor*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*

September 22, 2015

Philip Emiabata & Sylvia Emiabata
508 Evening Grosbeak Drive
Pflugerville, TX  78660

        Re:     Residential Capital, LLC
               Case No.: 12-12020
               <u>In re: Motion For Relief From Stay - Document No.: 9103</u>

Dear Mr. & Mrs. Emiabata:

On September 2,  2015 we received your motion for relief from the automatic stay for filing, Document No.: 9103.  However, we did not receive the required fee in the amount of $176.00 for the filing of such motion.

Please be advised that your motion cannot be heard without the payment of $176.00. Your immediate attention to this matter is greatly appreciated.

If you have any questions, please contact the undersigned at (212) 284-4067.

Very truly yours,

<u>S/Aurea Suarez</u>
Case Manager