# Notice Recipients

District/Off: 0208−1          User: asuarez            Date Created: 9/22/2015
Case: 12−12020−mg         Form ID: pdf001         Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk          Philip Emiabata         508 Evening Grosbeak Drive          Pflugerville, TX 78660

TOTAL: 1