**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                           )
                                                 )
                                                 )   Case No. 12-12020(MG)
RESIDENTIAL CAPITAL, LLC, et al.,                )   Chapter 11
                        Debtors                  )   Jointly Administered
                                                 )

### NOTICE OF APPEAL
### (Claims Nos. 3910 & 4085)

1. This is a Notice of Appeal of Creditors Philip Emiabata and Sylvia Emiabata to the United States District court of New York from Order Dismissing Claims dated September 3, 2015; with modified Order dated September 4, 2015-Memorandum and order sustaining the Rescap omnibus objection to claims.
2. This emanates from the same subject - matter (Claims 3910& 4085) and also the same Debtors-Residential Capital LLC, et al. which includes its trust and the Borrowers claim Trust. And also the same creditors –Philip Emiabata & Sylvia Emiabata. See Doc. # 9110.
3. The court erred both in law and in fact and was not thorough in reaching its decision.
4. The Appeal was also based that there was no due process/not afforded due process of law.
5. The Bankruptcy court also usurped the Appeal court duty- when there was a Notice of Appeal already before the Bankruptcy court.

Dated September16, 2015

                                        Respectfully Submitted
                                        /s/ Philip Emiabata & Sylvia Emiabata
                                        508 Evening Grosbeak Drive
                                        Pflugerville TX 78660
                                        Tel. (512) 791-2395;
                                        (512) 992-9998

ON NOTICE TO:
Morrison & Foerster LLP
250 West 55th Street      Attn: Norman S. Rosenbaum Esq.
New York, NY 10019

To: Clerk of Court        ATTN: Deputy Clerk
US Bankruptcy Court        * Anatin Rousseau
Southern District of New York        (APPEALS)
1 Bowling Green
Alexander Hamilton Custom House
New York, New York 10004-1408

Case # 12-12020 (Claims # 3910 & 4085)

Date: 9/15/15

RE: <u>NOTICE of APPEAL ON COURT ORDER DATED 09/3/15 MODIFIDIFIED ON 09/04/15 — Order Sustaining Debtors/Rescap Trust Omnibus Objection</u>

Pls enclosed for filing with the court via US Priority mail is the above Appellants (Creditors) Notice of Appeal from Order dismissing Claims/Sustaining Debtors/Trust Omnibus Objection.

Do please file accordingly

Thankss

from: Sylvia Ehiabata
Tel (512) 791-2395;
    (512) 992-9998.