**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Yaron Shaham, a member in good standing of the bar of the State of California and the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California request admission, *pro hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in the above-referenced case.

My address is:   Severson & Werson PC
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: September 24, 2015          Respectfully submitted,

By:   /s/ Yaron Shaham
Yaron Shaham

ny-1205155

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Yaron Shaham, dated September 24, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California,

IT IS HEREBY ORDERED that Yaron Shaham is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated:  New York, New York
             _____, 2015

                                                            _____
                                                            The Honorable Martin Glenn
                                                            United States Bankruptcy Judge
                                                            Southern District of New York

2

ny-1205155