**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                          CASE NO.: 12–12020–mg

 aka    Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER:  11
20–1770738

---

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on August 24, 2015, document number 9055, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–6919 assigned to the Honorable Paul G. Gardephe.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: September 24, 2015                          Vito Genna
                                                  Clerk of the Court