# Notice Recipients

District/Off: 0208−1           User: arouzeau              Date Created: 9/24/2015
Case: 12−12020−mg              Form ID: tranapl            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Erlinda Abibas Aniel        75 Tobin Clark Dr.        Hillsborough, CA 94010

TOTAL: 1