**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- )
                                                                                   )
In re:                                                                             )    Case No. 12-12020 (MG)
                                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                                  )    Chapter 11
                                                                                   )
                                                       Debtors.                    )    Jointly Administered
                                                                                   )
---------------------------------------------------------------------------------- )

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Keith S. Anderson, dated September 17, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Alabama, Georgia, Minnesota, Ohio and Texas and the bars of the United States District Courts for the Middle, Northern and Southern Districts of Alabama, the Northern District of Georgia, the District of Minnesota, the Northern and Southern Districts of Ohio and the Northern, Southern, Eastern and Western Districts of Texas,

IT IS HEREBY ORDERED that Keith S. Anderson is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated:  New York, New York
        **September 25, 2015**

                                                            ____/s/ Martin Glenn_____
                                                            The Honorable Martin Glenn
                                                            United States Bankruptcy Judge
                                                            Southern District of New York