# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green, 6th Floor*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*

September 25, 2015

Philip Emiabata & Sylvia Emiabata
508 Evening Grosbeak Drive
Pflugerville, TX  78660

                Re:    Residential Capital, LLC
                       Case No.: 12-12020
                       <u>In re: Motion For Relief From Stay - Document No.: 9103</u>

Dear Mr. & Mrs. Emiabata:

      On September 2, 2015 we received your motion for relief from the automatic stay for filing, Document No.: 9103.  However, we did not receive the required fee in the amount of $176.00 for the filing of such motion.

      Please be advised that your motion cannot be heard without the payment of $176.00. To avoid having your motion dismissed, please submit payment by October 9, 2015. Your immediate attention to this matter is greatly appreciated.

      If you have any questions regarding this letter, please contact me at (212) 284-4066.

                                                        Sincerely,

                                                      <u>/s/Brent Leonardo Bush, Jr.</u>
                                                    Case Management Team Leader