# Notice Recipients

District/Off: 0208−1  User: bbush  Date Created: 9/25/2015
Case: 12−12020−mg  Form ID: pdf001  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Philip Emiabata        508 Evening Grosbeak Drive        Pflugerville, TX 78660
5987966    Pacific Bell Telephone Company       % AT&T Services, Inc       James Grudus, Esq.      One AT&T Way, Room 3A218       Bedminster, NJ 07921

TOTAL: 2