## **Exhibit D**

RECORDING REQUESTED BY:

LSI TITLE COMPANY, INC.

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDED ON: **March 31, 2009**
AS DOCUMENT NO: **09-459489**   BK: / PG:
BY: **s/ Title Court Automation**
**LSI TITLE COMPANY (CA)**

TS NO : GM-196568-C
LOAN NO : ▮▮▮▮0846

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

WHEREAS, **MARSHELL O CULTON, AN UNMARRIED WOMAN** was the original Trustor, **ORANGE COAST TITLE ESCROW** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** was the original Beneficiary under that certain Deed of Trust dated **4/30/2007** and recorded on **5/8/2007** as Instrument No. 20071113044 in Book   Page   of Official Records of **Los Angeles** County, California; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust  and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned desires to substitute **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated : 3/27/2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
Cindy Sandoval, ASSISTANT SECRETARY

State of California} ss.
County of Los Angeles }

On 3/27/2009 before me, Dee C. Ortega Notary Public, personally appeared **Cindy Sandoval** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)
Dee C. Ortega