**<u>Exhibit G</u>**

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120


07/02/2009
*20090999746*

T.S. No. GM-196568-C  090223002
Loan No. ████0846

SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/30/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR:**MARSHELL O CULTON, AN UNMARRIED WOMAN**
Recorded 5/8/2007 as Instrument No. **20071113044** in Book , page of
Official Records in the office of the Recorder of **Los Angeles** County, California,
Date of Sale:**7/27/2009** at **10:30 AM**
Place of Sale:    **At the west side of the Los Angeles County Courthouse,   directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, California**
Property Address is purported to be:    **830 WEST ORANGE GROVE AVENUE ARCADIA, CA 91006**

APN #: **5769-015-007**

The total amount secured by said instrument as of the time of initial publication of this notice is **$1,075,490.40**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or 2923.55.

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

3

T.S. No. **GM-196568-C**
Loan No. ██████0846

Date: **7/1/2009**

**ETS Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**
Sale Line: 714-730-2727

_____
**Sunil Jayasinha, TRUSTEE SALE OFFICER**

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**ETS Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**
**(818) 260-1600 phone (818) 260-1850 fax**

2/3/2010

**GRANDANA LLC/ LAVA ROCK INVESTMENTS LLC**
**13405 ARTESIA BLVD**
**CERRITOS, CA 90703**

T.S. # GM-196568-C            LOAN # ▮▮▮▮0846
PROPERTY ADDRESS:    **830 WEST ORANGE GROVE AVENUE**
                                       **ARCADIA, CA 91006**

Dear Buyer:

Enclosed herein please find the original **unrecorded** Trustee's Deed Upon Sale document for the above referenced property which you purchased at the foreclosure sale held on **1/28/2010**.  Please be aware that it is your responsibility to **RECORD** the Trustee's Deed Upon Sale to ensure proper title to said property.

Additionally, if a refund is due you from the aforementioned foreclosure sale transaction, those funds will be sent to you within 30 days. If you do not receive your refund after 30 days you may contact our accounting area at (215) 734-5514 for further assistance.

If you have any questions regarding this matter please feel free to contact our office at 818-260-1600, or toll free at 800-665-3932 between the hours of 8:00 am and 5:00 pm pacific standard time Monday through Friday. We are glad to be of any assistance and appreciate your business.

Thank You,


DIANNE CARTEE
Trustee Sale Officer