**Exhibit H**

```
JUL-20-2009 10:58  FROM:HF REALCHOICES      2148742197          TO:6263576617         P. 001/001
```

```
GMAC Mortgage, LLC                                              PAGE      1
PO Box 780                                                      DATE 07/20/09

Waterloo          IA 50704-0780
Waterloo          IA 50704-0780             REPAYMENT AGREEMENT-████0846

---------- MAIL ----------------------------- PROPERTY ----------------

MARSHELL O CULTON

254 ANGELO PL                   830 WEST ORANGE GROVE AVENUE

ARCADIA           CA 91006-1501 ARCADIA          CA 91006-0000

------ DATES ------    ---- CURRENT BALANCES -----    -------- UNCOLLECTED -------
PAID TO    10/01/08    PRINCIPAL      1003807.14     LATE CHARGES       2027.39
NEXT DUE   11/01/08    ESCROW          -25016.46     OPTIONAL INS          0.00
LAST PMT   11/14/08    UNAPPLIED FUNDS   3162.22     INTEREST              0.00
AUDIT DT   05/11/07    UNAPPLIED CODES       F       FEES                170.50
    LAST ACTIVITY      BUYDOWN FUNDS        0.00     DFLT EXP PD          90.00
       07/17/09        BUYDOWN CODE                  DFLT EXP UNPD         0.00

PMT   PLAN PMT    PLAN PMT   AMOUNT TO   AMT TO     UNAPPLIED   FIRST/LAST
NUM   DUE DATE    AMOUNT     REG PMT     LC/UNCOL   BALANCE     PMT APPLIED
---   --------    --------   --------    --------   --------    -----------
01    07/24/09    3353.89    3353.89     0.00       3162.22     11/08
02    08/24/09    3353.89    3353.89     0.00       3162.22     12/08
03    09/24/09    3353.89E   6249.82     0.00        266.29     01/09
04    10/24/09    3353.89       0.00     0.00       3620.18
05    11/24/09    3353.89    6249.82     0.00        724.25     02/09
06    12/24/09   60444.52*  58880.88  2287.89          0.00     03/09 12/09


PLAN TOTAL       77213.97

E - ESCROW CHANGE   A - ALTERNATIVE LOAN P&I CHANGE   B - BUYDOWN SUBSIDY CHANGE


I (WE) AGREE TO THE REPAYMENT SCHEDULE AS SET FORTH ABOVE. THE AMOUNT OF EACH
PAYMENT IS SUBJECT TO CHANGE BASED ON SCHEDULED ALTERNATIVE MORTGAGE P&I, ESCROW
OR OTHER PAYMENT CHANGES. ALL PROVISIONS OF THE NOTE AND MORTGAGE/DEED OF TRUST
REMAIN IN FULL FORCE AND EFFECT.
```

_Marshell O Culton_ (signature)
MARSHELL O CULTON

_Gwen Jones_ (signature)
GMAC

820 COL31823

12-12020-mg    Doc 9202-11    Filed 09/25/15    Entered 09/25/15 17:06:58    Lathrop
Decl. Exhibit H    Pg 3 of 4

Identifier: 0846  Doc Type:LSMH

JUL-15-2009 14:42 FROM:HF REALCHOICES         2148742197          TO:6263576617          P. 005/006

07/15/09
Account Number ████0846
Page Four

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE:  There is no grace period during this Agreement.  Pursuant to your request and in order to cure the default on this account, all payments must be received on or before the due date.

RECEIVED AND AGREED:

_Marshell O Culton_____ (Seal)       _7/20/09_____
MARSHELL O CULTON                          Date
Customer

_____                   _____
                                          Date
Customer

Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our concurrence with this agreement.

_[signature]_____
Servicer

5:15

### SIGN AND RETURN THIS PAGE ONLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Identifier: 0846  12-12020-mg    Doc 9202-11    Filed 09/25/15    Entered 09/25/15 17:06:58    Lathrop
Doc Type:LSMH                                Decl. Exhibit H    Pg 4 of 4

JUL-15-2009 14:40 FROM:HF REALCHOICES        2148742197         TO:6263576617         P. 003/006



07/15/09
Account Number 0846
Page Two

        GMAC Mortgage, LLC
        Attention: Default Payment Processor
        3451 Hammond Avenue
        Waterloo, IA 50702
        Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $50,309.26, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

        GMAC Mortgage, LLC
        Attention: Default Payment Processor
        3451 Hammond Avenue
        Waterloo, IA 50702

Additional methods of remitting payments under this agreement are:
- Money Gram using a Receive Code of 2365
- Western Union using a Code City and State of Home, IA

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.