# **Exhibit I**

SEP-17-2009 13:30 FROM:HF REALCHOICES          2148742197          TO:6263576617          P. 006/006

```
GMAC Mortgage, LLC                                              PAGE         1
PO Box 780                                                      DATE 09/17/09
GMAC Mortgage, LLC
PO Box 780                                                      DATE 09/17/09

Waterloo          IA 50704-0780
                                      REPAYMENT AGREEMENT- ####0846

------------------ MAIL ------------------------- PROPERTY -----------------

       MARSHELL O CULTON

       254 ANGELO PL                   830 WEST ORANGE GROVE AVENUE

       ARCADIA          CA 91006-1501 ARCADIA           CA 91006-0000

------ DATES ------    ---- CURRENT BALANCES -----    ------- UNCOLLECTED -------
PAID TO    12/01/08    PRINCIPAL        1006097.25    LATE CHARGES       1051.42
NEXT DUE   01/01/09    ESCROW            -25016.46    OPTIONAL INS          0.00
LAST PMT   08/13/09    UNAPPLIED FUNDS    3162.22     INTEREST              0.00
AUDIT DT   05/11/07    UNAPPLIED CODES       F        FEES                170.50
     LAST ACTIVITY     BUYDOWN FUNDS         0.00     DFLT EXP PD        2849.98
        09/17/09       BUYDOWN CODE                   DFLT EXP UNPD         0.00

PMT   PLAN PMT    PLAN PMT    AMOUNT TO    AMT TO       UNAPPLIED    FIRST/LAST
NUM   DUE DATE    AMOUNT      REG PMT      LC/UNCOL     BALANCE      PMT APPLIED
---   --------    --------    ---------    --------     --------     -----------
01    09/26/09    (2790.00)      0.00         0.00       5952.22
02    10/26/09     2790.00E    6249.82        0.00       2492.40      01/09
03    11/26/09     2790.00       0.00         0.00       5282.40
04    12/26/09     2790.00    6249.82         0.00       1822.58      02/09
05    01/26/10    66990.74*   64741.42     4071.90          0.00      03/09 01/10


       PLAN TOTAL        78150.74

E - ESCROW CHANGE   A - ALTERNATIVE LOAN P&I CHANGE   B - BUYDOWN SUBSIDY CHANGE


I (WE) AGREE TO THE REPAYMENT SCHEDULE AS SET FORTH ABOVE. THE AMOUNT OF EACH
PAYMENT IS SUBJECT TO CHANGE BASED ON SCHEDULED ALTERNATIVE MORTGAGE P&I, ESCROW
OR OTHER PAYMENT CHANGES. ALL PROVISIONS OF THE NOTE AND MORTGAGE/DEED OF TRUST
REMAIN IN FULL FORCE AND EFFECT.

/s/ Marshell O Culton
MARSHELL O CULTON



420 COL31838
```

Identifier: 0846  Doc Type:LSMIT

09/17/09
Account Number ████0846
Page Four

Account Number ████0846
Page Four

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOTE: There is no grace period during this Agreement. Pursuant to your request and in order to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____ (Seal)     _SEPT, 17, 09_____
MARSHELL O CULTON                                      Date
Customer

_____             _____
                                                                              Date
Customer

Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our concurrence with this agreement.

_____
Servicer

5:15

# SIGN AND RETURN THIS PAGE ONLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*