**Exhibit K**

## Officer's Certification
## Officer's Certification

Teller#  
Inv #          42222  
Loan          0846  
Inv Loan #    6186  
Borrower Name   CULTON  
Address       830 WEST ORANGE GROVE AVENUE  
City, State     ARCADIA CA  
Date          2/4/2010  

| | | |
|---|---:|---:|
| Ending Scheduled Balance | 1,003,905.30 | |
| Principal and Interest Advances | 49,218.32 | |
| Total Principal and Interest Advances | | 1,053,123.62 |
| **Other Expenses** | | |
|     Corporate Advances | 2,849.98 | |
|     Property Taxes | 0.00 | |
|     Property Preservations Costs | 0.00 | |
|     Mi/Hazard Insurance Premiums | 0.00 | |
|     Property Inspections | 98.75 | |
|     BPO Appraisals | 166.00 | |
|     Escrow Balance | 28,516.92 | |
| Total Other Advances | | 31,631.65 |
| Total Funds due Servicer | | 1,084,755.27 |
| **Total Proceeds Received** | | |
|     Sale Proceeds | 1,071,000.00 | |
|     MI Proceeds | 5,312.40 | |
|     HIP Refund | 0.00 | |
|     Hazard Insurance Proceeds | 0.00 | |
| Total Proceeds | | 1,076,312.40 |
| Total Realized Gain/(Loss) | | (8,442.87) |

I certify that the foregoing and all information, including any accompanying statements or documents, is true, correct, and complete to the best of my knowledge and belief.

_____  
Officer Name  

_____  
Date

Limited Signing Officer  
Title