**Exhibit L**

# Case Summary

Case Number: GC048550
JACQUELINE O. WIELAND VS. GMAC MORTGAGE, LLC,

Filing Date: 12/07/2011
Case Type: Fraud (no contract) (General Jurisdiction)
Status: Pending

Future Hearings

**12/09/2015** at 08:30 am in department B at 300 East Olive, Burbank, CA 91502
Conference-Bankruptcy Status(RE DEFENDANTS GMAC AND EXECUTIVETRUSTEE SERVICES)

Documents Filed | Proceeding Information

Parties

DBA ETS SERVICES LLC - Defendant

DEUTSCH BANK AG A GERMAN CORPORATION - Defendant

DOES 1 THROUGH 50 INCLUSIVE - Defendant

ETS SERVICES LLC - Defendant

EXECUTIVE TRUSTEE SERVICES LLC - Defendant

EXECUTIVE TRUSTEE SERVIECES LLC - Defendant

GMAC MORTGAGE LLC - Defendant

HSBC BANK USA N.A. - Defendant

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS - Defendant

MORTGAGEIT INC - Defendant

MORTGAGEIT INC. - Defendant

MORTGAGEIT INC. A NEW YORK CORP. - Defendant

REED SMITH LLP - Attorney for Defendant

SEVERSON & WERSON - Attorney for Defendant

THE MARSHELL O. CULTON REVOCABLE LIVING - Plaintiff

THE MARSHELL O. CULTON REVOCABLE TRUST - Plaintiff

WIELAND JACQUELINE O. - Plaintiff

WILDISH & NIALIS - Attorney for Plaintiff

Case Information | Party Information | Proceeding Information

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:

12/03/2012    05/30/2012

**08/11/2015** Notice (OF RULING ON CASE MANAGEMENT CONFERENCE )
Filed by Attorney for Plaintiff

**07/09/2015** Statement-Case Management
Filed by Attorney for Defendant

**01/21/2015** Statement-Case Management
Filed by Attorney for Defendant

**07/22/2014** Statement-Case Management
Filed by Attorney for Defendant

**04/14/2014** Notice (OF CONTINUANCE OF STATUS CONFERENCE RE: BANKRUPTCY )
Filed by Attorney for Defendant

**03/26/2014** Statement-Case Management
Filed by Attorney for Defendant

**01/14/2014** Statement-Case Management
Filed by Attorney for Defendant

**10/04/2013** Statement-Case Management
Filed by Attorney for Defendant

**04/05/2013** Statement-Case Management
Filed by Attorney for Defendant

**03/26/2013** Memorandum of Costs ($1425.00 )
Filed by Attorney for Defendant

**03/13/2013** Notice of Entry of Judgment (of Dismissal with prejudice for defts., Mortgage Electronic Registration Systems, Inc., HSBC Bank USA N.A.; and Deutsche Bank AG )
Filed by Attorney for Defendant

**03/07/2013** Judgment (OF DISMISSAL WITH PREJUDICE )
Filed by Court

**02/22/2013** Notice (of entry of order on defendant's Mortgage Electronic Registration Systems Inc., HSBC Bank USA National Association; and Deutsche Bank AG's Demurrer to plaintiff's third amended complaint)
Filed by Attorney for Defendant

**02/19/2013** Notice of Ruling
Filed by Attorney for Defendant

**02/13/2013** Order (SUSTAINING DEF'S DEMURRER TO 3RD AMENDED COMPLAINT )
Filed by Attorney for Defendant

**02/13/2013** Order (ON DEMURRER TO 3RD AMENDED COMPLAINT )
Filed by Court

**02/05/2013** Defendant's Reply (in support of Demurrer to pltff's Third Amended Complaint )
Filed by Attorney for Defendant

**02/05/2013** Defendant's Reply (of Demurrer to Third Amended Complaint )
Filed by Attorney for Defendant

**02/05/2013** Defendant's Reply (for Motion to Strike Third Amended Complaint )
Filed by Attorney for Defendant

**02/05/2013** Defendant's Reply (in support of Motion to Strike pltff's Third Amended Complaint )
Filed by Attorney for Defendant

**01/30/2013** Request for Judicial Notice (in opposition to Demurrer to and Motion to strike Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/30/2013** Opposition (to Motion to Strike Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/30/2013** Opposition (to Mortgageit, Inc's Notice of Demurrer and Demurrer to pltff's Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/30/2013** Opposition (to Demurrer to Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/30/2013** Request for Judicial Notice (in opposition to Mortgageit, Inc's Motion to Strike pltff's Third Amended Complaint and Demurrer to pltff's Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/30/2013** Opposition (to Mortgageit, Inc's Motion to Strike pltff's Third Amended Complaint )
Filed by Attorney for Plaintiff

**01/22/2013** Statement-Case Management
Filed by Attorney for Plaintiff

**01/16/2013** Statement-Case Management
Filed by Attorney for Defendant

**01/07/2013** Request for Judicial Notice (in support of demurrer and motion to strike third amended complaint )
Filed by Attorney for Defendant

**01/07/2013** Request for Judicial Notice (in support of motion to strike and demurrer to third amended complaint )
Filed by Attorney for Defendant

**01/07/2013** Motion to Strike (third amended complaint )
Filed by Attorney for Defendant

**01/07/2013** Notice of Hearing on Demurrer (and demurrer to third amended complaint )
Filed by Attorney for Defendant

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   12/03/2012   05/30/2012

**12/03/2012** Third Amended Complaint
Filed by Attorney for Plaintiff

**12/03/2012** Declaration (of Jacqueline O. Wieland re successor trustee status )
Filed by Attorney for Plaintiff

**10/24/2012** Defendant's Reply (for Demurrer to Second Amended Complaint )
Filed by Attorney for Defendant

**10/24/2012** Defendant's Reply (in support of demurrer to Second Amended Complaint )
Filed by Attorney for Defendant

**10/19/2012** Request for Judicial Notice
Filed by Attorney for Plaintiff

**10/19/2012** Opposition (to demurrer to second amended complaint )
Filed by Attorney for Plaintiff

**10/19/2012** Opposition (to Notice of Demurrer and Demurrer to Second Amended Complaint )
Filed by Attorney for Plaintiff

**10/09/2012** Statement-Case Management
Filed by Attorney for Plaintiff

**10/04/2012** Statement-Case Management

Filed by Attorney for Defendant

**10/02/2012** Statement-Case Management
Filed by Attorney for Defendant

**08/22/2012** Notice (Amended Notice of hearing )
Filed by Attorney for Defendant

**08/16/2012** Notice (Amended Notice of Demurrer to Second Amended Complaint )
Filed by Attorney for Defendant

**08/10/2012** Request for Judicial Notice (in support of demurrer to second amended complaint )
Filed by Attorney for Defendant

**08/10/2012** Notice of Hearing on Demurrer (and demurrer to second amended complaint )
Filed by Attorney for Defendant

**08/09/2012** Notice of Hearing on Demurrer (and demurrer to second amended complaint )
Filed by Attorney for Defendant

**07/31/2012** Notice of Ruling
Filed by Attorney for Plaintiff

**07/30/2012** CCP 170.6 Application Filed
Filed by Attorney for Defendant

**07/16/2012** Statement-Case Management
Filed by Attorney for Defendant

**07/09/2012** Amendment to Complaint (DOE 3-MORTGAGEIT, inc., A NEW YORK CORPORATION )
Filed by Attorney for Plaintiff

**07/09/2012** Statement-Case Management
Filed by Attorney for Plaintiff

**07/06/2012** Statement-Case Management
Filed by Attorney for Defendant

**07/05/2012** Second Amended Complaint
Filed by Attorney for Plaintiff

**07/05/2012** Amendment to Complaint (DOE 2-DEUTSCH BANK AG, A GERMAN CORPORATION )
Filed by Attorney for Plaintiff

**06/26/2012** Notice of Ruling
Filed by Attorney for Plaintiff

**06/08/2012** Reply (IN SUPPORT OF DEMURRER )
Filed by Attorney for Defendant

**06/05/2012** Opposition (TO DEMURRER )
Filed by Attorney for Plaintiff

**05/31/2012** Notice (OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY AS EXECUTIVE TRUSTEE SERVICES, LLC )
Filed by Attorney for Defendant

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  12/03/2012  05/30/2012

**05/30/2012** Statement-Case Management
Filed by Attorney for Plaintiff

**05/25/2012** Statement-Case Management
Filed by Attorney for Defendant

**05/24/2012** Notice of Bankruptcy Stay
Filed by Attorney for Defendant

**05/23/2012** Notice (of transfer of action and new hearing date on demurrer to first amended complaint )
Filed by Attorney for Defendant

**05/15/2012** Notice of Case Reassignment & Ord
Filed by CLERK

**04/05/2012** Statement-Case Management
Filed by Attorney for Plaintiff

**04/05/2012** Statement-Case Management
Filed by Attorney for Defendant

**03/29/2012** Notice of Hearing on Demurrer (AND DEMURRER TO FIRST AMENDED COMPLAINT BY DEFENDANTS; MPA IN SUPPORT )
Filed by Attorney for Defendant

**03/29/2012** Request for Judicial Notice
Filed by Attorney for Defendant

**03/12/2012** Notice of Ruling (ON DEFT'S DEMURRER )
Filed by Attorney for Defendant

**03/07/2012** First Amended Complaint
Filed by Attorney for Plaintiff

**03/01/2012** Notice of Entry of Dismissal
Filed by Attorney for Plaintiff

**02/17/2012** Notice (OF ACCEPTANCE OF PEREMTORY CHALLENGE AND TRANSFER OF CASE )
Filed by Attorney for Defendant

**02/14/2012** Affidavit of Prejudice - Premptory
Filed by Attorney for Defendant

**02/14/2012** CCP 170.6 Application Filed
Filed by Attorney for Defendant

**02/09/2012** Partial Dismissal(not entire case) (WITHOUT PREJUDICE MORTGAGEIT, INC., A NEW YORK CORPORATION, ONLY )
Filed by Attorney for Plaintiff

**02/03/2012** Request for Judicial Notice (IN SUPPORT OF DEMURRER )
Filed by Attorney for Defendant

**02/03/2012** Demurrer
Filed by Attorney for Defendant

**12/23/2011** Proof-Service/Summons
Filed by Attorney for Plaintiff

**12/22/2011** Proof of Service Filed
Filed by Attorney for Plaintiff

**12/21/2011** Proof-Service/Summons
Filed by Attorney for Plaintiff

**12/07/2011** Complaint Filed

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  12/03/2012  05/30/2012

8/24/2015 12-12020-mg Doc 9202-15 Filed 09/25/15 Entered 09/25/15 17:06:58 Lathrop
Decl. Exhibit L Pg 7 of 8

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date indicated:
02/14/2012

**07/20/2015** at 08:31 am in Department NCBB, Donna Fields Goldstein, Presiding
Conference-Bankruptcy Status (re DEFENDANTS GMAC AND EXECUTIVETRUSTEE SERVICES) - **Held-Continued**

**08/05/2014** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Continued by Court**

**08/05/2014** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Held-Continued**

**04/10/2014** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Matter continued**

**01/28/2014** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Matter continued**

**10/28/2013** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Completed**

**10/21/2013** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Continued by Court**

**10/18/2013** in Department NCBB, Donna Fields Goldstein, Presiding
Non-Appearance (Case Review) - **Completed**

**04/19/2013** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Status Conference (re bankruptcy of GMAC) - **Completed**

**02/13/2013** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Hearing on Demurrer (AND MOTION TO STRIKE PLAINTIFFS'THIRD AMENDED COMPLAINTAND CASE MANAGEMENT CONFERENCEAND STATUS CONF RE BANKRUPTCY) - **Demurrer sustained without leave**

**01/31/2013** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Conference-Case Management (& STATUS CONFERENCE RE BANKRUPTCY) - **Matter continued**

**11/16/2012** at 03:30 pm in Department NCBB, Donna Fields Goldstein, Presiding
Ruling on Submitted Matter - **Court's ruling & orders entered**

**10/31/2012** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Hearing on Demurrer (TO SECOND AMENDED COMPLAINT& CASE MANAGEMENT CONFERENCE& STATUS CONFERENCE RE BANKRUPTCY) - **Matter taken under submission**

**10/17/2012** at 08:30 am in Department NCBB, Donna Fields Goldstein, Presiding
Conference-Case Management (& STATUS CONFERENCE RE BANKRUPTCY) - **Matter continued**

**08/08/2012** in Department OTHER, Master Calendar, Presiding
Case Ordered Reassigned - **Case is reassigned**

**08/01/2012** at 04:00 pm in Department NCGE, Laura A. Matz, Presiding
Affidavit of Prejudice - **Transferred to Other Department**

**07/18/2012** at 08:30 am in Department NCGE, Laura A. Matz, Presiding
Conference-Case Management (AND STATUS CONFERENCE REGARDINGBANKRUPTCY) - **Continued by Court**

**06/15/2012** at 08:30 am in Department NCGE, Laura A. Matz, Presiding
Hearing on Demurrer - **Court makes Order**

**06/12/2012** at 08:30 am in Department NCGE, Laura A. Matz, Presiding
Conference-Case Management - **Completed**

**04/20/2012** at 08:30 am in Department S, JOSEPH DE VANON, Presiding
Conference-Case Management - **Matter continued**

**03/08/2012** at 08:31 am in Department S, JOSEPH DE VANON, Presiding
Motion (1.) DEMURRER) - **Demurrer sustained with leave**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP   02/14/2012

**02/14/2012** at 01:30 pm in Department P, JAN A. PLUIM, Presiding
Miscellaneous - **Completed**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP   02/14/2012

Case Information | Party Information | Documents Filed | Proceeding Information