# Exhibit 4

## Judgment of Dismissal

1  ROBERT J. GANDY (State Bar No. 225405)
   DAVID M. LIU (State Bar No. 216311)
2  SEVERSON & WERSON, APC
   The Atrium
3  19100 Von Karman Avenue, Suite 700
   Irvine, California 92612
4  Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
5
   JOHN B. SULLIVAN (State Bar No. 96742)
6  SEVERSON & WERSON, APC
   One Embarcadero Center, Suite 2600
7  San Francisco, California 94111
   Telephone: (415) 398-3344
8  Facsimile: (415) 956-0439

9  Attorneys for Defendants
   GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC dba
10 ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.; HSBC BANK USA, NATIONAL ASSOCIATION; and
11 DEUTSCHE BANK AG (erroneously sued as "Deutsch Bank AG")



ORIGINAL FILED
MAR 1 3 2013
LOS ANGELES
SUPERIOR COURT

12              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13           **COUNTY OF LOS ANGELES — NORTH CENTRAL DISTRICT (BURBANK)**

| | |
|---|---|
| 14  JACQUELINE O. WIELAND, as Trustee of THE MARSHELL O. CULTON REVOCABLE LIVING TRUST DATED APRIL 28, 2005, and as Successor In Interest of Marshell O. Culton, <br><br> Plaintiff, <br><br> vs. <br><br> GMAC MORTGAGE, LLC, a California limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES LLC, a Delaware limited liability corporation; MORTAGEIT, INC., a New York corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; HSBC BANK USA, NATIONAL ASSOCIATION, A National corporation; DEUTSCH BANK AG, a German corporation; and DOES 3 through 50, inclusive, <br><br> Defendants. | Case No. GC048550 <br> The Hon. Donna Fields Goldstein <br> Dept. NCBB <br><br> **NOTICE OF ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA NATIONAL ASSOCIATION; AND DEUTSCHE BANK AG** <br><br> TAC Filed:        December 3, 2012 <br> SAC Filed:        July 5, 2012 <br> FAC Filed:        March 7, 2012 <br> Complaint Filed: December 7, 2011 |

19000.1150/2596764.1

NOTICE OF ENTRY OF JUDGMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** on February 13, 2013 at 8:30 a.m., in Department NCB "B" of the above-entitled Court, the Honorable Donna Fields Goldstein presiding, the Court sustained, without leave to amend as to all causes of action, the demurrer of defendants Mortgage Electronic Registration Systems, Inc.; HSBC Bank USA, National Association; and Deutsche Bank AG to plaintiff's third amended complaint.

On March 7, 2013 the Court executed and entered a Judgment of Dismissal with Prejudice in favor of Defendant Mortgage Electronic Registration Systems, Inc.; HSBC Bank USA, National Association; and Deutsche Bank AG and against Plaintiff Jacqueline O. Wieland, as Trustee of The Marshell O. Culton Revocable Living Trust Dated April 28, 2005, and as Successor In Interest of Marshell O. Culton.

A true and correct copy of the Judgment of Dismissal with Prejudice is attached hereto as Exhibit A.

DATED: March 11, 2013

SEVERSON & WERSON
A Professional Corporation

By: _____
DAVID M. LIU

Attorneys for Defendants
GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HSBC BANK USA, NATIONAL ASSOCIATION; and DEUTSCHE BANK AG (erroneously sued as "Deutsch Bank AG")

**EXHIBIT "A"**

ORIGINAL FILED

MAR 0 7 2013

LOS ANGELES
SUPERIOR COURT

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES — NORTH CENTRAL DISTRICT, BURBANK

| | |
|---|---|
| JACQUELINE O. WIELAND, as Trustee of THE MARSHELL O. CULTON REVOCABLE LIVING TRUST DATED APRIL 28, 2005,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC, a California limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES LLC, a Delaware limited liability corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. GC048550<br>The Hon. Donna Fields Goldstein<br>Dept. NCBB<br><br>[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA NATIONAL ASSOCIATION; AND DEUTSCHE BANK AG<br><br>TAC Filed:     December 3, 2012<br>SAC Filed:     July 5, 2012<br>FAC Filed:     March 7, 2012<br>Complaint Filed: December 7, 2011 |

19000.1150/2567342.1

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE

## [PROPOSED] JUDGMENT

On February 13, 2013 at 8:30 a.m., in Department NCB "B" of the above-entitled Court, the Honorable Donna Fields Goldstein presiding, the Court sustained, without leave to amend as to all causes of action, the demurrer of defendants Mortgage Electronic Registration Systems, Inc.; HSBC Bank USA, National Association; and Deutsche Bank AG (collectively "Defendants") to plaintiff's third amended complaint.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment in the above-captioned matter is entered in favor of Defendants and against plaintiff. This action is dismissed with prejudice as to Defendants and they may recover their costs against plaintiff.

IT IS SO ORDERED.

MAR 0 7 2013

DATED: ~~February ___, 2013~~

By: _____
The Honorable Donna Fields Goldstein
Judge, Los Angeles County Superior Court

Respectfully submitted by,

ROBERT J. GANDY (State Bar No. 225405)
DAVID M. LIU (State Bar No. 216311)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HSBC BANK USA, NATIONAL ASSOCIATION; and DEUTSCHE BANK AG (erroneously sued as "Deutch Bank AG")

## PROOF OF SERVICE
### Wieland v. GMAC Mortgage, LLC
### GC048550

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On February 13, 2013, I served true copies of the following document(s): **[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA NATIONAL ASSOCIATION; AND DEUTSCHE BANK AG** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2013, at Irvine, California.

_____
RYAN J. BROOKS

19000.1150/2567342.1

PROOF OF SERVICE

**SERVICE LIST**
**Wieland v. GMAC Mortgage, LLC**
**GC048550**

| | |
|---|---|
| Mark A. Nialis, Esq.<br>Rondine E. Macadaeg<br>WILDISH & NIALIS<br>500 North State College Blvd., Ste. 1200<br>Orange, CA 92868 | Attorneys for Plaintiff JACQUELINE O. WIELAND, as Executor of the Estate of Marshell O. Culton<br><br>Telephone: 714.634.8001<br>Facsimile: 714.634.3869<br>Email: mnialis@wildishandnialis.com |
| Erica Yen<br>REED SMITH LLP<br>355 South Grand Ave, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Defendant MORTGAGEIT, INC.<br><br>Telephone: 213.457.8000<br>Facsimile: 213.457.8080 |

19000.1150/2567342.1

PROOF OF SERVICE

## PROOF OF SERVICE
### Wieland v. GMAC Mortgage, LLC
### GC048550

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 11, 2013, I served true copies of the following document(s): **NOTICE OF ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA NATIONAL ASSOCIATION; AND DEUTSCHE BANK AG** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐    **BY FEDEX OVERNIGHT:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 11, 2013, at Irvine, California.

_/s/ Ryan J. Brooks_
RYAN J. BROOKS

19000.1150/2596764.1

PROOF OF SERVICE

**SERVICE LIST**
**Wieland v. GMAC Mortgage, LLC**
**GC048550**

| | |
|---|---|
| Mark A. Nialis, Esq.<br>Rondine E. Macadaeg<br>WILDISH & NIALIS<br>500 North State College Blvd., Ste. 1200<br>Orange, CA 92868 | Attorneys for Plaintiff JACQUELINE O. WIELAND, as Executor of the Estate of Marshell O. Culton<br><br>Telephone: 714.634.8001<br>Facsimile: 714.634.3869<br>Email: mnialis@wildishandnialis.com |
| Erica Yen<br>REED SMITH LLP<br>355 South Grand Ave, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Defendant MORTGAGEIT, INC.<br><br>Telephone: 213.457.8000<br>Facsimile: 213.457.8080 |

19000.1150/2596764.1

PROOF OF SERVICE