UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Yaron Shaham, dated September 24, 2015, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bars of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California,

IT IS HEREBY ORDERED that Yaron Shaham is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
**September 28, 2015**

                                                          **/s/ Martin Glenn**
                                                      The Honorable Martin Glenn
                                                      United States Bankruptcy Judge
                                                       Southern District of New York

ny-1205155