# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
: 
In re                          :    Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :    Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                    Debtor.    :
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on September 25, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS AND (II) REDUCE AND ALLOW BORROWER CLAIMS)(Docket No. 9201)**

Dated: September 28, 2015

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __25__ day of __September__, 20_15_, by, __Pickle Lim__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

JOVANYMUNOZ@YAHOO.COM;
JUSTINGORDON@COMCAST.NET;
SENDER@SENDWASS.COM;
GRIES@SENDWESS.COM;
PETERPAN4285@YAHOO.COM;
CHRIS.GOETTER@GMAIL.COM;
BCARROLLMOBILE@YAHOO.COM;
MHUBBARD@HONEYLAWFIRM.COM;
ARAPPELZOLLER@YAHOO.COM;
EDDIEMCDONNELL@SCIEGAL.ORG;
DBURNS@BNLAW.US;
JENNIFER@MSJLAW.ORG;
CRAZYMADMADDOX@HOTMAIL.COM;


Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com;


bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
justin.bernbrock@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;

wcurchack@loeb.com;
vrubinstein@loeb.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
dflanigan@polsinelli.com;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;
ray.schrock@weil.com;


bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
xrausloanops5@barclays.com;
jeff.brown@gmacfs.com;
william.b.solomon@ally.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;

courtney.lowman@ally.com;
rosa.mendez@db.com;
kpatrick@gibbsbruns.com;
theodore.w.tozer@hud.gov;
pmoak@McKoolSmith.com;
Ross.martin@ropesgray.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
rmaney@wilmingtontrust.com;
dneier@winston.com;
jhaake@wbsvlaw.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
tal@talcottfranklin.com;
dneier@winston.com;
cschreiber@winston.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
kenton_hambrick@freddiemac.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
fsosnick@shearman.com;
john.stern@texasattorneygeneral.gov;
eboden@schnader.com;

bbressler@schnader.com;
rbarkasy@schnader.com;
tlallier@foleymansfield.com;
jmiller@tcfbank.com;
ebcalvo@pbfcm.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;
mwarner@coleschotz.com;
ayala.hassell@hp.com;
Brendan.meyer@db.com;
robert.major@bnymellon.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;
ceblack@jonesday.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
mrollin@rplaw.com;
marty.bunin@alston.com;
william.hao@alston.com;
kit.weitnauer@alston.com;
bill.macurda@alston.com;
accesslegalservices@gmail.com;
mamta.scott@usbank.com;
Thomas.walper@mto.com;
seth.goldman@mto.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
broylesmk@rgcattys.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;

kotwick@sewkis.com;
alves@sewkis.com;
dallas.bankruptcy@publicans.com;
whazeltine@sha-llc.com;
igoldstein@proskauer.com;
houston_bankruptcy@lgbs.com;
austin.bankruptcy@publicans.com;
dhall@siwpc.com;
dsasser@siwpc.com;
bbeskanos@aol.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ra-li-ucts-bankrupt@state.pa.us;
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com;
ecf@kaalaw.com;
sreisman@curtis.com;
macohen@curtis.com;
mgallagher@curtis.com;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;
brandon.johnson@pillsburylaw.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
jlawlor@wmd-law.com;
david.powlen@btlaw.com;
jglucksman@scarincihollenbeck.com;
lberkoff@moritthock.com;
will.hoch@crowedunlevy.com;
abehlmann@lowenstein.com;
abehlmann@lowenstein.com;
stevep@rgrdlaw.com;
cwood@rgrdlaw.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
gbush@zuckerman.com;

ncohen@zuckerman.com;
lneish@zuckerman.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
cmomjian@attorneygeneral.gov;
amuller@stinson.com;
diem.home@gmail.com;
david.tillem@wilsonelser.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
taconrad@sbwlawfirm.com;
Paul_Papas@mylegalhelpusa.com;
floraoropeza@co.imperial.ca.us ;
kgiannelli@gibbonslaw.com;
kristi.garcia@wellsfargo.com;
dearly@fdic.gov;
rnorton@hunton.com;
rrich2@hunton.com;
bankruptcy@clm.com;
ecfmail@aclawllp.com;
romero@mromerolawfirm.com;
jteitelbaum@tblawllp.com;
bankruptcy2@ironmountain.com;
adoshi@magnozzikye.com;
sdnyecf@dor.mo.gov;
adam.harris@srz.com;
howard.godnick@srz.com;
marguerite.gardiner@srz.com;
michael.cutini@srz.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
bnkatty@aldine.k12.tx.us;
kay.brock@co.travis.tx.us;
rbrown@robertbrownlaw.com;
choward@lockelord.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
susan.balaschak@akerman.com;
andrea.hartley@akerman.com;
jleibowitz@kandfllp.com;
dcaley@wongfleming.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;
bdk@schlamstone.com;
lgordon@mvbalaw.com;

pdatta@hhstein.com;
ppascuzzi@ffwplaw.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
tterrell@feinsuch.com;
Mark.Flannagan@umb.com;
Mrozea@leopoldassociates.com;
pmahony@leopoldassociates.com;
AGBankNewYork@ag.tn.gov;
jjtancredi@daypitney.com;
jwcohen@daypitney.com;
hryder@daypitney.com;
almeyers@sjgov.org;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
tarr@blankrome.com;
root@blankrome.com;
schaedle@blankrome.com;
dlibra@lapplibra.com;
jmcmurtr@placer.ca.gov;
james.heaney@lawdeb.com;
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;
brian@gmcnjlaw.com;
james.byrnes@usbank.com;
laura.moran@usbank.com;
tterrell@feinsuch.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
swissnergross@brownrudnick.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
floressaucedopllc@gmail.com;
sdny@kmk-law.net;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
knewman@menterlaw.com;
srosen@cbshealaw.com;
pgallagher@nassaucountyny.gov;
themeyerslawfirm@gmail.com;
bnoren@hinshawlaw.com;
kgcully@kgcully.com;

DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
gary.kaplan@friedfrank.com;
judson.brown@kirkland.com;
stan.chelney@bgllp.com;
ryan.philp@bgllp.com;
tmm@mullaw.org;
msweeney@msgrb.com;
prubin@rubinlawllc.com;
accesslegalservices@gmail.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
DBlumenthal@SchneiderMitola.com;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
SBOYD@walterinvestment.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
rblmnf@aol.com;
reriksen1@gmail.com;
frenklinart@aol.com;
dflanigan@polsinelli.com;
angela.baglanzis@obermayer.com;
TJSinnickson@aol.com;
kstadler@gklaw.com;
bluckman@shermansilverstein.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
pbustos@bustosassociates.com;
pjones@stahlcowen.com;
jrufo@mwc-law.com;
blmessinger@duanemorris.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;
johnrosario@delroslaw.com;
uncadunc1@aol.com;
karam@legalpundit.com;
lenbennett@clalegal.com;
srotkis@c1alegal.com;
susan.dicicco@morganlewis.com;
piccb_investigations@yahoo.com;
DBlatt@wc.com;

HWiegmann@wc.com;
MJohnson@wc.com;
MAhmad@wc.com;

## EXHIBIT B

| | |
|---|---|
| **AIG Asset Management US LLC**<br>**Attn Russell Lipman**<br>**80 Pine St**<br>**New York, NY 10038** | **Allstate Life Insurance Company**<br>**Attn Peter A McElvain**<br>**3075 Sanders Rd Ste G5A**<br>**Northbrook, IL 60062** |
| **Anaissa B Gerwald**<br>**12 Bluegrass Lane**<br>**Savannah, GA 31405** | **Attorney General of the State of New York,**<br>**Eric T Schneiderman**<br>**Victoria L Safran**<br>**Nassau Regional Office**<br>**200 Old Country Rd Ste 240**<br>**Mineola, NY 11501** |
| **David P Stich Esq**<br>**521 Fifth Ave 17th Fl**<br>**New York, NY 10175** | **Fedelina Roybal-DeAguero 2008 Trust**<br>**42265 Little Lake Rd**<br>**Medocino, CA 94560** |
| **Financial Guaranty Insurance Company**<br>**Attn Martin Joyce**<br>**521 Fifth Ave 15th Fl**<br>**New York, NY 10175** | Gibbons PC<br>Jeffrey S Berkowitz & Christopher A Albanese<br>One Pennsylvania Plaza 37th Fl<br>New York, NY 10119-3701 |
| **IBM Corporation**<br>**Attn Shawn Konig**<br>**1360 Rene Levesque W Ste 400**<br>**Montreal, QC H3G 2W6** | Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle, WA 98101 |

| | |
|---|---|
| **Cleary Gottlieb Steen & Hamilton LLP**<br>Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 | **Leslie Jamison**<br>66 Howard Avenue<br>Ansonia, CT 06401-2210 |
| **Manatee County Tax Collector**<br>Susan D Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton, FL 34222 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 |
| **Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al**<br>3725 N Indiana<br>Kansas City, MO 64117 | **Secretary of State**<br>123 William St<br>New York, NY 10038-3804 |
| **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 | **Shapiro Dicaro & Barak LLC**<br>Shari S. Barak<br>105 Maxess Rd Ste N109<br>Melville, NY 11747 |
| **Talcott Franklin P.C.**<br>Derek S Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 | **U.S. Department of Justice**<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005 |

| | |
|---|---|
| Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | Citibank NA<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | Kirkland & Ellis<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| Kurtzman Carson Consultants<br>P Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee & Lorenzo<br>Marinuzzi & Kayvan B Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Office of the NY State Attorney General<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the Southern District<br>of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |

**Securities & Exchange Commission**
**Secretary of the Treasury**
**100 F St NE**
**Washington, DC 20549**

**Securities & Exchange Commission NY Regional Office**
**George S Canellos Regional Director**
**3 World Financial Center Ste 400**
**New York, NY 10281-1022**

**The Bank of New York Mellon**
**Asset-Backed Securities Group**
**101 Barclay St 4W**
**New York, NY 10286**

**U.S. Department of Justice**
**US Attorney General, Loretta Lynch**
**950 Pennsylvania Ave NW**
**Washington, DC 20530-0001**

**US Trustee for the Southern District of NY**
**Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto**
**201 Varick St Ste 1006**
**New York, NY 10014**

**Wells Fargo Bank NA**
**Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust**
**PO Box 98**
**Columbia, MD 21046**

**Kirkland & Ellis LLP**
**Stephen E Hessler**
**601 Lexington Ave**
**New York, NY 10022-4611**

**Kirkland & Ellis LLP**
**Justin Bernbrock**
**300 N LaSalle**
**Chicago, IL 60654**

**WEIL, GOTSHAL & MANGES LLP**
**RAY SCHROCK**
**767 Fifth Ave**
**New York, NY 10153**

**Kelley Drye & Warren LLP**
**James S Carr & Eric R Wilson**
**101 Park Ave**
**New York, NY 10178**

| | |
|---|---|
| **United States Attorney's Office for the Southern District of New York civil Division** <br> **Attn Joseph Cordaro & Cristine Irvin Phillips** <br> **86 Chambers St 3rd Fl** <br> **New York, NY 10007** | **Kramer Levin Naftallis & Frankel LLP** <br> **Kenneth H Eckstein, Thomas Moers Mayer &** <br> **Douglas H Mannal & Jeffrey Trachtman** <br> **1177 Avenue of the Americas** <br> **New York, NY 10036** |
| **ResCap Liquidating Trust** <br> **Attn Tammy Hamzehpour** <br> **1100 Virginia Drive** <br> **Washington, DC 19034** | **Clifford Chance US LLP** <br> **Jennifer C DeMarco & Adam Lesman** <br> **31 West 52nd St** <br> **New York, NY 10019** |
| **Loeb & Loeb LLP** <br> **Walter H Curchack, Vadim J Rubinstein & Debra W Minoff** <br> **345 Park Ave** <br> **New York, NY 10154** | |

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

## **EXHIBIT C**

Jovany Munoz
585 East 16th Street Apt 6D
Brooklyn, NY 11226

Justin Gordon
1 Wharf Drive
Groveland, MA 01334-1134

Mr. Larry Sipes
413 30-1/4 Rd.
Grand Junction, CO 81504

Sender & Wasserman, P.C.
Harvey Sender, Esq., Regina M. Ries, Esq.
1660 Lincoln St., Suite 2200
Denver, CO 80264

Peter H. Jennings
8200 SW 11 Ct
North Lauderdale, FL 33068

Christopher D. Goetter
1812 General Pershing St., Apt. E
New Orleans, LA 70115

Thomas D Gammino v Mortgage Electronic Registration Systems
Alias GMAC Mortgage LLC and Rali 2005QA7 Alias
JOHN B ENNIS ATTORNEY AT LAW
1200 RESERVOIR AVE
CRANSTON, RI 02920

Billy Ray Carroll
2158 Grove Ct
Mobile, AL 36605

Steven and Rhonda McVay
PO Box 1254
1311 Central Ave
Hot Springs, AR 71901


Annette Appelzoller
8132 Lowd Ave
El Paso, TX 79907

Billy & Janet Spencer
c/o J Edwin McDonnell
SCLS
148 E Main St
Spartanburg, SC 29306


Arthea Walsh
9 North Moor Road
Milford, CT 06460


Jeffrey and Misty Keefer
Jennifer S. Wagner
Mountain State Justice, Inc.
1031 Quarrier St, Suite 200
Charleston, WV 25301


JOHNNY H MADDOX
165 IMOGENE STREET
PRATTVILLE, AL 36067


Robert Kenneth Harris
909 Patton St
Westwego, LA 70094

James A Cecil Norma S Cecil and Bert M Edwards
vs GMAC Mortgage LLC vs James Delisle Louisville Jefferson County et al
119 S 7th St 200
Louisville, KY 40202

BERT M EDWARDS ATT AT LAW
119 S 7TH ST FL 2
Louisville, KY 40202