UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    Residential Capital, LLC,

        Debtor

**AFFIDAVIT OF SERVICE**

Case No. 12-12020-MG
Chapter 11

Assigned to:
Judge Martin Glenn
United States Bankruptcy Judge

STATE OF PENNSYLVANIA
CITY OF PHILADELPHIA

    Jessica White, being duly sworn, deposes and says that he/she is over eighteen (18) years of age and resides in Philadelphia, Pennsylvania.

    That on September 29, 2015, I served a true copy of the annexed Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of Pennsylvania, addressed to the last known address of the addresses as indicated below:
TO:

Residential Capital, LLC
1177 Avenue of the Americas
New York, New York 10036

Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue
Suite 300, P.O. Box 9194
Garden City, NY 11530

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

_____Jessica White_____
Jessica White

Subscribed and sworn to before me
September 29, 2015

_____
Notary Public

_____
Notary Public-State of Pennsylvania
No._____
Qualified in _____ County
My Commission Expires _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ROBERT M. WYNNE, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 14, 2017