**EDWARD P. MANGANO**  
County Executive



**CARNELL T. FOSKEY**  
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY
One West Street  
Mineola, New York 11501-4820  
516-571-3010/FAX: 516-571-4080

October 1, 2015

Clerk of the Court  
U.S. Bankruptcy Court  
Southern District of New York  
Manhattan Division  
One Bowling Green  
New York, NY 10004-1408

Re: **In re: Residential Capital LLC, et al**  
Case No.: 12-12020-mg

Dear Sirs:

This office represents the Nassau County Treasurer's Office (the "Treasurer"), a creditor in the above referenced Chapter 11 bankruptcy proceeding.

On March 6, 2013, this office filed a proof of claim in the sum of $47,680.29, plus in interest, representing unpaid real property taxes assessed on the real property located at 171 Sylvester Street, Westbury, New York 11590 (Claim No. 6780).

I have been advised by the Treasurer that the real property taxes have been paid in full. As a result, the Treasurer hereby withdraws Claim No. 6780.

If you have any questions, please feel free to contact me. Thank you for your attention to this matter.

Very truly yours,

Patrick Reynolds Gallagher  
Deputy County Attorney

cc: Ethel Schmitz, Office of the Nassau County Treasurer