**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2015, I caused the Omnibus Reply Brief in Support of the ResCap Liquidating Trust's Motion for an Order Enforcing Plan Injunction and Confirmation Order to be served by electronic mail upon the following parties via their respective counsel at the following addresses:

<u>Decision One Mortgage Company, LLC:</u>

WILLIAMS & CONNOLLY LLP
R. Hackney Wiegmann
hwiegmann@wc.com
Matthew V. Johnson
mjohnson@wc.com
Jesse T. Smallwood
jsmallwood@wc.com
Beth A. Stewart
bstewart@wc.com
Noorudin Mahmood Ahmad
mahmad@wc.com
Kyle E. Thomason
kthomason@wc.com
David S. Blatt
dblatt@wc.com

ZELLE HOFMANN VOELBEL
  & MASON LLP
Daniel Millea
dmillea@zelle.com
Elizabeth V. Kniffen
ekniffen@zelle.com

Honor Bank f/k/a The Honor State Bank:

ALWARD FISHER RICE ROWE
   & GRAFF PLC
Susan Jill Rice
jrice@nmichlaw.com

ANASTASI JELLUM, P.A.
Garth G. Gavenda
garth@aj-law.com
T. Christopher Stewart
tchris@aj-law.com
Lindsay W. Cremona
lindsay@aj-law.com

PHH Mortgage Corp:

MASLON LLP
David T. Schultz
david.schultz@maslon.com
Nicole E. Narotzky
nicole.narotzky@maslon.com
Casey Beckett
casey.beckett@maslon.com
Leora M. Itman
leora.itman@maslon.com

WEINER BRODSKY KIDER P.C.
David M. Souders
souders@thewbkfirm.com
Tessa K. Somers
somers@thewbkfirm.com

Sierra Pacific Mortgage Co., Inc.:

JENKINS KAYAYAN LLP
Jonathan M. Jenkins
jjenkins@jklitigators.com
Lara Kayayan
lkayayan@jklitigators.com
Navdeep Singh
nsingh@jklitigators.com

LAPP, LIBRA, THOMSON, STOEBNER
   & PUSCH, CHARTERED
Richard T. Thomson
rthomson@lapplibra.com
Amy L. Schwartz
aschwartz@lapplibra.com

COZEN O'CONNOR
Frederick E. Schmidt, Jr.
eschmidt@cozen.com

DATED:    New York, NY                     QUINN EMANUEL URQUHART &
                 October 1, 2015                        SULLIVAN, LLP

                                             By:   */s/ Isaac Nesser*
                                           Peter E. Calamari
                                         David Elsberg
                                         Isaac Nesser
                                         Matthew Scheck
                                       51 Madison Avenue, Floor 22
     New York, NY 10010
     Tel.:  (212) 849-7000
     Fax:  (212) 849-7100
     petercalamari@quinnemanuel.com
     davidelsberg@quinnemanuel.com
     isaacnesser@quinnemanuel.com
     matthewscheck@quinnemanuel.com

     CARPENTER LIPPS & LELAND LLP
     Jeffrey A. Lipps (admitted *pro hac vice*)
     Jennifer A.L. Battle
     1540 Broadway, Suite 3710
     New York, New York 10036
     Telephone:  (212) 837-1100
     Facsimile:  (212) 837-1108
     lipps@carpenterlipps.com
     battle@carpenterlipps.com

     *Counsel for the ResCap Liquidating Trust*