# Notice Recipients

District/Off: 0208−1         User: arouzeau         Date Created: 10/5/2015
Case: 12−12020−mg           Form ID: tranapl        Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk         Alan Moss      PO Box 721     Moss Beach, CA 94038
cr          Alan Moss      PO Box 721     Moss Beach, CA 94038

TOTAL: 2