QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100
Peter E. Calamari
David L. Elsberg
Isaac Nesser
Matthew Scheck

-and-

CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, New York 10036
Telephone:   (212) 837-1100
Facsimile:   (212) 837-1108
Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 8, 2015 AT 10:00 A.M. (ET)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER(S)**:

**1.**    Motion of The ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 8947]

**Related Document(s)**:

a.      Declaration of Matthew R. Scheck [in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order] [Docket No. 8948]

b.      Notice of Adjournment of Hearing on the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 8996]

**Response(s)**:

a.      Objection of Decision One Mortgage Co., LLC to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9078]

         (i)      Declaration of N. Mahmood Ahmad in Support of Decision One's Objection to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9079]

b.      Honor Bank's Objection to Motion by the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9080]

         (i)      Declaration of T. Chris Stewart [in Support of Honor Bank's Objection to Motion by the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order] [Docket No. 9081]

c.      Objection of PHH Mortgage Corporation to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9082]

         (i)      Declaration of Tessa K. Somers [in Support of Objection of PHH Mortgage Corporation to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order] [Docket No. 9083]

d.      Sierra Pacific Mortgage Company, Inc.'s Objection to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9086]

**Reply**:

a.      Omnibus Reply Brief in Support of the ResCap Liquidating Trust's Motion for an Order Enforcing Plan Injunction and Confirmation Order [Docket No. 9213]

**Status**:   The hearing on this matter will be going forward.

Dated:  October 5, 2015
        New York, New York

/s/ Isaac Nesser
Peter E. Calamari
David L. Elsberg
Isaac Nesser
Matthew Scheck
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

-and-

Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle
CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, New York 10036
Telephone: (212) 837-1100
Facsimile: (212) 837-1108

*Counsel for The ResCap Liquidating Trust*