**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2015, I caused the Proposed Agenda For Matters Scheduled To Be Heard On October 8, 2015 at 10:00 A.M. (ET) (Docket No. 9219), and the Notice Regarding Telephonic Participation In The Hearing Scheduled For October 8, 2015 at 10:00 A.M. (ET) (Docket 9220), to be served by electronic mail upon the following parties via their respective counsel at the following addresses:

Decision One Mortgage Company, LLC:

WILLIAMS & CONNOLLY LLP
R. Hackney Wiegmann
hwiegmann@wc.com
Matthew V. Johnson
mjohnson@wc.com
Jesse T. Smallwood
jsmallwood@wc.com
Beth A. Stewart
bstewart@wc.com
Noorudin Mahmood Ahmad
mahmad@wc.com
Kyle E. Thomason
kthomason@wc.com
David S. Blatt
dblatt@wc.com

ZELLE HOFMANN VOELBEL
 & MASON LLP
Daniel Millea
dmillea@zelle.com
Elizabeth V. Kniffen
ekniffen@zelle.com

05850-00002/7278860.1

Honor Bank f/k/a The Honor State Bank:

| | |
|---|---|
| ALWARD FISHER RICE ROWE<br>  & GRAFF PLC<br>Susan Jill Rice<br>jrice@nmichlaw.com | ANASTASI JELLUM, P.A.<br>Garth G. Gavenda<br>garth@aj-law.com<br>T. Christopher Stewart<br>tchris@aj-law.com<br>Lindsay W. Cremona<br>lindsay@aj-law.com |

PHH Mortgage Corp:

| | |
|---|---|
| MASLON LLP<br>David T. Schultz<br>david.schultz@maslon.com<br>Nicole E. Narotzky<br>nicole.narotzky@maslon.com<br>Casey Beckett<br>casey.beckett@maslon.com<br>Leora M. Itman<br>leora.itman@maslon.com | WEINER BRODSKY KIDER P.C.<br>David M. Souders<br>souders@thewbkfirm.com<br>Tessa K. Somers<br>somers@thewbkfirm.com |

Sierra Pacific Mortgage Co., Inc.:

| | |
|---|---|
| JENKINS KAYAYAN LLP<br>Jonathan M. Jenkins<br>jjenkins@jklitigators.com<br>Lara Kayayan<br>lkayayan@jklitigators.com<br>Navdeep Singh<br>nsingh@jklitigators.com<br><br>COZEN O'CONNOR<br>Frederick E. Schmidt, Jr.<br>eschmidt@cozen.com | LAPP, LIBRA, THOMSON, STOEBNER<br>  & PUSCH, CHARTERED<br>Richard T. Thomson<br>rthomson@lapplibra.com<br>Amy L. Schwartz<br>aschwartz@lapplibra.com |

| | |
|---|---|
| DATED:   New York, NY<br>October 5, 2015 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By:   /s/ Isaac Nesser<br>Peter E. Calamari<br>David Elsberg<br>Isaac Nesser<br>Matthew Scheck<br>51 Madison Avenue, Floor 22<br>New York, NY 10010<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100<br>petercalamari@quinnemanuel.com<br>davidelsberg@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (admitted *pro hac vice*)<br>Jennifer A.L. Battle<br>1540 Broadway, Suite 3710<br>New York, New York 10036<br>Telephone: (212) 837-1100<br>Facsimile: (212) 837-1108<br>lipps@carpenterlipps.com<br>battle@carpenterlipps.com<br><br>*Counsel for the ResCap Liquidating Trust* |

05850-00002/7278860.1