**Exhibit C**

4-23-12

89171-R1 GMAC        R+R
                     ZUCKER,GOLDBERG&ACKERMAN,LLC
                     ATTORNEYS AT LAW
When recorded mail to    200 SHEFFIELD ST. SUITE 301
Ameriquest Mortgage Company MOUNTAINSIDE, N.J. 07092
P.O. Box 11507,
Santa Ana, CA 92711

8459

Loan Number: [redacted]

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, whose address is: 1100 Town & Country Road   Orange, CA 92868
by these presents does convey, grant, bargain, sell, assign, transfer and set over to: US Bank National Association as Trustee for Citigroup Mortgage Loan Trust, Inc, mortgage Pass-Through Certificates Series 2005-9 _____ ("Assignee")

whose address is: c/o GMAC mortgage, 1100 Virginia Dr, Fort Washington, PA 19034
the described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Said Mortgage is recorded in official records of  ESSEX    County, State of New Jersey
Recorded in Book 10772 on Page 595 . Inst# 5145468  Recorded: 10-3-05

Original Loan Amount:   two hundred five thousand and 00/100
                                                                        ($ 205,000.00 )

Original Mortgagor:   MARIA M THOMPSON and ELDA THOMPSON, SINGLE DAUGHTER

Original Mortgagee:   Ameriquest Mortgage Company

PROPERTY ADDRESS:  137 ELLERY AVENUE, NEWARK, NJ  07106
     "LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF"

IN WITNESS WHEREOF, the Undersigned has hereunto set its hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed on  07/05/2005  .

Signed, Sealed and Delivered in the presence of or attested by:
Ameriquest Mortgage Company

By: _____
    Loretta Barnes - Agent

(Corporate Seal — AMERIQUEST MORTGAGE COMPANY INCORPORATED 1994 DELAWARE)

**State of  California**
**County of  ORANGE**

MARJORIE JORGENSEN

On 07/05/2005     before me,
personally appeared  Loretta Barnes

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which is the person(s) acted, executed the instrument.

                                    WITNESS my hand and official seal

                                    _____ (Seal)
                                         MARJORIE JORGENSEN

Prepared By:  Ameriquest Mortgage Company
              1100 Town & Country Road   Orange, CA 92868


89171-R1 AOM 062612


MARJORIE A. JORGENSEN
Commission # 1358072
Notary Public - California
Orange County
My Comm. Expires May 25, 2006

# RECORDING INFORMATION SHEET

ESSEX COUNTY REGISTER'S OFFICE
HALL OF RECORDS, ROOM 130
465 MARTIN LUTHER KING Jr. Blvd
NEWARK NJ 07102

| INSTRUMENT NUMBER: | DOCUMENT TYPE : |
|---|---|
| 12055247 | **ASSIGNMENT OF MORTGAGE** |

**Official Use Only**

Return Address *(for recorded documents)*
ZUCKER, GOLDBERG & ACKERMAN
ATTORNEYS AT LAW

200 SHEFFIELD ST, STE 301
MOUNTAINSIDE NJ 07092

PHILIP THIGPEN, REGISTER
ESSEX COUNTY, NJ

INSTRUMENT NUMBER
12055247
RECORDED ON
July 6, 2012   09:06 am
BOOK: 12376  PAGE 8558

MC

| | | |
|---|---|---|
| No. Of Pages *(excluding Summary Sheet)* | | 1 |
| Recording Fee *(excluding Transfer Tax)* | | $40.00 |
| Realty Transfer Tax | | $0.00 |
| Amount Charged | (Check # 3199) | $40.00 |
| Municipality | ESSEX COUNTY | |
| Parcel Information | Block<br>Lot | |
| First Party Name | AMERIQUEST MORTGAGE COMPANY | |
| Second Party Name | GMAC MORTGAGE | |

MAIL COPY _____
NO COPY _____
ENVELOPE _____

Additional Information (Official Use Only)

ADDITIONAL STAMPINGS _____

****************type:ASGNR******* *DO NOT REMOVE THIS PAGE.*******************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF ESSEX COUNTY FILING RECORD*
********************* *RETAIN THIS PAGE FOR FUTURE REFERENCE.*********************