**<u>Exhibit E</u>**



 **Browse Our Site:** [Find The Best Mortgage ▽] [go]  **Search Mortgage Library:** [        ] [go] 

Types Of Mortgage Loans + Find The Best Mortgage + Credit Grade Guide   Mortgage Lender Directory + Mortgage Calculators + Mortgage (ARM) Indexes   Ask A Mortgage Related Question + Articles And Publications + Mortgage Glossary   Historical Mortgage Index Data + Historical Mortgage Rate Data + Home   Mortgage Market Survey + Search Mortgage Rates + Interest Rate Trends

## Mortgage (ARM) Indexes

CMT + CMT FAQ + T-Bill + T-Bill FAQ + MTA + MTA FAQ + CODI + COFI + COFI FAQ + COSI + W-COSI + LIBOR + LIBOR FAQ + CD + Prime Rate + RNY + FHFB Contract Rate

Current Values + Release Dates + Comparison Chart + Which Index Is Better? + Mortgage Rate Trend Survey

Historical Data + COFI History + COSI History + CODI History + MTA History + Prime Rate History + Daily WSJ LIBOR Histories + Mortgage-X LIBOR History

Monthly CMT History + Daily CMT Histories + FHFB Contract Rate History + Federal COFI History + National Monthly Median COFI History + FNMA LIBOR History

1-, 3-, 9-Yr Avg + 2-, 6-, 12-Yr Avg + 5-, 10-, 15-Year Averages + Prime Rate Forecast + MTA Rate Forecast + COFI Forecast + COSI Forecast + CODI Forecast

Variability Table + Changes of Direction + W-COSI or CODI? + 6-Month Trends + Lagging Indexes + Find the Best Mortgage!

## WSJ LIBOR: Historical Data: 2008

The average of the London Interbank Offered Rates (LIBOR) for 1-month, 3-month, 6-month and 1-year U.S. dollar denominated deposits, as published in The Wall Street Journal (WSJ).

1986 1987 1988 1989 1990 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015

{ Why the last 3 decimal points are no longer published here? }

| Date | 1 Month | 3 Month | 6 Month | 12 Month | Date | 1 Month | 3 Month | 6 Month | 12 Month | Date | 1 Month | 3 Month | 6 Month | 12 Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2008 | 4.600xx | 4.702xx | 4.596xx | 4.223xx | 5/5/2008 | 2.697xx | 2.770xx | 2.873xx | 2.993xx | 9/3/2008 | 2.485xx | 2.813xx | 3.119xx | 3.214xx |
| 1/3/2008 | 4.570xx | 4.680xx | 4.566xx | 4.187xx | 5/6/2008 | 2.697xx | 2.770xx | 2.873xx | 2.993xx | 9/4/2008 | 2.487xx | 2.813xx | 3.108xx | 3.178xx |
| 1/4/2008 | 4.540xx | 4.646xx | 4.473xx | 4.041xx | 5/7/2008 | 2.673xx | 2.757xx | 2.876xx | 3.015xx | 9/5/2008 | 2.486xx | 2.815xx | 3.113xx | 3.181xx |
| 1/7/2008 | 4.515xx | 4.620xx | 4.467xx | 4.052xx | 5/8/2008 | 2.621xx | 2.734xx | 2.848xx | 2.998xx | 9/8/2008 | 2.486xx | 2.814xx | 3.102xx | 3.129xx |
| 1/8/2008 | 4.441xx | 4.543xx | 4.363xx | 3.942xx | 5/9/2008 | 2.590xx | 2.715xx | 2.820xx | 2.943xx | 9/9/2008 | 2.488xx | 2.816xx | 3.122xx | 3.238xx |
| 1/9/2008 | 4.411xx | 4.505xx | 4.328xx | 3.928xx | 5/12/2008 | 2.550xx | 2.685xx | 2.780xx | 2.872xx | 9/10/2008 | 2.488xx | 2.818xx | 3.096xx | 3.166xx |
| 1/10/2008 | 4.370xx | 4.442xx | 4.262xx | 3.864xx | 5/13/2008 | 2.529xx | 2.678xx | 2.804xx | 2.921xx | 9/11/2008 | 2.486xx | 2.818xx | 3.087xx | 3.143xx |
| 1/11/2008 | 4.319xx | 4.376xx | 4.193xx | 3.812xx | 5/14/2008 | 2.514xx | 2.675xx | 2.827xx | 2.962xx | 9/12/2008 | 2.487xx | 2.818xx | 3.084xx | 3.130xx |
| 1/14/2008 | 4.236xx | 4.257xx | 4.081xx | 3.715xx | 5/15/2008 | 2.505xx | 2.720xx | 2.938xx | 3.168xx | 9/15/2008 | 2.488xx | 2.818xx | 3.089xx | 3.127xx |
| 1/15/2008 | 4.081xx | 4.055xx | 3.853xx | 3.496xx | 5/16/2008 | 2.497xx | 2.718xx | 2.941xx | 3.176xx | 9/16/2008 | 2.496xx | 2.816xx | 3.001xx | 2.987xx |
| 1/16/2008 | 4.022xx | 3.997xx | 3.827xx | 3.473xx | 5/19/2008 | 2.478xx | 2.695xx | 2.886xx | 3.081xx | 9/17/2008 | 2.747xx | 2.876xx | 3.016xx | 2.952xx |
| 1/17/2008 | 3.989xx | 3.951xx | 3.793xx | 3.423xx | 5/20/2008 | 2.451xx | 2.677xx | 2.845xx | 3.026xx | 9/18/2008 | 3.030xx | 3.062xx | 3.252xx | 3.225xx |
| 1/18/2008 | 3.958xx | 3.926xx | 3.811xx | 3.480xx | 5/21/2008 | 2.430xx | 2.657xx | 2.800xx | 2.976xx | 9/19/2008 | 3.187xx | 3.203xx | 3.385xx | 3.351xx |
| 1/22/2008 | 3.902xx | 3.847xx | 3.674xx | 3.268xx | 5/22/2008 | 2.404xx | 2.638xx | 2.783xx | 2.951xx | 9/22/2008 | 3.190xx | 3.210xx | 3.457xx | 3.458xx |
| 1/23/2008 | 3.773xx | 3.717xx | 3.490xx | 3.083xx | 5/23/2008 | 2.392xx | 2.638xx | 2.808xx | 2.997xx | 9/23/2008 | 3.176xx | 3.197xx | 3.428xx | 3.512xx |
| 1/24/2008 | 3.376xx | 3.331xx | 3.163xx | 2.806xx | 5/27/2008 | 2.382xx | 2.645xx | 2.848xx | 3.066xx | 9/24/2008 | 3.206xx | 3.211xx | 3.465xx | 3.536xx |
| 1/25/2008 | 3.285xx | 3.243xx | 3.150xx | 2.862xx | 5/28/2008 | 2.378xx | 2.644xx | 2.849xx | 3.067xx | 9/25/2008 | 3.428xx | 3.476xx | 3.701xx | 3.757xx |
| 1/28/2008 | 3.312xx | 3.306xx | 3.300xx | 3.126xx | 5/29/2008 | 2.381xx | 2.649xx | 2.858xx | 3.086xx | 9/26/2008 | 3.708xx | 3.768xx | 3.975xx | 3.982xx |
| 1/29/2008 | 3.281xx | 3.251xx | 3.183xx | 2.956xx | 5/30/2008 | 2.459xx | 2.681xx | 2.927xx | 3.205xx | 9/29/2008 | 3.703xx | 3.761xx | 3.876xx | 3.891xx |
| 1/30/2008 | 3.271xx | 3.243xx | 3.181xx | 2.966xx | 6/2/2008 | 2.457xx | 2.680xx | 2.910xx | 3.163xx | 9/30/2008 | 3.720xx | 3.882xx | 3.833xx | 3.835xx |
| 1/31/2008 | 3.263xx | 3.239xx | 3.186xx | 2.980xx | 6/3/2008 | 2.455xx | 2.676xx | 2.896xx | 3.138xx | 10/1/2008 | 3.926xx | 4.052xx | 3.981xx | 3.962xx |
| 2/1/2008 | 3.143xx | 3.111xx | 3.041xx | 2.849xx | 6/4/2008 | 2.451xx | 2.673xx | 2.883xx | 3.096xx | 10/2/2008 | 4.002xx | 4.150xx | 4.037xx | 4.035xx |
| 2/4/2008 | 3.141xx | 3.095xx | 3.016xx | 2.818xx | 6/5/2008 | 2.450xx | 2.671xx | 2.891xx | 3.097xx | 10/3/2008 | 4.045xx | 4.207xx | 4.052xx | 4.022xx |

| Date | 1mo | 3mo | 6mo | 12mo | Date | 1mo | 3mo | 6mo | 12mo | Date | 1mo | 3mo | 6mo | 12mo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/5/2008 | 3.181xx | 3.145xx | 3.097xx | 2.896xx | 6/6/2008 | 2.448xx | 2.676xx | 2.918xx | 3.130xx | 10/6/2008 | 4.110xx | 4.333xx | 4.131xx | 4.057xx |
| 2/6/2008 | 3.218xx | 3.161xx | 3.111xx | 2.893xx | 6/9/2008 | 2.449xx | 2.695xx | 2.969xx | 3.210xx | 10/7/2008 | 4.092xx | 4.288xx | 4.052xx | 3.952xx |
| 2/7/2008 | 3.192xx | 3.127xx | 3.002xx | 2.733xx | 6/10/2008 | 2.448xx | 2.691xx | 2.957xx | 3.187xx | 10/8/2008 | 4.140xx | 4.320xx | 4.016xx | 3.900xx |
| 2/8/2008 | 3.165xx | 3.096xx | 2.977xx | 2.730xx | 6/11/2008 | 2.475xx | 2.786xx | 3.170xx | 3.541xx | 10/9/2008 | 4.293xx | 4.523xx | 4.107xx | 3.993xx |
| 2/11/2008 | 3.153xx | 3.088xx | 2.991xx | 2.776xx | 6/12/2008 | 2.476xx | 2.788xx | 3.153xx | 3.520xx | 10/10/2008 | 4.512xx | 4.750xx | 4.375xx | 4.233xx |
| 2/12/2008 | 3.138xx | 3.070xx | 2.962xx | 2.733xx | 6/13/2008 | 2.471xx | 2.776xx | 3.133xx | 3.503xx | 10/13/2008 | 4.587xx | 4.818xx | 4.393xx | 4.168xx |
| 2/13/2008 | 3.127xx | 3.067xx | 2.958xx | 2.732xx | 6/16/2008 | 2.481xx | 2.813xx | 3.255xx | 3.681xx | 10/14/2008 | 4.560xx | 4.752xx | 4.376xx | 4.131xx |
| 2/14/2008 | 3.121xx | 3.065xx | 2.954xx | 2.727xx | 6/17/2008 | 2.481xx | 2.812xx | 3.240xx | 3.663xx | 10/15/2008 | 4.468xx | 4.635xx | 4.255xx | 4.060xx |
| 2/15/2008 | 3.116xx | 3.065xx | 2.961xx | 2.748xx | 6/18/2008 | 2.482xx | 2.808xx | 3.215xx | 3.593xx | 10/16/2008 | 4.358xx | 4.550xx | 4.221xx | 4.033xx |
| 2/19/2008 | 3.113xx | 3.070xx | 2.980xx | 2.771xx | 6/19/2008 | 2.481xx | 2.802xx | 3.193xx | 3.577xx | 10/17/2008 | 4.277xx | 4.502xx | 4.178xx | 3.978xx |
| 2/20/2008 | 3.110xx | 3.070xx | 2.980xx | 2.780xx | 6/20/2008 | 2.481xx | 2.801xx | 3.181xx | 3.551xx | 10/20/2008 | 4.181xx | 4.418xx | 4.130xx | 3.972xx |
| 2/21/2008 | 3.117xx | 3.078xx | 3.019xx | 2.875xx | 6/23/2008 | 2.481xx | 2.801xx | 3.180xx | 3.545xx | 10/21/2008 | 3.751xx | 4.058xx | 3.828xx | 3.712xx |
| 2/22/2008 | 3.135xx | 3.092xx | 3.070xx | 2.955xx | 6/24/2008 | 2.482xx | 2.804xx | 3.180xx | 3.535xx | 10/22/2008 | 3.527xx | 3.833xx | 3.700xx | 3.601xx |
| 2/25/2008 | 3.120xx | 3.080xx | 2.999xx | 2.820xx | 6/25/2008 | 2.481xx | 2.809xx | 3.185xx | 3.556xx | 10/23/2008 | 3.275xx | 3.541xx | 3.482xx | 3.423xx |
| 2/26/2008 | 3.123xx | 3.089xx | 3.056xx | 2.908xx | 6/26/2008 | 2.482xx | 2.808xx | 3.171xx | 3.507xx | 10/24/2008 | 3.258xx | 3.535xx | 3.530xx | 3.502xx |
| 2/27/2008 | 3.125xx | 3.090xx | 3.057xx | 2.925xx | 6/27/2008 | 2.482xx | 2.800xx | 3.133xx | 3.441xx | 10/27/2008 | 3.240xx | 3.516xx | 3.527xx | 3.508xx |
| 2/28/2008 | 3.121xx | 3.085xx | 3.016xx | 2.828xx | 6/30/2008 | 2.470xx | 2.791xx | 3.153xx | 3.379xx | 10/28/2008 | 3.218xx | 3.507xx | 3.512xx | 3.497xx |
| 2/29/2008 | 3.119xx | 3.075xx | 2.968xx | 2.775xx | 7/1/2008 | 2.462xx | 2.783xx | 3.108xx | 3.310xx | 10/29/2008 | 3.171xx | 3.465xx | 3.480xx | 3.490xx |
| 3/3/2008 | 3.110xx | 3.057xx | 2.931xx | 2.708xx | 7/2/2008 | 2.461xx | 2.787xx | 3.122xx | 3.323xx | 10/30/2008 | 3.117xx | 3.420xx | 3.427xx | 3.421xx |
| 3/4/2008 | 3.086xx | 3.014xx | 2.862xx | 2.625xx | 7/3/2008 | 2.462xx | 2.791xx | 3.133xx | 3.345xx | 10/31/2008 | 2.850xx | 3.192xx | 3.265xx | 3.281xx |
| 3/5/2008 | 3.080xx | 3.008xx | 2.876xx | 2.658xx | 7/4/2008 | 2.460xx | 2.791xx | 3.130xx | 3.325xx | 11/3/2008 | 2.581xx | 3.026xx | 3.121xx | 3.173xx |
| 3/6/2008 | 3.075xx | 3.000xx | 2.892xx | 2.667xx | 7/7/2008 | 2.461xx | 2.789xx | 3.113xx | 3.293xx | 11/4/2008 | 2.357xx | 2.858xx | 3.085xx | 3.207xx |
| 3/7/2008 | 3.058xx | 2.990xx | 2.892xx | 2.686xx | 7/8/2008 | 2.461xx | 2.791xx | 3.115xx | 3.295xx | 11/5/2008 | 2.177xx | 2.706xx | 2.968xx | 3.105xx |
| 3/10/2008 | 3.000xx | 2.938xx | 2.784xx | 2.575xx | 7/9/2008 | 2.458xx | 2.790xx | 3.097xx | 3.222xx | 11/6/2008 | 1.956xx | 2.506xx | 2.823xx | 2.968xx |
| 3/11/2008 | 2.935xx | 2.901xx | 2.781xx | 2.588xx | 7/10/2008 | 2.458xx | 2.791xx | 3.113xx | 3.248xx | 11/7/2008 | 1.767xx | 2.387xx | 2.698xx | 2.841xx |
| 3/12/2008 | 2.890xx | 2.867xx | 2.740xx | 2.570xx | 7/11/2008 | 2.456xx | 2.788xx | 3.093xx | 3.205xx | 11/10/2008 | 1.622xx | 2.290xx | 2.638xx | 2.800xx |
| 3/13/2008 | 2.861xx | 2.850xx | 2.787xx | 2.646xx | 7/14/2008 | 2.457xx | 2.790xx | 3.121xx | 3.256xx | 11/11/2008 | 1.538xx | 2.235xx | 2.621xx | 2.792xx |
| 3/14/2008 | 2.817xx | 2.800xx | 2.699xx | 2.516xx | 7/15/2008 | 2.460xx | 2.790xx | 3.122xx | 3.275xx | 11/12/2008 | 1.477xx | 2.175xx | 2.545xx | 2.707xx |
| 3/17/2008 | 2.775xx | 2.763xx | 2.671xx | 2.512xx | 7/16/2008 | 2.458xx | 2.789xx | 3.092xx | 3.199xx | 11/13/2008 | 1.408xx | 2.132xx | 2.525xx | 2.682xx |
| 3/18/2008 | 2.558xx | 2.578xx | 2.366xx | 2.178xx | 7/17/2008 | 2.456xx | 2.785xx | 3.071xx | 3.150xx | 11/14/2008 | 1.422xx | 2.148xx | 2.595xx | 2.751xx |
| 3/19/2008 | 2.535xx | 2.541xx | 2.382xx | 2.210xx | 7/18/2008 | 2.458xx | 2.786xx | 3.084xx | 3.211xx | 11/17/2008 | 1.477xx | 2.236xx | 2.713xx | 2.905xx |
| 3/20/2008 | 2.598xx | 2.598xx | 2.497xx | 2.338xx | 7/21/2008 | 2.459xx | 2.790xx | 3.100xx | 3.256xx | 11/18/2008 | 1.473xx | 2.238xx | 2.713xx | 2.880xx |
| 3/21/2008 | 2.606xx | 2.606xx | 2.539xx | 2.392xx | 7/22/2008 | 2.460xx | 2.799xx | 3.148xx | 3.356xx | 11/19/2008 | 1.452xx | 2.217xx | 2.631xx | 2.795xx |
| 3/24/2008 | 2.606xx | 2.606xx | 2.539xx | 2.392xx | 7/23/2008 | 2.461xx | 2.796xx | 3.139xx | 3.338xx | 11/20/2008 | 1.413xx | 2.172xx | 2.583xx | 2.755xx |
| 3/25/2008 | 2.606xx | 2.606xx | 2.539xx | 2.392xx | 7/24/2008 | 2.461xx | 2.800xx | 3.171xx | 3.412xx | 11/21/2008 | 1.398xx | 2.153xx | 2.543xx | 2.705xx |
| 3/26/2008 | 2.653xx | 2.655xx | 2.633xx | 2.548xx | 7/25/2008 | 2.460xx | 2.795xx | 3.156xx | 3.380xx | 11/24/2008 | 1.395xx | 2.157xx | 2.568xx | 2.736xx |
| 3/27/2008 | 2.677xx | 2.671xx | 2.631xx | 2.527xx | 7/28/2008 | 2.457xx | 2.793xx | 3.111xx | 3.271xx | 11/25/2008 | 1.411xx | 2.168xx | 2.575xx | 2.758xx |
| 3/28/2008 | 2.703xx | 2.696xx | 2.630xx | 2.505xx | 7/29/2008 | 2.462xx | 2.796xx | 3.135xx | 3.313xx | 11/26/2008 | 1.436xx | 2.196xx | 2.621xx | 2.840xx |
| 3/31/2008 | 2.708xx | 2.697xx | 2.632xx | 2.517xx | 7/30/2008 | 2.463xx | 2.798xx | 3.116xx | 3.280xx | 11/27/2008 | 1.431xx | 2.181xx | 2.543xx | 2.717xx |
| 4/1/2008 | 2.703xx | 2.688xx | 2.614xx | 2.486xx | 7/31/2008 | 2.463xx | 2.800xx | 3.125xx | 3.287xx | 11/28/2008 | 1.900xx | 2.202xx | 2.567xx | 2.747xx |
| 4/2/2008 | 2.700xx | 2.683xx | 2.616xx | 2.470xx | 8/1/2008 | 2.461xx | 2.791xx | 3.083xx | 3.252xx | 12/1/2008 | 1.901xx | 2.216xx | 2.591xx | 2.766xx |
| 4/3/2008 | 2.710xx | 2.700xx | 2.670xx | 2.561xx | 8/4/2008 | 2.460xx | 2.794xx | 3.075xx | 3.222xx | 12/2/2008 | 1.911xx | 2.220xx | 2.606xx | 2.773xx |
| 4/4/2008 | 2.741xx | 2.727xx | 2.720xx | 2.653xx | 8/5/2008 | 2.461xx | 2.798xx | 3.090xx | 3.241xx | 12/3/2008 | 1.898xx | 2.210xx | 2.568xx | 2.712xx |
| 4/7/2008 | 2.738xx | 2.727xx | 2.720xx | 2.663xx | 8/6/2008 | 2.462xx | 2.801xx | 3.113xx | 3.281xx | 12/4/2008 | 1.890xx | 2.201xx | 2.556xx | 2.703xx |
| 4/8/2008 | 2.724xx | 2.710xx | 2.680xx | 2.593xx | 8/7/2008 | 2.461xx | 2.802xx | 3.101xx | 3.266xx | 12/5/2008 | 1.876xx | 2.192xx | 2.520xx | 2.648xx |
| 4/9/2008 | 2.721xx | 2.710xx | 2.680xx | 2.601xx | 8/8/2008 | 2.463xx | 2.802xx | 3.102xx | 3.276xx | 12/8/2008 | 1.867xx | 2.185xx | 2.551xx | 2.692xx |
| 4/10/2008 | 2.726xx | 2.715xx | 2.698xx | 2.618xx | 8/11/2008 | 2.460xx | 2.803xx | 3.091xx | 3.230xx | 12/9/2008 | 1.825xx | 2.189xx | 2.600xx | 2.795xx |
| 4/11/2008 | 2.717xx | 2.710xx | 2.683xx | 2.573xx | 8/12/2008 | 2.463xx | 2.803xx | 3.093xx | 3.240xx | 12/10/2008 | 1.635xx | 2.163xx | 2.525xx | 2.710xx |
| 4/14/2008 | 2.715xx | 2.713xx | 2.711xx | 2.636xx | 8/13/2008 | 2.463xx | 2.804xx | 3.103xx | 3.270xx | 12/11/2008 | 1.438xx | 2.098xx | 2.437xx | 2.622xx |
| 4/15/2008 | 2.713xx | 2.708xx | 2.686xx | 2.573xx | 8/14/2008 | 2.466xx | 2.804xx | 3.095xx | 3.218xx | 12/12/2008 | 1.195xx | 1.996xx | 2.322xx | 2.528xx |
| 4/16/2008 | 2.716xx | 2.715xx | 2.716xx | 2.630xx | 8/15/2008 | 2.465xx | 2.806xx | 3.103xx | 3.233xx | 12/15/2008 | 1.040xx | 1.921xx | 2.220xx | 2.418xx |
| 4/17/2008 | 2.732xx | 2.733xx | 2.758xx | 2.737xx | 8/18/2008 | 2.465xx | 2.808xx | 3.118xx | 3.255xx | 12/16/2008 | 0.961xx | 1.871xx | 2.216xx | 2.430xx |
| 4/18/2008 | 2.800xx | 2.817xx | 2.881xx | 2.911xx | 8/19/2008 | 2.470xx | 2.810xx | 3.136xx | 3.263xx | 12/17/2008 | 0.883xx | 1.847xx | 2.167xx | 2.367xx |
| 4/21/2008 | 2.873xx | 2.907xx | 3.018xx | 3.067xx | 8/20/2008 | 2.471xx | 2.811xx | 3.133xx | 3.243xx | 12/18/2008 | 0.581xx | 1.577xx | 1.891xx | 2.098xx |
| 4/22/2008 | 2.897xx | 2.920xx | 3.021xx | 3.060xx | 8/21/2008 | 2.471xx | 2.811xx | 3.123xx | 3.234xx | 12/19/2008 | 0.507xx | 1.525xx | 1.863xx | 2.098xx |
| 4/23/2008 | 2.895xx | 2.920xx | 3.037xx | 3.093xx | 8/22/2008 | 2.471xx | 2.810xx | 3.102xx | 3.171xx | 12/22/2008 | 0.473xx | 1.497xx | 1.845xx | 2.092xx |
| 4/24/2008 | 2.895xx | 2.920xx | 3.046xx | 3.111xx | 8/25/2008 | 2.471xx | 2.810xx | 3.113xx | 3.212xx | 12/23/2008 | 0.461xx | 1.466xx | 1.826xx | 2.076xx |
| 4/25/2008 | 2.886xx | 2.906xx | 3.028xx | 3.077xx | 8/26/2008 | 2.471xx | 2.810xx | 3.113xx | 3.212xx | 12/24/2008 | 0.471xx | 1.466xx | 1.850xx | 2.106xx |
| 4/28/2008 | 2.881xx | 2.912xx | 3.080xx | 3.235xx | 8/27/2008 | 2.470xx | 2.809xx | 3.116xx | 3.220xx | 12/26/2008 | 0.471xx | 1.467xx | 1.830xx | 2.091xx |

| Date | | | | | Date | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2008 | 2.862xx | 2.899xx | 3.041xx | 3.178xx | 8/28/2008 | 2.468xx | 2.810xx | 3.117xx | 3.230xx | 12/29/2008 | 0.471xx | 1.467xx | 1.830xx | 2.091xx |
| 4/30/2008 | 2.827xx | 2.872xx | 2.986xx | 3.107xx | 8/29/2008 | 2.486xx | 2.810xx | 3.115xx | 3.206xx | 12/30/2008 | 0.461xx | 1.458xx | 1.811xx | 2.077xx |
| 5/1/2008 | 2.802xx | 2.850xx | 2.965xx | 3.078xx | 9/1/2008 | 2.485xx | 2.810xx | 3.117xx | 3.206xx | 12/31/2008 | 0.447xx | 1.435xx | 1.775xx | 2.025xx |
| 5/2/2008 | 2.723xx | 2.784xx | 2.882xx | 2.983xx | 9/2/2008 | 2.485xx | 2.810xx | 3.112xx | 3.195xx | | | | | |

LIBOR: Frequently Asked Questions

Mortgage-X compiles historical values for the indexes which are widely used on adjustable rate mortgages (ARMs): **Historical Data**

Mortgage Professionals Offering LIBOR-indexed Loans: If you are looking for a LIBOR-indexed ARM and need more information or advice, we invite you to take advantage of our database of the most competitive lenders available. Just complete a short loan request form and the best lenders in your local area will contact you with their rates and fees.

Back to **Mortgage Indexes**




Mortgage professionals are welcome to participate!

Home + About Us + Contact Us + Disclaimer + Privacy Policy

Mortgage-X is an independent information service and is not affiliated with any lending institution.

Copyright © 1998-2014 Mortgage-X.com
All Rights Reserved

2-12020-mg    Doc 9224-5    Filed 10/06/15    Entered 10/06/15 14:05:53    Exhibit Pg 5 of 10

# THE WALL STREET JOURNAL.

The Journal Report: Small Businesses Tackle the Energy Monster

DOWJONES
A News Corporation Company

MONDAY, JUNE 16, 2008 - VOL. CCLI NO. 140 — ★★★★ $1.50

Last week: DJIA 12307.35 ▲ 97.54 0.8% | NASDAQ 2454.50 ▼ 0.8% | NIKKEI 13973.73 ▼ 3.6% | DJ STOXX 50 3022.18 ▲ 0.9% | 10-YR TREASURY ▼ 2 20/32, yield 4.264% | OIL $134.86 ▲ $3.68 | EURO $1.5363 | YEN 108.21

## What's News—

**Business & Finance**

■ **AIG's** board forced out the insurance titan's CEO in the wake of the two biggest quarterly losses in company history. Martin Sullivan was replaced by Chairman Robert Willumstad in a bet that his experience at Citigroup will aid AIG's turnaround efforts. **A1, A11**

■ **Bear Stearns** managers may face criminal charges related to hedge funds that collapsed, helping to start the credit crisis. **A1**

■ **Saudi Arabia** may pump more oil and discount it to refineries in a bid to tamp down crude prices, but its leverage is limited. **A8**

■ **FCC** staff has proposed the agency approve the merger of XM Satellite Radio and Sirius Satellite Radio. **B1**

■ **EADS** is the target of two lawsuits in the U.S. alleging insider trading and that managers and shareholders misled investors. **B4**

■ The **EU** is set to unveil proposed legislation to regulate bond-rating companies. **C1**

■ Some measures show stocks now at "fair value," which doesn't bode well for those rooting for a rally. **C1**

■ **Sony** will launch the show "Angel of Death" on the Web, Hollywood's latest attempt to use Internet distribution without losing revenue. **B1**

■ A **J.P. Morgan** executive has been detained in Dubai as part of a fraud investigation at Dubai Islamic Bank. **C1**

■ **Maguire Properties** will sell a 105-acre Orange County, Calif., property and add debt to two other properties. **B4**

■ **InBev** warned **Anheuser** against pursuing a side deal to fight off its $46.35 billion offer for the U.S. brewer. **B9**

■ **SPI Group** hired Lehman to explore a possible sale of its Stolichnaya vodka label amid an industry-wide wave of consolidation. **B4**

■ **Hughes Telematics** is set to announce it has agreed to be acquired by Polaris Acquisition in an all-stock deal. **B5**

■ **Moody's** has begun to include online sales of major retailers when figuring its credit ratings. **B9**

■ **Nvidia** and **AMD** are about to offer high-speed graphics chips that will appeal to videogame fans and speed up technical chores. **B6**

■ **Tyson** sued the USDA over new rules governing labels on antibiotic-free chicken. **B4**

■ **Credit Suisse** won approval from Chinese regulators for a joint-venture securities firm with Founder Securities. **C2**

**World-Wide**

■ **Big Oil** presses Congress to allow more drilling in the U.S. Voter anger over gas prices is shoving the dispute to the top of Washington's energy agenda. The oil industry argues that opening more federal land to drilling will do more to cut energy prices than new taxes on oil profits. But environmentalists and congressional Democrats opposed to the tack are firing back with a new challenge: Drill what you have. **A4**
 McCain has said he would oppose drilling in the Arctic National Wildlife Refuge.

■ The U.S. and Western nations voiced concerns nuclear-weapon designs may have been provided to Iran and North Korea by a smuggling network. **A9**

■ **Flood waters** began to recede in Cedar Rapids, Iowa. Two levees broke near the town of Keithsburg, Ill. **A3**

■ **Justice Department** lawyers have filed a grand-jury referral stemming from the 2006 U.S. attorneys scandal. **A3**

■ **EU leaders** began a potentially divisive scramble to rescue a key treaty in the wake of its rejection by Ireland. **A10**

■ **Afghanistan's Karzai** threatened to send troops across the border to fight militants in Pakistan. **A10**

■ **Rice** criticized Israeli settlement activity, saying construction on disputed land was hurting Mideast peace talks. **A10**

■ **Argentine farmers** protesting grain-export taxes returned to road blockades after a police crackdown at a barricade a day earlier. **A10**

■ **Striking South Korean** truckers threatened to block the country's largest port to protest rising fuel prices. **A10**

■ **Kosovo's constitution** went into force, handing the nation's ethnic Albanian government power after nine years of U.N. administration. **A10**

■ **Chávez** named one of his longtime collaborators Venezuela's finance minister. **A10**

■ A cousin and top deputy of Hussein denied opening fire on Iraqi civilians during a Shiite uprising in 1991.

■ **Paulson** is set to host one of the final rounds of talks with China, but focus is shifting to the next U.S. administration. **A6**

■ **Bush's** farewell tour of Europe ends in Northern Ireland, which he hopes can provide a model for peace elsewhere. **A6**

■ **G-8 finance ministers** cautioned about high commodity costs, which they warned could undermine growth. **A8**

■ **China** said at least 55 people died in flooding across much of the south, with over 1.3 million forced to flee their homes. **A10**

■ At least **nine people** died in a quake in a sparsely populated area in Japan's north. **A9**

■ **"In the Heights"** won best musical at the Tonys, "August: Osage County" took best play and "South Pacific" picked up seven prizes. **B9**

## AIG Ousts Sullivan, Taps Willumstad as Losses Mount

### Insurer's Shareholders Pushed for Change; Too Big to Manage?



**New at the Helm**
American International Group's weekly stock price

Friday: $34.18, down 53% since 2007 high

Source: WSJ Market Data Group

AIG's board forced out CEO Martin Sullivan (left), and named Chairman Robert Willumstad (right) to succeed him.

By LIAM PLEVEN, RANDALL SMITH AND MONICA LANGLEY

The board of struggling insurance titan American International Group Inc. forced out its chief executive and replaced him with its chairman, Robert Willumstad, betting that Mr. Willumstad's long experience at financial giant Citigroup Inc. will aid in turning around AIG's own complex and sprawling empire.

Mr. Willumstad, 62 years old, was appointed chief executive of AIG Sunday, effective immediately. In an interview, he said he would "have a game plan by Labor Day" on deciding what businesses AIG should stay in.

He succeeds Martin Sullivan, a veteran AIG executive who was named CEO three years ago and had been effectively on probation as the company recorded the two biggest quarterly losses in its history. In recent weeks it became clear that Mr. Sullivan's time was running short. The decision came at a three-hour board meeting in New York on Sunday. Mr. Sullivan wasn't present but was told by Mr. Willumstad that it was coming, according to people familiar with the matter.

Stephen Bollenbach, a director of AIG who is supported by billionaire investor Eli Broad and some other key dissident AIG shareholders, will be named lead director. Mr. Bollenbach, the former chief executive of Hilton Hotels Corp. and a former chief financial officer at Walt Disney Co., was named to the board in January. He is a newcomer to the tumult that's been swirling around the company on and off since 2005, when Maurice R. "Hank" Greenberg ended his nearly four decades atop AIG by stepping down as the company was under investigation for its accounting.

The changes are likely to ease some of the pressure on the company from shareholders who have been upset by AIG's recent performance. Some shareholders have been discussing holding a special meeting, which could have been a source of added upheaval and embarrassment for a firm that has seen its share price fall by half since October.

In a statement, Mr. Broad called the appointments of Mr. Bollenbach and Mr. Willumstad "a positive step forward" and lauded them as "proven, experienced and successful financial executives." He added that he hoped for "more harmonious" relations and praised ex-CEO Mr. Greenberg, who he said "built AIG into an international insurance and finance service company without peer."

One challenge is just to manage the massively complicated firm Mr. Greenberg left behind. AIG, one of the world's biggest insurers, also has a large asset-management business and aircraft-leasing firm, and operates in more than 100 countries.

AIG, Citigroup and other big companies built by strong-willed, long-serving leaders—such as Legg Mason and General Electric—have had similar problems. It is not clear yet if anyone is capable of managing them, especially in turbulent times. Investors in the other companies have called for breakups, but it's not clear how AIG could be easily broken up.

Since Mr. Greenberg's departure, Please turn to page A11

### ENERGY RACE

## Russia Outflanks EU's Pipeline Plan

### Seeking New Source of Gas, Europe Meets a Kremlin Blitz

By GUY CHAZAN

BUDAPEST—During the Cold War, the balance of power was measured in nuclear warheads. Now a new kind of contest is playing out. The battlefield is Europe's energy market. The objective is pipeline proliferation. And Russia is winning.

Europe is witnessing a race between two mammoth pipeline projects that would bring natural gas to the Continent from the Caspian and beyond. One of the plans—hatched in Europe, championed by Washington and named for a Verdi opera—has been hobbled by bureaucracy. The other, backed by the Kremlin, is rolling ahead with a speed and success that has surprised and frustrated the West. The outcome could shape energy supplies, and political influence, in Europe for decades to come.

The European Union has been desperate to reduce its dependence on Russian fuel ever since Moscow turned off the gas tap to Ukraine two years ago in a pricing dispute, disrupting supplies to Western Europe in the middle of winter. The EU's proposed solution was the Nabucco pipeline, which would pump gas from Central Asia and the Caucasus without going through Russia.

But earlier this year, in the last few months of his presidency, Vladimir Putin mounted a diplomatic push on behalf of the Kremlin's own proposed pipeline, called South Stream. Moscow enlisted the support of former Eastern European satellites through which the new supply route would pass—including Hungary, which had been a signatory to the rival Nabucco plan.

South Stream's triumphant march through Europe attests to the potency of Mr. Putin's brand of state-directed capitalism. The Kremlin and its gas monopoly, OAO Gazprom, negotiated swiftly and ruthlessly. That contrasts with the European approach: Seeking consensus and hewing to laws meant to foster competition, Nabucco's backers provided Moscow ample time to Please turn to page A12



**Market Shifts**
Where Europe's gas is expected to originate through 2025; data in billions of cubic meters

Middle East
Other
Caspian Sea
Africa
Russia
Europe

2010 '15 '20 '25

Source: Wood Mackenzie

## Bear Stearns Hedge Fund Managers May Face Indictments

By KATE KELLY

Federal prosecutors, capping a yearlong investigation, are preparing to file criminal charges against managers of two Bear Stearns Cos. hedge funds whose collapse helped mark the start of the credit crisis.

The U.S. Attorney's office in Brooklyn is slated to complete interviews of witnesses and other key people in the case this week, and has indicated to lawyers with interest in the case that indictments could be imminent, according to people familiar with the matter.

The former Bear Stearns managers, Ralph Cioffi and Matthew Tannin, managed two high-profile bond portfolios for the securities firm's asset-management unit. They could be charged with securities fraud within the next week, says one of the people familiar with the matter, though evidence could emerge that would change that.

### Rosy Picture

At issue is whether the managers intentionally misled investors by presenting a rosy picture of the funds at a time when they were privately communicating with colleagues about their worries over how the investment vehicles would ride out weakness in the mortgage market. Any indictments would be the first criminal charges against Wall Street executives arising from the credit crisis that swept the financial world last year.

A spokesman for the U.S. Attorney for New York's Eastern District declined to comment, as did a lawyer for Mr. Tannin, 46 years old. A lawyer for Mr. Cioffi, 52, didn't return a call for comment. During the investigation, Mr. Cioffi has told people that he and Mr. Tannin were grappling with the fast-changing dynamics in mortgage markets just as the rest of the financial world was, and didn't mislead anyone.

There has been no indication Please turn to the back page



**The Oil Crunch**

■ Segway gets a lift from soaring fuel prices ......**B2**
■ Debate flares over federal land for oil drilling ....**A4**
■ Saudis weigh options ahead of summit ........**A8**

---

## What's Ahead—

**MONDAY, JUNE 16**

■ **Lehman Brothers** starts off investment banks' earnings report and has already warned of a $2.8 billion loss.

**TUESDAY, JUNE 17**

■ **Gay couples** can marry in California after a state Supreme Court ruling. See **A2**.

■ The **U.S. and China** hold the next round of economic talks.

■ The **Commerce** Department reports on May housing starts.

■ **Goldman Sachs** reports earnings.

**WEDNESDAY, JUNE 18**

■ **FedEx's** earnings could show fallout from price rises to cover fuel costs.

■ **Airline executives** may unveil more cost-cut plans at a transportation conference.

**THURSDAY, JUNE 19**

■ The **GAO** is expected to rule on Boeing's protest over a $40 billion tanker contract. See **A2**.

■ **EU leaders** will aim to rescue the Lisbon reform treaty after Irish voters' rejected it.

■ The **Beijing** Olympic flame arrives in Lhasa.

**FRIDAY, JUNE 20**

■ **Sprint Nextel** introduces the Samsung Instinct, designed to compete with Apple's original iPhone.

■ **Scott McClellan**, the ex-Bush press secretary, is due to testify to a House panel in the Valerie Plame case.

## Lufthansa's Labor of Love: Restoring Some Really Old Junkers

### Antique Aircraft Are a Company Sideline; A Salvage Mission to Auburn, Maine

By DANIEL MICHAELS

HAMBURG, Germany—After inspecting the latest addition to Lufthansa's fleet, veteran airplane mechanic Jürgen Rohwer braced himself for hard work ahead.

"This is the most complicated aircraft we could get," said the 67-year-old engineer, studying pictures of cockpit controls and wiring at the headquarters of Deutsche Lufthansa AG's maintenance unit here.

But Mr. Rohwer isn't working on a cutting-edge Airbus or Boeing jetliner. The task at hand demands far more ingenuity: resurrecting a grounded Eisenhower-era Lockheed propeller plane.

Lufthansa flies some of the world's newest jetliners. But it also has a unique sideline rebuilding and flying antique aircraft. Enthusiasts wait months and pay €259 ($400) for a bumpy hourlong ride on a 1936 Junkers-52 propeller plane that Lufthansa bought in 1986. The 16-seat Ju-52 is so delicate that engineers rebuild it each winter to ensure safety.

Work is starting now on the Lockheed 1649A Super Constellation "Starliner," which Mr. Rohwer's bosses bought at a bankruptcy auction in Maine last December. They hope to start flying it in 2010.

Once, many carriers maintained their antiques to show off, but years of financial pressure have put an end to most of that. Today, it's mainly consumer companies like Swiss watchmaker Breitling SA and German energy-drink maker Red Bull GmbH that pay to recondition aviation relics as flying billboards.

Lufthansa, whose jetliner operations are profitable, can afford its costly projects partly because Please turn to page A12

---



if you like hybrids, you'll love our new separator film.

Another ExxonMobil innovation is a new separator film that enables high-powered lithium-ion batteries to be used in hybrid and electric vehicles. If 10% of Americans switched from gasoline vehicles to hybrids, the $CO_2$ emissions saved would be equivalent to removing more than five million cars from the road. And what's not to love about that? The story continues at exxonmobil.com

ExxonMobil
Taking on the world's toughest energy challenges.

---

**CONTENTS**
Campaign '08 ........ A7     Managing ........ B8
Corporate News ..B2-5    Markets Lineup ...... C4
Deals & Deal Makers ..... C3    Media & Mktg. ....... B9
Heard on Street ...C10    Opinion .......... A13-15
Letters to Editor ..A14    U.S. News ............. A3
                        The Week Ahead ....A2
                        World News ..... A8-10

25124>
0 74908 63140 4

© Copyright 2008 Dow Jones & Company. All Rights Reserved

-12020-mg    Doc 9224-5    Filed 10/06/15    Entered 10/06/15 14:05:53    Exhibit
Pg 6 of 10

## Notice of Redemption To The Holders Of GILDEMEISTER AKTIENGESELLSCHAFT

June 16, 2008

(the "Issuer")
**Euro 175,000,000**
**9.75% Senior Subordinated Notes due 2011**
(the "Notes")
ISIN Code: XS0196635402   Common Code: 019663540
WKN: AOBVFC

Notice is hereby given that the Issuer has opted to exercise its redemption right in respect of all of the Notes. In accordance with paragraph 6(c) of the Notes, the Notes shall be redeemed at 104.875% of the principal amount outstanding with accrued interest as specified below.

Holders should note that whilst the Notes are held in global form payment will be made to holders in accordance with the procedures of Euroclear and Clearstream.

Notes not in global form called for redemption must be surrendered to the appropriate Paying Agent to receive the requisite redemption price and any other amounts as indicated. Investors may not rely on any ISIN or Common Codes found on any of the Notes and may rely only on the other identification numbers printed on the Notes.

Interest on the Notes called for redemption shall cease on and after the redemption date as indicated below.

| | |
|---|---|
| **Redemption Date:** | July 21, 2008 |
| **Redemption Price:** | €1,048.75 per €1,000 denomination |
| **Accrued Interest:** | €0.54167 per €1,000 denomination |
| **Paying Agents:** | Deutsche Bank AG London<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB, United Kingdom<br>Facsimile: +44-20-7547-6149<br>Attention: Trust and Securities Services |
| **Luxembourg Paying Agent:** | Deutsche Bank Luxembourg S.A.<br>2, Boulevard Konrad Adenauer<br>L-1115 Luxembourg, Grand Duchy of Luxembourg<br>Facsimile: +352-47-31-36<br>Attention: Coupon Paying Department |

Capitalized terms not otherwise defined herein shall have the meanings as specified in the offering circular dated July 13, 2004, as supplemented, and the Indenture dated as of July 19, 2004 (the "Indenture") by and among the Issuer, the Guarantors named therein, Deutsche Trustee Company Limited, as Trustee and Security Agent, Deutsche Bank AG, acting through its London Branch as principal paying agent and transfer agent and Deutsche Bank Luxembourg S.A., as Luxembourg paying agent, transfer agent and registrar.

**Gildemeister Aktiengesellschaft** — **Deutsche Bank**

---

## NOTICE
### The United Mexican States
### Value Recovery Rights, Series F

NOTICE IS HEREBY GIVEN pursuant to the Fiscal Agency Agreement dated as of March 28, 1990 (the "Agreement") under which the above Rights were issued that the Fiscal Agent has received a Calculation Report for the Payment Date occurring on June 30, 2008 from the International Monetary Fund, as Calculation Agent for the Rights under the Agreement, setting forth the following amounts:

| | |
|---|---|
| Current Oil Price | US$ 70.3392 |
| Reference Oil Price | US$ 22.0800 |
| Current Oil Revenues | US$ 9,721,151,109 |
| Excess Base Revenues | US$ 2,162,864,785 |
| Excess Price Revenues | US$ 2,000,832,558 |

Based upon the Calculation Report the Fiscal Agent has calculated for said Payment Date a formula payment of $0.04182007843671.03 and a carry forward amount of $0.09823563058087214 for a total value recovery payment of US$0.14005370894543422 per $1.00 notional amount of rights. This amount exceeds the maximum payment amount of US$ .0075, and consequently the amount to be paid will be limited to that maximum payment amount.

**Value Recovery Payment   US$ .0075**

This is the final payment on the Series F Value Recovery Rights. There are no further series of Value Recovery Rights outstanding.

June 16, 2008

**By: Citibank, N.A.** *as Fiscal Agent*

---

## MARKETBEAT
*Market Insight From WSJ.com*

### Oil's Rise Broadly Tests Investors
*More Firms Will Begin Showing Whether It Pays To Pass On Fuel Inflation to Battered Consumers*

BY DAVID GAFFEN

People around the world continue to buy soft drinks, toothpaste and other consumables, and it is yet another area where fuel inflation is forcing its way into the pricing.

Shares of Coca-Cola Co. fell 3% Friday after one of the company's largest bottlers, **Coca-Cola Hellenic**, issued an earnings warning in part because of the rising cost of plastic. American depositary shares of Coca-Cola Hellenic dropped 21%.

The cost of various types of plastics has increased over the past few years. That has cut into the profit margins of consumer-products firms, which are attempting to pass price increases through to consumers. That isn't easy.

"The overall energy complex has risen in price, and as a result this has pressured feedstock costs through the entire petrochemical chain," said John Waggoner, Americas news editor at ICIS News, which tracks spot pricing in chemical markets. "It's run up against all U.S. economy, so at every step of the production chain you have compression in margins."

Plastics contracts have traded on the London Metal Exchange since 2005. In June 2005, polypropylene traded at $951.09 a ton; the June 2008 contract traded recently at $1,685 per ton. Such a market doesn't exist in the U.S., making it hard for plastics buyers to hedge, Mr. Waggoner said (they may do so using natural gas, crude oil or propane futures). Polypropylene is used in packaging and carpet.

For investors, the critical element will be figuring out which companies are better able to raise their prices and maintain profitability. Analysts at Sanford Bernstein say the emphasis on pricing picked up in the first quarter and will continue.

So far, they have found that Procter & Gamble, Colgate-Palmolive, Heinz and Kraft have been more successful at passing some of the burden of high costs down the chain than have Kimberly-Clark and Hershey.

*Read the continuously updated look inside the markets, free online at wsj.com/marketbeat*

**DAILY SHARE PRICE**
**Coca-Cola (KO)**
Friday's close: $55.42
52-week change: up 7.4%

Source: WSJ Market Data Group

---

## Hedge-Fund Benchmarks

| Dow Jones Index | YTD (%) Pct chg | 30-DAY ANNUALIZED (%) Volatility Return | BETA COEFFICIENT VS. DJ Corp Bond / DJ Wilshire-1 |
|---|---|---|---|
| Dow Jones Wilshire | -7.0 | 16.3 -15.9 | -0.84 / — |
| DJ Corporate Bond | -0.4 | 6.6 -1.9 | — / -0.14 |
| Convertible Arbitrage | -5.6 | 3.1 9.7 | 0.06 -0.12 |
| Distressed Securities | -3.7 | 2.5 5.2 | -0.13 0.08 |
| Equity Market Neutral | 0.8 | 3.8 7.4 | -0.05 -0.07 |
| Event Driven | 1.9 | 3.7 5.2 | -0.10 0.13 |
| Merger Arbitrage | 1.3 | 5.5 14.9 | 0.02 -0.04 |
| U.S. Equity Long/Short | 1.5 | 7.3 45.6 | 0.02 0.21 |

Note: Hedge fund benchmark values are estimates, after fees; betas are based on 30 days of returns. Beta measures volatility versus the market, above 1 indicates more risk.

Source: www.djhedgefundindexes.com

---

## Dow Jones Industrial Average

**12307.35** ▲ 97.54, or 0.80% last week
High, low, open and close for each of the past 52 weeks

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 83.42 | 18.06 |
| P/E estimate* | 13.29 | 15.80 |
| Dividend yield | 2.62 | 2.08 |
| Current divisor | 0.122820114 | |

All-time high: 14164.53, 10/09/2007



Week's high — Monday's open — DOWN UP — Friday's close — Friday's close — Monday's open

200-day moving average

Bars measure the point change from Monday's open

### NYSE weekly volume, in billions of shares
Primary market ■ Composite



## Nasdaq Composite Index

**2454.50** ▼ 20.06, or 0.81% last week
High, low, open and close for each of the past 52 weeks

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 29.91 | 35.50 |
| P/E estimate* | 22.06 | 26.10 |
| Dividend yield | 0.52 | 0.47 |
| *Based on Nasdaq 100 Index | | |

All-time high: 5048.62, 03/10/2000



65-day moving average — 200-day moving average

### Nasdaq weekly volume, in billions of shares



*Based on prev. 12 mo. (trailing) or forecast next 12 mo. (est.) earnings. Source: Birinyi Associates Inc*

---

# [ STOCKS, CURRENCIES & COMMODITIES ]

## Major U.S. Stock-Market Indexes

| | High | Low | LATEST WEEK Close | Net chg | % chg | 52-WEEK RANGE Low / Close (●) / High | % chg | %CHG YTD | 3-yr. |
|---|---|---|---|---|---|---|---|---|---|
| **Dow Jones** | | | | | | | | | |
| Industrial Average | 12369.23 | 12076.93 | 12307.35 | 97.54 | 0.80 | 11740.15 / 14164.53 | -9.8 | -7.2 | 5.4 |
| Transportation Avg | 5329.34 | 5031.80 | 5148.82 | -101.44 | -1.93 | 4140.29 / 5492.95 | -0.5 | 12.7 | 13.5 |
| Utility Average | 524.07 | 511.32 | 524.05 | 12.69 | 2.48 | 473.43 / 552.74 | 3.1 | -1.6 | 11.9 |
| Wilshire 5000 | 14009.18 | 13597.99 | 13809.66 | -34.97 | -0.25 | 12822.54 / 15806.69 | -10.3 | -6.3 | 5.3 |
| Barron's 400 | 312.43 | 301.96 | 308.29 | -2.41 | -0.78 | 268.14 / 350.95 | -10.5 | -2.3 | 8.6 |
| **Nasdaq Stock Market** | | | | | | | | | |
| Nasdaq Composite | 2485.00 | 2388.49 | 2454.50 | -20.06 | -0.81 | 2169.34 / 2859.12 | -6.6 | -7.5 | 5.9 |
| Nasdaq 100 | 1997.94 | 1909.89 | 1966.01 | -24.38 | -1.22 | 1673.03 / 2238.98 | 1.2 | -5.7 | 8.7 |
| **Standard & Poor's** | | | | | | | | | |
| 500 Index | 1370.63 | 1331.29 | 1360.03 | -0.65 | -0.05 | 1273.37 / 1565.15 | -11.3 | -7.4 | 4.2 |
| MidCap 400 | 878.99 | 848.66 | 865.63 | -8.12 | -0.93 | 744.89 / 926.23 | -5.1 | 0.9 | 8.3 |
| SmallCap 600 | 392.11 | 378.77 | 387.05 | -3.14 | -0.80 | 344.69 / 445.19 | -12.1 | -2.0 | 5.6 |
| **Other Indexes** | | | | | | | | | |
| Russell 2000 | 743.44 | 717.44 | 733.61 | -6.76 | -0.91 | 643.97 / 855.77 | -13.5 | -4.2 | 5.3 |
| NYSE Composite | 9209.97 | 8906.67 | 9063.23 | -89.28 | -0.98 | 8489.38 / 10311.61 | -9.5 | -7.0 | 7.9 |
| Value Line | 410.15 | 395.00 | 403.56 | -5.01 | -1.23 | 372.77 / 508.42 | -19.4 | -8.3 | 6.9 |
| Amex Biotech | 770.06 | 735.63 | 750.64 | -17.07 | -2.22 | 667.21 / 849.84 | -7.1 | -4.6 | 11.7 |
| Amex Pharmaceutical | 292.73 | 282.87 | 286.68 | -4.72 | -1.62 | 283.78 / 358.29 | -19.3 | -15.3 | -4.2 |
| KBW Bank | 70.03 | 64.73 | 66.63 | -2.99 | -4.29 | 65.86 / 117.31 | -42.9 | -24.8 | -12.1 |
| PHLX§ Gold/Silver | 186.87 | 172.15 | 175.46 | -8.24 | -4.49 | 125.64 / 206.37 | 24.6 | 1.2 | 25.2 |
| PHLX§ Oil Service | 353.31 | 333.42 | 338.55 | -3.22 | -0.94 | 243.03 / 350.73 | 27.4 | 12.2 | 33.2 |
| PHLX§ Semiconductor | 408.24 | 381.13 | 393.81 | -11.67 | -2.88 | 334.93 / 546.59 | -21.6 | -3.5 | -2.9 |
| CBOE Volatility | 24.47 | 19.46 | 21.22 | -2.34 | -9.93 | 12.85 / 32.24 | 52.2 | -5.7 | 0.6 |

§ Philadelphia Stock Exchange

Sources: Reuters; WSJ Market Data Group

### CBOE equity put-to-
Measures the volume of a low ratio of puts (an option to sell) to calls (an option to buy) bullish sentiment.



S&P 500  1360
P/E, trailing/estimate*
Dividend yield

65-day moving
S&P 500 daily close
Jan. Feb. Mar. Apr. '08

---

## International Stock Indexes

| Region/Country | Index | Close | LATEST WEEK % chg | Low | 52-WEEK RANGE Close (●) / High | YTD % chg |
|---|---|---|---|---|---|---|
| **World** | DJ World Index | 277.56 | -2.85 | 261.44 / 320.33 | | -7.8 |
| | DJ World ex U.S. | 247.82 | -4.75 | 231.73 / 291.11 | | -8.8 |
| | MSCI EAFE* | 2016.38 | -4.70 | 1913.54 / 2388.74 | | -10.5 |
| **DJ Wilshire** | Global | 2841.20 | -2.88 | 2676.75 / 3295.00 | | -8.4 |
| | Global ex U.S. | 2494.66 | -4.46 | 2353.27 / 2948.89 | | -9.8 |
| | Global ex. U.S. | 2371.05 | -4.82 | 2228.75 / 2607.20 | | -9.4 |
| | Global Small-Cap | 3269.84 | -3.46 | 3031.44 / 3867.76 | | -7.9 |
| | Global Large-Cap | 2762.19 | -2.82 | 2603.93 / 3193.26 | | -8.5 |
| **Americas** | DJ Americas | 358.79 | -0.59 | 330.40 / 399.84 | | -4.8 |
| Brazil | Sao Paulo Bovespa | 67203.52 | -3.70 | 48015.55 / 73516.80 | | 5.2 |
| Canada | S&P/TSX Comp | 14778.46 | -1.28 | 12132.13 / 15047.34 | | 6.8 |
| Mexico | IPC All-Share | 30413.48 | -2.36 | 25284.88 / 32836.12 | | 3.0 |
| Venezuela | Caracas General | 36884.15 | -0.29 | 34172.43 / 42249.77 | | -2.7 |
| **Europe** | DJ Stoxx 600 | 305.70 | -1.48 | 290.26 / 399.71 | | -16.2 |
| | DJ Stoxx 50 | 3022.18 | -0.90 | 2873.33 / 3998.93 | | -18.0 |
| Euro zone | DJ Euro Stoxx | 343.33 | -1.69 | 328.12 / 441.18 | | -17.2 |
| | DJ Euro Stoxx 50 | 3562.67 | -0.95 | 3431.82 / 4557.57 | | -19.0 |
| Belgium | Bel-20 | 3588.41 | -2.30 | 3460.00 / 4681.67 | | -13.1 |
| France | CAC 40 | 4682.30 | -2.36 | 4431.04 / 6125.60 | | -16.6 |
| Germany | DAX | 6765.32 | -0.57 | 6182.30 / 8106 | | -16.1 |
| Israel | Tel Aviv | 1107.91 | -1.27 | 964.38 / 1237.13 | | -9.0 |
| Italy | S&P/MIB | 30942 | -2.56 | 30371 / 43099 | | -19.7 |
| Netherlands | AEX | 459.96 | -2.39 | 415.92 / 561.90 | | -10.8 |
| Russia | DJ Russia Titans 10 | 7515.73 | 0.21 | 6629.15 / 7920.96 | | -2.0 |
| Spain | IBEX 35 | 12998.7 | 0.69 | 12254.6 / 15945.7 | | -14.4 |
| Sweden | SX All Share | 305.52 | -3.81 | 293.53 / 427.24 | | -13.2 |
| Switzerland | Swiss Market | 7261.37 | -1.69 | 6774.26 / 9395.75 | | -14.4 |
| U.K. | FTSE 100 | 5802.8 | -1.76 | 5419.4 / 6732.4 | | -10.1 |
| **Asia-Pacific** | DJ Asia-Pacific | 145.16 | -4.41 | 137.78 / 172.49 | | -8.2 |
| Australia | S&P/ASX 200 | 5371.1 | -3.21 | 5086.1 / 6828.7 | | -15.2 |
| China | DJ CBN China 600 | 23609.32 | -14.79 | 23609.32 / 44631.83 | | -43.0 |
| Hong Kong | Hang Seng | 22592.30 | -7.42 | 20387.13 / 31638.22 | | -18.8 |
| India | Bombay Sensex | 15189.62 | -2.46 | 13989.11 / 20873.33 | | -25.1 |
| Japan | Nikkei Stock Avg | 13973.73 | -3.56 | 11787.51 / 18261.98 | | -8.7 |
| Singapore | Straits Times | 2979.56 | -5.31 | 2792.75 / 3831.19 | | -14.0 |
| South Korea | Kospi | 1747.35 | -4.64 | 1574.44 / 2064.85 | | -7.9 |
| Taiwan | Weighted | 8105.59 | -7.32 | 7408.40 / 9809.88 | | -4.7 |

*Europe, Australia, Far East, U.S.-dollar terms

Source: Reuters; WSJ Market Data Group

---

## Commodities and Currencies

| | LAST WEEK Close | Net chg | % chg | YTD % chg |
|---|---|---|---|---|
| DJ-AIG Commodity | 226.024 | 2.295 | 1.03 | 22.20 |
| Reuters-Jefferies CRB | 445.87 | 4.36 | 0.99 | 24.50 |
| Crude oil, $ per barrel | 134.86 | -3.68 | -2.66 | 40.51 |
| Natural gas, $/MMBtu | 12.625 | -0.068 | -0.54 | 68.72 |
| Gold, $ per troy oz. | 870.30 | -25.10 | -2.80 | 4.24 |
| U.S. Dollar Index | 74.146 | 1.756 | 2.43 | -3.32 |
| U.S. dollar, JPM index | 80.5 | 1.0 | 1.26 | -2.19 |
| Euro, per dollar | 0.6509 | 0.0167 | 2.63 | -4.98 |
| Yen, per dollar | 108.21 | 3.22 | 3.06 | -2.90 |
| U.K. pound, in dollars | 1.9474 | -0.0226 | -1.15 | -1.99 |

| | 52-WEEK RANGE Low / Close (●) / High | % chg |
|---|---|---|
| DJ-AIG Commodity | 161.062 / 226.024 | 28.07 |
| Reuters-Jefferies CRB | 299.77 / 445.87 | 39.64 |
| Crude oil, $ per barrel | 67.77 / 138.54 | 98.32 |
| Natural gas, $/MMBtu | 5.330 / 12.798 | 59.45 |
| Gold, $ per troy oz. | 641.70 / 1003.20 | 32.97 |
| U.S. Dollar Index | 71.329 / 82.851 | -10.51 |
| U.S. dollar, JPM index | 78.5 / 87.0 | -7.47 |
| Euro, per dollar | 0.6257 / 0.7474 | -12.91 |
| Yen, per dollar | 97.38 / 123.81 | -12.36 |
| U.K. pound, in dollars | 1.9418 / 2.1104 | -1.39 |

---

### Financial Flashback
*The Wall Street Journal, June 16, 1953*

"Attendance for the American League's Boston Red Sox is more than 15% behind a year ago, and substantial pickup will be needed if owner Tom Yawkey is to avoid another deficit. The Sox have had only six black-ink years in the past two decades."

---

# [ BONDS, RATES & YIELDS ]

## Consumer Rates and Returns to Investor

### U.S. consumer rates
A consumer rate against its benchmark over the past year

Federal-funds target rate 5.50 — 4.50 — 3.50 — 2.50 — 1.50

Money market account yields

J A S O N D J F M A M J
2007    2008

### Selected rates
Money market accounts

| Bankrate.com avg: | 2.34% |
|---|---|
| Corus Bank | 3.82% |
| Chicago, IL | 800-989-5101 |
| E-LOAN | 3.75% |
| Pleasanton, CA | 866-576-SAVE |
| OneUnited Bank | 3.60% |
| Los Angeles, CA | 877-663-8648 |
| OnBank | 3.50% |
| Oakfield, NY | 866-948-2265 |
| FNBO Direct | 3.50% |
| Omaha, NE | 877-370-3707 |

| Interest rate | — YIELD/RATE (%) — Last / Wk ago | 52-WEEK RANGE (%) Low 0 3 6 9 12 High | 52-wk (pct pts.) |
|---|---|---|---|
| Federal-funds rate target | 2.00 | 2.00 | 5.25 -1.00 |
| Prime rate | 5.00 | 5.00 | 8.25 -1.00 |
| Libor, 3-month | 2.81 | 2.70 | 2.54 5.73 -0.60 |
| Money market, annual yield | 2.34 | 2.35 | 2.25 3.90 -0.36 |
| Five-year CD, annual yield | 3.78 | 3.69 | 3.23 5.10 -0.34 |
| 30-year mortgage, fixed | 6.41 | 6.19 | 5.36 6.57 1.17 |
| 15-year mortgage, fixed | 5.96 | 5.76 | 4.91 6.22 1.15 |
| Jumbo mortgages, $417,000-plus | 7.53 | 7.42 | 6.49 7.82 1.93 |
| Five-year adj mortgage (ARM) | 5.48 | 5.01 | 5.02 6.36 1.19 |
| New-car loan, 48-month | 6.94 | 6.65 | 6.54 7.14 0.63 |
| Home-equity loan, $30,000 | 4.84 | 4.82 | 4.81 7.67 -0.83 |

Bankrate.com rates based on survey of 4,800 online banks. *Base rate posted by 75% of the nation's largest banks. § Excludes closing costs.

Sources: Reuters; WSJ Market Data Group; Bankrate.com

## Benchmark Yields and Rates

### Treasury yield curve
Yield to maturity of current bills, notes and bonds



One year ago — Friday
1 3 6 1 2 5 10 30
month(s) years
maturity

### Libor-swap curve
Fixed mid rates* to be paid against three-month Libor



Libor ◆ Swap
One year ago
Friday
1 3 6 1 2 3 5 10 20 30
month(s) year(s)
maturity

*Semiannual swaps maturing in 2 yrs-30 yrs. Sources: Ryan ALM, ICAP plc.

## Corporate Borrowing Rates and Yields

| Bond total return index | YIELD (%) Last / Wk ago | SPREAD +/- TREASURYS, in basis pts, 52-WK RANGE Last Low High | TOTAL RETURN 52-wk 3-yr |
|---|---|---|---|
| 10-yr Treasury, Ryan ALM | 4.264 / 3.936 | | 11.65 3.54 |
| DJ Corporate | 6.049 / 5.639 | | 4.52 2.19 |
| Aggregate, Lehman Bros. | 5.320 / 4.920 | n.a. 49.0 161.0 | 6.81 2.40 |
| High Yield 100, Merrill Lynch | 9.323 / 9.120 | 553.0 208.0 797.0 | 0.77 n.a. |
| Fixed-Rate MBS, Lehman | 5.860 / 5.520 | n.a. 57.0 171.0 | 7.15 2.51 |
| Muni Master, Merrill | 3.873 / 3.678 | 12.6 -8.0 13.0 | 5.55 3.50 |
| EMBI Global, J.P. Morgan | 6.796 / 6.764 | 258.8 6.6 405.2 | 6.05 8.10 |

Sources: J.P. Morgan; Ryan ALM; Ryan Labs; Lehman Brothers; Merrill Lynch

# BONDS, RATES & YIELDS

## Consumer Rates and Returns to Investor

### U.S. consumer rates
A consumer rate against its benchmark over the past year



### Selected rates
Money market accounts

| | | |
|---|---|---|
| Bankrate.com avg: | | 2.34% |
| Corus Bank | | 3.82% |
| Chicago, IL | 800-989-5101 | |
| E-LOAN | | 3.75% |
| Pleasanton, CA | 866-576-SAVE | |
| OneUnited Bank | | 3.60% |
| Los Angeles, CA | 877-663-8648 | |
| OnBank | | 3.50% |
| Oakfield, NY | 866-948-2265 | |
| FNBO Direct | | 3.50% |
| Omaha, NE | 877-370-3707 | |

| Interest rate | YIELD/RATE (%) Last (●) | Week ago | 52-WEEK RANGE (%) Low | High | 3-yr chg (pct pts) |
|---|---|---|---|---|---|
| Federal-funds rate target | 2.00 | 2.00 | 2.00 | 5.25 | -1.00 |
| Prime rate* | 5.00 | 5.00 | 5.00 | 8.25 | -1.00 |
| Libor, 3-month | 2.81 | 2.70 | 2.54 | 5.73 | -0.60 |
| Money market, annual yield | 2.34 | 2.35 | 2.25 | 3.90 | 0.36 |
| Five-year CD, annual yield | 3.78 | 3.69 | 3.23 | 5.10 | -0.34 |
| 30-year mortgage, fixed† | 6.41 | 6.19 | 5.36 | 6.57 | 1.17 |
| 15-year mortgage, fixed† | 6.00 | 5.76 | 4.91 | 6.22 | 1.15 |
| Jumbo mortgages, $417,000-plus† | 7.53 | 7.42 | 6.49 | 7.82 | 1.93 |
| Five-year adj mortgage (ARM)† | 5.87 | 5.48 | 5.01 | 6.36 | 1.19 |
| New-car loan, 48-month | 6.94 | 6.65 | 6.54 | 7.14 | 0.63 |
| Home-equity loan, $30,000 | 4.84 | 4.82 | 4.81 | 7.67 | -0.03 |

Bankrate.com rates based on survey of over 4,800 online banks. *Base rate posted by 75% of the nation's largest banks. † Excludes closing costs.

Sources: Reuters; WSJ Market Data Group; Bankrate.com

## Benchmark Yields and Rates

### Treasury yield curve
Yield to maturity of current bills, notes and bonds



### Libor-swap curve
Fixed mid rates* to be paid against three-month Libor



*Semiannual swaps maturing in 2 yrs–30 yrs   Sources: Ryan ALM; ICAP plc.

## Corporate Borrowing Rates and Yields

| Bond total return index | YIELD (%) Last | Wk ago | SPREAD +/- TREASURYS, in basis pts, 52-WK RANGE Last | Low | High | TOTAL RETURN 52-wk | 3-yr |
|---|---|---|---|---|---|---|---|
| 10-yr Treasury, Ryan ALM | 4.264 | 3.936 | | | | 11.65 | 3.54 |
| DJ Corporate | 6.049 | 5.639 | | | | 4.58 | 2.69 |
| Aggregate, Lehman Bros. | 5.320 | 4.920 | n.a. | 49.0 | 161.0 | 6.81 | 2.40 |
| High Yield 100, Merrill Lynch | 9.323 | 9.120 | 553.0 | 208.0 | 797.0 | 0.77 | n.a. |
| Fixed-Rate MBS, Lehman | 5.860 | 5.520 | n.a. | 57.0 | 171.0 | 7.15 | 2.51 |
| Muni Master, Merrill | 3.873 | 3.678 | 12.0 | -8.0 | 13.0 | 5.55 | 3.50 |
| EMBI Global, J.P. Morgan | 6.936 | 6.764 | 258.8 | 6.6 | 405.2 | 6.05 | 8.10 |

Sources: J.P. Morgan; Ryan ALM; Ryan Labs, Lehman Brothers; Merrill Lynch

# THE WALL STREET JOURNAL.

DOWJONES — A NEWS CORPORATION COMPANY

TUESDAY, JUNE 17, 2008 — VOL. CCLI NO. 141 ★★★★ $1.50

DJIA 12269.08 ▼38.27 –0.3% | NASDAQ 2474.78 ▲0.8% | NIKKEI 14354.37 ▼2.7% | DJ STOXX 50 3009.36 ▼0.4% | 10-YR TREAS ▲5/32, yield 4.247% | OIL $134.61 ▼$0.25 | GOLD $883.60 ▲$13.30 | EURO $1.5478 | YEN 108.08

## What's News—

### Business & Finance

■ The Fed is almost certain to leave rates unchanged when it meets next week and may not raise rates before the fall, unless the inflation outlook deteriorates considerably. But an increase in August can't be ruled out, as a raft of economic data, including two jobs reports and several gauges of inflation, will be released by then. **A1**
■ Euro-zone consumer prices rose a record 3.7% in May, making an ECB rate increase nearly certain. **A15**
■ Lehman posted a $2.8 billion loss, in line with a prior forecast. Its CEO insisted the firm can "go it alone" without a big bank as a partner. **C1, C16**
■ The Bush administration is pushing a method of financing popular in Europe that could make it easier for home buyers to obtain loans. **A3**
■ Top mortgage lenders and servicers in the Hope Now coalition are ramping up to speed up their efforts to help struggling homeowners. **A3**
■ Economists are again raising forecasts of how much food prices will climb, citing floods in the Midwest. **A4**
■ Chiquita warned of a loss, hurt by poor weather that has increased the cost of obtaining high-quality fruit. **B1**
■ Oil fell 25 cents to $134.61 despite surging over $5 to an intraday record, as traders puzzled over the impact of a potential big supply boost. **C6**
■ Oil companies such as Exxon are using a barrage of ads to deflect anger over $4 a gallon gasoline prices. **B6, A18**
■ The Dow industrials fell 38.27 points to 12269.08 amid mixed trading. Financial and tech stocks rose. **C1**
■ AIG CEO Willumstad said he would look at the insurer with "a fresh eye" and conduct a review. **C1, C16, B8**
■ McClatchy is cutting 1,400 jobs, or about 10% of its staff, as the newspaper publisher faces lower ad revenue. **B1**
■ Japan and China are close to a deal to co-develop gas fields in disputed waters, possibly resolving longtime tensions over the area. **A12**
■ A judge denied Yahoo shareholders' request to expedite their case against the company. Icahn weighed whether to continue his proxy battle. **B3**
■ Glaxo's strategy to extend sales of its top-selling drugs is under threat and faces new questions from the FDA. **B3**
■ Citigroup agreed to settle a long-running SEC probe into its accounting of Argentina bonds during the debt crisis earlier this decade. **C3**
■ Barclays is considering raising capital by selling shares, in an effort to shore up its balance sheet. **C2**
■ Medicis agreed to pay over $150 million for LipoSonix, a developer of nonsurgical fat-removal treatments. **B3**
■ Russia's GDP grew an annual 8.5% in the first quarter, spurring concerns the economy may be overheating. **A15**
■ Intel plans to spin off a team that has been developing solar-panel technology to form a new company. **B5**
■ Milberg will pay $75 million and admit it paid kickbacks to clients, escaping charges in a settlement with the U.S. **B2**

### World-Wide

■ Obama shed some new light on his economic plans. In an interview, the Democratic presidential candidate called for government spending to spur growth, including an energy-technology investment program and infrastructure financing. Obama also said he would use the tax code to narrow the wealth gap, and possibly back a corporate tax cut. McCain said a federal ban on offshore oil and gas drilling should be relaxed. **A1, A6**
Al Gore endorsed Obama, who tapped Clinton's former campaign manager as an adviser.
■ Floodwaters continued to recede in Cedar Rapids, Iowa, while Mississippi River towns rushed to fortify levees. **A4**
■ Torrential rains are causing some of China's worst flooding in years, with at least 57 confirmed dead. **A12**
■ Britain will impose further sanctions on Iran and send more soldiers to Afghanistan, Prime Minister Brown said after talks with Bush. **A9**
■ The EU stepped back from warnings that Ireland's rejection of a key treaty could push it into second-tier status. **A13**
■ EU nations agreed on the need for a new round of sanctions to discourage Iran from developing nuclear weapons.
■ California county clerks began issuing marriage licenses to same-sex couples, as opponents geared up efforts to nullify the unions. **A4**
■ The top Republican on the House financial-services panel profited from options trades, a disclosure report showed. **A19**
■ The Pakistan Peoples Party will choose the next head of state, the chief of the country's ruling coalition said.
■ A bomb exploded outside a Shiite mosque in northwest Pakistan, killing at least four and injuring five others.
■ Iraq's foreign minister said he was optimistic that Iraq and the U.S. could finalize a security pact by July 31. **A9**
■ Sadr's followers signaled they won't resist a crackdown in Amara unless Iraqi troops make warrantless arrests. **A13**
■ Taliban fighters invaded villages outside Kandahar, Afghanistan, forcing NATO and Afghan troops to rush in. **A13**
■ Mugabe warned that he wouldn't cede power to Western-backed opponents in a presidential runoff. **A13**
■ Rice said she welcomes a new power-sharing deal in Lebanon even if it bolsters Hezbollah's influence. **A13**
■ France will slash 54,000 army jobs and push for a stronger European defense as part of a new strategy. **A13**
■ A White House office that has records about millions of emails doesn't have to make them public, a judge ruled.
■ Texas authorities said they believe someone angry with the government set fire to the governor's mansion. **A2**
■ Cars and trucks could be more efficient than required and top 35 miles per gallon by 2020, EPA staff said. **A17**
■ A storm surge could pour over levees in New Orleans if a Category 2 or stronger hurricane struck, officials said. **A2**
■ Tiger Woods won golf's U.S. Open, his 14th career major, in a 19-hole playoff.



Sen. Barack Obama outlined his economic policies Monday in Flint, Mich.

# Obama Plans Spending Boost, Possible Cut in Business Tax

By Bob Davis And Amy Chozick

FLINT, Mich.—Sen. Barack Obama shed new light on his economic plans for the country, saying he would rely on a heavy dose of government spending to spur growth, use the tax code to narrow the widening gap between winners and losers in the U.S. economy, and possibly back a reduction in corporate tax rates.

In an interview with The Wall Street Journal, the Illinois Democrat said that he was trying to put together tax and spending policies that dealt with two challenges. One is the competition from rapidly growing developing countries, like India and China. The other: the U.S. becoming what he called a "winner-take-all" economy, where the gains from economic growth skew heavily toward the wealthy.

Sen. Obama cited new economic forces to explain what appears like a return to an older-style big-government Democratic platform skeptical of market forces. "Globalization and technology and automation all weaken the position of workers," he said, and a strong government hand is needed to assure that wealth is distributed more equitably. He spoke aboard his campaign bus, where a big-screen TV was tuned to the final holes of the U.S. Open golf tournament.

Sen. Obama's nod to lowering corporate taxes comes as Republicans have been attacking him for proposals that would raise the cost of doing business, such as his pledge to raise the tax rate on capital gains, and his vow to increase the top income-tax rates, which are often used by small, unincorporated enterprises.

He didn't say how deeply he would cut the rate, but said it could be trimmed in return for reducing corporate tax breaks, simplifying the tax system. With existing loopholes, he said, "How much you pay in taxes as a corporation a lot of times is going to depend on how good your lobbyist is." With "a level playing field," he said, the rates could be reduced.

He stressed the idea was not a move toward Sen. McCain's broader tax-cutting philosophy. While Sen. McCain has argued that tax cuts—particularly on business—spur growth, Sen. Obama rejected that as flawed *Please turn to page A20*

# Fed Mood Tilts Away From Rate Increase

By Sudeep Reddy

The Federal Reserve is almost certain to leave interest rates unchanged when it meets next week, and it currently doesn't appear to see a compelling case for raising rates before the fall, unless the inflation outlook deteriorates considerably.

Futures markets are betting that the central bank is likely to raise its interest-rate target from its current 2% in August, because of mounting inflation worries. But that may be an overly aggressive wager.

An August rate hike can't be ruled out. Between now and then, a raft of economic data, including two employment reports and several gauges of inflation, will be released. If the overall economy and the financial system show signs of rapid improvement or the inflation news worsens significantly, the Fed may decide to start reversing some of the rate cuts that began last September.

But for now, Fed officials want to both demonstrate their vigilance against inflation risks, particularly from soaring energy



**Calling the Odds**
What the futures market predicts the federal-funds rate target will be

Sources: Reuters via WSJ Market Data Group

prices and the weak dollar, while also giving the economy time to recover from the trouble in the housing, labor and financial markets.

As a result, the Fed's policy statement following its meeting next Tuesday and Wednesday is likely to use stronger language about the risks from inflation than in May, but is unlikely to go so far as to ratify market expectations of a rate hike as soon as August.

If the Fed were to hold off raising rates, it would have a broad impact on American households and businesses, by keeping pressure off the interest rates paid on home mortgages and corporate borrowing. Lower borrowing costs are a key to spurring an economic recovery after months of sluggish growth.

An important factor is complicating the economic outlook: Energy prices have surged in recent weeks, which threatens to weaken growth further while pushing the overall pace of inflation higher.

In recent days, markets have seized on comments made last week by Fed Chairman Ben Bernanke that suggested a greater focus on inflation concerns, and particularly on the public's expectations of a rise in inflation. "The latest round of increases in energy prices has added to the upside risks to inflation and inflation expectations," he said in a speech on *Please turn to page A17*

## Shakeout Roils Hedge-Fund World

### Big Firms Gain Clout as Field Matures; Parking the Maserati

By Gregory Zuckerman

The hedge-fund business—among the most reliable fortune-producing machines in recent years—is going through a brutal shakeout.

Just a few years ago, traders found it relatively easy to quit Wall Street jobs, hang out a hedge-fund shingle and cash in. Investors beat down the doors with eagerness reminiscent of the 1990s dot-com frenzy. It took only a decade for the industry to grow to 8,000 funds from a few hundred.

But now smaller hedge funds, including top performers, are shuttering, and even brand-name traders are finding it tougher to get new ones off the ground. Only 1,152 new funds were launched in 2007, down almost 50% from a 2005 peak, according to Hedge Fund Research Inc. Because so many funds closed last year or merged into others, the business expanded by just 589 funds overall, the smallest increase in six years.

The next test: The possibility of a wave of withdrawals at the end of this month, the next quarterly date on which many investors are permitted to pull out their money. The inflow of new money from investors has already been slowing during the past two quarters. At the same time, hedge-fund returns have been flat, adding to the pressure.

Managers of hedge funds—private partnerships that cater to wealthy individuals and institutions and are less regulated than, say, mutual funds—like to think of themselves as a unique breed, capable of racking up big profits from opportunities that ordinary investors overlook. But in fact their profession is tracing the

**Growing Pains**
Net number of new hedge funds added each year world-wide

Source: Hedge Fund Research, Inc.

path of other businesses, whether autos or computers, that enjoyed rapid growth, led by aggressive entrepreneurs, before confronting deep challenges. And just as, say, eBay Inc. and Yahoo Inc. left rivals in the dust, or Vanguard Group and Fidelity Investments came to dominate the mutual-fund world, the largest hedge funds, such as Och-Ziff Capital Management, D.E. Shaw & Co. and Paulson & Co. are pulling away from the pack.

By the end of last year, 87% of all the money in the hedge-fund business was handled by funds managing $1 billion or more, and 60% was held by managers sitting on $5 billion or more. The dominance by the largest funds has been accelerating. In the past two months alone, the world's largest public hedge-fund company, Man Group PLC, increased assets by $4 billion, to $78.5 billion.

The shift is helping the big funds play a more powerful role in shaping the business and financial landscape. Last month, for example, Carl Icahn's fund, Icahn Associates, launched a bitter fight with Yahoo to try to gain control of its board. His hope is to entice Microsoft Corp. to revive its interest in buying Ya- *Please turn to page A19*

---

## Alien Invasion: High-School Prom Lands in England, Causes a Bother

### Middle-Class Kids, Moved by American TV, Go for It in a Big—and Oh-So-Gaudy—Way

By Jeanne Whalen And Isabella Lisk

ORSETT, England—Lisa Pickin arrived in style at her 2008 high-school prom in this middle-class town an hour east of London. The stretch Jeep limo, lilac ball gown and accessories cost her parents about £550, or $1,080. Her upswept blond curls took her aunt two hours to fashion.

Britain, the land of school uniforms, rigorous exams and ivy-covered school halls, is embracing an American invasion: the high-school prom.

British teenagers say they've seen the events in movies like "American Pie" and television shows such as "The O.C.," and they want the chance to dress up and rent limousines themselves.

That means a new reason for Britons to worry about the dilution of their culture, a new burden on parents' pocketbooks, and new businesses selling prom essentials such as tuxedos and corsages.

"It's getting more and more elaborate," says Keith Rider, who manages a banquet hall here that many schools hire for the big dance. "I'm 40 and we never had anything like this when we left school."

Many American adults cringe when they remember the unfortunate dresses and awkward dates from their own proms. Britons, meanwhile, are adopting the prom at its most traditional, with prom queens and kings and professional photographers favoring pastel backdrops. In some schools, proms *Please turn to page A17*

Michael Clarke

---

### TODAY'S AGENDA

**Housing Starts Seen Having Slid in May**

Housing starts are expected to have fallen to a 975,000 annual rate in May, after April's rise, the biggest in two years. Barclays Capital says the number of new homes for sale is still "uncomfortably high." Commerce Dept., 8:30 a.m. EDT.

**U.S., China in Talks; Goldman Posts Results**

The U.S. is hosting China in Annapolis, Md., for the next round of the Strategic Economic Dialogue. A U.S. official said a deal on talks toward a bilateral investment treaty is "very possible."

Goldman Sachs is expected to report a 31% drop in second-quarter earnings.

Follow the news all day at WSJ.com

**CONTENTS**
Corporate News .......... B2-4 | Leisure & Arts .......... D9
Health ........................ A28 | Media & Marketing ... B6
Editorial .................... A18 | Money & Investing ... C1
Earnings Digest ......... B7 | Stocks in the News ... C3
Business Technology .. B5 | U.S. News ................ A3
Heard on Street ......... C16 | World News ............. A9-13

© Copyright 2008 Dow Jones & Company. All Rights Reserved





**THE FUTURE JUST LOST ITS LEAD.**

(intel)

INNOVATION IS ALWAYS IN AT INTEL.
We're relentless about invention. See our latest advancements at intel.com/technology
GREAT COMPUTING STARTS WITH INTEL INSIDE.



MONTRES WYLER SA GENÈVE
5 East 19th St. 6th floor
New York NY 10003
1-866-779-9537
1-866-77Wyler

**wyler** GENÈVE
TIME SUSPENDED

Manhattan on 32nd St between Madison and Park Aves
**OFFICE BUILDING FOR SALE**
**IDEAL FOR INVESTORS**
7% cap rate guaranteed (2 years)
- Price: $44 Million
- 95,000 rsf

**CALL NOW**
212-333-4141 / 646 431 3149

# LEGAL NOTICES

**PUBLIC NOTICES** | **BIDS & PROPOSALS**

**2008 No. 161COS**
THE HIGH COURT IN THE MATTER OF SKILSOFT PLC AND IN THE MATTER OF THE COMPANIES ACTS 1963 TO 2006 AND IN THE MATTER OF AN APPLICATION UNDER SECTION 72 OF THE COMPANIES ACT 1963

NOTICE is hereby given that on 27 May 2008, a copy of the Order of the High Court of Ireland, dated 26 May 2008, and made pursuant to Section 74 of the Companies Act 1963, confirming the reduction of the share capital of Skillsoft Plc (the "Company") by the cancellation of the sum of US$684,750,000 from its share premium account, and a copy of the Minute approved by Order of the High Court of Ireland made on 26 May 2008 pursuant to Section 75(1) of the said Act, were delivered and registered with the Registrar of Companies.

Dated 17 June 2008
Signed WILLIAM FRY

Solicitors for the Company, Fitzwilton House, Wilton Place, Dublin 2, Ireland.

**FasTracks P3 Project**
Denver RTD anticipates issuing an RFQ in Aug. 2008 for teams interested in providing DBFOM services on the East Corridor and Gold Line Project. There will be an informational Industry Forum in Denver on Wed., July 30, 2008. Info: www.rtd-fastracks.com

**Know What Matters**

Legal Notices.
To advertise,
call 1-800-366-3975.

---

**AIG — Much More Than Insurance**

| | 2007 operating income/loss (In billions) |
|---|---|
| **General Insurance:** Includes property and casualty insurance products, ranging from business to personal to mortgage insurance, domestic and international. | $10.5 |
| **Life Insurance and Retirement Services:** Includes life insurance and retirement services, domestic and international. | $8.2 |
| **Financial Services:** This division includes businesses from aircraft leasing to financial products to consumer lending | −$9.5* |
| **Asset Management:** Asset management manages AIG's own investments, and investments for clients such as large institutional investors. | $1.2 |

*Affected by write-downs in the financial products unit; in 2006 operating income was $383 million
Source: AIG financials

## Willumstad's 'Fresh Eye'

Continued from page C1

its profit from its life and property-casualty insurance operations.

But it could mean that Mr. Willumstad would consider spinning off other units that focus on such noninsurance businesses as consumer lending or aircraft leasing, or complex financial instruments like the ones responsible for most of the recent write-downs.

If AIG under Mr. Willumstad were to shed some of its businesses, the move could free up resources to devote to its insurance operations, particularly in developing markets.

At the same time, one issue is whether such deals would be worthwhile for AIG. For instance, the aircraft-leasing business, International Lease Finance Corp., could have a hard time finding a buyer with deep-enough pockets to help keep its borrowing costs low, which is key to its business.

But the status quo is also troubling to investors. Steep write-downs tied to subprime mortgages have cost AIG investors dearly in recent months, and the company has logged a total of $13 billion in losses in the past two quarters.

One apparent difference has already come to light. Mr. Willumstad reached out Sunday night to Mr. Greenberg, AIG's former chairman and CEO and lately one of its loudest critics. Mr. Greenberg left AIG in 2005 amid probes of its accounting.

Mr. Willumstad said Monday he "would expect" to get together with Mr. Greenberg this week. AIG and Mr. Greenberg have been engaged in legal battles since he left the company, and Mr. Greenberg controls a firm that is AIG's largest shareholder.

"I'm encouraged by the conversation we had last evening," said Mr. Willumstad. Mr. Greenberg didn't comment.

---

## Dow Jones Industrial Average

12269.08 ▼ 38.27, or 0.31%
High, low, open and close for each trading day of the past three months.

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 83.16 | 18.02 |
| P/E estimate* | 13.29 | 15.80 |
| Dividend yield | 2.63 | 2.08 |
| Current divisor | | 0.122820114 |

All-time high: 14164.53, 10/09/2007



*Based on prev. 12 mo. (trailing) or forecast 12 mo. (est.) earnings. Source: Birinyi Associates Inc.

## Nasdaq Composite Index

2474.78 ▲ 20.28, or 0.83%
High, low, open and close for each trading day of the past three months.

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 29.91 | 9.83 |
| P/E estimate* | 22.06 | 26.10 |
| Dividend yield | 0.52 | 0.47 |
| *Based on Nasdaq 100 Index | | |

All-time high: 5048.62, 03/10/2000

---

# STOCKS, CURRENCIES & COMMODITIES

## Major U.S. Stock-Market Indexes

| | | LATEST | | | | 52-WEEK RANGE | | | % CHG | |
|---|---|---|---|---|---|---|---|---|---|---|
| | High | Low | Close | Net chg | % chg | High | Low | % chg | YTD | 3-yr ann. |
| **Dow Jones** | | | | | | | | | | |
| Industrial Average | 12319.72 | 12212.25 | 12269.08 | −38.27 | −0.31 | 14164.53 | 11740.15 | −9.9 | −7.5 | 5.1 |
| Transportation Avg | 5191.65 | 5108.76 | 5159.43 | 10.61 | 0.21 | 5492.95 | 4140.29 | 0.5 | 12.9 | 13.1 |
| Utility Average | 523.94 | 515.56 | 523.30 | −0.75 | −0.14 | 552.74 | 473.43 | 4.1 | −1.7 | 11.9 |
| Wilshire 5000 | 13952.99 | 13818.96 | 13917.69 | 28.03 | 0.20 | 15806.69 | 12822.54 | −10.0 | −6.1 | 5.0 |
| Barron's 400 | 311.80 | 307.52 | 311.40 | 3.11 | | 350.95 | 268.14 | −9.6 | −1.3 | 8.2 |
| **Nasdaq Stock Market** | | | | | | | | | | |
| Nasdaq Composite | 2479.95 | 2441.24 | 2474.78 | 20.28 | 0.83 | 2859.12 | 2169.34 | −5.8 | −6.7 | 5.8 |
| Nasdaq 100 | 1991.72 | 1953.26 | 1984.76 | 18.75 | 0.95 | 2238.98 | 1673.03 | 2.1 | −4.8 | 8.9 |
| **Standard & Poor's** | | | | | | | | | | |
| 500 Index | 1364.70 | 1352.07 | 1360.14 | 0.11 | 0.01 | 1565.15 | 1273.37 | −11.2 | −7.4 | 4.0 |
| MidCap 400 | 873.04 | 862.92 | 872.70 | 7.07 | 0.82 | 926.23 | 744.89 | −4.1 | 1.7 | 8.0 |
| SmallCap 600 | 391.64 | 385.74 | 391.52 | 4.47 | 1.15 | 445.19 | 344.69 | −10.9 | −0.9 | 5.2 |
| **Other Indexes** | | | | | | | | | | |
| Russell 2000 | 740.94 | 730.86 | 740.74 | 7.13 | 0.97 | 855.77 | 643.97 | −12.5 | −3.3 | 4.8 |
| NYSE Composite | 9111.37 | 9037.86 | 9087.88 | 24.65 | 0.27 | 10311.61 | 8439.38 | −9.2 | −6.7 | 7.6 |
| Value Line | 406.37 | 401.75 | 406.05 | 2.49 | 0.62 | 508.42 | 372.77 | −18.8 | −7.8 | 0.5 |
| Amex Biotech | 758.38 | 743.70 | 756.50 | 5.86 | 0.78 | 849.64 | 667.21 | −5.6 | −3.8 | 11.1 |
| Amex Pharmaceutical | 287.57 | 283.68 | 286.18 | −0.50 | −0.17 | 358.29 | 283.78 | −19.0 | −15.5 | −4.3 |
| KBW Bank | 68.55 | 65.88 | 67.59 | 0.96 | 1.44 | 117.31 | 65.86 | −42.1 | −23.7 | −12.0 |
| PHLX§ Gold/Silver | 181.10 | 175.53 | 178.47 | 3.01 | 1.72 | 206.37 | 125.64 | 27.3 | 3.0 | 24.5 |
| PHLX§ Oil Service | 343.63 | 338.55 | 341.24 | 2.69 | 0.79 | 350.73 | 243.03 | 27.9 | 13.1 | 32.2 |
| PHLX§ Semiconductor | 402.17 | 392.02 | 399.74 | 5.93 | 1.50 | 546.59 | 334.93 | −20.6 | −2.2 | −2.4 |
| CBOE Volatility | 22.84 | 20.73 | 20.95 | −0.27 | −1.27 | 32.24 | 12.85 | 56.1 | −6.9 | 23.4 |

§Philadelphia Stock Exchange
Sources: Reuters, WSJ Market Data Group

## S&P 500 — 1360.14 ▲ 0.11

P/E, trailing/estimate* 21.89/14.64
Dividend yield 2.28%

## Russell 2000 — 740.74 ▲ 7.13

P/E, trailing/estimate* 75.40/22.28
Dividend yield 1.59%

Sources: Reuters, WSJ/Market Data Group

---

## Commodities and Currencies

Pricing trends on some raw materials, or commodities, and the strength of the U.S. dollar against other currencies

| | MONDAY | | | 52-WEEK | | YTD |
|---|---|---|---|---|---|---|
| | Close | Net chg | % chg | High | Low | % chg | % chg |
| DJ-AIG Commodity | 227.993 | 1.969 | 0.87 | 227.993 | 161.062 | 29.47 | 23.26 |
| Reuters-Jefferies CRB | 449.77 | 3.90 | 0.87 | 449.77 | 299.77 | 40.16 | 25.39 |
| Crude oil, $ per barrel | 134.61 | −0.25 | −0.19 | 138.54 | 67.77 | 94.83 | 40.25 |
| Natural gas, $/MMBtu | 12.933 | 0.308 | 2.44 | 12.933 | 5.380 | 68.18 | 72.83 |
| Gold, $ per troy oz. | 883.60 | 13.30 | 1.53 | 1003.20 | 641.70 | 34.74 | 5.63 |
| U.S. Dollar Index | 73.660 | −0.478 | −0.64 | 82.731 | 71.329 | −10.94 | −3.95 |
| U.S. dollar, JPM index | 80.2 | −0.30 | −0.37 | 87.0 | 78.5 | −7.82 | −2.55 |
| Euro, per dollar | 0.6461 | −0.0048 | −0.74 | 0.7468 | 0.6257 | −13.36 | −5.68 |
| Yen, per dollar | 108.08 | −0.13 | −0.12 | 123.81 | 97.38 | −12.57 | −3.02 |

WSJ.com

## How the Largest Mutual Funds Did

Largest fund vs. the broad market
- ■ American Fds Gro;A
- □ DJ Wilshire

Quarter-to-date: 5.7% / 4.4%
Year-to-date: −2.6% / −6.1%
One-year: −2.3% / ...
Three-year: 10.3 / 6.8
Five-year: 11.6 / 9.4

### Stock Funds

| | Symbol | Net change | TOTAL RETURN (%) YTD | 52-wk |
|---|---|---|---|---|
| American Fds Gro;A | AGTHX | 0.08 | −2.6 | −2.3 |
| American Fds CWGI;A | CWGIX | 0.08 | −6.6 | −1.7 |
| American Fds CIB;A | CAIBX | −0.03 | −5.4 | −3.4 |
| Fidelity Contrafund | FCNTX | 0.34 | −5.1 | 3.2 |
| American Fds ICA;A | AIVSX | 0.01 | −7.0 | −9.7 |
| American Fds Inc;A | AMECX | −0.02 | −6.0 | −3.1 |
| American Fds Wsh;A | AWSHX | −0.03 | −6.8 | −11.7 |
| American Fds EuPc;A | AEPGX | 0.14 | −7.0 | 4.7 |
| Vanguard 500 Idx;Inv | VFINX | 0.01 | −6.5 | −9.5 |
| Dodge & Cox Stock | DODGX | 0.23 | −9.2 | −16.5 |

### Bond Funds

| | Symbol | Net change | YTD | 52-wk |
|---|---|---|---|---|
| PIMCO:Tot Rtn;Inst | PTTRX | −0.01 | 1.8 | 10.2 |
| Vanguard Tot Bd;Inv | VBMFX | | −0.2 | 6.5 |
| American Fds Bond;A | ABNDX | | −1.4 | 1.1 |
| Dodge & Cox Income | DODIX | 0.01 | 0.4 | 4.3 |
| Vangrd Int-Tm Tx;Adm | VWIUX | −0.01 | 0.8 | 4.7 |

Source: Lipper

**Quick Click:** Visit WSJMarkets.com for free quotes, research and performance data on more than 16,000 funds and ETFs.

---

## Financial Flashback

The Wall Street Journal
June 17, 1933

> President Roosevelt on Friday signed more important legislation within 20 minutes than has ever been signed in any one day in the history of the government. He first signed the Glass-Steagall bank reform bill.

## International Stock Indexes

| Region/Country | Index | Close | LATEST Net chg | % chg | YTD % chg |
|---|---|---|---|---|---|
| **World** | DJ World Index | 279.21 | 1.65 | 0.59 | −7.2 |
| | DJ World ex U.S. | 250.14 | 2.27 | 0.92 | −8.0 |
| | MSCI EAFE | 2033.92 | 17.54 | 0.87 | −9.7 |
| **Americas** | DJ Americas | 359.85 | 1.06 | 0.30 | −4.5 |
| Brazil | Sao Paulo Bovespa | 67284.61 | 81.09 | 0.12 | 5.3 |
| Canada | S&P/TSX Comp | 14944.22 | 165.82 | 1.12 | 8.0 |
| Mexico | IPC All-Share | 30354.18 | −59.30 | −0.19 | 2.8 |
| Venezuela | Caracas General | 34654.43 | −229.72 | −0.623 | −3.3 |
| **Europe** | DJ Stoxx 600 | 304.90 | −0.80 | −0.26 | −16.4 |
| Euro zone | DJ Euro Stoxx | 341.50 | −1.83 | −0.53 | −17.7 |
| Belgium | Bel-20 | 3566.60 | −21.81 | −0.61 | −13.1 |
| France | CAC 40 | 4657.74 | −24.56 | −0.52 | −17.0 |
| Germany | DAX | 6729.83 | −35.44 | −0.52 | −16.6 |
| Israel | Tel Aviv | 1116.16 | −0.14 | −0.01 | −8.7 |
| Italy | S&P/MIB | 30817 | −125.00 | −0.40 | −20.1 |
| Netherlands | AEX | 458.70 | −1.26 | −0.27 | −11.1 |
| Russia | DJ Russia Titans 10 | 7543.81 | 28.08 | 0.37 | −1.6 |
| Spain | IBEX 35 | 12826.6 | −172.1 | −1.32 | −15.5 |
| Sweden | SX All Share | 306.37 | 0.85 | 0.28 | −12.9 |
| Switzerland | Swiss Market | 7238.27 | −23.10 | −0.32 | −14.7 |
| U.K. | FTSE 100 | 5794.6 | −8.2 | −0.14 | −10.3 |
| **Asia-Pacific** | DJ Asia-Pacific | 147.22 | 2.06 | 1.42 | −6.9 |
| Australia | S&P/ASX 200 | 5371.7 | −6.4 | −0.12 | −15.3 |
| China | DJ CBN China 600 | 23408.78 | −200.54 | −0.85 | −43.5 |
| Hong Kong | Hang Seng | 23029.69 | 437.39 | 1.94 | −17.2 |
| India | Bombay Sensex | 15395.82 | 206.20 | 1.36 | −24.1 |
| Japan | Nikkei Stock Avg | 14354.37 | 380.64 | 2.72 | −6.2 |
| Singapore | Straits Times | 3036.92 | 57.36 | 1.93 | −12.4 |
| South Korea | Kospi | 1760.82 | 13.47 | 0.77 | −7.2 |
| Taiwan | Weighted | 8149.77 | 64.18 | 0.79 | −4.0 |

Europe, Australia, Far East, U.S. dollar terms
Sources: Reuters, WSJ Market Data Group

---

# BONDS, RATES & YIELDS

## Consumer Rates and Returns to Investor

**U.S. consumer rates**
A consumer rate against its benchmark over the past year



Five-year CD yields 5.00
Federal-funds target rate 2.00

**Selected rates**
5-year CDs

| Bankrate.com avg: | 3.81% |
|---|---|
| E-LOAN | 4.85% |
| Pleasanton, CA | 866-576-SAVE |
| Discover Bank | 4.81% |
| New Castle, DE | 800-347-7000 |
| Champion Bank | 4.80% |
| Saint Louis, MO | 314-292-6000 |
| Third Federal Savings and Loan | 4.75% |
| Cleveland, OH | 888-844-7333 |
| Capital One NA | 4.75% |
| McLean, VA | 866-369-2737 |

| Interest rate | YIELD/RATE (%) Last Week ago | 52-WEEK RANGE (%) Low 0 3 6 12 High | 3-yr chg (pct pts) |
|---|---|---|---|
| Federal-funds rate target | 2.00 2.00 | 2.00 5.25 | −1.00 |
| Prime rate* | 5.00 5.00 | 5.00 8.25 | −1.00 |
| Libor, 3-month | 2.81 2.69 | 2.54 5.73 | −0.62 |
| Money market, annual yield | 2.36 2.34 | 2.25 3.90 | 0.17 |
| Five-year CD, annual yield | 3.81 3.68 | 3.23 5.10 | −0.31 |
| 30-year mortgage, fixed | 6.42 6.17 | 5.36 6.47 | 1.09 |
| 15-year mortgage, fixed | 6.03 5.75 | 4.91 6.17 | 1.09 |
| Jumbo mortgages, $417,000 plus | 7.63 7.36 | 6.49 7.32 | 1.99 |
| Five-year adj mortgage (ARM) | 5.87 5.43 | 5.01 6.36 | 1.11 |
| New-car loan, 48-month | 6.94 6.65 | 6.54 7.14 | 0.64 |
| Home-equity loan, $30,000 | 4.84 4.83 | 4.81 7.67 | −0.12 |

Bankrate.com rates based on survey of over 4,800 online banks. *Base rate posted by 75% of the nation's largest banks. Excludes closing costs.
Sources: Reuters, WSJ Market Data Group; Bankrate.com

## Benchmark Yields and Rates

**Treasury yield curve**
Yield to maturity of current bills, notes and bonds

**Libor-swap curve**
Fixed mid rates* to be paid against three-month Libor

One year ago / Monday (both charts)

month(s) / years

*Semi-annual, coupons maturing in 2 yrs - 30 yrs.
Sources: Ryan ALM/ICAP Inc.

## Corporate Borrowing Rates and Yields

| Bond total return index | Close | YIELD (%) Last Week ago | 52-WEEK High | Low | TOTAL RETURN (%) 52-wk | 3-yr |
|---|---|---|---|---|---|---|
| Treasury, Ryan ALM | 973.72 | 3.943 3.682 | 5.117 2.782 | | 9.83 | 3.79 |
| 10-yr Treasury, Ryan ALM | 1102.91 | 4.247 3.994 | 5.195 3.314 | | 11.58 | 3.16 |
| DJ Corporate | 204.58 | 6.037 5.957 | 6.092 5.222 | | 4.52 | 2.98 |
| Aggregate, Lehman Bros. | 1280.44 | 5.320 5.069 | 6.129 4.823 | | 6.57 | 4.23 |
| High Yield, Merrill Lynch | n.a. | 9.169 9.169 | 10.401 7.276 | | n.a. | n.a. |
| Fixed-Rate MBS, Lehman | 1332.60 | 5.870 5.620 | 6.160 4.660 | | 6.68 | 4.74 |
| Muni Master, Merrill | n.a. | 3.697 4.294 | 3.374 | | n.a. | n.a. |
| EMBI Global, J.P. Morgan | 432.01 | 6.952 6.790 | 7.235 6.522 | | 5.64 | 7.93 |

Sources: J.P. Morgan; Ryan ALM; Ryan Labs; Lehman Brothers; Merrill Lynch



# BONDS, RATES & YIELDS

## Consumer Rates and Returns to Investor

### U.S. consumer rates
A consumer rate against its benchmark over the past year



### Selected rates
5-year CDs

| | | |
|---|---|---|
| **Bankrate.com avg:** | | **3.81%** |
| **E-LOAN** | | **4.85%** |
| Pleasanton, CA | 866-576-SAVE | |
| **Discover Bank** | | **4.81%** |
| New Castle, DE | 800-347-7000 | |
| **Champion Bank** | | **4.80%** |
| Saint Louis, MO | 314-292-6000 | |
| **Third Federal Savings and Loan** | | **4.75%** |
| Cleveland, OH | 888-844-7333 | |
| **Capital One NA** | | **4.75%** |
| McLean, VA | 866-369-2737 | |

| Interest rate | YIELD/RATE (%) Last (●) | Week ago | 52-WEEK RANGE (%) Low | 52-WEEK RANGE (%) High | 3-yr chg (pct pts) |
|---|---|---|---|---|---|
| Federal-funds rate target | 2.00 | 2.00 | 2.00 | 5.25 | -1.00 |
| Prime rate* | 5.00 | 5.00 | 5.00 | 8.25 | -1.00 |
| Libor, 3-month | 2.81 | 2.69 | 2.54 | 5.73 | -0.62 |
| Money market, annual yield | 2.36 | 2.34 | 2.25 | 3.90 | 0.17 |
| Five-year CD, annual yield | 3.81 | 3.68 | 3.23 | 5.10 | -0.31 |
| 30-year mortgage, fixed | 6.42 | 6.17 | 5.36 | 6.47 | 1.09 |
| 15-year mortgage, fixed | 6.03 | 5.75 | 4.91 | 6.17 | 1.09 |
| Jumbo mortgages, $417,000-plus | 7.63 | 7.38 | 6.49 | 7.82 | 1.99 |
| Five-year adj mortgage (ARM) | 5.87 | 5.43 | 5.01 | 6.36 | 1.11 |
| New-car loan, 48-month | 6.94 | 6.65 | 6.54 | 7.14 | 0.64 |
| Home-equity loan, $30,000 | 4.84 | 4.83 | 4.81 | 7.67 | -0.12 |

Bankrate.com rates based on survey of over 4,800 online banks. *Base rate posted by 75% of the nation's largest banks. †Excludes closing costs.
Sources: Reuters; WSJ Market Data Group; Bankrate.com

## Benchmark Yields and Rates

### Treasury yield curve
Yield to maturity of current bills, notes and bonds



### Libor-swap curve
Fixed mid rates* to be paid against three-month Libor



*Semiannual swaps maturing in 2 yrs–30 yrs    Sources: Ryan ALM; ICAP plc.

## Corporate Borrowing Rates and Yields

| Bond total return index | Close | YIELD (%) Last | Week ago | 52-WEEK High | 52-WEEK Low | TOTAL RETURN (%) 52-wk | 3-yr |
|---|---|---|---|---|---|---|---|
| **Treasury**, Ryan ALM | 973.72 | **3.943** | 3.682 | 5.117 | 2.782 | **9.83** | 3.79 |
| **10-yr Treasury**, Ryan ALM | 1102.91 | **4.247** | 3.994 | 5.195 | 3.314 | **11.58** | 3.56 |
| **DJ Corporate** | 204.58 | **6.037** | 5.757 | 6.092 | 5.222 | **4.52** | 2.70 |
| **Aggregate**, Lehman Bros. | 1280.44 | **5.320** | 5.060 | 5.810 | 4.220 | **6.57** | 4.23 |
| **High Yield 100**, Merrill Lynch | n.a. | **n.a.** | 9.169 | 10.401 | 7.276 | **n.a.** | n.a. |
| **Fixed-Rate MBS**, Lehman | 1332.60 | **5.870** | 5.620 | 6.160 | 4.660 | **6.68** | 4.74 |
| **Muni Master**, Merrill | n.a. | **n.a.** | 3.697 | 4.294 | 3.276 | **n.a.** | n.a. |
| **EMBI Global**, J.P. Morgan | 412.01 | **6.952** | 6.790 | 7.235 | 6.522 | **5.64** | 7.93 |

Sources: J.P. Morgan; Ryan ALM; Ryan Labs; Lehman Brothers; Merrill Lynch