**Exhibit J**

```
                              LA- PRINCIPAL AND INTEREST ADJ.txt
%%HO82681GM   50019-0049LTR1RATE / P&I ADJUSTMENT SUBSQUENT CHANGE         OOPFST519
SYSLTR1 PROD06/23/1█████8459       04028 O
```

{{DPLX}}

06/23/10

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LANE

WILLINGBORO NJ 08046-3019


RE:    Account Number           ██████8459
       Property Address    137 ELLERY AVENUE

                           NEWARK NJ 07106-0000

Dear MARIA M THOMPSON
     ELDA THOMPSON

               *IMPORTANT NOTICE REGARDING INTEREST RATE
                       AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on
08/01/10.  The new principal and interest (P&I) amount will be
effective with the 09/01/10 payment.

Projected principal balance after 08/01/10 payment: $     190729.94

Previous index value      0.44300%   New index value          0.75400%
Current interest rate     5.99000%   New interest rate        5.99000%
Current P&I pymt    $     1227.70    New P&I pymt $           1227.70
Margin                    2.75000%   Escrow*      $              0.00
                                     Total pymt   $           1227.70

Rate Next Change Date                    02/01/11
Principal and Interest Next Change       03/01/11

*Subject to change if analysis occurs after the date of this
letter.

Your new interest rate is calculated by adding the margin to the
new index value.  The result of this addition is subject to
rounding and rate cap limitations according to the terms of your
loan documents.

An account statement will be sent under separate cover. If your
payments are made through our automatic payment program, your new
payment amount will be deducted on your scheduled draft date.


06/23/10
                               Page 1

```
                        LA- PRINCIPAL AND INTEREST ADJ.txt
Account Number ▓▓▓▓▓▓8459
Page Two


IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO
YOU, GMAC Mortgage, LLC                    WILL CONTINUE WITH THE
DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT
ARE BEING ADJUSTED.

If you have any questions, please contact Customer Care at
800-766-4622.


Customer Care
Loan Servicing

4028
⚥
```