**Exhibit N**

```
                              LA- PRINCIPAL AND INTEREST ADJ (1).txt
%%HO82681GM  50019-0049ATR1RATE / P&I ADJUSTMENT SUBSQUENT CHANGE        OOPFST519
SYSLTR1 PROD06/25/▮▮▮▮▮▮▮8459      04028 0
```

{{DPLX}}

06/25/12

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LANE

WILLINGBORO NJ 08046-3019


RE:    Account Number         ▮▮▮▮▮▮8459
       Property Address    137 ELLERY AVENUE

                           NEWARK NJ 07106-0000

Dear MARIA M THOMPSON
     ELDA THOMPSON

              *IMPORTANT NOTICE REGARDING INTEREST RATE
                      AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on
08/01/12.  The new principal and interest (P&I) amount will be
effective with the 09/01/12 payment.

Projected principal balance after 08/01/12 payment: $     183720.37

Previous index value     0.78300%   New index value        0.73700%
Current interest rate    5.99000%   New interest rate      5.99000%
Current P&I pymt    $    1227.71    New P&I pymt $         1227.71
Margin                   2.75000%

Rate Next Change Date                  02/01/13
Principal and Interest Next Change     03/01/13

Your new interest rate is calculated by adding the margin to the
new index value.  The result of this addition is subject to
rounding and rate cap limitations according to the terms of your
loan documents.

A Mortgage account statement will be sent under separate cover.
If your payments are made through our automatic payment program
your new payment amount will be deducted on your scheduled draft
date.

Page 1

```
                    LA- PRINCIPAL AND INTEREST ADJ (1).txt
06/25/12
Account Number      8459
Page Two
```

IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO
YOU, GMAC Mortgage, LLC                    WILL CONTINUE WITH THE
DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT
ARE BEING ADJUSTED.

Notice Regarding Bankruptcy:   If you have filed for bankruptcy
and your case is still active and/or if you have received a
discharge, please be advised that this notice is for
informational purposes only and is not an attempt to collect a
pre-petition or discharged debt.  If you are currently in
bankruptcy under Chapter 13, you should continue to make
payments in accordance with your Chapter 13 Plan. If you have
surrendered the property during your bankruptcy case, you may
disregard this notice.

If you have any questions, please contact Customer Care at
800-766-4622.


Customer Care
Loan Servicing

4028

Page 2