Status Conference Date and Time: November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to the ResCap Liquidating Trust and
the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE REGARDING THE RESCAP
LIQUIDATING TRUST'S AND RESCAP BORROWER CLAIMS TRUST'S
OBJECTION TO CLAIM NOS. 112, 114, 416 AND 417 FILED BY ERLINDA
ABIBAS ANIEL, FERMIN SOLIS ANIEL AND MARC JASON ANIEL,
SOLELY AS IT RELATES TO CLAIM NOS. 416 AND 417 TO BE HELD
ON NOVEMBER 4, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a status conference on the *ResCap Liquidating Trust's and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel* [Docket No. 8237] (the "Objection"), solely as it relates to claim nos. 416 and 417, will be held on **November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

Dated: October 7, 2015  
    New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900

*Counsel to the ResCap Liquidating Trust and the ResCap Borrower Claims Trust*

ny-1206777