1  Michael E. Boyd
   5439 Soquel Drive
2  Soquel, CA 95073
   Phone: (408) 891-9677
3  E-mail: michaelboyd@sbcglobal.net
   In *Pro Per*
4

RECEIVED
OCT - 2 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

5              UNITED STATES BANKRUPTCY COURT

6              SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.<br><br>Debtors | Case No. 12-12020--mg<br>Chapter 11<br>Jointly Administered<br><br>CREDITOR'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD OF APPEAL AND STATEMENT OF ISSUES |
|---|---|

Appellant creditor Michael Edward Boyd hereby designates the items to be presented and included in the record of appeal for claim number 960.

1. Filed 09/18/2015, Document 9192, (5 pgs) Notice of Appeal (related document(s) 9120) filed by Michael Edward Boyd. Filing fee collected, receipt #196468.(Rouzeau, Anatin) (Entered: 09/24/2015)

2. Filed 08/04/2015, Document 8988 (4 pgs) Letter Re: Requesting Relief from Automatic Stay Filed by Michael E. Boyd. (Suarez, Aurea) (Entered: 08/06/2015)

3. Filed 09/08/2015, Document 9120 (3 pgs) Order signed on 9/8/2015 Sustaining the Rescap Borrower Claims Trust's Objection to Claim Number 960 Filed by Michael E. Boyd. (related document(s) 9026, 8042, 7859, 8859, 8988, 8977, 8420, 7552) (Anderson, Deanna) (Entered: 09/08/2015)

4. 08/17/2015, Document 9026 (377 pgs; 23 docs) Response / ResCap Borrower Claims Trust's Omnibus Reply in Support of its Eighty-Eighth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims) as to Claim Nos. 960 and 3503 and The ResCap Liquidating Trust's Objection to Michael Boyd's Motion for Relief from the Automatic Stay (related document(s) 8977, 9000, 8974, 8859) filed by Norman Scott Rosenbaum on behalf

of ResCap Borrower Claims Trust. with hearing to be held on 8/20/2015 at 10:00 AM at Courtroom 501 (MG) (Attachments: # 1 Exhibit 1 - Priore Declaration # 2 Decl. Exhibit A-1 # 3 Decl. Exhibit A-2 # 4 Decl. Exhibit B # 5 Decl. Exhibit C # 6 Decl. Exhibit D # 7 Decl. Exhibit E # 8 Decl. Exhibit F # 9 Decl. Exhibit G # 10 Decl. Exhibit H # 11 Decl. Exhibit I # 12 Decl. Exhibit J # 13 Decl. Exhibit K # 14 Decl. Exhibit L # 15 Decl. Exhibit M # 16 Exhibit 2 # 17 Exhibit 3 # 18 Exhibit 4 # 19 Exhibit 5 # 20 Exhibit 6 # 21 Exhibit 7 # 22 Exhibit 8) (Rosenbaum, Norman) (Entered: 08/17/2015)

5. 08/04/2015, Document 8977, (16 pgs) Opposition /Answer in Opposition To Eighty-Eighth Omnibus Objection To Claims (No Liability Borrower Claims) (related document(s) 8864, 8859) filed by Michael E. Boyd. (Suarez, Aurea) (Entered: 08/05/2015)

6. 08/04/2015, Document 8974, (16 pgs) Response /Answer In Opposition (related document(s) 8864, 8859) filed by Michael E. Boyd. (Suarez, Aurea) (Entered: 08/05/2015)

7. 01/30/2015, Document 8065, (4 pgs) Response (related document(s) 7552) filed by Michael E. Boyd. (Suarez, Aurea) (Entered: 02/04/2015)

Appellant creditor Michael Edward Boyd hereby designates the statement of issues to be presented for appeal for claim number 960.

1. Does the U.S. Constitution Article I and Article III Court lack subject matter jurisdiction within six months of the submission of the tort claim against the United States and before the agency has made a final denial?

2. Does the U.S. Constitution Article I Bankruptcy Court lack subject matter jurisdiction over a judgment on a common law tort claim; or is this limited to an Article III Court instead?

Dated: September 29, 2015

_____
MICHAEL E. BOYD
**Plaintiff, In Pro Per**

Boyd's Designation of Items and Issues for Appeal

-2-