**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                             CASE NO.: 12–12020–mg

  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:         CHAPTER:  11
20–1770738

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on September 4, 2015, document number 9116, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–7140 assigned to the Honorable Lorna G. Schofield.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: October 5, 2015                                      Vito Genna
                                                            Clerk of the Court

```
                           United States Bankruptcy Court
                            Southern District of New York
```

In re:                                                        Case No. 12-12020-mg
Residential Capital, LLC                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: arouzeau           Page 1 of 1           Date Rcvd: Oct 05, 2015
                              Form ID: tranapl         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2015.
unk            +Alan Moss,    PO Box 721,    Moss Beach, CA 94038-0721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Alan Moss,    PO Box 721,    Moss Beach, CA 94038-0721
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2015 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0