

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

October 8, 2015

Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of N.Y.
One Bowling Green
New York, NY 10004

RE: Residential Capital, LLC aka Residential Capital Corporation
Case#: 12-12020

Dear Honorable Glenn:

    I, Ted Eric May, Esq., am an attorney from Sheldon May & Associates, P.C. I represent Ditech Financial LLC fka Green Tree Servicing LLC.

    Pursuant to the Order of Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens I am respectfully requesting approval to obtain Stipulated Relief from Automatic Stay in order to foreclose on the property known as 597 Hithergreen Drive, Lansing, KS 66043-1718.

    I have attached a completed Senior Lien Stay Relief Questionnaire and supporting documents.

    Thank you.

Very Truly Yours,

/S/Ted Eric May, Esq.
By: Ted Eric May, Esq.

TEM:ks
enclosures