*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## SENIOR LIEN STAY RELIEF QUESTIONNAIRE

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief
(each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on
property (the "Property") in which Residential Capital, LLC, *et al.* (the "Debtors") hold a
subordinate interest, and served on the parties listed below.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.    Address of the Property that is the subject of the Request:

597 Hithergreen Drive
lansing, Kansas 66043

2.    Name of the borrower under the Senior Mortgage:

Mark J. Pawlowski

3.    Nature of the Debtors' interest in the Property (to be supported by a title or
foreclosure report reflecting such liens or interests and attached to this
Questionnaire):

By virtue of Mortage dated 4/28/2006 in the amount of $12,000.00

4.    Name and contact information of party that owns the Senior Mortgage (the
"Senior Holder"):

Ditech Financial LLC f/k/a Green Tree
Servicing LLC by their attys. Sheldon May
& Assoc. Ted Eric May, Esq. 516-763-3200
Ted.May@maylawfirm.com.

1

5.      If the Requesting Party is different from the Senior Holder:

(a) Name and contact information of Requesting Party:

_Not Applicable_

(b) Nature of Requesting Party's interest in the Property:

_Senior Mortgage dated 4/28/2006 in the amount of $ 153,600_

(c) Capacity in which the Request is made (i.e., servicer, etc.):

_Secured Creditor_

6.      Description of any other known liens on the Property (including the holder of such liens):

_Not Applicable_

7.      Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

_$ 92,900_

8.      Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

_$ 171,313.07_

9.    Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

Default Date: 5/1/2013
Arrearages: $386,523.64
Last payment received: 4/1/2013 $1312.16

10.   Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

N/A

11.   Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

Loss mitigation was denied in July 2015

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best of my knowledge and belief.**

Date: 10-7-2015

Name: Ted Eric May, ESQ.

Title: Atty for Creditor