# EXHIBIT "A"



**PRO TECK**
VALUATION SERVICES

fannie mae 1092 (exterior)

| | |
|---|---|
| Client: GREEN TREE | Report Date: 9/19/2014 |
| Loan Number: | Batch: |
| Borrowers Name: PAWLOWSKI, MARK | Address: 597 HITHERGREEN DR |
| | City, State Zip: LANSING, KS 66043 |
| | County: Leavenworth |

## Reconciliation Value As Is: $92,900

## ReconciliationValue As Repaired: $92,900

## Repair Cost:
Repair Comments:

## Resolution Comments:
After reviewing both reports, most weight is given to Report 4877347 dated 9/19/2014 with a value of $92,900. Due to the lack of comps similar in size as the subject, most comps are located over 1 mil...(more in addendum)
The subject is a single family located in Lansing, Kansas. The subject has a gross living area of 1096 square feet, with 3 bedrooms and 2 bathrooms. The subject was built in 2005 and has a 2-car garag...(more in addendum)

### REPORT 4877347 DATED 9/19/2014

| | |
|---|---|
| Value As Is: | $92,900 |
| Value As Repaired: | $92,900 |
| Repair Cost: | $0 |
| Effective: | 09/19/2014 |
| Rating: | Best (1) |

Summary:
The subject is noted as being in average condition in an average location. The subjects market is showing as declining. Most comps are located over 1 mile from the subject.

### REPORT 4263139 DATED 10/25/2013

| | |
|---|---|
| Value As Is: | $178,000 |
| Value As Repaired: | $178,000 |
| Repair Cost: | $0 |
| Effective: | 10/25/2013 |
| Rating: | Average (3) |

Summary:
The subject is noted as being in good condition in an average location. The subjects market is showing as stable. Most comps are located within 1 mile of the subject.

This reconciliation review is for the exclusive use of PRO TECK VALUATION SERVICES and its Client. It is not intended to be used for loan/mortgage finance purposes, and is intended for internal review only. Review is not USPAP compliant per Standard 3 and is considered administrative only.



**PRO TECK VALUATION SERVICES**

**fannie mae 1092 (exterior)**

## Comparison

| | |
|---|---|
| Is subject address consistent on both reports? | Yes |
| Is subject neighborhood data consistent on both | Yes |
| Is specific property type consistent on both reports? | Yes |
| Is room count consistent on both reports? | Yes |
| Is living area consistent on both reports? | Yes |
| Is lot size consistent on both reports? | No |
| Report 4877347 dated 9/19/2014 notes the subjects lot size as .55 acres. Report 4263139 dated 10/25/2013 notes the subjects lot size as .49 acres. | |
| Is age / year built consistent on both reports? | Yes |
| Is car storage consistent on both reports? | Yes |
| Is location rating consistent on both reports? | Yes |
| Is condition rating consistent on both reports? | No |
| Report 4877347 dated 9/19/2014 notes the subjects condition as average. Report 4263139 dated 10/25/2013 notes the subjects condition as good. | |

## ADDITIONAL COMMENTS

Resolution Additional: After reviewing both reports, most weight is given to Report 4877347 dated 9/19/2014 with a value of $92,900. Due to the lack of comps similar in size as the subject, most comps are located over 1 mile from the subject. The sold comps are recent sales from April and July 2014. Additional research in Collateral Analytics did not produce many comps similar in size as the subject. Prior Report 4263139 dated 10/25/2013 included most comps located within 1 mile of the subject; however, included all sale comps that are now considered dated and sold in May and September 2013.

Subject Additional: The subject is a single family located in Lansing, Kansas. The subject has a gross living area of 1096 square feet, with 3 bedrooms and 2 bathrooms. The subject was built in 2005 and has a 2-car garage.

This reconciliation review is for the exclusive use of PRO TECK VALUATION SERVICES and its Client. It is not intended to be used for loan/mortgage finance purposes, and is intended for internal review only.
Review is not USPAP compliant per Standard 3 and is considered administrative only.

# PRO TECK
### VALUATION SERVICES

**fannie mae 1092 (exterior)**

| | |
|---|---|
| PROPERTY: | 597 HITHERGREEN DR LANSING, KS 66043 |
| BORROWER: | PAWLOWSKI, MARK |
| LOAN NUMBER: | |
| | DATE: 09/19/2014 |
| COMPLETED BY: | CHANEY II, JOHN R |
| FIRM NAME: | John Chaney |
| EMAIL: | realestatekansas@gmail.com |
| LICENSE: | BR00045522 |
| PROXIMITY: | 26.28 MILES |
| PHONE/FAX: | 785 865 5000 Laura / 913-888-0055 |

## 1. GENERAL MARKET

| | | | | | | |
|---|---|---|---|---|---|---|
| Current market conditions | ■ Depressed | ☐ Slow | ☐ Stable | ☐ Improving | ☐ Excellent | |
| Employment conditions | ☐ Declining | ■ Stable | ☐ Increasing | | | |
| Market price of this type of property has: | | ■ Decreased | 5 % | In past | 6 months | |
| | | ☐ Increased | % | In past | months | |
| | | ☐ Remained Stable | % | In past | months | |
| Estimated percentages of owners vs. tenants in neighborhood: | | 80 % Owner Occupied | | 20 % tenant | | |
| There is a | ■ normal supply | ☐ over supply | ☐ shortage of comparable listings in the neighborhood. | | | |
| Approximate number of comparable units for sale in neighborhood: | | | 12 | Property Type: | SFD | |
| No. of competing listings in the neighborhood that are REO or Corporate owned: | | | 15 | Occupancy: | OCC-OWNR | |
| No. of boarded or blocked-up homes: | | | 0 | Under Construction: | No | |

The average marketing time for similar properties in the subject area is 120. Appropriate improvement for the neighborhood.

## II. SUBJECT MARKETABILITY (Space for comments at the bottom of next page.)

| | | | | |
|---|---|---|---|---|
| Range of values in the neighborhood is | $10,000 to $200,000 | | | |
| The subject is an | ☐ overimprovement | ☐ underimprovement | ■ appropriate improvement for the neighborhood | |
| Normal marketing time in this area is | 120 days. | | | |
| Marketability of subject property is | ☐ excellent | ■ good | ☐ fair | ☐ poor |
| Unit Type: | ■ House ☐ Condo | ☐ Townhouse | ☐ Multi-family(No. of units ) | ☐ Modular |
| If condo or other association exists: Fees are | $0/mo. | Current? No | Unpaid how many months? 0 | |
| The fee includes: | ☐ Pool ☐ Tennis | ☐ Insurance | ☐ Landscape | ☐ Other |
| Association Contact: | Name: na | | Phone: na | |
| | Address: na | | | |

## III. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

Satellite/Birdseye Imagery

| ITEM | (S) SUBJECT | (L1) COMPARABLE #1 | | (L2) COMPARABLE #2 | | (L3) COMPARABLE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 597 Hithergreen Dr | 1001 N 3rd St | | 501 S 1st St | | 432 Muncie Ter | |
| Proximity to Subject | | 1.65 | | 0.54 | | 2.29 | |
| Current List Price | | $90,000 | | $106,500 | | $114,500 | |
| Original List Price | | $90,000 | | $106,500 | | $114,500 | |
| Current Price/Gross Lv Area | | $74 | REO/Corporate Property? ☐Y ■N | $94 | REO/Corporate Property? ☐Y ■N | $94 | REO/Corporate Property? ☐Y ■N |
| Data Source | TAX ROLL | MLS fair market | | MLS fair market | | MLS fair market | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjust. | DESCRIPTION | +(-) Adjust. | DESCRIPTION | +(-) Adjust. |
| Date of Sale/DOM | / | / 14 | | / 56 | | / 13 | |
| Location | rural | rural | | rural | | rural | |
| Site/View/Land Lease | 0.55 acres average | 0.49 acres average | | 0.36 acres average | | 0.96 acres average | |
| Design & Appeal | 1-story | 1-story | | 1-story | | 1-story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 2005 | 1993 | | 1958 | | 1945 | |
| Condition/Repairs/ Cosmetic | average / none / na | average / none / na | | average / none / na | | average / none / na | |
| Systems, Structural, Environmental | none | none | | none | | none | |
| Above Grade | Bath 2   Bed 3 | Bath 3   Bed 4 | | Bath 1   Bed 2 | | Bath 2   Bed 3 | |
| Room Count | 7 | 7 | | 5 | | 7 | |
| Gross Living Area | 1096 SQ FT | 1224 SQ FT | | 1158 SQ FT | | 1222 SQ FT | |
| Basement & Finished Rooms Below Grade | none | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | CENTRAL/CENTRAL | CENTRAL/CENTRAL | | CENTRAL/CENTRAL | | CENTRAL/CENTRAL | |
| Garage/Carport | 2 car | 2 car | | 1 car | | 2 car | |
| Porches, Patio, Pool, Etc. | | | | | | | |
| Special Energy Efficient Items | none | none | | none | | none | |
| Fireplace(s) | | | | | | | |
| Other (e.g. remodeling) | none | none | | none | | none | |

**PRO TECK**
VALUATION SERVICES

fannie mae 1092 (exterior)

| Sales of Financing Concessions | | 0 | | | 0 | | | 0 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Adj. (total) | | + | - | S-7,080 | + | - | $5,700 | + | - | $740 |
| Indicated Value of Subject | | $82,920 | | | $114,200 | | | $115,240 | | |

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.
9/19/2014 11:39:09AM PCN:4877347         F109220100203CBC         Page 2 of 9

**PRO TECK VALUATION SERVICES**

fannie mae 1092 (exterior)

## IV. MARKETING STRATEGY

Most likely buyer: ■ Owner Occupant  ☐ Investor  ☐ Other

Planned Marketing Actions in addition to cleaning, repairing, sinange, MLS and lock box (be specific):

None

Recommended repairs and your estimate of cost by item. Attach addendum if additional space is needed.

## V. COMPETITIVE CLOSED SALES

Satellite/Birdseye Imagery

| ITEM | (S) SUBJECT | (S1) COMPARABLE #1 | | (S2) COMPARABLE #2 | | (S3) COMPARABLE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 597 Hithergreen Dr | 416 Holiday Dr | | 1205 N 7th St | | 202 E Lois St | |
| Proximity to Subject | | 1.59 | | 1.81 | | 0.43 | |
| Current List Price | | | | | | | |
| Sale Price | | $88,000.00 | | $88,500.00 | | $100,000.00 | |
| Sale Price/Gross Lv. Area | | $98  REO/Corporate Property? ☐Y ■N | | $71  REO/Corporate Property? ☐Y ■N | | $100  REO/Corporate Property? ☐Y ■N | |
| Data Source | TAX ROLL | MLS fair market | | MLS fair market | | MLS fair market | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjust | DESCRIPTION | +(-) Adjust | DESCRIPTION | +(-) Adjust |
| Date of Sale/DOM | / | 07/31/2014/ 69 | | 04/08/2014 / 33 | | 04/17/2014/ 6 | |
| Location | rural | rural | | rural | | rural | |
| Site/View/Land Lease | 0.55 acres average | 0.50 acres average | | 0.43 acres average | | 0.59 acres average | |
| Design & Appeal | 1-story | 1-story | | 1-story | | 1-story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 2005 | 1958 | | 1956 | | 1960 | |
| Condition/Repairs/ Cosmetic | average / none / na | average / none / na | | average / none / na | | average / none / na | |
| Systems, Structural, Environmental | none | none | | none | | none | |
| Above Grade | Bath 2  Bed 3 | Bath 1  Bed 3 | | Bath 1  Bed 3 | | Bath 1  Bed 3 | |
| Room Count | 7 | 7 | | 7 | | 7 | |
| Gross Living Area | 1096 SQ FT | 900 SQ FT | | 1243 SQ FT | | 1000 SQ FT | |
| Basement & Finished Rooms Below Grade | none | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | CENTRAL/CENTRAL | CENTRAL/CENTRAL | | CENTRAL/CENTRAL | | CENTRAL/CENTRAL | |
| Garage/Carport | 2 car | 1 car | | 2 car | | none | |
| Porches, Patio, Pool, Etc. | | | | | | | |
| Special Energy Efficient Items | none | none | | none | | none | |
| Fireplace(s) | | | | | | | |
| Other (e.g. kitchen equip., remodeling) | none | none | | none | | none | |
| Sales of Financing Concessions | | 0 | | 0 | | 0 | |
| Net Adj. (total) | | +  - | $5,660 | +  - | $430 | +  - | $5,500 |
| Indicated Value of Subject | | $93,660 | | $88,930 | | $105,500 | |

## VI. PROBABLE FINAL must fall within indicated value of the sales used above.

THE PRICE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS

| | SUGGESTED LIST PRICE | SUGGESTED SALE PRICE | AVAILABLE FINANCING | BROKER RECOMMENDS MARKETING EITHER | Check one block below: |
|---|---|---|---|---|---|
| As Is | $104,200 | $92,900 | Conv■ FHA/VA ☐ Other ☐ | ■  OR | ☐ Both the interior and exterior were inspected. |
| As Repaired | $104,200 | $92,900 | Conv■ FHA/VA ☐ Other ☐ | ☐ | ■ Only the exterior was inspected |
| 30 Day Quick Sale Value : $100,200 | | | | Land Value : | $23,225.00 |

COMMENTS including specific positives on this property and special concerns, if any, such as apparent structural issues, encroachments, easements, water rights, propane, hazardous waste, flood zone, etc. Attach addendum if additional space is needed.
The subject appears to be in average condition with no signs of deferred maintenance visible from exterior inspection.

**PRO TECK VALUATION SERVICES**

fannie mae 1092 (exterior)

| Agent's Signature | Date |
|---|---|
| CHANEY II , JOHN R | 09/19/2014 |

### Subject Data

| | |
|---|---|
| Is the subject property currently for rent? | No |
| Name/Company: | |
| Phone: | |
| If the subject property is multi-family, are any of the units vacant? | |
| If the multi-family has vacant units, what date did they become vacant? | |
| If the subject has any damage to it, what is the amount? | |
| If the subject has any damage to it, describe what the damage is? | |
| No needed repairs. | |
| If the subject has any damage to it, please provide the date the damage identified? | |

### PRIOR LISTING AND SALES HISTORY

| MLS# | Listed By | Phone | Status | Status Date | List/Sale Price |
|---|---|---|---|---|---|
| No details available | | | | | |

Listing History Comments:

Listing Comments:

### CHECKLIST

| | Yes | No |
|---|---|---|
| 1) Broker certifies that they have completed a site inspection of the subject property and that subject photos provided were taken at the time of inspection | ■ | ☐ |
| 2) Have you used comps over one mile from the subject? | ■ | ☐ |
| ■ Rural area with limited market activity within one mile. | | |
| none | | |
| 3) Have you used sales over six months old? | ■ | ☐ |
| ■ Rural area with limited recent sales activity. | | |
| 4) Have you used comps of different styles? | ☐ | ■ |
| 5) Has the subject market changed in the past few years with values significantly increasing or decreasing? | ■ | ☐ |
| Declining Values: | | |
| ■ Market values have decreased due to the lack of economic development. | | |

6) Comments

ASSESSMENT OF SUBJECT CONDITION WAS BASED ON EXTERIOR VIEWING OF PROPERTY. INTERIOR CONDITION ASSUMED SIMILAR TO EXTERIOR.
none
The subject should be sold in as-is condition. Aggressive strategy is recommended to try to attract potential buyers in the area.

### ADDITIONAL COMMENTS

Sales 1: One level living!! A lot of upgrades and updates in this home! Flooring, new duct work, paint, cabinets, GFI outlets. All appliances to include stacked Washer and Dryer!!

Sales 2: Comfortable ranch in quiet area; 3 nice sized bedrooms; ceiling
fans. Upgrades include new carpet and paint; Recently remodeled kitchen with gas range and large eat-in area.

Sales 3: Tons of updates throughout, to include stainless appliances, solid
surface countertops, converted garage to a large master bedroom and massive walk in closet.

Listing 1 : This split entry home is much larger than it looks with a full finished basement featuring 4th Bedroom and Full Bath.
This home is nestled on a corner lot located just east of Highway .

Listing 2 : This 2 bedroom/1 bathroom home is true main level living. Good sized family
room to hang out in.

Listing 3 : prefer the ease of bedrooms, main living area and laundry all on one level? Look no further, this home is just that!! Lots
of new throughout! Large fenced in yard.

Health & Safety: No health or safety issues



fannie mae 1092 (exterior)



Subject Photo, Front #1 : 597 Hithergreen Dr :



Address Verification Photo #1 : 597 Hithergreen Dr :

**PROTECK** VALUATION SERVICES

fannie mae 1092 (exterior)



Street Scene #1 : 597 Hithergreen Dr :



Additional photo #1 : 597 Hithergreen Dr : left



fannie mae 1092 (exterior)



Additional photo #2 : right



MLS Comparable Sale #1 : 416 Holiday Dr :



MLS Comparable Sale #2 : 1205 N 7th St :

**PRO TECK VALUATION SERVICES**

fannie mae 1092 (exterior)



MLS Comparable Sale #3 : 202 E Lois St :



MLS Comparable Listing #1 : 1001 N 3rd St :



MLS Comparable Listing #2 : 501 S 1st St :



MLS Comparable Listing #3 : 432 Muncie Ter :



**PRO TECK**
VALUATION SERVICES

fannie mae 1092 (exterior)



Street Map Of Subject (Optional) #1 : 597 Hithergreen Dr : Subject & Comp Map
S: Subject - 597 HITHERGREEN DR
L1: Listing 1 - 1001 N 3RD ST
L2: Listing 2 - 501 S 1ST ST
L3: Listing 3 - 432 MUNCIE TER
S1: Sale 1 - 416 HOLIDAY DR
S2: Sale 2 - 1205 N 7TH ST
S3: Sale 3 - 202 E LOIS ST

# EXHIBIT "B"



# EXHIBIT "C"

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0569863 000005360 09GC30 - 0927029
MARK J. PAWLOWSKI
597 HITHERGREEN DR
LANSING KS 66043-1718

relationships that work
# green tree®

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

July 21, 2015

MARK J. PAWLOWSKI
597 HITHERGREEN DR
LANSING KS 66043-1718

Re: Green Tree Servicing LLC ("Green Tree")
    Account Number:
    Property Address: 597 HITHERGREEN DR
                          LANSING, KS 66043

Dear MARK J. PAWLOWSKI:

Thank you for contacting us about your mortgage. You were evaluated for mortgage payment assistance based upon the eligibility requirements of Fannie Mae, the owner of your mortgage account. Based on a careful review of the information you provided to us, you are not eligible for mortgage modification assistance due to the following reason(s):

- You were unable to provide us with the documents we requested.

We recognize that this may be disappointing news for you. However, in order to avoid the negative impacts to your credit rating resulting from late payments and to avoid foreclosure, it is important that you make the full payment, if any payment is currently due, as soon as possible and continue to make your mortgage payment by the scheduled due date.

To bring your mortgage current, you must pay the total past due amount, if any. Please call us if you wish to receive a reinstatement amount for your account. If you are unable to pay your mortgage or bring it current, Green Tree will consider pursuing all available legal remedies up to and including the commencement of foreclosure proceedings. If your mortgage loan is reinstated and you subsequently experience a financial hardship, you may contact us to request reconsideration for mortgage payment assistance or other alternatives to foreclosure.

Please send your payment in the full amount due to:

                         Green Tree
                        PO Box 94710
                  Palatine, IL 60094-4710

You may be eligible for other workout options offered by Green Tree. Some of the programs that may be available include:

- Short-Sale – A short sale allows you to avoid foreclosure by selling your property and pay off your account. If you sell your property for less than the total amount owed on the account, Green Tree may accept that amount as full satisfaction of your account. Taking this action will not save your home, but Green Tree may pay you cash upon completion of the sale of your home.

- Deed-In-Lieu of Foreclosure – A deed in lieu of foreclosure would allow you to voluntarily deed your property to Green Tree in order to satisfy the account. Taking this action will not save your home, but Green Tree may pay you cash upon completion of the Program.

It is your responsibility to contact Green Tree to discuss your above-referenced account. If you wish to explore your options or have any other questions, please contact your account representative. Your assigned account representative is MALCOLM H. at 1-800-643-0202, extension 67557.

Our credit decision may have been based in part upon information obtained in a report from the below-referenced consumer reporting agency listed. You have the right under the Fair Credit Reporting Act to obtain a free copy of your

FNMA Mod Denial Letter, 01/10/2014                  YAHMPZ38 1.6                  LTR-1020

credit report. You must request your free copy within 60 days of the date of this letter. You also have the right to dispute the information contained in your credit report with the credit reporting agency. The credit reporting agency did not make the decision regarding your ineligibility and is not able to provide you with specific reasons as to why you are not eligible for a Loan Modification.

| | |
|---|---|
| Credit Reporting Agency: | Trans Union Consumer Solutions |
| Reporting Agency Address: | P.O. Box 2000<br>Chester, PA 19022-2000 |
| Toll Free Number: | 1-800-916-8800 |
| Web Address: | http://annualcreditreport.transunion.com/entry/disputeonline |

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 

Date: 04/06/2015

Scores range from a low of 300 to a high of 850

Key factors that adversely affected your credit score:

- Serious delinquency and public record or collection filed
- Number of accounts with delinquency
- Too few accounts currently paid as agreed
- Length of time since derogatory public record or collection is too short

If you have any questions regarding your credit score, you should contact Trans Union Consumer Solutions at:

Address: P.O. Box 2000, Chester, PA 19022-2000                    Telephone number: 1-800-916-8800

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, which can be contacted at:

Federal Trade Commission<br>
Equal Credit Opportunity<br>
Washington, DC 20580

Counseling is available at no charge from HUD-approved counselors through the HOPE Hotline: 1-888-995-HOPE. This housing counseling on-demand service is available 24-hours a day/7-days a week in Spanish and English (other languages available on request). You may also visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

If you have concerns about the evaluation of your mortgage for foreclosure alternatives, then please contact the Loss Mitigation Response Unit at 1-855-840-8213; Green Tree has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error, or Request for Information: PO Box 6176 Rapid City SD 57709-6176.

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.