NOTICE OF OBJECTION

BILLY RAY CARROLL
2158 GROVE CT.
MOBILE AL. 36605
251-644-2986
251-490-8432

NOTICE TO UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------  )
RESIDENTIAL CAPITAL,LLC                 )
HOMECOMING FINANCIAL,LLC                )
                                        )   Case No. 12-12020 (MG)
           Debtors.                     )
                                        )
                                        )
                                        )
                                        )
                                        )

RECEIVED

OCT - 6 2015

U.S. BANKRUPTCY COURT, SDNY

PLEASE TAKE NOTICE that, on September 29,2015, I Billy Ray Carroll would like submit a notice to the courts of objection to case stated above (Case No 12-12020) .

REASON FOR OBJECTION------ Disallowance OR Expungement

To whom it may concern,
On this day of September 29, 2015, I Billy Ray Carroll would like to ask the courts to accept my objection to Case No. 12-12020 for (Disallowance OR Expungement ) Proof Of Claim No. 4121 against (Debtors) Residential Capital,LLC,. For the amount of for said forclosed property (2285 Cedar Point Rd. Mobile Al. 36605) ($80,000) 'last known appraisal value' which was fraudulently forclosed on November16, 2009, sold on April 2, 2010.

The debtors objection claims to have informed myself, Billy Ray Carroll of proceeding of forclosure via US mail which I never received.
In debtors objection claims they spoke to myself Billy Ray Carroll via phone on October 13 2009 that I had lost my good paying job,I have been working for The City Of Mobile since September 9 2002 so this would be false situation.

EXHIBAT A
I have enclosed copies of Western Union statements showing all payments made to said company (Home Coming financial) for times said company claims were not paid.

EXHIBIT B
I have enclosed copies of bank statements showing where funds were removed for personal bank account in amount for mortgage notes for months and times said company (HOME COMING FINANCIAL) did not receive.

EXHIBIT C
I have included copies of DEED for said property (2285 Cedar Point RD Mobile AL.)

EXHIBIT D

I HAVE ENCLOSE A COPY OF THE SETTLEMENT THAT COMPANY OFFERED , (A SLAP IN THE FACE)

CONCLUSION,

PLEASE , revue these documents and consider my objection, ALSO if company was not in the wrong why would they offer a settlement?

I did not try to get anything for pain and suffering I'm only asking for property value.

THANK YOU FOR YOUR TIME,

Billy Ray Carroll