BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 073 Quick Collect
10/03/08
442P EDT MTCN: 867-542-2322

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 55
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

Debit Card/Tarjeta de Debito:
Authorization Code 0160993
Trace Number 160993
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente ______

Customer Signature / Firma del Cliente ______

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENC PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTIC WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIF OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING TH TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEIN TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA S TRANSACCION FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO S INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNO TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. A FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.




© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

[illegible]

Sender/Remitente: [illegible]
[illegible]/Destinatario: [illegible] MORTGAGE

Code City/Codigo de la ciudad: HOME IN
Account #/Numero de cuenta: [illegible]
[illegible]

[illegible]

Payout amount/Cantidad a pagar: [illegible] US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ [illegible]
[illegible]/Cargos:
[illegible]/Servicio: [illegible]
Total: $ [illegible]

Debit Card/Tarjeta de Debito:
Authorization Code 0360203
Trace Number 360203

can Western Union help you save up to 20% on your everyday purchases? yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!

****************************************************************

ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente: C. Hill

Customer Signature / Firma del Cliente: [signature]

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-528-8862 & enter your personal PIN: 7740287633[illegible]



Act # 7435885736

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

BRUNOS FOOD WORLD #370
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 073 Quick Collect
02/28/08
405P EST MTCN: 014-127-9769

Sender/Remitente: BILL CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 30
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US DOLLAR
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.95
Total/Total: $ 613.95

Debit Card/Tarjeta de Debito:
Authorization Code 0361188
Trace Number 361188
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-629-9862 & enter your personal PIN: 774028763313.

Acct # 7435885736

WESTERN

Acct # 743588573b

# To Send A Payment via Quick Collect®

*Para enviar un pago por Quick Collect®*

WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION® GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union: 57716312

## 1 PAYMENT INFORMATION / INFORMACIÓN DEL PAGO

$ 850.00

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to** / Páguese a: HomeComings Financial
**Company Name**/Nombre De La Compañía

**Attention:** / Atención:

**Reference Number:** / Número de Referencia: 743588573b

**Code City** / Código de Ciudad: HOME **State** / Estado: TX

## 2 SENDER INFORMATION / INFORMACIÓN DEL REMITENTE

**Sender's Name** / Nombre del remitente: Billy CARROLL
**First Name**/Primer Nombre **Last Name**/Apellido Paterno

**Account Number With Company** / Número de cuenta con la compañía: 743588573b

**Telephone** / Teléfono: (251) 478 0090

**Address** / Dirección: 2285 Cedar Point Rd
**Street**/Calle y número

**City**/Ciudad: Mobile **State**/Estado: AL **Zip**/Código Postal: 36605

## 3 CONSUMER SIGNATURE / FIRMA DEL CLIENTE

[signature]

## AGENT USE ONLY

Sólo para uso del Agente

Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

**Money Transfer Control Number** / Número de control de transferencia: 7422572938

| | | | |
|---|---|---|---|
| **Date** / Fecha | 7-11-08 | **Time** / Hora | 4:09PM |
| **Amount** / Cantidad | | $ | 850.00 |
| **Transfer Fee** / Cargo por la transferencia | | $ | 12.99 |
| **Tax** / Impuesto | | $ | |
| **Total Amount Collected** / Cantidad total cobrada | | $ | 862.99 |

**Rate of Exchange*** / Tipo de cambio*: 

**Amount to be Paid*** / Cantidad a pagar*: 

**Agent's Signature** / Firma del agente: [signature]

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)

WESTERN UNION

Customer Receipt/Recibo del Cliente

www.westernunion.com

PAYMASTER USA INC
200 SAINT JOSEPH ST
MOBILE AL 36602

Oper ID: 007 Quick Collect
07/11/08
5097 EDT
MTCN: 748-287-8938

Sender/Remitente: BILL CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 40
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 850.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 850.00 |
| Charge(s)/Cargos: | | |
| Service/Servicio: | | 12.99 |
| Total/Total: | $ | 862.99 |

Debit Card/Tarjeta de Debito:
Authorization Code 0060861
Trace Number 060861

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your ... loaded directly on your card. Calling instructions are on the back, or dial 888-628-8862 & enter your personal PIN: 77402876...

Acct# 7435885736



WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

BRUNOS FOOD WORLD #330
2961 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 273 Quick Collect
10/03/08
442P EDT MTCN: 987-548-2332

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196318
Total WU Card Points/Total puntos en tarjeta WU : 55
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 601.00
Charges/Cargos:
Service/Servicio: 10.99
Total/Total: $ 611.99

Debit Card/Tarjeta de Debito:
Authorization Code 0160993
Trace Number 160993
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-620-8852 & enter your personal PIN: 774028763318.

Acct #7435885734

WESTERN UNION

WESTERN UNION Customer Receipt/Recibo del Cliente www.westernunion.com

[illegible] FOOD WORLD #[illegible] Tran ID: [illegible] Quick Collect
[illegible] ISLAND P[illegible] 10/[illegible]/09
[illegible] [illegible] EDT MTCN: [illegible]-540-[illegible]

[illegible] [illegible]
[illegible] HOMECOMINGS FINANCIAL USA

[illegible]
[illegible] [illegible]
[illegible]
[illegible]

Western Union Card Number / Numero de Tarjeta: [illegible]
Total WU Card Points/Total puntos en tarjeta WU : [illegible]
[illegible] WU Card Points/Puntos asignados a la tarjeta WU : 5

[illegible]/Cantidad de pago: 501.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

[illegible]/Cantidad: $ 501.00
[illegible]
[illegible]/Servicio: [illegible]
[illegible]/Total: $ [illegible]

Debit Card/Tarjeta de Debito:
Authorization Code 0160993
Trace Number 160993
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-800-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8052 & enter your personal PIN: 7740287633[illegible].

Acct #7435885736

WESTERN UNION

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

TE AID #7183 Oper ID: 203 Quick Collect
912 DAUPHIN ISLAND PKWY 11/03/08
OBILE AL 36605 555P EST MTCN: 328-475-5044

ender/Remitente: BILLY CARROLL
eceiver/Destinatario: HOMECOMINGS FINANCIAL USA

ode City/Codigo de la ciudad: CITYPLACE TX
ccount #/Numero de cuenta: 7435885736
eference #/Numero de referencia:
ttn/Atencion:

estern Union Card Number / Numero de Tarjeta: 577196312
otal WU Card Points/Total puntos en tarjeta WU : 60
ssigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
...rgos:
...vicio: 12.99
$ 613.99

WESTERN UNION

ebit Card/Tarjeta de Debito:
Authorization Code 532533

end the gift of cash with Western Union; perfect for any holiday!
isit www.WesternUnion.com to share holiday gift stories and send
ree e-cards.

************************************************************************

D PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
d time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTEJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVIE DINERO.

OU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
oaded directly on your card. Calling instructions are on the card
ack, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct # 7435885736

WESTERN UNION

**WESTERN UNION** | **Customer Receipt / Recibo del Cliente** | **www.westernunion.com**

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 079 Quick Collect
07/10/09
1052A EDT MTCN: 803-389-6128

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX

Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 90
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 651.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

Cantidad: $ 651.00
)/Cargos:
e/Servicio: 12.99
tal: $ 663.99

Acct # 7435885736

Debit Card/Tarjeta de Debito:
Authorization Code: [illegible]
Trace Number: [illegible]
Can Western Union help you save up to 20% on your everyday purchases? Yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!
*******************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente: Crystal Nelson

Customer Signature / Firma del Cliente: ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 459 Quick Collect
08/07/09
413P EDT
MTCN: 359-505-7865

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 95
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

WESTERN UNION

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente [signature]

Customer Signature / Firma del Cliente

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.**

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 77402876331B.

Acct#743588 5736




© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/04)

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 075 Quick Collect
10/23/09
1023A EDT MTCN: 606-934-6949

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 100
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 721.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 721.00
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 733.99

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCION FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TERMINOS Y CONDICIONES.

Acct # 743588736

WESTERN

**WESTERN UNION** **Customer Receipt / Recibo del Cliente** **www.westernunion.com**



Agent Signature / Firma del Agente ______________________

Customer Signature / Firma del Cliente ______________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN

WESTERN UNION

Customer Receipt / Recibo del Cliente

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 548 Quick Collect
01/09/09
620P EST
MTCN: 651-046-8344

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: HOMECOMINGS PA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

| | |
|---|---|
| Amount/Cantidad: | $ 601.00 |
| Charges/Cargos: | |
| Service/Servicio: | 12.99 |
| Total: | $ 613.99 |

Debit Card/Tarjuta de Debito:
Authorization Code 230910

Acct # 7435885736

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ENT via Quick Collect®
Para enviar un pago por Quick Collect®

WESTERN UNION

Union® Gold Card or phone number
de Tarjeta Dorada de Western Union® o teléfono
OR ( )

Members: Fill out yellow shaded areas only
Dorada: Completar los recuadros amarillos únicamente

Agent Use Only
Solo Para Uso del Agente
Money Transfer Control Number
Número de Control de Envío de Dinero (MTCN)
6510468384

n del Pago

Company Name/Nombre de la Compañía
ngs Financial
IA
885736
A

Amount / Cantidad $ 601.04
Fee / Cargo $
Other Fee(s) / Otros Cargos $
Tax / Impuestos $
Total Amount Collected / Cantidad Total = $ 613.99

l Remitente

Last Name/Apellido Paterno CARROLL
7435885736
0 Mobile Phone*/Teléfono Celular* (251) 591-9298

*You authorize Western Union to text message or contact you with special offers and other messages. Standard text messaging rates from a wireless carrier apply. / Usted autoriza a Western Union a enviarle mensajes de texto, contactarlo con ofertas especiales y otro tipo de mensajes. Se aplica el cargo habitual de la compañía de telefonía celular.

Point Rd Apt #/Apto
State/Estado AL Zip/Código Postal 36605

Exchange Rate¹ / Tipo de Cambio¹
Amount to be Paid¹ / Cantidad a Pagar¹ 613.99

nte

AKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARD
SACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON Y
E RECEIVER RECEIVES THE FUNDS. ◆ ² When sending $1,000 or more, the sender must provide identification and additional information. Dollar amount
ansaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMAC
PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICA
BIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. ◆ ² Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporci
res no debe exceder US $5,000 ◆ Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los docume
miento con tales términos y condiciones.

Fecha Hora Firma del Agente Signature

Customer Copy

QFMQCDOMB 04/

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: KMH Quick Collect
03/06/09
436P EST
MTCN: 183-645-8028

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 75
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
Charges/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

WESTERN UNION

Debit Card/Tarjeta de Debito:
Authorization Code 232598

NO MORE FORMS - JUST FOR GOLD CARD MEMBERS.
When sending a qualifying money transfer or bill payment to an existing receiver, there is no need to fill out a form, saving even more time.
*****************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ________________

Customer Signature / Firma del Cliente ________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct# 7435885736

WESTERN UNION

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion...

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: KMH Quick Collect
03/06/09
436P EST
MTCN: 183-645-8028

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 75
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

Debit Card/Tarjeta de Debito:
Authorization Code 232598

NO MORE FORMS - JUST FOR GOLD CARD MEMBERS.
When sending a qualifying money transfer or bill payment to an existing receiver, there is no need to fill out a form, saving even more time.
****************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ______________________

Customer Signature / Firma del Cliente ______________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct# 7435885736

WESTERN UNION

WESTERN UNION

Customer Receipt / Recibo del Cliente

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 077 Quick Collect
04/03/09
418P EDT
MTCN: 324-657-8377

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 660.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 660.00
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 672.99

WESTERN UNION

Agent Signature / Firma del Agente C. Hill

Customer Signature / Firma del Cliente [signature]

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

Acct # 7435885736

WESTERN UNION

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 077 Quick Collect
05/07/09
542P EDT
MTCN: 509-775-7907

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 85
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

| | |
|---|---|
| Cantidad: | $ 601.00 |
| s)/Cargos: | |
| ce/Servicio: | 12.99 |
| otal: | $ 613.99 |

Agent Signature / Firma del Agente C. HILL

Customer Signature / Firma del Cliente [signature]

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

Acct # 7435885736

WESTERN

WESTERN UNION

**Customer Receipt / Recibo del Cliente** 8379984949-2

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Date: 01/05/10
OperID: 085

Time: 11:15 AM

Money Transfer Receive
MTCN: 0492110910
Sender: WU GMAC MORTGAGE

Amount: $701.00

Receiver: BILLY CARROLL

Check#8379984949 $701.00

Need to send money to family and friends? Now you can! Take 50% off one money transfer from any US Agent location to any destination! One discount/transfer. No cash value. Agent-Use code T7413-182261032. Expires 04/30/10.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HAELEGIDO, ESTÁN ESPEDIFICADOS EN EL REVERSO DE ESTÁ FORMULARIO. AL FIRMARIO, USTED ESTÁ DE ACUERDO CON ESOS TÉRMINOS US CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DÓLARES AMERICANOS POR MONEDA EXTRANJERA. POR FAVOR LEAEL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

NEW! Western Union(R) Gift and Greeting Card! Send up to $100 on a Visa Gift Card with a personalized greeting card, voice message and free 1st class mail shipping for only $5! Order today at wugift.com.

590-649-9421 12/16/09 1:15pm




8379984949-2

UNION

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 085 Quick Collect
11/03/09
1140A EST MTCN: 844-617-1770

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 105
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 722.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 722.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 734.99

Debit Card/Tarjeta de Debito:
Authorization Code 0732360
Trace Number 732360
Send your next Quick Collect (R) payment to a U.S. biller FEE-FREE.
One discount per transaction-no cash value. Use promo code C0683-109063396.
Expires 12/31/09. Go to sendiget1.com to learn more.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card!
Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.




© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 075 Quick Collect
10/23/09
1023A EDT MTCN: 606-934-6949

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 100
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 721.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 721.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 733.99

Debit Card/Tarjeta de Debito:
Authorization Code 0232001
Trace Number 232001

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 085 Quick Collect
11/03/09
1140A EST MTCN: 844-617-1770

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 105
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 722.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 722.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 734.99

Debit Card/Tarjeta de Debito:
Authorization Code 0732360
Trace Number 732360

Send your next Quick Collect (R) payment to a U.S. biller FEE-FREE. One discount per transaction-no cash value. Use promo code C0683-109063396. Expires 12/31/09. Go to send1get1.com to learn more.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct # 7435885736

WESTERN UNION

Customer Receipt / Recibo del Cliente

Agent Signature / Firma del Agente ______________

Customer Signature / Firma del Cliente ______________

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HAELEGIDO, ESTÁN ESPEDIFICADOS EN EL REVERSO DE ESTÁ FORMULARIO. AL FIRMARIO, USTED ESTÁ DE ACUERDO CON ESOS TÉRMINOS US CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DÓLARES AMERICANOS POR MONEDA EXTRANJERA. POR FAVOR LEAEL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

Acct # 7435885736

590-649-9421 12/16/09 1:15pm

WESTERN

WESTERN UNION

Customer Receipt / Recibo del Cliente www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 075 Quick Collect
10/23/09
1023A EDT MTCN: 606-934-6949

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 100
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 721.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 721.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 733.99

Debit Card/Tarjeta de Debito:
Authorization Code 0232001
Trace Number 232001

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card. *** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct # 743585736

WESTERN UNION

WESTERN UNION **Customer Receipt / Recibo del Cliente** www.westernunion.com

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 459 Quick Collect
08/07/09
413P EDT MTCN: 359-505-7865

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 95
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
[illegible] Cargos:
[illegible] Servicio: 12.99
[illegible]: $ 613.99

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente [signature]

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

WESTERN

Acct#7435885736



**Customer Receipt / Recibo del Cliente** www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 079 Quick Collect
07/10/09
1052A EDT MTCN: 803-389-6128

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX

Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 90
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 651.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 651.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 663.99

Acct # 7435885736

Debit Card/Tarjeta de Debito:
Authorization Code 0530580
Trace Number 530580

can Western Union help you save up to 20% on your everyday purchases? yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!

*******************************************************************************

ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente: Crystal Nelson

Customer Signature / Firma del Cliente: ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

Oper ID: [illegible] Quick Collect

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: [illegible]
Total WU Card Points/Total puntos en tarjeta WU : [illegible]
Assigned WU Card Points/Puntos asignados a la tarjeta WU : [illegible]

Payout amount/Cantidad de pago: [illegible] US Dollar
Exchange Rate/Tipo de cambio: 1.000000

WESTERN UNION

Cantidad: $ [illegible]
.../Cargos:
.../Servicios: [illegible]
Total: $ [illegible]

Agent Signature / Firma del Agente C. HILL

Customer Signature / Firma del Cliente [signature]

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

Acct # 7435885736




© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (06/08)
7439G

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 077 Quick Collect
04/03/09
418P EDT
MTCN: 324-657-9377

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 660.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

Amount/Cantidad: $ 660.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 672.99

Debit Card/Tarjeta de Debito:
Authorization Code 0360203
Trace Number 360203
can Western Union help you save up to 20% on your everyday purchases? yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!
************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente C. Hill

Customer Signature / Firma del Cliente [signature]

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-520-9262 & enter your personal PIN: 774028763319



Acct # 7435885736

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (06/08)
743QG

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: KMH Quick Collect
03/06/09
436P EST
MTCN: 183-645-8028

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 75
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

Debit Card/Tarjeta de Debito:
Authorization Code 232598

NO MORE FORMS - JUST FOR GOLD CARD MEMBERS.
When sending a qualifying money transfer or bill payment to an existing receiver, there is no need to fill out a form, saving even more time.
*************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct# 7435885736

WESTERN UNION

© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/04)

...nt via Quick Collect®
... Quick Collect®

WESTERN UNION

...ed Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla

...577196312

**AGENT USE ONLY**
Sólo para uso del Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

| Money Transfer Control Number / Número de control de transferencia | |
|---|---|
| Date / Fecha | Time / Hora |
| Amount / Cantidad | $ |
| Transfer Fee / Cargo por la transferencia | $ |
| Tax / Impuesto | $ |
| Total Amount Collected / Cantidad total cobrada | $ |
| Rate of Exchange* / Tipo de cambio* | Amount to be Paid* / Cantidad a pagar* |
| Agent's Signature / Firma del agente | |

INFORMACIÓN DEL PAGO

...t To Exceed US $5,000
...debe exceder US $5,000

...and additional information.
...formación adicional.

...ncial

State / Estado IA

...NFORMACIÓN DEL REMITENTE

...CARROLL
Last Name/Apellido Paterno

...736

...t Rd

...AL 36605
State/Estado Zip/Código Postal

FIRMA DEL CLIENTE

Kae Carroll

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNIO... ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLAR... INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGE... FOR MORE INFORMATION REGARDING CURRENC... EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOU... TRANSACTION WAS DETERMINED AT THE TIME YOU SEN... THE MONEY, THE CURRENCY TO BE PAID OUT AND TH... EXCHANGE RATE ARE LISTED ON YOUR RECEIP... OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN TH... RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AN... CONDITIONS GOVERNING THIS TRANSACTION AND TH... SERVICES YOU HAVE SELECTED ARE SET FORTH ON TH... ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU AR... AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO D... TRANSFERENCIA, WESTERN UNION TAMBIÉN GAN... DINERO CUANDO CAMBIA SUS DÓLARES A MONED... EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXA... MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ S... EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJAD... EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONED... EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO S... INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO D... CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LO... FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QU... RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTE... HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. A... FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ D... ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)



WESTERN UNION Customer Receipt / Recibo del Cliente www.westernunion.com

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 548 Quick Collect
01/09/09
620P EST

MTCN: 651-046-8344

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: HOMECOMINGS PA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attention:

Amount/Cantidad: $ 601.00
Cargos:
Servicio: 12.99
: $ 613.99

Debit Card/Tarjeta de Debito:
Authorization Code 230910

Acct# 7435885736

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A

[illegible] Oper ID: 023 [illegible]
[illegible] ISLAND PKWY [illegible]
[illegible] AL [illegible] MTCN: [illegible]

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL [illegible]

[illegible] City/Codigo de la ciudad: [illegible] TX
Account #/Numero de cuenta: [illegible]
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: [illegible]
Total WU Card Points/Total puntos en tarjeta WU [illegible]
Assigned WU Card Points/Puntos asignados a la tarjeta WU [illegible]

Amount/Cantidad: $ [illegible]
[illegible]
[illegible] 12.95
$ [illegible]

Debit Card/Tarjeta de Debito:
Authorization Code - [illegible]

Send the gift of cash with Western Union, perfect for any holiday!
Visit www.WesternUnion.com to share holiday gift stories and send [illegible]

[illegible] PHONE TIME! Gold Card [illegible] LONG DISTANCE phone card [illegible] using cash at an Agent. Call [illegible] to use credit/debit card.

**Agent Signature / Firma del Agente** ____________________

**Customer Signature / Firma del Cliente** ____________________

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.**

[illegible] MINUTES OF PHONE TIME! Your time is [illegible] directly on your card. Calling instructions are on the card [illegible] your personal PIN: [illegible]




© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/04)

UNION

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 073 Quick Collect
10/03/08
442P EDT MTCN: 867-542-2322

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 55
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

Amount/Cantidad: $ 601.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 613.99

Debit Card/Tarjeta de Debito:
Authorization Code 0160993
Trace Number 160993
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07)

# PAYMENT

## To Send A Payment via Quick Collect®

*Para enviar un pago por Quick Collect®*

**WESTERN UNION**

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

WESTERN UNION® GOLD OR PREFERRED CARD NUMBER
Número de la tarjeta Gold o Preferred de Western Union®: 577196312

## 1 PAYMENT INFORMATION / INFORMACIÓN DEL PAGO

$ 601.00

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

Pay to / Páguese a: HomeComing Financial
Company Name/Nombre De La Compañía

Attention: / Atención:

Reference Number: / Número de Referencia: 7435885736

Code City / Código de Ciudad: Home    State / Estado: IA

## 2 SENDER INFORMATION / INFORMACIÓN DEL REMITENTE

Sender's Name / Nombre del remitente: Billy    CARROLL
First Name/Primer Nombre    Last Name/Apellido Paterno

Account Number With Company / Número de cuenta con la compañía: 7435885736

Telephone / Teléfono: (251) 478 0090

Address / Dirección: 2285 Cedar Point Rd
Street/Calle y número

Mobile    AL    605
City/Ciudad    State/Estado    Zip/Código Postal

## 3 CONSUMER SIGNATURE / FIRMA DEL CLIENTE

[signature] 10-3-08

## AGENT USE ONLY

Sólo para uso del Agente

Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

| Field | Value |
|---|---|
| Money Transfer Control Number | |
| Date / Fecha | |
| Time / Hora | |
| Amount / Cantidad | $ 601.00 |
| Transfer Fee / Cargo por la transferencia | $ 12.99 |
| Tax / Impuesto | $ |
| Total Amount Collected / Cantidad total cobrada | $ 613.99 |
| Rate of Exchange* / Tipo de cambio* | |
| Amount to be Paid* / Cantidad a pagar* | 613.99 |
| Agent's Signature / Firma del agente | |

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

PAYMASTER USA INC
200 SAINT JOSEPH ST
MOBILE AL 36602

Oper ID: 007 Quick Collect
07/11/08
509P EDT
MTCN: 748-257-2938

Sender/Remitente: BILL CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 40
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 850.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

Amount/Cantidad: $ 850.00
Charges/Cargos:
Service/Servicio: 12.99
Total/Total: $ 862.99

Debit Card/Tarjeta de Debito:
Authorization Code 0060861
Trace Number 060861
ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your
loaded directly on your card. Calling instructions are on the
back, or dial 888-628-8862 & enter your personal PIN: 77402876




© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

# To Send A Payment via Quick Collect®
## Para enviar un pago por Quick Collect

WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION® GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union®: 577196312

## 1 PAYMENT INFORMATION — INFORMACIÓN DEL PAGO

$ 850.00

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

Pay to / Páguese a: HomeComings Financial
Company Name/Nombre De La Compañía

Attention: / Atención:

Reference Number: / Número de Referencia: 7435885736

Code City / Código de Ciudad: HOME
State / Estado: IA

## 2 SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

Sender's Name / Nombre del remitente: Billy Carroll
First Name/Primer Nombre — Last Name/Apellido Paterno

Account Number With Company / Número de cuenta con la compañía: 7435885736

Telephone / Teléfono: (251) 478 0090

Address / Dirección: 2285 Cedar Point Rd
Street/Calle y número

Mobile AL 36605
City/Ciudad — State/Estado — Zip/Código Postal

## 3 CONSUMER SIGNATURE — FIRMA DEL CLIENTE

[signature]

## AGENT USE ONLY
Sólo para uso del Agente

Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

Money Transfer Control Number / Número de control de transferencia: 7492572932

| | |
|---|---|
| Date / Fecha | 7-11-08 |
| Time / Hora | 4:09 PM |
| Amount / Cantidad | $ 850.00 |
| Transfer Fee / Cargo por la transferencia | $ 12.99 |
| Tax / Impuesto | $ |
| Total Amount Collected / Cantidad total cobrada | $ 862.99 |
| Rate of Exchange* / Tipo de cambio* | |
| Amount to be Paid* / Cantidad a pagar* | |
| Agent's Signature / Firma del agente | [signature] |

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 073 Quick Collect
02/28/08
426P EST MTCN: 014-127-9769

Sender/Remitente: BILL CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 7435885736
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 30
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 601.00 US DOLLAR
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

| | |
|---|---|
| Amount/Cantidad: | $ 601.00 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 12.95 |
| Total/Total: | $ 613.95 |

Debit Card/Tarjeta de Debito:
Authorization Code 0361188
Trace Number 361188

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

**WESTERN UNION**

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07)

# PAYMENT

**To Send A Payment via Quick Collect®**
*Para enviar un pago por Quick Collect®*

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amaril**

**WESTERN UNION® GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union®
577196312

## 1 PAYMENT INFORMATION — INFORMACIÓN DEL PAGO

$ 601.00

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

Pay to / Páguese a: Home Comings Financial
Company Name/Nombre De La Compañía

Attention: / Atención: Claudia Almendrez

Reference Number: / Número de Referencia: 7435885736

Code City / Código de Ciudad: CityPLACE State / Estado: TX

## 2 SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

Sender's Name / Nombre del remitente: Billy (First Name/Primer Nombre) CARROLL (Last Name/Apellido Paterno)

Account Number With Company / Número de cuenta con la compañía: 7435885736

Telephone / Teléfono: (251) 478 0090

Address / Dirección: 2285 Cedar Point Rd
Street/Calle y número

Mobile AL 36605
City/Ciudad State/Estado Zip/Código Postal

## 3 CONSUMER SIGNATURE — FIRMA DEL CLIENTE

[signature]

## AGENT USE ONLY
Sólo para uso del Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

Money Transfer Control Number: [illegible]

Date / Fecha: [illegible] Time / Hora: [illegible]

Amount / Cantidad: $ [illegible]

Transfer Fee / Cargo por la transferencia: $ [illegible]

Tax / Impuesto: $

Total Amount Collected / Cantidad total cobrada: $ [illegible]

Rate of Exchange* / Tipo de cambio* — Amount to be Paid* / Cantidad a pagar*

Agent's Signature / Firma del agente: [signature]

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNI ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLA INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAG FOR MORE INFORMATION REGARDING CURREN EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YO TRANSACTION WAS DETERMINED AT THE TIME YOU SE THE MONEY, THE CURRENCY TO BE PAID OUT AND T EXCHANGE RATE ARE LISTED ON YOUR RECEI OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN T RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS A CONDITIONS GOVERNING THIS TRANSACTION AND T SERVICES YOU HAVE SELECTED ARE SET FORTH ON T ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU A AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO TRANSFERENCIA, WESTERN UNION TAMBIÉN GA DINERO CUANDO CAMBIA SUS DÓLARES A MONE EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEX MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJA EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONE EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA L FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES Q RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE UST HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/0

Oper ID: BEV Quick Collect
04/30/07
307P EDT MTCN: 867-651-3825

LY R CARROLL
HOMECOMINGS FINANCIAL USA

ciudad: CITYPLACE TX
enta: 0435885736

Reference #/Numero de referencia: MAY PAYMENT
Attn/Atencion:

Amount/Cantidad: $ 852.00
Charges/Cargos:
Service/Servicio: 12.95
Total/Total: $ 864.95

WESTERN UNION

PLEASE READ: Apply for your Western Union Prepaid MasterCard today at westernunion.com/PPMC for a $9.95 Activation Fee. No credit check. No bank account required. Visit westernunion.com/PPMC

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

WESTERN UNION

© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/04)

PAYMASTER USA INC
200 SAINT JOSEPH ST
MOBILE, AL. 36602-3917
251-432-2345

Merchant ID: 8010170
Term ID: 0031940

xxxxxxxxxxxx0019
VISA Entry Method: Swiped
Total: 864.95
03/29/07 15:20:27
Inv #: 000002 Appr Code: 202832

**Customer Receipt / Recibo del Cliente** www.westernunion.com

Oper ID: 007 Quick Collect
03/29/07
319P EDT MTCN: 076-964-3013

BILLY R CARROLL
...cio: HOMECOMINGS FINANCIAL USA

...e la ciudad: CITYPLACE TX
...e cuenta: 0435885736
... de referencia:
...UDIA ALMENDAREZ APRIL PAYMENT

WESTERN UNION

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 852.00 |
| Charge(s)/Cargos: | | |
| Service/Servicio: | | 12.95 |
| Total/Total: | $ | 864.95 |

Apply for the Western Union Prepaid MasterCard at www.westernunion.com/PPMC and the $9.95 Activation Fee will be waived. No credit check. Enroll today and a card will be mailed with no Activation Fee. Valid to: April 30, 2007.

Agent Signature / Firma del Agente [signature]

Customer Signature / Firma del Cliente [signature]

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

# ...nd a PAYMENT via Quick Collect®

*Para enviar un pago por Quick Collect®*

WESTERN UNION

Western Union® Gold Card or phone number
Número de Tarjeta Dorada de Western Union® o teléfono
# 5771965112 OR ( ) -

Gold Card Members: Fill out yellow shaded areas only
Titulares de la Tarjeta Dorada: Completar los recuadros amarillos únicamente

Agent Use Only
Sólo Para Uso del Agente
Money Transfer Control Number
Número de Control de Envío de Dinero (MTCN)
3 9 4 6 5 7 8 3 7 7

## 1 Payment Information — Información del Pago

Dollar Amount[1,2]/Cantidad en Dólares[1,2]: $ 660.00

Company Name/Nombre de la Compañía

Pay to/Páguese a: HomeComings Financial GMAC

Code City/Código de Ciudad: Home, IA

Attention/Atención:

Reference #/# de Referencia:

| | |
|---|---|
| Amount / Cantidad | $ 660.00 |
| Fee / Cargo | $ 12.99 |
| Other Fee(s) / Otros Cargos | $ |
| Tax / Impuestos | $ |
| Total Amount Collected / Cantidad Total | = $ 672.99 |

## 2 Sender Information — Información del Remitente

First Name/Primer Nombre: Billy Last Name/Apellido Paterno: CARROLL

Account # with Company/# de Cuenta con la Compañía: 7435885736

Phone/Teléfono: (251) 4780090 Mobile Phone*/Teléfono Celular*: ( )

Email*/Email*: PacKag@yahoo.com

*You authorize Western Union to text message or contact you with special offers and other messages. Standard text messaging rates from a wireless carrier apply. / Usted autoriza a Western Union a enviarle mensajes de texto, contactarle con ofertas especiales y otro tipo de mensajes. Se aplica el cargo habitual de la compañía de telefonía celular.

Street/Calle y Número: 2285 Cedar point Rd Apt #/Apto.

City/Ciudad: Mobile State/Estado: AL Zip/Código Postal: 36605

Exchange Rate[1] / Tipo de Cambio[1]

Amount to be Paid[1] / Cantidad a Pagar[1]

## 3 Consumer Signature — Firma del Cliente

X [signature]

[1] IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ♦ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ♦ [2] When sending $1,000 or more, the sender must provide identification and additional information. Dollar amount must not exceed US $5,000. ♦ Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

[1] ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDAS. ♦ CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁN EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. ♦ [2] Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcionar un documento de identidad y otros datos adicionales. El monto en dólares no debe exceder US $5,000 ♦ Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

| Date / Fecha | Time / Hora | Agent's Signature / Firma del Agente |
|---|---|---|
| | | |

**Customer Copy**

QFMQCDOMB 04/08

# To Send A Payment via Quick Collect®
*Para enviar un pago por Quick Collect*

WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

WESTERN UNION® GOLD OR PREFERRED CARD NUMBER
Número de la tarjeta Gold o Preferred de Western Union

## 1 PAYMENT INFORMATION / INFORMACIÓN DEL PAGO

$ 852.00

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

Pay to / Páguese a: Homecomings Financial
Company Name/Nombre De La Compañía

Attention / Atención: Claudia Almendarez

Reference Number / Número de Referencia: Loan # 0435885736

Code City / Código de Ciudad: CITYPLACE State / Estado: TX

## 2 SENDER INFORMATION / INFORMACIÓN DEL REMITENTE

Sender's Name / Nombre del remitente: Billy R. CARROLL
First Name/Primer Nombre Last Name/Apellido Paterno

Account Number With Company / Número de cuenta con la compañía: 0435885736

Telephone / Teléfono: (251) 478 0090

Address / Dirección: 2285 Cedar Point Rd
Street/Calle y número

City/Ciudad: Mobile State/Estado: AL Zip/Código Postal: 36605

## 3 CONSUMER SIGNATURE / FIRMA DEL CLIENTE

[signature]

## AGENT USE ONLY
Sólo para uso del Agente

Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

Money Transfer Control Number / Número de control de transferencia: 5761121185

Date / Fecha: 3/1/07 Time / Hora: 12:44pm

Amount / Cantidad: $ 852.00

Transfer Fee / Cargo por la transferencia: $ 12.95

Tax / Impuesto: $

Total Amount Collected / Cantidad total cobrada: $

Rate of Exchange* / Tipo de cambio*:

Amount to be Paid* / Cantidad a pagar*: 864.95

Agent's Signature / Firma del agente

***IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

***ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

QFMQCDOMB (12/05)

PAYMASTER USA INC
200 SAINT JOSEPH ST
MOBILE AL 366023

Oper ID: BEV Quick Collect
03/01/07
140P EST MTCN: 576-112-1185

Sender/Remitente: BILLY R CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX
Account #/Numero de cuenta: 0435885736
Reference #/Numero de referencia: CLAUDIA ALMENDA
Attn/Atencion:

WESTERN UNION

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 852.00 |
| Charges/Cargos: | | |
| Service/Servicio: | | 12.95 |
| Total/Total: | $ | 864.95 |

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

WESTERN UNION

© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/04)
7107G

WESTERN UNION

**Customer Receipt / Recibo del Cliente**

www.westernunion.com

BRUNOS FOOD WORLD #330
2962 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 079 Quick Collect
07/10/09
1052A EDT MTCN: 803-389-6128

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: HOMECOMINGS FINANCIAL USA

Code City/Codigo de la ciudad: CITYPLACE TX

Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 90
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Payout amount/Cantidad de pago: 651.00 US Dollar
Exchange Rate/Tipo de cambio: 1.0000000

WESTERN UNION

| | | |
|---|---|---|
| Amount/Cantidad: | $ | 651.00 |
| Charge(s)/Cargos: | | |
| Service/Servicio: | | 12.99 |
| Total/Total: | $ | 663.99 |

Acct # 743588573[illegible]

Debit Card/Tarjeta de Debito:
Authorization Code 0530580
Trace Number 530580

can Western Union help you save up to 20% on your everyday purchases? yes! start shopping at over 200 retailers, by visiting westernunionperks.com to sign up for free today!

**************************************************************************

ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente: Crystal Nelson

Customer Signature / Firma del Cliente: ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT YOU ARE AGREEING

RITE AID #7183
2912 DAUPHIN ISLAND PKWY
MOBILE AL 36605

Oper ID: 459 Quick Collect
08/07/09
413P EDT
MTCN: 359-505-7865

Sender/Remitente: BILLY CARROLL
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta: 743588 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta: 577196312
Total WU Card Points/Total puntos en tarjeta WU : 95
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 601.00
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 613.99

WESTERN UNION

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 774028763318.

Acct # 7435885736

WESTERN UNION

Send a Payment via Quick Collect
Para enviar un pago por Quick Collect®

WESTERN UNION



Western Union® Gold Card or phone number
Número de Tarjeta Dorada de Western Union® o teléfono
#577196312 OR ( ) -

Gold Card Members: Fill out yellow shaded areas only
Titulares de la Tarjeta Dorada: Completar los recuadros amarillos únicamente

Agent Use Only
Sólo Para Uso del Agente
Money Transfer Control Number

## 1 Payment Information

Dollar Amount[1,2]/Cantidad en Dólares[1,2]
$651.00

Company Name/Nombre de la Compañía

Pay to/Páguese a: Home Comings Financial

Code City/Código de Ciudad: HOME, IA

Attention/Atención:

Promo Code/Código de Promoción:

Amount / Cantidad $
Fee / Cargo $
Other Fee(s) / Otros Cargos $
Tax / Impuestos $
Total Amount Collected / Cantidad Total = $

Exchange Rate[1] / Tipo de Cambio[1]
Amount to be Paid[1] / Cantidad a Pagar[1]

## 2 Sender Information

First Name/Primer Nombre Rill Last Name/Apellido Paterno CARROLL

Account # with Company/# de Cuenta con la Compañía 7435885736

Phone/Teléfono (251) 4780090 Mobile Phone*/Teléfono Celular* ( )

Email*/Email* raerag@yahoo.com

*You authorize Western Union to text message or contact you with special offers and other messages. Standard text messaging rates from a wireless carrier apply. / Usted autoriza a Western Union a enviarle mensajes de texto, contactarlo con ofertas especiales y otro tipo de mensajes. Se aplica el cargo habitual de la compañía de teléfono celular.

Street/Calle y Número 2285 Cedar Point Rd Apt #/Apto

City/Ciudad Mobile State/Estado AL Zip/Código Postal 36605

## 3 Consumer Signature

X Rae Carroll

[1] IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • [2] When sending $1,000 or more, the sender must provide identification and additional information. Dollar amount may not exceed US $5,000. • Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

[1] ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDAS. • CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁN EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. • [2] Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcionar un documento de identidad y otros datos adicionales. El monto en dólares no debe exceder US $5,000. • Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

7421G

Date / Fecha | Time / Hora | Agent's Signature / Firma del Agente

Agent Copy

QFMQCDOMB 04/0