STATE OF ALABAMA

COUNTY OF MOBILE

2000021454  Book-4821  Page-0467
Total Number of Pages: 2

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS that Kensey Prentiss Mixon, Jr., a~~married~~ unmarried man, the grantor, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged to have been paid to the said grantor by Billy R. Carroll, the grantee, does hereby GRANT, BARGAIN, SELL AND CONVEY unto said grantee, his heirs and assigns, subject to the provisions hereinafter contained, all of that real property located in the County of Mobile, State of Alabama, which is described as follows:

> Begin at the Northwest corner of Lot Three of Fractional Section 15, Township 5 South, Range 1 West and run East 122 feet to a point on the East line of Cedar Point Road, thence run South 14 degrees 30 minutes West along the East line of said Cedar Point Road 741 feet to a point marked by an iron pipe, for the point of beginning; thence run 77 degrees 15 minutes East 360 feet to a point, thence run South 14 degrees 30 minutes West 75 feet to a point, thence run North 77 degrees 15 minutes West 360 feet to a point on the East line of Cedar Point Road, thence run North along the East line of Cedar Point Road, 14 degrees 30 minutes East, 75 feet to the point of beginning.
>
> EXCEPTING THEREFROM all interests in and to all oil, gas and other minerals in, on and/or under said property and all rights in connection therewith which may have been granted, reserved or leased to others by instruments of record in the office of the Judge of Probate of Mobile County, Alabama; and
>
> It is the express intent of the grantor herein to convey ownership of all oil, gas and other mineral interests in, on and/or under said property and all rights in connection therewith which have not been previously granted to or reserved by others.
>
> The above described real property does not constitute the homestead of the grantor herein.

together with all and singular the rights, members, privileges, tenements, hereditaments, easements, appurtenances and improvements belonging or in anywise appertaining thereto; TO HAVE AND TO HOLD the same unto said grantee, his heirs and assigns, in fee simple, forever.

This conveyance is made subject to restrictive covenants, easements, rights-of-way and building set back lines, if any, applicable to said property of record in the office of the Judge of Probate Court of Mobile County, Alabama.

And, except as to the above and the taxes hereafter falling due, the said grantor, for himself, his heirs and assigns, hereby covenants with said grantee, his heirs and assigns, that he is seized of an indefeasible estate in fee simple in and to said property, that he has a good and lawful right to convey the same, that said property is free and clear of all encumbrances, that he has the right to the possession, quiet use and enjoyment of said property and that he does hereby

WARRANT AND WILL FOREVER DEFEND the title to said property and the possession thereof unto said grantee, his heirs and assigns, against the lawful claims and demands of all persons, whomsoever.

IN WITNESS WHEREOF, the grantor has caused these presents to be executed on this the 30th day of March, 2000.

_Kensey Prentiss Mixon_ (SEAL)
Kensey Prentiss Mixon, Jr.

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned notary public, in and for said State and County, hereby certify that Kensey Prentiss Mixon, Jr., whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal on this the 30th day of March, 2000.

_Erin K. Duggan_
Notary Public,

4-8-2003

Mailing address of grantee:

2285 Cedar Point Rd.
Mobile, AL 36605

This instrument prepared by:

Chase R. Laurendine
Attorney At Law
5909 Airport Blvd.
P. O. Box 850817
Mobile, Alabama 36685

State of Alabama - Mobile County
I certify this instrument was filed on:
Tue, Apr-04-2000 @ 4:37:20PM

```
DEED TAX          $0.50
S. R. FEE         $2.00
SURCHARGE        $10.00
RECORDING FEE     $6.00
TOTAL AMOUNT     $18.50
```

2000021454
L.W. NOONAN, Judge of Probate

# 1st Real and Personal Property - Mobile County, AL - 2001

CARROLL BILLY R
2285 CEDAR POINT RD
DAUPHIN ISLAND AL 36528
Mailing Add: ~~Dilk, AL 36525~~

P000511  KEY  975626
:A000000        STA044 MO

No. C

| ST | 1 | 2 | 3 | 4 | 5 | 6 |
|----|---|---|---|---|---|---|

LOC: 2285 CEDAR POINT RD

| COUNTY | TWP | AREA | SEC. | 1/4 SEC. | BLOCK | PARCEL |
|--------|-----|------|------|----------|-------|--------|
| MIXON KENSEY PRENTISS JR | | | | M 294830 | | |
| 02 | 32 | 01 | 15 | 2 | 000 | 039 |

### REAL ESTATE DESCRIPTION (NOTE WHETHER MINERAL RIGHT, SURFACE RIGHT, TURPENTINE RIGHT OR OTHER RIGHT)

| Description | CLASS | H'stead Exemption Valuation | Market Value | Taxpayer's Estimate Of Value | MUN CODE | Tax Assessor's Value For Assessment | Valuation by Board Of Equalization |
|---|---|---|---|---|---|---|---|
| BEG NW COR FRACT SEC 15 T5S R1W RUN E 122 FT (D) 112 FT LAND (S) TO E/L CEDAR PT RD S 14 DEG 30 MIN W ALG SD E/L 741 FT FOR BEG TH S 77 DEG 15 MIN E 360 FT TH S 14 DEG 30 MIN W 75 FT TH N 77 DEG 15 MIN W 360 FT TO E/L CEDAR PT RD TH N ALG SD E/L 14 DEG 30 MIN E 75 FT TO BEG #SEC 15 T5S R1W | 3 | | | | | | |
| #01 1-1 STY FR RES W/1 BATH OP WD-DECK & FIREPL (5RMS/3BRMS) | | | | | | | |
| #FE GARAGE/3 | | | | | | | |
| OTHER IMPROVEMENTS AND FEATURES | | | FEAT 5200 | | 4 | 520 | |
| | | | BLDG 26000 | | 4 | 2500 | |
| | | | 4900 | | | | |
| | | | 4900 | | | | |
| | | | 25000 | | 4 | 500 | |
| RPBK 4821 PAGE 467 DATED 2000/03/30 WD MOBILE | | | | | | | |
| | | STATE 3520 | | | | | |
| | | COUNTY 2000 | | | | | |
| | | | 35100 | | | 3520 | |

SALES PRICE: $63,000
VERIFIED WITH: OWNER
TO CLAIM H/S

| | VALUATION BY BOARD OF EQUALIZATION | PRICHARD VALUATION | 1 | CITRONELLE VALUATION | 2 | CHICKASAW VALUATION | 3 | MOBILE VALUATION | 4 | BAYOU LA BATRE VALUATION | 5 | SARALAND VALUATION | 6 | SATSUMA VALUATION | 7 | DAUPHIN ISLAND VALUATION | 8 | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 3520 | | | | | | | | 3520 | | 3520 |

TAXPAYERS COPY
COST APPROACH
THIS IS NOT A BILL

**GAINES TITLE, INC.**
*5920-E Grelot Road - Suite 1*
*Mobile, Alabama 36609*
*Phone (334) 344-1521   Fax (334) 343-7066*

May 3, 2000

Mr. and Mrs. Billy R. Carroll
2285 Cedar Point Road
Mobile, Alabama 36605

   Re:  Kensey Prentiss Mixon, Jr.
       Billy R. Carroll and Cristie A. Carroll
       Our File No. G6709

Dear Mr. and Mrs. Carroll:

   Please find enclosed the following:

   1. Original recorded warranty deed from Kensey Prentiss Mixon, Jr. to Billy R. Carroll ~~[illegible]~~ recorded in the Probate Office of Mobile County, Alabama, in Real Property Book 4821, Page 467.

   2. Ticor Title Insurance's policy of owner's title insurance No. 01 3176 106 00000650.

   You should have this property assessed in your name(s) for taxes at the Tax Collector's office in the Mobile County Courthouse before December 31, 2000. If this property is to be your principal residence, be sure to claim your homestead exemption.

   Thank you for allowing us to assist you in this matter. If you have any questions or if we can be of further assistance, please feel free to give us a call.

                            Very truly yours,

                            GAINES TITLE, INC.

                            BY: _____
                                Carol G. Harrison

enclosures

## OWNERS
## SCHEDULE A

Agent File No.: G6709
Owners Policy No.: 01 3176 106 00000650
Date and Time of Policy: April 4, 2000 at 4:37 P.M.
Amount of Insurance: $63,000.00

NOTE: A loan policy on the encumbrance described in this Schedule has been issued naming as the insured: SouthTrust Mortgage Corporation

1. Name of Insured:

   Billy R. Carroll and Cristie A. Carroll

2. The estate or interest in the land described in this Schedule:

   Fee Simple

3. The mortgage, hereinreferred to as the insured mortgage, and the assignments thereof, if any, are described as follows:

Mortgage from Billy R. Carroll and Cristie A. Carroll to SouthTrust Mortgage Corporation dated March 30, 2000 and recorded in the Probate Office of Mobile County, Alabama, on April 4, 2000 at 4:39 P.M., in Real Property Book 4821, Page 469.

4. The land referred to in this Policy is in the State of Alabama, County of Mobile, and described as follows:

   SEE ATTACHED EXHIBIT "A"

Dated: May 3, 2000
GAINES TITLE, INC.

BY: _____

File #   G6709

## EXHIBIT A

Begin at the Northwest corner of Lot Three of Fractional Section 15, Township 5 South, Range 1 West and run East 122 feet to a point on the East line of Cedar Point Road, thence run South 14 degrees 30 minutes West along the East line of said Cedar Point Road 741 feet to a point marked by an iron pipe, for the point of beginning; thence run 77 degrees 15 minutes East 360 feet to a point, thence run South 14 degrees 30 minutes West 75 feet to a point, thence run North 77 degrees 15 minutes West 360 feet to a point on the East line of Cedar Point Road, thence run North along the East line of Cedar Point Road, 14 degrees 30 minutes East, 75 feet to the point of beginning.

*Authorized Signatory*

## OWNERS
## SCHEDULE B

*Agent File No.:  G6709*
*Owners Policy No.:  01 3176 106 00000650*
### EXCEPTIONS FROM COVERAGE

*This policy does not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of:*

*1. Rights or claims of parties in possession not shown by the public records.*

*2. Easements, or claims of easements, not shown by the public records.*

*3. Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey or inspection of the premises.*

*4. Any lien or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.*

*5. Taxes or special assessments which are not shown as existing liens by the public records.*

*NOTE: Exceptions numbered - none - above are hereby deleted.*

*SPECIAL EXCEPTIONS: The mortgage, if any, referred to in Item 4 of Schedule A.*

*6. General and special taxes or assessments for 1998 and subsequent years not yet due and payable.*

*7. This policy does not insure against loss or damage which may arise from any municipal assessments not recorded in the Probate records.*

*8. Right of Way granted to Alabama Power Company by instrument(s) recorded in Deed Book 632, Page 534 and Real Property Book 371, Page 189.*

*9. Easement and/or building setback line as shown on record plat.*

cgh

*The recording references refer to the records in the office of the Judge of Probate, Mobile County, Alabama, unless otherwise indicated.*