## ResCap Borrower Claims Trust
## 29209 Canwood St. Suite 210
## Agoura Hills, CA 91301

February 6, 2015

VIA U.S. MAIL
Billy Ray Carroll
2158 Grove Ct
Mobile, AL 36605

FOR SETTLEMENT PURPOSES ONLY
SUBJECT TO FRE 408

Re:  In re Residential Capital, LLC, et als.
     U.S. Bankruptcy Court, Southern District of New York
     Case No. 12-12020 (MG)
     Resolution of Proof of Claim No. 4121

Dear Claimant:

I am writing to you in my capacity as the Trustee for the ResCap Borrower Claims Trust. In connection with the Residential Capital, LLC Chapter 11 cases, you filed a proof of claim No. 4121 against Debtor RFC in the amount of $80,000.00.

On December 11, 2013, the Bankruptcy Court presiding over the ResCap Chapter 11 cases confirmed the Debtors' Chapter 11 Plan (the "Plan") [Docket No. 6065] which established the ResCap Borrower Claims Trust ("Borrower Trust"). The Borrower Trust's responsibilities include reviewing, litigating and settling proofs of claim filed by Borrowers, such as you, as well as making monetary distributions to individuals whose proofs of claim are ultimately allowed. Your claim can be resolved through litigation or through a consensual settlement.

Litigation

The litigation track usually involves the Borrower Trust investigating and then filing an Objection to your claim. You then can oppose the Objection if you choose by filing a responsive pleading. The Borrower Trust can thereafter, if necessary, file a pleading to respond to your pleading. The Objection is then scheduled for a hearing and the Court rules on the objection. If the court denies the Borrower Trust's Objection, then typically the matter would be set for an actual trial. All of the pleadings, the hearing and the trial will be in the U.S. Bankruptcy Court, Southern District of New York in New York, New York.

As of December 12, 2014, the data for the Objections filed by the Debtors and the Borrower Trust and ruled on by the court reflects that 2,421 claims were objected to by the Debtors and the Borrower Trust and 2,324 of the filed Objections were granted by the Court. In other words, of the 2,421 claims subject to filed Objections, 2,324 of the claims were expunged and the claimant lost their right to receive a monetary distribution from the Borrower Trust. While an Objection has not yet been filed as to your claim, the Debtors and the Borrower Trust have been successful expunging 96% of the claims that were the subject of a filed claims Objection.

ny-1160465 v2

Settlement

Another method to resolve your claim is through a settlement. We are in the process of investigating the remaining unresolved claims such as yours ahead of filing an Objection. However, before filing an Objection to your claim and in furtherance of the Borrower Trust's claim reconciliation efforts, the Borrower Trust extends the following offer to resolve your proof of claim:

> *The Borrower Trust will agree to allow Claim No. 4121 against RFC as a general unsecured claim in the amount of $7,500.00. This proof of claim will be treated as a Class RS-5 claim under the Plan, and you will receive a cash distribution under the Plan consistent with other creditors in Class RS-5 at a time to be determined in the sole discretion of the Borrower Trust.*

**This offer expires three (3) weeks from the date of this letter.**

Under the terms of the Plan, it is estimated that creditors with allowed claims against RFC will receive distributions of approximately nine cents on the dollar for their allowed claims (or, **for example**, approximately $900 cash for an allowed claim of $10,000).

**If you agree to this settlement offer,** kindly return a countersigned copy (all claimants must sign) to me in the stamped envelope enclosed herein before the expiration date, and the Borrower Trust will consider your signature(s) to represent a binding agreement between the parties and your proof of claim will be deemed Allowed (as such term is defined in the Plan) in the amount stated above.

**If you do not agree to this settlement offer,** then the Borrower Trust reserves the right to file an Objection to your claim with the Bankruptcy Court and ask that the claim be disallowed.

Should you have any questions about this offer, please contact Peter Kravitz by email, phone or mail as set forth below. Email is more efficient and will typically generate a more rapid response.

    Peter S. Kravitz, Trustee
    ResCap Borrower Claims Trust
    29209 Canwood St. Suite 210
    Agoura Hills, CA 91301
    Phone: 310-974-6351
    Email: admin@solutiontrust.com

Sincerely,

Peter S. Kravitz
Trustee, ResCap Borrower Claims Trust

ny-1160465 v2

Billy Ray Carroll
2158 Grove Ct
Mobile, AL 36605

**Resolution of Proof of Claim No. 4121**

I/WE _____, ACKNOWLEDGE & AGREE TO RESOLVE PROOF OF CLAIM NUMBER(S) 4121 FOR AN ALLOWED GENERAL UNSECURED CLAIM AGAINST RFC IN THE AMOUNT OF $7,500.00:

Dated: _____    Dated: _____

By: _____    By: _____
    Print Name                      Print Name

    _____        _____
    Signature                       Signature

ny-1160465 v2