**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEWYORK**

In re:                                                    Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.           Chapter 11

Debtors.

*GMAC*

*Exhibit A*

**THE FOLLOWING EVIDENTIARY ITEMS LISTED BELOW, ARE THE ITEMS BEIGN PRESENTED IN THE EVIDENTIARY HEARING AS SOLELY RELATES TO THE FRAUD COMMITTED BY GMAC BACK IN JULY 2005 OF PROOF FOR <u>CLAIM NO. 1083 FILED BY ELDA AND MARIA THOMPSON</u>**

**DISCOVERY**

**1. *TRUTH IN LENDING*,** The Federal Truth in Lending Act involves mortgage mortgagees, just like GMACM to stipulate a comprehensive report concerning the credit transactions to the mortgagors, Elda and Maria Thompson. TILA also imposes liability on the mortgagee, GMACM, once they fall short in providing the document data truthfully or in the essential form. Likewise, the liability for a mortgagee's, GMACM, error that may possibly permit from beginning to end to an assignee, consequently causing the consumer of the mortgage loan document accountable of the errors made via the preceding remortgage loan corporation.

Statutory liability under TILA will frequently occur once the lender, meaning Elda and Maria Thompson. In a particular action under Section 3, the evaluation of the damages that could possibly include the following actual damages, statutory damages and attorneys' fees as well.

**2. *HIGH-RATE REVIEW*,** short of Current Rate Set and Current Rate lock dates, the System expends the Current Rate Locks Dates the same as the ***"dates the interest***

***rate is set*** to establish the NJ Subprime Mortgage starting point. Meanwhile both dates are absent from this mortgage loan document, the System expended the Document Sign Date. This may perhaps influence the consistency of the New Jersey High-Risk/Subprime Mortgage threshold outcomes. (N.J. Rev. 46: 10B-50)

"High Risk Mortgage" represents the initial mortgage loan document that has one or more of the succeeding features, is initially an interest only mortgage loan document with a potential interest reset rate, at that moment has a reset mortgage interest rate that escalates the original interest rate through two or additional percentage points and encloses a payment ***"option plan"*** or a ***"pick a payment"*** strategy and holds a negative ***"paying off"*** timetable, which is a subprime mortgage loan document, which entails a ***"consumer credit transaction"***, ensured through the consumer's primary private residence, with an annual percentage rate that surpasses the standard ***"prime offer rate"*** for an equivalent contract, to the same degree, the date the interest rate is set, through 1.5 or additional percentage points for mortgage loan document locked through an initial lien on a private residence, or through 3.5 or additional percentage points for the mortgage loan document locked through a secondary lien on a private residence; includes an law or regulation installment fine; or is a high price tag on the mortgage loan document as expressed in Section 3 of the "New Jersey Home Ownership Security Act of 2002," P.L.2003, c.64 (C.46:10B-24).

**3. *N.J. Stat. § 31:1-1,*** "Contract rate; rate on mortgages on dwellings and other loans; computation of interest or discount; determination of rates

(a) Except as herein and otherwise provided by law, no person shall, upon contract, take, directly or indirectly for loan of any money, wares, merchandise, goods and chattels, above the value of $ 6.00 for the forbearance of $ 100.00 for a year, or when there is a written contract specifying a rate of interest, no person shall take above the value of $ 16.00 for the forbearance of $ 100.00 for a year."

**4. *N.J. Stat. § 31:1-3,*** "Forfeiture of all interest; deduction from recovery

In all actions to enforce any note, bill, bond, mortgage, contract, covenant, conveyance,

Respectively Submitted,

                                              Elda M Thompson
                                              Maria M Thompson
                                              29 General Lane
                                              Willingboro, New Jersey 08046
                                              Telephone: (609) 531-6075
                                              Facsimile:  (609) 531-6075
                                              Cellular:     (973) 687-4117

12-12020-mg    Doc 9238-1    Filed 10/06/15    Entered 10/08/15 11:50:14    Exhibit A through M    Pg 3 of 19

# GMAC Mortgage

www.gmacmortgage.com

Get Started. 1-877-370-4622

*Exhibit A*

## Payments

| Type | Due Date | Amount |
|---|---|---|
| Next Scheduled Payment | Jan 1, 2009 | $1,228.98 |
| Principal & Interest | | $1,228.98 |
| Escrow Amount | | $0.00 |
| Last Payment | Dec 31, 2008 | |

## Current Balances

| Type | Amount |
|---|---|
| Principal Balance | $195,973.67 * |
| Late Charge Assessed | -$61.44 |
| Escrow Balance | $0.00 |
| Interest Paid Year to Date | $0.00 |
| Taxes Paid Year to Date | $0.00 |

*Not Payoff Amount

## General Information

| | |
|---|---|
| Original Loan Amount | $205,000.00 |
| Original Date | Jul 5, 2005 |
| Original Maturity Date | Aug 1, 2035 |
| Interest Rate | 6.000% |
| Loan Number | 0359188459 |
| Type | 30 year ARM |

MARIA M THOMPSON    Home Phone: (609)531-6075
ELDA THOMPSON    Home Phone:
Property Address:    137 ELLERY AVENUE
NEWARK, NJ 07106-0000

Mailing: 29 GENERAL LANE
NEWARK, NJ 07106-0000

https://www.gmacmortgage.com/loginAction.htm;jsessionid=nhVMJnWHqKFbhQV6l1xv...    1/14/2009



*Exhibit B*

**GMAC Mortgage**

www.gmacmortgage.com

Get Started. 1-877-xxx-xxxx

- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*
- *(illegible)*

### Payments

| Type | Due Date | Amount |
|---|---|---|
| Next Scheduled Payment | Aug 1, 2009 | $1,227.77 |
| Principal & Interest | | $1,227.77 |
| Escrow Amount | | $0.00 |
| Last Payment | Jul 9, 2009 | |

### Current Balances

| Type | Amount |
|---|---|
| Principal Balance | $194,191.18 * |
| Late Charge Assessed | $0.00 |
| Escrow Balance | $0.00 |
| Interest Paid Year to Date | $6,824.30 |
| Taxes Paid Year to Date | $0.00 |
| *Net Payoff Amount | |

### General Information

| | |
|---|---|
| Original Loan Amount | $205,000.00 |
| Original Date | Jul 5, 2005 |
| Original Maturity Date | Aug 1, 2035 |
| Interest Rate | 5.990% |
| Loan Number | 0359188450 |
| Type | 30 year ARM |

MARIA M THOMPSON             Home Phone: (609)531-6075
ELDA THOMPSON                Home Phone:

Property Address:   137 ELLERY AVENUE
                    NEWARK, NJ  07106-0000

Mailing:   29 GENERAL LANE
           NEWARK, NJ  07106-0000

© 2009 GMAC Mortgage, LLC. All rights reserved. GMAC is a registered service mark.

https://www.gmacmortgage.com/loginAction.htm                                    7/9/2009

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780


*Exhibit C*

06/23/10

184285-000815

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LANE

WILLINGBORO NJ 08046-3019

RE:  Account Number          8459
     Property Address    137 ELLERY AVENUE

NEWARK NJ 07106-0000

Dear MARIA M THOMPSON
     ELDA THOMPSON

*IMPORTANT NOTICE REGARDING INTEREST RATE
AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on 08/01/10.  The new principal and interest (P&I) amount will be effective with the 09/01/10 payment.

Projected principal balance after 08/01/10 payment:$    190729.94

| | | | |
|---|---|---|---|
| Previous index value | 0.44300% | New index value | 0.75400% |
| Current interest rate | 5.99000% | New interest rate | 5.99000% |
| Current P&I pymt   $ | 1227.70 | New P&I pymt   $ | 1227.70 |
| Margin | 2.75000% | Escrow*        $ | 0.00 |
| | | Total pymt    $ | 1227.70 |

Rate Next Change Date                    02/01/11
Principal and Interest Next Change       03/01/11



*Subject to change if analysis occurs after the date of this letter.

Your new interest rate is calculated by adding the margin to the new index value.  The result of this addition is subject to rounding and rate cap limitations according to the terms of your loan documents.

An account statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

```
HISTORY FOR ACCOUNT       :8459                              PAGE
                                                             DATE 02/23/

    ---------- MAIL -------------------- ---------- PROPERTY --------------

    MARIA M THOMPSON
    ELDA THOMPSON
    29 GENERAL LANE                        137 ELLERY AVENUE

    WILLINGBORO      NJ 08046-3019 NEWARK              NJ 07106-0000


POST   TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST       ESCROW
DATE   CDE  DATE   AMOUNT         PAID          PAID           PAID

031008 RP   010108     1227.77       235.07        992.70          .00
031008 UFF  010108  UNAPPLIED FUNDS (2)        -240.09 BALANCE   256.06
031008 SRO  010108     -240.09          .00           .00          .00
041008 RPL  043008  PAID  2215.45 DUE  2215.45 SHORT     .00 TELLER 1657
041008 RPL  043008  NO. OF PLAN PMTS=01
041008 UI   020108         .00          .00           .00          .00
                    OPT PREMIUMS          .00 LATE CHARGE PYMT  -61.38*
041008 RP   020108     1227.77       236.24        991.53          .00
041008 UI   030108         .00          .00           .00          .00
                    OPT PREMIUMS          .00 LATE CHARGE PYMT  -61.38*
041008 RP   030108     1227.77       237.42        990.35          .00
041008 UFF  030108  UNAPPLIED FUNDS (2)        -240.09 BALANCE    15.97
041008 SRO  030108     -240.09          .00           .00          .00
050508 FB   030108       50.00   40 EXPENSE ADVANCES
050808 RPL  053108  PAID  2215.45 DUE  2215.45 SHORT     .00 TELLER 1657
050808 RPL  053108  NO. OF PLAN PMTS=01
050808 UI   040108         .00          .00           .00          .00
                    OPT PREMIUMS          .00 LATE CHARGE PYMT  -61.38*
050808 RP   040108     1227.77       238.61        989.16          .00
050808 UFF  040108  UNAPPLIED FUNDS (2)         987.68 BALANCE  1003.65
050808 SR   040108      987.68          .00           .00          .00
061008 RPL  063008  PAID  2215.45 DUE  2215.45 SHORT     .00 TELLER 1655
061008 RPL  063008  NO. OF PLAN PMTS=01
061008 UI   050108         .00          .00           .00          .00
                    OPT PREMIUMS          .00 LATE CHARGE PYMT  -61.38*
061008 RP   050108     1227.77       239.80        987.97          .00
061008 RP   060108     1227.77       241.00        986.77          .00
061008 UFF  060108  UNAPPLIED FUNDS (2)        -240.09 BALANCE   763.56
061008 SRO  060108     -240.09          .00           .00          .00
071008 RPL  073108  PAID  2215.45 DUE  2215.45 SHORT     .00 TELLER 1655
071008 RPL  073108  NO. OF PLAN PMTS=01
071008 RP   070108     1227.77       242.20        985.57          .00
071008 AMC  080108  INTEREST RATE CHG OLD    5.99000  NEW    6.00000
071008 RP   080108     1227.77       243.41        984.36          .00
071008 UFF  080108  UNAPPLIED FUNDS (2)        -240.09 BALANCE   523.47
071008 SRO  080108     -240.09          .00           .00          .00
081408 RPL  083108  PAID  2215.45 DUE  2215.45 SHORT     .00 TELLER 1659

   INQ 1226
```



*Exhibit E*

| Customer: | The Foreclosure Law Center (0316041612) |
|---|---|
| Loan ID: | THOMPSON_MNE |
| Review ID: | 0316041612THOMPSON_MNE982438662 01207111114826165 |
| Location: | Main |
| Borrower: | Maria & Elda Thompson |

| Review Status: | FAIL |
|---|---|
| Review Date: | 2012-07-11 |
| State: | NJ |

**Loan Status: FAIL**

| High Cost | Higher Priced | TILA | State Rules | License | NMLS | OFAC | HMDA | GSE | Enterprise Rules | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| PASS | PASS | PASS | FAIL | PASS | Not Requested | Not Requested | Not Requested | Not Requested | PASS | PASS |

### Request Summary        Result: FAIL

| Borrower: | Maria & Elda Thompson | Seller: | |
|---|---|---|---|
| Reviewed by: | bob.howley | Originator: | |
| Location: | Main | First Group: | |
| Loan ID: | THOMPSON_MNE | Second Group: | |
| | | Third Group: | |

| Address 1: | 137 Ellery Avenue | Lien Position: | 1 |
|---|---|---|---|
| Address 2: | | Occupancy Type: | Primary |
| City: | Newark | Property Type: | SFR Detached |
| County: | | Mortgage Type: | Conventional |
| State: | NJ | FHA Section: | |
| Zip Code: | 07106 | Transaction Type: | Cash Out Refinance |
| | | Purpose of Refinance: | Cash |
| | | Origination Type: | Retail |
| | | Documentation Type: | Full Documentation |
| | | Appraised Price: | $ 205,000.00 |
| | | Sales Price: | $ 0.00 |
| | | Loan Amount: | $ 205,000.00 |
| | | As-Is Value: | $ 0.00 |
| | | After-Improved Value: | $ 0.00 |
| | | Total Rehabilitation Cost: | $ 0.00 |

### TILA-Tolerance        Result: PASS

| APR | | Finance Charges | |
|---|---|---|---|
| Review: | PASS | Review: | PASS |
| Disclosed APR: | 6.654000% | Disclosed Finance Charges: | $ 261,500.24 |
| Calculated APR: | 6.6554% | Calculated Finance Charges: | $ 261,527.29 |
| Difference: | (0.0014%) | Difference: | ($ 27.05) |

/

## Calculation data

| Jurisdiction | Finance Charge Amount | Financed Amount | APR | Days of Prepaid Interest | Daily Prepaid Interest Amount |
|---|---|---|---|---|---|
| FED | $ 261,527.29 | $ 195,934.80 | 6.6554% | 30 | $ 33.64 |

| Fees Included | Paid By | Paid To | Amount |
|---|---|---|---|
| Loan Discount: | Borrower | Lender | $ 7,052.00 |
| Tax Related Service Fee: | Borrower | Lender | $ 70.00 |
| Flood Certification Fee: | Borrower | Lender | $ 9.00 |
| Prepaid Interest: | Borrower | Lender | $ 1,009.20 |
| Settlement or Closing Fee: | Borrower | Provider | $ 350.00 |
| Settlement or Closing Fee: | Borrower | Provider | $ 195.00 |
| Recording Service Fee: | Borrower | Provider | $ 380.00 |
| **Total Fees:** | | | **$ 9,065.20** |

| Fees Excluded | Paid By | Paid To | Amount |
|---|---|---|---|
| Inspection Fee: | Borrower | Lender | $ 360.00 |
| Title Insurance: | Borrower | Provider | $ 621.00 |
| Title Search: | Borrower | Provider | $ 425.00 |
| **Total Fees:** | | | **$ 1,406.00** |

### TILA MDIA Disclosure

### Disclosed Payment Summary

### TILA-Right of Rescission     Result: PASS

Loan Disbursement Date:     2005-07-05
Right To Cancel Expire Date:     2005-06-29
Right to Cancel Signed Date:     2005-06-25

### TILA-Payment

#### Payment Date

LTV Drop Date:     N/A
Sum of Payments:     $ 457,462.09

#### Payment Stream Worksheet
Calculated Data

| Number of Payments | Date | Payment Amount |
|---|---|---|
| 36 | 2005-09-01 | $1,227.76 |
| 323 | 2008-09-01 | $1,275.49 |
| 1 | 2035-08-01 | $1,279.46 |

### High Cost ( FED ) Second Pass     Result: PASS



Federal Total Loan Amount: $195,574.80

### APR Result

| | |
|---|---:|
| Limit Rate: | 12.7300% |
| Loan Rate: | 6.6554% |
| Difference: | 6.0746% |

### Fee Result

| | |
|---|---:|
| Fee Limit: | $ 15,645.98 |
| Loan Fees: | $ 8,416.00 |
| Difference: | $ 7,229.98 |

### Fees Included

| | Paid By | Paid To | Amount |
|---|---|---|---:|
| Loan Discount : | Borrower | Lender | $ 7,052.00 |
| Inspection Fee : | Borrower | Lender | $ 360.00 |
| Tax Related Service Fee : | Borrower | Lender | $ 70.00 |
| Flood Certification Fee : | Borrower | Lender | $ 9.00 |
| Settlement or Closing Fee : | Borrower | Provider | $ 350.00 |
| Settlement or Closing Fee : | Borrower | Provider | $ 195.00 |
| Recording Service Fee : | Borrower | Provider | $ 380.00 |
| **Total Fees:** | | | **$ 8,416.00** |

### Fees Excluded

| | Paid By | Paid To | Amount |
|---|---|---|---:|
| Prepaid Interest : | Borrower | Lender | $ 1,009.20 |
| Title Insurance : | Borrower | Provider | $ 621.00 |
| Title Search : | Borrower | Provider | $ 425.00 |
| **Total Fees:** | | | **$ 2,055.20** |

**High Cost ( NJ ) Second Pass**    Result: PASS

New Jersey Total Loan Amount: $196,584.00

### APR Result

| | |
|---|---:|
| Limit Rate: | 12.7300% |
| Loan Rate: | 6.6554% |
| Difference: | 6.0746% |

### Fee Result

| | |
|---|---:|
| Fee Limit: | $ 8,846.28 |
| Loan Fees: | $ 8,416.00 |
| Difference: | $ 430.28 |

### Fees Included

| | Paid By | Paid To | Amount |
|---|---|---|---:|
| Loan Discount : | Borrower | Lender | $ 7,052.00 |
| Inspection Fee : | Borrower | Lender | $ 360.00 |
| Tax Related Service Fee : | Borrower | Lender | $ 70.00 |
| Flood Certification Fee : | Borrower | Lender | $ 9.00 |
| Settlement or Closing Fee : | Borrower | Provider | $ 350.00 |
| Settlement or Closing Fee : | Borrower | Provider | $ 195.00 |
| Recording Service Fee : | Borrower | Provider | $ 380.00 |
| **Total Fees:** | | | **$ 8,416.00** |

### Fees Excluded

| | Paid By | Paid To | Amount |
|---|---|---|---:|
| Prepaid Interest : | Borrower | Lender | $ 1,009.20 |
| Title Insurance : | Borrower | Provider | $ 621.00 |
| Title Search : | Borrower | Provider | $ 425.00 |
| **Total Fees:** | | | **$ 2,055.20** |

**Higher-Priced (FED) Review**    Result: PASS

3

### Higher-Rate Review          Result: ALERT

**New Jersey High Risk Mortgage Loan(59280)**                     **ALERT**

This is a New Jersey High Risk Mortgage Loan. Under the New Jersey Mortgage Stabilization and Relief Act, upon filing a foreclosure complaint on or after April 1, 2009, the lender must grant the borrower a six-month period of forbearance to pursue a loan workout, modification, refinancing, or other alternative through mediation sponsored by the Administrative Office of the Courts. During the forbearance period the loan's interest rate cannot increase and the lender may not take further action to pursue foreclosure. (N. J. Rev. Stat. 46:10B-50)

**Lacks Current Rate Set and Current Rate Lock Dates (Warning)(61190)**       **WARNING**

The System uses the Current Rate Set Date (if provided), or the Current Rate Lock Date as the "date the interest rate is set" to determine the NJ Subprime Mortgage threshold. Since both of these dates are absent from this loan, the System used the Document Sign Date. This may affect the reliability of your New Jersey High Risk/Subprime Mortgage threshold results. (N.J. Rev. Stat. 46:10B-50)

### HOEPA Review          Result: PASS

### State Rules Review          Result: FAIL

**Third Party Fees To Lender Not Allowed(24710)**                   **FAIL**

The New Jersey Licensed Lenders Act prohibits third party fees in a first lien loan if paid to the Lender instead of a third party provider. (N.J. ADC 3:1-16.2)

**Fee Not Allowed(2000000)**                              **FAIL**

The New Jersey Licensed Lenders Act (N.J. Rev. Stat. 17:11C-28; N.J. ADC 3:15-9.2) does not allow Settlement or Closing Fee (Fee ID: 51) to be charged to the Borrower in NJ.

**Fee Not Allowed(2000000)**                              **FAIL**

The New Jersey Licensed Lenders Act (N.J. Rev. Stat. 17:11C-28; N.J. ADC 3:15-9.2) does not allow Settlement or Closing Fee (Fee ID: 51) to be charged to the Borrower in NJ.

**Recording Service Fee Can't Exceed $25(54520)**                **FAIL**

The New Jersey Licensed Lender's Act limits the amount of the additional service fee for recording a cancellation of a mortgage to $25.00. (N. J. ADC 3:1-16.2(a)(3))

### License Review - Lender          Result: PASS

|  |  |
|---|---|
| Review Status: | PASS |
| License Review: | License Review - Lender ( LIC ) |
| License Role: | Lender |
| Jurisdiction: | NJ |
| License Type: | NJ_MBN |
| Exempt: | false |

### Geocode Data          Result: PASS

| | | | |
|---|---|---|---|
| Address 1: | 137 Ellery Ave | Latitude: | 40.732050 |
| Address 2: | | Longitude: | -74.241662 |
| City: | Newark | CBSA Number: | 35620 |
| County: | Essex County | CBSA Division: | 35084 |
| State: | NJ | Census Tract: | 0022.02 |
| Zip Code: | 07106-3501 | Match Code: | S80 |
| State FIPS: | 34 | Location Quality Code: | AS0 |
| County FIPS: | 013 | Score: | 0.0025000 |

### LO Compensation (TILA)          Result: PASS



## Review

**Making Home Affordable Enterprise Rules Review**  Result: PASS

## Index Values

| Date | Type | Value | Purpose | Rule ID |
|---|---|---|---|---|
| 2005-04-15 | UST20Y | 4.73 | Federal - High Cost (First Liens 10/02) | 6130 |
| 2005-04-15 | UST20Y | 4.73 | New Jersey - High Cost (First Liens >= $40,000)(07/04) | 28790 |
| 2005-04-15 | CMR | 5.91 | New Jersey - High Cost (First Liens >= $40,000)(07/04) | 28790 |
| 2005-06-25 | APORAdjustable3Y | 5.90 | New Jersey - High Risk Mortgage Loan (07/09) | 61190 |

## Service Info    Result: PASS

Mavent Transaction ID:  0316041612THOMPSON_MNE9824386620120711114826165
Service Code:  DI-ComplianceReview-MHA
Received:  2012-07-11  11: 48: 26: 165
Returned:  2012-07-11  11: 48: 33: 069

| Service | Status |
|---|---|
| Geocode | PASS |
| SDS Prepayment Penalty Plan | PASS |
| ARM Mapper | PASS |
| Index Review | PASS |
| Perform Mortgage Calculations | PASS |

©2001 - 2012 Mavent Inc.
2comply Expert System®

5

# GMAC Mortgage

# GMAC Mortgage

Skip navigation • Home

www.gmacmortgage.com

Get Started. 1-877-370-4622

Exhibit F

- Purchase
- Refinance
- Check Rates
- Contact us
- Calculators
- Resource Center
- My Account

### Payments

| Type | Due Date | Amount |
|---|---|---|
| Next Scheduled Payment | Mar 1, 2011 | $1,698.92 |
| Principal & Interest | | $1,227.71 |
| Escrow Amount | | $471.21 |
| Last Payment | Apr 12, 2011 | |

### Current Balances

| Type | Amount |
|---|---|
| Principal Balance | $189,055.32 * |
| Late Charge Assessed | -$276.27 |
| Escrow Balance | -$3,178.57 |
| Interest Paid Year to Date | $2,839.54 |
| Taxes Paid Year to Date | $0.00 |

*Not Payoff Amount

### General Information

| | |
|---|---|
| Original Loan Amount | $205,000.00 |
| Original Date | Jul 5, 2005 |
| Original Maturity Date | Aug 1, 2035 |
| Interest Rate | 5.990% |
| Loan Number | 0359188459 |
| Type | 30 year ARM |

MARIA M THOMPSON      Home Phone: (609)531-6075
ELDA THOMPSON      Home Phone: (609)531-6075
**Property Address:**      137 ELLERY AVENUE
NEWARK, NJ 07106-0000

Mailing: 29 GENERAL LANE
(Edit) WILLINGBORO, NJ 08046-3019

Privacy & SSN Policies | Legal Information | Auto Insurance | Contact Us | About Us | Careers | Site Map

© 2010 GMAC Mortgage, LLC. All rights reserved. GMAC is a registered service mark.

© Copyright 2011 GMAC Mortgage, LLC. All rights reserved. GMAC is a registered service mark.

**CUSTOMER INFORMATION**

| | | **PROPERTY ADDRESS** |
|---|---|---|
| Name: | Maria M Thompson | 137 ELLERY AVENUE |
| | Elda Thompson | NEWARK    NJ 07106 |
| Account Number: | 0359188459 | |
| Home Phone #: | (609)531-6075 | |

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LANE
WILLINGBORO NJ    08046-3019

*For info*
*please c...*

*For info...*
*a new lo...*

*Exhibit G*

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | ...8459 | Principal and Interest | $1,227.71 |
| Statement Date | April 12, 2011 | Subsidy/Buydown | $0.00 |
| Maturity Date | August 01, 2035 | Escrow | $471.21 |
| Interest Rate | 5.99000 | Amount Past Due | $3,397.84 |
| Interest Paid Year-to-Date | $2,839.54 | Outstanding Late Charges | $337.65 |
| Taxes Paid Year-to-Date | $0.00 | Other | $465.06- |
| Escrow Balance | $3,178.57- | Total Amount Due | $4,969.35 |
| Principal Balance(PB)* | $189,055.32 | Account Due Date | March 01, 2011 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:      1-800-256-9962
For Payment Arrangements call:     1-800-850-4622

| | | | | | | |
|---|---|---|---|---|---|---|
| PROP INSPECTION FEE | 02/01/11 04/12/11 | $11.25 | | | | $11.25 |
| Receipt | 02/01/11 04/12/11 | $570.56 | | | | $570.56 |
| Payment | 02/01/11 04/12/11 | $657.14 | $282.59 | $945.11 | $471.21 | $1,041.77- |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

!Attention Military Families!  At GMAC Mortgage we are committed to doing what we can to support our customers in the military.  If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@gmacm.com to discuss your situation and identify possible alternatives.

**Mail This Portion With Your Payment**



Ocwen Loan Servicing, LLC
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946

📞 CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

**Account Statement**

Account Number: 8459
Account Statement Date: 10/17/2013
**Property Address:**
137 Ellery Ave
Newark NJ 07106

DELQ                                      Page 1

### Special Notices



*Exhibit H.*

1AV    05330/038635/006015 0163    1 ACQVA9
MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LN
WILLINGBORO NJ  08046-3019



### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 188,771.31 |
| Interest Rate: | 5.99000% |
| Next Payment Due Date: | 04/01/2011 |
| Escrow Advance Balance: | 9,892.12- |
| Current Suspense Balance: | 1,327.04 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | 1,983.17 |
| Beginning Principal Balance: | 188,771.31 |
| Beginning Escrow Balance: | .00 |
| Escrow Deposits/Adjustments Year-To-Date: | 7,908.95- |
| Escrow Disbursements/Adjustments Year-To-Date: | 1,983.17- |
| Recently Assessed Amounts: | |
| 09/25/13 Property Inspection Fee: | 10.50 |
| 10/07/13 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Amount Due: | |
| Principal: | 333.07 |
| Interest: | 894.64 |
| Escrow: | 471.21 |
| Less: Partial Payment Amount: | 1,327.04- |
| Current Amount Due by 11/01/13: | 371.88 |
| Past Due Amount: | |
| Principal: | 9,543.86 |
| Interest: | 28,515.15 |
| Escrow: | 14,607.51 |
| Past Due Amounts DUE IMMEDIATELY: | 52,666.52 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 337.65 |
| Prev-Prior Servicer Fees: | 1,579.25 |
| Curr-Property Inspection Fee: | 10.50 |
| Prev-Property Inspection Fee: | 21.00 |
| Prev-Property Valuation Expense: | 282.00 |
| Total Fees/Expense Outstanding: | 2,230.40 |
| **Total Amount Due:** | **55,268.80** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---:|---|---|---|---|---:|
| 10/17/13 | Tax Disbursement NEWARK CITY | | | 1,114.09- | | | | | 1,114.09- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Please visit OCWEN's website at www.ocwen.com to verify the social security number on file for your loan.

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

038635/006015 ACQVA9 S1-ET-M1-C0



**Ocwen Loan Servicing**
PO Box 24738
West Palm Beach, FL

www.ocwencustomer...



*Exhibit I*

7/16/14 4:04 PM 3  0002878 20140718 JGELW804 OCWSTMT 1 oz DOM JGEI

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LN
WILLINGBORO NJ  08046-3019

# Mortgage Account Statement

| Property Address | 137 Ellery Ave<br>Newark, NJ 07106 |
|---|---|
| Statement Date | 07/17/14 |
| Account Number | 8459 |
| Payment Due Date | 08/01/14 |
| **Amount Due** | **$71,382.64** |

*If payment is received after 08/17/14, a $61.39 late fee will be charged.*

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-825-9265 |

## Account Information

| | |
|---|---|
| Principal Balance | $188,767.53 |
| Escrow Balance | $12,508.25- |
| Maturity Date | August 1, 2035 |
| Interest Rate (until February 1, 2015) | 5.99000% |
| Prepayment Penalty | No |

\* This is your Principal Balance only, not the amount required to pay the loan in full.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $348.35 |
| Interest | $879.36 |
| Escrow | $471.21 |
| **Total Regular Payment** | **$1,698.92** |
| Past Due Payment(s) Amount | $71,010.76 |
| Unapplied Funds** | -$1,327.04 |
| **Total Amount Due** | **$71,382.64** |

## Activity Since Last Statement (06/17/14 to 07/17/14)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/14 | | Late Charge Assessed | $-61.39 | | | | | $-61.39 | | |
| 07/09/14 | 07/08/14 | Principal Balance Adjustment | $3.78 | $3.78 | | | | | | |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $1,327.04 |
| Total | $.00 | $1,327.04 |

## Special Notices

## Important News

You must use this address for all qualified written requests, notices of error, and/or requests for information. Research Department, PO Box 24736, West Palm Beach, FL 33416-4736.
**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Please note that your monthly payment amount has changed to $1,698.92 effective 09/01/2014. Further detail regarding the reason for this change will be included in a separate letter.
Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

See reverse side for important information and state specific disclosures.



**OCWEN**

PO Box 24738
West Palm Beach, FL 3...
www.ocwencustomers.co...



Exhibit K

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LN
WILLINGBORO NJ 08046-3019

## Mortgage Account Statement

| Property Address | 137 Ellery Ave  Newark, NJ 07106 |
|---|---|
| Statement Date | 03/16/15 |
| Account Number | ...-9459 |
| Due Date | Due Now |
| **Amount Due** | **$254,484.12** |
| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---:|
| Principal Balance* | $188,771.31 |
| Escrow Balance | -$17,895.26 |
| Maturity Date | August 1, 2035 |
| Interest Rate (until August 1, 2015) | 5.99000% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---:|
| Principal | $188,771.31 |
| Interest | $45,731.99 |
| Escrow Advance | $17,895.26 |
| Past Due Fees/Other Charges | $3,416.38 |
| Unapplied Funds** | -$1,330.82 |
| **Total Amount Due** | **$254,484.12** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 3/16/15) | $83,633.72 |

* This is your Principal Balance only, not the amount required to pay the loan in full.

### Activity Since Last Statement (02/02/15 to 03/16/15)

How Payments & Charges were Applied

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---:|---:|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $100.00 |
| Unapplied Funds** | $.00 | $1,330.82 |
| Total | $.00 | $1,430.82 |

### Special Notices

### Important News

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.
Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote – you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.

See reverse side for important information and state specific disclosures.

Exhibit L

HISTORY FOR ACCOUNT    8459                         PAGE    4
                                                    DATE 02/23/11

--------- MAIL --------------------- --------- PROPERTY ----------------

MARIA M THOMPSON
ELDA THOMPSON
29 GENERAL LANE                     137 ELLERY AVENUE

WILLINGBORO        NJ 08046-3019 NEWARK            NJ 07106-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 100708 | CTR | 090108 | .00 | -3108.81 | .00 | .00 |
| 100708 | UFU | 100108 | UNAPPLIED FUNDS (1) | | -1228.98 BALANCE | 1879.83 |
| 100708 | PA | 100108 | .00 | 245.41 | 983.57 | .00 |
| 100708 | UFU | 110108 | UNAPPLIED FUNDS (1) | | -1228.98 BALANCE | 650.85 |
| 100708 | PA | 110108 | .00 | 246.64 | 982.34 | .00 |
| 112808 | UFU | 120108 | UNAPPLIED FUNDS (1) | | -650.85 BALANCE | 0.00 |
| 112808 | AP | 120108 | 578.13 | 247.87 | 981.11 | .00 |
| 120408 | UFU | 110108 | UNAPPLIED FUNDS (1) | | 650.85 BALANCE | 650.85 |
| 120408 | PR3 | 110108 | -578.13 | -247.87 | -981.11 | .00 |
| 123108 | UI | 120108 | .00 | .00 | .00 | .00 |
| | | | OPT PREMIUMS | .00 | LATE CHARGE PYMT | -61.44* |
| 123108 | UFU | 120108 | UNAPPLIED FUNDS (1) | | -650.85 BALANCE | 0.00 |
| 123108 | AP | 120108 | 578.13 | 247.87 | 981.11 | .00 |
| 123108 | FB | 120108 | 7.50 171 SPEEDPAY FEE | | | |
| 123108 | FEA | 120108 | 7.50 171 SPEEDPAY FEE | | | |
| 011609 | AP | 010109 | 1228.98 | 249.11 | 979.87 | .00 |
| 011609 | UFU | 010109 | UNAPPLIED FUNDS (1) | | 614.49 BALANCE | 614.49 |
| 011609 | SRA | 010109 | 614.49 | .00 | .00 | .00 |
| 012309 | UFU | 010109 | UNAPPLIED FUNDS (1) | | -614.49 BALANCE | 0.00 |
| 012309 | M01 | 010109 | -614.49 | .00 | .00 | .00 |
| 021109 | UI | 020109 | .00 | .00 | .00 | .00 |
| | | | * P&I ADVANCE | -9.98 | | |
| 021109 | AMC | 020109 | INTEREST RATE CHG OLD | 6.00000 | NEW 5.99000 | |
| 021109 | AP | 020109 | 1219.00 | 250.36 | 978.62 | .00 |
| 021109 | UFU | 020109 | UNAPPLIED FUNDS (1) | | 9.98 BALANCE | 9.98 |
| 021109 | SRA | 020109 | 9.98 | .00 | .00 | .00 |
| 022409 | UFU | 020109 | UNAPPLIED FUNDS (1) | | -9.98 BALANCE | 0.00 |
| 022409 | CT | 020109 | .00 | 9.98 | .00 | .00 |
| 031609 | UFU | 020109 | UNAPPLIED FUNDS (1) | | 8.00 BALANCE | 8.00 |
| 031609 | SRA | 020109 | 8.00 | .00 | .00 | .00 |
| 031609 | UI | 030109 | .00 | .00 | .00 | .00 |
| | | | * P&I ADVANCE | -.77 | | |
| 031609 | AMC | 030109 | P&I PYMT CHG OLD | 1228.98 | NEW 1227.77 | |
| 031609 | UFU | 030109 | UNAPPLIED FUNDS (1) | | -8.00 BALANCE | 0.00 |
| 031609 | AP | 030109 | 1219.00 | 252.08 | 975.69 | .00 |
| 040109 | AP | 040109 | 1227.77 | 253.34 | 974.43 | .00 |

INQ 1226

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

*Exhibit M*

**NOTICE OF HEARING ON THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(MISCLASSIFIED AND WRONG DEBTOR BORROWER CLAIMS)**

**Maria M. & Elda Thompson**

| Proposed Claim(s) to be Reclassified and Redesignated ||||  Reason for Modification | Modified Claim Amount || Modified Debtor Designation |
|---|---|---|---|---|---|---|---|
| Claim No(s).; Date Filed | Asserted Debtor Name and Case No. | Classification | Amount | | Classification | Amount | Modified Debtor Name and Case No. |
| 1083 10/9/2012 | Residential Capital, LLC 12-12020 | Administrative Priority | N/A | Claim improperly asserts security interest or priority and was filed against incorrect Debtor | Administrative Priority | N/A | GMAC Mortgage, LLC 12-12032 |
| | | Administrative Secured | N/A | | Administrative Secured | N/A | |
| | | Secured | $158,336.03 | | Secured | N/A | |
| | | Priority | N/A | | Priority | N/A | |
| | | General Unsecured | $500,000.00 | | General Unsecured | $658,336.03 | |

PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC and certain of its affiliates (collectively, the "**Debtors**") filed their *Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The category of claim objection applicable to you is identified in the table above in the column entitled "**Reason for Modification**".

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.