MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE RESCAP BORROWER CLAIMS TRUST'S STATUS REPORT REGARDING THE OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO CLAIM NUMBER 452 FILED BY JULIO PICHARDO**

The ResCap Borrower Claims Trust (the "<u>Borrower Trust</u>") hereby submits the following status report as directed by the Court pursuant to the *Order Re Future Proceedings Concerning The ResCap Borrower Claims Trust's Objection To Claim Number 452 Filed By Julio Pichardo* [Docket No. 9177] (the "<u>Scheduling Order</u>").

As directed by the Court in the Scheduling Order, the Borrower Trust has engaged in discussions with Mr. Pichardo regarding the scheduling of evidentiary proceedings in connection with the *Objection of the ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo* [Docket No. 8676] (the "<u>Claim Objection</u>"), which was sustained in part and overruled in part without prejudice pursuant to the *Memorandum Opinion and Order (I) Sustaining in Part and Overruling in Part the Rescap Borrower Claims Trust's Objection to Claim No. 452 Filed*

ny-1207186

*by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift The Automatic Stay* [Docket No. 8971]. In connection with those discussions, the ResCap Borrower Trust provided Mr. Pichardo with a draft scheduling order, and Mr. Pichardo has not indicated that he has any objection to its entry. In addition, the parties are continuing to engage in discussions regarding a potential settlement of the Claim Objection.

A status conference on the Claim Objection is scheduled for 10:00 a.m., October 15, 2015. If the parties have not reached a resolution by then, the ResCap Borrower Trust will present the proposed order setting a discovery schedule with respect to this matter to the Court at the status conference.

Dated: October 9, 2015  
      New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Erica J. Richards  
**MORRISON & FOERSTER LLP**  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1207186