**JENNER & BLOCK LLP**
Richard Levin
919 Third Avenue
New York, New York  10020
212-891-1601
212-891-1699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR WITHDRAWAL OF RICHARD LEVIN AS ATTORNEY OF RECORD

Pursuant to Bankruptcy Rule 2090-1(e), counsel of record for Credit Suisse Securities (USA) LLC moves this Court to allow Richard Levin to withdraw as counsel of record for Credit Suisse Securities (USA) LLC in this case and as grounds alleges as follows:

1. Richard Levin has represented Credit Suisse Securities (USA) LLC as a partner of the law firm of Cravath, Swaine & Moore LLP.  Richard Levin has departed from Cravath, Swaine & Moore LLP as of May 17, 2015 and thus can no longer represent Credit Suisse Securities (USA) LLC.

2. Credit Suisse Securities (USA) LLC is adequately represented by counsel. Cravath Swain & Moore LLP will continue to represent Credit Suisse Securities (USA) LLC, and Credit Suisse Securities (USA) LLC will suffer no prejudice by the proposed withdrawal.

WHEREFORE, counsel for Credit Suisse Securities (USA) LLC respectfully requests that this Court enter an order allowing Richard Levin to withdraw from further participation in this case.

Dated: October 9, 2015

Respectfully submitted,

By: /s/ Richard Levin
**JENNER & BLOCK LLP**
Richard Levin
919 Third Avenue
New York, New York  10020
212-891-1601
212-891-1699