UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD**

Upon consideration of Credit Suisse Securities (USA) LLC's Motion to Withdraw Richard Levin as counsel of record for Credit Suisse Securities (USA) LLC, it is hereby

**ORDERED,** that Richard Levin is withdrawn as counsel of record for Credit Suisse Securities (USA) LLC in the above referenced case.


Dated: _____        /s/_____
       New York, New York              UNITED STATES BANKRUPTCY JUDGE