MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON OCTOBER 15, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S):**

**1.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s):**

**a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

**b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

  **c.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

  **d.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

  **e.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

  **f.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

  **g.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

  **h.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

  **i.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

  **j.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

  **k.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

  **l.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

|     |                                                                                                                                                                                                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]                                                                                                                                                                                |
| m.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]                                      |
| n.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]                                         |
| o.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]                                         |
| p.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]                                       |
| q.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]                                        |
| r.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]                                          |
| s.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]                                          |
| t.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]                                            |
| u.  | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]                                           |

**v.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.**   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.**   Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.**   Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.**   Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**dd.**   Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

**ee.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**ff.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

**gg.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

**hh.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

**ii.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242]

**Response(s)**:

**a.** Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to November 18, 2015.

**2.**    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

a.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

b.    Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

c.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

d.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

e.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

f.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

    **g.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

    **h.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

    **i.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242]

**Response(s)**:

    **a.**    Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**:    The hearing on this matter has been adjourned to November 18, 2015.

**3.**    ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8459]

**Related Document(s)**:

    **a.**    Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8625]

    **b.**    Motion of Alvin and Sandra LaBostrie to Stay Judgment [Docket No. 8795]

    **c.**    Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8852]

| | |
|---|---|
| **d.** | Motion of Alvin and Sandra LaBostrie [for Extension of Time to File Response to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8953] |
| **e.** | Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8955] |
| **f.** | Notice of Status Conference on August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding the ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie and Adjournment of Hearing Regarding the Same [Docket No. 9009] |
| **g.** | Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9047] |
| **h.** | Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9246] |

**Response(s)**:

| | |
|---|---|
| **a.** | Answer [of Alvin LaBostrie and Sandra LaBostrie to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8999] |
| **b.** | Objections [of Alvin LaBostrie and Sandra LaBostrie to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 9158] |

**Reply**:

| | |
|---|---|
| **a.** | ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9194] |

**Status**:    The hearing on this matter has been adjourned to November 18, 2015.

## II.    CASE MANAGEMENT AND STATUS CONFERENCE(S):

**4.**    Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8676]

**Related Document(s)**:

a.      Proof of Service and Lift Stay Motion filed by Julio Pichardo [Docket No. 8798]

b.      Memorandum Opinion and Order (I) Sustaining in Part and Overruling in Part The ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift the Automatic Stay [Docket No. 8971]

c.      Letter from Julio Pichardo to Judge Glenn Regarding Evidence of Payments [Docket No. 8987]

d.      Letter from Julio Pichardo to Judge Glenn Regarding Clarification of Findings and Ruling [Docket No. 9006]

e.      Letter from Julio Pichardo to Judge Glenn Regarding Clarification of Findings and Ruling [Docket No. 9039]

f.      Notice of Status Conference on September 3, 2015 at 10:00 A.M. (Prevailing Eastern Time) Regarding (I) The Memorandum Opinion And Order (I) Sustaining In Part And Overruling In Part The ResCap Borrower Claims Trusts Objection To Claim No. 452 Filed By Julio Pichardo And (II) Denying Julio Pichardo's Motion To Lift The Automatic Stay [Docket No. 9059]

g.      Motion for Relief from Stay filed by Julio Pichardo [Docket No. 9064]

h.      Proposed Order Filed by Julio Pichardo Imposing August 5, 2009 Agreement [Docket No. 9068]

i.      The ResCap Borrower Claims Trust's Status Report [Filed on September 11, 2015] Regarding the Objection of the ResCap Borrower Claims Trust to Claim Number 452 Filed By Julio Pichardo [Docket No. 9141]

j.      Order Regarding Future Proceedings Concerning the ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo [Docket No. 9177]

k.      The ResCap Borrower Claims Trust's Status Report [Filed on October 9, 2015] Regarding the Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 9244]

**Response(s)**:

a.      Response of Julio Pichardo to Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo and Request for Evidentiary Hearing [Docket No. 8745]

      **b.**    Supplemental Response of Julio Pichardo to Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8878]

    **Reply**:

      **a.**    Reply in Support of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8876]

    **Status**:    The case management conference on this matter will be going forward.

**5.**    Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8452]

    **Related Document(s)**:

      **a.**    Letter to Judge Glenn from Jordan A. Wishnew Regarding the Claims of Richard D. Rode [Docket No. 8677]

      **b.**    Letter to Judge Glenn from Jordan A. Wishnew Regarding Ruling on Objection of The ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8885]

      **c.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode [Docket No. 9094]

    **Response(s)**:

      **a.**    Richard D. Rode's Response to Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8561]

    **Reply**:

      **a.**    Reply in Support of Objection of The ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8603]

    **Status**:    The case management conference on this matter will be going forward.

**6.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8315]

    **Related Document(s)**:

      **a.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8887]

    **b.**    Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell to August 6, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8933]

    **c.**    Notice of Adjournment of Status Conference on the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8959]

    **d.**    Letter to Judge Glenn from James A. Newton Regarding Status Update as to Claim No. 725 Filed by William J. Futrell [Docket No. 9010]

    **e.**    Case Management and Scheduling Order [Docket No. 9124]

    **f.**    Claimant [William Futrell's] Motion to Limit Scope of Discovery by ResCap Borrower Claims Trust [Docket No. 9198]

    **Response(s)**:

    **a.**    Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8413]

    **b.**    Supplement to Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8458]

    **c.**    William J. Futrell's Objection to Trust's [Reply in Further Support of Objection to Proof of Claim No. 725 Filed by William J. Futrell] and Motion to Strike the Further Submission to Court [Docket No. 8551]

    **Reply**:

    **a.**    The ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 725 Filed By William J. Futrell [Docket No. 8528]

    **Status**:    The case management conference on this matter will be going forward.

**7.**    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

    **Related Document(s)**:

    **a.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part Objection to Claims 3889, 4129, 4134, and 4139 Filed by Tia Smith [Docket No. 7598]

| | |
|---|---|
| **b.** | Motion for Reconsideration of the Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Proof of Claim Numbers 3889, 4129, 4134 and 4139 and Filed by Tia Smith [Docket No. 7691] |
| **c.** | Letter to Judge Glenn from Tia Smith Regarding ResCap Borrower Claims Trust's Failure to Notice Claimant [Docket No. 7699] |
| **d.** | Order Denying Motion of Tia Smith for Reconsideration [Docket No. 7795] |
| **e.** | Notice of Appeal Filed Regarding 1) Memorandum Opinion and Order Sustaining in Part and Overruling in Part Objection to Claims 3889, 4129, 4134, and 4139 Filed by Tia Smith; and 2) Order Denying Motion of Tia Smith for Reconsideration [Docket No. 7832] |
| **f.** | Designation of Contents and Statement of Issues on Appeal Filed by Tia Smith [Docket No. 7871] |
| **g.** | The ResCap Borrower Claims Trust's Counter-Designation of Items for Record on Appeal [Docket No. 7910] |
| **h.** | Letter to Judge Glenn from Jordan A. Wishnew dated October 2, 2015 Regarding Request for Status Conference [Not Docketed] |
| **i.** | Notice of Status Conference on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Tia Smith (Claim Nos. 3889, 4129, 4134 and 4139) to be Held on October 15, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9227] |

**Response(s)**:

| | |
|---|---|
| **a.** | Response of Tia Smith to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7300] |

**Reply**:

| | |
|---|---|
| **a.** | ResCap Borrower Claims Trust's Omnibus Reply in Support of its Sixty-Ninth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 292, 1279, 1466, 3889, 4129, 4134 and 4139 [Docket No. 7410] |
| **Status**: | The status conference on this matter, solely as it relates to the claims filed by Tia Smith (Claim Nos. 3889, 4129, 4134, and 4139), will be going forward. |

**8.**     ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

**a.**     Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112]

**b.**     Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516]

**c.**     ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574]

**d.**     Order Granting the ResCap Borrower Claims Trust's Motion for Partial Reconsideration [Docket No. 8972]

**e.**     Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement of Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 9038]

**f.**     Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on October 15, 2015 at 10:00 a.m. [Docket No. 9240]

**Response(s)**:

**a.**     Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**b.**     Opposition [of Rhonda Gosselin] to Motion for Reconsideration [Docket No. 8646]

**Reply**:

**a.**     ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

    **(i)**     Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus

        Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

    **Status**:   A status conference on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862), will be going forward.

**9.**   Letter to Judge Glenn from Jordan A. Wishnew Regarding Status of Claims Administration Efforts [Docket No. 9243]

    **Related Document(s)**:   None.

    **Response(s)**:   None.

    **Status**:   A status conference on this matter will be going forward.

Dated: October 13, 2015  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*