**Exhibit E**

SECURITY TITLE AGENCY

Recorded 11-18-08
Docket 13436, PAGE 649
PIMA County, Arizona

When Recorded Return to:
**Executive Trustee Services, LLC**
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

(818) 260-1600

7194 AZ-169622-C  14-73779

# NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 4/7/2005 and recorded on 4/21/2005 as Instrument # , Book **12536** Page **5844** in the office of the County Recorder of **Pima** County, Arizona, at public auction to the highest bidder at Outside the East door of the new Courts Building, 110 West Congress, Tucson, Arizona, on **2/20/2009** at **11:30 AM** of said day:

Lot 13, of THE VILLAGES AT REDHAWK, according to the map of record in the office of the County Recorder of Pima County, Arizona, in Book 49 of Maps and plats at page 31 thereof and as amended by Declaration of Scrivener's Error recorded in Docket 10726 at page 208, and as affected by Resolution No. 9875 recorded in Docket 10870 at page 2135.

ACCORDING TO THE DEED OF TRUST OR UPON INFORMATION SUPPLIED BY THE BENEFICIARY, THE FOLLOWING INFORMATION IS PROVIDED PURSUANT TO A.R.S. SECTION 33-808(C):

STREET ADDRESS OR IDENTIFIABLE LOCATION:    5465 WEST BANDTAIL CT
MARANA, AZ 85653

TAX PARCEL NUMBER: **218-54-01508**

ORIGINAL PRINCIPAL BALANCE:  **$192,000.00**

NAME AND ADDRESS OF ORIGINAL TRUSTOR:
(as shown on the Deed of Trust)

**Frederic L. Edquid and Lesley H. Edquid, husband and wife**
**5465 West Bandtail Ct**
**Marana, AZ 85653**

NAME AND ADDRESS OF BENEFICIARY:
(as of recording of Notice of Sale)

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

(Page 2 of 2)

AZ-169622-C   0359137194    14-73779

NAME, ADDRESS & TELEPHONE NUMBER OF TRUSTEE:
(as of recording of Notice of Sale)

Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
**Sale Line: 714-730-2727**

DATED: **11/13/2008**

                        **EXECUTIVE TRUSTEE SERVICES, LLC**

By: _____
      Joyce A. Petty, Limited Signing Officer

"Executive Trustee Services, LLC is a licensed escrow agent and therefore qualified
to act as a Trustee pursuant ARS Section 33-803(A)(1). Trustee's Regulator:
Arizona State Banking Department."

State of California} ss.
County of Los Angeles }

On **11/13/2008** before me, **Patricia Babb** Notary Public, personally appeared **Joyce A. Petty,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
**Patricia Babb**

PATRICIA BABB
Commission # 1631316
Notary Public - California
Los Angeles County
My Comm. Expires Dec 18, 2009