**<u>Exhibit G</u>**

GMAC Mortgage, LLC
3451 Hammond Avenue
PO Box 780
Waterloo, IA 50704



March 11, 2009

Frederic Edquid
Lesley Edquid
5465 West Bandtail CT
Marana, AZ 85653-0000

RE:   Loan Number: ███7194

Dear Ms. Clark:

GMAC Mortgage, LLC (GMACM) received notification from the Foreclosure Department that you are on active duty and <u>may</u> qualify for SCRA benefits. In order for us to process a loan for SCRA benefits please provide us with your original <u>Active Duty Orders</u>.

Before GMACM can initiate the Servicemembers' Civil Relief Act, we will need a copy of your original <u>Active Duty Orders</u>. It is a government requirement that we obtain and keep a copy for our records.

Please try to locate these papers and send them in the enclosed postage paid envelope. Or, you can fax the orders to 319-236-5894. Please include your loan number on all correspondence.

If you have any questions, please call 1-800-766-4622.

Customer Care
Loan Servicing


Enclosure