**Exhibit F**

```
                    ***********************
                    ***   TX REPORT    ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                1034
        RECIPIENT ADDRESS       18663403645
        DESTINATION ID
        ST. TIME                08/11 15:19
        TIME USE                19'26
        PAGES SENT              25
        RESULT                  OK
```



## MTH Mortgage®

3275 W. Ina Rd. Ste. #209 ♦ Phone: 520-225-6870 ♦ Fax: 800-745-4099



| | | | |
|---|---|---|---|
| **To:** Ben ID #8977042 | | **From:** Fred Edquid | |
| **Fax:** 866-340-3645 | | **Date:** August 11, 2010 | |
| **Phone:** | | **Pages:** 24 | |
| **Re:** Loan # ████7194 | | **CC:** | |

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Please review the attached documents and contact me asap at 1-602-881-8768. GMAC is incorrectly reporting a foreclosure in 11/2008. Per your records based on our phone call on 8/11/2010 @ 3:00pm MST, that is incorrect and my loan is in good standings and a foreclosure did not happen. Please contact me so we can get this resolved and this information removed off my credit report.

0000131