# Exhibit 5

## District Court Action Docket Sheet

STAY-BK,STAY-CASE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:11-cv-00311-JGZ

Edquid et al v. GMAC Mortgage Corporation et al
Assigned to: Judge Jennifer G Zipps
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 05/25/2011
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutes: Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Frederic L Edquid**     represented by     **John S Odom , Jr**
Jones & ODom LLP
2124 Fairfield Ave.
Shreveport, LA 71104
318-221-1600
Fax: 318-425-1256
Email: john.odom@jodplaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lesley H Edquid**     represented by     **John S Odom , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage Corporation**     represented by     **Christian Watson Hancock**
Bradley Arant Boult Cummings LLP
100 N Tryon St., Ste. 2690
Charlotte, NC 28202
704-338-6000
Email: chancock@babc.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Anne Ricupero**
Ryley Carlock & Applewhite
1 N Central Ave
Ste 1200
Phoenix, AZ 85004-4417
602-440-4820
Fax: 602-257-6920
Email: kricupero@rcalaw.com

*TERMINATED: 03/06/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith S Anderson**
Bradley Arant Boult Cummings LLP - Birmingham, AL
1 Federal Pl.
1819 5th Ave. N
Birmingham, AL 35203
205-521-8000
Fax: 205-521-8800
Email: kanderson@babc.com
*ATTORNEY TO BE NOTICED*

**Molly Anne Booker**
Ryley Carlock & Applewhite PA
1 N Central Ave
Ste 1200
Phoenix, AZ 85004-4417
602-440-4888
Fax: 602-257-6988
Email: mnewburn@rcalaw.com
*TERMINATED: 03/06/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Executive Trustee Services LLC**  represented by  **Christian Watson Hancock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Anne Ricupero**
(See above for address)
*TERMINATED: 03/06/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith S Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly Anne Booker**
(See above for address)
*TERMINATED: 03/06/2012*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2011 | 1 | COMPLAINT. Filing fee received: $ 350.00, receipt number TUC015329, filed by |

| | | |
|---|---|---|
| | | Frederic L Edquid, Lesley H Edquid. (Odom, John) (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(PAA) (Entered: 05/25/2011) |
| 05/25/2011 | 2 | Filing fee paid, receipt number TUC015329. This case has been assigned to the Honorable Cindy K Jorgenson. All future pleadings or documents should bear the correct case number: 4:11-CV-00311-TUC-CKJ. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (PAA) (Entered: 05/25/2011) |
| 05/25/2011 | 3 | MOTION for Admission Pro Hac Vice as to attorney John S Odom Jr on behalf of plaintiffs Frederic L Edquid, and Lesley H Edquid. (BAS) (Entered: 05/25/2011) |
| 05/25/2011 | | PRO HAC VICE FEE PAID. $ 50, receipt number TUC015328 as to John S Odom, Jr. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/25/2011) |
| 05/25/2011 | 4 | ORDER pursuant to General Order 05-25 granting 3 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 05/25/2011) |
| 06/06/2011 | 5 | WAIVER OF SERVICE Returned Executed by Frederic L Edquid, Lesley H Edquid. GMAC Mortgage Corporation waiver sent on 5/26/2011. (Odom, John) (Entered: 06/06/2011) |
| 06/29/2011 | 6 | WAIVER OF SERVICE Returned Executed by Frederic L Edquid, Lesley H Edquid. Executive Trustee Services LLC waiver sent on 5/26/2011. (Odom, John) (Entered: 06/29/2011) |
| 07/25/2011 | 7 | ANSWER to 1 Complaint by Executive Trustee Services LLC, GMAC Mortgage Corporation.(Newburn, Molly) (Entered: 07/25/2011) |
| 08/15/2011 | 8 | NOTICE re Notice of Service of Defendants' Initial Rule 26(a) Disclosure Statement by GMAC Mortgage Corporation *Notice of Service of Defendants' Initial Rule 26(a) Disclosure Statement*. (Newburn, Molly) (Entered: 08/15/2011) |
| 08/17/2011 | 9 | NOTICE re Service of Plaintiffs' Initial Rule 26(a) Disclosure Statement by Frederic L Edquid, Lesley H Edquid. (Odom, John) (Entered: 08/17/2011) |
| 08/25/2011 | 10 | ORDER Scheduling Conference set for 9/19/2011 at 02:15 PM before Judge Cindy K Jorgenson. Signed by Judge Cindy K Jorgenson on 8/25/11. SEE ORDER FOR COMPLETE DETAILS.(BAR) (Entered: 08/25/2011) |
| 09/12/2011 | 11 | REPORT of Joint Rule 16 Case Management Report by Defendant GMAC Mortgage Corporation. (Newburn, Molly) (Entered: 09/12/2011) |
| 09/19/2011 | 12 | Minute Entry for Scheduling conference proceedings held before Judge Cindy K Jorgenson on 9/19/2011. (Court Reporter Mary Riley.)(JTA) (Entered: 09/19/2011) |
| 09/26/2011 | 13 | *AMENDED by doc 18 - SCHEDULING ORDER: Discovery due by 3/30/2012. Dispositive motions due by 5/31/2012. Proposed Pretrial Order due by 6/29/2012. Status Report due by 1/9/2012.Signed by Judge Cindy K Jorgenson on 9/26/11. (BAR) *Modified on 3/6/2012 (CSL). (Entered: 09/26/2011) |

| | | |
|---|---|---|
| 10/25/2011 | | Due to the appointment of a new district judge in the Tucson division, this case is hereby reassigned by the clerk to the Honorable District Judge Jennifer G. Zipps. All future filings shall reflect the following case number CV 11-311 TUC-JGZ. Remark This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ADI-MLH, ) (Entered: 10/25/2011) |
| 01/09/2012 | 14 | STATUS REPORT *Joint Settlement Status Report* by GMAC Mortgage Corporation. (Newburn, Molly) (Entered: 01/09/2012) |
| 02/17/2012 | 15 | *Joint MOTION for Extension of Time for Deadlines for Submission of Rule 26(A)(2) *Expert Reports* by Executive Trustee Services LLC, GMAC Mortgage Corporation, Frederic and Lesley Edquid (Attachments: # 1 Text of Proposed Order)(Ricupero, Kara) *Modified to add additional filers on 2/21/2012 (TLJ). (Entered: 02/17/2012) |
| 03/01/2012 | 16 | MOTION to Substitute Attorney by Executive Trustee Services LLC, GMAC Mortgage Corporation. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Ricupero, Kara) (Entered: 03/01/2012) |
| 03/01/2012 | 17 | NOTICE re Service of Discovery Requests by Executive Trustee Services LLC, GMAC Mortgage Corporation . (Ricupero, Kara) (Entered: 03/01/2012) |
| 03/06/2012 | 18 | *AMENDED BY DOC 26 - AMENDED ORDER granting 15 Motion for Extension of Time Deadline. Discovery due by 4/30/2012. Dispositive motions due by 5/31/2012. Proposed Pretrial Order due by 6/29/2012. Joint Settlement Status Report due by 1/9/2012, and every 90 days thereafter.. Signed by Judge Jennifer G Zipps on 3/5/12. (CSL)* Modified on 4/9/2012, to add amended language (BAR). (Entered: 03/06/2012) |
| 03/06/2012 | 19 | ORDER granting 16 Motion to Substitute Attorney. Attorney Molly Anne Newburn and Kara Anne Ricupero terminated. Ryley, Carlock & Applewhite is withdrawn as counsel of record for defendants and Bradley Arant Boult Cummings, LLP is substituted in this action. Signed by Judge Jennifer G Zipps on 3/5/12. (CSL) (Entered: 03/06/2012) |
| 03/15/2012 | 20 | NOTICE re Service of Designation of Plaintiffs' Fact Witnesses for Trial Purposes by Frederic L Edquid, Lesley H Edquid . (Odom, John) (Entered: 03/15/2012) |
| 03/16/2012 | 21 | NOTICE re Service of Plaintiffs' Expert Report on Defendants by Frederic L Edquid, Lesley H Edquid . (Odom, John) (Entered: 03/16/2012) |
| 03/19/2012 | 22 | MOTION for Admission Pro Hac Vice as to attorney Keith S Anderson on behalf of Executive Trustee Services LLC, and GMAC Mortgage Corporation. (BAS) (Entered: 03/20/2012) |
| 03/20/2012 | | PRO HAC VICE FEE PAID. $ 50, receipt number PHX120094 as to Keith S Anderson. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 03/20/2012) |
| 03/20/2012 | 23 | ORDER pursuant to General Order 09-08 granting 22 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS)(This is a TEXT ENTRY ONLY. There is no.pdf |

| | | |
|---|---|---|
| | | document associated with this entry.) (Entered: 05/20/2012) |
| 04/06/2012 | 24 | STATUS REPORT *REGARDING SETTLEMENT* by Executive Trustee Services LLC, GMAC Mortgage Corporation. (Anderson, Keith) (Entered: 04/06/2012) |
| 04/09/2012 | 25 | Joint MOTION for Extension of Time to File *Defendants' Disclosure of Expert Testimony* by Executive Trustee Services LLC, GMAC Mortgage Corporation. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Joint Motion to Extend Defendants' Disclosure of Expert Testimony)(Anderson, Keith) (Entered: 04/09/2012) |
| 04/09/2012 | 26 | AMENDED SCHEDULING ORDER granting 25 Motion to Extend Deadlines. Disclosure of Defendants' Expert Disclosure shall be completed on or before April 23, 2012. Discovery due April 30, 2012; Dispositive motions due May 31, 2012, Joint Settlement Status Report due January 9, 2012 and every 90 days thereafter. Counsel shall file a Joint Proposed Pretrial Order within 30 days after the resolution of the dispositive motions filed after the end of discovery, otherwise due June 29, 2012. Signed by Judge Jennifer G Zipps on April 9, 2012.(BAR) (Entered: 04/09/2012) |
| 05/18/2012 | 27 | NOTICE OF FILING BANKRUPTCY Upon the Record as to Effect of Automatic Stay by Executive Trustee Services LLC, GMAC Mortgage Corporation. (Anderson, Keith) (Entered: 05/18/2012) |
| 05/22/2012 | 28 | ORDER re 27 Notice of Filing Bankruptcy filed by GMAC Mortgage Corporation, Executive Trustee Services LLC, Case stayed. If stay is lifted or the bankruptcy matter resolved, the parties shall file a notice to the Court within fourteen (14) days. Signed by Judge Jennifer G Zipps on 5/22/12. (SMBE) (Entered: 05/22/2012) |
| 08/14/2012 | 29 | NOTICE OF FILING BANKRUPTCY Upon the Record *and Suggestion of Automatic Stay* by Executive Trustee Services LLC, GMAC Mortgage Corporation. (Attachments: # 1 Exhibit A)(Anderson, Keith) (Entered: 08/14/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2015 12:20:54 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 4:11-cv-00311-JGZ |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |