UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

-----------------------------------------------------------------

## NOTICE OF INTENTION TO APPEAR TELEPHONICALLY
## AND INTENTION TO RETAIN COUNSEL

Richard D. Rode, having been informed that further proceedings on his Claims ## 5610 and 5612 are scheduled for a case management conference on October 15, 2015 at 10:00 EDT and having been informed that he will be permitted to participate telephonically, gives notice of his intention to appear telephonically in an abundance of caution, so that the Court will be informed of his telephonic participation, in the event that his telephonic connection fails and he has to call in to be reconnected. The last time he attempted to participate telephonically in a proceeding, he was cut off and when he called back in within 5 minutes, he was advised that his case had been decided without his participation.

Assuming the worst, and that he may not be able to be heard telephonically at the October 15, 2015 proceedings for technological reasons, he also give notice of his intention to retain counsel, Cooper Macco of MACCO & STERN, LLP of Melville, New York, a member of the bar of this Court, who will then also move the admission of Attorney Wendy Alison Nora of Minneapolis, Minnesota pro hac vice as co-counsel. If the event that he is unable, for technological reasons, to be heard on the record of proceedings on October 15, 2015, he gives notice of his intent to counsel and states that he is in the process of finalizing the arrangements with counsel, he asks that the case management conference be rescheduled to the next omnibus hearing date, so that he may be represented.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this filing.

Dated: October 14, 2015

_____ (Sign Name)

Richard D. Rode _____ (Print Name)