# United States Bankruptcy Court

Southern District of New York
Manhattan Division

|  |  |
|---|---|
| In Re RESIDENTIAL CAPITAL, LLC, et al, ) Debtors ) ) ) ) | Chapter 11<br><br>Debtor Case No. 12-12020-MG<br>(consolidated) |

## MOTION TO WITHDRAW AS ATTORNEY

Comes now <u>Laird J. Heal, Esq.</u>, and respectfully requests that the Court allow him to withdraw as attorney to Rhonda Gosselin, offering the following grounds.

1. The undersigned has been placed on inactive disability status in Massachusetts, where the creditor Rhonda Gosselin dwells. The District Court for the District of Massachusetts has placed the undersigned on suspended status in accordance.

2. The client, Rhonda Gosselin, has not yet secured substitution counsel, but the undersigned is not currently, eligible to act within the Commonwealth of Massachusetts. The client has been encouraged to find a different attorney for some time, but the attorneys she has called has requested a retainer she cannot afford.

WHEREFORE, Laird J. Heal, Esq., asks the Court consider his Motion to Withdraw as Attorney in the above-captioned matter, and for such other and further relief as the Court should find merited in the interests of justice.

Dated:  October 15, 2015

                                                    Respectfully Submitted.

                                                    <u>/s/ Laird J. Heal</u>

                                                      Laird J. Heal, Esq.
                                                      120 Chandler Street, Suite 2 R
                                                      Worcester, MA 01609
                                                      508-459-5095
                                                      508-459-5320 facsimile
                                                      LairdHeal@LO-LH.com

Dated: October 15, 2015

## CERTIFICATE OF SERVICE

I hereby certify that immediately upon receipt of the Notice of Electronic Filing, I will immediately cause service of the within included Motion to Withdraw as Attorney by first class mail, together with this Certificate of Service, upon any party not shown here as receiving electronic service, namely:

### *By Electronic Service*

Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

### *By First-Class Mail*

| | |
|---|---|
| Rhonda Gosselin | Thomas J. La Casse |
| 16 Rolf Avenue | 270 Park Drive |
| Chicopee, MA 01020-1228 | Longmeadow, MA 01106-1275 |

Matina De Simone
11 Old Village Road
Acton, MA 01720-4610

/s/ Laird J. Heal
Laird J. Heal