**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER PERMITTING LAIRD J. HEAL TO WITHDRAW AS ATTORNEY

Upon the motion dated October 15, 2015 by attorney LAIRD J. HEAL to withdraw as attorney to Rhonda Gosselin, and

Whereas Mr. Heal has been placed on inactive disability status in Massachusetts, where Ms. Gosselin dwells; and

Whereas Mr. Heal is currently not eligible to act as an attorney within the Commonwealth of Massachusetts; and

Whereas the Court heard a representation on the record during the status conference on October 15, 2015 that Mr. Laird would be withdrawing as attorney to Rhonda Gosselin; it is

**ORDERED** that the attorney LAIRD J. HEAL is withdrawn as attorney to Rhonda Gosselin.

**IT IS SO ORDERED.**

Dated:    October 16, 2015
New York, New York

_____**/s/Martin Glenn**_____
MARTIN GLENN
United States Bankruptcy Judge