UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY PHILIP AND SYLVIA EMIABATA

Before the Court is the motion for relief from the automatic stay (the "Motion," ECF Doc. # 9103) filed by Philip and Sylvia Emiabata (the "Emiabatas") in the above-captioned chapter 11 proceedings. Upon filing the Motion, the Emiabatas failed to pay the Clerk of the Court the $176.00 filing fee. On September 22, 2015, the Clerk of the Court filed and served the Emiabatas with a letter informing them that they are required to pay the filing fee. (*See* ECF Doc. # 9181; 9182) On September 25, 2015, the Clerk of the Court filed and served the Emiabatas with a second letter informing them that they are required to pay the filing fee by October 9, 2015. (*See* ECF Doc. # 9200). To date, the Emiabatas have not paid the filing fee.

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Motion is **DENIED** without prejudice due to the Emiabatas' failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated:   October 20, 2015
         New York, New York

                                                    /s/Martin Glenn
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge