September 14, 2015

To Whom it may Concern,

There has been a change of address for Vera L Billingsley, Case No. 12-12020.

Vera L Billingsley
12066 Victorian Village Ct.
St. Louis, MO 63138
(314) 456-3357

RECEIVED
SEP 18 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK