**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                   CASE NO.: 12–12020–mg
  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on September 8, 2015, document number 9192, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15–cv–8340 assigned to the Honorable P. Kevin Castel.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: October 22, 2015                              Vito Genna
                                                     Clerk of the Court