# Notice Recipients

District/Off: 0208−1    User: arouzeau    Date Created: 10/22/2015
Case: 12−12020−mg    Form ID: tranapl    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Norman Scott Rosenbaum    nrosenbaum@mofo.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk    Michael Edward Boyd    5439 Soquel Dr.    Soquel, CA 95073

TOTAL: 1