## Exhibit 4

**Proofs of Claim**

**<u>Claim No. 4757</u>**

Claim #4757   Date Filed: 11/14/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**Homecomings Financial, LLC, Case No. 12-12042**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Susan Marie Gray, Attorney at Law**

Name and address where notices should be sent:

Susan Marie Gray; Attorney at Law
22255 Center Ridge Road; Suite 201
Rocky River, Ohio 44116

Telephone number: 440-331-3949          email: smgray@smgraylaw.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim
Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):



Telephone number:          email:

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $**   **122,481.59**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Fraud and Consumer Claims Arising from Loan Origination and Wrongful Foreclosure --Attorney Fees
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
NA

**3a. Debtor may have scheduled account as:**
NA
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
NA
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____      Annual Interest Rate_____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____           Basis for perfection: _____

Amount of Secured Claim: $_____      Amount Unsecured: $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Susan Marie Gray
Title: Attorney at Law
Company: Susan M. Gray Law Offices, Inc
Address and telephone number (if different from notice address above):
Rocky River, Ohio 44116
Rocky River, Ohio 44116
Telephone number: 440-331-3949          Email: smgray@smgraylaw.com

_Susan M. Gray_ (Signature)          November 9, 2012 (Date)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
NOV 1 4 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

12120421211140000000000001

# Susan M. Gray

*Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

Re:    Residential Capital, LLC et al.
       United States Bankruptcy Court; Southern District of New York
       Case No. 12-12020 (MG)

To whom it may concern:

Please find enclosed service copies of four claims.  Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042.  In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

These claims were filed today through the RESCAP claims process or at RESCAP Claims Processing Center c/o KCC; 2335 Alaska Avenue; El Segundo, CA  90245.
Thank you very much for your consideration

Sincerely,

Susan M. Gray

Susan M. Gray

Enclosures:  as stated

# Susan M. Gray
## *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

ResCap Claims Processing Center c/o KCC
2335 Alaska Avenue
El Segundo, CA  90245

     Re:    Residential Capital, LLC et al.
            United States Bankruptcy Court; Southern District of New York
            Case No. 12-12020 (MG)

To whom it may concern:

     Please find enclosed four claims.  Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042.  In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

     A duplicate of each claim is attached in order to permit you to provide a time –stamped copy in the enclosed self-addressed stamped envelope.  As you can see, a certificate of service is attached to each claim form and service upon counsel was made this date by express mail.  I had earlier provided Proofs of Claim dated November 3, 2012.  I did not serve counsel for the debtors because I misunderstood the directive that claims not be sent to debtor's counsel.  I received a call from Julie at ResCap informing me that certificates of service were required.  Please substitute these claims for those dated November 3, 2012 and treat these as the original claims.

     Thank you for calling me to alert me to the defects in service.  Please let me know if anything further is needed.

     Thank you very much for your consideration

                    Sincerely,

                    Susan M. Gray

Enclosures:  as stated

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| | ) | |

Addendum to Proofs of Claim

This addendum relates to four claims filed in this case and is attached to each of those claims. Patricia J. McNerney has claims estimated at $600,000.00 against GMAC Mortgage, LLC and Homecomings Financial, LLC. Those claims arise from a loan originated by the predecessor in interest to Homecomings Financial, LLC on or about January 3, 2003 resulting in a mortgage on her home located at 1241 Thoreau Road, Lakewood, OH 44107; and ultimately resulting in two home foreclosures based on the same loan. The first foreclosure occurred in the State of Ohio, Cuyahoga County Court of Common Pleas, Case number CV-03-514406. In that foreclosure, GMAC Mortgage, LLC and Homecomings Financial, LLC traded off as substitute plaintiffs along with Mortgage Electronic Registrations Systems Inc, also trading off the claim that they had the beneficial interest in the loan. In the end, that case was dismissed for failure to comply with a court order that the plaintiffs establish the identity of the entity who was the real party in interest at the time the case was filed.

Since that dismissal was without prejudice, Homecomings Financial LLC was not prohibited from filing a second foreclosure case, which it did in the United States District Court for the Northern District of Ohio, Eastern Division in Case Number 1:09-CV-2383.

The additional two claims against the same debtors are filed for claims of counsel for Mrs. McNerney for attorney fees incurred in the defenses to those foreclosures. Attorney fee claims arise under federal and state fee-shifting consumer statutes, including the Truth in Lending Act, the Real Estate Settlement Procedures Act, the Ohio Mortgage Loan Broker Act and the Ohio Consumer Sales

Practices Act, and/or as punitive damages.  Under Ohio Law the attorney fee claim is considered to belong to the attorney; as a consequence, the claims for fees related to the loan related to those foreclosures is filed directly by the attorney.

The specific claims raised as counterclaims in the foreclosure cases include claims for violations of the law, including 1501 U.S.C. Sec. 1601 in loan origination and in the rescission process, as well as wrongful foreclosure and wrongful continuation of foreclosure; negligence, gross negligence; negligent and intentional misrepresentation; fraud, unconscionable lending; civil conspiracy; violations of state consumer laws; fraud; breach of fiduciary duty and; failure to engage in loss mitigation.  Under those claims Ms. McNerney seeks statutory, actual, and punitive damages as well as costs and attorney fees.  These claims are all matured at the time of the filing of the case.

In addition, unmatured claims seeking sanctions under Ohio Revised Code Sec. 2323.51 will not ripen until final judgment in the pending lawsuit.

As set forth in counterclaims filed in the referenced lawsuits, the referenced debtors are liable to Ms. McNerney for damages arising from those violations of statutory and common law.  Also, as pled in the counterclaims and prayers for relief, the debtors are liable to counsel for Ms. McNerney for attorney fees earned in representing her in proceedings to vindicate her rights under those statutes and as punitive damages.

Thus, the claims of Patricia J. McNerney against GMAC Mortgage, LLC and Homecomings Financial, LLC. are related because both entities were involved in the wrongful loan origination and foreclosure and those claims are also related to the two claims of Susan Marie Gray, Attorney at Law (now operating as Susan M. Gray Law Offices, Inc) against the same debtors for legal fees and costs incurred in the vindication of her rights under those statutes.

Respectfully submitted

*Susan M. Gray*

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

Certificate of Service

The undersigned certifies that on this 8th day of November, 2012, a copy of the foregoing proof of claim with addendum attached was served upon counsel for the debtor at the address listed below by regular United States Mail, Express Service, Postage prepaid:

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104


Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

**Claim No. 4758**

Claim #4758  Date Filed: 11/14/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **GMAC Mortgage, LLC, Case No. 12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Susan Marie Gray, Attorney at Law**

Name and address where notices should be sent:

**Susan Marie Gray; Attorney at Law**
**22255 Center Ridge Road; Suite 201**
**Rocky River, Ohio 44116**

Telephone number: 440-331-3949    email: smgray@smgraylaw.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $ 122,481.59**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Fraud and Consumer Claims Arising from Loan Origination and Wrongful Foreclosure --Attorney Fees
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**  NA

**3a. Debtor may have scheduled account as:**  NA
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**  NA
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Value of Property: $** _____ **Annual Interest Rate** _____ **%** ☐ Fixed ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $ _____    **Basis for perfection:** _____

**Amount of Secured Claim: $** _____    **Amount Unsecured: $** _____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of any claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____    (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.) their authorized agent. indorser, or other codebtor.
(See Bankruptcy Rule 3004.) (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Susan Marie Gray
Title: Attorney at Law
Company: Susan M. Gray Law Offices, Inc
Address and telephone number (if different from notice address above):
Rocky River, Ohio 44116

Telephone number: 440-331-3949    Email: smgray@smgraylaw.com

*Signature:* Susan M. Gray    November 8 2012
(Signature)    (Date)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$ _____

*\* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
NOV 14 2012
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18

121203212111400000000001

# Susan M. Gray

## *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

November 8, 2012

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104

Re:    Residential Capital, LLC et al.
United States Bankruptcy Court; Southern District of New York
Case No. 12-12020 (MG)

To whom it may concern:

Please find enclosed service copies of four claims. Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042. In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

These claims were filed today through the RESCAP claims process or at RESCAP Claims Processing Center c/o KCC; 2335 Alaska Avenue; El Segundo, CA 90245.

Thank you very much for your consideration

Sincerely,

Susan M. Gray

Enclosures: as stated

# Susan M. Gray
## *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

ResCap Claims Processing Center c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

Re:    Residential Capital, LLC et al.
United States Bankruptcy Court; Southern District of New York
Case No. 12-12020 (MG)

To whom it may concern:

Please find enclosed four claims.  Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042.  In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

A duplicate of each claim is attached in order to permit you to provide a time –stamped copy in the enclosed self-addressed stamped envelope.  As you can see, a certificate of service is attached to each claim form and service upon counsel was made this date by express mail.  I had earlier provided Proofs of Claim dated November 3, 2012.  I did not serve counsel for the debtors because I misunderstood the directive that claims not be sent to debtor's counsel.  I received a call from Julie at ResCap informing me that certificates of service were required. Please substitute these claims for those dated November 3, 2012 and treat these as the original claims.

Thank you for calling me to alert me to the defects in service.  Please let me know if anything further is needed.

Thank you very much for your consideration

Sincerely,

Susan M. Gray

Enclosures:  as stated

22255 Center Ridge Road • Suite 210 • Rocky River, OH 44116
Phone: 440-331-3949 • Fax: 440-331-8160

**United States Bankruptcy Court**
**Southern District of New York**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Chapter 11 |
|  | ) |  |
| Debtors | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

### Addendum to Proofs of Claim

This addendum relates to four claims filed in this case and is attached to each of those claims. Patricia J. McNerney has claims estimated at $600,000.00 against GMAC Mortgage, LLC and Homecomings Financial, LLC. Those claims arise from a loan originated by the predecessor in interest to Homecomings Financial, LLC on or about January 3, 2003 resulting in a mortgage on her home located at 1241 Thoreau Road, Lakewood, OH 44107; and ultimately resulting in two home foreclosures based on the same loan. The first foreclosure occurred in the State of Ohio, Cuyahoga County Court of Common Pleas, Case number CV-03-514406. In that foreclosure, GMAC Mortgage, LLC and Homecomings Financial, LLC traded off as substitute plaintiffs along with Mortgage Electronic Registrations Systems Inc, also trading off the claim that they had the beneficial interest in the loan. In the end, that case was dismissed for failure to comply with a court order that the plaintiffs establish the identity of the entity who was the real party in interest at the time the case was filed.

Since that dismissal was without prejudice, Homecomings Financial LLC was not prohibited from filing a second foreclosure case, which it did in the United States District Court for the Northern District of Ohio, Eastern Division in Case Number 1:09-CV-2383.

The additional two claims against the same debtors are filed for claims of counsel for Mrs. McNerney for attorney fees incurred in the defenses to those foreclosures. Attorney fee claims arise under federal and state fee-shifting consumer statutes, including the Truth in Lending Act, the Real Estate Settlement Procedures Act, the Ohio Mortgage Loan Broker Act and the Ohio Consumer Sales

Practices Act, and/or as punitive damages.  Under Ohio Law the attorney fee claim is considered to belong to the attorney; as a consequence, the claims for fees related to the loan related to those foreclosures is filed directly by the attorney.

The specific claims raised as counterclaims in the foreclosure cases include claims for violations of the law, including 1501 U.S.C. Sec. 1601 in loan origination and in the rescission process, as well as wrongful foreclosure and wrongful continuation of foreclosure; negligence, gross negligence; negligent and intentional misrepresentation; fraud, unconscionable lending; civil conspiracy; violations of state consumer laws; fraud; breach of fiduciary duty and; failure to engage in loss mitigation.  Under those claims Ms. McNerney seeks statutory, actual, and punitive damages as well as costs and attorney fees.  These claims are all matured at the time of the filing of the case.

In addition, unmatured claims seeking sanctions under Ohio Revised Code Sec. 2323.51 will not ripen until final judgment in the pending lawsuit.

As set forth in counterclaims filed in the referenced lawsuits, the referenced debtors are liable to Ms. McNerney for damages arising from those violations of statutory and common law.  Also, as pled in the counterclaims and prayers for relief, the debtors are liable to counsel for Ms. McNerney for attorney fees earned in representing her in proceedings to vindicate her rights under those statutes and as punitive damages.

Thus, the claims of Patricia J. McNerney against GMAC Mortgage, LLC and Homecomings Financial, LLC. are related because both entities were involved in the wrongful loan origination and foreclosure and those claims are also related to the two claims of Susan Marie Gray, Attorney at Law (now operating as Susan M. Gray Law Offices, Inc) against the same debtors for legal fees and costs incurred in the vindication of her rights under those statutes.

Respectfully submitted

Susan M. Gray

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

Certificate of Service

The undersigned certifies that on this 8th day of November, 2012, a copy of the foregoing proof of claim with addendum attached was served upon counsel for the debtor at the address listed below by regular United States Mail, Express Service, Postage prepaid:

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

**Claim No. 4762**

B 10 Modified (Official Form 10) (12/11)

| Claim #4762    Date Filed: 11/14/2012 |

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor and Case Number: **Homecomings Financial, LLC, Case No. 12-12042**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Patricia J. McNerney

Name and address where notices should be sent:

**Susan Marie Gray; Attorney at Law**
**22255 Center Ridge Road; Suite 201**
**Rocky River, Ohio 44116**

Telephone number: 440-331-3949      email: smgray@smgraylaw.com

Name and address where payment should be sent (if different from above):

Telephone number:      email:

- ☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

- ☒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $ 600,000.00**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

- ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Fraud and Consumer Claims Arising from Loan Origination and Wrongful Foreclosure
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA

**3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** NA
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Value of Property:** $_____    **Annual Interest Rate**_____% ☐ Fixed ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $_____    Basis for perfection: _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature: (See instruction #9)** Check the appropriate box.
- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Susan Marie Gray
Title: Attorney at Law
Company: Susan M. Gray Law Offices, Inc
Address and telephone number (if different from notice address above):
Rocky River, Ohio 44116

*(Signature)* Susan M. Gray      November 9 2012 *(Date)*

Telephone number: 440-331-3949      Email: smgray@smgraylaw.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
- ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

\* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
NOV 14 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

1212042121114000000000002

# Susan M. Gray

*Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

      Re:    Residential Capital, LLC et al.
              United States Bankruptcy Court; Southern District of New York
              Case No. 12-12020 (MG)

To whom it may concern:

    Please find enclosed service copies of four claims.  Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042.  In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

    These claims were filed today through the RESCAP claims process or at RESCAP Claims Processing Center c/o KCC; 2335 Alaska Avenue; El Segundo, CA  90245.

    Thank you very much for your consideration

                        Sincerely,

                        Susan M. Gray

Enclosures:  as stated

# Susan M. Gray
## *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

November 8, 2012

ResCap Claims Processing Center c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

   Re:  Residential Capital, LLC et al.
      United States Bankruptcy Court; Southern District of New York
      Case No. 12-12020 (MG)

To whom it may concern:

   Please find enclosed four claims. Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042. In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

   A duplicate of each claim is attached in order to permit you to provide a time –stamped copy in the enclosed self-addressed stamped envelope. As you can see, a certificate of service is attached to each claim form and service upon counsel was made this date by express mail. I had earlier provided Proofs of Claim dated November 3, 2012. I did not serve counsel for the debtors because I misunderstood the directive that claims not be sent to debtor's counsel. I received a call from Julie at ResCap informing me that certificates of service were required. Please substitute these claims for those dated November 3, 2012 and treat these as the original claims.

   Thank you for calling me to alert me to the defects in service. Please let me know if anything further is needed.

   Thank you very much for your consideration

           Sincerely,

           Susan M. Gray

Enclosures: as stated

22255 Center Ridge Road • Suite 210 • Rocky River, OH 44116
Phone: 440-331-3949 • Fax: 440-331-8160

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| | ) | |

Addendum to Proofs of Claim

        This addendum relates to four claims filed in this case and is attached to each of those claims. Patricia J. McNerney has claims estimated at $600,000.00 against GMAC Mortgage, LLC and Homecomings Financial, LLC. Those claims arise from a loan originated by the predecessor in interest to Homecomings Financial, LLC on or about January 3, 2003 resulting in a mortgage on her home located at 1241 Thoreau Road, Lakewood, OH 44107; and ultimately resulting in two home foreclosures based on the same loan. The first foreclosure occurred in the State of Ohio, Cuyahoga County Court of Common Pleas, Case number CV-03-514406. In that foreclosure, GMAC Mortgage, LLC and Homecomings Financial, LLC traded off as substitute plaintiffs along with Mortgage Electronic Registrations Systems Inc, also trading off the claim that they had the beneficial interest in the loan. In the end, that case was dismissed for failure to comply with a court order that the plaintiffs establish the identity of the entity who was the real party in interest at the time the case was filed.

        Since that dismissal was without prejudice, Homecomings Financial LLC was not prohibited from filing a second foreclosure case, which it did in the United States District Court for the Northern District of Ohio, Eastern Division in Case Number 1:09-CV-2383.

        The additional two claims against the same debtors are filed for claims of counsel for Mrs. McNerney for attorney fees incurred in the defenses to those foreclosures. Attorney fee claims arise under federal and state fee-shifting consumer statutes, including the Truth in Lending Act, the Real Estate Settlement Procedures Act, the Ohio Mortgage Loan Broker Act and the Ohio Consumer Sales

Practices Act, and/or as punitive damages.   Under Ohio Law the attorney fee claim is considered to belong to the attorney; as a consequence, the claims for fees related to the loan related to those foreclosures is filed directly by the attorney.

The specific claims raised as counterclaims in the foreclosure cases include claims for violations of the law, including 1501 U.S.C. Sec. 1601 in loan origination and in the rescission process, as well as wrongful foreclosure and wrongful continuation of foreclosure; negligence, gross negligence; negligent and intentional misrepresentation; fraud, unconscionable lending; civil conspiracy; violations of state consumer laws; fraud; breach of fiduciary duty and; failure to engage in loss mitigation.   Under those claims Ms. McNerney seeks statutory, actual, and punitive damages as well as costs and attorney fees.   These claims are all matured at the time of the filing of the case.

In addition, unmatured claims seeking sanctions under Ohio Revised Code Sec. 2323.51 will not ripen until final judgment in the pending lawsuit.

As set forth in counterclaims filed in the referenced lawsuits, the referenced debtors are liable to Ms. McNerney for damages arising from those violations of statutory and common law.   Also, as pled in the counterclaims and prayers for relief, the debtors are liable to counsel for Ms. McNerney for attorney fees earned in representing her in proceedings to vindicate her rights under those statutes and as punitive damages.

Thus, the claims of Patricia J. McNerney against GMAC Mortgage, LLC and Homecomings Financial, LLC. are related because both entities were involved in the wrongful loan origination and foreclosure and those claims are also related to the two claims of Susan Marie Gray, Attorney at Law (now operating as Susan M. Gray Law Offices, Inc) against the same debtors for legal fees and costs incurred in the vindication of her rights under those statutes.

Respectfully submitted

Susan M. Gray

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

Certificate of Service

The undersigned certifies that on this 8th day of November, 2012, a copy of the foregoing proof of claim with addendum attached was served upon counsel for the debtor at the address listed below by regular United States Mail, Express Service, Postage prepaid:

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

Susan M. Gray
Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

**Claim No. 4764**

Claim #4764   Date Filed: 11/14/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **GMAC Mortgage, LLC, Case No. 12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Patricia J. McNerney

□ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:

Susan Marie Gray; Attorney at Law
22255 Center Ridge Road; Suite 201
Rocky River, Ohio 44116

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Telephone number: 440-331-3949      email: smgray@smgraylaw.com

Name and address where payment should be sent (if different from above):

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:      email:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

1. Amount of Claim as of Date Case Filed: $ __600,000.00__

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

□ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Fraud and Consumer Claims Arising from Loan Origination and Wrongful Foreclosure -
(See instruction #2)

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) | 3b. Uniform Claim Identifier (optional): NA (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: □ Real Estate  □ Motor Vehicle  □ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ % □ Fixed □ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,

if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

□ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

□ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

□ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $ _____   (See instruction #6)

**Amount entitled to priority:**

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

$ _____

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

\* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

9. Signature: (See instruction #9) Check the appropriate box.

☑ I am the creditor.   □ I am the creditor's authorized agent.   □ I am the trustee, or the debtor, or   □ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Susan Marie Gray
Title: Attorney at Law
Company: Susan M. Gray Law Offices, Inc
Address and telephone number (if different from notice address above):
Rocky River, Ohio 44116
Rocky River, Ohio 44116

*Susan M. Gray* (Signature)   November 8, 2012 (Date)

**RECEIVED**
NOV 1 4 2012
KURTZMAN CARSON CONSULTANTS

Telephone number: 440-331-3949      Email: smgray@smgraylaw.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.

12120321211140000000000002

# Susan M. Gray
## *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104

      Re:    Residential Capital, LLC et al.
             United States Bankruptcy Court; Southern District of New York
             Case No. 12-12020 (MG)

To whom it may concern:

    Please find enclosed service copies of four claims. Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042. In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

    These claims were filed today through the RESCAP claims process or at RESCAP Claims Processing Center c/o KCC; 2335 Alaska Avenue; El Segundo, CA 90245.
    Thank you very much for your consideration

                           Sincerely,

                           Susan M. Gray

Enclosures: as stated

# Susan M. Gray

### *Attorneys and Counselors at Law*

Susan M. Gray, Esq.
smgray@smgraylaw.com

Of Counsel
Mona B. Rubinstein, Esq.

---

November 8, 2012

ResCap Claims Processing Center c/o KCC
2335 Alaska Avenue
El Segundo, CA  90245

     Re:    Residential Capital, LLC et al.
            United States Bankruptcy Court; Southern District of New York
            Case No. 12-12020 (MG)

To whom it may concern:

     Please find enclosed four claims.  Two claims are filed by Patricia J. McNerney, through her counsel, against GMAC Mortgage, LLC Case No 12-12032 and Homecomings Financial, LLC, Case No. 12-12042.  In addition, her counsel, Susan Marie Gray, has claims against the same debtors for attorney fees earned in vindicating Ms. McNerney's rights *vis-a-vis* those debtors.

     A duplicate of each claim is attached in order to permit you to provide a time –stamped copy in the enclosed self-addressed stamped envelope.  As you can see, a certificate of service is attached to each claim form and service upon counsel was made this date by express mail.  I had earlier provided Proofs of Claim dated November 3, 2012.  I did not serve counsel for the debtors because I misunderstood the directive that claims not be sent to debtor's counsel.  I received a call from Julie at ResCap informing me that certificates of service were required. Please substitute these claims for those dated November 3, 2012 and treat these as the original claims.

     Thank you for calling me to alert me to the defects in service.  Please let me know if anything further is needed.

     Thank you very much for your consideration

                          Sincerely,

                          Susan M. Gray

Enclosures:  as stated

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| | ) | |

## Addendum to Proofs of Claim

This addendum relates to four claims filed in this case and is attached to each of those claims. Patricia J. McNerney has claims estimated at $600,000.00 against GMAC Mortgage, LLC and Homecomings Financial, LLC. Those claims arise from a loan originated by the predecessor in interest to Homecomings Financial, LLC on or about January 3, 2003 resulting in a mortgage on her home located at 1241 Thoreau Road, Lakewood, OH 44107; and ultimately resulting in two home foreclosures based on the same loan. The first foreclosure occurred in the State of Ohio, Cuyahoga County Court of Common Pleas, Case number CV-03-514406. In that foreclosure, GMAC Mortgage, LLC and Homecomings Financial, LLC traded off as substitute plaintiffs along with Mortgage Electronic Registrations Systems Inc, also trading off the claim that they had the beneficial interest in the loan. In the end, that case was dismissed for failure to comply with a court order that the plaintiffs establish the identity of the entity who was the real party in interest at the time the case was filed.

Since that dismissal was without prejudice, Homecomings Financial LLC was not prohibited from filing a second foreclosure case, which it did in the United States District Court for the Northern District of Ohio, Eastern Division in Case Number 1:09-CV-2383.

The additional two claims against the same debtors are filed for claims of counsel for Mrs. McNerney for attorney fees incurred in the defenses to those foreclosures. Attorney fee claims arise under federal and state fee-shifting consumer statutes, including the Truth in Lending Act, the Real Estate Settlement Procedures Act, the Ohio Mortgage Loan Broker Act and the Ohio Consumer Sales

Practices Act, and/or as punitive damages.   Under Ohio Law the attorney fee claim is considered to belong to the attorney; as a consequence, the claims for fees related to the loan related to those foreclosures is filed directly by the attorney.

The specific claims raised as counterclaims in the foreclosure cases include claims for violations of the law, including 1501 U.S.C. Sec. 1601 in loan origination and in the rescission process, as well as wrongful foreclosure and wrongful continuation of foreclosure; negligence, gross negligence; negligent and intentional misrepresentation; fraud, unconscionable lending; civil conspiracy; violations of state consumer laws; fraud; breach of fiduciary duty and; failure to engage in loss mitigation.  Under those claims Ms. McNerney seeks statutory, actual, and punitive damages as well as costs and attorney fees.  These claims are all matured at the time of the filing of the case.

In addition, unmatured claims seeking sanctions under Ohio Revised Code Sec. 2323.51 will not ripen until final judgment in the pending lawsuit.

As set forth in counterclaims filed in the referenced lawsuits, the referenced debtors are liable to Ms. McNerney for damages arising from those violations of statutory and common law.  Also, as pled in the counterclaims and prayers for relief, the debtors are liable to counsel for Ms. McNerney for attorney fees earned in representing her in proceedings to vindicate her rights under those statutes and as punitive damages.

Thus, the claims of Patricia J. McNerney against GMAC Mortgage, LLC and Homecomings Financial, LLC. are related because both entities were involved in the wrongful loan origination and foreclosure and those claims are also related to the two claims of Susan Marie Gray, Attorney at Law (now operating as Susan M. Gray Law Offices, Inc) against the same debtors for legal fees and costs incurred in the vindication of her rights under those statutes.

Respectfully submitted

Susan M. Gray

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com

Certificate of Service

The undersigned certifies that on this 8th day of November, 2012, a copy of the foregoing proof of claim with addendum attached was served upon counsel for the debtor at the address listed below by regular United States Mail, Express Service, Postage prepaid:

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York  10104

Susan Marie Gray(0062356)
Attorney at Law
22255 Center Ridge Rd. # 210
Rocky River, OH  44116
440-331-3949
440-331-8160 fax
smgray@smgraylaw.com