## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA   2. ☐ RHS   3. ☒ Conv. Unins.<br>4. ☐ VA    5. ☐ Conv. Ins. | 6. File Number<br>12-134 | 7. Loan Number<br>s | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| ROBERT KENNETH HARRIS<br>909 PATTON LANE<br>WESTWEGO, LA 70094 | (ΣγA) | SPECIALIZED COMMERCIAL LENDING<br>517 NORTH NEW HAMPSHIRE<br>COVINGTON, LA 70433 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1510 AMES BOULEVARD<br>MARRERO, LA 70072 | Quality Title Services LLC | |
| | Place of Settlement<br>3621 Ridgelake Drive<br>Suite 207<br>Metairie, Louisiana 70002 | I. Settlement Date<br>06/12/12<br>DD: 06/12/12 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,400.35 | 403. | |
| 104. Payoff of first mortgage loan | | 404. | |
| 105. Payoff of second mortgage loan | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 5,400.35 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 31,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 31,500.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 5,400.35 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 31,500.00 | 602. Less reduction amount due to seller (line 520) | |
| 303. CASH    TO    BORROWER | 26,099.65 | 603. CASH    TO    SELLER | |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and /or Schedule D (Form 1040).

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

form HUD-1 (3/86) ref Handbook 4305.2

L. SETTLEMENT CHARGES:    File Number: 12-134

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $ to | | |
| 702. | $ to | | |
| 703. | Commission paid at Settlement | | |
| 704. | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN                       P.O.C. | | |
| 801. | Loan Origination Fee    5 %    LAKE MORTGAGE INVESTORS OF MS | 1,575.00 | |
| 802. | Loan Discount    % | | |
| 803. | Appraisal Fee    to | | |
| 804. | Credit Report    to | | |
| 805. | Lender's Inspection Fee    to | | |
| 806. | Mtg. Ins. Application Fee    to | | |
| 807. | Assumption Fee    to | | |
| 808. | | | |
| 809. | Tax Service Fee to | | |
| 810. | Tax Service Fee to | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | Yield Spread Premium to | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from    to    @$    /day | | |
| 902. | Mortgage Insurance Premium    to | | |
| 903. | Hazard Insurance Premium    yrs. to | | |
| 904. | Flood Insurance Premium to | | |
| 905. | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. | Hazard Insurance    mo. @$    / mo. | | |
| 1002. | Mortgage Insurance    mo. @$    / mo. | | |
| 1003. | City property taxes    mo. @$    / mo. | | |
| 1004. | County property taxes    mo. @$    / mo. | | |
| 1005. | Annual Assessments    mo. @$    / mo. | | |
| 1006. | Flood Insurance    mo. @$    / mo. | | |
| 1007. | mo. @$    / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | |
| 1100. | TITLE CHARGES | | |
| 1101. | Settlement or closing fee    to    Quality Title Services LLC | 150.00 | |
| 1102. | Abstract or title search    to    Quality Title Services LLC | 175.00 | |
| 1103. | Title examination    to    Quality Title Services LLC | 100.00 | |
| 1104. | Title insurance binder    to | | |
| 1105. | Document preparation    to    Quality Title Services LLC | 100.00 | |
| 1106. | Notary fees    to | | |
| 1107. | Attorney's fees    to | | |
| | (includes above item No:                                  ) | | |
| 1108. | Title insurance    to    First American Title Ins Co of Louisiana | 202.40 | |
| | (includes above item No:                                  ) | | |
| 1109. | Lender's coverage    31,500.00 --- 202.40 | | |
| 1110. | Owner's coverage | | |
| 1111. | ALTA 8.1    First American Title Ins Co of Louisiana | 50.00 | |
| 1112. | | | |
| 1113. | Closing Protection Letter    First American Title Ins Co of Louisiana | 25.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording fees    Deed $    ; Mortgage $ 175.00    ; Releases $ | 175.00 | |
| 1202. | City/county/stamps    Deed $    ; Mortgage $ | | |
| 1203. | State tax/stamps    Deed $    ; Mortgage $ | | |
| 1204. | | | |
| 1205. | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey    to | | |
| 1302. | Pest inspection    to | | |
| 1303. | Federal Express Charges | | |
| 1304. | 2010 & 2011 taxes    Sheriff, Parish of Jefferson | 2,597.95 | |
| 1305. | Cancellation of 2 Mortgages    Quality Title Services LLC | 250.00 | |
| 1306. | Cancellation of Mortgages | | |
| 1307. | | | |
| 1308. | | | |
| 1400. | TOTAL SETTLEMENT CHARGES    (enter on lines 103 and 502, Sections J and K) | 5,400.35 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

ROBERT KENNETH HARRIS

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Quality Title Services LLC    C. RICHARD GERAGE    06/12/2012
                                                     Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

form HUD-1 (3/86) ref Handbook 4305.2

## PROMISSORY NOTE

$31,500.00                                                                                              Metairie, Louisiana
                                                                                                        June 12, 2012

FOR VALUE RECEIVED, I, we, or either of us, in solido, promise to pay to the order of "BEARER" the sum of THIRTY ONE THOUSAND FIVE HUNDRED AND NO/100 ($31,500.00) DOLLARS, with interest thereon at the rate of EIGHTEEN (18%) per cent, per annum, until paid in full, payable to Specialized Commercial Lending, LLC at 517 North New Hampshire, Covington, LA 70433, or any other place designated by note holder, the said principal and interest being **Payable in eighteen (18) consecutive monthly installments, payable as follows:**

Seventeen (17) consecutive monthly installments of interest only in the amount of $472.50 commencing on July 12, 2012 and on the 12th day of each successive month thereafter, and one (1) final installment being due and payable on December 12, 2013 in the amount of $31,972.50, and any and all remaining unpaid principal and interest that may be due, with interest thereon at the rate of EIGHTEEN (18%) per cent per annum, until paid in full.

**Mortgagor shall have a ten (10) day grace period in making monthly payments. If a payment is more then ten (10) days late, then Mortgagor shall pay a late charge of $25.00.**

**It is understood and agreed that this note may be prepaid at any time without penalty.**

The said principal and interest shall be payable in lawful money of the United States of America, at any place designated in writing by note holder or note holders.

In case this note should be placed in the hands of an attorney, after its maturity, to institute legal proceedings to recover the amount hereof, or any part hereof, in principal or interest, or to protect the interests of the holder hereof, or in case the same should be placed in the hands of an attorney for collection, compromise or other action, the maker (s) and endorser (s) bind himself (themselves) to pay the fees of the attorney who may be employed for that purpose, which fees are hereby fixed at twenty-five (25%) percent, on the amount due or sued for, or claimed or sought to be protected, preserved or enforced.

Payment to be made in accordance herewith and in accordance with the provisions of the act with which this note is identified.

Presentment, protest, demand for payment and notice of dishonor are hereby waived.

                                                                                _____
                                                                                ROBERT KENNETH HARRIS


THIS PROMISSORY NOTE IS SECURED WITH A
COLLATERAL MORTGAGE AND ASSIGNMENT OF
LEASES AND RENTS IN FAVOR OF BEARER IN
THE AMOUNT OF $75,000.00, DATED JUNE 12, 2012.



Regions Bank
Westwego
900 Westbank Expressway
Westwego, LA 70094

*Case # 12-12020 (mg)*
*Claim # 1687*

00144772 01 AV 0.347 001
ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713



ACCOUNT #

Page 1 of 2

## SAVINGS
October 1, 2012 through October 31, 2012

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $193.79 | |
| Deposits & Credits | $500.00 + | |
| Withdrawals | $472.50 − | |
| Fees | $5.00 − | |
| Automatic Transfers | $0.00 + | |
| Ending Balance | $216.29 | |
| 2012 YTD Interest | | $0.04 |

### DEPOSITS & CREDITS

| 10/09 | Deposit - Thank You | 500.00 |
|---|---|---|

### WITHDRAWALS

| 10/12 | Specialized Comm 12TH Draft Robert K Harri | 472.50 |
|---|---|---|

### FEES

| 10/31 | Monthly Fee | 5.00 |
|---|---|---|

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/09 | 693.79 | 10/12 | 221.29 | 10/31 | 216.29 |



**Regions Bank**
Westwego
900 Westbank Expressway
Westwego, LA 70094

*handwritten:* Case #12-12020(mg)
*handwritten:* Claim # 1687

00140400 01 AV 0.357 001
ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713


*(Ex A)*

ACCOUNT #

Page 1 of 2

## SAVINGS
January 1, 2013 through January 31, 2013

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $261.29 | |
| Deposits & Credits | $500.00 + | |
| Withdrawals | $722.50 − | |
| Fees | $5.00 − | |
| Automatic Transfers | $0.00 + | |
| Ending Balance | $33.79 | |

2012 YTD Interest    $0.04

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/09 | Deposit - Thank You | 500.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/11 | Specialized Comm 12TH Draft Robert K Harri | 472.50 |
| 01/16 | Withdrawal | 250.00 |
| | Total Withdrawals | $722.50 |

### FEES

| | | |
|---|---|---|
| 01/31 | Monthly Fee | 5.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/09 | 761.29 | 01/16 | 38.79 | | |
| 01/11 | 288.79 | 01/31 | 33.79 | | |

**Regions Bank**
Westwego
900 Westbank Expressway
Westwego, LA 70094

Claim # 1687

0016345401 AV 0.357 001
ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713



ACCOUNT #

Page 1 of 2

## SAVINGS
May 1, 2013 through May 31, 2013

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $101.29 | |
| Deposits & Credits | $500.00 | + |
| Withdrawals | $472.50 | − |
| Fees | $5.00 | − |
| Automatic Transfers | $0.00 | + |
| Ending Balance | $123.79 | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/07 | Deposit - Thank You | 500.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/17 | Specialized Comm 12TH Draft Robert K Harri | 472.50 |

### FEES

| | | |
|---|---|---|
| 05/31 | Monthly Fee | 5.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/07 | 601.29 | 05/17 | 128.79 | 05/31 | 123.79 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**



CASE # 12-12020 (MG)
Claim # 1687

Regions Bank
Westwego
900 Westbank Expressway
Westwego, LA 70094



00166766 01 AV 0.378 001
ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713

ACCOUNT #

Page 1 of 2

## SAVINGS
August 1, 2014 through August 29, 2014

### SUMMARY

| | | |
|---|---:|---|
| Beginning Balance | $24.79 | |
| Deposits & Credits | $0.00 | + |
| Withdrawals | $472.50 | - |
| Fees | $36.00 | - |
| Automatic Transfers | $0.00 | + |
| Returned Checks | $472.50 | + |
| Ending Balance | $11.21 | - |

### WITHDRAWALS

| | | | |
|---|---|---|---:|
| 08/12 | Specialized Comm 12th Draft Robert K Harri | | 472.50 |

### FEES

| | | |
|---|---|---:|
| 08/13 | Returned Item Fee | 36.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 36.00 | 36.00 |

### RETURNED CHECKS

| | | |
|---|---|---:|
| 08/13 | Credit-Returned Ck#24004069790 | 472.50 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/12 | 447.71- | 08/13 | 11.21- | | |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**



 **REGIONS**  Regions Bank
Barataria Blvd
2098 Barataria Blvd.
Marrero, LA 70072

Claim# 1687

00043747 01 AT 0.406 001
CHILDHOOD DEVELOPMENT CENTER I
909 PATTON ST
WESTWEGO LA 70094-3713



EXD

ACCOUNT #

Cycle         26
Enclosures    9
Page       1 of 5

## LIFEGREEN CHECKING FOR BUSINESS
November 29, 2014 through December 31, 2014

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $173.25 | Minimum Daily Balance | $269 |
| Deposits & Credits | $7,779.00 + | Average Monthly Statement Balance | $1,948 |
| Withdrawals | $3,324.28 - | | |
| Fees | $15.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $3,782.44 - | | |
| **Ending Balance** | **$830.53** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/01 | Deposit - Thank You | 500.00 |
| 12/05 | Housing Auth Jef Hap Paymen Robert Harris 010696 | 5,586.00 |
| 12/12 | Deposit - Thank You | 893.00 |
| 12/15 | Deposit - Thank You | 800.00 |
| | Total Deposits & Credits | $7,779.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/01 | T-Mobile Ivr    Pcs Svc Robert K Harri 5365450 | 64.62 |
| 12/02 | Dish Network    Dish Ntwrk Harris,Robert 9198048842 Spa | 93.65 |
| 12/09 | Ocwen Loan Servi Mtg Pmt Robert Harris | 2,422.13 |
| 12/09 | Ocwen Loan Servi Mtg Pmt Robert Harris | 12.00 |
| 12/16 | Select Portfolio Sps Childhood Deve 0003951032 | 611.89 |
| 12/16 | Chase        Epay 55581157350974 2066850249 | 58.00 |
| 12/16 | Discover      Phone Pay Harris Robert | 35.00 |
| 12/16 | Capital One    Phone Pymt 7269242728Harr 434939879129870 | 27.00 |
| | Total Withdrawals | $3,324.28 |

### FEES

| | | |
|---|---|---|
| 12/31 | Monthly Fee | 15.00 |

**REGIONS** Regions Bank
Barataria Blvd
2098 Barataria Blvd.
Marrero, LA 70072

00042537 02 AT 0.406 002
CHILDHOOD DEVELOPMENT CENTER I
909 PATTON ST
WESTWEGO LA 70094-3713



ACCOUNT #

| | |
|---|---|
| Cycle | 26 |
| Enclosures | 10 |
| Page | 1 of 6 |

## LIFEGREEN CHECKING FOR BUSINESS
January 1, 2015 through January 30, 2015

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $830.53 | Minimum Daily Balance | $1,690 - |
| Deposits & Credits | $8,326.13 + | Average Monthly Statement Balance | $858 |
| Withdrawals | $2,736.33 - | | |
| Fees | $339.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $2,021.67 + | | |
| Checks | $9,603.78 - | | |
| **Ending Balance** | $1,500.78 - | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/06 | Housing Auth Jef Hap Paymen Robert Harris 010696 | 4,958.00 |
| 01/12 | Deposit - Thank You | 2,800.00 |
| 01/15 | Deposit - Thank You | 568.13 |
| | Total Deposits & Credits | $8,326.13 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/06 | Southwest Missis Payment Harris    348900 | 33.20 |
| 01/09 | Ocwen Loan Servi Mtg Pmt Robert Harris | 2,422.13 |
| 01/09 | Ocwen Loan Servi Mtg Pmt Robert Harris | 12.00 |
| 01/12 | Capital One    Phone Pymt 7269242728Harr 500939869006938 | 200.00 |
| 01/20 | Discover    Phone Pay Harris Robert | 35.00 |
| 01/20 | Chase       Epay 55581157350974 2099005189 | 34.00 |
| | Total Withdrawals | $2,736.33 |

### FEES

| | | |
|---|---|---|
| 01/15 | Paid Overdraft Item Fee | 36.00 |
| 01/16 | Returned Item Fee | 108.00 |
| 01/20 | Paid Overdraft Item Fee | 108.00 |
| 01/22 | Returned Item Fee | 36.00 |
| 01/23 | Returned Item Fee | 36.00 |
| 01/30 | Monthly Fee | 15.00 |
| | Total Fees | $339.00 |

**Regions Bank**
Barataria Blvd
2098 Barataria Blvd.
Marrero, LA 70072

CASE # 12-12020-mg
CLAIM # 1687

00064226 01 AT 0.413 001
CHILDHOOD DEVELOPMENT CENTER I
909 PATTON ST
WESTWEGO LA 70094-3713


SYC

ACCOUNT #

Cycle           26
Enclosures       8
Page       1 of 4

## LIFEGREEN CHECKING FOR BUSINESS
May 30, 2015 through June 30, 2015

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $1,974.00 | Minimum Daily Balance | $12 |
| Deposits & Credits | $8,247.00 + | Average Monthly Statement Balance | $2,978 |
| Withdrawals | $198.42 − | | |
| Fees | $10.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $8,631.54 − | | |
| Ending Balance | $1,381.04 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/05 | Housing Auth Jef Hap Paymen Robert Harris 010696 | 5,997.00 |
| 06/12 | Deposit - Thank You | 1,900.00 |
| 06/17 | Deposit - Thank You | 350.00 |
| | Total Deposits & Credits | $8,247.00 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 06/19 | State Farm Ro 08 Cpc-Client Harris, Robert 22 S 1143483122 | 198.42 |

### FEES

| Date | Description | Amount |
|---|---|---|
| 06/30 | Deluxe Check Image Fee | 10.00 |

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount | |
|---|---|---|---|---|---|---|---|
| 06/02 | 12033 | 667.83 | 9408 | 06/15 | 12037 | 824.07 | 929 |
| 06/02 | 12034 | 658.20 | 909 | 06/15 | 12038 | 789.30 | -920 |
| 06/02 | 12035 | 635.82 | 9446 | 06/16 | 12040 * | 1,230.33 | -905 |
| 06/15 | 12036 | 2,422.13 | 6220 | 06/15 | 12042 * | 1,403.86 | -341 |
| | | | | | Total Checks | $8,631.54 | |

* Break In Check Number Sequence.

# DISCOVER

**Discover More Card**
Account number ending in 8851
Open Date: Jul 28, 2014 - Close Date: Aug 27, 2014
Cardmember Since 1995

Page 1 of 4

*CASE REMAND MG*
*Claim # 1687*

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | $416.03 |
| Payments and Credits | − $100.00 |
| Purchases | + $52.89 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $9.34 |
| New Balance | $378.26 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $700 |
| Credit Line Available | $321 |
| Cash Advance Credit Line | $300 |
| Cash Advance Credit Line Available | $300 |

You may be able to avoid interest on Purchases. See reverse for details.



FICO 610
Your FICO® Credit Score on 8/2
More at Discover.com

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$378.26** |
| Minimum Payment Due | $35.00 |
| Payment Due Date | September 22, 2014 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 29.99% variable.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 months | $437 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| Cashback Bonus® | | Anniversary Month April |
|---|---|---|
| Opening Balance | $ | 6.25 |
| New Cashback Bonus This Period Everywhere Else | + $ | 0.13 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **6.38** |

To learn more, log in at Discover.com

*100.00*

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover
Please fold on the perforation before detach and return with your payment.

**Payment Coupon** — Please do not fold, clip or staple.
Pay Online — Discover.com
Pay by Phone — 1-800-347-2683

000098991 01 AT 0.403 TO 27 SDS5RA06 401
ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713

*#100.00*
*paid on 9/16/14*

*conf # 8986310*

| Account number ending in | 8851 |
|---|---|
| Minimum Payment Due | $35.00 |
| New Balance | $378.26 |
| Payment Due Date | September 22, 2014 |
| Amount enclosed | $ |

PO BOX 71084
CHARLOTTE NC 28272-1084

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
Address, e-mail or telephone changed? Note changes on reverse side.

0000019864522531768940037826015255800003500

# DISCOVER

**Discover® More® Card**

Account number ending in 8851
Open Date: Aug 28, 2015 - Close Date: Sep 27, 2015
Cardmember Since 1995

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $625.34 |
| Payments and Credits | − | $35.00 |
| Purchases | + | $10.90 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $14.67 |
| New Balance | | $615.91 |

See Interest Charge Calculation section following the Transactions section for detailed APR information.

| | |
|---|---|
| Credit Line | $700 |
| Credit Line Available | $84 |
| Cash Advance Credit Line | $300 |
| Cash Advance Credit Line Available | $84 |

You may be able to avoid interest on Purchases.
See reverse for details.



Your FICO® Credit Score on 9/21/15.
FICO® Score Meter
Track recent scores on your FICO® page in this statement.

Please make check payable to Discover. You are nearing your credit line; call today to apply for a line increase. Phone and internet payments must be made by 5:00pm ET for same day posting.

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$615.91** |
| Minimum Payment Due | $35.00 |
| Payment Due Date | October 22, 2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 29.99% variable.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 months | $805 |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS

| | | Anniversary Month April |
|---|---|---|
| **Cashback Bonus®** | | |
| Opening Balance | $ | 7.49 |
| New Cashback Bonus This Period Everywhere Else | + $ | 0.02 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **7.51** |

To learn more, log in at **Discover.com**



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---

Make Check payable to Discover.
Please fold on the perforation below, detach and return with your payment.

| **Payment Coupon** Please do not fold, clip or staple. | 🖥 **Pay Online** Discover.com | 📞 **Pay by Phone** 1-800-347-2683 |
|---|---|---|



000104827  01  AT  0.413  T3  27  SDS5RA06  401

ROBERT K HARRIS
909 PATTON ST
WESTWEGO LA 70094-3713

| Account number ending in | 8851 |
|---|---|
| Minimum Payment Due | $35.00 |
| New Balance | $615.91 |
| Payment Due Date | October 22, 2015 |
| Amount enclosed | $ |

PO BOX 71084
CHARLOTTE NC 28272-1084

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019864522531768940061591002050000003500