Robert Kenneth Harris

909 Patton Lane

Westwego, LA   70094

1(504)975-8644

15 October 2015

Re:  Residential Capitol LLC, et al,

Debtors

Case No. 12-12020(MG)

Chapter 11

Jointly Administered

(REDCAP BORROWER CLAIMS TRUST'S EIGHTY-NINTH IMNIBUS OBJECTION TO CLAIMS (1) NO LIABILITY BORROWER CLAIMS AND (2) REDUCE AND ALLOW BORROWER CLAIMS)

**Robert Kenneth Harris**

**Opposed**

RECEIVED

OCT 2 3 2015

U.S. BANKRUPTCY COURT, SDNY

Ref:   Claim #1 1689

Claim #2 1687

I, Robert Kenneth Harris, do hereby whole heartily (oppose) the Reduction and Allowance of "claims" listed under the Proposed Claims to be Reduced and Allowed for the reasons listed as a result of their OCWEN underhanded tactics to secure my property I was forced to mortgage a piece of property ( Exhibit A).  My mortgage payment was changed on two occasion from a regular payment of $855.36 to $1410.94 and again to $2422.13 (Exhibit B & C); additional information can be supplies if requested.  My credit which I enjoyed and cherished as an American has been literally destroyed by causing my Credit Score to fall from a 610 rating to a 498 rating (Exhibit D).

As a last ditched attempt to have my claims expunged, they (debtors) for OCWEN Loan Servicing have asked me to itemize the cost of their attorney Mr. Dean Morris, L.L.P., 1505 North 19th Street, Monroe, LA  71201; which was retained by GMAC to initiate the foreclosure proceedings against me.  Only Mr. Dean Morris can do this.

Finally, OCWEN illegally damaged my credit rating which resulted in losing my credit availability.  After viewing all the information that have been presented against OCWEN Loan Servicing I pray that OCWEN Loan Servicing be unlawfully found at fault for their attempt to foreclose on my property and be forced to pay restitution in the amount of $240,000.00 for Case No. 12-12020(MG) Claim #1689.


Respectfully submitted,


Mr. Robert K. Harris

RKH/la

Attachments

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**        PROOF OF CLAIM

| Name of Debtor: GMAC Mortgage LLC | Case Number: 12-12032 (MG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Robert Kenneth Harris

Name and address where notices should be sent:
Robert Kenneth Harris
909 Patton St.
Westwego, La, 70094

Telephone number: 504-975-8644   email:

Name and address where payment should be sent (if different from above):

Telephone number:   email:

☐ Check this box if this cla amends a previously file claim.

Court Claim Number:
(If known)

Filed on:

☐ Check this box if you are that anyone else has filed a of claim relating to this clai Attach copy of statement giv particulars.

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Mortgage Note
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 6268

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑Real Estate ☐Motor Vehicle ☐Other
Describe:

Value of Property: $_____   Annual Interest Rate_____% ☐Fixed ☐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #8, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or   ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert Kenneth Harris
Title:
Company:   (Signature)   10/23/12 (Date)
Address and telephone number (if different from notice address above):

Telephone number:   Email:

**5. Amount of Claim Enti Priority under 11 U.S.C. §507(a). If any part of the falls into one of the follow categories, check the box specifying the priority an the amount.**

☐ Domestic support obliga under 11 U.S.C. §507(a)(1)(A) or (a)(1)

☐ Wages, salaries, or commissions (up to $11 earned within 180 days the case was filed or the debtor's business ceased whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an emplo benefit plan – 11 U.S.C. § (a)(5).

☐ Up to $2,600* of deposi toward purchase, lease, rental of property or ser for personal, family, or household use – 11 U.S. §507 (a)(7).

☐ Taxes or penalties owed governmental units – 11 §507 (a)(8).

☐ Other – Specify applicab paragraph of 11 U.S.C. (a)(__).

**Amount entitled to prio**
$_____

* Amounts are subject to adjustment on 4/1/13 an 3 years thereafter with r to cases commenced on after the date of adjustm

COURT USE ONL'

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.