BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF TRANSFER TO DISABILITY INACTIVE STATUS
## TO COURT, AGENCY OR TRIBUNAL

TO: U.S. Bankruptcy Court (S.D.N.Y)
Court, Agency, or Tribunal

One Bowling Green
Address

New York NY 10007-1408

In re Residential Capital
(case caption)

NAME OF CLIENT
Rhonda Gosselin

12-12020
(docket number)

ADDRESS OF CLIENT
16 Rolf Street

Chicopee MA 01020-1228

Pursuant to SJ.C. Rule 4:0 I, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been placed on disability inactive status in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after September 9, 2015, the effective date of transfer to disability inactive status. Enclosed are copies of the notices of transfer to disability inactive status which I have sent to my client(s), counsel of records, and those parties unrepresented by counsel.

DATE: October 3, 2015

SIGNATURE:
*Laird J. Heal* (signature)

Laird James Heal

ADDRESS:

120 Chandler Street, Suite 2 R

Worcester, MA 01609

TELEPHONE:

508-459-5095

[RECEIVED stamp: OCT - 9 2015, U.S. BANKRUPTCY COURT S.D. OF NEW YORK]

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF TRANSFER TO DISABILITY INACTIVE STATUS TO COUNSEL AND UNREPRESENTED PARTIES

TO: Jordon Wishnew
   Counsel for (or party, if unrepresented by counsel)

Morrison & Foerster LLP
Address

250 West 55th Street

New York NY 10019

COURT: U.S. Bankruptcy Court (S.D.N.Y)

CASE CAPTION: In re Residential Capital

DOCKET NUMBER: Rhonda Gosselin

CLIENT NAME: Rhonda Gosselin

Pursuant to SJ.C. Rule 4:0 I, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been placed on disability inactive status in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after September 9, 2015, the effective date of disability.

DATE: October 3, 2015        SIGNATURE: _Laird J. Heal_

Laird James Heal

ADDRESS:

120 Chandler Street, Suite 2 R

Worcester, MA 01609

TELEPHONE:

508-459-5095

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

**NOTICE OF TRANSFER TO DISABILITY INACTIVE STATUS TO CLIENT**

| TO: Rhonda Gosselin | U.S. Bankruptcy Court (S.D.N.Y) |
|---|---|
| CLIENT | COURT |
| 16 Rolf Street | In re Residential Capital |
| ADDRESS | CASE CAPTION |
| Chicopee MA 01020-1228 | 12-12020 |
| | DOCKET NUMBER |

Pursuant to SJ.C. Rule 4:0 I, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been placed on disability inactive status in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after September 9, 2015, the effective date of transfer to disability inactive status.

If you are not represented by co-counsel, you should act promptly to obtain other counsel to represent you further in the above matter. In addition, the following circumstances of this case will require immediate attention:

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These documents may be retrieved from:

NAME: Laird J. Heal

ADDRESS: 120 Chandler St.

Worcester, MA 01609

TELEPHONE: 508-459-5095

You also have the right to a refund of any part of any fees and costs you paid in advance that have not been earned or expended.

You are further notified that I am required to close every IOLTA, client, trust, or other fiduciary account and properly disburse or otherwise transfer all client and fiduciary funds in my possession, custody, or control.

DATE: _Oct. 3, 2015_      SIGNATURE: _[signature]_

Laird James Heal

ADDRESS:

120 Chandler Street, Suite 2 R

Worcester, MA 01609

TELEPHONE:

508-459-5095