UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
IN RE:                                    )   CASE No 12-12020
                                          )
RESIDENTIAL CAPITAL, LLC, ET AL.,         )   (RELATED CASE # 12-12052)
                                          )
              DEBTORS                     )   CHAPTER 11
                                          )
```

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE
FOR RESIDENTIAL ACCREDIT LOANS INC
SERIES 2006-QS8
PLAINTIFF

V                                                      CASE NO.: 08-000252-CA

RONALD P GILLIS, et al,
DEFENDANT

## Judicial Notice / Status Update

Comes now, Ronald Gillis, movant in New York Bankruptcy Court, who is also noticing and informing the Twentieth Judicial Circuit Court in Charlotte County of potential fraudulent issues happening in New York Bankruptcy Court GMAC case and/or Charlotte County Civil Court.

In May 2012, GMAC, and over fifty affiliated names filed Bankruptcy in the New York Southern District Court, including but not limited to GMAC, Homecomings Financial (case #12-12042 TIN# 51-0369458), and Residential Accredit Loans Inc (hereinafter RALI) (case # 12-12052 TIN# 51-0368240). Shortly after filing, there should have been a repudiation agreement, but no where can Ronald Gillis find where RALI who now claims to own the purported mortgage which is the subject of the Charlotte County Civil Case being given permission to pursue the asset in the state court of Florida. As such, Ronald Gillis petitioned the New York Bankruptcy Court for production of anything pertaining to Ronald Gillis or his property in Florida. In response to this request, Mr Rosebaum was issued a verbal order to

produce all information on March 12, 2015 by Judge Martin Glenn, except emails, pertaining to the undersigned or the property of the undersigned. Mr Rosebaum filed a Notice of Update with the Court that stated in essence that all information had been produced and given to the undersigned in compliance with New York Bankruptcy Judge Martin Glenn's verbal order, and that no GMAC entity had any interest in any assets of Ronald Gillis, or his property in Charlotte County. However, public records now reflect the filing of documents using RALI to create Assignments of Mortgage to further give the false appearance RALI has an interest in the property of Ronald Gillis, but also without permission of the New York Bankruptcy Court to be pursuing an asset which according to Mr Rosenbum, no GMAC entities have any interest. Either GMAC does have an interest in the property of Ronald Gillis, or they do not, they cannot have it both ways in different courts, and without a repudiation agreement, would seem to be in violation of bankruptcy laws by not disclosing an asset being pursued in a state court. This is complicated by the fact that the entity appearing to initiate the purported authority to pursue this asset, Wells Fargo, which has also reported to the credit bureaus that Wells Fargo has no interest in the property of Ronald Gillis and no outstanding mortgage, but continues to inform the state court that there is an outstanding mortgage which is in conflict with what the GMAC entities are telling the New York Bankruptcy Court as well.

Additionally, the undersigned feels it necessary to inform the New York Bankruptcy Court since the New York Bankruptcy Court has liquidated the various GMAC entities asset as of December 11, 2013, and RALI was listed in the state of Delaware as no longer being a corporation, the New York Bankruptcy may need to investigate this further.

Respectfully,

/s/ Ronald P Gillis

Ronald P Gillis
P O Box 380842
Murdock, FL 33938
(413) 622-2282

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, on October 22, 2015 a true and correct copy of the foregoing  JUDICIAL NOTICE / STATUS UPDATE  was furnished by hand delivery or USPS 1st Class Mail to:

1. United States Bankruptcy Court - Southern District of New York (Copy to Judge Glenn)
One Bowling Green
New York, NY 10004

2. 20th Judicial Circuit – Charlotte County (Copy Judge Porter)
350 East Marion Ave
Punta Gorda, FL 33950

3. Homecomings Financial LLC & GMAC-RFC Master Servicer
ATTN: Attorney Justin T. Wong
Troutman Saunders LLP
600 Peachtree St NE, Suite 5200
Atlanta, GA 30308-2216

4. Normal S Rosenbaum (also by fax 212-468-7900)
Morrison & Foerster
250 West 55th Street
New York, NY 10019

5. Albertelli Law
Charline Calhoun
P O Box 23028
Tampa, FL 33623

on this __22nd__ day of October, 2015

/s/ *Ronald P Gillis*

By: Ronald P Gillis

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re Residential Capital, LLC, et al., Debtors. | Chapter 11 Case No: 12-12020 (MG) (Jointly Administered) |
| **NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES** | |

Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.

If you have any questions regarding this notice, please call the ResCap Restructuring Hotline Hotline at (888) 251-2914. You may also submit an inquiry online at www.kccllc.net/rescap.

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |
| RCSFJV2004, LLC | 12-12051 (MG) | 20-3802722 |
| Residential Accredit Loans, Inc. | 12-12052 (MG) | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) | 41-1955181 |
| Residential Asset Securities Corporation | 12-12054 (MG) | 51-0362653 |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) | 34-1754796 |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) | 75-25010515 |
| Residential Consumer Services, LLC | 12-12058 (MG) | 20-4812167 |

CHARLOTTE COUNTY CLERK OF THE CIRCUIT COURT OR BOOK 3402, PGS 750-750  1 pg(s)
INSTR # 1864249 Doc Type ASG, Recorded 07/15/2009 at 04:35 PM   Rec. Fee: $10.00 Cashier By: VERONICAT



Record and Return To:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before December 10, 2007, the undersigned assignor ("Assignor") whose address is P.O. Box 2026 Flint, MI 48501, does hereby grant, bargain, sell, assign, transfer and convey to the following assignee ("Assignee"): Deutsche Bank Trust Company Americas as Trustee whose address is c/o Wachovia Mortgage Corporation, 1270 Northlan Drive, Suite 200, Mendota Heights, MN 55120 all of Assignor's right, title and interest all beneficial interest under a certain Mortgage, dated May 1, 2006, made and executed by Ronald P. Gillis, to Mortgage Electronic Registration Systems, Inc., as nominee for Wachovia Mortgage Corporation, recorded on May 5, 2006 in Official Records Book 2961 at Page 416, of the Public Records of Charlotte County, Florida, which encumbers the real property more particularly described as follows:

LOT 3, BLOCK 1422, PORT CHARLOTTE SUBDIVISION, SECTION 27, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, PAGES 20A THROUGH 20F, OF THE PUBLIC RECORDS OF CHARLOTTE COUNTY, FLORIDA.

together with all the indebtedness currently due and to become due under the terms of any promissory note or evidence of indebtedness secured thereby. This assignment is made without recourse to Assignor and without representation or warranty by Assignor, express or implied.

[CORPORATE SEAL]

ASSIGNOR:
Mortgage Electronic Registration Systems, Inc., as nominee for Wachovia Mortgage Corporation

By: _____
     Bethany Hood, VP

STATE OF MN
COUNTY OF Dakota

The undersigned, a notary public in and for the above-said County and State, does hereby acknowledge that on the day and year set forth below, personally appeared
__Bethany Hood__ as __VP__ on behalf of the corporation. She/He is personally known to me or has produced _personal knowledge_ as identification and did/did not take an oath.

WITNESS my hand and official seal this day 23 of __June__, 2009.

_____
Notary Public:
My commission expires: 1-31-14

07-02944
0005999168

Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

CHARLOTTE COUNTY CLERK OF THE CIRCUIT COURT BOOK 3654, PGS 1347-1348  2 pg(s) INSTR # 2093516 Doc Type ASG, Recorded 05/04/2012 at 11:38 AM   Rec. Fee: $18.50 Cashier By: MARGEC

*index no*

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN  55440-9790



Certified to be a true and correct copy of the original document on file.
☒ This copy has no redactions
☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this ___ day of May 2012.
Clerk of Circuit Court
By: _____ Deputy Clerk

## CORPORATE ASSIGNMENT OF MORTGAGE

Charlotte, Florida
"GILLIS"



MERS #: 100013700059991685  SIS #: 1-888-679-6377

Date of Assignment: April 30th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C, DANVILLE, IL 61834
Assignee: DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2006-QS8 at 1761 EAST SAINT ANDREW PLACE, SANTA ANA, CA 92705-4934
Executed By: RONALD P GILLIS A SINGLE PERSON To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 05/01/2006 Recorded: 05/05/2006 in Book/Reel/Liber: 2961 Page/Folio: 418-433 as Instrument No.: 1547619 In the County of Charlotte, State of Florida.

Property Address: 21238 COACHMAN AVE, PORT CHARLOTTE, FL 33952

Legal: N/A
### CORRECTIVE ASSIGNMENT
*This assignment is being recorded to correct the scriveners error in the assignment recorded on July 15, 2009 as Instrument No. 1864249 in Book 3402, Page 750-750, as that assignment listed the assignee name as "Deutsche Bank Trust Company Americas as Trustee" and should have listed the assignee as "Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QS8".

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $146,150.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
On 5/2/2012

By: _____
    **Ramesch Vardan**
    Assistant Secretary

2

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Minnesota
COUNTY OF Dakota

On 5/2/2012, before me, __Taehoony Chin__, a Notary Public in Dakota County in the State of Minnesota, personally appeared __Ramesch Vardan__, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Taehoony Chin
Notary Expires: 01/31/2013

TAEHOONY CHIN
Notary Public
Minnesota
My Commission Expires January 31, 2013

(This area for notarial seal)

Prepared By: Yves Kenao, WELLS FARGO BANK, N.A. 2701 WELLS FARGO WAY, MAC X9999-018, MINNEAPOLIS, MN 55467-8000 1-866-234-8271

CHARLOTTE COUNTY CLERK OF CIRCUIT COURT OR BOOK: 3985, PGS: 2026, PAGE: 1 OF 1
INSTR # 2362312 Doc Type: ASG, Recorded: 6/24/2015 at 10:08 AM
Rec. Fee: RECORDING $10.00  ERECORDED  Cashier By: IVETTEH

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

Certified to be a true & correct copy
of the original document on file.
☒ This copy has no redactions
☐ This copy has been redacted
pursuant to law.
Witness my hand and official seal
this 20 day of OCT, 2015
Clerk of Circuit Court
By: _____ Deputy Clerk

## CORPORATE ASSIGNMENT OF MORTGAGE

Charlotte, Florida
"GILLIS"

Date of Assignment: June 18th, 2015
Assignor: DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2006-QS-8, BY OCWEN LOAN SERVICING, LIMITED LIABILITY COMPANY AS ATTORNEY IN FACT at 1100 VIRGINIA DRIVE, FT WASHINGTON, PA 19034
Assignee: DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QS8 at 1761 E. SAINT ANDREW PLACE, SANTA ANA, CA 92705
Executed By: RONALD P GILLIS A SINGLE PERSON To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 05/01/2006 Recorded: 05/05/2006 In Book/Reel/Liber: 2981 Page/Folio: 416 as Instrument No.: 1547619 In the County of Charlotte, State of Florida.

Property Address: 21238 COACHMAN AVE, PORT CHARLOTTE, FL 33952

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $146,150.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2006-QS-8, BY OCWEN LOAN SERVICING, LIMITED LIABILITY COMPANY AS ATTORNEY IN FACT
On 6-18-15

By: _____
Bhavdip Chhotalal Chauhan
Authorized Signer

STATE OF Minnesota
COUNTY OF Dakota

On 6-18-15, before me, John Kealy, a Notary Public in the State of Minnesota, personally appeared Bhavdip Chhotalal Chauhan, Authorized Signer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
John Kealy
Notary Expires: 1/31/2017

JOHN KEALY
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2017

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.

*LAK*LAKWFEM*06/18/2015 07:07.19 AM* WFEM01WFEMA000000000000001339631* FLCHARL* FLSTATE_MORT_ASSIGN_ASSN **LAKWFEM*