UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | |
|     Post-Effective Date Debtors | Chapter 11 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| RESCAP BORROWER CLAIMS TRUST, | Case No. 12-12020-mg |
| v. | |
| RICHARD D. RODE, | |
|     Creditor-Beneficiary | |

---

ORDER GRANTING ATTORNEY WENDY ALISON NORA ADMISSION TO PRACTICE, PRO HAC VICE

---

Upon the motion of Attorney Wendy Alison Nora, an attorney duly admitted to practice before the Supreme Courts of the states of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the Seventh and Eighth Circuits and the United States Supreme Court to be admitted, pro hac vice, as counsel for Richard D. Rode, a creditor and putative beneficiary of the RESCAP Borrower Claims Trust created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-referenced proceedings and, upon Attorney Nora's Motion and Declaration certifying that she is admitted to practice before the Supreme Courts of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the Seventh and Eighth Circuits and the United States Supreme Court, the Court is duly advised in these premises.

**IT IS HEREBY ORDERED**, that Attorney Wendy Alison Nora is admitted to practice, pro hac vice, to represent Richard D. Rode, before the Bankruptcy Court for the Southern District of New York, provided that the admission fee has been paid.

Dated on _____, at New York, New York.

_____
The Honorable Martin Glenn
UNITED STATES BANKRUPTCY JUDGE