UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
      Post-Effective Date Debtors                  Chapter 11

– – – – – – – – – – – – – – – – – – – – – – – – – – – –

RESCAP BORROWER CLAIMS TRUST,           Case No. 12-12020-mg
v.
TIADANIELLE SMITH,
      Creditor-Beneficiary

---

AMENDED (DELETE ERRATA)
MOTION AND DECLARATION  FOR ADMISSION TO PRACTICE PRO HAC VICE OF
ATTORNEY WENDY ALISON NORA,  AS COUNSEL FOR TIADANIELLE SMITH
(CLAIM NOS. 3889, 4129, 4134 AND 4139)

---

I, Wendy Alison Nora, declare under penalty and perjury that the facts set forth herein are true and correct, and I request admission, pro hac vice, pursuant to Local Rule 2090-1(b), to represent TiaDanielle Smith, a creditor and putative beneficiary of the Borrower's Claims Trust, created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-captioned proceedings.

I certify  that I am a member in good standing of the bar in the States of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the  Seventh and Eighth Circuits and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

1

Dated at Madison, Wisconsin this 30th day of October, 2015.


*/s/ Wendy Alison Nora*

_____

Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (612) 206-3170
accesslegalservices@gmail.com

### UNSWORN DECLARATION OF SERVICE

The above-captioned document filed by CM/ECF on October 30, 2015 and was thereby served on all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/Wendy Alison Nora*

_____

Wendy Alison Nora