**Hearing Date and Time:  December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time:  November 30, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims
Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
|                                          )
In re:                                     )      Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC, et al.,          )      Chapter 11
                                           )
                       Debtors.            )      Jointly Administered
                                           )
---------------------------------------------------------------

**NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S**
**NINETIETH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY**
**BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER**
**CLAIMS, AND (III) ALLOWED IN FULL BORROWER CLAIM**

    **PLEASE TAKE NOTICE** that the undersigned have filed the attached *ResCap*

*Borrower Claims Trust's Ninetieth Omnibus Objection to Claims ((I) No Liability*

*Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full*

*Borrower Claim)* (the "Omnibus Objection"), which seeks to alter your rights by

disallowing, modifying or allowing your claim against the above-captioned Debtors.

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection

will take place on **December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)** before

the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern

District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Omnibus Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **November 30, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (d) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022, (Attn: Daniel J. Flanigan) and (e) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Avenue, Suite S-520, Rye Brook, NY 10573 (Attention: Jeffrey Brodsky).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Omnibus Objection, the Bankruptcy Court may deem any opposition waived, treat the Omnibus Objection as conceded, and enter an

order granting the relief requested in the Omnibus Objection without further notice or

hearing.

Dated:  October 30, 2015
       New York, New York

                         Respectfully Submitted,

                         /s/ Norman S. Rosenbaum
                         Norman S. Rosenbaum
                         Jordan A. Wishnew
                         Jessica J. Arett
                         **MORRISON & FOERSTER LLP**
                         250 West 55th Street
                         New York, New York 10019
                         Telephone:  (212) 468-8000
                         Facsimile:  (212) 468-7900

                         *Counsel for The ResCap Borrower*
                         *Claims Trust*