**Exhibit 5**

**Canyon Order**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EL DORADO CANYON PROPERTIES
    Plaintiff

    V.

GMAC MORTGAGE, LLC ET AL         CIVIL ACTION: 11CV12111-RWZ
    Defendant

O R D E R OF DISMISSAL

ZOBEL, D.J.                                                         October 23, 2014

In accordance with the Order entered on 10/14/14, El Dorado Canyon is hereby dismissed for failure to pay the sanctions Ordered.

                                                       By the Court,

                                                       s/ Lisa A. Urso
                                                       Deputy Clerk

disml.16f