UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :        Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :        Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                               :
                    Debtor.    :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on October 30, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **RESCAP BORROWER CLAIMS TRUST'SNINETIETH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIM, AND (III) ALLOWED IN FULL BORROWER CLAIM) (Docket No. 9296)**

Dated: November 2, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 2 day of November, 20 15, by, Richie Um _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: STACY SONG-YI HAN, Commission # 1971377, Notary Public - California, Los Angeles County, My Comm. Expires Mar 8, 2016]

# **EXHIBIT A**

Lori02149@yahoo.com;
Jack.metkus@hp.com;
Isidienu@yahoo.com;
Lynn@naturenet.biz;
Isan316@gmail.com;


Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com

bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
justin.bernbrock@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;

wcurchack@loeb.com;
vrubinstein@loeb.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;

joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
dflanigan@polsinelli.com;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV;
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;
ray.schrock@weil.com;


bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
xrausloanops5@barclays.com;
jeff.brown@gmacfs.com;
william.b.solomon@ally.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;
courtney.lowman@ally.com;
rosa.mendez@db.com;
kpatrick@gibbsbruns.com;
theodore.w.tozer@hud.gov;
pmoak@McKoolSmith.com;
Ross.martin@ropesgray.com;
Adam.Parkin@tdsecurities.com;

Christopher.stevens@tdsecurities.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
rmaney@wilmingtontrust.com;
dneier@winston.com;
jhaake@wbsvlaw.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
tal@talcottfranklin.com;
dneier@winston.com;
cschreiber@winston.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
kenton_hambrick@freddiemac.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
fsosnick@shearman.com;
john.stern@texasattorneygeneral.gov;
eboden@schnader.com;
bbressler@schnader.com;
rbarkasy@schnader.com;
tlallier@foleymansfield.com;
jmiller@tcfbank.com;
ebcalvo@pbfcm.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;

brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;
mwarner@coleschotz.com;
ayala.hassell@hp.com;
Brendan.meyer@db.com;
robert.major@bnymellon.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;
ceblack@jonesday.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
mrollin@rplaw.com;
marty.bunin@alston.com;
william.hao@alston.com;
kit.weitnauer@alston.com;
bill.macurda@alston.com;
accesslegalservices@gmail.com;
mamta.scott@usbank.com;
Thomas.walper@mto.com;
seth.goldman@mto.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
broylesmk@rgcattys.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com;
dallas.bankruptcy@publicans.com;
whazeltine@sha-llc.com;
igoldstein@proskauer.com;
houston_bankruptcy@lgbs.com;
austin.bankruptcy@publicans.com;

dhall@siwpc.com;
dsasser@siwpc.com;
bbeskanos@aol.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ra-li-ucts-bankrupt@state.pa.us;
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com;
ecf@kaalaw.com;
sreisman@curtis.com;
macohen@curtis.com;
mgallagher@curtis.com;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;
brandon.johnson@pillsburylaw.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
jlawlor@wmd-law.com;
david.powlen@btlaw.com;
jglucksman@scarincihollenbeck.com;
lberkoff@moritthock.com;
will.hoch@crowedunlevy.com;
abehlmann@lowenstein.com;
abehlmann@lowenstein.com;
stevep@rgrdlaw.com;
cwood@rgrdlaw.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
cmomjian@attorneygeneral.gov;
amuller@stinson.com;
diem.home@gmail.com;

david.tillem@wilsonelser.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
taconrad@sbwlawfirm.com;
Paul_Papas@mylegalhelpusa.com;
floraoropeza@co.imperial.ca.us ;
kgiannelli@gibbonslaw.com;
kristi.garcia@wellsfargo.com;
dearly@fdic.gov;
rnorton@hunton.com;
rrich2@hunton.com;
bankruptcy@clm.com;
ecfmail@aclawllp.com;
romero@mromerolawfirm.com;
jteitelbaum@tblawllp.com;
bankruptcy2@ironmountain.com;
adoshi@magnozzikye.com;
sdnyecf@dor.mo.gov;
adam.harris@srz.com;
howard.godnick@srz.com;
marguerite.gardiner@srz.com;
michael.cutini@srz.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
bnkatty@aldine.k12.tx.us;
kay.brock@co.travis.tx.us;
rbrown@robertbrownlaw.com;
choward@lockelord.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
susan.balaschak@akerman.com;
andrea.hartley@akerman.com;
jleibowitz@kandfllp.com;
dcaley@wongfleming.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;
bdk@schlamstone.com;
lgordon@mvbalaw.com;
pdatta@hhstein.com;
ppascuzzi@ffwplaw.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
tterrell@feinsuch.com;
Mark.Flannagan@umb.com;

Mrozea@leopoldassociates.com;
pmahony@leopoldassociates.com;
AGBankNewYork@ag.tn.gov;
jjtancredi@daypitney.com;
jwcohen@daypitney.com;
hryder@daypitney.com;
almeyers@sjgov.org;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
tarr@blankrome.com;
root@blankrome.com;
schaedle@blankrome.com;
dlibra@lapplibra.com;
jmcmurtr@placer.ca.gov;
james.heaney@lawdeb.com;
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;
brian@gmcnjlaw.com;
james.byrnes@usbank.com;
laura.moran@usbank.com;
tterrell@feinsuch.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
swissnergross@brownrudnick.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
floressaucedopllc@gmail.com;
sdny@kmk-law.net;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
knewman@menterlaw.com;
srosen@cbshealaw.com;
pgallagher@nassaucountyny.gov;
themeyerslawfirm@gmail.com;
bnoren@hinshawlaw.com;
kgcully@kgcully.com;
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
gary.kaplan@friedfrank.com;
judson.brown@kirkland.com;
stan.chelney@bgllp.com;
ryan.philp@bgllp.com;
tmm@mullaw.org;

msweeney@msgrb.com;
prubin@rubinlawllc.com;
accesslegalservices@gmail.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
DBlumenthal@SchneiderMitola.com;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
SBOYD@walterinvestment.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
rblmnf@aol.com;
reriksen1@gmail.com;
frenklinart@aol.com;
dflanigan@polsinelli.com;
angela.baglanzis@obermayer.com;
TJSinnickson@aol.com;
kstadler@gklaw.com;
bluckman@shermansilverstein.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
pbustos@bustosassociates.com;
pjones@stahlcowen.com;
jrufo@mwc-law.com;
blmessinger@duanemorris.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;
johnrosario@delroslaw.com;
uncadunc1@aol.com;
karam@legalpundit.com;
lenbennett@clalegal.com;
srotkis@c1alegal.com;
susan.dicicco@morganlewis.com;
piccb_investigations@yahoo.com;
DBlatt@wc.com;
HWiegmann@wc.com;
MJohnson@wc.com;
MAhmad@wc.com;

## EXHIBIT B

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 | Leslie Jamison<br>66 Howard Avenue<br>Ansonia, CT 06401-2210 |
| Manatee County Tax Collector<br>Susan D Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton, FL 34222 | MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 |
| Rowen L Drenne as Representative for<br>the Plaintiffs Brian<br>Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 |
| Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 | Shapiro Dicaro & Barak LLC<br>Shari S. Barak<br>105 Maxess Rd Ste N109<br>Melville, NY 11747 |
| Talcott Franklin P.C.<br>Derek S Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 | U.S. Department of Justice<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005 |

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee & Lorenzo
Marinuzzi & Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern District
of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

U.S. Department of Justice
US Attorney General, Loretta Lynch
950 Pennsylvania Ave NW
Washington, DC 20530-0001

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Kirkland & Ellis LLP
Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Kirkland & Ellis LLP
Justin Bernbrock
300 N LaSalle
Chicago, IL 60654

WEIL, GOTSHAL & MANGES LLP
RAY SCHROCK
767 Fifth Ave
New York, NY 10153

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

| | |
|---|---|
| **United States Attorney's Office for the Southern District of New York civil Division**<br>**Attn Joseph Cordaro & Cristine Irvin Phillips**<br>**86 Chambers St 3rd Fl**<br>**New York, NY 10007** | **Kramer Levin Naftallis & Frankel LLP**<br>**Kenneth H Eckstein, Thomas Moers Mayer &**<br>**Douglas H Mannal & Jeffrey Trachtman**<br>**1177 Avenue of the Americas**<br>**New York, NY 10036** |
| **ResCap Liquidating Trust**<br>**Attn Tammy Hamzehpour**<br>**1100 Virginia Drive**<br>**Washington, DC 19034** | **Clifford Chance US LLP**<br>**Jennifer C DeMarco & Adam Lesman**<br>**31 West 52nd St**<br>**New York, NY 10019** |
| **Loeb & Loeb LLP**<br>**Walter H Curchack, Vadim J Rubinstein & Debra W Minoff**<br>**345 Park Ave**<br>**New York, NY 10154** | |

# **EXHIBIT C**

Thomas G. Cooper and Catherine D. Cooper
PO Box 3671
Concord, NH 03302-3671

Lori E. Tammaro aka Lori E Pesce
24 Pleasant St
Everett, MA 2149

John J Metkus III
9218 Edgeloch Dr
Spring, TX 77379

Savannah Dobbins
638 1/2 S Liberty
Alliance, OH 44601

CHEYNEKE L BALLARD AND
237 LEXINGTON ST
BIRMINGHAM, AL 35224

John Douglas Bailey
6909 Trappingham Ter
Ft Worth, TX 76116-7957

Pauline & Charles Isidienu
311 Capewood Dr.
League City, TX 77573

Eldorado Canyon Properties, LLC
c/o Attorney Israel M. Sanchez, Jr.
Sanchez & Associates
90 Homestead Circle
Milford, NH 03055-4250

Mary R. Biancavilla
341 Oak Dr.
New Cumberland, PA 17070

Charles T. Clark
7404 Mesa De Arena NW
Albuquerque, NM 87120-1516