UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                                     Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,           Case No. 12-12020-mg
v.
RICHARD D. RODE,
   Creditor-Beneficiary

---

CONDITIONAL NOTICE OF APPEARANCE FOR RICHARD D. RODE
(CLAIM NOS. 5610 AND 5612)

---

**PLEASE TAKE NOTICE** that Attorney Wendy Alison Nora, admitted to practice before this Court *pro hac vice*, enters her appearance in the above-captioned proceedings for TiaDanielle Smith of the State of California, creditor and putative beneficiary of the Borrower's Claims Trust, created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*.

Dated at Madison, Wisconsin this 8th day of November, 2015.

                                     */s/ Wendy Alison Nora*
                        _____
                                  Attorney Wendy Alison Nora
                                  *pro hac vice motion pending*
                                  ACCESS LEGAL SERVICES
                                  310 Fourth Ave. S., Suite 5010
                                  Minneapolis, Minnesota 55415
                                  (612) 333-4144
                                  FAX (612) 206-3170
                                  accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on November 8, 2015 and was thereby served on all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora