**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Ethan T. Tidmore, dated November 10, 2015, for admission to practice *pro hac vice* to represent The ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Alabama, the bars of the United States District Courts for the Northern, Middle and Southern Districts of Alabama and the Supreme Court of the United States,

IT IS HEREBY ORDERED that Ethan T. Tidmore is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Liquidating Trust, provided that the filing fee has been paid.

**IT IS SO ORDERED.**
Dated:  November 10, 2015
            New York, New York

_____ **/s/Martin Glenn** _____
MARTIN GLENN
United States Bankruptcy Judge