## Exhibit M

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ANTHONY D. MCDONALD and                    Case No.  8:09-bk-25594-MGW
MARY B. MCDONALD,

      Debtors.

_____/

ANTHONY D. MCDONALD and
MARY B. MCDONALD,

      Plaintiffs,

vs.                                         Adv. Pro. No. 8:10-ap-00292-MGW

GMAC MORTGAGE, LLC, and
THE LAW OFFICE OF DAVID J. STERN, P.A.,

      Defendants.

_____/


**ORDER ON THE LAW OFFICE OF DAVID J. STERN, P.A.'S
SECOND MOTION TO DISMISS
AND ORDER ON GMAC MORTGAGE, LLC 'S
<u>JOINDER IN SECOND MOTION TO DISMISS</u>**


      **THIS CAUSE** came before the Court on March 16, 2011, upon the Second Motion to

Dismiss filed by the Law Office of David J. Stern, P.A. and the Joinder in Motion to Dismiss

filed by GMAC Mortgage, LLC.  Counsel for Plaintiffs and GMAC appeared at the hearing and

counsel for The Law Office of David J. Stern, P.A. appeared at the hearing telephonically.  The

Court, after hearing argument of counsel and for the reasons stated and recorded in open Court,

which shall constitute the decision of the Court, finds that the motions should be denied.


      Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.      The Second Motion to Dismiss filed by the Law Office of David J. Stern, P.A. is

hereby DENIED;

2.      The Joinder in the Second Motion to Dismiss filed by GMAC Mortgage, LLC is

hereby DENIED;

3.      The Plaintiff shall have 21 days from the date of this order to amend the

complaint to substitute the Plaintiff; and

4.      The Defendants shall have 21 days from the receipt of the third amended

complaint in which to file an answer to the third amended complaint.

                                                                March 22, 2011
        **DONE AND ORDERED** in Tampa, Florida on _____.




                                                _____
                                                MICHAEL G. WILLIAMSON
                                                U.S. Bankruptcy Judge

Copies furnished to:

John R. Hightower, Jr., Esquire, 6943 East Fowler Avenue, Tampa, FL 33617
United States Trustee, 501 East Polk Street, Suite1200, Tampa, FL 33602
Lara Roeske Fernandez, Esquire, Post Office Box 1102, Tampa, FL 33601-1102
Chris Hawkins, Esquire, Bradley Arant Boult Cummings LLP, 1819 Fifth Avenue North,
Birmingham, AL 35203
Jeffrey A Tew, Esquire, Tew Cardenas LLP, 1441 Brickell Avenue, 15th Floor, Miami, FL
33131
Wendy Wasserman, Esquire, Law Offices of David J. Stern, P.A., 900 South Pine Island Road,
Suite 400, Plantation, FL 33324
Malka Isaak, Esquire, Law Office of Malka Isaak, 6014 U.S. Highway 19, Suite 305, New Port
Richey, FL 34652
Ziona Kopelovich, Esquire, Debt Relief Law Offices of Tampa Bay, 6014 U.S. Highway 19,
Suite 305, New Port Richey, FL 34652

251692.v1