# **Exhibit P**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No. 8:09-bk-25594-MGW
                                                                                        Chapter 13
Anthony D. McDonald
and Mary B. McDonald,

      Debtors.

_____/

Anthony D. McDonald
and Mary B. McDonald,                                              Adv. No. 8:10-ap-00292-MGW

      Plaintiffs,

v.

GMAC Mortgage, LLC and
Law Office of David J. Stern, P.A.,

      Defendants.

_____/

**ORDER ABATING ADVERSARY PROCEEDING
AS TO DEFENDANT GMAC MORTGAGE, LLC**

THIS PROCEEDING came on for consideration without a hearing on Defendant GMAC Mortgage, LLC's Notice of Bankruptcy ("Notice") (Adv. Doc. No. 96). According to the Notice, GMAC filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York on May 14, 2012. Because the automatic stay enjoins the continuation of any proceeding against GMAC, it is appropriate to abate this adversary proceeding as to GMAC. Accordingly, it is

**ORDERED**:

1.   This adversary proceeding is hereby ABATED as to GMAC Mortgage, LLC.

2.   This adversary proceeding shall remain pending against Defendant Law Office of David J. Stern, P.A. and proceed consistent with the Court's June 22, 2012 Amended Order Scheduling Final Pre-Trial Conference and Establishing Pre-Trial Procedures (Adv. Doc. No. 99).

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on __July 6, 2012.__.

*[signature]*

Michael G. Williamson
United States Bankruptcy Judge

Copies to:

**Ziona Kopelovich, Esq. & Malka Isaak, Esq.**, Debt Relief Law Offices of Tampa Bay, LLC, 6014 U.S. Highway 19, Suite 305, New Port Richey, FL 34652-2590
**Jeffrey Tew, Esq. & Spencer Tew, Esq.**, Tew Cardenas, LLP, 1441 Brickell Avenue, 15th Floor, Miami, FL 33131
**Richard J. McIntyre, Esq. & John R. Hightower, Jr., Esq.**, McIntyre, Panzarella, Thanasides, Eleff & Hoffman, PL, 6943 East Fowler Avenue, Tampa, FL 33617
**Rashad Blossom, Esq. & Ethan T. Tidmore, Esq.**, Bradley Arant Boult Cummings, LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203
**Lara Roeske Fernandez, Esq.**, Trenam, Kemker, et al., P.O. Box 1102, Tampa, FL 33601

2