**Exhibit Q**

Decl. - Exhibit Q    Pg 2 of 4

Case 8:10-ap-00292-CED    Doc 166    Filed 06/04/15    Page 1 of 3

ORDERED.

Dated:  June 04, 2015

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

ANTHONY D. MCDONALD and                    Case No.  8:09-bk-25594-CED
MARY B. MCDONALD,

    Debtors.
_____/

MARY B. MCDONALD, individually and as
Personal Representative for the Estate of
ANTHONY D. MCDONALD, deceased,

    Plaintiff,

vs.                                          Adv. Pro. No. 8:10-ap-00292-CED

GMAC MORTGAGE, LLC, and
LAW OFFICES OF DAVID J. STERN, P.A.,

    Defendants.
_____/

**FINAL JUDGMENT**

THIS CAUSE has come before the Court pursuant to the stipulation of Plaintiff, Mary B. McDonald, individually, and as Personal Representative for the Estate of Anthony D. McDonald, deceased ("Plaintiff"), and Defendant, Law Offices of David J. Stern, P.A. ("Law Offices") (collectively the "Parties"). Whereas Defendant Law Offices has stipulated to the entry of a judgment against Law Offices, and in favor of Plaintiff, the Court hereby finds as follows:

1.      This action was originally filed on March 10th, 2010, and Defendant Law Offices has been duly and regularly served, and the Court has subject matter jurisdiction and personal jurisdiction over Defendant Law Offices.

2.      In her Third Amended Complaint for Damages [Doc. 68] (the "Operative Complaint"), Plaintiff sought damages against Law Offices under six separate counts. Defendant Law Offices, answered the Operative Complaint and asserted numerous affirmative defenses [Doc. 69].

3.      Defendant Law Offices has stipulated to the entry of judgment against it in the total amount of $1,500,000.00 (one million five-hundred thousand dollars and zero cents), without the need for a hearing; accordingly it is

ORDERED AND ADJUDGED that:

1.      A final consent judgment ("Consent Judgment") in this cause is hereby entered in favor of Plaintiff, Mary B. McDonald, individually, and as Personal Representative for the Estate of Anthony D. McDonald, deceased, whose last known address is 906 Woodleaf Way, Tampa, Florida 33613, and against Defendant, Law Offices of David J. Stern, P.A., whose Federal Employer Identification Number is 65-0452471, and whose last known address is 950 South Pine Island Road, Suite A-150, Plantation, Florida 33324, in the amount of $**1,500,000.00** (one million five-hundred thousand dollars and zero cents), which amount shall bear interest at the statutory rate from the date of entry of this judgment, until paid in full, for which sum let execution issue forthwith.

2.  This Consent Judgment —which contains no findings of fact or rulings of law, either express or implied, by the Court pertaining to the merits of Plaintiff's claims asserted in this case—shall have no potential adverse, prejudicial or preclusive effect against GMAC Mortgage, LLC or its bankruptcy estate, including but not limited to in any proceedings pertaining to the administration or adjudication of Plaintiff's proof of claim pending in the U.S. Bankruptcy Court for the Southern District of New York in the matter styled *In re Residential Capital, LLC, et al.*, Case No. 12-12020 (MG).

Spencer Tew is directed to serve
a copy of this Judgment on
interested parties and to file a
proof of service within 3 days.