# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

GARY D TAYLOR [ PRO SE ]
SUSAN P TAYLOR
PLAINTIFF



THE BANK OF NEW YORK MELLON
TRUST COMPANY N A
AS TRUSTEE FOR RESIDENTIAL CAPITAL L. L.C.
Defendants

---

## MOTION TO ENTER A COMPLAINT BEFORE THE COURT

1. Where as The Bank Of New York Mellon Trust Company N.A. AS trustee for Residential Capital L.L.C. Has requested and been granted a monetary judgment against the plaintiffs [ Gary D. Taylor & Susan P. Taylor who are claimants against Residential Capital L.L.C. In their bankruptcy filing.. This request appearsto be a violation of federal rules of Bankruptcy Procedure. Plaintiffs request that a hearing Date be set in order to asses the facts ralated to this claim.

2. Evidence is submitted as Exibt A.
   Plaintiffs request that A hearing be held with the plaintiffs partticipating Telephonically.

### REQUESTED REMEDY

1. Plaintiffs request this violation of the Federal Bankruptcy codes &The orders of this Honorable court be handled according to the remedy specitic to the bankruptcy laws and the courts orders.

### SUBMITTED BY

GARY D TAYLOR   [ Pro Se]]

Hearing Date and Time: March 12, 2015 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: March 2, 2015 at 4:00 p.m. (prevailing Eastern Time)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

## NOTICE OF RESCAP LIQUIDATING TRUST'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES ENFORCING INJUNCTIVE PROVISIONS OF PLAN AND CONFIRMATION ORDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 19, 2015, the ResCap Liquidating Trust filed its *Motion for Entry of an Order Establishing Procedures Enforcing Injunctive Provisions of Plan and Confirmation Order* (the "**Motion**").

2. A hearing (the "**Hearing**") to consider the Motion shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408, on **March 12, 2015 at 10:00 a.m.** (prevailing Eastern Time).

3. Any objections to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic filing system, and be served, so as to be received no later than **March 2, 2015 at 4:00 p.m.** (prevailing Eastern Time) upon (a) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) co-counsel to the

Annex A - Litigations

| # | Case | State | Court | Case No. | Pro Se | Counsel |
|---|---|---|---|---|---|---|
| 297 | United States of America, ex rel, and James R. Adams and Puoy K. Premsrirut, vs. Aurora Loan Services LLC, BAC Home Loans Servicing LP, Bank of America NA, Chase Home Financie LLC, GMAC Mortgage Corportion, Citimortgage Inc, Countrywide Home Loans Servic | Nevada | USDC-Nevada | 2:11-cv-00535-RCJ-PAL | | Sigal Cehtlah<br>Chattah Dimopoulos<br>5875 South Rainbow Blvd.<br>Las Vegas, NV 89118 |
| 298 | STATE OF OHIO ex rel. DAVID P. JOYCE, PROSECUTING ATTORNEY OF GEAUGA COUNTY, OHIO on behalf of Geauga County and all others similay situated vs. GMAC RESIDENTIAL FUNDING CORPORATION; MERSCORP, INC; HOME SAVINGS & LOAN COMPANY OF YOUNGSTOWN; BANK OF AMERIC | Ohio | Geauga County-Court of Common Pleas | 11M 10 2 | | BERNSTEIN LIEBHARD LLP<br>Stanley Bernstein<br>10 East 40th Street, New York, NY 10016 |
| 299 | ELIZA HEMENWAY VS GMAC MORTGAGE LLC | California | Sonoma County-Superior Court | Case No. SCV 253195 | | John Stringer<br>Law Office of John Stringer<br>259 Oak Street<br>San Francisco, CA 94102 |
| 300 | Jeffrey D Summers v. GMAC Mortgage | Massachusetts | Middlesex District Court Department, Small Claims Session | 1250SC000058 | Pro Se | Jeffrey D. Summers 51 Grace Street, Malden, MA 02148 and George M. Wessel, 3451 Hammond Avenue, Waterloo, IA 50104 |
| 301 | Jose Ornelas and Maria Ornelas vs. Melvina Yvette Sumter, Homecomings Financial Network and Mortgage Electronic Registration Systems, inc., aka MERS | South Carolina | Newberry County-Circuit Court-8th Judicial Circuit | 2012 CP 3600215 | | Trey Harrell, III, Esq.<br>Harrell & Martin, P.A.<br>P.O. Box 1000<br>135 Columbia Avenue<br>Chapin, SC 29036 |
| 302 | Brian Patrick Sweeney, Christine Carter Sweeney v. Federal National Mortgage Association, GMAC Mortgage LLC, Mortgage Electronic Registration Systems, Inc. and Nationstar Mortgage LLC | Michigan | Kalamazoo County-County Court-9th Judicial Circuit | 2012-0169 CK | | Ronald W. Ryan, Esq.<br>LEWIS REED & ALLEN P.C.<br>136 East Michigan Ave.<br>Suite 800<br>Kalamazoo, MI 49007 |
| 303 | Robert Sweeting vs. GMAC Mortgage, LLC | California | California Court of Appeal-4th Appellate District-Division Three | G045198 | Pro Se | Robert Sweeting<br>7071 Warner Ave.<br>Unit F81<br>Huntington Beach, CA 92647 |
| 304 | ROBERTA WHITE V. GREGORY POWELL, ANITA SWEETWYNE, DAVID E. NAGLE, KATJA HILL, SAMUEL I. WHITE, P.C., HOMECOMINGS FINANCIAL, LLC AND VIRGINIA CREDIT UNION, INC. | Virginia | Middlesex County-Circuit Court-9th Judicial Circuit | CL08-17 | | Irving B. Goldstein, P.C.<br>741 J. Clyde Morris Blvd.<br>Suite A<br>Newport News, VA 23601 |
| 305 | Jack Tamblyn and Terrie Tamblyn v. GMAC Mortgage, LLC, fka GMAC Mortgage Corporation, LSI Title Agency, Inc., Mortgage Electronic Registration Systems | Washington | Clallam County-Superior Court | 12-2-00099-1 | | Wesley Foreman, Esq.<br>TRIAD LAW GROUP<br>209 Dayton Street<br>Suite 105<br>Edmonds, WA 98020 |
| 306 | Darron Tarleton vs. Trans Union, LLC and Equifax Information Services LLC and Experian Information Solutions, Inc. and Ocwen Loan Servicing, LLC and GMAC Mortgage, LLC | Pennsylvania | USDC-ED-Pennsylvania | 2:14-CV-3769 | | Mark D. Mailman, Esq.<br>Land Title Building<br>19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110 |
| 307 | GMAC Mortgage, LLC v Gary D. Taylor, Susan P. Taylor, and Fictitious Defendants One through Ten, Whose names and identities are otherwise unknown to the plaintiff but whose true names will be substituted by amendment when they are ascertained, and who are | Alabama | Tuscaloosa County-Circuit Court | 63-CV-2013-900129.00 | | Linda C. Dunn, Esq.<br>Law Offices of Linda C. Dunn, LLC<br>521 Energy Center Blvd.<br>Suite 1505<br>Northport, AL 35473 |
| 308 | GMAC Mortgage, a foreign company doing business in Nevada, Ocwen Loan Servicing, LLC, a foreign limited liability company doing business in Nevada, Does and Roe Entities 1-10 | Nevada | USDC-Nevada | 2:11-CV-00633-JCM-LRL | | Joseph T. Noid<br>Accelerated Law Group, Inc.<br>624 South 10th Street<br>Las Vegas, NV 89101 |
| 309 | Eric Tenu Thomas Jr and Alice Thomas Vs J.P Morgan Chase, Aames funding home loans, Weblittle, GMAC Mortgage Corporation, Home Sales, Inc, Olympus Asset Management, City Capital Mortgage, Banking Corp, Mortgage Electronic Registration Systems, Inc (MERS), | New York | Kings County-Supreme Court-2nd Judicial District | 20419/2013 | | Stuart R. Shaw, Esq.<br>30 West 95th Street<br>First Floor<br>New York, NY 10025 |
| 310 | BANK OF AMERICA, NA V GMAC MORTGAGE LLC, fka GMAC MORTGAGE CORPORATION, EXECUTIVE TRUSTEEE SERVICES, LLC, a Delaware Limited Liability company, fka EXECUTIVE TRUSTEE SERVICES, INC., a Pennsylvania Corporation; IVORY THOMAS, an individual | California | Los Angeles County-Superior Court | BC470150 | | David S. Bartelstone<br>Cunningham & Treadwell<br>21800 Oxnard Street<br>Woodland Hills, CA 91367 |
| 311 | DONNA R. TIPTON v. BALTIMORE AMERICAN MORTGAGE CORPORATION, INC, DONALD J. ORDAKOWSKI, JR., HENRY BIEGACZ, RESIDENTIAL FUNDING COMPANY, and JP MORGAN CHASE BANK, NA | Maryland | U.S. Court of Appeal-4th Circuit | 11-1291 | | The Law Offices of E. David Hoskins, LLC<br>David Hoskins<br>16 East Lombard Street<br>4th Floor,<br>Baltimore, MD 21202 |
| 312 | COLEEN ETSUKO TOM AND JOYCELYN WANDA UNCIANO VS GMAC MORTGAGE LLC; DAVID B. ROSEN, ESQUIRE; KRISTINE WILSON, INDIVIDUALLY AND IN HER CAPACITY AS LIMITED SIGNING OFFICER FOR GMAC MORTGAGE, LLC; DOE INDIVIDUALS 1-10; DOE BUSINESS ENTITIRES 1-10; DOE LLC'S 1 | Hawaii | Circuit Court-1st Circuit and Intermediate Court of Appeal-Hawaii | 03-1-1029-05<br>CAAP-13-0000306<br>CAAP-11-0001081<br>CAAP-13-0001307 | Pro Se | Joycelyn Wanda Unciano<br>91-590 Farrington Hwy.<br>210-226<br>Kapolei, Hawaii 96707<br>and<br>Wayne Noelani Tom<br>Coleen E. Tom<br>92-760 New Place<br>Kapolei, Hawaii 96707 |
| 313 | Town of Pima v. GMAC Mortgage, LLC | Arizona | Graham County Justice Court, Precinct #2 | SC2012 0043 | Pro Se | Town of Pima<br>P.O. Box 426<br>Pima, AZ 85543 |
| 314 | Christy Strout, Theresa Valencia v. Federal National Mortgage Association, GMAC Mortgage, LLC | Texas | Harris County-District Court-125th Judicial District | 2013-09032 | | Frank A. Rush, Esq.<br>3806 Live Oak<br>Houston, TX 77004 |

7/9/2015 10:39 AM
63-CV-2013-900129.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

THE BANK OF NEW YORK MELLON )
TRUST COMPANY, N.A., )
Plaintiff, )
)
V. ) Case No.: CV-2013-900129.00
)
TAYLOR GARY D, )
TAYLOR SUSAN P, )
Defendants. )

### ORDER GRANTING MOTION TO CERTIFY ORDER AS FINAL

MOTION TO CERTIFY THE JUNE 17, 2015 ORDER AS FINAL filed by PLAINTIFF is hereby GRANTED.

DONE this 9th day of July, 2015.

/s/ JAMES H. ROBERTS JR.
**CIRCUIT JUDGE**

F.  The Trust's April 15, 2015 Motion for Partial Summary Judgment is GRANTED. The Trust seeks partial summary judgment on its claim for breach of contract arising from the November 11, 2002 Note between Homecomings Financial Network, Inc. and the Taylor Defendants. The Note is now owned by the Trust. The Taylor Defendants have admitted they are in default. Pursuant to the Affidavit of Michele Crampton submitted by the Trust, the total balance owed by the Taylors on the Note as of February 23, 2015, is $118,064.62, which includes $68,871.24 in unpaid principal balance, $35,965.17 in interest through February 23, 2015, $8,398.60 in escrow advances and $4,824.11 in outstanding fees and corporate advances. Judgment is hereby entered against the Taylor Defendants in favor of the Trust in the amount of $118,064.62. Therefore, the Court AWARDS Plaintiff Trust its $118,064.62 in damages on its breach of contract claim along with costs of court.

G.  The Taylor Defendants' April 28, 2015 Motion for Order of Resolution is DENIED.

H.  The only remaining claims in this case are the Trust's claims for Fraudulent Suppression, Fraudulent Transfer and Conspiracy against the Taylor Defendants.

**DONE this 17th day of June, 2015.**

/s/ **JAMES H. ROBERTS JR.**
**CIRCUIT JUDGE**

7/9/2015 10:39 AM
63-CV-2013-900129.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

THE BANK OF NEW YORK MELLON )
TRUST COMPANY, N.A., )
Plaintiff, )
)
V. ) Case No.: CV-2013-900129.00
)
TAYLOR GARY D, )
TAYLOR SUSAN P, )
Defendants. )

## ORDER GRANTING MOTION TO CERTIFY ORDER AS FINAL

MOTION TO CERTIFY THE JUNE 17, 2015 ORDER AS FINAL filed by PLAINTIFF is hereby GRANTED.

DONE this 9th day of July, 2015.

/s/ JAMES H. ROBERTS JR.
**CIRCUIT JUDGE**

Gary D. Taylor
13058 Alla
Coker, Al.

# CERTIFICATE OF SERVICE

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
KENNETH H ECKSTEIN
DOUGLAS H MANNAL
JOSEPH A SHIFER
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

I Hereby Certify that a Copy of the Foregoing Motion has been sent to the Attornorys listed above by U S Mail.