**<u>Harris Claim No. 1687 Diligence Response</u>**

# RESCAP

**MORRISON** | **FOERSTER**

## Claim Information

| Claim Number | 1687 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | |

**If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.**

**Loan Number:**

# ▉▉▉▉ 2753

**Address of property related to the above loan number:**

*905 Patton Lane*

| City: | State: | ZIP Code: |
|---|---|---|
| WESTWEGO | La. | 70094 |

**Additional resources may be found at  -  http://www.kccllc.net/rescap**

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number:
Robert Kenneth H

Claim No. 1687

Mr. Robert Harris
908 Patton Lane
Westwego, La 20084

Property Address
905 Patton Lane
Westwego, La 70084

Re: Loan No: # ████████753

G.M.A.C Claims that I did not
make any mortgage payments from
October-2010 thru March 2011

Here is proof where attempts were
made to pay the mortgage payments
but were returned for no reason

* Claim Amount due $2154.08
Postage = $ 62,13

Total = $2216,21



WESTWEGO POST OFFICE
WESTWEGO, Louisiana
700949998
2165690265-0099
04/11/2011 (800)275-8777 03:27:50 PM

===== Sales Receipt =====

Product          Sale Unit      Final
Description      Qty  Price     Price

MONROE LA 71207              $16.15
Zone-3 Express Mail
PO-Add
1 20 oz.
Label #:EG851495894US
Wed 04/13/11 03:00 PM -
Guaranteed Delivery
Signature Requested

Issue PVI:                   $16.15

Total:                       $16.15

Paid by:
Cash                         $20.15
Change Due:                  $4.00

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickship to print
shipping labels with postage. For





**REGIONS**

CASHIER'S CHECK
04/11/2011

5003939484

ROBERT HARRIS / ____2753
Purchaser / Purchased For

TWO THOUSAND ONE HUNDRED FIFTY FOUR DOLLARS AND 08 CENTS

$2,154.08                    Fee $8.00

PAY TO THE ORDER OF: G.M.A.C. MORTGAGE

  # 1687

NOT NEGOTIABLE
CUSTOMER COPY

Branch LA04062
CC062044

Regions Bank

MARRERO POST OFFICE
MARRERO, Louisiana
700729998
2165690548-0097
04/19/2011 (800)275-8777 01:50:23 PM

============= Sales Receipt ============
Product        Sale Unit    Final
Description     Qty Price   Price

MONROE LA 71201                $2.68
Zone-3 First-Class
Large Env
9.80 oz.
Expected Delivery: Thu 04/21/11
Return Rcpt (Green            $2.30
Card)
Certified                     $2.85
Label #:    70103090000124106978

  Issue PVI:                  $7.83

WATERLOO IA                   $2.68
50704-4622 Zone-5
First-Class Large
Env
9.80 oz.
Expected Delivery: Fri 04/22/11
Return Rcpt (Green            $2.30
Card)
Certified                     $2.85
Label #:    70103090000124106992

  Issue PVI:                  $7.83

Total:                       $15.66

Paid by:
Cash                         $20.00
Change Due:                  -$4.34

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to

*$1681*

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
WATERLOO IA 50704-4622
Postage    $    $2.68      0548
Certified Fee    $2.85      04
Return Receipt Fee
(Endorsement Required)    $2.30    Postmark Here
Restricted Delivery Fee
(Endorsement Required)    $0.00
Total Postage & Fees    $    $7.83    04/19/2011
Sent To  G.M.A.C. Mortgage
Street, Apt. No.;
or PO Box No.  Box 4622
City, State, ZIP+4  Waterloo IA 50704-4622
PS Form 3800, August 2006         See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
MONROE LA 71201
Postage    $    $2.68      0548
Certified Fee    $2.85      04
Return Receipt Fee
(Endorsement Required)    $2.30    Postmark Here
Restricted Delivery Fee
(Endorsement Required)    $0.00
Total Postage & Fees    $    $7.83    04/19/2011
Sent To  M. Dean Morris
Street, Apt. No.;
or PO Box No.  1805 N 19th St.
City, State, ZIP+4  Monroe, La. 71201
PS Form 3800, August 2006         See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
MONROE LA 71201
Postage    $    $2.64      0265
Certified Fee    $2.80      09
Return Receipt Fee
(Endorsement Required)    $2.30    Postmark APR -8 2011 Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $    $6.66    04/08/2011
Sent To  M. Dean Morris
Street, Apt. No.;
or PO Box No.  1805 N. 19th Street
City, State, ZIP+4  Monroe, La. 71201
PS Form 3800, August 2006         See Reverse for Instructions



**Note**: The Debtors previously provided notices about their bankruptcy filings and the claim process to current customers and mortgage loan applicants. You may have received one or more of those notices. Nothing in those notices and nothing in this letter changes your obligations under your mortgage loan agreement (i.e. if you were obligated to make, or were making, mortgage loan payments before the ResCap bankruptcy case commenced, you should continue to make mortgage loan payments). However, if the only reason you filed a Proof of Claim was because you received a notice from the Debtors <u>and</u> you do not believe that ResCap, GMAC Mortgage or any of the other Debtors owes you money or other relief, please reply to us via email or letter stating so. This information is necessary to evaluate your claim.

**<u>Questions:</u>**
If you have any questions about this letter, or need help in providing the requested information and document(s), you should contact an attorney. You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

**<u>You must send the requested information and document(s) supporting your claim on or before the date provided in this letter to either;</u>**

    (i)        <u>Claims.Management@gmacrescap.com</u>, or
    (ii)      **Residential Capital, LLC**
              **P.O. Box 385220**
              **Bloomington, Minnesota 55438**

**<u>Please mark each piece of correspondence with the Claim Number referenced above.</u>**

Sincerely,

Claims Management
Residential Capital, LLC

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually and, therefore, cannot provide you with legal advice.

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000192

*16 87*

PRF # 58316***
Case No.: 12-12020
Svl 2

PackID: 192
NameID: 11074208

Robert Kenneth Harris
909 Patton St
Westwego, LA 70094

*PKF 52727-2*

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE S_____**

Claim #1687  Date Filed: 10/26/

Name of Debtor: G.M.R.C. Mortgage LLC

Case Number: 12-12032 (MG.

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the c____ case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S____*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Robert Kenneth Harris

□ Check this
amends a
claim.

Name and address where notices should be sent:
Robert Kenneth Harris
909 Patton St.
Westwego, La. 70094

*(circled)* 1687

**Court Claim
Number:**
*(if known)*

Filed on:____

Telephone number: 504-975-8644    email:

□ Check this
that anyone el
of claim relati
Attach copy o
particulars.

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**5. Amount
Priority und
§507(a). If q
falls into on
categories, e
specifying  t
the amount.**

1. **Amount of Claim as of Date Case Filed:** $ 43,999.45
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

□ Domestic s
under 11 1
§507(a)(1)

2. **Basis for Claim:** Mortgage Note
   (See instruction #2)

□ Wages, sal
commission
earned wit
the case w
debtor's b
whichever
U.S.C. §50

3. **Last four digits of any number by
which creditor identifies debtor:**
   6768

3a. Debtor may have scheduled account as:

(See instruction #3a)

3b. Uniform Claim Identifier (optional):

(See instruction #3b)

□ Contribution
benefit plan
(a)(5).

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

□ Up to $2,6
toward pun
rental of pr
for persona
household (
§507 (a)(7)

**Nature of property or right of setoff:** □ Real Estate □ Motor Vehicle □ Other
Describe:
Value of Property: $ _____    Annual Interest Rate 10.130 % □ Fixed ☑ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ _____    Basis for perfection: _____
Amount of Secured Claim: $ 43,999.45    Amount Unsecured: $ _____

□ Taxes or pe
government
§507 (a)(8)

□ Other - Spe
paragraph _
(a)(___).

**Amount en**

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $ _____    (See instruction #6)

$ _____

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

* Amounts ar
adjustment
3 years ther
to cases con
after the da

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence ____ definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCU____

If the documents are not available, please explain:

|||||| 12120321102600000000003 ||||||

9. **Signature:** (See instruction #9) Check the appropriate box.
   ☑ I am the creditor.    □ I am the creditor's authorized agent.    □ I am the trustee, or the debtor, or    □ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)    their authorized agent.    indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert Kenneth Harris    M. Harris Robert    10/23/12
Title: _____    (Signature)    (Date)
Company: _____
Address and telephone number (if different from notice address above):

REC____

OCT 2

KURTZMAN CAR____
COURT

Telephone number: _____    Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DEAN MORRIS, L.L.P.**
ATTORNEYS AT LAW
1505 NORTH 19th STREET
P.O. BOX 2867
MONROE, LA 71207-2867
TELEPHONE (318) 388-1440
FAX (318) 322-0887

GEORGE B. DEAN, JR.
JOHN C. MORRIS, III †
CANDACE A. COURTEAU
CHARLES H. HECK, JR.
BENJAMIN B. DEAN †
JOHN C. MORRIS, IV
WENDY BROWN HORTON ††
† Also Admitted in Mississippi
†† Also Admitted in Texas



WOOD T. SPARKS
(OF COUNSEL)

March 23, 2011

**Sent Via Facsimile: 1-504-436-0961**
Robert K. Harris
909 Patton Lane
Westwego, LA 70094

Re:   Property Address:   905 Patton Lane
                         Westwego, LA 70094
      Loan No.:          ████2753
      DM File No.:        F11-0249

Dear Mr. Harris:

   This will acknowledge receipt of and thank you for your correspondence regarding the above-captioned matter. We have forwarded this to GMAC for their review, and at this time we are continuing to hold this file.

   Upon review of your account GMAC has advised that the balance due at this time is $1,693.58 to bring the account current.

   6 payments (October 2010 - March 2011) @ $460.50 = $2763.00
   The balance of your unapplied/suspense funds is $1,069.42
   With a difference making the amount due to GMAC $1,693.58

   Please send these funds directly to our office at the address above. If we are not in receipt of these funds on or before March 31, 2011 please include April 2011 payment of $460.50 bringing the amount due to GMAC $2,154.08.

   If you have any further questions you may reach our office at 1-318-388-1440.

   Sincerely,

   Candace A. Courteau
   DEAN MORRIS, L.L.P.

CAC/elh

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.**

# Dean Morris, L.L.P.

## Fax Cover Sheet

1505 North 19th Street / Monroe, LA 71201 / Voice 318-388-1440

To: Robert K. Harris
Company: Robert K. Harris
Fax #: 1-504-436-0961

*# 1687*

From: Ellen Hess
Phone #: 318-398-2202
Fax #: 318-324-5409
E-Mail: ehess@creditorlawyers.com

Description or Message:

Dispute Correspondence Response

Please be advised that this is time sensitive material.

Number of Pages: 2          (including this)
Date Sent: March 24, 2011
Time Sent: 11:37

If there were any problems receiving this transmission, please call
Ellen Hess

This is an attempt to collect a debt. Any information obtained will be used for that purpose. The information contained in this facsimile message is information protected by the attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U. S. Postal Service.

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/01/11

ROBERT KENNETH HARRIS

909 PATTON LANE
WESTWEGO       LA 70094

# 1687

RE:     Account Number        ████2753
        Property Address      905 PATTON LANE
                              WESTWEGO       LA 70094

Dear    ROBERT KENNETH HARRIS

**PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Enclosed please find money order number 18614650656 in amount of $460.50.  These funds do
not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings.  Additional
fees and costs have incurred.  If it is your intent to reinstate your account in full, please contact
the attorney below for the reinstatement amounts.  Only the correct amount in the form of
certified funds will be acceptable.

        DEAN MORRIS, L.L.P
        1505 N 19TH ST
        MONROE LA 71207-2867
        318-388-1440

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you
avoid foreclosure.  Contact the Loss Mitigation Department at GMAC Mortgage, LLC
immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53

**DEAN MORRIS, L.L.P.**
ATTORNEYS AT LAW
1505 NORTH 19th STREET
P.O. BOX 2867
MONROE, LA 71207-2867
TELEPHONE (318) 388-1440
FAX (318) 322-0857

GEORGE B. DEAN, JR.
JOHN C. MORRIS, III
CANDACE A. COURTEAU
CHARLES H. HECK, JR.
BENJAMIN H. DEAN *
JOHN C. MORRIS, IV
WENDY BROWN HORTON **
* Also Admitted in Mississippi
** Also Admitted in Texas

WOOD T. SPARKS
(OF COUNSEL)

March 23, 2011

<u>Sent Via Facsimile: 1-504-436-0961</u>
Robert K. Harris
909 Patton Lane
Westwego, LA 70094

*# 1681*

Re:    Property Address:    905 Patton Lane
                                  Westwego, LA 70094
         Loan No.:              ████2753
         DM File No.:          F11-0249

Dear Mr. Harris:

This will acknowledge receipt of and thank you for your correspondence regarding the above-captioned matter. We have forwarded this to GMAC for their review, and at this time we are continuing to hold this file.

Upon review of your account GMAC has advised that the balance due at this time is $1,693.58 to bring the account current.

6 payments (October 2010 - March 2011) @ $460.50 = $2763.00
The balance of your unapplied/suspense funds is $1,069.42
With a difference making the amount due to GMAC $1,693.58

Please send these funds directly to our office at the address above. If we are not in receipt of these funds on or before March 31, 2011 please include April 2011 payment of $460.50 bringing the amount due to GMAC $2,154.08.

If you have any further questions you may reach our office at 1-318-388-1440.

Sincerely,

Candace A. Courteau
DEAN MORRIS, L.L.P.

CAC/elh

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.**

# 1682

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph 436-9729
Westwego, LA 70094

1100B

DATE 4/4/11

PAY TO THE
ORDER OF    Cash

Two Thousand Two Hundred Fifty Two Dollars 00/100

$ 2,252.00

REGIONS

965 743041753

KOR

# GMAC Mortgage Account Statement

# GMAC Mortgag

**CUSTOMER INFORMATION**

Name:    Robert Kenneth Harris

Account Number:    ████2753
Home Phone #:    (504)436-9729

**PROPERTY ADDRESS**

905 PATTON LANE
WESTWEGO    LA 70094

Visit us at www.gmacmortgage.com
account information or to apply on-li

# 1687

ROBERT KENNETH HARRIS
909 PATTON LANE
WESTWEGO LA  70094-3713

For information about your existing acco
please call: 1-800-766-4622.

For information about refinancing or obt
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the r

| | |
|---|---|
| Account Number | ████2753 |
| Current Statement Date | October 18, 2010 |
| Maturity Date | April 01, 2032 |
| Interest Rate | 10.13000 |
| Current Principal Balance* | $48,419.30 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $3,797.84 |
| Taxes Paid Year-to-Date | $0.00 |

| | |
|---|---|
| Principal and Interest | |
| Subsidy/Buydown | |
| Escrow | |
| Amount Past Due | $ |
| Outstanding Late Charges | |
| Other | |
| Total Amount Due | $1 |
| Account Due Date | September 0 |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:       1-800-256-9962**
**For Payment Arrangements call: 1-800-850-4622**

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 day
See back for automatic payment sign-up information and other payment options.

## Important News

The Ally Bank Online Savings Account named "Best Savings Account" in Money magazine,
May 2010, CTime, Inc. Call 1-877-247-2559 or visit www.allybank.com to open yours today.

## See Reverse Side For Important Information







# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

**PROPERTY ADDRESS**

Name: Robert Kenneth Harris

905 PATTON LANE
WESTWEGO      LA 70094

## GMAC Mortgage

Account Number: ████2753

Home Phone #: (504)436-9729

Visit us at www.gmacmortgage.com f
account information or to apply on-lin

*#1687*

ROBERT KENNETH HARRIS
909 PATTON LANE
WESTWEGO LA  70094-3713

For information about your existing accoun
please call: 1-800-766-4622.

For information about refinancing or obtai
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reve

| | | |
|---|---|---|
| Account Number | ████2753 | |
| Statement Date | December 20, 2010 | |
| Maturity Date | April 01, 2032 | |
| Interest Rate | 10.13000 | |
| Interest Paid Year-to-Date | $4,206.58 | |
| Taxes Paid Year-to-Date | $0.00 | |
| Escrow Balance | $0.00 | |
| Principal Balance(PB)* | $48,367.54 | |

| | |
|---|---|
| Principal and Interest | $4 |
| Subsidy/Buydown | |
| Escrow | $ |
| Amount Past Due | $1,3 |
| Outstanding Late Charges | $ |
| Other | $: |
| Total Amount Due | $1,8 |
| Account Due Date | October 01, |

**For Customer Care inquiries call:  1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**
**For Payment Arrangements call:  1-800-850-4622**

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | C |
|---|---|---|---|---|---|---|---|---|---|
| CORP ADV 3 DRM | 09/01/10 | 12/16/10 | $83.00 | | | | | | $8 |
| PROP INSPECTION FEE | 09/01/10 | 12/02/10 | $13.00 | | | | | | $1 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, c
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a
See back for automatic payment sign-up information and other payment options.

## Important News

**Happy Holidays!   Your Annual Loan Statement (Form 1098) information will be mailed with your
mortgage account statement in January to the address above.  In addition, you can obtain
year-end tax information at www.gmacmortgage.com as early as 1/5/2011.  Our office hours for
customer service and payment processing on Friday, 12/31/2010 will be 6:00AM - 7:00PM CT.
Payments received after 7:00PM CT on 12/31 will be posted in 2011 for tax purposes.**

## See Reverse Side For Important Information And State Specific Disclosures









# 1687

This would have been
for 12/10 & 1/11

Returned by
Sender.



# 1687

Kept by
Jenter.



UNITED STATES POSTAL SERVICE
© 2006 United States Postal Service. All Rights Reserved.

POSTAL MONEY ORD

18614667003

Pay to  *G. M. A. C*

Address

Memo  *ACCT #*

⑈:000000800 2⑈:

3/11

*Returned by Sender*

*# 1687*

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

*3/11  PAY ME →*

03/14/11

ROBERT KENNETH HARRIS

909 PATTON LANE
WESTWEGO          LA 70094

*# 1687*

RE:    Account Number        ████ 2753
       Property Address      905 PATTON LANE
                             WESTWEGO          LA 70094

Dear    ROBERT KENNETH HARRIS

PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find money order number 18614667003 in amount of $460.50. These funds do
not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional
fees and costs have incurred. If it is your intent to reinstate your account in full, please contact
the attorney below for the reinstatement amounts. Only the correct amount in the form of
certified funds will be acceptable.

        DEAN MORRIS, L.L.P
        1505 N 19TH ST
        MONROE LA 71207-2867
        318-388-1440

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you
avoid foreclosure. Contact the Loss Mitigation Department at GMAC Mortgage, LLC
immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53