## Harris Claim No. 1689 Diligence Response

# R E S C A P

**M O R R I S O N** | **F O E R S T E F**

## Claim Information

| Claim Number | 1689 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | |

**If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.**

Loan Number:

# ▉▉▉▉ 4693

Address of property related to the above loan number:

6220 3rd Ave

| City: | State: | ZIP Code: |
|---|---|---|
| Mallelo | La. | 20072 |

**RECEIVED**

JUN 1 9 2013

**KURTZMAN CARSON CONSULTANTS**

**Additional resources may be found at  -  http://www.kccllc.net/rescap**

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number:
Robert Kenneth H



PROOF AND CONTROL
DB SERVICES NEW JERSEY, INC
100 PLAZA ONE, 5th FLOOR
JERSEY CITY, NJ 07311



000010
DEAN MORRIS LLP
C/O:SPRINGLEAF FINANCIAL SERVICES
5608 CITRUS BLVD STE H
HARAHAN, LA 70123

2112451370

Date Issue: 05-12-11                                    Amount:  *******$6,133.62**

Details:  OBI=PAY ATTY FOR GMAC UTD ROBERT HARRIS DM FILE N F11-2058 LOAN NO. 7441274693
          18002024

To the order of:                            Remitter:        Ref: 18002024
                    913246                  AMERICAN GENL FINANCE -BT CHQ
                                            ATT: DAVID MCMANIGAL CCM-ASST.TREAS
DEAN MORRIS LLP                             601 N.W. SECOND ST
C/O:SPRINGLEAF FINANCIAL SERVICES           EVANSVILLE, INDIANA 47708-0059
5608 CITRUS BLVD STE H
HARAHAN, LA 70123                           By Order of:
                                            SPRINGLEAF FINANCIAL SERVICES, INC.



CHECK AREA MUST CHANGE IN TONE GRADUALLY AND          EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Deutsche Bank Trust Company Americas          CASHIERS CHECK                May 12, 2011
DBTCO, NJ LTD                                                              105-210

                                                        ******$6,133.62**

Pay to the   DEAN MORRIS LLP
order of:    C/O:SPRINGLEAF FINANCIAL SERVICES
             5608 CITRUS BLVD STE H                      ******$6,133.62**
             HARAHAN, LA 70123                           VOID AFTER 90 DAYS

The sum of: Six Thousand One Hundred Thirty Three 62/100 ************************** Dollars

SPRINGLEAF FINANCIAL SERVICES, INC.

Reference: 18002024    913246
Payable at Deutsche Bank Trust Company Americas

                                                        AUTHORIZED SIGNATURE

⑈2112451370⑈ ⑆021001033⑆ ⬛1589⑈

Claim No. 1689

Mr. Robert Harris
408 Patton Lane
Westwego, La. 70094


Property Address
6220 31st Ave
Marrero, La. 70072


Re: Loan No. ████ 4693
G.M.A.C. Claim they paid my
property tax in 2009. I paid
my own tax which was due
by [12/31/09] They set up an
Escrow Account for me. When
I did not pay the New mortgage
payment they retain Mr. Dean
Morris whom begain foreclosure
proceedings. It cost me $7,765.63
to have my property ~~reinstated~~
[Proof will be mailed at a
later date].
# Claim Amount due  $6133.62
          Postage   $   30.00
                     6183.62

# RESCAP

MORRISON | FOERSTER

**Claim Number:** 1689

Dear Claimant: Robert Kenneth Harris

You are receiving this letter because you or someone on your behalf filed a Proof of Claim form in the jointly-administered chapter 11 bankruptcy cases of Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG) (the "ResCap bankruptcy case") and we need additional information from you regarding the claims you are asserting against the Debtors.

**The Information we Need From You Regarding Your Proof of Claim:**
We received and reviewed a copy of the Proof of Claim form and document(s), if any, that you filed in the ResCap bankruptcy case. A copy of your Proof of Claim form is enclosed for your reference. We are unable to determine from the Proof of Claim form and the document(s), if any, you submitted why you believe you are owed money or other relief from one of the Debtors. In order to evaluate your claim, we need to understand why you believe you are owed money or are entitled to other relief from one of the Debtors.

**You Must Respond to this Letter by no Later Than June 20, 2013:**
In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you must respond to this letter by no later than June 20, 2013 with an explanation that states the legal and factual reasons why you believe that one of the Debtors owed you money as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. Included with this letter is a form to assist you in responding to our request.

**Consequences of Failing to Respond:**
If you do not provide the requested explanation and supporting documentation by no later than June 20, 2013, the Debtors may file a formal objection to your Proof of Claim, and your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for your claim.

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

8

Claim Number: 1689
Robert Kenneth Harris

001KC9002_S8316-2_domestic_2410/00019400000774



Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000194

PRF # 58316***
Case No.: 12-12020
Svl 2

PackID: 194
NameID: 11074208

Robert Kenneth Harris
909 Patton St
Westwego, LA 70094

B 10 Modified (Official Form 10) (12/11)    PRF 52

UNITED STATES BANKRUPTCY COURT FOR THE SOU~~THERN DISTRICT OF NEW YORK~~

Claim #1689   Date Filed: 10/26/2012

**Name of Debtor:** *G. M. R. C. Mortgage LLC*

**Case Number:** *12-12032 (MG)*

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): *Robert Kenneth Harris*

**Name and address where notices should be sent:**
*Robert Kenneth Harris*
*904 Patton St*
*West Wego, La, 70094*

**Telephone number:** *504-975-8644*   email:

*#1689*

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

**Telephone number:**   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ *108,609.46*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** *Mortgage Note*
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** *6268*

**3a. Debtor may have scheduled account as:** (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

**Value of Property:** $ *132,000*   Annual Interest Rate *7.7500%* ☑ Fixed ☐ Variable (when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____   **Basis for perfection:** _____

**Amount of Secured Claim:** $ *108,609.46*   **Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $ _____

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

12120321210260000000000004

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. **Signature:** (See instruction #9) Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** *Robert Kenneth Harris*
**Title:**
**Company:**   (Signature) *Robert Kenneth Harris*   (Date) *10/23/12*
**Address and telephone number (if different from notice address above):**

**Telephone number:**   **Email:**

**RECEIVED**
OCT 26 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ON~~LY~~

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Robert K Harris

Account Number: ▮▮▮693
Home Phone #: (504)436-9729

**PROPERTY ADDRESS**
6220 3RD AVENUE
MARRERO      LA 70072

# GMAC Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA  70094-3713



For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

| | |
|---|---|
| Account Number | ▮▮▮4693 |
| Statement Date | March 13, 2012 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $2,109.35 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $81.09 |
| Principal Balance(PB)* | $108,609.46 |

| | |
|---|---|
| Principal and Interest | $832.82 |
| Subsidy/Buydown | $0.00 |
| Escrow | $22.54 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $855.36 |
| Account Due Date | April 01, 2012 |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**
**For Payment Arrangements call:  1-800-850-4622**

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 03/01/12 | 03/13/12 | $855.36 | $130.54 | $702.28 | $22.54 | | | |
| Payment | 02/01/12 | 02/28/12 | $866.90 | $129.70 | $703.12 | $19.08 | | $15.00 | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Ally Bank offers IRA CDs and an IRA Online Savings Account with rates that are consistently among
the most competitive in the country. Call 1-877-247-ALLY (2559) or visit allybank.com.  Member FDIC.

**See Reverse Side For Important Information And State Specific Disclosures**

*II 1689*

GEORGE B. DEAN, JR.
JOHN C. MORRIS, III [†]
CANDACE A. COURTEAU
CHARLES H. HECK, JR.
BENJAMIN B. DEAN [†]
WENDY BROWN HORTON [††]
JOHN C. MORRIS, IV

[†] Also Admitted in Mississippi
[††] Also Admitted in Texas

**DEAN MORRIS, L.L.P.**
ATTORNEYS AT LAW
1505 NORTH 19th STREET
P.O. BOX 2867
MONROE, LA 71207-2867
TELEPHONE (318) 388-1440
FAX (318) 322-0887

WOOD T. SPARKS
(OF COUNSEL)

April 13, 2011

## NOTICE PURSUANT TO THE
## FAIR DEBT COLLECTION PRACTICES ACT

Robert Harris
909 Patton Ln
Westwego, LA 70094

Robert Harris
6220 3rd Avenue
Marrero, LA 70072

        Re:    Loan No. ████4693

Dear Sir or Madam:

        We have been engaged by Deutsche Bank Trust Company Americas as Trustee to institute and prosecute legal proceedings to enforce the security interest ("Mortgage") pertaining to the above referenced account ("Foreclosure"). To the extent that existing or future laws, regulations, judicial decisions, or interpretations thereof, might subject such proceedings to the provisions of the Fair Debt Collection Practices Act, you are hereby notified as follows:

        (1)    This is an attempt to collect a debt, and any information obtained will be used for that purpose.

        (2)    **The amount of the debt you owe is principal of $110,503.65 with interest, late charges, prepayment penalties, attorney's fees, amounts advanced and for taxes, assessments, and maintenance of the property, for the protection, preservation, repair and recovery of the property, for the protection and preservation of the lien of the mortgage, and for the protection and preservation of the mortgagee's interest thereunder, if/as included in the Mortgage, and all costs.

(3)    The name of the creditor is Deutsche Bank Trust Company
Americas as Trustee.

(4)    Unless you, within thirty (30) days of receipt of this notice, dispute
the validity of the debt, or any portion thereof, we will assume that
the debt is valid.

(5)    If you notify us in writing within thirty (30) days of receipt of this
notice, that the debt or any portion thereof is disputed, we will
obtain and provide you with verification of the debt by mail.

(6)    If Deutsche Bank Trust Company Americas as Trustee is not the
original creditor, we will provide you with the name and address of
the original creditor, by mail, if you make written request for this
information, within thirty (30) days of receipt of this notice.

The law does not require us to wait until the end of the 30-day period described above to
attempt to collect the debt. However, if you communicate to us in writing within the 30-day period
described above that (i) the debt, or any portion thereof, is disputed, or (ii) request the name and
address of the original creditor, we will suspend any efforts to collect the debt until we have
obtained verification of the debt or a copy of a judgment, or the name and address of the original
creditor, and a copy of such verification or judgment, or name and address of the original creditor, is
mailed to you by us.

**Please be advised that the amount of the debt referred to herein has been provided to this
firm by the creditor, **Deutsche Bank Trust Company Americas as Trustee**, as the amount which
the creditor claims you owe.    Neither this firm, or any of its attorneys, has made a personal
independent determination of the accuracy of the amount you owe or the validity of the debt.

This notice is furnished to comply with the provisions of the Fair Debt Collection Practices
Act, if applicable, and to the extent that you have received a discharge in bankruptcy affecting the
debt, then this notice shall not be construed as an intention to subject you to personal liability for the
debt.

Sincerely,

**DEAN MORRIS, LLP**

:bd

*II 1689*

GEORGE B. DEAN, JR.
JOHN C. MORRIS, III [†]
CANDACE A. COURTEAU
CHARLES H. HECK, JR.
BENJAMIN B. DEAN [†]
WENDY BROWN HORTON [††]
JOHN C. MORRIS, IV

**DEAN MORRIS, L.L.P.**
ATTORNEYS AT LAW
1505 NORTH 19th STREET
P.O. BOX 2867
MONROE, LA 71207-2867
TELEPHONE (318) 388-1440
FAX (318) 322-0887

WOOD T. SPARKS
(OF COUNSEL)

[†] Also Admitted in Mississippi
[††] Also Admitted in Texas

May 5, 2011

ROBERT HARRIS
6220 3RD AVENUE
MARRERO, LA  70072

Enclosed is the reinstatement you requested from your lender.

If you have any questions, please contact **DEAN MORRIS, L.L.P.** at (318) 388-1440.

### Notice Pursuant to the
### Fair Debt Collection Practices Act

1.  **This is an attempt to collect a debt, and any information obtained will be used for that purpose.**
2.  **The amount of the debt you owe is stated below.**
3.  **The name of the creditor is GMAC MORTGAGE LLC FKA GMAC MORTGAGE CORPORATION.**
4.  **Unless you notify us within thirty (30) days of receipt of this notice that you dispute the validity of the debt, or any portion thereof, we will assume that the debt is valid.**
5.  **If you notify us in writing within thirty (30) days of receipt of this notice, that the debt or any portion thereof is disputed, we will obtain and provide you with verification of the debt by mail.**
6.  **If GMAC MORTGAGE LLC FKA GMAC MORTGAGE CORPORATION is not the original creditor, we will provide you with the name and address of the original creditor, by mail, if you make a written request for this information, within thirty (30) days of receipt of this notice.**

*# 1689*

## REINSTATEMENT PROPOSAL

Date: May 05, 2011

Re:    HARRIS, ROBERT
       6220 3RD AVENUE
       MARRERO, LA 70072
       DM File # F11-2058
       Loan No.: ████4693

Reserving to Lender the right to demand additional funds to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical, or otherwise, and to reflect any transactions that may occur on or subsequent to the date of this reinstatement, upon payment of the following amounts the lender will waive the existing default and the acceleration of the mortgage loan, and dismiss, without prejudice, any pending foreclosure suit ("Reinstatement"). Reinstatement is not a waiver of lender's rights and remedies to receive full payment of all amounts due on your mortgage loan, whether or not included herein, or a waiver of lender's rights and remedies for any subsequent default, and lender reserves all of its rights and remedies under the mortgage loan. **THE FORECLOSURE PROCESS WILL CONTINUE UNTIL THE FUNDS ARE RECEIVED** BY DEAN MORRIS, L.L.P.

| (Good through 06/02/11) | |
|---|---|
| Payments Due | $5,245.56 |
| Late Charges | 75.00 |
| Property Inspections | 147.25 |
| Appraisal/BPO | 166.00 |
| Credit | -400.19 |
| **Foreclosure/Attorney's Fees and Costs | 900.00 |
| Total | $6,133.62 |

*This figure **only applies if suit is not filed.** We anticipate **filing a foreclosure action within the next few days.** If you should not be able to **reinstate your loan prior to that filing,** the estimated reinstatement is as follows:

| (Good through 06/02/11) | |
|---|---|
| Payments Due | $5,245.56 |
| Late Charges | 75.00 |
| Property Inspections | 147.25 |
| Appraisal/BPO | 166.00 |
| Credit | -400.19 |
| *Sheriff Commission | 157.01 |
| **Foreclosure/Attorney's Fees and Costs | 1,975.00 |
| Total | $7,365.63 |

*When the writ of seizure and sale of your property is issued, the sheriff is entitled by law to collect a commission of 3% of the amount of money due to reinstate your loan provided your property is validly designated as your homestead in the public records, otherwise the commission is 3% of the total amount due to payoff your loan in full. Since the foreclosure process will continue until we receive timely payment from you, we cannot control the time when the writ is issued. The writ may or may not have issued when you receive this proposal or when we receive payment from you. If it has not issued when we receive payment from you and when we notify the sheriff to stop the foreclosure process we will return the amount of the commission to you.

** Includes estimated foreclosure attorney's fees and expenses, and deposits with and/or anticipated charges for costs due the clerk of court and sheriff which are expected to accrue during the "good through" period. Following dismissal of the foreclosure suit and final reconciliation and payment of all costs, the balance will be allocated to foreclosure attorney's fees, unless such amount exceeds the amount provided in your mortgage loan contract or permitted by law.

PAYMENT MUST BE MADE WITH **CERTIFIED FUNDS ONLY** (cashiers check or money orders) IN THE **FULL AMOUNT,** MADE **PAYABLE TO DEAN MORRIS L.L.P. NO PERSONAL CHECKS,** PERSONAL CHECKS WILL BE RETURNED.

**Your mortgage loan is in default, has been referred to us for foreclosure and a ▓▓▓ or will be filed against you by your lender to enforce the mortgage loan ▓ of your subject property ("foreclosure litigation"). You are hereby advis▓ legal counsel of your choice to advise you concerning your legal rights i litigation.**






Posting Date Jan 12 2010 DB/CR D Amount $498.52 Item Bank 1
Account No      5481 Seq No 4200135018

Posting Date Jan 12 2010 DB/CR D Amount $498.52 Item Bank 1
Account No      5481 Seq No 4200135018




Posting Date Jan 12 2010 DB/CR D Amount $832.82 Item Bank 1
Account No      5481 Seq No 4200135019

Posting Date Jan 12 2010 DB/CR D Amount $832.82 Item Bank 1
Account No      5481 Seq No 4200135019







\*062000019\*
03/09/2010
9400424149

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10560

DATE 3/5/10

PAY TO THE ORDER OF __S. M. H. C.__    $ 83282

Eight Hundred Thirty Two ————— 82/100 DOLLARS

△ REGIONS

FOR # 7441274693

⑈010560⑈ ⑇065403626⑇ 5481⑈

⑈010560⑈ 4⑇065403626⑇ 5481⑈    ⑈00000083282⑈



↑ Do not endorse or write below this line. ↑

414  I  80028708 35087  0707  20100809





This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10636
84-382/654

DATE 5/C/10

PAY TO THE ORDER OF  S. M. F. C.                         $ 832.82

Eight Hundred Thirty Two ———————— 82/100 DOLLARS

REGIONS

FOR # 744127.46.93

⑈010636⑈ ⑆065403626⑆     5481⑈

⑈010636⑈ 4:065403626:     5481⑈        ⑈000008 3 2 8 2⑈

↑ Do not endorse or write below this line. ↑

414  I  E08128⑈78314  0642  20100509



*062000019*
06/08/2010
960076497J

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

99990100106081014J



CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10677

DATE 6/3/10

PAY TO THE ORDER OF  L. M. A. C.                    $ 832.82

Eight Hundred Thirty-Two — 82/100 DOLLARS

REGIONS

FOR 7174112 24693

*010677*  *065403626*  5481*

*010677* 4:065403626: ⬛⬛⬛ 5481* ,'000008 3 2 8 2,'

414 1 E203490  S170 0103 20100608

*062000019*
07/12/2010
9600157864

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

999901001071210624

**CHILDHOOD DEVELOPMENT CENTER, INC.**
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10711

DATE 7/6/10

PAY
TO THE
ORDER OF  N. M. R. C.                     $ 832.82

Eight Hundred Thirty-Two                  82/100 DOLLARS

**▲ REGIONS**

FOR # 244127 4693

⑈010711⑈ ⑆065403626⑈          548⑈

⑈010711⑈  ⑆065403626⑈ ▮▮▮▮▮ 548⑈          ⑈000008328 2⑈

↑ Do not endorse or write below this line.

*062000019* 07/12/2010
9600157864

414  1 P002050C□2154 0712 20100711

*>062000019<* 07/12/2010
9600157864

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

999901001081110042

**CHILDHOOD DEVELOPMENT CENTER, INC.**
909 Patton Lane Ph 436-9729
Westwego, LA. 70094

10744

84-382/654

DATE 8/6/10

PAY TO THE ORDER OF _Z. M. A. C_ ___ $ 832.82

_Eight — Hundred & Thirty Two_ 82/100 DOLLARS

**REGIONS**

FOR # 744 127 4693

⑆010744⑆ ⑆065403626⑆ ▮▮▮▮▮ 5481⑆

⑆010744⑆ ⑆065403626⑆ ▮▮▮▮▮ 5481⑆          ⑆000008 32 82⑆

---

Do not endorse or write below this line.

414 I J0034⑆9 833207 1021 C0100811

*062000014*
08/11/2010
9500120587









ICL Deposit to JPMorgan Chase

Regulus LVL                              222222222222

00000414    03    TercoleBri    111111111

042683    205649                03/12/11

Do not endorse or write below this line. ↓



This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

REGIONS

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lano
Westwego, LA 70094
Ph 436-9729

10967

# GMAC Mortgage



3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

04/11/11

ROBERT K HARRIS

909 PATTON LN
WESTWEGO        LA 70094-0000

RE:    Account Number        ████4693
       Property Address        6220 3RD AVENUE
                               MARRERO        LA 70072

Dear   ROBERT K HARRIS

   **PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
   INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Enclosed please find check number 10992 in amount of $832.82. These funds do not represent
the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional
fees and costs have incurred. If it is your intent to reinstate your account in full, please contact
the attorney below for the reinstatement amounts. Only the correct amount in the form of
certified funds will be acceptable.

       DEAN MORRIS, L.L.P
       1505 N 19TH ST
       MONROE LA 71207-2867
       318-388-1440

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you
avoid foreclosure. Contact the Loss Mitigation Department at GMAC Mortgage, LLC
immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53

**CHILDHOOD DEVELOPMENT CENTER, INC.**
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10992

84-362/654

DATE 4/5/11

PAY
TO THE
ORDER OF  G. M. H. C.                        $ 832.82

Eight Hundred & Thirty-Two                 82/100 DOLLARS

Security
Features
Details on
Back.

**REGIONS**

FOR # 744127693                    M. Ham Holt                MP

⑈010992⑈ ⑈065403626⑈              5481⑈



ATTENTION TAXPAYERS   PARISH & PARCEL# 420006277   NOTICE# 39772

- If your **MORTGAGE COMPANY** usually pays your tax through an **ESCROW** account, please **FORWARD** this tax notice to them.

- If you have sold this property, please forward this bill to the new owner.

- If you need to file a **homestead exemption**, change your mailing address, or have questions concerning your assessment, please contact the Assessor's Office at **504-362-4100.**

- Taxes become due upon receipt of this notice and become delinquent December 31 of the taxable year. Interest at the rate of 1% per month or any part thereof plus cost will be added if delinquency occurs.

- If the **NET ASSESSMENT/TAX** amounts in the box to the right are zero (.00), your homestead exemption has covered the entire amount of the millage-based tax. If no **OTHER CHARGES** are due, you are not required to pay any amount or return any portion of this notice.

**Please see the reverse side of this bill for additional information and the individual millage rates applied.**

### PAYMENT LOCATIONS

IN PERSON:   Jefferson Parish General Government Building
200 Derbigny Street, Suite 1200, Gretna

DROP BOX
(CHECKS ONLY): 3300 Metairie Rd., 1st Floor, Metairie

Receipts are issued upon payment at the Gretna location only. If payment is via mail and a receipt is needed, please enclose a self-addressed stamped envelope with your payment.

### ONLINE PAYMENTS
www.jpso.com (see e-services)

**MUNICIPAL ADDRESS**

6220 3RD AVE

**PROPERTY DESCRIPTION**

LOT 9 SQ 3
TOWNSITE #3

| PROPERTY ASSESSED | ASSESSMENT | TAX |
|---|---|---|
| LESS HOMESTEAD EXEMPTION | 7,500 | 805.28 |
| NET ASSESSMENT | | |

**OTHER CHARGES**

| | | |
|---|---|---|
| TOTAL MILLAGE RATE/TAXES | 107.37 | 228.71 |
| *OTHER CHARGES (see above) | --- | 0.00 |
| PREVIOUS BILLS OWED | --- | 0.00 |
| LESS PAYMENTS TO DATE | --- | 1,033.98 |
| PAY THIS AMOUNT | | |

OVER PAYMENT   This WAS NEVER REFUNDED

---

PAYMENT STUB- DETACH AND RETURN THIS PORTION WITH YOUR PAYMENTS

REMITTANCE ADVICE Make check(s) payable to: NEWELL, NORMAND, SHERIFF AND EX-OFFICIO TAX COLLECTOR
Please detach this portion of the tax-bill and mail it with your payment to: P.O. BOX 30014, TAMPA FL 33630

| BILL NO. | WARD & PARCEL | YEAR |
|---|---|---|
| 39772 | 42  0420006277 | 2009 |

LOT 9 SQ 3
TOWNSITE #3

HARRIS,ROBERT K JR
6220 3RD AVE APT B
MARRERO, LA 70072

**PAY THIS AMOUNT: 0.00**

BY 8/9/2010

200900000000000000037720000000003



CHILDHOOD DEVELOPMENT CENTER, INC.
900 Patton Lane Ph. 456-9729
Westwego, LA 70094

10768

DATE 9/14/12

$ 832.82

REGIONS

FOR

09/13/2010
9500867297

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

CORRECTED OR DUPLICATE NOTICE
PARISH OF JEFFERSON

PROPERTY TAX NOTICE

**TAX YEAR 2009**
WARD 42

*#1689*

**TAX NOTICE#39772**
PARCEL NUMBER:0420006277

HARRIS,ROBERT K JR
6220 3RD AVE APT B
MARRERO, LA 70072

TOTAL VALUE: 9,630
TOTAL HOMESTEAD: 0
TOTAL TAXABLE VALUE: 9,630

Please see the reverse side of this bill for additional IMPORTANT INFORMATION.
You may pay this bill online at: WWW.JPSO.COM (see e-services)

PHYSICAL ADDRESS:6220 3RD AVE

| MILLAGE | ORIGINAL TAXES | CURRENT DUE |
|---|---|---|
| 002.91 05 JUVENILE DETENTION HOME | 28.03 | 0.00 |
| 001.56 06 CORONERS OFFICE | 15.02 | 0.00 |
| 000.82 07 COURT & JUDICIAL/COMM. PARK | 7.89 | 0.00 |
| 002.07 09 SPECIAL SERVICES DIST. | 19.93 | 0.00 |
| 002.00 12 TRANSPORTATION SYSTEM | 19.26 | 0.00 |
| 001.00 13 TRANSPORT. SYSTEM,DISABLED,ETC | 9.63 | 0.00 |
| 002.83 16 CONS. GARBAGE DIST. #1 | 27.25 | 0.00 |
| 008.28 21 SHERIFF | 79.74 | 0.00 |
| 003.66 23 CONS SEWER D#1 East&West | 35.25 | 0.00 |
| 018.94 33 FIRE PROT. DIST. #8 | 182.39 | 0.00 |
| 003.62 34 CONS. WATER DIST #1, MAINT. | 34.86 | 0.00 |
| 008.26 41 CONS REC, CCPD (was 1 & 2) | 79.54 | 0.00 |
| 002.55 42 PLYGR DIST #2, SUB DIST #1 | 24.55 | 0.00 |
| 008.51 64 CONS. DRAINAGE DIST. #2 | 81.95 | 0.00 |
| 022.91 75 SCHOOL BOARD | 220.63 | 0.00 |
| 005.03 79 WEST JEFF. LEVEE DISTRICT | 48.44 | 0.00 |
| 002.89 80 PARISH CONS. ROAD LIGHT DIST. | 27.84 | 0.00 |
| 001.38 01 PARISH OF JEFFERSON | 13.29 | 0.00 |
| 006.50 03 JEFF. LIBRARY MAINTENANCE | 62.60 | 0.00 |
| 001.65 04 JEFF. HEALTH UNIT | 15.89 | 0.00 |
| 107.37 TOTAL TAXES | 1,033.98 | 0.00 |
| INTEREST | | 0.00 |
| COST | | 0.00 |
| PAY THIS AMOUNT | | 0.00 |

PROPERTY DESCRIPTION:
LOT 9 SQ 3
TOWNSITE #3

PAYMENT STUB- DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.
Make check(s) payable to:  NEWELL NORMAND, SHERIFF AND EX-OFFICIO TAX COLLECTOR and mail it along with
this portion to:  P. O. BOX 30014, TAMPA FL  33630-3014

PARCEL NUMBER:0420006277

PHYSICAL ADDRESS:6220 3RD AVE

TAX NOTICE#39772

TAX YEAR 2009

PROPERTY DESCRIPTION:
LOT 9 SQ 3
TOWNSITE #3

HARRIS,ROBERT K JR
6220 3RD AVE APT B
MARRERO, LA 70072

TOTAL DUE: 0.00

PAY BY 1/29/2010

200900000000000000397720000000003

**LAWRENCE E. CHEHARDY, CLA**
**ASSESSOR**
**JEFFERSON PARISH**

**TAXPAYER INFORMATION SHEET**
**DATE AND TIME OF RUN- 1/22/2010**

**************************************************************************************************

**PARCEL # 0420006277**

**NAME & ADDRESS**

      **HARRIS,ROBERT K JR**
      **6220 3RD AVE APT B**
      **MARRERO, LA  70072**

# 1689

**ASSESSMENT ITEMS**

| | |
|---|---|
| **RESIDENTIAL SUBDIVISION LOT (<= 1 Acre)** | 1,590 |
| **DUPLEX** | 8,040 |
| **TOTAL ASSESSMENT** | 9,630 |

**DESCRIPTION**

      LOT 9 SQ 3 TOWNSITE #3

**IMPROVEMENT**
  **ADDRESS**
      **6220 3RD AVE**

**COB Book/Page: 2978/360**

**Roll Type: REAL**

**Last Bill Sent Year/Bill#: 2009/39772**

*THE ABOVE-LISTED PROPERTY OWNER IS THE OWNER OF RECORD IN THIS OFFICE AS OF JANUARY OF 2009.  PROPERTIES
ARE BOUGHT AND SOLD ON A DAILY BASIS.  THE OWNERSHIP OF THE ABOVE-LISTED PROPERTY IS ACCURATELY LISTED IN
THE PUBLIC RECORD IN THE CONVEYANCE OFFICE OF THE CLERK OF COURT.*

State Farm Fire and Casualty Company
2228 State Farm Boulevard
Tulsa, OK 74146-5402

**RENEWAL CERTIFICATE**

POLICY NUMBER ___ __ ___ 824-7
Rental Dwelling Pol - Special Form
MAR 14 2010 to MAR 14 2011

| DATE DUE | SEE BALANCE DUE N... |
|---|---|
| MAR 14 2010 | $ |

I-22- 1679-F692 R F
000607

HARRIS, ROBERT K
909 PATTON LN
WESTWEGO LA 70094-3713

#1689

**Coverages and Limits**
**Section I**
A Dwelling $
  Dwelling Extension
B Personal Property
C Loss of Rents Act...

**Deductibles - Section I**
  Basic

Location: 6220 3RD AVE
         MARRERO LA
         70072-2812

**Section II**
L Business Liab (per occurrence) $
    (annual aggregate)
M Medical Payments to Others
    (each person)

Mortgagee: GMAC MORTGAGE LLC
          ITS SUCCESSORS AND/OR ASSIGNS

    Loan No ████4693

**Forms, Options, and Endorsements**
Special Form 3                FP-8103.3
Amendatory Endorsement        FE-8253.1
Debris Removal Endorsement    FE-7540
Uninsured Motorist Coverage   FE-6492

**Annual Premium**
Citizens Emer-FAIR
    **Amount Due**

**Premium Reductions**
    Home Alert Discount

Inflation Coverage Index: 196.1

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

138-30761 7   Rev. 11-14-2005 (0130696)

*Thanks for letting us serve you...*

E  1801  2011  I
   A7

**Agent** LISA GREEN CAMPBELL
**Telephone** (504) 366-3900

REB

Prepared F

*06200001A*
06/09/2010
9500101042

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

99990100106091066O

06200001A 06/09/2010

9500101059 24001010

type 90

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph 436-9729
Westwego, LA 70094

10667
84-382/65

DATE May 27, 10

PAY
TO THE
ORDER OF _S. M. K. C._                                    $ 1033.98

_One Thousand Thirty - Three_                    98/100    DOLLARS

▲ REGIONS        2009 Tax

FOR # 744127469 3                        [signature]

"010667"  ":065403626":  ███████ 5481"

"010667"  4:065403626:  ███████ 5481"                    "0000103398

[handwritten] F 16 8 9

CHILDHOOD DEVELOPMENT CENTER, INC.

▲ REGIONS

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

REGIONS BANK   01/12/09

I do not have the Escrow Account

#1895

CUSTOMER INFORMATION      Decl. - PROPERTY ADDRESS    Pg 35 of 61

Name:                Robert K Harris    6220 3RD AVENUE
                                        MARRERO      LA 70072
Account Number:            4693
Home Phone #:        (504)436-9729

# Homecomings Financial
*A GMAC Company*

Visit us at www.homecomings.com for
account information or to apply on-line.

05-23-07 06 29   0020873 20081209 HL112108 HOREG   1 OZ DOM HL11210000° 146318   HO
#BWNHJPY
#KW75646G89140#

|||ılıllıllıllllıllıllıılıllılıllıllılıllıllıllıllıllll

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

# 1689

| Customer Care Inquiries: | 1-800-206-2901 |
| Home Financing Needs: | 1-877-695-3633 |

Please verify your mailing address, borrower and co-borrower information.   Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| Account Number | 4693 |
| Current Statement Date | December 08, 2008 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Current Principal Balance* | $113,326.52 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $8,832.15 |
| Taxes Paid Year-to-Date | $0.00 |

| Principal and Interest | $832.82 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $832.82 |
| Account Due Date | January 01, 2009 |

For Customer Care inquiries call: 1-800-206-2901
For Insurance inquiries call:     1-800-237-6787
For Payment Arrangements call:  1-800-799-9250

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/01/08 | 12/08/08 | $832.82 | $100.27 | $732.55 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

Our office hours for customer service and payment arrangements are ...
7:00PM CT.   Payments received after 7:00PM CT on 12/31 will be posted ... 2009 for tax purposes.

## See Reverse Side For Important Information



CHILDHOOD DEVELOPMENT CENTER, INC.

▲ REGIONS

10094

$ 832.82

DATE 3/6/09

548 1*

⑨0850036286⑨   ⑨010094⑨

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

74807⑨8801
102/TT/ED   [TEETOT TTT]

⑨010094⑨   #1689

REGIONS BANK  03/12/09

414 2 A001954 233075 0670 20090311

74807⑨8801   03/11/EO   >TEETOT TTT<

# Homecomings Financial
*A GMAC Company*

**CUSTOMER INFORMATION**

Name:                Robert K Harris      6220 3RD AVENUE
                                          MARRERO      LA 70072
Account Number:              ████4693
Home Phone #:        (504)436-8729

Visit us at www.homecomings.com for
account information or to apply on-line.

# 16 89

33/23/07  08:29   3008606 20090211 @145103 HOREG   1 DZ OOM @514510000* 146316   HO

#BWNHJPY
#KW75646G89140#

||||||||||||||||||||||||||||||||||||||||||||||

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

| Customer Care Inquiries: | 1-800-206-2901 |
|---|---|
| Home Financing Needs: | 1-877-695-3633 |

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | ████4693 | Principal and Interest | $832.82 |
| Current Statement Date | February 10, 2009 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | $0.00 |
| Interest Rate | 7.75000 | Amount Past Due | $0.00 |
| | | Outstanding Late Charges | $0.00 |
| Current Principal Balance* | $113,124.03 | Other | $0.00 |
| Current Escrow Balance | $0.00 | Total Amount Due | $832.82 |
| Interest Paid Year-to-Date | $1,463.15 | Account Due Date | March 01, 2009 |
| Taxes Paid Year-to-Date | $0.00 | | |

For Customer Care inquiries call: 1-800-206-2901
For Insurance inquiries call:        1-800-237-6787
For Payment Arrangements call:  1-800-799-9250

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 02/01/09 | 02/10/09 | $832.82 | $101.57 | $731.25 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

Refinance your loan and take advantage of an affordable fixed rate. Call us at 866-664-1754 today!

Looking for a great rate on a certificate of deposit? Visit www.gmacbank.com and check out
a 12-month CD from GMAC Bank. It's smart, it's simple, and best of all, it's safe. Member FDIC.

### See Reverse Side For Important Information





**CUSTOMER INFORMATION**

**PROPERTY ADDRESS**

**Homecomings Financial**
*A GMAC Company*

Name:        Robert K Harris        6220 3RD AVENUE
                                    MARRERO        LA 70072

Account Number:        ████4693
Home Phone #:        (504)436-9729

**For questions on the servicing of your account, call 1-800-206-2901.**

# 1689

#8WNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

| Account Information | |
|---|---|
| Account Number | 4693 |
| Current Statement Date | March 11, 2009 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Current Principal Balance* | $113,021.80 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $2,193.74 |
| Taxes Paid Year-to-Date | $0.00 |

| Details of Amount Due/Paid | |
|---|---|
| Principal and Interest | $832.82 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $832.82 |
| Account Due Date | April 01, 2009 |

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 03/01/09 | 03/11/09 | $832.82 | $102.23 | $730.59 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

## Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amt. Due | Amount Due With Late Fee If Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| ████4693 | 04/01/09 | $832.82 | $832.82 | $847.82 | Homecomings Financial *A GMAC Company* |

ROBERT K HARRIS

| Please assist Homecomings in applying your payment | |
|---|---|
| Full Payment(s) | $ |
| *ADDITIONAL* Principal | $ |
| *ADDITIONAL* Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Extra Funds

HOMECOMINGS FINANCIAL
PO BOX 90117
LOUISVILLE KY 40290-1719

02   0409   ████4693   00068282   01500   22222   0



# Homecomings Financial
*A GMAC Company*

**CUSTOMER INFORMATION**

Name: Robert K Harris     6220 3RD AVENUE
                                           MARRERO      LA 70072

Account Number:     ████4693
Home Phone #:     (504)436-9729

Visit us at www.homecomings.com for
account information or to apply on-line.

03/23/07 08:29   0021402 2009D414 ID144106 HOREG   1 OZ DOM ID14410000* 146316   HO

#BWNHJPY
#KW75646G89140#

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713



| | |
|---|---|
| Customer Care Inquiries: | 1-800-206-2901 |
| Home Financing Needs: | 1-877-695-3633 |

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | | |
|---|---|---|---|---|
| Account Number | 4693 | Principal and Interest | | $832.82 |
| Current Statement Date | April 13, 2009 | Subsidy/Buydown | | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | | $0.00 |
| | | Amount Past Due | | $0.00 |
| Interest Rate | 7.75000 | Outstanding Late Charges | | $0.00 |
| Current Principal Balance* | $112,918.91 | Other | | $0.00 |
| Current Escrow Balance | $0.00 | Total Amount Due | | $832.82 |
| Interest Paid Year-to-Date | $2,923.67 | Account Due Date | | May 01, 2009 |
| Taxes Paid Year-to-Date | $0.00 | | | |

**For Customer Care inquiries call:** 1-800-206-2901
**For Insurance inquiries call:** 1-800-237-6787
**For Payment Arrangements call:** 1-800-799-9250

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 04/01/09 | 04/13/09 | $832.82 | $102.89 | $729.93 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

Buying a home? We help purchase dreams - one family at a time. Call us at 1-866-964-9753 today!!

Looking for a great rate on a certificate of deposit? Visit www.gmacbank.com and check out
a 12-month CD from GMAC Bank. It's smart, it's simple, and best of all it's safe. Member FDIC.

**See Reverse Side For Important Information**



This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

# Homecomings Financial
*A GMAC Company*

**CUSTOMER INFORMATION**

| | | |
|---|---|---|
| Name: | Robert K Harris | 6220 3RD AVENUE |
| | | MARRERO         LA 70072 |
| Account Number: | ████4693 | |
| Home Phone #: | (504)436-9729 | |

**PROPERTY ADDRESS**

Visit us at www.homecomings.com for account information or to apply on-line.

03/23/07 08:29    0018524 20090513 IE149105 HOREG   1 OZ DOM IE149100002* 146316    HO

#BWNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

# 1689

| Customer Care Inquiries: | 1-800-206-2901 |
|---|---|
| Home Financing Needs: | 1-877-695-3633 |

Please verify your mailing address, borrower and co-borrower information.   Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | |
|---|---|
| Account Number | ████4693 |
| Current Statement Date | May 11, 2009 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Current Principal Balance* | $112,815.36 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $3,652.94 |
| Taxes Paid Year-to-Date | $0.00 |

| | |
|---|---|
| Principal and Interest | $832.82 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $832.82 |
| Account Due Date | June 01, 2009 |

**For Customer Care inquiries call:  1-800-206-2901**
**For Insurance inquiries call:        1-800-237-6787**
**For Payment Arrangements call:  1-800-799-9250**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 05/01/09 | 05/09/09 | $832.82 | $103.55 | $729.27 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

Protect your family today with $3,000 accidental death coverage for one full year, at no cost to you!
Please see the enclosed for more information on the optional accidental death insurance coverage.

If you are considering a new home purchase or refinancing your existing mortgage, we are here to help.  Simply call the number above or visit our website for fast, convenient service.

**See Reverse Side For Important Information**



CHILDHOOD DEVELOPMENT CENTER, INC.

10262

DATE 2/4/05

$ 822.82

REGIONS



## Homecomings Financial

*A GMAC Company*

**CUSTOMER INFORMATION**

Name:              Robert K Harris       6220 3RD AVENUE
                                          MARRERO        LA 70072

Account Number:                   ████4693
Home Phone #:      (504)436-9729

Visit us at www.homecomings.com for
account information or to apply on-line.

#BWNHJPY
#KW75646G89140#

||IIII||IIII|II||IIII||IIIIIII||II|IIII||IIIII||IIIII||II|IIII

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713



| Customer Care Inquiries: | 1-800-206-2901 |
| Home Financing Needs: | 1-877-695-3633 |

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | |
|---|---|
| Account Number | ████4693 |
| Current Statement Date | June 12, 2009 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Current Principal Balance* | $112,711.14 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $4,381.54 |
| Taxes Paid Year-to-Date | $0.00 |

| | |
|---|---|
| Principal and Interest | $832.82 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $832.82 |
| Account Due Date | July 01, 2009 |

**For Customer Care inquiries call: 1-800-206-2901**
**For Insurance inquiries call: 1-800-237-6787**
**For Payment Arrangements call: 1-800-799-9250**

### Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 06/01/09 | 06/12/09 | $832.82 | $104.22 | $728.60 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

If you are considering a new home purchase or refinancing your existing mortgage, we are here to help. Simply call the number above or visit our website for fast, convenient service.

See Reverse Side For Important Information

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Fk 434-9729
Wachaego, LA 70094

10288

PAY
TO THE                                              $ 832.82

REGIONS

FOR

Posting Date    Aug 12 2009

DB/CR           D

Amount          $832.82

Item Bank       1

Account         ████████5481

Check No        10288

Sequence No     4200651634

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

| | | **PROPERTY ADDRESS** |
|---|---|---|
| Name: | Robert K Harris | 6220 3RD AVENUE |
| | | MARRERO    LA 70072 |
| Account Number: | 4693 | |
| Home Phone #: | (504)436-9729 | |

# GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

# 1689

03/23/07 00:29   0004320 20090711 IG13H102 GMREG   1 OZ DOM IG13410000* 146316  GM
#BWNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | 4693 | Principal and Interest | $832.82 |
| Current Statement Date | July 09, 2009 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | $0.00 |
| Interest Rate | 7.75000 | Amount Past Due | $0.00 |
| Current Principal Balance* | $112,606.25 | Outstanding Late Charges | $0.00 |
| | | Other | $0.00 |
| Current Escrow Balance | $0.00 | Total Amount Due | $832.82 |
| Interest Paid Year-to-Date | $5,109.47 | Account Due Date | August 01, 2009 |
| Taxes Paid Year-to-Date | $0.00 | | |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call: 1-800-256-9962**
**For Payment Arrangements call: 1-800-850-4622**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 07/01/09 | 07/09/09 | $832.82 | $104.89 | $727.93 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

## Important News

Any of your home's systems or appliances could break down at any moment. Protect your budget from the high cost of repair or replacement. See next page for details on the TotalProtect Home Warranty.

Ally. A Better Way to Bank. Check out our Online Savings Account. It has no monthly fee, no minimum balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com

**See Reverse Side For Important Information**





# GMAC Mortgage

**CUSTOMER INFORMATION**

Name:                    Robert K Harris      **PROPERTY ADDRESS**
                                               6220 3RD AVENUE
                                               MARRERO        LA 70072

Account Number:                      4693
Home Phone #:            (504)436-9729

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

03/23/07 09:29   0002142 20090812 0H123101 GMREG   1 OZ DOM 0H123100007 146316   GM

#BWNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

# 1689

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | 4693 | Principal and Interest | $832.82 |
| Current Statement Date | August 11, 2009 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | $0.00 |
| Interest Rate | 7.75000 | Amount Past Due | $0.00 |
| | | Outstanding Late Charges | $0.00 |
| Current Principal Balance* | $112,500.68 | Other | $0.00 |
| Current Escrow Balance | $251.20- | Total Amount Due | $832.82 |
| Interest Paid Year-to-Date | $5,836.72 | Account Due Date | September 01, 2009 |
| Taxes Paid Year-to-Date | $251.20 | | |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**
**For Payment Arrangements call:   1-800-850-4622**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 08/01/09 | 08/11/09 | $832.82 | $105.57 | $727.25 | | | | |
| County Tax Paid | 07/01/09 | 07/21/09 | $251.20 | | | $251.20 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Complimentary Health Protector Plus provides $100,000 of no cost Accident Hospitalization coverage for one year. Please see next page for more information on how to activate your coverage today.

Ally. A Better Way to Bank. Check out our Online Savings Account. It has no monthly fee, no minimum balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com

**See Reverse Side For Important Information**



# GMAC Mortgage

**CUSTOMER INFORMATION**

Name:                    Robert K Harris

Account Number:          ████4693
Home Phone #:            (504)436-9729

**PROPERTY ADDRESS**

6220 3RD AVENUE
MARRERO        LA 70072

Visit us at www.gmacmortgage.com for
account information or to apply on-line.



# 1689

03/23/07 08:29   0010664 20090912 #137803 GMREG   1 OZ DOM %13780000* 146316   GM

#BWNHJPY
#KW75646G89140#

|||||||||||||||||||||||||||||||||||||

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.   Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | |
|---|---|
| Account Number | ████4693 |
| Current Statement Date | September 11, 2009 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 7.75000 |
| Current Principal Balance* | $112,394.43 |
| Current Escrow Balance | $251.20- |
| Interest Paid Year-to-Date | $6,563.29 |
| Taxes Paid Year-to-Date | $251.20 |

| | |
|---|---|
| Principal and Interest | $832.8 |
| Subsidy/Buydown | $0.0( |
| Escrow | $57.3 |
| Amount Past Due | $0.0( |
| Outstanding Late Charges | $0.0( |
| Other | $0.0( |
| Total Amount Due | $890.1! |
| Account Due Date | October 01, 200! |

**For Customer Care inquiries call:   1-800-766-4622**
**For Insurance inquiries call:       1-800-256-9962**
**For Payment Arrangements call:   1-800-850-4622**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 09/01/09 | 09/11/09 | $832.82 | $106.25 | $726.57 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

If you are considering a new home purchase or refinancing your existing mortgage, we are here
to help.  Simply call the number above or visit our website for fast, convenient service.

Ally. A Better Way to Bank. Check out our Online Savings Account. It has no monthly fee, no minimum
balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com

**See Reverse Side For Important Information**



10\09\2009
005390877443
This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

CHILDHOOD DEVELOPMENT CENTER, INC.
909 Patton Lane Ph. 436-9729
Westwego, LA 70094

10387

DATE 10/5/09

PAY TO THE ORDER OF  A. M. C.                    $ 251.20

Two - hundred fifty - one ——————— 20/100 DOLLARS

REGIONS

Property Tax
Repayment



# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

| | | |
|---|---|---|
| Name: | Robert K Harris | **PROPERTY ADDRESS** |
| | | 6220 3RD AVENUE |
| | | MARRERO          LA 70072 |
| Account Number: | ████4693 | |
| Home Phone #: | (504)436-9729 | |

## GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

---

0025/07 0829  0003500 20091012 U113101 GMREG  1 OZ DOM U113109002 145316  GM

#BWNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA 70094-3713

> For information about your existing account, please call: 1-800-766-4622.
>
> For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | | |
|---|---|---|---|---|
| Account Number | ████4693 | Principal and Interest | $832.8 | |
| Current Statement Date | October 09, 2009 | Subsidy/Buydown | $0.0 | |
| Maturity Date | April 01, 2036 | Escrow | $57.3 | |
| Interest Rate | 7.75000 | Amount Past Due | $0.0 | |
| Current Principal Balance* | $112,093.66 | Outstanding Late Charges | $0.0 | |
| Current Escrow Balance | $193.83- | Other | $0.0 | |
| Interest Paid Year-to-Date | $7,289.17 | Total Amount Due | $890.1 | |
| Taxes Paid Year-to-Date | $251.20 | Account Due Date | November 01, 200 | |

**For Customer Care inquiries call:** 1-800-766-4622
**For Insurance inquiries call:** 1-800-256-9962
**For Payment Arrangements call:** 1-800-850-4622

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Principal Curtailment | 10/01/09 | 10/09/09 | $193.83 | $193.83 | | | | | |
| Payment | 10/01/09 | 10/09/09 | $638.99 | $106.94 | $725.88 | $57.37 | | | $251.20- |
| Receipt | 09/01/09 | 10/08/09 | $251.20 | | | | | | $251.20 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign-up information and other payment options.

## Important News

**Complimentary Health Protector Plus provides $100,000 of no cost Accident Hospitalization coverage for one year. Please see next page for more information on how to activate your coverage today.**

**Ally. A Better Way to Bank. Check out our Online Savings Account. There's no monthly fee, no minimum balance, and you can access your money through electronic fund transfers. Learn more at www.ally.com**

### See Reverse Side For Important Information

## Mail This Portion With Your Payment

*044000037*
12\11\2009
002360703377

This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

CHILDHOOD DEVELOPMENT CENTER, INC.

10456

REGIONS

*010456* ⑆065403626⑆        5481

*010456*   ⑆065403626⑆        541 1*/000008328 2*

# 1688

REGIONS BANK 12/14/09

0700638745

II 009000 *0550 96 705***   2009 200121 I

| | |
|---|---|
| Posting Date | Dec 14 2009 |
| DB/CR | D |
| Amount | $832.82 |
| Item Bank | 1 |
| Account | ███5481 |
| Check No | 10456 |
| Sequence No | 700638745 |

# GMAC Mortgage

| CUSTOMER INFORMATION | | PROPERTY ADDRESS | |
|---|---|---|---|
| Name: | Robert K Harris | 6220 3RD AVENUE | |
| | | MARRERO      LA 70072 | |
| Account Number: | ████4693 | | |
| Home Phone #: | (504)436-9729 | | |

Visit us at www.gmacmortgage.com for account information or to apply on-line.

# 1689

11/25/09 11:20:3    0001833 20091212 IL135801 GMREG.    1 OZ DOM IL13580000* 146316    GM
#BWNHJPY
#KW75646G89140#

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA  70094-3713

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | ████4693 | Principal and Interest | $832.82 |
| Current Statement Date | December 11, 2009 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | $57.37 |
| Interest Rate | 7.75000 | Amount Past Due | $890.19 |
| | | Outstanding Late Charges | $15.00 |
| Current Principal Balance* | $111,984.78 | Other | $775.45 |
| Current Escrow Balance | $136.46- | Total Amount Due | $1,019.93 |
| Interest Paid Year-to-Date | $8,013.11 | Account Due Date | December 01, 2009 |
| Taxes Paid Year-to-Date | $251.20 | | |

**For Customer Care inquiries call:  1-800-766-4622**
**For Insurance inquiries call:       1-800-256-9962**
**For Payment Arrangements call:  1-800-850-4622**

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 11/01/09 | 12/11/09 | $775.45 | | | | | | $775.45 |
| Payment | 11/01/09 | 12/11/09 | $57.37 | $108.88 | $723.94 | $57.37 | | | $832.82- |

1/6/10

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week)
See back for automatic payment sign-up information and other payment options.

## Important News

Happy Holidays!   Your Annual Loan Statement (Form 1098) information will be mailed with your mortgage account statement in January to the address above.  In addition, you can obtain year-end tax information at www.gmacmortgage.com as early as 1/5/2010.  Our office hours for customer service and payment processing on Thursday, 12/31/2009 will be 6:00AM - 7:00PM CT. Payments received after 7:00PM CT on 12/31 will be posted in 2010 for tax purposes.

### See Reverse Side For Important Information



State Farm Fire and Casualty Company
13222 State Farm Boulevard
Tulsa, OK 74146-5402

**RENEWAL CERTIFICATE**
Rental Dwelling Pol - Special Form
MAR 14 2009 to MAR 14 2010

G-22- 1679-F692     R     F

000208

HARRIS, ROBERT K
909 PATTON LN
WESTWEGO LA  70094-3713

*# 1689*

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| MAR 14 2009 | $1,328 |

**Coverages and Limits**
**Section I**
A  Dwelling                              $134,9(
     Dwelling Extension           13,49
B  Personal Property                6,7(
C  Loss of Rents                     Actual Lo:

**Deductibles - Section I**
     Basic                                    1,0(

Location:  6220 3RD AVE
               MARRERO LA
               70072-2812

**Section II**
L  Business Liab (per occurrence)   $300,0(
     (annual aggregate)      600,0(
M  Medical Payments to Others        1,0(
     (each person)

Mortgagee:  HOMECOMINGS FINANCIAL, LLC
                  ITS SUCCESSORS AND/OR ASSIGNS

     Loan No: ████4693

**Forms, Options, and Endorsements**
Special Form 3                          FP-8103.3
Amendatory Endorsement            FE-8253.1
Debris Removal Endorsement      FE-7540
Uninsured Motorist Coverage       FE-6492

**Annual Premium**                    $1,26
Citizens Emer-FAIR                        6
     **Amount Due**                       $1,32

**Premium Reductions**
     Home Alert Discount                  7

Inflation Coverage Index:   196.1

138-3076 I 7   Rev. 11-14-2005  (o1308l9e)

*Thanks for letting us serve you...*

E    0617    2011    I
         A7
                    **Agent** LISA GREEN CAMPBELL
                    **Telephone** (504) 366-3900

REB

Prepared  JAN 28 20



JEFFERSON PARISH SHERIFF-PROPERTY TAX
1233 West Bank Expressway
Bldg. B, 5th Floor
Harvey, LA 70058

THIS IS YOUR RECEIPT FOR YOUR PARISH TAXES
PLEASE KEEP FOR YOUR RECORDS
DEPUTY boatwright_ja

| YEAR | PARCEL# | NOTICE# | TAX PAYER | TAX | INTEREST | COST | OTHER | TOTAL PAID |
|------|---------|---------|-----------|-----|----------|------|-------|------------|
| 2010 | 0420006277 | 39799 | HARRIS,ROBERT K | 229.03 | 0.00 | 0.00 | 0.00 | 229.03 |

| DATE PAID | RECEIPT# | CHECK# | CHECK AMT | CASH AMT | CREDT CARD AMT | TOTAL PAID |
|-----------|----------|--------|-----------|----------|----------------|------------|
| 12/30/2010 | 298527 | 10901 | 229.03 | 0.00 | 0.00 | 229.03 |

REMITTER NAME & ADDRESS:

CHILDHOOD DEVELOPMENT CENTER INC
909 PATTON LANE
WESTWEGO LA 70094

*** PROPERTY DESCRIPTION ***

PARCEL NUMBER: 0420006277
LOT 9 SQ 3
TOWNSITE #3