**Exhibit B**

**Harris Claim No. 1687**

B 10 Modified (Official Form 10) (12/11)    PRF 52727-2    PRF 5272

# UNITED STATES BANKRUPTCY COURT FOR THE S[OUTHERN]

Claim #1687    Date Filed: 10/26/2012    CLAIM

**Name of Debtor:** G.M.A.C. Mortgage LLC    **Case Number:** 12-12032 (MG)

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Robert Kenneth Harris

**Name and address where notices should be sent:**
Robert Kenneth Harris
909 Patton St.
Westwego, La. 70094

**Telephone number:** 504-975-8644    **email:**

**Name and address where payment should be sent (if different from above):**

**Telephone number:**    **email:**

1. **Amount of Claim as of Date Case Filed:** $ 45,999.45
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Mortgage Note
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 6268
   **3a. Debtor may have scheduled account as:** (See instruction #3a)
   **3b. Uniform Claim Identifier (optional):** (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   **Describe:**
   **Value of Property:** $_____    **Annual Interest Rate** 10.1300 %    ☐ Fixed  ☒ Variable
   (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
   if any: $_____    **Basis for perfection:** _____
   **Amount of Secured Claim:** $ 45,999.45    **Amount Unsecured:** $_____

5. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $_____    (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOC[UMENTS]
   If the documents are not available, please explain:
   12120321210260000000000003

9. **Signature:** (See instruction #9) Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or    ☐ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)    their authorized agent.    indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
**Print Name:** Robert Kenneth Harris
**Title:**
**Company:**    (Signature) R. Harris    (Date) 10/23/12
**Address and telephone number (if different from notice address above):**

**Telephone number:**    **Email:**

5. **Amount of Claim Entitled** Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and the amount.

☐ Domestic support obligation under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**RECEIVED**
OCT 26 2012
KURTZMAN CARSON CONSULTANTS

**COURT USE ONLY**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Robert Kenneth Harris
Account Number: ███2753
Home Phone #: (504)436-9729

**PROPERTY ADDRESS**
905 PATTON LANE
WESTWEGO    LA 70094

**GMAC Mortgage**

Visit us at www.gmacmortgage.com for account information or to apply on-line.

ROBERT KENNETH HARRIS
909 PATTON LANE
WESTWEGO LA 70094-3713

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | ███2753 | Principal and Interest | $460.50 |
| Statement Date | March 01, 2012 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2032 | Escrow | $169.37 |
| Interest Rate | 10.13000 | Amount Past Due | $0.00 |
| Interest Paid Year-to-Date | $778.68 | Outstanding Late Charges | $0.00 |
| Taxes Paid Year-to-Date | $0.00 | Other | $0.00 |
| Escrow Balance | $645.13- | Total Amount Due | $629.87 |
| Principal Balance(PB)* | $45,999.45 | Account Due Date | April 01, 2012 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Additional Principal | 03/01/12 | 02/28/12 | $15.00 | $15.00 | | | | | |
| Payment | 03/01/12 | 02/28/12 | $629.87 | $71.46 | $389.04 | $169.37 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Ally Bank offers IRA CDs and an IRA Online Savings Account with rates that are consistently among the most competitive in the country. Call 1-877-247-ALLY (2559) or visit allybank.com. Member FDIC.

**See Reverse Side For Important Information And State Specific Disclosures**

**Harris Claim No. 1689**

B 10 Modified (Official Form 10) (12/11)    PRF 52727

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK    Claim #1689 Date Filed: 10/26/2012

| Name of Debtor: G.M.A.C. Mortgage LLC | Case Number: 12-12032 (MG) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Robert Kenneth Harris

**Name and address where notices should be sent:**
Robert Kenneth Harris
909 Patton St.
Westwego, La, 70094

**Telephone number:** 504-975-8644    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $108,609.56

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Mortgage Note

**3. Last four digits of any number by which creditor identifies debtor:** 6268

**3a. Debtor may have scheduled account as:** (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $132,000    Annual Interest Rate 7.7500% ☑ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $108,609.56    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligation under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or service for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

Amount entitled to priority: $_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

12120321210260000000000004

**9. Signature:** (See instruction #9) Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert Kenneth Harris
Title: _____
Company: _____
(Signature) _____    (Date) 10/23/12
Address and telephone number (if different from notice address above):
_____
Telephone number: _____    Email: _____

RECEIVED
OCT 26 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Robert K Harris
Account Number: ████4693
Home Phone #: (504)436-9729

**PROPERTY ADDRESS**
6220 3RD AVENUE
MARRERO    LA 70072

## GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

ROBERT K HARRIS
909 PATTON LN
WESTWEGO LA  70094-3713

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | 4693 | Principal and Interest | $832.82 |
| Statement Date | March 13, 2012 | Subsidy/Buydown | $0.00 |
| Maturity Date | April 01, 2036 | Escrow | $22.54 |
| Interest Rate | 7.75000 | Amount Past Due | $0.00 |
| Interest Paid Year-to-Date | $2,109.35 | Outstanding Late Charges | $0.00 |
| Taxes Paid Year-to-Date | $0.00 | Other | $0.00 |
| Escrow Balance | $81.09 | Total Amount Due | $855.36 |
| Principal Balance(PB)* | $108,609.46 | Account Due Date | April 01, 2012 |

For Customer Care Inquiries call:  1-800-766-4622
For Insurance Inquiries call:  1-800-256-9962
For Payment Arrangements call:  1-800-850-4622

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 03/01/12 | 03/13/12 | $855.36 | $130.54 | $702.28 | $22.54 | | | |
| Payment | 02/01/12 | 02/28/12 | $866.90 | $129.70 | $703.12 | $19.08 | | $15.00 | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

**Ally Bank offers IRA CDs and an IRA Online Savings Account with rates that are consistently among the most competitive in the country. Call 1-877-247-ALLY (2559) or visit allybank.com. Member FDIC.**

See Reverse Side For Important Information And State Specific Disclosures