**<u>Exhibit V</u>**

# PRESS-REGISTER

## LEGAL AFFIDAVIT

Account Number: ▮7215
Ad Number: ▮6618
Period Ending: 3/15/2010 12:00.01AM

Name: SIROTE & PERMUTT
Sales Rep: Christine Bevins
251-219-5000

Billing Inquiries Please Call: (251) 219-5424

SIROTE & PERMUTT
ATTN: FORECLOSURE DEPT.
P. O. BOX 55727
BIRMINGHAM, AL 35255-5727

• Press - Register
Lock Box 1712
Mobile AL 36633-1712

---

| Date | Position | Description | P.O. Number | Ad Size | Total Cost |
|---|---|---|---|---|---|
| 03/15/2010 | Foreclosures | MORTGAGE FORECLOSURE SALE Default having | CARROLL | 576 WDS | 593.40 |

Mecia Carlson being sworn, says that she is bookkeeper of Press-Register which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and attached notice appeared in the issue of

Press-Register 03/01, 03/08, 03/15/2010

*Mecia Carlson* (signature)

Sworn to and subscribed before me this 15th day of March 2010

*Brandi W. Cook* (signature)
NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT, PLEASE CALL MECIA CARLSON AT (251) 219-5418. YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX: LEGALS@PRESS-REGISTER.COM OR FAX# (251) 219-5037

MORTGAGE FORECLOSURE SALE
Default having been made in the payment of the indebtedness secured by that certain mortgage executed by Billy R. Carroll, unmarried, to The Mortgage Outlet, Inc., on the 22nd day of April, 2003, said mortgage recorded in the Office of the Judge of Probate of Mobile County, Alabama, in Book 5356, Page 1026; said mortgage having subsequently been transferred and assigned to The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as successor to JP Morgan Chase Bank, N.A., as trustee for that certain pooling and servicing agreement, Series # 2003-KS7, Pool # 4729; the undersigned The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as successor to JP Morgan Chase Bank, N.A., as trustee for that certain pooling and servicing agreement, Series # 2003-KS7, Pool # 4729, as Mortgagee/Transferee, under and by virtue of the power of sale contained in said mortgage, will sell at public outcry to the highest bidder for cash, in front of the main entrance of the Courthouse at Mobile, Mobile County, Alabama, on April 2, 2010, during the legal hours of sale, all of its right, title, and interest in and to the following described real estate, situated in Mobile County, Alabama, to-wit:
Begin at the Northwest corner of Lot Three of Fractional Section 15, Township 5 South, Range 1 West and run East 122 feet to a point on the East line of Cedar Point Road, thence run South 14 degrees 30 minutes West along the East line of said Cedar Point Road 741 feet to a point marked by an iron pipe for the point of beginning; thence run 77 degrees 15 minutes East 360 feet to a point. thence run South 14 degrees 30 minutes West 75 feet to a point, thence run North 77 degrees 15 minutes West 360 feet to a point on the East line of Cedar Point Road, thence run North along the East line of Cedar Point Road, 14 degrees 30 minutes East, 75 feet to the point of beginning
Property Street Address: 2285 Cedar Point Road, Mobile, AL 36605
THIS PROPERTY WILL BE SOLD ON AN "AS IS, WHERE IS" BASIS, SUBJECT TO ANY EASEMENTS, ENCUMBRANCES, AND EXCEPTIONS REFLECTED IN THE MORTGAGE AND THOSE CONTAINED IN THE RECORDS OF THE OFFICE OF THE JUDGE OF PROBATE OF THE COUNTY WHERE THE ABOVE-DESCRIBED PROPERTY IS SITUATED  THIS PROPERTY WILL BE SOLD WITHOUT WARRANTY OR RECOURSE, EXPRESSED OR IMPLIED AS TO TITLE, USE AND/OR ENJOYMENT AND WILL BE SOLD SUBJECT TO THE RIGHT OF REDEMPTION OF ALL PARTIES ENTITLED THERETO.
This sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of foreclosure.
The Mortgagee/Transferee reserves the right to bid for and purchase the real estate and to credit its purchase price against the expenses of sale and the indebtedness secured by the real estate.
This sale is subject to postponement or cancellation.
The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as successor to JP Morgan Chase Bank, N.A., as trustee for that certain pooling and servicing agreement, Series # 2003-KS7, Pool # 4729, Mortgagee/Transferee
Colleen McCullough
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL 35255-5727
Attorney for Mortgagee/Transferee
www.sirote.com/foreclosures
134766
PRESS REGISTER
MARCH 1, 8, 15, 2010