**<u>Exhibit X</u>**

| Date of Payment | Corresponding Western Union Number | Amount | Month Payment Was Applied To |
|---|---|---|---|
| July 10, 2009 | 803-389-6128 | $651.00 | June 2009 Payment |
| August 7, 2010 | 359-505-7865 | $601.00 | Placed in suspense account because amount was insufficient for an entire payment |
| October 23, 2009 | 606-934-6949 | $721.00 | July 2009 Payment |
| November 3, 2009 | 844-617-1770 | $722.00 | August 2009 Payment |
| December 16, 2009 | 049-211-0910 | $701.00 | Returned because repayment agreement in place required payments of $721.00 |
| February 5, 2010 | None | $601.60 | Returned because it was only one of six payments due on the account |

ny-1211185