UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, ET AL.

Case No.: 12-12020 (MG)
Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Susan Marie Gray, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Patricia J. McNerney, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/13/15

_____, New York

Susan Marie Gray, Attorney at Law
*Mailing Address*:
Ohio Savings Bank Building
22255 Center Ridge Road, Suite 210
Rocky River, OH 44116
*E-mail address*: smgray@smgraylaw.com
*Telephone number*: (440) 331-3949