Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

November 10, 2015

By Express Mail Filing

The Honorable Martin Glenn, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004



RECEIVED
NOV 16 2015
U.S. BANKRUPTCY COURT, SDNY

Re: Status of Proof of Claim 416 and 417
    Case No. 12-12020

Dear Judge Glenn,

On November 10, 2015, at around 10:52 a.m., a certain Jessica Arett from the law firm of Morrison/Foerster (MOFO) called to inform me that the Rescap will not go to the discovery phase but instead will do an evidentiary hearing. I told Jessica I want to do discovery and would like to subpoena certain individuals in relations to documents and testimony filed in the court.

However, my response agitated Jessica when I told her how I would like to proceed with my case against Rescap. For example, she asked how many days I would ask for discovery. I told her 90 days, and she jumped into it saying the Judge will not allow such a long period of time. I responded that I would ask the judge to consider it. She seemed so sure that the Court would not allow 90 days for discovery. I wonder why she said that. I believed she called me just to harass me through intimidation and that the purpose of the call was to threaten me to agree with her. She was very unprofessional. Her call was not a good faith effort to resolve this matter and she never offered any settlement.

If this is what Jordan Wishew's letter to you, dated October 9, 2015, meant when he stated that the Borrower Trust has made an effort to try to resolve contested borrower claims, then Mr. Wishew is sadly mistaken. The MOFO law firm has been a big hindrance to achieve the Court's goals. There was no effort on the part of the Borrower Trust's counsel to settle the claims amicably and in good faith.

I have bad experience with this law firm when I spoke to them.

Respectfully yours,

Erlinda Abiabs Aniel

Creditor in Pro Per

CC:

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

The Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attention: Linda A. Riftkin and Brian S. Masumoto

Peter S. Kravitz, Esq.
Solution Trust
29209 Canwood St. Suite 210
Agoura Hills, CA 91301