**FIRST FEDERAL LAKEWOOD**

WITH OVER $8,150.18

No. 1- 314628

25-1554
440

PAY TO THE ORDER OF ****BROOKLYN TITLE****

DRAWER: FIRST FEDERAL LAKEWOOD

THE SUM OF $8,150 dol 18 cts

PATRICIA J MCNERNEY

CUSTOMER'S SIGNATURE OR NAME

ADDRESS

Issued By: Travelers Express Company, Inc.
P.O. Box 9476, Minneapolis, MN 65480
Drawee: Huntington National Bank, Columbus, OH

OFFICIAL CHECK

NONNEGOTIABLE