# FIRST PAYMENT NOTICE

DECEMBER 27, 2002
Date
041-571993-9
Loan Number

Dear Borrower:

We wish to take this opportunity to welcome you as a customer of HomeComings Financial Network, Inc. and to provide you with the following information regarding your loan.

In accordance with the terms of the Note and Mortgage, your first monthly payment is due and payable on or before FEBRUARY 1, 2003. All succeeding payments are due and payable on the first day of the month.

Your initial monthly payment will be as follows:

| | |
|---|---|
| Monthly Principal and Interest: | $ 792.47 |
| Monthly Property Tax Deposit: | $ 230.81 |
| Monthly Hazard Insurance Deposit: | $ 31.00 |
| Monthly Annual Assessment Amount: | $ |
| Monthly Flood Insurance Deposit: | $ |
| Monthly Mortgage Insurance Deposit: | $ 178.20 |
| | $ |
| | $ |
| | $ |
| Total Initial Monthly Payment: | $ 1232.48 |

You will be provided with monthly payment coupons for your convenience. However, if your initial payment coupon has not arrived by the time you need to make your payment, please detach and mail the coupon below along with your check to the address indicated. Our mailing address for all correspondence is:

GMAC Mortgage Corporation
P.O. Box 780
Waterloo, IA 50704-0780
800-766-4622

Please include your loan number on all correspondence.

Please provide us with the following information in order for us to assure timely receipt of your monthly mortgage billing statements and to correspond with you on any other matters of importance. Please sign below and return to the mailing address provided above.

*Mailing Address/P.O. Box _____
(* indicate mailing address after loan settlement)

City, State & Zip Code _____

Present Telephone Number (include area code)_____

If I/We the Borrower(s) desire the mailing address to be different than the address of the Property indicated on the Deed of Trust, Borrower(s) must provide the correct mailing address. I/We certify the above mailing information to be true and correct and further agree to notify the holder of service of the note immediately of any change of address by certified mail, return receipt requested, to the above referenced address. No other knowledge, whether actual or constructive by the holder of the Note or any of its agents or employees, will be sufficient to put the holder of the Note on notice of any change of Borrower(s) mailing address and/or telephone number.

_Patricia Joanne McNerney_ -Borrower    _____ -Borrower
PATRICIA JOANNE MCNERNEY

_____ -Borrower    _____ -Borrower

---

### FIRST PAYMENT COUPON

NAME: PATRICIA JOANNE MCNERNEY          LOAN NUMBER: 041-571993-9
AMOUNT: $1,232.48                       DATE DUE: FEBRUARY 1, 2003

A late charge will be assessed if payment is received at this designated location after the 15th calendar day following the due date indicated above.

Send payment to:                        Using overnight mail service, send payment to:
GMAC Mortgage Corporation               GMAC Mortgage Corporation
P.O. Box 780                            3451 Hammond Ave
Waterloo, IA 50704-0780                 Waterloo, IA 50702


PLAINTIFF'S EXHIBIT 13

PLAINTIFFS 0065

First Payment Notice                    MFCD08877 - 02/02
                                        041-571993-9