# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Patricia McNerney

Property Address: 1241 Thoreau Road, Lakewood, OH 44107

Application No: SD021106

Prepared By: OMC Lending, Inc.
4311 Ridge Rd
Brooklyn, OH 44144
216-739-9000

Date Prepared: 11/19/2002

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| 10.894 % | $ 246,137.22 | $ 102,145.00 | $ 348,282.22 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 359 | 967.47 | Monthly Beginning: |
| 1 | 960.49 | |

☐ DEMAND FEATURE: This obligation has a demand feature.
☐ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Credit Life | | I want credit life insurance.    Signature: |
| Credit Disability | | I want credit disability insurance.    Signature: |
| Credit Life and Disability | | I want credit life and disability insurance.    Signature: |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☑ property  ☐ flood insurance from creditor you will pay $ _____ for a one year term.

SECURITY: You are giving a security interest in:
☐ The goods or property being purchased  ☐ Real property you already own.

FILING FEES: $ 72.00

LATE CHARGE: If a payment is more than _____ days late, you will be charged _____ % of the payment

PREPAYMENT: If you pay off early, you
☐ may  ☑ will not  have to pay a penalty.
☐ may  ☑ will not  be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property
☐ may  ☐ may, subject to conditions  ☐ may not  assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

☐ * means an estimate  ☐ all dates and numerical disclosures except the late payment disclosures are estimates.

* * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_Patricia McNerney_    12-27-02
Patricia McNerney    (Applicant)    (Date)

_____ (Applicant) (Date)

_____ (Applicant) (Date)

_____ (Applicant) (Date)

_____ (Lender) (Date)

Calyx Form - til.hp (02/95)

DEC-27-2002  12:23    216 739 4090    98%    P.07    53