FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Borrower:  
PATRICIA JOANNE MCNERNEY  
1241 THOREAU ROAD  
LAKEWOOD, OH 44107

Creditor:  
HOMECOMINGS FINANCIAL NETWORK, INC.  
27725 STANSBURY BLVD, SUITE 375  
FARMINGTON HILLS, MI 48334

Loan Number: 041-571993-9         Date: 12/27/2002

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 10.1493% | $204,168.04 | $102,624.18 | $306,792.22 |

Your payment schedule will be:

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 120 | 970.67 | 02/01/2003 | | | | | | |
| 7 | 810.47 | 02/01/2013 | | | | | | |
| 232 | 792.47 | 09/01/2013 | | | | | | |
| 1 | 785.49 | 01/01/2033 | | | | | | |

INSURANCE: The following insurance is required to obtain credit:  * Property  
You may obtain the insurance from anyone that is acceptable to creditor.

SECURITY: You are giving a security interest in real property you already own.  
Property Address: 1241 THOREAU ROAD, LAKEWOOD, OH 44107

LATE CHARGE: If a payment is more than 15 days late, you will be charged 5 % of the overdue payment of principal and interest.

PREPAYMENT: If you pay off your loan early,  * You will not have to pay a penalty.  
* You will not be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property cannot assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

Patricia Joanne McNerney   12-27-02  
PATRICIA JOANNE MCNERNEY    DATE