**Brooklyn Title Agency, Inc.**
Escrow Account
4355 Ridge Road
Brooklyn, OH 44144
(216) 671-6999

File : 201546
Buyer : Patricia Joanne Kellicker, NKA Patricia Joanne McNerney
Seller :
Property Address : 1241 Thoreau Road Lakewood, OH 44107
(1308) Payoff - $586.18

1-3157
1/3/03

Pay Five Hundred Eighty Six and 18/100 Dollars

To the order of Capital One and McNerney and Patricia McNerney

FirstMerit Bank, N.A.
538 Broad Street
Elyria, Ohio 44035
6-271/410

$ *******586.18

Void after 90 days

FirstMerit Bank, N.A.
538 Broad Street

1-3157
1/3/03
$ *******586.18

70

Brooklyn Title Agency, Inc.
Escrow Account
4355 Ridge Road
Brooklyn, OH 44144
(216) 671-6999

File: 201546

Pay One Thousand Two Hundred Seven and 20/100 Dollars

To the order of Capital One and McNerney and Patricia McNerney

FirstMerit Bank, N.A.
538 Broad Street
Elyria, Ohio 44035
6-271/410

1-3155
1/3/03

$ ******1,207.20

Void after 90 days

⑈⑆3155⑈⑆ ⑈⑆041200555⑈⑆ 550 100 5590⑈⑆

Brooklyn Title Agency, Inc.
Escrow Account

the order of Capital One and McNerney and Patricia McNerney

FirstMerit Bank, N.A.
538 Broad Street

1-3155
1/3/03
$ ******1,207.20

File: 201546
Buyer: Patricia Joanne Kellicker, NKA Patricia Joanne McNerney
Seller:
Property Address: 1241 Thoreau Road Lakewood, OH 44107
(1305) Payoff - $1,207.20

71

**Brooklyn Title Agency, Inc.**
Escrow Account
4355 Ridge Road
Brooklyn, OH 44144
(216) 671-6999

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

FirstMerit Bank, N.A.
538 Broad Street
Elyria, Ohio 44035
6-271/410

1-3154
1/3/03

$ *****1,000.00

Pay One Thousand and 00/100 Dollars

Void after 90 days

To the order of Capital One and McNerney and Patricia McNerney

FirstMerit Bank, N.A.
538 Broad Street

⑆13154⑆ ⑆041200555⑆ 550 100 5590⑆

---

Brooklyn Title Agency, Inc.
Escrow Account

To the order of Capital One and McNerney and Patricia McNerney

FirstMerit Bank, N.A.
538 Broad Street

1-3154
1/3/03
$ *****1,000.00

File #01546
Buyer:
Seller: Patricia Joanne Kellicker, NKA Patricia Joanne McNerney
Property Address : 1241 Thoreau Road Lakewood, OH 44107
(01304) Payoff - $1,000.00

72

**Brooklyn Title Agency, Inc.**
Escrow Account
4355 Ridge Road
Brooklyn, OH 44144
(226) 671-6999

File # 201546
Buyer: Patricia Joanne Kellicker, NKA Patricia Joanne McNerney
Seller:
Property Address: 1241 Thoreau Road Lakewood, OH 44107
(1306) Payoff - $603.59

Pay Six Hundred Three and 59/100 Dollars

To the order of Capital One and McNerney and Patricia McNerney

**FirstMerit Bank, N.A.**
538 Broad Street
Elyria, Ohio 44035
6-271/410

SS # 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

1-3153
1/3/03
$ *******603.59

Void after 90 days

[signatures]

"3153"  :041200551:  550 1005590"

Brooklyn Title Agency, Inc.
Escrow Account

The order of Capital One and McNerney and Patricia McNerney

**FirstMerit Bank, N.A.**
538 Broad Street

1-3153
1/3/03
$ *******603.59

73

**Brooklyn Title Agency, Inc.**
Escrow Account
4355 Ridge Road
Brooklyn OH 44144
(216) 671-6999

201546

Seller:
Buyer: Patricia Joanne Kellicker, NKA Patricia Joanne McNerney
Property Address: 1241 Thoreau Road Lakewood, OH 44107
(1307) Payoff - $1,136.64

Brooklyn Title Agency, Inc.
Escrow Account

Pay to the order of Capital One and McNerney and Patricia McNerney

Pay One Thousand One Hundred Thirty Six and 64/100 Dollars

FirstMerit Bank, N.A.
538 Broad Street
Elyria, Ohio 44035
6-271/410

FirstMerit Bank, N.A.
538 Broad Street

1-3156
1/3/03
$ ******1,136.64

Void after 90 days

1-3156
1/3/03
$ *****1,136.64

⑈ ⑆3156⑆  ⑆041200555⑆ 550 1005590⑈

#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

74