## NOTICE of RIGHT TO CANCEL

| | |
|---|---|
| LENDER: HOMECOMINGS FINANCIAL NETWORK, INC.<br>27725 Stansbury Blvd, Suite 375<br>Farmington Hills, MI 48334 | DATE: 12/27/2002<br>LOAN NO.: 041-571993-9<br>TYPE: FNMA:30YR |

BORROWERS:   PATRICIA JOANNE MCNERNEY

ADDRESS:         1241 THOREAU ROAD
CITY/STATE/ZIP:  LAKEWOOD, OH 44107
PROPERTY:

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is   DECEMBER 27TH, 2002   ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home-or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

HOMECOMINGS FINANCIAL NETWORK, INC.
27725 Stansbury Blvd, Suite 375
Farmington Hills, MI 48334
FAX: 248 426-7165

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of DECEMBER 31ST, 2002                (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL

_____    _____
SIGNATURE                                                   DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

*Patricia Joanne McNerney*   12-27-02
PATRICIA JOANNE MCNERNEY      Date                              Date

_____    _____
                                  Date                              Date

_____    _____
                                  Date                              Date

_____    _____
                                  Date                              Date

_____    _____
                                  Date                              Date

MFCD8714 - 11/00                                                        041-571993-9

39