# Court of Appeals of Ohio, Eighth District

County of Cuyahoga
Gerald E. Fuerst, Clerk of Courts

MORTGAGE ELECTRONIC REGIS. SYS

        Appellee      COA NO.    LOWER COURT NO.
                         94066      CP CV-514406

                         COMMON PLEAS COURT

-vs-

PATRICIA MCNERNEY

        Appellant      MOTION NO. 427665

Date 12/11/2009

---
### Journal Entry

MOTION BY APPELLANT FOR RECONSIDERATION IS DENIED.

RECEIVED FOR FILING
DEC 11 2009
GERALD E. FUERST
CLERK OF THE COURT OF APPEALS
BY_____ DEP.

Judge PATRICIA A. BLACKMON, Concurs

Presiding Judge JAMES J. SWEENEY

NOTICE MAILED TO COUNSEL FOR ALL PARTIES-COSTS TAXED

VOL 695 PG 0493




CC 97 / 2783

**The State of Ohio,** } ss.    I, GERALD E. FUERST, Clerk of the Court of
Cuyahoga County.

Appeals within and for said County, and in whose custody the files, Journals and records of said Court are required by the laws of the State of Ohio, to be, kept, hereby certify that the foregoing is taken and copied from the Journal _Vol 695 Page 493 in CA 94066 Date Dec 11, 2009_ of the proceedings of the Court of Appeals within and for said Cuyahoga County, and that the said foregoing copy has been compared by me with the original entry on said Journal _Vol 695 Pg 493 Dec 11, 2009_ and that the same is correct transcript thereof.



**In Testimony Whereof,** I do hereunto subscribe my name officially, and affix the seal of said court, at the Court House in the City of Cleveland, in said County, this ___21___ day of ___January___ A.D. 20 _10_

**GERALD E. FUERST,** *Clerk of Courts*

By _____ Deputy Clerk

# Court of Appeals of Ohio, Eighth District

County of Cuyahoga
Gerald E. Fuerst, Clerk of Courts

MORTGAGE ELECTRONIC REGIS. SYS

    Appellee    COA NO.  LOWER COURT NO.
           94066   CP CV-514406

           COMMON PLEAS COURT

-vs-

PATRICIA MCNERNEY

    Appellant   MOTION NO. 427234

Date 10/15/2009

---
Journal Entry
---

SUA SPONTE, THE APPEAL IS DISMISSED PER R.C. 2505.02.

**FILED AND JOURNALIZED**
**PER APP.R. 22(C)**

DEC 1 1 2009

GERALD E. FUERST
CLERK OF THE COURT OF APPEALS
BY_____ DEP.

ANNOUNCEMENT OF DECISION
PER APP.R. 22(B) AND 26(A)
RECEIVED

OCT 1 5 2009

GERALD E. FUERST
CLERK OF THE COURT OF APPEALS
BY_____ DEP.

Judge SEAN C. GALLAGHER, Concurs

Administrative Judge
COLLEEN CONWAY COONEY

N.B. This entry is an announcement of the court's decision. See App.R. 22(B) and 26(A); Loc.App.R. 22. This decision will be journalized and will become the judgment and order of the court pursuant to App.R. 22(C) unless a motion for reconsideration with supporting brief, per App.R. 26(A), is filed within ten (10) days of the announcement of the court's decision. The time period for review by the Supreme Court of Ohio shall begin to run upon the journalization of this court's announcement of decision by the clerk per App.R. 22(C). See, also S.Ct. Prac.R. II, Section 2(A)(1).

VOL 695 PG 0528

CC 97 / 2783

**The State of Ohio,** } ss.
Cuyahoga County.

I, GERALD E. FUERST, Clerk of the Court of Appeals within and for said County, and in whose custody the files, Journals and records of said Court are required by the laws of the State of Ohio, to be, kept, hereby certify that the foregoing is taken and copied from the Journal  Vol 695 Pg 528 in CA94066 date Dec 11, 2009 of the proceedings of the Court of Appeals within and for said Cuyahoga County, and that the said foregoing copy has been compared by me with the original entry on said Journal Vol 695 Pg 528 Dec 11, 2009 and that the same is correct transcript thereof.



**In Testimony Whereof**, I do hereunto subscribe my name officially, and affix the seal of said court, at the Court House in the City of Cleveland, in said County, this ___21___ day of ___January___ A.D. 20 _10_

GERALD E. FUERST, Clerk of Courts

By _____ Deputy Clerk