MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON NOVEMBER 18, 2015 AT 10:00 A.M. (EST)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I. ADJOURNED MATTER(S):**

**1.** Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s):**

**a.** Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

**b.** [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

**c.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

**d.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

**e.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

**f.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

**g.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**h.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

**i.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

**j.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

**k.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.** Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**dd.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

**ee.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**ff.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

**gg.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

**hh.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

**ii.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242]

**jj.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9329]

**Response(s)**:

**a.** Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to December 16, 2015.

**2.** ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

**b.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

**c.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

**d.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

**e.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

**f.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

**g.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

**h.** Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

**i.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

**j.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903]

**k.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 12, 2015 at 10:00 a.m. [Docket No. 7996]

**l.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 31, 2015 at 10:00 a.m. [Docket No. 8124]

**m.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to April 30, 2015 at 10:00 a.m. [Docket No. 8233]

**n.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to June 23, 2015 at 10:00 a.m. [Docket No. 8417]

**o.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to September 3, 2015 at 10:00 a.m. [Docket No. 8648]

**p.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to November 18, 2015 at 10:00 a.m. [Docket No. 8986]

**q.** Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 7, 2016 at 10:00 a.m. [Docket No. 9269]

**Response(s)**: None.

**Status**: The hearing on this matter has been adjourned to January 7, 2016.

**3.** ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap

Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**b.** Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**c.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**d.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

**e.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**f.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

**g.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

**h.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019]

**i.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242]

**j.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9329]

**Response(s)**:

**a.** Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**: The hearing on this matter has been adjourned to December 16, 2015.

## II. SETTLED MATTER(S):

**4.** ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8459]

**Related Document(s)**:

**a.** Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8625]

**b.** Motion of Alvin and Sandra LaBostrie to Stay Judgment [Docket No. 8795]

**c.** Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8852]

**d.** Motion of Alvin and Sandra LaBostrie [for Extension of Time to File Response to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8953]

**e.** Order Vacating Order Sustaining ResCap Borrower Claims Trust's Objection to Claim Numbers 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 8955]

**f.** Notice of Status Conference on August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding the ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie and Adjournment of Hearing Regarding the Same [Docket No. 9009]

**g.** Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9047]

**h.** Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9246]

**Response(s)**:

**a.** Answer [of Alvin LaBostrie and Sandra LaBostrie to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 8999]

**b.** Objections [of Alvin LaBostrie and Sandra LaBostrie to ResCap Borrower Claims Trust's Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie] [Docket No. 9158]

**Reply**:

**a.** ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proofs of Claim Nos. 2769 and 2772 Filed by Alvin and Sandra LaBostrie [Docket No. 9194]

**Status**: This matter has been settled. No hearing is required.

**5.** ResCap Borrower Claims Trust's Objection to Claim Nos. 3734 and 3735 Filed by Jacquelyn O. Wieland, TTE of Marshell O. Culton Rev. Living Trust [Docket No. 9202]

**Related Document(s)**: None.

**Response(s)**:

**a.** Opposition Filed by Robert Wieland, TTE of the Marshell O. Culton Rev. Living Trust to the ResCap Borrower Claims Trust's Objection to Claims Nos. 3724 and 3735 and Declaration of Robert Wieland [Docket No. 9259]

**Status**: This matter has been settled. No hearing is required.

## III. UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

**6.** ResCap Borrower Claims Trust's Objection to Claim No. 2130 Filed by Frederic L. Edquid and Lesley H. Edquid [Docket No. 9253]

**Related Document(s)**:

**a.** Certificate of No Objection Regarding ResCap Borrower Claims Trust's Objection to Claim No. 2130 Filed by Frederic L. Edquid and Lesley H. Edquid [Docket No. 9309]

**Response(s)**: None.

**Status**: On November 10, 2015, the ResCap Borrower Claims Trust filed a certificate of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## IV. CASE MANAGEMENT AND STATUS CONFERENCE(S):

**7.** Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8452]

**Related Document(s)**:

**a.** Letter to Judge Glenn from Jordan A. Wishnew Regarding the Claims of Richard D. Rode [Docket No. 8677]

**b.** Letter to Judge Glenn from Jordan A. Wishnew Regarding Ruling on Objection of The ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8885]

**c.** Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode [Docket No. 9094]

**d.** Richard D. Rode's Notice of Intention to Appear Telephonically and Intention to Retain Counsel [Docket No. 9254]

**e.** Notice of Appearance for Richard D. Rode filed by Wendy Alison Nora [Docket No. 9305]

**f.** Notice of Status Conference on Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9320]

**Response(s)**:

**a.** Richard D. Rode's Response to Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8561]

**Reply**:

**a.** Reply in Support of Objection of The ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 8603]

**Status**: The status conference on this matter will be going forward.

**8.** ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

**a.** Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112]

**b.** Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516]

**c.** ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574]

**d.** Order Granting the ResCap Borrower Claims Trust’s Motion for Partial Reconsideration [Docket No. 8972]

**e.** Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement of Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 9038]

**f.** Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on October 15, 2015 at 10:00 a.m. [Docket No. 9240]

**g.** Motion [of Laird J. Heal] to Withdraw as Attorney [Docket No. 9258]

**h.** Order Permitting Laird J. Heal to Withdraw as Attorney [Docket No. 9265]

**Response(s)**:

**a.** Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**b.** Opposition [of Rhonda Gosselin] to Motion for Reconsideration [Docket No. 8646]

**Reply**:

**a.** ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

**(i)** Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

**Status**: A status conference on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862), will be going forward.

**9.** ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8042]

**Related Document(s)**:

**a.** [Kenneth Dlin]'s Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 8354]

**b.** Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8361]

**c.** Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3732 Filed by Kenneth Dlin [Docket No. 8515]

**d.** Notice of Status Conference on ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9319]

**Response(s)**:

**a.** [Kenneth Dlin]'s Objection to Eighty-Second Omnibus Objections to Claims as to Kenneth Dlin v. GMAC Mortgage, LLC [Docket No. 8355]

**Reply**:

**a.** ResCap Borrower Claims Trust's Reply in Support of its Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 3732 Filed by Kenneth Dlin and ResCap Liquidating Trust's Objection to Kenneth Dlin's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 8485]

**Status**: The status conference on this matter, solely as it relates to the claim filed by Kenneth Dlin (Claim No. 3732), will be going forward.

**10.** Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8530]

**Related Document(s)**:

**a.** Motion of Pamela D. Longoni and Jean Gagnon to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni And Jean Gagnon - Claims Nos. 2291, 2294, 2295 and 2357 [Docket No. 8640]

**b.** Order Denying Motion to Exceed Page Limits on Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon - Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8645]

**c.** Letter to Judge Glenn from Jordan A. Wishnew Regarding Order Denying Motion to Exceed Page Limits On Response To Objection Of The ResCap Borrower Claims Trust To Proofs of Claim Filed By Pamela D. Longoni and Jean Gagnon Claim Nos. 2291, 2294, 2295 and 2357 [Docket No. 8650]

**d.** Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Numbers 2291, 2294, 2295, and 2357 Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 8825]

**e.** Case Management and Scheduling Order [Docket No. 8903]

**f.** Corrected Motion for Partial Reconsideration of Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Numbers 2291, 2294, 2295, and 2357 Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 9012]

**g.** The ResCap Borrower Claims Trust's Memorandum in Support of Bankruptcy Court Jurisdiction Over Intentional Infliction of Emotional Distress Claim as it Relates to Claim Numbers 2291, 2294, 2295, and 2357 [Docket No. 9014]

**h.** Longoni Claimants Brief Concerning Treatment of Intentional Infliction of Emotional Distress Claim as per Case Management And Scheduling Order of July 16, 2015 [Docket No. 9016]

**i.** Order Denying Motion for Partial Reconsideration Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 9056]

**j.** Order Denying Motion for Partial Reconsideration Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 9058]

**k.** Amended Memorandum Opinion and Order Upholding Bankruptcy Court Authority to try the Intentional Infliction of Emotional Distress Cause of Action Asserted in Claims Filed by Pamela D. Longoni and Jean Gagnon [Docket No. 9109]

**Response(s)**:

**a.** Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8631]

**b.** Response to Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8654]

**Reply**:

**a.** Reply Brief in Further Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357) [Docket No. 8682]

**Status**: The case management conference on this matter will be going forward.

**11.** ResCap Liquidating Trust’s and ResCap Borrower Claims Trust’s Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 8237]

**Related Document(s)**:

**a.** Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8820]

**b.** Motion For Reconsideration of Order Sustaining The ResCap Liquidating Trust And The ResCap Borrower Claims Trust's Objection to Claim Nos. 112 and 114 [Docket No. 8897]

**c.** Letter to Judge Glenn from Jordan A. Wishnew dated August 11, 2015 Regarding Status of Resolution of Claims Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9003]

**d.** Letter to Judge Glenn from Erlinda Abibas Aniel dated August 14, 2015 regarding Settlement Letter from Jordan A. Wishnew Received on August 8, 2015 [Docket No. 9023]

**e.** Order Denying Erlinda Abibas Aniel's Motion for Reconsideration [Docket No. 9027]

**f.** Order Granting The ResCap Borrower Claims Trust Request To File a Supplemental Filing With Respect To Its Objection To The Aniels' Claims and Permitting The Aniels To File A Response [Docket No. 9051]

**g.** Notice of Appeal of Order Denying Erlinda Abibas Aniel's Motion for Reconsideration filed by Erlinda Abibas Aniel [Docket No. 9055]

**h.** Designation of Contents and Statement of Issues on Appeal [Docket No. 9119]

**i.** The ResCap Borrower Claims Trust's Counter-Designation of Items for Record on Appeal [Docket No. 9176]

**j.** Amended Notice of Status Conference Regarding The ResCap Liquidating Trust's and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel, Solely as it Relates to Claim Nos. 416 and 417 to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9228]

**k.** Letter from Erlinda Abibas Aniel to Judge Glenn dated November 10, 2015 Regarding Discovery [Docket No. 9326]

**Response(s)**:

**a.** Erlinda Abibas Aniel's Opposition and Response to the ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8370]

**b.** Erlinda Abibas Aniel's Reply to Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9153]

**Reply**:

**a.** The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's Reply in Support of Their Objection to Claim Numbers 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 8475]

**b.** Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9112]

**Status**: The status conference on this matter will be going forward.

## V. CLAIMS OBJECTIONS

**12.** ResCap Borrower Claims Trust's Eighty-Ninth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims) [Docket No. 9201]

**Related Document(s)**: None.

**Response(s)**:

**a.** Response of Billy Ray Carroll [to ResCap Borrower Claims Trust's Eighty-Ninth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims)] [Docket No. 9232]

**b.** Response of Robert Kenneth Harris [to ResCap Borrower Claims Trust's Eighty-Ninth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims)] [Docket Nos. 9285/9286]

**Reply**:

**a.** ResCap Borrower Claims Trust's Omnibus Reply in Support of its Eighty-Ninth Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Reduce and Allow Borrower Claims) as to Claim Nos. 1687, 1689 and 4121 [Docket No. 9318]

**Status**: The hearing on this matter will be going forward.

Dated: November 16, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*