# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

Residential Capital, LLC, et al.,
    Debtor

Case No. 12-12020 (MG)

Judge Martin Glenn

**Entry of Appearance –
Susan Marie Gray—Pro Se**

Susan Marie Gray respectfully enters her appearance as pro se creditor in the captioned proceeding. Concurrently with this filing, Susan M. Gray has filed a motion to appear pro hac vice on behalf of Patricia J. McNerney. The relevant claims are related as they involve defense of two foreclosure actions filed by or on behalf of Homecomings, LLC and GMAC in the Court of Common Pleas, Cuyahoga County Ohio, and the United States District Court for the Northern District of Ohio. The claims filed, and currently subject to objection (Docket 9280) are Claim Nos. 4757, 4758, 4762, and 4764.

Respectfully Submitted,

/s/ Susan M. Gray_____
Susan M. Gray (0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building, Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com