**Hearing date: December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: December 9, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

Susan Marie Gray
Attorney at Law
22255 Center Ridge Road; Suite 210
Rocky River, OH  44116
Telephone:  (440) 331-3949
Facsimile: (440) 331-8160
smgray@smgraylaw.com

Counsel for Patricia J. McNerney
Also on Behalf of Susan M. Gray, *Pro Se*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, et al.,<br>    Debtor | Case No. 12-12020 (MG)<br><br>Judge Martin Glenn<br><br>**Notice of Motion to Strike Declaration of Sara Lathrop** |

**Please take notice** that the undersigned has filed the attached Motion to Strike Declaration of Sara Lathrop.

**Please take further notice** that a hearing on the Motions to Strike will take place on **December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander

Hamilton Custom House, One Bowling Green, New York, New York 1004-1408, Room 501 (the **"Bankruptcy Court"**)

**Please take further notice** that responses, if any, to the Motions to Strike must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket no 141], be filed electronically by registered users of the Bankruptcy court's electronic case filing system, and be served, so as to be received no later than **December 9, 2015 at 4:00 p.m. (Prevailing Eastern Time),** upon (a) the Chambers of the Honorable Martin Glenn, United States Bankruptcy court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to Patricia J. McNerney, Susan M. Gray, Attorney at Law, 22255 Center Ridge Road; Suite 210; Rocky River, OH 44116; (c) the Office of the United States Trustee for the Southern District of new York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian s. Masumoto); (d) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Avenue, Suite S-520, Rye Brook, NY 10573 (Attention Jeffrey Brodsky); (e) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st floor, New York, NY 10022 (Attention Daniel J. Flanigan); (f) counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum, Jordan A. Wishnew and Jessica J. Arett)

**Please take further notice** that if you do not timely file and serve a written response to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat

the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

Dated: November 16, 2015
Rocky River, Ohio

Respectfully Submitted,

/s/ Susan M. Gray
Susan M. Gray
Ohio Sup. Court Number (0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building,
Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com

**Hearing date:  December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline:  December 9, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

Susan Marie Gray
Attorney at Law
22255 Center Ridge Road; Suite 210
Rocky River, OH  44116
Telephone:  (440) 331-3949
Facsimile: (440) 331-8160
smgray@smgraylaw.com

Counsel for Patricia J. McNerney
Also on Behalf of Susan M. Gray, *Pro Se*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, et al.,<br>          Debtor | Case No. 12-12020 (MG)<br><br>Judge Martin Glenn<br><br>**Motion to Strike Declaration of Sara Lathrop** |

Declarations to the Court, under penalties of perjury, like affidavits, must be made based upon personal knowledge, not hearsay.  Fed.R.Civ.P. 56(c)(4) (made applicable to bankruptcy proceedings through Fed.R.Bankr.P. 7056.  Personal knowledge is based upon those facts or information to which a person can testify.  *See Argo v. Blue Cross & Blue Shield of Kan.*, *Inc*., 452 F.3d 1193, 1200 (10th Cir. 2006).

The declaration of Ms. Lathrop is based, in part, on information "received from her discussions with former members of the Debtors' management or other former employees of the Debtors, the Liquidating Trust, and the Borrower Trust's professionals and consultants." Lathrop Declaration at ¶ 2.  Thus, her declaration is not based upon personal knowledge. Moreover, she cites to someone else's affidavit as support for her statements. *See, e.g.,* ¶ 5, citing to someone else's affidavit.  She cannot testify to someone else's statements.  Further, at ¶ 12, she does not give citation to what the property inspectors did.  She gives no further statement how she came to know these facts.

Based upon the foregoing, these statements are not based upon her personal knowledge and cannot form the basis of a proper declaration.  They must therefore be stricken.

Dated: November 16, 2015
      Rocky River, Ohio

Respectfully Submitted,

/s/ Susan M. Gray
Susan M. Gray
Ohio Sup. Court Number (0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building,
Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com