**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          )ss:
COUNTY OF NEW YORK   )

      Denise A. Harris, being duly sworn, affirms, deposes and says:  I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein.  On November 16, 2015, I caused the *Notice Of ResCap Liquidating Trust's Objection To Proofs Of Claim Nos. 4406 And 4408 Filed By Brookfield RPS LLC [Docket No. 9327]* to be served in the manner indicated on the annexed Service List, either by email, via Federal Express, an overnight courier, or by regular First Class Mail deposited with the U.S. Postal Service upon those parties listed.

                                                                        s/ Denise A. Harris
                                                                        Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
16th day of November, 2015
s/ G. Karen Brown
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires Jan.16,2019

## SERVICE LIST

**BY FEDERAL EXPRESS AND BY EMAIL**

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal, Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco, Adam Lesman
31 West 52nd St
New York, NY 10019

Loeb & Loeb LLP
Walter H Curchack, Vadim J Rubinstein,
Debra W Minoff
345 Park Ave.
New York, NY 10154

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave.
New York, NY 10022

Office of the NY State Attorney General
Nancy Lord, Enid M Stuart
The Capitol
Albany, NY 12224-0341

Kirkland & Ellis LLP
Stephen E Hessler
601 Lexington Ave.
New York, NY 10022-4611

Securities & Exchange Commission
Secretary of the Treasury
100 F St., NE
Washington, DC 20549

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave.
El Segundo, CA 90245

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St., 4W
New York, NY 10286

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee,
Lorenzo Marinuzzi, Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

United States Attorney's Office for the
Southern District of New York civil Division
Attn: Joseph Cordaro, Cristine Irvin Phillips
86 Chambers St., 3rd Fl
New York, NY 10007

Office of the US Attorney for the Southern
District of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Weil, Gotshal & Manges LLP
Ray Schrock
767 Fifth Ave
New York, NY 10153

Peter A. Zisser Esq.
Squire Sanders (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

| | |
|---|---|
| Securities & Exchange Commission NY Regional Office<br>George S Canellos, Regional Director<br>3 World Financial Center, Ste 400<br>New York, NY 10281-1022 | Brookfield Asset Management<br>Brookfield Place, Suite 300<br>181 Bay Street<br>Toronto, ON M5J 2T3 |
| U.S. Department of Justice<br>US Attorney General Loretta Lynch<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | US Trustee for the Southern District of NY<br>Tracy Hope Davis, Linda A. Riffkin,<br>Brian S. Masumoto<br>201 Varick St, Ste 1006<br>New York, NY 10014 |
| Joseph C. Weinstein, Esq.<br>Joseph P. Rodgers, Esq.<br>Squire Sanders (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304 | Brookfield RPS, LLC<br>c/o Brookfield Residential Property Services<br>39 Wynford Drive<br>Toronto, Ontario M3C 3K5<br>Canada |

Sonnenschein Nath & Rosenthal LLP
Attn: John Baer, Esq. & Michael Rosenthal, Esq.
7800 Sears Tower
Chicago, Illinois 60606

## BY FEDERAL EXPRESS ONLY

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz., Rm 1150<br>Baltimore, MD 21201 |

## BY U.S. MAIL ONLY

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Wells Fargo Bank NA<br>Attn: Corporate Trust Services –<br>GMACM Home Equity Notes<br>2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |

**EMAIL ADDRESSES OF PARTIES EMAILED**

| | | |
|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com;  soneal@cgsh.com; |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Justin Bernbrock | justin.bernbrock@kirkland.com |
| Kirkland & Ellis LLP | Stephen E Hessler | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com; vrubinstein@loeb.com; |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan B Sadeghi | lnashelsky@mofo.com;  glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Securities & Exchange Commission | | secbankruptcy@sec.gov; |
| Securities & Exchange Commission NY Regional Office | Secretary of the Treasury George S Canellos Regional Director | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; |

| | | |
|---|---|---|
| | | NYROBankruptcy@SEC.GOV |
| The Bank of New York Mellon | Asset-Backed Securities Group | |
| U.S. Department of Justice United States Attorney's Office for the Southern District of New York civil Division | US Attorney General, Loretta Lynch | AskDOJ@usdoj.gov |
| | Attn Joseph Cordaro & Cristine Irvin Phillips | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Weil, Gotshal & Manges LLP | Ray Schrock | ray.schrock@weil.com |
| Squire Sanders (US) LLP | | peter.zisser@squiresanders.com josephweinstein@squiresanders.com |

DOCS_NY:33253.1 73839/001

5