UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                                         Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,                Case No. 12-12020-mg
v.
TIADANIELLE SMITH,
    Creditor-Beneficiary

---

APPLICATION FOR WAIVER OF FEES AND COSTS FOR
ALTERNATIVE DISPUTE RESOLUTION
(CLAIM NOS. 3889, 4129, 4134 AND 4139)

---

**NOW COMES** TiaDanielle Smith, by her attorney, Wendy Alison Nora, and respectfully applies for the Order waiving prepayment of the costs and fees in the above-captioned proceeding and specifically requests waiver of fees and costs required for her participation in the Alternative Dispute Resolution (ADR) process, if any, which she has requested pursuant to this Court's Case Management Order dated October 19, 2015 (Doc. 9267).

Dated at Madison, Wisconsin this 17th day of November, 2015.

                                                  */s/ Wendy Alison Nora*
                                   _____
                                           Wendy Alison Nora
                           310 Fourth Avenue South, Suite 5010
                               Minneapolis, Minnesota 55415
                                          (612) 333-4144
                                        FAX (612) 206-3170
                                accesslegalservices@gmail.com

## UNSWORN DECLARATION OF SERVICE

    The above-captioned document filed by CM/ECF on November 17, 2015 and was thereby served on all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/Wendy Alison Nora*
_____
Wendy Alison Nora