# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Residential Capital, LLC

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

12-12020    _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ■ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, see 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. See 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. *Are you presently employed?*   ☐ Yes   ■ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ■ No
   (b) Rent payments, interest, or dividends              ☐ Yes   ■ No

SDNY Rev: 8/5/2015

|  |  | Yes | No |
|---|---|---|---|
| (c) | Pension, annuity, or life insurance payments | ☐ | ■ |
| (d) | Disability or worker's compensation payments | ☐ | ■ |
| (e) | Gifts or inheritances | ☐ | ■ |
| (f) | Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ | ■ |
| (g) | Any other sources | ■ | ☐ |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

**Child support arrears for one child in the amount of $200.00 per month.**

If you answered "No" to all of the questions above, explain how you are paying your expenses:

**Boarders pay utilities and maintain the home. They were paying rent until I lost the unlawful detainer action.**

4. How much money do you have in cash or in a checking, savings, or inmate account?

   **$35.00**

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

   **My real estate title was unlawfully converted due to debtors' frauds and I own some costume jewelry.**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

   **Life insurance premium payment of $94.00 per month.**
   **Loved ones bring me food.**

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

   **None**

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

   **No**

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated: 11-9-2015

Signature: [signed]

Name (Last, First, MI): SMITH, TIA D.

Prison Identification # (if incarcerated):

Address: 4011 HUBERT AVENUE    City: Los Angeles    State: CA    Zip Code: 90008

Telephone Number: (323) 803-3027

E-mail Address (if available): MYFATHERSDIAMOND@MSN.COM

IFP Application, page 2