UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al.,<br>　　Post-Effective Date Debtors<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>RESCAP BORROWER CLAIMS TRUST,<br>v.<br>TIADANIELLE SMITH,<br>　　Creditor-Beneficiary | Chapter 11<br><br>Case No. 12-12020-mg |

---

ORDER GRANTING TIADANIELLE SMITH'S APPLICATION FOR
LEAVE TO PROCEED IN FORMA PAUPERIS

---

Upon the application of TiaDanielle Smith for leave to proceed in forma pauperis, this Court is duly advised in these premises.

**IT IS HEREBY ORDERED** that TiaDanielle Smith shall not be required to pre-pay fees and costs in these proceedings by reason of her demonstrated poverty.

**IT IS FURTHER ORDERED** that pre-payment of fees and costs for Alternative Dispute Resolution shall not be required of TiaDanielle Smith.

Dated on _____, at New York, New York.

_____
The Honorable Martin Glenn
UNITED STATES BANKRUPTCY JUDGE