**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )ss:
COUNTY OF NEW YORK           )

Denise A. Harris, being duly sworn, affirms, deposes and says: I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein. On November 16, 2015, I caused the *Notice Of ResCap Liquidating Trust's Objection To Proofs Of Claim Nos. 4406 And 4408 Filed By Brookfield RPS LLC [Docket No. 9327]* to be served via email upon Joseph Weinstein, Esq., Squire Patton Bogs, 30 Rockefeller Center, New York, NY 10112, at his corrected email address joe.weinstein@squirepb.com.

                                        s/ Denise A. Harris
                                        Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
17th day of November, 2015
s/ G. Karen Brown
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires Jan.16, 2019

DOCS_NY:33253.2 73839/001