UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
RESIDENTIAL CAPITAL, LLC, et al.,[1]        :    Case No. 12-12020 (MG)
                                            :
                                            :
                                            :    (Jointly Administered)
                    Debtors.                :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On November 16, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the parties on the service list attached hereto as **Exhibit B**:

- Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9329]

Dated: November 17, 2015

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th of November, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

**Exhibit A**
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Day Pitney | JAMES J. TANCREDI & JOSHUA W. COHEN | jtancredi@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com |
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com |
| Kramer Levin | Kenneth Eckstein & Douglas Mannal | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| ResCap Liquidating Trust | Attn: Dan Hoben | Dan.Hoben@ResCapEstate.com; deanna.horst@rescapestate.com; Gail.Westervelt@rescapestate.com |
| ResCap Liquidating Trust | c o Quest Turnaround Advisors LLC | jbrodsky@qtadvisors.com |
| US Trustee Southern District of NY | Tracy Hope Davis | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Day Pitney | James J Tancredi & Joshua W Cohen | 242 Trumbull Street | | Hartford | CT | 06103-0000 |
| Day Pitney | James J Tancredi & Joshua W Cohen | 7 Times Square | | New York | NY | 10036-7311 |
| Godfrey & Kahn SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| Kramer Levin | Kenneth Eckstein & Douglas Mannal & Joseph A Shifer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| ResCap Liquidating Trust | Attn Dan Hoben & Gail Westervelt | 8400 Normandale Blvd Suite 175 | | Bloomington | MN | 55437 |
| ResCap Liquidating Trust | c o Quest Turnaround Advisors LLC | 800 Westchester Ave Ste S520 | Attn Jeffrey Brodsky | Rye Brook | NY | 10573 |
| US Trustee Southern District of NY | Tracy Hope Davis | 201 Varick St Ste 1006 | Linda Riffkin & Brian Masumoto | New York | NY | 10014 |