UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER ESTABLISHING DEADLINE FOR CLAIMANT'S COUNSEL TO CONFER WITH BORROWER TRUST'S COUNSEL

On September 9, 2015, the Court entered a Case Management and Scheduling Order (the "Scheduling Order," ECF Doc. # 9124) relating to the Proof of Claim filed by William J. Futrell (the "Claimant") (Claim No. 725). Pursuant to the Scheduling Order, counsel to the parties was required to "submit a proposed Joint Pretrial Conference Order within thirty (30) days after the close of fact and expert discovery (whichever is later)." (Scheduling Order ¶ 6.) On November 12, 2015, counsel for the Borrower Trust, having been unable to obtain a response or comments from Claimant's counsel, submitted a Proposed Pretrial Order (the "Proposed Pretrial Order," ECF Doc. # 9312) that contained the facts alleged by Borrower Trust. Upon reviewing the Proposed Pretrial Order, it is hereby

**ORDERED** that, Claimant's counsel shall confer with Borrower Trust's counsel and submit any information missing from sections IV.A, VI, VIII.B, and IX of the Proposed Pretrial Order on or before December 2, 2015 at 5:00 p.m. (prevailing Eastern Standard Time); and it is further

**ORDERED** that, the failure of Claimant's counsel to comply with this Order may result in the imposition of sanctions, including possibly precluding the Claimant from offering any evidence at trial (including witnesses and documents); and it is further

**ORDERED** that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated:  November 18, 2015
         New York, New York

                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge