Julio Pichardo
1201 E. Sudene Ave
Fullerton California 92831

UNITED STATES BANKRUPTCY COURT ) Case No. 12-12012
SOUTHERN DISTRICT OF NEW YORK  ) Hno Glenn Mrtin (presiding)
                                )
re: Residential Capital, LLC, et, al   ) Relief from stay refund request
                                )
            Debtors             )

Att: Honorable Glenn Martin;  Pichardo requests refund paid for relief from automatic stay request sent of $179.00 payable to the court clerk. Docket #9064 - Payment sent

Thank You.

request made by:

            Julio Pichardo    J.P.