**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**ORDER REGARDING JULIO PICHARDO'S REQUEST AUTHORIZING REFUND OF FEE PAID TOWARDS MOTION FOR RELIEF FROM AUTOMATIC STAY**

On August 25, 2015, Julio Pichardo filed a *Motion for Relief from Stay* (the "Lift Stay Motion," ECF Doc. # 9064). Pending before the Court is a filing by Julio Pichardo requesting a refund of the filing fee paid in connection with the Lift Stay Motion (the "Refund Request," ECF Doc. # 9342). It is hereby

**ORDERED** that, the filing fee paid in connection with the Lift Stay Motion shall be refunded to Julio Pichardo; and it is further

**ORDERED** that, the Lift Stay Motion is moot; and it is further

**ORDERED** that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated: November 19, 2015
New York, New York

                                                    **/s/Martin Glenn**
                                                    MARTIN GLENN
                                          United States Bankruptcy Judge