UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
In re                           :    Chapter 11
                                :
RESIDENTIAL CAPITAL, LLC,       :    Case No. 12-12020 (MG)
et al..,[1]                     :
                                :
                    Debtor.     :
------------------------------ x

### AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on November 18, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, AND (II) REDUCE AND ALLOW BORROWER CLAIMS)(Docket No. 9343)

Dated: November 19, 2015

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 19 day of November, 20 15, by, Richie Lim _____proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Jovanymunoz@yahoo.com;

Justingordon@comcast.net;

Peterpan4285@yahoo.com;

Sender@sendwass.com;

GRies@sendwass.com;

Mhubbard@honeylawfirm.com;

Eddiemcdonnell@sclegal.org;

Jennifer@msjlaw.org;

Chris.goetter@gmail.com;

Dburns@bnlaw.us;

Arappelzoller@yahoo.com;

Crazymadmaddox@hotmail.com

# **EXHIBIT B**

Jovany Munoz
585 East 16th Street, Apt 6D
Brooklyn, NY 11226

Justin Gordon
1 Wharf Drive
Groveland, MA 01334

Peter H. Jennings
8200 SW 11 Ct.
North Lauderdale, FL 33068

Larry Sipes
413 30-1/4 Rd.
Grand Junction, CO 81504

Steven & Rhonda McVay
PO Box 1254
1311 Central Avenue
Hot Springs, AR 71901

Thomas D Gammino v Mortgage Electronic
c/o John B. Ennis
Attorney at Law
1200 Reservoir Avenue
Cranston, RI 02920


Billy & Janet Spencer
c/o J. Edwin Mcdonnell
148 E. Main Street
Spartanburg, SC 29306

Jeffrey & Misty Keefer
c/o Jennifer S. Wagner
Mountain State Justice, Inc.
1031 Quarrier St., Suite 200
Charleston, WV 25301


Christopher D. Goetter
1812 General Pershing St., Apt. E
New Orleans, LA 70115

Arthea Walsh
c/o Daniel C. Burns
Burns & Nguyen, LLC
154 Hemingway Avenue
East Haven, CT 06512

Annette Appelzoller
8132 Lowd Avenue
El Paso, TX 79907

Johnny H. Maddox
165 Imogene Street
Prattville, AL 36067

Bert M. Edwards
Attorney At Law
119 S. 7th Street, 2nd Floor
Louisville, KY 40202