# SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE

A Professional Corporation
ATTORNEYS AT LAW
www.smfadlaw.com
1001 McKinney Street
Suite 1100
Houston, Texas 77002
Telephone: (713) 646-5500 / Facsimile: (713) 752-0337

**Sender's Direct Line**
(713) 646-5545

November 4, 2015

**E-Mail:**
cdemott@smfadlaw.com



Mr. Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:   Case No. 12-12020-mg; In re: Residential Capital, LLC, et al., Debtors; In the United States Bankruptcy Court, Southern District of New York

Adv. Case No. 14-02001-mg; *Rescap Liquidating Trust v. Cadence Bank, N.A. f/k/a Encore Bank, N.A.*; In the United States Bankruptcy Court, Southern District of New York

Adv. Case No. 14-07900-mg; *In re: ResCap Liquidating Trust Mortgage Purchase Litigation*; In the United States Bankruptcy Court, Southern District of New York

Dear Mr. Genna:

Enclosed please find three copies of Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C.'s Notice of Withdrawal of Appearance and Request for Removal From Service List.

I am mailing the enclosed three copies for filing in the referenced bankruptcy case and each adversary proceeding referenced above due to the fact that the adversary proceeding involving the client, Cadence Bank, N.A. f/k/a Encore Bank, N.A., has been transferred from the Southern District of New York's bankruptcy court to the U.S. District Court for the District of Minnesota. We are still receiving service of pleadings for all three matters. When we attempted to efile the enclosed, our client was not listed on the filing party's drop down list. Your office advised us to mail the Notice to your office for hand filing.

If you have any questions, please call me at 713.646.5545. Thank you.

Very truly yours,

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.

By: _____
Cindy DeMott
Legal Assistant to Mark S. Finkelstein



Enclosures

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, ET AL.                Case No.: 12-12020 (MG)

                                                                                        Chapter 11

                  Debtor

---------------------------------------------x

RESCAP LIQUIDATING TRUST,                              Adv. Proc. No. 14-02001 (MG)

                Plaintiff,                              Adv. Proc. No. 14-07900 (MG)

      v.

CADENCE BANK, N.A. f/k/a ENCORE BANK, N.A.,

                Defendant.

---------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that George A. Shannon, Jr., Mark S. Finkelstein and Carlos A. Mattioli of SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C., hereby withdraw their appearance in these cases, and request that they be removed from electronic case filing (ECF) notifications. The matters for which the appearances were made have been transferred to the United States District Court, District of Minnesota. Cadence Bank, N.A. has retained other counsel in Minnesota, and has approved this filing.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that the undersigned be removed from the Court's email notification service list and all other service lists in the above-captioned matters.

RECEIVED NOV 12 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

DATED: November 4, 2015

                                      Respectfully submitted,

                                      */s/ Mark S. Finkelstein*
Mark S. Finkelstein (*Admitted Pro Hac Vice*)
George A. Shannon, Jr. (*Admitted Pro Hac Vice*)
Carlos A. Mattioli (*Admitted Pro Hac Vice*)
SHANNON, MARTIN, FINKELSTEIN,
  ALVARADO & DUNNE, P.C.
1001 McKinney Street, Suite 1100
Houston, Texas 77002-6424
Tel: 713-646-5500
Fax: 713-752-0337
E-mail: mfinkelstein@smfadlaw.com
E-mail: gshannon@smfadlaw.com
E-mail: cmattioli@smfadlaw.com

## CERTIFICATE OF SERVICE

I, Mark S. Finkelstein, do hereby certify that on the 4th day of November, 2015, I mailed the foregoing Notice of Withdrawal of Appearance and Request for Removal From Service List via U.S. Mail, postage prepaid, to the Clerk of the Court for the U.S. Bankruptcy Court, Southern District of New York for hand filing, at which time it will be served through the ECF system, and copies sent electronically to registered participants as identified on the Notice of Electronic Filing.

Dated: November 4, 2015

                                      */s/ Mark S. Finkelstein*
Mark S. Finkelstein