MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time);**
- **February 10, 2016 at 10:00 a.m. (Prevailing Eastern Time);**
- **February 25, 2016 at 10:00 a.m. (Prevailing Eastern Time);**
- **March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time); and**
- **March 22, 2016 at 10:00 a.m. (Prevailing Eastern Time).**

Dated: November 20, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

ny-1212966