# Exhibit 1

**Wishew Declaration**

1

ny-1212947

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF JORDAN A. WISHNEW IN
SUPPORT OF THE RESCAP BORROWER CLAIMS TRUST'S RESPONSE TO TIA
DANIELLE SMITH'S APPLICATION FOR WAIVER OF FEES AND COSTS FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

I, Jordan A. Wishnew, hereby declare as follows:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for the ResCap Borrower Claims Trust established pursuant to the terms of the chapter 11 plan confirmed in the above captioned bankruptcy cases.

2. I submit this declaration in support of the *ResCap Borrower Claims Trust's Response to Tia Danielle Smith's Application for Waiver of Fees and Costs for Alternative Dispute Resolution*.

3. On or around Monday, November 2, 2015, I conferred with Ms. Smith over the phone to discuss settlement of her proof of claim and the use of alternative dispute resolution ("<u>ADR</u>"). This conversation took place before Ms. Smith had engaged counsel. At that time, I informed Ms. Smith that the Borrower Trust does not believe ADR would be beneficial because Ms. Smith had not provided the Borrower Trust with any explanation as to the amount of damages she asserts in her proof of claim.

ny-1213194

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 23, 2015

/s/ Jordan A. Wishnew
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

2

ny-1213194