Susan Marie Gray
Attorney at Law
22255 Center Ridge Road; Suite 210
Rocky River, OH  44116
Telephone:  (440) 331-3949
Facsimile: (440) 331-8160
smgray@smgraylaw.com

Counsel for Patricia J. McNerney
Also on Behalf of Susan M. Gray, *Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Residential Capital, LLC, et al., <br>         Debtor | Case No. 12-12020 (MG) <br><br> Judge Martin Glenn <br><br> **Amended Declaration of Susan M. Gray (Amended Only to Correct Electronic Signature)** |

I, Susan Marie Gray, hereby declare as follows:

1. I make the following statements under penalty of perjury

2. I am over 18 years of age

3. I make the following statements from my personal knowledge

4. I am counsel for the borrower on a loan entered into in January 3, 2003 where the original lender was identified as Homecomings Financial Network, Inc.

5. I represented Ms. McNerney in the foreclosure case filed in the Cuyahoga County Ohio Court of Common Pleas from initial answer through trial which concluded with *sua sponte* dismissal without prejudice by the court and through related appeals on that dismissal.

6. The lawfirm that represented the successive plaintiffs, from Mortgage Electronic Registration Systems, Inc, Homecomings, and GMAC was Calfee Halter and Griswold, LLC.

7. The docket in the Cuyahoga County Court of Common Pleas is attached as Exhibit A hereto and incorporated herein by this reference.

8. While appeals were still pending and not yet decided, Homecomings filed a new foreclosure action in the United States District Court for the Northern District of Ohio.

9. The Docket for the foreclosure case filed in the Northern District of Ohio is attached hereto as Exhibit B.

10. Calfee Halter and Griswold, LLP continues to maintain offices in three Ohio cities, including Cleveland, Ohio.  *See* Exhibit C, Calfee Halter and Griswold, LLP Website as of 11/22/15, incorporated herein by this reference

11. In the case filed in the Federal District Court in the Northern District of Ohio, Homecomings was represented by Carpenter Lipps and Leland LLP, a multistate firm that maintains offices in a number of cities, including

Columbus Ohio. *See* Exhibit D, Carpenter, Lipps, and Leland LLP Website as of 11/22/15, incorporated herein by this reference.

12. I am Ms. McNerney's only attorney, with assistance in litigation in the Federal District Court Case from Thomas C. Loepp, Esq..

13. I am a sole practitioner; a one-attorney firm, with one office in a Rocky River, Ohio, a Western suburb of Cleveland, Ohio.

14. Thomas C. Loepp, Esq. is also a sole practitioner, with an office in Stow, Ohio.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2015

/s/ Susan M. Gray
Susan M. Gray