Susan Marie Gray
Attorney at Law
22255 Center Ridge Road; Suite 210
Rocky River, OH  44116
Telephone:  (440) 331-3949
Facsimile: (440) 331-8160
smgray@smgraylaw.com

Counsel for Patricia J. McNerney
Also on Behalf of Susan M. Gray, *Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | |
| Residential Capital, LLC, et al.,<br>Debtor | Case No. 12-12020 (MG)<br><br>Judge Martin Glenn<br><br>**Declaration of Service** |

I, Susan Marie Gray respectfully certify that I am an attorney representing Patricia

J. McNerney in the captioned proceeding, and also am a creditor in the captioned

proceeding.  I state under penalty of perjury that on November 23, 2015, I caused true

and correct copies of the following documents to be served (1) by e-mail service to the

parties listed in Exhibit A; (2) On November 23, 2015 I served the following documents

by first class mail, postage prepaid, to the parties listed in Exhibit B,

1.  Motion by Patricia J. McNerney and Susan M. Gray for Relief from Stay
    (Docket Number 9355)

2.  Amended Declaration of Susan M. Gray (Docket Number 9359)

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated November 23, 2015

Respectfully Submitted,

/s/ Susan M. Gray
Susan M. Gray (0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building, Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com

# Exhibit A

**Office of the United States Trustee for the Southern District of New York**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:    Tracy Hope Davis, Esq.
           Brian Masumoto, Esq.
           Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email: Tracy.Davis2@usdoj.gov
           Brian.Masumoto@usdoj.gov
           Linda.Riffkin@usdoj.gov

**Office of the United States Attorney General**

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn:    US Attorney General, Eric H. Holder, Jr.
Phone: (202) 514-2063
Facsimile: (202)307-6777
Email: AskDOJ@usdoj.com

**Office of the New York Attorney General**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn:    Nancy Lord, Esq.
           Neal Mann, Esq.
Phone: (518) 474-5481
Email: Nancy.Lord@OAG.State.NY.US
           Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn:    Joseph N. Cordaro, Esq.,
Phone: (212) 637-2200
Facsimile: (212) 637-2745

14

**Debtors**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com

**Counsel to the Debtors**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:    Larren Nashelskly, Esq.
         Gary S. Lee, Esq.
         Lorenzo Marinuzzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LNashelskly@mofo.com
         Glee@mofo.com
         LMarinuzzi@mofo.com

**Counsel to the Creditors' Committee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:    Ken Eckstein
         Doug Mannal
Phone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email:  keckstein@kramerlevin.com
         dmannal@kramerlevin.com

**Prepetition Lenders**

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Phone:  (212) 723-6753
Facsimile:  (646) 291-3799
Email:  bobbie.theivakurnaran@citi.com

Fannie Mae

3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Facsimile: (202) 752-2208
Email: john_s_forlines@fanniemae.com

**Counsel to Ally Financial Inc.**

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Richard M. Cieri
Phone: (212) 446-4800
Facsimile: 212) 446-4900
Email: richard.cieri@kirkland.com
        stephen.hessler@kirkland.com
        projectrodeo@kirkland.com
        william.b.solomon@ally.com
        timothy.devine@ally.com

**Indenture Trustees**

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Phone: (201) 593-2456
Email: kevin.vargas@db.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Phone: (215) 761-9317
Email: george.rayzis@usbank.com

U.S. Bank National Association

60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Phone: (651) 495-3404
Facsimile: (651) 495-8100
Email: irinia.palchuk@usbank.com

**Counsel to U.S. Bank National Association**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr
        Eric R. Wilson
Phone: (212) 808-7800
Facsimile:  (212) 808-7987
Email: kdwbankruptcydepartment@kelleydrye.com

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Counsel to Administrative Agent for the Debtors' Providers of Debtor in Possession
Financing**

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer
        Ken Ziman
Phone:  (212) 735-3849
Facsimile:  (917) 777-3849
Email: jhofer@skadden.com
        kziman@skadden.com

**Nationstar Mortgage LLC**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Phone:  (469) 549-2000
Facsimile:  (972) 315-8637

**Counsel to Nationstar Mortgage LLC**

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
        Jessica CK Boelter
Phone:  (312) 853-7710
Facsimile:  (312) 853-7036
Email:  lnyhan@sidley.com
        jboelter@sidley.com
        bmyrick@sidley.com

**Internal Revenue Service**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Facsimile:  (267) 941-1015

Overnight mail should be directed to:
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**U.S. Securities and Exchange Commission**

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn:  George S. Canellos, Regional Director
Phone:  (212) 336-1100
Email:  ~~newyork~~@sec.gov
        *NYRoBankruptcy @ sec.gov*

Exhibit B

Service by Regular United States Mail

Morrison & Foerster LLP
Norman s. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
Jessica J. Arett, Esq.
250 West 55th Street
New York, New York 10019

Attention: Linda A. Riffkin, Esq
Attention: Brain S. Masumoto, Esq.
Office of United States Trustee
U.S. Federal Office Building
201 Varick Street; Suite 1006
New York, NY  10014

Attention Jeffrey Brodsky, Esq.
ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue; Suite S-520
Rye Brook, NY 10573

Attention:  Daniel F. Flannigan, Esq.
The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue; 21st Floor
New York, New York 10022