**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| Residential Capital, LLC, et al., <br>       Debtor | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Judge Martin Glenn |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Susan Marie Gray to be admitted, ***pro hac vice,*** to represent Patricia J. McNerney, (the "Client") a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED,** that Susan Marie Gray, Esq., is admitted, ***pro hac vice,*** in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **November 24, 2015**

New York, New York

      **/s/Martin Glenn**
UNITED STATES BANKRUPTCY JUDGE

Order submitted by:

/s/ Susan M. Gray_____
Susan M. Gray (Ohio Reg. #0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building, Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com