MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*
*and the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ————————————————————— ) | |
| In re:                                              ) | Case No. 12-12020 (MG) |
|                                                       ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,    ) | Chapter 11 |
|                                                       ) | |
|                              Debtors.        ) | Jointly Administered |
| ---------------------------------------------------------------- ) | |

### NOTICE OF CANCELLATION OF OMNIBUS
### HEARING DATE AND RESCHEDULING OF MATTERS

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for January 7, 2016 at 10:00 a.m. (Prevailing Eastern Time) (the "January 7 Hearing") has been cancelled at the direction of the Court.

**PLEASE TAKE FURTHER NOTICE** that the *ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988], previously scheduled to be heard at the January 7 Hearing, has been rescheduled to be heard on **January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 21 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the case management conference on the *Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Pamela D. Longoni*

*and Jean Gagnon (Claim Nos. 2291, 2294, 2295 and 2357)* [Docket No. 8530], previously

scheduled to be heard at the January 7 Hearing, has been rescheduled to be heard on **January 8,**

**2016 at 11:00 a.m. (Prevailing Eastern Time)** (the "January 8 Hearing", and together with the

January 21 Hearing, the "Hearings")

      **PLEASE TAKE FURTHER NOTICE** that the Hearings will take place before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

Dated: November 30, 2015
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*
*and the ResCap Borrower Claims Trust*