**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Dean A. Ziehl
Maria A. Bove

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING OF STIPULATION ADJOURNING HEARING ON RESCAP LIQUIDATING TRUST'S OBJECTION TO PROOFS OF CLAIM NOS. 4406 AND 4408 FILED BY BROOKFIELD RPS LLC AND EXTENDING RESPONSE DEADLINE IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that The ResCap Liquidating Trust has filed the attached

*Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim*

*Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in*

*Connection Therewith.*

Dated: December 4, 2015

                                             */s/ Dean A. Ziehl*
                                             Dean A. Ziehl
                                             Maria A. Bove
                                             PACHULSKI STANG ZIEHL & JONES LLP
                                             780 Third Avenue, 34th Floor
                                             New York, New York 10017
                                             Telephone: (212) 561-7700
                                             Facsimile:  (212) 561-7777

                                             *Counsel for The ResCap Liquidating Trust*

**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Dean A. Ziehl
Maria A. Bove

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION ADJOURNING HEARING ON RESCAP LIQUIDATING TRUST'S OBJECTION TO PROOFS OF CLAIM NOS. 4406 AND 4408 FILED BY BROOKFIELD RPS LLC AND EXTENDING RESPONSE DEADLINE IN CONNECTION THEREWITH**

This stipulation is made and entered into by The ResCap Liquidating Trust (the "Liquidating Trust"), established pursuant to the terms of the Plan (defined below) in the above captioned Chapter 11 cases, on the one hand, and Brookfield RPS LLC ("Brookfield" and, together with the Liquidating Trust, the "Parties" and each a "Party"), on the other.

**RECITALS**

**WHEREAS**, on May 14, 2012, each of the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code;

**WHEREAS**, on December 11, 2013, the Court entered the Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors approving the terms of the chapter 11 plan, as amended (the "Plan"), filed in the Chapter 11 Cases [Docket No. 6065]. On December 17, 2013, the effective date of the Plan occurred and, among other things, the Liquidating Trust was established [Docket No. 6137];

**WHEREAS**, on November 9, 2012, Brookfield filed (a) proof of claim no. 4406 against Debtor GMAC Residential Holding Company, LLC and (b) proof of claim no. 4408 against Debtor Residential Capital, LLC (together, the "Claims");

**WHEREAS**, on November 16, 2015, the Liquidating Trust filed the ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC [Docket No. 9327] (the "Objection") seeking to disallow and expunge, without leave to amend, the Claims;

**WHEREAS**, the hearing on the Objection is scheduled on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time), the deadline for Brookfield to file a response to the Objection is December 7, 2015 at 4:00 p.m. (Prevailing Eastern Time), and the deadline for the Liquidating Trust to file a reply is December 14, 2015 at 4:00 p.m. (Prevailing Eastern Time);

**WHEREAS**, the Parties have conferred with respect to resolving the Objection as expeditiously and cost-effectively as possible and modifying the hearing and briefing schedule in connection therewith.

**NOW THEREFORE**, in consideration of the foregoing, the Parties hereby stipulate and agree as follows:

2

1. The hearing on the Objection is adjourned from December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) to February 10, 2016 at 10:00 a.m. (Prevailing Eastern Time).

2. The deadline for Brookfield to respond to the Objection is extended from December 7, 2015 at 4:00 p.m. (Prevailing Eastern Time) to February 2, 2016 at 4:00 p.m. (Prevailing Eastern Time).

3. The deadline for the Liquidating Trust to file a reply is extended from December 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) to February 8, 2016 at 4:00 p.m. (Prevailing Eastern Time).

4. This Stipulation is not, and may not be deemed or construed to be a waiver of any substantive or procedural rights to which either Party is or may be entitled, including without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) the right to have final orders in core matters over which the Bankruptcy Court constitutionally lacks final adjudicatory authority (Stern claims) entered either in the first instance or after de novo review by a state or District Court; (iii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, action, defenses, set-offs or recoupments to which either Party is or may be entitled under any agreement, in law or in equity, which rights, claims, actions, defenses, set-offs and recoupments both Parties expressly reserve.

5. This Stipulation shall not be modified, altered, amended, or vacated without the prior written consent of the Parties.

6. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

7. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument. Further, electronic signatures or transmissions of an originally signed document by facsimile or PDF shall be as fully binding on the Parties as an original document.

8. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation.

Dated: December 4, 2015

*/s/ Dean A. Ziehl*
Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel for The ResCap Liquidating Trust*

Dated: December 4, 2015

*/s/ Peter R. Morrison*
Joseph C. Weinstein
Peter R. Morrison
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

*Counsel for Brookfield RPS LLC*