**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

December 4, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

**By E-mail**

The Honorable Martin Glenn, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    In re Residential Capital, LLC, et. al., Case No. 12-12020 – Claim No. 725 Filed by William J. Futrell

Dear Judge Glenn:

We represent the ResCap Borrower Claims Trust (the "Borrower Trust") in connection with its objection to the above-referenced proof of claim filed by William J. Futrell (the "Claimant"). We write to advise the Court of the Claimant's failure to comply with the Court's November 18, 2015 order [Docket No. 9341] directing Claimant's counsel to "confer with Borrower Trust's counsel and submit any information missing from sections IV.A, VI, VIII.B, and IX of the Proposed Pretrial Order on or before December 2, 2015 at 5:00 p.m. (prevailing Eastern Standard Time)."

As Your Honor may recall, after several unsuccessful attempts to obtain comments from Claimant's counsel regarding the Borrower Trust's proposed joint pretrial order, the Borrower Trust filed a proposed order [Docket No. 9312] (the "Proposed Pretrial Order") ahead of the November 12, 2015 deadline contained in the Court's *Case Management and Scheduling Order* [Docket No. 9124]. At the November 18, 2015 omnibus hearing in these chapter 11 cases, Your Honor inquired regarding the blank portions of the Proposed Pretrial Order. Subsequently, the Court entered its November 18 order establishing December 2, 2015 as the deadline for Claimant's counsel to provide information missing from the Proposed Pretrial Order. The Borrower Trust subsequently served the Court's November 18 order on Claimant's counsel, including by facsimile and by email at the address provided by counsel at a prior hearing before the Court.

ny-1214128

**MORRISON | FOERSTER**

The Honorable Martin Glenn, U.S.B.J.
December 4, 2015
Page Two

Shortly after entry of the November 18 order, we received an email from the email address on which we served the Court's November 18 order. Our office quickly provided a response and requested a phone call so that we could clarify and address counsel's inquiries. A copy of counsel's email and our office's response is attached hereto as **Exhibit 1**.

No further response or communication occurred until Claimant's counsel attempted to contact our office by phone and facsimile on December 2, 2015. Attempts to return counsel's phone call later the same day were unsuccessful. However, we were able to speak with counsel on the morning of December 3, 2015 and he advised us that he would revise the pretrial order in accordance with the directives contained in the November 18 order by the end of the day on December 3, 2015. At that time, we also emailed counsel another copy of the Proposed Pretrial Order and the November 18 order. We reached out to counsel once again this morning. At this time, we still have not received a revised form of pretrial order from Claimant's counsel.

Consequently, the Borrower Trust requests that the Court enter an appropriate pretrial order consistent with the Proposed Pretrial Order.

Respectfully Submitted,

*/s/ Jordan A. Wishnew*

Jordan A. Wishnew

cc: Thomas Margolis (counsel for Claimant)

ny-1214128

**EXHIBIT 1**

# Newton, James A.

**From:** Newton, James A.
**Sent:** Thursday, November 19, 2015 10:19 AM
**To:** thomas margolis
**Cc:** Wishnew, Jordan A. (JWishnew@mofo.com)
**Subject:** RE: ResCap - Futrell Claim

Mr. Margolis,

I am not sure from your email below which document you would like me to send to you. Please give me a call at 212-336-4116 and I am happy to discuss.

Thanks.

-James

**From:** thomas margolis [mailto:hermes_conundrum@yahoo.com]
**Sent:** Thursday, November 19, 2015 10:11 AM
**To:** Newton, James A.
**Subject:** Re: ResCap - Futrell Claim

Futrell has informed me that an envelope was received with content, and I have not received that information.
The content of the Nov. 10 letter and the pre trial order draft. I am immediately unable to find that document, and would request another be sent. There is the matter of resolving this, where I need to confer more with Futrell before I can make a definitive statement.
Any delay was the result of need to address other matters. Thank you in advance.


On Tuesday, November 10, 2015 11:00 AM, "Newton, James A." <JNewton@mofo.com> wrote:

Mr. Margolis,

Please see attached.

Thank you.

-James

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail JNewton@mofo.com, and delete the message.

1