**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Dean A. Ziehl
Maria A. Bove

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                            ) ss:
COUNTY OF NEW YORK    )

Maria A. Bove, being duly sworn, affirms, deposes and says: I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein. On December 4, 2015, I caused the *Notice Of Filing of Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in Connection Therewith* [Docket No.9384] to be served upon the parties and in the manner indicated on the annexed Service List.

_____
Maria A. Bove

SWORN TO AND SUBSCRIBED before me this
4th day of December, 2015

/s/ G. Karen Brown
_____

G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires Jan. 16, 20_19_

DOCS_NY:33309.1 73837/002

## SERVICE LIST

**BY FEDERAL EXPRESS**

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl.
New York, NY 10013

Clifford Chance US LLP
Jennifer C. DeMarco, Adam Lesman
31 West 52nd St
New York, NY 10019

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave.
New York, NY 10022

Kirkland & Ellis LLP
Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Ave.
El Segundo, CA 90245

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee,
Lorenzo Marinuzzi, Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the US Attorney for the
 Southern District of NY
United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
 NY Regional Office
George S. Canellos, Regional Director
3 World Financial Center, Ste. 400
New York, NY 10281-1022

Cleary Gottlieb Steen & Hamilton LLP
Sean A O'Neal, Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Loeb & Loeb LLP
Walter H. Curchack, Vadim J. Rubinstein,
Debra W. Minoff
345 Park Ave.
New York, NY 10154

Office of the NY State Attorney General
Nancy Lord, Enid M. Stuart
The Capitol
Albany, NY 12224-0341

Securities & Exchange Commission
Secretary of the Treasury
100 F St., NE
Washington, DC 20549

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St., 4W
New York, NY 10286

United States Attorney's Office for the Southern
District of New York Civil Division
Attn: Joseph Cordaro, Cristine Irvin Phillips
86 Chambers St., 3rd Fl.
New York, NY 10007

Weil, Gotshal & Manges LLP
Ray Schrock
767 Fifth Ave
New York, NY 10153

Brookfield Asset Management
Brookfield Place, Suite 300
181 Bay Street
Toronto, ON M5J 2T3

U.S. Department of Justice
US Attorney General Loretta Lynch
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

US Trustee for the Southern District of NY
Linda A. Riffkin, Brian S. Masumoto
201 Varick St., Ste. 1006
New York, NY 10014

Sonnenschein Nath & Rosenthal LLP
Attn: John Baer, Esq. & Michael Rosenthal, Esq.
7800 Sears Tower
Chicago, Illinois 60606

Brookfield RPS, LLC
c/o Brookfield Residential Property Services
39 Wynford Drive
Toronto, Ontario M3C 3K5
Canada

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz., Rm. 1150
Baltimore, MD 21201

**BY U.S. MAIL**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank NA
Attn: Corporate Trust Services –
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

**BY EMAIL**

| | | |
|---|---|---|
| Citibank NA | Attn: Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Kelley Drye & Warren LLP | James S Carr, Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis LLP | Richard M Cieri | richard.cieri@kirkland.com |
| | Justin Bernbrock | justin.bernbrock@kirkland.com; richard.cieri@kirkland.com |
| | Stephen E Hessler | stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer, Douglas H Mannal, Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; szide@kramerlevin.com |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein | wcurchack@loeb.com; vrubinstein@loeb.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee, Lorenzo Marinuzzi, Kayvan B Sadeghi | lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |

| | | |
|---|---|---|
| U.S. Department of Justice | US Attorney General, Loretta Lynch | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York Civil Division | Attn: Joseph Cordaro Cristine Irvin Phillips | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| US Trustee for the Southern District of NY | Linda A. Riffkin Brian S. Masumoto | Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Weil, Gotshal & Manges LLP | Ray Schrock | ray.schrock@weil.com |
| Squire Sanders (US) LLP | Peter Morrison Joseph Weinstein | peter.morrison@squirepb.com joe.weinstein@squirepb.com |