**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2015, I caused the Notice of Appeal of ResCap Liquidating Trust From Order Denying Motion to Enforce Plan Injunction and Confirmation Order to be served by electronic mail and United States first class mail, postage prepaid, upon the following parties via their respective counsel at the following addresses:

Decision One Mortgage Company, LLC:

WILLIAMS & CONNOLLY LLP
R. Hackney Wiegmann
hwiegmann@wc.com
Matthew V. Johnson
mjohnson@wc.com
Jesse T. Smallwood
jsmallwood@wc.com
Beth A. Stewart
bstewart@wc.com
Noorudin Mahmood Ahmad
mahmad@wc.com
Kyle E. Thomason
kthomason@wc.com
David S. Blatt
dblatt@wc.com

ZELLE HOFMANN VOELBEL
  & MASON LLP
Daniel Millea
dmillea@zelle.com
Elizabeth V. Kniffen
ekniffen@zelle.com

Honor Bank f/k/a The Honor State Bank:

| | |
|---|---|
| ALWARD FISHER RICE ROWE<br>   & GRAFF PLC<br>Susan Jill Rice<br>jrice@nmichlaw.com | ANASTASI JELLUM, P.A.<br>Garth G. Gavenda<br>garth@aj-law.com<br>T. Christopher Stewart<br>tchris@aj-law.com<br>Lindsay W. Cremona<br>lindsay@aj-law.com |

PHH Mortgage Corp:

WROBEL SCHATZ & FOX LLP
Daniel F. Markham
dmarkham@wsfny.com

Sierra Pacific Mortgage Co., Inc.:

| | |
|---|---|
| JENKINS KAYAYAN LLP<br>Jonathan M. Jenkins<br>jjenkins@jklitigators.com<br>Lara Kayayan<br>lkayayan@jklitigators.com<br>Navdeep Singh<br>nsingh@jklitigators.com | LAPP, LIBRA, THOMSON, STOEBNER<br>   & PUSCH, CHARTERED<br>Richard T. Thomson<br>rthomson@lapplibra.com<br>Amy L. Schwartz<br>aschwartz@lapplibra.com |
| COZEN O'CONNOR<br>Frederick E. Schmidt, Jr.<br>eschmidt@cozen.com | |

Wells Fargo Bank:

ALSTON & BIRD LLP
John P. Doherty
john.doherty@alston.com

UBS Real Estate Securities, Inc.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES
Alexander C. Drylewski
alexander.drylewski@skadden.com

| | |
|---|---|
| DATED:    New York, New York<br>December 7, 2015 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By:   /s/ Isaac Nesser<br>Peter E. Calamari<br>David Elsberg<br>Isaac Nesser<br>Matthew Scheck<br>51 Madison Avenue, Floor 22<br>New York, NY 10010<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100<br>petercalamari@quinnemanuel.com<br>davidelsberg@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (admitted *pro hac vice*)<br>Jennifer A.L. Battle<br>1540 Broadway, Suite 3710<br>New York, New York 10036<br>Telephone: (212) 837-1100<br>Facsimile: (212) 837-1108<br>lipps@carpenterlipps.com<br>battle@carpenterlipps.com<br><br>*Counsel for the ResCap Liquidating Trust* |