**Exhibit 2**



52242584

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

MORTGAGE ELECT. REG. SYS. INC.
    Plaintiff

Case No: CV-03-514406

Judge: NANCY A FUERST

PATRICIA JOANNE MCNERNEY AKA KELLICKER ETAL
    Defendant

## JOURNAL ENTRY

FINAL PRETRIAL HELD.  ALL COUNSEL AND MS. MCNERNEY PRESENT.  PARTIES UNDERTAKE SETTLEMENT NEGOTIATION.

PLAINTIFF'S ORAL REQUEST FOR CLARIFICATION OF THE ISSUES TO BE TRIED IS GRANTED.  ON 05/15/2008, THE COURT DENIED DEFENDANT'S REQUEST FOR LEAVE TO FILE HER ANSWER AND COUNTERCLAIM TO COMPORT WITH THE SUBSTITUTE PLAINTIFF.  CONSEQUENTLY, PENDING BEFORE THE COURT ARE PLAINTIFF'S COMPLAINT, DEFENDANT'S AMENDED ANSWER (FILED 11/06/2006) AND ORIGINAL COUNTERCLAIMS (FILED 06/16/2004), AND DEFENDANT'S THIRD PARTY CLAIMS (ALSO FILED 11/06/2006).

AS GENUINE ISSUES OF MATERIAL FACT EXIST, PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT ARE DENIED.  BENCH TRIAL SET FOR 07/01/2008 TO PROCEED AS SCHEDULED.

_Nancy A Fuerst_
Judge Signature      07/01/2008
                         CPJLJ

06/25/2008