**Exhibit L**

12-12020-mg   Doc 9396-14   Filed 12/11/15   Entered 12/11/15 15:25:08   Decl.
Exhibit L   Pg 2 of 9

**Date Data as-of:** October 16, 2013

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| ▮0840 | THOMAS G. COOPER | CATHERINE D. COOPER | 175 SOUTH STREET | PO BOX 1073 |
| | | | CONCORD | SALEM |
| | | | NH | NH |
| | | | 03301 | 03079-1073 |

**Investor Info**
- Investor Acct No - Prim ▮0840
- Investor Number 61041
- Investor Name Full GMACM HOME EQUITY TRUST
- Investor Id

**Previous Servicer Info**
- Previous Account Number ▮1001
- Seller Company Name

**Loan Info**
- Arm Flag Y
- Loan Type HELOC
- Lien Position 02
- Interest Rate 5.750%
- Collection Status PO

**Dates**
- Int Collected To 06/20/2013
- Next Due 07/20/2013
- Last Payment 06/20/2013
- Last Activity 07/01/2013
- Setup Date 08/25/2003
- Maturity Date 08/01/2018

**Current Balances**
- Principal $0.00
- Escrow $0.00
- Unapplied $0.00
- Buydown $0.00

**Uncollected**
- Late Charges $0.00
- Interest $230.34
- Fees $0.00
- Opt $0.00

**Year-To-Date**
- Interest $1,396.71
- Taxes $0.00

Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮0840 | 01/21/2013 | 01/20/2013 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 12/20/2012 | 12/20/2012 | $48,737.96 | PAYMENT | | AP | $229.71 | $0.00 | $229.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 11/20/2012 | 11/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 10/22/2012 | 10/20/2012 | $48,737.96 | PAYMENT | | AP | $229.71 | $0.00 | $229.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 09/20/2012 | 09/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 08/20/2012 | 08/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 07/20/2012 | 07/20/2012 | $48,737.96 | PAYMENT | | AP | $229.71 | $0.00 | $229.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 06/20/2012 | 06/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 05/21/2012 | 05/20/2012 | $48,737.96 | PAYMENT | | AP | $229.71 | $0.00 | $229.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 04/20/2012 | 04/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 03/20/2012 | 03/20/2012 | $48,737.96 | PAYMENT | | AP | $222.05 | $0.00 | $222.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 02/20/2012 | 02/20/2012 | $48,737.96 | PAYMENT | | AP | $237.36 | $0.00 | $237.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 01/20/2012 | 01/20/2012 | $48,737.96 | PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 12/20/2011 | 12/20/2011 | $48,737.96 | PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮0840 | 11/21/2011 | 11/20/2011 | $48,737.96 | PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0840 | 10/20/2011 | 10/20/2011 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/20/2011 | 09/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/22/2011 | 08/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2011 | 07/20/2011 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2011 | 06/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/20/2011 | 05/20/2011 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2011 | 04/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/21/2011 | 03/20/2011 | $48,737.96 PAYMENT | | AP | $214.98 | $0.00 | $214.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/21/2011 | 02/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/20/2011 | 01/20/2011 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/20/2010 | 12/20/2010 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/22/2010 | 11/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/20/2010 | 10/20/2010 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/20/2010 | 09/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/20/2010 | 08/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2010 | 07/20/2010 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/21/2010 | 06/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/20/2010 | 05/20/2010 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2010 | 04/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/22/2010 | 03/20/2010 | $48,737.96 PAYMENT | | AP | $214.98 | $0.00 | $214.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/22/2010 | 02/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/20/2010 | 01/20/2010 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/21/2009 | 12/20/2009 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/20/2009 | 11/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/20/2009 | 10/20/2009 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/21/2009 | 09/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/31/2009 | 08/20/2009 | $0.00 FEE | 121 | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/31/2009 | 08/20/2009 | $0.00 FEE | 121 | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| 0840 | 08/20/2009 | 08/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2009 | 07/20/2009 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/22/2009 | 06/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/20/2009 | 05/20/2009 | $48,737.96 PAYMENT | | AP | $230.34 | $0.00 | $230.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2009 | 04/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/20/2009 | 03/20/2009 | $48,737.96 PAYMENT | | AP | $214.98 | $0.00 | $214.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/20/2009 | 02/20/2009 | $48,737.96 PAYMENT | | AP | $238.01 | $0.00 | $238.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/20/2009 | 01/20/2009 | $48,737.96 PAYMENT | | AP | $252.34 | $0.00 | $252.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/22/2008 | 12/20/2008 | $48,737.96 PAYMENT | | AP | $259.67 | $0.00 | $259.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/20/2008 | 11/20/2008 | $48,737.96 PAYMENT | | AP | $291.63 | $0.00 | $291.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/20/2008 | 10/20/2008 | $48,737.96 PAYMENT | | AP | $299.62 | $0.00 | $299.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/29/2008 | 09/20/2008 | $48,737.96 PAYMENT | | AP | $309.61 | $0.00 | $309.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/25/2008 | 08/20/2008 | $48,737.96 PAYMENT | | PR5 | ($309.61) | $0.00 | ($309.61) | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/22/2008 | 09/20/2008 | $48,737.96 PAYMENT | | AP | $309.61 | $0.00 | $309.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/29/2008 | 08/20/2008 | $0.00 FEE | 121 | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/29/2008 | 08/20/2008 | $0.00 FEE | 121 | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0840 | 08/20/2008 | 08/20/2008 | $48,737.96 PAYMENT | | AP | $309.61 | $0.00 | $309.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/21/2008 | 07/20/2008 | $48,737.96 PAYMENT | | AP | $299.62 | $0.00 | $299.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2008 | 06/20/2008 | $48,737.96 PAYMENT | | AP | $310.48 | $0.00 | $310.48 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/20/2008 | 05/20/2008 | $48,737.96 Curtailment | | CWA | $311.59 | $311.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/19/2008 | 05/20/2008 | $49,049.55 PAYMENT | | AP | $311.59 | $0.00 | $311.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/21/2008 | 04/20/2008 | $49,049.55 PAYMENT | | AP | $339.06 | $0.00 | $339.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/20/2008 | 03/20/2008 | $49,049.55 PAYMENT | | AP | $314.09 | $0.00 | $314.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/29/2008 | 02/20/2008 | $49,049.55 DRAW | | ADV | ($2,500.00) | ($2,500.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/20/2008 | 02/20/2008 | $46,549.55 PAYMENT | | AP | $373.60 | $0.00 | $373.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/21/2008 | 01/20/2008 | $46,549.55 PAYMENT | | AP | $362.56 | $0.00 | $362.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/20/2007 | 12/20/2007 | $46,549.55 PAYMENT | | AP | $302.38 | $0.00 | $302.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/17/2007 | 11/20/2007 | $46,549.55 DRAW | | ADV | ($6,000.00) | ($6,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/29/2007 | 11/20/2007 | $40,549.55 DRAW | | ADV | ($4,000.00) | ($4,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/20/2007 | 11/20/2007 | $36,549.55 PAYMENT | | AP | $274.65 | $0.00 | $274.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/01/2007 | 10/20/2007 | $36,549.55 DRAW | | ADV | ($5,000.00) | ($5,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/22/2007 | 10/20/2007 | $31,549.55 PAYMENT | | AP | $273.14 | $0.00 | $273.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/20/2007 | 09/20/2007 | $31,549.55 PAYMENT | | AP | $265.08 | $0.00 | $265.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/31/2007 | 08/20/2007 | $0.00 FEE | 121 | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/31/2007 | 08/20/2007 | $0.00 FEE | 121 | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| 0840 | 08/20/2007 | 08/20/2007 | $31,549.55 PAYMENT | | AP | $233.27 | $0.00 | $233.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/14/2007 | 07/20/2007 | $31,549.55 DRAW | | ADV | ($6,000.00) | ($6,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2007 | 07/20/2007 | $25,549.55 PAYMENT | | AP | $225.75 | $0.00 | $225.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2007 | 06/20/2007 | $25,549.55 PAYMENT | | AP | $233.27 | $0.00 | $233.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/21/2007 | 05/20/2007 | $25,549.55 PAYMENT | | AP | $225.75 | $0.00 | $225.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2007 | 04/20/2007 | $25,549.55 PAYMENT | | AP | $233.27 | $0.00 | $233.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/20/2007 | 03/20/2007 | $25,549.55 PAYMENT | | AP | $210.70 | $0.00 | $210.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/20/2007 | 02/20/2007 | $25,549.55 PAYMENT | | AP | $203.97 | $0.00 | $203.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/23/2007 | 01/20/2007 | $25,549.55 DRAW | | ADV | ($5,000.00) | ($5,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/22/2007 | 01/20/2007 | $20,549.55 PAYMENT | | AP | $191.98 | $0.00 | $191.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/20/2006 | 12/20/2006 | $20,549.55 PAYMENT | | AP | $183.68 | $0.00 | $183.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/20/2006 | 11/20/2006 | $20,549.55 PAYMENT | | AP | $182.64 | $0.00 | $182.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/08/2006 | 10/20/2006 | $20,549.55 DRAW | | ADV | ($1,000.00) | ($1,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/20/2006 | 10/20/2006 | $19,549.55 PAYMENT | | AP | $176.75 | $0.00 | $176.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/20/2006 | 09/20/2006 | $19,549.55 PAYMENT | | AP | $182.64 | $0.00 | $182.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/31/2006 | 08/20/2006 | $0.00 FEE | 121 | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/31/2006 | 08/20/2006 | $0.00 FEE | 121 | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| 0840 | 08/21/2006 | 08/20/2006 | $19,549.55 PAYMENT | | AP | $182.64 | $0.00 | $182.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2006 | 07/20/2006 | $19,549.55 PAYMENT | | AP | $173.00 | $0.00 | $173.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2006 | 06/20/2006 | $19,549.55 PAYMENT | | AP | $177.28 | $0.00 | $177.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/22/2006 | 05/20/2006 | $19,549.55 PAYMENT | | AP | $170.08 | $0.00 | $170.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2006 | 04/20/2006 | $19,549.55 Curtailment | | CTA | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2006 | 04/20/2006 | $19,649.55 Curtailment | | CWA | $150.45 | $150.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2006 | 04/20/2006 | $19,800.00 PAYMENT | | AP | $150.45 | $0.00 | $150.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/20/2006 | 03/20/2006 | $19,800.00 PAYMENT | | AP | $77.13 | $0.00 | $77.13 | $0.00 | $0.00 | $0.00 | $0.00 |

| Account | Date 1 | Date 2 | Amount | Type | Code | Code2 | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0840 | 03/09/2006 | 02/20/2006 | $19,800.00 DRAW | | | ADV | ($10,000.00) | ($10,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/20/2006 | 02/20/2006 | $9,800.00 PAYMENT | | | AP | $83.23 | $0.00 | $83.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/20/2006 | 01/20/2006 | $9,800.00 PAYMENT | | | AP | $82.55 | $0.00 | $82.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/06/2005 | 12/20/2005 | $9,800.00 Curtailment | | | CTA | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/06/2005 | 12/20/2005 | $9,900.00 PAYMENT | | | AP | $79.34 | $0.00 | $79.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/21/2005 | 11/20/2005 | $9,900.00 PAYMENT | | | AP | $75.48 | $0.00 | $75.48 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/01/2005 | 10/20/2005 | $9,900.00 Curtailment | | | CTA | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/03/2005 | 10/20/2005 | $10,000.00 DRAW | | | ADV | ($10,000.00) | ($10,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/31/2005 | 08/20/2005 | $0.00 FEE | 121 | | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/31/2005 | 08/20/2005 | $0.00 FEE | 121 | | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| 0840 | 06/30/2005 | 06/20/2005 | $0.00 Escrow Disb | | | M01 | ($147.84) | $0.00 | $0.00 | $0.00 | $0.00 | $147.84 | $0.00 |
| 0840 | 06/30/2005 | 06/20/2005 | $0.00 Unapplied | | | UFU | ($147.84) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2005 | 06/20/2005 | $0.00 PAYMENT | | | ATP | $126.19 | $0.00 | $126.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 06/20/2005 | 06/20/2005 | $0.00 PAYMENT | | | SWA | $147.84 | $0.00 | $0.00 | $0.00 | $0.00 | $147.84 | $0.00 |
| 0840 | 06/20/2005 | 06/20/2005 | $0.00 Unapplied | | | UFU | $147.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/27/2005 | 05/20/2005 | $0.00 Curtailment | | | CWP | $45,508.82 | $45,360.98 | $147.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 05/20/2005 | 05/20/2005 | $45,360.98 PAYMENT | | | AP | $302.16 | $0.00 | $302.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/20/2005 | 04/20/2005 | $45,360.98 PAYMENT | | | AP | $297.59 | $0.00 | $297.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 04/13/2005 | 03/20/2005 | $45,360.98 DRAW | | | ADV | ($2,000.00) | ($2,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 03/21/2005 | 03/20/2005 | $43,360.98 PAYMENT | | | AP | $258.81 | $0.00 | $258.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/21/2005 | 02/20/2005 | $43,360.98 PAYMENT | | | AP | $272.25 | $0.00 | $272.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 02/17/2005 | 01/20/2005 | $43,360.98 DRAW | | | ADV | ($2,000.00) | ($2,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 01/20/2005 | 01/20/2005 | $41,360.98 PAYMENT | | | AP | $267.85 | $0.00 | $267.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 12/20/2004 | 12/20/2004 | $41,360.98 PAYMENT | | | AP | $245.25 | $0.00 | $245.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/30/2004 | 11/20/2004 | $41,360.98 DRAW | | | ADV | ($1,000.00) | ($1,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/22/2004 | 11/20/2004 | $40,360.98 PAYMENT | | | AP | $241.70 | $0.00 | $241.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 11/04/2004 | 10/20/2004 | $40,360.98 DRAW | | | ADV | ($1,000.00) | ($1,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 10/20/2004 | 10/20/2004 | $39,360.98 PAYMENT | | | AP | $228.25 | $0.00 | $228.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 09/20/2004 | 09/20/2004 | $39,360.98 PAYMENT | | | AP | $225.21 | $0.00 | $225.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/31/2004 | 08/20/2004 | $0.00 FEE | 121 | | FB | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $0.00 |
| 0840 | 08/31/2004 | 08/20/2004 | $0.00 FEE | 121 | | FWV | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| 0840 | 08/30/2004 | 08/20/2004 | $39,360.98 DRAW | | | ADV | ($1,000.00) | ($1,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 08/20/2004 | 08/20/2004 | $38,360.98 PAYMENT | | | AP | $218.95 | $0.00 | $218.95 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/20/2004 | 07/20/2004 | $38,360.98 PAYMENT | | | AP | $182.62 | $0.00 | $182.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0840 | 07/05/2004 | 06/20/2004 | $38,360.98 DRAW | | | ADV | ($2,000.00) | ($2,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Comments:

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | | |
|---|---|---|---|---|---|
| 800■ | ■ | ■ | ■ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8002690840 | | | 02/14/2013 | CBR | CURRENT:   < 30 DAYS | SYSTEM ID |
| | 0840 | | 01/10/2013 | CBR | CURRENT:   < 30 DAYS | SYSTEM ID |
| | 0840 | INQ20 | 01/02/2013 | CIT | 006 DONE 01/02/13 BY TLR 11241 | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 01/02/2013 | CIT | TSK TYP 110-HISTORY REQUEST | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 01/02/2013 | CIT | 006 closing 110. mld system hist. st4115 | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 01/02/2013 | NT | ENHANCED HISTORY LETTER PRINTED | STEPHANIE THOMPSON |
| | 0840 | INQ85 | 12/28/2012 | CIT | 006 Open new cit 110. B1 ci, pls send a full pmt | DANIELA FLORES |
| | 0840 | INQ85 | 12/28/2012 | CIT | history since 1st pmt rcvd on 10/2003, | DANIELA FLORES |
| | 0840 | INQ85 | 12/28/2012 | CIT | personal record, send it to m/a on file pls, | DANIELA FLORES |
| | 0840 | INQ85 | 12/28/2012 | CIT | thanks! | DANIELA FLORES |
| | 0840 | INQ85 | 12/28/2012 | CIT | Danielaf/8406031. | DANIELA FLORES |
| | 0840 | | 12/28/2012 | OL | WDOYCSH-PROCESSED AUTO WITHDRAWL BNK CHG | API VRU |
| 8002690840 | | | 12/14/2012 | CBR | CURRENT:   < 30 DAYS | SYSTEM ID |
| | 0840 | | 11/09/2012 | CBR | CURRENT:   < 30 DAYS | SYSTEM ID |
| | 0840 | INQ25 | 10/30/2012 | CIT | 005 DONE 10/30/12 BY TLR 01448 | KRIS RUDDY |
| | 0840 | INQ25 | 10/30/2012 | CIT | TSK TYP 103-DOCUMENT REQUES | KRIS RUDDY |
| | 0840 | INQ25 | 10/30/2012 | CIT | 005 clsg cit #103-prntd/mld application, heloc | KRIS RUDDY |
| | 0840 | INQ25 | 10/30/2012 | CIT | agreement (NOTE), mort deed, HUD-kris r 7504 | KRIS RUDDY |
| 8002690840 | | | 10/30/2012 | OL | WDOYCUS - GENERAL INQUIRY INFO ENCLOSED | KRIS RUDDY |
| | 0840 | INQ90 | 10/22/2012 | NT | ENHANCED HISTORY LETTER PRINTED | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | 004 DONE 10/22/12 BY TLR 03784 | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | TSK TYP 110-HISTORY REQUEST | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | 004 closed cit 110, icorr cit opened, but still | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | sending pmt hist. ehoskins4010 | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | 005 new cit 103, b1 would like all closing docs, | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | note, mortgage deed of trust, legal | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | discription) of the closing docs, please | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | mail to mailing address on file. ehoskins4010 | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | 003 DONE 10/22/12 BY TLR 03784 | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | TSK TYP 103-DOCUMENT REQUES | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | 003 closed cit 103, incorr cit opened. | ERIN HOSKINS |
| | 0840 | INQ90 | 10/22/2012 | CIT | ehoskins4010 | ERIN HOSKINS |
| | 0840 | INQ | 10/18/2012 | NT | b1 ci wanting to know about the chpt 11 | ALISHA STIRM |
| | 0840 | INQ | 10/18/2012 | NT | bankruptcy, adv that parent company rescap filled | ALISHA STIRM |
| | 0840 | INQ | 10/18/2012 | NT | and since associate d with rescap we have to | ALISHA STIRM |
| | 0840 | INQ | 10/18/2012 | NT | follow bkr rules. sent out to all cust. astirm4007 | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | 004 new cit 110 b1 ci wanting to get ALL (hud1, | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | note, mortgage deed of trust, legal | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | discription) of the closing docs, please | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | mail to mailing address on file. astirm4007 | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | 003 new cit 103 b1 ci wanting to have the pymt | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | history from the origination date 10/20/2003 | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | to the current date. please mail to mailing | ALISHA STIRM |
| | 0840 | INQ90 | 10/18/2012 | CIT | address on file. astirm4007 | ALISHA STIRM |
| | 0840 | INQ20 | 10/09/2012 | CIT | 002 DONE 10/09/12 BY TLR 11241 | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 10/09/2012 | CIT | TSK TYP 110-HISTORY REQUEST | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 10/09/2012 | CIT | 002 closing 110. mld pymt hist. st4115 | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 10/09/2012 | NT | ENHANCED HISTORY LETTER PRINTED | STEPHANIE THOMPSON |

| | 0840 | INQ20 | 10/08/2012 | CIT | 001 DONE 10/08/12 BY TLR 11241 | STEPHANIE THOMPSON |
|---|---|---|---|---|---|---|
| | 0840 | INQ20 | 10/08/2012 | CIT | TSK TYP 103-DOCUMENT REQUES | STEPHANIE THOMPSON |
| | 0840 | INQ20 | 10/08/2012 | CIT | 001 closing 103. mld note. st4115 | STEPHANIE THOMPSON |
| | 0840 | | 10/08/2012 | OL | WDOYCUS - GENERAL INQUIRY INFO ENCLOSED | STEPHANIE THOMPSON |
| | 0840 | INQ | 10/04/2012 | NT | b1 ci to ASK FOR WEBSITE EXPIRATION, MADE | JUAN CARLOS NOVELO |
| | 0840 | INQ | 10/04/2012 | NT | EXPIRATION. JUAN CARLOS N./8406225 | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | 002 NEW CIT 110, ACCOUNT HISTORY FOR ALL THE | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | MONTHS TO MAILING ADDRESS, ATTN.: MR. THOMAS | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | G. COOPER, REQUESTED BY MR. THOMAS G. COOPER, | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | THANKS. JUAN CARLOS N./8406225 | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | 001 NEW CIT 103, PLEASE SEND COPY OF NOTE TO | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | MAILING ADDRESS ATTN.: MR. THOMAS G. COOPER, | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | REQUESTED BY MR. THOMAS G. COOPER, THANKS. | JUAN CARLOS NOVELO |
| | 0840 | INQ85 | 10/04/2012 | CIT | JUAN CARLOS N./8406225 | JUAN CARLOS NOVELO |
| | 0840 | INQ | 10/04/2012 | NT | b1 ci to ask some assistance to access the acct | GERARD SOLBITO |
| | 0840 | INQ | 10/04/2012 | NT | online adv to reenroll the acct online w/ new user | GERARD SOLBITO |
| | 0840 | INQ | 10/04/2012 | NT | id and pw, adv b1 loan terms and conditions is the | GERARD SOLBITO |
| | 0840 | INQ | 10/04/2012 | NT | same. and bkr letter will not affect the acct | GERARD SOLBITO |
| | 0840 | INQ | 10/04/2012 | NT | geralds8412783 | GERARD SOLBITO |
| | 0840 | CBR | 07/19/2012 | NT | Loan on Fix File to change reported comments from | API CSRV |
| | 0840 | CBR | 07/19/2012 | NT | blank to AP | API CSRV |
| | 0840 | HELOC | 05/14/2012 | NT | HELOC account frozen as a result of RESCAP Chapter | API CSRV |
| | 0840 | HELOC | 05/14/2012 | NT | 11 Restructure. | API CSRV |
| | 0840 | | 04/13/2012 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | SYSTEM ID |
| 8002690840 | | | 03/29/2012 | OL | WDOYCSH - HELOC MAILING ADDRESS NEW | ZOILA ESCALANTE |
| | 0840 | | 03/29/2012 | OL | WDOYCSH - HELOC MAILING ADDRESS OLD | ZOILA ESCALANTE |
| | 0840 | CUS | 03/28/2012 | NT | Address updated via change request received from | API CSRV |
| | 0840 | CUS | 03/28/2012 | NT | the Post Office. | API CSRV |
| | 0840 | | 04/18/2011 | NT | 15 CHECKS ORDERED WITH START NBR     119 | |
| | 0840 | INQ | 04/18/2011 | NT | email- b1 and b2 re req checks adv ordered, tat | DESIREE MAGALLANES |
| | 0840 | INQ | 04/18/2011 | NT | desiree m. 8978045 | DESIREE MAGALLANES |
| | 0840 | | 04/18/2011 | NT | 0015 CHECKS REQUESTED WITH START NBR 000000119 | DESIREE MAGALLANES |
| | 0840 | | 09/25/2009 | ARC | AUTO RESET NSF COUNTER = 0 | SYSTEM ID |
| | 0840 | ACQ | 12/02/2008 | NT | b1 ci inq if this mortg was sold to diff company, | TERA BROWN (RODDEN) |
| | 0840 | ACQ | 12/02/2008 | NT | i adv no teras/2364094 | TERA BROWN (RODDEN) |
| | 0840 | | 10/10/2008 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | SYSTEM ID |
| | 0840 | INQ | 10/10/2008 | NT | b1 ci re maturity date of loan, adv it is 08/2018, | MICHAEL DEANGELO |
| | 0840 | INQ | 10/10/2008 | NT | also re int rate, adv is adjustable and is index | MICHAEL DEANGELO |
| | 0840 | INQ | 10/10/2008 | NT | plus margin, adv margin is not fix since is tiered | MICHAEL DEANGELO |
| | 0840 | INQ | 10/10/2008 | NT | loan, w/c is according to the principal balance, | MICHAEL DEANGELO |
| | 0840 | INQ | 10/10/2008 | NT | edu cust on tier rate table. sasha 73947 | MICHAEL DEANGELO |
| | 0840 | CSH | 10/09/2008 | NT | b1 cld re currnt bal advd $48737.96, sd they made | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | $309.61 pmt online, wonder p/b didnt chnged, advd | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | wayback in 09/25 pmt was returned bec of closed | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | acct, b1 sd he alreay chnged tht thru online, addv | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | acct enrolld in pod and ach, apparently, acct | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | drftd prior from banking info chnge, advd currn | KIMBERLY GALINDEZ |
| | 0840 | CSH | 10/09/2008 | NT | tp/c on the acct is corrct  //srila l.83000// | KIMBERLY GALINDEZ |
| | 0840 | INQ10 | 10/01/2008 | CIT | 001 DONE 10/01/08 BY TLR 01379 | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | TSK TYP 168-PAYMENT APPLICA | ELIZABETH KARSTEN |

| | 0840 | INQ10 | 10/01/2008 | CIT | 001 close cit 168, spk to b1, xplnd is enrld in | ELIZABETH KARSTEN |
|---|---|---|---|---|---|---|
| | 0840 | INQ10 | 10/01/2008 | CIT | reg mo auto pmt (ach) and ebpp pay on demand, | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | adv chgd info on website, but not thru cc for | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | the ach. adv it has bn updtd now on 9/29/08, | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | adv may wnt to cncl ach & switch his ebpp to | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | map instd of pod. mr sd wl lv as is and nt mk | ELIZABETH KARSTEN |
| | 0840 | INQ10 | 10/01/2008 | CIT | any chgs in the future. elizabethk x2365349 | ELIZABETH KARSTEN |
| | 0840 | | 09/30/2008 | OL | WDOYCSH - HELOC MAILING ADDRESS NEW | JOHN SCOTT |
| | 0840 | | 09/30/2008 | OL | WDOYCSH - HELOC MAILING ADDRESS OLD | JOHN SCOTT |
| | 0840 | INQ75 | 09/29/2008 | CIT | 001 new cit 168 b1 ci inq why pmnt was returned we | MIZHAELLE BONDOC |
| | 0840 | INQ75 | 09/29/2008 | CIT | have been drafting same checking acct ever | MIZHAELLE BONDOC |
| | 0840 | INQ75 | 09/29/2008 | CIT | since ach has started rep was not able to | MIZHAELLE BONDOC |
| | 0840 | INQ75 | 09/29/2008 | CIT | verify if this is correct info not avail on | MIZHAELLE BONDOC |
| | 0840 | INQ75 | 09/29/2008 | CIT | system pls research on this and call b1 @ | MIZHAELLE BONDOC |
| | 0840 | INQ75 | 09/29/2008 | CIT | 6034965997 thanks mizhaelle b 71519 | MIZHAELLE BONDOC |
| | 0840 | CSH | 09/29/2008 | NT | bi ci to inq why she is rcving a | LORENA FERNANDEZ |
| | 0840 | CSH | 09/29/2008 | NT | payment confirmation . adz her b1 made pymnt today | LORENA FERNANDEZ |
| | 0840 | CSH | 09/29/2008 | NT | as a replacement pymnt since pymnt made on 9/22 | LORENA FERNANDEZ |
| | 0840 | CSH | 09/29/2008 | NT | was returned as closed account. lorenf/77594 | LORENA FERNANDEZ |
| | 0840 | | 09/29/2008 | OL | WDOYCSH-PROCESSED AUTO WITHDRAWL BNK CHG | API VRU |
| | 0840 | CSH | 09/29/2008 | NT | b1 ci inq about the pmt, sd was enrolled on ach, | RAMON RAMOS CASTILLO |
| | 0840 | CSH | 09/29/2008 | NT | adv reason why pmt was returned, sd already change | RAMON RAMOS CASTILLO |
| | 0840 | CSH | 09/29/2008 | NT | bank info online, adv options in changing it, then | RAMON RAMOS CASTILLO |
| | 0840 | CSH | 09/29/2008 | NT | adv to make a replacement pmt, xfer to vru to | RAMON RAMOS CASTILLO |
| | 0840 | CSH | 09/29/2008 | NT | change bank info//angelica p73780 | RAMON RAMOS CASTILLO |
| | 0840 | | 09/26/2008 | D19 | CSH - NSF/REVERSAL LETTER (10010) | SYSTEM ID |
| | 0840 | | 09/25/2008 | NT | CHECK DATED 9/22/200 FOR 309.61 | CINTHYA QUIXTAN |
| | 0840 | | 09/25/2008 | NT | RETURNED-ACCOUNT CLOSED | CINTHYA QUIXTAN |
| 8002690840 | | | 09/25/2008 | ET | 10010 NON-SUFFICIENT FUNDS -NSF    09/25 | CINTHYA QUIXTAN |
| | 0840 | CSH | 07/15/2008 | NT | B1 ci to verify that he is enrolled online | JOSE GOMEZ |
| | 0840 | CSH | 07/15/2008 | NT | correctly and with the right acct numb. Adv this | JOSE GOMEZ |
| | 0840 | CSH | 07/15/2008 | NT | acct is enrolled for POD. and adv last 4 of | JOSE GOMEZ |
| | 0840 | CSH | 07/15/2008 | NT | checking acct numb JoeG/77608 | JOSE GOMEZ |
| | 0840 | SBO01 | 02/27/2008 | NT | HOLD AMT    2500.00 REL 02/28/08 REF WEBADVANCE | API WEB |
| | 0840 | ALT08 | 12/17/2007 | NT | HOLD REMOVED AMT    6000.00    REF WEBADVANCE | EILEEN SLOWIK |
| | 0840 | SBO01 | 12/14/2007 | NT | HOLD AMT    6000.00 REL 12/17/07 REF WEBADVANCE | API WEB |
| | 0840 | SBO01 | 11/27/2007 | NT | HOLD AMT    4000.00 REL 11/28/07 REF WEBADVANCE | API WEB |
| | 0840 | SBO01 | 10/31/2007 | NT | HOLD AMT    5000.00 REL 10/31/07 REF WEBADVANCE | API WEB |
| | 0840 | CBR | 10/16/2007 | NT | Removed Credit Suppression Flag | API CSRV |
| | 0840 | | 10/12/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| 8002690840 | | | 09/14/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| | 0840 | SBO01 | 08/12/2007 | NT | HOLD AMT    6000.00 REL 08/13/07 REF WEBADVANCE | API WEB |
| | 0840 | | 08/10/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| | 0840 | | 07/13/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| | 0840 | | 06/22/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| | 0840 | | 05/25/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  00/00/00 | SYSTEM ID |
| | 0840 | CBR | 05/25/2007 | NT | Suppressed Credit due to (Disaster). Suppression | API CSRV |
| | 0840 | CBR | 05/25/2007 | NT | will expire (00/00/00). | API CSRV |
| | 0840 | DIS | 05/07/2007 | NT | FEMA declared individual assistance | LORI HILMER |
| | 0840 | DIS | 05/07/2007 | NT | due to severe storms and flooding. | LORI HILMER |

| Account | Code | Date | Type | Description | User |
|---|---|---|---|---|---|
| 0840 | | 05/07/2007 | DM | BREACH HOLD PLACED-EXPIRATION DATE 07/26/07 | LORI FILMER |
| 0840 | SBO01 | 01/22/2007 | NT | HOLD AMT    5000.00 REL 01/23/07 REF WEBADVANCE | API WEB |
| 0840 | SBO01 | 11/07/2006 | NT | HOLD AMT    1000.00 REL 11/08/06 REF WEBADVANCE | API WEB |
| 0840 | INQ | 06/08/2006 | NT | Checkbook conversion from PNC to MellonBank | API CSRV |
| 0840 | INQ | 06/08/2006 | NT | complete as of 6/5/06 | API CSRV |
| 0840 | | 06/05/2006 | NT | 0015 CHECKS CANCELLED WITH START NBR 000000119 | API CSRV |
| 0840 | | 06/05/2006 | NT | 0015 CHECKS REQUESTED WITH START NBR 000000119 | API CSRV |
| 0840 | FSV | 11/02/2005 | NT | 90-day default timeline hold   FEMA declaration | KIM BERRY |
| 8002690840 | | 10/28/2005 | DM | BREACH HOLD PLACED-EXPIRATION DATE 01/17/06 | CHANTELLE AIMABLE |
| 0840 | | 09/15/2005 | D19 | CUS -  WELCOME ONLINE PAYMENT SERVICE | SYSTEM ID |
| 0840 | INQ | 09/13/2005 | NT | b1 called, adv no amt presently due on acct , | LASHONDA VIVIANS |
| 0840 | INQ | 09/13/2005 | NT | total loan amt available. B1 plans to advance | LASHONDA VIVIANS |
| 0840 | INQ | 09/13/2005 | NT | funds soon. Shonda v 4061 | LASHONDA VIVIANS |
| 0840 | CSH35 | 05/27/2005 | NT | HOLD AMT    45508.82 REL 06/11/05 REF | ERIC GARRISON |
| 8002690840 | | 05/10/2005 | NT | PO Total Amount =45894.92 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Principal =45360.98 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Interest =533.94 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Latecharge =0.00 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Unpaid Fees  =0.00 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Escrow Balance =0.00 | API VRU |
| 8002690840 | | 05/10/2005 | NT | PO Daily/Monthly Interest =10.5635 | API VRU |
| 0840 | | 05/10/2005 | NT | PO Interest To Date =05/23/05 | API VRU |
| 0840 | | 05/10/2005 | NT | PO PHN =6032243732 | API VRU |
| 0840 | | 05/10/2005 | NT | PO FAX =0000000000 | API VRU |
| 0840 | | 05/10/2005 | NT | PO TYPE =MAILING | API VRU |
| 0840 | | 05/10/2005 | PAY | ORIG TO: THOMAS G. COOPER | API VRU |
| 8002690840 | | 05/10/2005 | PAY | INT TO 052305 EXP DT 060905 AMT 0045894.92 | API VRU |
| 0840 | | 04/18/2005 | NT | TellerID:3795 | KRISTEN ASHBAUCHER |
| 0840 | | 04/18/2005 | NT | Fax Number:8663248672 | KRISTEN ASHBAUCHER |
| 0840 | | 04/18/2005 | NT | Phone Number:2156823518 | KRISTEN ASHBAUCHER |
| 0840 | | 04/18/2005 | NT | 45899.21: Final Payoff Amount | KRISTEN ASHBAUCHER |
| 0840 | | 04/18/2005 | NT | Requestor Name:kim napoli | KRISTEN ASHBAUCHER |
| 8002690840 | | 04/18/2005 | PAY | ORIG TO: KIM NAPOLI | KRISTEN ASHBAUCHER |
| 0840 | | 04/18/2005 | PAY | INT TO 042505 EXP DT 051805 AMT 0045899.21 | KRISTEN ASHBAUCHER |