To Whom it May Concern,

Re: Case # 12-12020(MG)

I oppose the disallowance and expungement of my claim 2526;11/06/2012 with GMAC Mortgage, LLC in the amount of $45,000.

GMAC added on money to my mortgage to be paid after my principal has been paid. This amount consisted of fees and penalties and should have been excused.

Sincerely,

Lori (Pesce) Tammaro

24 Pleasant St

Everett, MA  02149

617-548-5674

## THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S NINETIETH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIM, AND (III) ALLOWED IN FULL BORROWER CLAIM)

[Lori E. Tammaro aka Lori E Pesce]

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 2526; 11/6/2012 | GMAC Mortgage, LLC | Administrative Priority | | No Liability – See Exhibit A to the proposed form of order |
| | | Administrative Secured | | |
| | | Secured | | |
| | | Priority | | |
| | | General Unsecured | $45,000.00 | |

PLEASE TAKE NOTICE that, on October 30, 2015, the ResCap Borrower Claims Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases for Borrower Claims, filed its *Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Allowed in Full Borrower Claim)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

---

[1] A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

ny-1210414