MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON DECEMBER 16, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S)**:

**1.**    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC [Docket No. 9327]

   **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing Notice Of Filing of Stipulation Adjourning Hearing on ResCap Liquidating Trusts Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in Connection Therewith [Docket No. 9384]

   **Response(s)**:   None.

   **Status**:   The hearing on this matter has been adjourned to February 10, 2016.

ny-1213873

**II.     SETTLED MATTER(S):**

**2.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

   **Related Document(s)**:

   **a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

   **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

   **c.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

   **d.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

   **e.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

   **f.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

   **g.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

   **h.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

   **i.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

|   |   |
|---|---|
|   | from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682] |
| **j.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948] |
| **k.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186] |
| **l.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348] |
| **m.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855] |
| **n.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120] |
| **o.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255] |
| **p.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751] |
| **q.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087] |
| **r.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374] |

**s.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.**     Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**cc.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350]

**dd.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576]

**ee.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605]

**ff.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773]

**gg.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871]

**hh.**     Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed

|  |  |
|---|---|
|  | by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019] |
| **ii.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242] |
| **jj.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9329] |
| **kk.** | Notice of Presentment of Stipulation and Order Between the ResCap Liquidating Trust and Connecticut Housing Finance Authority Providing for Service Transfer; Withdrawal of Proof of Claim and Related Relief [Docket No. 9380] |

**Response(s)**:

|  |  |
|---|---|
| **a.** | Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623] |

**Status**: A stipulation settling this matter has been presented to the Bankruptcy Court for approval. No hearing is required.

**3.** ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

|  |  |
|---|---|
| **a.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075] |
| **b.** | Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed |

|   |   |
|---|---|
|   | by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174] |
| **c.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8350] |
| **d.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to May 14, 2015 at 4:00 p.m. (Prevailing Eastern Time) [Docket No. 8576] |
| **e.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to June 23, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8605] |
| **f.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to July 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8773] |
| **g.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to August 20, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8871] |
| **h.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to October 1, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9019] |
| **i.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief |

|  |  |
|---|---|
|  | from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9242] |
| **j.** | Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9329] |
| **k.** | Notice of Presentment of Stipulation and Order Between the ResCap Liquidating Trust and Connecticut Housing Finance Authority Providing for Service Transfer; Withdrawal of Proof of Claim and Related Relief [Docket No. 9380] |

**Response(s)**:

| | |
|---|---|
| **a.** | Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970] |
| **Status**: | A stipulation settling this matter has been presented to the Bankruptcy Court for approval.   No hearing is required. |

### III.     CASE MANAGEMENT AND STATUS CONFERENCE(S):

**4.**  ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112] |
| **b.** | Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516] |
| **c.** | ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574] |
| **d.** | Order Granting the ResCap Borrower Claims Trust's Motion for Partial Reconsideration [Docket No. 8972] |

ny-1213873                                                8

  **e.**  Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement of Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 9038]

  **f.**  Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on October 15, 2015 at 10:00 a.m. [Docket No. 9240]

  **g.**  Motion [of Laird J. Heal] to Withdraw as Attorney [Docket No. 9258]

  **h.**  Order Permitting Laird J. Heal to Withdraw as Attorney [Docket No. 9265]

  **i.**  Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9364]

**Response(s)**:

  **a.**  Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

  **b.**  Opposition [of Rhonda Gosselin] to Motion for Reconsideration [Docket No. 8646]

**Reply**:

  **a.**  ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

    **(i)**  Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

**Status**:  A status conference on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862), will be going forward.

ny-1213873        9

| | |
|---|---|
| **IV.** | **CONTESTED MATTER(S)** |

**5.**    Motion of Patricia McNerney and Susan Gray for Limited Relief from Stay for a Determination on Causes of Action with No Collection Thereon [Docket No. 9355]

**Related Document(s)**:

a.    Amended Declaration of Susan M. Gray [Docket No. 9359]

**Response(s)**:

a.    The (A) ResCap Borrower Claims Trust's (I) Reply in Support of its Objection to Claim Numbers 4757, 4758, 4762 and 4764 Filed by Patricia McNerney and Susan Gray and (II) Response to Motions to Strike Certain Declarations, and (B) The ResCap Liquidating Trust's Objection to Susan Gray and Patricia McNerney's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 9393]

**Status**:    The hearing on this matter will be going forward.

| | |
|---|---|
| **V.** | **CLAIMS OBJECTIONS** |

**6.**    ResCap Borrowers Claim Trust's Objection to Claim Nos. 4757, 4758, 4762, and 4764 Filed By Patricia McNerney and Susan Gray [Docket No. 9280]

**Related Document(s)**:

a.    Motion to Strike Declaration of David Wallace [Docket No. 9333]

b.    Motion to Strike Declaration of Sara Lathrop [Docket No. 9334]

c.    Amended Declaration of Susan M. Gray [Docket No. 9359]

**Response(s)**:

a.    Response of Patricia McNerney and Susan Gray in Opposition to ResCap Borrower Claims Trust's Objection to Claim Nos. 4757, 4578, 4762 and 4764 filed by Patricia McNerney and Susan Gray [Docket No. 9328]

**Reply**:

a.    The (A) ResCap Borrower Claims Trust's (I) Reply in Support of its Objection to Claim Numbers 4757, 4758, 4762 and 4764 Filed by Patricia McNerney and Susan Gray and (II) Response to Motions to Strike Certain Declarations, and (B) The ResCap Liquidating Trust's Objection to Susan Gray and Patricia McNerney's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 9393]

**Status**:    The hearing on this matter will be going forward.

**7.**    ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9296]

**Related Document(s)**:   None.

**Response(s)**:

**a.**    Thomas G. Cooper and Catherine D. Cooper's Response to ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9379]

**b.**    Response of Lori E. Tammaro (a/k/a Lori E. Pesce) to ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9398]

**Reply**:

**a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Allowed in Full Borrower Claim) as to Claim Nos. 2526 and 6270 [Docket No. 9396]

**Status**:   The hearing on this matter, solely as it relates to the claim filed by Mary R. Biancavilla (Claim No. 4397), will be heard on January 21, 2016. The hearing on this matter as to all other claims will be going forward.

**8.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5857 Filed by Mary McDonald, Individually, and as Personal Representative of the Estate of Anthony McDonald [Docket No. 9310]

**Related Document(s)**:   None.

**Response(s)**:   None.

**Status**:   The hearing on this matter will be going forward.

Dated: December 14, 2015  
      New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*