**Exhibit E**

DOC # 2011-0399506

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY
RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO:

GMAC c/o ACS, Inc
9401 James Avenue South, Suite 140
Minneapolis, MN 55431
ATTN: Trailing Mail

4379

AUG 05, 2011    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:    18.00
            DA:        1
PAGES:    1

File No. 7314.36929

Min No. 1002861-
MERS Phone No. 1-888-679-6377

**IMPORTANT NOTICE**
Note: After having been recorded, this Assignment should be kept with the Note and Deed of Trust hereby assigned

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to GMAC Mortgage, LLC all beneficial interest under that certain Deed of Trust dated May 16, 2006, executed by ROSALIND ALEXANDER-KASPARIK, an unmarried woman to Chicago Title Company, as Trustee; and recorded June 2, 2006, as Document No. 2006-0393460, in the Official Records of the County Recorder of San Diego County, CA.

TOGETHER with the rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part the real property described therein.

Dated: 07-18-11

Mortgage Electronic Registration Systems, Inc., ("MERS") as nominee for UNITRUST Mortgage, Inc., its successors and/or assigns

Helen Tyson
Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY

On July 18, 2011, before me, John J Castagna Notary Public, personally appeared Helen Tyson, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of PA that the foregoing paragraph is true and correct.

WITNESS, my hand and official seal

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Feb. 25, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Prepared by: Routh Crabtree Olsen, PS, 1241 E. Dyer Road, Suite 250, Santa Ana, CA 92705