**Exhibit F**

DOC # 2011-0425247

Recording requested by:
ROSALIND ALEXANDER-KASPARIK

And when recorded, mail this deed and tax statements to: ROSALIND ALEXANDER-KASPARIK
1021 SCOTT ST #149
SAN DIEGO, CA 92106

AUG 18, 2011   8:05 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:  32.00
    OC

PAGES:  4

## GRANT DEED

APN: 531-692-05-46

DOCUMENTARY TRANSFER TAX $ 0
EXEMPTION (R&T CODE): 11930
EXPLANATION: Transfer to a trust for the benefit of the Grantor/Grantee and not pursuant to a sale.

Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged,
ROSALIND ALEXANDER-KASPARIK, AN UNMARRIED WOMAN

hereby grant(s) to
MARCELLUS ALEXANDER, JR, TRUSTEE OF THE SCOTT STREET LAND TRUST

the following real property in the City of San Diego, County of San Diego, State of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

PROPERTY ADDRESS: 1021 SCOTT ST #149, SAN DIEGO, CA 92106

Date: August 17, 2011

_____
ROSALIND ALEXANDER-KASPARIK

State of California
County of San Diego

On August 18, 2011, before me, Nancy Vizcarra, Notary Public, personally appeared Rosalind Jeanette Alexander-Kasparik who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

NANCY VIZCARRA
Commission # 1836727
Notary Public - California
San Diego County
My Comm. Expires May 27, 2013

From: Internet calls   Fax: (800) 529-3909   To:   Fax: +1 (818) 260-1845   Page 8 of 10 8/18/2011 9:58
08/18/2011 09 02 FAX 8189980771   A1STORASEDOWNTOWNSD08003   002/011

# EXHIBIT A

APN: 531-692-03

A CONDOMINIUM COMPOSED OF:

PARCEL 1:

AN UNDIVIDED ONE-ONE HUNDRED TWENTY THIRD (1/123) INTEREST AS TENANT-IN-COMMON IN AND TO THE FOLLOWING DESCRIBED REAL PROPERTY:

LOT 1 OF YACHT CLUB CONDOMINIUMS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA ACCORDING TO MAP THEREOF NO. 15199 FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 12, 2005.

EXCEPTING THEREFROM THE FOLLOWING:

> ALL LIVING UNITS SHOWN UPON YACHT CLUB CONDOMINIUM PLAN RECORDED DECEMBER 23, 2005 AS FILE NO 2005-1101209, IN THE OFFICIAL RECORDS, SAN DIEGO COUNTY, CALIFORNIA ("CONDOMINIUM PLAN")
>
> THE EXCLUSIVE RIGHT TO POSSESSION OF THOSE DESIGNATED AREAS AS EXCLUSIVE USE COMMON AREA BALCONY, GARAGE AND PARKING SPACE AS SHOW UPON THE CONDOMINIUM PLAN REFERRED TO HEREINABOVE AND WHICH ARE CONVEYED BY GRANTOR TO THE PURCHASER OF ANY LIVING UNIT.

PARCEL 2:

LIVING UNIT LU-149 AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO HERINABOVE.

PARCEL 3:

THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THE THOSE PORTIONS OF THE REAL PROPERTY REFERRED TO IN PARCEL 1

From: Internet calls    Fax: (800) 529-3909    To:    Fax: +1 (818) 260-1845    Page 6 of 10 8/18/2011 9:56
08/18/2011 09:32 FAX 0193980771    A1STORAGEDOWNTOWNSD#9903    ☒ 003/011

ABOVE, DESIGNATED AS EXCLUISIVE USE COMMON AREA BALCONY, IF APPLICABLE, AS APPURTENANT TO PARCELS 1 AND 2 ABOVE DESCRIBED AND BEARING THE SAME NUMBER DESIGNATION AS THE LIVING UNIT REFERRED TO IN PARCEL 2 ABOVE.

PARCEL 4:

THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE REAL PROPERTY REFERRED TO IN PARCEL 1 ABOVE, DESIGNATED AS EXCLUSIVE USE COMMON AREA PARKING SPACE N/A, AS APPURTENANT TO PARCELS 1 AND 2 ABOVE DESCRIBED.

PARCEL 5:

THE EXCLUSIVE RIGHT TO THE USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE REAL PROPERTY REFERRED TO IN PARCEL 1 ABOVE, DESIGNATD AS EXCLUSIVE USE COMMON AREA GARAGE G-513 AS APPURTENANT TO PARCELS 1 AND 2 ABOVE DESCRIBED.

PARCEL 6:

ONE CLASS A MEMBERSHIP IN THE YACHT CLUB CONDOMINIUMS HOMEOWNERS ASSOCIATION, A CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION, HEREIN CALLED THE "ASSOCIATION".

GRANTEE IN ACCEPTING THIS GRANT DEED AND THE CONVEYANCE HEREUNDER, DOES HEREBY AGREE, JOINTLY AND SEVERALLY, FOR THE BENEFIT OF THE ASSOCIATION AND EACH AND EVERY ONE OF THE OTHER MEMBERS OF THE ASSOCIATION, THAT GRANTEE WILL PROMPTLY, FULLY AND FAITHFULLY COMPLY WITH AND CONFORM TO THE DECLARATION AND THE ARTICLES OF INCORPORATION, AND BYLAWS OF THE ASSOCIATION AND THE RULES AND REGULATIONS FROM TIME TO TIME PRESCRIBED THEREUNDER BY THE BOARD OF DIRECTORS OF SAID ASSOCIATION OR THEIR OFFICERS, AND IN PARTICULAR, GRANTEE DOES HEREBY AGREE, JOINTLY AND SEVERALLY, PROMPLTLY TO PAY IN FULL ANY DUES, FEES OR ASSESSMENTS LEVIED BY THE ASSOCIATION ON OF THE MEMBERSHIP CONVEYED HEREBY

From: Internet calls    Fax: (800) 529-3908    To:    Fax: +1 (818) 260-1845    Page 7 of 10 8/18/2011 9:58
08/18/2011 09:32 FAX 6100560771    A1STORAGEDOWNTOWNSD00003    ☐ 004/011

THE OBLIGATIONS OF GRANTEES HEREIN SET FORTH SHALL BE CONVENANTS RUNNING WITH THE ABOVE-DESCRIBED PROPERTY IT BEING UNDERSTOOD THAT SAID MEMBERSHIP IN THE ASSOCIATION AND THE OBLIGATIONS THEREOF WILL AUTOMATICALLY PASS TO GRANTEE'S SUCCESSORS IN THE TITLE IN THE ABOVE-DESCRIBED PROPERTY, WHETHER SUCH SUCCESSORS ACQUIRE TITLE BY FORECLOSURE OR OTHERWISE, AND SHALL BE BINDING UPON THE GRANTEE ABOVE NAMED, THEIR HEIRS, DEVISEES, EXECUTORS, ADMINISTRATORS, SUCCESSORS AND ASSIGNS, PROVIDED THAT GRANTEE AND THEIR SAID SUCCESSORS IN TITLE SHALL BE BOUND BY THE FOREGOING CONVENANTS ONLY AS LONG AS THEY, RESPECTIVIELY, OWN TITLE TO THE ABOVE-DESCRIBED PROPERTY.

THIS DEED IS MADE AND ACCEPTED UPON THE EASEMENTS, COVENANTS, CONDITIONS AND RESTRICTIONS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR "YACHT CLUB CONDOMINIUMS" RECORDED DECEMBER 23, 2005 AS FILE NO. 2005-1101210 IN THE OFFICIAL RECORDS OF SAN DIEGO COUNTY, CALIFORNIA, AND ANY AMENDMENTS THERETO; WHICH, BY REFERENCE ARE INCORPORATED THERIN AND HEREBY MADE A PART HEREOF BY REFERENCE AS THOUGH FULLY SET FORTH HEREIN.

NOTICE: CALIFORNIA LAW ESTABLISHES PROCEDURES THAT MUST BE FOLLOWED PRIOR TO THE FILING OF ANY ACTION RELATED TO A CLAIMED CONSTRUCTION DEFECT. THESE PROCEDURES IMPACT THE LEGAL RIGHTS OF A HOMEOWNER. THESE PROCEDURES MAY BE FOUND IN TITLE 7 PART 2 OF DIVISION 2 OF THE CALIFORNIA CIVIL CODE COMMENCING WITH §895.