**Exhibit H**

**Superior Court of California, County of San Diego - Register of Actions**

| Page | Case Number Search | Participant Name Search | Date Search |
| Unlawful Detainer Search | | Printer Friendly Version | FAQ |

Cart

# Register of Actions (ROA)

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | 37-2012-00101531-CU-BC-CTL | Date Filed: | 07/31/2012 |
| Case Title: | Alexander-Kasparik vs. Ally Bank [IMAGED] | Case Status: | Pending |
| Case Category: | Civil - Unlimited | Location: | Central |
| Case Type: | Breach of Contract/Warranty | Judicial Officer: | Ronald L. Styn |
| Case Age: | 1207 days | Department: | C-62 |

## Future Events

| Event Date | Event Time | Location | Event Type |
|---|---|---|---|
| 01/08/2016 | 11:00 AM | C-62 | OSC - Why Case Should Not be Dismissed |

1

## Participants

| Name | Role | Representation |
|---|---|---|
| Alexander-Kasparik, Rosalind | Plaintiff | Cate, Allan |
| All persons unknown claiming any legal or equitable right title estate lien or interest in the property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title Herein | Defendant | |
| Ally Bank; FKA : GMAC Mortgage | Defendant | |
| Federal Home Loan Mortgage Corporation | Defendant | GANDY, ROBERT J |

1

## Representation

| Name | Address | Phone Number |
|---|---|---|
| CATE, ALLAN | LAW OFFICE OF ALLAN O CATE 7710 Balboa Avenue 316 San Diego CA 92111 | (858) 224-5865 |
| GANDY, ROBERT J | SEVERSON & WERSON 19100 Von Karman Ave Suite 700 Irvine CA 92612 6578 | (949) 442-7110 |

## Register of Actions

**All Entries** | Filing Entries | Minutes Entries | Scheduling Entries

🔍 Enter text to search

1 2 3 4 5 6

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 137 | 11/05/2015 | Notice of Entry of Judgment filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Notice of Entry of Judgment | Add to Cart |
| 136 | 11/03/2015 | Judgment of Dismissal filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Judgment of Dismissal | Add to Cart |
| 135 | 10/23/2015 | Notice of Ruling filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Notice of Ruling on Demurrer to Third Amended Complaint | Add to Cart |
| 134 | 11/03/2015 | OSC - Why Case Should Not be Dismissed scheduled for 01/08/2016 at 11:00:00 AM at Central in C-62 Ronald L. Styn. | | Notice of Hearing SD | Add to Cart |
| 133 | 11/03/2015 | Judgment was entered as follows: Judgment entered for Ally Bank;Federal Home Loan Mortgage Corporation and against Alexander-Kasparik, Rosalind for $ 0.00, punitive damages: $ 0.00, attorney fees: $ 0.00, interest: $ 0.00, prejudgment costs: $ 0.00, other costs: $ 0.00, amount payable to court: $ .00, for a grand total of $ 0.00. | | | |
| 132 | 10/30/2015 | Notice of Entry of Judgment filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Notice of Entry of Judgment | Add to Cart |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 131 | 10/23/2015 | Minutes finalized for Demurrer / Motion to Strike heard 10/23/2015 08:30:00 AM. | | Minute Order | Add to Cart |
| 130 | 10/23/2015 | Minutes finalized for Civil Case Management Conference heard 10/23/2015 08:30:00 AM. | | Minute Order | Add to Cart |
| 129 | 10/19/2015 | Request for Dismissal with Prejudice - Party (NOT ENTERED) filed by Alexander-Kasparik, Rosalind. Refers to: Federal Home Loan Mortgage Corporation | Alexander-Kasparik, Rosalind (Plaintiff) | | |
| 128 | 10/22/2015 | Tentative Ruling for Demurrer / Motion to Strike published. | | | |
| 127 | 10/19/2015 | Case Management Statement filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | | |
| 126 | 10/02/2015 | Case Management Statement filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Case Management Statement | Add to Cart |
| 125 | 06/26/2015 | Notice of Rescheduled Hearing SD generated. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 124 | 06/26/2015 | Minutes finalized for Civil Case Management Conference heard 06/26/2015 10:00:00 AM. | | Minute Order | Add to Cart |
| 123 | 06/26/2015 | Civil Case Management Conference continued pursuant to Court's motion to 10/23/2015 at 08:30AM before Judge Ronald L. Styn. | | | |
| 120 | 06/26/2015 | Notice of Hearing filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Notice of Hearing | Add to Cart |
| 119 | 06/23/2015 | | | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | Case Management Statement filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Case Management Statement | Add to Cart |
| 118 | 06/18/2015 | Case Management Statement filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Case Management Statement | Add to Cart |
| 117 | 06/17/2015 | Order - Other ([PROPOSED] Order on Defendant's Demurrer to Plaintiff's Third Amended Complaint) submitted by Federal Home Loan Mortgage Corporation received but not filed on 06/17/2015. | Federal Home Loan Mortgage Corporation (Defendant) | Order [PROPOSED] Order on Defendant's Demurrer to Plaintiff's Third Amended Complaint | Add to Cart |
| 116 | 06/17/2015 | Request for Judicial Notice filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Request for Judicial Notice | Add to Cart |

1  2  3  4  5  6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

| | | 1 | | |

### Register of Actions

**All Entries** | **Filing Entries** | **Minutes Entries** | **Scheduling Entries**

🔍 Enter text to search

| | | 1 | 2 | 3 | 4 | 5 | 6 | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 115 | 06/17/2015 | Demurrer filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Demurrer | Add to Cart |
| 114 | 06/17/2015 | Demurrer / Motion to Strike scheduled for 10/23/2015 at 08:30:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 113 | 05/19/2015 | Notice - Other (Notice of Bankruptcy Status) filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Notice of Bankruptcy Status | Add to Cart |
| 112 | 04/27/2015 | Order - Other (on Demurrer to Plaintiff's Second Amended Complaint) filed by GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation. | GMAC Mortgage LLC (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Order on Demurrer to Plaintiff's Second Amended Complaint | Add to Cart |
| 111 | 04/03/2015 | Notice of Ruling (on Demurrer and Notice of Continuance of Case Management Conference) filed by GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation. | GMAC Mortgage LLC (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Notice of Ruling on Demurrer and Notice of Continuance of Case Management Conference | Add to Cart |
| 110 | 04/14/2015 | Proof of Service by Mail filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Proof of Service by Mail | Add to Cart |
| 109 | 04/14/2015 | Amended Complaint (Third) filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, | Third | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| | | Refers to: Ally Bank; Federal Home Loan Mortgage Corporation; All persons unknown claiming any legal or equitable right title estate lien or interest in the property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title Herein | Rosalind (Plaintiff) | | Add to Cart |
| 108 | 04/03/2015 | Minutes finalized for Demurrer / Motion to Strike heard 04/03/2015 08:30:00 AM. | | Minute Order | Add to Cart |
| 107 | 04/07/2015 | Civil Case Management Conference scheduled for 06/26/2015 at 10:00:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 106 | 04/07/2015 | The Civil Case Management Conference was rescheduled to 06/26/2015 at 10:00:00 AM in C-62 before Ronald L. Styn at Central. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 105 | 04/03/2015 | Notice of Rescheduled Hearing SD generated. | | | |
| 104 | 04/03/2015 | Minutes finalized for Civil Case Management Conference heard 04/03/2015 08:30:00 AM. | | Minute Order | Add to Cart |
| 103 | 04/03/2015 | Civil Case Management Conference continued pursuant to Court's motion to 06/26/2015 at 08:30AM before Judge Ronald L. Styn. | | | |
| 100 | 04/02/2015 | Tentative Ruling for Demurrer / Motion to Strike published. | | | |
| 99 | 03/25/2015 | Reply (in Support of Demurrer) filed by Ally Bank; Federal Home Loan Mortgage Corporation. | Ally Bank (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Reply to Opposition - Other | Add to Cart |
| 98 | 03/23/2015 | | | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | Opposition - Other (to demurrer to second amended complaint) filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Opposition - Other | Add to Cart |
| 97 | 02/13/2015 | Request for Judicial Notice filed by GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation. | GMAC Mortgage LLC (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Request for Judicial Notice | Add to Cart |
| 96 | 02/13/2015 | Demurrer (to Second Amended Complaint) filed by GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation. | GMAC Mortgage LLC (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Demurrer | Add to Cart |
| 95 | 01/22/2015 | Civil Case Management Conference scheduled for 04/03/2015 at 08:30:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |
| 94 | 01/22/2015 | The Civil Case Management Conference was rescheduled to 04/03/2015 at 08:30:00 AM in C-62 before Ronald L. Styn at Central. |  | Notice of Rescheduled Hearing SD | Add to Cart |

1  2  3  4  5  6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

| | | 1 | | |
|---|---|---|---|---|

## Register of Actions

| All Entries | Filing Entries | Minutes Entries | Scheduling Entries |
|---|---|---|---|

🔍 Enter text to search

| | | 1 | 2 | 3 | 4 | 5 | 6 | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 93 | 01/22/2015 | Demurrer / Motion to Strike scheduled for 04/03/2015 at 08:30:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 92 | 12/22/2014 | Amended Complaint (2nd) filed by Alexander-Kasparik, Rosalind. Refers to: Ally Bank | Alexander-Kasparik, Rosalind (Plaintiff) | Amended Complaint | Add to Cart |
| 91 | 12/05/2014 | Minutes finalized for Demurrer / Motion to Strike heard 12/05/2014 08:30:00 AM. | | Minute Order | Add to Cart |
| 90 | 12/05/2014 | Notice of Rescheduled Hearing SD generated. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 89 | 12/05/2014 | Minutes finalized for Civil Case Management Conference heard 12/05/2014 08:30:00 AM. | | Minute Order | Add to Cart |
| 88 | 12/05/2014 | Civil Case Management Conference continued pursuant to Court's motion to 04/03/2015 at 10:00AM before Judge Ronald L. Styn. | | | |
| 85 | 12/04/2014 | Tentative Ruling for Demurrer / Motion to Strike published. | | | |
| 84 | 12/01/2014 | Case Management Statement filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Case Management Statement | Add to Cart |
| 83 | 11/25/2014 | Opposition to Noticed Motion and Supporting Declarations filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Opposition to Noticed Motion and | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| | | | | Supporting Declarations | Add to Cart |
| 82 | 11/26/2014 | Reply to Opposition - Other filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Reply to Opposition - Other | Add to Cart |
| 81 | 11/19/2014 | Case Management Statement filed by GMAC Mortgage LLC. | GMAC Mortgage LLC (Defendant) | Case Management Statement | Add to Cart |
| 80 | 09/18/2014 | Request for Judicial Notice (IN SUPPORT OF DEMURRER TO FIRST AMENDED COMPLAINT) filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Request for Judicial Notice | Add to Cart |
| 79 | 09/18/2014 | Demurrer (NOTICE OF DEMURRER & DEMURRER TO FIRST AMENDED COMPLAINT) filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Demurrer | Add to Cart |
| 78 | 07/31/2014 | Amended Complaint (FIRST AMENDED) filed by Alexander-Kasparik, Rosalind.<br>Refers to: GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation | Alexander-Kasparik, Rosalind (Plaintiff) | Amended Complaint | Add to Cart |
| 77 | 07/31/2014 | Notice of Jury Fee Deposit filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Notice of Jury Fee Deposit | Add to Cart |
| 76 | 08/04/2014 | Notice - Other (of continuance of case management conference) | GMAC Mortgage | Notice - Other | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | filed by GMAC Mortgage LLC. | LLC (Defendant) |  | Add to Cart |
| 75 | 08/01/2014 | Minutes finalized for Demurrer / Motion to Strike heard 08/01/2014 08:45:00 AM. |  | Minute Order | Add to Cart |
| 74 | 08/01/2014 | Notice of Rescheduled Hearing SD generated. |  | Notice of Rescheduled Hearing SD | Add to Cart |
| 73 | 08/01/2014 | Minutes finalized for Civil Case Management Conference heard 08/01/2014 08:45:00 AM. |  | Minute Order | Add to Cart |
| 72 | 08/01/2014 | Civil Case Management Conference continued pursuant to Court's motion to 12/05/2014 at 08:30AM before Judge Ronald L. Styn. |  |  |  |

1  2  3  4  5  6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

| 1 |
|---|

## Register of Actions

**All Entries** | **Filing Entries** | **Minutes Entries** | **Scheduling Entries**

🔍 Enter text to search

| 1 | 2 | 3 | 4 | 5 | 6 |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 71 | 08/01/2014 | Demurrer / Motion to Strike scheduled for 12/05/2014 at 08:30AM before Judge Ronald L. Styn. | | | |
| 67 | 07/31/2014 | Demurrer / Motion to Strike scheduled for 08/01/2014 at 08:45:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 66 | 07/31/2014 | The Demurrer / Motion to Strike was rescheduled to 08/01/2014 at 08:45:00 AM in C-62 before Ronald L. Styn at Central. | | | |
| 65 | 07/31/2014 | Civil Case Management Conference scheduled for 08/01/2014 at 08:45:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 64 | 07/31/2014 | The Civil Case Management Conference was rescheduled to 08/01/2014 at 08:45:00 AM in C-62 before Ronald L. Styn at Central. | | | |
| 63 | 07/31/2014 | Tentative Ruling for Demurrer / Motion to Strike published. | | | |
| 62 | 07/24/2014 | Case Management Statement filed by Federal Home Loan Mortgage Corporation. | Federal Home Loan Mortgage Corporation (Defendant) | Case Management Statement | Add to Cart |
| 61 | 07/24/2014 | Reply to Opposition - Other filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage | Reply to Opposition - Other | Add to Cart |

12-12020-mg    Doc 9402-11    Filed 12/14/15    Entered 12/14/15 16:45:42    Decl.
Exhibit H    Pg 13 of 20                                                                    Page 3 of 4

San Diego Superior Court - Register of Actions

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| | | | LLC (Defendant) | | |
| 60 | 07/23/2014 | Case Management Statement filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Case Management Statement | Add to Cart |
| 59 | 07/21/2014 | Opposition to Noticed Motion and Supporting Declarations (to demurrer) filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Opposition to Noticed Motion and Supporting Declarations | Add to Cart |
| 58 | 05/06/2014 | Notice - Other (of Case Management Conference) filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Notice - Other | Add to Cart |
| 57 | 05/06/2014 | Request for Judicial Notice filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Request for Judicial Notice | Add to Cart |
| 56 | 05/06/2014 | Demurrer filed by Federal Home Loan Mortgage Corporation; GMAC Mortgage LLC. Refers to: Alexander-Kasparik, Rosalind | Federal Home Loan Mortgage Corporation (Defendant); GMAC Mortgage LLC (Defendant) | Demurrer | Add to Cart |
| 55 | 05/05/2014 | Civil Case Management Conference scheduled for 08/01/2014 at 08:30:00 AM at Central in C-62 Ronald L. Styn. | | Notice of Hearing SD | Add to Cart |
| 54 | 05/05/2014 | Demurrer / Motion to Strike scheduled for 08/01/2014 at 08:30:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 53 | 05/02/2014 | | | Minute Order | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | Minutes finalized for Status Conference (Civil) heard 05/02/2014 09:30:00 AM. |  |  | Add to Cart |
| 52 | 03/05/2014 | Notice - Other (Notice of Continued Status Conference) filed by GMAC Mortgage LLC. | GMAC Mortgage LLC (Defendant) | Notice - Other | Add to Cart |
| 51 | 02/28/2014 | Notice of Rescheduled Hearing SD generated. |  | Notice of Rescheduled Hearing SD | Add to Cart |
| 50 | 02/28/2014 | Minutes finalized for Status Conference (Civil) heard 02/28/2014 09:30:00 AM. |  | Minute Order | Add to Cart |
| 49 | 02/28/2014 | Status Conference (Civil) continued pursuant to Court's motion to 05/02/2014 at 09:30AM before Judge Ronald L. Styn. |  |  |  |

1 2 3 4 5 6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

| | | 1 | | |

## Register of Actions

**All Entries** | **Filing Entries** | **Minutes Entries** | **Scheduling Entries**

Enter text to search

| | | 1 | 2 | 3 | 4 | 5 | 6 | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 46 | 11/14/2013 | Notice - Other (of continued status conference) filed by GMAC Mortgage LLC. | GMAC Mortgage LLC (Defendant) | Notice - Other | Add to Cart |
| 45 | 11/07/2013 | Status Conference (Civil) scheduled for 02/28/2014 at 09:30:00 AM at Central in C-62 Ronald L. Styn. | | | |
| 44 | 11/07/2013 | The Status Conference (Civil) was rescheduled to 02/28/2014 at 09:30:00 AM in C-62 before Ronald L. Styn at Central. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 43 | 08/16/2013 | Notice of Rescheduled Hearing SD generated. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 42 | 08/16/2013 | Minutes finalized for Status Conference (Civil) heard 08/16/2013 09:30:00 AM. | | Minute Order | Add to Cart |
| 41 | 08/16/2013 | Status Conference (Civil) continued pursuant to Court's motion to 11/08/2013 at 09:30AM before Judge Ronald L. Styn. | | | |
| 38 | 04/26/2013 | Notice of Rescheduled Hearing SD generated. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 37 | 04/26/2013 | Minutes finalized for Status Conference (Civil) heard 04/26/2013 09:30:00 AM. | | Minute Order | Add to Cart |
| 36 | 04/26/2013 | Status Conference (Civil) continued pursuant to Court's motion to 08/16/2013 | | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | at 09:30AM before Judge Ronald L. Styn. |  |  |  |
| 33 | 04/26/2013 | Minutes finalized for Ex Parte heard 04/26/2013 09:30:00 AM. |  | Minute Order | Add to Cart |
| 32 | 04/25/2013 | Status Conference (Civil) scheduled for 04/26/2013 at 09:30:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |
| 31 | 04/25/2013 | The Status Conference (Civil) was rescheduled to 04/26/2013 at 09:30:00 AM in C-62 before Ronald L. Styn at Central. |  |  |  |
| 30 | 04/25/2013 | Ex Parte scheduled for 04/26/2013 at 09:30:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |
| 29 | 04/25/2013 | The Ex Parte was rescheduled to 04/26/2013 at 09:30:00 AM in C-62 before Ronald L. Styn at Central. |  |  |  |
| 28 | 04/25/2013 | Ex Parte Application - Other and Supporting Documents filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Ex Parte Application - Other and Supporting Documents | Add to Cart |
| 27 | 04/24/2013 | Ex Parte scheduled for 04/26/2013 at 11:00:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |
| 26 | 03/19/2013 | Answer submitted by Alexander-Kasparik, Rosalind rejected on 03/19/2013. | Alexander-Kasparik, Rosalind (Plaintiff) | Notice to Filing Party SD | Add to Cart |
| 25 | 03/18/2013 | ANSWER RECEIVED |  |  |  |
| 24 | 01/23/2013 | Returned Mail filed by The Superior Court of San Diego. |  | Returned Mail | Add to Cart |
| 23 | 01/16/2013 | Status Conference (Civil) scheduled for 04/26/2013 at 11:00:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |

1 2 3 4 5 6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

| | | 1 | | |

### Register of Actions

**All Entries** | **Filing Entries** | **Minutes Entries** | **Scheduling Entries**

🔍 Enter text to search

| | | 1 | 2 | 3 | 4 | 5 | 6 | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 22 | 01/16/2013 | The Status Conference (Civil) was rescheduled to 04/26/2013 at 11:00:00 AM in C-62 before Ronald L. Styn at Central. | | Notice of Rescheduled Hearing SD | Add to Cart |
| 21 | 01/16/2013 | Demurrer / Motion to Strike scheduled for 01/18/2013 at 11:00:00 AM at Central in C-62 Ronald L. Styn was vacated. | | | |
| 20 | 10/19/2012 | Status Conference (Civil) scheduled for 01/18/2013 at 11:00:00 AM at Central in C-62 Ronald L. Styn. | | Notice of Hearing SD | Add to Cart |
| 19 | 10/19/2012 | Minutes finalized for Demurrer / Motion to Strike heard 10/19/2012 08:30:00 AM. | | Minute Order | Add to Cart |
| 18 | 10/19/2012 | Demurrer / Motion to Strike continued pursuant to Court's motion to 01/18/2013 at 11:00AM before Judge Ronald L. Styn. | | | |
| 15 | 10/18/2012 | Tentative Ruling for Demurrer / Motion to Strike published. | | | |
| 14 | 10/16/2012 | Opposition to Noticed Motion and Supporting Declarations (to demurrer) filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Opposition to Noticed Motion and Supporting Declarations | Add to Cart |
| 13 | 10/15/2012 | Demurrer / Motion to Strike scheduled for 10/19/2012 at 08:30:00 AM at Central in C-62 Ronald L. Styn was vacated. | | | |
| 12 | 10/11/2012 | | | | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
|  |  | Notice of Stay of Proceedings (Participant) filed by Alexander-Kasparik, Rosalind. Refers to: GMAC Mortgage LLC | Alexander-Kasparik, Rosalind (Plaintiff) | Notice of Stay of Proceedings (Participant) | Add to Cart |
| 11 | 10/10/2012 | Notice of Stay of Proceedings (Participant) filed by GMAC Mortgage LLC. | GMAC Mortgage LLC (Defendant) | Notice of Stay of Proceedings (Participant) | Add to Cart |
| 10 | 09/26/2012 | Certificate of Service filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, Rosalind (Plaintiff) | Certificate of Service | Add to Cart |
| 9 | 09/18/2012 | Request for Judicial Notice filed by GMAC Mortgage LLC. | GMAC Mortgage LLC (Defendant) | Request for Judicial Notice | Add to Cart |
| 8 | 09/17/2012 | Demurrer filed by GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation. | GMAC Mortgage LLC (Defendant); Federal Home Loan Mortgage Corporation (Defendant) | Demurrer | Add to Cart |
| 7 | 09/17/2012 | Demurrer / Motion to Strike scheduled for 10/19/2012 at 08:30:00 AM at Central in C-62 Ronald L. Styn. |  |  |  |
| 6 | 07/31/2012 | Case initiation form printed. |  | Notice of Case Assignment SD | Add to Cart |
| 5 | 07/31/2012 | Case assigned to Judicial Officer Styn, Ronald. |  |  |  |
| 4 | 07/31/2012 | Summons issued. |  |  |  |
| 3 | 07/31/2012 | Civil Case Cover Sheet filed by Alexander-Kasparik, Rosalind. Refers to: GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation | Alexander-Kasparik, Rosalind (Plaintiff) | Civil Case Cover Sheet | Add to Cart |
| 2 | 07/31/2012 | Original Summons filed by Alexander-Kasparik, Rosalind. | Alexander-Kasparik, | Original Summons |  |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| | | Refers to: GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation | Rosalind (Plaintiff) | | Add to Cart |
| 1 | 07/31/2012 | Complaint filed by Alexander-Kasparik, Rosalind. Refers to: GMAC Mortgage LLC; Federal Home Loan Mortgage Corporation | Alexander-Kasparik, Rosalind (Plaintiff) | Complaint | Add to Cart |

1  2  3  4  5  6

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.