**Exhibit O**

ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
YARON SHAHAM (State Bar No. 217192)
ys@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC (erroneously sued as Ally Bank, fka GMAC Mortgage); and FEDERAL HOME LOAN MORTGAGE CORPORATION

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
**11/03/2015** at 01:49:00 PM
Clerk of the Superior Court
By Lee McAlister,Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO — CENTRAL DIVISION

| | |
|---|---|
| ROSALIND ALEXANDER-KASPARIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY BANK, fka GMAC MORTGAGE; FEDERAL HOME LOAN MORTGAGE CORPORATION; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE HEREIN; and DOES 1 through 99, inclusive,<br><br>Defendants. | Case No. 37-2012-00101531-CU-BC-CTL<br>Assigned for All Purposes to:<br>Hon. Ronald L. Styn<br>Dept. C-62<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL AFTER SUSTAINING DEMURRER WITHOUT LEAVE TO AMEND**<br><br>Date:    October 23, 2015<br>Time:    8:30 a.m.<br>Dept.:   C-62<br><br>Action Filed:    July 31, 2012<br>FAC Filed:       July 31, 2014<br>SAC Filed:       December 22, 2014<br>TAC Filed:       April 14, 2015<br>Trial Date:      Not Set |

21000.0173/5361211.1

[PROPOSED] JUDGMENT

On October 23, 2015, this Court sustained the Demurrer of Defendant Federal Home Loan Mortgage Corporation ("Defendant" or "Freddie Mac") to Plaintiff Rosalind Alexander-Kasparik's ("Plaintiff") Third Amended Complaint, without leave to amend. Based on that order and there being good cause therefore, IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered against Plaintiff, and in favor of Freddie Mac and GMAC Mortgage, LLC.

2. Plaintiff shall take nothing by way of her Third Amended Complaint from Freddie Mac and/or GMAC Mortgage, LLC.

DATED: __November 3__, 2015

By: _____
The Honorable Ronald L. Styn
Judge, San Diego County Superior Court

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On October 23 2015, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL AFTER SUSTAINING DEMURRER WITHOUT LEAVE TO AMEND**

on the interested parties in this action as follows:

| | |
|---|---|
| Allan Cate, Esq. | Attorney for Plaintiff |
| Cate Legal Group | Rosalind Alexander-Kasparik |
| 7710 Balboa Ave., Suite 316 | |
| San Diego, CA 92111 | Telephone: (858) 224-5865 |
| | Facsimile: (858) 228-9885 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 23 2015, at Irvine, California.

_____
Stephanie A. Crisp