**Appendix A**
**Claimants' Exhibit List**

1. 9/29/05 Deed of Trust (Longoni 15-29)
2. 9/29/05 Adjustable Rate Note, Addendum and Rider (Longoni 3-14)
3. 11/2/07 Adjustable Rate Loan Modification Agreement (GMAC 01-139 to 142)
4. 1/15/09 Letter, Longoni/Gagnon to Homecomings Financial (Longoni 168)
5. 2/20/09 GMAC Mortgage Foreclosure Referral as of 2/20/09 (RFC-001-00894 to 00900)
6. 3/10/09 Foreclosure Repayment Agreement (Longoni 160-164)
7. 3/19/09 Fax, Longoni to Stephenson (Longoni 159)
8. 3/28/09 Certified Mail to Longoni (ETS 01-008 to 013)
9. 3/28/09 Certified Mail to Longoni (ETS 01-020 to 025)
10. 3/28/09 Certified Mail to Gagnon (ETS 01-014 to 019)
11. 5/1/09 Western Union Customer Receipt (Longoni 165-167)
12. 5/26/09 Letter Homecomings to Longoni/Gagnon (RFC 01-143-144)
13. 7/16/09 Letter GMAC to Longoni/Gagnon (GMAC 01-282)
14. 7/30/09 Letter GMAC to Longoni/Gagnon (GMAC 01-284)
15. 8/9/09 Financial Analysis Form from Longoni (Longoni 171-174)
16. 8/24/09 GMAC Mortgage Transaction History (Longoni 169-170)
17. 8/25/09 5-Day Notice to Tenant to Terminate Tenancy at Will (Longoni 086)
18. 8/25/09 Contract National Real Estate Services and Longoni (Longoni 088)
19. 8/26/09 History for Account 7440353498 9 (GMAC-01-0013 to 0087???)
20. 8/28/09 Check from Longoni to BMG $1492
21. 8/29/09 Cashier's Check to BMG $2533
22. 9/1/09 Lease Agreement (Longoni 078-081)
23. 9/2/09 Notice of Unlawful Detainer (Longoni 087)
24. 9/4/09 Phone records (excerpt) (Longoni 064)
25. 9/23/09 Letter, GMAC to Gagnon (GMAC 03-086)
26. 12/16/09 Letter FedEx to Longoni (Longoni 066)
27. Various - ETS Log notes (ETS-01-0001 to 0007)
28. Various - ETS Notes (ETS-01-0100 to 0108)
29. Various - GMAC Desktop Notes (GMAC-01-0001 to 0012)
30. Various - receipts, invoices and documentation of Plaintiffs' damages (Longoni 0089-0135)
31. September: Settlement Agreement (proposed) (GMAC-03-0002 to 012)
32. October: Settlement Agreement (proposed) (GMAC-03-023 to 031)
33. 4/24/09 Modification Team Approval Matrix (GMAC 02-0192)
34. 5/21/09 The Mortgage Banking Industry Making Home Affordable Program (HMP) (GMAC-01-0118 to 0134)
35. 7/23/09 The Mortgage Banking Industry Loss Modication Modification Referral Status (GMAC-02-0135 to 0155)
36. 8/12/09 The Mortgage Banking Industry Loss Mitigation Workout Referral (GMAC-02-0109 to 117)
37. 10/09/09 Loan Modification Programs, GMAC ResCap Special Servicing (GMAC-02-0179 to 0191)
38. Modification Program Overview (GMAC-02-0193 to 0236)

39. GMAC-RFC Default Management Report Glossary, etc. (Depo Exh. 12)
40. GMAC RFC Servicer Guide (excerpts) (Depo Exh. 15)
41. 5/15/12 Affidavit of Jonathan "Nate" Stephenson
42. 5/12/15 Declaration of Jonathan "Nate" Stephenson
43. 12/14/15 Assignment from Gagnon to Longoni
44. 12/3/10 Executive Trustee Services, LLC, Responses to Interrogatories
45. 12/2/10 GMAC Mortgage LLC Responses to Interrogatories
46. 8/5/11 GMAC Mortgage LLC Amended Responses to Interrogatories
47. 2/4/11 GMAC Amended Responses to Request for Production of Documents
48. GMAC Production Log (Depo Exh. 19)
49. First Amended Notice of Deposition of GMAC
50. 10/13/09 Hancock to Longoni 3:45 PM
51. 9/29/09 Hancock to Longoni 10:14 PM
52. 9/23/09 Longoni to Hancock 4:53 PM
53. 9/23/09 Hancock to Longoni 1:48 PM
54. 9/23/09 Longoni to Hancock 4:44 PM
55. 9/21/09 Longoni to Hancock 12:46 PM
56. 9/20/09 Hancock to Longoni 12:59
57. 9/15/09 Longoni to Hancock 1:23 PM
58. 9/14/09 Nelson to Longoni 5:24 PM
59. 9/11/09 Hancock to Longoni 11:52 AM (
60. 9/11/09 Longoni to Hancock 2:21 PM
61. 9/10/09 Nelson to Longoni 4:16 PM
62. 9/10/09 Nelson to Longoni 4:11 PM
63. 9/10/09 Longoni to Nelson 3:56 PM
64. 9/10/09 Nelson to Longoni 3:57 PM
65. 9/9/09 Longoni to Nelson 12:48 PM
66. 9/9/09 Nelson to Longoni 11:58 AM
67. 9/9/09 Longoni to Nelson 11:55 AM
68. 9/9/09 Hancock to Longoni 2:46 PM
69. 9/4/09 Robey to Nelson 3:10 PM
70. 9/3/09 Nelson to Herzog 1:18 PM
71. 8/31/09 Nelson to Longoni 9:11 AM
72. 8/31/09 Longoni to Nelson 9:04 AM
73. 8/31/09 Herzog to Nelson 2:45 PM
74. 8/31/09 Nelson to Herzog 2:23 PM
75. 8/27/09 Nelson to Longoni 5:47 PM
76. 8/27/09 Longoni to Nelson 4:51 PM
77. 8/27/09 Nelson to Longoni 9:46 AM
78. 8/27/09 Longoni to Nelson 9:36 AM
79. 8/27/09 Nelson to Longoni 9:37 AM
80. 8/27/09 Outlook printout 10:00 AM
81. 8/26/09 Longoni to Nelson 10:40 AM
82. 8/26/09 Nelson to Longoni 10:30 AM
83. 8/26/09 Longoni to Nelson 10:21 AM
84. 8/26/09 Nelson to Longoni 10:14 AM

85. 8/26/09 Longoni to Nelson 10:11 AM
86. 8/26/09 Stephenson to Wills 5:01 PM
87. 8/26/09 Longoni to Stephenson 4:48 PM
88. 8/26/09 Wills to Gill 1:04 PM
89. 8/26/09 Gill to Wills 12:18 PM
90. 8/26/09 Wills to Gill 9:45 AM
91. 8/25/09 Wills to Stephenson 1:29 PM
92. 8/25/09 Stephenson to Wills 11:48 AM
93. None - Stephenson to Wills (RFC 03-142)
94. 8/25/09 Longoni to Stephenson 11:30 AM
95. 8/25/09 Longoni to Stephenson 9:30 AM
96. 8/25/09 Nelson to Longoni 12:35 PM
97. 8/24/09 Longoni to Stephenson 4:52 PM
98. 8/24/09 Longonit to Stephenson 2:52 PM
99. 8/24/09 Stephenson to Smith 2:59 PM
100. 8/24/09 Smith to Stephenson 2:46 PM
101. 8/3/09 Stephenson to Huck 2:59 PM
102. 8/3/09 Huck to Stephenson 2:58 PM
103. 8/3/09 Stephenson to Huck 2:51 PM
104. 8/3/09 Huck to Stephenson 2:31 PM
105. 8/3/09 Stephenson to Huck 2:24 PM
106. 8/3/09 Huck to Stephenson 2:22 PM
107. 8/3/09 Stephenson to Huck 11:00 AM
108. 8/3/09 Stephenson to Fulgence 3:01 PM
109. 8/3/09 Longoni to Stephenson 2:48 PM
110. 8/3/09 Stephenson to Longoni 12:45 PM
111. 8/3/09 Stephenson to Longoni 2:45 PM
112. 8/3/09 Longoni to Stephenson 2:43 PM
113. 8/3/09 Stephenson to Longoni 12:36 PM
114. 8/3/09 Stephenson to Longoni 2:36 PM
115. 8/3/09 Longoni to Stephenson 10:55AM
116. 7/9/09 Stephenson to Longoni 9:26 AM
117. 7/9/09 Longoni to Stephenson 11:21 AM
118. 7/9/09 Stephenson to Longoni 9:10 AM
119. 7/9/09 Longoni to Stephenson 10:31AM
120. 6/30/09 Stephonson to Longoni 9:41AM
121. 6/30/09 Longoni to Stephenson 11:39AM
122. 6/30/09 Stephenson to Longoni 9:30 AM
123. 6/30//09 Longoni to Stephenson 11:19 AM
124. 6/30/09 Stephenson to Longoni 9:12 AM
125. 6/30/09 Longoni to Stephenson 11:00 AM
126. 6/30/09 Stephenson to Longoni 7:08 AM
127. 6/29/09 Longoni to Stephenson 5:15 PM
128. 6/2/09 Longoni to Stephenson 12:53 PM
129. 5/27/09 Stephenson to Longoni 8:37 AM
130. 5/27/09 Stephenson to Longoni 10:37 AM

131. 5/27/09 Longoni to Stephenson 10:31 AM
132. 5/26/09 Stephenson to Longoni 11:43 AM
133. 5/26/09 Stephenson to Longoni 1:36 PM
134. 5/26/09 Longoni to Stephenson 12:36 PM
135. 5/5/09 Stephenson to Longoni 2:10 PM
136. 5/5/09 Stephenson to Longoni 4:10 PM
137. 5/5/09 Longoni to Stephenson 3:58 PM
138. 5/1/09 Longoni to Stephenson 4:40 PM
139. 5/1/09 Stephenson to Longoni 8:30 AM
140. 5/1/09 Stephenson to Longoni 10:30 AM
141. 5/1/09 Longoni to Stephenson 9:44 AM
142. 4/28/09 Stephenson to Longoni 12:18 PM
143. 4/28/09 Stephenson to Longoni 2:18PM
144. 4/28/09 Longoni to Stephenson 1:31 PM
145. 4/28/09 Stephenson to Longoni 11:20 AM
146. 4/28/09 Stephenson to Longoni 1:20 PM
147. 4/28/09 Longoni to Stephenson 1:15 PM
148. 4/28/09 Stephenson to Longoni 11:14 AM
149. 4/28/09 Stephenson to Longoni 1:14 PM
150. 4/28/09 Longoni to Stephenson 12:22 PM
151. 4/21/09 Stephenson to Longoni 2:51 PM
152. 4/21/09 Stephenson to Longoni 4:51 PM
153. 4/21/09 Longoni to Stephenson 4:39 PM
154. 4/21/09 Stephenson to Longoni 2:36 PM
155. 4/21/09 Stephenson to Longoni 4:36 PM
156. 4/21/09 Longoni to Stephenson 4:17 PM
157. 4/20/09 Longoni to Stephenson 2:22 PM
158. 4/20/09 Longoni to Stephenson 4:22 PM
159. 4/2/09 Stephenson to Longoni 11:23 AM
160. 4/2/09 Longoni to Stephenson 1:16 PM
161. 4/2/09 Stephenson to Longoni 11:09 AM
162. 4/2/09 Longoni to Stephenson 1:01 PM
163. 3/26/09 Stephenson to Gill 1:22 PM
164. 3/26/09 Gill to Stephenson 1:02 PM
165. 3/25/09 Stephenson to Gill 3:26 PM
166. 3/25/09 Gill to Stephenson 3:02 PM
167. 3/25/09 Stephenson to Gill 2:58 PM
168. 3/25/09 Gill to Stephenson 2:25 PM
169. 3/24/09 Stephenson to Gill 2:44 PM
170. 3/24/09 Stephenson to Data and Document Services Request 2:33 PM
171. 3/24/09 Gill to Stephenson 1:31 PM
172. 3/19/09 Stephenson to Gill 3:09 PM
173. 3/19/09 Balse to Stephenson 12:30 PM
174. 3/19/09 Stephenson to Balse 12:31 PM
175. 3/19/09 Balse to Stephenson 12:30 PM
176. 3/19/09 Stephenson to Gill 11:18 AM

177. Any and all exhibits needed for rebuttal and/or impeachment.
178. All documents listed by Defendants in this Pre-Trial Order not objected to.