MR. EDUARDO VALLEJO
508 N. CALIFORNIA STREET
BURBANK, CA. 91505
Tel: 1.818.415.5633

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eduardo Vallejo, an individual, | Case No.: 12-12020 |
| Plaintiff, | MOTION FOR RELEIF FROM STAY DOCUMENT NO.: 8802, AND ORDER FOR ORIGINAL DOCUMENTS DUE TO POSSIBLE FRAUDULENT ACTIVITY ON THE TITLE OF 508 NORTH CALIFORNIA STREET, BURBANK, CA 91505. |
| vs. | |
| GMAC Mortgage, LLC., et al. | |
| Defendants. | |

Now comes the Plaintiff, Eduardo Vallejo, in the above referenced case number, and case number 15G01826 pending before the Superior Court of California, Los Angeles County Superior Court, Alhambra Courthouse, and informs this Court of the following:

1. On July 21, 2015 the Plaintiff received a letter from this honourable Bankruptcy Court regarding relief from the automatic stay, but this will not be necessary at the moment since the above referenced Court in California has taken Jurisdiction over the company called Ditech Financial Llc. Which alledges to be the servicer of a Note signed originally with GMAC Mortgage LLC DBA Ditech Dot Com.

2. That since Kathy Priore, is in fact Associate Counsel of Rescap Liquidating Trust, successor to GMAC Mortgage, Llc., and has stated to the Court that the defendants filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Court in the present Court on May 14, 2012, Plaintiff requests the Court Order the defendant GMAC Mortgage LLC DBA Ditech Dot Com to produce the original document or to explain what happened to the document.

3. That on March 13, 2015, this Bankruptcy Court entered an Order Granting the Motion for Entry of an Order Establishing Procedures Enforcing Injunctive Provisions of Plan and Confirmation Order ( Docket No. 8303 ), and GMACM submitted a Notice of Bankruptcy Status to the Court in California pursuant to that order.

4. We would like to confirm that the California Court has competent Jurisdiction over the Defendant Ditech Financial LLC, and is not interfering in any way, shape, or form in an action for breach of contract and declaratory relief, with an injunction requested with in that Court, and this Bankruptcy Court of New York, once the fraud is discovered. Nor is the Court in California intruding with the Jurisdiction of this Court.

5. Since Plaintiff had never been contacted in writing by Defendants, it was impossible for Plaintiff to agree to

dismiss the Defendants from this nor any other action. As a matter of fact, Plaintiff plans on filing documents in this Bankruptcy Court and others, alleging that the Contract signed on 11/10/2004 was indeed fraudulent, and therefore null and void *ab initio*, requesting its immediate rescission and to be expunged from title, once the matter is settled in the California Court.

6. Apparently Plaintiff has been paying the wrong parties since 2004, since the contract was not signed by both parties as can presently be found in the Bankruptcy.
7. Plaintiff would like an Order to be able to file this case as a **lis pendens** on the Title of the property.
8. A copy of this document has been faxed and mailed to the Defendants on the date signed below.

Based on the above the Plaintiff begs the court to agree to Stay this request for a motion for relief from the asutomatic stay in this case until **after the case in California is finalized**, and agree to Order the Defendants to produce the **original documents**, or to explain what happened to them to be used as evidence in the pending case in California.

DATED: November 27, 2015

_____
EDUARDO VALLEJO

- 3 -
CASE NO.: 12-12020