**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD**

Upon consideration of Credit Suisse Securities (USA) LLC's Motion to Withdraw Richard Levin as counsel of record for Credit Suisse Securities (USA) LLC, it is hereby

**ORDERED,** that Richard Levin is withdrawn as counsel of record for Credit Suisse Securities (USA) LLC in the above referenced case.

**IT IS SO ORDERED.**
Dated: December 15, 2015
New York, New York

                                                      **/s/Martin Glenn**
                                                      MARTIN GLENN
                                      United States Bankruptcy Judge