**Hearing Date and Time: January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 7, 2016 at 5:00 p.m. (Prevailing Eastern Time)**
**Reply Deadline: January 14, 2016 at 5:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Benjamin W. Butterfield

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 5857 FILED BY MARY MCDONALD, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTHONY MCDONALD TO JANUARY 21, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5857 Filed by Mary McDonald, Individually, and as Personal Representative of the Estate of Anthony McDonald* [Docket No. 9310] (the "Objection"), previously scheduled to be heard on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any response by Mary McDonald to the Objection must be filed on or before **January 7, 2016 at 5:00 p.m. (Prevailing Eastern**

ny-1216130

Time).

**PLEASE TAKE FURTHER NOTICE** that the reply of the ResCap Borrower Claims Trust shall be filed on or before **January 14, 2016 at 5:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: December 16, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Benjamin W. Butterfield<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1216130