**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------

|   |   |   |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

------------------------------------------------------------------------------

**ORDER DENYING MOTION OF PATRICIA MCNERNEY AND SUSAN GRAY FOR**
**LIMITED RELIEF FROM STAY FOR A DETERMINATION ON CAUSES OF ACTION**
<u>**WITH NO COLLECTION THEREON**</u>

Upon consideration of the *Motion of Patricia McNerney and Susan Gray for Limited*

*Relief from Stay for a Determination on Causes of Action with No Collection Thereon,* filed by

Patricia McNerney and Susan Gray (ECF Doc. # 9355) (the "**Motion**"); and it appearing that this

Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the

*The (A) Rescap Borrower Claims Trust's (I) Reply In Support Of Its Objection To Claim*

*Numbers 4757, 4758, 4762, and 4764 Filed By Patricia Mcnerney and Susan Gray and (II)*

*Response To Motions To Strike Certain Declarations, and (B) The Rescap Liquidating Trust's*

*Objection To Susan Gray and Patricia Mcnerney's Motion For Relief From The Automatic Stay*

*Under 11 U.S.C. § 362* (ECF Doc. #9393); and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1.    For the reasons stated on the record at the hearing held on December 16, 2015 to

consider the Motion, the Motion is **DENIED**.

2

2.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.


**IT IS SO ORDERED.**

Dated:  December 17, 2015

        New York, New York


                    **/s/Martin Glenn**
                    MARTIN GLENN
             United States Bankruptcy Judge