# **Exhibit D**

Identifier: 0358    Doc Type: BPOP

12-12020-mg    Doc 9425-8    Filed 12/18/15    Entered 12/18/15 15:39:50    Lathrop
Decl. Exhibit D    Pg 2 of 12

**CoreLogic**

Loan #: 0358

| Address: | 3481 OAK RUN DRIVE | | LITHONIA | | GA | 30038 | Inspection Type: | Exterior |
|---|---|---|---|---|---|---|---|---|
| Borrower: | KENNETH REAVES | | . | | HFN | | APN: | 1602103015 |

### I. Order Information

| Inspection Date: | 8/19/2011 | Deal Name: | | VMA Request ID: | |
|---|---|---|---|---|---|
| Client: | GMAC | | CoreLogic | Vendor Tracking ID: | 6841507 |
| Agent Name: | BEVERLY A. WILLIS | Brokerage: | BEVERLY ANN PROPERTIES, LLC | Agent Phone: | |

### II. Subject Property Information

| Occupied: | Occupied By Unkn | Property Type: | SFD | HOA Fees | | Zoning: | Residential |
|---|---|---|---|---|---|---|---|
| Last Sold Date: | | Last Sale Price: | | Data Source: | MLS | Currently Listed: | No |
| Agent Name: | | Initial List Price: | | Initial List Date: | | Current List Price: | |
| Last Reduction Date: | | MLS #: | 00000000 | Total Repair Cost: | 0 | Est. Monthly Rent: | 700 |

**SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES:**
No external influences noted.

### III. Neighborhood Informaton

| Location Type: | Suburban | Supply/Demand: | Increasing | Price Trend: | Declining | Local Economic Trend: | Depreciating |
|---|---|---|---|---|---|---|---|
| Price Range: | 29,000 | - | 49,000 | Median Price: | 31,500 | Avg Marketing Time: | 120 |

**NEIGHBORHOOD COMMENTS:**
Established neighborhood located near all amjor amenities.

### IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3481 OAK RUN DRIVE | 4986 IVYLOG CT | 5211 OAKTREE TRL | 3897 VINE STONE DR | 3745 LONDONDERRY CT | 3377 EASTMONT LN | 3765 LONDONDERRY CT |
| | LITHONIA GA | LITHONIA GA | LITHONIA GA | LITHONIA GA | LITHONIA GA | LITHONIA GA | LITHONIA GA |
| Zip | 30038 | 30038 | 30038 | 30038 | 30038 | 30038 | 30038 |
| Data Source | MLS | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.94 | 0.43 | 0.82 | 0.82 | 0.39 | 0.86 |
| Sale price | | 39,000 | 31,500 | 44900 | | | |
| Sale Date | | 09/08/2010 | 03/10/2011 | 01/06/2011 | | | |
| Orig. List Price | | 39,000 | 49,900 | 44,900 | 39,000 | 48,400 | 29,000 |
| Cur./Final List $ | | 39,000 | 49,900 | 44,900 | 39,000 | 48,400 | 29,000 |
| DOM | | 151 | 98 | 71 | 130 | 259 | 143 |
| Lot Size | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| View | Typical | Typical | Typical | Typical | Typical | Typical | Typical |
| Design/Style | Ranch | Split/Bi-Lev | 2-St Conv | Split/Bi-Lev | Split/Bi-Lev | Split/Bi-Lev | Split/Bi-Lev |
| Type/#Units | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 |
| Age | 28 | 24 | 23 | 39 | 35 | 15 | 226 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 2,195 | 2,086 | 1,874 | 12,174 | 2,372 | 2,471 | 2,292 |
| # Rooms/Bd/Bth | 7 / 3 / 2 | 7 / 4 / 2.5 | 6 / 3 / 2.5 | 7 / 4 / 2.5 | 7 / 4 / 2.5 | 7 / 4 / 3 | 7 / 3 / 3 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % |
| Garage Type | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att |
| # Garage Stalls | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Pool/Spa | No / No | No / No | No / No | No / No | No / No | No / No | No / No |
| Other Features | Fireplace, patio | Fireplace, patio | Fireplace, patio | Fireplace, patio | Fireplace, patio | Fireplace, patio | Fireplace, patio |
| Sales Type | | REO | REO | REO | REO | REO | REO |
| HOA Fees | | 0 | 0 | 0 | 0 | 0 | 0 |

**COMPARABLE PROPERTY COMMENTS:**
- Sale 1: Similar in square feet.
- Sale 2: Inferior in square feet.
- Sale 3: Similar in square feet.
- List 1: Superior in square feet.
- List 2: Superior in square feet.
- List 3: Similar in square feet.

### V. Marketing Strategy

| | 'As-Is' Price | 'Repaired' Price | Estimated Marketing Time for Subject: | | 120 |
|---|---|---|---|---|---|
| Estimated Sale Price: | 37,050 | 37,050 | **PRICE CONCLUSION SUMMARY:** | | |
| Recommended List Price: | 41,000 | 41,000 | Subject is being maintained in accordance with the neighborhood standard. | | |

**CoreLogic**

Loan #: 0358

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | | |
| Sliding/Trim | | |
| Windows/Doors | | |
| Paint | | |
| Foundation | | |
| Garage | | |
| Landscaping | | |
| Fence | | |
| Other | | |
| **Estimated Exterior Repairs:** | | |
| Paint | | |
| Walls/Ceiling | | |
| Floors | | |
| Cabinets/Countertops | | |
| Plumbing | | |
| Electrical | | |
| Heating/AC | | |
| Appliances | | |
| Doors/Trim | | |
| Other | | |
| **Estimated Interior Repairs:** | | |
| **Total Estimated Repairs:** | | 0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| | | | | MLS | No external influences noted. |
| | | | | MLS | No external influences noted. |

## VIII. Additional Comments

**BROKER COMMENTS:**
**See Addendum**

**VENDOR COMMENTS:**
**See Addendum**

**DISCLOSURE:**
This is a comparative market analysis and not an appraisal.

Broker Signature                    Date

Neither CoreLogic nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this Broker Price Opinion. You should use good faith efforts in determining the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose.

Addendum                                                                                     6841507

Comps selected are the closest in proximity of the subject property.
QC:Proximity matches with the view map.Subject information and photo matches with the prior order.
Browsed trulia,no suitable comps found in terms of Characteristics.
_____Corelogic Value Variance Remarks_____

A recent prior order was completed on 2/3/2010 at $94,000 which is a 63.19% variance with the current order.

Market Conditions: Current fa states that the neighborhood trend is declininga nd the neighborhood price is depreciating by 0.25% per month and the prior fa states that the neighborhood trend improving and the neighborhood price is depreciating by 2% per month.
Property Characteristics: Subject sq ft,lot size, type,room count and age information matches with the prior.
Comparable Selection: Both current and prior has provided comps within a mile,except for few comps and the comps supports the subject value.
Different Product Type: NA
Repair Condition: Both current and prior has performed the bpo on exterior and there are no repairs noted.
External Influences: NA

Reviewer Conclusion:
The difference in values between the current report and the prior one appears to be the result of measured changes in local market conditions.
Current fa states: market area is facing dratically declining market values due to the high number of foreclosures in the market. the current value is based on the comps used that were most similar and accurate at the time of the review all the comps are within the market range, the market at the time does not support a higher value due to the reason that the market has declined from the prior.the market has been declining since the last bpo was done.the current value provided reflects the current market suituation.current comps support the current pricing. based on the comps provided in this report the current pricing is believed to be accurate.

Title: Senior Quality Reviewer. Comps selected are the closest in proximity of the subject property. Market area is facing dratically declining market values due to the high number of foreclosures in the market.


QC:Proximity matches with the view map.Subject information and photo matches with the prior order. Browsed trulia,no suitable comps found in terms of Characteristics.
completed on 2/3/2010 at $94,000 which is a 63.19% variance with the current order. Market Conditions: Current fa states that the neighborhood trend is declininga nd the neighborhood price is depreciating by 0.25% per month and the prior fa states that the neighborhood trend improving and the neighborhood price is depreciating by 2% per month. Property Characteristics: Subject sq ft,lot size, type,room count and age information matches with the prior. Comparable Selection: Both current and prior has provided comps within a mile,except for few comps and the comps supports the subject value. Different Product Type: NA Repair Condition: Both current and prior has performed the bpo on exterior and there are no repairs noted. External Influences: NA Reviewer Conclusion: The difference in values between the current report and the prior one appears to be the result of measured changes in local market conditions. Both BPOs are supported by the comps provided. The prior was completed over a year ago. The market has been declining since the last BPOs was complete and is reflecting REO driven. On secondary sources the trends are showing a decline in median sales price by 15.7%, and decline in Average price/sqft by 20.7%, and the number of sales has decreased by 47%. Current fa states: market area is facing dratically declining market values due to the high number of foreclosures in the market. the current value is based on the comps used that were most similar and accurate at the time of the review all the comps are within the market range, the market at the time does not support a higher value due to the reason that the market has declined from the prior.the market has been declining since the last bpo was done.the current value provided reflects the current market suituation.current comps support the current pricing. based on the comps provided in this report the current pricing is believed to be accurate. Title: Senior Quality Reviewer.



| ACCOUNT NUMBER | TRACKING NUMBER | CITY, STATE, ZIP | CoreLogic ORDER NO. |
|---|---|---|---|
| 0358 | HFN | | 6841507 |
| NAME<br>KENNETH REAVES | ADDRESS<br>3481 OAK RUN DRIVE | CITY, STATE, ZIP<br>LITHONIA, GA 30038 | |
| PHOTOS COMMENT | | | |

Subject Front



Subject House Number



Subject - Other Side



Account #:  0358    Tracking #: HFN



# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| 0358 | HFN | 6841507 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| KENNETH REAVES | 3481 OAK RUN DRIVE | LITHONIA, GA 30038 |
| PHOTOS COMMENT | | |

Street View
Street



Street View
Street



Street Sign



Account #:    0358    Tracking #: HFN



### Photos

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| 0358 | HFN | 6841507 |
| NAME: KENNETH REAVES | ADDRESS: 3481 OAK RUN DRIVE | CITY, STATE, ZIP: LITHONIA, GA 30038 |

PHOTOS COMMENT

Listing 1 (3745 LONDONDERRY CT)



Listing 1 (3745 LONDONDERRY CT)



Listing 2 (3377 EASTMONT LN)



Account #: 0358    Tracking #: HFN



### CoreLogic — Photos

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| 0358 | HFN | 6841507 |
| NAME: KENNETH REAVES | ADDRESS: 3481 OAK RUN DRIVE | CITY, STATE, ZIP: LITHONIA, GA 30038 |

PHOTOS COMMENT

Listing 2 (3377 EASTMONT LN)



Listing 3 (3765 LONDONDERRY CT)



Sold 1 (4986 IVYLOG CT)



Account #: 0358    Tracking #: HFN



**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| 0358 | HFN | 6841507 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| KENNETH REAVES | 3481 OAK RUN DRIVE | LITHONIA, GA  30038 |
| PHOTOS COMMENT | | |

Sold 1 (4986 IVYLOG CT)



Sold 2 (5211 OAKTREE TRL)



Sold 3 (3897 VINE STONE DR)



Account #: 0358    Tracking #: HFN





# Map

## Aerial View





# Map

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO |
|---|---|---|
| 0358 | HFN | 6841507 |
| NAME | ADDRESS | CITY,STATE,ZIP |
| KENNETH REAVES | 3481 OAK RUN DRIVE | LITHONIA, GA 30038 |

Road Map View



**Subject Property**

3481 OAK RUN DRIVE
LITHONIA, GA 30038

**❶ Comp. Listing 1**
3745 LONDONDERRY CT
LITHONIA, GA 30038
Dist From Subject: 0.82 Miles

**Closed Sale 1**
4986 IVYLOG CT
LITHONIA, GA 30038
Dist From Subject: 0.94 Miles

**❷ Comp. Listing 2**
3377 EASTMONT LN
LITHONIA, GA 30038
Dist From Subject: 0.39 Miles

**Closed Sale 2**
5211 OAKTREE TRL
LITHONIA, GA 30038
Dist From Subject: 0.43 Miles

**❸ Comp. Listing 3**
3765 LONDONDERRY CT
LITHONIA, GA 30038
Dist From Subject: 0.86 Miles

**Closed Sale 3**
3897 VINE STONE DR
LITHONIA, GA 30038
Dist From Subject: 0.82 Miles