**<u>Exhibit C</u>**

# PUBLISHER'S AFFIDAVIT

The Champion Newspaper  
PO Box 1347  
Decatur, GA  30031-1347

Phone: (404) 373-7779  
Fax:   (404) 371-1359

MCCURDY & CANDLER #4  
JUDY COKER, STE 700, BLDG 6  
3525 PIEDMONT RD NE  
ATLANTA GA 30305

STATE OF GEORGIA  
COUNTY OF DEKALB

Personally appeared before me, the undersigned, a Notary Public within and for said county and state, Carolyn J. Glenn, Publisher of The Champion Newspaper, published at Decatur, County of DeKalb, State of Georgia, and being the official organ for the publication of legal advertisements for said county, who being duly sworn, states on oath that the report of RESIDENTIAL, 08-00512 REAVES was published in said newspaper on the following date(s):

08/11/11, 08/18/11, 08/25/11, 09/01/11

*Carolyn Jernigan Glenn*

---
CAROLYN J. GLENN, PUBLISHER

Sworn to and subscribed before me this 12/08/15.

*Jacqueline Bryant*

---
Notary Public  
My commission expires September 22, 2018

THE OFFICIAL LEGAL ORGAN OF DEKALB COUNTY



Phase Four, Mountain Oaks Subdivision, as per plat recorded in Plat Book 94, Page 41, DeKalb County Georgia records, said plat being incorporated herein by reference thereto. The improvements thereon being known as 6861 Spradlong Oaks Drive.

Being the same lot of ground described in a deed dated 7/19/96 recorded among the land records of DeKalb County in Liber 9075 and Folio 59 was granted and conveyed by and between S.G. Torrey Atlanta, Ltd. unto Brinton R. Robinson and Jeanne M. Robinson.

Tax ID No. 18-025-01-261.

which has the property address of **6861 Spreadlong Oaks Drive, Stone Mountain, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Brinton R. Robinson and Jeanne M. Robinson and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, as all provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

Branch Banking and
Trust Company
Attorney in Fact for
Brinton R. Robinson and
Jeanne M. Robinson
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-11940
/FHLMC/mtucker

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298325 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Celinda G. Roberts to DAMLA Corporation D/B/A Alpha Mortgage Bankers** dated July 15, 1998 in the amount of $118,712.00, and recorded in Deed Book 10179, Page 746, DeKalb County, Georgia Records; as last transferred to **CitiMortgage, Inc.** by assignment; the undersigned, CitiMortgage, Inc. pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 36 of the 18th District, of DeKalb County, Georgia, and being Lot 52, Block C of Pennybrook, Unit VII-B, as per plat recorded in Plat Book 85, Page 17 of DeKalb County, Georgia Records, which plat is incorporated herein and made a part hereof by reference.

which has the property address of **619 Pennybrook Lane, Stone Mountain, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Celinda G. Roberts and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP
Attorney in Fact for
Janet E. Reeder
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-06803
/FNMA/sstojanovic

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CitiMortgage, Inc.
Attorney in Fact for
Celinda G. Roberts
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 08-18096
/FHA/sstojanovic

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298324 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Janet E. Reeder to Mortgage Electronic Registration Systems, Inc. as nominee for Southeast Mortgage of Georgia Inc., its successors and assigns** dated May 1, 2007 in the amount of $162,000.00, and recorded in Deed Book 19967, Page 149, DeKalb County, Georgia Records; as last transferred to **Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP** by assignment; the undersigned, Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lots 252 and 253 of the 12th District, Dekalb County, Georgia, being Lot 5, Block F, Unit One, Tara Woods Subdivision, according to plat recorded in Plat Book 58, Page 144, Dekalb County Records, and being more particularly described as follows: Beginning at an iron pin at the corner formed by the intersection of the Northeasterly side of Tara Woods and the Northwesterly side of Tara Creek Lane, if said corner were extended to form an angle instead of a curve; thence running Northwesterly along the Northeasterly side of Tara Woods Two Hundred (200) Feet to an iron pin at the line which divides Lots 5 and 6, said block, subdivision and plat; thence Northeasterly along the line which divides said Lots 5 and 6, One Hundred Six and Two Tenths (106.2) Feet to an iron pin at the line which divides Lots 4 and 5, said block, subdivision and plat; thence Southeasterly along the line which divides said Lots 4 and 5 One Hundred Sixty (160) Feet to an iron pin on the Northwesterly side of Tara Creek Drive; thence running Southwesterly along the Northwesterly side of Tara Creek Drive, One Hundred Twenty Five (125) Feet to an iron pin at the Point of Beginning.

which has the property address of **4666 Tara Woods Drive, Ellenwood, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Janet E. Reeder and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP
Attorney in Fact for
Janet E. Reeder
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-06803
/FNMA/sstojanovic

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298323 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Kenneth Reaves to Mortgage Electronic Registration Systems, Inc. as nominee for GMFS,LLC, its successors and assigns** dated December 27, 2005 in the amount of $103,875.00, and recorded in Deed Book 18317, Page 226, DeKalb County, Georgia Records; as last transferred to **U.S. Bank National Association as Trustee for RASC 2006KS2** by assignment; the undersigned, U.S. Bank National Association as Trustee for RASC 2006KS2 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 21, 16th District, DeKalb County, Georgia, being Lot 5, Block E, Valley Oaks, as per plat recorded in Plat Book 70, Page 120, DeKalb County Records, which plat is hereby referred to and made a part hereof by reference.

which has the property address of **3481 Oak Run Drive, Lithonia, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Wiz Homes, Inc. and Kenneth Reaves and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

U.S. Bank National Association as Trustee for RASC 2006KS2
Attorney in Fact for
Kenneth Reaves
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 08-00512
/CONV/efisher

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298322 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Devon C. Powell and Rhonda A. Watts-Powell to Mortgage Electronic Registration Systems, Inc. as nominee for Mid-Atlantic Financial Serivces, Inc.**, its successors and assigns dated October 23, 2003 in the amount of $143,770.00, and recorded in Deed Book 15515, Page 499, DeKalb County, Georgia Records; as last transferred to **CitiMortgage, Inc.** by assignment; the undersigned, CitiMortgage, Inc. pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 251, of the 11th District, DeKalb County, Georgia, and being Lot 123, Block C, Idlewood Crossing, as per plat recorded in Plat Book 121, Page 20, and rerecorded in Plat Book 121, Pages 104-109, DeKalb County, Georgia Records, which recorded plat is incorporated herein by reference for a more complete description of said property.

which has the property address of **5973 Idlewood Place, Lithonia, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Devon C. Powell and Rhonda A. Watts-Powell and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

CitiMortgage, Inc.
Attorney in Fact for
Devon C. Powell and
Rhonda A. Watts-Powell
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 10-12424
/FHA/kandrade

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298321 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Deborah L Plair to Mortgage Electronic Registration Systems, Inc. as nominee for Novastar Mortgage, Inc., its successors and assigns** dated November 18, 2005 in the amount of $102,000.00, and recorded in Deed Book 18186, Page 644 Modified in Deed Book 20332 Page 228, DeKalb County, Georgia Records; as last transferred to **The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-4** by assignment; the undersigned, The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-4 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being situate in Land Lot 43, of the 15th District, DeKalb County, Georgia, being Lot 54, Block L of Wishing Well Hills Subdivision, Unit Seven, as shown on Plat recorded in Plat Book 71, Page 50, DeKalb County, Georgia records, which plat is incorporated herein by reference for a more complete description.

which has the property address of **2296 Rolling Rock Drive , Conley, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property Bill be sold as the property of Deborah L Plair and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-4
Attorney in Fact for
Deborah L Plair
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-07073
/CONV/efisher

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298320 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Matthews Pierson and Peter Umbaugh to Custom Mortgage Services** dated November 29, 2004 in the amount of $107,300.00, and recorded in Deed Book 16868, Page 103, DeKalb County, Georgia Records; as last transferred to **HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-1** by assignment; the undersigned, HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-1 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that certain tract or parcel of land lying and being in Land Lot 167 of the 15th District, DeKalb County, Georgia, being Lot 17, Block E, addition to Glenco Manor Subdivision, as per plat recorded in Plat Book 22, Page 131, DeKalb County records, said plat by this reference being incorporated herein and made a part hereof for a more complete description.

which has the property address of **1854 S Columbia Place , Decatur, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Matthews M. Pierson and Peter Umbaugh and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-1
Attorney in Fact for
Matthews Pierson and
Peter Umbaugh
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 10-20328
/CONV/efisher

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298319 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Matthews M. Pierson and Peter Umbaugh to Bayrock Mortgage Corp.** dated November 1, 2004 in the amount of $128,350.00, and recorded in Deed Book 16808, Page 634, DeKalb County, Georgia Records; as last transferred to **Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE1** by assignment: the undersigned, Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE1 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 98 if the 15th District, DeKalb County, Georgia, being Lot 34, Block D, Foxchase Subdivision, Unit One-addition, as per plat recorded in Plat Book 76, Page 5, DeKalb County, Georgia Records, said plat is by this reference being incorporated herein and made a part hereof for a more complete description.

which has the property address of **4518 Huntsman Bend, Decatur, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Minnie Lizzie Phillips and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-2
Attorney in Fact for
Minnie Lizzie Phillips
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-12278
/CONV/efisher

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

420-298317 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Brenda D. Palmer and Ernest B. Palmer to Americas Moneyline, Inc.** dated July 25, 2005 in the amount of $118,000.00, and recorded in Deed Book 17717, Page 9, DeKalb County, Georgia Records; as last transferred to **Deutsche Bank Trust Company Americas as Indenture Trustee for the registered holders of Saxon Asset Securities Trust 2005-3 Mortgage Loan Asset Backed Notes, Series 2005-3** by assignment; the undersigned, Deutsche Bank Trust Company Americas as Indenture Trustee for the registered

420-298318 8/11,8/18,8/25,9/1DT
**NOTICE OF SALE UNDER POWER**
Georgia, DeKalb County

Because of default in the payment of the indebtedness, secured by a Security Deed executed by **Minnie Lizzie Phillips to Mortgage Electronic Registration System, Inc. as nominee for Novastar Mortgage, Inc., its successors and assigns.** dated June 20, 2005 in the amount of $60,000.00, and recorded in Deed Book 17596, Page 701, DeKalb County, Georgia Records; as last transferred to **The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-2** by assignment; the undersigned, The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust, Series 2005-2 pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in September, 2011 , during the legal hours of sale, at the Courthouse door in DeKalb County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 187 of the 15th District, DeKalb County, Georgia, being Lot 16, Block G of Altaloma Park Subdivision, as per plat recorded in Plat Book 26, Page 7, DeKalb County Records, said plat by this reference being incorporated herein and made a part hereof for a more complete description.

which has the property address of **3498 Misty Valley Road, Decatur, Georgia.**, together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Matthews M. Pierson and Peter Umbaugh and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE1
Attorney in Fact for
Matthews M. Pierson and
Peter Umbaugh
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 10-18165
/CONV/kandrade

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A