**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                                                    :    Chapter 11
                                                                                               :
RESIDENTIAL CAPITAL, LLC, *et al.*,                              :    Case No. 12-12020 (MG)
                                                                                               :
                                    Debtors.                                      :    (Jointly Administered)

---------------------------------------------------------------X


**STATEMENT OF ISSUES AND DESIGNATION OF**
**RECORD BY APPELLANT RESCAP LIQUIDATING TRUST**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

The ResCap Liquidating Trust (the "**Trust**"), as successor to Residential Funding Company, LLC, files this Designation Of Record And Statement Of Issues On Appeal pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure with respect to its appeal from the Memorandum Opinion And Order Denying The Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order (the "**Order**") entered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on November 23, 2015.

The Trust reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitation, the right to designate additional items or restate issues if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

# DESIGNATION OF RECORD

Documents Filed in Case No. 12-12020 (*In re Residential Capital, LLC, et al.*)............................1

Additional Materials .................................................................................................................2

The Trust designates each of the following documents filed in the above-captioned case for inclusion in the record on appeal:

**Documents Filed in Case No. 12-12020 (*In re Residential Capital, LLC, et al.*)**

| Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 1 | 05/23/2012 | 141 | Order Under Bankruptcy Code sections 102(1), 105(a) AND 105(d), Bankruptcy Rules 1015(c), 2002(m), 9007 And Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management And Administrative Procedures. |
| 2 | 06/12/2012 | 336 | Affidavit of Service of Melissa Loomis Regarding Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Deadlines. |
| 3 | 08/29/2012 | 1309 | Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof. |
| 4 | 09/11/2012 | 1412 | Affidavit of Service of Clarissa D. Cu Regarding Notice of Deadlines for Filing Proofs of Claim. |
| 5 | 09/28/2012 | 1660 | Amended Affidavit of Publication Re Notice of Deadlines For Filing Proofs of Claim In The Wall Street Journal And USA Today. |
| 6 | 11/07/2012 | 2093 | Order Extending Deadline for Filing Proofs of Claim. |
| 7 | 07/04/2013 | 4157 | Proposed Disclosure Statement. |
| 8 | 07/09/2013 | 4189 | Notice of Disclosure Statement Hearing. |
| 9 | 07/18/2013 | 4285 | Affidavit of Service of Clarissa D. Cu. |
| 10 | 08/23/2013 | 4814 | Notice Of Filing Of Approved Solicitation Materials In Connection With Solicitation Of The Disclosure Statement And Joint Chapter 11 Plan. |
| 11 | 09/25/2013 | 5196 | Affidavit of Service of P. Joseph Morrow IV. |
| 12 | 12/11/2013 | 6065 | Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital LLC, et al. and the Official Committee of Unsecured Creditors. |

| | | | |
|---|---|---|---|
| 13 | 12/17/2013 | 6137 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date. |
| 14 | 01/08/2014 | 6238 | Order Granting Debtors' Fifth-Third Omnibus Objection to Claims (Amended and Superseded Claims). |
| 15 | 07/31/2015 | 8947 | Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 16 | 07/31/2015 | 8948 | Declaration of Matthew R. Scheck In Support Of Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 17 | 08/31/2015 | 9078 | Objection Of Decision One Mortgage Co., LLC To Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 18 | 08/31/2015 | 9080 | Honor Bank's Objection To Motion By The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 19 | 08/31/2015 | 9082 | Objection Of PHH Mortgage Corporation To Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 20 | 08/31/2015 | 9086 | Sierra Pacific Mortgage Company, Inc.'s Objection To Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 21 | 10/01/2015 | 9213 | Omnibus Reply Brief In Support Of The ResCap Liquidating Trust's Motion For An Order Enforcing Plan Injunction And Confirmation Order. |
| 22 | 11/23/2015 | 9357 | Memorandum Opinion And Order Denying The Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order. |
| 23 | 12/07/2015 | 9390 | Notice Of Appeal Of ResCap Liquidating Trust From Order Denying Motion To Enforce Plan Injunction And Confirmation Order. |

**Additional Materials[1]**

| Designation No. | Filing Date | Description (Docket Text) |
|---|---|---|
| 24 | 12/14/2013 | *RFC v. Sierra Pacific*, No. 13-cv-3511, ECF 1 (D. Minn.) (Complaint). |

---

[1] In accordance with Local Bankruptcy Rule 8009-1, Designation Nos. 24-39 appear on the CM/ECF system and are voluminous. Thus, the Trust has not filed them in connection with this Designation of Record, but will make them available upon request.

| Designation No. | Filing Date | Description (Docket Text) |
|---|---|---|
| 25 | 05/13/2014 | *Trust v. Honor Bank*, Adv. Proc. No. 14-ap-2000, ECF 1 (Bankr. S.D.N.Y.) (Complaint). |
| 26 | 05/13/2014 | *Trust v. PHH*, Adv. Proc. No. 14-ap-2008, ECF 1 (Bankr. S.D.N.Y.) (Complaint). |
| 27 | 06/02/2014 | *RFC v. Decision One*, No. 14-cv-1737, ECF 1-1 at 3 (D. Minn.) (Complaint). |
| 28 | 08/25/2014 | *Residential Funding Company, LLC v. Decision One Mortgage Company, LLC and HSBC Finance Corporation,* 14-cv-1737, ECF No. 19 (D. Minn.) (Amended Complaint). |
| 29 | 05/23/2014 | *Residential Funding Company, LLC v. Sierra Pacific Mortgage Company, Inc.*, 13-cv-3511, ECF No. 75 (D. Minn.) (Amended Complaint). |
| 30 | 09/30/2014 | *Residential Funding Company, LLC v. Sierra Pacific Mortgage Company, Inc.*, 13-cv-3511, ECF No. 100 (D. Minn.) (Sierra Pacific Mortgage Company, Inc.'s Amended Answer To First Amended Complaint of Residential Funding Company, LLC And Counterclaims). |
| 31 | 10/14/2014 | *Residential Funding Company, LLC v. Sierra Pacific Mortgage Company, Inc.*, 13-cv-3511, ECF No. 103 (D. Minn.) (Answer Of Counterclaim Defendants Residential Funding Company, LLC And ResCap Liquidating Trust To Amended Counterclaim Of Counterclaim Plaintiff Sierra Pacific Mortgage Company, Inc.). |
| 32 | 04/17/2015 | *ResCap Liquidating Trust v. PHH Mortgage Corporation*, 14-cv-4701, ECF No. 51 (Bankr. S.D.N.Y.) (Amended Complaint). |
| 33 | 04/17/2015 | *Residential Capital, LLC et al. v. Honor Bank*, 14-cv-3942, ECF No. 52 (Bankr. S.D.N.Y.) (Amended Complaint). |
| 34 | 06/25/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 570 (D. Minn.) (Answer And Counterclaim Of Defendant Decision One Mortgage Company, LLC To Amended Complaint). |
| 35 | 06/26/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 574 (D. Minn.) (Defendant PHH Mortgage Corporation's Answer, Affirmative Defenses, And Counterclaim To The First Amended Complaint Of ResCap Liquidating Trust). |
| 36 | 07/16/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 629 (D. Minn.) (Defendant Honor Bank F/K/A The Honor State Bank Answer, Affirmative Defenses, And Counterclaim To The First Amended Complaint Of ResCap Liquidating Trust). |
| 37 | 07/21/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 652 (D. Minn.) (Order Extending Rule 12 Deadline). |
| 38 | 07/23/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 661 (D. Minn.) (Order Extending Rule 12 Deadlines). |
| 39 | 07/27/2015 | *In Re: RFC and ResCap Liquidating Trust Litigation*, 13-cv-3451, ECF No. 671 (D. Minn.) (Order Extending Rule 12 Deadline). |

| Designation No. | Filing Date | Description (Docket Text) |
|---|---|---|
| 40 | | *In re Residential Capital, LLC, et al.*, 12-12020 (Bankr. S.D.N.Y.) (Transcript of October 8, 2015 Hearing).[2] |
| 41 | | *In re GMAC Model Home Finance I, LLC*, 12-12020 (Bankr. S.D.N.Y.) (Hearing Exhibit: Proof of Claim 4452 filed on November 12, 2012 by Ronald Kravit).[3] |

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in holding that counterclaims (the "**Counterclaims**") asserted against Residential Funding Company, LLC ("**RFC**") and The ResCap Liquidating Trust, as successor to RFC (the "**Trust**"), which Counterclaims arose under prepetition contracts, were not discharged by the confirmation of RFC's Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors (the "**Plan**") and the Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors (the "**Confirmation Order**").

2. Whether the Bankruptcy Court erred in holding that the Counterclaims were not enjoined or otherwise barred by (1) the Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [ECF 1309] (the "**Bar Date Order**"); (2) the Plan; and (3) the Confirmation Order.

The Trust hereby reserves the right to supplement or amend this Statement of Issues.

---

[2] In accordance with Federal Rule of Bankruptcy Procedure 8009(b), the Trust has confirmed that the transcript of the October 8, 2015 hearing was previously ordered.

[3] A copy of Designation No. 41 is attached hereto as **Exhibit 1**.

4

| | |
|---|---|
| Dated: New York, New York<br>December 18, 2015 | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>/s/ Isaac Nesser<br>Peter E. Calamari<br>David L. Elsberg<br>Isaac Nesser<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br><br>K. John Shaffer<br>Matthew R. Scheck<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>JohnShaffer@quinnemanuel.com<br>MatthewScheck@quinnemanuel.com<br><br>CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (admitted pro hac vice)<br>Jennifer A.L. Battle<br>1540 Broadway, Suite 3710<br>New York, New York 10036<br>Telephone: (212) 837-1100<br>Facsimile: (212) 837-1108<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com<br><br>*Counsel for the ResCap Liquidating Trust* |