**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I caused the Statement of Issues and Designation of Record by Appellant Rescap Liquidating Trust Pursuant to Federal Rule of Bankruptcy Procedure 8009, and Exhibit 1 thereto, to be served by electronic mail and United States first class mail, postage prepaid, upon the following parties via their respective counsel at the following addresses:

Decision One Mortgage Company, LLC:

WILLIAMS & CONNOLLY LLP
R. Hackney Wiegmann
hwiegmann@wc.com
Matthew V. Johnson
mjohnson@wc.com
Jesse T. Smallwood
jsmallwood@wc.com
Beth A. Stewart
bstewart@wc.com
Noorudin Mahmood Ahmad
mahmad@wc.com
Kyle E. Thomason
kthomason@wc.com
David S. Blatt
dblatt@wc.com

ZELLE HOFMANN VOELBEL
  & MASON LLP
Daniel Millea
dmillea@zelle.com
Elizabeth V. Kniffen
ekniffen@zelle.com

05850-00002/7509252.1

Honor Bank f/k/a The Honor State Bank:

ALWARD FISHER RICE ROWE
  & GRAFF PLC
Susan Jill Rice
jrice@nmichlaw.com

ANASTASI JELLUM, P.A.
Garth G. Gavenda
garth@aj-law.com
T. Christopher Stewart
tchris@aj-law.com
Lindsay W. Cremona
lindsay@aj-law.com

PHH Mortgage Corp:

WROBEL SCHATZ & FOX LLP
Daniel F. Markham
dmarkham@wsfny.com

Sierra Pacific Mortgage Co., Inc.:

JENKINS KAYAYAN LLP
Jonathan M. Jenkins
jjenkins@jklitigators.com
Lara Kayayan
lkayayan@jklitigators.com
Navdeep Singh
nsingh@jklitigators.com

LAPP, LIBRA, THOMSON, STOEBNER
  & PUSCH, CHARTERED
Richard T. Thomson
rthomson@lapplibra.com
Amy L. Schwartz
aschwartz@lapplibra.com

COZEN O'CONNOR
Frederick E. Schmidt, Jr.
eschmidt@cozen.com

Wells Fargo Bank:

ALSTON & BIRD LLP
John P. Doherty
john.doherty@alston.com

UBS Real Estate Securities, Inc.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES
Alexander C. Drylewski
alexander.drylewski@skadden.com

| | |
|---|---|
| DATED: New York, New York<br>December 18, 2015 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By:  /s/ Isaac Nesser<br>Peter E. Calamari<br>David Elsberg<br>Isaac Nesser<br>Matthew Scheck<br>51 Madison Avenue, Floor 22<br>New York, NY 10010<br>Tel.:  (212) 849-7000<br>Fax:  (212) 849-7100<br>petercalamari@quinnemanuel.com<br>davidelsberg@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (admitted *pro hac vice*)<br>Jennifer A.L. Battle<br>1540 Broadway, Suite 3710<br>New York, New York 10036<br>Telephone:  (212) 837-1100<br>Facsimile:  (212) 837-1108<br>lipps@carpenterlipps.com<br>battle@carpenterlipps.com<br><br>*Counsel for the ResCap Liquidating Trust* |