UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF
## CLAIM NUMBER 2735

Bank of America, National Association, having filed Claim Number 2735 (the "Claim") in the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby, by and through its undersigned counsel, withdraws the Claim and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: December 21, 2015

MORGAN LEWIS & BOCKIUS LLP

By: _____
Susan DiCicco
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6640
Facsimile: (212) 309-6001

*Counsel for the Bank of America, National Association*

NYDOCS04/505177.3