UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF WITHDRAWAL OF
CLAIM NUMBERS 74, 75, 3873, AND 4992

Countrywide Home Loans, Inc. and Countrywide Securities Corporation having filed Claims Numbered 74, 75, 3873, and 4992 (the "Claims") in the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby, by and through their undersigned counsel, withdraw the Claims and authorize Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claims, and also authorize Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: December 21, 2015

                                                  SHEARMAN & STERLING LLP

                                                By: _____
                                                Adam S. Hakki
                                                John Gueli
                                                Ned S. Schodek
                                                Randall Martin
                                                599 Lexington Avenue
                                                New York, New York 10022-6069
                                                Telephone: (212) 848-4000
                                                Facsimile: (212) 848-7179
                                                *Counsel for Countrywide Home Loans, Inc.*
                                                *and Countrywide Securities Corporation*