# **EXHIBIT C**

Kenneth Reaves
P.O. Box 1163
Lithonia, GA 30058


Kenneth Reaves
c/o The Law Office of K.A. Foreman, PC
K.A. Foreman
PO Box 87290
College Park, GA 30337