MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 5, 2016 AT 4:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    HEARING ON ORDER TO SHOW CAUSE**:

**1.**    Order to Show Cause Why Sanctions Should Not Be Entered Against William J. Futrell and Thomas D. Margolis, Esq. [Docket No. 9386]

   **Related Document(s)**:

   **a.**    Case Management and Scheduling Order [Docket No. 9124]

   **b.**    Proposed Pretrial Order [Docket No. 9312]

   **c.**    Order Establishing Deadline for Claimant's Counsel to Confer with Borrower Trust's Counsel [Docket No. 9341]

**d.** Letter to Judge Glenn from Jordan A. Wishnew Regarding Compliance with Order Establishing Deadline for Claimant's Counsel to Confer with Borrower Trust's Counsel [Docket No. 9385]

**e.** Submission from the Claimant, William J. Futrell [Docket No. 9394]

**Response(s)**: None.

**Status**: The hearing on this matter will be going forward.

Dated: December 30, 2015  /s/ Norman S. Rosenbaum
New York, New York  Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*