**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**DESIGNATION OF RECORD BY HONOR BANK**

The Honor State Bank, now known as Honor Bank ("Honor"), files this Designation of Record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure with respect to the Debtors' appeal from the Memorandum Opinion And Order Denying The Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction And Confirmation Order ("Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on November 23, 2015.

Honor reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitation, the right to designate additional items or restate issues if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

# DESIGNATION OF RECORD

Honor designates each of the following documents filed in the above-captioned case for inclusion in the record on appeal:

**Documents Filed in Case No. 12-12020 (*In re Residential Capital, LLC, et al.*)**

| Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 1 | 08/31/2015 | 9079 | Declaration of N. Mahmood Ahmad in Support of Decision One's Objection to Motion of The Rescap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order. |
| 2 | 08/31/2015 | 9081 | Declaration of T. Chris Stewart in support of Honor Bank's Objection to Motion of The Rescap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order. |
| 3 | 08/31/2015 | 9083 | Tessa K. Somers in support of PHH Mortgage's Objection to the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order. |

Respectfully submitted,

Dated:   Stillwater, Minnesota
December 30, 2015

ANASTASI JELLUM, P.A.

/s/T. Chris Stewart
T. Chris Stewart *(pro hac vice)*
14985 60th Street North
Stillwater, MN  55082
Telephone: (651) 439-2951
Facsimile: (651) 439-1417
tchris@aj-law.com

1

ALWARD FISHER
RICE ROWE & GRAF PLC
Susan Jill Rice (*pro hac vice*)
202 East State Street. Suite 100
Traverse City, Michigan 49684
Telephone: (231) 346-5400
Facsimile: (231) 941-9679
jrice@nmichlaw.com

ATTORNEYS FOR DEFENDANT,
HONOR BANK