IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

---

In re:
RESIDENTIAL CAPITAL, L.L.C., et al.         Chapter 11
    Post-Effective Date Debtors               Administratively Consolidated

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,               Case No. 12-12020-mg
    "Successor in Interest" to the RESCAP Debtors
v.
RICHARD D. RODE
    Creditor-Beneficiary

---

WITHDRAWAL OF REQUEST DISCOVERY DISPUTE CONFERENCE
(CLAIM NOS. 5610 and 5612)

---

Richard D. Rode, by his attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, hereby advises the Court that the discovery dispute has been satisfactorily resolved.

**WHEREFORE**, Mr. Rode withdraws his request for discovery dispute resolution conference.

Dated at Madison, Wisconsin this 30th day of December, 2015.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
Facsimile: (612) 203-3170
E-mail: accesslegalservices@gmail.com
WI BAR #1017043
MN BAR #165906

## DECLARATION OF SERVICE

Wendy Alison Nora declares, under penalty of perjury pursuant to 28 U.S.C. sec. 1746, that she served the foregoing Request via CM/ECF and thereby served counsel for the proponent of the First Set of Written Discovery of the Borrower Claims Trust.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora