Allan O. Cate (CSBN: 248526)
**CATE LEGAL GROUP**
7710 Balboa Avenue, Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885

Attorney for Creditor,
Rosalind Alexander-Kasparik

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.,

　　　　Debtor.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**CLAIMANT ROSALIND ALEXANDER-KASPARIK'S OPPOSITION TO RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 3695**

　　　　Creditor/claimant, Rosalind Alexander-Kasparik ("Alexander" or "Claimant") submitted her Proof of Claim No. 3695 in this matter to have her litigated claim resolved through the claims resolution process. Pending litigation in the Superior Court for the State of California, County of San Diego, in case entitled *Rosalind Alexander-Kasparik v. Ally Bank, et al.* (SDSC Case No.: 37-2012-00101531-CU-BC-CTL)("State Court Action"), is believed to be stayed as to GMAC, LLC due to this Residential Capital, LLC bankruptcy matter. In that matter, Claimant

Alexander brought claims against GMAC for illegally and unlawfully proceeding with non-judicial foreclosure sale against her real property located at 1021 Scott Street #149, San Diego, CA 92106 ("Subject Property") on or about July 3, 2012.

In the State Court Action, on or about June 17, 2015, Defendant Federal Home Loan Mortgage Corporation for itself alone, filed a demurrer to Plaintiff's Third Amended Complaint. Defendant GMAC, LLC did not file a demurrer to Plaintiff's Third Amended Complaint, and did not join in FHLMC's demurrer. Although Plaintiff did not oppose the demurrer as to FHLMC, and the demurrer was granted, the demurrer was also granted as to GMAC (even though GMAC had not filed any demurrer).

On December 31, 2015, in the State Court Action, Alexander applied for an Order setting aside and vacting the judgment of dismissal as to GMAC Mortgage, LLC based on the erroneous entry of judgment. The Court Ordered on December 31, 2015 that the judgment of dismissal for GMAC Mortgage, LLC be vacated and set aside, and that the matter is stayed. (See Request for Judicial Notice, <u>Exhibit A</u>, Order on Plaintiff's Ex Parte Application To Set Aside Judgment).

As Rescap Borrower Claims Trust's Objection is based solely on the Judgment of Dismissal that has now been vacated and set aside, Alexander requests that its objection to her proof of claim be denied.

WHEREFORE, the Movant, Rosalind Alexander-Kasparik, respectfully requests that this Court deny Rescap Borrower Claims Trust's Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik.

Dated: January 4, 2016                Respectfully submitted,
                                      **CATE LEGAL GROUP**


                                      /s/ Allan Cate
                                      _____
                                      Allan Cate (California Bar No. 248526)
                                      CATE LEGAL GROUP

7710 Balboa Ave., Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885
Email: allan@acatelaw.com
*Attorney for Rosalind Alexander-Kasparik*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action on this 4th day of January 2016.

Attorneys for GMAC Mortgage, LLC
Robert Grandy, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

Attorneys for GMAC Mortgage, LLC
John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Attorneys for Debtors and Debtors in Possession
Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Attorneys for Rescap Borrower Claims Trust
Norman Rosenbaum
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

Counsel to the Examiner
Howard Seife

David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

Counsel for the Official Committee of Unsecured Creditors
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

United States Trustee
Tracy Hope Davis
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

/s/ Allan Cate

_____
Allan Cate