Allan O. Cate (CSBN: 248526)
**CATE LEGAL GROUP**
7710 Balboa Avenue, Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885

Attorney for Creditor,
Rosalind Alexander-Kasparik

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtor. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**CLAIMANT ROSALIND ALEXANDER-KASPARIK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 3695**

**TO THE HONORABLE JUDGE AND ALL INTERESTED PARTIES:**

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Claimant Rosalind Alexander-Kasparik requests the Court take judicial notice of the following documents submitted in support of Opposition to Rescap Borrower Claims Trust's Objection to Proof of Claim No. 3695:

1. <u>Exhibit A</u>:   True and correct copy of Order on Plaintiff's Ex Parte Application to Set Aside Judgment entered in *Alexander v. Ally Bank* (San Diego Superior Court Case No.: 37-2012-00101531-CU-BC-CTL), on December 31, 2015.

Accordingly, Claimant Rosalind Alexander-Kasparik respectfully requests that the Court take judicial notice of Exhibit A attached hereto.

Dated: January 4, 2016                    Respectfully submitted,
                                          **CATE LEGAL GROUP**

                                          /s/ Allan Cate
                                          _____
                                          Allan Cate (California Bar No. 248526)
                                          CATE LEGAL GROUP
                                          7710 Balboa Ave., Suite 316
                                          San Diego, CA 92111
                                          Tel: (858) 224-5865
                                          Fax: (858) 228-9885
                                          Email: allan@acatelaw.com
                                          *Attorney for Rosalind Alexander-Kasparik*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action on this 4th day of January 2016.

<u>Attorneys for GMAC Mortgage, LLC</u>
Robert Grandy, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

<u>Attorneys for GMAC Mortgage, LLC</u>

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Attorneys for Debtors and Debtors in Possession
Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Attorneys for Rescap Borrower Claims Trust
Norman Rosenbaum
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

Counsel for the Official Committee of Unsecured Creditors
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

United States Trustee
Tracy Hope Davis
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

/s/ Allan Cate

---
Allan Cate