# Exhibit A

FILED
Clerk of the Superior Court

DEC 3 1 2015

By: K. Mulligan, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DISTRICT

| | |
|---|---|
| ROSALIND ALEXANDER-KASPARIK, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>ALLY BANK, fka GMAC MORTGAGE; FEDERAL HOME LOAN MORTGAGE CORPORATION; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE HEREIN; and DOES 1 through 99, inclusive;<br><br>    Defendants. | Case No.: 37-2012-00101531-CU-BC-CTL<br><br>[Unlimited Civil Case]<br><br>[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO SET ASIDE JUDGMENT<br><br>Date:    December 31, 2015<br>Time:    9:00 a.m.<br>Dept.:    C-62 |

[PROPOSED] ORDER

**IT IS HEREBY ORDERED:** Judgment of Dismissal in this matter, entered on or about October 23, 2015 is hereby vacated and set aside as to Defendant GMAC Mortgage, LLC, only, and the matter is re-set on the active civil calendar. *The matter is stayed. Status conference on July 1, 2016 at 10 AM*

Dated: DEC 3 1 2015

_____
Judge of the Superior Court
RONALD L. STYN

1

[PROPOSED] ORDER