UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**DESIGNATION OF RECORD BY PHH MORTGAGE CORPORATION**

PHH Mortgage Corporation ("PHH Mortgage") files this Designation of Record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure with respect to the Debtors' appeal from the Memorandum Opinion and Order Denying the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order ("Order") entered by the United States Bankruptcy Court for the Southern District of New York on November 23, 2015.

This designation is in addition to any items designated for the record by other parties to this appeal including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.  PHH Mortgage reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitation, the right to designate additional items or restate issues if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents.  For items designated, the designation includes all documents related thereto, including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits.

PHH Mortgage designates each of the following documents filed in the above-captioned case for inclusion in the record on appeal:

**Documents Filed in Case No. 12-12020 (*In re Residential Capital, LLC, et al.*):**

| Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 1 | 12/06/2013 | 6036 | Notice of Filing of Revised Exhibit 13 (Liquidating Trust Causes of Action) and Exhibit 15 (Borrower-Related Causes of Action) Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 2 | 8/31/2015 | 9079 | Declaration of N. Mahmood Ahmad in Support of Decision One's Objection to Motion of The ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order |
| 3 | 8/31/2015 | 9081 | Declaration of T. Chris Stewart on behalf of Honor Bank |
| 4 | 8/31/2015 | 9083 | Declaration of Tessa K. Somers on behalf of PHH Mortgage Corporation |

Dated: January 4, 2016

/s/ Daniel F. Markham

Daniel F. Markham
Wrobel Schatz & Fox LLP
1040 Avenue of the Americas, 11th Floor
New York, NY 10018-3703
(212) 421-8100
(212) 421-8170
dmarkham@wsfny.com

*Counsel for PHH Mortgage Corporation*

Respectfully submitted,

/s/ Tessa K. Somers

David M. Souders (*pro hac vice*)
Tessa K. Somers (*pro hac vice*)
Weiner Brodsky Kider PC
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
(202) 628-2000
(202) 628-2011 (Fax)
souders@thewbkfirm.com
somers@thewbkfirm.com

*Counsel for PHH Mortgage Corporation*