**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors | Jointly Administered |

**DESIGNATION OF ADDITIONAL RECORD ITEMS BY DECISION ONE MORTGAGE CO., LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

Decision One Mortgage Co. LLC ("Decision One") files this Designation Of Additional Record Items pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure with respect to the ResCap Liquidating Trust's appeal from the Memorandum Opinion and Order Denying The Motion Of The ResCap Liquidating Trust For An Order Enforcing Plan Injunction and Confirmation Order entered by the United States Bankruptcy Court for the Southern District of New York on November 23, 2015.

Decision One reserves its right to designate additional items for inclusion in the record, including, without limitation, the right to designate additional items if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents. For items designated, the designation includes all documents referenced with the particular document including, without limitation, all exhibits related thereto.

Decision One designates the following additional documents filed in the above-captioned case for inclusion in the record on appeal:

| Designation No. | Filing Date | Docket No. | Description (Docket Text) |
|---|---|---|---|
| 1 | 08/30/2015 | 9079 | Declaration of N. Mahmood Ahmad In Support of Decision One's Objection to Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction and Confirmation Order and attached exhibits |
| 2 | 12/06/2013 | 6036 | Notice of Filing of Revised Exhibit 13 (Liquidating Trust Causes of Action) and Exhibit 15 (Borrower-Related Causes of Action) Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |

1

Dated: January 4, 2016         /s/ Matthew V. Johnson
                               David S. Blatt (*pro hac vice*)
                               R. Hackney Wiegmann (*pro hac vice*)
                               Matthew V. Johnson (*pro hac vice*)
                               WILLIAMS & CONNOLLY LLP
                               725 Twelfth Street, N.W.
                               Washington, DC 20005
                               Telephone:    (202) 434-5000
                               Facsimile:    (202) 434-5029
                               dblatt@wc.com
                               hwiegmann@wc.com
                               mjohnson@wc.com

                               *Counsel for Decision One Mortgage Company, LLC*