**Trial Date and Time: Adjourned to a Date to be Determined**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF TRIAL ON THE
RESCAP BORROWER CLAIMS TRUST'S SEVENTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS)
SOLELY AS IT RELATES TO THE CLAIM FILED BY MICHAEL AND
KRISTIN KARMAZYN (CLAIM NO. 2055) TO A DATE TO BE DETERMINED**

**PLEASE TAKE NOTICE** that the trial on the *ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7736] (the "Seventy-Sixth Omnibus Claims Objection"), solely as it relates to the claim filed by Michael and Kristin Karmazyn (Claim No. 2055), previously scheduled to be heard on January 5, 2016 at 9:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

ny-1217727

| | |
|---|---|
| Dated: January 4, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1217727