MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

) Case No. 12-12020 (MG)
)
) Chapter 11
)
) Jointly Administered
)

**NOTICE OF CANCELLATION OF HEARING ON ORDER TO SHOW
CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED AGAINST
WILLIAM J. FUTRELL AND THOMAS D. MARGOLIS, ESQ. SCHEDULED
FOR JANUARY 5, 2016 AT 4:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing scheduled for January 5, 2016 at 4:00 p.m. (prevailing Eastern Time) on the *Order to Show Cause Why Sanctions Should Not Be Entered Against William J. Futrell and Thomas D. Margolis, Esq.* [Docket No. 9386] has been cancelled by the Court.

Dated:  January 5, 2016
         New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1217896