**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                             CASE NO.: 12–12020–mg

  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:         CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on December 7, 2015, document number 9390, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–0034 assigned to the Honorable John G. Koeltl.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: January 5, 2016                                      Vito Genna
                                                            Clerk of the Court