# Notice Recipients

District/Off: 0208−1   User: arouzeau   Date Created: 1/5/2016
Case: 12−12020−mg   Form ID: tranapl   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Isaac Nesser   isaacnesser@quinnemanuel.com
aty   Tessa K. Somers   somers@thewbkfirm.com

TOTAL: 2