

**SHELDON MAY**
**& ASSOCIATES, P.C.**
*Now you're assured.*

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

January 7, 2016

Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of N.Y.
One Bowling Green
New York, NY 10004

        RE: Residential Capital, LLC aka Residential Capital Corporation
        Case#: 12-12020

Dear Honorable Glenn:

 I, Ted Eric May, Esq., am an attorney from Sheldon May & Associates, P.C. I represent Select Portfolio Servicing, Inc., as Servicing Agent for current assignee and holder of the Note Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc. GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5..

 Pursuant to the Order of Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens I am respectfully requesting approval to obtain Stipulated Relief from Automatic Stay in order to foreclose on the property known as 1130 E 17th Street, Oakland, CA 94606.

 I have attached a completed Senior Lien Stay Relief Questionnaire and supporting documents.

 Thank you.

                Very Truly Yours,

                /S/Ted Eric May, Esq
                By: Ted Eric May, Esq.

TEM:kl
enclosures

Corporate Headquarters: 255 Merrick Road, Rockville Centre, New York 11570
Phone: 516.763.3200 | Fax: 516.763.3243
www.MayLawFirm.Com
E-Mail: Ted.May@MayLawFirm.Com
Direct Fax: 516.394.4267