**<u>EXHIBIT 1</u>**

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

### SENIOR LIEN STAY RELIEF QUESTIONNAIRE

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief (each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on property (the "Property") in which Residential Capital, LLC, *et al.* (the "Debtors") hold a subordinate interest, and served on the parties listed below.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Address of the Property that is the subject of the Request:

   1130 E. 17Th Street
   Oakland, CA 94606

2. Name of the borrower under the Senior Mortgage:

   Adolfo Alejandro Mendez

3. Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure report reflecting such liens or interests and attached to this Questionnaire):

   By virtue of Mortgage dated 7/12/2005 in the amount of $420,000.00

4. Name and contact information of party that owns the Senior Mortgage (the "Senior Holder"):

   Select Portfolio Servicing, Inc., as Servicing agent by their attorneys Sheldon May & Assoc. Ted Eric May, ESQ. 516-763-3200; Ted.May@maylawfirm.com

1

5.    If the Requesting Party is different from the Senior Holder:

(a) Name and contact information of Requesting Party:

N/A

(b) Nature of Requesting Party's interest in the Property:

Senior Mortgage dated 7/12/2005 in the amount of $420,000.00

(c) Capacity in which the Request is made (i.e., servicer, etc.):

Secured Creditor

6.    Description of any other known liens on the Property (including the holder of such liens):

N/A

7.    Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

$390,000.00

8.    Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

$640,781.60

2

9.  Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

Default Date: 6/1/2009
Arrearages: $ 201,243.08
Last payment received: 6/1/2009

10. Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

N/A

11. Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

N/A

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best of my knowledge and belief.**

Date: 1-7-2016

Name: Ted ERIC May, ESCO

Title: Atty for Creditor

3



**UPON COMPLETION, PLEASE REMIT THIS QUESTIONNAIRE, TOGETHER WITH COPIES OF ANY SUPPORTING DOCUMENTATION, TO THE FOLLOWING PARTIES:**

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
         Michael Driscoll, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:  Norman S. Rosenbaum
         James Newton, and
         Erica J. Richards

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Any other party of which the Requesting Party
is aware that holds or claims to hold an interest
in the Property.

**EXHIBIT 2**

## MSP® Explorer: Payoff Calculation Totals (PAY4)

### 277 - S E L E C T  P O R T F O L I O  S E R V I C I N G  I N C

**Borrower Name:** MENDEZ,ADOLFO ALEJANDRO

```
PAY4                    AS-OF 01/15/16  PAYOFF CALCULATION TOTALS 12/29/15  13:25:00
NAME AA MENDEZ   CONTACT NAME ADOLFO ALEJANDRO MENDEZ
----------------------------------------------------------------------------------
PRINCIPAL BALANCE          456,072.90      ---------- RATE CHANGES ----------
INTEREST 01/15/16          109,867.27      INT FROM    RATE        AMOUNT
PRO RATA MIP/PMI                  .00      05/01/09   3.62500    104,156.20
ESCROW ADVANCE              66,727.72      09/01/15   3.75000      5,711.07
ESCROW BALANCE                   .00       01/15/16
SUSPENSE BALANCE                 .00
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                     45.00
ACCUM LATE CHARGES          4,223.34
ACCUM NSF CHARGES                .00
OTHER FEES DUE                   .00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00       TOTAL INTEREST         109,867.27
CR LIFE/ORIG FEE RBATE           .00       TOTAL TO PAYOFF        640,781.60
RECOVERABLE BALANCE         3,845.37  NUMBER OF COPIES: 1   PRESS PF1 TO PRINT

MULTIPLE IR CHANGE PERIODS CROSSED
----------------------------------------------------------------------------------
```



**RRREVIEW**
VALUE TRUST RELATIONSHIP
www.RRReview.com
866-876-5095

| Account # | | Order # | |
|---|---|---|---|
| Client | Select Portfolio Servicing, Inc. | Group ID | EG8 |
| Inspection | Exterior | Occupancy | Occupied |
| Effective Date | 12/03/2015 | County | Alameda |
| Owner | ADOLFO MENDEZ | Parcel # | 020-0215-012 |
| Address | 1130 E 17TH ST OAKLAND CA 94606 | | |
| Correction | | | |

## General Information

| Property Type | 2-4 Family | Housing Inventory | Decreasing | Tax Assessed Value | $274,945 | Neighborhood Low | $340,000 |
|---|---|---|---|---|---|---|---|
| Location | Urban | Property Values | Stable | Annual Property Tax | $7,725 | Neighborhood High | $565,000 |
| Ownership Type | Fee-simple | Land Value | $82,483 | Neighborhood Predominant | $426,666 | Typical/Distressed Marketing | 30 / 30 days |

## Listing and Sale Information

| Currently Listed | No | Current List Price | - | Last Sale Price | - | Prev. List (12 Mos.) | No |
|---|---|---|---|---|---|---|---|
| Listing Date | - | Original List Price | - | Last Sale Date | - | Prev. Sale (36 Mos.) | No |
| **Subject Comments** | Please be advised that on the subject local MLS database system that once a listing is updating to Pending, the DOM count stops. P (See Addendum) | | | | | | |

## Comparable Information

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 1130 E 17TH ST , 94606 | 1811 E 17TH ST , 94606 | 1650 21ST AVE , 94606 | 2605 PRENTISS PLACE , 94601 | 2253 E 15TH STREET , 94606 | 1523 12TH AVENUE , 94606 | 2357 E 23RD ST , 94601 |
| Proximity | | 0.42 Miles | 0.61 Miles | 1.44 Miles | 0.78 Miles | 0.11 Miles | 0.94 Miles |
| DataSource | Tax Records | MLS:40705648 | MLS:40683732 | MLS:40697938 | MLS:40711616 | MLS:40715451 | MLS:40722618 |
| HOA | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fair Market Rent | $2,300 | $2,100 | $2,200 | $1,800 | $2,400 | $2,300 | $2,200 |
| Sale Type | - | Arms Length | Arms Length | Arms Length | Arms Length | Arms Length | Arms Length |
| Orig List Price | - | $580,000 | $365,000 | $340,000 | $483,000 | $399,000 | $375,000 |
| Current List Price | - | | | | $468,000 | $399,000 | $375,000 |
| Orig List Date | - | 07/02/2015 | 01/09/2015 | 05/07/2015 | 08/14/2015 | 09/14/2015 | 11/16/2015 |
| Sale Price | - | $565,000 | $375,000 | $340,000 | - | - | - |
| Concessions | - | $0 | $0 | $0 | - | - | - |
| Sale Date | - | 09/01/2015 | 06/19/2015 | 07/09/2015 | - | - | - |
| Financing | - | Conventional | Conventional | Conventional | - | - | - |
| DOM | - | 61 | 161 | 63 | 111 | 80 | 17 |
| # of Units | 4 | 4 | 2 | 2 | 4 | 3 | 2 |
| Style | 2 Story | 2 Story | Bungalow/Cottage | 2 Story | 2 Story | 2 Story | Rambler/Ranch |
| Lot Size | 0.08 acres | 0.12 acres | 0.07 acres | 0.11 acres | 0.12 acres | 0.09 acres | 0.14 acres |
| View | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood |
| Projected Use | 2-4 Family | | | | | | |
| Condition | Average | Average | Good | Average | Average | Average | Average |
| Year Built | 1974 | 1956 | 1924 | 1947 | 1908 | 1896 | 1951 |
| Total Room Count | Rms/Bds/Full/Half 10/4/4/0 | Rms/Bds/Full/Half 8/4/4/0 | Rms/Bds/Full/Half 6/4/2/0 | Rms/Bds/Full/Half 9/3/2/0 | Rms/Bds/Full/Half 12/4/5/0 | Rms/Bds/Full/Half 10/3/3/0 | Rms/Bds/Full/Half 8/3/3/0 |
| Above Grade Sq Ft | 2040 | 2866 | 1493 | 1725 | 2128 | 2182 | 1567 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Basement Finish | - | - | - | - | - | - | - |
| Garage/Carport | 4 Off Street | 4 Carport | 2 Attached | 0 None | 0 None | 2 Off Street | 2 Attached |
| Pool/Spa | No | No | No | No | No | No | No |
| Amenities | - | - | - | - | - | - | - |
| Best Sale/List | | | | X | | X | |
| Adjustment for Differences | - | -$5,000 | -$3,000 | $10,000 | $5,000 | $10,000 | $10,000 |
| Adjusted Value | - | $560,000 | $372,000 | $350,000 | $473,000 | $409,000 | $385,000 |
| SP / GLA Per SF | $193.63 | $197.14 | $251.17 | $197.10 | $220.13 | $182.86 | $239.31 |

## Comparable Comments (See Page 3)

## Probable Sale Price

| 30 Day As Is | $390,000 | 30 Day Repaired | $390,000 |
|---|---|---|---|
| 90 - 120 Days "As Is" | $395,000 | 90 - 120 Days "Repaired" | $395,000 |
| As-Is List Price | $399,000 | Repaired List Price | $399,000 |
| Estimated Repairs | $0 | (See following page for repair details) | |

## Subject & Neighborhood Information

| | | | | |
|---|---|---|---|---|
| Zoning: | Multi-Family | Current Use: | 2-4 Family | HOA Fee: | $0 |
| Zoning Code: | 2200 | Projected Use: | 2-4 Family | HOA Amenities: | - |

| | |
|---|---|
| Neighborhood Comment | Subj is appprox w/in a .5 mile radius of transportation, schools, fwy access. Subject property is located in a rent/eviction controlled city with tenant rights, and there is also a sewer lateral ordinance compliance requirement in order to gain clearance for transfer. Zillow utilized to estimate rent information. Estimated % of REO Homes: 0%. |
| Environmental Issues | No |
| Functional or Economic Obsolescence | No |
| Positive / Negative Features | Per subj tax records, subj has 4 total units. Subj is located in a neighborhood where property use type, condition, bed and bath count, yr blt, updates and amenities vary widely. In the last 6 months, w/in .5 mile radius of subj, w/in a 30% GLA variances, there are No Listings and Only 1 sold comp. In the last 6 months, w/in a mile radius of the subj there is ONLY 1 listing and ONLY 1 sold comp. To find enough listings and sold comps to complete this report and to support subj use type, condition, GLA, and overall value the radius had to be expanded out 2 miles, had to utilized Triplex and Duplex use type, the Age/GLA/Value Range variances had to be expanded. Not able to bracket subj yr blt among the listings and sold comps. |
| Sewer | Public |
| Water | Public |

## Repairs – Exterior

| Item | Description | Estimated Cost |
|---|---|---|
| 1. Exterior Finish | - | $0 |
| 2. Painting | - | $0 |
| 3. Windows | - | $0 |
| 4. Roof | - | $0 |
| 5. Structural | - | $0 |
| 6. Landscaping | - | $0 |
| 7. Outbuildings | - | $0 |
| 8. Debris Removal | - | $0 |
| 9. Utility | - | $0 |
| 10. Other | - | $0 |
| **Grand Total for Cost of Repairs** | | **$0** |

## Quality Control Review

| Item | Quick Sale | 90 - 120 Day |
|---|---|---|
| Field "As is" Price | $390,000 | $395,000 |
| "As Is" Price Adjusted by Quality Control | - | - |
| Field "Repaired" Price | $390,000 | $395,000 |
| "Repaired" Price Adjusted by Quality Control | - | - |

### Quality Control Comment

This report has passed automated quality control criteria and photo qc review.

### Map Comments

This report has passed automated quality control criteria and map qc review.

## Purpose

The purpose of this analysis is to provide a probable sale price of the subject property. This analysis is not to be used in lieu of an appraisal for the purpose of determining whether to approve a mortgage loan. Nothing in this report should be construed as a guarantee of value or condition of the subject property. This analysis is not an appraisal and has not been performed in accordance with the Uniform Standards of Professional Appraisal Practices. This report is for the internal use of the name client listed above, and is to assist with mortgage due diligence and internal decision-making processes. It will not be used for loan origination.

## Addendum

1. **Subject Comments** - Please be advised that on the subject local MLS database system that once a listing is updating to Pending, the DOM count stops. Please be advised that if a property is Tenant Occupied, condition of property is assumed to be average. Subj is average overall for the neighborhood w/average ext paint and windows, parking available on site, parking on street. Per subj tax records, subj has 4 total units. Subj is located in a neighborhood where property use type, condition, bed and bath count, yr blt, updates and amenities vary widely. In the last 6 months, w/in a .5 mile radius of subj, w/in a 30% GLA variances, there are No Listings and Only 1 sold comp. In the last 6 months, w/in a mile radius of the subj there is ONLY 1 listing and ONLY 1 sold comp. To find enough listings and sold comps to complete this report and to support subj use type, condition, GLA, and overall value the radius had to be expanded out 2 miles, had to utilized Triplex and Duplex use type, the Age/GLA/Value Range variances had to be expanded. Subj opinion of value is based off L2 w/respect to condition, location, GLA only. The Subject opinion of value is based off Exterior Review Only with no respect to the interior upgrade condition that may heavily impact value. Zoning: Multi-Family

2. **Sale 1 Comments** - Superior: Please note the correct distance: .42 miles. Please note the DOM count: 34. LP when sold $580K. Minus $10K for superior condition. Plus $5K for inferior yr blt. Please be advised that if a property is Tenant Occupied, condition of property is assumed to be average. Fourplex, tenant occupied, carport parking, wall furnace, lino/tile/laminate flring, separate gas and electric meters, tenant pays for electric/gas/water, storage area.

3. **Sale 2 Comments** - Inferior: Please note the correct distance: .62 miles. Please note the DOM count: 28. LP when sold $365K. Plus $8k for inferior prop use type. Minus $8K for superior condition. Plus $5K for inferior yr blt. Duplex, vacant property, updated kithens and baths, storage area, hwd flring throughout, garage parking, DP windows, exterior wood siding, tar and gravel roofing, storage.

4. **Sale 3 Comments** - Inferior: Please note the correct distance: 1.4 miles. Please note the DOM count: 20. LP when sold $340K. Plus $5K for inferior prop use type. Plus $5K for inferior yr blt. Duplex, tenant occupied, wall furnace, hwd flring, lino flring, exterior stucco siding, composition shingles roofing, exterior stucco siding, tenant pays for gas and electric.

5. **Listing 1 Comments** - Superior: Please note the correct distance: .77 miles. Please note the DOM count: 28. Plus $5K for inferior yr blt. Pending, Fourplex, tenant occupied, wall furnace, laminate flrs, vinyl flrs, exterior stucco siding, wood shakes/shingles roofing, tenant pays for gas and electric.

6. **Listing 2 Comments** - Inferior: Please note the correct distance: 639 feet. Plus $5k for inferior prop use type. Plus $5K for inferior yr blt. Triplex, vacant property, per this listing MLS comments this property is "cosmetically challenged", off street parking, exterior wood siding, composition shingles roofing.

7. **Listing 3 Comments** - Inferior: Please note the correct distance: .92 miles. Please note the DOM count: 7. Plus $5K for inferior prop use type. Plus $5K for inferior yr blt. Pending, Duplex, tenant occupied, garage parking, regular/level lot, approximately w/in a mile radius of transportation/fwy access.

---

**STATEMENT OF ASSUMPTIONS AND LIMTING CONDITIONS:** This report is subject to following assumptions and limiting conditions:
1. Assumes that the title is good and marketable and will not render any opinions about the title.
2. Assumes both tax and MLS data is current and accurate.
3. The preparer is not a surveyor, he or she makes no guarantees, express or implied, regarding accuracy of the properties boundaries, nor any special designations, such as Special Flood Hazard Areas.
4. For exterior inspections, assumes that the interior is in marketable average livable condition, unless exterior conditions indicates otherwise.
5. The report notes any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject peoperty or that he or she become aware of during the research involved in performing this report. Unless otherwise stated in this report, there is no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, need repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The preparer will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the preparer is not an expert in the field of environmental hazards, this report must not be considered as as environmental assessment of the property.
6. The as "Repaired" conclusion is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

---

This document was created by an independent agent for RRReview. The following methodology was used with consideration for RRReview policies and any specific client requirements.
**Data Collection:** Public and/or private data was collected and analyzed, including but not limited to all available tax documentation and MLS data, to determine neighborhood characteristics, local market conditions, use, zoning, tax assessments, physical characteristics, transaction history and past or current listing information. Information was then gathered on six other properties that are comparable to the subject property in location, use and dominant features: three that have been recently sold and three that are currently listed for sale.
**Site Inspection:** Per the client instructions, the subject property and surrounding neighborhood were inspected and photographed. This inspection may have been of the interior and/or exterior based on the inspection type. The inspection included a review for the condition of the dwelling, improvements, and any other positive or negative features. Any known environmental issues or functional or economic obsolescence are also taken into consideration.
**Reconciliation:** The collected data was then compiled with information collected from the site inspection and compared to the information from the selected comparables. The properties were compared to the subject using the sales comparison approach, which is primarily based upon the principle of substitution. The property condition, market conditions and any other noted positive or negative influences were also considered. The analysis resulted as a single figure or a range of values, as ordered by the client.
**Reporting:** The summary of the results and the data collection, site inspection and reconciliation were provided on the appropriate report form as ordered by the client.

---

**Please note:** Certain state and federal laws may prohibit and/or restrict a real estate licensee who estimates the price/value of real property or may restrict the types of transactions for which the real estate licensee's report can be used. You may wish to confirm with your legal advisor to ensure that this report is used for an appropriate purpose, as set forth in applicable state and federal law.
**Certifications:**
The agent and/or broker has certified that they are covered by errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this report.
The agent and/or broker who executed this report has no existing or contemplated interest in the subject property.



Subject Property Front View - 1130 E 17TH ST , 94606



Subject Property Left Side View



Subject Property Right Side View



Subject Address Verification



Subject Street Scene



Subject Street Scene

**Subject Miscellaneous**



**Sale 1 Photo - 1811 E 17th St, 94606**    $565,000



**Sale 2 Photo - 1650 21st Ave, 94606**    $375,000



**Sale 3 Photo - 2605 Prentiss Place, 94601**    $340,000



**Listing 1 Photo - 2253 E 15th Street, 94606**    $468,000



**Listing 2 Photo - 1523 12th Avenue, 94606**    $399,000





Listing 3 Photo - 2357 E 23RD ST, 94601          $375,000

## Comparable Data Map



| Legend | Property | Distance | Street |
|---|---|---|---|
| X | Subject | 0 Miles | 1130 E 17TH ST , 94606 |
| 1 | Sale 1 | 0.42 Miles | 1811 E 17th St, 94606 |
| 2 | Sale 2 | 0.61 Miles | 1650 21st Ave, 94606 |
| 3 | Sale 3 | 1.44 Miles | 2605 Prentiss Place, 94601 |
| 4 | Listing 1 | 0.78 Miles | 2253 E 15th Street, 94606 |
| 5 | Listing 2 | 0.11 Miles | 1523 12th Avenue, 94606 |
| 6 | Listing 3 | 0.94 Miles | 2357 E 23RD ST, 94601 |

### Agent Information

| | |
|---|---|
| Prepared By Agent: Brandy Valdez | Agent Phone: (510) 564-9746 |
| Agent Email: bvaldez@allbayrealtyinc.com | License Number: 01835991 |
| Broker: Stephanie Hughes | Expiration Date: 2/23/2016 |
| Distance to Subject: 2.05 miles | Years Experience: 8 |
| Electronically Signed: 12/3/2015 5:05:00 PM | |

### Legal Disclaimer

Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of market value of the subject property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

© 2010 Residential RealEstate Review, Inc., all rights reserved.

12021626
03/31/2015 02:40 PM $14.00
Book - 10310 Pg - 7408-7410
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
SELECT PORTFOLIO SERVICING
PO BOX 65250
SLC UT 84165
BY: LMP, DEPUTY - WI 3 P.

## LIMITED POWER OF ATTORNEY

1.  Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee (the "Trustee") of those certain trusts set forth on the attached **Exhibit A** (each, a "Trust," and collectively, the "Trusts") under the respective Pooling and Servicing Agreements and/or Indentures and any related governing transactional and servicing agreement(s) (collectively, the "Agreements") hereby constitutes and appoints:

### SELECT PORTFOLIO SERVICING, INC.

solely in its capacity as the Subservicer for JPMorgan Chase Bank, N.A., as Servicer under the Agreements, as its true and lawful attorney-in-fact, acting by and through its authorized officers, with full authority and power to execute and deliver on behalf of the Trustee any and all of the following instruments to the extent consistent with the terms and conditions of the Agreements:

(i) all documents with respect to residential mortgage loans serviced for the Trust by the Subservicer which are customarily and reasonably necessary and appropriate for the satisfaction, cancellation, or partial or full release of any mortgages, deeds of trust, or deeds to secure debt upon payment and discharge of all sums secured thereby;

(ii) all documents and instruments necessary to conduct any (a) foreclosure, or (b) the taking of any deed in lieu of foreclosure, or (c) any judicial or non-judicial foreclosure or termination, cancellation, or rescission of any such foreclosure, or (d) any similar procedure (collectively, as applicable, a "Foreclosure");

(iii) all documents and instruments necessary in the appearance and prosecution of bankruptcy proceedings;

(iv) instruments appointing one or more substitute trustees or special purpose entities ("SPEs") to act in place of the corresponding entity named in any deed of trust;

(v) affidavits of debt, notice of default, declaration of default, notices of foreclosure, and all such contracts, agreements, deeds, and instruments as are appropriate to (a) maintain any real property acquired through Foreclosure, or (b) effect any sale, transfer, or disposition of real property acquired through Foreclosure;

(vi) all documents and instruments necessary to effect any assignment of mortgage or assignment of deed of trust; and

(vii) all other comparable instruments.

2.  This Limited Power of Attorney shall apply only to the foregoing enumerated transactions and shall be limited to the above-mentioned exercise of power. This instrument is to be construed and interpreted only as a limited power of attorney. The enumeration of specific items, rights, acts, or powers herein is not intended to, nor does it give rise to, and it should not be construed as, a general power of attorney.

3.  Third parties without actual notice may rely upon the power granted to said attorney-in-fact under this Limited Power of Attorney and may assume that, upon the exercise of such power, all conditions precedent to such exercise of power have been satisfied and this Limited Power of Attorney has not been revoked. This Limited Power of Attorney shall supersede and replace any other limited power of attorney executed by the Trustee in connection with the Agreements in favor of the Subservicer and any such other limited power of attorney shall be deemed revoked by this writing.

4.  This Limited Power of Attorney is effective as of the date below and shall remain in full force and effect until (a) revoked in writing by the Trustee, or (b) as to any specific Trust, the termination,

resignation or removal of the Trustee as trustee of such Trust, or (c) as to any specific Trust, the termination, resignation or removal of the Subservicer as a subservicer of such Trust, or (d) as to any specific Trust, the termination of the Agreement related to such Trust, whichever occurs earlier.

5. Nothing contained in this Limited Power of Attorney shall (i) limit in any manner any indemnification obligation provided by the Subservicer to the Trustee or Trust under the Agreements or any document related thereto, or (ii) be construed to grant the Subservicer the power to initiate or defend any suit, litigation, or proceeding in the name of the Trustee or Trust except as specifically provided for herein or under the Agreements.

Dated: March 25, 2015

Attest:

_____
By: Alex Humphries
Its: Assistant Secretary

Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Trust(s)

_____
By: David Diaz
Its: Vice President

Unofficial Witnesses:

_____
Darius Chesonis

_____
Daniel Williamson

STATE OF MARYLAND
COUNTY OF HOWARD                    ss:

     On the 25th day of March before me, Brandt McCammon, a Notary in and for said State, personally appeared David Diaz, known to me to be Vice President of Wells Fargo Bank, National Association, and also known to me to be the person who executed this Limited Power of Attorney on behalf of Wells Fargo Bank, N.A., as Trustee, and acknowledged to me that Wells Fargo Bank, N.A., as Trustee, executed this Limited Power of Attorney.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed my office seal the day and year written above,

_____
Notary Public: Brandt McCammon
My commission expires August 22, 2017



BRANDT D. McCAMMON
Notary Public - Maryland
City of Baltimore
My Commission Expires on
August 22, 2017

## Exhibit A

1. Bear Stearns Mortgage Funding Trust 2006-AR1

2. Bear Stearns Mortgage Funding Trust 2006-AR2

3. Bear Stearns Mortgage Funding Trust 2006-AR3

4. GreenPoint MTA Trust 2005-AR3

5. GreenPoint Mortgage Funding Trust 2005-AR4

6. GreenPoint Mortgage Funding Trust 2005-AR5

7. GreenPoint Mortgage Funding Trust 2006-AR1

8. Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2

9. Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3

10. Morgan Stanley ABS Capital I Inc. Trust 2005-HE5

RECORDING REQUESTED BY

## CHICAGO TITLE COMPANY

Recording Requested By:

GreenPoint Mortgage Funding, Inc.
*[Company Name]*

And When Recorded Mail To:

GreenPoint Mortgage Funding, Inc.
*[Company Name]*

*[Name of Natural Person]*

981 Airway Court, Suite E
*[Street Address]*

Santa Rosa, CA, 95403-2049
*[City, State Zip Code]*



2005314309    07/25/2005 08:30 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:        72.00

22  PGS



_____ *[Space Above This Line For Recording Data]* _____

# DEED OF TRUST

MIN: 100013800870926645

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)      "Security Instrument" means this document, which is dated July 12, 2005, together with all Riders to this document.

(B)      "Borrower" is Adolfo Alejandro Mendez, A Married Man
. Borrower is the trustor under this Security Instrument.

(C)      "Lender" is GreenPoint Mortgage Funding, Inc..
Lender is a Corporation organized and existing under the laws of the State of New York. Lender's address is 100 Wood Hollow Drive, Novato, CA 94945.

(D)      "Trustee" is Marin Conveyancing Corp..

(E)      "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F)      "Note" means the promissory note signed by Borrower and dated July 12, 2005. The Note states that Borrower owes Lender Four Hundred Twenty Thousand and 00/100ths Dollars (U.S. $420,000.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than August 1, 2045.

(G)      "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    MERS Modified Form 3005 01/01
—THE COMPLIANCE SOURCE, INC.                                    Page 1 of 13                                    14301CA 08/00
www.compliancesource.com                                                                              © 2005, The Compliance Source, Inc.



**(H)**    "**Loan**" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(I)**    "**Riders**" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower *[check box as applicable]*:

- ☒ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
- ☐ Balloon Rider ☐ Planned Unit Development Rider ☐ Biweekly Payment Rider
- ☒ 1-4 Family Rider ☐ Revocable Trust Rider
- ☐ Other(s) *[specify]*

**(J)**    "**Applicable Law**" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(K)**    "**Community Association Dues, Fees, and Assessments**" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(L)**    "**Electronic Funds Transfer**" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(M)**    "**Escrow Items**" means those items that are described in Section 3.

**(N)**    "**Miscellaneous Proceeds**" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O)**    "**Mortgage Insurance**" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(P)**    "**Periodic Payment**" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(Q)**    "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R)**    "**Successor in Interest of Borrower**" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
THE COMPLIANCE SOURCE, INC.—
www.compliancesource.com
Page 2 of 13

MERS Modified Form 3005 01/01
14301CA 08/00
© 2000, The Compliance Source, Inc.



## TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County of Alameda:

[Type of Recording Jurisdiction]          [Name of Recording Jurisdiction]

As more particularly described in exhibit "A" attached hereto and made a part hereof.

Assessor's Identification Number:  020-0215-012

which currently has the address of 1130 East 17th Street

[Street]

Oakland                    , California 94606                    ("Property Address"):

[City]                                    [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
1.   Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender:  (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided

sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

23. **Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

24. **Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

25. **Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____     _____ (Seal)
                                            Adolfo Alejandro Mendez    -Borrower
                                                                    *[Printed Name]*

_____     _____ (Seal)
                                                                    -Borrower
                                                                    *[Printed Name]*

                                     _____ (Seal)
                                                                    -Borrower
                                                                    *[Printed Name]*

                                     _____ (Seal)
                                                                    -Borrower
                                                                    *[Printed Name]*

_____ ___     *[Acknowledgment on Following Page]* _____

California Deed of Trust Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT        MERS Modified Form 3005 01/01
—THE COMPLIANCE SOURCE, INC.                        Page 12 of 13                        14301CA 08/00
www.compliancesource.com                                                        ©2000, The Compliance Source, Inc.

State of _Calijpania_                          §
County of _San Francisco_                      §
On _7.14.05_, before me, _Lisa Diane Renn_                          *[name and title of officer]*
personally appeared Adolfo Alejandro Mendez

~~personally known~~ to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument in person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)



## REQUEST FOR FULL RECONVEYANCE

TO TRUSTEE:

      The undersigned is the holder of the note or notes secured by this Deed of Trust, which was recorded in the office of
the Recorder of _____ County, State of California, in book _____, page _____ of official records.
Said note or notes, together with all other indebtedness secured by this Deed of Trust, have been paid in full. You are hereby
directed to cancel said note or notes and this Deed of Trust, which are delivered hereby, and to reconvey, without warranty,
all the estate now held by you under this Deed of Trust to the person or persons legally entitled thereto.

_____                Date: _____
        (Trustee)

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          MERS Modified Form 3005 01/01
  THE COMPLIANCE SOURCE, INC.—                  Page 13 of 13                          1479CA 08/00
    www.compliancesource.com                                              ©2000, The Compliance Source, Inc.

# ILLEGIBLE NOTARY SEAL DECLARATION

## (GOVERNMENT CODE 27361.7)

I declare under penalty of perjury that the notary seal on the document
to which this statement is attached, reads as follows:

NAME OF NOTARY PUBLIC: _____Lisa Diane Renn_____

COMMISSION NUMBER: _____1335600_____

NOTARY PUBLIC STATE: _____CALIFORNIA_____

                    COUNTY: _San Mateo_

MY COMM. EXPIRES: _Dec. 20 2005_
                              (DATE)

SIGNATURE OF DECLARANT: _____

PRINT NAME OF DECLARANT: _Shannon Chappell_

CITY & STATE OF EXECUTION: _____Concord, California_____

DATE SIGNED: _07, 20, 2005_

THE ABOVE INFORMATION MUST BE LEGIBLE FOR SCANNING

Order No.  - RWM

# EXHIBIT A

## LEGAL DESCRIPTION

CITY OF OAKLAND

PORTION OF BLOCK 93, HIGLEY'S MAP OF CLINTON, RECORDED IN BOOK B OF DEEDS, PAGE 537, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERN LINE OF EAST 17TH STREET DISTANT THEREON NORTHWESTERLY 125 FEET FROM THE INTERSECTION THEREOF WITH THE NORTHWESTERN LINE OF 12TH AVENUE; RUNNING THENCE NORTHWESTERLY ALONG SAID LINE OF EAST 17TH STREET, 35 FEET; THENCE AT RIGHT ANGLES NORTHEASTERLY 100 FEET; THENCE AT RIGHT ANGLES SOUTHEASTERLY 35 FEET; AND THENCE AT RIGHT ANGLES SOUTHWESTERLY 100 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NO. 020-0215-012

LEGALB 6/95 ksn

R..... LSI. Title Company

Recording requested by:
**LSI Title Company**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



2012049123    02/10/2012 12:15 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    18.00

1    PG

Space above this line for Recorder's use only

Trustee Sale No. : ⬛⬛⬛⬛    Title Order No.: ⬛⬛⬛    Loan No.⬛⬛⬛

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND ASSIGNS, hereby grants, assigns and transfers to WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 all beneficial interest under that certain Deed of Trust dated 07/12/2005; executed by ADOLFO ALEJANDRO MENDEZ, as Trustor to MARIN CONVEYANCING CORP., Trustee, and Recorded on 07/25/2005 as Instrument No. 2005314309 of Official Records in the County Recorder's office of ALAMEDA County; California. Describing land therein: AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE. - 1130 EAST 17TH STREET, OAKLAND CA, 94606 - MIN: 1000138-0087092664-5    MERS #: 1(888)679-6377
Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated
_01/24/2012_

State of    **Ohio**    }
County of    **Franklin**    }

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND ASSIGNS



Tammy L Hiland
Assistant Secretary

On **24 Jan 2012**    before me,    **Robert D Williams**    ,
Notary Public, personally appeared    Tammy L Hiland    who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____    (Seal)

My commission expires: 1/14/2017

ROBERT D WILLIAMS
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
January 14, 2017

CAASGNDOT.rpt - (07/21/2010) / Ver-19    Page 1 of 1

13

RECORDING REQUESTED BY:

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

AND WHEN RECORDED MAIL TO:

NDEx West, L.L.C.
15000 Surveyor Boulevard
Suite 500
Addison, TX 75001



COUNTY OF ALAMEDA CALIFORNIA

2012066812    02/29/2012 10:37 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    21.00

2  PGS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

The undersigned Beneficiary hereby appoints and substitutes NDEx West, L.L.C. as Trustee under the trust deed executed by ADOLFO ALEJANDRO MENDEZ, A MARRIED MAN as Trustor on July 19, 2005, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING INC., and Lender's successors and assigns is named Beneficiary and MARIN CONVEYANCING CORP. as Trustee, and recorded July 25, 2005 in Book ----, at Page ----- or Instrument No. 2005314309 in the Office of the County Recorder of Alameda County, California.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED:  February 3, 2012

BENEFICIARY

Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., solely as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5
JPMorgan Chase Bank NA as Attorney-in-fact for

BY: _____
Johanna S. Becker  Vice President


STATE OF        Ohio
COUNTY OF       Franklin

The foregoing instrument was acknowledged before me this 3 day of Feb., 20 12 by Johanna S. Becker as Vice President of JPMorgan Chase Bank, National Association.

(SEAL)


ROBERT D WILLIAMS
NOTARY PUBLIC, STATE OF OHIO

Notary Public    Robert D Williams
My Commission Expires: 1/14/2017

Per personally known _____
OR Produced Identification _____
Type of Identification Produced  Dr. La.


See Attached Declaration

NDEx West, L.L.C
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone: (866) 795-1852
Telecopier: (972) 661-7800

## DECLARATION OF MAILING
### Cal. Civ. Code § 2934a; Cal. Code of Civ. Pro. § 2015.5

**TRUSTEE'S SALE NUMBER:**    20110033501177

I, Ric Juarez, the undersigned, a United States Citizen declare that:

I am an employee, over the age of eighteen years, of

NDEx West, L.L.C.,

whose business address is:

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

A copy of the attached Substitution of Trustee has been mailed in the manner provided in California Civil Code § 2924b to the trustee then of record and to all persons to whom a copy of the notice of default is required to be mailed in compliance with all requirements of California Civil Code § 2934a.

I certify under PENALTY OF PERJURY under the Laws of the State of California that the foregoing is true and correct.

NDEx West, L.L.C.,

Ric Juarez
(Declarant)

FEB 2 7 2012

DATED





Recording requested by:
LSI Title Company

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

APN #: 020-0215-012
Property Address:
1130 EAST 17TH STREET
OAKLAND, CALIFORNIA 94606





2012136342    04/26/2012 10:57 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    27.00

4    PGS

*Space above this line for Recorder's use only*

Trustee Sale No. : ▮▮▮▮▮▮▮    Title Order No.: ▮▮▮▮▮▮▮

**IMPORTANT NOTICE**
**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER**
**DEED OF TRUST**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $111,993.57 as of 04/23/2012 and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor

FCUS_NoticeOfDefault.rpt - Record - (10/17/2011) - Ver-33                                    Page 1 of 3

See Attached Declaration

**IMPORTANT NOTICE**
**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

| Trustee Sale No. ███ | Title Order No. ███ |
|---|---|

permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**JPMORGAN CHASE BANK, N.A.**
**c/o NDEX WEST, LLC**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**
**(866) 795-1852**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN THAT: NDEX WEST, LLC is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated 07/12/2005, executed by ADOLFO ALEJANDRO MENDEZ, as Trustor, to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Beneficiary Recorded on 07/25/2005 as Instrument No. 2005314309 of official records in the Office of the Recorder of ALAMEDA County, California, as more fully described on said Deed of Trust. Including a Note(s)/ Unconditional Guaranty which had a principal amount of $420,000.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 6/1/2009 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES, IF ANY.

NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

**IMPORTANT NOTICE**
**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

| Trustee Sale No. : ██████████ | Title Order No.: ██████████ |

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: 04/23/2012

NDEX WEST, LLC as Agent for Beneficiary

By:      Christopher A. Baca

Borrower(s):        ADOLFO ALEJANDRO MENDEZ

Property Address:        1130 E 17TH ST
OAKLAND CA 94606

## DECLARATION OF COMPLIANCE
### (California Civil Code Section 2923.5(b))

The undersigned mortgagee, beneficiary or authorized agent hereby declares, under the laws of the State of California, as follows:

☐    The mortgagee, beneficiary or authorized agent has contacted the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure in compliance with Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since the borrower was contacted:

☒    The mortgagee, beneficiary or authorized agent tried with due diligence but was unable to contact the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since these due diligence efforts were completed.  The following efforts were made:

☐    The mortgagee, beneficiary or authorized agent was not required to comply with Cal. Civ. Code Section 2923.5 because:

   ☐    The real property is not owner-occupied residential real property as defined by the statute.

   ☐    The deed of trust was not recorded between January 1, 2003 and December 31, 2007.

   ☐    The borrower has surrendered the property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, trustee, beneficiary or authorized agent.

   ☐    The borrower has contracted with someone whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their loan obligations.

   ☐    The borrower has filed for bankruptcy under Chapter 7, 11, 12, or 13 of Title 11 of the United States Code, and the bankruptcy court has not entered an order closing or dismissing the bankruptcy case or granting relief from stay.

I certify under the laws of the state of California that the above is true and correct.


JP Morgan Chase Bank, National Association


Date:  03/17/2012                    By:  /s/ Heidi Scott
City/State: Jacksonville, FL                Brandi Holland-Leakwold
                                           Operation Senior Specialist



ATTACHMENT TO NOTICE OF DEFAULT

Recording requested by:
LSI Title Company

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852
APN #: 
Property Address:
1130 EAST 17TH STREET
OAKLAND, CALIFORNIA 94606



2012237593    07/25/2012 11:11 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    21.00

2  PGS

Space above this line for Recorder's use only

Trustee Sale No.:                    Title Order No.:                    FHA/VA/PMI No.:

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 07/12/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

NDEX WEST, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 07/25/2005 as Instrument No. 2005314309 of official records in the office of the County Recorder of ALAMEDA County, State of CALIFORNIA.

EXECUTED BY: ADOLFO ALEJANDRO MENDEZ,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE: 08/16/2012    TIME OF SALE: 12:00 PM
PLACE OF SALE:    AT THE FALLON STREET EMERGENCY EXIT TO THE ALAMEDA COUNTY COURTHOUSE, 1225 FALLON ST., OAKLAND CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
1130 EAST 17TH STREET, OAKLAND, CALIFORNIA 94606
APN#:    020-0215-012

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $543,083.63. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

Trustee Sale No. : ▮▮▮▮▮▮    Title Order No.: ▮▮▮▮▮    FHA/VA/PMI No.:

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 916-939-0772 for information regarding the trustee's sale or visit this Internet Web site www.nationwideposting.com for information regarding the sale of this property, using the file number assigned to this case 20110033501177. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
NATIONWIDE POSTING & PUBLICATION A DIVISION OF
FIRST AMERICAN TITLE INSURANCE COMPANY
5005 WINDPLAY DRIVE, SUITE 1
EL DORADO HILLS, CA 95762-9334
916-939-0772
www.nationwideposting.com

NDEx West, L.L.C. as Trustee

_____    Dated: 07/23/2012
BY: Ric Juarez

NDEx West, L.L.C. MAY BE ACTING AS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A
DEBT.   ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.

Recording Requested By:
JENNY BURRELL
JENNY BURRELL
Phone #: 800-331-3282

2014283188      11/24/2014 10:28 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:            28.00

2  PGS

And When Recorded Mail To:
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE , CA 91209-9071
Phone #: 800-331-3282

MERS TEL:

## ASSIGNMENT OF DEED OF TRUST



For Value Received, **Mortgage Electronic Registration Systems, Inc** ("MERS")  with an address at 1901 East Voorhees Street, Suite C, Danville, IL, 61834, as nominee for GREENPOINT MORTGAGE FUNDING, INC. , its successors and assigns, (herein "Assignor") does hereby assign and transfer unto JPMorgan Chase Bank, National Association , its successors and assigns, (herein "Assignee"), whose address is 700 Kansas Lane, MC 8000, Monroe, LA, 71203 , all its right, title and interest in and to a Deed of Trust dated 07/12/2005 and recorded on 07/25/2005 , made and executed by ADOLFO ALEJANDRO MENDEZ, A MARRIED MAN , to MARIN CONVEYANCING CORP., Trustee, upon the following described property situated in Alameda County, State of California:
Property Address: 1130 EAST 17TH STREET, OAKLAND, CA, 94606
PIN#: 020-0215-012

such Deed of Trust having been given to secure payment of Four Hundred Twenty Thousand dollars and Zero cents  ( $420,000.00 ), which Deed of Trust is of record in  No. 2005314309 in the Office of the County Recorder of Alameda County, State of California, and all rights accrued or to accrue under such Deed of Trust.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IN WITNESS WHEREOF,  the undersigned Assignor has executed this Assignment of Deed of Trust on 11/13/2014 .
Mortgage Electronic Registration Systems, Inc ("MERS")

By: _____
Jenny Burrell
Assistant Secretary

STATE OF LA , Ouachita Parish

On this day, 11/13/2014 , before me, Y.K. Wilson  a Notary Public, appeared Jenny Burrell , to me personally known, who, being by me duly sworn did say that he/she is the Assistant Secretary  of Mortgage Electronic Registration Systems, Inc ("MERS")  and that the seal affixed to said instrument is the seal of said national association and that the instrument was signed on behalf of the national association by authority of its Board of Directors or Trustees and that Jenny Burrell  acknowledged the instrument to be the free act a nd deed of the national association.

Notary  Public: Y.K. Wilson

*Y.K. Wilson*
*Notary Public #064329*
*Ouachita Parish, LA*
*Lifetime Commission*

RECORDING REQUESTED BY

**CHICAGO TITLE COMPANY**

Recording Requested By:

GreenPoint Mortgage Funding, Inc.
*[Company Name]*

And When Recorded Mail To:

GreenPoint Mortgage Funding, Inc.
*[Company Name]*

*[Name of Natural Person]*

981 Airway Court, Suite E
*[Street Address]*

Santa Rosa, CA, 95403-2049
*[City, State Zip Code]*



2005314310    07/25/2005 08:30 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    59.00

21  PGS



_____ [Space Above This Line For Recording Data] _____

MIN ▮▮▮▮▮▮▮▮▮▮

# HOME EQUITY LINE OF CREDIT DEED OF TRUST
## Secondary Lien
### (Securing Future Advances)

Borrower has established a line of credit ("Home Equity Line of Credit") with Lender as evidenced by Borrower's Home Equity Line of Credit Agreement and Promissory Note dated the same date as this Security Instrument, and all renewals, extensions, modifications, replacements and substitutions thereof (collectively, the "Agreement"). Lender has agreed to make advances to Borrower under the terms of the Agreement. Such advances shall be of a revolving nature and may be made, repaid and remade from time to time. Borrower and Lender contemplate a series of advances to be secured by this Security Instrument. The total outstanding principal balance owing at any one time under the Agreement (not including charges and collection costs which may be owing from time to time) shall not exceed Fifty Two Thousand Five Hundred and 00/100ths (U.S. $52,500.00) plus interest thereon (the "Credit Limit"). That sum is referred to in the Agreement as the Credit Limit. The entire indebtedness under the Agreement, if not paid earlier, is due and payable on July 15, 2020 or on such later date as may be permitted by Lender in writing, or at such earlier date in the event such indebtedness is accelerated in accordance with the terms of the Agreement and/or this Security Instrument.

## DEFINITIONS

Words used in multiple sections of this Security Instrument are defined below and other words are defined in Sections 3, 10, 12, 17, 19, and 20. Certain rules regarding the usage of words used in this Security Instrument are also provided in Section 15.

**(A)    "Security Instrument"** means this Home Equity Line of Credit Deed of Trust, which is dated July 12, 2005, together with all Riders to this document.

**(B)    "Borrower"** is Adolfo Alejandro Mendez, A Married Man
Borrower is the trustor under this Security Instrument.

California Home Equity Line of Credit Deed of Trust – Secondary Lien MERS Modified
—THE COMPLIANCE SOURCE, INC.—    Page 1 of 14    MPECA 0041
www.compliancesource.com    ©2002, The Compliance Source, Inc.



**(C)**    **"Lender"** is **GreenPoint Mortgage Funding, Inc.**.
Lender is a **Corporation** organized and existing under the laws of the State of **New York**. Lender's address is **100 Wood Hollow Drive, Novato, CA 94945**.

**(D)**    **"Trustee"** is **Marin Conveyancing Corp.**.

**(E)**    **"MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

**(F)**    **"Agreement"** means the Home Equity Line of Credit Agreement and Promissory Note signed by Borrower and dated July 12, 2005. The Agreement states Lender has agreed to make advances to Borrower under the terms of the Agreement, such advances to be of a revolving nature. The total outstanding principal balance owing at any one time under the Agreement (not including charges and collection costs which may be owing from time to time under the Agreement) not to exceed the Credit Limit of **Fifty Two Thousand Five Hundred and 00/100ths Dollars (U.S. $52,500.00)** plus interest. Borrower has promised to pay the total outstanding balance in Periodic Payments and to pay the entire debt in full not later than July 15, 2020.

**(G)**    **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(H)**    **"Account"** means the debt evidenced by the Agreement, plus interest, any other charges due under the Agreement, and all sums due under this Security Instrument, plus interest.

**(I)**    **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | | |
|---|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ Home Improvement Rider | ☐ Revocable Trust Rider | |
| ☒ Other(s) [specify] 1-4 Family Rider | | |

**(J)**    **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(K)**    **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(L)**    **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(M)**    **"Escrow Items"** means those items that are described in Section 3.

**(N)**    **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of,



the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O)** **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Agreement and the Account.

**(P)** **"Periodic Payment"** means the amount due from Borrower to Lender each month for (i) principal and/or interest under the Agreement, and all late charges and other charges provided herein or authorized by the Agreement, plus (ii) any amounts under Section 3 of this Security Instrument.

**(Q)** **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 *et seq.*) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to the escrow account requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Agreement and the Account do not qualify as a "federally related mortgage loan" under RESPA.

**(R)** **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Agreement and/or Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (a) the prompt repayment of the Account evidenced by the Agreement, and all renewals, extensions and modifications of the Agreement, with interest thereon at the rate provided in the Agreement; (b) the payment of all other sums due under the Agreement, with interest thereon at the rate provided in the Agreement, (i) advanced to protect the security of this Security Instrument, (ii) incurred by Lender in connection with the enforcement of its rights under this Security Instrument and/or the Agreement, and/or (iii) required to be paid as set forth herein or in the Agreement; and (c) the performance of Borrower's covenants and agreements under this Security Instrument, the Agreement and any prior mortgage or deed of trust.

For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described real property located in the County of Alameda
                                *[Type of Recording Jurisdiction]*        *[Name of Recording Jurisdiction]*
As more particularly described in exhibit "A" attached hereto and made a part hereof.

Assessor's Identification Number: 020-0215-012

which currently has the address of 1130 East 17th Street
                                                    *[Street]*

**Oakland**               , California 94606                         ("Property Address").
         *[City]*                                   *[Zip Code]*





Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over this Security Instrument to give notice to Lender, at Lender's address set forth on page two of this Security Instrument, of any default under the superior encumbrance and of any sale or other foreclosure action.

——————————————————— *[Signatures on Following Page]* ———————————————————

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____

Printed Name _____
*(Please Complete)*

_____

Printed Name _____
*(Please Complete)*

_____     (Seal)
Adolfo Alejandro Mendez        -Borrower
                               Printed Name

_____     (Seal)
                               -Borrower
                               Printed Name

_____     (Seal)
                               -Borrower
                               Printed Name

_____     (Seal)
                               -Borrower
                               Printed Name

_____ *[Space Below This Line For Acknowledgement* _____

California Home Equity Line of Credit Deed of Trust - Secondary Lien MERS Modified
—THE COMPLIANCE SOURCE, INC.—                    Page 13 of 14                    29019CA 0802
www.compliancesource.com                                                ©2002, The Compliance Source, Inc.



State of California

County of San Francisco

§
§
§

On July 13, 2005 before me, Sandra Thompson , personally appeared
Adolfo Alejandro Mendez

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal)

SANDRA THOMPSON
Commission # 1506767
Notary Public - California
San Francisco County
My Comm. Expires Aug 3, 2008

Notary Public                                    [Printed Name]

My Commission Expires: 8-3-08

California Home Equity Line of Credit Deed of Trust – Secondary Lien MERS Modified
—THE COMPLIANCE SOURCE, INC.—                    Page 14 of 14                    58919CA 03/02
www.compliancesource.com                                              ©2002, The Compliance Source, Inc.



Order No. ███████ - RWM

## LEGAL DESCRIPTION

CITY OF OAKLAND

PORTION OF BLOCK 93, HIGLEY'S MAP OF CLINTON, RECORDED IN BOOK B OF DEEDS, PAGE
537, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERN LINE OF EAST 17TH STREET DISTANT THEREON
NORTHWESTERLY 125 FEET FROM THE INTERSECTION THEREOF WITH THE NORTHWESTERN LINE OF
12TH AVENUE; RUNNING THENCE NORTHWESTERLY ALONG SAID LINE OF EAST 17TH STREET, 35
FEET; THENCE AT RIGHT ANGLES NORTHEASTERLY 100 FEET; THENCE AT RIGHT ANGLES
SOUTHEASTERLY 35 FEET; AND THENCE AT RIGHT ANGLES SOUTHWESTERLY 100 FEET TO THE
POINT OF BEGINNING.

ASSESSOR'S PARCEL NO. C20-0215-012

LEGALB 6/95 ksn

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

# 2007366216

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO  CA
            94102

10/17/2007
04:34 PM
NO FEE

NO FEE PURSUANT TO GOVT CODE 27383

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER/SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130  E 17TH ST     94606 | 1827745 | $472.97 | 020  0215  012    00 |

ROUTE NUMBER        SERVICE ENDING
   12   6               06/30/07

DATED ON THIS DAY OF 00//71

By *Deborah A. Edgerly*
Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2008028876**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO   CA
              94102

02/01/2008
04:30 PM
NO FEE

NO FEE PURSUANT TO GOVT CODE 27383

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1036372 | $451.55 | 020 0215 012 00 |

ROUTE NUMBER     SERVICE ENDING
12   6               09/30/07

DATED ON THIS DAY OF 11//08        By  _Deborah A. Dziel_
                                      Authorized Signature /
                                      Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

## 2008123466

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER

601 VAN NESS AVE #E3255

SAN FRANCISCO  CA
          94102

04/14/2008

11:58 AM

NO FEE

NO FEE PURSUANT TO GOVT CODE 27383

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130  E 17TH ST          94606 | 1045432 | $317.70 | 020  0215  012   00 |

ROUTE NUMBER          SERVICE ENDING
  12    6               12/31/07

DATED ON THIS DAY OF 40//08        By  *Deborah A. Henry*

Authorized Signature /
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2008247839**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO  CA
        94102

08/14/2008
04:50 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST        94606 | 1053656 | $451.55 | 020 0215 012 00 |

ROUTE NUMBER
12   6

SERVICE ENDING
03/31/08

DATED ON THIS DAY OF 07/09/08      By *Deborah A. Henry*

Authorized Signature /
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2008314591**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO  CA
          94102

10/29/2008
04:42 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER/ SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1062455 | $451.55 | 020 0215 012  00 |

| ROUTE NUMBER | SERVICE ENDING |
|---|---|
| 12   6 | 06/30/08 |

DATED ON THIS DAY OF 10/20/08        By _Debra A. Dozey_
                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

# 2009014257

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO ·CA
                94102

01/16/2009
04:30 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4-24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER:
SERVICE ADDRESS

ADOLFO
MENDEZ
1130 E 17TH ST
              94606

DATED ON THIS DAY OF 12/23/08

| INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|
| 1071583 | $462.02 | 020 0215 012  00 |

ROUTE NUMBER        SERVICE ENDING
  12   6                09/30/08

By  _Deborah A. Doyle_
    Authorized Signature /
    Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO   CA
              94102

## 2009124867

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

04/22/2009
04:46 PM
NO FEE

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1080752 | $462.02 | 020 0215 012 00 |

|  | ROUTE NUMBER | SERVICE ENDING |
|---|---|---|
|  | 12    6 | 12/31/08 |

DATED ON THIS DAY OF 04/14/09        By _Deborah A. Doyle_
                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2009262692**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA .
            94102

08/12/2009
04:24 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|-------|-------------|-------------|-------------------|
| SERVICE ADDRESS | 1089940 | $462.11 | 020  0215  012   00 |

ADOLFO
MENDEZ
1130  E 17TH ST
            94606

ROUTE NUMBER       SERVICE ENDING
12    6                03/31/09

DATED ON THIS DAY OF 07/06/09

By   _Debrah A. Sully_
       Authorized Signature
       Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2009329245**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA
94102

10/16/2009
04:35 PM
NO FEE

••••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1099581 | $462.08 | 020 0215 012 00 |

ROUTE NUMBER   SERVICE ENDING
12  6              06/30/09

DATED ON THIS DAY OF 10/12/09

By _Deborah A. Hagey_
Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2010085306**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA
94102

03/30/2010
04:38 PM
NO FEE

••••••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 ·E 17TH ST 94606 | 1188965 | $479.03 | 020 0215 012 00 |

ROUTE NUMBER          SERVICE ENDING
12     6                 09/30/09

DATED ON THIS DAY OF 01/21/10

By _Debra A. Doxey_
Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3207

**2010128997**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO  CA
                94102

05/07/2010
04:28 PM
NO FEE

• • • • • • • • • • • • • • • • • • • • • • • • • • • •SPACE ABOVE THIS LINE FOR RECORDER'S USE• • • •

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4-24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130. E 17TH ST | 1118218 | $493.83 | 020 0215 012 00 |
|                   94606 | | | |

| | ROUTE  NUMBER | | SERVICE ENDING |
|---|---|---|---|
| | 12      6 | | 12/31/09 |

DATED ON THIS DAY OF 04/12/10                By  *Deborah A. Hagey*
                                                 Authorized Signature
                                                 Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 9342
OAKLAND, CA 94612
PHONE (510) 238-3287

PROPERTY OWNER
601 VAN NESS AVE NE3255
SAN FRANCISCO  CA
                94182

**2010216077**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'DONNELL COUNTY RECORDER

08/04/2010
04:19 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER
SERVICE ADDRESS

ADOLFO
MENDEZ
1130  E 17TH ST
            94606

| | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| | 1123585 | $498.68 | 020 0215 012  00 |

ROUTE NUMBER          SERVICE ENDING
   0    0                  03/31/10

DATED ON THIS DAY OF 07/14/10

By _____
          Authorized Signature
          Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2010362906**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA
94102

12/08/2010
04:24 PM
NO FEE

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1132034 | $493.03 | 020 0215 012 00 |

| ROUTE NUMBER | SERVICE ENDING |
|---|---|
| 0    0 | 06/30/10 |

DATED ON THIS DAY OF 10/19/10

By *Deborah A. Byery*

Authorized Signature /
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2011012950**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE HE3255
SAN FRANCISCO CA .
94102

01/12/2011
04:04 PM
NO FEE

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER/SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1140693 | $499.60 | 020 0215 012 00 |

ROUTE NUMBER          SERVICE ENDING
0    0                  09/30/10

DATED ON THIS DAY OF 12/21/10        By _Deborah A. Sigury_

Authorized Signature /
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2011124815**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA .
          94102

04/28/2011
04:37 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1149614 | $514.35 | 020 0215 012 00 |

|  | ROUTE NUMBER | SERVICE ENDING |
|---|---|---|
|  | 11   2 | 12/31/10 |

DATED ON THIS DAY OF 03/29/11          By   *[signature]*

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2011204608**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO  CA
          94102

07/21/2011
04:22 PM
NO FEE

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130  E 17TH ST      94606 | 1158464 | $499.68 | 020  0215  012    00 |

ROUTE NUMBER          SERVICE ENDING
  11    2                   03/31/11

DATED ON THIS DAY OF 07/01/11          By _____
                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2011350325**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA .
            94102

12/05/2011
04:41 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| | 1166718 | $499.60 | 020  0215  012  00 |

ADOLFO
MENDEZ
1130  E 17TH ST
            94606

ROUTE NUMBER          SERVICE ENDING
11    2                     06/30/11

DATED ON THIS DAY OF 10/03/11          By _Dan McPherson_

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO            •
CITY OF OAKLAND                      •          **2012085560**
MANDATORY GARBAGE SECTION            •
150 FRANK H OGAWA PLAZA              •
SUITE 5342                           •
OAKLAND, CA 94612                    •      RECORDED IN OFFICIAL RECORDS
PHONE (510) 238-3287                 •      OF ALAMEDA COUNTY
                                     •      PATRICK O'CONNELL COUNTY RECORDER
PROPERTY OWNER                       •
601 VAN NESS AVE #E3255              •      03/09/2012
SAN FRANCISCO  CA .                  •      04:00 PM
              94102                  •      NO FEE
                                     •

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER:
SERVICE ADDRESS              INVOICE NO.   LIEN AMOUNT   ASSESSOR'S NUMBER

ADOLFO                         1175538       $506.98     020  0215  012   00
MENDEZ
1130  E 17TH ST
            94606          ROUTE NUMBER         SERVICE ENDING
                            11   2               09/30/11

DATED ON THIS DAY OF 12/22/11     By  _[signature]_

                                      Authorized Signature
                                      Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2012151839**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE HE3255
SAN FRANCISCO CA
            94102

05/09/2012
04:38 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| | 1184202 | $506.98 | 020  0215  012  00 |

ADOLFO
MENDEZ
1130  E 17TH ST
            94606

ROUTE NUMBER          SERVICE ENDING
11    2                    12/31/11

DATED ON THIS DAY OF 04/04/12          By _____
                                       Authorized Signature
                                       Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2012242075**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
601 VAN NESS AVE #E3255
SAN FRANCISCO CA
                94102

07/26/2012
04:28 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO MENDEZ 1130 E 17TH ST 94606 | 1192861 | $586.98 | 020  0215  012    00 |

ROUTE NUMBER        SERVICE ENDING
11   2                 03/31/12

DATED ON THIS DAY OF 06/29/12        By  _Dan McPherson_

                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2012373192**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
408 N SAN ANSELMO AVE
SAN BRUNO  CA
            94066

11/07/2012
04:17 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER / SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130 E 17TH ST  94606 | 1200695 | $506.98 | 020 0215 012 00 |

ROUTE NUMBER          SERVICE ENDING
11   2                06/30/12

DATED ON THIS DAY OF 10/19/12       By _____
                                       Authorized Signature
                                       Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO                          **2013015338**
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342                              RECORDED IN OFFICIAL RECORDS
OAKLAND, CA 94612                       OF ALAMEDA COUNTY
PHONE (510) 238-3287                    PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER                          01/09/2013
408 N SAN ANSELMO AVE                   04:28 PM
SAN BRUNO  CA                           NO FEE
              94066

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4-24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER/ SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130  E 17TH ST        94606 | 1208615 | $516.73 | 020  0215  012   00 |

ROUTE NUMBER        SERVICE ENDING
11    2              09/30/12

DATED ON THIS DAY OF 12/14/12        By  _(signature)_

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDING REQUESTED BY:

CITY OF OAKLAND
FINANCE AND MANAGEMENT AGENCY
REVENUE DIVISION -- BT Lien
150 FRANK H. OGAWA PLAZA #5342
OAKLAND, CA 94612

AND WHEN RECORDED MAIL TO:
  Same as Above
  **NO RECORDING FEE, PURSUANT TO
  GOV'T CODE 27383**
       SPACE ABOVE THIS LINE FOR RECORDER'S USE

**2013035174    01/28/2013 09:12 AM**
COUNTY OF ALAMEDA CALIFORNIA
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:        0.00

39  PGS

## NOTICE OF LIENS AND SPECIAL ASSESSMENTS

*Pursuant to Chapter 5, Article 4, of the Municipal Code, the City of Oakland, County of Alameda, California, hereby asserts the following itemized liens in the amounts stated for the delinquent Business Tax debts and administrative fees against real property owner(s) and their properties located in the City of Oakland, County of Alameda, State of California (SEE ATTACHED RESOLUTION #84124):*

| OWNER(S) OWNER NAME & MAILING ADDRESS | ADDRESS OF PROPERTY | PARCEL NUMBER | AMOUNT OF LIEN |
|---|---|---|---|
| 100 WEBSTER LLC & TUDAL ALMA ETAL<br>100 WEBSTER ST STE 100<br>OAKLAND, CA 94607-3724 | 100 WEBSTER ST | 001 014900903 | $  6,953.00 |
| 860 81ST ASSOCIATES LLC<br>1475 POWELL ST STE 201<br>EMERYVILLE, CA 94608-2026 | 860 81ST AVE | 041 420700100 | $ 10,624.80 |
| 8855 SAN LEANDRO ST LLC<br>655 3RD ST<br>OAKLAND, CA 94607-3559 | 2955 FORD ST | 025 067300503 | $  1,120.25 |
| 9755 EDES ST LP<br>5 KINGSWOOD CIR<br>HILLSBOROUGH, CA 94010-7367 | 9755 EDES AVE | 045 530204100 | $  4,202.67 |
| ABBOTT JOHN M & NORMA J<br>237 RIPLEY ST<br>SAN FRANCISCO, CA 94110-5228 | 5136 BANCROFT AVE | 035 238700900 | $    696.75 |
| ABDI ABDOLREZA & SARFARAZ DARYA<br>PO BOX 22291<br>OAKLAND, CA 94623-2291 | 1490 12TH ST | 004 008703400 | $    523.50 |
| ABIOYE MOSES R<br>24543 2ND ST<br>HAYWARD, CA 94541-6828 | 2773 E 23RD ST | 026 075100400 | $  3,045.25 |

| | | | |
|---|---|---|---|
| MCLAUGHLAN KRISTINA<br>71 LA SALLE AVE<br>PIEDMONT, CA 94611-3546 | 120 BAYO VISTA AVE | 012 092901300 | $ 2,525.50 |
| MCLOUGHLIN KEVIN<br>PO BOX 8692<br>EMERYVILLE, CA 94662-0692 | 6460 ESSEX ST | 016 144800301 | $ 542.75 |
| MCNAIR LAURA J & ROBERT B<br>7039 SARONI DR<br>OAKLAND, CA 94611-1418 | 180 CALDECOTT LN #216 | 048H752102700 | $ 1,216.50 |
| MCNAUGHTON CONNIE TR<br>2750 CAMELLIA DR<br>TRACY, CA 95376-0706 | 1038 59TH ST | 015 133901600 | $ 523.50 |
| MENDEZ ADOLFO A<br>408 SAN ANSELMO AVE N<br>SAN BRUNO, CA 94066-4414 | 1130 E 17TH ST | 020 021501200 | $ 542.75 |
| MESUI MANASE<br>5223 CONGRESS AVE<br>OAKLAND, CA 94601-5405 | 5225 CONGRESS AVE | 035 238000500 | $ 542.75 |
| MIAN PAN X & HUANG SI Z<br>1070 81ST AVE<br>OAKLAND, CA 94621-2454 | 1070 81ST AVE | 042 424705100 | $ 542.75 |
| MIDDLETON GEORGE & DORIS<br>1978 PALOU AVE<br>SAN FRANCISCO, CA 94124-2043 | 858 ATHENS AVE | 003 001100600 | $ 542.75 |
| MJK PACIFIC CAPITAL INC<br>960 98TH AVE<br>OAKLAND, CA 94603-2347 | 9425 C ST | 044 498304200 | $ 1,002.60 |
| MOARI ALEXANDRA TR<br>3401 GUIDO ST<br>OAKLAND, CA 94602-3526 | 601 FOOTHILL BLVD | 020 017600100 | $ 3,045.25 |
| MOHAMED AHMED A TR<br>1325 E 17TH ST<br>OAKLAND, CA 94606-3932 | 1323 E 17TH ST | 020 019400403 | $ 523.50 |
| MOINZADEH ABDOL J & ROSY A<br>8630 TERRACE DR<br>EL CERRITO, CA 94530-2723 | 1096 60TH ST | 015 133701000 | $ 1,813.25 |
| MORROW LYNNE<br>1306 PARKWAY DR<br>ROHNERT PARK, CA 94928-4746 | 1736 CHASE ST | 006 002105400 | $ 523.50 |
| MORTENSEN STEVEN R<br>10121 SAN LEANDRO ST<br>OAKLAND, CA 94603-3039 | 10121 SAN LEANDRO ST | 045 523201005 | $ 5,066.50 |

Dated this <u>24th</u> day of <u>January</u>, <u>2013</u>.

CITY OF OAKLAND
FINANCE AND MANAGEMENT AGENCY


By:  Phillip Lim
For:  Director, Finance and Management Agency


STATE OF CALIFORNIA)
COUNTY OF ALAMEDA)


On <u>January 24, 2013</u>, before me, <u>M D Wheeler</u>, a Notary Public, personally appeared <u>Phillip Lim</u>, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California the foregoing paragraph is true and correct.


WITNESS my hand and official seal.


Signature _____ (Seal)

M. D. WHEELER
Commission # 1883092
Notary Public - California
Alameda County
My Comm. Expires Mar 16, 2014

Approved as to Form and Legally

_Kathleen Salem Boyd_
City Attorney

FILE **OAKLAND CITY COUNCIL**

OFFICE OF THE CITY CLERK
OAKLAND

**RESOLUTION No. _84124_ C.M.S.**

2012 NOV 20 AM 9:45

Introduced by Councilmember _____

**RESOLUTION ACCEPTING AND CONFIRMING REPORTS OF THE CITY ADMINISTRATOR ON THE COSTS INCURRED BY THE CITY OF OAKLAND FOR DELINQUENT BUSINESS TAXES AND CONFIRMING THE RECORDATION OF LIENS, ADMINISTRATIVE CHARGES AND ASSESSMENT CHARGES AS NECESSARY - PURSUANT TO TITLE 5, CHAPTER 5.04 OF THE OAKLAND MUNICIPAL CODE, AND DIRECTING THE NOTICE OF LIEN AND ASSESSMENT CHARGES TO BE TURNED OVER TO THE COUNTY TAX COLLECTOR FOR COLLECTION.**

**WHEREAS,** pursuant to Title 5, Chapter 5.04 of the Oakland Municipal Code, the City Administrator filed with the City Clerk the reports concerning the costs incurred for delinquent Business Taxes and recordation of liens with added administrative charges and assessment charge on thereinafter described real property; and

**WHEREAS,** December 4, 2012, 6:30 p.m., was fixed as the day and hour for the Council to hear and pass upon said reports, together with any objections or protests which may be raised by any of the property owners liable to be assessed for the costs incurred for delinquent Business Taxes and any other interested persons; and

**WHEREAS,** no protest having been made at said hearing; now, therefore, be it

**RESOLVED:** That the reports which the City Administrator filed with the City Clerk concerning Business Taxes and the recordation of liens with administrative charges for the real property described therein, be and the same are hereby accepted and confirmed, and assessments are hereby authorized to be levied upon the properties described in said City Administrator reports in the amounts set opposite each description for costs incurred for delinquent Business Taxes, added administrative charges, and be it

**FURTHER RESOLVED:** That if said assessment therein levied is not paid before the 10th day of August 2013, the City Administrator shall present an itemized report to the Auditor-Controller of the County of Alameda, State of California, to be placed on the 2013-2014 County Tax Roll.

IN COUNCIL, OAKLAND, CALIFORNIA, _____ **DEC 4 2012** _____, 20_____

**PASSED BY THE FOLLOWING VOTE:**

AYES - BROOKS, ~~BRUNNER~~ DE LA FUENTE, KAPLAN, KERNIGHAN, NADEL, SCHAAF, and PRESIDENT
REID - 7

NOES - 0

ABSENT - 0

ABSTENTION - 0

Excused - Brunner - 1

ATTEST: _LaTonda Simmons_
LaTonda Simmons
City Clerk and Clerk of the Council
of the City of Oakland, California

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

PROPERTY OWNER
408 N SAN ANSELMO AVE
SAN BRUNO  CA
          94066

## 2013164251

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

05/08/2013
04:03 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER                      INVOICE NO.   LIEN AMOUNT   ASSESSOR'S NUMBER
SERVICE ADDRESS
                            1216219        $516.73      020  0215  012  00
ADOLFO A
MENDEZ
1130  E 17TH ST
          94606           ROUTE NUMBER        SERVICE ENDING
                           11    2               12/31/12

DATED ON THIS DAY OF 03/29/13       By  _____
                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

PROPERTY OWNER
408 N SAN ANSELMO AVE
SAN BRUNO CA
                    94066

**2013255622**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

07/25/2013
03:43 PM
NO FEE

•••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO SECTION 6-4.24 OF ORDINANCE 9435 C.M.S., THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130 E 17TH ST 94606 | 1223690 | $516.73 | 028 0215 012 00 |

ROUTE NUMBER        SERVICE ENDING
11    2             03/31/13

DATED ON THIS DAY OF 07/08/13        By _____
                                          Authorized Signature
                                          Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDING REQUESTED BY:

CITY OF OAKLAND
FINANCE AND MANAGEMENT AGENCY
REVENUE DIVISION – BT Lien
150 FRANK H. OGAWA PLAZA #5342
OAKLAND, CA 94612



2013263454    07/30/2013 09:13 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    0.00

    69  PGS

AND WHEN RECORDED MAIL TO:
Same as Above
**NO RECORDING FEE, PURSUANT TO
GOV'T CODE 27383**
    SPACE ABOVE THIS LINE FOR RECORDER'S USE



## NOTICE OF LIENS AND SPECIAL ASSESSMENTS

*Pursuant to Chapter 5, Article 4, of the Municipal Code, the City of Oakland, County of Alameda, California, hereby asserts the following itemized liens in the amounts stated for the delinquent Business Tax debts and administrative fees against real property owner(s) and their properties located in the City of Oakland, County of Alameda, State of California (SEE ATTACHED RESOLUTION #84458):*

| OWNER(S) OWNER NAME & MAILING ADDRESS | ADDRESS OF PROPERTY | PARCEL NUMBER | AMOUNT OF LIEN |
|---|---|---|---|
| LAM WUSUNG<br>PO BOX 210442<br>SAN FRANCISCO, CA 94121-0442 | 2775 E 21ST ST | 026 074002400 | $    510.94 |
| LAMUMBA INC<br>410 14TH ST<br>OAKLAND, CA 94612-2702 | 1411 FRANKLIN ST | 008 062100900 | $  4,175.48 |
| LANDMARK PROPERTIES LAND TRUST<br>105 SHAMROCK CT<br>VALLEJO, CA 94589-1857 | 3809 MAYBELLE AVE | 030 192902101 | $  2,603.54 |
| LANDOWNERS OF OAKLAND AIRPORT HOTEL LTD<br>150 HEGENBERGER RD<br>OAKLAND, CA 94621-1422 | 150 HEGENBERGER RD | 044 502000543 | $  1,743.76 |
| LANG HSIN L<br>1201 PINE ST # 116<br>OAKLAND, CA 94607-1462 | 1203 WOOD ST | 006 005700300 | $    433.14 |
| LANKFORD TWILA L<br>1016 ARLINGTON AVE<br>OAKLAND, CA 94608-2712 | 5708 LOS ANGELES ST | 015 129701300 | $    836.10 |
| LANKFORD TWILA L & LAVETTE D ETAL<br>1016 ARLINGTON AVE<br>OAKLAND, CA 94608-2712 | 2116 HIGH ST | 032 204702502 | $  2,603.54 |

**Page 1 of 67**

| | | | | |
|---|---|---|---|---|
| MEJIA JULIO H<br>1924 102ND AVE<br>OAKLAND, CA 94603-3314 | 1924 102ND AVE | 047 550102400 | $ | 518.92 |
| MENDES JOSE A & POLLY P FAMILY LP<br>4310 W SAUSAL LN<br>HEALDSBURG, CA 95448-9652 | 900 77TH AVE | 041 421000400 | $ | 2,962.61 |
| MENDEZ ADOLFO A<br>408 SAN ANSELMO AVE N<br>SAN BRUNO, CA 94066-4414 | 1130 E 17TH ST | 020 021501200 | $ | 510.94 |
| MENDOZA AGUSTIN & MARIA L<br>3215 E 8TH ST<br>OAKLAND, CA 94601-3303 | 3215 E 8TH ST | 033 220103503 | $ | 588.74 |
| MENG JUILONG<br>7 EMBARCADERO W # 204<br>OAKLAND, CA 94607-4563 | 7 EMBARCADERO W # 204 | 018 050605500 | $ | 433.14 |
| MERCIER DEANNA<br>1221 PINE ST<br>OAKLAND, CA 94607-1460 | 1203 WOOD ST | 006 005709700 | $ | 433.14 |
| MESUI MANASE<br>5223 CONGRESS AVE<br>OAKLAND, CA 94601-5405 | 5225 CONGRESS AVE | 035 238000500 | $ | 510.94 |
| MEZA SERGIO<br>PO BOX 1523<br>SAN LEANDRO, CA 94577-0152 | 2324 E 24TH ST | 026 077802100 | $ | 492.99 |
| MIAN PAN X & HUANG SI Z<br>1070 81ST AVE<br>OAKLAND, CA 94621-2454 | 1070 81ST AVE | 042 424705100 | $ | 510.94 |
| MIAO ZHEN W<br>183 ELMIRA ST<br>SAN FRANCISCO, CA 94124-1912 | 2642 35TH AVE | 032 206803000 | $ | 836.10 |
| MICHIELI MARC A<br>4791 HILLSIDE DR<br>CASTRO VALLEY, CA 94546-1406 | 2015 LINDEN ST | 005 040700700 | $ | 433.14 |
| MIDDLETON GEORGE & DORIS<br>247 MULLEN AVE<br>SAN FRANCISCO, CA 94110-5331 | 5447 YGNACIO AVE | 035 237602700 | $ | 492.99 |
| MIDDLETON GEORGE & DORIS<br>1978 PALOU AVE<br>SAN FRANCISCO, CA 94124-2043 | 858 ATHENS AVE | 003 001100600 | $ | 510.94 |
| MILES ALFONSO B TR<br>472 STOW AVE # A<br>OAKLAND, CA 94606-1111 | 470 STOW AVE | 022 030902300 | $ | 664.54 |

Dated this __18th__ day of _____July_____, _2013_ .


                                CITY OF OAKLAND
                                FINANCE AND MANAGEMENT AGENCY


                                _____
                                By:  Phillip Lim
                                For:  Director, Finance and Management Agency


STATE OF CALIFORNIA)
COUNTY OF ALAMEDA)


On ____July 18, 2013_____, before me, _M D Wheeler_, a Notary Public, personally appeared
**Phillip Lim**, who proved to me on the basis of satisfactory evidence to be the person whose
name is subscribed to the within instrument and acknowledged to me that he executed the same
in his authorized capacity, and that by his signature on the instrument the person, or entity upon
behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California the foregoing
paragraph is true and correct.


WITNESS my hand and official seal.


Signature _____ (Seal)


M. D. WHEELER
Commission # 1883092
Notary Public - California
Alameda County
My Comm. Expires Mar 16, 2014

Approved as to Form and Legality

City Attorney

FILED
OFFICE OF THE CITY CLERK **OAKLAND CITY COUNCIL**
OAKLAND

2013 JUN -6 AM 9: 21 RESOLUTION No. __84458__ C.M.S.

Introduced by Councilmember _____

RESOLUTION ACCEPTING AND CONFIRMING REPORTS OF THE CITY
ADMINISTRATOR ON THE COSTS INCURRED BY THE CITY OF
OAKLAND FOR DELINQUENT BUSINESS TAXES AND CONFIRMING
THE RECORDATION OF LIENS, ADMINISTRATIVE CHARGES AND
ASSESSMENT CHARGES AS NECESSARY - PURSUANT TO TITLE 5,
CHAPTER 5.04 OF THE OAKLAND MUNICIPAL CODE, AND DIRECTING
THE NOTICE OF LIEN AND ASSESSMENT CHARGES TO BE TURNED
OVER TO THE COUNTY TAX COLLECTOR FOR COLLECTION.

WHEREAS, pursuant to Title 5, Chapter 5.04 of the Oakland Municipal Code, the City
Administrator filed with the City Clerk the reports concerning the costs incurred for delinquent
Business Taxes and recordation of liens with added administrative charges and assessment charge on
thereinafter described real property; and

WHEREAS, June 18, 2013, 6:30 p.m., was fixed as the day and hour for the Council to hear and
pass upon said reports, together with any objections or protests which may be raised by any of the
property owners liable to be assessed for the costs incurred for delinquent Business Taxes and any
other interested persons; and

WHEREAS, no protest having been made at said hearing; now, therefore, be it

RESOLVED: That the reports which the City Administrator filed with the City Clerk concerning
Business Taxes and the recordation of liens with administrative charges for the real property
described therein, be and the same are hereby accepted and confirmed, and assessments are hereby
authorized to be levied upon the properties described in said City Administrator reports in the
amounts set opposite each description for costs incurred for delinquent Business Taxes, added
administrative charges, and be it

FURTHER RESOLVED: That if said assessment therein levied is not paid before the 10th day of
August 2013, the City Administrator shall present an itemized report to the Auditor-Controller of the
County of Alameda, State of California, to be placed on the 2013-2014 County Tax Roll.

IN COUNCIL, OAKLAND, CALIFORNIA, _____JUN 1 8 2013_____, 20____

PASSED BY THE FOLLOWING VOTE:

AYES - BROOKS, GALLO, KALB, KAPLAN, ~~GIBSON MCELHANEY~~, REID, SCHAAF, and PRESIDENT
KERNIGHAN — 7

NOES - 0

ABSENT - 0

ABSTENTION - Gibson McElhaney - 1

ATTEST: LaTonda Simmons
City Clerk and Clerk of the Council
of the City of Oakland, California

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2013342286**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER

408 N SAN ANSELMO AVE

SAN BRUNO  CA

        94066

10/25/2013
04:28 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER: SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130 E 17TH ST 94606 | 1235496 | $516.73 | 020  0215  012  00 |

|  | ROUTE NUMBER | SERVICE ENDING |
|---|---|---|
|  | 0    0 | 06/30/13 |

DATED ON THIS DAY OF 09/30/13

By _(signature)_

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2014016125**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
408 N SAN ANSELMO AVE
SAN BRUNO  CA
              94866

01/21/2014
04:32 PM
NO FEE

•••••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER
SERVICE ADDRESS

| | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| | 1238173 | $528.62 | 020 0215 012  00 |

ADOLFO A
MENDEZ
1130  E 17TH ST
              94606

ROUTE NUMBER        SERVICE ENDING
0   0                09/30/13

DATED ON THIS DAY OF 12/24/13          By  *[signature]*

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2014113956**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
           94606

05/06/2014
04:24 PM
NO FEE

•••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER
SERVICE ADDRESS

| | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130  E 17TH ST          94606 | 1244847 | $528.58 | 020  0215  012    00 |

ROUTE NUMBER        SERVICE ENDING
  0      0                12/31/13

DATED ON THIS DAY OF 03/31/14        By  _[signature]_

Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2014173345**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
                94606

07/14/2014
04:33 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER:
SERVICE ADDRESS

ADOLFO A
MENDEZ
1130  E 17TH ST
                94606

| INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|-------------|-------------|-------------------|
| 1251710 | $544.18 | 028  0215  012   00 |

ROUTE NUMBER          SERVICE ENDING
  0    0                 03/31/14

DATED ON THIS DAY OF 07/02/14          By _____
                                          Authorized Signature
                                          Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2014290602**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
PATRICK O'CONNELL COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
            94606

12/01/2014
04:35 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

### NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND, COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER/SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130 E 17TH ST        94606 | 1258124 | $528.58 | 020  0215  012   00 |

ROUTE NUMBER       SERVICE ENDING
  0   0                    06/30/14

DATED ON THIS DAY OF 11/12/14          By _____
                                        Authorized Signature
                                        Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2015024867**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
STEVE MANNING COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
          94606

01/28/2015
04:20 PM
NO FEE

•••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

OWNER:
SERVICE ADDRESS

ADOLFO A
MENDEZ
1130  E 17TH ST
          94606

| INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|
| 1264721 | $536.17 | 020  0215  012  00 |

ROUTE NUMBER          SERVICE ENDING
   0    0                09/30/14

DATED ON THIS DAY OF 01/21/15

By _____
Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2015148019**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
STEVE MANNING COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
      94606

06/01/2015
04:34 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER:<br>SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A<br>MENDEZ<br>1130  E 17TH ST<br>    94606 | 1271386 | $516.11 | 020  0215  012  00 |

ROUTE NUMBER      SERVICE ENDING
  0   0            12/31/14

DATED ON THIS DAY OF 05/15/15

By _____
Authorized Signature
Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

RECORDED BY AND RETURN TO
CITY OF OAKLAND
MANDATORY GARBAGE SECTION
150 FRANK H OGAWA PLAZA
SUITE 5342
OAKLAND, CA 94612
PHONE (510) 238-3287

**2015220810**

RECORDED IN OFFICIAL RECORDS
OF ALAMEDA COUNTY
STEVE MANNING COUNTY RECORDER

PROPERTY OWNER
1130 E 17TH ST
OAKLAND  CA
        94606

08/07/2015
04:33 PM
NO FEE

••••••••••••••••••••••••••••SPACE ABOVE THIS LINE FOR RECORDER'S USE••••

NOTICE OF LIEN AND SPECIAL ASSESSMENT

PURSUANT TO OAKLAND MUNICIPAL CODE, SECTION 8.28.230 AND 8.28.240 , THE CITY OF OAKLAND,
COUNTY OF ALAMEDA, CALIFORNIA, HEREBY ASSERTS THE FOLLOWING ITEMIZED LIENS
IN THE AMOUNTS STATED FOR THE TRUE COST OF PAYMENT OF DELINQUENT REFUSE
SERVICE AND ADMINISTRATIVE FEES AGAINST REAL PROPERTIES LOCATED IN THE
CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

| OWNER SERVICE ADDRESS | INVOICE NO. | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| ADOLFO A MENDEZ 1130  E 17TH ST        94606 | 1279842 | $516.11 | 020 0215 012 00 |

ROUTE NUMBER    SERVICE ENDING
      0   0         03/31/15

DATED ON THIS DAY OF 07/27/15         By  _Don McPherson_
                                         Authorized Signature
                                         Director of Finance

FOR THE DIRECTOR OF THE OFFICE OF FINANCE, CITY OF OAKLAND.

Recording Requested By and
Return to:



2015272500    10/07/2015 09:35 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE:          0.00

1    PG

East Bay Municipal Utility District
375 11th Street, mail stop #106
Oakland, CA 94607

SPACE ABOVE THIS LINE FOR RECORDER'S USE

No fee pursuant to Government Code 27383

Subject Property: 1130 E 17th St
                  Oakland, CA

## NOTICE OF LIEN AND SPECIAL ASSESSMENT

Pursuant to Resolution No. 33802-11, East Bay Municipal Utility District, County of Alameda, California, hereby asserts the following itemized liens in the amounts stated for the true cost of payment of delinquent utility service charges and administrative fees against real properties located in the County of Alameda, State of California.

| OWNER SERVICE ADDRESS | EBMUD ACCOUNT # | LIEN AMOUNT | ASSESSOR'S NUMBER |
|---|---|---|---|
| MENDEZ ADOLFO A 1130 E 17th St Oakland, CA 946063862 | 35968259-225 | $2558.46 | 020-0215-012 |

By East Bay Municipal Utility District

_William A. Sharp_
William A. Sharp
Customer Services Manager

**ACKNOWLEDGMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Alameda

On _____09/25/15_____

before me, _____Dawn L. Benson_____, Notary Public,

personally appeared _____William A. Sharp_____,

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



DAWN L. BENSON
Commission # 1991306
Notary Public - California
Alameda County
My Comm. Expires Sep 16, 2016