UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re:<br><br>Residential Capital, LLC aka Residential Capital Corporation<br>Social Security Number: XXX-XX-20-1770738<br><br>Debtor(s) | Affidavit of Service<br><br>Case Number: 12-12020<br>Chapter: 11<br>Property: 1130 E 17th Street, Oakland, CA 94606 |
|---|---|

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:
(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On January 7, 2016, I served the Senior Lien Stay Relief Questionnaire; by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | **Residential Capital, LLC aka Residential Capital Corporation at 1100Virginia Dr., Ft. Washington, PA 19034**<br>**Attn: Melody Wright** |
|---|---|
| Debtor's Attorney | **Norman Scott Rosenbaum; James Newton; Erica J. Richards**<br>**1290 Avenue of the Americas, New York, NY 10104** |
| Trustee | **Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC by Sean A. O'Neal and Thomas J. Moloney at One Liberty Plaza, New York, NY 10006** |
| Counsel for the Committee | **Kramer Levin, Naftalis & Frankel LLP at**<br>**1177 Avenue of the Americas, New York, NY 10036**<br>**Attn: Elise Frejka and Douglas Mannal** |
| U.S. Trustee | **33 Whitehall Street, 21st Floor, New York, NY 10004**<br>**Attn: Brian Masumoto, Esq., and Michael Driscoll, Esq.** |
| Trustee | **HSBC Bank USA, National Association by John Kibler, Esq. at 1221 Avenue of the Americas, New York, NY 10178** |
| Claims and Noticing Agent | **Kurtzman Carson Consultants LLC, Claims Agent** Attn: James Le 2335 Alaska Avenue, El Segundo, CA 90245 |
| Creditor Committee | Official Committee of Unsecured Creditors by **Douglas Mannal; Kenneth H. Eckstein; Steven S. Sparling at 1177 Avenue of the Americas, New York, NY 10036 and Robert J. Feinstein at 780 Third Avenue, 36th Floor, New York, NY 10017** |
| Creditor Committee | Official Committee of Unsecured Creditors of Residential Capital, LLC by **Robert J. Feinstein and Stephen Zide** at 1177 Avenue of the |

|  | Americas, New York, NY 10036 |
|---|---|
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Official Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Officila Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |

/S/Kara Silva
Kara Silva

Sworn to before me this
7th day of January, 2016

/S/Ted Eric May
Ted Eric May
Notary Public, State of New York
Registration No. 02MA5087205
Qualified in Nassau County
Commission Expires October 27, 2015