**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                    Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, MARK A. STRAUSS, hereby certify that on the 11th day of January, 2016, I caused a true and correct copy of the foregoing (i) Notice of Motion by Plaintiffs Landon Rothstein, et al., (ii) Motion by Plaintiffs Landon Rothstein, et al., (iii) Declaration of Mark A. Strauss dated January 11, 2016, and (iv) [Proposed] Order Preliminarily Approving Proposed Settlement with the Rothstein Plaintiffs to be served upon the persons listed below (on the attached service list), and Providing For Notice, in the manner indicated and all other parties registered for service by ECF/CME filing.

                                              By: /s/Mark A. Strauss
                                                  Mark A. Strauss

**SERVICE LIST**

| **BY POSTAGE PRE-PAID FIRST-CLASS US MAIL** | **BY HAND** |
|---|---|
| Ross E. Morrison<br>Robyn C. Quattrone<br>Katherine L Halliday<br>BUCKLEY SANDLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-600-2400<br>Facsimile: 212-600-2405<br>Email: rmorrison@buckleysandler.com<br>      rquattrone@buckleysandler.com<br>      khalliday@buckleysandler.com<br><br>*Counsel for Balboa Insurance Company, Meritplan Insurance Company, and Newport Management Corporation*<br><br>Richard G. Haddad<br>OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 Park Avenue<br>New York, NY 10169-0075<br>Telephone: 212-661-9100<br>Facsimile: 212-682-6104<br>Email: rhaddad@otterbourg.com<br><br>*Counsel for Ally Financial, Inc. and Ally Bank*<br><br>**BY EMAIL**<br><br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 100019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: nrosenbaum@mofo.com<br><br>*Counsel for GMACM Mortgage, LLC, Residential Capital, LLC, the Borrower Claims Trust, and the Trustee for the Borrower Claims Trust* | The Honorable Martin Glenn<br>UNITED STATES BANKRUPTCY COURT<br>Courtroom 501<br>One Bowling Green<br>New York, NY 10004<br>Telephone: 212-284-4551<br><br>William K. Harrington<br>UNITED STATES TRUSTEE OF THE OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Telephone: 212-510-0500<br>Facsimile: 212-668-2256 |