## CERTIFICATE OF SERVICE

The following were served on the counsel for the Trust, James Newton, Esq, 250 W 55th Street, New York New York 10019, by FAX 212-468-7900 on the 12TH day of January 2016.

a. Summary of direct testimony from Willian J Futrell and Alicia Futrell

b. Pre trial memorandum of law

_____
Thomas Margolis