**Hearing Date and Time:  January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP
BORROWER CLAIMS TRUST'S NINETIETH OMNIBUS OBJECTION
TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE
AND ALLOW BORROWER CLAIMS, AND (III) ALLOWED IN FULL
BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED
THOMAS G. AND CATHERINE D. COOPER (CLAIM NO. 6270) TO
JANUARY 21, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim)* [Docket No. 9296] (the "Ninetieth Omnibus Claims Objection"), solely as it relates to the claim filed by Thomas G. and Catherine D. Cooper (Claim No. 6270), previously scheduled to be heard on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

ny-1218815

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: January 12, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |