UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :    Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :    Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                      Debtor.  :
------------------------------ x

### AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on January 7, 2016 I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS AND (II) ALLOWED IN FULL BORROWER CLAIM (Docket No. 9486)**

Dated: January 8, 2015

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this __8__ day of __January__, 20_15_, by, __Richie Lim__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com;
Ed@dierkespi.com;
Lynn@naturenet.biz;
Lphil2009@gmail.com;
Dawtjw@aol.com;
Dekeomalley@comcast.net;
Mike@jojolaw.com;
Diem.home@gmail.com;
Dresslerlaw@aol.com;


bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com;
kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com;
justin.bernbrock@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;

cristine.phillips@usdoj.gov;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
dflanigan@polsinelli.com;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV;
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;
ray.schrock@weil.com;


andrea.hartley@akerman.com;
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com;
bnkatty@aldine.k12.tx.us;
ecfmail@aclawllp.com;
ken.coleman@allenovery.com;
john.kibler@allenovery.com;
jeff.brown@gmacfs.com;
william.b.solomon@ally.com;
kit.weitnauer@alston.com;
marty.bunin@alston.com;
william.hao@alston.com;
bill.macurda@alston.com;
piccb_investigations@yahoo.com;

john.stern@texasattorneygeneral.gov;
petriea@ballardspahr.com;
wallaces@ballardspahr.com;
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com;
xrausloanops5@barclays.com;
david.powlen@btlaw.com;
bbeskanos@aol.com;
davids@blbglaw.com;
jonathanu@blbglaw.com;
jai@blbglaw.com;
schaedle@blankrome.com;
tarr@blankrome.com;
root@blankrome.com;
courtney.lowman@ally.com;
ryan.philp@bgllp.com;
stan.chelney@bgllp.com;
jhaake@wbsvlaw.com;
swissnergross@brownrudnick.com;
pbustos@bustosassociates.com;
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;
dcaley@wongfleming.com;;
bankruptcy@clm.com;
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com;
srosen@cbshealaw.com;
mwarner@coleschotz.com;
ra-li-ucts-bankrupt@state.pa.us;
lenbennett@clalegal.com;
srotkis@c1alegal.com;
will.hoch@crowedunlevy.com;
mgallagher@curtis.com;
macohen@curtis.com;
sreisman@curtis.com;
karam@legalpundit.com;
hryder@daypitney.com;
jjtancredi@daypitney.com;

jwcohen@daypitney.com;
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com;
rosa.mendez@db.com;
Brendan.meyer@db.com;
diem.home@gmail.com;
blmessinger@duanemorris.com;
uncadunc1@aol.com;
broylesmk@rgcattys.com;
tterrell@feinsuch.com;
tterrell@feinsuch.com;
ppascuzzi@ffwplaw.com;
dearly@fdic.gov;
floressaucedopllc@gmail.com;
tlallier@foleymansfield.com;
kenton_hambrick@freddiemac.com;
deggert@freebornpeters.com;
tfawkes@freebornpeters.com;
gary.kaplan@friedfrank.com;
kgiannelli@gibbonslaw.com;
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com;
kpatrick@gibbsbruns.com;
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com;
theodore.w.tozer@hud.gov;
kstadler@gklaw.com;
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com;
brian@gmcnjlaw.com;
bnoren@hinshawlaw.com;
skraus@hinshawlaw.com;
bnoren@hinshawlaw.com;
ayala.hassell@hp.com;
rnorton@hunton.com;
rrich2@hunton.com;
floraoropeza@co.imperial.ca.us ;
bankruptcy2@ironmountain.com;
pgallagher@nassaucountyny.gov;
ceblack@jonesday.com;
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com;

reriksen1@gmail.com;
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com;
kgcully@kgcully.com;
eciolko@ktmc.com;
dmoffa@ktmc.com;
ecf@kaalaw.com;
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com;
mstrauss@kmllp.com;
bwalker@kmllp.com;
judson.brown@kirkland.com;
tklestadt@klestadt.com;
jcorneau@klestadt.com;
sdny@kmk-law.net;
jleibowitz@kandfllp.com;
dlibra@lapplibra.com;
james.heaney@lawdeb.com;
Mrozea@leopoldassociates.com;
pmahony@leopoldassociates.com;
austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com;
choward@lockelord.com;
abehlmann@lowenstein.com;
metkin@lowenstein.com;
ilevee@lowenstein.com;
adoshi@magnozzikye.com;
kmarino@khmarino.com;
jboyle@khmarino.com;
jrufo@mwc-law.com;
icostello@mwc-law.com;
lgordon@mvbalaw.com;
pmoak@McKoolSmith.com;
mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com;
knewman@menterlaw.com;
sdnyecf@dor.mo.gov;
jgarrity@morganlewis.com;
mkraut@morganlewis.com;
pfleming@morganlewis.com;
susan.dicicco@morganlewis.com;
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com;
lberkoff@moritthock.com;

jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;
seth.goldman@mto.com;
Thomas.walper@mto.com;
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov;
almeyers@sjgov.org;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
Paul_Papas@mylegalhelpusa.com;
ebcalvo@pbfcm.com;
michael.manniello@roachfirmlaw.com;
kimberly.mcgrail@roachlawfirm.com;
brandon.johnson@pillsburylaw.com;
jmcmurtr@placer.ca.gov;
dflanigan@polsinelli.com;
jnagi@polsinelli.com;
igoldstein@proskauer.com;
srutsky@proskauer.com;
jzajac@proskauer.com;
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com;
dsullivan@rasboriskin.com;
mrollin@rplaw.com;
cwood@rgrdlaw.com;
stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com;
romero@mromerolawfirm.com;
reriksen1@gmail.com;
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com;
johnrosario@delroslaw.com;
prubin@rubinlawllc.com;
dsasser@siwpc.com;
dhall@siwpc.com;
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com;
jglucksman@scarincihollenbeck.com;
bdk@schlamstone.com;
bbressler@schnader.com;

rbarkasy@schnader.com;
eboden@schnader.com;
DBlumenthal@SchneiderMitola.com;
adam.harris@srz.com;
howard.godnick@srz.com;
marguerite.gardiner@srz.com;
michael.cutini@srz.com;
bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;
josselson@sewkis.com;
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com;
taconrad@sbwlawfirm.com;
fsosnick@shearman.com;
bluckman@shermansilverstein.com;
pjones@stahlcowen.com;
pdatta@hhstein.com;
amuller@stinson.com;
whazeltine@sha-llc.com;
smgray@smgraylaw.com;
msweeney@msgrb.com;
tal@talcottfranklin.com;
jmiller@tcfbank.com;
jteitelbaum@tblawllp.com;
AGBankNewYork@ag.tn.gov;
robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com;
tmm@mullaw.org;
themeyerslawfirm@gmail.com;
TJSinnickson@aol.com;
frenklinart@aol.com;
kay.brock@co.travis.tx.us;
mamta.scott@usbank.com;
michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;
Mark.Flannagan@umb.com;
james.byrnes@usbank.com;
laura.moran@usbank.com;
SBOYD@walterinvestment.com;
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;

kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com;
accesslegalservices@gmail.com;
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com;
DBlatt@wc.com;
HWiegmann@wc.com;
MJohnson@wc.com;
MAhmad@wc.com;
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com;
rmaney@wilmingtontrust.com;
david.tillem@wilsonelser.com;
dneier@winston.com;
cschreiber@winston.com;
jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com;
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com;

# EXHIBIT B

**AIG Asset Management US LLC**
**Attn Russell Lipman**
**80 Pine St**
**New York, NY 10038**

**Allstate Life Insurance Company**
**Attn Peter A McElvain**
**3075 Sanders Rd Ste G5A**
**Northbrook, IL 60062**

**Anaissa B Gerwald**
**12 Bluegrass Lane**
**Savannah, GA 31405**

**Attorney General of the State of New York,**
**Eric T Schneiderman**
**Victoria L Safran**
**Nassau Regional Office**
**200 Old Country Rd Ste 240**
**Mineola, NY 11501**

**David P Stich Esq**
**521 Fifth Ave 17th Fl**
**New York, NY 10175**

**Fedelina Roybal-DeAguero 2008 Trust**
**42265 Little Lake Rd**
**Medocino, CA 94560**

**Financial Guaranty Insurance Company**
**Attn Martin Joyce**
**521 Fifth Ave 15th Fl**
**New York, NY 10175**

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

**IBM Corporation**
**Attn Shawn Konig**
**1360 Rene Levesque W Ste 400**
**Montreal, QC H3G 2W6**

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

| | |
|---|---|
| **Cleary Gottlieb Steen & Hamilton LLP**<br>Sean A O Neal and Thomas J Moloney<br>One Liberty Plaza<br>New York, NY 10006 | **Leslie Jamison**<br>66 Howard Avenue<br>Ansonia, CT 06401-2210 |
| **Manatee County Tax Collector**<br>Susan D Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton, FL 34222 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 |
| **Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al**<br>3725 N Indiana<br>Kansas City, MO 64117 | **Secretary of State**<br>123 William St<br>New York, NY 10038-3804 |
| **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 | **Shapiro Dicaro & Barak LLC**<br>Shari S. Barak<br>105 Maxess Rd Ste N109<br>Melville, NY 11747 |
| **Talcott Franklin P.C.**<br>Derek S Witte<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202 | **U.S. Department of Justice**<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005 |

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee & Lorenzo
Marinuzzi & Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern District
of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

U.S. Department of Justice
US Attorney General, Loretta Lynch
950 Pennsylvania Ave NW
Washington, DC 20530-0001

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Kirkland & Ellis LLP
Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Kirkland & Ellis LLP
Justin Bernbrock
300 N LaSalle
Chicago, IL 60654

WEIL, GOTSHAL & MANGES LLP
RAY SCHROCK
767 Fifth Ave
New York, NY 10153

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

| | |
|---|---|
| **United States Attorney's Office for the Southern District of New York civil Division**<br>**Attn Joseph Cordaro & Cristine Irvin Phillips**<br>**86 Chambers St 3rd Fl**<br>**New York, NY 10007** | **Kramer Levin Naftallis & Frankel LLP**<br>**Kenneth H Eckstein, Thomas Moers Mayer &**<br>**Douglas H Mannal & Jeffrey Trachtman**<br>**1177 Avenue of the Americas**<br>**New York, NY 10036** |
| **ResCap Liquidating Trust**<br>**Attn Tammy Hamzehpour**<br>**1100 Virginia Drive**<br>**Washington, DC 19034** | **Clifford Chance US LLP**<br>**Jennifer C DeMarco & Adam Lesman**<br>**31 West 52nd St**<br>**New York, NY 10019** |
| **Loeb & Loeb LLP**<br>**Walter H Curchack, Vadim J Rubinstein & Debra W Minoff**<br>**345 Park Ave**<br>**New York, NY 10154** | |

# **EXHIBIT C**

Jeffrey S. Piper and Jacqueline Piper
2132 Galloway Ct
Cincinnati, OH 45240


Edward Dierkes
610 Riverfront Drive
Sheboygan, WI 45240


Joelle Horan
9414 NW 72nd Court
Tamarac, FL 33321


Jeffrey L. Collins & Laura L. Collins
2962 Jamaica Blvd S.
Lake Havasu, AZ  86406


ANDERSON, DARRYL
150 MAYLAND ST
PHILADELPHIA, PA 19144


Lynn C. Greene & James Cassidy
6526 Wauconda Dr.
Larkspur, CO 80118


Louis Phillips
2338 Asbury Sq
Atlanta, GA 30346-2429

WOJCIK, DORI
20 LAKE AVE
BARRINGTON, RI 02806


Rene Evans & Joanne
10941 Wingate Rd
Jacksonville, FL 32218


William A. Corbell & Shirley A. Corbell
26060 Acero, Ste. 115
Mission Viejo, CA 92691


NGUYEN, DIEM TRANG
PO BOX 12139
Westminster, CA 92685


Virginia Bragg and Gregory Bragg v Decision One Mortgage Company LLC GMAC Mortgage
LLC The WV Mortgage Store Corp et al
MOUNTAIN STATE JUSTICE INC
1031 Quarrier St Ste 200
Charleston, WV 25301


Renee Caciopoli
c/o Law Offices of Lawrence S Dressler
516 Ellsworth Ave
New Haven, CT 06511


Sonia Visajel aka Sonia Medina
320 Lincoln Ave
Saugus, MA 01906