**Trial Date and Time:  March 1-2, 2016 @ 9:00 A.M. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF TRIAL ON THE RESCAP BORROWER CLAIMS TRUST'S SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED BY MICHAEL AND KRISTIN KARMAZYN (CLAIM NO. 2055) TO MARCH 1-2, 2016 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the trial on the *ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7736] (the "Seventy-Sixth Omnibus Claims Objection"), solely as it relates to the claim filed by Michael and Kristin Karmazyn (Claim No. 2055), previously scheduled to be heard on January 5-6, 2016 at 9:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 1-2, 2016 @ 9:00 A.M. (Prevailing Eastern Time)**

.

ny-1219128

| | |
|---|---|
| Dated: January 14, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1219128