**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

*Counsel for Claimant, Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND NOTICE OF WITHDRAWAL OF APPEARANCE**

Jeffrey A. Tew, Esq.; Spencer A. Tew, Esq.; and Thomas S. Ward, Esq. of Rennert Vogel Mandler & Rodriguez, P.A., hereby withdraw their appearance as counsel for the LAW OFFICES OF DAVID J. STERN, P.A. in the above-styled matter and request that they be removed from all future notifications. The matters for which their appearance was made has been resolved.

**WHEREFORE**, undersigned counsel request that they be removed from all service lists in this matter.

Dated: January 15, 2016.

1

**CASE NO.: 12-12020 (MG)**

RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.
*Counsel for Claimant,*
*Law Offices of David J. Stern, P.A.*
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177

By   /s/   Jeffrey A. Tew
    Jeffrey A. Tew, Esq.
    Florida Bar No. 121291
    Spencer A. Tew, Esq.
    Florida Bar No. 537071
    Thomas S. Ward, Esq.
    Florida Bar No. 028624

2

RENNERT VOGEL MANDLER & RODRIGUEZ, P.A., ATTORNEYS AT LAW, 29TH FLOOR, MIAMI TOWER
100 S.E. 2ND STREET, MIAMI, FLORIDA 33131-2130 • TEL. (305) 577-4177 • FAX (305) 373-6036