**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |

### AFFIDAVIT OF SERVICE

State of New York   )
                              )   ss.:
County of New York )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On January 8, 2016, I served true correct copies of the (i) *ResCap Borrower Claims Trust's Objection to Claim No. 3658 Filed by Laura J. McGuinn and William Wells* [Docket No. 9424] and (ii) *Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 3658 Filed by Laura J. McGuinn and William Wells to February 25, 2016 at 10:00 a.m. (Prevailing Eastern Time)* [Docket No. 9488] via overnight mail upon the parties listed on Exhibit A attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
15th day of January 2016

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1219053

**Exhibit A**

Mitchell D. Savrick
Savrick, Schumann, Johnson, McGarr,
 Kaminski & Shirley, L.L.P.
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735

Laura J. McGuinn & William Wells
612 N.E. 18th Street
Oklahoma City, OK  73105