## Exhibit A

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM

Name of Debtor and Case Number: GMAC MORTGAGE (LLC/SHP)   CASE # 12-12020 (mg)

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
MARY R. BIHACAVILLA

Name and address where notices should be sent:
MARY R. BIHACAVILLA
341 OAK DR.
New CUMBERLAND, PA. 17070

email: SAME AS ABOVE

Telephone number:

Name and address where payment should be sent (if different from above):
SAME AS ABOVE   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

RECEIVED NOV 12 2012
KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $ 144,000.00
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: NO OTHER FEES ARE INCLUDED
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 9613
3a. Debtor may have scheduled account as: DEFRAUDED
(See instruction #3a)
3b. Uniform Claim Identifier (optional): (UNKNOWN)
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $
Annual Interest Rate ____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $
Basis for perfection:
Amount of Secured Claim: $ .00
Amount Unsecured: $

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority: $

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction #8) Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, indorser, or other codebtor.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARY R. BIHACAVILLA
Title:
Company:
Address and telephone number (if different from notice address above):

Telephone number:   Email:

(Signature) Mary R. A. Bihacavilla   (Date) 11/3/2012

NOV - 9 2012
COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

12120701711090000000328



Nov.1,2012

To all concerned,

Overview.

I am submitting the attached for consideration, it has been
some time ago that I was traumatized by a process of GMAC and
since have not been able to look at the documents, much less
do anything.  The only reason you have this before you now is
the letter I received indicating that GMAC was filing bankruptcy
in addition to being encouraged to do so.

Sometime early 2009 I called for information on the loans the
president was talking about.  They would not tell me anything
by phone, said I needed to fill out paperwork to get more
information.  This was the beginning of a series of fraud
perpetrated against probably more the loan I had than me.
I didn't like that loan either but I had to do it as I had gone
through alot being a caregiver to my mom after my father passed
away.  Medical persons said she should go to nursing home but
I premised dad before he died that I would take care of her.
This took a toll on my work and credit history.  Some years
after she died (I had her 7yrs.), I needed to consolidate my
debt and move forward, and had to do a no-doc. loan, I wanted
a fixed loan but circumstances happened,it was the only way.
Well I knew I would change that loan as soon as I was in a
position to do so and that is why I was inquiring of GMAC about
these new loans.  What I needed was a smaller payment and they
mislead me with that promise, defrauded me and I am, have been
and will be paying more and more with the loan they scared me
into by way of defaulting my loan, my trial and then threatening
me with foreclosure.  They behaved as if this was all just part
of the process and literally mislead me every step of the way.

It is a very sad day in this Nation being unable to trust our
lending institutions.  Please, I am not an attorney and am unsure
if I have done this right but it is to the best of my ability.
Help me out of this.  I have called GMAC from time to time to
see if the conversation was reasonable  It is not.  I do not
want to have to be hostage to a company that is doing wrong,
I do not have a way out now after the position they steered
me into.  That is not to say things were good before hand but
I went to them for information and maybe help...this did not.
If GMAC did not want to service these loans they should not
have purchased them.  What they have done to people and the
market is not good.  I would request release of my deed if you
were to ask me what I would like to see done in lieu of the
amount indicated.  I am sure either way GMAC will not miss any
of it, I have been in my house now almost 20yrs, it is all I
have to work with and it has cost me all I had.  I would love
a fresh start to pay down all of my worthy debtors and get
retrained for the second part of life.  I am grateful for your
help in this matter.      Sincerely, ......Mary Biancavilla.

SUPPORT DOCS : 'A' pg. 1 of 1

ATTACHED HERE ARE 2 CONSECUTIVE
MONTHS BANK STATEMENTS WHICH SHOW
GMAC - LISTED AS :
AUTOMATIC ID : ████ 4840 CO : LOAN SERVICING

PLEASE NOTE ! LINE ITEMS OCT 2 + NOV 2, 2009.
           AUTO DEBIT OF $690 ⁰⁰⁄ₑₐ. MONTH.

THIS AMT. REPRESENTS (AND WAS) THE ORIG. MORTGAGE
AMT. FROM MY LOAN PURCHASED BY GMAC FROM
    MY PREVIOUS LENDER :

• AFTER ALL THAT HAS SINCE OCCURRED,     (READ THROUGH FOR ADD. INFO.)
   I ONLY SEND CERT. BANK CHECKS TO GMAC—
   — THEY HAVE PROVED THEMSELVES UNTRUSTWORTHY.



**MEMBERS 1st**
**FEDERAL CREDIT UNION**

Main Switchboard:                                    (800) 283-2328
EZ Call:              (717) 697-4372 or (800) 283-4372
TDD:               (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:                                           (800) 237-7288

www.members1st.org

Sep 25, 2009 thru Oct 24, 2009

Account Number:

**Balances at a Glance:**
Checking:                       215.42
Savings:                        179.49
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:        7.95

8991 1 AV 0.335                        31204-8991

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Page:    1 of   3

Your c                                                        ilver.
Your ag                                                      310.35.
An agg                                                       oducts

Interna                                                       er 8th.
Ta                                                            nd
fi                                                            y.

## CHECKING ACCOUNTS

### 11 - CHECKING

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| *Sep 25* | *Balance Forward* | | | 221.41 |
| Sep 29 | Withdrawal POS #177522 | | 73.02- | 148.39 |
| | WAL-MART #1591 HARRISBURG PA | | | |
| Sep 29 | Withdrawal Adjustment Debit Card Credit Voucher | 15.81 | | 164.20 |
| | 09/29 048201591996 WM SUPERCENTER HARRISBURG (E | | | |
| Sep 29 | Withdrawal Debit Card CHECK CARD | | 68.30- | 95.90 |
| | 09/29 800-255-7828 ALLSTATE *PAYMENT ILUSIN2000 | | | |
| Sep 30 | Withdrawal Debit Card CHECK CARD | | 60.30- | 35.60 |
| | 09/29 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Sep 30 | Withdrawal Debit Card CHECK CARD | | 11.76- | 23.84 |
| | 09/28 452001157992 RITE AID STORE 0418 NEW CUMBE | | | |
| Sep 30 | Deposit EZ Call Transfer From Share 05 | 100.00 | | 123.84 |
| Sep 30 | Withdrawal POS #330384 | | 20.93- | 102.91 |
| | CNS RITE AID CORP. 761886 NEW CUMBERLAN PA | | | |
| Sep 30 | Withdrawal Overdrawn NSF | | 33.00- | 69.91 |
| | In the amount $25.40 WalMart DC | | | |
| Sep 30 | Deposit Swipe 5 Rebate | 0.60 | | 70.51 |
| Oct 01 | Deposit Transfer From Share 00 | 4.41 | | 74.92 |
| Oct 01 | Withdrawal Debit Card CHECK CARD | | 51.44- | 23.48 |
| | 09/30 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Oct 01 | Deposit EZ Call Transfer From Share 05 | 902.51 | | 925.99 |
| Oct 01 | Withdrawal POS #932435 | | 20.00- | 905.99 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Oct 02 | Withdrawal Debit Card CHECK CARD | | 36.67- | 869.32 |
| | 09/30 800-331-0500 ATTM*464010049448PHI GAUS630 | | | |
| Oct 02 | Withdrawal POS #575645 | | 20.00- | 849.32 |
| | WEIS MARKETS #125 CAMP HILL PA | | | |
| Oct 02 | Withdrawal ACH LOANSERVICING | | 690.00- | 159.32 |
| | TYPE: AUTOMATIC (ID: 1231694840 CO: LOANSERVICING | | | |
| Oct 03 | Withdrawal POS #099583 | | 40.17- | 119.15 |
| | WEIS MARKETS #125 CAMP HILL PA | | | |
| Oct 04 | Withdrawal Debit Card CHECK CARD | | 9.77- | 109.38 |
| | 10/03 422001246889 SAC SHOP #9 NEW CUMBERLAN PA | | | |

--- Continued on following page ---



**MEMBERS 1st**
FEDERAL CREDIT UNION

Main Switchboard: (800) 283-2326
EZ Call: (717) 697-4372 or (800) 283-4372
TDD: (717) 697-5312 or (800) 283-2326 ext. 5312
TeleBranch: (800) 237-7288

Account Number:

Balances at a Glance:
Checking: 379.28
Savings: 159.53
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward: 8.85

Page: 1 of 3

9147 1 AV 0.335          32017-9147

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Your current Member Loyalty Rewards level is Silver.
Your aggr...                          ,989.03.
An aggr...                              oducts

Need t...                              ist?
Give ther...                           mation
vis...

## CHECKING ACCOUNT

### 0011 - CHECKING

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Oct 25 | *Balance Forward* | | | 215.42 |
| Oct 25 | Withdrawal Debit Card CHECK CARD | | 28.62- | 186.80 |
| | 10/23 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Oct 25 | Withdrawal POS #830736 | | 25.00- | 161.80 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Oct 25 | Withdrawal Debit Card CHECK CARD | | 20.00- | 141.80 |
| | 10/24 049200000000125 BOSCOVS 00000125 CAMP HILL | | | |
| Oct 27 | Withdrawal ACH CHASE | | 25.52- | 116.28 |
| | TYPE: EPAY  ID: 5760039224  CO: CHASE | | | |
| Oct 27 | Withdrawal ACH 1ST NATL BK OMAH | | 65.84- | 50.44 |
| | TYPE: ONLINE PMT  ID: W104000010 DATA: CREDIT CARD PMT | | | |
| | CO: 1ST NATL BK OMAH | | | |
| Oct 28 | Deposit Transfer From Share 05 | 200.00 | | 250.44 |
| Oct 28 | Withdrawal POS #854651 | | 32.58- | 217.86 |
| | WAL-MART #1886 MECHANICSBUR PA | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 15.36- | 202.50 |
| | TRANSACTION DATE - 10/28/2009 | | | |
| | 10/27 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 15.55- | 186.95 |
| | 10/28 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 100.00- | 86.95 |
| | 10/29 014847000213249 COMCAST OF CENTRAL PA 800- | | | |
| Oct 31 | Withdrawal Debit Card CHECK CARD | | 14.21- | 72.74 |
| | 10/29 452001157992 RITE AID STORE 0418 NEW CUMBE | | | |
| Oct 31 | Deposit | 100.00 | | 172.74 |
| Oct 31 | Deposit Swipe 5 Rebate | 0.90 | | 173.64 |
| Nov 01 | Withdrawal Debit Card CHECK CARD | | 17.33- | 156.31 |
| | 10/31 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Nov 02 | Withdrawal Debit Card CHECK CARD | | 20.00- | 136.31 |
| | 11/01 636-3490303 JOYCE MEYER MINISTRIES MOUS000 | | | |
| Nov 02 | Deposit EZ Call Transfer From Share 05 | 752.01 | | 888.32 |
| Nov 03 | Withdrawal ACH LOANSERVICING | | (690.00-) | 198.32 |
| | TYPE: AUTOMATIC  ID: 1231694840 CO: LOANSERVICING | | | |

--- Continued on following page ---

SUPPORT DOC's 'B'    Pg 1 of 2

NEXT, I HAVE ATTACHED MY BANK — from Dec, 2009 ~
STATEMENTS WHICH DO NOT SHOW MY
MORTGAGE PYMT. BEING DEBITED.
— I was NOT notified, NEVER CONSENTED
NOR CONSULTED WITH REGARDS TO IT.
GMAC HAD COLLECTED, FAITHFULLY, AUTOMATIC DEBITS
IN THE AMT OF $690 per MONTH WITHOUT ANY
CHG. FROM THE TIME THEY TOOK OVER THE LOAN.

I NEVER SAW THIS OR WHAT WAS ABOUT
TO UNFOLD COMMING.

IT WAS A COUPLE OF WEEKS INTO DECEMBER, 2009
WHEN I NOTICED THE OVERAGE IN THE EXACT
AMT. OF MY MORTGAGE PAYMENT. AND CALL GMAC
PROMPTLY. I HAD NEVER IN THE 15 plus YRS OF
HOME OWNERSHIP BEEN LATE WITH A PAYMENT, I WAS
SHAKEN.
GMAC INFORMED NOT TO WORRY I WAS APPROVED
FOR A MODIFICATION — I SAID THERE WAS A
MIS UNDERSTANDING THAT I WAS NOT
APPLYING, ONLY SEEKING INFO. ON THE
TYPE OF LOAN/S OFFERED AND F...



**MEMBERS 1st**
FEDERAL CREDIT UNION

Mechanicsburg, PA 17055
www.members1st.org

Main Switchboard:            (800) 283-2328
EX Club:        (717) 697-4310 or (800) 283-1072
TDD:        (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:            (800) 237-7288

Nov 25, 2009 thru Dec 24, 2009

Account Number:            ~~           ~~

**Balances at a Glance:**
Checking:                       140.63
Savings:                        859.57
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:         9.60

Page:  1 of  3

9789 1 AV 0.335            34760-9789

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

## CHECKING ACCOUNTS

*NO-*
*-$680⁰⁰ AUTO-DRAFT*

0011 - CHECKING

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Nov 25 | *Balance Forward* | | | 379.28 |
| Nov 25 | Withdrawal Debit Card CHECK CARD | | 14.98- | 364.30 |
| | 11/24 156691000153307 GIANT FUEL #253 NEW CUMBER | | | |
| Nov 25 | Withdrawal POS #723392 | | 25.00- | 339.30 |
| | GIANT FOOD #331 MECHANICSBURG PA | | | |
| Nov 26 | Withdrawal Debit Card CHECK CARD | | 7.53- | 331.77 |
| | TRANSACTION DATE - 11/25/2009 | | | |
| | 11/24 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Nov 26 | Withdrawal Debit Card CHECK CARD | | 31.78- | 299.99 |
| | 11/25 424854040880 SALVATION ARMY #403 MECHANICS | | | |
| Nov 27 | Withdrawal Debit Card CHECK CARD | | 57.43- | 242.56 |
| | 11/26 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Nov 30 | Withdrawal ACH CHASE | | 25.43- | 217.13 |
| | TYPE: EPAY  ID: 5760039224  CO: CHASE | | | |
| Nov 30 | Withdrawal ACH 1ST NATL BK OMAH | | 70.20- | 146.93 |
| | TYPE: ONLINE PMT  ID: W104000010 DATA: CREDIT CARD PMT | | | |
| | CO: 1ST NATL BK OMAH | | | |
| Nov 30 | Deposit Swipe 5 Rebate | 0.75 | | 147.68 |
| Dec 01 | Deposit EZ Call Transfer From Share 0005 | 701.55 | | 849.23 |
| Dec 02 | Withdrawal Debit Card CHECK CARD | | 20.00- | 829.23 |
| | 12/01 636-3490303 JOYCE MEYER MINISTRIES MOUS000 | | | |
| Dec 02 | Withdrawal POS #353215 | | 29.23- | 800.00 |
| | WAL-MART #1886 MECHANICSBUR PA | | | |
| Dec 03 | Withdrawal Debit Card CHECK CARD | | 10.30- | 789.70 |
| | TRANSACTION DATE - 12/02/2009 | | | |
| | 12/01 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Dec 03 | Check 001112 Tracer 0001048173 | | 111.04- | 678.66 |
| Dec 04 | Withdrawal Debit Card CHECK CARD | | 9.85- | 668.81 |
| | TRANSACTION DATE - 12/03/2009 | | | |
| | 12/02 00178470056RUT1 RUTTER'S FARM STORE #5 NEW | | | |
| Dec 04 | Withdrawal Debit Card CHECK CARD | | 26.72- | 642.09 |
| | 12/03 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 04 | Deposit EZ Call Transfer From Share 0005 | 150.00 | | 792.09 |

--- Continued on following page ---

**MEMBERS 1ST**    Mechanicsburg, PA 17055    TeleBranch:    Account Number:

www.members1st.org

Page: 2 of 3

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Dec 04 | Check 001111 Tracer 0001217285 | | 10.00- | 782.09 |
| Dec 05 | Withdrawal POS #828491 | | 50.00- | 732.09 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 06 | Withdrawal Debit Card CHECK CARD | | 9.98- | 722.11 |
| | TRANSACTION DATE - 12/05/2009 | | | |
| | 12/04 00178470056RUT1 RUTTER'S FARM STORE #5 NEW | | | |
| Dec 07 | Withdrawal Debit Card CHECK CARD | | 11.87- | 710.24 |
| | 12/06 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 09 | Deposit Transfer From Share 0000 | 1,268.00 | | 1,978.24 |
| Dec 09 | Withdrawal Debit Card CHECK CARD | | 27.65- | 1,950.59 |
| | 12/08 156691000153307 GIANT FUEL #253 NEW CUMBER | | | |
| Dec 09 | Withdrawal EZ Call Transfer To Share 0000 | | 700.00- | 1,250.59 |
| Dec 09 | Withdrawal POS #762000 | | 55.00- | 1,195.59 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 10 | Withdrawal Debit Card CHECK CARD | | 109.86- | 1,085.73 |
| | 12/09 800-331-0500 ATTM*464010049448PHI GAUS630 | | | |
| Dec 11 | Withdrawal Debit Card CHECK CARD | | 15.98- | 1,069.75 |
| | 12/11 800-247-4784 CHR*CDSCATALOG,LLC MAUSIN7500 | | | |
| Dec 13 | Withdrawal POS #032895 | | 50.00- | 1,019.75 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 14 | Withdrawal Debit Card CHECK CARD | | 49.93- | 969.82 |
| | 12/14 443-200-1200 PROFESSIONAL ARTS PHARMMDUSIN | | | |
| Dec 14 | Withdrawal ACH GE MONEY | | 38.00- | 931.82 |
| | TYPE: PAYMENT ID: 1061537262 CO: GE MONEY | | | |
| Dec 16 | Withdrawal Debit Card CHECK CARD | | 24.82- | 907.00 |
| | TRANSACTION DATE - 12/15/2009 | | | |
| | 12/14 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Dec 17 | Withdrawal Debit Card CHECK CARD | | 38.22- | 868.78 |
| | 12/16 434291385889 GETTYSBURG ROAD ANIMAL MECHAN | | | |
| Dec 18 | Withdrawal POS #667964 | | 75.00- | 793.78 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 18 | Withdrawal ACH DISCOVER | | 259.00- | 534.78 |
| | TYPE: E-PAYMENT ID: 2510020270 | | | |
| | DATA: DC PYMNTS DCIINTNET CO: DISCOVER | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 13.61- | 521.17 |
| | 12/20 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 19.95- | 501.22 |
| | 12/21 156691000153307 GIANT FUEL #253 NEW CUMBER | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 25.00- | 476.22 |
| | 12/21 4445000908657 FAMILY DOLLAR #2408 NEW CUMB | | | |
| Dec 22 | Withdrawal ACH RBS CITIZENS NA | | 76.47- | 399.75 |
| | TYPE: PAYMENT ID: 2581493818 CO: RBS CITIZENS NA | | | |
| Dec 22 | Check 001113 Tracer 0001212226 | | 150.00- | 249.75 |
| Dec 23 | Withdrawal Debit Card CHECK CARD | | 57.13- | 192.62 |
| | 12/22 172257000167905 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 23 | Withdrawal Debit Card CHECK CARD | | 11.99- | 180.63 |
| | 12/23 800-827-6364 TWX*AOL SERVICE 1209 NYUSINP7 | | | |
| Dec 23 | Withdrawal POS #915097 | | 40.00- | 140.63 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 24 | Ending Balance | | | 140.63 |

*Courtesy Pay and NSF Fee Summary*

| | | |
|---|---|---|
| NSF Item Fees Year-to-Date | | 33.00 |
| Courtesy Pay Fees Year-to-Date | | 33.00 |

### CHECK SUMMARY

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 001111 | 10.00 | Dec 04 | 001113 | 150.00 | Dec 22 |
| 001112 | 111.04 | Dec 03 | | | |

3 Checks Cleared for 271.04

Support Doc's 'B' 2 of 2

- I sought info. on correcting thier mistake, ie. how we rectify the missed auto-debit, and was told they would not be collecting it because I was being qualified for a loan modification. I reitterated that until I could see the terms of the loan would I want to move forward. I was assured I would be happy with it and the process moves quickly. They indicated I would have a trial of 3 mos. of pymts of $679.83 and to send the 1st one for Jan 2010, that this would satisfy the previous month's mortgage pymt. as we transitioned. They said they were sending out the documents confirming, and I should call back then.

So I was uncomfortable with it but did not want to get into a problem with foreclosure or anything by some misunderstanding.—
I sent the 1st check, recieved paperwork I was not happy with much of the uncoordination in documentation from GMAC between the mortgage dept. & this loan mod / loss mitt area.
The calls were disconcerning also, but these loss mitt reps were efficient and I was (unknown at that time) being defrauded out of my orig. loan into what would be something other than promised.

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

01/11/10

116786-000777

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND PA 17070

RE:    Account Number          9613
       Property Address     341 OAK DRIVE

                        NEW CUMBERLAND PA 17070

Dear MARY R BIANCAVILLA

*[handwritten: By phone LO THIS IS HO I WAS HOW UDER FOR THE RIAL MODIFICAT]*

Disclosure:  If you are already working with the Loss Mitigation
department on a special forbearance or other foreclosure
prevention alternatives, this letter does not apply to you.
However, you may want to take advantage of the Homeownership
Counseling information contained within this letter.

*[handwritten: AND TO GARRE ALL]*

Your account is in default under the terms of the mortgage.
The mortgage payments of $      1380.00 for the months
of 12/01/09 through 01/01/10, are past due.  If you have
already mailed these payments, please accept our thanks.

*[handwritten: THE REST OF THIS - IT DOES NOT APPLY]*

Due to the unresolved delinquency on your account, you may be
experiencing temporary or permanent financial problems that led
to the default.  Your account could soon be referred to
foreclosure if the default is not resolved.  We would like to
discuss possible loss mitigation options, which may be available
to you to resolve the delinquency and avoid foreclosure.  A brief
description of these options follows.

If you have experienced a temporary loss of income or increase
in expenses and now have sufficient income to make increased
payments, we may be able to work out a REPAYMENT PLAN.

*[handwritten: TO ME]*

LOAN MODIFICATION: A loan modification capitalizes delinquent
payments into the unpaid principal balance.  This may be
completed if you are unable to make temporary increased monthly
payments, yet can still afford your mortgage payments.

Investor Loan # ▉▉▉▉9613

# HOME AFFORDABLE MODIFICATION PROGRAM
# LOAN WORKOUT PLAN
## (Step One of Two-Step Documentation Process)

Loan Workout Plan Effective Date: 01/01/2010
Borrower ("I")[1]: MARY R BIANCAVILLA
Lender ("Lender"): GMAC Mortgage, LLC
Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 12/16/2005
Loan Number ▉▉▉9613
Property Address ("Property"): 341 OAK DRIVE · NEW CUMBERLAND PA 17070

If I am in compliance with this Loan Workout Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Loan Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take effect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.      **My Representations.** I certify, represent to Lender and agree:

      A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

      B.      I live in the Property as my principal residence, and the Property has not been condemned;

      C.      There has been no change in the ownership of the Property since I signed the Loan Documents;

      D.      I am providing or already have provided documentation for all income that I receive (except that I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

---

[1] If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

E.    Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and

F.    If Lender requires me to obtain credit counseling, I will do so.

G.    If I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents, Lender agrees that I will not have personal liability on the debt pursuant to this Plan.

2.    **The Loan Workout Plan.** On or before each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items (where not prohibited by law), including real estate taxes, insurance premiums and other fees, if any, of U.S. $679.83.

*[handwritten: VERY IMPORTANT TO WHAT I THEN ENDED-UP WITH.]*

|   |   |   |
|---|---|---|
| 1. | 01/01/2010 | $679.83 |
| 2. | 02/01/2010 | $679.83 |
| 3. | 03/01/2010 | $679.83 |

The Trial Period Payment is an estimate of the payment that will be required under the modified loan terms, which will be finalized in accordance with Section 3 below.

During the period (the "Trial Period") commencing on the date of this Plan and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

A.    TIME IS OF THE ESSENCE under this Plan;

B.    Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived unless prohibited by law;

C.    If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the lender may foreclose if I have not made each and every Trial Period Payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

D.    The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment in full. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

E.    When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents and are not prohibited by law;

F.    If prior to the Modification Effective Date, (i) the Lender does not provide me a fully executed copy of this Plan and the Modification Agreement; (ii) I have not made the Trial Period payments required under Section 2 of this Plan; or (iii) the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and

*[handwritten: By GMAC DOING-THE UNAUTHORIZED AUTO DEBIT IN THE SAME MONTH THEY DEPOSITED A TRIAL CHECK THEY CAUSED INSUFFICIENT FUNDS AND DEFAULTED MY TRIAL ALSO.]*

Pg. 1)                                              Support Doc's 'C'

- SO GMAC RECVD. AND CASHED/CLEARED BANK
my FIRST TRIAL CHECK IN JAN. AND I
SENT THE SECOND CHECK AS SCHEDULED.
   THEY DEPOSITED my CHECK 3 (WITHOUT AUTHORIZATION)    } 3 pym plus
NOR ANY WARNING - AUTO-DEBITED my SAME                  THEY Al Ready
ACCT FOR AN AMT. OF (2 TRIAL) PAYMENTS...              CASHED
   .. WHICH CAUSED INSUFFICIENT FUNDS +                 1ST TRIAL
(GMAC) THEY IN EFFECT DEFRAUDED ME OUT                 CHECK IN JAN
OF my TRIAL BY CREATING A CIRRCUMSTANCE
THEY WOULD LATER POINT TO AND SAY
YOU CAN'T HAVE THE "MAKING HOME AFFORDABLE"
LOAN, YOU WILL BE MODIFIED INTO WHAT
WE WILL GIVE YOU. I WAS DEFRAUDED
AGAIN AND AGAIN AND AGAIN.


FIRST - THE INITIAL CALLS TO SAY I
         HAD TO SEND PAPERWORK FOR THAT LOAN INFO.
2ND - MY STOPPED (UNCOLLECTED) Dec 2009 MORT. PAYMENT
      WHICH DEFAULTED my ORIG. LOAN.
3RD THE UNLAWFUL - UNAUTHORIZED AUTO-DEBIT
     WHICH NOT ONLY OVER DRAFTED my ACCOUNT CAUSING
     A DEFAULT TO my TRIAL, BUT SINCE THEY
     ALREADY COLLECTED 2 TRIAL PYMTS, THEY
     WERE OVER CHARGING BY A FULL PAYMENT
     - BREECHING THEIR OWN CONTRACT. Continued

Pg. 2)

— Continued,

— 4th THE LOAN THEY MODIFIED ME TO
WAS NONE OF WHAT THEY PROMISED. FIXED RATE

NOTE : (IT APPEARS THEY ARE TRYING TO FORCE FORCLOSURE.

By THE TIME ALL OF THIS UNFOLDED
THERE WERE LAY OFFS AT my JOB
DUE TO THE ECONOMY AND A
COMPANY TAKE-OVER. IT APPEARED
WE WERE BEING SHUT DOWN — I
WAS EVENTUALLY LAID-OFF, I HAD
NOTHING TO FIGHT BACK WITH
— AND HAVE BEEN BARELY GETTING BY
SINCE.

GMAC KEEPS RAISING my MORT. AMT.
AND CHGING. THINGS ON WHAT WAS
SUPPOSE TO BE A FIXED RATE LOAN.

My PYMTS. WERE SUPPOSE TO BE
LESS THAN THE 690 I WAS PAYING,
THE TRIAL PYMTS WERE 679.83 AND
THAT CONTRACT STATED ALL TAXES
INSURANCE AND FEES WERE ESCROWED IN
IT AND My NEW PYMT WAS TO BE THAT
OR LESS WAS TOLD OVER AND OVER AGAIN.

**M.**
**MEMBERS 1st**
FEDERAL CREDIT UNION

www.members1st.org
Main Switchboard:                    (800) 283-2328
EZ Call:          (717) 697-4372 or (800) 283-4372
TDD:          (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:                          (800) 237-7288

8964 1 AV 0.335          31017-8964

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Account Number:          229654

Balances at a Glance:
Checking:          555.71
Savings:          859.77
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:          10.60

Page:  1 of  3

Your c_____ _____ _____ilver.
Your ag__ ___ _____ _____ 209.68.
An aggr__ ___ ____ ___ _____oducts

Would you like to r_____ ____ ___ _____ eStatements! Go
to Members 1st On____ ___ _____ ___ ____vide us with your

## CHECKING ACCOUNT

**0011 - CHECKING**

*And STILL 10—*
*Auto Debit*
*of 690.00*

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Dec 25 | Balance Forward | | | 140.63 |
| Dec 25 | Withdrawal Debit Card CHECK CARD | | 16.32- | 124.31 |
| | 12/24 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 28 | Withdrawal Debit Card CHECK CARD | | 22.23- | 102.08 |
| | 12/27 452001157992 RITE AID STORE 0418 NEW CUMBE | | | |
| Dec 28 | Deposit EZ Call Transfer From Share 0005 | 200.00 | | 302.08 |
| Dec 28 | Withdrawal ACH CHASE | | 25.18- | 276.90 |
| | TYPE: EPAY  ID: 5760039224  CO: CHASE | | | |
| Dec 29 | Deposit by Check | 7.40 | | 284.30 |
| Dec 29 | Withdrawal ACH 1ST NATL BK OMAH | | 66.00- | 218.30 |
| | TYPE: ONLINE PMT  ID: W104000010 DATA: CREDIT CARD PMT | | | |
| | CO: 1ST NATL BK OMAH | | | |
| Dec 30 | Withdrawal Debit Card CHECK CARD | | 10.06- | 208.24 |
| | TRANSACTION DATE - 12/29/2009 | | | |
| | 12/28 01852728419MER1 HESS 38419 LEMOYNE PA | | | |
| Dec 31 | Deposit Swipe 5 Rebate | 1.00 | | 209.24 |
| Jan 02 | Withdrawal Debit Card CHECK CARD | | 20.00- | 189.24 |
| | 01/01 156691000153307 GIANT FUEL #253 NEW CUMBER | | | |
| Jan 03 | Withdrawal Debit Card CHECK CARD | | 33.58- | 155.66 |
| | TRANSACTION DATE - 01/02/2010 | | | |
| | 01/01 06176380125WE11 WEIS MARKETS #125 S CAMP'H | | | |
| Jan 04 | Withdrawal Debit Card CHECK CARD | | 34.71- | 120.95 |
| | 01/03 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Jan 04 | Deposit EZ Call Transfer From Share 0005 | 680.00 | | 800.95 |
| Jan 06 | Check 001115 Tracer 000119828? *1ST TRIAL CHECK* | | 679.83- | 121.12 |
| Jan 07 | Withdrawal Debit Card CHECK CARD | | 27.82- | 93.30 |
| | 01/06 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Jan 13 | Deposit Transfer From Share 0000 | 1,268.00 | | 1,361.30 |
| Jan 15 | Withdrawal Debit Card CHECK CARD | | 31.86- | 1,329.44 |
| | 01/14 156691000153307 GIANT FUEL #253 NEW CUMBER | | | |
| Jan 15 | Withdrawal Debit Card CHECK CARD | | 161.20- | 1,168.24 |
| | 01/15 01847000213249 COMCAST OF CENTRAL PA 800- | | | |
| Jan 19 | Withdrawal ACH DISCOVER | | 273.44- | 894.80 |

--- Continued on following page ---

# M 1st

MEMBERS 1st

Send Inquires to:
6000 Louisa Drive
PO Box 40
Mechanicsburg, PA 17055
www.members1st.org

Main Switchboard:                    (800) 283-2328
EZ Call:          (717) 697-4372 or (800) 283-4372
TDD:          (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:                          (800) 237-7288

Dec 25, 2009 thru Jan 24, 2010
Account Number:
Page:  2 of  3

| Data | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
|  | TYPE: E-PAYMENT  ID: 2510020270 |  |  |  |
|  | DATA: DC PYMNTS DCIINTNET CO: DISCOVER |  |  |  |
| Jan 20 | Withdrawal Debit Card CHECK CARD |  | 14.42- | 880.38 |
|  | 01/19 006181924106BF1 KARNS QUALITY FOOD LEMOYNE |  |  |  |
| Jan 20 | Withdrawal ACH RBS CITIZENS NA |  | 74.85- | 805.53 |
|  | TYPE: PAYMENT  ID: 2581493818 CO: RBS CITIZENS NA |  |  |  |
| Jan 21 | Withdrawal Debit Card CHECK CARD |  | 30.83- | 774.70 |
|  | TRANSACTION DATE – 01/20/2010 |  |  |  |
|  | 01/19 08176380125WE11 WEIS MARKETS #125 S CAMP H |  |  |  |
| Jan 21 | Withdrawal POS #951920 |  | 40.00- | 734.70 |
|  | GIANT FOOD #253 NEW CUMBERLAN PA |  |  |  |
| Jan 23 | Withdrawal Debit Card CHECK CARD |  | 11.99- | 722.71 |
|  | 01/23 800-827-6364 TWX*AOL SERVICE 0110 NYUSIN07 |  |  |  |
| Jan 23 | Withdrawal Debit Card CHECK CARD |  | 167.00- | 555.71 |
|  | 01/23 434291385899 GETTYSBURG ROAD ANIMAL MECHAN |  |  |  |
| Jan 24 | Ending Balance |  |  | 555.71 |
|  | 2009 Dividends Paid | 0.00 |  |  |

*Courtesy Pay and NSF Fee Summary*
NSF Item Fees for Statement Period                              0.00
NSF Item Fees Year-to-Date                                      0.00
Courtesy Pay Fees for Statement Period                          0.00
Courtesy Pay Fees Year-to-Date                                  0.00

## CHECK SUMMARY

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 001115 | 679.83 | Jan 06 |  |  |  |

SAVINGS ACCOUNTS

# M. MEMBERS 1ˢᵗ
## FEDERAL CREDIT UNION

www.members1st.org

Main Switchboard:          (800) 283-2328
EZ Call:          (717) 697-4372 or (800) 283-4372
TDD:          (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:          (800) 237-7288

Jan 25, 2010 thru Feb 24, 2010

8736 1 AV 0.335          30310-8736

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

**Your current Member Loyalty Rewards level is Silver.**
**Your ag_____510.85.**
**An aggr_____oducts**

**Want to earn some e_____U referral program.**

# CHECKING ACCOUNT

## 0011 - CHECKING

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Jan 25 | Balance Forward | | | 555.71 |
| Jan 25 | Deposit by Check | 26.09 | | 581.80 |
| Jan 26 | Withdrawal Debit Card CHECK CARD | | 17.02- | 564.78 |
|  | 01/25 172257000167955 GIANT FOOD #253 NEW CUMBER | | | |
| Jan 28 | Withdrawal ACH CHASE | | 35.26- | 529.52 |
|  | TYPE: EPAY  ID: 5760039224 CO: CHASE | | | |
| Jan 28 | Withdrawal ACH 1ST NATL BK OMAH | | 65.89- | 463.63 |
|  | TYPE: ONLINE PMT  ID: W104000010 DATA: CREDIT CARD PMT | | | |
|  | CO: 1ST NATL BK OMAH | | | |
| Jan 31 | Deposit Swipe 5 Rebate | 0.55 | | 464.18 |
| Feb 01 | Deposit EZ Call Transfer From Share 0005 | 250.00 | | 714.18 |
| Feb 01 | Check 001116 Tracer 0023230922 | | 679.85- | 34.33 |
|  | Processed Check - GMAC Mtg Corp | | | |
|  | TYPE: CHECK PYMT  ID: 0480000992 | | | |
|  | DATA: 0000100000 041204975 | | | |
| Feb 02 | Withdrawal Debit Card CHECK CARD | | 33.38- | 0.95 |
|  | TRANSACTION DATE - 02/01/2010 | | | |
|  | 01/31 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Feb 02 | Deposit Transfer From Share 0000 | 719.50 | | 720.45 |
| Feb 02 | Withdrawal ACH LOANSERVICING | | 1,038.08- | 317.63- |
|  | TYPE: AUTOMATIC  ID: 1281694840 CO: LOANSERVICING | | | |
| Feb 02 | Withdrawal Courtesy Pay fee | | 33.00- | 350.63- |
| Feb 03 | Withdrawal Debit Card CHECK CARD | | 14.89- | 365.52- |
|  | TRANSACTION DATE - 02/02/2010 | | | |
|  | 02/01 00178470056RUTH RUTTER'S FARM STORE #8 NEW | | | |
| Feb 03 | Withdrawal NSF Fee | | 33.00- | 398.52- |
|  | TRANSACTION DATE - 02/02/2010 | | | |
| Feb 03 | Withdrawal | | 25.00- | 423.52- |
|  | Stop Payment Fee | | | |
| Feb 03 | Deposit | 66.00 | | 357.52- |
|  | RETURN 2 COURTESY PAY FEES 2/2/10 | | | |
| Feb 05 | Deposit ACH LOANSERVICING | 1,038.08 | | 680.56 |
|  | TRANSACTION DATE - 02/02/2010 | | | |

*handwritten notes: "2nd trial check", "2 trial", "Pmts unauthorized", "I did not know who to/what this was", "Found by Phone."*

--- Continued on following page ---



**MEMBERS 1ˢᵗ**
FEDERAL CREDIT UNION

**Unauthorized/Improper ACH Debit Activity**
**Written Statement Under Penalty of Perjury**

I, *Mary Bienvenille* state that I have examined the attached statement or other notification from Members 1st FCU indicating that an ACH debit entry was charged to my Account No. ~~XXXXXX~~, on ~~9/9~~, 20 10 in the amount of $ 1030.08, and that the debit was unauthorized or improper.

An **unauthorized** debit (with the exception of TEL entries) means an electronic fund transfer from a consumer's account initiated by a person who was not authorized by the consumer, via a writing that was either signed or similarly authenticated, to initiate the transfer. With respect of TEL entries, an unauthorized debit means an electronic fund transfer from a consumer's account initiated by a person who was not authorized by the consumer, via an oral authorization, to initiate the transfer. An electronic fund transfer in an amount greater than that authorized by the consumer or that results in a debit to the consumer's account earlier than that authorized by the consumer also is an unauthorized debit. An unauthorized debit does not include an electronic fund transfer initiated with fraudulent intent by the consumer or any person acting in concert with the consumer. An **improper** debit means a re-presented Check Entry (RCK), Point-of-Purchase Entry (POP), Accounts Receivable Entry (ARC), or Back Office Conversion Entry (BOC) that meets the criteria described in Section II below.

**I. For unauthorized entries, I further state that: (check one)**

☐ I did not authorize, and have not ever authorized, _____ (company name) to originate one or more ACH entries to debit funds from any account at Members 1st FCU.

☐ I authorized _____ (Company Name) to originate one or more ACH entries to debit funds from an account at Members 1st FCU but on _____, 20 ____ I revoked that authorization by notifying _____ in the manner specified in the authorization.

☑ I authorized *GMAC SERVICING* to originate one or more ACH entries to debit funds from an account at Members 1st FCU but *but my mortgage co was changed and this debt was not authorized*
☑ the amount debited exceeds the amount I authorized to be debited. The amount I authorized is $*0 with draw on my mtge*
**OR** *$690 the loan not authorized as of December 2009.*

☐ the debit was made to my account on a date earlier than the date on which I authorized the debit to occur. I authorized the debit to be made to my account on or no earlier than _____, 20 ____.

**II. For improper entries, I further state that: (check one)**
· *for RCK entries:*
☐ the item to which the entry relates is ineligible to be initiated as an RCK entry;
☐ the required notice stating the terms of the re-presented check entry policy was not provided by the Originator in accordance with the requirements of the *NACHA Operating Rules;*
☐ all signatures on the item to which the RCK entry relates are not authentic or authorized, or the item has been altered;
☐ the amount of the RCK entry was not accurately obtained from the item; or
☐ both the RCK entry and the item to which the RCK entry relates have been presented for payment.
· *for ARC and BOC entries:*
☐ I opted out of check conversion activity;
☐ notice was not provided by the Originator in accordance with the requirements of the *NACHA Operating Rules;*
☐ the source document used for the debit entry is improper;
☐ both the source document and the ARC or BOC entry to which it relates have been presented for payment; or
☐ the amount of the ARC or BOC entry was not accurately obtained from the source document.
· *for POP entries:*
☐ the debit entry for which the Receiver is seeking recredit was not authorized by the Receiver;
☐ the source document used for the debit entry is improper; or
☐ both the source document and the POP entry to which it relates have been presented for payment.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

2/4/10 _____    *Mary R. Bienvenille*
**Date & Time**                        **Member Signature**

*Devin N Robinson*                    *N Giant*
**Members 1st FCU Associate name**        **Branch Office**

MBRS 1: 45-27
Rev. 02/07

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/11/10

MARY R BIANCAVILLA

341 OAK DR
NEW CUMBERLAND    PA 17070

RE:    Account Number    ▇▇▇9613
       Property Address    341 OAK DRIVE
                          NEW CUMBERLAND    PA 17070

Dear    MARY R BIANCAVILLA

This is in response to your inquiry regarding a request for a copy of the automatic payment letter on the above-referenced account.

Unfortunately, we have been unsuccessful in our attempts to obtain this information. We apologize for any inconvenience this may cause.

If you have any additional questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:48

*I requested a copy of a (signed by me) authorization for $1038.08 presented to my bank FEB 2, 2010 — CAUSING OVER DRAFTS AND TRIAL LOAN DEFAULT. THIS IS THE RESPONSE.*

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

*This made no sense since I was already sending checks and they were cashing them.*

02/04/10

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND    PA 17070

RE:    Account Number    ████613
       Property Address    341 OAK DRIVE

                           NEW CUMBERLAND    PA 17070

Dear    MARY R BIANCAVILLA

In response to your request, we updated our records to reflect the cancellation of your
Online Payment Program effective 2/4/10. You are now responsible for making all future
paymetns by using an alternate method.

If you have any questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:02

*IN LIEW OF WHAT GMAC DID WITH THE UNAUTHORIZED ACCESS IN ADDITION TO HAVING NO CLEAR UNDERSTANDING OF WHAT THEY ARE DOING TO MY LOAN THEY HAVE BEEN ADVSD. NO FURTHER AUTO DEBITS ARE AUTHORIZED THAT ACCT. IS BEING CLOSED.*

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/12/10

130578-000021

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND PA 17070

|ladllladlladladlllanaddladladlladdalladlladadlal|

RE:   Account Number        ████9613
         Property Address     341 OAK DRIVE

                                    NEW CUMBERLAND PA 17070

Dear MARY R BIANCAVILLA

Your payment has been returned unpaid by your financial
institution.  As a result, we have reversed these funds from
your account.  Your account is now due for the 01/01/10 — *INCORRECT*
payment.  If allowed by your state, you may be assessed a *✓# on BANK*
returned check fee.                        *TRANS DT. 1/6/10  1115 ON BANK*
                                                              *STATEMENT*
If your replacement payment is received after the expiration *CLEARED +*
of your grace period, any applicable late charges will be *CLOSED PRIOR*
assessed.  If you would like to remit your payment immediately, *TO DATE*
contact us by phone to use our Pay by Phone services by *OF THIS LTR.*
calling 800-766-4622.
                                                *(SEE DEC25J09 - JAN24, 10*
If you participate in one of our Electronic Payment Programs, *STATEMENT.*
replacement of the reversed payment as well as financial
institution corrections may need to be made prior to future
drafts occurring.

If this is the third payment returned for insufficient funds,
your account will be restricted to certified funds.

If you have any questions regarding this matter, please contact
Customer Care at 800-766-4622.

Customer Care
Loan Servicing

7004





MARY R BIANCAVILLA
341 OAK DR.
NEW CUMBERLAND, PA 17070

1115

Jan 1, 2010

PAY TO THE ORDER OF  GMAC                          $ 679.83

SIX Hundry Seventy Nine Dollars and 83/100  DOLLARS

MEMBERS 1st

MEMO 1st Trial Pymt. HomeMod.        Mary R Biancavilla

GMAC Mortgage, LLC
Attention: Loss Mitigation
3451 Hammond Avenue
Waterloo, IA 50702

------------------------------------

[Space Above This Line For Recorder's Use]

# STEP RATE LOAN MODIFICATION AGREEMENT
## WITH PRINCIPLE DEFERMENT
### (Deferred Payment Disclosure Attached)

Loan Modification Agreement ("Agreement") made this May 1, 2010 ("Effective Date") between  MARY R BIANCAVILLA            ("Borrower") and GMAC Mortgage, LLC ("Lender"), amends and supplements that certain promissory note ("Note") dated December 16, 2005 in the original principal sum of One Hundred Forty Four Thousand Dollars and No Cents ($ 144,000.00)executed by Borrower.  The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument"), dated the same date as the Note, and if applicable, recorded on  with Instrument Number in Book  and/or Page Number of the real property records of CUMBERLAND County, PA.  Said Security Instrument covers the real and personal property described in such Security Instrument (the "Property") located at 341 OAK DRIVE  NEW CUMBERLAND PA 17070, which real property is more particularly described as follows:

( Legal Description if Applicable for Recoding Only )

Borrower acknowledges that Lender is the legal holder and the owner, or agent\servicer for the legal holder and owner, of the Note and Security Instrument and further acknowledges that if Lender transfers the Note, as amended by this Agreement, the transferee shall be the "Lender" as defined in this Agreement.

*← I WAS FORCED - DUPED- DEFRAUDED AND THIS IS NOT AS PROMISED.*

Borrower has requested, and Lender has agreed, to extend or rearrange the time and manner of payment of the Note and to extend and carry forward the lien(s) on the Property whether or not created by the Security Instrument.

Now, therefore, in consideration of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. Borrower acknowledges that as of the Effective Date, the amount payable under the Note and Security Instrument (New Principal Balance) is $140,421.45 and $8,000.00 of my old principal balance (the balance due prior to the date of this loan modification) shall be deferred (the "Deferred Principal Balance") until the Term of my loan expires (the Maturity Date ), or when I payoff my loan at the time when I sell or transfer any interest in my home, refinance the loan, or when the last scheduled payment is due, and the Lender will be under no obligation to refinance my loan.  Until I am required to payoff the "Deferred Principal Balance", I will not be required to pay interest or make monthly payments on the deferred amount.

*← THEY HA SINCE CHEFO. THIS - THEY (GMH JUST DO WHATEVE SUITS THEM*

2. Borrower hereby renews and extends such indebtedness and promises to pay jointly and severally to the order of "Lender" the Principal Balance, consisting of the amount(s) loaned to Borrower by "Lender" and any accrued but unpaid interest capitalized to date as applicable, along with any other amounts that may come due under the terms of the original Note and Security Instrument.

3. **PAYMENT SCHEDULE.**    *I PAY BY CERT. BANK CHECK EVERY MONTH - I HAVE NO TRUST FOR THIS COMPANY.*

*WITHOUT REGARD TO LAWFUL PRACTICE*

GMAC FSPF4 03-18-2010 master mail merge Record N.doc