## Exhibit B

~~Sent/Received~~

# RESCAP    IJUL 2 2 2013    MORRISON | FOERSTER

To: ___ KT ___
By: _____

### Claim Information

| Claim Number | 4397 |
|---|---|

| Basis of Claim | **DEFRAUDED** |
|---|---|
| Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | $144,000.00 = ORIG. LOAN AMT. @ TIME GMAC CAUSED THE DEFAULT. I WAS MISLEAD BY DESCEPTION & UNLAWFUL ACTION (SEE SUPPORT DOCS) ⚫ NOT POSSIBLE FOR ME TO GIVE AN ACTUAL $ FIGURE FOR LOSS OVER THE LIFE OF THIS LOAN I WAS DUPPED INTO. GMAC HAS STILL NOT SUPPLIED ME WITH ANY INTELLIGIBLE INFO. ON PAST INCREASES — WHO KNOWS WHAT ELSE IS IN STORE ? THE ONLY SANE # TO REFLECT UPON IS THE POINT OF RESTORATION OR MAYBE THEY WILL GIVE THE #'S. |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: | ████ 9613 |
|---|---|

Address of property related to the above loan number:

341 OAK DR.

| City: | State: | ZIP CODE: |
|---|---|---|
| NEW CUMBERLAND | PA | 17070 |

⚫ AS LONG AS I AM IN THIS LOAN I AM LOSING ⟵ MONEY. EVERYTHING OVER $679.83 per MONTH IS OVER THE MAY FIXED AMT. INDICATED BY GMAC, AS WHAT MY NEW PYMT. WOULD

Additional resources may be found at - http://www.kccllc.net/rescap    BE... CURRENTLY $874.41 after 2 yrs.

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number: 4397
Mary R. Biancavilla
Type: POC

. Early 2009, March, Called for information on New Administration's Mortgage programs.  They could not give info.on phone was sending in mail.

. Approx.4-6weeks later I received info. that looked like what would be collected when applying for credit/mortgage etc.

. I called about the documentation and was told I needed to submit my financials so that they could see if I would qualify for one of their new programs.

. Late June, 2009...I sent the paperwork fully completed by both the fax # they gave and a full copy by mail.

There were communications inbetween mostly GMAC requesting info. they already had.  I instructed them to look to the copy I had mailed for any duplicate requests.

. Mid Dec.,2009...In checking my bank balance noticed it was high, I did the math, it was the amount of my mortgage payment that should have been auto-debited.  I called GMAC promptly.
. (See support doc's (A & B), cover summaries and attached bank statements showing auto-debits for Oct and Nov 2009, and no debit for Dec.2009.
. As indicated on pg.2 of support doc.B. GMAC (without my knowledge or consent), qualified and made up my mind for me. They began the trial and I was to send pymt.with docs. promptly.

. See GMAC ltr. dated 1/11/10  shook me up some more, I called and was redirected to the Loss Mitigation dept. they explained they took over the loan and the rest of the letter did not apply.

* Note: The HAMP workout plan (included) sent with my loan# on it.  I had underlined in #2 on second page where everything (taxes, insurance and any other fees)was to be included in my new fixed rate payment of 679.83.

. Support doc C, pg.#1 summary outlines the documents which follow it, showing all of what then defaulted my Hamp trial by GMAC while also showing they were receiving and cashing my trial checks on time. The insufficient funds were caused by GMAC's UNAUTHORIZED auto draft...I contacted them about this immediately after they were identified to me by my bank as the drafter of the unauthorized amt. of $1380.08 (see Members 1st stmt. dtd., Jan.25-Feb.24,2010, pg.2.)  This same page shows second trial check#116, deposited the day before the unauthorized draft.

. VERY IMPORTANT** I was sent a letter by GMAC (enclosed, dated 2/11/10) they were unable to supply me with my written consent for the autodraft.  This is because there wasn't one.
there were no apologies or affirmation that they would correct any damage this may have caused to the trial etc.

(Clm.# 4397)    2 of 2

. In closing GMAC ltr. dated 2/12/2010...is also incorrect...see support doc's C, Members 1st stmt.,dtd. Dec.25-Jan 24/2010 pg.2, check#115 is the first trial pymt.deposited and cleared.

By the time I received this letter it was well known by GMAC that I was in Loss Mitigation undergoing the trial and that due to the unauthorized autodraft, reversed by my bank and questioned by me by phone later the same day of Feb.4,2010, requesting signature proof they did not have indicated by their letter 2/11/10...they were already on notice by me NO Further Auto Drafts.

 With the new loan every month is a certified bank check because I do not trust them with my electronic info.

. I did complete my trial successfully if it were not for the unlawful actions perpetrated against me.
. I was told I WAS Approved for HAMP pending successful completion of the HAMP trial.
(GMAC was well aware of everything that occurred during the trial and did not offer to recify their errors) _ The Step-rate-loan (current pymt.amt.is $874.41 after 2 years) a far cry from $679.83 and the interest rate goes up), is not a fixed rate loan.  Had I known this was where we would be going from the first phone call, no paperwork would have been submitted by me.) I was manipulated into this step-rate-loan with the end result, me being defrauded out of my original loan.  It was a whirlwind once they got rolling.
 I am seeking justice and restitution as the court sees fit.

 I want to thank you for all of your patience with my submission, I may be reached @(717)695-7684.
 I have done what I can to try and show that there was a process in place that caused damage. My heart goes out to all who have lost their homes due to the same or similar circumstances.
 On a larger scale our national economy is suffering while these things go (seemingly) unchecked.  How much longer and how many more foreclosures will add to the countries economic decline. Some of the rich are getting richer, while the poor are getting poorer. Why should economic giants just walk away?

I know our administration meant for right results, it is unfortunate when the process is hijacked and does not serve it's original purpose.  I do believe this is why we have laws and trust they will be applied appropriately.


Sincerely,

Mary Biancavilla

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

PROOF OF CLAIM

Name of Debtor and Case Number:

**GMAC MORTGAGE    (RESCAP)    CASE # 12-12020 (MG)**

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**MARY R. BIANCAVILLA**

Name and address where notices should be sent:

**MARY R. BIANCAVILLA
341 OAK DR.
NEW CUMBERLAND, PA. 17070**

Telephone number:        email:

Name and address where payment should be sent (if different from above):

**SAME AS ABOVE**

Telephone number:        email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **144,000.00**

If all or part of the claim is secured, complete Item 4.

If all or part of the claim is entitled to priority, complete Item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. **NO OTHER FEES ARE INCLUDED**

2. Basis for Claim: (See instruction #2) **DEFRAUDED**

3. Last four digits of any number by which creditor identifies debtor: **9613**

3a. Debtor may have scheduled account as: **?** (See instruction #3a)

3b. Uniform Claim Identifier (optional): **UNKNOWN** (See instruction #3b)

4. Secured Claim (See instruction #4)

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Describe:

Value of Property: $_____    Annual Interest Rate _____% ☐ Fixed ☐ Variable (when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,

If any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):

Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. **00.00** (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #6, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **MARY R. BIANCAVILLA**

Title: _____

Company: _____

Address and telephone number (if different from notice address above): _____

(Signature) **Mary R. Biancavilla**    (Date) **11/3/2012**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

COURT USE ONLY

Telephone number:        Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

To all concerned,

Overview.

I am submitting the attached for consideration, it has been
some time ago that I was traumatized by a process of GMAC and
since have not been able to look at the documents, much less
do anything.  The only reason you have this before you now is
the letter I received indicating that GMAC was filing bankruptcy
in addition to being encouraged to do so.

Sometime early 2009 I called for information on the loans the
president was talking about.  They would not tell me anything
by phone, said I needed to fill out paperwork to get more
information.  This was the beginning of a series of fraud
perpetrated against probably more the loan I had than me.
I didn't like that loan either but I had to do it as I had gone
through alot being a caregiver to my mom after my father passed
away.  Medical persons said she should go to nursing home but
I premised dad before he died that I would take care of her.
This took a toll on my work and credit history.  Some years
after she died (I had her 7yrs.), I needed to consolidate my
debt and move forward, and had to do a no-doc. loan, I wanted
a fixed loan but circumstances happened,it was the only way.
Well I knew I would change that loan as soon as I was in a
position to do so and that is why I was inquiring of GMAC about
these new loans.  What I needed was a smaller payment and they
mislead me with that promise, defrauded me and I am, have been
and will be paying more and more with the loan they scared me
into by way of defaulting my loan, my trial and then threatening
me with foreclosure.  They behaved as if this was all just part
of the process and literally mislead me every step of the way.

It is a very sad day in this Nation being unable to trust our
lending institutions.  Please, I am not an attorney and am unsure
if I have done this right but it is to the best of my ability.
Help me out of this.  I have called GMAC from time to time to
see if the conversation was reasonable  It is not.  I do not
want to have to be hostage to a company that is doing wrong,
I do not have a way out now after the position they steered
me into.  That is not to say things were good before hand but
I went to them for information and maybe help...this did not.
If GMAC did not want to service these loans they should not
have purchased them.  What they have done to people and the
market is not good.  I would request release of my deed if you
were to ask me what I would like to see done in lieu of the
amount indicated.  I am sure either way GMAC will not miss any
of it, I have been in my home now almost 20yrs, it is all I
have to work with and it has cost me all I had.  I would love
a fresh start to pay down all of my worthy debtors and get
retrained for the second part of life.  I am grateful for your
help in this matter.        Sincerely, ......Mary Biancavilla.

Clm #4397

SUPPORT DOCS: 'A' pg.1of1

ATTACHED HERE ARE 2 CONSECUTIVE
MONTHS BANK STATEMENTS WHICH SHOW
GMAC - LISTED AS:
   AUTOMATIC ID: ███████ 4840 CO: LOAN SERVICING

PLEASE NOTE! LINE ITEMS OCT 2 + NOV 2, 2009.
     AUTO DEBIT OF $690.00 ea. MONTH.

THIS AMT. REPRESENTS (AND WAS) THE ORIG. MORTGAGE
AMT. FROM MY LOAN PURCHASED BY GMAC FROM
  MY PREVIOUS LENDER.

  • AFTER ALL THAT HAS SINCE OCCURRED,    (READ THROUGH
                                    FOR ADD. INFO.)
  I ONLY SEND CERT. BANK CHECKS TO GMAC
    — THEY HAVE PROVED THEMSELVES UNTRUSTWORTHY.

Clm #4397

# M
## MEMBERS 1st
### FEDERAL CREDIT UNION

www.members1st.org

Main Switchboard:                    (800) 283-2328
EZ Call:          (717) 697-4372 or (800) 283-4372
TDD:              (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:                          (800) 237-7288

8991 1 AV 0.335          31204-8991

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Sep 25, 2009 and Oct 24, 2009

**Account Number:**

**Balances at a Glance:**
Checking:                            215.42
Savings:                             179.49
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:                    7.95

Page:  1 of  3

Your c                                    ilver.
Your ag                                   310.35.
An aggr                                   oducts

Interna                                   er 8th.
Ta                                        nd
fi                                        y.

## CHECKING ACCOUNTS

### 11 - CHECKING

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Sep 25 | *Balance Forward* | | | 221.41 |
| Sep 29 | Withdrawal POS #177522 | | 73.02- | 148.39 |
| | WAL-MART #1591 HARRISBURG PA | | | |
| Sep 29 | Withdrawal Adjustment Debit Card Credit Voucher | 15.81 | | 164.20 |
| | 09/29 04820159199B WM SUPERCENTER HARRISBURG (E | | | |
| Sep 29 | Withdrawal Debit Card CHECK CARD | | 68.30- | 95.90 |
| | 09/29 800-255-7828 ALLSTATE *PAYMENT ILUSIN2000 | | | |
| Sep 30 | Withdrawal Debit Card CHECK CARD | | 60.30- | 35.60 |
| | 09/29 17225700016795S GIANT FOOD #253 NEW CUMBER | | | |
| Sep 30 | Withdrawal Debit Card CHECK CARD | | 11.76- | 23.84 |
| | 09/28 45200115799Z RITE AID STORE 0418 NEW CUMBE | | | |
| Sep 30 | Deposit EZ Call Transfer From Share 05 | 100.00 | | 123.84 |
| Sep 30 | Withdrawal POS #330384 | | 20.93- | 102.91 |
| | CNS RITE AID CORP. 761886 NEW CUMBERLAN PA | | | |
| Sep 30 | Withdrawal Overdrawn NSF | | 33.00- | 69.91 |
| | In the amount $25.40 WalMart DC | | | |
| Sep 30 | Deposit Swipe 5 Rebate | 0.60 | | 70.51 |
| Oct 01 | Deposit Transfer From Share 00 | 4.41 | | 74.92 |
| Oct 01 | Withdrawal Debit Card CHECK CARD | | 51.44- | 23.48 |
| | 09/30 17225700016795S GIANT FOOD #253 NEW CUMBER | | | |
| Oct 01 | Deposit EZ Call Transfer From Share 05 | 902.51 | | 925.99 |
| Oct 01 | Withdrawal POS #932435 | | 20.00- | 905.99 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Oct 02 | Withdrawal Debit Card CHECK CARD | | 36.67- | 869.32 |
| | 09/30 800-331-0500 ATTM*464010049448PH GALIS630 | | | |
| Oct 02 | Withdrawal POS #575845 | | 20.00- | 849.32 |
| | WEIS MARKETS #125 CAMP HILL PA | | | |
| Oct 02 | Withdrawal ACH LOANSERVICING | | 690.00- | 159.32 |
| | TYPE: AUTOMATIC (ID: 1231694840 CO: LOANSERVICING | | | |
| Oct 03 | Withdrawal POS #099583 | | 40.17- | 119.15 |
| | WEIS MARKETS #125 CAMP HILL PA | | | |
| Oct 04 | Withdrawal Debit Card CHECK CARD | | 9.77- | 109.38 |
| | 10/03 45200124686S SAC SHOP #9 NEW CUMBERLAN PA | | | |



**MEMBERS 1st**
FEDERAL CREDIT UNION

Main Switchboard:                    (800) 283-2328
EZ Call:        (717) 697-4372 or (800) 283-4572
TDD:            (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch:                          (800) 237-7288

9147 1 AV 0.335                    32017-9147

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070



Account Number:

**Balances at a Glance:**
Checking:                    379.28
Savings:                     159.53
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:            8.85

Page:  1 of  3

Your current Member Loyalty Rewards level is Silver.

# CHECKING ACCOUNT

**0011 - CHECKING**

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Oct 25 | *Balance Forward* | | | 215.42 |
| Oct 25 | Withdrawal Debit Card CHECK CARD | | 28.62- | 186.80 |
| | 10/23 08176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Oct 25 | Withdrawal POS #830736 | | 25.00- | 161.80 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Oct 25 | Withdrawal Debit Card CHECK CARD | | 20.00- | 141.80 |
| | 10/24 049200000000125 BOSCOVS 00000125 CAMP HILL | | | |
| Oct 27 | Withdrawal ACH CHASE | | 25.52- | 116.28 |
| | TYPE: EPAY ID: 5760039224 CO: CHASE | | | |
| Oct 27 | Withdrawal ACH 1ST NATL BK OMAH | | 65.84- | 50.44 |
| | TYPE: ONLINE PMT ID: W104000010 DATA: CREDIT CARD PMT | | | |
| | CO: 1ST NATL BK OMAH | | | |
| Oct 28 | Deposit Transfer From Share 05 | 200.00 | | 250.44 |
| Oct 28 | Withdrawal POS #054651 | | 32.58- | 217.86 |
| | WAL-MART #1888 MECHANICSBUR PA | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 15.36- | 202.50 |
| | TRANSACTION DATE - 10/28/2009 | | | |
| | 10/27 08176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 15.55- | 186.95 |
| | 10/28 17225700016955 GIANT FOOD #253 NEW CUMBER | | | |
| Oct 29 | Withdrawal Debit Card CHECK CARD | | 100.00- | 86.95 |
| | 10/29 01484700213242 COMCAST OF CENTRAL PA 800- | | | |
| Oct 31 | Withdrawal Debit Card CHECK CARD | | 14.21- | 72.74 |
| | 10/29 45200157992 RITE AID STORE 0418 NEW CUMBE | | | |
| Oct 31 | Deposit | 100.00 | | 172.74 |
| Oct 31 | Deposit Swipe 5 Rebate | 0.90 | | 173.64 |
| Nov 01 | Withdrawal Debit Card CHECK CARD | | 17.33- | 156.31 |
| | 10/31 17225700016955 GIANT FOOD #253 NEW CUMBER | | | |
| Nov 02 | Withdrawal Debit Card CHECK CARD | | 20.00- | 136.31 |
| | 11/01 930-949303 JOYCE MEYER MINISTRIES MOUS060 | | | |
| Nov 02 | Deposit EZ Call Transfer From Share 05 | 752.01 | | 888.32 |
| Nov 03 | Withdrawal ACH LOANSERVICING | | 600.00- | 288.32 |
| | TYPE: AUTOMATIC ID: 125169184040 CO: LOANSERVICING | | | |

Chn.# 4397

SUPPORT DOC'S 'B'    Pg 1 of 2

NEXT, I HAVE ATTACHED MY BANK — from ̄ DEC, 2009
STATEMENTS WHICH DO NOT SHOW MY
MORTGAGE Pymt. BEING DEBITED.
    — I WAS NOT NOTIFIED, NEVER CONSENTED
    NOR CONSULTED WITH REGARDS TO IT.
GMAC HAD COLLECTED, FAITHFULLY, AUTOMATIC DEBITS
IN THE AMT OF $690 per MONTH WITHOUT ANY
CHG. FROM THE TIME THEY TOOK OVER THE LOAN.

I NEVER SAW THIS OR WHAT WAS ABOUT
    TO UNFOLD COMMING.


IT WAS A COUPLE OF WEEKS INTO DECEMBER, 2009
    — WHEN I NOTICED THE OVERAGE IN THE EXACT
    AMT. OF MY MORTGAGE Payment AND CALL GMAC
PROMPTLY. I HAD NEVER IN THE 15 plus YRS OF
HOME OWNERSHIP BEEN LATE WITH A Payment, I WAS
    SHAKEN.
GMAC INFORMED NOT TO WORRY I WAS APPROVED
FOR A MODIFICATION — I SAID THERE WAS A
MIS UNDERSTANDING THAT I WAS NOT
APPLYING, ONLY SEEKING INFO. ON THE
    TYPE OF LOAN/S OFFERED ....



**MEMBERS 1st**
FEDERAL CREDIT UNION

www.members1st.org

(800) 283-2328
EZ Call    (717) 697-3312 or (800) 283-2328 ext. 5372
TDD:    (717) 697-5312 or (800) 283-2328 ext. 5312
(800) 237-7288

9789 1 AV 0.335          34763-9789

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

**Nov 25, 2009 thru Dec 24, 2009**

Account Number:

**Balances at a Glance:**
Checking:                              140.63
Savings:                               859.57
Certificates:
Loans:
Money Management:
Swipe 5 YTD Reward:            9.60

Page:   1 of  3



## CHECKING ACCOUNTS

CHECKING

*handwritten: no — $690 ⁰⁰ AUTO-DRAFT*

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Nov. 25 | Balance Forward | | | 379.28 |
| Nov. 25 | Withdrawal Debit Card CHECK CARD | | 14.98- | 364.30 |
| | 11/24 15869100015330 GIANT FUEL #253 NEW CUMBER | | | |
| Nov. 25 | Withdrawal POS #723392 | | 25.00- | 339.36 |
| | GIANT FOOD #331 MECHANICSBURG PA | | | |
| Nov. 26 | Withdrawal Debit Card CHECK CARD | | 7.53- | 331.77 |
| | TRANSACTION DATE - 11/25/2009 | | | |
| | 11/24 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Nov. 26 | Withdrawal Debit Card CHECK CARD | | 31.78- | 299.99 |
| | 11/25 42465404088O SALVATION ARMY #03 MECHANICS | | | |
| Nov. 27 | Withdrawal Debit Card CHECK CARD | | 57.43- | 242.56 |
| | 11/26 17225700016795 GIANT FOOD #253 NEW CUMBER | | | |
| Nov. 30 | Withdrawal ACH CHASE | | 25.43- | 217.13 |
| | TYPE: EPAY  ID: 5760039224  CO: CHASE | | | |
| Nov. 30 | Withdrawal ACH 1ST NATL BK OMAH | | 70.20- | 146.93 |
| | TYPE: ONLINE PMT  ID: W104000010 DATA: CREDIT CARD PMT | | | |
| | CO: 1ST NATL BK OMAH | | | |
| Nov. 30 | Deposit Swipe 5 Rebate | 0.75 | | 147.68 |
| Dec. 01 | Deposit EZ Call Transfer From Share 0005 | 701.55 | | 849.23 |
| Dec. 02 | Withdrawal Debit Card CHECK CARD | | 20.00- | 829.23 |
| | 12/01 638-3400303 JOYCE MEYER MINISTRIES MOUS000 | | | |
| Dec. 02 | Withdrawal POS #353215 | | 29.23- | 800.00 |
| | WAL-MART #1886 MECHANICSBUR PA | | | |
| Dec. 03 | Withdrawal Debit Card CHECK CARD | | 10.30- | 789.70 |
| | TRANSACTION DATE - 12/02/2009 | | | |
| | 12/01 06176380125WE11 WEIS MARKETS #125 S CAMP H | | | |
| Dec. 03 | Check 001112 Tracer 0001046173 | | 111.04- | 678.66 |
| Dec. 04 | Withdrawal Debit Card CHECK CARD | | 9.85- | 668.81 |
| | TRANSACTION DATE - 12/03/2009 | | | |
| | 12/02 00178470058RUT1 RUTTER'S FARM STORE #6 NEW | | | |
| Dec. 04 | Withdrawal Debit Card CHECK CARD | | 26.72- | 642.09 |
| | 12/03 17225700016795 GIANT FOOD #253 NEW CUMBER | | | |
| Dec. 04 | Deposit EZ Call Transfer From Share 0005 | 150.00 | | 792.09 |

Mechanicsburg, PA 17055
www.membersft.org

Page: 2 of 3

| Date | Transaction Description | | Subtractions | Balance |
|------|------------------------|---|--------------|---------|
| Dec 04 | Check 001111 Tracer 000121 7265 | | 10.00- | 782.09 |
| Dec 05 | Withdrawal POS #626491 | | 50.00- | 732.09 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 06 | Withdrawal Debit Card CHECK CARD | | 9.98- | 722.11 |
| | TRANSACTION DATE - 12/05/2009 | | | |
| | 12/04 00178470050RUT1 RUTTER'S FARM STORE #5 NEW | | | |
| Dec 07 | Withdrawal Debit Card CHECK CARD | | 11.87- | 710.24 |
| | 12/06 17225700060255 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 09 | Deposit Transfer From Share 0000 | | 1,268.00 | 1,978.24 |
| Dec 09 | Withdrawal Debit Card CHECK CARD | | 27.65- | 1,950.59 |
| | 12/08 15689100015307 GIANT FUEL #253 NEW CUMBER | | | |
| Dec 09 | Withdrawal EZ Call Transfer To Share 0080 | | 700.00- | 1,250.59 |
| Dec 09 | Withdrawal POS #62000 | | 55.00- | 1,195.59 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 10 | Withdrawal Debit Card CHECK CARD | | 109.86- | 1,085.73 |
| | 12/09 800-331-0500 ATTM*464010049446PHI GAUS830 | | | |
| Dec 11 | Withdrawal Debit Card CHECK CARD | | 15.98- | 1,069.75 |
| | 12/11 800-297-4264 CHS*PBSATALOG LLG MAUSINF569 | | | |
| Dec 13 | Withdrawal POS #55406 | | 50.00- | 1,019.75 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 14 | Withdrawal Debit Card CHECK CARD | | 49.93- | 969.82 |
| | 12/14 443-200-1200 PROFESSIONAL ARTS PHARMADUSIN | | | |
| Dec 14 | Withdrawal ACH GE MONEY | | 38.00- | 931.82 |
| | TYPE: PAYMENT ID: 1091537262 CO: GE MONEY | | | |
| Dec 16 | Withdrawal Debit Card CHECK CARD | | 24.82- | 907.00 |
| | TRANSACTION DATE - 12/15/2009 | | | |
| | 12/14 0817039012WE11 WEIS MARKETS #25 S CAMP H | | | |
| Dec 17 | Withdrawal Debit Card CHECK CARD | | 38.22- | 868.78 |
| | 12/16 4329152049 GETTYSBURG ROAD ANIMAL MECHAN | | | |
| Dec 18 | Withdrawal POS #59384 | | 75.00- | 793.78 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 18 | Withdrawal ACH DISCOVER | | 259.00- | 534.78 |
| | TYPE: E-PAYMENT ID: 2510039250 | | | |
| | DATA: DC PYMNTS DCINTNET CO: DISCOVER | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 13.61- | 521.17 |
| | 12/20 0517039012WE11 WEIS MARKETS #25 S CAMP H | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 19.95- | 501.22 |
| | 12/21 15689100030307 GIANT FUEL #253 NEW CUMBER | | | |
| Dec 22 | Withdrawal Debit Card CHECK CARD | | 25.00- | 476.22 |
| | 12/21 48609060844 FAMILY DOLLAR #3268 NEW CUMB | | | |
| Dec 22 | Withdrawal ACH RBS CITIZENS NA | | 76.47- | 399.75 |
| | TYPE: PAYMENT ID: 2581496818 CO: RBS CITIZENS NA | | | |
| Dec 22 | Check 001113 Tracer 000121 2226 | | 150.00- | 249.75 |
| Dec 23 | Withdrawal Debit Card CHECK CARD | | 56.13- | 192.62 |
| | 12/22 17225100060818 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 23 | Withdrawal Debit Card CHECK CARD | | 11.99- | 180.63 |
| | 12/23 800-627-6366 BMX*AOL SERVICE 245 INYUSIN77 | | | |
| Dec 23 | Withdrawal POS #62380 | | 40.00- | 140.63 |
| | GIANT FOOD #253 NEW CUMBERLAN PA | | | |
| Dec 24 | Ending Balance | | | 140.63 |
| | | | | |
| | Courtesy Pay and NSF Fee Summary | | | |
| | NSF Item Fees Year to Date | | 33.00 | |
| | Courtesy Pay Item Fees Year to Date | | 33.00 | |

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 001111 | 10.00 | Dec 04 | 001113 | 150.00 | Dec 22 |
| 001112 | 115.01 | Dec 00 | | | |
| | 3 Checks Cleared for 275.01 | | | | |

Chm 439

Support Doc's 'B' 2 of 2

— I sought info. on correcting their mistake, ie. how we rectify the missed auto-debit, and was told they would not be collecting it because I was being qualified for a loan modification. I reiterated that until I could see the terms of the loan would I want to move forward. I was assured I would be happy with it and the process moves quickly. They indicated I would have a trial of 3mos. of pymts of $679.83 and to send the 1st one for Jan 2010, that this would satisfy the previous month's mortgage pymt. as we transitioned. They said they were sending out the documents confirming and I should call back then.

So I was uncomfortable with it but did not want to get into a problem with foreclosure or anything by some misunderstanding. — I sent the 1st check, recieved paperwork I was not happy with much of the uncoordination in documentation from GMAC between the mortgage dept. + this loan mod / loss mitt area. The calls were disconcerning also, but these loss mitt reps were efficient and I was (unknown at that time) really defrauded out of my orig. loan

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

01/11/10

116786-000777

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND PA 17070

RE:    Account Number          9613
       Property Address    341 OAK DRIVE

                           NEW CUMBERLAND PA 17070

Dear MARY R BIANCAVILLA

*[handwritten: BY PHONE THIS IS NO FUNDS LOAN FOR THE LOAN MODIFICATION]*

Disclosure:  If you are already working with the Loss Mitigation
department on a special forbearance or other foreclosure
prevention alternatives, this letter does not apply to you.
However, you may want to take advantage of the Homeownership
Counseling information contained within this letter.

*[handwritten: AND TO]*

Your account is in default under the terms of the mortgage.
The mortgage payments of $     · 1380.00 for the months
of 12/01/09 through 01/01/10, are past due.  If you have
already mailed these payments, please accept our thanks.

*[handwritten: IGNORE ALL THE REST OF THIS -]*

Due to the unresolved delinquency on your account, you may be
experiencing temporary or permanent financial problems that led
to the default.  Your account could soon be referred to
foreclosure if the default is not resolved.  We would like to
discuss possible loss mitigation options, which may be available
to you to resolve the delinquency and avoid foreclosure.  A brief
description of these options follows.

*[handwritten: IT DOES NOT APPLY]*

If you have experienced a temporary loss of income or increase
in expenses and now have sufficient income to make increased
payments, we may be able to work out a REPAYMENT PLAN.

LOAN MODIFICATION: A loan modification capitalizes delinquent
payments into the unpaid principal balance.  This may be
completed if you are unable to make temporary increased monthly
payments, yet can still afford your mortgage payments.

*[handwritten: TO ME]*

Investor Loan # ▮▮▮▮9613

# HOME AFFORDABLE MODIFICATION PROGRAM
# LOAN WORKOUT PLAN
## (Step One of Two-Step Documentation Process)

Loan Workout Plan Effective Date: 01/01/2010
Borrower ("I")[1]: MARY R BIANCAVILLA
Lender ("Lender"): GMAC Mortgage, LLC
Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 12/16/2005
Loan Number: ▮▮▮▮9613
Property Address ("Property"): 341 OAK DRIVE  NEW CUMBERLAND PA 17070

If I am in compliance with this Loan Workout Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Loan Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take effect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.      **My Representations.** I certify, represent to Lender and agree:

   A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B.      I live in the Property as my principal residence, and the Property has not been condemned;

   C.      There has been no change in the ownership of the Property since I signed the Loan Documents;

   D.      I am providing or already have provided documentation for all income that I receive (except that I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

---

[1] If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

*Clm 4397*

Pg. 1)                                                    Support Doc's 'C'

-So GMAC REC'vo. AND CASHED/CLEARED BANK
my FIRST TRIAL CHECK IN JAN. AND I
SENT THE SECOND CHECK AS SCHEDULED.
THEY DEPOSITED my CHECK (WITHOUT AUTHORIZATION)    } 3 P.m
NOR ANY WARNING - AUTO - DEBITED my SAME              } PLUS
ACCT FOR AN AMT. OF (2 TRIAL) PAYMENTS...             THEY ALSO
... WHICH CAUSED INSUFFICIENT FUNDS +                 CASHED &
(GMAC) THEY IN EFFECT DEFRAUDED me OUT                 1ST
of my TRIAL BY CREATING A CIRCUMSTANCE                 TRIAL
THEY WOULD LATER POINT TO AND SAY                      CHECK
you CAN'T HAVE THE "MAKEING HOME AFFORDABLE"           IN JAN
LOAN, You WILL BE MODIFIED INTO WHAT
WE WILL GIVE YOU.  I WAS DEFRAUDED
AGAIN AND AGAIN AND AGAIN.

By
PHONE {


FIRST - THE INITIAL CALLS TO SAY I
         HAD TO SEND PAPERWORK FOR THAT LOAN INTO.
2nd - my STOPPED (UNCOLLECTED) Dec 2009 MORT. PAYMENT
       WHICH DEFAULTED my ORIG. LOAN.
3RD THE UNLAWFUL -UNAUTHORIZED AUTO - DEBIT
     WHICH NOT ONLY OVER DRAFTED my ACCOUNT CAUSING
     A DEFAULT TO my TRIAL, BUT SINCE THEY
     ALREADY COLLECTED 2 TRIAL PYMTS, THEY
     WERE OVER CHARGING BY A FULL PAYMENT
     - BREECHING THEIR OWN CONTRACT.

Clem 4397



MEMBERS 1st
FEDERAL CREDIT UNION

| | |
|---|---|
| **Account Number:** | ████654 |

**Balances at a Glance:**

| | |
|---|---|
| Checking: | 555.71 |
| Savings: | 859.77 |
| Certificates: | |
| Loans: | |
| Money Management: | |
| Swipe 5 YTD Reward: | 10.60 |

8964   1 AV 0.335       31017-8964

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Page:    1 of    3

Your c...                     ...lver.
Your ag...                   ...209.68.
An ago...                   ...oducts.

Would you like to r...          ...eStatements! Go
to Members 1st On...          ...vide us with your

## CHECKING ACCOUNT

And SINCE 10-
AUTO Debit.
OF $690⁰⁰

**8011 - CHECKING**

| Date | Transaction Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| Dec 25 | Balance Forward | | | 140.63 |
| Dec 25 | Withdrawal Debit Card CHECK CARD | | 16.32 | 124.31 |
| | 12/24 17225700040955 GIANT FOOD #253 NEW CUMBER | | | |
| Dec 28 | Withdrawal Debit Card CHECK CARD | | 22.23 | 102.08 |
| | 12/27 42200115/092 RITE AID STORE 0418 NEW CUMBE | | | |
| Dec 28 | Deposit EZ Call Transfer From Share 0005 | 200.00 | | 302.08 |
| Dec 28 | Withdrawal ACH CHASE | | 26.18 | 206.90 |
| | TYPE: EPAY  ID: 570030224  CO: CHASE | | | |
| Dec 29 | Deposit by Check | 7.40 | | 284.30 |
| Dec 29 | Withdrawal ACH 101 NATL BK OMAH | | 69.00 | 215.30 |
| | TYPE: ONLINE PMT  ID: W10400010 DATA: CREDIT CARD PMT | | | |
| | CO: 101 NATL BK OMAH | | | |
| Dec 30 | Withdrawal Debit Card CHECK CARD | | 16.06 | 200.24 |
| | TRANSACTION DATE - 12/29/200 | | | |
| | 22/29 01002720010MER1 HESS 3040 LEMOYNE PA | | | |
| Dec 31 | Deposit Swipe 5 rebate | 1.00 | | 200.24 |
| Jan 02 | Withdrawal Debit Card CHECK CARD | | 20.00 | 180.24 |
| | 01/01 420030015337 GIANT FUEL #253 NEW CUMBER | | | |
| Jan 03 | Withdrawal Debit Card CHECK CARD | | 33.56 | 155.68 |
| | TRANSACTION DATE - 01/02/2010 | | | |
| | 01/01 00240011CME11 WDS MARKETS #225'S CAMP H | | | |
| Jan 04 | Withdrawal Debit Card CHECK CARD | | 34.71 | 120.95 |
| | 01/03 17225700 ... | | | |
| Jan 05 | Deposit EZ Call Transfer From ... | 200.00 | | 550.95 |
| Jan 06 | Check 0115 Item 001 ... | | 309.63 | 521.12 |
| Jan 07 | Withdrawal Debit Card CHECK CARD | | 27.62 | 93.30 |
| | 01/06 17225700 GIANT FOOD #253 NEW CUMBER | | | |
| Jan 10 | Deposit Transfer From Share 0000 | 1200.00 | | 1,361.30 |
| Jan 10 | Withdrawal Debit Card CHECK CARD | | 31.80 | 1,329.44 |
| | 01/11 4200400 GIANT FUEL #253 NEW CUMBER | | | |
| Jan 11 | Withdrawal Debit Card CHECK CARD | | 104.30 | 1,104.24 |
| | 01/15 0100 /00021300 COMCAST OF CENTRAL PA 800- | | | |
| Jan 13 | Withdrawal ACH DISCOVER | | 275.44 | 854.80 |

← Continued on following page →

Chg 4397

**M**

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| | TYPE: E-PAYMENT  ID: 261002027O | | | |
| | DATA: DC PYMNTS DCINTNET  CO: DISCOVER | | | |
| Jan 20 | Withdrawal Debit Card CHECK CARD | | 14.42- | 880.38 |
| | 01/19 0001619041061F1 KARNS QUALITY FOOD LEMOYNE | | | |
| Jan 20 | Withdrawal ACH RBS CITIZENS NA | | 74.85- | 805.53 |
| | TYPE: PAYMENT  ID: 263105818 CO: RBS CITIZENS NA | | | |
| Jan 21 | Withdrawal Debit Card CHECK CARD | | 30.83- | 774.70 |
| | TRANSACTION DATE – 01/20/2010 | | | |
| | 01/19 0017530012BWE11 WEIS MARKETS #125 S CAMP H | | | |
| Jan 21 | Withdrawal POS #051920 | | 40.00- | 734.70 |
| | GIANT FOOD #203 NEW CUMBERLAN PA | | | |
| Jan 23 | Withdrawal Debit Card CHECK CARD | | 11.99- | 722.71 |
| | 01/23 600-627-6564 TWX*AOL SERVICE 0110 NYUSIN07 | | | |
| Jan 23 | Withdrawal Debit Card CHECK CARD | | 167.00- | 555.71 |

*Cln 4397*



**MEMBERS 1st**
FEDERAL CREDIT UNION

www.members1st.org
Main Switchboard: (800) 283-2328
EZ Call: (717) 697-4372 or (800) 283-4322
TDD: (717) 697-5312 or (800) 283-2328 ext. 5312
TeleBranch: (800) 237-7288

8736 1 AV 0.335          30310-8736

MARY R BIANCAVILLA
341 OAK DR
NEW CUMBERLAND PA 17070

Your current Member Loyalty Rewards level is Silver.
Your agg... ...510.85.
An aggr... ...oducts

Want to earn some e... ...MU referral program.

## CHECKING ACCOUNT

**0011 - CHECKING**

| Date | Transaction Description | Additions | Subtractions | Balance |
|------|------------------------|-----------|--------------|---------|
| Jan 25 | Balance Forward | | | 555.21 |
| Jan 25 | Deposit by Check | 20.00 | | 581.80 |
| Jan 26 | Withdrawal Debit Card CHECK CARD | | 17.02 | 564.78 |
| | 01/25 2200000062065 GIANT FOOD #263 NEW CUMBER | | | |
| Jan 29 | Withdrawal ACH CHASE | | 35.26 | 629.52 |
| | TYPE: EPAY ID: 0000000024 CO: CHASE | | | |
| Jan 29 | Withdrawal ACH 500 MAIN ST OMAH | | | 493.63 |
| | TYPE: ONLINE PMT ID: W00000010 DATA: CREDIT CARD PMT | | | |
| | 500 MAIN ST OMAH | | | |
| Feb 01 | | | | |
| Feb 01 | Deposit Transfer From Share 9085 | | | |
| Feb 01 | Check 00110 Trace: 000230022 | | | 34.33 |
| | TYPE: CHECK PMT ID: 106000062 | | | |
| | DATA: 0000000 04120496 | | | |
| Feb 02 | Withdrawal Debit Card CHECK CARD | | | 0.36 |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |
| Feb 05 | | | | |

#4397
CLM

--- Continued on following page ---



**M1st MEMBERS 1st**

**Unauthorized/Improper ACH Debit Activity**
**Written Statement Under Penalty of Perjury**

I, _Mary Bierneville_ state that I have examined the attached statement or other notification from Members 1st FCU indicating that an ACH debit entry was charged to my Account No. _____ on _____, 20___ in the amount of $ _1838.68_ and that the debit was unauthorized or improper.

An *unauthorized debit* (with the exception of TEL entries) means an electronic fund transfer from a consumer's account initiated by a person who was not authorized by the consumer, via a writing that was either signed or similarly authenticated, to initiate the transfer. With respect of TEL entries, an unauthorized debit means an electronic fund transfer from a consumer's account initiated by a person who was not authorized by the consumer, via an oral authorization, to initiate the transfer. An electronic fund transfer in an amount greater than that authorized by the consumer or that results in a debit to the consumer's account earlier than that authorized by the consumer also is an unauthorized debit. An unauthorized debit does not include an electronic fund transfer initiated with fraudulent intent by the consumer or any person acting in concert with the consumer. An *improper debit* means a re-presented Check Entry (RCK), Point-of-Purchase Entry (POP), Accounts Receivable Entry (ARC), or Back Office Conversion Entry (BOC) that meets the criteria described in Section II below.

**I.  For unauthorized entries, I further state that:  (check one)**

☐ I did not authorize, and have not ever authorized, _____ (company name) to originate one or more ACH
   entries to debit funds from any account at Members 1st FCU.

☐ I authorized _____ (Company Name) to originate one or more ACH entries to debit funds from an account at Members
   1st FCU but  on _____, 20___  I revoked that authorization by notifying _____ in the manner specified in
   the authorization.

☐ I authorized _GMAC SERVICING_ to originate one or more ACH entries to debit funds from an account at Members 1st FCU but
   _but my mortgage co was forclosed and this debt was not authorized_
   ☐ the amount debited exceeds the amount I authorized to be debited.  The amount I authorized is _$10 this was not authorized all of December 2009_

      **OR**

   ☐ the debit was made to my account on a date earlier than the date on which I authorized the debit to debit I authorized the debit
      to be made to my account on or no earlier than _____, 20___.

**II.  For improper entries, I further state that:  (check one)**
   • *for RCK entries:*
☐ the item to which the entry relates is ineligible to be initiated as an RCK entry;
☐ the required notice stating the terms of the re-presented check entry policy was not provided by the Originator in accordance with the
   requirements of the *NACHA Operating Rules*;
☐ all signatures on the item to which the RCK entry relates are not authentic or authorized, or the item has been altered;
☐ the amount of the RCK entry was not accurately obtained from the item; or
☐ both the RCK entry and the item to which the RCK entry relates have been presented for payment.
   • *for ARC and BOC entries:*
☐ I opted out of check conversion activity;
☐ notice was not provided by the Originator in accordance with the requirements of the *NACHA Operating Rules*;
☐ the source document used for the debit entry is improper;
☐ both the source document and the ARC or BOC entry to which it relates have been presented for payment; or
☐ the amount of the ARC or BOC entry was not accurately obtained from the source document.
   • *for POP entries:*
☐ the debit entry for which the Receiver is seeking recredit was not authorized by the Receiver;
☐ the source document used for the debit entry is improper; or
☐ both the source document and the POP entry to which it relates have been presented for payment.

I further state that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me, and that
the signature below is my own proper signature.

I certify under penalty of perjury that the foregoing is true and correct.

_2/4/10_                                    _Mary R Smith_
_____                       _____
Date & Time                                Member Signature

_Devin N Robinson_                         _Mt Giant_
_____                       _____
Members 1st FCU Associate name             Branch Office

_Clm 4397_

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/11/10

MARY R BIANCAVILLA

341 OAK DR
NEW CUMBERLAND    PA 17070

RE:    Account Number    ██████ 2613
Property Address    341 OAK DRIVE
NEW CUMBERLAND    PA 17070

Dear    MARY R BIANCAVILLA

This is in response to your inquiry regarding a request for a copy of the automatic payment letter on the above-referenced account.

Unfortunately, we have been unsuccessful in our attempts to obtain this information. We apologize for any inconvenience this may cause.

If you have any additional questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:48

*I requested a copy of a (signed by me) authorization for $1038.08 presented to my bank FEB 2, 2010 — CAUSING OVERDRAFTS AND TRIAL LOAN DEFAULT. THIS IS THE RESPONSE.*

*Clm #4397*

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/04/10

*This made no sence since*
*I was already sending*
*checks and they were*
*cashing them.*

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND    PA 17070 ——

RE:    Account Number    ████9613
       Property Address    341 OAK DRIVE

                           NEW CUMBERLAND     PA 17070

Dear    MARY R BIANCAVILLA

In response to your request, we updated our records to reflect the cancellation of your
Online Payment Program effective 2/4/10. You are now responsible for making all future
payments by using an alternate method.

If you have any questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:02

*IN LEW OF WHAT GMAC DID WITH*
*THE UNAUTHORIZED ACCESS IN*
*ADDITION TO HAVING NO CLEAR UNDERSTANDING*
*OF WHAT THEY ARE DOING TO MY*
*LOAN THEY HAVE BEEN ADVISD. NO FURTHER*
*AUTO DEBITS ARE AUTHORIZED*
*THAT ACCT. IS BEING*
*CLOSED.*

*Clm 4397*

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/12/10

130578-000021

MARY R BIANCAVILLA

341 OAK DR

NEW CUMBERLAND PA 17070

RE:    Account Number          9613
       Property Address     341 OAK DRIVE

                         NEW CUMBERLAND PA 17070

Dear MARY R BIANCAVILLA


Your payment has been returned unpaid by your financial
institution.  As a result, we have reversed these funds from
your account.  Your account is now due for the 01/01/10 — *INCORRECT*
payment.  If allowed by your state, you may be assessed a
returned check fee.

*THIS OF. 1/6/10 1115 ON BACK STATEMENT CLEARED + CLOSED PRIOR TO DATE OF THIS LTR.*

If your replacement payment is received after the expiration
of your grace period, any applicable late charges will be
assessed.  If you would like to remit your payment immediately,
contact us by phone to use our Pay by Phone services by
calling 800-766-4622.

*(SEE DEC.25,09 — JAN.04, 10 STATEMENT.*

If you participate in one of our Electronic Payment Programs,
replacement of the reversed payment as well as financial
institution corrections may need to be made prior to future
drafts occurring.


If this is the third payment returned for insufficient funds,
your account will be restricted to certified funds.


If you have any questions regarding this matter, please contact
Customer Care at 800-766-4622.


Customer Care
Loan Servicing

7004

*Olin 4397*





3 HAMP TRIAL CHECKS

**MARY R. BIANCAVILLA**
341 OAK DR.
NEW CUMBERLAND, PA 17070

1115

9/4/2010

PAY TO THE ORDER OF  GMAC                    $ 679.85

Six Hundry Seventy Five Dollars    85/100  DOLLARS

**M** MEMBERS 1st
FEDERAL CREDIT UNION

MEMO  1st Trial Pymt - Home Mod.    Mary R Biancavilla

Clm 4397

GMAC Mortgage, LLC
Attention: Loan Mitigation
3451 Hammond Avenue
Waterloo, IA 50702

[Space Above This Line For Recorder's Use]

# STEP RATE LOAN MODIFICATION AGREEMENT
## WITH PRINCIPLE DEFERMENT
### (Deferred Payment Disclosure Attached)

Loan Modification Agreement ("Agreement") made this May 1, 2010 ("Effective Date")
between MARY R BRANCAVILLA ("Borrower") and GMAC Mortgage, LLC ("Lender"),
amends and supplements that certain promissory note ("Note") dated December 16, 2005 in the original
principal sum of One Hundred Forty Four Thousand Dollars and No Cents ($ 144,000.00) executed by
Borrower. The Note is secured by a Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security
Instrument") dated the same date as the Note, and, if applicable, recorded on with Instrument Number in
Book and/or Page Number of the real property records of CUMBERLAND County, PA. Said Security
Instrument covers the real and personal property described in such Security Instrument (the "Property")
located at 341 OAK DRIVE  NEW CUMBERLAND PA 17070, which real property is more particularly
described as follows:

(Legal Description if Applicable for Recording Only)

Borrower acknowledges that Lender is the legal holder and the owner, or application for the
legal holder and owner, of the Note and Security Instrument and further acknowledges that if Lender
transfers the Note, as executed by this Agreement, the transferee shall be the "Lender" as defined in this
Agreement.

Borrower is requested, and Lender has agreed, to extend or rearrange the time and manner of
payment of the Note and to extend and carry forward the lien(s) on the Property whether or not created by
the Security Instrument.

*[handwritten: TRANSFERRED — DUPED — DEFERRED/RED AND THIS IS NOT AS PROMISED.]*

Now, therefore, in consideration of the mutual promises and agreements contained herein, and
other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and
intending to be legally bound, the parties hereto agree as follows (notwithstanding anything to the
contrary contained in the Note or Security Instrument):

1. Borrower acknowledges that as of the Effective Date, the amount payable under the Note and
Security Instrument (the "Principal Balance") is $140,421.65 *[handwritten: < THEY to SIDE CHARGED, THIS ...]* at $5,000.00 of my old principal
balance (the balance due prior to the date of this loan modification) until to deferred (the "Deferred
Principal Balance") until the Term of my loan expires (the Maturity Date), or when I payoff my loan
at the time when I sell or transfer my home; it is my loan, refinance the loan, or when the last
scheduled payment is due, and the Lender will be under no obligation to refinance my loan. Until this
I am required to payoff the "Deferred Principal Balance", I will not be required to pay interest or make
monthly payments on the deferred amount. *[handwritten: THEY CONT JUST DO WHATEVER]*

2. Borrower hereby renews and extends and reinstates and promises to pay jointly and severally to
the order of "Lender" the Principal Balance, consisting of the amount(s) loaned to Borrower by
"Lender" and any accrued but unpaid interest capitalized to date as applicable, along with any other
amounts that may come due under the terms of the original Note and Security Instrument. *[handwritten: WITHOUT REGARD TO SUITS THEM]*

3. PAYMENT SCHEDULE. *[handwritten: I PAY BY CERT. BANK CHECK EVERY MONTH — I HAVE NO TRUST FOR THIS COMPANY, Laurel Rook? GMAC ERON 6-3-2010 receives and keeps Laurel Rook]*

*[handwritten signature: Laurel Rook]*

*[handwritten top right: Chu 4587]*

MORE DETAILED
SUMMARY

1 of 3

. Early 2009, March, Called for information on New Administration's Mortgage programs.  They could not give info. on phone was sending in mail.

. Approx. 4-6 weeks later I received info. that looked like what would be collected when applying for credit/mortgage etc.

. I called about the documentation and was told I needed to submit my financials so that they could see if I would qualify for one of their new programs.

. Late June, 2009...I sent the paperwork fully completed by both the fax # they gave and a full copy by mail.

. A few weeks later, I received notice there was documentation missing and called in.  They said what was missing and I checked to see if it was in my full copy ...it was.  The girl went on to explain they have problems with the faxes, I advised that is why I mailed a full copy as well.  She said I still needed to mail her what was requested.  This happened on several other occasions after the initial one.

   ....NOTE: A phone rep. on a later call re: same issue indicated
            they had the mailed copy in their system and he
            would get what was needed on his end.  Yet this
            same process occurred a couple of more times.  I
            advised them by phone that the mailed copy is in
            their possession and not to call for duplication
            anymore, I was done.

Communications came to a halt after that and I was actually relieved after what was happening just to find out about these new loans.

. Mid Dec., 2009...In checking my bank balance noticed it was high, I did the math, it was the amount of my mortgage payment that should have been auto-debited.  I called GMAC promptly. (See support doc's (A & B), cover summaries and attached bank statements showing auto-debits for Oct and Nov 2009, and no debit for Dec.2009.  GMAC had taken over my mortgage and was auto debiting faithfully from that time until this incident without interruption.)

As indicated on pg.2 of support doc.B. GMAC (without my knowledge or consent), qualified me and made up my mind for me while (hindsight)...walking me into defaulting my original loan. This was the first step...causing a late payment (the money was in the account they did not collect it), then lying to me about being qualified for the loan as long as I would successfully complete their trial.

. See GMAC ltr. dated 1/11/10  shook me up some more, I called and was redirected to the Loss Mitigation dept. they explained they took over the loan and the rest of the letter did not apply.

Clm#4397

*Dof 3*

...cont.

... more hindsight...what they were doing was documenting all
things applicable and/or not, and lying by phone so they would
control your being defrauded right out of your house possibly.
I am sure if I did not do something different than others they
would have foreclosed on me too.  The process was abusive and
I could not afford an attorney.  I was stuck in it, trying to
obtain a right result.

Note: The HAMP workout plan (included with support doc's is
shown with my loan# on it).  I had underlined in #2 on second
page where EVERYTHING (taxes, insurance and any other fees)was
to be included in my new fixed rate payment of 679.83 or less
as explained to me by phone, the trial pymt. would be the maximum
pymt. under the HAMP program.  My part was to successfully
complete the trial which was to make the 3 trial pymts on time.
This would have happened if GMAC did not throw out the stumbling
blocks.  Defrauded again, by unlawful action on their part.

. Support doc C, pg.#1 summary outlines the documents which
follow, showing all of what then defaulted my Hamp trial by
GMAC while also showing they were receiving and cashing my trial
checks on time. The insufficient funds were caused by GMAC's
UNAUTHORIZED auto draft...I contacted them about this immediately
after my bank identified them as the drafter of the unauthorized
amt. of $1380.08 (see Members 1st stmt. dtd., Jan.25-Feb.24,2010,
pg.2.)  This same page shows second trial check#116, deposited
the day before the unauthorized draft.

. VERY IMPORTANT** I was sent a letter by GMAC (enclosed, dated
2/11/10) they were unable to supply me with my written consent
for that autodraft.  This is because there wasn't one.

. In closing GMAC ltr. dated 2/12/2010...is also incorrect...see
support doc's C, Members 1st stmt.,dtd. Dec.25-Jan 24/2010 pg.2,
check#115 is the first trial pymt. deposited and cleared.
By the time I received this letter, it was known by GMAC that
I was in Loss Mitigation undergoing the HAMP trial and that
due to the unauthorized autodraft, reversed by my bank and
questioned by me by phone later the same day of Feb.4,2010,
whereby I requested signature proof which they could not provide
as indicated by their letter 2/11/10.  They were already on
notice by me, NO Further Auto Drafts. With the new loan every
month is a certified bank check because I do not trust them
with my electronic info.  Please help get me out of this!

I did complete my trial successfully if not for the unlawful
actions perpetrated against me.  And since before I ever wrote
the first check for the trial, I was told I WAS Approved for
HAMP pending successful completion of the HAMP trial, the end
result should not have been _ The Step-rate-loan (current
pymt.amt.is $874.41 after 2 years) a far cry from $679.83 and
the interest rate goes up).  This is not a fixed rate loan...

*Clm #4397*

12-12020-mg    Doc 9510-3    Filed 01/15/16    Entered 01/15/16 17:01:24    Decl.
Exhibit B    Pg 28 of 29

3 of 3

...cont.

...Had I known this from the first phone call, no paperwork
would have been submitted by me at all.) I was manipulated into
this step-rate-loan with the end result, me being defrauded
out of my original loan. It was a whirlwind once they got
rolling. At some point you just can not take it and settle
for what gives you peace...the only way out of their process
at that point and into peace, was to accept what they were
offering. I will be stuck in this loan long after people forget
who GMAC was, assumming I can keep up with their ever increasing
pymts. in a loan I was railroaded into. This really assumes
too much, my home may end up another statistic if this court
can't retain justice on my behalf.
   I am seeking justice and restitution as the court sees fit.
 Please accept my apologies for being unable to give an accurate
dollar amount due to the futuristic nature of the final amount.

I want to thank you for all of your patience with my submission.

I have done what I can to try and show that there was a process
in place that caused damage and while I do not know how many
others were affected, my heart goes out to all who have lost
their homes due to the same or similar circumstances.
   On a larger scale our national economy is suffering while
these things go (seemingly) unchecked. How much longer and
how many more foreclosures will add to the countries economic
decline. Some of the rich are getting richer, while the poor
are getting poorer adding a chunk of the middle class to it.
All the while the poor are being supported by government programs
paid for by the rich, making them poorer, as Americans lose
our freedom. If this continues, I guess it will soon be time
to remove Lady Liberty from her perch. How can we continue
to receive others into what used to be a free and prosperous
land? Who will be able to pay for it all and will these
immigrants ever be free? More importantly why should economic
giants just walk away from the fallout of the mess they make?
I am not saying that is what will happen here, but it has
happened, alot, in recent years. Lines must be drawn.

I know our administration meant for right results, it is
unfortunate when the process is hijacked and does not serve
it's original purpose. I do believe this is why we have laws
and trust they will be applied appropriately.


Sincerely,

Mary Biancavilla


Clm 4397

7012 1640 0001 1584 6442

UNITED STATES
POSTAL SERVICE

1000

55438



