**Exhibit G**

**Date Data as-of:** December 23, 2013

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| 9613 | MARY R BIANCAVILLA | | 341 OAK DRIVE | 341 OAK DR |
| | | | NEW CUMBERLAND | NEW CUMBERLAND |
| | | | PA | PA |
| | | | 17070 | 17070 |

**Investor Info**
- Investor Acct No - Prim  9381
- Investor Number  96508
- Investor Name Full  RESIDENTIAL FUNDING CORP
- Investor Id  G06

**Previous Servicer Info**
- Previous Account Number  9381
- Seller Company Name

| Loan Info | | Dates | | Current Balances | | Uncollected | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| Arm Flag | Y | Int Collected To | 08/01/2013 | Principal | $0.00 | Late Charges | $0.00 | Interest | $2,478.83 |
| Loan Type | Conventional | Next Due | 09/01/2013 | Escrow | $0.00 | Interest | $0.00 | Taxes | $1,999.83 |
| Lien Position | 01 | Last Payment | 08/03/2013 | Unapplied | $0.00 | Fees | $0.00 | | |
| Interest Rate | 2.875% | Last Activity | 09/02/2013 | Buydown | $0.00 | Opt | $0.00 | | |
| Collection Status | PO | Setup Date | 12/26/2005 | | | | | | |
| | | Maturity Date | 01/01/2036 | | | | | | |

Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9613 | 09/02/2013 | 08/01/2013 | $0.00 | FEE | 003 | FWV | ($20.00) | $0.00 | $0.00 | $0.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| 9613 | 09/02/2013 | 08/01/2013 | $0.00 | FEE | 011 | FWV | ($33.75) | $0.00 | $0.00 | $0.00 | ($33.75) | $0.00 | $0.00 | $0.00 |
| 9613 | 09/02/2013 | 08/01/2013 | $0.00 | Service Release | | SV | $0.00 | $127,816.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/02/2013 | 08/01/2013 | $127,816.63 | Service Release | | SVT | $471.23 | $0.00 | $0.00 | $471.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/05/2013 | 08/01/2013 | $0.00 | FEE | 011 | FWA | $0.30 | $0.00 | $0.00 | $0.00 | $0.30 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/05/2013 | 08/01/2013 | $127,816.63 | PAYMENT | | AP | $874.41 | $338.11 | $307.04 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/18/2013 | 07/01/2013 | $128,154.74 | Escrow Disb-Tax School | | E93 | ($1,257.04) | $0.00 | $0.00 | ($1,257.04) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/02/2013 | 07/01/2013 | $128,154.74 | PAYMENT | | AP | $874.41 | $337.30 | $307.85 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/04/2013 | 06/01/2013 | $128,492.04 | PAYMENT | | AP | $874.41 | $336.50 | $308.65 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/07/2013 | 05/01/2013 | $128,828.54 | PAYMENT | | AP | $874.41 | $335.69 | $309.46 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/01/2013 | 04/01/2013 | $129,164.23 | PAYMENT | | AP | $874.41 | $334.89 | $310.26 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/04/2013 | 03/01/2013 | $129,499.12 | Escrow Disb-Tax City | | E91 | ($742.79) | $0.00 | $0.00 | ($742.79) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/04/2013 | 03/01/2013 | $129,499.12 | PAYMENT | | AP | $874.41 | $334.09 | $311.06 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/05/2013 | 02/01/2013 | $129,833.21 | PAYMENT | | AP | $874.41 | $333.29 | $311.86 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/24/2013 | 01/01/2013 | $130,166.50 | Escrow Disb-Fire | | E20 | ($622.34) | $0.00 | $0.00 | ($622.34) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/08/2013 | 01/01/2013 | $130,166.50 | PAYMENT | | AP | $874.41 | $332.50 | $312.65 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9613 | 12/03/2012 | 12/01/2012 | $130,499.00 | PAYMENT | | AP | $874.41 | $331.70 | $313.45 | $229.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/05/2012 | 11/01/2012 | $130,830.70 | PAYMENT | | AP | $852.78 | $330.91 | $314.24 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/05/2012 | 10/01/2012 | $131,161.61 | PAYMENT | | AP | $852.78 | $330.12 | $315.03 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/04/2012 | 09/01/2012 | $131,491.73 | PAYMENT | | AP | $852.78 | $329.33 | $315.82 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/06/2012 | 08/01/2012 | $131,821.06 | PAYMENT | | AP | $852.78 | $328.54 | $316.61 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/23/2012 | 07/01/2012 | $132,149.60 | Escrow Disb-Tax School | | E93 | ($1,236.56) | $0.00 | $0.00 | ($1,236.56) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/05/2012 | 07/01/2012 | $132,149.60 | PAYMENT | | AP | $852.78 | $327.76 | $317.39 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/06/2012 | 06/01/2012 | $132,477.36 | PAYMENT | | AP | $852.78 | $326.97 | $318.18 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/04/2012 | 05/01/2012 | $132,804.33 | PAYMENT | | AP | $852.78 | $326.19 | $318.96 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/06/2012 | 04/01/2012 | $133,130.52 | PAYMENT | | AP | $852.78 | $325.41 | $319.74 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/05/2012 | 03/01/2012 | $133,455.93 | PAYMENT | | AP | $852.78 | $324.63 | $320.52 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/27/2012 | 02/01/2012 | $133,780.56 | Escrow Disb-Tax City | | E91 | ($703.30) | $0.00 | $0.00 | ($703.30) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/06/2012 | 02/01/2012 | $133,780.56 | PAYMENT | | AP | $852.78 | $323.86 | $321.29 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2012 | 01/01/2012 | $134,104.42 | Escrow Disb-Fire | | E20 | ($518.62) | $0.00 | $0.00 | ($518.62) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/03/2012 | 01/01/2012 | $134,104.42 | PAYMENT | | AP | $852.78 | $323.08 | $322.07 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/06/2011 | 12/01/2011 | $134,427.50 | PAYMENT | | AP | $852.78 | $322.31 | $322.84 | $207.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/04/2011 | 11/01/2011 | $134,749.81 | PAYMENT | | AP | $839.92 | $321.54 | $323.61 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/05/2011 | 10/01/2011 | $135,071.35 | PAYMENT | | AP | $839.92 | $320.77 | $324.38 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/05/2011 | 09/01/2011 | $135,392.12 | PAYMENT | | AP | $839.92 | $320.01 | $325.14 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/02/2011 | 08/01/2011 | $135,712.13 | PAYMENT | | AP | $839.92 | $319.24 | $325.91 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/19/2011 | 07/01/2011 | $136,031.37 | Escrow Disb-Tax School | | E93 | ($1,178.97) | $0.00 | $0.00 | ($1,178.97) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/04/2011 | 07/01/2011 | $136,031.37 | PAYMENT | | AP | $839.92 | $318.48 | $326.67 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/06/2011 | 06/01/2011 | $136,349.85 | PAYMENT | | AP | $839.92 | $317.72 | $327.43 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/05/2011 | 05/01/2011 | $136,667.57 | PAYMENT | | AP | $839.92 | $316.96 | $328.19 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/04/2011 | 04/01/2011 | $136,984.53 | PAYMENT | | AP | $839.92 | $316.20 | $328.95 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/03/2011 | 03/01/2011 | $137,300.73 | PAYMENT | | AP | $839.92 | $315.44 | $329.71 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/25/2011 | 02/01/2011 | $137,616.17 | Escrow Disb-Tax City | | E91 | ($620.06) | $0.00 | $0.00 | ($620.06) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/03/2011 | 02/01/2011 | $137,616.17 | PAYMENT | | AP | $839.92 | $314.69 | $330.46 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2011 | 01/01/2011 | $137,930.86 | Escrow Disb-Fire | | E20 | ($490.11) | $0.00 | $0.00 | ($490.11) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/04/2011 | 01/01/2011 | $137,930.86 | PAYMENT | | AP | $839.92 | $313.94 | $331.21 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/03/2010 | 12/01/2010 | $138,244.80 | PAYMENT | | AP | $839.92 | $313.19 | $331.96 | $194.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/01/2010 | 11/01/2010 | $138,557.99 | PAYMENT | | AP | $830.62 | $312.44 | $332.71 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/25/2010 | 10/01/2010 | $138,870.43 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/04/2010 | 10/01/2010 | $138,870.43 | PAYMENT | | AP | $830.62 | $311.69 | $333.46 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/02/2010 | 09/01/2010 | $139,182.12 | PAYMENT | | AP | $830.62 | $310.95 | $334.20 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/30/2010 | 08/01/2010 | $139,493.07 | PAYMENT | | AP | $830.62 | $310.20 | $334.95 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/16/2010 | 07/01/2010 | $139,803.27 | Escrow Disb-Tax School | | E93 | ($1,106.40) | $0.00 | $0.00 | ($1,106.40) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/28/2010 | 07/01/2010 | $139,803.27 | PAYMENT | | AP | $830.62 | $309.46 | $335.69 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/02/2010 | 06/01/2010 | $140,112.73 | PAYMENT | | PA | $830.62 | $308.72 | $336.43 | $185.47 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9613 | 04/12/2010 | 05/01/2010 | $140,421.45 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34.50 |
| 9613 | 04/12/2010 | 05/01/2010 | $140,421.45 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $1,502.68 | $0.00 | ($1,502.68) | $0.00 |
| 9613 | 04/12/2010 | 05/01/2010 | $0.00 | Unapplied | | UFN | ($1,502.68) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/12/2010 | 05/01/2010 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34.50 |
| 9613 | 04/09/2010 | 12/01/2009 | $0.00 | FEE | 164 | FWV | ($83.00) | $0.00 | $0.00 | $0.00 | ($83.00) | $0.00 | $0.00 | $0.00 |
| 9613 | 04/09/2010 | 12/01/2009 | $140,421.45 | Non-Cash | | AA | $0.00 | $3,578.55 | ($3,450.00) | $888.45 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/08/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | SR | $833.00 | $0.00 | $0.00 | $0.00 | $0.00 | $833.00 | $0.00 |
| 9613 | 04/08/2010 | 12/01/2009 | $0.00 | Unapplied | | UFN | $833.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/26/2010 | 12/01/2009 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 |
| 9613 | 03/17/2010 | 12/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/17/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/17/2010 | 12/01/2009 | $0.00 | Unapplied | | UFN | $669.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/17/2010 | 12/01/2009 | $0.00 | Unapplied | | UFU | ($669.68) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/15/2010 | 12/01/2009 | $144,000.00 | Escrow Disb-Tax City | | E91 | ($620.06) | $0.00 | $0.00 | ($620.06) | $0.00 | $0.00 | $0.00 |
| 9613 | 03/12/2010 | 12/01/2009 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 |
| 9613 | 03/10/2010 | 12/01/2009 | $0.00 | FEE | 003 | FB | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 9613 | 03/10/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | SR1 | ($679.83) | $0.00 | $0.00 | $0.00 | $0.00 | ($679.83) | $0.00 |
| 9613 | 03/10/2010 | 12/01/2009 | $0.00 | Unapplied | | UFN | ($679.83) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/26/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | SR | $679.83 | $0.00 | $0.00 | $0.00 | $0.00 | $679.83 | $0.00 |
| 9613 | 02/26/2010 | 12/01/2009 | $0.00 | Unapplied | | UFN | $679.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/23/2010 | 12/01/2009 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 |
| 9613 | 02/17/2010 | 12/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/12/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | PR3 | ($1,038.08) | $0.00 | ($690.00) | ($348.08) | $0.00 | $0.00 | $0.00 |
| 9613 | 02/12/2010 | 12/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34.50 |
| 9613 | 02/02/2010 | 01/01/2010 | $144,000.00 | Escrow Disb-Fire | | E20 | ($451.00) | $0.00 | $0.00 | ($451.00) | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $144,000.00 | PAYMENT | | AP | $1,038.08 | $0.00 | $690.00 | $348.08 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $144,000.00 | PAYMENT | | SRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $0.00 | Unapplied | | UFF | ($669.68) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $0.00 | Unapplied | | UFU | $669.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2010 | 01/01/2010 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($34.50) |
| 9613 | 02/01/2010 | 03/01/2010 | $0.00 | Comment | | RPP | $1,038.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/29/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/29/2010 | 12/01/2009 | $144,000.00 | PAYMENT | | SRA | ($10.15) | $0.00 | $0.00 | $0.00 | $0.00 | ($10.15) | $0.00 |
| 9613 | 01/29/2010 | 12/01/2009 | $0.00 | Unapplied | | UFF | ($10.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/29/2010 | 12/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($34.50) |
| 9613 | 01/29/2010 | 02/01/2010 | $0.00 | Comment | | RPP | $679.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/19/2010 | 11/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/31/2009 | 11/01/2009 | $144,000.00 | PAYMENT | | SR | $679.83 | $0.00 | $0.00 | $0.00 | $0.00 | $679.83 | $0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9613 | 12/31/2009 | 11/01/2009 | $0.00 | Unapplied | | UFF | $679.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/31/2009 | 01/01/2010 | $0.00 | Comment | | RPP | $679.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/17/2009 | 11/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/16/2009 | 11/01/2009 | $144,000.00 | Escrow Disb-Tax School | | M93 | ($104.12) | $0.00 | $0.00 | ($104.12) | $0.00 | $0.00 | $0.00 |
| 9613 | 11/13/2009 | 11/01/2009 | $144,000.00 | Escrow Disb-Tax School | | M93 | ($1,041.15) | $0.00 | $0.00 | ($1,041.15) | $0.00 | $0.00 | $0.00 |
| 9613 | 11/02/2009 | 11/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/09/2009 | 10/01/2009 | $144,000.00 | Escrow Disb-Tax City | | M91 | ($10.00) | $0.00 | $0.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| 9613 | 10/01/2009 | 10/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/29/2009 | 09/01/2009 | $144,000.00 | Escrow Disb-Fire | | M20 | ($164.80) | $0.00 | $0.00 | ($164.80) | $0.00 | $0.00 | $0.00 |
| 9613 | 09/01/2009 | 09/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/03/2009 | 08/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/01/2009 | 07/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/01/2009 | 06/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/01/2009 | 05/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/01/2009 | 04/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/02/2009 | 03/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/02/2009 | 02/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/01/2009 | 01/01/2009 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/01/2008 | 12/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/03/2008 | 11/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/01/2008 | 10/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/01/2008 | 09/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/01/2008 | 08/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/01/2008 | 07/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/02/2008 | 06/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/01/2008 | 05/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 04/01/2008 | 04/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 03/03/2008 | 03/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 02/01/2008 | 02/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 01/02/2008 | 01/01/2008 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 12/03/2007 | 12/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 11/01/2007 | 11/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 10/01/2007 | 10/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 09/03/2007 | 09/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 08/01/2007 | 08/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 07/03/2007 | 07/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 06/01/2007 | 06/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9613 | 05/07/2007 | 05/01/2007 | $144,000.00 | PAYMENT | | AP | $690.00 | $0.00 | $690.00 | $0.00 | $0.00 | $0.00 | $0.00 |