**Exhibit J**

| Previous | **Current** | Next | | |
|---|---|---|---|---|

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 68 13/07/2014 3:38:02 PM ETPFSP342    3 4 5 6

Account No  9613    Statement: Type    **ANNUAL**    Date   09/28/10

SHORTAGE WAS SPREAD

PROJ STMT ESC DATA MAY BE DIFF THAN CURR DATA

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 2177.46 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 181.45 | Cushion  C-1/6 | 362.90 |
| Cycle | 12/01/10 - 11/30/11 | RESPA Max 1/6 Cushion | 362.90 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

**Results**

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: | 09/11 | Anticipated Bal  -356.54 | Required Bal | 362.90 |
| SHORTAGE | -719.44 | DEFICIENCY  .00 | | |
| EA Shortage Spread Used | 0 | | View Trial Bal Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 12/01/10 - |
|---|---|---|
| 645.15 | PRINCIPAL & INTEREST | 645.15 |
| 185.47 | ESCROW | 181.45 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 13.32 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 830.62 | TOTAL BORROWER PAYMENT | 839.92 |

Message: [ ]  OK    MORE...

Command: [ ]    Submit  Reset  PrintAll

Page 1 of 1

12-12020-mg    Doc 9510-11    Filed 01/15/16    Entered 01/15/16 17:01:24    Decl.
Exhibit J    Pg 3 of 4

| Previous | **Current** | Next | | |
|---|---|---|---|---|

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 68 13/07/2014 3:37:32 PM ETPFSP342      [3](#) [4](#) [5](#) [6](#)

Account No       9613        Statement: Type        **ANNUAL**        Date        09/29/11

SHORTAGE WAS SPREAD

PROJ STMT ESC DATA MAY BE DIFF THAN CURR DATA

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 2289.14 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 190.76 | Cushion  C-1/6 | 381.52 |
| Cycle | 12/01/11 - 11/30/12 | RESPA Max 1/6 Cushion | 381.52 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

**Results**

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 09/12 | Anticipated Bal | -327.02 | Required Bal | 381.52 |
| SHORTAGE  -708.54 | DEFICIENCY | .00 | | |
| EA Shortage Spread Used  0 | | | View Trial Bal Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 12/01/11 - |
|---|---|---|
| 645.15 | PRINCIPAL & INTEREST | 645.15 |
| 194.77 | ESCROW | 190.76 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 16.87 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 839.92 | TOTAL BORROWER PAYMENT | 852.78 |

Message:        OK        MORE...

Command:        Submit  Reset  PrintAll

Previous    **Current**    Next

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 68 13/07/2014 3:37:05 PM ETPFSP342        3 4 5 6

Account No         9613        Statement: Type        **ANNUAL**        Date    10/04/12

**SHORTAGE WAS SPREAD**

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 2458.48 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 204.87 | Cushion  C-1/6 | 409.74 |
| Cycle | 12/01/12 - 11/30/13 | RESPA Max 1/6 Cushion | 409.74 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 09/13 | Anticipated Bal  -322.18 | Required Bal | 409.74 |
| SHORTAGE  -731.92 | DEFICIENCY  .00 | | |
| EA Shortage Spread Used  30 | | View Trial Bal Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 12/01/12 - |
|---|---|---|
| 645.15 | PRINCIPAL & INTEREST | 645.15 |
| 207.63 | ESCROW | 204.87 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 24.39 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 852.78 | TOTAL BORROWER PAYMENT | 874.41 |

Message:        OK        MORE...
Command:        Submit    Reset    PrintAll