UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC aka Residential Capital Corporation<br>Tax ID/ EIN 20-1770738<br><br>Debtor(s) | Case Number: 12-12020<br><br>Chapter: 11<br><br>Property: 1130 E 17th Street, Oakland, CA 94606 |

Notice of Appearance and Request for Service of Papers

SIRS:

**PLEASE TAKE NOTICE**, that Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5, a creditor and party in interest in the above captioned case, hereby appears in the above action, by and through their counsel, Sheldon May & Associates, P.C., and respectfully demands that a copy all letters, documents and/or pleadings in this case be served upon the undersigned at the address stated below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified in the Bankruptcy Code but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by or for the debtor, motions, petitions, pleadings, hearings, requests, complaints, demands, answering or reply papers, memoranda and briefs in support of any of the foregoing whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail, facsimile, or otherwise, which affects or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

Dated: January 19, 2016
       Rockville Centre, New York

                                          Respectfully submitted,

                                          By: /s/ Ted Eric May
                                          Ted Eric May, Esq. (3313)
                                          Sheldon May & Associates, P.C.
                                          Attorneys for Claimant
                                          255 Merrick Road
                                          Rockville Centre, New York 11570
                                          (516) 763 - 3200

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re:<br><br>Residential Capital, LLC aka Residential Capital Corporation<br>Tax ID/ EIN 20-1770738<br><br>Debtor(s) | Affidavit of Service<br><br>Case Number: 12-12020<br>Chapter: 11<br>Property: 1130 E 17th Street, Oakland, CA 94606 |
|---|---|

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:
(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On January 19, 2016, I served the Notice of Appearance and Request for Service of Papers; by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| **Debtor** | **Residential Capital, LLC aka Residential Capital Corporation at 1100Virginia Dr., Ft. Washington, PA 19034**<br>**Attn: Melody Wright** |
| **Debtor's Attorney** | **Norman Scott Rosenbaum; James Newton; Erica J. Richards**<br>**1290 Avenue of the Americas, New York, NY 10104** |
| **Trustee** | **Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC by Sean A. O'Neal and Thomas J. Moloney at One Liberty Plaza, New York, NY 10006** |
| **Counsel for the Committee** | **Kramer Levin, Naftalis & Frankel LLP at**<br>**1177 Avenue of the Americas, New York, NY 10036**<br>**Attn: Elise Frejka and Douglas Mannal** |
| **U.S. Trustee** | **33 Whitehall Street, 21st Floor, New York, NY 10004**<br>**Attn: Brian Masumoto, Esq., and Michael Driscoll, Esq.** |
| **Trustee** | **HSBC Bank USA, National Association by John Kibler, Esq. at 1221 Avenue of the Americas, New York, NY 10178** |
| Claims and Noticing Agent | **Kurtzman Carson Consultants LLC, Claims Agent** Attn: James Le 2335 Alaska Avenue, El Segundo, CA 90245 |
| Creditor Committee | Official Committee of Unsecured Creditors by **Douglas Mannal; Kenneth H. Eckstein; Steven S. Sparling at 1177 Avenue of the Americas, New York, NY 10036 and Robert J. Feinstein at 780 Third Avenue, 36th Floor, New York, NY 10017** |
| Creditor Committee | Official Committee of Unsecured Creditors of Residential Capital, LLC by **Robert J. Feinstein and Stephen Zide** at 1177 Avenue of the Americas, New York, NY 10036 |

| | |
|---|---|
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Official Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |
| Creditor Committee | Pachulski Stang Ziehl & Jones LLP, Co-Counsel for the Officila Committee of Unsecured Creditors by **Robert J. Feinstein** at 1177 Avenue of the Americas, New York, NY 10036 |

/S/Kara Silva
Kara Silva

Sworn to before me this
7th day of January, 2016

/S/Ted Eric May
Ted Eric May
Notary Public, State of New York
Registration No. 02MA5087205
Qualified in Nassau County
Commission Expires October 27, 2015

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Residential Capital, LLC   aka Residential Capital Corporation<br>           Debtor<br><br>Address: 1130 E 17th Street, Oakland, CA 94606 | Case Number 12-12020<br><br>Chapter 11 |

Notice of Appearance and Request for Service of Papers

NOTICE OF APPEARANCE
AND
DEMAND FOR SERVICE OF PAPERS

Sheldon May & Associates, P.C.
Attorneys at Law
255 Merrick Road
Rockville Centre, New York 11570
(516) 763 - 3200