MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 21, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S):**

**1.**    ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

   **Related Document(s):**

   **a.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

   **b.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

ny-1218097

**c.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

**d.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

**e.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

**f.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

**g.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

**h.**  Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

**i.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

**j.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903]

**k.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 12, 2015 at 10:00 a.m. [Docket No. 7996]

**l.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 31, 2015 at 10:00 a.m. [Docket No. 8124]

**m.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to April 30, 2015 at 10:00 a.m. [Docket No. 8233]

**n.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to June 23, 2015 at 10:00 a.m. [Docket No. 8417]

  **o.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to September 3, 2015 at 10:00 a.m. [Docket No. 8648]

  **p.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to November 18, 2015 at 10:00 a.m. [Docket No. 8986]

  **q.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 7, 2016 at 10:00 a.m. [Docket No. 9269]

  **r.**  Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to March 22, 2016 at 10:00 a.m. (ET) [Docket No. 9399]

 **Response(s)**: None.

 **Status**: The hearing on this matter has been adjourned to March 22, 2016.

**2.** ResCap Borrower Claims Trust's Objection to Claim No. 3658 Filed by Laura J. McGuinn and William Wells [Docket No. 9424]

 **Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 3658 Filed by Laura J. McGuinn and William Wells to February 25, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9488]

 **Response(s)**: None.

 **Status**: The hearing on this matter has been adjourned to February 25, 2016.

**II.** **SETTLED MATTER(S)**

**3.** ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5857 Filed by Mary McDonald, Individually, and as Personal Representative of the Estate of Anthony McDonald [Docket No. 9310]

 **Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5857 Filed by Mary McDonald, Individually, and as Personal Representative of the Estate of Anthony McDonald to January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9417]

        **Response(s)**:    None.

        **Status**:    This matter has been settled. No hearing is required.

**4.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2188 Filed by Kenneth Reaves [Docket No. 9425]

        **Related Document(s)**:    None.

        **Response(s)**:    None.

        **Status**:    This matter has been settled. No hearing is required.

## III. CLAIMS OBJECTION(S)

**5.**    ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9296]

        **Related Document(s)**:

        **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) Solely as it Relates to the Claim Filed by Mary R. Biancavilla (Claim No. 4397) to January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9403]

        **b.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) Solely as it Relates to the Claim Filed by Thomas G. and Catherine D. Cooper (Claim No. 6270) to January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9497]

        **Response(s)**:

        **a.**    Thomas G. Cooper and Catherine D. Cooper's Response to ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9379]

        **b.**    Response of Mary R. Biancavilla to ResCap Borrower Claims Trusts Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allowed in Full Borrower Claim) [Docket No. 9472]

      **Reply**:

      **a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Allowed in Full Borrower Claim) as to Claim Nos. 2526 and 6270 [Docket No. 9396]

      **b.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Ninetieth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claim, and (III) Allowed in Full Borrower Claim) as to Claim No. 4397 [Docket No. 9510]

      **Status**:    The hearing on this matter, solely as it relates to the claims filed by Mary R. Biancavilla (Claim No. 4397) and Thomas G. and Catherine D. Cooper (Claim No. 6270), will be going forward.

**6.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9402]

      **Related Document(s)**:

      **a.**    Claimant Rosalind Alexander-Kasparik's Request for Judicial Notice in Support of Opposition to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 [Docket No. 9465]

      **Response(s)**:

      **a.**    Claimant Rosalind Alexander-Kasparik's Opposition to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 [Docket No. 9464]

      **Reply**:

      **a.**    ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9492]

      **Status**:    The hearing on this matter will be going forward.

Dated: January 19, 2016  
      New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*