**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| RESIDENTIAL CAPITAL, LLC, *et. al.* | Chapter 11 |
| | Case No. 12-12020 (MG) |
| Debtors, | |

---

| | |
|---|---|
| THE RESCAP BORROWER CLAIMS, TRUST, | |
| Objector, | |
| - against - | |
| WILLIAM J. FUTRELL, | BORROWER TRUST'S STATUS REPORT |
| Claimant. | |

---

    Pursaunt to Section XIII.C. of the Court's Joint Pre-Trial Order [Docket No 9476], the ResCap Borrower Claims Trust (the "Borrower Trust") hereby submits this status report in advance of the trial on the Borrower Trust's objection the Claim No. 725 filed by William J. Futrell (the "Claimant").

I.    **ISSUES TO BE RESOLVED BEFORE TRIAL**

    The Borrower Trust is not aware of any issues that will need to be resolved before the trial commences, though the Borrower Trust anticipates that the Court and the parties may want to discuss procedure generally at the outset of the trial.

II.    **SETTLEMENT**

    Although the parties have not been able to reach a settlement to date, the Borrower Trust has requested that Claimant's counsel schedule a telephone call later in the week regarding the upcoming evidentiary hearing and related matters. The parties or the Borrower Trust will advise the Court if those discussions result in a resolution of some or all of the issues scheduled to be resolved at trial.

III.  OTHER MATTERS

During the telephone discussion that the Borrower Trust has requested be scheduled for later this week, the Borrower Trust also hopes to reach agreement regarding the admissibility of certain of the parties' respective proposed trial exhibits. The parties or the Borrower Trust will update the Court regarding any stipulations reached in connection with these issues.

Dated:  January 19, 2016

        /s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1219568