Jonathan L. Flaxer, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              :
                                                    :           Chapter 11
Residential Capital, LLC, et al.,                   :
                                                    :           Case No. 12-12020 (MG)
                                                    :
                                   Debtors.         :           (Jointly Administered)
-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

     The undersigned attorney with Golenbock Eiseman Assor Bell & Peskoe LLP hereby withdraws his appearance in the above-captioned case and requests that service upon him of all future service of notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list in the above-captioned case.

Dated: New York, New York            GOLENBOCK EISEMAN ASSOR BELL
       January 19, 2016                  & PESKOE LLP

                                       437 Madison Avenue, 35th Floor
                                       New York, New York 10022
                                       (212) 907-7300

                                       By:     /s/ Jonathan L. Flaxer
                                                 Jonathan L. Flaxer

2448610.1