Lee E. Riger, Esq.
Balfe & Holland, P.C.
135 Pinelawn Road, Suite 125 North
Melville, New York 11747
(631) 501-1000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC et al. | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Jointly Administered |

--------------------------------------------------------

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorney hereby withdraws his appearance in the above-captioned case and requests that service upon him of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list in the above-captioned case.

Dated:  Melville, New York
         January, 20 2016


                                                    Yours, Etc.

                                                    BALFE & HOLLAND, P.C.

                                        By:         /s/   *Lee E. Riger*
                                                    Lee E. Riger (LR 1459)
                                                    135 Pinelawn Road, Suite 125 North
                                                    Melville, NY 11747
                                                    (631) 501-1000
                                                    lriger@balfeholland.com