UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| IN RE | CHAPTER 11 |
| RESIDENTIAL CAPITAL BORROWERS CLAIMS | CASE NO. 12-12020 (MG) |
| TRUST | |
| Objector | |
| Against | |
| WILLIAM J FUTRELL | |
| Claimant | |


MOTION FOR CONTINUANCE

COMES NOW the Claimant, William J Futrellm and requests that the trial set for

January 26 2016 at 9:00 am, as says:


1.   The Claimant will be using ground transportation.
2.   Alicia Futrell has full time employment with the Blackford County  School Corporation, starting the employment in August 2015.
3.   There is an issue with the employment, where available days were missed due to medical issues, with two (2) days left available to her.
4.   There is the weather forecast for the New York metro area, in the 40's and clear.
5.   The forecast for the route is problematic, including freezing rain and sleet starting in Ohio.
6.   There are concerns for the safe travel there and back.
7.   The Claimant requests that the matter be continued between the period of *March 22, 2016 and April 1, 2016*, where the matters of the employment and the weather are not the problem they are at present.

WHEREFORE, the Claimant requests the trial set for January 26 2016 at 9:00 am be

continued to between *March 22, 2016 and April 1, 2016*, and for all other just ad proper

relief in the premises.

Page 2.  Motion for Continuance of January 26, 2016 at 9;00 am


Respectfully submitted,

*Thomas Margolis ss*


_____

Thomas Margolis   10189-18
125 E Charles Street   Suite 214
Muncie IN 47305
Telephone 765-288-0600
*Counsel for Claimant*



Certificate of Service

The Motion for Continuance has been served on James Newton, mofo at fax

# 212-468-7900 on the 20th day of January 2016.

*Thomas Margolis ss*
_____

Thomas Margolis