**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE CONCERNING THE REMAINING CLAIM OF FRANK REED**

With respect to the ResCap Borrower Claims Trust's objection to the remaining claim of Frank Reed, on remand from the district court, the Court hereby schedules a case management conference for 10:00 a.m., February 10, 2016. Reed shall appear at the hearing in person.

On or before 5:00 p.m., February 2, 2016, Reed shall file and serve the Trust with a statement setting forth *with specificity* the "cognizable damages [that Reed contends he suffered] as a direct result of the Foreclosure Action beyond the damages relating to the Property . . . ."

During the case management conference, the parties shall be prepared to discuss what, if any, discovery remains to the done solely with respect to the issue of the cognizable damages. The Court intends to enter a case management order following the conference setting forth the schedule for filing written direct testimony of fact and expert witnesses and for the trial of the remaining issue. The parties shall discuss a proposed schedule in advance of the conference.

The Trust's counsel shall serve a copy of this Order on Frank Reed.

**IT IS SO ORDERED.**

Dated: January 20, 2016
        New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge