**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## ORDER DENYING MOTION FOR CONTINUANCE

Before the Court is the *Motion for Continuance* (the "Motion," ECF Doc. # 9522) requesting an adjournment of trial on the Borrower Trust's objection the Claim No. 725 filed by William J. Futrell in the above-captioned chapter 11 proceedings. The Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  January 20, 2016
         New York, New York

                                            /s/Martin Glenn
                                          MARTIN GLENN
                                   United States Bankruptcy Judge