UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
In re                           :    Chapter 11
                                :
RESIDENTIAL CAPITAL, LLC,       :    Case No. 12-12020 (MG)
et al..,[1]                     :
                                :
                        Debtor. :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on January 19, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON JANUARY 21, 2016 AT 10:00 A.M. (EST)(Docket No. 9514)**
- **NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE HEARING SCHEDULED FOR JANUARY 21, 2016 AT 10:00 A.M. (ET)(Docket No. 9515)**

Dated: January 19, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _19_ day of _January_, 20_16_, by, _Richie R. Lim_ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

ANDY MARTINEZ TORRES
COMM. #2139005
Notary Public - California
Los Angeles County
My Comm. Expires Jan. 2, 2020

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;
Deanna.horst@rescapestate.com;
Nicholas.kosinski@rescapestate.com;
Dflanigan@polsinelli.com;

Fritschj@sullcrom.com;
Gary.kaplan@friedfrank.com;
Edward.turan@citi.com;
Doreen.xia@shearman.com;
Michael.schloessmann@bankofamerica.com;
Ahakki@shearman.com;
Atenzer@shearman.com;
Colby.allsbrook@credit-suisse.com;
Gary.kaplan@friedfrank.com;
Jonathan.schorr@gs.com;
Gluecksb@sullcrom.com;
Jill.fairbrother@bankofamerica.com;
Mkotler@cgsh.com;
Lschweitzer@cgsh.com;
Kmarino@khmarino.com;
David.l.goldberg@ubs.com;

Keckstein@kramerlevin.com;
Pbentley@kramerlevin.com;
Dmannal@kramerlevin.com;

Etidmore@babc.com;
Tomcooper1@comcast.net;
Lori02149@yahoo.com;
Jack.metkus@hp.com;
Jisidienu@yahoo.com;
lsan316@gmail.com;

Allan@acatelaw.com

# EXHIBIT B

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

# **EXHIBIT C**

Joshua Fritsch
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

David L.Goldberg
Executive Director
Senior Associate General Counsel
1285 Avenue of the Americas, 14th Floor
New York, NY 10019-6028

Savannah Dobbins
638 ½ S. Liberty
Alliance, OH 44601

Cheyneke L. Ballard
237 Lexington Street
Birmingham, AL 35224

John Douglas Bailey
6022 Club Oaks Place
Dallas, TX 75248

Mary R. Biancavilla
341 Oak Dr.
New Cumberland, PA 17070