Telephonic Case Management Conference Date and Time:
February 4, 2016 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE ON OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO CLAIM NUMBERS 5610 AND 5612 FILED BY RICHARD D. RODE TO BE HELD ON FEBRUARY 4, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

TO: Claimant Richard D. Rode and his counsel of record

**PLEASE TAKE NOTICE** that a telephonic case management conference in connection with the *Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode* [Docket No. 8452], will be held on **February 4, 2016 at 2:00 p.m. (Prevailing Eastern Time)** (the "Case Management Conference").  The ResCap Borrower Claims Trust will separately supply the Court and Claimant with conference line information.

ny-1219880

| | |
|---|---|
| Dated: January 21, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Erica J. Richards<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1219880