MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
                                                          )
In re:                                                    )   Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )   Chapter 11
                                                          )
                                  Debtors.                )   Jointly Administered
                                                          )
---------------------------------------------------------------------

**PROPOSED AGENDA FOR TRIAL SCHEDULED
TO BE HEARD ON JANUARY 25, 2016 AT 9:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     TRIAL ON THOMPSON CLAIM NO. 1083:**

**1.**    ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

   **Related Document(s):**

   **a.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Number 1083 Filed by Maria M. and Elda Thompson  [Docket No. 8823]

   **b.**    Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement Negotiations as to Claim No. 1083 Filed by Maria M. and Elda Thompson [Docket No. 9033]

   **c.**    Order Scheduling Trial of Remaining Portion of Claim Number 1083 Filed by Maria M. and Elda Thompson [Docket No. 9172]

ny-1219708

    **d.**    Notice of Rescheduled Evidentiary Hearing on ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Elda and Maria Thompson (Claim No. 1083) to November 3, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9271]

    **e.**    Notice of Rescheduled Evidentiary Hearing on ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Elda M. and Maria Thompson (Claim No. 1083) to January 25, 2016 at 9:00 a.m. (Prevailing Eastern Time) [Docket No. 9371]

**Response(s)**:

    **a.**    Addendum dated September 17, 2015 to Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claims) [Docket No. 9199]

    **b.**    Addendum dated September 30, 2015 to Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claims) [Docket No. 9238]

**Reply:**

    **a.**    Declaration of Sara Lathrop in Support of ResCap Borrower Claims Trust's Objection to Claim No. 1083 Filed by Elda and Maria Thompson [Docket No. 9224]

    **Status**:    The trial on this matter as it relates to the claims filed by Elda M. and Maria M. Thompson (Claim No. 1083) will be going forward.

Dated: January 21, 2016  
       New York, New York

/s/ Jordan A. Wishnew  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*