**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER REGARDING THE FUTRELL JOINT PRE-TRIAL ORDER

On January 5, 2016, the Court entered a *Joint Pre-Trial Order* (the "Joint Pre-Trial Order," ECF Doc. # 9476) regarding the trial on the Borrower Trust's objection the Claim No. 725 filed by William J. Futrell in the above-captioned chapter 11 proceedings (the "Trial"). The Trial is scheduled for January 26, 2016 at 9:00 a.m. (prevailing Eastern Standard Time). As set forth in the Joint Pre-Trial Order, the issues to be tried are limited to those based on a Qualified Written Request, dated October 30, 2009. However, the exhibits submitted to the Court by the parties are not so limited. In the absence of compelling argument that the proposed exhibits are relevant to the issues to be tried, such exhibits will not be admitted at Trial.

**IT IS SO ORDERED.**

Dated:    January 22, 2016
         New York, New York

                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge