MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— )
                                                                              )
In re:                                                                    )    Case No. 12-12020 (MG)
                                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,          )    Chapter 11
                                                                              )
                                          Debtors.          )    Jointly Administered
                                                                              )
------------------------------------------------------------------ )

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON JANUARY 26, 2016 AT 9:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**        **TRIAL**:

**1.**        ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by
                William J. Futrell [Docket No. 8315]

                **Related Document(s)**:

                **a.**        Memorandum Opinion and Order Sustaining in Part and Overruling in Part
                                the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2267
                                Filed by William J. Futrell [Docket No. 8887]

                **b.**        Motion by Claimant William J. Futrell To Limit Scope of Discovery by
                                ResCap Borrowers Trust [Docket No. 9198]

                **c.**        Pre-Trial Submission of Claimant William J. Futrell [Docket No. 9394]

                **d.**        Joint Pretrial Order [Docket No. 9476]

| | |
|---|---|
| **e.** | Borrower Trust's Status Report [Regarding Objection to Claim No. 725 Filed by William J. Futrell] [Docket No. 9516] |
| **f.** | Motion [of William J. Futrell] for Continuance [Docket No. 9522] |
| **g.** | Order Denying Motion for Continuance [Docket No. 9524] |
| **h.** | Order Regarding the Futrell Joint Pre-Trial Order [Docket No. 9536] |

**Response(s)**:

| | |
|---|---|
| **a.** | Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8413] |
| **b.** | Supplement to Response of William J. Futrell to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 8458] |
| **c.** | William J. Futrell's Objection to Trust's [Reply in Further Support of Objection to Proof of Claim No. 725 Filed by William J. Futrell] and Motion to Strike the Further Submission to Court [Docket No. 8551] |
| **d.** | Pretrial Memorandum of Claimant [William J. Futrell] [Docket No. 9496] |

**Reply**:

| | |
|---|---|
| **a.** | The ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 725 Filed By William J. Futrell [Docket No. 8528] |
| **b.** | ResCap Borrower Claims Trust's Memorandum of Law in Support of Objection to Proof of Claim No. 725 Filed by William J. Futrell [Docket No. 9494] |

**Status**:    The trial on this matter will be going forward.

Dated:  January 22, 2016                    /s/ Jordan A. Wishnew
        New York, New York                  Norman S. Rosenbaum
                                            Jordan A. Wishnew
                                            James A. Newton
                                            MORRISON & FOERSTER LLP
                                            250 West 55th Street
                                            New York, New York 10019
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900

                                            *Counsel for The ResCap Borrower Claims Trust*