**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Residential Capital, LLC

Debtor

---------------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------------x

Case No.: 12-12020

Chapter 11

Adversary Proceeding No.: _____

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bernard J. Kornberg, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Ocwen Loan Servicing, LLC, a third-party in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/22/2016
San Francisco, CA

/s/ Bernard J. Kornberg

*Mailing Address*:

One Embarcadero Center, Suite 2600
San Francisco, CA 94115

*E-mail address*: bjk@severson.com
*Telephone number*: (415) 677-5548