**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: Residential Capital, LLC,   Case No.: 12-12020 (MG)

Chapter 11

Debtor

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bernard J. Kornberg, to be admitted, ***pro hac vice***, to represent Ocwen Loan Servicing, LLP, (the "Client"), a third-party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Bernard J. Kornberg, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **January 25, 2016**
New York, New York                     **/s/Martin Glenn**
                                       UNITED STATES BANKRUPTCY JUDGE