**Exhibit J**

LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query    Page 1 of 9
12-12020-mg   Doc 9547-11   Filed 01/25/16   Entered 01/25/16 16:03:47   Exhibit J to
Priore Declaration    Pg 2 of 10

**2:10-cv-02153-JAM-KJN** Von Brincken v. Mortgageclose.com Inc. et al
John A. Mendez, presiding
Kendall J. Newman, referral
**Date filed:** 08/11/2010
**Date terminated:** 06/30/2011
**Date of last filing:** 06/30/2011

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 08/11/2010 | CAED Receipt |
| | *Docket Text:* RECEIPT number #CAE200028690 $350.00 by Shelley Von Brincken on 8/11/2010. (Matson, R) | | |
| | *Filed & Entered:* | 08/11/2010 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [7] Civil New Case Documents for JAM, [6] Summons served on Shelley Von Brincken. (Duong, D) | | |
| | *Filed & Entered:* | 08/11/2010 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [8] Clerk's Notice of Docket Correction served on Shelley Von Brincken. (Matson, R) | | |
| 1 | *Filed & Entered:* | 08/11/2010 | Complaint |
| | *Docket Text:* COMPLAINT against All Defendants by Shelley Von Brincken. (Attachments: # (1) Civil Cover Sheet)(Duong, D) (Main Document 1 replaced on 8/11/2010) (Matson, R). (Attachment 1 replaced on 8/11/2010) (Matson, R). | | |
| 2 | *Filed & Entered:*<br>*Terminated:* | 08/11/2010<br>08/12/2010 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION for RESTRAINING ORDER by Shelley Von Brincken. (Attachments: # (1) Memorandum)(Matson, R) (Main Document 2 replaced on 8/11/2010) (Matson, R). (Attachment 1 replaced on 8/11/2010) (Matson, R). | | |
| 3 | *Filed & Entered:* | 08/11/2010 | Notice of Lis Pendens |
| | *Docket Text:* NOTICE of PENDENCY OF ACTION by Shelley Von Brincken. (Matson, R) (Main Document 3 replaced on 8/11/2010) (Matson, R). | | |
| 4 | *Filed & Entered:*<br>*Terminated:* | 08/11/2010<br>08/12/2010 | Motion for Preliminary Injunction |
| | *Docket Text:* MOTION for TEMPORARY INJUNCTION by Shelley Von Brincken. (Duong, D) (Matson, R). (Main Document 4 replaced on 8/11/2010) (Matson, R). | | |
| 5 | *Filed & Entered:* | 08/11/2010 | Notice - Other |
| | *Docket Text:* NOTICE of TRO Checklist by Shelley Von Brincken re [2] MOTION for RESTRAINING ORDER. (Matson, R) (Main Document 5 replaced on 8/11/2010) (Matson, R). | | |
| 6 | *Filed & Entered:* | 08/11/2010 | Summons |

|   |   |   |   |
|---|---|---|---|
|   | *Docket Text:* SUMMONS ISSUED as to *Executive Trust Services, Mortgageclose.com Inc.* with answer to complaint due within *21* days. Attorney *Shelley Von Brincken* *14738 Wolf Road* *Grass Valley, CA 95949*. (Duong, D) | | |
| 7 | *Filed & Entered:* | 08/11/2010 | Civil New Case Documents for JAM |
|   | *Docket Text:* CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 2/17/2011 at 10:00 AM in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman. (Attachments: # (1) Consent Form) (Duong, D) | | |
| 8 | *Filed & Entered:* | 08/11/2010 | Clerk's Notice of Docket Correction |
|   | *Docket Text:* CLERK'S NOTICE of DOCKET CORRECTION: When the action was filed the Clerk's Office inadvertently wrote the case number as 2:10-cv-2153 JAM EFB (PS); the correct case number is 2:10-cv-2153 JAM KJN (PS). (Matson, R) | | |
| 9 | *Filed & Entered:* | 08/12/2010 | Minute Order |
|   | *Docket Text:* MINUTE ORDER: TRO denied. (Pro Se plaintiff served via USPS) (Vine, H) | | |
| 10 | *Filed:*<br>*Entered:* | 08/20/2010<br>08/23/2010 | Summons Returned Executed |
|   | *Docket Text:* SUMMONS RETURNED EXECUTED: Executive Trust Services served on 8/12/2010. (Kaminski, H) | | |
| 11 | *Filed:*<br>*Entered:* | 08/20/2010<br>08/23/2010 | Summons Returned Executed |
|   | *Docket Text:* SUMMONS RETURNED EXECUTED: Mortgageclose.com Inc. served on 8/12/2010. (Kaminski, H) | | |
| 12 | *Filed:*<br>*Entered:* | 09/01/2010<br>09/02/2010 | Amended Complaint |
|   | *Docket Text:* FIRST AMENDED COMPLAINT against all Defendants by Shelley Von Brincken. (Zignago, K.) | | |
| 13 | *Filed:*<br>*Entered:* | 09/08/2010<br>09/09/2010 | Request for Entry of Default |
|   | *Docket Text:* REQUEST FOR ENTRY OF DEFAULT as to Executive Trust Services, and Mortgageclose.com Inc., by Shelley Von Brincken. (Kastilahn, A) | | |
|   | *Filed & Entered:* | 09/09/2010 | Service by Mail |
|   | *Docket Text:* SERVICE BY MAIL: [14] Clerk's Entry of Default served on Shelley Von Brincken. (Kastilahn, A) | | |
| 14 | *Filed & Entered:* | 09/09/2010 | Clerk's Entry of Default |
|   | *Docket Text:* CLERK'S ENTRY OF DEFAULT as to *Executive Trust Services, and Mortgageclose.com Inc.* (Kastilahn, A) | | |
| 16 | *Filed:*<br>*Entered:* | 09/13/2010<br>09/14/2010 | Summons Returned Executed |
|   | *Docket Text:* SUMMONS RETURNED EXECUTED: GMAC Mortgage, LLC served on 9/2/2010. (Mena-Sanchez, L) | | |
|   | *Filed & Entered:* | 09/14/2010 | Service by Mail |
|   | *Docket Text:* SERVICE BY MAIL: [15] Summons served on Shelley Von Brincken. (Matson, R) | | |
| 15 | *Filed & Entered:* | 09/14/2010 | Summons |

LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query    Page 3 of 9
12-12020-mg    Doc 9547-11    Filed 01/25/16    Entered 01/25/16 16:03:47    Exhibit J to
Priore Declaration    Pg 4 of 10

|  |  |  |  |
|---|---|---|---|
|  | *Docket Text:* SUMMONS ISSUED as to *GMAC Mortgage, LLC* with answer to complaint due within *21* days. Attorney *Shelley von Bricken* *14738 Wolf Road* *Grass Valley, CA 95949*. (Matson, R) | | |
| 17 | *Filed:*<br>*Entered:* | 09/15/2010<br>09/16/2010 | Summons Returned Executed |
|  | *Docket Text:* SUMMONS RETURNED EXECUTED: Executive Trust Services served and Mortgageclose.com Inc. served on 9/8/2010.(Mena-Sanchez, L) | | |
| 18 | *Filed & Entered:*<br>*Terminated:* | 09/20/2010<br>09/20/2010 | Findings and Recommendations (Motion) |
|  | *Docket Text:* [Disregard - Counsel to refile] MOTION to VACATE amending [14] Clerk's Entry of Default *Notice of Motion and Motion for Relief from Default; Memo of Points and Authorities, Dec of Samuel G Broyles Jr.* by Mortgageclose.com Inc.. Attorney Broyles, Samuel G added. Motion Hearing set for 11/4/2010 at 10:00 AM in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman. (Broyles, Samuel) Modified on 9/20/2010 (Owen, K). | | |
| 19 | *Filed & Entered:*<br>*Terminated:* | 09/20/2010<br>11/04/2010 | Motion to Vacate |
|  | *Docket Text:* MOTION for RELIEF from [14] Clerk's Entry of Default by Mortgageclose.com Inc. Motion Hearing set for 11/04/10 at 10:00 AM in Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman. (Attachments: # (1) Certificate of Service)(Broyles, Samuel) Modified on 11/2/2010 (Benson, A.). | | |
| 20 | *Filed & Entered:*<br>*Terminated:* | 09/23/2010<br>01/11/2011 | Motion to Dismiss |
|  | *Docket Text:* MOTION to DISMISS by GMAC Mortgage, LLC. Attorney Barilovits, Philip added. Motion Hearing set for 11/17/2010 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Attachments: # (1) Proposed Order)(Barilovits, Philip) | | |
| 21 | *Filed & Entered:* | 09/23/2010 | Request for Judicial Notice |
|  | *Docket Text:* REQUEST for JUDICIAL NOTICE by GMAC Mortgage, LLC in re [20] Motion to Dismiss,. (Attachments: # (1) Exhibit A - Deed of Trust, # (2) Exhibit B - Notice of Default, # (3) Exhibit C - Notice of Trustee's Sale, # (4) Exhibit D - Trustee's Deed Upon Sale)(Barilovits, Philip) | | |
|  | *Filed & Entered:* | 09/24/2010 | Service by Mail |
|  | *Docket Text:* SERVICE BY MAIL: [22] Minute Order served on Shelley Von Brincken. (Streeter, J) | | |
| 22 | *Filed & Entered:* | 09/24/2010 | Minute Order |
|  | *Docket Text:* MINUTE ORDER (TEXT ONLY) by Relief CRD Judy Streeter for Judge John A. Mendez on 09/24/2010: The Court is in receipt of Defendant's Motion to Dismiss [20]. The Motion, as filed, is defective. Defendant is directED to comply with local rule 302(c)(21) and 230 (a) and re-notice the motion for one of the following law and motion dates before Magistrate Judge Kendall J. Newman: 11/4/2010 or 11/18/2010 at 10:00 a.m. in courtroom #25. Accordingly, the 11/17/2010 hearing date before Judge John A. Mendez is VACATED. (Streeter, J) | | |
| 23 | *Filed & Entered:* | 09/29/2010 | Notice - Other |
|  | *Docket Text:* AMENDED NOTICE of MOTION re [20] Motion to Dismiss by GMAC Mortgage, LLC. Motion Hearing reset for 11/18/10 at 10:00 AM before Kendall J. Newman in Courtroom 25. (Barilovits, Philip) Modified on 10/1/2010 (Owen, K). | | |

| | | | |
|---|---|---|---|
| 24 | *Filed:*<br>*Entered:* | 10/21/2010<br>10/22/2010 | Reply to Response to Motion |
| | *Docket Text:* REPLY by Shelley Von Brincken to RESPONSE to [20] MOTION to DISMISS. (Williams, D) | | |
| 25 | *Filed & Entered:* | 10/27/2010 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: Minute Order [25] served on Shelley Von Brincken. (Schultz, C) | | |
| | *Filed & Entered:* | 10/27/2010 | Minute Order |
| | *Docket Text:* MINUTE ORDER issued by Courtroom Deputy C. Schultz for Magistrate Judge Kendall J. Newman on 10/27/2010 ORDERING that the hearing on Defendant's Motion to Dismiss [20] set for 11/18/2010 is VACATED and RESET for 12/2/2010 at 10:00 AM in Courtroom 25 before Magistrate Judge Kendall J. Newman. (Schultz, C) | | |
| 26 | *Filed & Entered:* | 10/29/2010 | Application |
| | *Docket Text:* APPLICATION for Telephonic Appearance by Mortgageclose.com Inc. re [19] Motion for Relief from Clerk's Entry of Default. (Attachments: # (1) Proposed Order)(Broyles, Samuel) Modified on 11/2/2010 (Benson, A.). | | |
| 27 | *Filed & Entered:* | 10/29/2010 | Proposed Order |
| | *Docket Text:* PROPOSED ORDER re [26] Application for Telephonic Appearance by Mortgageclose.com Inc.. (Broyles, Samuel) Modified on 11/2/2010 (Benson, A.). | | |
| 28 | *Filed & Entered:* | 10/29/2010 | Declaration |
| | *Docket Text:* AMENDED CERTIFICATE OF SERVICE [26] Application. (Broyles, Samuel) Modified on 11/2/2010 (Benson, A.). | | |
| 29 | *Filed & Entered:* | 10/29/2010 | Declaration |
| | *Docket Text:* AMENDED CERTIFICATE OF SERVICE re [27] Proposed Order . (Broyles, Samuel) Modified on 11/2/2010 (Benson, A.). | | |
| 30 | *Filed & Entered:*<br>*Terminated:* | 11/01/2010<br>01/11/2011 | Motion to Set Aside |
| | *Docket Text:* MOTION to SET ASIDE [14] Clerk's Entry of Default by Executive Trust Services. Attorney Barilovits, Philip added. (Barilovits, Philip) Modified on 11/2/2010 (Benson, A.). | | |
| 31 | *Filed & Entered:* | 11/01/2010 | Declaration |
| | *Docket Text:* DECLARATION of Philip Barilovits in support of [30] Motion to Set Aside [14] Clerk's Entry of Default. (Attachments: # (1) Exhibit A)(Barilovits, Philip) | | |
| 32 | *Filed & Entered:* | 11/01/2010 | Certificate of Service |
| | *Docket Text:* CERTIFICATE of SERVICE by Executive Trust Services re [30] Motion to Set Aside. (Barilovits, Philip) Modified on 11/2/2010 (Benson, A.). | | |
| | *Filed & Entered:* | 11/02/2010 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: Minute Order [33] served on Shelley Von Brincken. (Schultz, C) | | |
| | *Filed & Entered:* | 11/02/2010 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [34] Order served on Shelley Von Brincken. (Zignago, K.) | | |
| 33 | *Filed & Entered:* | 11/02/2010 | Minute Order |

LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query    Page 5 of 9
12-12020-mg    Doc 9547-11    Filed 01/25/16    Entered 01/25/16 16:03:47    Exhibit J to
Priore Declaration    Pg 6 of 10

|    |    |    |    |
|----|----|----|----|
|    | *Docket Text:* MINUTE ORDER issued by Courtroom Deputy C. Schultz for Magistrate Judge Kendall J. Newman on 11/2/2010 ORDERING that the hearing on Defendant's Motion to Dismiss [20] set for 12/2/2010 is VACATED and RESET for 12/9/2010 at 10:00 AM in Courtroom 25 before Magistrate Judge Kendall J. Newman.(Schultz, C) | | |
| 34 | *Filed & Entered:* | 11/02/2010 | Order |
|    | *Docket Text:* ORDER signed by Magistrate Judge Kendall J. Newman on 11/1/2010 GRANTING application for telephonic appearance on its [19] motion for relief from the clerk's entry of default on 11/4/2010. (Zignago, K.) | | |
| 35 | *Filed & Entered:* | 11/03/2010 | Notice - Other |
|    | *Docket Text:* NOTICE OF WITHDRAWAL *of opposition to request for relief from default* by Shelley Von Brincken. Attorney Burgess, Holly S. added. (Burgess, Holly) (Main Document [35] replaced on 11/3/2010) (Schultz, C). Modified on 11/4/2010 (Reader, L). | | |
| 36 | *Filed & Entered:* | 11/03/2010 | Notice - Other |
|    | *Docket Text:* NOTICE *Substitution of Attorneys* by Shelley Von Brincken. (Burgess, Holly) | | |
| 37 | *Filed & Entered:* | 11/04/2010 | Motion Hearing |
|    | *Docket Text:* MINUTES for MOTION HEARING held before Magistrate Judge Kendall J. Newman on 11/4/2010. Ms. Burgess advised the court she is appearing as retained counsel on behalf of Shelley Von Brincken. After hearing from the parties, and in light of plaintiff's notice of withdrawal of opposition [35] to defendant MotgageClose.com, Inc.'s motion to set aside the clerk's entry of default [19], the Court ORDERED that the clerk's entry of default [14] is SET ASIDE as to defendant MotgageClose.com, Inc. On or before 11/18/2010, plaintiff's counsel shall file a stipulation and proposed order granting plaintiff leave to file a second amended complaint and the attached proposed second amended complaint, or a brief statement regarding why such a stipulation could not be reached or an amended pleading filed. To the extent possible, the parties shall also file on or before 11/18/2010, a brief status report addressing how the parties intend to proceed in this matter, which may be used to assist the court in scheduling dates in this case. Plaintiff's Counsel, Holly Burgess, present by telephone. Defendant's Counsel, Samuel Broyles Jr., present by telephone. Court Reporter/E.C.R.O.: CD. (Text Only) (Schultz, C) | | |
| 38 | *Filed & Entered:* | 11/05/2010 | Order |
|    | *Docket Text:* ORDER signed by Magistrate Judge Kendall J. Newman on 11/4/2010 ORDERING This matter shall is REFERRED the US District Judge assigned to this action. All dates pending before the undersigned, including the hearings on the [20] pending motion to dismiss and [30] motion for relief from entry of default presently set for hearing on 12/9/2010, before the undersigned, are VACATED and shall be RE-NOTICED for hearing before the US District Judge assigned to this action on an available date before the District Judge; and Henceforth the caption on documents filed in this action shall be 2:10-cv-02153 JAM KJN. (Reader, L) | | |
| 39 | *Filed & Entered:* | 11/12/2010 | Notice to Reschedule Hearing on Motion |
|    | *Docket Text:* NOTICE to RESCHEDULE HEARING on as to [20] Motion to Dismiss. Hearing RESET for 01/26/11 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Barilovits, Philip) Modified on 11/12/2010 (Benson, A.). | | |
| 40 | *Filed & Entered:* | 11/12/2010 | Notice to Reschedule Hearing on Motion |
|    | *Docket Text:* NOTICE to RESCHEDULE HEARING on [30] Motion to Set Aside [14] Clerk's Entry of Default : Motion Hearing set for 1/26/2011 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Barilovits, Philip) | | |
| 41 | *Filed & Entered:* | 11/18/2010 | Status Report |

|    |                |            |                           |
|----|----------------|------------|---------------------------|
|    | *Docket Text:* STATUS REPORT by Shelley Von Brincken. (Burgess, Holly) ||  |
| 42 | *Filed & Entered:* <br> *Terminated:* | 11/22/2010 <br> 01/11/2011 | Motion to Withdraw as Attorney |
|    | *Docket Text:* MOTION to WITHDRAW as ATTORNEY by Samuel G. Broyles, Jr., Esq. and Kathleen Hateley, Esq. for Mortgageclose.com Inc. Motion Hearing set for 1/26/2011 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Attachments: # (1) Proposed Order) (Broyles, Samuel) |||
| 43 | *Filed & Entered:* | 11/22/2010 | Proposed Order |
|    | *Docket Text:* PROPOSED ORDER on motion to withdraw as attorneys of record re [42] MOTION to WITHDRAW as ATTORNEY *by Samuel G. Broyles, Jr., Esq. and Kathleen Hateley, Esq. (Broyles, Samuel) Modified on 11/23/2010 (Duong, D).* |||
| 44 | *Filed & Entered:* | 11/30/2010 | Notice - Other |
|    | *Docket Text:* NOTICE *OF REMOVAL* by Shelley Von Brincken. (Burgess, Holly) |||
| 45 | *Filed & Entered:* | 11/30/2010 | Certificate of Service |
|    | *Docket Text:* CERTIFICATE of SERVICE by Shelley Von Brincken. (Burgess, Holly) |||
| 46 | *Filed & Entered:* | 12/02/2010 | Stipulation |
|    | *Docket Text:* STIPULATION *and Proposed Order* by Shelley Von Brincken. (Burgess, Holly) |||
| 47 | *Filed & Entered:* | 12/06/2010 | Stipulation and Order |
|    | *Docket Text:* STIPULATION and ORDER signed by Judge John A. Mendez on 12/3/2010 [46] ORDERING that the foregoing Stipulation for leave to file a Second Amended Complaint by Plaintiff be deemed effective as a Court Order. (Reader, L) |||
| 48 | *Filed & Entered:* | 01/06/2011 | Notice - Other |
|    | *Docket Text:* NOTICE *of Change of Address* by Shelley Von Brincken. (Burgess, Holly) |||
| 49 | *Filed & Entered:* | 01/06/2011 | Certificate of Service |
|    | *Docket Text:* CERTIFICATE of SERVICE by Shelley Von Brincken [48] Notice of Change of Address. (Burgess, Holly) Modified on 1/7/2011 (Duong, D). |||
|    | *Filed & Entered:* | 01/11/2011 | Service by Mail |
|    | *Docket Text:* SERVICE BY MAIL: [50] Certified copy of Remand Order mailed to Nevada County Superior Court. (Carlos, K) |||
| 50 | *Filed & Entered:* | 01/11/2011 | Order |
|    | *Docket Text:* REMAND ORDER signed by Judge John A. Mendez on 1/10/11 ORDERING the Unlawful Detainer [44] REMANDED to Nevada County Superior Court (C 10-229). Copy of remand order sent to other court. (Carlos, K) |||
| 51 | *Filed & Entered:* | 01/12/2011 | Notice - Other |
|    | *Docket Text:* CLERK'S NOTICE: this case was closed in error and is now reopened. Order [50] remanded the unlawful detainer [44] ONLY to the Nevada County Superior Court. (Carlos, K) |||
| 53 | *Filed & Entered:* | 01/20/2011 | Certificate of Service |
|    | *Docket Text:* CERTIFICATE of SERVICE by Shelley Von Brincken re [7] Civil New Case Documents for JAM. (Burgess, Holly) |||
| 54 | *Filed & Entered:* | 01/24/2011 | Minute Order |
|    | *Docket Text:* MINUTE ORDER: The hearing on the motion(s) now calendared for January 26, 2011 are ordered submitted without appearance and without argument pursuant to Local Rule 230 |||

| | | | |
|---|---|---|---|
| | (g).If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly. (TEXT ENTRY ONLY)(Vine, H) | | |
| 55 | *Filed & Entered:* | 01/24/2011 | Declaration |
| | *Docket Text:* PROOF OF SERVICE re [42] MOTION to WITHDRAW as ATTORNEY *by Samuel G. Broyles, Jr., Esq. and Kathleen Hateley, Esq.*. (Broyles, Samuel) Modified on 1/25/2011 (Kaminski, H). | | |
| 56 | *Filed & Entered:* | 01/25/2011 | Minute Order |
| | *Docket Text:* MINUTE ORDER: The Court has reviewed the Motion to Withdraw as Attorneys of Record, (Doc. 42), by Samuel G. Broyles, Jr. and Kathleen Hateley, attorneys of record for defendant Mortgageclose.com, Inc. The motion is DENIED. A corporation must be represented by counsel. See CE Resources, Inc. v. Magellan Group, LLC, 2009 WL 3367489 (E.D. Cal. Oct. 14, 2009). The denial is without prejudice for re-filing at such time when substitute counsel is retained for Mortgageclose.com, Inc. IT IS SO ORDERED. (TEXT ENTRY ONLY) (Vine, H) | | |
| 57 | *Filed & Entered:* | 02/08/2011 | Minute Order |
| | *Docket Text:* MINUTE ORDER: In light of the parties stipulation and order (Doc. 47) allowing Plaintiff leave to file a Second Amended Complaint, the pending motion to dismiss (Doc. 20) and motion to set aside entry of default (Doc. 30) are MOOT. The entry of default (Doc. 14) is deemed set aside. IT IS SO ORDERED. (TEXT ENTRY ONLY) (Vine, H) | | |
| 58 | *Filed & Entered:* | 02/10/2011 | Status Report |
| | *Docket Text:* STATUS REPORT by Mortgageclose.com Inc.. (Broyles, Samuel) | | |
| 59 | *Filed & Entered:* | 02/10/2011 | Status Report |
| | *Docket Text:* STATUS REPORT by Shelley Von Brincken. (Burgess, Holly) | | |
| 60 | *Filed & Entered:* | 02/10/2011 | Certificate of Service |
| | *Docket Text:* CERTIFICATE of SERVICE by Shelley Von Brincken re [59] Status Report. (Burgess, Holly) | | |
| 61 | *Filed & Entered:* | 02/15/2011 | Minute Order |
| | *Docket Text:* MINUTE ORDER: Order requiring joint status report. (Vine, H) | | |
| 62 | *Filed & Entered:* | 02/16/2011 | Amended Complaint |
| | *Docket Text:* SECOND AMENDED COMPLAINT against Executive Trust Services, GMAC Mortgage, LLC, Mortgageclose.com Inc. by Shelley Von Brincken. (Attachments: # (1) Exhibit, # (2) Certificate of Service)(Burgess, Holly) | | |
| | *Filed & Entered:* | 02/17/2011 | Add and Terminate Parties |
| | *Docket Text:* PARTY UPDATE: California Land Company of Nevada County and Mortgage Electronic Information Systems, Inc., added per [62] Second Amended Complaint. (Benson, A.) | | |
| 63 | *Filed & Entered:* | 02/17/2011 | Summons |
| | *Docket Text:* SUMMONS ISSUED as to *California Land Company of Nevada County, Mortgage Electronic Information Systems, Inc.,* with answer to complaint due within *21* days. Attorney *Holly S. Burgess* *Law Offices of Holly S. Burgess* *680 Auburn Folsom Road, Ste. 109* *Auburn, CA 95603*. (Benson, A.) | | |
| 64 | *Filed & Entered:* | 03/03/2011 | Clerk's Notice of Docket Correction |
| | *Docket Text:* CLERK'S NOTICE re [50] Order, Case Remanded served on plaintiff Shelley Von Brincken, 14738 Wolf Rd., Grass Valley, CA 95949 at the request of Nevada Superior court. (TEXT ONLY ENTRY)(Waggoner, D) | | |

| | | | |
|---|---|---|---|
| 65 | *Filed & Entered:*<br>*Terminated:* | 03/07/2011<br>06/30/2011 | Motion to Dismiss |
| | *Docket Text:* MOTION to DISMISS by Executive Trust Services, GMAC Mortgage, LLC. Motion Hearing set for 5/4/2011 at 09:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Barilovits, Philip) | | |
| 66 | *Filed & Entered:* | 03/07/2011 | Joinder |
| | *Docket Text:* JOINDER by Mortgageclose.com Inc. in re [65] MOTION to DISMISS filed by Executive Trust Services, GMAC Mortgage, LLC. (Broyles, Samuel) | | |
| 67 | *Filed & Entered:* | 04/20/2011 | Opposition to Motion |
| | *Docket Text:* OPPOSITION by Shelley Von Brincken to [65] MOTION to DISMISS. (Burgess, Holly) | | |
| 68 | *Filed & Entered:* | 04/21/2011 | Certificate of Service |
| | *Docket Text:* CERTIFICATE of SERVICE by Shelley Von Brincken re [67] Opposition to Motion. (Burgess, Holly) | | |
| 69 | *Filed & Entered:* | 04/27/2011 | Request |
| | *Docket Text:* REQUEST for *Telephonic Appearance* by Executive Trust Services, GMAC Mortgage, LLC, Mortgage Electronic Information Systems, Inc., re [65] MOTION to DISMISS filed by Executive Trust Services, GMAC Mortgage, LLC. Attorney Barilovits, Philip added. (Barilovits, Philip) | | |
| 70 | *Filed & Entered:* | 04/28/2011 | Reply |
| | *Docket Text:* REPLY by Executive Trust Services, GMAC Mortgage, LLC, Mortgage Electronic Information Systems, Inc., to RESPONSE to [67] Opposition to Motion. (Barilovits, Philip) Modified on 5/2/2011 (Zignago, K.). | | |
| 71 | *Filed & Entered:* | 04/28/2011 | Notice - Other |
| | *Docket Text:* NOTICE *of Intent to submit on filed paperwork* by Mortgageclose.com Inc. re [65] MOTION to DISMISS. (Broyles, Samuel) | | |
| 72 | *Filed & Entered:* | 04/28/2011 | Request |
| | *Docket Text:* REQUEST for Telephonic Appearance at GMAC's etc [65] Motion to Dismiss Second Amended Complaint by Mortgageclose.com Inc.. (Broyles, Samuel) Modified on 5/2/2011 (Zignago, K.). | | |
| 73 | *Filed & Entered:* | 04/28/2011 | Minute Order |
| | *Docket Text:* MINUTE ORDER: The hearing on the motion(s) now calendared for May 4, 2011 are ordered submitted without appearance and without argument pursuant to Local Rule 230 (g).If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly. (TEXT ENTRY ONLY) (Vine, H) | | |
| 74 | *Filed & Entered:* | 06/30/2011 | Order |
| | *Docket Text:* ORDER signed by Judge John A. Mendez on 6/30/11 ORDERING that all of the claims in the Second Amended Complaint are dismissed with prejudice. CASE CLOSED. (Becknal, R) | | |
| 75 | *Filed & Entered:* | 06/30/2011 | Judgment |
| | *Docket Text:* JUDGMENT dated *6/30/11* pursuant to order signed by Judge John A. Mendez on 6/30/11. (Becknal, R) | | |

LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query    Page 9 of 9
12-12020-mg    Doc 9547-11    Filed 01/25/16    Entered 01/25/16 16:03:47    Exhibit J to
Priore Declaration    Pg 10 of 10

# PACER Service Center

## Transaction Receipt

01/19/2016 10:53:28

| | | | |
|---|---|---|---|
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | 73304-0000019-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 2:10-cv-02153-JAM-KJN |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |