**<u>Exhibit L</u>**

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHELLEY VON BRINCKEN,

11            Plaintiff,                           No.  2:12-cv-01689 GEB CKD PS
           vs.
12
     GMAC MORTGAGE, et al.,
13
            Defendants.                           ORDER
14   _____/

15          Plaintiff filed the above-entitled action.  The matter was referred to a United

16   States Magistrate Judge pursuant to Local Rule 302(c).

17          On January 25, 2013, the magistrate judge filed findings and recommendations

18   herein which were served on plaintiff and which contained notice to plaintiff that any objections

19   to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

20   objections to the findings and recommendations.

21          The court has reviewed the file and finds the findings and recommendations to be

22   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

23   ORDERED that:

24          1.  The findings and recommendations filed January 25, 2013 are adopted in full;

25          2.  The motion to dismiss (dkt. 8) is granted;

26   /////

1

12-12020-mg   Doc 9547-13   Filed 01/25/16   Entered 01/25/16 16:03:47   Exhibit L to
Priore Declaration   Pg 3 of 3
Case 2:12-cv-01689-GEB-CKD   Document 28   Filed 02/21/13   Page 2 of 2

3.  All defendants are dismissed from this action; and

4.  This action is closed.

Dated:  February 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2