**Exhibit N**

**2:12-cv-01689-GEB-CKD** (PS) Von Brincken v. GMAC Mortgage et al
Garland E. Burrell, Jr, presiding
Carolyn K. Delaney, referral
Date filed: 06/25/2012
Date terminated: 02/21/2013
Date of last filing: 02/21/2013

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 06/25/2012 | CAED Receipt |
| | *Docket Text:* RECEIPT number #CAE200045424 $350.00 fbo Shelley Von Brincken by John Von Brincken on 6/25/2012. (Kastilahn, A) | | |
| | *Filed & Entered:* | 06/25/2012 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [2] Summons, [3] Civil New Case Documents for GEB served on Shelley Von Brincken. (Kastilahn, A) | | |
| 1 | *Filed & Entered:* | 06/25/2012 | Complaint |
| | *Docket Text:* COMPLAINT against All Defendants by Shelley Von Brincken. (Attachments: # (1) Civil Cover Sheet)(Kastilahn, A) | | |
| 2 | *Filed & Entered:* | 06/25/2012 | Summons |
| | *Docket Text:* SUMMONS ISSUED as to *Federal National Mortgage Association, GMAC Mortgage, Mortgage Electronic Registration System, Inc.,, The Law Offices of Pite Duncan, LLP* with answer to complaint due within *21* days. *Shelley Von Brincken* *14738 Wolf Road* *Grass Valley, CA 95949*. (Kastilahn, A) | | |
| 3 | *Filed & Entered:* | 06/25/2012 | Civil New Case Documents for GEB |
| | *Docket Text:* CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 10/31/2012 at 10:00 AM in Courtroom 26 (CKD) before Magistrate Judge Carolyn K. Delaney. (Attachments: # (1) Order re Consent) (Kastilahn, A) | | |
| 4 | *Filed:* *Entered:* | 07/16/2012 07/18/2012 | Summons Returned Executed |
| | *Docket Text:* SUMMONS RETURNED EXECUTED: Federal National Mortgage Association served on 6/28/2012. (Meuleman, A) | | |
| 5 | *Filed:* *Entered:* | 07/16/2012 07/18/2012 | Summons Returned Executed |
| | *Docket Text:* SUMMONS RETURNED EXECUTED: The Law Offices of Pite Duncan, LLP served on 6/27/2012. (Meuleman, A) | | |
| 6 | *Filed & Entered:* *Terminated:* | 08/16/2012 08/17/2012 | Motion to Dismiss |
| | *Docket Text:* MOTION to DISMISS by The Law Offices of Pite Duncan, LLP. Attorney Short, Jason W. added. Motion Hearing set for 9/24/2012 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # (1) Points and Authorities Memorandum of Points | | |

12-12020-mg   Doc 9547-15   Filed 01/25/16   Entered 01/25/16 16:03:47   Exhibit N to
LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query   Page 2 of 5
Priore Declaration   Pg 3 of 6

|   |   |   |   |
|---|---|---|---|
|   | and Authorities, # (2) Request for Judicial Notice, # (3) Exhibits A-D, # (4) Exhibits E-J)(Short, Jason) | | |
| 7 | *Filed & Entered:* | 08/16/2012 | Minute Order |
|   | *Docket Text:* MINUTE ORDER: The Motion to Dismiss, noticed for hearing on 9/24/12, is vacated. Pursuant to the Local Rules, motions in cases designated pro se are to be noticed for hearing before the assigned Magistrate Judge. re [6] Motion to Dismiss, Ordered by Judge Garland E. Burrell, Jr on 8/16/12. (Furstenau, S) | | |
| 8 | *Filed & Entered:*<br>*Terminated:* | 08/16/2012<br>02/21/2013 | Motion to Dismiss |
|   | *Docket Text:* MOTION to DISMISS by The Law Offices of Pite Duncan, LLP. Motion Hearing set for 9/26/2012 at 10:00 AM in Courtroom 26 (CKD) before Magistrate Judge Carolyn K. Delaney. (Attachments: # (1) Memorandum of Points and Authorities, # (2) Request for Judicial Notice, # (3) Exhibits A-D, # (4) Exhibits E-J)(Short, Jason) | | |
|   | *Filed & Entered:* | 09/06/2012 | Service by Mail |
|   | *Docket Text:* SERVICE BY MAIL: [9] Minute Order served on Shelley Von Brincken. (Owen, K) | | |
| 9 | *Filed & Entered:* | 09/06/2012 | Minute Order |
|   | *Docket Text:* MINUTE ORDER (Text Only) by Courtroom Deputy K. Owen for Magistrate Judge Carolyn K. Delaney on 9/6/2012: On the Court's own motion, the Status (Initial Scheduling) Conference set for 10/31/2012 is hereby VACATED. The matter will be reset should the Court deem necessary.(Owen, K) | | |
|   | *Filed & Entered:* | 09/17/2012 | Service by Mail |
|   | *Docket Text:* SERVICE BY MAIL: [11] Order, served on Shelley Von Brincken. (Matson, R) | | |
| 10 | *Filed & Entered:* | 09/17/2012 | Statement of Non-Opposition |
|   | *Docket Text:* STATEMENT of NON-OPPOSITION by The Law Offices of Pite Duncan, LLP to [8] MOTION to DISMISS. (Short, Jason) | | |
| 11 | *Filed & Entered:* | 09/17/2012 | Order |
|   | *Docket Text:* ORDER signed by Magistrate Judge Carolyn K. Delaney on 9/17/12 ORDERING THE 9/26/12 hearing date is vacated. The [8] MOTION to DISMISS hearing is reset for 10/17/2012 at 10:00 AM in Courtroom 26 (CKD) before Magistrate Judge Carolyn K. Delaney. Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than September 26, 2012. Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of nonopposition, and shall result in a recommendation that this action be dismissed. Defendant's reply, if any, shall be filed no later than October 10, 2012. (Matson, R) | | |
|   | *Filed & Entered:* | 10/10/2012 | Service by Mail |
|   | *Docket Text:* SERVICE BY MAIL: [12] Order served on Shelley Von Brincken. (Benson, A.) | | |
| 12 | *Filed & Entered:* | 10/10/2012 | Order |
|   | *Docket Text:* ORDER signed by Magistrate Judge Carolyn K. Delaney on 10/10/12 ORDERING that the 10/17/12 hearing on the [8] Motion to Dismiss is VACATED; the motion is submitted on the record. (Benson, A.) | | |
| 13 | *Filed:*<br>*Entered:* | 10/10/2012<br>10/12/2012 | Opposition to Motion |
|   | | | |

| | | | |
|---|---|---|---|
| | *Docket Text:* Plaintiff's MEMORANDUM of POINTS AND AUTHORITIES in OPPOSITION to [8] Defendants' Motion to Dismiss. (Mena-Sanchez, L) | | |
| 14 | *Filed:* *Entered:* | 10/10/2012 10/12/2012 | Summons Returned Executed |
| | *Docket Text:* SUMMONS RETURNED EXECUTED: GMAC Mortgage served on 10/2/2012. (Mena-Sanchez, L) | | |
| 15 | *Filed:* *Entered:* | 10/10/2012 10/12/2012 | Summons Returned Executed |
| | *Docket Text:* SUMMONS RETURNED EXECUTED: Mortgage Electronic Registration System, Inc., served on 9/27/2012. (Mena-Sanchez, L) | | |
| 16 | *Filed & Entered:* | 10/23/2012 | Notice - Other |
| | *Docket Text:* NOTICE *of Bankruptcy and Effect of Automatic Stay* by GMAC Mortgage, Mortgage Electronic Registration System, Inc.,. Attorney Cross, Michael Gerald added. (Cross, Michael) | | |
| 17 | *Filed & Entered:* | 10/26/2012 | Joinder |
| | *Docket Text:* JOINDER by GMAC Mortgage, Mortgage Electronic Registration System, Inc., in re [8] Motion to Dismiss filed by The Law Offices of Pite Duncan, LLP. (Attachments: # (1) Proposed Order)(Cross, Michael) | | |
| 18 | *Filed & Entered:* *Terminated:* | 10/26/2012 01/29/2013 | Motion to Dismiss |
| | *Docket Text:* MOTION to DISMISS by GMAC Mortgage, Mortgage Electronic Registration System, Inc.,. Motion Hearing set for 12/17/2012 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # (1) Proposed Order)(Cross, Michael) | | |
| 19 | *Filed & Entered:* | 10/26/2012 | Certificate of Service |
| | *Docket Text:* CERTIFICATE of SERVICE by GMAC Mortgage, Mortgage Electronic Registration System, Inc., re [17] Joinder, [18] MOTION to DISMISS. (Cross, Michael) | | |
| | *Filed & Entered:* | 10/30/2012 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [20] Minute Order served on Shelley Von Brincken. (Owen, K) | | |
| 20 | *Filed & Entered:* | 10/30/2012 | Minute Order |
| | *Docket Text:* MINUTE ORDER (Text Only) by Courtroom Deputy K. Owen for Magistrate Judge Carolyn K. Delaney on 10/30/2012: In light of the Court's Order (dkt. no. [12]) filed on 10/10/2012, Defendant's Motion to Dismiss (dkt. no. [18]) is SUBMITTED, and the 12/17/2012 hearing date is VACATED. (Owen, K) | | |
| 21 | *Filed & Entered:* | 10/30/2012 | Minute Order |
| | *Docket Text:* MINUTE ORDER: The Motion to Dismis, noticed for hearing before Judge Burrell on 12/17/12, is vacated. Pursuant to the Local Rules, motions in cases designated pro se are to be noticed for hearing before the assigned Magistrate Judge. re [18] Motion to Dismiss Ordered by Judge Garland E. Burrell, Jr on 10/30/12. (Furstenau, S) | | |
| | *Filed & Entered:* | 11/16/2012 | Service by Mail |
| | *Docket Text:* SERVICE BY MAIL: [22] Order served on Shelley Von Brincken. (Becknal, R) | | |
| 22 | *Filed & Entered:* | 11/16/2012 | Order |

|  | | | |
|---|---|---|---|
|  | *Docket Text:* ORDER signed by Magistrate Judge Carolyn K. Delaney on 11/15/12 ORDERING that no later than 11/21/12, defendant GMAC shall file a letter brief setting forth the legal basis on which this court may resolve the motion to dismiss in light of the Bankruptcy Court's supplemental order and shall submit as an exhibit a copy of that order; Plaintiff shall file opposition, if any, to the motion to dismiss [18] no later than 12/14/12; Reply, if any, shall be filed no later than 12/21/12; The matter shall thereafter stand submitted. (Becknal, R) | | |
| 23 | *Filed & Entered:* | 11/21/2012 | Brief |
|  | *Docket Text:* BRIEF *Letter Brief Re: Bankruptcy Stay* by GMAC Mortgage, Mortgage Electronic Registration System, Inc.,. (Attachments: # (1) Proof of Service)(Cross, Michael) | | |
| 24 | *Filed:*<br>*Entered:*<br>*Terminated:* | 11/21/2012<br>11/26/2012<br>01/29/2013 | Motion for Miscellaneous Relief |
|  | *Docket Text:* MOTION to Stop sale of home by Shelley Von Brincken. (Mena-Sanchez, L) | | |
| 25 | *Filed & Entered:*<br>*Terminated:* | 11/29/2012<br>11/30/2012 | Motion to Dismiss |
|  | *Docket Text:* MOTION to DISMISS by GMAC Mortgage, Mortgage Electronic Registration System, Inc.,. Motion Hearing set for 1/9/2013 at 10:00 AM in Courtroom 26 (CKD) before Magistrate Judge Carolyn K. Delaney. (Attachments: # (1) Proposed Order)(Cross, Michael) | | |
|  | *Filed & Entered:* | 11/30/2012 | Service by Mail |
|  | *Docket Text:* SERVICE BY MAIL: [26] Minute Order served on Shelley Von Brincken. (Owen, K) | | |
| 26 | *Filed & Entered:* | 11/30/2012 | Minute Order |
|  | *Docket Text:* MINUTE ORDER (Text Only) by Courtroom Deputy K. Owen for Magistrate Judge Carolyn K. Delaney on 11/30/2012: After conferring with counsel for defendants, the Court has determined that defendants'[25] Motion to Dismiss is duplicative. The motion, therefore, is denied as moot, and the 1/9/2013 hearing date is vacated. (Owen, K) | | |
|  | *Filed & Entered:* | 01/25/2013 | Service by Mail |
|  | *Docket Text:* SERVICE BY MAIL: [27] Order, Findings and Recommendations, served on Shelley Von Brincken. (Mena-Sanchez, L) | | |
| 27 | *Filed & Entered:* | 01/25/2013 | Order |
|  | *Docket Text:* ORDER AND FINDINGS AND RECOMMENDATIONS signed by Magistrate Judge Carolyn K. Delaney on 1/24/13 ORDERING that that Defendant Pite Duncan's Request for Judicial Notice [8-2] is GRANTED. IT IS FURTHER RECOMMENDED that Defendant Pite Duncan's Motion to Dismiss [8] be GRANTED. All defendants be dismissed; and This Action be closed. These FINDINGS and RECOMMENDATIONS are sumbitted to U.S. District Judge Garland E. Burrell, Jr. Objections to these F&R due within fourteen days. (Mena-Sanchez, L) | | |
|  | *Filed & Entered:* | 02/21/2013 | Service by Mail |
|  | *Docket Text:* SERVICE BY MAIL: [28] Order Adopting Findings and Recommendations, [29] Judgment, served on Shelley Von Brincken. (Kaminski, H) | | |
| 28 | *Filed & Entered:* | 02/21/2013 | Order Adopting Findings and Recommendations |
|  | *Docket Text:* ORDER adopting [27] FINDINGS AND RECOMMENDATIONS IN FULL signed by Judge Garland E. Burrell, Jr on 2/20/13: The motion to dismiss [8] is granted. All defendants are dismissed from this action. This action is closed. (Kaminski, H) | | |
| 29 | *Filed & Entered:* | 02/21/2013 | Judgment |

LIVE 6.1 CM/ECF - U.S. District Court for Eastern California-History/Documents Query    Page 5 of 5
12-12020-mg    Doc 9547-15    Filed 01/25/16    Entered 01/25/16 16:03:47    Exhibit N to
Priore Declaration    Pg 6 of 6

*Docket Text:* JUDGMENT dated *2/21/13* pursuant to order signed by Judge Garland E. Burrell, Jr on 2/20/13. (Kaminski, H)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/19/2016 11:20:42 | | | |
| PACER Login: | mf1354:2923879:3945828 | Client Code: | 73304-0000019-14078 |
| Description: | History/Documents | Search Criteria: | 2:12-cv-01689-GEB-CKD |
| Billable Pages: | 3 | Cost: | 0.30 |