# EXHIBIT 2

**Proposed Order Dismissing Adversary Proceeding**

ny-1142882

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
Shelley von Brincken,                                 :
                                                      :   Adv. Case No. 13-01436 (MG)
            Plaintiff,                                :
                                                      :
        v.                                            :
                                                      :
GMAC Mortgage, LLC, or assignee,                      :
ETS Services, LLC, Ocwen Loan                         :
Servicing, LLC, and Does 1-20,                        :
                                                      :
            Defendants.                               :
------------------------------------------------------x
In re                                                 :
                                                      :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,                   :
                                                      :   Chapter 11
                                                      :
            Debtors                                   :   Jointly Administered
------------------------------------------------------x

**ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO**
**BANKRUPTCY RULE 7012(b) AND**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Upon consideration of the complaint (the "<u>Amended Adversary Complaint</u>") filed by *pro se* plaintiff Shelley von Brincken in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"); and upon consideration of the *Joint Motion of ResCap Liquidating Trust and ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant To Bankruptcy Rule 7012(b) and FRCP 12(b)(6) and (II) Disallowance of Proof of Claim Number 441 Filed by Plaintiff* (ECF Doc. # [_]) (the "<u>Motion</u>"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper

ny-1219553

and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon consideration of the arguments presented with respect to the Motion at the hearing held on March 22, 2016 to consider the Motion (the "**Hearing**"); and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1. For the reasons stated on the record at the Hearing, the Motion is **GRANTED** as provided in this Order.

2. The Amended Adversary Complaint is dismissed with prejudice in its entirety with respect to all Debtor Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, as made applicable to the Adversary Proceeding by Bankruptcy Rule 7012(b).

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: March __, 2016
New York, New York

/s/
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

ny-1219553