Final Pretrial Conference Date and Time: January 27, 2016 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE
ON RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER
CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY TIA
SMITH (CLAIM NOS. 3889, 4129, 4134 AND 4139) TO BE HELD ON
JANUARY 27, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the final pretrial conference in connection with the *ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7188], solely as it relates to the claims filed by Tia Smith (Claim Nos. 3889, 4129, 4134 and 4139), previously scheduled to be heard on January 27, 2016 at 1:00 p.m. (Prevailing Eastern Time) has been rescheduled and will be held on **January 27, 2016 at 2:00 p.m. (Prevailing Eastern Time)** (the "Final Pretrial Conference").

**PLEASE TAKE FURTHER NOTICE** that the Final Pretrial Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

ny-1220381

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: January 26, 2016<br>      New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1220381