UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :    Case No. 12-12020 (MG)
    RESIDENTIAL CAPITAL, LLC                  :
                                                               :    (Chapter 11)
               Debtor :
---------------------------------------------------------------x

### ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE

A telephonic hearing is scheduled for January 28, 2016 at 3:15 PM ( Prevailing EST) regarding a discovery dispute with Ms. Erlinda Abibas Aniel.  The parties are directed to participate by telephone.  Counsel for Ocwen Loan Servicing, LLP is directed to circulate dial-in information for the telephonic hearing.

   **IT IS SO ORDERED.**

Dated: January 26, 2016
       New York, New York

                                              **_/s/ Martin Glenn_**
                                              THE HON. MARTIN GLENN
                                              United States Bankruptcy Judge