**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF JORDAN A. WISHNEW CONCERNING RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NO. 3695 FILED ON BEHALF OF ROSALIND ALEXANDER-KASPARIK**

I, Jordan A. Wishnew, hereby declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP ("M&F"). M&F maintains offices for the practice of law, among other locations in the United States and worldwide, at 250 West 55th Street, New York, NY 10019. I am duly admitted to practice before this Court and the courts of the State of New York. By this Court's Order entered on July 16, 2012, M&F was retained as counsel to Residential Capital, LLC and its affiliated debtors (the "Debtors"). Following the Effective Date, M&F has been retained as counsel to the ResCap Borrower Claims Trust (the "Trust"). I submit this declaration in support of the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 filed on behalf of Rosalind Alexander-Kasparik* (the "Objection").[1]

2. Attached hereto as Exhibit 1 is a copy of the *Notice of Demurrer and Demurrer to Third Amended Complaint; Memorandum of Points and Authorities in Support Thereof* filed on June 17, 2015 in the California Action, which was obtained from the electronic case docket of the California Action.

---

[1] Unless otherwise indicated herein, capitalized terms shall have the meanings ascribed to them in the Objection.

3. Attached hereto as <u>Exhibit 2</u> is a copy of the *Minute Order* entered on October 23, 2015 in the California Action, which was also obtained from the electronic docket of the California Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2016

/s/ Jordan A. Wishnew
Jordan A. Wishnew, Esq.