**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: Residential Capital, LLC,                                   Case No.: 12-12020 (MG)

                                                                   Chapter 11

                                           Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bernard J. Kornberg, to be admitted, *pro hac vice*, to represent Mira Smoot, (the "Client"), a third-party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Bernard J. Kornberg, Esq., is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **January 27, 2016**
         New York, New York                         _____/s/Martin Glenn_____

                                                    UNITED STATES BANKRUPTCY JUDGE