Bernard J. Kornberg (CSB. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Admitted *Pro Hac Vice*

*Counsel for Ocwen Loan Servicing, LLC and Mira Smoot*

Hearing Date and Time:  To Be Set By Court
Deadline to Respond:  To Be Set By Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, | Chapter 11 |
| Debtors. | Jointly Administered |
| Ocwen Loan Servicing, LLC and Mira Smoot, | |
| Movants, | |
| Erlinda Abibas Aniel, | |
| Respondent. | |

### ORDER GRANTING MOTION TO QUASH

Upon consideration of Ocwen Loan Servicing, LLC's ("Ocwen") and Mira Smoot's ("Smoot") motion to quash the subpoena of Erlinda Abibas Aniel ("Aniel"), the pleadings and files in this case, and finding that service of the motion was proper, the Court hereby grants the motion.

2

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT the subpoena issued on January 11, 2016 by this Court commanding the deposition testimony of Smoot is quashed.

DATED: _____ \_\_\_, 2016

_____
The Honorable Martin Glenn
Judge of the United States Bankruptcy Court