**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER ADJOURNING PRE-TRIAL CONFERENCE IN THE TIA SMITH CASE**

A telephonic pre-trial conference regarding the claim of Tia Smith (the "Claimant") was scheduled for January 27, 2016 at 2:00 p.m. (prevailing Eastern Standard Time). The Claimant's attorney, Wendy Alison Nora, was granted permission to participate by telephone. During the pre-trial conference, the Claimant and counsel for the ResCap Borrower Claims Trust (the "Trust") appeared by telephone. Wendy Alison Nora failed to appear at the pre-trial conference. **NOW, THERFORE**, it is hereby

**ORDERED,** that the pre-trial conference is adjourned and re-scheduled for **February 1, 2016 at 9:00 a.m.** (prevailing Eastern Standard Time); and it is further

**ORDERED**, that Wendy Alison Nora is directed to appear in person for the pre-trial conference. The failure of Wendy Alison Nora to appear at the pre-trial conference will result in the imposition of sanctions.

**ORDERED**, that the Claimant may appear at the pre-trial conference by the telephone. Counsel for the Trust is directed to circulate dial-in information strictly for the Claimant's participation.

**IT IS SO ORDERED.**

Dated: January 27, 2016
New York, New York

/s/Martin Glenn
MARTIN GLENN
United States Bankruptcy Judge