UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re

    Residential Capital, LLC

                                                      Chapter 11
                                                      Case No. 12-12020(MG)

                    Debtor(s)

---------------------------------------------------------X

### ORDER DENYING MOTION FOR REINSTATEMENT OF LEAVE TO APPEAR TELEPHONICALLY

      On January 28, 2016, a Motion for Reinstatement of Leave to Appear Telephonically at the Adjourned Pre-trial Conference was filed. (Document no. 9567),

      It is ORDERED, that the Motion is DENIED.

Dated:  New York, New York
          **January 28, 2016**

                                                                **/s/Martin Glenn**
                                                              MARTIN GLENN
                                                     United States Bankruptcy Judge