UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING THE MOTION TO QUASH AND DENYING THE MOTION TO STRIKE

Before the Court is the motion of Ocwen Loan Servicing, LLC and Mira V. Smoot (the "Motion to Quash," ECF Doc. # 9563) to quash the subpoena (the "Subpeona") seeking the deposition of Smoot on January 29, 2016. The Subpoena was issued by the clerk of this Court on January 11, 2016 and sought by Erlinda Abibas Aniel. In opposition, Aniel filed a motion to expunge/strike (the "Motion to Strike," ECF Doc. # 9568).

This Court held a telephonic hearing on the Motion to Quash and the Motion to Strike on January 28, 2016 (the "Hearing").

The Court having ruled on the Motion to Quash and the Motion to Strike at the Hearing, and for the reasons stated on the record at the Hearing, it is hereby:

**ORDERED**, that the Motion to Quash is GRANTED and the Subpoena is QUASHED.

**ORDERED**, that the Motion to Strike is DENIED.

**IT IS SO ORDERED.**

Dated: January 28, 2016
       New York, New York

                                                               /s/Martin Glenn
                                                         MARTIN GLENN
                                        United States Bankruptcy Judge