MARILYN LAWRENCE
5362 W. OLYMPIC BLVD. #1
LOS ANGELES, CALIFORNIA 90036
TELEPHONE : (323) 216 - 4619
E-MAIL ADDRESS MARILYNEVIE@NETZERO.COM
(PRO SE) CREDITOR /PLANTIFF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re. | |
|---|---|
| RESIDENTRIAL, CAPITAL, LLC, el al., | Case No. 12-12020(MG) |
| Debtors. | Chapter 11 |
| | Jointly Administered |

**OBJECTIONS: TO RESCAP LIQUIDATING TRUST'S OMINIBUS MOTION TO ENFORCE INJUNCTIVE OF PLAN AND CONFIRMATION ORDER**

KRAMER LEMIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mammal
Joseph A. Shifer
1177 Aveenue of the Americas
New York, New York 10036
Telephone : (212) 715- 9100
Facsimile: (212) 8000
Counsel for the ResCap Liquidating Trust

RECEIVED
FEB - 1 2016
U.S. BANKRUPTCY COURT, SDNY

**OJBECTIONS: TO RESCAP LIQUIDATING TRUST'S OMNIBUS MOTION TO ENFORCE INJUNCTIVE PROVISIONS OF PLAN AND CONFIRMATION ORDER**

HEARING SCHEDULED: On February 19, 2016 At 10:00

1. A hearing is before the HONORABLE MARTIN GLENN, United States Bankruptcy Judge, One Bowling Green, New York, 10004,

2. MARILYN LAWRENCE Pro Se, Creditor/Plaintiff is not present in the chamber of the HONORABLE MARTIN GLENN JUDGE, & Counsel ResCap.

①

TO THE HONORABLE MARTIN GLENN,
UNTIED STATES BANKRUPCY JUDGE

## OBJECTIONS

MARILYN LAWRENCE (Creditor) Pro Se . Case No. 12-12020-mg
Live at 5362 W. Olympic Blvd. # 1 Los Angeles, California 90036

EXECUTIVE TRUSTEE SERVICES LLC
Debtor(s) party to Ligtigation LLC, Lawrence v. Sadek, el al.,
Case No. 12-01372 U.S. District court for the Central District of California.

MARILYN LAWRENCE (CREDITOR/PLAINTIFF)
CONTEST : ResCap Liquidating Trust's Omnibus Motion to Enforce Injunction provisions of plan and Confirmation Order

OBJECTIONS
1. COUNSEL MR. SHIFER STATED THAT MARILYN LAWRENCE FAILED TO FILED A TIMELY PROOF OF CLAIM.

2. Creditor / Plaintiff Marilyn Lawrence, never received notice prior to June 31, 2015 ONLY after the filing dates passed, I heard from counsel Joseph A. Shifer concerning deadlines to file a proof of claim Marilyn Lawrence Creditor had no Knowledge of the decision that was made in August 29, 2012 that THE LIQUIDATING TRUST has made a GOOD FAITH DETERMNATION

②

that this action asserts monetary claims against the Debtors because you (Marilyn Lawrence creditors). assert , among other things, damaged for:

A. Breach of Fiduciary Duty
B. Fraud
C. Usury

EXHIBIT A. LETTER FROM MR. JOSEPH SHIFER DATED JUNE 31, 2015

3. EXHIBIT B.   <u>AFFIDAVIT OF SERVICE</u>

Melissa Loomis employed by Kurtzman Carson Consultants LLC. Served via First Class Mail on June 4, 2012 a master service meetings of Creditors, and Deadlines.

MARILYN LAWRENCE never received this notice.

4. Exhibit C.

CREDITOR MATRIX MAILING LIST SERVED VIA FIRST CLASS MAIL

BY Melissa Loomis. Mailed to wrong mailing address for Marilyn Lawrence (creditor/ plaintiff).

5. (EXHIBIT D). QUARTERLY BANKRUPYCY REPORT FOR ETS.

The only other possibility that Marilyn Lawrence (CREDITOR)

③

could have come to know of this Action would have been through the pending Case No. 2-12 cv -01372 cas-cw in UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA.

5. A. The Attorneys for the Defendant EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC STATED In their Quarterly report in July 29, 2015 that ETA is in an active Chapter 11 Bankruptcy case before the United States Bankruptcy court, Southern District of New York, in a jointly administered case, titled, In re Residential Capital, LLC et al., assigned case number 12-12020(MG).

5.b. They never made known to the MARILYN LAWRENCE(creditor) nor to The Honorable CHRISTINA A. SYNDER the decision that was made back in August 29, 2012 or before that THE LIQUIDATAING TRUST HAS MADE A GOOD FAITH DETERMINATION THAT MARILYN LAWRENCE CASE ASSERTS MONETARY DAMAGES FOR
A. FRAUD
B. USURY
C. BREACH OF FIDUCIARY DUTY

5.C.    ETA ATTORNEY'S REPORTED NO DECISIONS MADE BY THE FEDERAL COURTS AND THEY STATED THE ABOVE AND NO HEARING NECESSARY

NO HEARING NECESSARY please see EXHIBIT

6.    (EXHIBIT E). CREDITOR MARILYN LAWRENCE QUARTERLY BANKRUPTCY REPORT FILED OCTOBER 16, 2015

Marilyn Lawrence tried to communicate with Mr. Joseph A Shifer but with no success. On learning of these facts please find my Quarterly report made to the HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT JUDGE OF THE DISTRICT OF CALIFORNIA.

7.    ( EXHIBIT) F
MARILYN LAWRENCE (CREDITOR) PROOF OF CLAIM

CREDITOR MARILYN LAWRENCE SUBMMITED THREE PROOFS OF CLAIMS. THIS ONE RECEIVED AUG 18, 2015

TO THE HONORABLE MARTIN GLENN UNITED STATES

BANKRUPTCY JUDGE OF SOUTHERN DISTRICT OF NEW YORK

CONCLUSION

1. MARILYN LAWRENCE (CREDITOR ) RECOGNIZE WHAT HAS

BEEN TAKEN AWAY WILL NOT BE RETURNED my home . BUT

WHAT WAS MADE KNOWN BACK IN 2012 Was not made known

to Marilyn Lawrence until 2015 by sending mail to the wrong

address there is so many issues and I know that they cannot all

be address. THE TRUTH I HAVE PRESENTED WITH PROOF.

MAY YOU CONSIDER AND NOT ALLOW RESCAP LIQUIDATING

TRUST' NOT BE GRANTED THIS MOTION TO DENIED MARILYN

LAWRENCE CLAIM.

2. MAY YOU THE HONORABLE MARTIN GLENN CONTINUE TO

ENFORCE THE RIGHT'S OF MARILYN LAWRENCE WITH

THE DECISION THAT WAS MADE THAT THE LIQUIDATING



TRUST MADE IN GOOD FAITH THAT THIS ACTION ASSERTS

MONETARY CLAIMS AGAINST THE DEBTORS BECAUSE

MARILYN LAWRENCE ASSERTS, AMONG THINGS, DAMAGES

FOR WHAT HAS BEEN STATED, IN PARAGRAPH 4.

DATE 1-28-2016

MARILYN LAWRENCE *[signature: Marilyn Lawrence]*

⑦