UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                          Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,              Case No. 12-12020-mg
   Objector
v.
TIA DANIELLE SMITH,
   Creditor-Beneficiary

---

STATEMENT ON FILING OF INDEXES OF EXHIBITS, SUB-INDEXES OF EXHIBITS
AND EXHIBITS 1-A THROUGH 1-G, 2-A THROUGH 2-O, 3, 4, 5, 6-A THROUGH 6-C,
7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
34, 35, 36, 36, 38, 39, 40, 41, 42 AND 43-A THROUGH 43-I(2)

---

**PLEASE TAKE NOTICE** that Tia Danielle Smith, by her attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, and states that she has filed the Indexes of Exhibits, Sub-Indexes of Exhibits and Exhibits 1-A through 1-G, 2-A through 2-O, 3, 4, 5, 6-A through 6-C, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 36, 38, 39, 40, 41, 42 and 43-A through 43-I(2), believing that in so doing, she is complying with this Court's Order on the record of proceedings held on February 2, 2016.

Dated at Madison, Wisconsin this 2nd day of February, 2016.

                                     */s/ Wendy Alison Nora*
                                _____
                                       Wendy Alison Nora
                                   ACCESS LEGAL SERVICES
                          310 Fourth Avenue South, Suite 5010
                             Minneapolis, Minnesota 55415
                                   VOICE (612) 333-4144
                                       FAX (612) 206-3170
                               accesslegalservices@gmail.com
                             Wisconsin Attorney ID #1017043
                                    Minnesota Bar #165906