# INDEX OF CLAIMANT'S EXHIBITS

Exhibit 1. Pertinent documents from the SEC-Edgar website pertaining to the RALI 2007-QO1 Trust, as judicially noticeable under Rule 201 of the Federal Rules of Evidence or as public admissions

    Index to SEC Filings for the RALI 2007-QO1 Trust

    A. List of All Filings with SEC for the RALI 2007 Series QO1 Trust
    B. Prospectus Supplement filed on January 31, 2007
    C. Free Writing Prospectus filed on February 2, 2007 with Credit Suisse underwriting statement
    D. 8-K filed on February 14, 2007 with Pooling and Servicing Agreement, Assignment and Assumption Agreement and Exhibit 99
    E. 8-K filed on September 28, 2007 reporting the replacement of Homecomings Financial, LLC (Homecomings) with GMAC Mortgage, LLC (GMACM) by Residential Funding Company, LLC (RFC) effective September 24, 2007
    F. 15-15D Suspension of Duty to Report filed by RFC for RALI 2007 Series QO1 Trust
    G. 8-K filed on March 6, 2007 reporting the transfer of servicing to Aurora Loan Services, LLC (Aurora)

Exhibit 2. Written Discovery Responses from Objector

    Index of Discovery Responses:
    A. Homecomings Responses to Requests for Admission
    B. Homecomings Responses to Interrogatories
    C. Homecomings Responses to Requests for Production of Documents
    D. GMACM Responses to Requests for Admission
    E. GMACM Responses to Interrogatories
    F. GMACM Responses to Requests for Production of Documents
    G. RFC Responses to Requests for Admission
    H. RFC Responses to Interrogatories
    I. RFC Responses to Requests for Production
    J. RALI Responses to Requests for Admission
    K. RALI Responses to Interrogatories
    L. RALI Responses to Requests for Production

    Documents Produced by Objector Not Previously Listed Separately:
    M. Objector's Document #15: Employment Record of Judy Faber
    N. Objector's Document #17: Objector's copy of Claimant's Note
    O. Objector's Document #18: Screen Shot of Funding Data

Exhibit 3. *GMAC RFC Servicer Guide Version 2-07-G01*, effective November 1, 2007

Exhibit 4.  Seller/Servicer Contract (Objector's Document #11)

Exhibit 5.   Transmittal and Bailment Letter from JP Morgan Chase to RFC dated December 18, 2006

Exhibit 6.    All Written Discovery Responses from Claimant

   A. Responses to Requests for Admission
   B. Responses to Interrogatories
   C. Responses to Requests for Production of Documents

Exhibit 7.  WITHDRAWN

Exhibit 8.   December 2, 2006 Note endorsed in blank

Exhibit 9.   December 2, 2006 Note specially endorsed by Judy Faber, with Allonge

Exhibit 10.  December 2, 2006 Deed of Trust

Exhibit 11.  October 1, 2009 Corporation Self Assignment of Deed of Trust executed by Theodore Schultz, pretending to be an officer of Mortgage Electronic Registration Systems, Inc.

Exhibit 12.   January 16, 2007, letter from Homecomings stating that the "mortgage has been transferred from American Mortgage Network, Inc. to Homecomings Financial, LLC

Exhibit 13.   All documents submitted as Claimant's Response to the Request for Production of Documents propounded by the Borrower Claims Trust

Exhibit 14.    Certified Copy of the Declaration of Trust for the RALI 2007-QO1 Trust, if any, pending production from the Secretary of State for the State of Minnesota

Exhibit 15.    Certified Copy of the Registration of the RALI 2007-QO1 Trust, if any, pending production from the Secretary of State for the State of Minnesota
    PENDING

Exhibit 16.   The MERSCORP member list retrieved on December 23, 2014
    PENDING

Exhibit 17.   DUPLICATIVE of Exhibits 2-A, 2-D, 2-G and 2-J

Exhibit 18.   DUPLICATIVE of Exhibits 2-B, 2-E, 2-H and 2-K

Exhibit 19.   Declaration of Deanna Horst dated June 25, 2014 (Doc. 7188-2)

Exhibit 20.   Complaint and Exhibits and Amended Complaint in *RFC v. American Mortgage Network, Inc., et al.* in the United States District Court for the District of Minnesota in Case No. 14-cv-1760, with the attached Exhibits A and C

Exhibit 21.   Exhibit A to the Third Amended Complaint in *Smith v. American Mortgage Network, et al.,* filed in the Superior Court for the State of California, County of Los Angeles as Case No. BC465542 (the "Third Amended Complaint") (the Note)

Exhibit 22.   Exhibit B to the Third Amended Complaint (Deed of Trust)

Exhibit 23.   Exhibit C to the Third Amended Complaint (Loan Application)

Exhibit 24.   Exhibit D to the Third Amended Complaint (Truth in Lending Statement)

Exhibit 25.   Exhibit E to the Third Amended Complaint (Notice of Default from Aurora)

Exhibit 26.   Exhibit F to the Third Amended Complaint (Substitution of Trustee)

Exhibit 27.   DUPLICATIVE of Exhibit 11

Exhibit 28.   Exhibit H to the Third Amended Complaint (Letter from Aurora Loan Services, LLC dated April 11, 2008)

Exhibit 29.   Exhibit I to the Third Amended Complaint (Memo from Deutsche to Loan Servicers, dated July 28, 2008)

Exhibit 30.   Exhibit J to the Third Amended Complaint (Internet search for AMN on California Business search website)

Exhibit 31.   Exhibit K to the Third Amended Complaint (Trustee's Deed Upon Sale)

Exhibit 32.   Exhibit M to the Third Amended Complaint (Copy of MERS website search)

Exhibit 33.   Exhibit N to the Third Amended Complaint (1099-A from Aurora Bank, FSB)

34.   Exhibit O to the Third Amended Complaint (Repayment Agreement with Aurora, dated May 2008)

Exhibit 35.  Exhibit P to the Third Amended Complaint (Repayment Agreement with Aurora, dated June 2008)

Exhibit 36.  Exhibit R to the Third Amended Complaint (Workout agreement with Aurora dated January 2009)

Exhibit 37. Exhibit S to the Third Amended Complaint (Workout agreement with Aurora dated January 2009)

Exhibit 38.  Exhibit T to the Third Amended Complaint (QWR Response from Aurora)

Exhibit 39.  Exhibit U to the Third Amended Complaint  (Notice of Default executed by Cal-Western Reconveyance related to property owned by Michael and Jamie Smerdel)

Exhibit 40.  Exhibit V to the Third Amended Complaint (Discharges of Mortgage by Aurora)

Exhibit 41.  Exhibit W to the Third Amended Complaint (Letter from Cal-Western Reconveyance dated August 2011)

Exhibit 42.  Deposition Testimony of Judy Faber on June 2, 2008 filed in *U.S. Bank v. Cook*, Northern District of Illinois Case No. 1:07-cv-01544 as Document 64-13

Exhibit 43.  The following documents produced by Claimant supporting her claim for litigation expenses, attorneys fees, loss of income, profits taken by the servicing scheme, including mortgage payments made to Homecomings/GMACM:

    A.   Residential Lease Agreement (Barnett)
    B.   Residential Lease Agreement (DeLoatch)
    C.   Business Profit and Loss (Revive! a hair spa)
    D.  Medical Expenses
    E.  Medical Prescription Expenses
    F.  Postage & Shipping Expenses
    G.  Supplies Expenses
    H.  Dental Expenses
    I.  Market Analyses for Subject Property
    J.  Attorneys' Fees and Court Costs for Defense of Ms. Smith's Homestead