# EXHIBIT 1

Pertinent documents from the SEC-Edgar website pertaining to the RALI 2007-QO1 Trust, as judicially noticeable under Rule 201 of the Federal Rules of Evidence or as public admissions

Index to SEC Filings for the RALI 2007-QO1 Trust

A. List of All Filings with SEC for the RALI 2007 Series QO1 Trust
B. Prospectus Supplement filed on January 31, 2007
C. Free Writing Prospectus filed on February 2, 2007 with Credit Suisse underwriting statement
D. 8-K filed on February 14, 2007 with Pooling and Servicing Agreement, Assignment and Assumption Agreement and Exhibit 99
E. 8-K filed on September 28, 2007 reporting the replacement of Homecomings Financial, LLC (Homecomings) with GMAC Mortgage, LLC (GMACM) by Residential Funding Company, LLC (RFC) effective September 24, 2007
F. 15-15D Suspension of Duty to Report filed by RFC for RALI 2007 Series QO1 Trust
G. 8-K filed on March 6, 2007 reporting the transfer of servicing to Aurora Loan Services, LLC (Aurora)