# EXHIBIT 1-A

List of All Filings with SEC for the RALI 2007 Series QO1 Trust

Home | Latest Filings | Previous Page



# EDGAR Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**RALI Series 2007-QO1 Trust CIK#: 0001384915 (see all company filings)**
SIC: 6189 - ASSET-BACKED SECURITIES
State location: MN | State of Inc.: DE | Fiscal Year End: 1231
(Assistant Director Office: 5)

Business Address
8400 NORMADALE LAKE BLVD
STE 600
MINNEAPOLIS MN 55437
952-857-7000

Mailing Address
8400 NORMANDALE LAKE BLVD
MINNEAPOLIS MN 55437

Filter Results: Filing Type:    Prior to: (YYYYMMDD)    Ownership?  include  exclude  only    Limit Results Per Page  40 Entries

Items 1 - 22   RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 10-K | Documents | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0001384915-08-000009 (34 Act)  Size: 158 KB | 2008-03-31 | 333-131213-38<br>08721690 |
| 8-K | Documents | Current report, items 6.02 and 9.01<br>Acc-no: 0001068238-08-000463 (34 Act)  Size: 541 KB | 2008-03-06 | 333-131213-38<br>08669233 |
| 15-15D | Documents | Suspension of duty to report [Section 13 and 15(d)]<br>Acc-no: 0001384915-08-000007 (34 Act)  Size: 3 KB | 2008-01-22 | 333-131213-38<br>08540781 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-08-000005 (34 Act)  Size: 560 KB | 2008-01-10 | 333-131213-38<br>08523060 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-08-000002 (34 Act)  Size: 560 KB | 2008-01-09 | 333-131213-38<br>08520593 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000029 (34 Act)  Size: 560 KB | 2007-12-07 | 333-131213-38<br>071291764 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000027 (34 Act)  Size: 536 KB | 2007-11-06 | 333-131213-38<br>071216145 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000025 (34 Act)  Size: 543 KB | 2007-10-04 | 333-131213-38<br>071155515 |
| 8-K | Documents | Current report, item 6.02<br>Acc-no: 0001068238-07-001159 (34 Act)  Size: 243 KB | 2007-09-28 | 333-131213-38<br>071140341 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000023 (34 Act)  Size: 536 KB | 2007-09-07 | 333-131213-38<br>071105615 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000021 (34 Act)  Size: 535 KB | 2007-08-08 | 333-131213-38<br>071034145 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934] | 2007-07-09 | 333-131213-38 |

EDGAR Search Results

12-12020-mg    Doc 9579-3    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 1-A:
List of SEC filings on behalf of the RALI Series 2007-QO1 Trust    Pg 3 of 3

| | | | | |
|---|---|---|---|---|
| | | Acc-no: 0001384915-07-000019 (34 Act)  Size: 535 KB | | 07968825 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000017 (34 Act)  Size: 536 KB | 2007-06-06 | 333-131213-38<br>07903061 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000015 (34 Act)  Size: 559 KB | 2007-05-08 | 333-131213-38<br>07829040 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000013 (34 Act)  Size: 558 KB | 2007-04-10 | 333-131213-38<br>07758371 |
| 10-D | Documents | Asset-Backed Issuer Distribution Report [Section 13 or 15(d) of the Securities Exchange Act of 1934]<br>Acc-no: 0001384915-07-000011 (34 Act)  Size: 532 KB | 2007-03-09 | 333-131213-38<br>07683468 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001384915-07-000009 (34 Act)  Size: 3 MB | 2007-02-14 | 333-131213-38<br>07620179 |
| FWP | Documents | Filing under Securities Act Rules 163/433 of free writing prospectuses<br>Acc-no: 0001068238-07-000141 (34 Act)  Size: 207 KB | 2007-02-02 | 333-131213-38<br>07573161 |
| 424B5 | Documents | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0000891092-07-000308 (33 Act)  Size: 1 MB | 2007-01-31 | 333-131213-38<br>07567061 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001384915-07-000007 (34 Act)  Size: 12 KB | 2007-01-30 | 333-131213-38<br>07563500 |
| FWP | Documents | Filing under Securities Act Rules 163/433 of free writing prospectuses<br>Acc-no: 0001384915-07-000005 (34 Act)  Size: 3 MB | 2007-01-19 | 333-131213-38<br>07540273 |
| FWP | Documents | Filing under Securities Act Rules 163/433 of free writing prospectuses<br>Acc-no: 0001384915-07-000002 (34 Act)  Size: 364 KB | 2007-01-11 | 333-131213-38<br>07524620 |

http://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page                         Modified 03/14/2012