# EXHIBIT 1-C

Free Writing Prospectus filed on February 2, 2007 with Credit Suisse underwriting statement

12-12020-mg    Doc 9579-5    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 1-C:
Free Writing Prospectus filed on February 2    2007 with Credit Suis    Pg 2 of 33
FWP 1 rali2007-qo1_fwp.htm

**Residential Accredit Loans, Inc.**
Depositor

**Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1**

**$ 621,930,000 (Approximate)**

**Expected Investor Settlement Date: January 30, 2007**

**TERM SHEET ~ Version 2.0**
**January 19, 2007**

**Residential Funding Company, LLC**
Sponsor and Master Servicer

**HomeComings Financial, LLC**
**GMAC Mortgage, LLC**
Significant Servicers

**Deutsche Bank Trust Company Americas**
Trustee

**Credit Suisse Securities (USA) LLC**
Underwriter



RALI 2007-QO1 TERM SHEET                    January 19, 2007
                                           (212) 325-5132

**STATEMENT REGARDING ASSUMPTIONS AS TO SECURITIES, PRICING ESTIMATES, AND OTHER INFORMATION**

The issuer has filed a registration statement (including a prospectus) with the SEC for the offering to
which this communication relates. Before you invest, you should read the prospectus in that
registration statement and other documents the issuer has filed with the SEC for more complete
information about the issuer and this offering. You may get these documents for free by visiting EDGAR
on the SEC website at www.sec.gov. Alternatively, the issuer, any underwriter or any dealer
participating in the offering will arrange to send you the prospectus if you request it by calling
toll-free 1-800-221-1037.

This free writing prospectus is not required to contain all information that is required to be included
in the base prospectus and the prospectus supplement that will be prepared for the securities offering
to which this free writing prospectus relates. This free writing prospectus is not an offer to sell or
a solicitation of an offer to buy these securities in any state where such offer, solicitation or sale
is not permitted.

The information in this free writing prospectus, if conveyed prior to the time of your

001

contractual commitment to purchase any of the Certificates, supersedes any information contained in any prior similar materials relating to the Certificates. The information in this free writing prospectus is preliminary, is subject to completion or change, and may be superseded by an additional free writing prospectus provided to you prior to the time you enter into a contract of sale. This preliminary free writing prospectus is being delivered to you solely to provide you with information about the offering of the securities referred to herein and to solicit an offer to purchase. The securities are being offered when, as and if issued. In particular, you are advised that these securities, and the mortgage loan pools backing them, are subject to modification or revision (including, among other things, the possibility that mortgage loans that comprise the pool may become delinquent or defaulted or may be removed or replaced and that similar or different mortgage loans may be added to the pool, and that one or more classes of securities may be split, combined or eliminated), at any time prior to issuance or availability of a final prospectus. As a result, you may commit to purchase securities that have characteristics that may change, and you are advised that all or a portion of the securities may not be issued that have the characteristics described in these materials. Our obligation to sell securities to you is conditioned on the securities and the mortgage loans having the characteristics described in these materials.

If for any reason the issuer does not deliver such securities, we will notify you, and neither the issuer nor we will have any obligation to you to deliver all or any portion of the securities which you have committed to purchase, and neither the issuer nor we will be liable for any costs or damages whatsoever arising from or related to such non-delivery. Neither the issuer of the securities nor any of its affiliates prepared, provided, approved or verified any statistical or numerical information presented in this free writing prospectus, other than the loan level data provided by the issuer or its affiliates. The information in this free writing prospectus may reflect parameters, metrics or scenarios specifically requested by you. If so, prior to the time of your commitment to purchase, you should request updated information based on any parameters, metrics or scenarios specifically required by you.

A contract of sale will come into being no sooner than the date on which the relevant class has been priced and we have confirmed the allocation of securities to be made to you; any "indications of interest" expressed by you, and any "soft circles" generated by us, will not create binding contractual obligations for you or us. You may withdraw your offer to purchase securities at any time prior to our acceptance of your offer.

Any legends, disclaimers or other notices that may appear at the bottom of the email communication to which this free writing prospectus is attached relating to (1) these materials not constituting an offer (or a solicitation of an offer), (2) no representation that these materials are accurate or complete and may not be updated or (3) these materials possibly being confidential are not applicable to these materials and should be disregarded. Such legends, disclaimers or other notices have been automatically generated as a result of these materials having been sent via Bloomberg or another system.

---

**Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1**

**Offered Certificates: $621,930,000 (Approximate)**

002

| Window Class (5) | Certificate Principal Balance ($)(1) Type | Expected Ratings S&P/Moody's(2) | Expected Credit Enhancement Percentage(3) | Initial Pass-Thru Rate (%)(4) | WAL Call/Mat. (Y) (5) | Prin. Call/Mat. (Months) |
|---|---|---|---|---|---|---|
| A-1 216 | $343,670,000 SNR/SUPER-SUPER/FLOATER/PRO RATA | AAA/Aaa | 45.46 | 1mL + 0.15% | 3.18/3.44 | 1-100/1- |
| A-2 216 | $143,200,000 SNR/SUPER/FLOATER/PRO RATA | AAA/Aaa | 22.73 | 1mL + 0.19% | 3.18/3.44 | 1-100/1- |
| A-3 216 | $85,910,000 SNR/FLOATER/PRO RATA | AAA/Aaa | 9.10 | 1mL + 0.24% | 3.18/3.44 | 1-100/1- |
| M-1 151 | $13,865,000. MEZZ/FLOATER/SEQ | AA+/Aaa | 6.90 | 1mL + 0.34.% | 6.05/6.51 | 44-100/44- |
| M-2 140 | $10,395,000 MEZZ/FLOATER/SEQ | AA/Aa1 | 5.25 | 1mL + 0.37% | 6.05/6.44 | 44-100/44- |
| M-3 130 | $4,410,000 MEZZ/FLOATER/SEQ | AA-/Aa1 | 4.55 | 1mL + 0.39% | 6.05/6.37 | 44-100/44- |
| M-4 124 | $5,360,000 MEZZ/FLOATER/SEQ | A+/Aa2 | 3.70 | 1mL + 0.42% | 6.04/6.30 | 44-100/44- |
| M-5 116 | $3,150,000 MEZZ/FLOATER/SEQ | A+/Aa3 | 3.20 | 1mL + 0.46% | 6.04/6.22 | 44-100/44- |
| M-6 110 | $3,150,000 MEZZ/FLOATER/SEQ | A-/A1 | 2.70 | 1mL + 0.57% | 6.04/6.14 | 44-100/44- |
| M-7 103 | $3,150,000 MEZZ/FLOATER/SEQ | BBB+/A3 | 2.20 | 1mL + 1.15% | 6.01/6.02 | 44-100/44- |
| M-8 95 | $2,520,000 MEZZ/FLOATER/SEQ | BBB+/Baa1 | 1.80 | 1mL + 1.40% | 5.87/5.87 | 44-95/44- |
| M-9 87/44-87 | $3,150,000 MEZZ/FLOATER/SEQ | BBB-/Baa2 | 1.30 | 1mL + 1.50% | 5.62/5.62 | 44- |

## Non-Offered Certificates

| Class Window Call/Mat. ((5)) | Certificate Principal Balance ($)(1) Type | Expected Ratings S&P/Moody's(2) | Expected Credit Enhancement Percentage(3) | Initial Pass-Thru Rate (%)(4) | WAL Call/Mat. (Y) ((5)) | Prin. (Months) |
|---|---|---|---|---|---|---|
| B 74 | 3,150,000 SUBORDINATE/FLOATER/SEQ | BB+/Ba1 | 0.800% | 1mL + 0.15% | 5.30/5.30 | 44-74/44- |
| SB SUBORDINATE | N/A | NR / NR | N/A | N/A | N/A | N/A |
| P PREPAYMENT CHARGE | N/A | NR / NR | N/A | N/A | N/A | N/A |
| R RESIDUAL | N/A | NR / NR | N/A | N/A | N/A | N/A |

**Information is preliminary and subject to final collateral, rating agency approval and legal review.**
**The analyses, calculations and valuations herein are based on certain assumptions and data provided by third parties that may vary from the actual characteristics of the final collateral. Credit Suisse Securities (USA) LLC makes no representation that such analyses or calculations are accurate or that such valuations represent levels where actual trades may occur. Investors should rely on the information contained in or filed in connection with the prospectus/prospectus supplement.**

(1) The initial Certificate Principal Balances presented in this term sheet are approximate and subject
    to a +/- 10% variance.
(2) It is a condition to the issuance of the Class A-1, Class A-2, Class A-3 and Class M-1

003

through the Class M-9 Certificates that they be rated by at least two rating agencies. The rating
   agencies will include Standard & Poor's, a division of McGraw-Hill Companies, Inc. ("S&P") and Moody's
   Investors Service, Inc. ("Moody's").
(3) Includes fully funded overcollateralization of approximately 0.80%. The expected credit enhancement
   percentage for each Class of Certificates is subject to a +/- 0.50% variance. The Class A-1
   Certificates and Class A-2 Certificates will each be a super senior class. The Class A-2 Certificates
   will be entitled to additional credit support from the Class A-3 Certificates, and the Class A-1
   Certificates will be entitled to additional credit support from the Class A-2 Certificates and Class
   A-3 Certificates.
(4) The pass-through rate on the Class A-1, Class A-2 and Class A-3 Certificates will be a per annum
   rate equal to the least of (i) One-Month LIBOR plus the related margin, (ii) the net WAC cap rate, and
   (iii) the available funds rate for such class. Two months following the first possible distribution
   date on which the optional redemption could be exercised the Class A Margin will increase to two times
   the initial margin. The pass-through rate on each class of Class M Certificates will be a per annum
   rate equal to the least of (i) One-Month LIBOR plus the related margin, (ii) the net WAC cap rate, and
   (iii) the available funds rate for such class. Two months following the first possible distribution
   date on which the optional redemption could be exercised the Class M Margin will increase to one and
   one half times the initial margin.
(5) Assuming 25% CPR.

---

I. SUMMARY

    Issuer....................... RALI Series 2007-QO1 Trust
    Title of Series.............. Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1
    Depositor.................... Residential Accredit Loans, Inc.
    Master Servicer and Sponsor...
                                  Residential Funding Company, LLC
    Significant Servicers........ Servicers that may subservice 10% or more by principal amount of the mortgage loans
                                  include HomeComings Financial, LLC, and GMAC Mortgage, LLC, each a wholly-owned
                                  subsidiary of Residential Funding.
    Trustee...................... Deutsche Bank Trust Company Americas.
    Rating Agencies.............. Moody's and Standard & Poor's.
    Cut-off Date................. January 1, 2007.
    Closing Date................. On or about January 30, 2007.
    Investor Settlement Date...... On or about January 30, 2007.
    Distribution Dates........... On the 25th day of each month, or if the 25th day is not a business day, on the
                                  succeeding business day beginning in February 2007.
    Assumed Final Distribution
    Date......................... The distribution date in February 2037, which is the distribution date in the month
                                  following the latest scheduled maturity date for the mortgage loans having original
                                  terms to maturity of 30 years. The actual final distribution date could be
                                  substantially earlier than February 2037.
    Type of Issuance............. Public for all the Offered Certificates.
    Offered Certificates......... Class A Certificates and Class M Certificates.
    Non Offered Certificates...... Class B Certificates, Class SB Certificates, Class P Certificates and Class R
                                  Certificates.
    Class A
    Certificates................. Class A-1, Class A-2 and Class A-3 Certificates.
    Class M                       Class M-1, Class M-2, Class M-3, Class M-4, Class M-5, Class M-6, Class M-7, Class
    Certificates................. M-8, and Class M-9 Certificates.
    LIBOR

Certificates and the Class A, Class M-1 through M-9 and Class B Certificates.

Servicer mortgagor Advancing:................... The Master Servicer is obligated to advance delinquent payments through the date of liquidation of an REO property to the extent the advance is deemed recoverable.

Form of Offered Certificates.. The Offered Certificates will be book-entry certificates.

Minimum Denominations......... $100,000 for the Class A, Class M-1, Class M-2 and Class M-3 Certificates and $250,000 for the Class M-4, Class M-5, Class M-6, Class M-7, Class M-8, Class M-9 and Class B Certificates.

Interest Accrual Periods...... The period commencing on the immediately preceding distribution date (or the closing date, in the case of the first accrual period) and ending on the day immediately preceding the related distribution date.

Day Count..................... Actual/360 basis for the LIBOR Certificates

Delay Days.................... 0 day delay on the LIBOR Certificates.

Prepayment Period............. As to any Distribution Date, the period commencing on the 16th day of the month prior to the month in which that Distribution Date occurs and ending on the 15th day of the month in which such Distribution Date occurs.

Compensating Interest......... On each distribution date, the Master Servicer is required to cover certain interest shortfalls as a result of certain prepayments, by reducing its servicing compensation, as more fully described in the term sheet supplement. The reduction in the Master Servicer's servicing compensation for any Distribution Date will be limited to an amount equal to the lesser of (i) the master servicing fee and investment earnings on the custodial account and (ii) the product of: (a) 0.125%, (b) one-twelfth and (c) the aggregate stated principal balance of the mortgage loans as of the first day of the prior month.

Optional Termination.......... On any distribution date on which the aggregate stated principal balance of the mortgage loans, after giving effect to distributions to be made on that distribution date, is less than 10% of the aggregate stated principal balance of the mortgage loans as of the cut-off date, the master servicer may, with the consent of Credit Suisse Securities (USA) LLC if a net interest margin transaction with respect to the Class SB Certificates is outstanding, but will not be required to: 1) purchase from the trust all of the remaining mortgage loans, causing an early retirement of the certificates; or 2) purchase all of the certificates.

ERISA Eligibility...... The Offered Certificates are expected to be eligible for purchase by or with assets of employee benefit plans and other plans and arrangements that are subject to Title I of ERISA or Section 4975 of the Code, subject to certain conditions as follows:

Prior to the termination of the Maturity Reserve Account, the Offered Certificates may be eligible for purchase by or with assets of employee benefit plans and other plans and arrangements that are subject to Title I of ERISA or Section 4975 of the Code if such plan or arrangement qualifies under one or more of the following investor-based exemptions:

Prohibited Transaction Class Exemption ("PTCE") 84-14, regarding transactions negotiated by independent "qualified professional asset managers";

PTCE 90-1, regarding investments by insurance company pooled separate accounts;

investment funds; or

general accounts; or

"in-house asset managers."

advisors as to whether the

rise to a transaction

Section 4975 of the Code or

and Class M-5 Certificates
for purposes of SMMEA.

treated as REMIC regular

the mortgage loans

million. Substantially all of

which adjusts monthly (after

upon an index rate equal

United States treasury

(the "MTA") index, or (b)

month U.S. dollar

either The Wall Street

residential mortgage loan

interest rate for each of

equal the sum of MTA and

subject to a periodic rate

maximum mortgage rate.

make a minimum monthly

in the mortgage note and

the conditions that (i)

increase by an amount that is

as of the fifth or tenth

every five years thereafter

monthly payment will be

above, in order to amortize

the remaining term to

balance exceeds 110% or

Interest (the "Negative

recast, without regard to

the then unpaid principal

period, the servicer will

SMMEA
Eligibility....................

Federal Income Tax
Consequences.................
Collateral
Description...................

PTCE 95-60, regarding investments by insurance company

PTCE 96-23, regarding transactions negotiated by certain

Prospective investors should review with their own legal

purchase and holding of the Certificates could give

prohibited or not otherwise permissible under ERISA,

other similar laws.

The Class A, Class M-1, Class M-2, Class M-3, Class M-4

are expected to constitute "mortgage related securities"

It is anticipated that the Offered Certificates will be

interests for tax purposes.

As of January 1, 2007, the aggregate principal balance of

described herein is expected to be approximately $630

the Mortgage Loans accrue interest at a mortgage rate

the initial fixed rate teaser period of one month) based

to (a) the 12-month moving average of the monthly yield on

securities adjusted to a constant maturity of one year

the average of the London interbank offered rates for one

deposits in the London market, generally as set forth in

Journal or some other source generally accepted in the

origination business (the "LIBOR index").

After the one month initial fixed rate teaser period, the

these MTA-indexed Mortgage Loans will adjust monthly to

the related gross margin. None of the Mortgage Loans are

adjustment cap. All of the Mortgage Loans are subject to a

For each of the Mortgage Loans, the related borrower must

payment which is subject to adjustment on a date specified

annually on the same date thereafter, subject generally to

the amount of the minimum monthly payment will not

more than 7.50% of the last minimum monthly payment, (ii)

anniversary of the first due date and on the same day

as well as the final payment adjustment date, the minimum

recast, without regard to the limitation in clause (i)

fully the then unpaid mortgage loan principal balance over

maturity, and (iii) if the unpaid mortgage loan principal

115% of the original principal balance due to Deferred

Amortization Limit"), the minimum monthly payment will be

the limitation in clause (i), in order to amortize fully

balance over the remaining term to maturity.

On each Distribution Date after the initial fixed rate

to the minimum monthly
include (i) interest only,
over the remaining
mortgage rate (except for
the payment of principal
although the mortgage loan will
from the due date of the
fully amortize the mortgage
Date at the current
available to the borrower if
above.

the monthly payment made
current mortgage rate on the
deficiency, the "Deferred
is then added to the
        The Mortgage Loans...........
loans secured by
all of the mortgage loans
adjustments that allow for negative

        Expense Fee Rate.............
fee and master servicing
reset date will be equal

payment described above.  Those payment options will
(ii) an amount that will fully amortize the mortgage loan
amortization term of the mortgage loan at the current
Balloon Loans, where the monthly payment will provide for
generally based on a 40 year amortization schedule
have a scheduled maturity date of approximately 30 years
first monthly payment), and (iii) an amount that will
loan over a period of 15 years from the first Distribution
mortgage rate.  Those payment options will only be
they are higher than the minimum monthly payment described
above.

Negative amortization on a Mortgage Loan will occur when
by the borrower is less than interest accrued at the
unpaid principal balance of the  Mortgage Loan (such
Interest").  The amount of the Deferred Interest, if any,
unpaid principal balance of the Mortgage Loan.
The Mortgage Loans will be secured by first lien mortgage
one-to-four family residential properties.  Substantially
are indexed to One-Year MTA with monthly coupon
amortization.

The "Expense Fee Rate" is comprised of primary servicing
fee rate.  The weighted average Expense Fee Rate before the
to approximately 0.425%.

        II.    Credit Enhancement

        The credit  enhancement  provided for the Certificates in the form of net monthly excess
cashflow,  subordination and
        overcollateralization.

        III.    Negative Amortization

        In the event that an increase in the mortgage  index causes  interest to accrue on a
mortgage  loan for a given month
        in excess of the minimum  monthly  payment  due for that  mortgage  loan,  the excess
interest  will be added to the
        outstanding principal balance of that mortgage loan in the form of negative  amortization
(referred to herein as the
        "Deferred  Interest").  The amount of Deferred Interest,  if any, for a given month, to
the extent not offset first
        by principal  prepayments on the mortgage loans received during the related prepayment
period, will reduce the amount
        of interest  collected  on the related mortgage loans and available to be distributed as a
distribution of interest to
        the certificates.
        IV.    Definitions

        Accrued Certificate
        Interest..................
Certificates,  the  amount  of
Accrual  Period  on  the  related
such  Distribution Date (or the
at the related  pass-through
shortfalls  and any  shortfalls

For any  Distribution  Date and each  class of  Offered
interest  accrued  during  the  related  Interest
Certificate  Principal  Balance  immediately  prior to
Closing Date in the case of the first Distribution  Date)
rate,  as  reduced  by  certain  prepayment  interest
resulting  from  the  application  of  the  Servicemembers
007

Interest allocated to that

Principal Prepayment......
received during the related

Net Monthly Excess
Cashflow.................
to the sum of (x) the excess

Distribution Date over the sum of (a)

that Distribution Date and

Distribution Date, and (y) the

Distribution Date.
Required
Overcollateralization
an amount equal to 0.80% of
Amount.....................
Loans as of the Cut-off Date,

Distribution Date in February

greater of (x) 2.00% of the

Loans after giving effect to

(y) the Overcollateralization

after the Distribution Date in

the greater of (x) 1.60% of

Mortgage Loans after giving effect

Distribution Date and (y) the

Stepdown Date if a Trigger Event

for the immediately preceding

Overcollateralization Amount will be fully

Overcollateralization Floor
balance of the Mortgage Loans as

Excess Overcollateralization
Amount.....................
excess, if any, of the

date over the Required

Overcollateralization
Amount.....................
any, of (a) the aggregate

giving effect to distributions

(b) the aggregate certificate

M Certificates and Class B

principal to be made on that

Overcollateralization
to the lesser of (i) the Net
Increase Amount.............
the extent not used to cover

Overcollateralization Amount

Overcollateralization Amount for that

Net Deferred Interest.......
Mortgage Loans over principal

accruing at rates in excess of

similar state statutes) and reduced by any Net Deferred class.

The principal portion of all partial and full prepayments prepayment period.

With respect to any Distribution Date, an amount equal of the available distribution amount for that the interest distribution amount for the certificates on (b) the Principal Remittance Amount for that Overcollateralization Reduction Amount, if any, for that

For any Distribution Date (i) prior to the Stepdown Date, the aggregate stated principal balance of the Mortgage (ii) on or after the Stepdown Date but prior to the 2013 provided a Trigger Event is not in effect, the aggregate stated principal balance of the Mortgage distributions to be made on that Distribution Date and Floor, (iii) on or after the Stepdown Date and on or February 2013 provided a Trigger Event is not in effect, the then aggregate stated principal balance of the to distributions to be made on that Overcollateralization Floor, or (iv) on or after the is in effect, the Required Overcollateralization Amount Distribution Date. The initial Required funded on the Closing Date.

An amount equal to 0.50% of the aggregate principal of the Cut-Off Date, or approximately $3,150,000.

With respect to any distribution date, the Overcollateralization Amount on that distribution Overcollateralization Amount for that distribution date.

With respect to any Distribution Date, the excess, if stated principal balance of the Mortgage Loans before of principal to be made on that Distribution Date, over principal balance of the Class A Certificates, Class Certificates before taking into account distributions of Distribution Date.

With respect to any Distribution Date, an amount equal Monthly Excess Cashflow for that Distribution Date (to losses) and (ii) the excess, if any, of (x) the Required for that Distribution Date over (y) the Distribution Date.

The excess if any of the Deferred Interest on prepayments and interest received on mortgage loans

LIBOR Certificates for that Deferred Interest on that

Overcollateralization

Excess Overcollateralization Reduction Amount............ other distributions to be made amount equal to the lesser of (i) Distribution Date, and (ii) the

Stepdown Date............... immediately following the been reduced to zero and (B) occurring in February 2010 and (y) Enhancement Percentage is equal to or Date prior to the Distribution Distribution Date on or after the

Senior Enhancement Percentage.................. Percentage will be equal to a the aggregate certificate B Certificates immediately Overcollateralization Amount immediately which is the aggregate stated effect to distributions to be

Trigger Event............... Distribution Date if either (a) on Percentage, as determined on distribution date on or after date in January 2012, 30.77% distribution date or (ii) with respect date in February 2012, 38.46% distribution date or (b) on or after amount of realized losses stated principal balance of

on the Distribution Date, to the extent available to cover Distribution Date.

With respect to any Distribution Date for which the Amount is, or would be, after taking into account all on that Distribution Date, greater than zero, an the Excess Overcollateralization Amount prior to that Principal Remittance Amount for that Distribution Date.

The earlier to occur of (A) the Distribution Date Distribution Date on which the Class A Certificates have the later to occur of (x) the Distribution Date the first Distribution Date on which the Senior greater than approximately (a) on any Distribution Date in February 2013, 22.75% and (b) on any Distribution Date in February 2013, 18.200%.

On any Distribution Date, the Senior Enhancement fraction, the numerator of which is the sum of (x) principal balance of the Class M Certificates and Class prior to that Distribution Date and (y) the prior to that Distribution Date, and the denominator of principal balance of the Mortgage Loans after giving made on that Distribution Date.

A Trigger Event is in effect with respect to any or after the Stepdown Date the Sixty-Plus Delinquency that Distribution Date, exceeds (i) with respect to any the Stepdown Date up to and including the distribution of the Senior Enhancement Percentage for that to any distribution date on or after the distribution of the Senior Enhancement Percentage for that the Distribution Date in February 2009 the aggregate allocated as a percentage of the Cut-Off Date aggregate the Mortgage Loans exceeds the values defined below:

| Distribution Date | Cumulative Realized Loss Percentage: |
| --- | --- |
| February 2009 - January 2010 0.250% for each | 0.200% for the first month, plus an additional 1/12th of month thereafter |
| February 2010 - January 2011 0.300% for each | 0.450% for the first month, plus an additional 1/12th of month thereafter |
| February 2011 - January 2012 0.350% for each | 0.750% for the first month, plus an additional 1/12th of month thereafter |

| | |
|---|---|
| February 2012 - January 2013 0.400% for each | 1.100% for the first month, plus an additional 1/12th of month thereafter |
| February 2013 - January 2014 0.150% for each | 1.500% for the first month, plus an additional 1/12th of month thereafter |
| February 2014 and thereafter | 1.650% |

Sixty-Plus Delinquency Stepdown Date, the arithmetic Percentage................... with such Distribution Date,

(x) the aggregate stated

or more days delinquent in

Date, including mortgaged

aggregate stated principal

that Distribution Date.

Net Mortgage Rate........... mortgage rate thereon minus the

Net Rate Cap......... LIBOR Certificates, the lesser Rate.

Net WAC Cap Rate............ (which will not be less than

Rates of the mortgage loans

scheduled payments due on such

immediately preceding the month in

a fraction expressed as a

denominator of which is the actual

Available Funds Rate........ equal to the product of (x)

prepayment amounts received on

Distribution Date and (y) a

denominator of which is the aggregate

the due date occurring in the

(after giving effect to principal

prior due date), adjusted to an

Interest Remittance received or advanced with respect Amount.....................

Basis Risk Shortfall....... Class M Certificates and Class B

to the excess of (i) Accrued

rate equal to One-Month LIBOR

Certificate Interest for that class

the Net WAC Cap Rate for such

Basis Risk Shortfall Reserve behalf of the trust into an

With respect to any Distribution Date on or after the average, for each of the three Distribution Dates ending of the fraction, expressed as a percentage, equal to principal balance of the Mortgage Loans that are 60 payment of principal and interest for that Distribution loans in bankruptcy, foreclosure and REO, over (y) the balance of all of the Mortgage Loans immediately preceding With respect to any Mortgage Loan, the per annum Expense Fee Rate.

With respect to any Distribution Date and any class of of (i) the Net WAC Cap Rate and (ii) the Available Funds With respect to any Distribution Date, a per annum rate zero) equal to the weighted average of the Net Mortgage using the Net Mortgage Rates in effect for the mortgage loans as of the end of the calendar month which such distribution date occurs, multiplied by percentage, the numerator of which is 30 and the number of days in the related Interest Accrual Period.

With respect to any Distribution Date, a per annum rate the Interest Remittance Amount plus full and partial the loans and available to be distributed on that fraction, the numerator of which is 12 and the stated principal balance of the mortgage loans as of month preceding the month of such Distribution Date prepayments in the prepayment period related to that actual/360 rate.

With respect to any distribution date, the interest to the Mortgage Loans, net of the Expense Fee.

With respect to any class of Class A Certificates, Certificates and any Distribution Date, an amount equal Certificate Interest for that class calculated at a plus the related Margin, over (ii) Accrued calculated assuming the Net Rate Cap was equal to Distribution Date,

On the closing date, the depositor will deposit funds, on

010

shortfall reserve fund, which are
shortfall of interest on the
Certificates on the first
mortgage loans are still in their
the net mortgage rates on the
related margin on the Class A
Certificates on such distribution
a shortfall of interest on
the Net WAC Cap Rate, amounts
fund and paid to the Class A
Certificates on the initial
shortfall to the extent of
fund will then be closed and
Suisse Securities (USA) LLC

Basis Risk Shortfall
Class M Certificates and Class
Carryforward Amount........
equal to the amount of related
shortfall from prior Distribution
previously paid from Net Monthly
Fund, at a rate equal to
Distribution Date.

Prepayment Interest
aggregate shortfall, if any, in
Shortfall...................
prepayments on the Mortgage Loans
result because interest on
prepayment, and because no
these prepayments in part are
the Mortgage Loans as of the
No assurance can be given
Shortfalls will be sufficient
covered by Eligible Master
allocated to a class of Offered and
then applicable pass-through
certificates and will be paid, together
Dates only to the extent of any
Date.

Relief Act Shortfalls......
if any, in collections of
Act or similar legislation or
available Net Monthly Excess
"Net Monthly Excess Cashflow
the Offered and Non Offered
Monthly Excess Cashflow will

estimated to approximate the amount of any potential
Class A Certificates, Class M Certificates and Class B
distribution date due to the fact that certain
initial fixed rate period and the weighted average of
mortgage loans will be less than the index plus the
Certificates, Class M Certificates and Class B
date. To the extent any such class of certificates has
the initial distribution date due to the application of
will be withdrawn from the basis risk shortfall reserve
Certificates, Class M Certificates and Class B
distribution date to the extent necessary to reduce that
available funds. The basis risk shortfall reserve
amounts on deposit therein will be distributed to Credit
or its designee.
With respect to any Class of the Class A Certificates,
B Certificates and any Distribution Date, an amount
Basis Risk Shortfall, plus any unpaid Basis Risk
Dates, plus interest thereon to the extent not
Excess Cash Flow or the Basis Risk Shortfall Reserve
one-month LIBOR plus the related margin for the current
With respect to any Distribution Date, the
collections of interest resulting from mortgagor
during the Prepayment Period. These shortfalls will
prepayments in full is distributed only to the date of
interest is distributed on prepayments in part, as
applied to reduce the outstanding principal balance of
due date immediately preceding the date of prepayment.
that the amounts available to cover Prepayment Interest
therefor. Any Prepayment Interest Shortfalls not
Servicing Compensation or Excess Cash Flow and
Non Offered Certificates will accrue interest at the
rate on that class of Offered and Non Offered
with the interest thereon, on future Distribution
Excess Cashflow available therefor on that Distribution
With respect to any Distribution Date, the shortfall,
interest resulting from the Servicemembers Civil Relief
regulation. Relief Act Shortfalls will be covered by
Cashflow in the current period only as described under
Distributions." Any Relief Act Shortfalls allocated to
Certificates for the current period not covered by Net

011

on a pro rata basis among the

    Interest Distribution Amount...................... of LIBOR Certificates, the that distribution date plus any any prior distribution date, extent distributed to the holders

    Interest Carryforward Amount.................... LIBOR Certificates, the sum of rate is equal to the Available Certificate Interest for such class was equal to the Net WAC Cap class assuming the Net Rate Cap Funds Rate and (b) interest on prior Distribution Date that One-Month LIBOR plus the distribution date.

    Interest Distributions.... (less prepayment interest Deferred Interest and Relief Act Certificates, Class M Certificates available distribution amount as of the master servicing and priority:

certificates.

With respect to any distribution date and any class aggregate amount of Accrued Certificate Interest for Accrued Certificate Interest remaining unpaid from together with interest thereon, in each case to the of the LIBOR Certificates.

With respect to any Distribution Date and any class of (a) on any Distribution Date on which the pass-through Funds Rate, the excess, if any, of (i) Accrued assuming the Net Rate Cap for such Distribution Date Rate over (ii) Accrued Certificate Interest for such for such Distribution Date was equal to the Available the amount calculated pursuant to clause (a) for any remains unreimbursed at a rate equal to the lesser of (x) related Margin and (y) the Net WAC Cap Rate for such

On each Distribution Date, accrued and unpaid interest shortfalls not covered by compensating interest, Net Shortfalls) will be paid to the holders of Class A and Class B Certificates to the extent of the described in the term sheet supplement (after payment primary-servicing fees) in the following order of

| | |
|---|---|
| (i) | to the Class A Certificates, pro rata; |
| (ii) | to the Class M-1 Certificates; |
| (iii) | to the Class M-2 Certificates; |
| (iv) | to the Class M-3 Certificates; |
| (v) | to the Class M-4 Certificates; |
| (vi) | to the Class M-5 Certificates; |
| (vii) | to the Class M-6 Certificates; |
| (viii) | to the Class M-7 Certificates; |
| (ix) | to the Class M-8 Certificates; |
| (x) | to the Class M-9 Certificates; and |
| (xi) | To the Class B Certificates. |

    Principal Payments........ to the Class A Certificates, A-3 Certificates, pro rata, reduced to zero.

be subordinate to the Class A payments until on or after the unless the aggregate certificate reduced to zero. In such case,

The Class A Principal Distribution Amount, with respect will be distributed to the Class A-1, Class A-2 and Class until their Certificate Principal Balances have been

The Class M Certificates and Class B Certificates will Certificates, and will not receive any principal Stepdown Date, or if a Trigger Event is in effect, principal balance of the Class A Certificates has been

012

will receive any remaining

case until the principal

is not in effect, or if the

Certificates has been reduced

will be distributed in the

Certificates, the Class M-1 Principal

the Class M-2 Principal

the Class M-3 Principal

the Class M-4 Principal

the Class M-5 Principal

the Class M-6 Principal

the Class M-7 Principal

the Class M-8 Principal

the Class M-9 Principal

Certificates, the Class B Principal

principal balance thereof has

Principal Distribution
Amount.....................
of (a) the excess of (i) the

Distribution Amount and (b) the

scheduled monthly payments on the

with respect to the related due

the repurchase of mortgage

substitution, amounts representing a

the pooling and servicing

month;

unscheduled collections received

calendar month other than

limitation, Insurance

except to the extent applied to

partial Principal Prepayments made

extent not distributed in the

Principal Prepayments in full,

for that distribution date

Realized Losses allocated to

Certificates and Class B

principal distribution amount sequentially in each

distribution amount thereof has been reduced to zero.

On or after the Stepdown Date and if a Trigger Event

aggregate certificate principal balance of the Class A

to zero, the remaining principal distribution amount

following order of priority: to the Class M-1

Distribution Amount, to the Class M-2 Certificates,

Distribution Amount, to the Class M-3 Certificates,

Distribution Amount, to the Class M-4 Certificates,

Distribution Amount, to the Class M-5 Certificates,

Distribution Amount, to the Class M-6 Certificates,

Distribution Amount, to the Class M-7 Certificates,

Distribution Amount, to the Class M-8 Certificates,

Distribution Amount, to the Class M-9 Certificates,

Distribution Amount, and to the Class B

Distribution Amount in each case until the certificate

been reduced to zero.

With respect to any Distribution Date, the lesser

Available Distribution Amount over (ii) the Interest

sum of the following:

(i)    the principal portion of all
       mortgage loans received or advanced
       period;

(ii)   the principal portion of all proceeds of
       loans, or, in the case of a
       principal adjustment, as required by
       agreement during the preceding calendar

(iii)  the principal portion of all other
       on the
       mortgage loans during the preceding
       Subsequent Recoveries, including, without
       Proceeds, Liquidation Proceeds and,
       offset Deferred Interest, full and
       by the respective mortgagors, to the
       preceding month or, in the case of
       during the related Prepayment Period;

(iv)   the lesser of (a) Subsequent Recoveries
       and (b) the principal portion of any
       the Class A Certificates, Class M
       Certificates on a prior distribution date

013

for that distribution date,

above on such distribution

any Realized Losses incurred,

mortgage loans in the

distribution date to the extent

distribution date

(v)    the lesser of (a) the Excess Cash Flow
to the extent not used in clause (iv)
date, and (b) the principal portion of
or deemed to have been incurred, on any
calendar month preceding that
covered by Excess Cash Flow for that

for that distribution date,

and (v) above on such

any Overcollateralization

date;

(vi)    the lesser of (a) the Excess Cash Flow
to the
extent not used pursuant to clauses (iv)
distribution date, and (b) the amount of
Increase Amount for that distribution

minus

Reduction Amount for that

Amount.

(vii)    the amount of any Overcollateralization
distribution date; and
(viii)    any related Capitalization Reimbursement

In no event will the Principal  Distribution  Amount on
than zero or greater than the aggregate  outstanding
the LIBOR certificates.

any distribution  date be less
Certificate Principal Balance of
        Principal Remittance
        Amount...................
amounts:   (i) the  principal
Mortgage Loans received or advanced
principal portion of all proceeds of
case of  substitution,  amounts
the  pooling  and  servicing
the principal portion of all
loans during the  preceding
including,  without  limitation,
the extent applied to offset
Prepayments  made by the  respective
preceding  month or, in the  case of
Prepayment Period.
        Class M-1 Principal
        Distribution Amount.....

For  any Distribution Date,  the sum of the  following
portion of all scheduled  monthly  payments on the
with respect to the related due period;  (ii) the
the  repurchase  of the  Mortgage  Loans  or,  in the
representing  a  principal  adjustment  as  required  in
agreement during the preceding  calendar month; and (iii)
other  unscheduled  collections  received  on the mortgage
calendar  month  other  than  Subsequent  Recoveries,
Insurance Proceeds,  Liquidation  Proceeds and, except to
Deferred  Interest,  full and partial  Principal
mortgagors,  to the extent not  distributed in the
Principal Prepayments in full, during the related

Date if a Trigger Event is in

Principal  Distribution  Amount for

Class A  Principal  Distribution

With respect to any Distribution Date:
prior to the Stepdown  Date or on or after the Stepdown
effect for that Distribution  Date, the remaining
that  Distribution  Date  after  distribution  of the
Amount, or

is not  in  effect  for  that
Principal  Distribution  Amount
Class A  Principal  Distribution

on or  after  the  Stepdown  Date  if a  Trigger  Event
Distribution  Date,  the  lesser of: (i) the remaining
for that  Distribution Date after  distribution of the
Amount; and (ii) the excess of (a) the sum of (1) the

014

aggregate   certificate principal

account the payment of the

Distribution  Date)  and  (2)  the

Certificates  immediately prior to that

product  of  (1)  82.751%  for  any

February 2013 and 86.201% for any

February  2013  and  (2)  the

Loans after  giving  effect  to

and  (y)  the  aggregate  stated

effect  to  distributions  to  be

Overcollateralization Floor.
        Class M-2 Principal
        Distribution Amount.....

Date if a Trigger Event is in

Principal  Distribution  Amount  for

Class A  Principal  Distribution

is  not  in  effect  for  that

Principal  Distribution  Amount

Class A Principal  Distribution

and (ii) the excess of (a) the

of the Class A and Class M-1

of  the  Class  A  Principal

Amount for that Distribution

the  Class  M-2  Certificates

lesser of (x) the product of

Distribution Date in February 2013

Distribution  Date in February

the  Mortgage  Loans  after

Distribution  Date  and  (y)  the

Loans after  giving  effect  to

less  the  Overcollateralization
        Class M-3 Principal
        Distribution Amount.....

Date if a Trigger Event is in

Principal  Distribution  Amount  for

Class A  Principal  Distribution

Class M-2 Principal Distribution

is  not  in  effect  for  that

Principal  Distribution  Amount  for

balance  of  the  Class  A  Certificates  (after  taking  into

Class  A  Principal  Distribution  Amount  for  that

certificate principal balance of the Class M-1

Distribution  Date  over  (b)  the  lesser  of  (x)  the

Distribution  Date prior to the Distribution Date in

Distribution  Date on or after  the  Distribution  Date in

aggregate stated  principal  balance  of  the  Mortgage

distributions  to be made on  that  Distribution  Date

principal  balance of the Mortgage  Loans after giving

made on that Distribution Date, less the

With respect to any Distribution Date:

prior  to the Stepdown  Date or on or after the Stepdown

effect for that Distribution  Date, the remaining

that  Distribution  Date  after  distribution  of  the

Amount and Class M-1 Principal Distribution Amount, or

on  or  after  the  Stepdown Date  if a  Trigger  Event

Distribution  Date,  the lesser of: (i) the remaining

for that  Distribution Date after  distribution  of the

Amount and Class M-1  Principal  Distribution  Amount;

sum of (1) the aggregate  certificate  principal  balance

Certificates  (after  taking  into  account  the  payment

Distribution Amount and Class M-1 Principal  Distribution

Date)  and  (2)  the  certificate principal  balance  of

immediately  prior to that Distribution Date over (b) the

(1)  86.875% for any Distribution  Date prior to the

and 89.500% for any Distribution  Date on or after the

2013 and (2) the aggregate  stated  principal  balance of

giving  effect  to  distributions  to be made on that

aggregate  stated  principal  balance of the  Mortgage

distributions  to be made on that  Distribution  Date,

Floor.

With respect to any Distribution Date:

prior  to the Stepdown  Date or on or after the Stepdown

effect for that Distribution  Date, the remaining

that  Distribution  Date  after  distribution  of  the

Amount, Class M-1 Principal  Distribution Amount, and

Amount, or

on  or  after  the  Stepdown  Date  if  a  Trigger  Event

Distribution Date, the lesser of: (i) the remaining

that  Distribution  Date  after  distribution  of  the

015

Class A  Principal Distribution

and the Class M-2  Principal
sum of (1)  the  aggregate
and Class M-2  Certificates
Principal  Distribution  Amount,
M-2 Principal  Distribution
certificate  principal balance of the
Distribution  Date  over (b)  the
Distribution  Date  prior  to  the
Distribution  Date on or after
aggregate stated principal balance
distributions  to be  made on that
principal  balance of the  Mortgage
that Distribution  Date, less

  Class M-4 Principal
  Distribution Amount.....

Date if a Trigger Event is in
Principal  Distribution  Amount for
Class A  Principal  Distribution
M-2 Principal  Distribution

is not  in effect  for  that
Principal  Distribution  Amount for
Class A  Principal  Distribution
the  Class  M-2  Principal
Distribution  Amount;  and (ii) the
principal balance of the Class
(after  taking into  account the
the  Class  M-1  Principal
Distribution  Amount and the Class M-3
Date) and (2) the  certificate
immediately  prior  to  that
product  of (1)  90.751%  for any
February 2013 and 92.601% for any
February  2013 and (2) the
Loans after  giving  effect to
and (y) the  aggregate  stated
effect to  distributions  to be
Overcollateralization Floor.
  Class M-5 Principal
  Distribution Amount:....

Amount,  the Class  M-1  Principal  Distribution

Distribution  Amount;  and (ii)  the  excess  of (a)  the
certificate principal  balance of the Class A,  Class M-1
(after taking into account the payment of the Class A
the Class M-1 Principal  Distribution Amount and the Class
Amount for that  Distribution  Date) and (2) the
Class  M-3  Certificates  immediately  prior  to  that
lesser of (x) the  product  of (1)  88.625%  for any
Distribution  Date in February 2013 and 90.900% for any
the Distribution  Date in February 2013 and (2) the
of the  Mortgage  Loans  after  giving  effect  to
Distribution  Date and (y) the  aggregate  stated
Loans after  giving effect to distributions to be made on
the Overcollateralization Floor.

With respect to any Distribution Date:

prior to the Stepdown  Date or on or after the Stepdown
effect for that Distribution  Date, the remaining
that Distribution  Date after  distribution  of the
Amount,  Class M-1 Principal  Distribution  Amount,  Class
Amount and Class M-3 Principal Distribution Amount, or
on or  after  the  Stepdown  Date  if a  Trigger Event
Distribution  Date, the lesser of: (i) the remaining
that Distribution  Date after  distribution  of the
Amount,  the  Class  M-1  Principal  Distribution  Amount,
Distribution  Amount and the Class M-3  Principal
excess of (a) the sum of (1) the aggregate  certificate
A, Class M-1,  Class  M-2 and Class M-3  Certificates
payment  of the  Class A  Principal  Distribution  Amount,
Distribution  Amount,  the Class M-2 Principal
Principal  Distribution  Amount for that  Distribution
principal  balance  of  the  Class  M-4  Certificates
Distribution  Date  over (b)  the  lesser of (x) the
Distribution  Date prior to the Distribution Date in
Distribution  Date on or after  the  Distribution  Date in
aggregate stated principal  balance of the  Mortgage
distributions  to be made on  that  Distribution  Date
principal  balance of the Mortgage  Loans after giving
made on that Distribution  Date, less the

With respect to any Distribution Date:
prior to the Stepdown  Date or on or after the Stepdown

Date if a Trigger Event is in

Principal Distribution Amount for

Class A Principal Distribution

M-2 Principal Distribution

M-4 Principal Distribution

is not in effect for that

Principal Distribution Amount for

Class A Principal Distribution

Class M-2 Principal Distribution

the Class M-4 Principal

sum of (1) the aggregate

1, Class M-2, Class M-3 and

the payment of the Class A

Distribution Amount, Class

Distribution Amount and the

Distribution Date) and (2) the

Certificates immediately prior to that

product of (1) 92.001% for any

February 2013 and 93.601% for any

February 2013 and (2) the

Loans after giving effect to

and (y) the aggregate stated

effect to distributions to be

Overcollateralization Floor.
         Class M-6 Principal
         Distribution Amount.....

Date if a Trigger Event is in

Principal Distribution Amount for

Class A Principal Distribution

M-2 Principal Distribution

M-4 Principal Distribution

is not in effect for that

Principal Distribution Amount for

Class A Principal Distribution

Class M-2 Principal Distribution

Class M-4 Principal Distribution

and (ii) the excess of (a)

balance of the Class A, Class M-1,

Certificates (after taking into account

effect for that Distribution Date, the remaining

that Distribution Date after distribution of the

Amount, Class M-1 Principal Distribution Amount, Class

Amount, Class M-3 Principal Distribution Amount and Class

Amount, or

on or after the Stepdown Date if a Trigger Event

Distribution Date, the lesser of: (i) the remaining

that Distribution Date after distribution of the

Amount, the Class M-1 Principal Distribution Amount,

Amount, Class M-3 Principal Distribution Amount and

Distribution Amount; and (ii) the excess of (a) the

certificate principal balance of the Class A, Class M-

Class M-4 Certificates (after taking into account

Principal Distribution Amount, the Class M-1 Principal

M-2 Principal Distribution Amount, Class M-3 Principal

Class M-4 Principal Distribution Amount for that

certificate principal balance of the Class M-5

Distribution Date over (b) the lesser of (x) the

Distribution Date prior to the Distribution Date in

Distribution Date on or after the Distribution Date in

aggregate stated principal balance of the Mortgage

distributions to be made on that Distribution Date

principal balance of the Mortgage Loans after giving

made on that Distribution Date, less the

With respect to any Distribution Date:

prior to the Stepdown Date or on or after the Stepdown

effect for that Distribution Date, the remaining

that Distribution Date after distribution of the

Amount, Class M-1 Principal Distribution Amount, Class

Amount, Class M-3 Principal Distribution Amount, Class

Amount and Class M-5 Principal Distribution Amount, or

on or after the Stepdown Date if a Trigger Event

Distribution Date, the lesser of: (i) the remaining

that Distribution Date after distribution of the

Amount, the Class M-1 Principal Distribution Amount,

Amount, Class M-3 Principal Distribution Amount, the

Amount and the Class M-5 Principal Distribution Amount;

the sum of (1) the aggregate certificate principal

Class M-2, Class M-3, Class M-4 and Class M-5

the payment of the Class A Principal Distribution

017

Amount, the product of (1)
Amount, Class M-3 Principal
Amount and the Class M-5
Date) and (2) the certificate
immediately prior to that
product of (1) 93.251% for any
February 2013 and 94.601% for any
February 2013 and (2) the
Loans after giving effect to
and (y) the aggregate stated
effect to distributions to be
Overcollateralization Floor.
    Class M-7 Principal
    Distribution Amount....

Date if a Trigger Event is in
Principal Distribution Amount for
Class A Principal Distribution
M-2 Principal Distribution
M-4 Principal Distribution
M-6 Principal Distribution


is not in effect for that
Principal Distribution Amount for
Class A Principal Distribution
Class M-2 Principal Distribution
Class M-4 Principal Distribution
and the Class M-6 Principal
sum of (1) the aggregate
Class M-2, Class M-3, Class
into account the payment of
M-1 Principal Distribution
M-3 Principal Distribution
M-5 Principal Distribution
for that Distribution Date)
M-7 Certificates immediately
(x) the product of (1) 94.501%
in February 2013 and 95.601%
Date in February 2013 and (2)
Loans after giving effect to
and (y) the aggregate stated
effect to distributions to be

Distribution Amount, Class M-2 Principal Distribution
Distribution Amount, Class M-4 Principal Distribution
Principal Distribution Amount for that Distribution
principal balance of the Class M-6 Certificates
Distribution Date over (b) the lesser of (x) the
Distribution Date prior to the Distribution Date in
Distribution Date on or after the Distribution Date in
aggregate stated principal balance of the Mortgage
distributions to be made on that Distribution Date
principal balance of the Mortgage Loans after giving
made on that Distribution Date, less the

With respect to any Distribution Date:
prior to the Stepdown Date or on or after the Stepdown
effect for that Distribution Date, the remaining
that Distribution Date after distribution of the
Amount, Class M-1 Principal Distribution Amount, Class
Amount, Class M-3 Principal Distribution Amount, Class
Amount, Class M-5 Principal Distribution Amount and Class
Amount, or
on or after the Stepdown Date if a Trigger Event
Distribution Date, the lesser of: (i) the remaining
that Distribution Date after distribution of the
Amount, the Class M-1 Principal Distribution Amount,
Amount, Class M-3 Principal Distribution Amount, the
Amount, the Class M-5 Principal Distribution Amount
Distribution Amount; and (ii) the excess of (a) the
certificate principal balance of the Class A, Class M-1,
M-4, Class M-5 and Class M-6 Certificates (after taking
the Class A Principal Distribution Amount, the Class
Amount, Class M-2 Principal Distribution Amount, Class
Amount, Class M-4 Principal Distribution Amount, Class
Amount and the Class M-6 Principal Distribution Amount
and (2) the certificate principal balance of the Class
prior to that Distribution Date over (b) the lesser of
for any Distribution Date prior to the Distribution Date
for any Distribution Date on or after the Distribution
the aggregate stated principal balance of the Mortgage
distributions to be made on that Distribution Date
principal balance of the Mortgage Loans after giving
made on that Distribution Date, less the

018

Overcollateralization Target Amount....

Class M-8 Principal
Distribution Amount....

Date if a Trigger Event is in

Principal    Distribution    Amount for

Class A    Principal    Distribution

M-2 Principal    Distribution

M-4 Principal    Distribution

M-6 Principal    Distribution


is not    in    effect    for    that

Principal    Distribution Amount for

Class A    Principal    Distribution

Class M-2 Principal    Distribution

Class M-4 Principal    Distribution

the    Class    M-6    Principal

Distribution    Amount;    and (ii) the

principal balance of the Class

M-5,    Class M-6 and Class M-7

of    the    Class    A    Principal

Distribution    Amount,    Class    M-2

Distribution    Amount, Class M-4

Distribution    Amount, Class M-6

Principal    Distribution    Amount for

principal    balance of the Class M-8

Date over (b)    the    lesser of (x)

prior    to    the    Distribution    Date

on or after    the    Distribution

principal    balance of the Mortgage

that    Distribution    Date and

Mortgage Loans after giving effect

less the    Overcollateralization

Class M-9 Principal
Distribution Amount....

Date if a Trigger Event is in

Principal    Distribution    Amount for

Class A    Principal    Distribution

M-2 Principal    Distribution

M-4 Principal    Distribution

M-6 Principal    Distribution

M-8 Principal    Distribution

With respect to any Distribution Date:

prior to the Stepdown    Date or on or after the Stepdown

effect for that Distribution    Date, the remaining

that    Distribution    Date    after    distribution    of    the

Amount,    Class M-1 Principal    Distribution    Amount,    Class

Amount,    Class M-3 Principal    Distribution    Amount,    Class

Amount,    Class M-5 Principal    Distribution    Amount,    Class

Amount and Class M-7 Principal Distribution Amount, or

on    or    after    the    Stepdown    Date    if    a    Trigger    Event

Distribution    Date, the lesser of: (i) the remaining

that    Distribution    Date    after    distribution    of    the

Amount, the Class M-1 Principal    Distribution Amount,

Amount, Class M-3 Principal    Distribution Amount, the

Amount,    the    Class    M-5    Principal    Distribution    Amount,

Distribution    Amount and the Class M-7    Principal

excess of (a) the sum of (1) the aggregate    certificate

A, Class M-1,    Class M-2,    Class M-3,    Class M-4,    Class

Certificates    (after    taking    into    account    the    payment

Distribution    Amount,    the    Class    M-1    Principal

Principal    Distribution    Amount,    Class M-3 Principal

Principal    Distribution    Amount,    Class M-5 Principal

Principal    Distribution    Amount and the Class M-7

that    Distribution    Date) and (2) the certificate

Certificates    immediately    prior to that    Distribution

the product of (1) 95.500% for any Distribution    Date

in February 2013 and 96.400% for any    Distribution    Date

Date in February 2013 and (2) the aggregate stated

Loans after giving effect to    distributions to be made on

(y) the aggregate stated    principal    balance of the

to distributions to be made on that Distribution Date,

Floor.

With respect to any Distribution Date:

prior to the Stepdown    Date or on or after the Stepdown

effect for that Distribution    Date, the remaining

that    Distribution    Date    after    distribution    of    the

Amount,    Class M-1 Principal    Distribution    Amount,    Class

Amount,    Class M-3 Principal    Distribution    Amount,    Class

Amount,    Class M-5 Principal    Distribution    Amount,    Class

Amount, Class M-7 Principal    Distribution Amount and Class

Amount, or

019

is not in effect for that Principal Distribution Amount for Class A Principal Distribution Class M-2 Principal Distribution Class M-4 Principal Distribution the Class M-6 Principal Distribution Amount and the Class M-8 of (a) the sum of (1) the Class M-1, Class M-2, Class Class M-8 Certificates (after Distribution Amount, the Principal Distribution Amount, Principal Distribution Amount, Principal Distribution Amount, the M-8 Principal Distribution certificate principal balance of the Distribution Date over (b) the Distribution Date prior to the Distribution Date on or after aggregate stated principal balance distributions to be made on that principal balance of the Mortgage that Distribution Date, less

      Class B Principal
      Distribution Amount.....

Date if a Trigger Event is in Principal Distribution Amount for Class A Principal Distribution M-2 Principal Distribution M-4 Principal Distribution M-6 Principal Distribution M-8 Principal Distribution or

is not in effect for that Principal Distribution Amount for Class A Principal Distribution Class M-2 Principal Distribution Class M-4 Principal Distribution the Class M-6 Principal

on or after the Stepdown Date if a Trigger Event Distribution Date, the lesser of: (i) the remaining that Distribution Date after distribution of the Amount, the Class M-1 Principal Distribution Amount, Amount, Class M-3 Principal Distribution Amount, the Amount, the Class M-5 Principal Distribution Amount, Distribution Amount, the Class M-7 Principal Principal Distribution Amount; and (ii) the excess aggregate certificate principal balance of the Class A, M-3, Class M-4, Class M-5, Class M-6, Class M-7 and taking into account the payment of the Class A Principal Class M-1 Principal Distribution Amount, Class M-2 Class M-3 Principal Distribution Amount, Class M-4 Class M-5 Principal Distribution Amount, Class M-6 Class M-7 Principal Distribution Amount and the Class Amount for that Distribution Date) and (2) the Class M-9 Certificates immediately prior to that lesser of (x) the product of (1) 96.750% for any Distribution Date in February 2013 and 97.400% for any the Distribution Date in February 2013 and (2) the of the Mortgage Loans after giving effect to Distribution Date and (y) the aggregate stated Loans after giving effect to distributions to be made on the Overcollateralization Floor.

With respect to any Distribution Date:
prior to the Stepdown Date or on or after the Stepdown effect for that Distribution Date, the remaining that Distribution Date after distribution of the Amount, Class M-1 Principal Distribution Amount, Class Amount, Class M-3 Principal Distribution Amount, Class Amount, Class M-5 Principal Distribution Amount, Class Amount, Class M-7 Principal Distribution Amount, Class Amount, and the Class M-9 Principal Distribution Amount,

on or after the Stepdown Date if a Trigger Event Distribution Date, the lesser of: (i) the remaining that Distribution Date after distribution of the Amount, the Class M-1 Principal Distribution Amount, Amount, Class M-3 Principal Distribution Amount, the Amount, the Class M-5 Principal Distribution Amount, Distribution Amount, the Class M-7 Principal

020

Distribution for that Distribution Date, the
Principal Distribution Amount; and

certificate principal balance of

4, Class M-5, Class M-6, Class

into account the payment of

M-1 Principal Distribution

M-3 Principal Distribution

M-5 Principal Distribution

Class M-7 Principal Distribution

and the Class M-9 Principal

the certificate principal

that Distribution Date over

Distribution Date prior to

any Distribution Date on or

aggregate stated principal

distributions to be made on that

principal balance of the Mortgage

that Distribution Date, less

Net Monthly Excess Cashflow
Distributions............
Cashflow will be distributed among

Amount, to pay to holders of

then entitled to receive

(as described above), the

previously allocated to reduce

any Class A Certificates

Class M Certificates and Class

unreimbursed, but only to the extent of

Amount, to pay to the holders

the Class A-1 Certificates),

Certificates in reduction of their

principal portion of realized

for the preceding calendar

Increase Amount to the class or

to receive distributions in

Certifiates, Class M Certificates

based on Prepayment Interest

amount of any Prepayment Interest

Principal Distribution Amount, and the Class M-9
(ii) the excess of (a) the sum of (1) the aggregate
the Class A, Class M-1, Class M-2, Class M-3, Class M-
M-7, Class M-8 and Class M-9 Certificates (after taking
the Class A Principal Distribution Amount, the Class
Amount, Class M-2 Principal Distribution Amount, Class
Amount, Class M-4 Principal Distribution Amount, Class
Amount, Class M-6 Principal Distribution Amount, the
Amount, the Class M-8 Principal Distribution Amount,
Distribution Amount for that Distribution Date) and (2)
balance of the Class B Certificates immediately prior to
(b) the lesser of (x) the product of (1) 98.000% for any
the Distribution Date in February 2013 and 98.400% for
after the Distribution Date in February 2013 and (2) the
balance of the Mortgage Loans after giving effect to
Distribution Date and (y) the aggregate stated
Loans after giving effect to distributions to be made on
the Overcollateralization Floor.

On each Distribution Date, the Net Monthly Excess
the Certificates in the following order of priority:

(i)     As part of the Principal Distribution
        the class or classes of certificates
        distributions in respect of principal
        principal portion of realized losses
        the certificate principal balance of
        (except the Class A-1 Certificates),
        B Certificates and remaining
        subsequent recoveries;

(ii)    As part of the Principal Distribution
        of the Class A Certificates (except
        Class M Certificates and Class B
        certificate principal balances, the
        losses incurred on the Mortgage Loans
        month;

(iii)   To pay any Overcollateralization
        classes of certificates then entitled
        respect of principal;

(iv)    To pay the holders of the Class A
        and Class B Certificates, pro rata,
        Shortfalls allocated thereto, the

021

Distribution Date, to the
Servicing Compensation on that

M Certificates and Class B
unpaid Prepayment Interest
thereto, any Prepayment Interest
Distribution Dates together

Certificates, pro rata, and then to
and Class B Certificates, in
Carryforward Amounts allocated
Distribution Date;

Certificates, pro rata, then to the
and Class B Certificates, in
Shortfall Carryforward Amount
of the Distribution Date;

Class A Certificates, Class M
pro rata, based on Relief Act
Distribution Date, the amount
occurring in the current interest

Certificates (except the Class A-1
the holders of the Class M
in order of priority, the
losses previously allocated

Certificates and Class R
accordance with the terms of

    Allocation of Losses.... Realized losses on the Mortgage Loans will be allocated as
follows:

Overcollateralization Amount until reduced to

certificate principal balance

the certificate principal

the certificate principal

that
extent not covered by Eligible Master
Distribution Date;

(v)     To pay the holders of the Class A, Class
        Certificates, pro rata, based on
        Shortfalls previously allocated
        Shortfalls remaining unpaid from prior
        with interest thereon;

(vi)    To the holders of the Class A
        the holders of the Class M Certificates
        order of priority, any Interest
        thereto that remains unpaid as of the

(vii)   To the holders of the Class A
        holders of the Class M Cetificates
        order of priority, any Basis Risk
        allocated thereto that remains unpaid as

(viii)  To pay to the holders of the
        Certificates and Class B Certificates,
        Shortfalls allocated thereto on that
        of any Relief Act Shortfalls
        accrual period;

(ix)    To pay the holders of the Class A
        Certificates), sequentially, then to
        Certificates and Class B Certificates,
        principal portion of any realized
        thereto that remain unreimbursed; and

(x)     To pay the holders of the Class SB
        Certificates any balance remaining in
        the pooling and servicing agreement.

(i)     to Net Monthly Excess Cashflow;

(ii)    by a reduction in the
        zero;

(iii)   to the Class B Certificates until the
        thereof has been reduced to zero;

(iv)    to the Class M-9 Certificates until
        balance thereof has been reduced to zero;

(v)     to the Class M-8 Certificates until
        balance thereof has been reduced to zero;

http://www.sec.gov/Archives/edgar/data/949493/000106823807000141/rali2007-qo1_fwp.htm[1/29/2016 9:26:31 AM]

the   certificate   principal   (vi)   to   the   Class   M-7   Certificates   until
balance   thereof   has   been   reduced   to   zero;

the   certificate   principal   (vii)   to   the   Class   M-6   Certificates   until
balance   thereof   has   been   reduced   to   zero;

the   certificate   principal   (viii)   to   the   Class   M-5   Certificates   until
balance   thereof   has   been   reduced   to   zero;

the   certificate   principal   (ix)   to   the   Class   M-4   Certificates   until
balance   thereof   has   been   reduced   to   zero;

the   certificate   principal   (x)   to   the   Class   M-3   Certificates   until
balance   thereof   has   been   reduced   to   zero;

the   certificate   principal   (xi)   to   the   Class   M-2   Certificates   until
balance   thereof   has   been   reduced   to   zero,

the   certificate   principal   (xii)   to   the   Class   M-1   Certificates   until
balance   thereof   has   been   reduced   to   zero,

the   certificate   principal   (xiii)   to   the   Class   A-3   Certificates   until
thereof   has   been   reduced   to   zero, and

the   certificate   principal   (xiv)   to   the   Class   A-2   Certificates   until
thereof   has   been   reduced   to   zero.

There will be no realized   losses   allocated to the Class A-1 Certificates.

I.


V.   BOND PROFILES (Based on preliminary mortgage loan population)

BOND PROFILES TO CALL*:

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
------------------------
                              15 CPR / Call (Y)        20 CPR / Call (Y)         25 CPR
/ Call (Y)       30 CPR / Call (Y)       35 CPR / Call (Y)       40 CPR / Call (Y)
45 CPR / Call (Y)
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
------------------------

                    A1, A2 & A3 Run to 10% Call
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
------------------------
                        WAL         5.66                  4.12
3.18                2.55              2.09                      1.73
1.44
            Principal Window     Feb07 - Mar21            Feb07 - Aug17           Feb07
- May15         Feb07 - Nov13         Feb07 - Sep12         Feb07 - Nov11
Feb07 - Feb11
            Principal # Months        170                  127
100                82              68                      58
49
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
------------------------

                    M1 Run to 10% Call
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
------------------------
                        WAL         9.72                  7.52
6.05                5.01              4.30                      3.91
3.74

- May15                   Feb10 - Nov13                  Mar10 - Sep12                 May10 - Nov11              Sep10
Jul10 - Feb11
                     Principal # Months                96            31                71
57                         46                                                                   19
8
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------

                                    M2 Run to 10% Call

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------
                              WAL            9.71                           7.50
6.05                   5.01            4.29                           3.86
3.63
                     Principal Window    Mar13 - Mar21        Oct11 - Aug17               Sep10
- May15                   Feb10 - Nov13                  Mar10 - Sep12                 Apr10 - Nov11
May10 - Feb11
                     Principal # Months                97            31                71
57                         46                                                                   20
10
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------

                                    M3 Run to 10% Call

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------
                              WAL            9.70                           7.50
6.05                   5.01            4.29                           3.84
3.56
                     Principal Window    Mar13 - Mar21        Oct11 - Aug17               Sep10
- May15                   Feb10 - Nov13                  Mar10 - Sep12                 Apr10 - Nov11
May10 - Feb11
                     Principal # Months                97            31                71
57                         46                                                                   20
10
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------

                                    M4 Run to 10% Call

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------
                              WAL            9.70                           7.50
6.04                   5.01            4.27                           3.81
3.53
                     Principal Window    Mar13 - Mar21        Oct11 - Aug17               Sep10
- May15                   Feb10 - Nov13                  Feb10 - Sep12                 Mar10 - Nov11
Apr10 - Feb11
                     Principal # Months                97            32                71
57                         46                                                                   21
11
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------

                                    M5 Run to 10% Call

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------
                              WAL            9.69                           7.49
6.04                   5.01            4.26                           3.80
3.51
                     Principal Window    Feb13 - Mar21        Oct11 - Aug17               Sep10
- May15                   Feb10 - Nov13                  Feb10 - Sep12                 Mar10 - Nov11
Apr10 - Feb11
                     Principal # Months                98            32                71
57                         46                                                                   21
11
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------
----------------------

                                    M6 Run to 10% Call

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

http://www.sec.gov/Archives/edgar/data/949493/000106823807000141/rali2007-qo1_fwp.htm[1/29/2016 9:26:31 AM]

```
                        WAL              9.69                    7.49
6.04                5.01                     4.26                    3.80
3.48
              Principal Window    Feb13 - Mar21        Oct11 - Aug17         Sep10
- May15         Feb10 - Nov13         Feb10 - Sep12         Mar10 - Nov11
Mar10 - Feb11
              Principal # Months         98                      71
57              46                       32                      21
12
```
----------------------------------------------------------------------------------
----------------------

### M7 Run to 10% Call

----------------------------------------------------------------------------------
----------------------

```
                        WAL              9.64                    7.46
6.01                4.98                     4.26                    3.79
3.46
              Principal Window    Feb13 - Mar21        Oct11 - Aug17         Sep10
- May15         Feb10 - Nov13         Feb10 - Sep12         Feb10 - Nov11
Mar10 - Feb11
              Principal # Months         98                      71
57              46                       32                      22
12
```
----------------------------------------------------------------------------------
----------------------

### M8 Run to 10% Call

----------------------------------------------------------------------------------
----------------------

```
                        WAL              9.41                    7.28
5.87                4.87                     4.25                    3.75
3.46
              Principal Window    Feb13 - Jun20        Oct11 - Feb17         Sep10
- Dec14         Feb10 - Jun13         Feb10 - Sep12         Feb10 - Nov11
Mar10 - Feb11
              Principal # Months         89                      65
52              41                       32                      22
12
```
----------------------------------------------------------------------------------
----------------------

### M9 Run to 10% Call

----------------------------------------------------------------------------------
----------------------

```
                        WAL              9.00                    6.96
5.62                4.80                     4.09                    3.61
3.32
              Principal Window    Feb13 - May19        Oct11 - Apr16         Sep10
- Apr14         Feb10 - Feb13         Feb10 - Jun12         Feb10 - Aug11
Feb10 - Dec10
              Principal # Months         76                      55
44              37                       29                      19
11
```
----------------------------------------------------------------------------------
----------------------

### B Run to 10% Call

----------------------------------------------------------------------------------
----------------------

```
                        WAL              8.09                    6.29
5.31                4.40                     3.73                    3.30
3.10
              Principal Window    Feb13 - Jul17        Oct11 - Nov14         Sep10
- Mar13         Feb10 - Aug12         Feb10 - Sep11         Feb10 - Jan11
Feb10 - Jun10
              Principal # Months         54                      38
31              31                       20                      12
5
```
----------------------------------------------------------------------------------
----------------------

Assumes:

```
1 Month LIBOR:  [5.3500]%
1 Year MTA:                    [4.9300]%
```

    * WAL's calculated from the settlement date assuming an actual/360 basis.


    BOND PROFILES (Cont.) (Based on preliminary mortgage loan population)

    BOND PROFILES TO MATURITY*:

------------------------------------------------------------------------------------
------------------------
                              15 CPR / Call (N)        20 CPR / Call (N)        25 CPR
/ Call (N)        30 CPR / Call (N)        35 CPR / Call (N)        40 CPR / Call (N)
45 CPR / Call (N)
------------------------------------------------------------------------------------
------------------------

                    A1, A2 & A3 Run to Maturity
------------------------------------------------------------------------------------
------------------------
                         WAL       6.06            2.27            4.45
3.45              2.76                2.27                        1.88
1.57
              Principal Window      Feb07 - Aug34        Feb07 - May29
Feb07 - Jan25         Feb07 - Nov21        Feb07 - Jun19        Feb07 - Jul17
Feb07 - Jan16
              Principal # Months        331             149             268
216              178                149                         126
108
------------------------------------------------------------------------------------
------------------------

                    M1 Run to Maturity
------------------------------------------------------------------------------------
------------------------
                         WAL       10.43            4.64            8.09
6.51              5.38                4.64                        4.21
4.04
              Principal Window      Apr13 - Oct27        Oct11 - Dec22
Sep10 - Aug19         Feb10 - May17        Mar10 - Aug15        May10 - Apr14
Jul10 - Apr13
              Principal # Months        175             66             135
108              88                 66                          48
34
------------------------------------------------------------------------------------
------------------------

                    M2 Run to Maturity
------------------------------------------------------------------------------------
------------------------
                         WAL       10.32            4.57            8.00
6.44              5.32                4.57                        4.12
3.91
              Principal Window      Mar13 - Jun26        Oct11 - Nov21
Sep10 - Oct18         Feb10 - Aug16        Mar10 - Jan15        Apr10 - Oct13
May10 - Feb13
              Principal # Months        160             59             122
98               79                 59                          43
34
------------------------------------------------------------------------------------
------------------------

                    M3 Run to Maturity
------------------------------------------------------------------------------------
------------------------

```
                          WAL           10.22                    7.92
6.38                5.27                    4.53                      4.07
3.81
             Principal Window     Mar13 - Feb25            Oct11 - Oct20
Sep10 - Nov17         Feb10 - Nov15              Mar10 - May14           Apr10 - Apr13
May10 - Oct12
             Principal # Months          144                  109
87                  70                       51                       37
30
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------

                      M4 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------
                          WAL           10.12                    7.83
6.30                5.21                    4.47                      4.03
3.75
             Principal Window     Mar13 - May24            Oct11 - Mar20
Sep10 - May17         Feb10 - Jun15              Feb10 - Jan14           Mar10 - Feb13
Apr10 - Jul12
             Principal # Months          135                  102
81                  65                       48                       36
28
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------

                      M5 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------
                          WAL            9.98                    7.72
6.22                5.15                    4.41                      3.99
3.69
             Principal Window     Feb13 - Apr23            Oct11 - Apr19
Sep10 - Sep16         Feb10 - Nov14              Feb10 - Aug13           Mar10 - Jan13
Apr10 - Mar12
             Principal # Months          123                   91
73                  58                       43                       35
24
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------

                      M6 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------
                          WAL            9.85                    7.62
6.14                5.08                    4.36                      3.95
3.62
             Principal Window     Feb13 - Jun22            Oct11 - Sep18
Sep10 - Mar16         Feb10 - Jul14              Feb10 - Apr13           Mar10 - Sep12
Mar10 - Dec11
             Principal # Months          113                   84
67                  54                       39                       31
22
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------

                      M7 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------
                          WAL            9.66                    7.47
6.03                4.99                    4.35                      3.87
3.55
             Principal Window     Feb13 - Aug21            Oct11 - Dec17
Sep10 - Aug15         Feb10 - Jan14              Feb10 - Feb13           Feb10 - May12
Mar10 - Aug11
             Principal # Months          103                   75
60                  48                       37                       28
18
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
----------------------
```

```
                         M8 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------
                    WAL         9.41              7.28
5.87             4.87              4.26              3.76
3.47
          Principal Window      Feb13 - Jun20      Oct11 - Feb17
Sep10 - Dec14         Feb10 - Jun13          Feb10 - Dec12          Feb10 - Jan12
Mar10 - Apr11
          Principal # Months         89                65
52       41              35                24
14
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------

                         M9 Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------
                    WAL         9.00              6.96
5.62             4.80              4.09              3.61
3.32
          Principal Window      Feb13 - May19      Oct11 - Apr16
Sep10 - Apr14         Feb10 - Feb13          Feb10 - Jun12          Feb10 - Aug11
Feb10 - Dec10
          Principal # Months         76                55
44       37              29                19
11
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------

                         B Run to Maturity
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------
                    WAL         8.09              6.29
5.31             4.40              3.73              3.30
3.10
          Principal Window      Feb13 - Jul17      Oct11 - Nov14
Sep10 - Mar13         Feb10 - Aug12          Feb10 - Sep11          Feb10 - Jan11
Feb10 - Jun10
          Principal # Months         54                38
31       31              20                12
5
------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
------------------------


     Assumes:

     1 Month LIBOR:  [5.3500]%
     1 Year MTA:                   [4.9300]%

       * WAL's calculated from the settlement date assuming an actual/360 basis.


VI.        BREAK EVEN CDR LOSS SCENARIOS
           (BASED ON PRELIMINARY MORTGAGE LOAN POPULATION)
```

|  |  | 75% Pricing |
| --- | --- | --- |
| Speed | 100% Pricing Speed | 125% Pricing Speed |

|  |  | 18.75% |
| --- | --- | --- |
| CPR | 25.00% CPR | 31.25% CPR |

|  |  |  | 10.23 |
| --- | --- | --- | --- |
| | M-1 | Break even CDR: | |
| CDR | | 11.53 CDR | 12.97 CDR |
| 11.86 | | WAL: | 15.14 |
| | | 9.58 | |

028

```
                                                                         Apr19 -
Jan47                       Aug16 - Dec46                             Oct14 - Dec46
                            Principal Months:
365                              387                                       334
                            Principal Writedown                        52,709.46
(0.38%)                     1,203.17 (0.01%)                        4,590.44 (0.03%)
                            Total Collat Loss:                      81,243,579.22
(12.90%)                    70,775,375.26 (11.23%)          63,828,453.65 (10.13%)
================================================================================

             M-2                    Break even CDR:                       8.71
CDR                              9.59 CDR                              10.56 CDR
                                    WAL:                                  16.79
13.19                            10.66
                            Principal Window:                         Oct20 -
Jan47                       Oct17 - Dec46                          Sep15 - Dec46
                            Principal Months:
351                              376                                       316
                            Principal Writedown                       36,148.49
(0.35%)                     50,053.06 (0.48%)                      32,437.87 (0.31%)
                            Total Collat Loss:                      72,530,742.20
(11.51%)                    61,631,984.21 (9.78%)           54,323,185.40 (8.62%)
================================================================================

             M-3                    Break even CDR:                       8.10
CDR                              8.81 CDR                              9.59 CDR
                                    WAL:                                  19.72
15.60                            12.62
                            Principal Window:                         Oct23 -
Jan47                       Mar20 - Jan47                          Sep17 - Dec46
                            Principal Months:
323                              352                                       280
                            Principal Writedown                       18,406.20
(0.42%)                     47,105.90 (1.07%)                      25,326.77 (0.57%)
                            Total Collat Loss:                      68,786,602.95
(10.92%)                    57,706,151.09 (9.16%)           50,248,254.53 (7.98%)
================================================================================

             M-4                    Break even CDR:                       7.34
CDR                              7.83 CDR                              8.38 CDR
                                    WAL:                                  19.44
15.37                            12.44
                            Principal Window:                         Jun23 -
Jan47                       Nov19 - Jan47                          Jun17 - Dec46
                            Principal Months:
327                              355                                       284
                            Principal Writedown                       29,911.17
(0.53%)                     24,731.95 (0.44%)                       8,132.91 (0.14%)
                            Total Collat Loss:                      63,905,123.94
(10.14%)                    52,552,438.66 (8.34%)           44,946,979.17 (7.13%)
================================================================================

             M-5                    Break even CDR:                       6.93
CDR                              7.30 CDR                              7.73 CDR
                                    WAL:                                  21.50
17.07                            13.86
                            Principal Window:                         Aug25 -
Jan47                       Aug21 - Jan47                          Oct18 - Dec46
                            Principal Months:
306                              339                                       258
                            Principal Writedown                       33,523.77
(1.06%)                     2,435.12 (0.08%)                       13,842.19 (0.44%)
                            Total Collat Loss:                      61,166,164.03
(9.71%)                     49,656,774.59 (7.88%)           41,993,739.53 (6.67%)
================================================================================

             M-6                    Break even CDR:                       6.52
CDR                              6.78 CDR                              7.08 CDR
                                    WAL:                                  21.80
17.33                            14.06
                            Principal Window:                         Nov25 -
Jan47                       Nov21 - Jan47                          Jan19 - Dec46
                            Principal Months:
303                              336                                       255
                            Principal Writedown                       60,806.33
(1.93%)                     29,140.98 (0.93%)                      16,750.99 (0.53%)
                            Total Collat Loss:                      58,349,444.59
(9.26%)                     46,738,015.86 (7.42%)           38,963,181.52 (6.18%)
================================================================================

             M-7                    Break even CDR:                       6.09
                                                                          029
```

```
CDR                                     WAL:                               6.41  CDR
                                                                               22.03
17.53                                  14.23
                              Principal Window:                          Jan26 -
Jan47                          Dec21 - Jan47                     Feb19 - Dec46
                              Principal Months:                            253
302                                    335
                              Principal Writedown                     56,374.60
(1.79%)                       4,752.59 (0.15%)                  252.91 (0.01%)
                              Total Collat Loss:                  55,308,350.52
(8.78%)                    43,563,711.22 (6.91%)          35,755,298.58 (5.68%)
==================================================================================

          M-8                 Break even CDR:                            5.76
CDR                              5.82 CDR                             5.90 CDR
                                    WAL:                                 22.88
18.32                              14.89
                              Principal Window:                          Dec26 -
Jan47                          Oct22 - Jan47                     Oct19 - Dec46
                              Principal Months:                            242
292                                    327
                              Principal Writedown                     37,253.34
(1.48%)                       49,673.19 (1.97%)               31,509.41 (1.25%)
                              Total Collat Loss:                  52,911,755.41
(8.40%)                    41,136,928.36 (6.53%)          33,254,177.37 (5.28%)
==================================================================================

          M-9                 Break even CDR:                            5.41
CDR                              5.36 CDR                             5.31 CDR
                                    WAL:                                 22.50
17.97                              14.59
                              Principal Window:                          Jul26 -
Jan47                          May22 - Jan47                     Jun19 - Dec46
                              Principal Months:                            247
297                                    331
                              Principal Writedown                     86,902.84
(2.76%)                       55,897.09 (1.77%)               11,356.60 (0.36%)
                              Total Collat Loss:                  50,308,171.02
(7.99%)                    38,350,458.50 (6.09%)          30,294,491.10 (4.81%)
==================================================================================

           B                  Break even CDR:                            5.18
CDR                              5.02 CDR                             4.86 CDR
                                    WAL:                                 22.84
18.24                              14.78
                              Principal Window:                          Nov26 -
Jan47                          Aug22 - Jan47                     Aug19 - Dec46
                              Principal Months:                            243
294                                    329
                              Principal Writedown                    249,284.97
(7.91%)                       165,074.55 (5.24%)              62,585.83 (1.99%)
                              Total Collat Loss:                  48,561,578.64
(7.71%)                    36,246,219.09 (5.75%)          27,987,838.91 (4.44%)
==================================================================================
==================================================================================
```

VI. FORWARD CURVES

**Forward Curves**



VII.    CONTACTS

---

### ARMs TRADING DESK

| Contact | Phone | Fax |
|---|---|---|
| E-mail | | |
| John Vibert | 212-538-3831 | TBD |
| john.vibert@credit-suisse.com | | |
| Managing Director - ARM Trading | | |
| Patrick Gallagher | 212-538-3831 | 212-743-2749 |
| patrick.gallagher@credit-suisse.com | | |
| Vice President - ARM Trading & Structuring | | |
| Michael De Palma | 212-538-5423 | 212-743-4876 |
| michael.depalma@credit-suisse.com | | |
| Assistant Vice President ARM Trading & Structuring | | |

---

### STRUCTURED FINANCE

| Contact | Phone | Fax |
|---|---|---|
| E-mail | | |
| Peter J. Sack | 212-325-7892 | 212-743-5261 |
| peter.sack@credit-suisse.com | | |
| Director | | |
| Helen Cheung | 212-325-5132 | 212-743-1050 |
| helen.cheung@credit-suisse.com | | |
| Vice President | | |

---

### COLLATERAL

| Contact | Phone | Fax |
|---|---|---|
| E-mail | | |
| Thomas Steczkowski | 212-538-0078 | 212-743-4917 |

031

Collateral Analyst

---------------------------------- ---------------------- -------------------- -------------

VIII.

COLLATERAL SUMMARY

NOTE: Information contained herein reflects approximately 76% of the January 1, 2007 cut-off date scheduled balances.

## Collateral Details

| | | | |
|---|---|---|---|
| Gross WAC | [5.361]% (+/- 1.5%) | Total Loan Balance | $[476,016,535.67] (+/- 10%) |
| Net WAC | [4.936]% (+/- 1.5%) | Average Loan Balance | $[368,719.24] (+/- 15%) |
| WA Gross Margin | [3.299]% (+/- 20 bps) | Maximum Loan Balance | $[2,466,516.04] (+/- 50,000) |
| WA Net Margin | [2.804]% (+/- 20 bps) | California Concentration | [54.96]% (+/- 15%) |
| 1 Year MTA | [97.67]% (+/- 3%) | Northern CA Concentration | [17.99]% (+/- 10%) |
| 1 Month LIBOR | [2.33]% (+/- 3%) | Southern CA Concentration | [36.97]% (+/- 10%) |
| WA Months to Reset | [1] (+/- 1) | WA Credit Score | [700] (+/- 10) |
| Silent Second | [57.87]% (+/- 10%) | Full/Alt Doc* | [5.87]% (+/- 5%) |
| WAM | [391] (+/- 2) | Reduced Doc* | [93.11]% (+/- 5%) |
| WA Original LTV | [74.53]% (+/- 5%) | Prepayment Penalties | [85.35]% (+/- 5%) |
| WA Combined LTV | [80.48]% (+/- 5%) | | |

--------------------------------- ------------- ------------- ----------------------------------- ----- ---------------------- -------------

The analyses, calculations, and valuations herein are based on certain assumptions and data provided by third parties which may vary from
the actual characteristics of the pool.  Credit Suisse Securities (USA) LLC and the Issuer have not verified those analyses, calculations
or valuations or that such valuations represent levels where actual trades may occur.