# EXHIBIT 1-F

15-15D Suspension of Duty to Report filed by RFC for RALI 2007 Series QO1 Trust

```
<DOCUMENT>
<TYPE>15-15D
<SEQUENCE>1
<FILENAME>qo115d07.txt
<DESCRIPTION>2007 QO1
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(G) OF THE SECURITIES EXCHANGE ACT OF 1934 OR SUSPENSION OF DUTY TO FILE REPORTS UNDER SECTIONS 13 AND 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number 333-131213-38

Residential Accredit Loans, Inc., as depositor for RALI Series 2007-QO1 Trust
(Exact name of registrant as specified in its charter)

One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423, (952) 857-7000
(Address, including zip code, and telephone number, including area code,
of registrant's principal executive offices)

Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1
(Title of each class of securities covered by this Form)

None
(Titles of all other classes of securities for which a duty to file reports
under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

```
Rule 12g-4(a)(1)(i)    |_|        Rule 12h-3(b)(1)(i)    |_|
Rule 12g-4(a)(1)(ii)   |_|        Rule 12h-3(b)(1)(ii)   |_|
Rule 12g-4(a)(2)(i)    |_|        Rule 12h-3(b)(2)(i)    |_|
Rule 12g-4(a)(2)(ii)   |_|        Rule 12h-3(b)(2)(ii)   |_|
                                  Rule 15d-6             |X|
```

Approximate number of holders of record as of the certification or notice date: 4

Pursuant to the requirements of the Securities Exchange Act of 1934 Residential Accredit Loans, Inc., acting solely in its capacity as depositor for the above-referenced Trust, has caused this certification/notice to be signed on its behalf by the undersigned duly authorized person.

Date: January 18, 2008              By: /s/ Tim Jacobson
                                    Name: Tim Jacobson
                                    Title: Vice President

```
</TEXT>
</DOCUMENT>
```