# EXHIBIT 2

Written Discovery Responses from Objector

Index of Discovery Responses:
A. Homecomings Responses to Requests for Admission
B. Homecomings Responses to Interrogatories
C. Homecomings Responses to Requests for Production of Documents
D. GMACM Responses to Requests for Admission
E. GMACM Responses to Interrogatories
F. GMACM Responses to Requests for Production of Documents
G. RFC Responses to Requests for Admission
H. RFC Responses to Interrogatories
I. RFC Responses to Requests for Production
J. RALI Responses to Requests for Admission
K. RALI Responses to Interrogatories
L. RALI Responses to Requests for Production

Documents Produced by Objector Not Previously Listed Separately:
M. Objector's Document #15: Employment Record of Judy Faber
N. Objector's Document #17: Objector's copy of Claimant's Note
O. Objector's Document #18: Screen Shot of Funding Data