# EXHIBIT 2-I

RFC Responses to Requests for Production of Documents

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | : |
| | : Chapter 11 |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : |
| | : |

### THE RESCAP BORROWER CLAIMS TRUST'S RESPONSES AND OBJECTIONS TO CLAIMANT' FIRST REQUEST FOR PRODCUTION OF DOCUMENTS DIRECTED AT RESIDENTIAL FUNDING COMPANY

Pursuant to Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure, the

ResCap Borrower Claims Trust (the "Borrower Trust"), by and through its undersigned counsel,

hereby responds and objects to the Claimant's First Request for the Production of Documents

(the "Requests"), dated November 20, 2015, on the grounds stated below.

### General Objections

1.    The Borrower Trust objects to the Requests to the extent that they seek to impose

a burden or obligation beyond those required or permitted by the Federal Rules of Bankruptcy

Procedure, the Local Rules of this Court, other applicable law, or any orders of the Court.

2.    The Borrower Trust objects to the Requests to the extent that the information

sought is unreasonably cumulative or duplicative or is obtainable from some other source that is

more convenient, less burdensome or less expensive.

3.    The Borrower Trust further objects to the Requests to the extent they seek

information already available to the Claimant.

4.    The Borrower Trust objects to the Requests to the extent they request the

production of electronically stored information that is not reasonably accessible because of *inter alia* undue burden or cost.

5.      The Borrower Trust objects to the Requests to the extent they are overly broad, unduly burdensome or seek information that is not relevant to the outstanding disputed issue of fact defined by the Bankruptcy Court in this litigation, or are otherwise outside the scope of discovery permitted by the Federal Rules of Bankruptcy Procedure.  The Borrower Trust also objects to the Requests to the extent they are vague and ambiguous, or fail to specify the documents sought with reasonable particularity.

6.      The Borrower Trust objects to the Requests to the extent they purport to require the Borrower Trust to provide information outside its possession, custody or control.

7.      The Borrower Trust objects to the Requests to the extent that they seek documents that are publicly available, have already been furnished to, or are otherwise in the possession, custody or control of the Claimant.

8.      The Borrower Trust objects to the Requests to the extent they seek information or documents that are protected by the attorney-client privilege, that are protected by the work product doctrine, that were prepared in anticipation of litigation, that constitute or disclose the mental impressions, conclusions, opinions, or legal theories of any attorney or other representative of the Borrower Trust concerning this or any other litigation, or that are protected by any other privilege or doctrine.  To the extent that the Requests call for documents protected by the attorney-client privilege, attorney work product immunity, or other privileges or immunities, such documents will not be produced.

9.      The Borrower Trust objects to Instruction "Objection to Production" to the extent it requires a response greater than what is required under Federal Rule of Bankruptcy Procedure

ny-1215786

7034, which only requires that a response state the objection to the request, including the reasons.

10.    The Borrower Trust objects to the instruction "Applicable Time Period" as it exceeds the period relevant to this litigation.  The Borrower Trust will produce documents related to the period that the Mortgage Loan was serviced by the Debtors: November 2006 to April 2008.

11.    The Borrower Trust objects to the Instructions for the Document Requests to the extent they impose undue burden or expense on the Borrower Trust, seek information neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, seek information or metadata that does not exist or is not kept in the ordinary course of business, and/or seek information that is protected by applicable doctrines of confidentiality or privilege.

## Specific Objections to Document Requests

### Document Request No. 1

All documents which mention, discuss, describe, relate to, refer to or embody any communications between YOU and Aurora concerning the transfer of servicing subject to the Property to Aurora.

### Response to Document Request No. 1

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  Additionally, there were no communications between RFC and Aurora concerning the transfer of servicing of the Mortgage Loan.

3

**Document Request No. 2**

All documents evidencing a sale, transfer or assignment of the servicing rights of the

Mortgage Loan from YOU to Aurora.

**Response to Document Request No. 2**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  Additionally,

there are no documents evidencing a sale, transfer, or assignment of servicing rights of the

Mortgage Loan from RFC to Aurora.


**Document Request No. 3**

All documents which mention, discuss, describe, relate to, refer to or embody any

communications between YOU and the DBTCA concerning the transfer of servicing subject to

the Property to Aurora.

**Response to Document Request No. 3**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust further objects to this Request as being unduly burdensome and not proportional to the

needs of the case.  Any communications, if any, between RFC and DBTCA regarding the

transfer of servicing to Aurora would have concerned all of the loans for which servicing was

ny-1215786

being transferred, and would not have discussed details of the servicing of individual loans.

Thus, any search of the systems used by RFC to communicate with DBTCA, which are not held

by the Borrower Trust, would be unduly burdensome and will not provide any information

relevant to the factual issues of the case.


**Document Request No. 4**

All documents which mention, discuss, describe, relate to, refer to or embody any

communications between YOU and all rating agencies concerning the transfer of servicing to

Aurora.

**Response to Document Request No. 4**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust further objects to this Request as being unduly burdensome and not proportional to the

need so of the case.  Notwithstanding, the Borrower Trust is conducting a search of its Books

and Records and has not found any documents that mention, discuss, describe, relate to, refer to

or embody any communications between RFC and rating agencies concerning the transfer of

servicing subject to the Property to Aurora.

**Document Request No. 5**

All documents which mention, discuss, describe, relate to, refer to or embody any communications between YOU and the Securities and Exchange Commission concerning the transfer of servicing to Aurora.

**Response to Document Request No. 5**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  Additionally, there were no communications between RFC and the Securities and Exchange Commission concerning the transfer of servicing of the Mortgage Loan. The Borrower Trust further objects to this Request as being unduly burdensome and not proportional to the need so of the case.  The Borrower Trust further objects to this request to the extent such information is publicly available at: http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude &action=getcompany.

**Document Request No. 6**

All monthly distribution statements to the RALI Trust's Certificate-Holders from YOU.

**Response to Document Request No. 6**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information

6

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

### Document Request No. 7

All monthly distribution statements to the RALI Trust's Certificate-Holders from

Homecomings, GMC RFC, Nationstar and Ocwen between December 2007 and April 2014.

### Response to Document Request No. 7

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  Additionally, the

Borrower Trust objects to the Request to the extent it seeks documents that relate to the period

after servicing of the Loan was transferred to Aurora in April 2008.  The Borrower Trust also

objects to the Request to the extent it seeks documents not in the possession or control of the

Borrower Trust.

### Document Request No. 8

All Form "FR 2046" Balance sheet with the OMB Number 7100-0289, subject to

disclosure.

### Response to Document Request No. 8

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

7

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 9**

All documents which mention, discuss, describe, relate to, refer to or embody any

communications between YOU and the Claimant concerning the Mortgage Loan.

**Response to Document Request No. 9**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  Additionally,

there were no communications between RFC and the Claimant concerning the Mortgage Loan.

**Document Request No. 10**

All documents establishing that the Mortgage Loan was deposited into the RALI Trust.

**Response to Document Request No. 10**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 11**

All documents which mention, discuss, describe, relate to, or refer to the RALI Trust owning or holding the Mortgage Loan.

**Response to Document Request No. 11**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 12**

All documents which mention, discuss, describe, relate to, or refer to the RALI Trust selling, assigning or transferring the Mortgage Loan.

**Response to Document Request No. 12**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 13**

Curriculum vitae for any experts you intend to call at trial for this Contested Matter.

**Response to Document Request No. 13**

The Borrower Trust does not anticipate relying on expert testimony.

ny-1215786

**Document Request No. 14**

All documents YOU received from Claimant.

**Response to Document Request No. 14**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Additionally, there were no documents that RFC received from Claimant.

**Document Request No. 15**

All documents which mention, discuss, describe, relate to, refer to or embody all statements, oral or written, from any person involved with, or knowledgeable of, the facts about the circumstances on which this Contested Matter is based.

**Response to Document Request No. 15**

Subject to the General Objections, the Borrower Trust will produce copies of all documents which mention, discuss, describe, relate to, refer to or embody all statements, oral or written, from any person involved with, or knowledgeable of, the facts about the circumstances on which this Contested Matter is based that are not subject to attorney client privilege. Such documents are located at bates numbers BT000684 through BT000864.

**Document Request No. 16**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 7.

**Response to Document Request No. 16**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.


**Document Request No. 17**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 8.

**Response to Document Request No. 17**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.


**Document Request No. 18**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 9.

11

**Response to Document Request No. 18**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 19**

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 10.

**Response to Document Request No. 19**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 20**

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 11.

**Response to Document Request No. 20**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 21**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 12.

**Response to Document Request No. 21**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 22**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 13.

**Response to Document Request No. 22**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 23**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 14.

13

**Response to Document Request No. 23**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 24**

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 15.

**Response to Document Request No. 24**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower Trust also objects to this Request to the extent such information is publicly available at www.kccllc.net/rescap.

**Document Request No. 25**

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 16.

**Response to Document Request No. 25**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information

ny-1215786

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery. Without waiving

the General Objections and any foregoing specific objections, the Borrower Trust responds as

follows: There are no documents which support the answer to Interrogatory No. 16.


**Document Request No. 26**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 17.

**Response to Document Request No. 26**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery. Without waiving

the General Objections and any foregoing specific objections, the Borrower Trust responds as

follows: there are no documents which support the answer to Interrogatory No. 17.

**Document Request No. 27**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 18.

**Response to Document Request No. 27**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery. Without waiving

ny-1215786

the General Objections and any foregoing specific objections, the Borrower Trust responds as follows: there are no documents which support the answer to Interrogatory No. 18.

## Document Request No. 28

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 19.

## Response to Document Request No. 28

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  Without waiving the General Objections and any foregoing specific objections, the Borrower Trust responds as follows: There are no documents which support the answer to Interrogatory No. 19.

## Document Request No. 29

Any and all documents, correspondence, reports and/or memoranda which support YOUR Answer to Interrogatory No. 20.

## Response to Document Request No. 29

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  there are no documents which support the answer to Interrogatory No. 20.

16

**Document Request No. 30**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 21.

**Response to Document Request No. 30**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  there are no

documents which support the answer to Interrogatory No. 21.


**Document Request No. 31**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 22.

**Response to Document Request No. 31**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  Without waiving

the General Objections and any foregoing specific objections, the Borrower Trust responds as

follows: there are no documents which support the answer to Interrogatory No. 22.

17

**Document Request No. 32**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 23.

**Response to Document Request No. 32**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  Without waiving

the General Objections and any foregoing specific objections, the Borrower Trust responds as

follows: There are no documents which support the answer to Interrogatory No. 23.


**Document Request No. 33**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 24.

**Response to Document Request No. 33**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.


**Document Request No. 34**

Any and all documents, correspondence, reports and/or memoranda which support

YOUR Answer to Interrogatory No. 25.

ny-1215786

## Response to Document Request No. 34

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.

## Response to Document Request Nos. 34 through 117

In addition to their General Objections, the Borrower Trust objects to these Document

Requests because they seek answers to Interrogatories that exceed the number permitted under

Federal Rule of Civil Procedure 33(a)(1), which is incorporated by Federal Rule of Bankruptcy

Procedure 7033. The Borrower Trust further objects to these Requests on the ground that they

seeks information neither relevant to the issues that are in the case nor reasonably calculated to

lead to the discovery of admissible evidence and thus are outside the scope of discovery.

## Document Request No. 118

All Reports on Assessment and the related Attestation Reports prepared by YOU and

filed with the Securities and Exchange Commission in relation to the RALI Trust.

## Response to Document Request No. 118

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust also objects to this Request to the extent such information is publicly available at:

19

http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude

&action=getcompany.


**Document Request No. 119**

All documents which mention, discuss, describe, relate to, or refer to YOUR servicing

platform in relation to the RALI Trust.

**Response to Document Request No. 119**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.


**Document Request No. 120**

All Platform Level Reports that directly or indirectly included the Mortgage Loan

transaction and that were registered with the SEC pursuant to the Securities Act of 1933.

**Response to Document Request No. 120**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust also objects to this Request to the extent such information is publicly available at:

http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude

&action=getcompany.

**Document Request No. 121**

All servicing agreements between YOU and the RALI Trust.

**Response to Document Request No. 121**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust also objects to this Request to the extent such information is publicly available at:

http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude

&action=getcompany.

**Document Request No. 122**

All servicing agreements in relation to the Mortgage Loan between YOU and

Homecomings.

**Response to Document Request No. 122**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request to the extent manuals after the year 2007 are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the General Objections and any foregoing specific objections, the Borrower Trust will produce or make available for inspection all documents servicing agreements in its possession in relation to the Mortgage Loan between RFC and Homecomings, subject to the Claimant's agreement that such documents are confidential and will not be disclosed to any third party. Such documents are located at bates numbers BT000309 to BT000683.

**Document Request No. 123**

All servicing agreements in relation to the Mortgage Loan between YOU and GMACM.

**Response to Document Request No. 123**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Without waiving the General Objections and any foregoing specific objections, the Borrower Trust responds as follows: there are no servicing agreements in relation to the Mortgage Loan between RFC and GMACM.

**Document Request No. 124**

All servicing agreements in relation to the Mortgage Loan between YOU and ResCap.

**Response to Document Request No. 124**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Without waiving the General Objections and any foregoing specific objections, the Borrower Trust responds as follows: there are no servicing agreements in relation to the Mortgage Loan between RFC and ResCap.


**Document Request No. 125**

All Servicer Compliance Statements made by YOU with respect to the pool of assets claimed to have been transferred to RALI Trust.

**Response to Document Request No. 125**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Without waiving the General Objections and any foregoing specific objections, the Borrower Trust responds as follows: The Borrower Trust reviewed all of the documents contained in the Debtors' books and records that are accessible to the Borrower Trust and was unable to locate any Servicer

23

Compliance Statements made by RFC with respect to the pool of assets claimed to have been transferred to RALI Trust.

**Document Request No. 126**

Assignment and Assumption Agreement, dated as of January 30, 2007, between YOU and RALI.

**Response to Document Request No. 126**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. The Borrower Trust also objects to this Request to the extent such information is publicly available at: http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude &action=getcompany.

**Document Request No. 127**

All YOUR Certifications pursuant to Rule 13a-14(d)/15d-14(d) under the Securities Exchange Act of 1934.

**Response to Document Request No. 127**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

24

Trust also objects to this Request to the extent such information is publicly available at:

http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude

&action=getcompany


**Document Request No. 128**

All Reports on Assessment of Compliance with Servicing Criteria of RFC as of and for

the period ended December 31, 2007.

**Response to Document Request No. 128**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the

discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower

Trust reviewed all of the documents contained in the Debtors' books and records that are

accessible to the Borrower Trust and was unable to locate any Reports on Assessment of

Compliance with Servicing Criteria of RFC as of and for the period ended December 31, 2007.


**Document Request No. 129**

All Reports on Assessment of Compliance with Servicing Criteria of GMACM for the

pre-platform integration period from January 1, 2007 through April 30, 2007, in relation to the

RALI Trust.

**Response to Document Request No. 129**

In addition to the General Objections set forth above, which are incorporated by reference

herein, the Borrower Trust further objects to this Request on the ground that it seeks information

neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 130**

All Reports on Assessment of Compliance with Servicing Criteria of GMACM for the post-platform integration period from May 1, 2007 through December 31, 2007, in relation to the RALI Trust.

**Response to Document Request No. 130**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 131**

All Reports on Assessment of Compliance with Servicing Criteria of Homecomings Financial, LLC for the post-platform integration period from May 1, 2007 through December 31, 2007, in relation to the RALI Trust.

**Response to Document Request No. 131**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. The Borrower Trust reviewed all of the documents contained in the Debtors' books and records that are

accessible to the Borrower Trust and was unable to locate any Reports on Assessment of Compliance with Servicing Criteria of Homecomings Financial, LLC for the post-platform integration period from May 1, 2007 through December 31, 2007, in relation to the RALI Trust.

## Document Request No. 132

All Reports on Assessment of Compliance with Servicing Criteria of Homecomings Financial, LLC for the pre-platform integration period from January 1, 2007 through April 30, 2007, in relation to the RALI Trust.

## Response to Document Request No. 132

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. The Borrower Trust reviewed all of the documents contained in the Debtors' books and records that are accessible to the Borrower Trust and was unable to locate any Reports on Assessment of Compliance with Servicing Criteria of Homecomings Financial, LLC for the pre-platform integration period from January 1, 2007 through April 30, 2007, in relation to the RALI Trust.

## Document Request No. 133

All Attestation Reports of PricewaterhouseCoopers LLP on Assessment of Compliance with Servicing Criteria relating to GMACM and Homecomings.

ny-1215786

**Response to Document Request No. 133**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower Trust further objects to the Request to the extent it is overly broad, vague, and burdensome and is not proportional to the needs of the case, on the ground that it does not define which reports are being requested, to whom the reports were produced, and does not limit the reports to those relevant to the Mortgage Loan.  To the extent this Request seeks documents related to the independent foreclosure review conducted by PricewaterhouseCoopers, the Mortgage Loan was not a part of such review because no Debtor entity referred the Mortgage Loan to foreclosure.

**Document Request No. 134**

All pool performance calculations on behalf of the RALI Trust from November 1, 2006 through the present.

**Response to Document Request No. 134**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  Additionally, the Borrower Trust objects to the Request to the extent it seeks documents that relate to the period after servicing of the Loan was transferred to Aurora in April 2008.

ny-1215786

**Document Request No. 135**

All distribution calculations on behalf of the RALI Trust from November 1, 2006 through the present.

**Response to Document Request No. 135**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Additionally, the Borrower Trust objects to the Request to the extent it seeks documents that relate to the period after servicing of the Loan was transferred to Aurora in April 2008.

**Document Request No. 136**

All REMIC tax returns on behalf of the RALI Trust from November 1, 2006 through the present.

**Response to Document Request No. 136**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery. Additionally, the Borrower Trust objects to the Request to the extent it seeks documents that relate to the period after servicing of the Loan was transferred to Aurora in April 2008.

ny-1215786

**Document Request No. 137**

Provide the Certificate-Holders' notices of the occurrence of a default under the RALI
Trust's Pooling and Servicing Agreement.

**Response to Document Request No. 137**

In addition to the General Objections set forth above, which are incorporated by reference
herein, the Borrower Trust further objects to this Request on the ground that it seeks information
neither relevant to the issues that are in the case nor reasonably calculated to lead to the
discovery of admissible evidence and thus are outside the scope of discovery.

**Document Request No. 138**

Provide the RALI Trust's Pooling and Servicing Agreement dated on or about December
1, 2006.

ny-1215786

**Response to Document Request No. 138**

In addition to the General Objections set forth above, which are incorporated by reference herein, the Borrower Trust further objects to this Request on the ground that it seeks information neither relevant to the issues that are in the case nor reasonably calculated to lead to the discovery of admissible evidence and thus are outside the scope of discovery.  The Borrower Trust also objects to this Request to the extent such information is publicly available at: http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude &action=getcompany.

**Document Request No. 139**

If YOU denied any Request to Admit, please identify the Request and provide all documents upon which you rely to deny the Request.

**Response to Document Request No. 139**

Subject to the General Objections, the Borrower Trust will produce copies of all documents which the Borrower Trust relied to deny any Request to Admit that was not objected to for being irrelevant to the issues that are in the case.  The Borrower Trust also objects to this Request to the extent such information is publicly available at: http://www.sec.gov/cgi-bin/browse-edgar?CIK=0001384915&Find=Search&owner=exclude &action=getcompany. Documents related to Requests for Admission number 19, which relate to the Pooling and Servicing Agreement, are objected to on the grounds that such information is publicly available. All other documents withheld that are responsive to this Request are being withheld because the Request for Admission to which they relate is objected to by the Borrower Trust for being

ny-1215786

irrelevant to the issues that are in this case. Such documents are located at BT000014 and

BT000684 though BT000699.


\*        \*        \*

The Borrower Trust reserves the right to amend or supplement these objections. The

Borrower Trust reserves the right to recover costs associated with responding to the Document

Request.


Dated: December 21, 2015
      New York, New York

        /s/
        Norman S. Rosenbaum
        Jordan A. Wishnew
        Jessica J. Arett
        MORRISON & FOERSTER LLP
        250 West 55th St.
        New York, New York 10019
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        *Counsel for The ResCap Borrower Claims
        Trust and the ResCap Liquidating Trust*

32