# EXHIBIT 2-M

Objector's Document #15: Employment Record of Judy Faber

| ID | Name | DeptID | Dept | Function Descr | Job Title | Mgr Level | Bus. Desc. | Hire Date | Rehire Dt |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | Faber,Judy A | ▮ | Imaging Services | Servicing/Operations | Mgr Document | Manager | GMAC Mortgage | | 3/25/1997 |

P:\Bankruptcy\73214-1\Tia Smith Document Production\Judy Faber Employment Information.docx