# EXHIBIT 2-O

Objector's Document #18: Screen Shot of Funding Data



BT 000902