# EXHIBIT 6

All Written Discovery Responses from Claimant

  A. Responses to Requests for Admission
  B. Responses to Interrogatories
  C. Responses to Requests for Production of Documents