# EXHIBIT 6-C

Claimant's Responses to Requests for Production of Documents

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,

    Post-Effective Date Debtors                          Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,                  Case No. 12-12020-mg

    Objector

v.

TIA DANIELLE SMITH,

    Creditor-Beneficiary

---

## CLAIMANT TIA SMITH'S INITIAL RESPONSE TO OBJECTOR'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

    Tia Danielle Smith, Claimant, by her attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES provides the following preliminary responses to the First Set of Requests for Production of Documents, subject to the objection and reservation herein. By agreement with counsel for Objector, Ms. Smith will be producing responses to these Interrogatories on a rolling basis through December 22, 2015. Objector has been informed that relief from the Scheduling Order forthwith because expert and lay opinion testimony was not anticipated and has not been scheduled.

### GENERAL OBJECTIONS

    Ms. Smith cannot respond to these Interrogatories using the definitions supplied by Objector because some of the definitions of words and phrases supplied by the Objector would cause any response to the Request containing those words and phrases to be false or misleading. Therefore, Ms. Smith will refer to the definitions of words and phrases she supplied in her written discovery when she substitutes those definitions for those supplied by the Objector.

    Most of the evidence and documents Ms. Smith needs to respond to these Requests is in the exclusive control of GMAC Mortgage, LLC (GMACM), Homecomings Financial, Inc. (Homecomings), Residential Accredit Loans, Inc. (RALI), and Residential Funding Company, LLC (RFC) and discovery is pending.

### RESERVATION OF RIGHTS

    Ms. Smith reserves the right to update, amend or supplement these responses when she receives the responses to her written discovery propounded on November 20, 2015, notwithstanding any interpretation of the Scheduling Order setting a discovery closing date or

1

the denial of relief from the Scheduling Order should such relief be requested, opposed and denied.

## RESPONSES

1. All documents which mention, discuss, describe, relate to, refer to or embody the allegations in the UCL Claim.

**RESPONSE TO REQUEST #1**:

>**THIRD AMENDED COMPLAINT**
>
>**RESPONSE TO THE BORROWERS TRUST OBJECTION**
>
>**SUPPLEMENTAL PROSPECTUS OF THE RALI SERIES 2007-QO1 TRUST WHICH CONTAINS THE POOLING AND SERVICING AGREEMENT FOR THE RALI SERIES 2007-QO1 TRUST**

2. All documents which mention, discuss, describe, relate to, refer to or embody any communications between you and the Debtors concerning your Mortgage Loan or the servicing of your Mortgage Loan.

**RESPONSE TO REQUEST #2**

>**MONTHLY MORTGAGE STATEMENTS**
>
>**THE BORROWER CLAIMS TRUST OBJECTION TO CLAIMANT'S PROOFS OF CLAIM**
>
>**THE BORROWERS TRUST REPLY TO CLAIMANT'S PROOFS OF CLAIM**

3. All documents you sent to the Debtors, including copies of cancelled checks.

**RESPONSE TO REQUEST #3**:

>**THIRD AMENDED COMPLAINT**
>
>**RESPONSE TO THE BORROWERS TRUST OBJECTION (DOC. 7300)**

4. All documents you received from the Debtors, including their attorneys.

**RESPONSE TO REQUEST #4**:

>**NOTICE OF DEBTORS' CHAPTER 11 BANKRUPTCY**
>
>**THE BORROWERS TRUST OBJECTION TO CLAIMANT'S PROOFS OF CLAIM (IN OBJECTORS' POSSESSION)**
>
>**THE BORROWERS TRUST REPLY TO CLAIMANT'S PROOFS OF CLAIM (DOC. 7410)**
>**RESPONSE BRIEF**

2

**REQUESTS FOR DISCOVERY**

5. All documents which mention, discuss, describe, relate to, refer to or embody all statements, oral or written, from any person involved with, or knowledgeable of, the facts about the circumstances on which this Contested Matter is based.

**RESPONSE TO REQUEST #5**:

    **CASE MANAGEMENT CONFERENCE  STATEMENTS IN BC465542**

    **CASE MANAGEMENT CONFERENCE STATEMENTS IN BC553608**

6. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 7.

**RESPONSE TO REQUEST #6**:

    **PROMISSORY NOTE ENDORSED IN BLANK**

    **SPECIALLY ENDORSED PROMISSORY NOTE W/ALLONGE**

    **3/18/2008 LETTER FROM AURORA**

    **DEADLY CLEAR BLOG; DEADLYCLEAR.WORDPRESS.COM**

    **The RALI 2007-QO1 Trust's SEC Form 8-K dated 9-27-2007**

    **The RALI 2007-QO1 Trust's SEC Form 10-K dated 12-31-2007**

7. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 8.

**RESPONSE TO REQUEST #7**:

    **PROMISSORY NOTE ENDORSED IN BLANK**

    **SPECIALLY ENDORSED PROMISSORY NOTE W/ALLONGE**

    **THE RALI 2007-QO1 TRUST'S POOLING AND SERVICING AGREEMENT**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 8-K DATED 9-27-2007**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 10-K DATED 12-31-2007**

    **"SMITH SERVICING NOTES"**

    **MOTION FOR RELIEF FROM STAY FILED BY AURORA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DBTCA**

    **WORKOUT AND FORBEARANCE AGREEMENTS ENTERED INTO WITH AURORA EXHIBITS O-S TAC**

8. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 9.

**RESPONSE TO REQUEST #8**:

    **PROMISSORY NOTE ENDORSED IN BLANK**

    **SPECIALLY ENDORSED PROMISSORY NOTE W/ALLONGE**

    **THE RALI 2007-QO1 TRUST'S POOLING AND SERVICING AGREEMENT**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 8-K DATED 9-27-2007**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 10-K DATED 12-31-2007**

    **"SMITH SERVICING NOTES"**

    **MOTION FOR RELIEF FROM STAY FILED BY AURORA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DBTCA**

    **WORKOUT AND FORBEARANCE AGREEMENTS ENTERED INTO WITH AURORA EXHIBITS O-S TAC**

9. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 10.

**RESPONSE TO REQUEST #9**:

    **PROMISSORY NOTE ENDORSED IN BLANK**

    **SPECIALLY ENDORSED PROMISSORY NOTE W/ALLONGE**

    **THE RALI 2007-QO1 TRUST'S POOLING AND SERVICING AGREEMENT**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 8-K DATED 9-27-2007**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 10-K DATED 12-31-2007**

    **"SMITH SERVICING NOTES"**

    **MOTION FOR RELIEF FROM STAY FILED BY AURORA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DBTCA**

    **WORKOUT AND FORBEARANCE AGREEMENTS ENTERED INTO WITH AURORA EXHIBITS O-S**

10. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 11.

**RESPONSE TO REQUEST #10**:

    **NONE**

11. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 12.

**RESPONSE TO REQUEST #11**:

    **NONE at this time, but pending**

12. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 13.

**RESPONSE TO REQUEST #12**:

    **NONE at this time, but pending**

13. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 14.

**RESPONSE TO REQUEST #13**:

    **NONE at this time, but pending**

14. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 15.

**RESPONSE TO REQUEST #14**:

    **Notations made on the March and September Mortgage Statements**

15. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 16.

**RESPONSE TO REQUEST #15**:

    **Notation made on the March and September Mortgage Statements**

    **Third Amended Complaint**

16. Any and all documents, correspondence, reports and/or memoranda which support your Answer to Interrogatory No. 17.

**RESPONSE TO REQUEST #16**:

    **THIRD AMENDED COMPLAINT**

17. Any and all documents, correspondence, reports and/or memoranda which support your answer to interrogatory No. 18.

**RESPONSE TO REQUEST #17**:

    **THIRD AMENDED COMPLAINT**

18. Any and all documents, correspondence, reports and/or memoranda which support your answer to interrogatory No. 19.

**RESPONSE TO REQUEST #18**:

    **THIRD AMENDED COMPLAINT**

19. Any and all documents, correspondence, reports and/or memoranda which support your answer to interrogatory No. 20.

**RESPONSE TO REQUEST #19**:

    **NOTATION MADE ON THE FRONT OF THE MARCH MORTGAGE STATEMENT**

    **THIRD AMENDED COMPLAINT**

20. Any and all expert reports obtained by you with regard to the UCL claim.

**RESPONSE TO REQUEST #20**:

    **PENDING**

21. Curriculum Vitae for any experts you intend to call at trial for this Contested Matter.

**RESPONSE TO REQUEST #21**:

    **PENDING**

22. All documents upon which any expert will rely for his or her opinion(s) offered in support of the UCL claim.

**RESPONSE TO REQUEST #22**:

    **PENDING**

24. All documents that you intend to introduce in evidence at the trial of this Contested Matter.

**RESPONSE TO REQUEST #23**:

    **PROMISSORY NOTE ENDORSED IN BLANK**

    **SPECIALLY ENDORSED PROMISSORY NOTE W/ALLONGE**

    **THE RALI 2007-QO1 TRUST'S POOLING AND SERVICING AGREEMENT**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 8-K DATED 9-27-2007**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 10-K DATED 12-31-2007**

    **THE RALI 2007-QO1 TRUST'S SEC FORM 8-K DATED 3-5-2008**

    **"SMITH SERVICING NOTES"**

**"SMITH BREACH LETTER"**

**"SMITH OPTIONS LETTER"**

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**MOTION FOR RELIEF FROM STAY FILED BY AURORA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DBTCA**

25. All documents, correspondence, reports and/or memoranda that support your contention that you were damaged by any action of the debtors alleged in the UCL claim, including, but not limited to, medical records, bank statements, and/or appraisals of the property.

**RESPONSE TO REQUEST #25**:

**11/16/2011: TRUSTEE'S DEED UPON SALE**

**11/17/2014: JUDGMENT FOR POSSESSION OF PROPERTY**

**DECLARATION OF TIA SMITH RE: CLOSURE OF BUSINESS, LOSS OF INCOME**

**MEDICAL/DENTAL EXPENSES**

**POSTAGE & SHIPPING COST**

**LITIGATION/SUPPLIES COSTS**

**MARKET ANALYSES FOR THE SUBJECT PROPERTY**

26. All documents, correspondence, reports and/or memoranda that were received by you from the debtors during the servicing of the mortgage loan.

**RESPONSE TO REQUEST #26**:

**WELCOME LETTER**

**MONTHLY MORTGAGE STATEMENTS**

27. Any and all documents, correspondence, reports and/or memoranda demonstrating the Claimant's financial situation for the period from October 1, 2007 through and including april 1, 2008, including, but not limited to, all of the Claimant's bank statements, credit card statements, and other account statements from this period.

**RESPONSE TO REQUEST #27**:

**COMERICA BANK STATEMENTS**

**BANK OF AMERICA BANK STATEMENT**

**PRUDENTIAL FINANCIAL INSURANCE POLICY**

7

**CHASE CREDIT CARD STATEMENTS**

**SAKS FIFTH AVENUE CREDIT CARD STATEMENT**

Dated: December 16, 2015.

*/s/ Wendy Alison Nora*

_____

Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
FAX (612) 206-3170
accesslegalservices@gmail.com

8