# EXHIBIT 7

# WITHDRAWN