# EXHIBIT 11

Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE  69363-1706

12/31/2009

*20091994646*

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Los Angeles, California
SELLER'S SERVICING #:0021796453 "SMITH"

MERS #: 100131020609891302 VRU #: 1-888-679-6377

Prepared By:  Kathleen Olson,  AURORA LOAN SERVICES 2617 COLLEGE PARK, PO BOX 1706, SCOTTSBLUFF, NE
69363-1706 308-635-3500

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION IT'S SUCCESSORS OR ASSIGNS hereby grants, assigns and tranfers to AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE  69361 all beneficial interest under that certain Deed of Trust dated 11/13/2006 , in the amount of $556,000.00, executed by TIA DANIELLE SMITH, AN UNMARRIED WOMAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION and Recorded:  12/08/2006  as Instrument No.: 20062729009 in Los Angeles,  California

Together with the note or notes therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE
NETWORK, INC., A DELAWARE CORPORATION IT'S SUCCESSORS OR ASSIGNS
On October 1st, 2009

_____
THEODORE SCHULTZ, Vice-President

*KFO*KFOALSI*10/01/2009 12:05:43 PM* ALSI01ALSIA00000000000000000600632* CALOS A* 0021796453 CASTATE_TRUST_ASSIGN_ASSN **KFOALSI*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

On October 1st, 2009 before me, ROBERTA A. RUMMEL, Notary Public, personally appeared THEODORE SCHULTZ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nebraska that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

*(signature)*
ROBERTA A. RUMMEL
Notary Expires: 09/18/2010

GENERAL NOTARY-State of Nebraska
ROBERTA A. RUMMEL
My Comm. Exp. Sept. 18, 2010

(This area for notarial seal)

*KFO*KFOALSI*10/01/2009 12:05:43 PM* ALSI01ALSIA00000000000000000600632* CALOS A* 0021796453 CASTATE_TRUST_ASSIGN_ASSN **KFOALSI*

**This page is part of your document - DO NOT DISCARD**

# 20091994646

Pages: 0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/31/09 AT 08:00AM**

| | |
|---|---:|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |

**LEADSHEET**

200912310240015

00001725903

002469713

SEQ:
18

**DAR - Title Company (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

E460070    t35