# EXHIBIT 12

Homecomings Financial
P.O. Box 890036
Dallas TX 75389

**Homecomings Financial**
A GMAC Company

www.homecomings.com

January 16, 2007

#BWNFNYZ
#ZSSQRXTVTS1#
+ 0131476 000000728 09ATR2  0933845  P258
Tia D Smith
4011 Hubert Ave
Los Angeles CA 90008-2621

Re: **Homecomings Financial Loan Number:** **0442385654**
Property Address:     4011 Hubert Avenue
                      Los Angeles, CA 90008

Dear Tia D Smith:

Welcome to Homecomings Financial(SM), your new mortgage servicer! Effective 02/01/07, your mortgage transfers to Homecomings Financial from American Mortgage Network, Inc. For consumer information that may be required by your state, please see the following Required Disclosures.

**Your new Homecomings Financial loan number is 0442385654.** It is important that you write your loan number on all payments and correspondence, so that we can identify your account and post your payments quickly and accurately. Please know that the transfer of your mortgage does not in any way affect the terms and conditions of your loan.

**Payments** - Payments will be accepted by your current mortgage holder until 02/01/07. Please mail any payments due on or after 02/01/07 to:



Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

If you have already sent a payment for the current month, simply use the coupon attached for your next payment due. By sending your check to us, you authorize Homecomings Financial to convert the check into an electronic funds transfer. Your bank account may be debited the same day we receive your payment. You will soon begin receiving monthly billing statements from us. Please keep this letter and extra coupons in case you need to make a payment before you receive your first monthly billing statement. After receiving your first statement, you can discard any remaining coupons attached and use the coupon and return envelope provided in the monthly statement.

Your Adjustable Rate Mortgage has the possibility for negative amortization because your interest rate changes more often than your payment amount.

We invite you to enroll in our automated payment program, in which your monthly payments are automatically withdrawn from your bank account on the day you specify. Just visit us on the Internet at www.homecomings.com or call our Customer Service Department at the number below and sign up today!

**CONTACTING US**—You can access your up-to-date loan information via the Internet. Just go to www.homecomings.com and select the "Access My Account Info" button. In addition, you are welcome to contact us at 1.800.206.2901. Our automated phone system, which provides specific loan information and can answer many of your questions, is available 24 hours a day, 7 days a week, and our helpful Account Managers are available from 8:00 a.m. to 9:00 p.m., Monday through Thursday, and 8:00 a.m. to 6:00 p.m. on Friday's, Central Time. We also provide the special address below for your qualified, written requests. Please be sure to note your loan number on your correspondence.

Correspondence Address:

Homecomings Financial
P.O. Box 890036
Dallas, TX 75389

Again, welcome to Homecomings Financial! We look forward to having you as a customer and serving all of your financing needs.

Sincerely,

Homecomings Financial

SX0269-00A

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER
## OF SERVICING RIGHTS.

This correspondence is an attempt to collect the debt, and any information obtained will be used for that purpose. If you haved filed for bankruptcy, or have been discharged in a Chapter 7 Bankruptcy proceeding, no attempt is being made to collect this debt or hold you personally responsible for repayment of the debt.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned or transferred from your present loan servicer to the new loan servicer shown on the reverse side of this notice.

Except in limited circumstances, the law requires that your present servicer send you notice of this transfer at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (**RESPA**) (12 U.S.C.2605):

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer, before its due date, may not be treated by your new servicer as late, and a late fee may not be imposed.

Section 6 of **RESPA** (12 U.S.C.2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 business days of receipt of your request. A "qualified written request" is written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, loan number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: Homecomings Financial, P.O. Box 890036, Dallas, TX 75389

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business day is a day on which the offices of the servicer are open to the public for carrying on substantially all of its business functions.

Section 6 of **RESPA** also provides for the damages and costs for the individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.