# EXHIBIT 13

# WITHDRAWN