# EXHIBIT 14

# PENDING