# EXHIBIT 15

# PENDING