# EXHIBIT 16

Retrieved on December 23, 2014 from
https://www.mersonline.org/mers/mbrsearch/validatembrsearch.jsp

Please Select A Company Below:

121 Financial Credit Union
1Priceloan.com, LLC
1st 2nd Mortgage Co. of NJ, Inc.
1st Alliance Lending, LLC
1st Alliance Mortgage, LLC
1st American Mortgage, Inc.
1st Bank, Division of Glacier Bank
1st Bank, National Association
1st Capital Mortgage LLC
1st Chesapeake Home Mortgage
1st Choice Lending, LLC
1st Choice Mortgage Banc LLC
1st Choice Mortgage/Equity Corp. of Lexington
1st Colonial Community Bank
1st Community Federal Credit Union
1st Constitution Bank
1st Eagle Mortgage
1st Florida Lending Corp
1st Gateway Credit Union
1st Los Angeles Mortgage Corporation
1st Mariner Bank
1st Mortgage Bankers Corp.
1st National Bank
1st Nationwide Mortgage
1st New England Mortgage Corp. dba 1st Mass.Mtg, 1st Pref Mt
1st Place Mortgage, LLC
1st Portfolio Lending Corporation
1st Preference Mortgage Corporation
1st Rate Home Mortgage, Inc
1st Security Bank of Washington
1st Security Bank of Washington, a Washington bank
1st Security Home Mortgage Corp.
1st Service Bank
1st Signature Lending, LLC
1st Source Bank
1st Trust Bank, Inc.
1st Trust Mortgage Corporation
1st United Bank
1st United Home Loans, LLC
2010-2 SFR Venture, LLC
20th Century Fox, FCU
20th Century Home Loan, Inc.
21 ? Asset Management Holding, LLC
215 Holding Co
21st Mortgage Corporation
2CI Direct
360 Mortgage Group, LLC

1

360 Mortgage Inc.
3RD Financial Service Corporation
4Trust Mortgage, Inc.
7th Level Mortgage LLC
A & D Mortgage LLC
A & N Mortgage Services, Inc.
A + Federal Credit Union
A Best Financial Corporation
A C G Funding, Inc.
A I Mortgage Inc.
A&A Mortgage Inc.
A&C Mortgage LLC
A. E. Rivera Mortgage
A. M. Robbins Mortgage, Inc.
A.S.A.P. Mortgage, Inc.
A+ Mortgage Services Inc
A1 Mortgage Group LLC
AA Mortgage Corp
AAA Capital Investment, Inc.
AAA Express Funding, Inc.
AAA Worldwide Financial, Co.
AAKO Inc. dba Boulevard Mortgage Co of PA
AAXY, LLC
AB&T National Bank
Abacus Financial Inc. dba Get Your Mortgage Here.com
ABBA First Mortgage, Inc.
Abbott Laboratories Employees CU
ABC America's Best Choice Financial Group, Inc.
ABC Bank
Abel Mortgage, Inc.
Aberdeen Federal Credit Union
Abilene Teachers Federal Credit Union
Able Financial, Inc.
ABS Financial Inc.
ABS Home Mortgage, Inc.
ABS Loan Trust
Absolute Home Mortgage Corp.
Absolute Lending Group, LLC
Absolute Mortgage Corporation
Absolute Mortgage Corporation of NC
Abundance Home Mortgage LLC
Abundant Mortgage Inc.
Academy Mortgage Corp, a New York corporation
Academy Mortgage Corporation
Acadia National Mortgage, LLC
Acadiana Mortgage of Louisiana, Inc.
Accelerated Funding Government Loans, Inc.
Accelerated Mortgage Solutions LLC
Acceptance Capital Mortgage Corporation
Acceptance Home Mortgage Corporation
Access Bank
Access Capital Funding LLC

2

Access Capital Group Inc
Access Loans Inc.
Access Mortgage and Financial
Access National Mortgage
AccessBank Texas
AccessOne Mortgage Company, LLC
Accredited Home Lenders
ACCU Funding Corporation
Accunet Mortgage LLC
Accurate Mortgage Group, Inc.
Ace Lending, LLC
Ace Mortgage Funding LLC dba Millennium Funding Group
Ace Mortgage Funding, LLC
Ace Mortgage LLC
Ace Mortgage Loan Corp
Achieva Credit Union
Ackley State Bank
ACNB BANK
Acopia, LLC
Acre Mortgage & Financial, Inc.
ACT Lending Corporation
Action Mortgage, LLC
Actualize Consulting, LLC
Acura Mortgage Inc.
Adams Bank & Trust
Adams Mortgage, LLC
Added Value Inc
Adelo Mortgage, Inc.
ADFITECH, Inc.
ADK BANCORP INC.
Admirals Bank
Advance Mortgage & Investment Company, Inc.
Advanced Lending Group dba Nationwide Lending Group
Advanced Mortgage Marketing LLC dba Equity One Mortgage
Advanced Mortgage Planners, Inc.
Advanced Mortgage Services, Inc.
Advanced Mortgage Solutions, LLC
Advantage Colorado, Inc.
Advantage Investors Mortgage Corporation
Advantage Mortgage
Advantage Mortgage of Michigan
Advantage Mortgage of S. Florida
Advantage One Mortgage, Inc.
Advantage Plus Federal Credit Union
Advantix Lending, Inc.
Advent Mortgage LLC
Adventas, Inc.
Adventure Mortgage, Inc.
Advisa Mortgage Services, Ltd
Advisor Net Mortgage LLC
Advisors Capital, Inc.
Advisors Mortgage Group LLC

3

Advisor's Mortgage, LLC
Advocate Mortgage Services Inc
Aegis Correspondent Corporation
Aegis Funding Corporation
Aegis Lending Corporation
Aegis Mortgage Corporation
AFC Mortgage
Affiliated Bank
Affiliated Home Loans, Inc.
Affiliated Mortgage Company
Affinity Home Loans, Inc. dba Affinity Financial
Affinity Home Mortgage, LLC
Affinity Lending Solutions, LLC
Affinity Mortgage LLC
Affinity Mortgage LLC dba Catholic Home Loan
Affirm Home Loans, LLC
Affordable Home Loans
Affordable Lending Group, LLC
Affordable Mortgage Advisors, LLC
Affordable Mortgage, LLC
AFI Financial Inc
Agape Home Mortgage, LLC
AgCredit ACA
Agency Mortgage Corporation (Retail)
Agency Mortgage Corporation (Wholesale)
Agents & Builders Mtg. Co., LLC
Agfirst Farm Credit Bank
AGI Mortgage Lending of Indiana
Agire Mortgage Corporation
AgriLand Farm Credit
AgSouth Farm Credit, ACA
AHL, Mortgage, Inc.
AHM Acceptance, Inc.
AHM Enterprises, Inc.
AIG Home Loan 1, LLC
AIG Home Loan 2, LLC
AIG Home Loan 3, LLC
AIG Home Loan 4, LLC
AimBank
Air Academy Federal Credit Union
AK Bell, Inc. dba Bell Financial Group
Akron Firefighters Credit Union, Inc.
AKT American Capital Corporation
Alabama Housing Finance Authority
Alabama Telco Credit Union
Alacrity Lending Company
Alameda Mortgage Corporation, A California Corporation
Alamo Premier Mortgage Group, Inc
Alarion Bank
Alaska Eastern Partners
Alaska Louisiana Partners, a Limited Partnership
Alaska Seaboard Partners Limited Partnership

4

Alaska USA Federal Credit Union
AlaTrust Credit Union
Albany Northside Mortgage Inc.
Alcoa Community Federal Credit Union
Alcon Employees Federal Credit Union
Alcova Mortgage
Alderus Funding and Investments, Inc
Alera Financial LLC
Alerus Financial, N.A.
Alerus Financial, N.A. (MN)
Align Credit Union
Alkan Mortgage Corporation
All American Consulting, LLC dba All American Mortgage
All American Home Mortgage Corp.
All American Lending, Inc.
All American Liberty Mortgage, Inc.
All American Mortgage Corporation
All American Mortgage, Inc.
All California Mortgage dba All American Mortgage
All First Mortgage Services Inc
All Home Lending, Inc
All In One Mortgage Lenders, LLC
All Star Mortgage
All Western Mortgage, Inc.
AllCom Credit Union
Allegacy Federal Credit Union
Allegheny Mortgage Corp.
Allegiance Bank Texas
Allegro Home Loans LLC
Allen Mortgage LLC
Allen Tate Mortgage Services, Inc.
Alliance Bancorp
Alliance Bank & Trust Co.
Alliance Bank Corporation
Alliance Bank, A Texas Banking Association
Alliance Credit Union
Alliance Financial Resources
Alliance Home Funding LLC
Alliance Home Mortgage
Alliance Home Mortgage Inc.
Alliance Mortgage Banking Corp.
Alliance Mortgage Group, LLC
Alliance Venture Mortgage, LLC
Alliance West Mortgage, Inc
Alliant Credit Union, an Illinois credit union
Allied First Bank SB
Allied Lending Group Inc
Allied Mortgage Group, Inc.
Allied Mortgage Professionals, Inc.
Alloy Federal Credit Union
ALLQuest Home Mortgage Corporation
Allsource Mortgage Inc.

5

AllSouth Federal Credit Union
Allstar Mortgage Services LLC
AllWealth Federal Credit Union
Ally Bank, a Utah Corporation.
Alpha Mortgage Corporation
Alpha Mortgage USA
Alpine Bank
Alpine Bank & Trust Co.
Alpine Mortgage LLC
Alpine Mortgage Services LLC
Alpine Mortgage Services, Inc.
Alta Financial Inc. dba Alta Financial Mortgage
Alta Mortgage Financial, Inc.
Altana Federal Credit Union
Alterna Mortgage Co.
Alternative Options Mortgage, Inc
Alternatives Federal Credit Union
Alterra Bank
Altra Federal Credit Union
Altura Credit Union
Amalgamated Bank of Chicago
Amalgamated Bank, a New York Banking Corporation
Amarillo National Bank
AmBank
Ambeck Mortgage Associates
Amber Financial Group, LLC
Amber Sky Home Mortgage LLC
AMC Funding Corporation
AMC, Inc.
AmCap Mortgage Ltd
Amegy Mortgage Company, L.L.C.
Amera Mortgage Corporation, A Michigan corporation
Ameribanc Corporation
AmeriBest Mortgage LLC
America First Federal Credit Union
America Home Mortgage Corporation, Inc.
America South Mortgage Corp.
America West Financial LLC
AmericaHomeKey
American Advantage Mortgage Company, L.L.C.
American Advisors Group
American Bancshares Mortgage, LLC
American Bank
American Bank & Trust
American Bank & Trust Company
American Bank & Trust Company, Inc.
American Bank (PA)
American Bank and Trust
American Bank Mortgage Company
American Bank of Commerce, a UT Corporation
American Bank of Huntsville
American Bank of Missouri

6

American Bank of Oklahoma
American Bank of Saint Paul
American Bank of Texas
American Bank of the North
American Broadcast Employees Federal Credit Union
American Chartered Bank
American Eagle Federal Credit Union
American Equity Mortgage
American Exchange Bank
American Federal Bank
American Federal Mortgage Corporation
American Fidelity Mortgage Services, Inc.
American Fidelity, Inc.
American Financial Funding Corp.
American Financial Lending, Inc.
American Financial Mortgage Corporation
American Financial Network, Inc DBA Realty Mortgage Alliance
American Financial Resources Inc.
American Financial Resources Incorporated
American Financing Corporation
American First Lending Corporation
American Freedom Mortgage Inc.
American General Mortgage
American Guardian Financial Group Inc.
American Heartland Bank & Trust
American Heritage Capital, LP
American Heritage Federal Credit Union
American Heritage National Bank
American Home Equity Corporation
American Home Finance Group Inc
American Home Financial Services, Inc. II
American Home Free Mortgage, LLC
American Home Funding, Inc.
American Home Lending USA, LLC.
American Home Lending, LLC
American Home Loan Mortgage Corporation
American Home Mortgage Company
American Home Mortgage Holdings, Inc.
American Home Mortgage Services, Inc.
American Home Mortgage, Inc.
American Homestar Mortgage, LLC
American Homestead Mtg. LLC
American Interbanc Mortgage
American Internet Mortgage, Inc.
American Investors Bank and Mortgage
American Ken Inc.
American Land Title Association
American Lending
American Lending Group
American Lending Solutions, LLC
American Liberty Mortgage Corporation
American Liberty Mortgage Inc

7

American Loan Mortgage Corporation
American Midwest Bank
American Midwest Mortgage Corporation
American Millenium Company LLC
American Momentum Bank, A Texas Banking Corporation
American Money Centers Inc.
American Mortgage & Equity Consultants, Inc.
American Mortgage & Financial Services LLC
American Mortgage Advisors, Inc.
American Mortgage and Insurance Inc
American Mortgage Associates, Inc AR
American Mortgage Bank, LLC
American Mortgage Company
American Mortgage Corporation (MO)
American Mortgage Exchange, Inc.
American Mortgage Express
American Mortgage Express dba Millennium Funding Group
American Mortgage Express Financial
American Mortgage Finance, Inc.
American Mortgage Funding Corporation
American Mortgage Inc
American Mortgage Service Company
American Mortgage Services, Inc.
American Mortgage Specialists Inc.
American Mortgage, Inc
American National Bank & Trust Company
American National Bank dba Res Mort Services & Peoples Nat'l
American National Bank of Minnesota
American Nationwide Mortgage Company, Inc.
American Neighborhood Mortgage Acceptance Company
American Pacific Mortgage Corp. dba American Pacific Funding
American Plus Bank, N.A.
American Portfolio Mortgage Corp.
American Preferred Lending
American Prime Finance Services
American Savings Bank
American Savings Bank, FSB
American Savings Bank.
American Security Mortgage Corp.
American Servicing and Recovery Group, LLC
American South Lending, Inc.
American Southwest Credit Union
American Southwest Mortgage Corp
American State Bank
American Trust & Savings Bank
American Trust & Savings Bank (IA)
American Unified Mortgage, Inc.
American Union Financial Services, Inc.
American United Mortgage Corp
American West Bank
AmericanBank, NA
Americapital Funding Corp

8

Americare Inv Group dba Premier Capital Lending Group
America's Choice Home Loans LP
Americas Credit Union, A Federal Credit Union
Americas First Choice Lending
America's First Federal Credit Union
Americas First Home Mortgage Company
America's Home Loans Inc.
America's InfoMart, Inc.
America's Lender LLC
America's Money Source, Inc
America's Mortgage Center, Ltd.
Americas Mortgage Professionals, LLC
America's Mortgage Resource Inc.
Americash
Americasun Financial
Americorp Credit Corporation
AmeriCU Credit Union
Amerifirst Financial Corp
AmeriFirst Financial, Inc.
AmeriFirst Home Improvement Finance Co.
Amerifund Home Mortgage LLC
Amerifund Lending Group dba ALG Real Estate Services Inc.
Amerihome Loan Inc.
Amerihome Mortgage Company, LLC
AmeriHome Mortgage Company, LLC (DE)
Ameriloan Mortgage Corp.
Ameri-National a div of National Bank of Kansas City
Ameriplex Mortgage, A Division of Main Bank
AmeriPro Funding, Inc.
Ameris Bank
Amerisave Mortgage Corporation
AmeriServ Financial Bank
AmeriSouth Mortgage Company
AmeriStar Mortgage Corporation
Ameritrust Mortgage Bankers, Inc.
Ameritrust Mortgage Corporation
Amherst Funding Group LP
Amistad Bank
Amity Group, LLC
AMK Financial Corporation
Amplify Federal Credit Union
Ampro/HicStar
Amres Mortgage, Inc
Amtrust Mortgage Corporation
AmTrust-NP SFR Venture, LLC
Anchor Bank NA
Anchor D Bank
Anchor Funding Inc.
Anchor Home Mortgage
Anchor Mortgage, LLC
Anchor Mutual Savings Bank
Ancient City Mortgage, Inc.

9

Anderson Brothers Bank
Andrews Federal Credit Union
Androscoggin Savings Bank
ANECA Federal Credit Union
Angel Oak Home Loans LLC
Angel Oak Mortgage Solutions LLC
Animas Credit Union
Ann Arbor Mortgage Company LLC
Ann Arbor State Bank
Annandale State Bank
Anstaff Bank, National Association
Answer One Mortgage, Inc.
Anthem Bank & Trust
Apex Home Loans, Inc
APEX MORTGAGE INC
Apex Mortgage LLC
A-Plus Mortgage, LLC
Appalachian Community Federal Credit Union
Apple Direct Funding Corporation
Apple Mortgage Corporation
Apple Valley Mortgage, Inc.
Approved Funding Corp.
Approved Home Lending, Inc.
Approved Mortgage Corp.
Approved Mortgage Group, LLC
Approved Mortgage Source, LLC
Apreva Financial Corporation dba Apreva Funding
Aquesta Bank
Arapahoe Credit Union
Arbor Lending Group, LLC
Arbor Mortgage Group, LLC
Arboretum Mortgage Corporation
Arbotco Financial Corporation
Arcadia Home Loans, LLC
Arcadian Mortgage Corporation
Arch Mortgage Corporation
Archer Mortgage
Archway Mortgage, LLC
Arcstone Financial Inc.
Arden Mortgage Co
Ardent Financial Corporation
Arisen Mortgage Corporation
Arizona Bank & Trust
Arizona Central Credit Union
Arizona Federal Credit Union
Arizona Lending Source, Inc.
Arizona Mortgage Specialists, Inc.
Arizona State Credit Union
ARK LA TEX Financial Services dba Benchmark Mortgage
Ark Mortgage, Inc.
Arkansas Federal Credit Union
Arlington Funding Group, LLC

10

Armed Forces Bank, N.A.
Armstrong Bank
Army Aviation Center FCU
Arrowhead Capital Corporation
Arrowhead Central Credit Union dba Arrowhead Credit Union
Artesia Credit Union
Artisans' Bank
Arvest Mortgage Company
Ascella Mortgage, LLC.
Ascendant Capital, LLC
Ascendant Mortgage Corp
Ascent Home Lending, LLC
Ascot Mortgage Services, LLC
Asheford Funding Group LLC
Asheville Savings Bank S.S.B.
Ashore Funding, Inc.
Ashton Financial, Inc
Ashworth Funding Inc.
Aspire Financial Inc dba Texaslending.com
Assent Inc
Asset Capital Mortgage, Inc.
Asset Mutual Mortgage, Inc An Illinois Corporation
Assets Recovery 23, LLC
Assets Recovery 24, LLC
Assets Recovery Center Investments, LLC
Assets Recovery Center LLC
Associated Bank NA
Associated Credit Union of Texas
Associated Mortgage Bankers Inc.
Associated Mortgage Corporation
Assumption Mortgage Corporation
Assurance Financial Group LLC
Assurance Home Loan, Inc.
Assured Capital Funding Inc.
Assured Financial Corporation dba Assured Mortgage Company
Assured Lending Corp.
Assured Mortgage Bankers Corp.
Assured Mortgage, Inc.
Assurity Financial Services, LLC
Astoria Bank
ATEEV, Inc
Athol Credit Union
Athol Savings Bank
Atlanta Mortgage Lending, LLC
Atlanta Postal Credit Union
Atlantic Pacific Mortgage Corporation
Atlantic Bay Mortgage Group LLC
Atlantic City Federal Credit Union
Atlantic Coast Bank
Atlantic Coast Mortgage Group, Inc.
Atlantic Coast Mortgage Group, Inc. (SC)
Atlantic Coast Mortgage, LLC

11

Atlantic Federal Credit Union
Atlantic Financial, Inc.
Atlantic First Financial Corporation
Atlantic Home Capital, Corp.
Atlantic Home Lending Inc.
Atlantic Home Loans d/b/a Atlantic Home Loans Lcnsd Mtg Bnkr
Atlantic Mortgage Services, Inc.
Atlantic National Bank
Atlantic Residential Mortgage, LLC
Atlantic Stewardship Bank
Atlantis Mortgage Co., Inc.
Atlas Mortgage Company LLC
Atlas Mortgage Partners, LLC
Atlas Mortgage, Inc.
Auburn Bank
Audubon Savings Bank
Augusta Financial, Inc.
Augusta Holdings, LLC
Augusta Mortgage Co.
Aurgroup Financial Credit Union
Aurora Commercial Corp.
Aurora Financial Group, Inc.
Aurora Financial, LLC
Austin Bank, Texas N.A.
Austin Capital Mortgage, Inc.
Austin Telco Federal Credit Union
Auto Club Trust, FSB
Automated Finance Corporation
Automation Research, Inc (Vendor for Select Investors) (Data
Automation Research, Inc (Vendor for Select Investors)(Datav
Automation Research, Inc.
Automation Research, Inc. on behalf of Chase 1
Automation Research, Inc. on behalf of Chase 2
Availent Mortgage
Avalon Mortgage, Inc.
Avanti Financial Network LLC
Avantus, LLC
Avaris Capital
AVB Bank
Avenue Bank
Avex Funding Corporation
Avidia Bank
Avista Solutions
Avistar Capital Group, LLC
Avizen Lending Solutions Inc
Avon Cooperative Bank
Avrus Financial and Mortgage Services Inc
Axia Financial LLC
Axiom Bank
Axiom Financial, LLC
Axis Bancorp Inc.
Ayres Financial Advisors, Inc.

12

AZ Lending Experts, LLC
Azalea Coast Mortgage Co., Inc.
Badger Bank
Baird to First Bank Texas, SSB
Baker Street Mortgage
Baldwin County FCU
Baltimore American Mortgage Corporation
Baltimore Washington FCU
Banc Investments Group/Pacific Coast Bankers' Bancshares
Banc of California, National Association
Banc Ohio Financial, LLC
Banc One Mortgage Corporation
BancFirst
BancGroup Mortgage Corp.
BANCO POPULAR NORTH AMERICA
Banco Popular North America.
Bancocorp Mortgage Inc
BancorpSouth Bank
Bangor Savings Bank
Bank '34
Bank CBO
Bank Gloucester
Bank Independent (Mortgage Lending)
Bank Midwest
Bank Mortgage Solutions LLC
Bank of Alpena
Bank of America, N.A.
Bank of American Fork
BANK OF ANN ARBOR
Bank of Blue Valley (Retail)
Bank of Bolivar
Bank of Botetourt
Bank of Bozeman
Bank of Brenham
Bank of Bridger, National Association
Bank of Cape Cod
Bank of Charles Town
Bank of Cleveland
Bank of Colorado
Bank of Commerce
Bank of Commerce (TX)
Bank of Commerce (Yukon)
Bank of Commerce, an Oklahoma corporation
Bank of Deerfield
Bank of Dudley
Bank of England dba ENG Lending
Bank of Erath
Bank of Floyd
Bank of Franklin
Bank of Franklin County
Bank of Gibson City
Bank of Idaho

13

Bank of Jackson Hole
Bank of Jones County
Bank of Labor
Bank of Lake Mills
Bank of Lee's Summit
Bank of Lexington, Inc
Bank of Little Rock Mortgage Corporation
Bank of Manhattan
Bank of McKenney
Bank of Michigan
Bank of Montana
Bank of Montgomery
Bank of Nebraska
Bank of New York Trust Company, N.A.
Bank of North Carolina
Bank of Oak Ridge
Bank of Ocean City
Bank of Putnam County
Bank of Ruston
Bank of San Angelo, N.A., a Branch of First Natl Bk of Balli
Bank of San Francisco
Bank of Springfield
Bank of St. Augustine
Bank of St. Elizabeth
Bank of Sullivan
Bank of Tennessee
Bank of the Bluegrass & Trust Company
Bank of the Cascades
Bank of the Flint Hills
Bank of the James
Bank of the Ozarks
Bank of the Prairie
Bank of the Rockies, N.A.
Bank of the San Juans, Division of Glacier Bank
Bank of the Sierra
BANK OF THE WEST, A CALIFORNIA STATE BANKING CORPORATION
Bank of Utah
Bank of Walker County
Bank One, NA (Conduit)
Bank Rhode Island
Bank SNB
Bank Star One
Bank VI
Bank2
BankAtlantic
bankcda
BankChampaign, N.A.
Bankers Advisory, Inc.
Bankers Bank
Bankers Choice Mortgage Corp.
Bankers Home Mortgage, Inc
Bankers Mortgage

14

Bankers Mortgage Lending, Inc.
Bankers Trust Co NA
Bankers Xpress LLC
BankFirst
Bankfirst (FL)
BankFirst Financial Services
Banking Mortgage Svcs Corp. dba BMS Corp.
BankIowa
BankLiberty
Bankline Mortgage Corporation
BankORION
BankPlus
BankSouth
BanKSouth Mortgage Company, LLC
BankStar Financial
BankTennessee
BankTrust Financial Corp
BankUnited, N.A.
BankVista
Bankwell Bank
Bankwest (MN)
BankWest Inc
Banner Bank
Banterra Bank
Barclays Bank PLC
Barr Group, Inc.
Barrett Financial Group, L.L.C.
Barrington Bank and Trust Company, N.A.
Barrington Capital Corporation
Barrons Mortgage Group LTD dba goodmortgage.com
Bartlett Mortgage, Inc.
Barton Creek Lending Group, LLC
Barton Hills Mortgage LLC
Baton Rouge Telco Federal Credit Union
Bay Area Credit Union, Inc.
Bay Bank, FSB
Bay Capital Corp.
Bay Capital Mortgage Corporation
Bay Equity LLC
Bay Federal Credit Union
Bay State Savings Bank
Bay to Bay Lending LLC
Bay Valley Mortgage Group d/b/a Pacific Bay Lending Group
Bayburg Financial Inc.
BayCal Financial Mortgage Corporation
BayCoast Bank
Baylake Bank
Baylands Federal Credit Union
Baylor Health Care System Credit Union
BayPort Credit Union
BayRock Mortgage Corporation
Bayshore Financial Corporation

15

Bayshore Mortgage Funding, LLC
Bayside Mortgage Services, Inc.
BAYTREE NATIONAL BANK AND TRUST COMPANY
Bayview Financial Group, LLC
Bayview Home Mortgage Corp
Bayview Loan Servicing, LLC
Bayview Residential Brokerage
BCB Community Bank
BCK Capital Inc dba All Seasons Mortgage Services Group
Beach Community Mortgage Services, Inc.
Beach Mortgage Co. Inc.
Beach Municipal Federal Credit Union
Beacon Federal Credit Union
Beacon Financial Mortgage Bankers
Beam Mortgage, Inc.
Beanstalk Networks LLC dba Open/Close
Bear Stearns
Beazer Mortgage Corporation
Bednar Inc.
Beechwood Servicing LLC
Beehive Federal Credit Union
Beitel Mortgage Solutions LLC
Belem Servicing LLC
Bell Home Loans Inc.
Bell State Bank & Trust (Primary)
Bell State Bank & Trust, Minnetonka Division (Affiliate)
Bella Home Mortgage
Belmont Savings Bank
Beltway Capital, LLC
Belvidere Networking Enterprises
Ben Franklin Bank of Illinois
Benchmark Bank
Benchmark Bank - Warehouse
Benchmark Bank, an Ohio corporation
Benchmark Community Bank
Benchmark Federal Credit Union
Benchmark Home Mortgage Inc.
Benchmark Lending Group, Inc.
BenchMark Mortgage LLC
Benchmark Mortgage, LLC DBA Grandmark Mortgage
Beneficial Capital Management Corp.
Beneficial Finance I Inc.
Benefit Bank
Bentwood & Bowden Mortgage Group, Inc
Bergin Financial, Inc.
Berkshire Bank (MA)
Berlind Corporation
Best Capital Funding
Best Loan Choice, Inc.
Best Mortgage Inc.
Best Mortgage, Inc.
Best Rate Finance and Realty Inc.

16

Best Rate Funding Corp.
Beverly Bank
Bexil American Mortgage Inc.
Bi-Coastal Mortgage Inc.
Big Sky Western Bank, Division of Glacier Bank
Billings Federal Credit Union
Birmingham Bancorp Mortgage Corporation
Bitterroot Valley Bank
BJV Financial Services Inc dba Forum Mortgage Bancorp
Black Hills Community Bank, N.A.
Black Hills Federal Credit Union
Black Knight InfoServ, LLC
Blackhawk Bank
BlackRidgeBANK
Blackstone Financial Inc
Blair Services of America Inc.
BLB Trading, LLC
BLCC Mortgage LLC
BLG Holdings, Inc
BLU Mortgage, Inc
Blue Asset Management
Blue Brick Financial LLC
Blue Chip Lending Services, Inc
Blue Cross Texas Federal Credit Union
Blue Eagle Credit Union
Blue Financial Group
Blue Hills Bank
Blue Ridge Bank & Trust Co.
Blue Ridge Bank, Inc
Blue Saphire Investments, (CA) Inc
Blue Sky Funding, LLC
Blue Sky Mortgage Company
Blue Skye Lending, LLC
Blue Star Financial Services, Inc.
Blue Star Residential Lending, Inc
Blueleaf Lending LLC
BlueRidge Bank
Bluestar Mortgage Inc.
Bluestone Mortgage, Inc
BM Real Estate Service Inc
BMI Residential Mortgage Loan Trust 2010
BMO Harris Bank N.A
BMO Harris Bank NA
BMO Harris Bank National Assn
BMO Harris Bank National Association
BNA Bank
BNB Financial Inc.
BNC Mortgage, Inc.
BNC National Bank
BNYM as Agent, a division of The Bank of New York Mellon
Boeing Employees' Credit Union DBA BECU
BofI Federal Bank

17

Bogman, Inc.
BOKF, NATIONAL ASSOCIATION
Bond Street Mortgage, LLC
Bondcorp Realty Services, Inc.
Boone Bank & Trust Co
Borrower Dispute Investigations
Bossier Federal Credit Union
Boston Private Bank & Trust Company
Boulevard Bank
Boulevard Mortgage Corporation
Bourgeois & Associates Mortgage, L.L.C.
BP Federal Credit Union
Bragg Mutual Federal Credit Union
Brainerd Savings and Loan Association
Branch Banking & Trust Company
Branch Banking and Trust Company
Brand Mortgage Group LLC
Branson Bank
Brazos National Bank
Breeze Funding, Inc
Bremer Bank, N.A.
Brenda Guenther
Brenner Mortgage Corp.
Bridgelock Capital dba BLC Servicing
Bridgeview Bank Mortgage Co., LLC
Bridgeview Mortgage Corp.
Bridgewater Capital, Inc.
Bridgewater Credit Union
Bridgewater Savings Bank
Bright Vision Mortgage Inc.
Brighten Lending
Brightgreen Home Loans Inc.
BrightStar Credit Union
Brimfield Bank
Briner, Incorporated
Brinkley Mortgage Corporation
Bristol County Savings Bank
Broadview Mortgage Corporation
Broker Settlement Services Inc.
BROKER SOLUTIONS, INC
Bronco Federal Credit Union
Brook Mortgage Corp
Brookhollow Mortgage Services, LTD
Brookline Bancorp, Inc.
Broward Bank of Commerce
Browning Capital and Investment Corporation
Bryant Bank
Bryco Funding Inc
BSM Financial DBA Bank Source Mortgage
Buckeye Community Bank
Buckhead Mortgage Associates, Inc.
Buckingham Mortgage Corporation

18

Bucks County Bank
Bud Weber Mortgages, LLC
Buena Vista Lending Group LLC
Buffalo Federal Bank
Builder Mortgage Company, Inc.
Bull's Eye Credit Union
Burbank City Mortgage Services, LLC
Burke & Herbert Bank & Trust Company
Burling Bank
Busey Bank
Business Bank
Business First Bank
Butler Mortgage Inc.
BWM Mortgage LLC
C & A Mortgage Services of Florence, Inc.
C & R Mortgage Corporation
C & T Mortgage, Inc
C and F Mortgage Corporation
C&E Financial Group Inc
C&G Financial Services Inc
C.U. Financial, Inc. dba Real Estate Resource Home Loans
C.U. Mortgage Services, Inc.
C1 Bank
C2 Financial Corporation
CA Lending, Inc. dba First Rate Financial Group
Cabrillo Credit Union
Cabrillo Mortgage and Realty Services
Cache Valley Bank
Cadence Bank, N.A.
Cal Coast Financial Corp
Cal Pro Real Estate & Loans
CalCon Mutual Mortgage LLC
Caldwell Bank & Trust Co.
Caliber Home Loans, Inc
California Bank & Trust
California Consumer Lending
California Credit Union
California Financial and Real Estate Center, Inc.
California Home Solution, Inc
California Housing Finance Agency
California Mortgage Advisors, Inc.
California State Teachers' Retirement System
Cali-Land, Inc. DBA Cali-Land Bankers Home Loan
Callisto Group Inc dba Metro Lending Services
CalPERS, Administered by CitiMortgage, Inc.
Calusa Bank
Cambria Financial Group, LLC
Cambria Mortgage, LLC
Cambridge Funding Group Inc
Cambridge Mortgage Group, LLC
Cambridge Mortgage, Inc
Cambridge Savings Bank

19

Cameron Financial Group, Inc.
Camp Shelby Federal Credit Union
Campbell & Fetter Bank
Campbell Financial Services, Inc.
Campus Federal Credit Union
Campus USA Credit Union
Canon National Bank
Canyon Community Bank NA
Capaha Bank
Cape Ann Savings Bank
Cape Bank
Cape Cod Cooperative Bank
Cape Cod Five Cents Savings Bank
Cape Fear Farm Credit, ACA
CapGrow Home Mortgage, LLC
Capital American Mortgage Company
Capital Assistance Corp
Capital Bank, N.A..
Capital Bank, N.A. dba Church Street Mortgage
Capital Bank, SSB
Capital Center LLC
Capital City Bank
Capital City Bank, a Kansas Corporation
Capital City Mortgage Inc.
Capital City Mortgage Investments, Inc.
Capital Community Bank, Inc.
Capital Concepts, Inc
Capital Credit Union
Capital Educators Federal Credit Union
Capital Family Mortgage
Capital Financial Bancorp, Inc.
Capital Financial Ent. Inc. dba Capital Mortgage Services
Capital Financial Mortgage Corp
Capital Financial Services
Capital Hill Mortgage Co., Inc.
Capital International Financial Inc
Capital Lending
Capital Lending Group LLC
Capital Markets, LLC
Capital Mortgage Associates LLC
Capital Mortgage Corporation
Capital Mortgage Finance Corp
Capital Mortgage Inc
Capital Mortgage Services, Inc
Capital Mortgage, LLC
Capital One, N. A.
Capital Partners Mortgage, LLC
Capital Point Funding Group, Inc.
Capital Quest Mortgage, Inc.
Capital Trust Mortgage Corp
Capital West Bank
Capital Works, Inc.

20

CapitalMark Bank & Trust
Capitol Commerce Mortgage Company
Capitol Federal Savings Bank
Capitol Mortgage Services, Inc.
CapStar Bank
Capstar Lending, LLC
Capstone Bank
Capstone Direct Inc.
Capstone Lending Corp
Capstone Mortgage Company
Capstone Mortgage Ind. dba Baker Group
Cardinal Banc and Mortgage Corp
Cardinal Financial Company, Limited Partnership
Cardinal Mortgage, P.L.L.C
Carlton Mortgage Services, Inc.
Carnegie Mortgage, LLC
Carolina Bank
Carolina Farm Credit, ACA
Carolina Premier Bank
Carolina's Premier Mortgage Corpration
Carolyn Ann Behrens
Carr and Carr Enterprises Inc. dba Carr Mortgage Funding
Carrington Mortgage Services LLC
Carroll Bank & Trust
Carroll County State Bank dba Council Bluffs Savings Bank
Carrollton Bank (IL)
Carrollton Mortgage Co.
Carter Lending Inc.
Carthage Federal Savings & Loan Association
Cartus Home Loans, LLC
Carver Federal Savings Bank
Casa Mortgage Inc.
Cascade Equity Group Inc
CASE Credit Union
Cash Fast Finance, LLC dba Blue Financial
Cash Out Mortgage Corporation
CashCall, Inc.
Cass County Bank
CASTLE & COOKE MORTGAGE, LLC
Castle Mortgage
Castle Mortgage of Green Bay, Corp.
Castle Rock Mortgage, LLC
Catalyst Lending Inc.
Catalyst Mortgage
Catholic and Community Credit Union
Cavalier Mortgage Group, Inc.
CB+S Bank
CBC Companies
CBC Mortgage Agency
CBC National Bank (GA)
CBC National Bank (SC)
CBM Mortgage LLC

CBOA Financial, Inc.
CCFCU Funding, LLC
CDC Federal Credit Union
CDC Financial Group Inc.
Cedar Rapids Bank and Trust Company
Celebration Funding, Inc
Celink
Celtic Bank Corporation
Cendera Funding, Inc.
Cenlar FSB
Cenlar FSB - AGGREGATOR
Centennial Bank - CO
Centennial Bank, an Arkansas corporation
Centennial Home Mortgage, LLC
Centennial Lending Group LLC
Centennial Lending, LLC
Centennial Mortgage and Funding, Inc.
Center Point Bank and Trust Company
Center State Bank of Florida, National Association
CenterBank
CenterState Bank of Florida, NA
Centier Bank
Centinel Bank of Taos
Centra Credit Union
Central Banc Mortgage Corporation
Central Banc, Inc.
Central Bancompany
Central Bancshares
Central Bank
Central Bank (FL)
Central Bank (MO)
Central Bank and Trust
Central Bank of Audrain County
Central Bank of Lake of the Ozarks
Central Bank of St. Louis
Central Bank of the Midwest
Central Coast Lending, Inc.
Central Financial Group, Inc.
Central Jersey Mortgage Corporation
Central Kentucky Agricultural Credit Association
Central Minnesota Credit Union
Central Mortgage Company
Central National Bank
Central National Bank, a national banking association
Central One Federal Credit Union
Central Pacific Bank
Central Pacific Mortgage
Central Rockies Mortgage Corp.
Central Star Financial Solutions LLC
Centric Bank
Centris Federal Credit Union
Centrue Bank

22

Century 21 Mortgage Corporation
Century Bank & Trust
Century Bank (MS)
Century Bank and Trust
Century Bank, a New Mexico chartered bank
Century Mortgage Company dba Century Lending Company
Century Mortgage, Inc.
Century Pacific Mortgage Corporation
Certified Funding, LP
CertusBank, N.A.
CF Bank
CF Funding Corp
CFN Holdings LLC
Chaffey Federal Credit Union
Chain Bridge Bank, NA
Champion Credit Union
Chandler Bancorp, Inc. dba Citizens State Bank
Chapel Mortgage Corporation
Charles River Bank
Charles Vincent, LLC
Charlotte Metro Federal Credit Union
Charter Bank
CharterWest Mortgage, LLC
CharterWest National Bank
Chartway Federal Credit Union
Chartwell Mortgage Funding, LLC
Chateau Mortgage of Louisiana Inc
Cheaha Bank
Chelsea Bank
Chemical Bank
Chemtov Mortgage Group Corp.
Cherokee Strip Credit Union
Cherry Creek Mortgage Company, Inc.
Chesapeake Bank of Maryland
Cheviot Savings Bank
Cheyenne State Bank
Chicago Bancorp
Chicago Financial Services, Inc.
Chicago Mortgage Solutions Corporation
Chicago United Mortgage, Inc.
Chicagoland Home Mortgage Corp.
Childress Mortgage Group, LLC
Chimera Investment Corporation
Chinoma Ltd. Co.
Choice Bank
Choice Capital Funding, Inc
Choice Financial Group
Choice Lending Corp. dba Choice Lending Group
Choice Mortgage Corp.
Choice One Mortgage, Inc
ChoiceAmerica Lending, LLC
ChoiceOne Bank

23

Chris Scallon
Christen E. Keller dba 1st Sheffield Mortgage
Christensen Financial Inc.
Christian Holdings Inc.
Christopher Paul Financial, LLC
Chu and Associates
Churchill Mortgage Corporation
CIBM Bank
Cincinnati Federal Savings and Loan Association
Cincinnati Police Federal Credit Union
Circle One Mortgage Company
CIS Financial Services, Inc.
Citadel Servicing Corporation
Citi Master Servicing
Citibank, N.A.
CitiBank, N.A. as Trustee, a Division of CitiBank, N.A.
Cities Financial Inc.
Citigroup Global Markets Realty Corp
CitiMortgage, Inc.
Citimutual Corporation dba CIMU Wholesale
Citizens Bank
Citizens Bank & Trust (AL)
Citizens Bank & Trust Company
Citizens Bank & Trust Company of Vivian, Louisiana
Citizens Bank (Columbia)
Citizens Bank (KY)
Citizens Bank (Lafayette)
Citizens Bank (OR).
Citizens Bank (TN)
Citizens Bank (TX)
Citizens Bank and Trust
Citizens Bank and Trust Company
Citizens Bank of Ada
Citizens Bank of Blount County
Citizens Bank of Florida
Citizens Bank of Las Cruces
Citizens Bank of Newburg
Citizens Bank of Pennsylvania
Citizens Bank of Washington County
Citizens Bank Tri-Cities
Citizens Bank, a New Mexico corporation
Citizens Bank, N.A.
Citizens Bank, National Association
Citizens Business Bank
Citizens Choice Mortgage
Citizens Commerce National Bank
Citizens Community Bank
Citizens Community Bank, Division of Glacier Bank
Citizens Community Federal
Citizens Deposit Bank of Arlington, Inc
Citizens First Bank (KY)
Citizens First Bank (VLGS)

24

Citizens First Mortgage LLC
Citizens First Wholesale Mortgage Company
Citizens Home Loan, Inc.
Citizens Home Loans of America, Inc.
Citizens Mortgage Company
Citizens Mortgage Corp
Citizens National Bank
Citizens National Bank - TN
Citizens National Bank (Texas)
Citizens National Bank at Brownwood
Citizens National Bank of Greater St. Louis
Citizens National Bank of McConnelsville
Citizens National Bank of Paintsville
Citizens National Bank, N.A.
Citizens Savings Bank and Trust Company
Citizens State Bank (TX)
Citizens State Bank Norwood Young America
Citizens Trust Mtg Corp dba CTM Finance Corp.
Citizens Union Bank
City Bank & Trust Co.
City Bank and Trust Company
City Bank and Trust Company of Moberly
City Bank dba City Bank Mortgage
City Lights Financial Express, Inc.
City National Bank (NJ)
City National Bank of Florida
City State Bank
City View Group, LLC dba City View Mortgage
Cityfirst Mortgage Services, LLC
Cityline Financial Group, LLC
Citywide Banks
Citywide Home Loans, A Utah Corporation
Citywide Mortgage Associates, Inc.
Citywide Mortgage Corp.
CityWorth Mortgage LLC
Civic Financial Services, Inc.
Clarity Mortgage LLC
Clark County Credit Union
Clarksville Mortgage Corporation
Classic Home Financial, Inc.
Classic Home Loans
Classic Home Loans, LLC
Classic Home Mortgage, Inc
Classic Mortgage LLC
Clayson Mitchell Mortgage Services, LC
Clayton Services LLC
Clear Fork Acquisitions, LLC
Clear Mountain Bank
ClearPath Lending
ClearPoint Funding, Inc.
ClearSpring Loan Services, Inc.
Clearview Federal Credit Union

25

Clearwater Mortgage, LLC DBA Clearwater Mortgage
Cleveland State Bancorp, Inc.
Cleveland Street Mortgage
Cliffco, Inc. dba Cliffco Mortgage Bankers
Clift Enterprises Inc. dba Sean Clift Mortgage
Clifton Mortgage Services, LLC
Clifton Savings Bank
Clinton Savings Bank
CLM Mortgage, LLC
CM Investments Corporation
CM REO Trust
CMC Funding, Inc.
CMCO Mortgage LLC
CMG Lending
CMG Mortgage, Inc. DBA CMG Financial
CMLC Funding Inc
CMS Bank
CMS Capital Group, Inc., dba Clear Mortgage Solutions
CNB Bank Inc
CNLBank
Coast 2 Coast Funding Group
Coast Capital Inc
Coast Mortgage Corporation
Coastal Capital Corp dba Clearlight Mort. dbaThe Mort. Shop
Coastal Carolina National Bank
Coastal Commerce Bank
Coastal Federal Credit Union
Coastal Funding SLC, Inc. dba Pacific Trust Mortgage
Coastal Lending Group, LLC
Coastal States Mortgage Corporation
CoastalStates Bank
Coastland Federal Credit Union
Coastline Mortgage Consultants, LLC
Coastway Community Bank
Cobalt Mortgage, Inc.
CodeMark Financial, LLC
Coffee County Bank
Cognitive Options Group, LLC
Coldwell Banker Mortgage Corporation
Coldwell Bankers Home Loans, LLC
Coleman County State Bank
Colfax Banking Company
Collins Community Credit Union
Colombo Bank FSB
Colonial American Bank
Colonial Farm Credit, ACA
Colonial Mortgage Company, LLC
Colonial Mortgage Corporation
Colonial Mortgage Service Company of America
Colonial Savings, F.A.
Colorado Capital Group, LLC
Colorado Credit Union

26

Colorado East Bank & Trust
Colorado Federal Savings Bank
Colorado Home Mortgages, Inc.
Colorado Housing and Finance Authority
Colorado Housing Enterprises, LLC
Colorado Mortgage Group, LLC
Coltate Capital LLC
Columbia Mortgage Corp.
Columbia Mortgage, Inc
Columbia National Bank
Columbia State Bank
Columbia State Bank (WA)
Columbus Capital Lending, LLC
Columbus First Bank
Com Unity Lending
Comerica Bank
Comerica Bank, a Texas banking association
Command Capital Mortgage Services, LLC
Commerce Bank
Commerce Bank & Trust Company
Commerce Mortgage Corp.
Commerce National Bank & Trust
Commerce State Bank
Commercial Bank
Commercial Bank & Trust Co.
Commercial Bank (MO)
Commercial Banking Company
Commercial National Bank of Texarkana
Commercial Savings Bank
Commercial State Bank
Commonfund Mortgage Corp
Commonwealth Bank
Commonwealth Bank and Trust Company
Commonwealth Cooperative Bank
Commonwealth Credit Union, Inc.
Commonwealth Mortgage Group LLC
Commonwealth Mortgage of Texas LP
Commonwealth Mortgage, LLC
Commonwealth of Massachusetts, Division of Banks
Commonwealth United Mortgage Corp.
Community & Southern Bank
Community Bank - Topeka
Community Bank - Wheaton/Glen Ellyn
Community Bank & Trust
Community Bank & Trust, a Missouri corporation
Community Bank (CA)
Community Bank (NM)
Community Bank (TX)
Community Bank and Trust of Florida
Community Bank of Florida, Inc
Community Bank of Marshall
Community Bank of Mississippi

27

Community Bank of Missouri
Community Bank of Northern Virginia
Community Bank of Oak Park River Forest
Community Bank Owatonna
Community Bank, a Texas corporation
Community Bank, Coast
Community Bank, Coast FL
Community Bank, Inc.
Community Central Mortgage Company, LLC
Community Choice Credit Union
Community Credit Union of Lynn
Community Development Corporation of Brownsville
Community Federal Savings Bank
Community First Bancshares, Inc
Community First Bank
Community First Bank & Trust
Community First Bank (AR)
Community First Bank (WA)
Community First Bank of Indiana
Community First Banking Company
Community First Credit Union
Community First Credit Union of Florida
Community First National Bank
Community Home Financial Services, Inc
Community Home Lending, Inc.
Community Home Loans LLC
Community Lending Services
Community Mortgage
Community Mortgage Corporation
Community Mortgage Funding, LLC
Community Mortgage Group Inc.
Community Mortgage LLC
Community Mortgage Services, Inc.
Community Mortgage, LLC
Community National Bank & Trust of Texas
Community National Bank (KS)
Community National Bank (Texas)
Community Neighbor Bank
Community Pride Bank
Community Resource Bank, a Minnesota corporation
Community Resource Credit Union
Community Savings Bank
Community Service Credit Union
Community Shores Bank
Community South Credit Union
Community State Bank
Community State Bank (IA)
Community Trust & Banking Company
Community Trust Bank
Community Trust Bank Jackson
Community Trust Bank, Inc
Community Trust Credit Union

28

Community West Bank NA
CommunityBank of Texas, N.A.
Companion of Greer Mortgage Corp LLC
Compass Bank
Compass Bank f/k/a Texas State Bank
Compass Home Loans, LLC
Compass Mortgage, Inc.
Competitive Capital Corporation
Complete Mortgage, Inc.
Compliance Connections LLC
Concord Financial Inc.
Concord Mortgage Company.
Concord Mortgage Corp
Concord Mortgage Inc.
Concord Mortgage, Inc
Concordia Bank & Trust Company
Congaree State Bank
Conglomerated Mortgage Services, Inc.
Congressional Bank
Connecticut Community Bank, N.A.
CONNECTIONS CREDIT UNION
ConnectOne Bank
Connects Federal Credit Union
Connex Credit Union
Connexus Credit Union
Consolidated Capital Mortgage
Consolidated Federal Credit Union
Consumer First Mortgage Inc.
Consumer Real Estate Finance Co
Consumer Research Mortgage, LLC
Consumer Trust Mortgage Corporation
Consumers Choice Mortgage Company
Consumers Morgage, LLC
Consumers National Bank
Contemporary Mortgage Services, Inc
Continental American Mortgage Corporation
Continental Bank
Continental Home Loans Inc.
Continental Mortgage Bankers, Inc
Continental Mortgage Corporation
Contour Mortgage Corporation
Converse County Bank
Cooper River as Secured Party & Designee for CMG Mortgage
Coosa Valley Mortgage Inc.
Copperpoint Mortgage, LLC
Coral Lending Group, Inc.
Coral Mortgage Bankers Corp
Corby Mortgage Services Inc.
Core Bank
Core Home Lending, Inc
Core Star Financial Group
Corelogic Credco

29

CoreLogic Default Information Services, LLC
Corelogic Default Information Services, LLC (vendor)
CoreLogic Solutions, LLC
CoreLogic Solutions, LLC (FM1)
CoreLogic Solutions, LLC (FM2)
Corinthian Capital Group, Inc.
CornerBank, National Association
Cornerstone Bancor Mortgage Corp
Cornerstone Bank
Cornerstone Bank (GA)
Cornerstone Bank (ND)
Cornerstone Bank, an Arkansas corporation
Cornerstone Community Bank
Cornerstone Community Bank FL
Cornerstone Community Bank (WI)
Cornerstone Credit Union
Cornerstone Equity Group, Inc.
Cornerstone Federal Credit Union
CORNERSTONE HOME LENDING, INC
Cornerstone Mortgage Center Inc.
Cornerstone Mortgage Group, Inc
Cornerstone Mortgage Group, LTD
Cornerstone Mortgage Partners of Texas
Cornerstone Mortgage Providers, LP
Cornerstone Mortgage Services, Inc
Cornerstone Mortgage, Inc.
Cornerstone Mortgage, LLC WI
Cornerstone National Bank and Trust Company
Cornhusker Bank
Corporate America Family Credit Union
Corporate Investors Mortgage Group, Inc.
Corridor Mortgage Co., LLC dba First American Mortgage, LLC
Corridor Mortgage Group Inc.
CorTrust Mortgage Inc.
Counselors Mortgage Corp
Country Bank for Savings
Country Club Bank
Country Club Mortgage
CountryPlace Mortgage, Ltd.
County Bank
Countybank
Countywide Mortgage Company
Courtesy Mortgage Company, A California Corporation
Cousins Home Lending, Inc.
Covenant Bank
Covenant Bank (MS)
CPCA Trust, I
CPM Federal Credit Union
Cream City Mortgage Company, Inc.
Creative Mortgage Solutions, Inc.
Credence Funding Corporation
Credit Financial Services, LLC dba Alliance Mortgage Group

30

Credit Suisse Financial Corporation
Credit Suisse First Boston Mortgage Capital, LLC
Credit Suisse Lending LLC
Credit Suisse Securities (USA) LLC
Credit Union Financial Services, LLC
Credit Union Mortgage Association
Credit Union of Colorado
Credit Union of Texas
Credit Union of the Rockies
Credit-Based Asset Servicing and Securitization LLC
Creekside Mortgage Inc.
Creekside Mortgage Services, Inc
Crescent Credit Union
Crescent Mortgage Company, a Delaware Corp.
Crescent Mortgage Services, Inc.
CresCom Bank
Crestar Mortgage Corporation
Crestline Funding Corp
Crestmark Mortgage Company, LTD
Crete Tomalka Mortgage, LLC
CreveCor Mortgage Inc.
CRI Capital Management dba CRI Mortgage Network
CRITERION MORTGAGE SERVICES, LLC
Crockett National Bank
Cromwell Mortgage, Inc
Cronin Financial Services LLC
Cross Keys Bank
Cross River Bank
CrossCheck Compliance LLC
Crosscountry Mortgage, Inc.
Crossfire Financial Network, Inc.
Crossline Capital Inc
Crossmark Financial Corp.
Crystal Clear Mortgage, LLC
CS Financial Inc.
CSE Federal Credit Union
CSMC Inc. dba Direct Mortgage Funding
Cstone Mortgage, Inc. dba Cornerstone Mortgage Group
CTC Mortgage Company, LLC
CTHM, LLC
CTX Mortgage Company
CU Hawaii Federal Credit Union
CU Home Mortgage Solutions, LLC
CU Mortgage Direct, LLC
CU Mortgage Service LLC
Cuba Credit Union
CUC Mortgage Corp.
Cullman Savings Bank
Cumberland Bank and Trust
Cumberland County Bank
Cumberland Valley National Bank & Trust Company
Cumont, LLC

31

CUSO Mortgage, Inc. (1)
Custom Home Lending LLC
Custom Mortgage, Inc.
Customers Bank
Customized Mortgage Solutions, LLC
CWM Partners LP dba Citywide Mortgage
Cyberlink Software Solutions, Inc.
Cypress Bank, SSB
Cypress Point Funding, Inc.
Cyprus Federal Credit Union
D&E Realty Financing and Investment LLC
D&R Financial Group LLC
D. White & Co. LLC
D.L. Evans Bank
D.P.S. Financial Services, Inc
Dacotah Bank
Daiyaan, Inc
Dakota Community Bank & Trust, National Association
Dallas Best Mortgage
Dallas Home Loans, Inc.
Damascus Community Bank
Danaryn Corporation
Darien Financial Services Inc.
Darien Rowayton Bank
DAS Acquisition Company, LLC
Data Mortgage Inc, dba Essex Mortgage
DataQuick Lending Solutions, Inc.
DATCU
David Mortgage, Inc.
Daylight Discount Mortgage Corp.
DB EMT LLC
DB Structured Products, Inc.
DBR Loan
DD Acquisition Sub LLC
De Anza Capital Inc
De Oro Inc dba De Oro Home Loans
Dean Cooperative Bank
Dedham Institution for Savings
Deephaven Mortgage LLC
Deere Employees Credit Union
Deerwood Bank
Default Reserve Fund
Del Mar Datatrac Inc. dba Del Mar Database
Del Norte Credit Union
Del Norte Refi, LLC
Del Norte, Inc.
Del Sur Corp dba Camino Real Mortgage & Star One Mortgage
Delano Mortgage Services, LLC
Delaware Financial Capital Corporation
Delaware State Housing Authority
Dell Franklin Financial
Delmar Financial Company

32

Delta Funding Corporation
Delta Trust Mortgage Corporation
Delta Trust Mortgage, Inc.
DeMotte State Bank
Denali Alaskan Federal Credit Union
Department of Commerce FCU
Deseret First Federal Credit Union
Desert Canyon Mortgage Company, LLC
Desert Schools Federal Credit Union
DESERT SPRINGS MORTGAGE & FINANCIAL SERVICES, LLC
Design Mortgage Group, Inc
Desportes & Selig LLC
Deutsche Bank AG New York Branch
Deutsche Bank National Trust Company
Deutsche Bank National Trust Company Americas
Deutsche Bank National Trust Company Americas as Trustee
Deutsche Bank National Trust Company as Trustee
Developer's Mortgage Company
Devlin Inc
Devon Bank
Dew Mortgage, LLC
DEXSTA Federal Credit Union
DFCU Service Organization, LLC
DHA Financial, Inc.
DHI Mortgage Company
Diamond Credit Union
Diamond Hills Investment Inc. dba Bankers Direct
Diamond Lakes Federal Credit Union
Diamond Mortgage, Inc.
Diamond Residential Mortgage Corp.
Digital Docs
Digital Docs, Inc.
Digital Risk, LLC.
Dignified Home Loans, LLC
DIJAFI, Inc
Dillard's Federal Credit Union
Dillon Credit Union
Direct Home Loans, LLC
Direct Lenders, LLC
Direct Lending Inc
Direct Mortgage Corp
Direct Mortgage Inc.
Direct Mortgage Loans, LLC
Directions Equity LLC
Directors Financial Group
Directors Mortgage, Inc.dba USA Direct Funding
Discover Home Loans, Inc.
Distinctive Home Lending Inc
Ditech Mortgage Corp
Diversified Financial Mortgage Corporation
Diversified Home Mortgage
Diversified Mortgage

33

Diversified Mortgage Corp./Subsidiary of The Bank of Forest
Division Mortgage Group, Inc.
DKF Enterprise, Inc.
DLJ Financial, Inc.
DLJ Mortgage Capital, Inc.
DMD Financial Corporation
DMDC Investments
DMH Mortgage LLC
DMI Financial, Inc
DNJ Realty Services, Inc.
Document Systems, Inc. - Doc Magic
DocuTech Corporation
Dolan Gaddi Lending, Inc.
Dollar Mortgage Corporation
Dollarhide Mortgage & Lending
Domain Distinctive Property Finance
Dominion Capital Mortgage, Inc.
Dominion Mortgage Corporation (CO)
Domond Financial Services, Inc. dba First Executive Mortgage
Donna May Krieger-Pearson dba Mountain Mtg Co & Moun Mtg Svc
Douglas County Bank
Dovenmuehle Mortgage, Inc.
Dover Mortgage Company
Downeast Mortgage Corporation
Downs Financial
Dragas Mortgage Company
Draper & Kramer Mortgage Corp. DBA 1st Advantage Mortgage (1
Draper & Kramer Mortgage Corp. DBA 1st Advantage Mortgage (2
DRB Mortgage, Inc
Dream Home Financial, LLC
Dream House Mortgage Corporation
Dreambuilder Investments, LLC
Dreamline Mortgage, Inc.
Drew Mortgage Associates
DRRF II SPE, LLC
DSW Mortgage Inc.
DTA Solutions LLC
DTF Asset Management, LLC
Dubuque Bank and Trust Company
Duke City Home Loans LLC
Duke University Federal Credit Union
Duluth Teachers Credit Union
Dundee Mortgage LLC
Dunwoody Mortgage Services, Inc.
DuPont Community Credit Union
DuTrac Community Credit Union
Dutton State Bank
DYBN Financial Corporation
Dyck-O'Neal, Inc
DYJERO Corporation
Dynamax Mortgage, Inc.
Dynamic Capital Mortgage, Inc.

34

Dynamic Funding Solutions, Inc
Dynamic Mortgage Concepts, Inc.
Dynamic Mortgage Financial Corp
Dynamic Mortgage Services
Dyne Financial LLC
E Federal Credit Union
E Mortgage
E&S Financial Group, Inc.
E*Trade Bank
E*Trade Savings Bank
E*Trade Wholesale Lending Corp.
Eagle Bank
Eagle Bank (MA)
Eagle Bank and Trust Company
Eagle Bank and Trust Company of Missouri
Eagle Mtg & Funding Corp dba Eagle Mortgage & Funding LLC
Eagle Savings Bank
EagleBank
Eakin Enterprises, Inc.
East West Mortgage Company
East Boston Savings Bank
East Cambridge Savings Bank
East Coast Capital Corp
East Coast Mortgage and Financial Services Inc.
East Coast Mortgage Corporation
East Coast Mortgage Lenders, Inc.
East Idaho Credit Union
East West Bank
Eastern Bank
Eastern Financial Mortgage Corp.
Eastern Utah Community Federal Credit Union
Eastlake Mortgage Inc.
Eastland Financial Corporation
Eastman National Bank
Easy Mortgage, Inc.
ECC Capital Corp.
Ecom Mortgage, Inc.
Edgartown National Bank
Edgewater Home Loans, Inc.
Edgewater Lending Group Inc
Edmonton State Bank
Educated Mortgage Services, LLC
Education First Federal Credit Union
Effective Mortgage, Inc.
Efinity Financial Inc.
El Paso Area Teachers Federal Credit Union
Element Federal Credit Union
Elements Capital Funding, LLC
Eli Lilly Federal Credit Union
eLink Mortgage LLC
Elite Financing Group, LLC
Elite Home Loans, Inc.

35

Elite Mortgage Funding, Inc.
Elite Mortgage Network, Inc
Elizabeth A. Smith
Ellie Mae
Ellis Management Group, LLC
Elm Street Financial, LLC
Elpis Lending Group Inc
eLynx Ltd.
EMB Lenders
Embrace Home Loans, Inc.
EMC Holdings LLC dba Englewood Mortgage Company
Emerald Financial LTD
Emery Federal Credit Union
eMortgage Management LLC
Emory Alliance Credit Union
Empire Bank
Empire Consulting, Inc.
Empire Financial
EmpireAmerica
Emprise Bank
Encomia
Encompass Lending Group, LP.
Encore Bank, National Association
Endeavor America Loan Services
Endeavor Capital LLC dba Homestead Financial Mortgage
Enterprise Bank & Trust
Enterprise Bank and Trust Company
Enterprise Bank, N.A.
Entrust Financial Corporation
Envision Capital, Inc.
Envoy Mortgage, Ltd.
Ephrata National Bank
EquiLane Lending, LLC
EquiPlus, Inc.
Equipoint Financial Network, Inc.
Equisouth Mortgage, Inc
Equitable Home Mortgage, Inc.
Equitable Mortgage & Investors, Inc.
Equitable Mortgage Corp.
Equitable Mortgage Corporation
Equitable Mortgage Solutions LLC
Equitable Mortgages of Nebraska Inc
Equitable Trust Mortgage Corporation
Equity Bank, NA
Equity Consultants, LLC
Equity Express Mortgage Corporation
Equity Financial Inc
Equity Home Mortgage, LLC
Equity Loans LLC
Equity Mortgage Bankers, LLC
Equity Mortgage Corporation
Equity Now Inc.

36

Equity Plus, Inc.
Equity Resources, Inc.
Equity Services, Incorporated
Equity Source Home Loans LLC
ERA Mortgage Corporation
Erie Community Credit Union
Eroica Enterprises Inc.
Erroneous MOM
ESB Financial
Essential Mortgage Loan Services, Inc.
Essex Bank
Essex Mortgage dba Alliance Lending Group
Essex Residential Mortgage, LLC
Etekcapital, LLC
E-Teng Corp.
Ethos Lending, LLC
Eudrup, Inc
Eureka Homestead
Eustis Mortgage Corporation
EvaBank
Evansville Commerce Bank
Evansville Federal Credit Union
Evansville Teachers Federal Credit Union
EverBank
EverBank Warehouse Finance
EverBank Warehouse Finance (vendor)
Everence Federal Credit Union
Everett Co-operative Bank
Everett Financial Inc dba Supreme Lending
Evergreen Anchor Capital LLC
Evergreen Bank Group
Evergreen Credit Union
Evergreen Moneysource Mortgage Company
Evergreen State Advisory Services, Inc dba Evergreen State M
Evesham Mortgage LLC
Evest Mac Funding 1
Evestmac Funding II LLC
Evolution Funding Group, LLC.
Evolve Bank & Trust
EWEB Employees Federal Credit Union
Exaireo Capital Funding, LLC
Excel Funding
Excel Mortgage Network, Inc.
Excel Realty Inc.
Exceptional Financial Solutions Inc
Exchange Bank
Exchange Bank & Trust Co.
Exchange Bank and Trust Company
Exchange Bank, a California corporation
Exchange National Bank and Trust Co
Executive Financial Services Co Inc
Executive Funding Inc

37

Executive Mortgage Group
Executive National Bank
Exit Mortgage LLC
Expedia Mortgage Company
Expedited Financial Services Inc., dba MORTGAGE EXPEDITORS
Experis Finance US, LLC
Express Capital Lending
Express Financial Corp
Extraco Banks, N.A., d.b.a. Extraco Mortgage
EXXL Mortgage Corporation
Eykis Financial Services, Inc.
EZ Mortgage Lending
ezEscrow, Inc., dba Settleware Secure Services
F & C Bank
F and B Acquisition Group LLC
F&M Bank
F&M Bank an Oklahoma State Chartered Bank
F&M Bank and Trust Co
F&M Bank, a Tennessee Corporation
F.T. Financial Inc.
FAA Credit Union
Fairfax Mortgage Investments, Inc.
Fairfield County Bank
Fairfield County FCU
Fairfield Financial Mortgage Group, Inc.
Fairmont Federal Credit Union
Fairmont Funding Ltd.
Fairview Lending Inc
Fairway Asset Corporation
Fairway Funding Group, Inc
Fairway Independent Mortgage Corp.
Fairway Independent Mtg Corp(HQ) dba Merit Fin'l Services
Fairway Mortgage Inc.
Faith Mortgage, LLC
Fall River Five Cents Savings Bank
Family Advantage Federal Credit Union
Family Choice Mortgage Corporation
Family Finance Mortgage LLC
Family First Funding, LLC
Family First Mortgage Inc. dba Family First Mortgage
Family Home Finance LLC
Family Home Loan Center Inc
Family Horizons Credit Union
Family Mortgage, Inc.
Family Savings Credit Union
Family Trust Mortgage Group LLC
Fannie Mae
Fannie Mae (Reverse Mortgages)
Farm Credit East, ACA
Farm Credit Midsouth
Farm Credit Of Central FL, ACA
Farm Credit of Florida, ACA

38

Farm Credit of Northwest Florida, ACA
Farm Credit of the Virginias, FLCA
Farmers & Merchants Bank (WI)
Farmers & Merchants Bank of St. Clair
Farmers & Stockmens Bank
Farmers and Merchants Bank
Farmers and Merchants Bank (MS)
Farmers and Merchants Bank of Long Beach
Farmers and Merchants Bank of South Carolina
Farmers and Merchants Bank, A Nebraska Corporation
Farmers and Merchants Trust Company of Chambersburg
Farmers Bank & Trust
Farmers Bank & Trust Company
Farmers Bank and Trust Company, Princeton, Kentucky
Farmers Bank, Windsor, Virginia
Farmers Deposit Bank, Inc
Farmers Savings Bank
Farmers State Bank
Farmers State Bank - IA
Farmers State Bank (IA)
Farmers State Bank (IL)
Farmers State Bank (LA)
Farmers State Bank (MO)
Farmington Bank
Farmington Financial Group, LLC
Farmington Savings Loan Servicing, Inc.
Fay Servicing LLC
FBC Mortgage LLC
FBI
FBT MORTGAGE L.L.C.
FC Lending, Ltd
FCI Lender Services, Inc.
FDB Mortgage, Inc.
FDIC AS RECEIVER FOR OMNI NATIONAL BANK
FDIC AS RCVR OF FIRST NATIONAL BANK OF CENTRAL FL,(4/29/11)
FDIC as Rec of Coastal Community Bank,Panama city, FL7/30/10
FDIC as Receive of Home Savings of America (2/24/2012)
FDIC as Receiver for AmTrust Bank
FDIC AS RECEIVER FOR BAY NATIONAL BANK, BALTIMORE, MD
FDIC as Receiver for Colonial Bank, effective 8/14/09
FDIC as Receiver for First Bank of Idaho
FDIC as Receiver for First National Bank of Nevada
FDIC as receiver for Franklin Bank SSB
FDIC As Receiver for Franklin Bank, S.S.B.
FDIC as Receiver for GreenChoice Bank (7/26/2014)
FDIC as Receiver for IndyMac Federal Bank, FSB
FDIC as Receiver for Statewide Bank (Crrspndt) AsOf 3/12/10
FDIC as Receiver for Statewide Bank (Wholesale) AsOf 3/12/10
FDIC as Receiver for The Bank of Union (1/24/2014)
FDIC as Receiver for Valley Bank(6/20/14)
FDIC as Receiver for Vantage Point Bank (2/28/2014)
FDIC as Receiver for Washington Mutual Bank

39

FDIC as Receiver for WATERFIELD BANK 3/5/10
FDIC AS RECEIVER OF PARK NATIONAL BANK, (10/30/2009)
FDIC as Receiver of American National Bank (3/19/10)
FDIC as Receiver of Bank of Illinois (3/5/2010)
FDIC as Receiver of Bank of the Commonwealth (9/23/2011)
FDIC AS RECEIVER OF BEACH FIRST NATIONAL BANK AS OF 4/9/2010
FDIC AS RECEIVER OF COLONIAL BANK MONTGOMERY, AL(8/14/09)
FDIC as Receiver of Community Capital Bank (10/21/2011)
FDIC as Receiver of Country Bank, Aledo, IL (10/14/2011)
FDIC as Receiver of Desert Hills Bank, Phoenix, AZ, 3/26/10
FDIC AS RECEIVER OF FIRST COMMUNITY BANK,TAOS,NM (1/28/11)
FDIC AS RECEIVER OF FIRST SOUTHERN BANK(AR), 12/17/2010
FDIC as Receiver of Guaranty Bank, Austin, TX 8/21/09
FDIC AS RECEIVER OF K BANK, OWINGS MILLS, MD (11/5/10)
FDIC AS RECEIVER OF LYDIAN PRIVATE BANK
FDIC as Receiver of Netbank
FDIC AS RECEIVER OF PALOS BANK AND TRUST, IL (8/13/2010)
FDIC as Receiver of Platinum Community Bank, as of 9/24/2009
FDIC as Receiver of Platinum Community Bank, FSB of9/24/2009
FDIC AS RECEIVER OF PUBLIC SAVINGS BANK
FDIC as Receiver of Republic Federal Bank N.A. 12/11/2009
FDIC as Receiver of Security Savings Bank, (2/27/09)
FDIC as Receiver of Superior Bank,Birmingham,AL(4/15/2011)
FDIC AS RECEIVER OF UNITED WESTERN BANK,DENVER CO(1/21/2011)
FDIC AS RECEIVER OF WESTSOUND BANK
FDIC AS RECEIVER OF WOODLANDS BANK, BLUFFTON, SC (7/16/2010)
FDIC as Reciever of New South Federal Savings Bank
Fearon Financial, LLC
Fed Funding Mortgage Corporation
FedChoice Federal Credit Union
Federal Deposit Insurance Corporation
Federal Guaranty Mortgage Corporation
Federal Hill Mortgage Company, LLC
Federal Home Loan Bank of Atlanta
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago, as MPF
Federal Home Loan Bank of Cincinnati
Federal Home Loan Bank of Dallas
Federal Home Loan Bank of Des Moines
Federal Home Loan Bank of Indianapolis
Federal Home Loan Bank of New York
Federal Home Loan Bank of Pittsburgh
Federal Home Loan Bank of San Francisco
Federal Home Loan Bank of Seattle
Federal Home Loan Bank of Topeka
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency-OIG
Federal Mortgage Company Inc
Federated Lending Corporation
Federated Mortgage Corporation
Federation of Appalachian Housing Enterprises, Inc.
Felge International, Inc.

40

Fergus Federal Credit Union
FFC Mortgage Corp.
Fibre Federal Credit Union
Fidelity Bancorp
Fidelity Bank - (KS)
Fidelity Bank - a Texas corporation
Fidelity Bank (LA)
Fidelity Bank Mortgage
Fidelity Bank, an Iowa bank
Fidelity Capital Mortgage Company
Fidelity Co-operative Bank
Fidelity Direct Mortgage, LLC
Fidelity First Home Mortgage Company
Fidelity Funding Co.,Inc.
Fidelity Funding Mortgage Corp.
Fidelity Home Mortgage Corporation
Fidelity Information Services
Fidelity Mortgage Corporation
Fidelity Mortgage Group Inc.
Fidelity Mortgage Lending, Inc.
Fidelity Mortgage Services, Inc
Fidelity Mortgage, Inc. of Illinois
Fidelity One Mortgage
Fidelity One Mortgage Group Inc.
Fidelity State Bank & Trust Co.
Field Asset Services, LLC
Fieldstone Mtg. dba Broad Street Mtg.
Fifth Third Bank
Fifth Third Mortgage Company
FIMI dba Forum Mortgage
Finance 1, LLC
Finance Austin Associates, LP
Financial Capital Inc.
Financial Center West, Inc
Financial Concepts Mortgage LLC
Financial Consolidation & Mortgage Corp. dba FCMC
Financial Dynamics, Inc.
Financial Federal Bank
Financial Freedom Acquisition LLC
Financial Freedom Mortgage, LLC
Financial Freedom, a division of OneWest Bank N.A.
Financial Funding Solutions, Inc.
Financial Mortgage Corporation
Financial Mortgage, Inc.
Financial One Mortgage Corporation
FineMark National Bank & Trust
Finley Properties Corp
Finworth Mortgage LLC an InsBank Company
First Abilene Federal Credit Union
First Access Mortgage Corp.
First Advantage Bank
First Alliance Home Mortgage

41

First Allied Mortgage, dba Federal Finance
First America Bank
First American Bank & Trust
First American Bank and Trust Company
First American Bank Home Mortgage
First American Bank, a U.S. corporation
First American Bank, NA
First American Equity Corporation
First American Home Mortgage, LLC
First American Mortgage Inc.
First American Mortgage Trust
First American Realty Capital Corporation
First American Wholesale Lending Corp.
First Arkansas Bank and Trust
First Arkansas Financial, Inc.
First Atlantic Bank
First Bank & Trust
First Bank & Trust Co.
First Bank & Trust, Brookings
First Bank (FL)
First Bank (McComb, MS)
First Bank d.b.a. First Bank Mortgage
First Bank Financial Centre
First Bank Mortgage, A Division of First Bank of Georgia
First Bank NC
First Bank of Dalton
First Bank of Manhattan
First Bank of Montana, Division of Glacier Bank
First Bank of Palm Beaches
First Bank of Tennessee
First Bank of the Lake
First Bank of Wyoming, Division of Glacier Bank
First Bank, a Texas corporation
First Bank, N.A.
First California Mortgage Company
First Call Mortgage Company
First Capital Bank of Kentucky
First Capital Fin'l Services Corp dba Full Compass Lending
First Capital Mortgage Group, Inc.
First Capital Mortgage Services Inc.
First Capital Mortgage, LLC
First Carolina Mortgage Inc.
First Centennial Mortgage Corp.
First Central Bank
First Central State Bank
First Century Bank, N.A.
First Choice Bank
First Choice Credit Union
First Choice Financial Corp.
First Choice Lending Services, LLC
First Choice Loan Services Inc
First Choice Mortgage Company

42

First Choice Mortgage Services Inc.
First Choice Mortgage, Inc.
First Citizens Bank & Trust Co.
First Citizens Bank and Trust Company Inc
First Citizens Federal Credit Union
First Citizens National Bank
First City Bank of Florida
First Class Mortgage II, Inc.
First Class Mortgage III, Inc.
First Class Mortgage V, Inc.
First Coast Lending Inc
First Collinsville Bank
First Colony Mortgage Corporation
First Colorado Trust LLC
First Commercial Bank, an Oklahoma chartered bank
First Commercial Bank, N.A.
First Commons Bank, National Association
First Commonwealth Bank
First Community Bank
First Community Bank (MO)
First Community Bank (OH)
First Community Bank (WI)
First Community Bank of the Ozarks
First Community Bank Shares Inc dba First Community Bank
First Community Bank, a Montana banking corporation
First Community Bank, a Texas banking company
First Community Bank, Missouri
First Community Bank, N.A.
First Community Bank.
First Community Corporation dba First Community Bank
First Community Credit Union
First Community Credit Union of Houston
First Community Financial Bank
First Community Mortgage
First Community Mortgage Inc.
First Community National Bank
First Consolidated Mortgage Company
First Continental Mortgage and Investment Corp.
First Continental Mortgage, Ltd.
First Cosmopolitan Mortgage, Inc.
First County Bank
First County Bank.
First Covenent Financial Group, LLC
First Credit Union
First Cumberland Mortgage, LLC
First Dakota National Bank
First Direct Lending, LLC
First Eagle Federal Credit Union
First Equity Financial LLC dba First Equity Financial
First Equity Home Loan, Inc.
First Equity Mortgage Bankers, Inc.
First Equity Mortgage Company

43

First Equity Mortgage Inc.
First Equity Mortgage Services, Inc.
First Equity Mortgage, LLC
First Equity Residential Mortgage, Inc.
First Farmers & Merchants Bank
First Farmers & Merchants National Bank
First Fed Mortgage, Inc
First Federal Bank
First Federal Bank (AR)
First Federal Bank of Florida
First Federal Bank of Louisiana
First Federal Bank of the Midwest
First Federal Bank of Wisconsin
First Federal Bank, FSB
First Federal Community Bank of Bucyrus
First Federal Savings & Loan Association
First Federal Savings and Loan
First Federal Savings and Loan Association of Lakewood
First Federal Savings and Loan Association of Newark
First Federal Savings Bank
First Federal Savings Bank of Boston
First Federal Savings Bank of Lincolnton
First Federal Savings Bank of Twin Falls
First Federal Savings Bank, a Wyoming bank
First Federal Savings Bank, an Indiana corporation
First Fidelity Bank, NA
First Financial Bank (TX)
First Financial Bank, a National Association
First Financial Bank, an Alabama corporation
First Financial Bank, N.A. (OH)
First Financial Bank, NA
First Financial Bank, Nat?l Association
First Financial Bank, National Association
First Financial Bank, Weatherford
First Financial Equities, Inc.
First Financial Lender
First Financial Mortgage
First Financial Mortgage Corp
First Financial of TN Home Loans LLC
First Financial Services, Inc.
First Florida Bank, a Florida corporation
First Florida Home Mortgage, Inc
First Florida Integrity Bank
First Franklin Realty, Inc.
First Freedom Bank
First Georgia Home Mortgage, Inc.
First Green Bank
First Greensboro Home Equity, Inc.
First Guaranty Bank
First Guaranty Financial Corporation
First Guaranty Mortgage Corporation
First Hallmark Mortgage Corp

44

First Harrison Bank
First Heritage Financial, LLC
First Heritage Mortgage, LLC
First Home Mortgage Corporation
First Hope Bank
First Hope Mortgages, Inc.
First Horizon Home Loans, a div. of FTB
First Illinois Mortgage Inc.
First Imperial Mortgage, Inc.
First Independence Bank
First Integrity Financial Services, LLC
First Integrity Mortgage Services, Inc.
First Integrity, Inc.
First International Bank and Trust
First Internet Bank of Indiana
First Interstate Bank
First Ipswich Bank
First Jersey Mortgage Services Inc.
First Kentucky Bank, Inc.
First Landmark Bank
First Liberty Financial Group LLC dba First Liberty Fin Mtg
First Lincoln Loan Services, LLC
First Lincoln Mortgage Corp.
First Madison Loan Services LLC
First Madison Mortgage Corp
First Madison Valley Bank
First Magnus Financial Corp. &First Magnus Liquidating Trust
First Merchants Corporation
First Metro Bank
First Mid-Illinois Bank & Trust N.A.
First Midwest Bank (IL)
First Midwest Bank of Poplar Bluff
First Minnesota Bank
First Missouri Bank
First Missouri State Bank of Cape County
First Montana Bank, Inc.
First Mortgage Banc Corporation
First Mortgage Company, L.L.C.
First Mortgage Corp.
First Mortgage Group, Inc.
First Mortgage Lenders, Inc.
First Mortgage Service, Inc.
First Mortgage Solutions, LLC
First Mutual Corp
First National Bank
First National Bank & Trust Company of Junction City, Kansas
First National Bank (OK)
First National Bank (SD)
First National Bank (TN)
First National Bank (VA)
First National Bank , a Texas corporation
First National Bank Alaska

45

First National Bank and Trust
First National Bank and Trust Company - OK
First National Bank Crossett
First National Bank Fox Valley
First National Bank in DeRidder
First National Bank in New Bremen
First National Bank Northwest Florida
First National Bank of America
First National Bank of Ava
First National Bank of Bastrop
First National Bank of Durango
First National Bank of Fabens
First National Bank of Fort Smith
First National Bank of Fort Stockton
First National Bank of Gilbert
First National Bank of Gillette
First National Bank of Griffin
First National Bank of Hereford
First National Bank of Huntsville
First National Bank of Layton
First National Bank of Louisiana
First National Bank of McMinnville
First National Bank of Oklahoma
First National Bank of Omaha
First National Bank of Pennsylvania
First National Bank of Picayune
First National Bank of Proctor
First National Bank of Pulaski
First National Bank of Santa Fe
First National Bank of Stigler
First National Bank of Tennessee
First National Bank of Trenton
First National Bank Syracuse
First National Bank Texas
First National Bank USA
First National Bank, a New Mexico corporation
First National Bank, a Texas Banking corporation
First National Bank, Ames, Iowa
First National Bank, Cortez
First National Community Bank
First National Financing Inc
First National Home Mortgage Corp
First National Mortgage Services, LLC
First Nation's Home Finance Corp.
First Nationwide Lending, Inc.
First NBC Bank
First New Mexico Bank
First New Mexico Bank of Silver City
First New Mexico Bank, Las Cruces
First Niagara Bank
First NLC Financial Services, LLC
First Northern Bank of Dixon

46

First Northern Bank of Wyoming
First Northstar Inc. dba Minnesota Mortgage Connection
First Ohio Banc & Lending
First Ohio Home Finance, Inc.
First Oklahoma Mortgage, LLC
First Old Capital, Inc.
First Omni Mortgage Lending
First Option Mortgage
First Origin Mortgage Lenders, Inc
First Pacific, Inc.
First Paragould Bankshares, Inc.
First Partners Bank
First Piedmont Federal Savings & Loan Assoc. of Gaffney, SC
First Portfolio Mortgage Corporation
First Premier Bank
First Priority Financial, Inc.
First Priority Mortgage, Inc.
First Rate Capital Corp.
First Rate Financial LLC (TX)
First Rate Financial, LLC
First Rate Mortgage Corporation
First Reliance Bank
First Republic Mortgage Corporation dba
First Residential Mortgage Services Corporation
First Roosevelt, LLC
First Savings Bank F.S.B
First Savings Mortgage Corporation
First Securities Financial Services, Inc.
First Security Bank
First Security Bank - AR
First Security Bank of Bozeman
First Security Bank of Helena
First Security Bank of Missoula, Division of Glacier Bank
First Security Bank of Owensboro Inc
First Security Group, Inc. dba FSG Bank, N.A.
First Security Mortgage Corp
First Service Bank
First Service Credit Union
First Service Mortgage
First Service Mortgage, Inc.
First Solution Lending, Inc.
First Source Capital Mortgage, Inc.
First South Bank, a Tennessee corporation
First South Bank.
First South Farm Credit
First South Financial Credit Union
First Southern Bank (AL)
First Southern Bank (MS)
First Southern Capital Development Corporation
First Southern State Bank
First Southwest Bank
First Standard Financial Corp.

47

First State Bank
First State Bank (IL)
First State Bank (TX)
First State Bank and Trust Co
First State Bank Central Texas
First State Bank Mortgage Company, LLC
First State Bank of Blakely, Inc.
First State Bank of Burnet
First State Bank of Dekalb County, Inc.
First State Bank of Illinois
First State Bank of LeCenter
First State Bank of Middlebury
First State Bank of North Dakota
First State Bank of St. Charles dba First State Bank Mtg.
First State Bank of the Florida Keys
First State Bank of Wyoming
First State Bank, a Arkansas corporation
First State Bank, a division of Glacier Bank
First State Bank, a Nebraska Banking Corporation
First State Bank, a Texas banking corporation
First State Bank, a Texas corp.
First State Bank, a Texas State Financial Institution
First State Bank, an Oklahoma corporation
First State Community Bank
First State Mortgage
First Switzerland Financial
First Texoma National Bank
First Trust Credit Union
First United Bank - Dimmitt
First United Bank and Trust Company
First United Bank and Trust Company (KY)
First United Mortgage Banking Corp.
First Utah Bank
First Virginia Community Bank
First Vision Bank of Tennessee
FIRST VOLUNTEER BANK
First West Mortgage Bankers LTD
First Western Bank & Trust
First Western Mortgage, Inc.
First Wholesale Lending, Inc.
First Wholesale Mortgage Corporation
First Wisconsin Financial, Inc.
First World Mortgage Corporation
Firstar Bank, N.A.
FirstBank (CO)
FirstBank Southwest
FirstBank, a Tennessee Banking Corporation
FirstCapital Bank of Texas, N.A.
FirstCity Bank of Commerce
Firstco Mortgage Corp.
FirstKey Mortgage, LLC
FirstLight Federal Credit Union

48

Firstline Mortgage, Inc.
First-Lockhart National Bank
FirstMac Corporation
FirstMerit Bank, N.A.
FirstMerit Bank, National Association
FirstMerit Bank, National Association Akron, Ohio
FirstMerit Bank, National Association Ohio
FirstMerit Mortgage Corporation
Firstrust
FirsTrust Mortgage
FirstSouth Mortgage, LLC
Fiserv - Unifi Products Group
Fiserv Solutions, Inc
Fiserv Solutions, Inc.
Fisher Financial Group, Inc. dba NationsChoice Mortgage
Fisher Mortgage LLC
Five Brothers Mortgage Company Services and Securing, Inc
Five Mile Capital II Equity Pooling, LLC
Five Mile Capital II Pooling International LLC
Five Mile Capital II Residential Pooling, LLC
Five Mile Capital Partners LLC
Five Oaks Acquisition Corp.
Five Points Bank
Five Star Credit Union
Five Star Partnership, LLC
Flagship Community Bank
Flagship Financial Services, LLC
Flagship Mortgage Banc Inc a Wholly Owned Subsidiary of Old
Flagstar Bank Warehouse Lending
Flagstar Bank, FSB
Flagstone Financial Services, Inc.
Flanagan State Bank
Flat Branch Mortgage, Inc
Flathead Bank
FlexPoint Funding Corporation
Florence Savings Bank
Florida Bank of Commerce
FLORIDA CAPITAL BANK, NATIONAL ASSOCIATION
Florida Citizens Bank
Florida Community Bank. N.A.
Florida Mortgage Solutions Group, Inc.
Florida Parishes Bank
Florida State Mortgage Group, Inc
Floridian Community Bank, Inc.
FM Mortgage Corporation
FMC Pooling Trust C 20131
FMJM RWL II Trust 2013A
FMJM RWL LLC
FMS Bank
FNB Bank
FNB Mortgage Services, LLC
FNBC Bank

49

FNBN I, LLC
Focus Bank
Focus Financial & Mortgage
Foote Capital Mortgage Company
Foothills Mortgage and Equity Inc.
Forcht Bank N.A.
Forem Capital Inc.
Foresight Mortgage Corporation
Forest Park National Bank & Trust Co.
Fort Financial Federal Credit Union
Fort Sill Federal Credit Union
Fort Worth Community Credit Union
Fortes Financial, Inc.
Fortren Funding LLC
Fortress Mortgage, Inc
Fortune Financial Corporation
Fortune Financial, Inc
Fortune Lending Corporation
FortuneBank
FORUM Credit Union dba FORUM Mortgage
Foundation Financial Services, Inc.
Foundation First Bank
Foundation Mortgage Company Inc.
Foundation Mortgage Corporation, a Florida corporation
Founders Bank & Trust
Founders Federal Credit Union
Founders Group of Nevada, Inc.
Fountain City Funding, Inc.
Four Oaks Bank & Trust Company
Fourth Third, LLC
Fox Chase Bank
Fox Communities Credit Union
Fox Funding, Inc.
Fox Mortgage, Inc
Fox River State Bank
Foxboro Federal Savings
FoxHill Mortgage Inc.
FPMC Realty LC
Franek Home Loans dba East Coast Lending
Frank J. Weaver Inc.
Franklin Advantage, Inc.
Franklin American Mortgage Company
Franklin Bank & Trust Company
Franklin Credit Management Corporation
Franklin Federal Mortgage Center, LLC
Franklin First Federal Credit Union
Franklin First Financial Ltd dba Franklin First Mtg Bankers
Franklin Loan Corporation
Franklin Mortgage Company, LLC
Franklin Mortgage Corp.
Franklin Mortgage Solutions, LLC
Franklin Synergy Bank

50

Fraternity Federal Savings and Loan Association
Frederick County Bank
Freedom Bank
Freedom Bank (MT)
Freedom Choice Mortgage LLC
Freedom Federal Credit Union
Freedom Financial Solutions, Inc.
Freedom First Federal Credit Union
Freedom Lending, LLC
Freedom Mortgage Corporation - NJ
Freedom of Maryland Federal Credit Union
Freeland, Rogers, LLC DBA Foundation Mortgage Group
Fremont Bank
Front Range Bank
Frontier Bank
Frontier Community Bank
Frontier Financial Inc. dba Frontier Mortgage
Frontier Investment Co., dba Rainland Mortgage Company
Frontier State Bank
Frontline Financial, LLC
FSI Mortgage, LC
Fu Jing Funding, LLC
Full Access Mortgage, Inc.
Full House Mortgage, Inc.
Fulton Bank, N.A.
Funding Resources Mortgage Corp.
FundingUSA.com
Future Financial Inc.
G & M Wolkenberg, Inc.
Gabriel Financial Group, Inc
Gabriel Mortgage, LLC
Galaxy Lending Group LLC
Galena State Bank and Trust Company
Garden State Federal Credit Union
Gardner Financial Services LTD dba Gardner Financial Service
Garvens Mortgage Group, LLC
Gateway Bank Mortgage, Inc.
Gateway Bank of Central Florida
Gateway Bank of Southwest Florida
Gateway Bank, F.S.B.
Gateway Capital Mortgage
Gateway Financial Corporation
Gateway Funding Diversified Mortgage Services LP
Gateway Mortgage Group
Gateway Residential Funding
Gateway State Bank
GB Home Equity LLC A Wisconsin Limited Liability Company
GB Mortgage
GCS Credit Union
Geauga Savings Bank
Gemini Bancorp, Limited
Gemini Funding Corp.

51

Gencor Mortgage, Inc.
GenEquity Mortgage, Inc.
General Electric Credit Union
General Electric Employees FCU
General Mortgage Capital Corporation
General Mortgage Corporation of America
Generation 5 Financial Services, LLC
Generation Mortgage Company
Generations Bank
Generations Bank (AL)
Genesee Regional Bank
Geneva Financial LLC
Geneva Mortgage Corp
Geneva Mortgage Services LLC
Genisys Financial Corp.
GEO Financial, Inc dba Blue Water Mortgage Co
GEO Mortgage Services, Inc.
GEO-CORP, Inc
George Mason Mortgage Corporation
Georgetown Bank
Georgetown Kraft Credit Union
Georgetown Mortgage LLC
Georgia Bank and Trust
Georgia Banking Company
Georgia Banking Company (WH)
Georgia Banking Company dba National Mortgage Alliance
Georgia Commerce Bank
Georgia Heritage Federal Credit Union
Georgia Mortgage Services, Inc.
Georgia United Credit Union
Gerber Federal Credit Union
German American Bancorp
Gershman Investments Corp.
Gesa Credit Union
Getzy Mortgage Services, LLC
GF Mortgage Inc. dba Greystone Financial
GFA Federal Credit Union
GFI Mortgage Bankers Inc
GFP IV PR SUB, LLC
GHS Mortgage dba Windsor Mortgage
Giant Realty Incorporated
Gibraltar Mortgage Services, LLC
Gibraltar Private Bank & Trust Company
Gibsland Bank & Trust
GL Financial Services, LLC
Glacier Bancorp, Inc.
Glacier Bank
Glacier Mortgage, Inc.
Gladewater National Bank
Glendenning Mortgage Corporation
Glens Falls National Bank & Trust Co.
Glenwood State Bank, Incorporated

52

Global Bancorp
Global Credit Union
Global Equity Finance, Inc.
Global Equity Lending Inc.
Global Financial Network, Inc.
Global Funding Service Corporation
Global Home Finance Inc
Global Home Loans and Finance
Global Lending Group Inc.
Global Lending Inc.
Global Lending Solutions, LLC
Global One Lending, Inc.
GLT Under Par, Inc.
GMAC Mortgage, LLC
GMC Lending Services Inc.
GMFS, LLC
GMH Mortgage Services LLC
GMI Home Loans, LLC dba GMI Funding
GMS Funding L.L.C.
GNL Inc., dba Freedom Mortgage & Loan
Gold Coast Bank
Gold Mortgage Banc Inc.
Gold Ring Investments, Inc.
Gold Star Mortgage Financial Group - Ann Arbor
Golden Bear Capital Inc.
Golden Eagle Federal Credit Union
Golden Empire Mortgage, Inc.
Golden First Mortgage Corp
Golden Isles Mortgage, Inc.
Golden Mortgage Corporation
Golden West Alliance, Inc.
Goldenwest Credit Union
Goldman Sachs Bank USA
Goldman Sachs Mortgage Company
Goldmark Federal Credit Union
Goldome Financial LLC
Goldwater Bank NA
Good Friend Mortgage, Inc.
Good News Mortgage Funding Inc
Goodwin Mortgage Corporation
Googain Inc. dba MaxReal
Gordon Lending Corporation
Gotham Mortage Corporation
Gothenburg State Bank
Gotmortgage.com
Gradient Home Mortgage, LLC
Grafton Suburban Credit Union
Grand Bank
Grand Bank for Savings fsb
Grand Bank, NA
Grand Castle, Inc.
Grand River Bank

53

Grand Valley Bank
Grande Homes, Inc. dba GHI Mortgage
Grandi Mortgage Services LLC
GRANITE COMMUNITY BANK
Granite Federal Credit Union
Granite Mortgage Company
Granite Mortgage Corp
Granite Mountain Bank Inc.
Granite State Mortgage Corp
Graystone Funding Company LLC dba Graystone Mortgage LLC
Graystone Mortgage LLC
Graystone Solutions, Inc.
Grazak Food Services, Inc.
Great American Bank
Great Eastern Mortgage & Investment Inc
Great Horizons, Inc. dba Great American Mortgage
Great Lakes Bank, NA
Great Lakes Credit Union
Great Lakes Home Mortgage, Inc.
Great Northern Financial Group, Inc.
Great Plains Bank
Great Plains Mortgage Company, LLC
Great Plains National Bank
Great River Federal Credit Union
Great Southern Bank
Great Southern National Bank
Great Western Bank
Great Western Financial Services, Inc
Greater Acceptance Mortgage Corporation
Greater Atlantic Mortgage Corporation
Greater Financial Mortgage Corp
Greater Hudson Bank, National Association
Greater Iowa Credit Union
Greater Nevada LLC
Greater Northwest Mortgage Inc.
Greater Potomac Mortgage Company
Greater Texas Federal Credit Union
Greater United Home Funding, Inc.
GreatHouse Mortgage, Inc
Greatwall, Inc.
Green Bank, National Association
Green Bay Mortgage Headquarters, LLC DBA Green Bay Mortgage
Green Haven Capital, Inc.
Green Street Mortgage Services, Inc.
Green Tree Servicing LLC
Green Tree Servicing, LLC
Greenback Funding, Inc.
Greenberry Financial Services, Inc.
Greenbox Loans, Inc.
Greenco Sub I LLC
Greenco Sub II LLC
Greeneville Federal Bank, FSB

54

Greenfield Co-Operative Bank
Greenfield Mortgage Corporation
Greenfield Savings Bank
Greenlight Financial Services
GreenPoint Mortgage Funding Inc.
Greentree Mortgage Company, L.P.
Greenway Funding Group, Inc.
Greenway Mortgage Funding Corp.
Greenwich Investors XXVI, LLC
Greenwich Investors XXXII, LLC
Greer State Bank
Gregg & Valby Mortgage Services
Greystone Financial Group
Grossmont Schools Federal Credit Union
Group Mortgage, LLC
Group One Mortgage Inc.
Grovebay Financial, Inc
Groves Funding Corporation
Gryphon Corp.
GSB Mortgage Inc.
GSF Mortgage Corporation
GTE Federal Credit Union
GTKY Credit Union Inc
GTL Investments, Inc.
GTR Enterprises, LLC
Guadalupe National Bank
Guarantee Mortgage Corporation
Guaranteed Home Mortgage Company, Inc.
Guaranteed Mortgage Brokers Inc
Guaranteed Rate, Inc
Guarantor - Ginnie Mae
Guaranty Bank and Trust Company (MS)
Guaranty Bank, a Missouri corporation
Guaranty Bank, FSB
Guaranty Bond Bank
Guaranty Federal Financial Corp.
Guaranty Federal Mortgage
Guaranty Mortgage Service, Inc.
Guaranty Mortgage Services, LLC
Guaranty Trust Company
GuardHill Financial Corp.
Guardian Financial Network Inc.
Guardian Mortgage, Inc. dba Guardian Mortgage
Guardian Savings Bank
Guidance Mortgage Group, LLC
Guidance Mortgage LLC
Guidance Residential LLC
Guild Mortgage Company
Gulf Atlantic Funding Group, Inc.
Gulf Coast Bank
Gulf Coast Bank & Trust Co. a Louisiana Company
Gulf Coast Bank and Trust Company

55

Gulf Coast Community Bank
Gulf Coast Community Federal Credit Union
Gulf Coast Mortgage Inc
Gulf Coast Mortgage of Naples, Inc
Gulf Coast Principle, LLC
Gulf Coast Renaissance Corporation
Gulf Credit Union
Gulf South Mortgage, LLC
Gum Tree Mortgage, LLC
Guthrie Federal Credit Union
GVC Mortgage Inc an Indiana corporation
GWG Mortgage Co., Inc.
Gwinnett Community Bank
H & R Block Mortgage
H&R Block Bank
H.F. Gehant Banking co.
H.M.M. Enterprises, Inc.
Halliburton Employees' Federal Credit Union
Hallmark Home Mortgage
Hallmark Mortgage Corp.
Hallmark Mortgage Services, Inc.
Hamilton Bank
Hamilton Group Funding Inc.
Hamilton Mortgage Corporation
Hamilton National Mortgage Company
Hampden Bank
Hampton Roads Mortgage Corporation
Hana Financial Inc.
Hancock Federal Credit Union
Hancock Mortgage Partners LLC
Hanover Mortgage Company
Hantz Bank
Hapo Community Credit Union
Happy State Bank
Harbor Community Bank
Harbor National Bank
Harbor Springs Financial Corp. dba First Community Bank
HarborOne Bank
Harbourton Mortgage Investment Corporation
Harpeth Mortgage, LLC
Harrington Bank
Harris County FCU
Harris Nesbitt Corp. (As Agent for Fairway Finance Co., LLC.
Harry Mortgage Company
Hartford Financial Services Inc.
Hartford Funding, Ltd.
Hartland Mortgage Centers Inc
HARVEST BANK
Hawaii USA FCU
Hawaiian Marketing Services
Hawaiian Tel Federal Credit Union
Hawthorn Bank

56

Hawthorne Capital Corp
Hayhurst Mortgage, Inc.
HCI Mortgage
HCL Finance, Inc.
Health Associates Federal Credit Union
Health Care Idaho Credit Union
Healthcare Employees Federal Credit Union
Healthcare Plus Federal Credit Union
Heart of Louisiana Federal Credit Union
Hearthside Lending Corp.
Heartland Bank
Heartland Bank (NE)
Heartland Bank and Trust Co.
Heartland Funding Corp
Heartland Home Mortgage, LLC
Heartland Mortgage Company LC
Heartland National Bank
Heartwell Mortgage Corporation
Hedlund Mortgage LLC
Helpbringer Mortgage Services, Inc.
Henderson State University Federal Credit Union
Hendricks County Bank and Trust Company
Henry & Gershen, LLP
Herberg, Inc.
Herget Financial Corp. dba Herget Bank, N.A.
Heritage Bank
Heritage Bank (IA)
Heritage Bank (TX)
Heritage Bank of Central Illinois
Heritage Bank of Nevada
Heritage Bank of the Ozarks
Heritage Bank of the South
Heritage Bank USA, Inc.
Heritage Bank, National Association
Heritage Financial Group, LLC
Heritage First Bank
Heritage Grove Federal Credit Union
Heritage Mortgage & Loan, Inc
Heritage Mortgage Banking Corp.
Heritage Oaks Bank
Heritage Plaza Mortgage, Inc.
Heritage Valley Federal Credit Union
Hermes Garcia Mortgage LLC dba HG Mortgage LLC
Herring Bank
Hershey Federal Credit Union
HF Financial Corp
HFS Federal Credit Union
Hiawatha Bank & Trust Company
Hiawatha National Bank
High Point Bank and Trust Co.
High Tech Lending
Highland Federal Savings & Loan

57

Highland Mortgage Group, LLC
Highlands Independent Bank
Highlands Residential Mortgage, LTD
Highmark Federal Credit Union
Hills Bank and Trust Company
Hilltop National Bank
Hi-Tech Mortgage, Inc.
HLP Mortgage, LLC
HNB First Bank
HNB Mortgage
Hogar Mortgage
Hollander Financial Holding Inc
Holy Rosary Regional Credit Union
Holyoke Credit Union
Home Bank
Home Bank & Trust Co.
Home Bank of California
Home Bank SB
Home Buyers' Mortgage Co., Inc.
Home Capital Funding
Home Capital, Inc.
Home City Federal Savings Bank of Springfield
Home Community Mortgage, LLC
Home Equity Solutons LTD
Home Express
Home Federal Bank Corporation
Home Federal Bank of Tennessee
Home Federal Savings and Loan
Home Federal Savings Bank
Home Financial Group, LLC
Home Financial, Inc.
Home Financing Center Inc.
Home Financing Inc.
Home Financing Unlimited, Inc.
Home Funding Corporation
Home Loan Alliance, LLC
Home Loan Center dba Lending Tree Loans
Home Loan Consultants
Home Loan Corporation
Home Loan Enterprise
Home Loan Funding Inc
Home Loan Investment Bank
Home Loan Mortgage Corporation
Home Loan Specialists Inc.
Home Loans USA Inc. (Orange)
Home Mortgage Alliance Corporation (HMAC)
Home Mortgage Alliance, LLC
Home Mortgage Associates, Inc.
Home Mortgage Assured Corporation
Home Mortgage Corporation
Home Mortgage Experts Inc
Home Mortgage Finance Group Corp

58

Home Mortgage Inc.
Home Mortgage Resources Inc
Home Mortgage Services, Inc.
Home Mortgage Solutions LLC
Home Mortgage Solutions, Inc. (OH)
Home Mortgage, Inc.
Home Place Mortgage Loans, Inc
Home Rebate, Inc.
Home Savings & Loan Co. of Youngstown, Ohio
Home Savings bank
Home Savings Bank, a Utah corporation
Home Savings Mortgage
Home Servicing, LLC
Home Solution Lenders Inc
Home Solutions Group, Inc.
Home Solutions Partners I, LP
Home South Mortgage Corporation
Home State Bank
Home State Bank (MN)
Home State Bank, N.A.
Home Town Federal Credit Union
Home Town Funding, Inc. dba CNB Mortgage Company
Home Town Mortgage Group, Inc.
Home Town Mortgage Inc
Home USA Mortgage, Inc.
Home Way Mortgage LLC
HomeAmerican Mortgage Corporation
HomeBanc N.A.
Homebound Mortgage, Inc.
HomeBricks, Inc.
HomeBridge Financial Services, Inc
Homebuyer's Resource Group, LLC
Homefield Financial Inc.
HomeFirst Mortgage Corp.
HomeFirst Mortgage LLC
HomeFirst Mortgage Services LLC
Homeland Bancshares, Inc.
Homeland Community Bank
Homeland Financial Network, Inc.
Homeland Mortgage Company
Homeland Mortgage LLC
Homelife International Mortgage
Homelink Mortgage Inc
HomeLoan USA Corporation
HomeLoanAdvisors.com
Homeowners Financial Group USA, LLC.
Homeowners Mortgage Enterprises, Inc.
Homeowners Mortgage LLC
HomeOwners Mortgage of America, Inc.
Homepath Lending, Inc.
HomePro Mortgage, LLC
HomePromise Corporation

59

Homes Mortgage, LLC
Homesale Mortgage, LLC
Homeservices Financial, LLC
HomeServices Lending, LLC
Homeside Financial, LLC
Homesource Funding Group
Homesource Lending Inc.
HomeStar Financial Corporation
Homestar Lending Corporation
Homestar Mortgage, Inc.
HomeStart Mortgage Corporation
Homestead Funding Corp
Homestead Mortgage Company LLC dba Homesite Mortgage
Homestead Mortgage Corporation
Homestead Mortgage Group, Inc.
Homestead Mortgage Inc.
Homestead Mortgage Loans Inc.
Homestead-USA, Inc.
HomeStreet Bank
Hometown America Incorporated
Hometown Bank of Corbin
Hometown Bank, N.A.
Hometown Equity Mortgage of St. Louis, Inc.
HomeTown Lenders LLC
Hometown Mortgage Company, Inc.
HomeTown Residential Mortgage, LLC
HomeTrust Bank
Hometrust Mortgage Company
HomeTrust Mortgage Corporation
HomeTrust Mortgage Inc.
Hometrust Mortgage Services LLC
Homeward as Delegatee for Merchants Bank of Indiana
Homeward Residential, Inc.
Homewide Lending Corp.
Homewise Inc.
Homewood Mortgage LLC
Homewood Mortgage, Inc.
Honda Federal Credit Union
Honesdale National Bank
Honolulu HomeLoans
Hope Federal Credit Union
Horizon Bank
Horizon Bank, Mortgage Warehousing Division
Horizon Bank, N.A.
Horizon Bank, SSB
Horizon Community Bank, Inc.
Horizon Credit Union
Horizon Direct, Inc. dba Commitment Lending
Horizon Finance, Inc.
Horizon Mortgage Corp. DBA Americhoice Residential Funding
Horry County State Bank
House of Finance, Inc.

60

Housing Solutions, Inc.
Houston Home Loan, Inc.
Houston Police Federal Credit Union
Houstonian Mortgage Group, Inc. DBA Westin Mortgage Group
HoustonMortgage.com
Howard Bank
Howard Hanna Financial Services, Inc.
HP Investments, Inc
HS Financial Services, Inc.
HSBC Bank USA, N.A.
HSBC Bank USA, National Association
HSBC Bank USA, National Association.
HSBC Mortgage Services
HTFC Corporation DBA HTFC Mortgage Bankers, Miracle Funding
HTFCU Financial Services LLC
HUD FHA
HUD OIG - Investigations
Hudson City Savings Bank
Huettner Capital LLC
Humbert Mortgage
Humphries Mortgage Inc.
Hunt Mortgage
Hunt Mortgage Services, Inc.
Hunter Financial Group, LLC
Hunter Lending LLC
Huntingdon Valley Bank
Huntington State Bank
Huron Valley Financial, Inc.
Huron Valley State Bank
Hyperion Capital Group LLC
Hyperion Capital Group, LLC
i3 Lending, Inc.
IAA Credit Union
IAB Financial Bank
iApprove Lending
Iberia Bank Mortgage Company
Iberia Mortgage Corp.
Iberiabank
ICM Real Estate Inc. dba ICM Lending
Icon Mortgage Lending, Inc
Idadiv Credit Union
Idaho Central Credit Union
Idaho First Bank
Idaho Housing & Finance Association
Idaho Independent Bank
Idaho State University FCU
Ideal Credit Union
Ideal Home Loans, LLC
Ideal Lending Solutions, Inc.
Ideal Mortgage Bankers LTD
Ideal Mortgage Specialists, Inc
iFreedom Direct Corporation

61

IHS Mortgage LLC
IHunt, LLC dba Mountain West Mortgage
Ikon Financial Group, LLC
iLend Incorporated
Illinois Bank & Trust
Illinois Community Credit Union
ILoanmaster, Inc.
Iltis Lending Group Inc.
Imagine Home Lending LLC
iMortgage
IMPAC Mortgage Corp.
Impac Mortgage Holdings Inc.
Impac Warehouse Lending, Inc.
Impact Mortgage Group, Inc.
Imperial Lending LLC
IMS Mortgage Services
Incommons Bank, N.A.
IND Home Loans LLC
Indecomm Holdings, Inc.
Independence National Bank
Independent Bank
Independent Bank (TN)
Independent Bank (TX)
Independent Financial Services Group, Inc
Independent Mortgage LC
Independent Realty Capital Corp.
Indiana Members Credit Union
Indiana University Credit Union
Indianapolis Neighborhood Housing Partnership
Indus American Bank
Industrial Bank
Industrial Credit of Canada, Ltd dba ICC Mortgage Services
IndyMac Venture, LLC
Infinite Mortgage Services, LLC
Infinity Federal Credit Union
Infinity Financial Corp
Infinity Financial Group, Inc.
Infinity Financial Group, LLC
Infinity Funding Corp.
Infinity Home Mortgage Company Inc.
Infinity Mortgage Co. Inc
Infinity Mortgage Corporation
Information Engineering Services, Inc.
Ingle & Associates Mortgage Services, Inc dba Ingle Mortgage
Ingomar Limited Partnership
Inland Bank and Trust
Inland Home Mortgage Company
Inland Mortgage Inc.
Inland Northwest Bank
Inland Valley Home Loan, Inc.
Inlanta Mortgage, Inc.
Innovative Financial Solutions Group, LLC

62

Innovative Lending Solutions, LLC.
Innovative Mortgage Capital, LLC
Innovative Mortgage Concepts LLC
Innovative Mortgage Services
INSC, Inc.
Insider Mortgage Corp.
Insight Financial Services LLC
Insignia Bank
INSOUTH Bank
InSouth Funding Inc
Inspira Group, Inc
InstaFi.com
Instamortgage.com Corporation
Instant Capital Funding Group, Inc.
Instant Home Loans, Inc.
INT Financial Services, Inc
Integra Lending Group, llc
Integrated Mortgage Corporation
Integrity Bancorp
Integrity Bank
Integrity Financial LLC
Integrity Financial Services of Tampa Bay Inc.
Integrity First Bank
Integrity First Financial Group, Inc.
Integrity First Financial, Inc. (CO)
Integrity Home Loan of Central Florida Inc
Integrity Home Mortgage Corporation
Integrity Mortgage & Financial Inc
Integrity Mortgage Center, LLC
Integrity Mortgage Corporation of Texas
Integrity Mortgage LLC
Integrity Mortgage Services Inc.
Integrus Mortgage LLC
Intelli Mortgage Services, Inc.
IntelliCorp
Intelligent Investments Inc.
Intelty, Inc
Inter M.C. Inc. dba Intercontinental Mortgage Inc.
Inter National Bank
Interamerican Bank, A FSB
INTERBANK
Intercoastal Mortgage Company
InterContinental Capital Group, Inc.
Interlinc Mortgage Services LLC
Intermountain Mortgage Company Inc
International Bank of Commerce
International City Mortgage Inc
International Finance Bank
International Home Capital Corporation
Interra Credit Union
Interstate Bank, ssb
Interstate Home Loan Center Ind dba myequityloan.com

63

Interthinx, Inc
Interthinx, Inc.
Interthinx2 as Vendor
Intertrust Mortgage, L.L.C.
InTouch Credit Union
Intrust Bank, N.A.
INTXQA1
INTXQA2
Investaid Corporation
Investar Bank
InvesTex Credit Union
Investment Bankers Network Inc.
Investors Bank
Investors Home Mortgage
Investors Mortgage Corporation
Invicta Mortgage Group, Inc.
Inwood National Bank
Iowa Bankers Mortgage Corporation
Iowa Mortgage Professionals, In.c
iQ Credit Union
Ironwood Mortgage
Irwin Home Equity
iServe Residential Lending, LLC
iServe Servicing Inc.
Island Federal Credit Union
Island Home Capital, Inc
IT&S of Iowa, Inc.
Ivanhoe Financial, Inc.
Ivy Mortgage, Inc
IZT Mortgage Inc. dba Ameritech Mortgage
J & C Investment Properties Corp
J & P Real Estate Services, Inc.
J&R Lending Inc.., dba First Security Lending
J&S Holdings of Greenville Inc. dba First United Mortgage
J. Friedman Inc.
J. Philips Mortgage Inc.
J. Virgil Inc.
J.D. Martinez Investments, Inc. DBA AllBay Mortgage Services
J.S. Shirk & Associates, Inc. dba Florida Community Mortgage
JAC Financial Inc. dba Plaza Loan Services
Jacksboro National Bankshares, Inc.
Jackson Mortgage Company Inc.
Jackson Purchase Agricultural Credit Association
Jacmel Holdings, Inc. dba IET Capital
Jams01 Inc dba Home Savings & Trust Mortgage
Janie Leung
JC Financial Management, Inc
JC Financial Solutions, Inc
JD Bank
JDB Mortgage Corp.
JDJ Financial Group Inc.
JDM Funding Corporation

64

Jeanne D'Arc Credit Union
Jebsen Funding, Inc
Jeep Country Federal Credit Union
Jefferies Funding LLC
Jefferies Mortgage Finance Inc
Jefferson Bank
Jefferson Bank & Trust co.
Jefferson Bank &Trust
Jefferson Bank of Florida
Jefferson Bank of Missouri
Jefferson Credit Union
Jefferson Mortgage Services, Inc
Jeffrey Howard Helm
Jersey Mortgage Company of New Jersey, Inc.
Jersey Shore State Bank
Jet Direct Funding Corp.
JFK Financial Inc. dba Equity Direct Funding
JJAM Corporation
JJST Corporation
JKS Mortgage, LLC
JLB Corporation dba Golden Oak Lending
JLB Mortgage Group LLC
JMAC Lending, Inc.
JMJ Financial Group dba The Coastal Lending Group
John W Varghese & Co LLC
Johnson Mortgage Company, LLC
Jonah Bank of Wyoming
Jones Mortgage Group
Jordan West Co
Jordon Financial Group, LLC
Journey Financial , LLC
JP Morgan Chase Bank
JP Morgan Chase Bank N.A. fka WAMU
JP Morgan Chase Bank NA
JP Morgan Chase Bank, N.A. - Warehouse Lending
JP Morgan Chase Bank, N.A. - Warehouse Lending Vendor
JPMC Specialty Mortgage LLC
JPMorgan Chase Document Custodian
JRDB, Inc
JSM Financial Incorporated
JT, Inc
JTL Business Group, Inc
JTM Financial Services, Inc.
Judith O. Smith Mortgage Group, Inc.
Just Mortgage, Inc.
K Hovnanian American Mortgage LLC
K Pacific Group
K&B Capital Corp
K. D. Financial Services, Inc. dba KD Mortgages
KADJ, LLC
Kaiter Enterprises Inc.
Kane Mortgage, Inc

65

Kansas State Bank
Kanza Financial Corporation dba Kanza Bank
Karpe Mortgage, Inc.
Kash Mortgage Group, Inc.
Katy Mortgage Corporation
Kaw Valley Home Loans, Inc.
Kay-Co Investments, Inc. dba Pro30 Funding
Kaye Financial Corporation
KAZA2, Inc.
KBR Heritage Federal Credit Union
KCB Bank
KD Capital Mortgage Corporation
Kearny Federal Savings Bank
Kelley Mortgage LLC
Kellner Mortgage Investments I, LTD
Kelly Community Federal Credit Union
Kelly Mortgage and Realty, Inc.
Kelly Stephens Mortgage, Inc. dba KS Mortgage, Inc.
Kelstar Financial Services LLC
Kemba Financial Credit Union Inc.
Kenilworth Financial Inc.
Kenney Bank and Trust dba America's Home Loan
Kensington Bank
Kent Bank
Kentco, Inc.
Kentucky Bank
Kentucky Housing Corporation
Kentucky Neighborhood Bank, Inc.
Kentwood Mortgage, Inc.
Kessner Financial, Inc.
Kevin Michael Nolette
Key Lending Solutions, LLC
Key Mortgage Company, Inc.
Key Mortgage Corporation
Key Mortgage Link, Inc.
Key Mortgage Services Inc dba Baird & Warner Financial Serv.
Key One Capital Lending Corporation
KeyBank National Association
KeyPoint Credit Union
Keys Federal Credit Union
Keystone Bank
Keystone Funding, Inc.
Keystone Mortgage Company
Keystone Mortgage Group LLC
Kiertec Inc. dba US Mortgage Source
Kilgore National Bank
Kinecta Federal Credit Union
King Financial Group, Inc.
Kings Mortgage Services, Inc.
Kinkeade Inc
Kirkland Financial LLC
Kirkland Investors LLC

66

Kirkpatrick Bank
Kirkwood Bank & Trust Co.
Kish Bank
Kitsap Bank
Kitsap Credit Union
Kittredge Mortgage Corporation
Klamath Mortgage Inc.
KleinBank, dba KleinMortgage
KM Capital Management, Inc.
Knight Mortgage Capital LLC
Knoxville TVA Employees CU
Kodi Acquisitions, LLC
Kohler Credit Union
Kondaur Capital Corporation
Kota Realty & Mortgage Services, Inc.
Kregg Wolf Enterprises, Inc
KRKABOB Incorporated
Kroll Factual data for Internal Use Only
Kroll Factual Data Inc
KS Bank Inc.
KTL Performance Mortgage, LTD
Kwik Mortgage Corporation dba Mortgage Equity Group
Kyanite Services, Inc.
Kyle Christian Corporation
L Alley Loans, Inc.
LA Financial Federal Credit Union
La Paz Mortgage, Inc.
Ladera Lending, Inc.
Lafayette Schools' Federal Credit Union
Lafayette State Bank
Lake Area Mortgage, A Division of Lake Area Bank
Lake Elmo Bank
Lake Federal Bank, FSB
Lake Michigan Credit Union
Lake Mortgage Company, Inc.
Lake Region Bank
Lake State Credit Union
Lakes Area Mortgage, LLC
Lakes State Bank
Lakeshore Community Credit Union, Inc.
Lakeside Bank
Lakeview Bank
Lakeview Funding, LLC
Lakeview Loan Servicing, LLC
Lakeview Mortgage Bankers Corp
Lakeview Mortgage, Inc.
Lamb Financial
Lancaster Mortgage Company
Land Home Financial Services, Inc.
Landmark Bank National Association
Landmark Community Bank
Landmark Mortgage & Associates, Inc.

67

Landmark Mortgage Lending
Landmark Mortgage LLC
Landmark Mortgage of Tampa Bay, Inc.
Landmark Mortgage, LLC
Landmark National Bank
Landover Mortgage, LLC
Langdon Mortgage Company, Inc.
Lapeer County Bank & Trust Co
Lara Hanousek
Laraby Financial Group Inc.
Las Colinas Federal Credit Union
Laser Lending, LLC
Latitude 32 Federal Credit Union
Lawrence Residential Funding Corp.
Laxmi Narayan Enterprises, Inc.
Layton State Bank
LB Mortgage Lending, LLC
LBA Financial Group
LBE, Inc.
Lea County State Bank
Lead Bank
Leader Bank, N.A.
Leader Mortgage Company, Inc.
Leader Mortgage Corp
LeaderOne Financial Corporation
Leaders Credit Union
Leading Mortgage Solutions, Inc
Leavitt Inc.
Lebanon Federal Credit Union
Ledyard National Bank
Lee Bank
Legacy Bank (IA)
Legacy Bank.
Legacy Funding Corp.
Legacy Home Loans, LLC
Legacy Lending Services, Inc.
Legacy Mortgage and Investment Corporation
Legacy Mortgage Group LLC
Legacy Mortgage Services, Inc.
Legacy Mortgage, LLC
Legacy National Bank
Legacy State Bank
Legacy Texas Bank
Legend Bank, N.A.
Legend Lending Corporation
Legendary Home Loans, Inc.
Legends Bank
Legends Bank (MO)
Lehman Brothers Holdings Inc.
Lehman Commercial Paper, Inc.
Leigh Kendall Corporation dba Moon River Mortgage
Leitchfield Deposit Bank and Trust Company

68

Lend Smart Mortgage LLC
Lend to America Inc
LendAmerica Home Loans, Inc.
Lender Ltd.
LenderFi Inc.
Lenderlive Network, Inc.
Lenders Association, Inc.
Lenders Depot Inc.
Lenders Workshop LLC dba Loans at Wholesale
Lendia, Inc
Lending 1st Mortgage, LLC
Lending Hand Mortgage, LLC
Lending Solutions Inc. dba LSI Mortgage Plus
Lend-Mor Mortgage Bankers Corp
LendxFinancial, LLC
Lenox Financial Mortgage Corporation
Leominster Credit Union
Level One Bank
Lewis & Clark Bank
Lewisfin.com, LLC
LGE Community Credit Union
LHM Financial dba CNN Mortgage
Liberty Bank
Liberty Bank (CT)
Liberty Bank and Trust Company
Liberty Bank Inc.
Liberty Bank, A Missouri Corporation
Liberty Bank, N.A.
Liberty Capital Financial Inc.
Liberty Financial Services, LLC
Liberty First Credit Union
Liberty Home Equity Solutions, Inc.
Liberty Home Lending, Inc.
Liberty Home Mortgage Corporation
Liberty Mortgage Company, Inc.
Liberty Mortgage Corp.
Liberty Mortgage Corporation
Liberty Mortgage Corporation dba Liberty Home Mortgage
Liberty Mortgage Funding Inc.
Liberty Mortgage Lending, Inc.
Liberty Mortgage, Inc.
Liberty National Bank
Liberty One Credit Union
Liberty Savings Bank FSB
Liberty Savings Bank, F.S.B.
Liberty United Mortgage, LLC
Lifestone Mortgage Corporation
LifeStore Bank
Lifestyle Mortgage Holdings, Inc.
Lifeway Lending Group Inc.
Lighthouse Mortgage Services, Inc.
Lighthouse Realty & Mortgage, Inc

69

Limes Financial Funding, LTD
Linco Capital LLC dba Kirkwood Mortgage
Lincoln Capital Advisors, LLC
Lincoln County Credit Union
Lincoln Federal Savings Bank of Nebraska
Lincoln Savings Bank
LincolnWay Community Bank
Lisbon Community Federal Credit Union
Listerhill Credit Union
Litton Mortgage, Inc.
Live Well Financial, Inc.
LJL Mortgage Pool, LLC
Llynk Financial Services, LLC
Lo, Inc. dba Reliance Mortgage Inc.
Loan Across America dba Loan America, Inc.
Loan America
Loan America Home Mortgage Inc.
Loan Center of California, Inc.
Loan Correspondents, Inc. dba Capital Funding Group
Loan Lines, Inc.
Loan Link Financial Services
Loan Management Services, Inc.
Loan One Mortgage Co., Inc.
Loan Republic Financial, Inc.
Loan Resolution Corporation
Loan Resource Center, Inc. DBA Optima Home Mortgage
LOAN SIMPLE, INC
LoanCare, LLC
LoanCentral LLC
LoanCity
Loancorp Financial Inc.
LoanDepot.com
loanDepot.com, LLC
Loanleaders of America, Inc.
LOANLOGICS, INC
LoanStar Home Loans, LLC
Loanstars, LLC
Logan Finance Corporation
LOL Incorporated
Lombard Financial Corp., LLC
Lone Star Bank, S.S.B.
Lone Star National Bank
Longview Bank
Lorain National Bank
Los Angeles Federal Credit Union
Louisiana Federal Credit Union
Lowell Community Loan Fund, Inc
LOZANO, 813 LLC
LPMC, LLC
LPS Field Services, Inc. - PPC
LSB Financial, Corp.
LT Group, Inc.

70

Lucey Mortgage Corp.
Lund Mortgage Team, Inc.
Lundin & Associates Inc.
Luther Burbank Mortgage
Luxury Mortgage Corp.
LYC Mortgage, LLC
Lynx Mortgage Bank, LLC
Lyons Mortgage Services, Inc.
M & M Mortgage LLC
M & T Bank
M.I.E. Financial Inc.
M.P.S. Mortgage Company
M.Point Mortgage Services, LLC
M.S. Flynn Inc
M/I Financial, LLC.
M=ES2 Associates Mortgage Company
M2 Lending Solutions
MAC Acceptance, Inc. dba Metropolitan Acceptance, Inc.
MAC Federal Credit Union
MAC5 Mortgage, Inc.
Macatawa Bank
Mac-Clair Mortgage Corporation
Mackinac Savings Bank
Mackleigh Capital, LLC
Macon Bank and Trust Company
Macon Bank Inc
Madera Financial, Inc.
Madison Bank
Madison County Community Bank
Madison Financial LLC
Magna Bank
Magnolia Bank
Magnolia Mortgage Company, LLC
Magnolia Mortgage Inc.
Magnolia State Bank
Magnolia State Mortgage LLC
Main Street Bank, a Michigan corporation
Main Street Financial, Inc.
Main Street Mortgage, Inc.
Maine Home Mortgage Corp.
Mainline Mortgage Corporation
Mainsource Bank
Mainstreet Community Bank of Florida dba Prime4Banks
Mainstreet Mortgage, Inc.
Maitland Mortgage Lending Company
Majestic Mortgage Services, Inc.
Majesty Mortgage, Inc.
Malcap Mortgage LLC
Malibu Funding Inc.
Malvern National Bank
Mandalay Mortgage LLC
Mangum Mortgage Inc.

71

Manhattan Bank
Manhattan Financial Group, Inc.
Mann Financial, LLC
Maple Mortgage Corporation
MAR Group LLC
Maranatha Mortgage Corporation (MD)
Marathon Asset Management
Marathon Mortgage
Maribella Mortgage, LLC
Marimark Mortgage, LLC
Marine Bank & Trust Company
Marion & Polk Schools Credit Union
Mark 1 Real Estate, Inc.
Market Consulting Mortgage Inc.
Market Mortage Co., Ltd.
Market Place Mortgage Corp.
Market Street Mortgage Corporation
Marketline Mortgage, LLC
Marketplace Home Mortgage, LLC
Marlborough Savings Bank
Marquette Bank.
Marquis Lending, Inc.
Marshfield Medical Center Credit Union
Marshland Community Federal Credit Union
Martha's Vineyard Savings Bank
Martin Federal Credit Union
Martin Funding Corp
Maryland Community Development Administration
Maryland Mortgage Center, Inc.
Maryland Mutual Mortgage, LLC
Maryland Residential Lending LLC dba Nationwide Mortgage Ser
MAS Associates LLC dba Equity Mortgage Lending
Mason Dixon Funding, Inc.
Mason-McDuffie Mortgage Corporation
Massachusetts Housing Finance Agency
MassMutual Federal Credit Union
Master Financial, Inc.
Masterman Roche, Inc.
Matrix Financial Services Corporation
Mattamy Home Funding, LLC
Maverick Funding Corp
Maverick Residential Mortgage
Max Credit Union
Maxim Investment Group, LLC
Maxim Mortgage Corporation
Maximos Realty Inc
Maxreal Cupertino
Maxwell Funding Inc. dba Maxwell Funding Group
MB Financial Bank, N.A.
MB Financial Bank, N.A. (MI)
MBA Financial Solutions, Inc. dba Bay Wholesale Lending
MBA Mortgage Services, Inc.

72

MBL Bank
MBS Capital Group Inc.
MC Financial, Inc
MC Harbor Investment Co
McClain Bank
McGlone Mortgage Company, Inc.
McGowin-King Mortgage, LLC
McGraw Hill Federal Credit Union
McHenry Savings Bank
McJab Inc. dba First California Funding
McKinley Mortgage, LLC
McLaughlin Lending Services, LLC
McLean Mortgage Corporation
MCM Holdings, Inc
MCS Mortgage Bankers, Inc.
MCT Credit Union
McTygue Group, Inc.
MDC Financial Service Group, Inc.
MDE Home Loans, LLC
MDJKR2, Inc. dba Frontier Lending
Meadowbrook Financial Mortgage Bankers
Meadows Credit Union
MECE Credit Union
Mechanics Bank
Mechanics Cooperative Bank
Meetinghouse Bank
Mega capital Funding, Inc.
Megamerica Mortgage Group, Inc.
MegaStar Financial Corp.
Melrose Cooperative Bank
Member First Mortgage LLC dba Michigan First Mortgage LLC
Member Options LLC
Members 1st Credit Union
Members 1st Federal Credit Union
Members Advantage Community Credit Union
Members' Advantage Credit Union
Members Cooperative Credit Union
Members First Credit Union of Florida
Members Loan Services, Inc.
Members Mortgage Company, Inc.
Members Trust of the Southwest Federal Credit Union
MembersAlliance Credit Union
Menna Company dba Independent Mortgage Associates
Mercantile Bank of Michigan
Merced School Employees Federal Credit Union
Merchants & Farmers Bank & Trust Company
Merchants & Southern Bank
Merchants Bank of Alabama
Merchants Bank of Bangor
Merchants Bank of Indiana
Merchants Bank, National Association
Merchants Realty & Loan Corp (Merchants Home Lending)

73

Merchants Trust, LLC
Merck Sharp and Dohme Federal Credit Union
Meridian Bank.
Meridian Home Mortgage Corporation
Meridian Mortgage Financial, LLC
Meridian Residential Capital LLC dba First Meridian Mortgage
Meridian Trust Federal Credit Union
MeridianLink, Inc.
Meridias Capital
Merit Bank
Meritas Mortgage LLC
Meriwest Credit Union
Meriwest Mortgage Company LLC
Merrill Lynch BUSA, a division of Bank of America, N.A.
Merrill Lynch Mortgage Lending, a div. of Bank of America NA
Merrill Lynch SURF, a division of Bank of America, N.A.
Merrill Lynch, a division of Bank of America, N.A.
Merrimack Mortgage Company, Inc.
MERS Link Subscriber
MERS Link Subscriber - Govt Entities
Metabank
Metairie Bank and Trust Company
MetAmerica Mortgage Bankers, Inc.
METLIFE HOME LOANS LLC
Metro Atlanta Mortgage Company, Inc.
Metro Bank
Metro Bank (AL)
Metro Credit Union
Metro Health Services FCU dba Metro First Mortgage
Metro Phoenix Financial Services, LLC
Metroplex Mortgage Services
Metropolitan Bank
Metropolitan Commercial Bank
Metropolitan Financial Mortgage Company
Metropolitan Home Mortgage, Inc.
Metropolitan Mortgage Group, Inc. dba Metropolitan Mortgage
Metropolitan National Bank, a Missouri corporation
Meyer Mortgage Corporation
Meyers Funding, Inc.
MFC Mortgage Inc
MFG Funding
MFRA Trust 20141
MGM Mortgage Company
MGN Funding Corp.
MHL Funding Corp
Miami Federal Credit Union
Michael David Financial Inc dba Cornerstone Lending
Michigan First Mortgage, Inc
Michigan Mutual, Inc.
Michigan State University Federal Credit Union
Michigan United Mortgage LLC
Mid America Bank

74

Mid America Bank & Trust Company
Mid America Bank, a Missouri corporation
Mid America Mortgage - Southwest Inc.
Mid America Mortgage Services of IL Inc. Carterville Branch
Mid America Mortgage Services of Illinois, Inc.
Mid America Mortgage Services of Kansas City, Inc.
Mid America Mortgage Services, Inc.
Mid America Mortgage, Inc
Mid Nation Mortgage Corporation
Mid Ohio Mortgage Corporation
Mid Oregon Lending Inc.
Mid Valley Services, Inc.
MidAmerica Bancorp, Inc.
Mid-America Bank
MidAmerica National Bank
MidAtlantic Farm Credit, ACA
Mid-Atlantic Federal Credit Union
MidCountry Bank
Middlesex Savings Bank
Middletown Valley Bank
MidFirst Bank
MIDFLORIDA Credit Union
Midi Tung Enterprise, Inc
Mid-Illini Credit Union
Mid-Island Mortgage Corp.
Midland Mortgage Corporation
Midland National Bank
Midland States Bank
MidSouth Bank, N.A.
MidSouth Bank, National Association
MidState Mortgage Co LLC
Midstates Bank, NA
Midtown Bank & Trust
Midtown Financial Services
Midtown Mortgage Inc
Midtown Mortgage LLC
Midwest Bank
Midwest BankCentre
Midwest Capital Mortgage, Inc.
Midwest Community Bank
Midwest Equity Mortgage LLC
Midwest Family Lending Corp.
Midwest Financial Mortgage
Midwest Funding Bancorp
Midwest Heritage Bank, FSB
Midwest Loan Services, Inc.
Midwest Minnesota Community Development Corporation
Midwest Mortgage Associates Corporation
Midwest Mortgage Capital
Midwest Mortgage Investments, LTD
Midwest Regional Bank
Midwest Residential Lending, LLC

75

MidWestOne Bank
Mila, Inc.
Milend, Inc.
Milestone Mortgage Inc
Milford Federal Savings and Loan Association
Mill City Credit Union
Millbury Federal Credit Union
Millenium Home Mortgage LLC
Millennium Bank
Millennium Financial Group, Inc. dba MLend, Inc.
Millennium Mortgage Corporation
Miller Home Mortgage, LLC
Miners Bank
Miners National Bank of Eveleth
Minnesota Bank & Trust
Minnesota Lakes Bank
Minnesota Lending Co. LLC dba Optimum Mortgage Services
Minnesota Lending Company, LLc
Minnesota Residential Mortgage, Inc.
Minnesota Valley Federal Credit Union
Minnwest Bank, M.V.
Minster Bank
Mission Federal Credit Union
Mission San Jose Mortgage Inc.
Mississippi Telco Federal Credit Union
Missouri Bank & Trust Company of Kansas City
Missouri Mortgage Services, LLC
MIT Federal Credit Union
MJ Mortgage Inc.
MK Lending Corp
MLB Residential Lending, LLC
MLD Mortgage Inc.
MLS Mortgage Group Inc.
MLS Mortgage Lending Solutions, LLC
MLSG Inc.
MMO, LLC
MMS Mortgage Services, Ltd. d/b/a Member Mortgage Services
MMW Holdings, LLC dba Trident Home Loans
Moffett Mortgage Company, LLC
Mohave State Bank
Monarch Bank
Monarch Community Bank
Monarch Funding Corp
Money Warehouse
Monroe Bank and Trust
Monson Savings Bank
Monster Mortgage LLC
Montage Mortgage, LLC
Montana Board of Housing
Montana Federal Credit Union
Monterey I Holdings, LLC
Montgomery Bank, National Association

Montgomery Mortgage Capital Corporation
Montgomery Mortgage Solutions, Inc.
Montgomery Mortgage, Inc
Monticello Banking Company
MontroseBank
Monument Bank
Monument Bank, a Maryland corporation
Monument Mortgage Company, Inc.
Monument Mortgage, Inc.
Moore Financial Enterprises, Inc. dba Lenders Diversified
MorEquity Inc.
Morgan Home Loan Funding Corporation
Morgan Stanley Mortgage Capital Holdings, LLC
MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION
Moria Development, Inc, dba Peoples Mortgage Company
Morrill & Janes Bank and Trust Company
Morris Bank
Mortgage 1 Incorporated
Mortgage 2000 Inc
Mortgage 2000, Inc
Mortgage 4 U LLC
Mortgage Acceptance Corp of Jacksonville
Mortgage Access Corp
Mortgage Advantage Lending, LLC
Mortgage America Inc.
Mortgage Architects Inc. dba Mortgage Architects
Mortgage Assurance Inc.
Mortgage Atlanta, LLC
Mortgage Atlantic, Inc.
Mortgage Avenues LLC
Mortgage Bank of California
Mortgage Bankers Financial Group, Inc.
Mortgage Bankers of Wisconsin Inc.
Mortgage Banking Systems, Inc.
Mortgage Broker Network Group, LLC
Mortgage Brokers Service, Inc.
Mortgage Builder Software, Inc
Mortgage Capital Associates, Inc. A California Corporation
Mortgage Capital Corporation of America (MCCA)
Mortgage Capital Group, Inc.
Mortgage Capital of MN Inc
Mortgage Capital Partners, Inc.
Mortgage Center LLC
Mortgage Central, Inc.
Mortgage Clearing Corporation
Mortgage Compliance Advisors, LLC
Mortgage Connection a Division of William R. Thoma, LLC
Mortgage Consultants
Mortgage Consultants Group, Inc
Mortgage Consultants Inc.
Mortgage Contracting Services - PPC
Mortgage Corp of the East III

Mortgage Corporation of America, Inc.
Mortgage Department Services, LLC
Mortgage Depot of South Florida LLC dba Best Beach Lending
Mortgage Direct Inc.
Mortgage Edge Corporation
Mortgage Enterprise, Ltd.
Mortgage Equity Partners
Mortgage Experts Inc.
Mortgage Express LLC
Mortgage Express, Inc.
Mortgage Factory Inc dba Mortgages Direct
Mortgage Financial Group Inc.
Mortgage Financial Services
Mortgage Financial, Inc.
Mortgage First Corporation
Mortgage Funding Direct LLC
Mortgage Group of Wisconsin Inc.
Mortgage Group Services LLC
Mortgage Haus Inc.
Mortgage Headquarters of Missouri, Inc
Mortgage Investment Services Corporation
Mortgage Investors Corporation
Mortgage Investors Group
Mortgage Leaders, LLC
Mortgage Lenders Network USA, Inc.
Mortgage Lenders of America and Company Inc.
Mortgage Lenders of America, LLC
Mortgage Lending Masters, LLC
Mortgage Loan Solutions LLC
Mortgage Loan, Inc.
Mortgage Makers, Inc.
Mortgage Management Consultants, Inc.
Mortgage Mart, Inc.
Mortgage Master Service Corporation
Mortgage Master, Inc.
Mortgage Masters of Indiana, Inc
Mortgage Mobility LLC
Mortgage Movers, Inc.
Mortgage Network Solutions, LLC
Mortgage Network, Inc.
Mortgage Now Inc.
Mortgage Now, Inc.
Mortgage One of North Louisiana LLC
Mortgage One of the South, Inc.
Mortgage One Solutions, Inc.
Mortgage Opportunity Group, Inc.
Mortgage Options, Inc.
Mortgage Partners
Mortgage Plan Financial Services, Inc.
Mortgage Planners LLC
Mortgage Planners, Inc.
Mortgage Pro, Inc.

78

Mortgage Process Center
Mortgage Producers Inc.
Mortgage Professionals, Inc.
Mortgage Pros LTD
Mortgage Pros, Inc.
Mortgage Real Estate Services, Inc. dba Macro Financial Grou
Mortgage Research Center LLC dba VAMORTGAGECENTER.COM
Mortgage Resource Group
Mortgage Resource Group, Inc.
Mortgage Resources In The Midwest, Inc.
Mortgage Resources of South Florida, Inc.
Mortgage Select, Inc.
Mortgage Services III, LLC
Mortgage Services of Louisiana, Inc.
Mortgage Servicing Center
Mortgage Shop LL
Mortgage Solutions LLC
Mortgage Solutions Network Inc DBA Mortgage Solutions Mgmt
Mortgage Solutions of Central Fl, Inc.
Mortgage Solutions of Colorado LLC.
Mortgage Solutions of Georgia, LLC
Mortgage Solutions of St. Louis LLC
Mortgage Solutions Services, LLC
Mortgage Source LLC
Mortgage Specialist, Intl., LLC
Mortgage Specialists Inc.
Mortgage Strategists Incorporated
Mortgage Suppliers
Mortgage Systems, Inc.
Mortgage Team 1, Inc.
Mortgage Trust, Inc
Mortgage Trust, Inc.
Mortgage Unlimited, L.L.C.
Mortgage Warehouse division of The LaPorte Savings Bank
Mortgage Works Unlimited, Inc. DBA The Mortgage Works
Mortgage Works, Inc.
Mortgage World Bankers, Inc.
Mortgage Xpress
Mortgage.Shop LLC
MortgageAmerica Associates, Inc.
MortgageBanc
MortgageClose.Com
MortgageIT, Inc.
MortgageOne Financial Services Corp
MortgageOne, Inc.
Mortgages Unlimited Inc.
Mortgages-For-U LLC
MortgageTree Lending
Morton Community Bank
Mount Olympus Mortgage Company
Mountain America Credit Union
Mountain Commerce Bank

79

Mountain Lakes Mortgage, Inc.
Mountain Mortgage Corp
Mountain Pacific Mortgage Company
Mountain Range Funding LLC
Mountain States Mortgage Centers, Inc.
Mountain Tropic Connections, Inc dba Mountain Equity Mtg Inc
Mountain West Bank, Division of Glacier Bank
Mountain West Financial, Inc.
MOUNTAINONE BANK
MountainView Capital Group
MountainView Capital Group, LLC PF
MountainView Mortgage Fund II AIV, Trust A
MountainView Mortgage Fund II, Trust A
MountainView Mortgage Fund II, Trust B
MountainView Mortgage Fund II, Trust C
MountainView Mortgage Fund II, Trust D
MountainView Mortgage Fund II, Trust F
MountainView Mortgage Fund II, Trust G
MountainView Mortgage Fund II, Trust H
MountainView Mortgage Fund II, Trust I
MountainView Mortgage Fund II, Trust J
MountainView Mortgage Fund II, Trust M
MountainView Mortgage Fund ll, Trust E
MountainView Mortgage Fund ll, Trust K
MountainView Mortgage Fund ll, Trust L
MountainView Mortgage Opportunities Fund III Trust I
MountainView Public Private Investment I, LLC
Movement Mortgage, LLC
Mpower Financial, Inc.
MSA Mortgage, LLC
MSB Investments Inc.
MSMC Venture, LLC
MSR Trust
Mt McKinley Bank
MTC Federal Credit Union
MTGLQ Investors, L.P.
Muenster State Bank
MUFG Union Bank, N.A.
Municipal Employees Credit Union of Baltimore, Inc
Municipal Trust & Savings Bank
MUSA Financial LLC dba Mortgages USA
Mutual Bank
Mutual Bank (MA)
Mutual Financial Corporation
Mutual Mortgage Corporation
Mutual Savings Bank
Mutual Security Credit Union Inc
MVB Bank, Inc.
MWABank
MWF, Inc. dba MidWest Financial Mortgage Services
My Credit Union
My South Lending Group, Inc.

80

Mylendingplace.com, LLC
N A Nationwide Mortgage
Nabers Mortgage, Inc
NAD Acquisition 3, LLC
Nancy A. Bayron, Inc.
Nantahala Bank & Trust Company
NASA Federal Credit Union
Nation One Mortgage Co. Inc.
National Americas Investment Inc.
National Asset Direct Acquisition LLC
National Asset Direct, Inc.
National Bank and Trust Company
National Bank of Arizona
National Bank of Commerce
National Bank of Commerce, a national banking association
National City Bank of Indiana
National Exchange Bank and Trust
National Field Representatives Inc. - PPC
National Future Mortgage
National Iron Bank
National Lenders Services Inc
National Loan Investors, L.P.
National Mortgage Options LLC
National Mortgage Service, Inc.
National Pacific Lending
National Penn Bank
Nations Direct Mortgage, LLC
Nations First Financial, LLC.
Nations Home Funding
Nations Home Lending Center
Nations Lending Corp
Nations Reliable Lending, LLC
Nations Trust Mortgage Corp.
NationsFirst Lending, Inc.
Nationstar Mortgage LLC
Nationwide Advantage Mortgage Company
Nationwide Bank
Nationwide Equities Corporation
Nationwide Funding Group Corp.
Nationwide Home Loans Corp
Nationwide Home Loans Inc.
Nationwide Home Mortgage Inc. dba Allstate Mortgage Lending
Nationwide Lending Corporation
Nationwide Lending Services Inc
Nationwide Mortgage & Associates Inc
Nationwide Mortgage Concepts
Nationwide Mortgage Group, Inc.
Nationwide Mortgage, Inc.
Nationwide Title Clearing, Inc.
Natixis Real Estate Holdings LLC
Natixis Real Estate Holdings, LLC
Nattymac Capital LLC

81

NattyMac, LLC
Naugatuck Valley Savings and Loan
Naveo Credit Union
Navigator Lending Solutions, Inc.
Navy Federal Credit Union
nBank, N.A.
NBC Oklahoma
NBD Bank (Florida) - Non-Member
NBD Bank (Michigan) NON-MEMBER
NBD Bank N.A. - NON-MEMBER
NBGI, Inc.
NBH Bank, N.A.
NC Homefront Mortgage, LLC
NCL, LLC
NE Moves Mortgage LLC
Nebraska Bank of Commerce
NebraskaLand National Bank
Neches Federal Credit Union
Needham Bank
Neighborhood Housing Services of America
Neighborhood Housing Services Silicon Valley
Neighborhood Lender Inc
Neighborhood Loans, Inc.
Neighborhood Mortgage LLC
Neighborhood Mortgage, Inc.
Neighbors Federal Credit Union
Neighbor's Financial Corporaton
Net Equity Financial, Inc.
Net Rate Mortgage Inc.
NetCentral Mortgage LLL
Network Capital Funding Corporation
Network Capital Group, Inc.
Network Funding, L.P.
Network Mortgage Services
Network Mortgage, LLC
NETX Mortgage, LLC
Nevada Mortgage Inc.
Nevada State Bank
Nevis Funding Corp.
New America Financial Corporation
New Carlisle Federal Savings Bank
New Century Bank
New Century Financial
New Century Mortgage Corp, Irvine
New Day Financial LLC
New England Capitol Mortgage Corporation
New England Regional Mortgage Corporation
New England Teamsters Federal Credit Union
New Era Mortgage Services, Inc
New Executive Mortgage LLC
New Fed Mortgage Corp
New Hampshire Federal Credit Union

82

New Heights Lending LLC
New Home Finance LLC
New Jersey Community Federal Credit Union
New Liberty Home Loans
New Mexico Bank & Trust
New Mexico Educators Federal Credit Union
New Millennium Mortgage Corporation
New Omni Bank N.A.
New Penn Financial, LLC
New View Mortgage Corp.
New West Lending, Inc.
New Windsor State Bank
New World Mortgage Inc
New York Community Bank
New York Mortgage Funding, LLC
NewBridge Bank
Newburyport Five Cents Savings Bank
Newcastle Home Loans, LLC
Newsouth Mortgage Charlotte, Inc.
NewTowne Mortgage, LLC
NexBank SSB
Next, LLC
NextHome Mortgage Corp
NFC Mortgage Company, LLC
NFM, INC.
NFS Loans Inc
NHSA - JPS
Nicolet National Bank
Nizari Progressive FCU
NJ Lenders Corp.
NMI Mortgage Funding, LLC
Noble Bank & Trust, N.A.
Noble Home Loans Inc.
Nolan Mortgage Corporation dba Michigan Mortgage Solutions
Norfolk Municipal Employees Federal Credit Union
Nortco, Inc.
North Alabama Educators Credit Union
North Alabama Mortgage Inc.
North American Banking Company
North American Financial Corp.
North American Savings Bank, fsb
North American State Bank
North Atlantic Mortgage Corporation
North Brookfield Savings Bank
North Carolina Community Federal Credit Union
North Carolina Housing Finance Agency
North Cascades Bank, Division of Glacier Bank
North Community Bank
North County Credit Union
North County Real Estate Inc. dba HMC Funding
North Dallas Bank & Trust Co.
North Easton Savings Bank

83

North Island Financial Credit Union dba
North Middlesex Savings Bank
North Shore Bank
North Shore Bank of Commerce
North Shore Bank, FSB
North Shore Trust &Savings
North Star Home Lending, LLC
North Star Mortgage Network Inc.
North Star Mortgage, Inc.
North State Bank Mortgage
North Valley Bank
NorthCountry Federal Credit Union
Northeast Bank
Northeast Equitable Mortgage, LLC
Northeast Financial Corporation
Northeast Financial LLC
Northeast Home Loan, LLC
Northeast Mortgage Corporation
Northern Bank & Trust Company
Northern Federal Credit Union
Northern Mortgage Services, Inc
Northern Pacific Mortgage Inc
Northern Sierra Financial Services
Northern Star Bank
Northern States Funding Group, Inc.
Northfield Savings Bank
Northgroup Preferred Capital Corporation
Northland Financial
Northland Real Estate, Inc.
Northpoint Lending Group Inc.
NorthPoint Mortgage
Northpointe Bank
NorthStar Alliance, Inc.
NorthStar Bank
Northstar Bank of Texas-Mortgage Division
Northstar Bank, Michigan
Northstar Funding Inc.
NorthStar Mortgage Corp.
Northway Bank
Northwest Bank
Northwest Bank of Rockford
Northwest Equity Solutions, Inc.
Northwest Georgia Bank
Northwest Lending Group, Inc.
Northwest Mortgage Alliance, LLC
Northwest Mortgage Group, Inc.
Northwest Pacific Mortgage Corp.
Northwest Savings Bank
Northwestern Bank
Northwestern Bank, National Association
Northwestern Mortgage Company
Norwich Commercial Group dba Norcom Mortgage

84

Norwood Co-operative Bank
Nothnagle Home Securities Corp.
Nova Home Loans
Novastar Mortgage, Inc.
NP, Inc.
NPA Associates LLC
NPA I LLC
NTFN, Inc.
Numerica Credit Union
NuVision Federal Credit Union
NuVista Federal Credit Union
NVR Mortgage Finance, Inc.
NYCB Mortgage Company, LLC
Oak Creek Mortgage, Inc.
Oak Hill Advisors, L.P.
Oak Mortgage Company, L.L.C.
Oak Mortgage Group, Inc.
Oak Street Mortgage LLC
Oak Valley Mortgage Corporation
Oakstar Bank
Oaktree Funding Corporation
OC Capital Realty, Inc.
Ocean Bank
Ocean Mortgage Corp.
Ocean West Enterprises, Inc.
OceanFirst Bank
Oceanside Mortgage Company
OCMBC, Inc.
Oconee State Bank
Ocwen Loan Servicing LLC
Ocwen Loan Servicing, LLC
Odyssey Funding LLC
Office Tiger Global Real Estate Services
Oglethorpe Mortgage Company, Inc.
Ohio Lending Group
Ohnward Bank and Trust
Old Colonial Mortgage
Old Florida Bank
Old Line Bank
Old Missouri Bank
Old National Bank
Old Oaks Mortgage Inc.
Old Point Mortgage LLC
Old Republic Insurance Company
Old Republic Title Ins. Group
Old Second National Bank
Old Towne Financial, Inc.
Olympia Mortgage Corp.
Olympia West Mortgage Group, LLC
Omaha Police Federal Credit Union
Omega Financial Services, Inc.
Omega Mortgage Corporation

85

Omni Bank
OmniAmerican Bank
Omni-Fund, Inc.
OMT Mortgage, LLC
On Q Financial, Inc.
ONB Bank and Trust Company
One Bank and Trust, NA
One Mortgage LLC dba One Mortgage
One Mortgage, Inc
One Nevada Credit Union
One on One Funding
One Republic Inc.
One Reverse Mortgage, LLC
One Stop Enterprise, Inc.
One United Mortgage Group, LLC
OneWest Bank, National Association
Ony Glo, Inc.
Open Bank
Open Mortgage, LLC
OpenGate Loans, Inc.
Opes Advisors Inc.
Opportunity Bank of Montana
Opteum Financial Services LLC
Opteum Financial Services, LLC (Optemac T/F Opteum Mortgage)
Optima Mortgage Corporation
Optimal Mortgage Services, LLC
Optimum First, Inc.
Optimum Mortgage Group, LLC
Option Financial LLC
Option Funding, Inc.
Opus Capital Markets Consultants, LLC
Orange County Capital
Orchid Island TRS, LLC
Oregon Coast Bank
Oregon Community Credit Union
Oregon Home Mortgage, LLC
Origen Servicing, Inc
Originate Home Loans, Inc.
Originating Org ID Exception
Orlando Federal Credit Union
Orlando Financial Center, Inc.
Orrstown Bank
Oseberg Asset Holdings, LLC
Oseberg Asset Management III, LLC
Oseberg Asset Management IV, LLC
Ossian State Bank
Ouachita Independent Bank
Our Community Bank
Our Community Credit Union
Overland Mortgage Corporation
OVM Financial, Inc
Owen County State Bank

86

Owen Lewis Talbott
Owner's Choice Mortgage Services Inc. dba Owner's Choice Mtg
Ownit Mortgage Solutions Inc
OWS I Acquisitions, LLC
Oxford Lending Group, LLC
Ozark Bank
Ozark Mountain Bank
P.T. K. Consulting, Inc. DBA Preferred Mortgage Lenders
PA Mortgage Service, Inc.
Pacific America Group Inc. dba Pacific America Mortgage
Pacific City Bank
Pacific Coast Financial LLC
Pacific Coast Home Mortgage & Real Estate Inc.
Pacific Finance Group, LLC
Pacific First Financial Services LP
Pacific Gold Mortgage Group, LLC
Pacific Home Loans, Inc.
Pacific Horizon Bancorp, Inc.
Pacific Inter Capital Investment Solutions, Inc.
Pacific Lending LLC
Pacific Mercantile Bank
Pacific Northwest Mortgage Corporation
Pacific Oaks Federal Credit Union
Pacific Premier Bank
Pacific Premier Bank, a California Bank
Pacific Residential Mortgage, LLC
Pacific Service Credit Union
Pacific Union Financial, LLC
Pacific Western Bank
Pacor Mortgage Corp
Palladium Mortgage Corporation
Palm Beach First Financial & Mortgage Co. LLC
Palm Lending, LLC
Palmetto State Bank
Pamcel Community Federal Credit Union
Panhandle Educators Federal Credit Union
Panhandle State Bank
Paradise Bank
Paragon Bank
Paragon Home Lending, LLC
Paragon Home Loans, Inc.
Paragon Mortgage Services Inc.
Paramount Bond & Mortgage Company
Paramount Equity Mortgage, LLC
Paramount Residential Mortgage Group, Inc.
Paris National Bank
Park Bank
Park Community Credit Union
Park Place Finance, Incorporated
Park Place Finance, LLC
Park Shore Mortgage Corp
Park State Bank

Park Sterling Bank
Park Sterling Bank (NC)
Park View Federal Credit Union
Parklane Equity LLC dba Park Lane Lending
Parkside Lending, LLC
Parlay Mortgage & Property, Inc.
Partners for Payment Relief, LLC
Partners Mortgage, Inc.
Partnership Financial Credit Union
Patelco Credit Union
Patent and Trademark Office Federal CU
PATHWAYS FINANCIAL CREDIT UNION, INC
Patricia A. Allen
Patriot Bank
Patriot Bank (IA)
Patriot Bank Mortgage, Inc
Patriot Community Bank
Patriot Federal Credit Union
Patriot Financial Inc
Patriot Funding LLC
Patriot Lending Services, Inc.
Patriot Mortgage Bankers of North America LTD
Patriot Mortgage Company
Patriot Mortgage Company Inc
Patriot Mortgage Lending, LLC
Patriot Mortgage Services Inc.
Patriots Bank
Patroit One Mortgage Bankers LLC
Patterson State Bank
Paul E Smith dba Main Street Mortgage Company
Pavia Financial Services, Inc.
Pavilion Mortgage, Inc.
PBC Credit Union
PBI Bank, Inc.
PCFS Financial Services, Inc.
Peach State Bank & Trust
Peak Finance Company
Peak Financial Group, Inc.
Peapack-Gladstone Bank
Pegasus Bank
Pelham Banking Company
Pemm. Tek Mortgage Services, LLC
Pendleton Community Bank
Peninsula Community Federal Credit Union
Peninsula Mortgage, Inc.
Penn Liberty Bank
Penn State Federal Credit Union
PennyMac Corp.
PennyMac Holdings, LLC
PennyMac Loan Services, LLC
PennyMac Operating Partnership, L.P.
Pentucket Bank

88

Peoples Bank
Peoples Bank - MS
Peoples Bank & Trust Co.
Peoples Bank & Trust Company
Peoples Bank (TX)
Peoples Bank (WI)
Peoples Bank of Alabama
Peoples Bank of Bedford County
Peoples Bank of Commerce
People's Bank of Commerce
Peoples Bank of KY, Inc
Peoples Bank of the South
Peoples Bank SB
Peoples Bank, a North Carolina corporation
Peoples Bank, a Washington corporation
Peoples Bank, an Arkansas corporation
Peoples Bank, an Iowa state bank
Peoples Bank, N.A.
Peoples Choice Home Loan Inc
Peoples Choice Mortgage LLC
Peoples Discount Mortgage Inc.
Peoples Exchange Bank of Beattyville, KY Inc
Peoples Home Equity, Inc dba United Capital Lending
Peoples Independent Bank
Peoples Mortgage, Inc.
Peoples National Bank
Peoples National Bank (CO)
Peoples National Bank, N.A.
Peoples Savings Bank
Peoples Savings Bank of Rhineland
Peoples State Bank (TX)
Peoples State Bank of Commerce
People's State Bank of Wyalusing, PA
Peoples Trust & Savings Bank
People's United Bank
People's United Bank (Warehouse Lending Division)
PeoplesBank
PeoplesBank, A Codorus Valley Company
Peopleschoice Credit Union
Perennial Funding, LLC
PERFORMANCE CREDIT CORPORATION
Performance Financial Inc dba Pacific Funding & Mort Advisor
Performance Lending, Inc
Perimeter Mortgage Funding Corporation
Perl Mortgage, Inc.
Perryton National Bank
Personal Home Mortgage Services, Inc.
Peter Sweeney
Peyton Financial Mortgage Inc.
PFagan Mortgage, Inc.
PFL, Inc. dba Marquee Mortgage
PGNF Home Lending Corporation

89

Phelps County Bank
Phenix-Girard Bank
PHH Home Loans LLC
PHH Mortgage Corporation
PHH Mortgage Services Corporation
Philadelphia Mortgage Advisors Inc.
Phoenix Funding Corporation
Pickens Federal Credit Union
Piedmont Advantage Credit Union
Pierremont Mortgage, Inc.
Pike Creek Mortgage Services Inc
Pilgrim Bank
Pilgrim Mortgage, LLC
Pilot Bank
Pine Bluff Cotton Belt Federal Credit Union
Pine Country Bank
Pinellas Mortgage Services, Inc.
Pingora Loan Servicing, LLC
Pinnacle Bank - GA
Pinnacle Bank - Wyoming
Pinnacle Bank (AZ)
Pinnacle Bank (IA)
Pinnacle Bank (TN)
Pinnacle Bank of South Carolina
Pinnacle Bank, a Nebraska corporation
Pinnacle Capital Mortgage Corporation
Pinnacle FCU
Pinnacle Financial Corporation
Pinnacle Lending Group
Pinnacle Lending Group, Inc.
Pinnacle Mortgage Funding LLC
Pinnacle Mortgage Group, LLC
Pinnacle Mortgage, Inc
Pioneer Bank
Pioneer Bank, SSB
Pioneer Financial Services, Inc.
Pioneer Mortgage, Inc.
PitchPoint Solutions, Inc.
PJL Financial Group, Inc.
Plains Commerce Bank
PLANET HOME LENDING LLC
Planters Bank Inc
Platinum 1 Mortgage Services, LLC
Platinum Bank
Platinum Capital Group
Platinum Financial Funding LLC
Platinum Home Lenders
Platinum Home Mortgage Corporation
Platinum Mortgage Inc.
Platte River Mortgage and Investments Inc
Platte Valley Bank
Platte Valley Bank of Missouri

90

Platte Valley Bank, a Nebraska company
Platte Valley Bank, Cheyenne Branch
Plaza Home Mortgage, Inc.
Plaza Mortgage Group Inc.
PLB Lending, LLC
PLN Associates Inc
Plum Creek Funding, Inc.
PlumDog Financial, LLC
Plymouth County Teachers Federal Credit Union
PMAC Lending Services Inc
PMC BanCorp.
PMG Capital, Inc.
PNC Bank, National Association
PNC Mortgage, a Division of PNC Bank, National Association
PNMAC Mortgage Co., LLC
PNMAC Mortgage Opportunity Fund Investors, LLC
Point Mortgage Corp.
Point West Credit Union
Pointe Marketing Inc
Polaris Home Funding Corporation
Poli Mortgage Group Inc.
Polish National Credit Union
Polonia Bank
Pony Express Bank
Pope Mortgage & Associates
Popular Mortgage
Port Arthur Teachers Federal Credit Union
Portage Community Bank
Posh RE Mortgage Corporation
Postel Family Credit Union
Potlatch # 1 Federal Credit Union
Potomac Mortgage Group, Inc
Poulsen Mortgage Corporation
Power Choice Mortgage
Power Residential Mortgage Corporation
Powerhouse Solutions, Inc.
PPDocs, Inc.
PPL GOLD Credit Union
Prairie Mountain Bank
Prairieland Federal Credit Union
Prajna Group Inc. dba Liberty Mortgage Funding
Precious Realty & Mortgage LLC
Precision Financial, Inc.
Precision Funding Group LLC
Precision Mortgage, LLC
Preferred Community Bank
Preferred Financial Funding, Inc.
Preferred Financial Grp Inc dba Preferred Mortgage Services
Preferred Home Lending LLC
Preferred Lending Solutions, LLC
Preferred Mortgage Bankers, LLC
Preferred Mortgage, Inc

91

Preferred Plus Financial Corporation
Preferred Ventures Corporation
Prem Mortgage, Inc. DBA First United Mortgage
Premia Mortgage, LLC
Premier Atlanta Mortgage Funding, Inc.
Premier Bank & Trust
Premier Bank (IA)
Premier Bank (NE)
Premier Bank Minnesota (MN)
Premier Bank Rochester
Premier Bank, an Iowa Corporation
Premier Banks
Premier Commercial Bank
Premier Credit Union
Premier Home Lending Inc.
Premier Home Loans, Inc.
Premier Home Mortgage LLC dba PHM, LLC (Nebraska only)
Premier Home Mortgage, Inc.
Premier Lending Alliance
Premier Lending, Inc.
Premier Lending, LLC
Premier Mortgage Advisors
Premier Mortgage Capital Inc.
Premier Mortgage Consultants, LLC
Premier Mortgage Corp.
Premier Mortgage Funding, Inc.
Premier Mortgage Inc
Premier Mortgage Resources LLC dba Premier Mortgage Resource
Premier Mortgage Services Inc.
Premium Capital Funding LLC
Premium Funding Group
Premium Mortgage
Premium Trust Mortgage Corp
Presidential Bank, FSB
Prestige Funding Solutions, L.L.C.
Prestige Mortgage Corporation
Prestige Mortgage Services, Inc.
Prestige Mtg.
Preston Hollow Financial Services, Inc.
Price Mortgage Group LLC
Primary Capital Mortgage, LLC.
Primary Funding Group, a dba of Pro-Buy Equities Corp
Primary Lending Group, Inc.
Primary Partners
Primary Residential Mortgage, Inc
Prime Bank
Prime Equity Access Corporation
Prime Home Loans, Inc. dba Flex Mortgage
Prime Lenders, LLC
Prime Meridian Bank
Prime Mortgage Corp. of WI
Prime Mortgage Financial, Inc.

92

Prime Mortgage Lending, Inc
Prime Mortgage, LLC
Prime One Mortgage Corp
Prime Residential Funding, LLC
Prime Source Funding Inc.
Prime Time Mortgage Corporation
Primebank
PrimeLending Ventures, LLC
PrimeLending, a Plains Capital Company
PrimeMax Mortgage Company LLC
PrimeSource Mortgage, Inc
PrimeWest Mortgage Corporation
Primrose Mortgage Co. Inc., dba First PrimSouth Mortgage
Primus Lending Corp.
Princeton Financial, LLC
Princeton Mortgage Corporation
Principal Bank
Principal Commercial Acceptance, LLC
Principal Mortgage, LLC
Priority Bank
Priority Financial, Inc. dba Priority Funding
Priority Home Lending LLC
Priority Home Mortgage, L.P.
Priority Lending Corp
Priority Lending Mortgage Corporation
Priority Lending, LLC
Priority Mortgage Corp
Priority Mortgage Corp.
Priority Mortgage Funding, Inc
PriorityOne Bank
Private Bank of Buckhead (Private Mortgage Solutions)
Private Mortgage Advisors, LLC
Private Mortgage Wholesale, Inc.
Privlo, Inc.
Pro Mortgage Corporation
Pro Mortgages LLC
Prodigy, Inc
Production Mortgage, Inc.
Professional Bank
Professional Consolidated Financial Goup, Inc.
Professional Lending, LLC
Professional Mortgage Centers
Professional Mortgage Group, Inc.
Professional Mortgage Partners, Inc.
Professional Mortgage Solutions, Inc.
Professional Mortgage Source LLC
Proficio Mortgage Ventures, LLC
ProFinance Federal Credit Union
Profinium, Inc.
Progress Bank & Trust
Progressive Bank
Progressive Lenders Inc.

93

Progressive Savings Bank
ProLender Solutions, Inc.
ProLending Mortgage, LLC
Promor Investments, LLC
ProMortgage Associates, Inc
Prospect Financial Group, Inc.
Prospect Mortgage, LLC
Prosper Mortgage Funding LLC
Prospera Credit Union
Prosperity Bank (TX)
Prosperity Home Mortgage, LLC
ProtoFund Mortgage Corporation
Providence Bank
Provident Asset Management, L.P.
Provident Funding Associates, L.P.
Provident Funding Associates, L.P. (Vendor)
Provident Funding Associates, LP
Provident Mortgage Corporation
Provident Savings Bank, F.S.B.
Providential Bancorp LTD dba Providential Mortgage Co.
Province Mortgage Assoicates, Inc.
Provincial Bank
PRS, LLC DBA The Mortgage Link
Prudler Funding
Prysma Lending Group, LLC
PS Bank
PTF Financial Corp
Public Service Mortgage Inc.
Public Trust Mortgage Corp.
Pulaski Bank (Pulaski Service Corp)
Pulse Funding, Inc.
Pulte Mortgage LLC
Purdue Federal Credit Union
Putnam 1st Mercantile Bank
Putnam Bank
Pyramax Bank FSB
Pythius Home Loans, Inc.
Q Financial Direct Inc
QLending, Inc.
QR Lending, a division of First Federal Bank of Florida
Quad City Bank and Trust Company
Quail Creek Bank, NA
Quaint Oak Bank
Quaint Oak Mortgage, LLC
Quality Home Loans
Quality Mortgage Services
Quality One Mortgage, Inc.
Qualstar Credit Union
Qualtrust Credit Union
Quandis, Inc.
Queensborough National Bank and Trust Company
Quick Loan Funding Inc.

94

Quick Quote Mortgage Inc
Quicken Loans Inc.
Quik Fund, Inc.
Quintet Mortgage LLC
Quontic Bank
R Bank
R.O.C. Financial, Inc.
RABOBANK, N.A.
Rabun County Bank
Radiant Financial Group LLC
Radius Bank
Radius Financial Group Inc.
Rails West Federal Credit Union
RamBer Corp.
Ramian Ventures, LLC
Randall Mortgage Services, Inc.
Randall State Bank
Randolph Savings Bank
RANLIFE, INC. DBA RESIDENTIAL ACCEPTANCE NETWORK, INC.
Rapid City Telco Federal Credit Union
Rapid Mortgage Company
Rate One Financial, Inc.
Rate One Inc The Mortgage People
Rate Rabbit, Inc.
Ravalli County Federal Credit Union
Ravelo Financial Corporation
Raymond James Bank, N.A.
Rayne State Bank & Trust Company
Raystar Mortgage Group Inc.
RBC Bank (Georgia) N.A
RBC Mortgage Company
RBS Financial Products, Inc.
RCFC Inc
Reading Co-Operative Bank
Ready Mortgage Lenders LLC
Real Estate 100, Inc.
Real Estate Funding Corporation
Real Estate Mortgage Investment Corporation dba REMIC
Real Estate Mortgage Network, Inc
Real Property Funding Group LLC dba Maple Leaf Lending
Real Time Resolutions, Inc.
Realty Center Mortgage, LLC
Realty Plus Mortgage
Recorder of Deeds of Lancaster County
Recovco Mortgage Management, LLC
Red Canoe Credit Union
Red Crown Federal Credit Union
Red Oak Mortgage, Inc.
Red River Bank
Red River Employees Federal Credit Union
Red Rock Mortgage & Lending LLC
Red Rocks Credit Union

95

Redding Bank of Commerce
Redmond Mortgage Company Inc
Redwood Capital Bank
Redwood Capital, Inc.
Redwood Residential Acquisition Corporation
Redwood Trust, Inc.
Reelfoot Bank
Referral Marketing Inc. dba Referral Mortgage
Refinance.com
Regal Bank & Trust
Regency Mortgage Corp.
Regent Bank
Regent Financial Group, Inc.
Regent Mortgage Funding LLC
Regions Bank d/b/a Regions Mortgage
Reliabank Dakota
Reliance Bank
Reliance Bank (AL)
Reliance Financial Group
Reliance First Capital, LLC
Reliant Bank
Reliant Community Federal Credit Union
Reliant Mortgage Company, LLC.
Remington Mortgage, Ltd
Renaissance Lenders, Inc
Renasant Bank
Renew Lending, Inc.
Republic Bank
Republic Bank & Trust
Republic Bank & Trust Company
Republic Bank, Inc.
Republic Mortgage Home Loans, LLC
Republic Northwest, LLC
Republic State Mortgage Co.
RepublicBankAz, National Association
Rescom Financial Services, Inc
Rescue Mortgage Inc
ResFund LLC
Resident Lending Group, Inc.
Residential Acceptance Corporation
Residential Bancorp
Residential Credit Solutions
Residential Finance Corp.
Residential Funding Company, LLC
Residential Group 231, LLC
Residential Home Funding Corp.
Residential Home Mortgage Corporation
Residential Lending, LLC
Residential Loan Centers of America, Inc.
Residential Mortgage Capital
Residential Mortgage Center Inc.
Residential Mortgage Corp.

96

Residential Mortgage Corporation (MS)
Residential Mortgage Funding, Inc.
Residential Mortgage Network, Inc
Residential Mortgage Services Inc
Residential Mortgage Solutions
Residential Mortgage, LLC
Residential Wholesale Mortgage, Inc.
ResMac, Inc.
Resource Bank, NA
Resource Financial Services, Inc
Resource Lenders, Inc.
Resource Lending Group, LLC
Resource Mortgage Corporation
Resource Mortgage of Norman, Inc
Resource Mortgages.com LLC
Resource One Credit Union
Response Mortgage Services Inc.
Result Financial Corp
Resurgent Capital Services
Reverse Mortgage Funding LLC
Reverse Mortgage Solutions, Inc.
ReverseVision
Revolutionary Mortgage Company
RFW Financial Corp dba Center State Mortgage
RGBW, Inc. dba Gearhart Mortgage
RGP Inc
RH Lending, Inc.
Rhodes Financial Services Mortgage LLC dba Rhodes Fin'l Mtg
Rhome Asset Management Corporation
Rich Financial Group, LLC
Richfield Bloomington Credit Union
Richland Federal Credit Union
Richland Mortgage Company, LLC
Richland State Bank
Ridgeview Mortgage Associates, Inc.
Right Start Mortgage, Inc.
Rimrock Credit Union
RiskSpan, Inc.
Rite Lend Inc.
River Bank & Trust
River City Bank
River City Federal Credit Union
River Community Bank, NA
River Town Bank
River Valley Bank
River Valley Community FCU
River Valley Credit Union
River Valley Credit Union, Inc.
RiverHills Bank (MS)
Riverland Federal Credit Union
Riverside Mortgage Company LLC
Riverside Mortgage Company, Inc.

97

Riverside Mortgage Group, LLC
RiverSource Life Insurance Company
RJS Inc. dba West Coast Mortgage
RKL Financial Corporation
RLM Mortgage, LLC
RMC Mortgage Corporation
RMG Mortgage Group, LLC
RMK Financial Corp dba Majestic Home Loan
RMR Financial LLC d/b/a Princeton Capital
RMS & Associates
Roanoke Rapids Savings Bank, SSB
Robbins & Lloyd Mortgage, Inc
Robert P Tomasso Mortgage Company Inc. dba Tomasso Mtg
Rochester Home Equity, Inc
Rock River Financial, Inc.
Rockaway Beach Financial
Rockford Bank and Trust Company
Rockland Trust Company
Rockport National Bank
Rockwood Bank
Rocky Mountain Bank
Rocky Mountain Bank (MT)
Rocky Mountain Credit Union
Rocky Mountain Mortgage Specialist, Inc.
Rocky Mountian Mortgage Co.
Ross Mortgage Company, Inc.
Ross Mortgage Corporation
Round Top State Bank
RoundPoint Mortgage Company
RoundPoint Mortgage Servicing Corp.
Royal Bank of Scotland PLC
Royal Banks of Missouri
Royal Business Bank
Royal Credit Industries, Inc.
Royal Mortgage Company, Inc.
Royal Pacific Funding Corp dba Pacific Banc
Royal Savings Bank
Royal United Mortgage LLC
RP Funding, Inc
RPM Mortgage, Inc
RSNB Bank
RSR Home Loan Corporation
RTP Federal Credit Union
Rubicon Mortgage Advisors, LLC
Ruedy & Stites Advertising Company dba JM Ruedy Lending
Ruhl Mortgage LLC
Ruidoso Mortgage Company, Inc. dba Las Cruces Mortgage
Ruoff Mortgage Company
Rushmore Loan Management Services LLC
Russell Country FCU
Rusty Rose Inc dba Home Star Funding
RWT Financial, LLC

S & D Mortgage, Inc
S Bank
S&L Investment Lending dba JC Mortgage
S.M. Neider Mortgage Consultants, Inc.
S.W.I Financial Services, Inc. dba Integrity 1st Mortgage
Sabal Palm Bank
Sabine Federal Credit Union
Sabine State Bank & Trust Company
Sacramento 1st Mortgage, Inc.
Sacramento Credit Union
Sacred Heart Parish Federal Credit Union
Safeguard Properties - PPC
Safeguard Properties Inc.
Sagamore Home Mortgage, LLC
Sage Bank
Sahara Mortgage Corporation
SAIL MORTGAGE CORP
Saint Charles Mortgage, LLC
Salem Five Mortgage Company, LLC
Sallie Mae Home Loans
Salter Enterprises, Inc.
Sammamish Mortgage Company
Sampson 852, LLC (Berkshire Lending, LLC)
San Diego Funding
San Francisco Bay Area Educators Credit Union
San Mateo Credit Union
Sanborn Mortgage Corp.
Sandhills Bank
Sandia Area Federal Credit Union
Sandy Spring Bank
Sanibel Captiva Community Bank
Santa Cruz Home Finance
Santa Cruz Mortgage Company
Santander Bank, N.A.
Santander Bank, N.A. (Cap. Mkts)
Santander Bank, N.A. (NATCO)
Santander Bank, N.A. (Warehouse)
Sarasota Mortgage Company, LLC
Satori Financial Mortgage Group, LLC
Sauk Valley Bank & Trust Company
Savage Mortgage Services LLC
Savanna-Thomson State Bank
Savers Co-operative Bank
Savings First Mortgage LLC
Saxon Equity Mortgage Bankers, Ltd.
SC Paxton, I, LLC
Scenic Oaks Funding
Schaefer Mortgage Corporation
Schaffer Mortgage Corporation
Schmitt Mortgage, LLC
Schwertner State Bank
Scient Federal Credit Union

99

SCME Mortgage Bankers, Inc.
Scott Credit Union
Scott E Janike dba The Lincoln Lending Group
Scott Valley Bank
Scottrade Bank
SD Medical Federal Credit Union
SDK Real Estate Funding LLC dba Allied Banc Mtg/Allied Mtg L
Sea Air Federal Credit Union
Sea Country Mortgage, Inc
Seabreeze Financial Services, Inc.
Seacoast Mortgage Corporation
Seacoast National Bank
Seaside National Bank & Trust
Seattle Bank
Seattle Metropolitan Credit Union
Seattle Pacific Mortgage, Inc.
Seattle's Best Mortgage, Inc.
Sebring Capital Partners, Limited Partnership
Sebring Capital Partners, LP (Subprime Div.)
Seckel Capital, LLC
Securant Bank & Trust
Secure Financial Services, Inc. dba Secure Mortgage Company
Secure Lending Solutions, Inc.
SECURE ONE CAPITAL CORP DBA THE LENDING LEADER
Secured Capital Funding Inc.
Secured Funding Corp
Secured Marketing Concepts Corp.
Securities Capital Holdings, Inc
Security America Mortgage, Inc.
Security Atlantic Mortgage Co., Inc.
Security Bank
Security Bank & Trust Company
Security Bank & Trust Company (MN)
Security Bank (AR)
Security Bank of Kansas City
Security Bank of Pulaski County
Security Connections, Inc.
Security Federal Bank
Security Federal Bank (TN)
Security Financial Mortgage LLC
Security First Bank
Security First Mortgage Funding LLC
Security First Mortgage, Inc.
Security Home Mortgage LLC
Security Mortgage Corporation
Security Mortgage Funding Corporation
Security Mortgage Lenders, Inc
Security National Bank of South Dakota
Security National Life Insurance Company
Security National Mortgage Company
Security One Mortgage
Security Service Federal Credit Union

100

Security State Bank & Trust
Security State Bank, a Wyoming corporation
Security State Mortgage Company
Securityplus Federal Credit Union
SEFCU Services LLC d/b/a Home Fund Find a subsidiary SEFCU
Select Bank
Select Federal Credit Union
Select Fnancial Services Inc dba McColly Mortgage
Select Portfolio Servicing Inc
Selene Finance LP
Selene RMOF BOA 063008 LLC
Selene RMOF Loan Acquisition LLC
Self Help Ventures Fund
Selleck Mortgage Group, Inc.
Semper Home Loans, Inc.
Seneca Mortgage Servicing LLC
Sente Mortgage Corporation
Sentinel Federal Credit Union
Sentinel Home Mortgage LLLP
Sentrix Financial Services, Inc.
Sentry Bank
Serenity First Financial, LLC
Service 1st Federal Credit Union
Service Credit Union
Service First Federal Credit Union
Service Mortgage Underwriters, Inc.
Servicing Solutions, a division of LoanCare, LLC
Servis First Bank
Servis One, Inc.
Seterus, Inc
Seven Seventeen Credit Union
Severn Savings Bank, FSB
Sevier County Bank
SFG Bancorp
SFMC Funding Inc.
SFMC, LP
SFR Venture 2011-1
SG Capital Partners Incorporated
SGGH, LLC
Shah Mortgages, Inc.
Shamrock Federal Credit Union
Shamrock Financial Corporation
Shamrock Mortgage Inc.
Shannon Funding LLC
Shapell Mortgage Inc.
Share Plus Federal Bank
Shared Resources Credit Union
Sharon Credit Union
Sharp Mortgages, Inc.
Sharpe Mortgage Lending Services of Georgia, Inc.
Shasta Financial Services, Inc. dba First Capital
Shea Mortgage - Corporate Office

101

Shearson Home Loans
Shelby State Bank
Shelter Lending Services, LLC
Shelter Mortgage Company LLC
Shelton Mortgage Group, LLC
Sherburne State Bank
Sherman Bridge Fund, LLC
Shore Community Bank
ShoreCrest Mortgage LLC
Shoreline Credit Union
SI Mortgage Company
Sibcy Cline Mortgage
Sierra Home Loans, LLC
Sierra Pacific Home Loans, Inc.
Sierra Pacific Mortgage Company, Inc.
Sierra View Financial Corp.
Sigmund Financial Group Inc.
Signature Bank of Arkansas
Signature Home Lending, Inc
Signature Home Loans, LLC
Signature Mortgage Corporation
Signia Docs, Inc.
Sikorsky Financial Credit Union
Silver State Financial Services, Inc. dba Silver State
Silver State Schools Credit Union
Silver State Schools Service Company, LLC
Silvercreek Finance Corp.
Silvergate Bank
Silvergate Funding Inc
Silvermine Ventures, LLC (Thoroughbred Mortgage)
Silverstone Mortgage
Silverstone Mortgage (TX)
Silverton Mortgage Specialists, Inc.
Simmons First Bank of Russellvile
Simmons First National Bank
Simonich Corporation
Simons & Leoni Home Loans, LLC
SimonTowne Mortgage, LLC
Simply Home Lending, Inc
Sioux Falls Federal Credit Union
Siouxland Federal Credit Union
SIRVA Mortgage
Siuslaw Bank
Siwell Inc. dba Capital Mortgage Services of Texas
SK & Associates LLC dba Desert Sun Mortgage
Skagit Bancorp dba Skagit Bank
Skeens Consulting Corporation
Sky Financial Services, Inc.
Sky Investments Inc. dba North Star Lending
SKYLINE FINANCIAL CORP.
Skyline Financial Group, Inc.
SkyStar Mortgage LLC

102

Smart Equity Home Loans Inc.
Smart Financial Credit Union
SmartBank
SMI Lending, Inc
Smokey Mountain Mortgage LLC
SN Servicing Corp.
Snare & Associates Mortgage Services, LLC
Societe Generale dba SG Mortgage Finance Corp
Soderlind, Inc. dba Harbor Mortgage Company
Sofin, Inc
Solace Financial LLC
Solera National Bank
Solomon Edwards Group, LLC
Solution One Mortgage
Solutions Financial Mortgage Company
Solutions Funding, Inc.
SOMA Financial
Somerset Federal Credit Union
Somerset Investors Corp dba Somerset Mortgage Bankers
Somerset Lending Corp.
Somerville School Employees FCU
Sound Community Bank
Sound Credit Union
Sound Mortgage, Inc.
Source Mortgage, LLC
South Atlantic Bank
South Carolina State Housing Finance & Dev Authority
South Central Bank National Association
South Central Bank, Inc
South County Bank
South Florida Educational Federal Credit Union
South Georgia Banking Company
South Lakes Mortgage Bankers, Inc.
South Louisiana Bank
South Pacific Financial Corporation
South Shore Bank
South State Bank
South State Bank (SC)
South Story Bank & Trust
SouthBank, a Federal Savings Bank
Southbridge Savings Bank
Southcoast Community Bank
Southcoast Health System Federal Credit Union
SouthCrest Bank, N.A.
SouthEast Bank
Southeast Bankers Mortgage Corp
Southeast Funding Alliance Inc.
Southeast Mortgage of Georgia
Southeastern Federal Credit Union
Southern Bancorp Bank
Southern Bank
Southern Bank and Trust Co.

103

Southern Bank of Tennessee
Southern Capital Mortgage Group, LLC dba SCMG
Southern Community Bank
Southern Crescent Mortgage & Investment Corp.
Southern Federal Credit Union
Southern Fidelity Mortgage LLC
Southern First Bank
Southern Funding Alliance USA
Southern Heritage Bank
Southern Highlands Mortgage LLC
Southern Home Lending Corp
Southern Lending Services, Ltd
Southern Missouri Bank of Marshfield
Southern Mortgage Brokers Inc.
Southern Mortgage Co. of Central LA
Southern Mortgage Group, Inc.
Southern Star Capital LLC
Southern Star Mortgage Corp
Southern States Bank
Southern Trust Mortgage, LLC
SouthFirst Bank
SouthPoint Bank
Southpoint Financial Services, Inc.
Southside Bank
SouthStar Funding, LLC
Southwest Bank
Southwest Bank, A Texas Banking Association
Southwest Colorado Federal Credit Union
Southwest Direct Mortgage LLC
Southwest Financial Federal Credit Union
Southwest Funding, L.P.
Southwest Georgia Farm Credit, ACA
SouthWest Missouri Bank
Southwest Mortgage Partners
Southwest National Bank
Southwest Securities, FSB
Southwest Securities, FSB, A Warehouse Lending Division
Southwest Stage Funding, LLC dba Cascade Financial Services
Sovereign Bank (TX)
Sovereign Lending Group
Soy Capital Bank and Trust Company
SP Mortgage Trust
Space Coast Financial Services, Inc.
SPD Mortgage, Inc
Specialized Loan Servicing, LLC
Specialty Mortgage Corporation
Spectra Financial Inc.
Spectra Funding, Inc.
Spectra Mortgage Corporation
Spectrum Financial Group
Spectrum Funding Corp
Spectrum Global Financial, Inc.

104

Spencer Savings Bank
Spire Federal Credit Union
Spire Financial, Inc.
Spirit Bank
Spokane Teachers Credit Union
Spring Hill State Bank
Springfield First Community Bank
Springleaf Financial Services of Arkansas Inc
Springwater Capital, LLC
Spurr Mortgage Corporation
SRMOF 2009-1 Trust
SRMOF Funding LLC
SRMOF II 2011-1 Trust
SRMOF II Funding LLC
SRP 2010-3, LLC
SRP 2010-6, LLC
SRP 2012-4, LLC
SRP Federal Credit Union
St Clair Financial Corp.
ST Fin Corp dba Star Financial
St. Anne's Credit Union of Fall River, Mass
St. Cloud Federal Credit Union
St. Louis Bank
St. Mary's Bank
St. Mary's Credit Union
St. Michael's Federal Credit Union
Standard Bank and Trust
Standard Equity Funding
Standard Home Lending Inc
Standard Mortgage Corp
Standard Pacific Mortgage, Inc.
Stanford Federal Credit Union
Stanley Capital Mortgage Company, Inc.
Star Bank
Starboard Financial Management, LLC
Starion Financial
Starwood Vacation Ownership Inc.
Starwood Vacation Ownership Portfolio Services, Inc.
State Bank and Trust Company
State Bank Financial
State Bank Northwest
State Bank of Belle Plaine
State Bank of Chilton
State Bank of Countryside
State Bank of DeKalb
State Bank of Delano
State Bank of Georgia
State Bank of Southwest Missouri
State Farm Bank FSB
State Lending Corporation
State National Bank of Texas
State of New York Mortgage Agency (SONYMA)

105

State Savings Bank
Statebridge Company, LLC
Statewide Financial Group, Inc
Statewide Mortgage, LLC
STC Capital Bank
Stearns Bank N.A.
Stearns Lending, LLC.
Steel Mountain Capital, Inc and Its Wholly Owned Purchasing
Stellar Capital, Inc.
Stepping Stone Mortgage, Inc.
Stepstone Mortgage Company, Inc.
Sterling Asset & Equity Corp
Sterling Bank & Trust, FSB
Sterling Eagle Mortgage Investment Company, LLC
Sterling Empire Funding Association, LTD
Sterling Financial, Inc.
Sterling Lending Group, Inc.
Sterling Mortgage Services of the Treasure Coast, Inc
Sterling National Bank
Sterling National Bank, NY
Sterling National Mortgage Company, Inc.
Sterling State Bank
Stevens LLC dba J. Stevens Mortgage
Stewards of Capital & Co LLC
Stewart Lender Services, Inc
Stewart Title Guaranty Co.
Stifel Bank & Trust
Stock Yards Bank & Trust Company
Stockman Bank of Montana
Stockton Mortgage Corporation
Stoffer Mortgage Inc.
Stone Creek Capital Mortgage
Stone Mortgage Corporation
Stonebridge Financial Services, Inc
Stonecreek Funding Corporation
Stonegate Bank
Stonegate Mortgage Corporation, an Ohio Corporation
StonehamBank-A Cooperative Bank
Stonehaven Mortgage Incorporated
Stonetrust MortgageLending LLC
Strait Financial Corporation
Strategic Lending Group Incorporated
Strategic Mortgage, LLC
Stratis Financial Corporation
Streeter Brothers Mortgage Corp.
Stringer Enterprises, Inc.
Stronghold Funding LLC dba Stronghold
Structure Mortgage Inc.
Suburban Mortgage Company of New Mexico
Suburban Mortgage Inc.
Success Investments, Inc.
Success Mtg Partners, Inc dba Sky Mtg/Hometowne Mtg/MI Rev

106

Sullivan Financial Services, Inc.
Summit Bank & Trust
Summit Community Bank
Summit Credit Union, a Wisconsin corporation
Summit Financial LLC
Summit Financial Network Inc
Summit Funding Advisors LLC
Summit Funding Inc
Summit Home Mortgage, LLC
Summit Lending Solutions Inc
Summit Mortgage Bankers, Inc.
Summit Mortgage Corporation
Summit Mortgage Corporation LLC
Summit Mortgage Corporation TX
Summit Mortgage Inc
Summit Point Financial Group, Inc
Summit Real Estate Partners L.P.
Sumner Bank and Trust
Sun American Mortgage Company
Sun Home Loans
Sun Mortgage Company, Inc.
Sun Valley Mortgage Services LLC
Sun West Mortgage Company, Inc.
Suncoast Mortgage Group, LLC
Sunflower Bank N.A.
SunMark Community Bank
Sunmark Federal Credit Union
SunQuest Funding LLC
Sunrise Bank
Sunset Bank & Savings
Sunset Direct Lending
Sunset Mortgage Co.
Sunset Mortgage Company, LP
Sunshine Financial Group, Inc.
Sunshine Home Loans, Inc.
Sunshine Savings Bank
Sunstreet Mortgage, LLC
SunTrust Bank
SunTrust Mortgage Inc (Property Preservation)
SunTrust Mortgage, Inc.
Sunvest Mortgage Group LLC
Super Rate Inc.
Superior Bank, N.A.
Superior Financing, Inc.
Superior Lending Associates, L.C.
Superior Mortgage Lending, LLC
Superior Mortgage Services LLC
Superior Mortgage Solutions, Inc.
Supreme Funding Corporation
SUSA Financial Inc
Susquehanna Bank
Susquehanna Bank (PA)

107

Susquehanna Lending Group Inc.
Sussex Group, Inc.
SUTHERLAND MORTGAGE SERVICES INC
Sutton Bank
SVI Group Inc.
Swan Investments Intl., Inc. dba International Mortgage
SWBC Mortgage Corporation
Sweetwater Home Fin. of Houston, Inc.
Swinford Capital Corp.
Sycamore Funding Inc.
Symmetry Mortgage Corp
Synergy Capital, Inc.
Synergy Home Loans, LLC
Synergy Mortgage Group, Inc.
Synergy One Lending, Inc.
Synovus Mortgage Corp.
Syracuse Cooperative Federal Credit Union
Syracuse Securities Inc
T. Graham Mortgage, Inc., a subsidiary of Charter Bank
T.J. Financial, Inc.
Table Rock Community Bank
Tacet Mortgage, Inc.
Talmer Bank and Trust
Tamayo Financial Services, Inc.
Tandem Mortgage, Inc.
TAPCO Credit Union
Tatom Lending LLC
Taylor Morrison Home Funding
Taylor, Bean & Whitaker Mortgage Corp.
TBA Credit Union
TBI Mortgage Company
TCF National Bank
TD Bank
TD Bank, N.A. f/k/a Riverside National Bank of Florida
TDA Capital Group, LLC DBA Atlas Capital Mortgage
Team USA Mortgage, LLC
Teche Bank & Trust Co.
Technology Credit Union
TEG Federal Credit Union
Telco Community Credit Union
Telcoe Federal Credit Union
Telemetry Mortgage Opportunities Fund, L.P.
Telhio Credit Union
TEN GIN Financial Inc.
TenA Companies Inc.
Tenacity Mortgage
Tenn Loan, Inc.
Tennessee Bank and Trust, A Div. of Farmers Bank & Trust Co.
Tennessee State Bank
Tennessee Trust Mortgage, Inc.
Tennessee Valley Federal Credit Union
Tennessee Valley Mortgage of Florence LLC

108

Tepa Mortgage & Realty, Inc.
Terrace Mortgage Company
Terwin Advisors, LLC dba The Winter Group
Texana Bank, N.A.
Texans Credit Union
Texas Bank and Trust Company
Texas Bank Financial
Texas Bank, a Texas Banking Company
Texas Capital Bank, N.A.
Texas Commercial Funding Group LLC
Texas Farm Credit Services
Texas First Bank
Texas Heritage Bank
Texas Loan Star, Inc.
Texas Mortgage Professionals, LLC
Texas National Bank of Jacksonville
Texas Plains Federal Credit Union
Texas Premier Mortgage Inc.
Texas Professional Mortgage LLC
Texas Security Bank
Texas State Bank
Texas State Bank, San Angelo, Texas
Texas State Home Loans, Inc.
Texas Tech Federal Credit Union
Texell Credit Union
TH TRS Corp
Thayer Financial Corporation
The Advantage Mortgage Group, Inc.
The American Eagle Mortgage Corp.
The Anderson Financial Group, Inc.
The Arlington Bank
The Bancorp Bank
The Bank and Trust ssb
The Bank of Beaver City
The Bank of Canton
The Bank of Clarendon
The Bank of Commerce
The Bank of Commerce.
The Bank of Fayette County
The Bank of Holland
The Bank of Jackson
The Bank of Kentucky, Inc.
The Bank of Maine
The Bank of Missouri
The Bank of New York
The Bank of New York Mellon
The Bank of New York Mellon as eCustodian
The Bank of New York Mellon as Trustee
The Bank of New York Mellon, N.A. as Trustee
The Bank of Northern Michigan
The Bank of San Antonio
The Bank of South Carolina

109

The Bank of Southside Virginia
The Bank of the Pacific
The Bank, National Association
The Blanco National Bank
The Boone County Bank National Bank of Columbia
The Bradford National Bank of Greenville
The Brand Banking Company
The Bryn Mawr Trust Company
The Business Bank of St. Louis
The Callaway Bank
The Carroll Mortgage Group, Inc.
The Central Trust Bank
The Citizens Bank (AL)
The Citizens Bank (AR)
The Citizens Bank of Cochran
The Citizens Bank of Edmond
The Citizens Bank of Philadelphia
The Citizens Bank of Swainsboro
The Citizens Banking Company
The Citizens National Bank
The Citizens National Bank of Meridian
The Citizens State Bank
The Coastal Bank dba Coastal Mortgage Company of SC
The Coca Cola Co. Family FCU
The Community Bank
The Cooperative Bank
The Cortland Savings and Banking Company
The Cowboy Bank of Texas
The Dart Bank
The Delaware County Bank & Trust Company
The Equitable Bank SSB
The Equity Group Financial, Inc.
The Evangeline Bank and Trust Company
The Exchange State Bank
The Farmers & Merchants Savings Bank
The Farmers Bank
The Farmers National Bank
The Farmers National Bank of Buhl
The Farmers National Bank of Canfield
The Farmers National Bank of Danville
The Federal Savings Bank
The First Bank and Trust Company
The First Bexley Bank
The First Liberty National Bank
The First National Bank
The First National Bank & Trust Company of Broken Arrow
The First National Bank and Trust Company of Okmulgee
The First National Bank of Catlin
The First National Bank of Granbury
The First National Bank of Jeanerette
The First National Bank of Las Animas
The First National Bank of Park Falls

110

The First National Bank of Sonora, Texas
The First National Bank of Walker
The First National Bank of Waterloo
The First State Bank
The First State Bank (Rice)
The First State Bank, an Oklahoma banking corporation
The First State Bank, Louise
The First, A National Banking Association
The First, N.A.
The Freedom Bank of Virginia
The Funding Source LLC
The Galkowski Company, Inc
The GFL Capital Group Inc.
The Grange Bank
The Guernsey Bank
The Gunnison Bank and Trust Company
The Hardin County Bank
The Home Equity Network, LLC
The Home Lending Group, LLC
The Home National Bank
The Horn Funding Corp
The Huntington National Bank
The Independent Bankers Bank of Florida
The Joshua Group Co. LLC dba U.S. Lending
The Klein Group, LLC
The Lake Bank
The LaPorte Savings Bank
The Lending Company Inc
The Lending Connection, Inc.
The Lending Firm, LLC
The Lending Group
The Lending Partners, LLC
The Loan Experts Corporation dba All Amrican Finance
The Maries County Bank
The McCue Mortgage Company
The Medical Advantage, Inc.
The Milford National Bank & Trust Company
The Money House, Inc.
The Money Source Inc.
The Mortgage Advantage, Inc
The Mortgage Bankers Corp.
The Mortgage Broker, LLC
The Mortgage Company
The Mortgage Company (KS)
The Mortgage Connection
The Mortgage Connection, LLC
The Mortgage Depot Inc
The Mortgage Firm, Inc
The Mortgage Funding Group, Inc.
The Mortgage House, Inc.
The Mortgage House, Incorporated
The Mortgage Link, Inc.

111

The Mortgage Makers, Inc.
The Mortgage Network of Ohio, Inc.
The Mortgage Network, Inc., dba Mortgage Network North Ameri
The Mortgage Network, LLC
The Mortgage Outlet, Inc.
The Mortgage Place, Inc. (NM)
The Mortgage Services, Inc
The Mortgage Shoppe Inc
The Mortgage Source, Inc.
The Mortgage Specialist LP
The Mortgage Store Financial, Inc.
The Mortgage Warehouse, LLC
The National Bank of Blacksburg
The National Bank of Georgia
The National Union Bank of Kinderhook
The New York Mortgage Company, LLC
The Northern Ohio Investment Company
The Northwestern Mutual Life Ins. Co. dba Northwestern Mutua
The Ozona National Bank
The Palmetto Bank
The Park Bank
The Park National Bank
The Peoples Bank
The Peoples Bank Co.
The Perpetual Financial Group Inc.
The Poca Valley Bank
The Premiere Mortgage Corporation
The Private Bank
The Private Bank and Trust Co.
The Private Mortgage Group, LLC
The PrivateBank Mortgage Company dba The PrivateBank
The Rogers Group, LLC
The Roscoe State Bank
The Savings Bank
The Security National Bank of Enid
The Security National Bank of Sioux City, Iowa
The Shintani Group, Inc.
The Southern Bank Company
The Southern Credit Union
The Stahl Group, Inc
The State Bank and Trust Company
The Stock Exchange Bank
The Stone Hill Group
The Third National Bank of Sedalia
The Turnkey Foundation
The University National Bank of Lawrence
The Vault Mortgage Company
The Vernon Bank
The Wakefield Cooperative Bank
The Warren Group
The Washington Trust Company
Thomas A. Toscano, P.C.

112

Thomas Lending, LLC
Thompson Kane & Company LLC
Three Rivers Bank of Montana
TIAA-CREF Trust Company, FSB
TIB-The Independent Bankers Bank
TIC Federal Credit Union
Tidelands Bank
Tidewater Home Funding, LLC
Tidewater Mortgage Services, Inc.
Timberland Mortgage Services, Inc.
Timberwood Bank
Timothy J. Simko
Titan Capital Solutions
Titan Lenders Corp.
Titan Mortgage Capital, Inc.
Title Mortgage Solution LLC
TJC Mortgage, Inc.
TLC Federal Credit Union
TMBG Inc
TMST Home Loans Inc. FKA Thornburg Mortgage Home Loan Inc.
TNBank dba TNBank of Oak Ridge
TNG Mortgage Consultants
TNI Finances Inc
Today Lending LLC
Tolleson Family Mortgage, LLC
Tompkins State Bank
Top Flite Financial, Inc.
Top Leading Financial, Inc.
Top One Mortgage, L.L.C.
Top World Investment, Inc (iHome Funding)
TopOne Mortgage, Inc.
Total Home Source, Inc
Total Media Management, LLC
Total Mortgage Services, L.L.C.
Tower Mortgage and Financial Services Corp
Town & Country Bank
Town & Country Bank and Trust Co.
Town and Country Bank (WI)
Town and Country Credit Union
Town and Country Financial Corp
Town North Bank N.A.
Town Square Mortgage & Investments, Inc.
Towne Mortgage Company
Towne Mortgage LLC
Townebank Mortgage
TowneMortgage of the Carolinas
Townstone Financial, Inc.
TPI Mortgage, Inc.
Trademark Mortgage LLC
Traders and Farmers Bank
Tradition Capital Bank
Tradition Mortgage LLC

113

Traditional Bank, Inc.
Traditional Home Mortgage
Traditions Bank
Traditions First Bank
Trans Texas Southwest Credit Union
Trans United Financial Services, Inc
TransLand Financial Services, Inc.
Transnational Financial Network, Inc.
TransWest Credit Union
Travis Mortgage, LLC
Treasure State Bank
Tremont Credit Union
Tri Counties Bank
Triad Bank
Triad Bank, N.A.
TriCounty Mortgage Corporation
Trident Mortgage Company LP
TriEmerald Financial Group
Trinity Mortgage Company of Central Florida, LLC dba Trinity
TrinityMac
Tri-Parish Bank
Tri-Rivers Federal Credit Union
TriStar Finance Inc
Tristate Capital Bank
Tri-State Mortgage Company
Tristate Mortgage Corporation
Triumph Bank
Triumph Community Bank, N.A.
Triumph Savings Bank, SSB
TRN Financial LLC
Trojan Home Loans, Inc.
Trona Valley Community Federal Credit Union
Tropical Financial Credit Union
Trott & Trott, P.C.
Troy Bank and Trust Company
True North Federal Credit Union
True North Mortgage LLC
TrueCompass Lending Corporation
TruHome Solutions, LLC
Truliant Federal Credit Union
TruPoint Bank
TruService Community Federal Credit Union
Trust Company Bank
Trust Mortgage Corporation
Trust Mortgage Lending Corp
Trusted Financial Services, Inc.
TrustLine Mortgage, Inc.
Trustmark National Bank
Trustworthy Mortgage Corporation
TruWest Credit Union
TSM, Inc
Tucker Mortgage, LLC

114

TWA Corporation
Twin Lakes Community Bank
Twin Star Credit Union
Two River Community Bank (NJ)
Two Rivers Bank & Trust
TXL Mortgage Corporation
Tylan Mortgage, LLC
Tyndall Federal Credit Union
U.P. Catholic Credit Union
U.S Bank National Association
U.S. BANK AS DOCUMENT CUSTODIAN - ALL LOCATIONS
U.S. Bank as Trustee
U.S. Financial LTD
U.S. Home Capital, LLC
U.S. Mortgage Corporation
UARK Federal Credit Union
UBS AG Tampa Branch
UBS Bank USA
UBS Bank USA - MFB
UBS Real Estate Securities Inc.
UBS Real Estate Securities Inc. (Warehouse)
Uinta Bank
Ulster Savings Bank
UMassFive College FCU
UMB Bank, NA
UMPQUA
Unibell Financial LLC
UNICO Bank
Unifirst Mortgage Corp.
Union Bank
Union Bank (VT)
Union Bank and Trust Company
Union Bank of Mena
Union Capital Mortgage
Union Capital Mortgage Business Trust
Union Center National Bank
Union Community Bank
Union Federal Bank of Indianapolis..
Union Federal Mortgage Corp.
Union Federal Savings Bank
Union Fidelity Mortgage Inc
Union First Market Bank
Union Home Mortgage Corp
Union Home Mortgage LLC
Union Mortgage Group, Inc.
Union Mortgage Investment Group Corp.
Union Pacific of Arkansas Federal Credit Union
Union River Mortgage LLC
Union Savings Bank
Union State Bank, a Texas Corporation
Union Trust Mortgage Corporation
Unison Bank

United American Mortgage Corporation
United American Savings Bank
United Bank
United Bank - AL
United Bank & Trust
United Bank (CT)
United Bank Inc.
United Bank, a Federal Savings Bank
United Bank, a Virginia corporation
United Bankers LLC
United Capital Financial of Atlanta, LLC
United Capital Mortgage Corporation
United Capital Mortgage, Inc.
United Capital, Inc.
United Community Bank
United Community Bank (IL)
United Community Mortgage Services Inc.
United Credit Union
United Federal Credit Union
United Federal Mortgage a div. of United Medical Bank, FSB
United Fidelity Bank
United Fidelity Funding Corp.
United Financial Mortgage Corporation
United Guaranty Residential Insurance Company of N.C.
United Health Services Credit Union
United Heritage Credit Union
United Home Loans, Inc.
United Home Mortgage Corporation
United Military Mortgage LLC
United Mississippi Bank
United Mortgage Bankers, Inc.
United Mortgage Corp
United Mortgage Corporation of America
United Mortgage Corporation of America (CA)
United Mortgage Fund, Inc.
United Mortgage Funding
United Mortgage LLC
United Mortgage, LLC
United Mutual Funding Corp
United Northern Mortgage Bankers
United Pacific Mortgage DBA Mandalay Mortgage
United Pacific Realty & Invest. Inc. dba United Pacific Mtg.
United Republic Bank
United San Antonio Community Federal Credit Union
United Savings Bank
United Security Financial, Corp.
United Shore Financial Services, LLC
United Southern Bank
United Southwest Mortgage Corporation, Inc
United States Secret Service
United Teletech Financial FCU
United Texas Bank

116

United Trust Financial, LLC
UnitedOne Credit Union
Unity Bank
Unity One Credit Union
Unity West, Inc.
Universal American Mortgage Company of California
Universal American Mortgage Company, LLC
Universal Capital Services, Inc.
Universal Financial Group, Inc.
Universal Lending Corporation
Universal Lending Services, Inc.
Universal Mortgage & Finance, Inc.
Universal Mortgage and Lending, Inc.
Universal Mortgage Company, LLC
Universal Mortgage Corporation
Universal Mortgage LLC
University Bank
University Federal Credit Union
University Lending Group, LLC
University of Illinois Employees Credit Union
University of Wisconsin Credit Union
Univest Bank and Trust Co.
Unprime Securities Company LLC
Urbacom LLC
URBAN FINANCIAL OF AMERICA, LLC
Urban Partnership Bank
URW Community Federal Credit Union
US Bank National Association (Warehouse)
US Capital Group of Louisiana, LLC.
US Employees O.C. Federal Credit Union
US Equity Mortgage, LLC
US Financial Funding Inc. dba US Financial
US Financial Group, Incorporated
US Lending & Company, Inc.
US Lending & Finance LTD
US Money Source, Inc. d/b/a Soluna First
US Mortgage Capital Inc.
US Mortgage Corp.
US Mortgage Corporation dba Mortgage Concepts
US Mortgage Finance Corp
US Mortgage Network
US Mortgage of Florida
US New Mexico FCU
US Wide Financial, LLC
USA Home Loans, Inc.
USA Lending, LLC
USA Mortgage Business Inc.
USAA Federal Savings Bank
USAmeriBank
USB Home Lending
USC Credit Union
USE Credit Union

117

USNY Bank
Utah Community Federal Credit Union
Utah Financial, Inc dba Federal Mortgage Funding
Utah First Federal Credit Union
Utah Heritage Credit Union
Utah Housing Corporation
Utah Mortgage Loan Corp.
Utilities Employees Credit Union
Utmost, LLC
Uvantage Home Lending Services, Inc.
V.I.P. Mortgage Inc.
VAK Capital LLC
VAK M100 Fund, LLC
VAK M150 Fund, LLC
VAK M8 Fund, LLC
Valley Bank & Trust Co.
Valley Bank (VA)
Valley Bank of Helena, Division of Glacier Bank
Valley Bank of Ronan
Valley Credit Union
Valley Federal Credit Union
Valley Mortgage Financial, LLC
Valley Mortgage Solutions LLC
Valley Mortgage, Inc.
Valley National Bank (OK)
Valley View State Bank
Valley West Corporation DBA Valley West Mortgage
Valley Wide Home Loans
Valliance Bank
ValueBank Texas
Vanderbilt Mortgage and Finance, Inc
VanDyk Mortgage Corporation
Vanguard Funding LLC
Vanguard Mortgage Corporation
VanKeef Financial, LLC
Vantage Bank
Vantage Trust Federal Credit Union
Vantage West Credit Union
VantageSouth Bank (NC)
Varde Investment Partners, L.P.
Vatreni, Inc.
VBS Mortgage, LLC
Vectra Bank Colorado
Velocity Community Federal Credit Union
Velocity Financial, LLC
Venta Financial Group, Inc.
Ventura County Credit Union
Venture Financial Services
Venture Lending Group, LLC
Venture One Mortgage Corporation
Ventures Trust 2013-II
Veridian Credit Union

118

Veripro Solutions Inc.
Verisk Analytics (ISO)
Veritas Funding LLC
Veritex Community Bank
Verity Credit Union
Vermont Federal Credit Union
Vermont State Employees Credit Union
Vermont VA Federal CU
Verus Bank
Veterans Home Mortgage Inc.
Vibra Bank
Victoria Capital Inc dba Victoria Funding Services
Victoria Financial Corp.
Victorian Finance LLC
Victory Capital, LLC
Victory Community Bank
Victory Mortgage, Inc. dba Victory Mortgage
Victory Mortgage, LLC
Viewpoint Bank
ViewPoint Bank (Warehouse)
VIG Mortgage Corporation
Village Bank
Village Bank Mortgage Corporation
Village Capital & Investment, LLC DBA Village Home Mortgage
Village Mortgage Company
Vinson Mortgage Services, Inc. dba Vinson Mortgage Group
Vintage Mortgage Corporation
VIP Mortgage Corporation
Virginia Credit Union Inc.
Virginia Heritage Bank
Virginia National Bank
Vision Financial Federal Credit Union
Vision Mortgage Company, Ltd.
Vision Mortgage Professionals Inc.
Vision Mortgage Services Corp
Vision One Mortgage, Inc.
Vision Quest Lending
VISIONBank
VisionBank, a Kansas corporation
Visionet Systems
Vista Mortgage Corp.
Vista Mortgage Group, LLC
Vista Mortgage Services, Inc.
Visterra Credit Union
Vitek Real Estate Industries Group, Inc
VLB, Administered by CitiMortgage, Inc.
Volunteer Mortgage, Inc.
VP Partners, Inc.
Vue Community Credit Union
W. R. Clouse & Associates Mortgage Company
W.J. Bradley Mortgage Capital, LLC
W.R. Starkey Mortgage LLC

119

W/E Mortgage Services Inc.
Wachovia Bank, NA as Trustee
Wachovia Mortgage, a division of Wells Fargo Bank, N.A.
Wachusett Mortgage Corporation
Wahlstrom Financial Group
Wahoo Investments, LLC
Walcott Trust and Savings Bank
Walker State Bank
Wall Financial Inc.
Wall Street Financial Corporation
Wall Street Mortgage Bankers, Ltd.
Wallick and Volk
Walton Mortgage
Wantland Realty Corporation DBA WRC Mortgage
Ward Kilduff Mortgage, LLC
Warren Bank & Trust Co.
Warren Bank Mortgage Company, LLC
Warsaw Federal Savings and Loan Association
Warshaw Capital, LLC
Wasatch Capital Mortgage, Inc
Washington County Bank
Washington Discount Mortgage LLC
Washington Financial Group, Inc.
Washington First Mortgage Loan Corporation
Washington Mutual Finance
Washington Trust Bank
Washington Trust Mortgage Co LLC
WashingtonFirst Bank
Washtenaw Mortgage Company
Water and Power Community Credit Union
Waterfall Victoria Master Fund 2008 - 1 Grantor Trust Servic
Waterfall Victoria Master Fund Ltd
Waterfall Victoria REO, LLC
Waterford Bank NA
Watermark Capital, Inc.
Watermark Financial Partners, Inc.
Waterside Mortgage, Inc.
Waterstone Mortgage Corp.
Watson Mortgage Corp.
Wausau Mortgage Corporation dba Broadstreet Mortgage
Wave Federal Credit Union
WCRSI 2007-3 LLC
WCS Funding Group Inc.
Wealthbridge Mortgage Corp
Weber State Federal Credit Union
Webster Bank
Webster Five Cents Savings Bank
WEBTD.com, Inc.
WECCU Credit Union
Weger Mortgage Corporation
WEI Mortgage Corp
Welcome Federal Credit Union

120

Welcome Home Finance, LP
Welcome Home Loans, Inc.
Welcome Home Mortgage Inc
Welcome Home Mortgage of Texas Inc.
Wellesley Bank
Wells Bank of Platte City
Wells Fargo as Trustee
Wells Fargo Bank N.A
Wells Fargo Bank NA-Mortgage Banker Finance Group
Wells Fargo Bank, N.A., d/b/a America's Servicing Company
Wells Fargo Funding Inc Correspondent eLending
Wells Fargo Home Equity, a division of Wells Fargo Bank,N.A.
Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA
Wells Fargo Home Mortgage, a division of Wells Fargo Bank NA
Wendeburg Interests, Inc.
Wendover Financial Services
Wepawaug-Flagg Federal Credit Union
WesBanco Bank, Inc.
West Alabama Bank & Trust
West Coast 2007-1 LLC
West Coast 2008-1, LLC
West Coast 2008-3, LLC
West Coast Realty Services, Inc.
West Coast Servicing, Inc.
West Community Credit Union
West Michigan Bank & Trust
West Michigan Community Bank
West One Capital Group, Inc.
West Penn Financial Service Center, Inc.
West Ridge Financial Corp
West Suburban Bank
West Town Bank & Trust
Westbury Bank
WestCoast Mortgage Group and Realty Company
Westerly Community Credit Union
Western Alliance Bank
WESTERN BANCORP
Western Bank
Western Financial Software, Inc. dba Cash Saver Loans
Western Horizon Mortgage
Western Mortgage Corporation
Western Ohio Mortgage Corporation
Western Residential Mortgage Inc
Western Security Bank, Division of Glacier Bank
Western State Bank
Western States Mortgage Corporation
Western Vista FCU
Westfield Bank
Westfield Bank FSB
Westlend Financing Inc dba American Capital Funding Inc
Weststar Mortgage Corporation
WestStar Mortgage, Inc.

121

Westwood Mortgage Inc
Wetzel Trott, Inc.
WFS Mortgage Services Inc.
Wheatland Bank
Wheeler Mortgage Corp.
Whitaker Bank, Inc.
White Crown Federal Credit Union
White Sands Federal Credit Union
Whitley Mortgage Associates, Inc
Whitney Bank (MS)
Wholesale America Mortgage, Inc.
Wholesale Capital Corporation
Wholesale Lending, a division of Bank of Ann Arbor
Widget Federal Credit Union
Willamette Valley Bank
William Raveis Mortgage, LLC
Willow Bend Mortgage
Wilmington Finance, Inc.
Wilmington Savings Fund Society, FSB
Wilmington Savings Fund Society, FSB dba Christiana Trust
Wilmington Savings Fund Society, FSB PA.
Wilmington Trust, National Association
Wilshire Bank
Wilson & Muir Bank and Trust Company
Wilson Bank and Trust
Windom Capital Inc.
Windsor Capital Mortgage
Wingspan Portfolio Advisors LLC
Winnpointe Corporation
WinStar Mortgage Partners Inc. sub of Partner Loan Services
Winter Hill Bank, FSB
Winterwood Mortgage Group
Wintex Group LLC
WinWater Home Mortgage, LLC
Wisconsin Bank & Trust
Wisconsin Mortgage Corporation
WMC Mortgage Corp. Minnesota
WMC Mortgage Corporation
WMD Capital Markets, LLC
WMD Realty, Inc.
WMS Series LLC
Wolfe Financial, Inc. dba Integrity Mortgage Group
Wolsey, Inc.
Wolverine Bank, FSB
Wood & Huston Bank dba Wood & Huston Bancorporation Inc
Woodforest National Bank dba Woodforest Mortgage Company
Woodland Bank
Woodsboro Bank
Woodside Mortgage Corporation
Woodside Mortgage Services, Inc.
Woodsville Guaranty Savings Bank
World Alliance Financial Corp

122

World Group Mortgage, LLC
World Wide Credit Corporation
World Wide Financial Services, Inc.
Worldwide Financial Resources, Inc.
WPS Community Bank FSB
Wright Financial Inc
Wright Patman Congressional Federal Credit Union
WVMF Funding, LLC
Wymar Federal Credit Union
Wyndham Capital Mortgage, Inc.
Wyoming Bank & Trust
Wyoming Community Bank
Wyoming State Bank
Xenia Financial LLC
Xerox Mortgage Services
XPro Mortgage Inc
Yadkin Bank
Yadkin Bank (Reverse)
Yantis Federal Credit Union
Yellowstone Bank
YNB
York County Federal Credit Union
York Traditions Bank
Your Community Bank
Your Mortgage Source, Inc.
Yunicorn Realty, Inc.
Yvonne K Yung Kwan Chau DBA YKC Mortgage
Zachary Bancshares
Zeus Mortgage Ltd
Zions First National Bank
Z-Mortgage Company, L.L.C.

Back To Member Search

Copyright© 2012 by MERSCORP Holdings, Inc. 1-800-646-MERS (6377)
Other products or company names are or may be trademarks
or registered trademarks and are the property of
their respective holders.

123