# EXHIBIT 17

# DUPLICATIVE OF 2-A, 2-D, 2-G AND 2-J