# EXHIBIT 18

# DUPLICATIVE OF 2-B, 2-E, 2-H AND 2-K