# EXHIBIT 23

# EXHIBIT C

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_[signature]_ Borrower    _____ Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☐ FHA | ☑ Conventional  ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 556,000 | 1.500 % | 360/360 | ☑ Fixed Rate  ☐ GPM | ☐ Other (explain):  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 4011 HUBERT AVENUE, Los Angeles, CA 90008   County: Los Angeles | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| PER PRELIM | 1939 |

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain): _____    ☑ Refinance  ☐ Construction-Permanent    Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
|   | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| 2033 | $ 305,000 | $ 616,000 |   | Cost: $ |   |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| TIA DANIELLE SMITH | Single woman | ☑ Fee Simple  ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
**Equity from Subject Property**

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| TIA DANIELLE SMITH |   |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| ###-##-2841 | 323-295-0517 | 12/04/1966 | 14 |   |   |   |   |

| ☐ Married  ☑ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. ____ ages ____ | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no. ____ ages ____ |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own  ☐ Rent  5 No. Yrs. | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ____ No. Yrs. |
|---|---|
| 4011 HUBERT AVENUE  Los Angeles, CA 90008 |   |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ____ No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  ____ No. Yrs. |
|---|---|

Fannie Mae Form 1003  07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5

Borrower _T.D.S._
Co-Borrower _____

Freddie Mac Form 65  07/05

| Borrower | | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|
| Name & Address of Employer | ☑ Self Employed | Yrs. on this job | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
| REVIVE A HAIR AND BODY SPA | | 15 yr(s) | | | |
| 217 N. EUCALYPTUS | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| Inglewood, CA 90301 | | 15 | | | |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| OWNER | | 310-677-3733 | | | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 17,500.00 | $ | $ 17,500.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,830.00 | $ 1,918.87 |
| Bonuses | | | | Other Financing (P&I) | 1,119.00 | 593.64 |
| Commissions | | | | Hazard Insurance | 80.00 | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | 322.00 | 322.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 17,500.00 | $ | $ 17,500.00 | Total | $ 4,351.00 | $ 2,914.51 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5

Borrower _L.D.S_
Co-Borrower _____

Freddie Mac Form 65   07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☑ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: | $ | | $ Payment/Months | $ |
| List checking and savings accounts below | | Name and address of Company CHASE MANHATTAN MTGE | | |
| Name and address of Bank, S&L, or Credit Union MORGAN STANLEY | | | | |
| | | Acct. no. 1230202576 | * (2,830) | 480,354 |
| Acct. no. 238040402165 | $ 8,805 | Name and address of Company COUNTRYWIDE HOME LOANS 16210, 16214 SANDY PLACE | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union MORGAN STANLEY | | | | |
| | | Acct. no. 115360023 | (998) | 165,200 |
| Acct. no. 238040401165 | $ 7,151 | Name and address of Company AMERICAN HOME MTG SRV 5108 JEREMIAH RENTAL | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union UBS FINANCIAL | | | | |
| | | Acct. no. 1001241152 | (909) | 125,520 |
| Acct. no. TP74523PC | $ 1,607 | Name and address of Company EMC MORTGAGE 12 PINE WAY RENTAL | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) MARTH STEWART (50 Shares) PRUDENTAIL FINCL | $ 950 6,337 | Acct. no. 5890012987061 | (656) | 96,000 |
| | | Name and address of Company AURORA LOAN SERVICES 17 PINE WAY RENTAL | $ Payment/Months | $ |
| Life Insurance net cash value Face amount: $ 352,000 | $ 6,500 | | | |
| Subtotal Liquid Assets | $ 32,929 | Acct. no. 3640036561684 | (893) | 84,000 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 1,400,000 | Name and address of Company COUNTRYWIDE HOME LOANS 16210, 16214 SANDY PASS RENTAL | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. 115360055 | (613) | 58,992 |
| Automobiles owned (make and year) 2004 RANGE ROVER HSE | $ 56,000 | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (Itemize) HOUSEHOLD ITEMS | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 2,199 | |
| Total Assets a. | $ 1,488,929 | Net Worth (a minus b) => $ 179,594 | Total Liabilities b. | $ 1,309,335 |

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 4011 HUBERT AVENUE Los Angeles, CA 90008 | O/O SFR | $ 690,000 | $ 615,000 | $ | $ 4,147 | $ INC | $ |
| 12 PINE WAY CONROY, TX | R  SFR | 145,000 | 120,000 | 1,200 | 884 | INC | 16 |
| 5108 JEREMIAH MISSOURI | R  SFR | 175,000 | 149,055 | 1,350 | 1,160 | INC | -148 |
| * See page 5 for the additional properties  Totals | | $ 1,400,000 | 1,223,441 | $ 6,300 | $ 6,986 | $ 245 | $ -360 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name    Creditor Name    Account Number

Fannie Mae Form 1003  07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower _____
Co-Borrower _____

Freddie Mac Form 65  07/05

## Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: TIA DANIELLE SMITH |
| | Co-Borrower: |

Agency Case Number:

Lender Case Number:

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union<br>OPTIONS XPRESS | $ | Name and address of Company<br>US BANK | $ Payt./Mos. | $ |
| Acct. no. 5A15-261/0220-9641 | $ 1,579 | Acct. No. 2694049028 | 1,018 | 41,769 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>GMAC MORTGAGE CORP<br>17 PINE WAY RENTAL | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 307659323 | (291) | 30,205 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>EMC MORTGAGE<br>12 PINE WAY RENTAL | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 5890012987087 | (228) | 24,000 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>AMERICAN HOME MTG SRV<br>5108 JEREMIAH RENTAL | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 1001241182 | 251/(R) | 23,522 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>BOA MBNA | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 0325 | 200/(R) | 19,535 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>BANK OF AMERICA | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 470620000020 | 272/(R) | 14,661 |
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>HSBC NV | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 410008160944 | 380/(R) | 7,616 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X /s/ | Date 12/5/2006 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Fannie Mae Form 1003   07/05
CALYX Form 1003 Lnap5ast.frm 8/05

Page 5 of 5

Freddie Mac Form 65   07/05

## Continuation Sheet/Residential Loan Application

Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower.

Borrower: TIA DANIELLE SMITH
Co-Borrower:
Agency Case Number:
Lender Case Number:

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **UNLV/CITI** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 549113034252 | 19/(R) | 19 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **BLMDSNB** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 3143413702 | 34/(R) | 1,333 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **HSBC/SAKS** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 106604-1019049269 | 25/(R) | 609 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **COUNTRYWIDE HOME LOANS** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 139573171 | (900) | 136,000 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | | |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts, as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature: X [signed]     Date: 12/5/2006
Co-Borrower's Signature: X     Date:

Fannie Mae Form 1003  07/05
CALYX Form 1003 Lnap5ast.frm 8/05
Page 5 of 5
Freddie Mac Form 65  07/05

## Continuation Sheet/Residential Loan Application

Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower.

Borrower: **TIA DANIELLE SMITH**
Co-Borrower:

Agency Case Number:
Lender Case Number:

### VI. ASSETS AND LIABILITIES

**Schedule of Real Estate Owned**

| Property Address (enter S if sold, PS if pending sale or R if rental being held for Income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 16210, 16214 SANDY PASS LANE HOUSTON, TX | R | 2-4PLX | 245,000 | 224,192 | 2,400 | 1,611 | 245 | -56 |
| 17 PINE WAY CONROY, TX | R | SFR | 145,000 | 114,194 | 1,350 | 1,184 | Inc | -172 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature: /s/    Date: 12/5/2006
Co-Borrower's Signature: X    Date:

Fannie Mae Form 1003  07/05
CALYX Form Lnap5reo.frm 09/05
Page 5 of 5
Freddie Mac Form 65  07/05

## VII. DETAILS OF TRANSACTION

| | Amount |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 616,354.00 |
| e. Estimated prepaid items | 2,412.00 |
| f. Estimated closing costs | 8,589.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 627,355.00 |
| j. Subordinate financing | 69,500.00 |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 556,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 556,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 1,855.00 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| [signed] | 1/5/2006 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☑ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White | Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White |
| Sex: | ☑ Female ☐ Male | Sex: | ☐ Female ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | WALTER W. HERNANDEZ | WALMAR FINANCIAL GROUP |
| ☐ Face-to-face Interview | Interviewer's Signature / Date | 8300 TAMPA AVE STE K |
| ☐ Mail | [signed] | Northridge, CA 91324 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | (P) 818-280-3838 |
| ☐ Internet | 818-280-3838 | (F) 818-280-3828 |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65  07/05