# EXHIBIT 24

# EXHIBIT D

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER OR LENDER'S AGENT: AMERICAN MORTGAGE NETWORK, INC.,
A DELAWARE CORPORATION

21700 OXNARD STREET SUITE 440
WOODLAND HILLS, CA, 91367

[ ] Preliminary  [X] Final
DATE: 11/13/06
LOAN NO.: 206-989130
Type of Loan: CONV 80

BORROWERS: SMITH, TIA DANIELLE

ADDRESS: 4011 HUBERT AVENUE
CITY/STATE/ZIP: LOS ANGELES, CALIFORNIA, 90008-2621
PROPERTY: 4011 HUBERT AVENUE, LOS ANGELES, CALIFORNIA, 90008-2621

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.260 % | $ 1,108,356.30 | $ 550,580.10 | $ 1,658,936.40 |

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 12 | 1,918.87 | 01/01/2007 | | | |
| 12 | 2,062.79 | 01/01/2008 | | | |
| 12 | 2,217.50 | 01/01/2009 | | | |
| 7 | 2,383.81 | 01/01/2010 | | | |
| 317 | 4,945.93 | 08/01/2010 | | | |

DEMAND FEATURE:  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

VARIABLE RATE FEATURE:
[X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 4011 HUBERT AVENUE
LOS ANGELES, CALIFORNIA 90008-2621

ASSUMPTION: Someone buying this property  [ ] cannot assume the remaining balance due under original mortgage terms.
[X] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

FILING / RECORDING FEES:   $  150.00

PROPERTY INSURANCE:  [X] Property hazard insurance in the amount of $ 556,000 with a mortgagee clause to the lender
is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard insurance  [ ] is  [X] is not available through the lender at an estimated cost of _____ for a _____ year term.

LATE CHARGES:  If your payment is more than  15 days late, a late charge of  5.00 % of the
MONTHLY P-I PAYMENT will be assessed.

PREPAYMENT:  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  _____
TIA DANIELLE SMITH        BORROWER/DATE              BORROWER/DATE

_____  _____
                          BORROWER/DATE              BORROWER/DATE

VMP-788 (0412)03                VMP Mortgage Solutions, Inc.         Page 1 of 2        12/04
© 2005 CBF Systems, Inc. The contents of this form in whole or in part are protected under the copyright laws of the United States
056ST