# EXHIBIT 25

# EXHIBIT E

12-12020-mg    Doc 9579-52    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 25: Exhibit E to Claimants Third Amended Complaint (Notice of Def    Pg 3 of 5

Case 2:11-cv-08626-DSF -JCG    Document 23-1    Filed 11/09/11    Page 5 of 102    Page ID #:962

**This page is part of your document - DO NOT DISCARD**

**20091452803**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/24/09 AT 08:00AM**

Pages: 0003

| | |
|---|---|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |

**LEADSHEET**

200909240210009

00001243416

002325401

SEQ:
03

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

12-12020-mg    Doc 9579-52    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 25:
Exhibit E to Claimants Third Amended Complaint (Notice of Def    Pg 4 of 5

Case 2:11-cv-08626-DSF -JCG    Document 23-1    Filed 11/09/11    Page 6 of 102    Page ID
#:963

Recording Requested By
When Recorded Mail To

Cal-Western Reconveyance Corp.
P.O. Box 22004
525 East Main Street
El Cajon CA 92022-9004

*1241071-14*    *NODXR*
Trustee Sale No. 1241071-14
09066 SS70

09/24/2009
*20091452803*

Space Above This Line For Recorder's Use

Loan No. XXXXXX6453    Ref: SMITH, TIA DANIELLE

# NOTICE OF DEFAULT

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice). This amount is $25,509.83 as of September 23, 2009, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

C/O CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON    9004 CA 92022-9004
(619)590-9200

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Page 1 of 2

12-12020-mg    Doc 9579-52    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 25: Exhibit E to Claimants Third Amended Complaint (Notice of Def    Pg 5 of 5

Case 2:11-cv-08626-DSF -JCG   Document 23-1   Filed 11/09/11   Page 7 of 102   Page ID #:964

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN:**

CAL-WESTERN RECONVEYANCE CORPORATION is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a deed of trust dated November 13, 2006 executed by

**TIA DANIELLE SMITH, AN UNMARRIED WOMAN**
as trustor, to secure certain obligations in favor of

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION A CORPORATION**
as beneficiary

recorded as document 20062729009 on December 08, 2006 in book XX page XX official records in the office of County Recorder
of LOS ANGELES County, California, describing land therein as:

**COMPLETELY DESCRIBED IN SAID DEED OF TRUST**

said obligations including a promissory note for the principal sum of $556,000.00
that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Failure to pay the monthly payment due November 1, 2008 of principal and interest and subsequent installments due thereafter; plus late charges; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said deed of trust.

That by reason thereof the present beneficiary under such Deed of Trust has deposited with said trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary pursuant to California Civil Code § 2923.5(b) declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent has either contacted the borrower or tried with due diligence to contact the borrower as required by California Civil Code 2923.5.

T.S. 1241071-14
Dated:        September 23, 2009        CAL-WESTERN RECONVEYANCE CORPORATION

Signature By *Rhonda L Roria*

*Rhonda L. Roria*

09/05/2008 rev.                                                            Nodca.doc Page 2 of 2