# EXHIBIT 26

# EXHIBIT F

00/00/2011  16:10:27        499990        NATIONWIDE LEG        8

This page is part of your document - DO NOT DISCARD



**20091682671**



Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/09/09 AT 08:00AM**

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



LEADSHEET



200911090140006

00001469106



002392714

SEQ:
19

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED      T35

00/00/2011  16:10:27    2   499990    NATIONWIDE LEGA    10

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004



_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

LOAN NO.: XXXXXX6453  T.S. NO.: 1241071-14
MERS PHONE: 1-888-679-6377    MIN NO: 1001310 2060989130 2

## SUBSTITUTION OF TRUSTEE
This Form Provided By Cal-Western Reconveyance Corporation

WHEREAS, TIA DANIELLE SMITH, AN UNMARRIED WOMAN was the original Trustor,

FIRST AMERICAN TITLE INSURANCE COMPANY
was the original Trustee,

and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION was the original Beneficiary

under that certain Deed of Trust dated November 13, 2006 and recorded on December 08, 2006 as Instrument No. 20062729009, in book XX, page XX of Official Records of LOS ANGELES County, California, and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET, P.O. BOX 22004
EL CAJON CA 92022-9004

as Trustee under said Deed of Trust.

SUBCA2.DOC    Rev. 09/15/09    Page 1 of 2

00/00/2011  16:10:27  FAX      499990        NATIONWIDE LEGAL                                11

# SUBSTITUTION OF TRUSTEE

LOAN NO: 6453

TS NO: 124/071-14

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: SEP 15 2009

Mortgage Electronic Registration Systems, Inc. (MERS)

_____
Jennifer Victa
Assistant Secretary of MERS

STATE OF: California
COUNTY OF: San Diego

On 11/3/09 before me, J Archuleta, a Notary Public, personally appeared Jennifer Victu, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _J. Archuleta_                           (Seal)


J. ARCHULETA
Commission # 1695691
Notary Public - California
San Diego County
My Comm. Expires Oct 22, 2010

00/00/2011  16:10:27   2499990    NATIONWIDE LEGAL    9

# AFFIDAVIT OF MAILING

REF: 1241071-14              STATE: CA

STATE OF CALIFORNIA    )
                       )SS
COUNTY OF SAN DIEGO    )

I, _____ Clifton McBride _____ being duly sworn, depose and say:

I am and at all times herein mentioned a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California:

That at the request of CAL-WESTERN RECONVEYANCE CORPORATION on November 05, 2009, I deposited in the United States mail a copy of the attached document, in separate sealed envelopes, Certified Mail, postage prepaid, to the address list on exhibit A, attached hereto and made a part hereof.

_____
Affiant

b06f988b-0798-4219-b400-ea736441 9ff2.DOC                Rev. 3/15/05

00/00/2011  16:10:27  F    23  99990    NATIONWIDE LEGAL    12

| | | | | |
|---|---|---|---|---|
| 11/5/2009 7:11:02 PM | Sender: | CalWestern Reconveyance 525 E Main El Cajon CA 92020 | | |
| Postal Class: | Certified | | | |
| Type of Mailing: | SUB-BY-CODE MAILING | | | |
| Affidavit Attachment: 1433056-01 000 11050809 CWR | | | | |
| Posted Number | Sequence | Recipient Name | Address Line 1/3 | Address Line 2/4 |
| 71041994141040102697 | 1 | TIA DANIELLE SMITH | 4011 HUBERT AVE | LOS ANGELES CA 90008 |
| 71041994141040102727 | 2 | TIA SMITH | 4011 HUBERT AVE | LOS ANGELES CA 90008 |
| 71041994141040102734 | 3 | TIA DANIELLE SMITH | 17111 BEACH BLVD STE 201 | HUNTINGTON BEACH CA 92647 |
| 71041994141040102758 | 4 | TIA SMITH | 17111 BEACH BLVD STE 201 | HUNTINGTON BEACH CA 92647 |
| 71041994141040102789 | 5 | MERS INC | PO BOX 2026 | FLINT MI 48501-2026 |
| 71041994141040102802 | 7 | FIRST AMERICAN TITLE INSURANCE COMPANY | C/O AMERICAN MORTGAGE NETWORK, INC SAN DIEGO CA 92106 | PO BOX 85463 |
| 71041994141040102833 | 8 | TIA DANIELLE SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008-2621 |
| 71041994141040102857 | 9 | TIA D SMITH | 4011 S. HUBERT STREET | LOS ANGELES CA 90011 |
| 71041994141040102871 | 10 | TIA DANIELLE SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 71041994141040102901 | 11 | TIA D SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 71041994141040102925 | 12 | TIA D SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 71041994141040102958 | 13 | TIA SMITH | 4011 S. HUBERT STREET | LOS ANGELES CA 90011 |
| 71041994141040102970 | 14 | TIA SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |

12-12020-mg    Doc 9579-53    Filed 02/02/16    Entered 02/02/16 16:18:14    Exhibit 26: Exhibit F to Claimants Third Amended Complaint (Substitution    Pg 8 of 9

00/00/2011  16:10:27  FAX   499990    NATIONWIDE LEGAL                          13

| # | Tracking Number | Name | Address | City/State/Zip |
|---|---|---|---|---|
| 15 | 71041994141040102504 | AMERICAN MORTGAGE NETWORK, INC | P.O. BOX 85463 | SAN DIEGO CA 92186 |
| 16 | 71041994141040103021 | TIA DANIELLE SMITH | 4011 S. HUBERT STREET | LOS ANGELES CA 90011 |
| 17 | 71041994141040103045 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | P.O. BOX 2026 | FLINT MI 48501 |
| 18 | 71041994141040103076 | TIA DANIELLE SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 19 | 71041994141040103090 | TIA SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 20 | 71041994141040103113 | AMERICAN MORTGAGE NETWORK, INC., A DELAW | C/O MORTGAGE ELECTRONIC REGISTRATION SYS FLINT MI 48501 | P.O. BOX 2026 |
| 21 | 71041994141040103137 | TIA SMITH TRUSTEE | TIA DANIELLE SMITH LOS ANGELES CA 90008 | 4011 HUBERT AVENUE |
| 22 | 71041994141040103168 | TIA SMITH TRUSTEE | TIA DANIELLE SMITH LOS ANGELES CA 90008 | 4011 HUBERT AVENUE |
| 23 | 71041994141040103182 | TIA SMITH | 4011 S HUBERT STREET | LOS ANGELES CA 90011 |
| 24 | 71041994141040103205 | TIA D SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008-2621 |
| 25 | 71041994141040103229 | TIA SMITH | 4011 HUBERT AVENUE | LOS ANGELES CA 90008-2621 |
| 26 | 71041994141040103243 | MERS | PO BOX 2026 | FLINT MI 48501-2026 |
| 27 | 71041994141040103274 | AMERICAN MORTGAGE NETWORK, INC | C/O MERS FLINT MI 48501-2026 | PO BOX 2026 |
| 28 | 71041994141040103298 | TIA SMITH TRUSTEE | 4011 HUBERT AVENUE | LOS ANGELES CA 90008 |
| 29 | 71041994141040103328 | TIA SMITH TRUSTEE | 4011 HUBERT AVENUE | LOS ANGELES CA 90008-2621 |

00/00/2011  16:10:27  499990   NATIONWIDE LEGA

4



# CAL-WESTERN RECONVEYANCE CORPORATION

T.S NO. 1241071-14

LOAN NO. 6453

## AFFIDAVIT OF MAILING SUBSTITUTION OF TRUSTEE
PURSUANT TO CALIFORNIA CIVIL CODE §2934a

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

THE UNDERSIGNED BEING SWORN, SAY(S):

A COPY OF THE SUBSTITUTION OF TRUSTEE HAS BEEN MAILED, PRIOR TO OR CONCURRENTLY WITH THE RECORDING THEREOF, IN THE MANNER PROVIDED IN SECTION 2934a OF THE CIVIL CODE OF CALIFORNIA, TO ALL PERSONS TO WHOM A COPY OF THE NOTICE OF DEFAULT WOULD BE REQUIRED TO BE MAILED BY THE PROVISIONS OF SUCH SECTION.

Dated: NOV - 5 2009

Susan Meyers

State of California
County of San Diego

On November 5, 2009 before me, Jeffrey Starling, a Notary Public, personally appeared Susan Meyers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.    (Seal)

Signature Jeffrey Starling

JEFFREY STARLING
COMMISSION # 1858755
Notary Public - California
SAN DIEGO COUTY
My Comm. Expires Jul. 24, 2013

ASUB DOC                                                                                Rev. 10/02/09

Cal-Western Reconveyance Corporation
525 East Main Street, El Cajon, California 92020 • P.O. Box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 • FAX: (619) 590-9299 • Website: www.cwrc.com