# EXHIBIT 27

# DUPLICATIVE OF EXHIBIT 11