# EXHIBIT 30

# EXHIBIT J

12-12020-mg Doc 9579-57 Filed 02/02/16 Entered 02/02/16 16:18:14 Exhibit 30 Page 1 of 1
Exhibit J to Claimants Third Amended Complaint (Trustees Deed Pg 3 of 5
Department of Corporations - Financial Services Licensee Listing



CA.gov | Job Opportunities | Contact Us

Search: This Site / California

**California Department of Corporations**

HOME  ABOUT  CONSUMERS  LICENSEES  LAWS/REGS  PRESS  ONLINE TOOLS

Home | fsd | licensees

# Financial Services Licensee Address Listing

**PLEASE NOTE:**

- This search includes records for the following Department of Corporations licensees:
  - Mortgage bankers and servicers
  - Finance lenders and brokers
  - Deferred deposit originators also called payday lenders
  - Escrow agents, and
  - Check sellers, bill payers and proraters
- Individual Mortgage Loan Originator (MLO) licenses should be checked through NMLS Consumer Access
- For other Department of Corporations licenses and registrations, please visit our Online Tools page.
- The following companies are licensed to provide online escrow services:
  - www.escrow.com
  - Elance Escrow Corporation

The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once visit California Real Estate and Financial Services License Information. The name must contain at least 2 letters.

Your search for ( 6038764 ) found the following ( 1 ) results:

| | | | | |
|---|---|---|---|---|
| Lic. Status: | No Longer Licensed as of 9/13/2007 | Lic. Date: | Aug 30 2005 | |
| Lic. Number: | 6038764 | Lic. Type: | California Finance Lender | |
| Name: | AMERICAN MORTGAGE NETWORK, INC. | | | |
| Address: | 10421 WATERIDGE CIRCLE, SUITE 250 SAN DIEGO, CA 92121 | | | |

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once visit California Real Estate and Financial Services License Information. The name must contain at least 2 letters.

◉ Company Name Contains ○ Company Name Begins With

◉ Active ○ Inactive ○ Both

Company Name: _____

License Number: _____

License Type: _____

City: _____

State: _____

Zip: _____

[ Search ]

CA.gov | Job Opportunities | Contact Us



California Department of
**Corporations**

Search
This Site    California

HOME    ABOUT    CONSUMERS    LICENSEES    LAWS/REGS    PRESS    ONLINE TOOLS

Home   fsd   licensees

## Financial Services Licensee Address Listing

**PLEASE NOTE:**
- This search includes records for the following Department of Corporations licensees:
  - Mortgage bankers and servicers
  - Finance lenders and brokers
  - Deferred deposit originators also called payday lenders
  - Escrow agents, and
  - Check sellers, bill payers and proraters
- Individual Mortgage Loan Originator (MLO) licenses should be checked through NMLS Consumer Access
- For other Department of Corporations licenses and registrations, please visit our Online Tools page.
- The following companies are licensed to provide online escrow services:
  - www.escrow.com
  - Elance Escrow Corporation

The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once visit California Real Estate and Financial Services License Information. The name must contain at least 2 letters.

Your search for ( 4130397 ) found the following ( 1 ) results:



| | | | |
|---|---|---|---|
| Lic. Status: | No Longer Licensed as of 4/19/2007 | Lic. Date: | Oct 09 2001 |
| Lic. Number: | 4130397 | Lic. Type: | Mortgage Banker (Main) |
| Name: | AMERICAN MORTGAGE NETWORK, INC. | | |
| Address: | 10421 WATERIDGE CIRCLE, SUITE 250  SAN DIEGO, CA  92121 | | |

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once visit California Real Estate and Financial Services License Information. The name must contain at least 2 letters.

◉ Company Name Contains   ○ Company Name Begins With

◉ Active   ○ Inactive   ○ Both

Company Name:

License Number:

License Type:

City:

State:

Zip:

[ Search ]



Back to Top | Conditions of Use | Privacy | Archives | Site Map
Copyright © 2012 State of California

http://www.corp.ca.gov/fsd/licensees/default.asp?flag=1&id=+4130397           6/19/2012

# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Annual/Biennial Statements
Filing Tips
Information Requests
(certificates, copies & status reports)
Service of Process
FAQs
Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, June 15, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | AMERICAN MORTGAGE NETWORK, INC. |
| Entity Number: | C2355473 |
| Date Filed: | 08/10/2001 |
| Status: | SURRENDER |
| Jurisdiction: | DELAWARE |
| Entity Address: | 10421 WATERRIDGE CIR |
| Entity City, State, Zip: | SAN DIEGO CA 92121 |
| Agent for Service of Process: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| Agent Address: | 2710 GATEWAY OAKS DR STE 150N |
| Agent City, State, Zip: | SACRAMENTO CA 95833 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2012    California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx                                        6/19/2012