# EXHIBIT 31

# EXHIBIT K

**This page is part of your document - DO NOT DISCARD**



**20111590675**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/23/11 AT 08:00AM**

Pages: 0003

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



LEADSHEET

201111230260004

00004992655

003638185

SEQ:
19

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

T35

WHEN RECORDED MAIL TO:

AURORA BANK, FSB
2617 COLLEGE PARK DRIVE
SCOTTSBLUFF NE 69361-2294

11/23/2011

*20111590675*

TRA # 000067
Trust No. 1241071-14

MAIL TAX STATEMENT TO:

Same as above

Space Above This Line For Recorder

Documentary Transfer Tax $.00
X Grantee was/~~was not the~~ foreclosing beneficiary.
consideration $362,500.00
unpaid debt $685,480.47
non exempt amount $
__ Computed on the consideration or value of property conveyed.
__ Computed on the consideration of value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 5033-016-023         Kolette Modlin

## TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION** (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
**AURORA LOAN SERVICES LLC** (herein called Grantee) the real property in the county of **LOS ANGELES**, State of California described as follows:

LOT 23 OF TRACT 11193, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 202, PAGES 18 AND 19 OF MAPS, RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF SAID LOS ANGELES COUNTY.
The street address and other common designation, if any, of the real property described above is purported to be:
**4011 HUBERT AVENUE
LOS ANGELES CA 90008**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
**TIA DANIELLE SMITH, AN UNMARRIED WOMAN** as Trustor, recorded **December 08, 2006**, as Document No. 20062729009, in Book XX, page XX, of Official Records in the Office of the Recorder of LOS ANGELES County, California; and pursuant to the Notice of Default recorded **September 24, 2009**, as Document No. 09-1452803 in Book XX, page XX of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

NTDUSCA.DOC

Page 1 of 2

3

TRA #   000067
Trust No. 1241071-14

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **November 16, 2011** to said Grantee, being the highest bidder therefore, for **$362,500.00** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated: November 16, 2011

_____
Susan Smothers, A.V.P.

State of California )
County of San Diego)

Rosalyn Hall

On __NOV 17 2011__ before me, _____,
a Notary Public, personally appeared _____Susan Smothers, A.V.P._____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal                                (Seal)

Signature _____

ROSALYN HALL
COMM. #1793727
Notary Public - California
San Diego County
My Comm. Expires Mar. 16, 2012

TDUSCA.DOC                                                                              Page 2 of 2