# EXHIBIT 32

# EXHIBIT M



MERS® ServicerID Results

**Process Loans, Not Paperwork™**

www.mers-servicerid.org

5 records matched your search:

---

MIN: 1001337-0001458300-2    Note Date: 06/21/2006    MIN Status: Inactive

Servicer: Bank of America, N.A.    Phone: (800) 669-6607
Simi Valley, CA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

---

MIN: 1001310-2060989130-2    Note Date: 11/13/2006    MIN Status: Inactive

Servicer: Aurora Bank FSB    Phone: (308) 220-2240
Scottsbluff, NE

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

---

MIN: 1001222-0000026067-6    Note Date: 01/06/2003    MIN Status: Inactive

Servicer: Aurora Loan Services LLC    Phone: (308) 220-2240
Scottsbluff, NE

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

---

MIN: 1001120-6568758385-2    Note Date: 11/10/2004    MIN Status: Inactive

Servicer: CitiMortgage, Inc.    Phone: (800) 283-7918
O'Fallon, MO

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

---

MIN: 1001120-6568758366-2    Note Date: 11/17/2004    MIN Status: Inactive

Servicer: FDIC as Receiver for IndyMac Federal Bank, FSB    Phone: (888) 206-4662
Dallas, TX

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

---

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2012 by MERSCORP Holdings, Inc.

Select borrower type and enter borrower information to see Investor for MIN 1001310-2060989130-2.

◉ Investor for Individual Borrower

Your entries may be either upper or lower case.
Fields marked are required.

* Last Name: smith

* SSN: ▓▓▓ - ▓▓ - 2841

* ☐ By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

*

[ Submit ]

○ Investor for Corporation/Non-Person Entity Borrower

Your entries may be either upper or lower case.
Fields marked are required.

* Corporation/Non-Person Entity Name: _____

* Taxpayer Identification Number: _____

* ☐ By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

*

[ Submit ]

Servicer: Aurora Bank FSB                           Phone: (308) 220-2240
         Scottsbluff, NE

Investor: Deutsche Bank National Trust Company Americas as Trustee

[ Close Window ]