# EXHIBIT 33

# EXHIBIT N

| | | |
|---|---|---|
| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br>AURORA BANK<br>2617 COLLEGE PARK<br>PO BOX 1706<br>SCOTTSBLUFF   NE 69361-1706<br>1-866-521-3828 | ☐ CORRECTED (if checked)<br>OMB No. 1545-0877<br>**2011**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
| BORROWER'S name, street address (including apt. no.), city, state, and ZIP code<br>1-704-64486-0003010-001-1-000-000-000-000<br>TIA DANIELLE SMITH<br>4011 HUBERT AVE<br>LOS ANGELES   CA 90008 | 1 Date of lender's acquisition or knowledge of abandonment<br>11-16-11 | 2 Balance of principal outstanding<br>$ 594,669.63 | **Copy B<br>For Borrower** |
| | 3 | 4 Fair market value of property<br>$ 362,500.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | 5 If checked, the borrower was personally liable for repayment of the debt ▶ [X] | |
| | 6 Description of property<br>4011 HUBERT AVE<br>LOS ANGEL CA 90008 | |
| | LENDER'S federal identification no.<br>51-0073416 | BORROWER'S identification no.<br>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 | |
| | Account number (see instructions)<br>0021796453 | | |

Form **1099-A**               (Keep for your records)               Department of the Treasury - Internal Revenue Service

### Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. You also may have a loss from abandonment up to the adjusted basis of the property at the time of abandonment. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about foreclosures and abandonments.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.