# EXHIBIT 35

# EXHIBIT P

*Will*

# AURORA LOAN SERVICES

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

## REPAYMENT AGREEMENT

3640021796453534CL08006-17-08

Tia Danielle Smith
4011 Hubert Ave
Los Angeles          CA   90008-

RE:  Loan No. 0021796453

This Agreement made June 17, 2008 by and between AURORA LOAN SERVICES
("Lender") and Tia Danielle Smith (Borrower).

### RECITALS

    WHEREAS, Lender is the holder and/or servicer of a certain Note made
by Borrower(s) on November 13; 2006 in the original principal amount of
$ 556,000 secured by a Security Instrument of even date therewith on
the property located at 4011 Hubert Ave, Los Angeles CA 90008.

    WHEREAS, Borrower(s) are in default in the payment of monthly
installments of principal, interest, escrow and other payments due under
the Note and Security Instrument, and have incurred additional expenses
due under said Note and Security Instrument, for a total sum of arrears
now due of $      7,624.04 , consisting of the amounts set forth below:

1.  Unpaid monthly payment(s) from 03-01-08 through 06-17-08
                                          $      8,251.12
2.  Accrued Late Charges                  $        398.14
3.  NSF Charges                           $           .00
4.  Corporate Advances/Other Fees*        $         12.00
5.  Credit (suspense balance/partial payment)  $    1,037.22
Total Amount Due (the "Arrearage"):       $      7,624.04

 * Corporate Advances include but are not limited to property inspection
fees, property preservation fees, legal fees, appraisal fees, BPO fees,
title report fees, recording fees, and subordination fees.  Other fees
may include short payment advances and speed ACH fees.

    WHEREAS, as a result of Borrower(s)' default, Lender has the right
to require Borrower(s) to make immediate payment in full of all monies
remaining unpaid under the Note and Security Instrument.

    WHEREAS, Borrower(s) have requested and Lender has agreed to allow
Borrower(s) to repay the Arrearage pursuant to a repayment plan on the
terms set forth herein.



AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

## AGREEMENT

NOW, THEREFORE, in consideration of the above Recitals and the promises and mutual covenants herein contained, the parties hereto agree as follows:

1.  **Term.** Unless Lender otherwise agrees in writing, the term of this Agreement shall be deemed to expire on the date the last payment is due from the Borrower(s) under paragraph 3 below.

2.  **Borrower(s) Admissions.** Borrower(s) admit the Arrearage and represent that there are no defenses, offsets or counter-claims of any nature whatsoever to such amounts owing.

3.  **Borrower(s) Payment of Arrears.** Borrower(s) shall repay the arrearage as follows:

     a.  By executing and returning this Agreement along with the initial installment by the due date and by paying to the Lender monthly plan payments as set forth below. Plan payments are to be paid on or before the installment due date.

| PLAN | DATE | AMT | PLAN | DATE | AMT |
|------|----------|----------|------|----------|----------|
| 01 | 07/01/08 | 2,062.78 | 02 | 08/01/08 | 2,088.32 |
| 03 | 09/01/08 | 2,088.32 | 04 | 10/01/08 | 9,635.74 |

     b.  Subject to paragraph 12, upon complying with all of the terms of this Agreement, Borrower(s)' Arrearage will be brought current. Borrower(s) will therafter receive a monthly billing statement reflecting the current status of the loan and Borrower(s)' regular monthly payment amount. Borrower(s) agree to then resume making the regular monthly payments required under the Note.

4.  **Default.** If Borrower(s) fail to make any of the payments specified in paragraph 3 above on the due dates and in the amount stated, or otherwise fail to comply with each and all of the terms and conditions herein, Lender, at its sole option, may terminate this Agreement without further notice to Borrower(s) and, except as otherwise provided herein, this Agreement shall be of no further force and effect. In such case, all amounts that are owing under the Note and Security Instrument and this Agreement shall become immediately due and payable.

Loan No. 0021796453
Page 2 of 5



AURORA LOAN SERVICES LLC.

# AURORA LOAN ●RVICES

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

5.  <u>No Waiver.</u>  Nothing contained herein shall constitute a waiver of any or all of the Lender's rights or remedies including the right to commence/continue collection proceedings, including but not limited to a foreclosure action.  Failure by Lender to exercise any right or remedy under this Agreement or as otherwise provided by applicable law shall not be deemed to be a waiver thereof.  For example, if Lender decides to accept a partial or untimely payment from Borrower(s) instead of returning such payment or terminating this Agreement as provided herein, Lender shall not be precluded from rejecting a subsequent partial or untimely payment, terminating this Agreement, or taking any other action permitted by applicable law.

6.  <u>Status of Default</u>.  The Borrower(s)  acknowledge:
a.  that if Lender previously notified the Borrower(s) that the Note and Security Instrument is (or will be) accelerated and/or due in full, such loan documents remain accelerated and/or due in full, although Borrower(s) may be entitled by law to cure such default by bringing the loan current rather than paying it off. Lender's acceptance of any payments from Borrower(s) which, individually, are less than the total amount due to cure the default described herein shall in no way prevent Lender from continuing with collection action, or require Lender to re-notify Borrower(s) of such default, re-accelerate the loan, reissue any notice recommence any process prior to Lender proceeding with collection action; and,
b.  that if, before all Arrearages are paid in full, Borrower(s) or any other party with an interest in the property become subject to a proceeding in bankruptcy, or if the loan otherwise is subject to protection under bankruptcy laws, Borrower(s) hereby understand and agree that all or parts of this Agreement may become invalid and/or that, unless expressly prohibited by law, Lender, at its option, may terminate this Agreement.

7.  <u>No Modification.</u> Except as otherwise temporarily provided in this Agreement, the Note and Security Instrument, and any amendments thereto, are ratified and confirmed and shall remain in full force and effect.

8.  <u>Methods of Making Payments.</u>  The payments Borrower(s) send to Lender pursuant to this Agreement shall be applied, at Lender's sole first to the oldest payments due.  Any amounts received by Lender which are less than the full payment then due and owing under this Agreement shall be, at Lender's sole option, (1) returned to Borrower(s), or (2) held by Lender in partial payment balance until a sufficient sum is received by Lender to apply a full payment.  If this Agreement is canceled and/or terminated for any reason, any remaining funds in this partial payment balance shall be credited towards Borrower(s)' remaining obligation owing in connection with the loan and shall not be refunded. All payments made to Lender under this Agreement shall (i) contain the Lender's loan number shown above, (ii) unless otherwise agreed to by the lender, be payable by means of cashier's check, Western Union (code city: Bluff, NE) money order, or certified check and (iii) sent to AURORA LOAN SERVICES Attn: Cashiering Department, PO Box 5180, Denver CO  80217-5180.



AURORA LOAN SERVICES LLC.

Loan No. 0021796453
Page 3 of 5

# AURORA LOAN ●RVICES

2617 COLLEGE PARK · P.O. BOX 1706 · SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 · FAX: 303-728-7648

9.   Credit Reporting.  The pre-Agreement status of your loan will
be reported monthly to all respective credit reporting agencies for the
duration of this Agreement and thereafter.  Accordingly, Lender will
report your loan as delinquent if your loan is not completely current
under the loan documents, even if you make timely payments to Lender
under this Agreement.  However, Lender will disclose that you are in a
repayment plan.  This Agreement does not constitute an agreement
by Lender to waive any reporting of the delinquency status of your loan
payments. Lender specifically reserves any rights it may have relating
to your loan, including any rights it may have under your Note and
Security Instrument.

10.   Property Taxes, Other Amounts You Agreed to Pay in Your Loan
Documents, and Insurance.  If Lender does not maintain an escrow account
with respect to your loan, it is your responsibility to pay all property
taxes, other amounts you agreed to pay, and premiums for insurance by their
due date, as required in your loan documents.  If Lender does maintain an
escrow account with respect to your loan, you agree to forward to Lender,
as part of your payments under paragraph 3b, the amounts required to
permit the escrow account to contain a sufficient balance so that payments
for property taxes and insurance may be made on time.  The failure to pay
property taxes, other amounts, or insurance before their due date, or if
there is an escrow account, to forward to Lender funds so that such
payments may be made from your escrow account, shall constitute an event
of default hereunder.

11.   Entire Agreement.  This Agreement sets forth all of the
promises, covenants, agreements, conditions and understandings between
the parties hereto with respect to the subject matter hereof.  This
Agreement supersedes all prior understandings, inducements or conditions,
express or implied, oral or written, with respect thereto except as
contained or referred to herein.  This Agreement may not be amended,
waived, discharged or terminated orally but only by an instrument in
writing.

12.   Reinstatement.  In the event Borrower(s) cure the arrears by
making all the payments required under this Agreement, and are current
with the payments then due, and no event of default exists under the
loan documents and this Agreement, Lender shall reinstate the Note and
Security Instrument according to their original terms and conditions.
Due to adjustments which periodically occur to tax and insurance
payments, and in interest rates on adjustable rate mortgages over the
course of a plan, it is likely that some adjustment to the regular
payments may occur which could impact the reinstatement of this account.
The Borrower(s) acknowledge that this may occur and that an adjustment
may be necessary to the plan or to their payment amount upon completion
of the plan.  In the absence of such adjustment, the loan will not be
completely reinstated by the plan.



AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

13.   <u>Time is of the Essence.</u>  The Borrower(s) agree and understand that TIME IS OF THE ESSENCE as to all of the Borrower(s) obligations under this Agreement.  There is no grace period as to any of such obligations.

14.   <u>Assignment by Borrower(s) Prohibited</u>.  This Agreement shall be non-transferable by the Borrower(s).

15.   <u>Bankruptcy Discharge.</u>  Lender recognizes that if you have received a discharge in Bankruptcy, and you were a borrower on the loan that is the subject of this Agreement at the time of the filing of such bankruptcy, this discharge relieves you of all personal liability on the loan and Lender may not attempt to collect this debt from you personally. This Agreement in no way attempts to revive a discharged debt or impose personal liability against you on any such discharged debt; provided, however, in the event of a default, Lender retains the right to enforce its lien against the property, which includes foreclosure.

16.   <u>Fair Debt Collection Practices Act Notice.</u> Subject to paragraph 15 above, you are advised that this communication is from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have any questions regarding this matter, feel free to contact one of our Loan Counselors at the address above or by calling 800-550-0509.

IN WITNESS HEREOF the parties hereto have caused this Agreement to be duly executed as of the date signed.

Dated: _____6/21/08_____          _____
                                 Tia Danielle Smith

Dated: _____          _____

                                 Aurora Loan Services

Dated: June 17, 2008      By: _____
                          Title: _____

SPACE BELOW THIS LINE IS FOR AURORA LOAN SERVICES USE ONLY

_____

Approving Officer: _____   Date: _____

                                   Loan No. 0021796453
                                   Page 5 of 5
                                   CL082


AURORA LOAN SERVICES LLC.