# EXHIBIT 36

# EXHIBIT R

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

WORKOUT AGREEMENT

BY AND BETWEEN AURORA LOAN SERVICES

AND

Tia Danielle Smith

Property Address: 4011 Hubert Ave                    Loan No. 0021796453
                  Los Angeles CA 90008

This Workout Agreement is made January 08, 2009, by and between AURORA LOAN
SERVICES ("Lender") located at 2617 College Park, Scottsbluff, NE  69361,
and Tia Danielle Smith ("Customer").

        WHEREAS, Lender is the servicing agent and/or the owner and
holder of a certain Note dated 11-13-06, executed and delivered by
Customer, in the original principal amount of $ 556,000 (the "Note").
The Note is secured by a mortgage, deed of trust or comparable security
instrument dated 11-13-06, (the "Security Instrument"), on the property
located at the address specified above (the "Property").  The Note and
Security Instrument are collectively referred to as the "Loan Documents".

        WHEREAS, Customer is in default under the Loan Documents,
has failed to make payment of monthly installments of principal,
interest, and escrow, if any, and has incurred additional expenses
authorized under the Loan Documents, resulting in a total arrearage
now due of $ 13,024.44, as more particularly set forth below:

Unpaid monthly payment(s) of PITI* from 08-01-08 through and including
01-08-09                                              $    12,531.38
Accrued Late Charges                                         398.14
NSF Charges                                                     .00
Legal Fees                                                     .00
Corporate Advances**                                        241.00
Other Fees***                                                  .00
Minus Credit (suspense balance/partial payment)             146.08
Total Amount Due (the "Arrearage")                    $    13,024.44

---

    * "PITI" means the monthly payment of principal, interest, and escrows,
      required, for taxes and insurance premium installments.
   ** "Corporate Advances" include, but are not limited to, property
      inspection fees, property preservation fees, legal fees, foreclosure
      fees and costs, appraisal fees, BPO (i.e. broker price opinion) fees,
      title report fees, recording fees, and subordination fees.
  *** "Other Fees" include, but are not limited to, short payment advances
      and Speed ACH fees.



EQUAL HOUSING
LENDER    AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No. 0021796453                                    Page 2 of 5

WHEREAS, as a result of Customer's default, Lender (i) has the
right to accelerate, and to require Customer to make immediate payment in
full, all of the sums owed under the Note and secured by the Security
Instrument, (ii) has so accelerated and declared due in full all such
sums, and (iii) may have already commenced foreclosure proceedings to
sell the Property.

WHEREAS, as of the date of execution of the Agreement,
Lender has not commenced Foreclosure proceedings to sell the property
by legal filing in the county and state where the Property is located
A Foreclosure sale has not been scheduled.

WHEREAS, customer has requested Lender's forbearance in
exercising its rights and remedies under the default provisions of the
Loan Documents and with regard to any foreclosure action that may now
be pending.

WHEREAS, Customer has requested and Lender has agreed to allow
Customer to repay the Arrearage pursuant to a loan work-out arrangement
on the terms set forth herein.

NOW, THEREFORE, in consideration of the promises and mutual
covenants herein contained, the parties hereto agree as follows:

1. <u>Term</u>. This Agreement shall expire on the "Expiration Date,"
as defined in Attachment A.

2. <u>Lenders Forbearance</u>. Lender shall forbear from exercising any
or all of its rights and remedies now existing or arising during the
term of this Agreement under the Loan Documents, provided there is no
"Default", as such term is defined in paragraph 5.

3. <u>Customer's Admissions</u>. Customer admits that the Arrearage
is correct and is currently owing under the Loan Documents, and
represents, agrees and acknowledges that there are no defenses, offsets,
or counterclaims of any nature whatsoever to any of the Loan Documents
or any of the debt evidenced or secured thereby.

Customer admits and agrees that any and all postponements of a
foreclosure sale, made during the term of this Agreement or in
anticipation of this Agreement, are done by mutual consent of the
Customer and Lender and that, to the extent allowed by applicable law,
any such foreclosure sale may be postponed from time to time until the
loan evidenced by the Note is fully reinstated or the foreclosure sale is
consummated. Lender shall be under no obligation to dismiss a pending
foreclosure proceeding until such time as all terms and conditions of
this Agreement and Attachment A have been fully performed.

4. <u>Terms of Workout</u>. See Attachment A, which is made a part
hereof.



EQUAL HOUSING
LENDER       AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No. 0021796453                                             Page 3 of 5

5.  <u>Default</u>.  If Customer fails to make any of the payments
specified in Attachment A on the due dates and in the amount stated, or
otherwise fails to comply with any of the terms and conditions herein or
therein (any such even hereby defined as a "Default"), Lender, at its
sole option, may terminate this Agreement without further notice to
Customer.  In such case, all amounts that are then owing under the Note,
the Security Instrument, and this Agreement shall become immediately due
and payable, and Lender shall be permitted to exercise any and all
rights and remedies provided for in the Loan Documents, including, but
not limited to, immediate commencement of a foreclosure action or
resumption of a pending foreclosure action without further notice to
Customer.

6.  <u>No Waiver</u>.  Nothing contained herein shall constitute a waiver
of any of all of the Lender's rights or remedies, including the right
to commence or resume foreclosure proceedings.  Failure by Lender to
exercise any right or remedy under this Agreement or as otherwise
provided by applicable law shall not be deemed to be a waiver thereof.1

7.  <u>Status of Default and Foreclosure</u>.  Customer acknowledges that
if the Lender previously notified the Customer that the account was in
default, that the Note and Security Instrument are accelerated and
the debt evidenced by the Note is due in full, the account remains in
default, such Loan Documents remain accelerated, and such debt due in
full, although Customer may be entitled by law to cure such default by
bringing the loan evidenced by Note current rather than paying it in
full.   Lender's acceptance of any payments from Customer which,
individually, are less than the total amount due to cure the default
described herein shall in no way prevent Lender from continuing with
collection action, or require Lender to re-notify Customer of such
default, re-accelerate the loan, re-issue any notice, or resume any
process prior to Lender proceeding with collection action if Customer
Defaults.  Customer agrees that a foreclosure action if commenced by
the Lender against Customer will not be withdrawn unless Lender
determines to do so by applicable law.  In the event Customer Defaults,
the foreclosure will commence, or resume from the point at which it
was placed on hold, without further notice.

8.  <u>Limited Modification</u>.  Except as otherwise provided in this
Agreement, the Note and Security Instrument, and any amendments
thereto, are ratified and confirmed and shall remain in full force and
effect.

---

1 A typical example of this would be if Lender decides to accept a partial
or untimely payment from Customer instead of returning such payment or
terminating this Agreement as provided herein, Lender shall not be
precluded from rejecting a subsequent partial or untimely payment,
terminating this Agreement, or taking any other action permitted by
applicable law.



EQUAL HOUSING
LENDER    AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No. 0021796453                                     Page 4 of 5

9.  <u>Application of Payments</u>.  The payments received by Lender from
Customer pursuant to this Agreement shall be applied, at Lender's sole
option, first to the earliest monthly payment under the Note that is due.
Any amounts received by Lender that are less than the full payment under
then due and owing under this Agreement shall be, at Lender's sole
option, (1) returned to Customer, or (2) held by Lender in partial or
suspense payment balance until sufficient sum is received by Lender to
apply a full payment.  If this Agreement is canceled and/or terminated
for any reason, any remaining funds in this partial or suspense payment
balance shall be credited towards Customer's remaining obligation
owing in connection with the loan and shall not be refunded.

10.  <u>Methods of Making Payments</u>.  All payments made to Lender under
this Agreement shall (i) contain the Lender's loan number shown above,
(ii) unless otherwise agreed to by the Lender, be payable in certified
funds by means of cashier's check, Western Union (code city: Bluff,NE)
money order, or certified check, and (iii) be sent to AURORA LOAN SERVICES
as specified in Attachment A.  Any payment made other than strictly
pursuant to the requirements of this paragraph 10 and Attachment A shall
not be considered to have been received by Lender, although Lender may,
in its sole discretion, decide to accept any non-conforming payment.

11.  <u>Credit Reporting.</u>  The payment status of Customer's loan in
existence immediately prior to execution of this Agreement will be
reported monthly to all credit reporting agencies for the duration of
this Agreement and thereafter.  Accordingly, Lender will report the
loan subject to this Agreement as delinquent if the loan is not paid
current under the Loan Documents, even if Customer makes timely payments
to Lender under this Agreement.  However, Lender may disclose that
Customer is in a repayment or work-out plan.  This Agreement does not
constitute an agreement by Lender to waive any reporting of the
delinquency status of loan payments.

12.  <u>Property Taxes, Insurance, and Other Amounts</u>.  If Customer's
loan is not escrowed for taxes and insurance premium payments, it is
Customer's responsibility to pay all property taxes, premiums for
insurance, and all other amounts Customer agreed to pay as required
under the terms of the Loan Documents.  Customer's failure to pay
property taxes, amounts owed on any senior lien security instrument,
other amounts that may attain priority over the Security Instrument,
or insurance premiums, in each case before their due date, shall
constitute a Default hereunder.

13.  <u>The Entire Agreement</u>.  This Agreement sets forth all of the
promises, covenants, agreements, conditions and understandings between
the parties hereto with respect to the subject matter hereof.  This
Agreement supersedes all prior understandings, inducements or conditions,
express or implied, oral or written, with respect thereto except as
contained or referred to herein.  This Agreement may not be amended,
waived, discharged or terminated orally but only by an instrument in
writing.

EQUAL HOUSING
LENDER        AURORA LOAN SERVICES LLC.

AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No. 0021796453                                                     Page 5 of 5

14.  <u>Time is of the Essence.</u>  The Customer agrees and understands
that TIME IS OF THE ESSENCE as to all of the Customer's obligations under
this Agreement.  The grace period for monthly payments under the Loan
Documents will not apply to payment under this Agreement.  Therefore,
the Lender must receive the payments under this Agreement on or before
the Due Dates specified in Attachment A.

15.  <u>Assignment by Customer Prohibited</u>.  This Agreement shall be
non-transferable by Customer.  However, if the legal or beneficial
interest or the servicing of this loan is transferred by Lender,
this Agreement inures to the benefit of any subsequent servicer or
beneficial interest holder of the Note.

16.  <u>Severability</u>.  To the extent that any word, phrase,
clause, or sentence of this Agreement shall be found to be illegal or
unenforceable for any reason, such word, phrase, clause, or sentence
shall be modified or deleted in such a manner so as to make the
Agreement, as modified, legal and enforceable under applicable law, and
the balance of the Agreement or parts thereof shall not be affected
thereby, the balance being construed as severable and independent;
provided that no such severability shall be effective if it materially
changes the economic benefit of this Agreement to either party.

17.  <u>Execution in Counterparts</u>.  This Agreement may be executed
and delivered in two or more counterparts, each of which, when so
executed and delivered, shall be an original, but such counterparts
shall together constitute but one and the same instrument and Agreement.
Facsimile signatures shall be deemed as valid as originals.

18.  <u>Customer Contact</u>.  If Customer has any questions regarding
this matter, Customer should contact one of Lender's Loan Counselors at
the address above or by calling 800-550-0509.

IN WITNESS HEREOF, the parties hereto have caused this Agreement
to be duly executed as of the date signed.

Dated:  ___1/28/09___                    _____
                                          Tia Danielle Smith Borrower

Dated:  _____              _____
Aurora Loan Services
Dated:  _____              _____

Aurora Loan Services is a debt collector.  Aurora is attempting to
collect a debt and any information obtained will be used for that
purpose.  However, if you are in bankruptcy or received a bankruptcy
discharge of this debt, this communication is not an attempt to collect
the debt against you personally, but is notice of a possible enforcement
of the lien against the collateral property.


EQUAL HOUSING
LENDER    AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

### ATTACHMENT A-STIPULATED PAYMENTS

a.1  For purposes of repayment of the Arrearage, Customer shall remit
four (4) consecutive stipulated monthly payments each in the
amount of $2100.00 (each, a "Plan payment").  On or before
02/01/2009 (the "Agreement Return Date"), Customer shall
execute and return the Agreement, including this Attachment A,
in accordance with the following instructions:

| If by overnight mail service to | or if by US Postal Services to |
|---|---|
| Aurora Loan Services | Aurora Loan Services |
| Attention: Home Retention | Attention: Home Retention |
| 2617 College Park | P.O. Box 1706 |
| Scottsbluff, NE 69361 | Scottsbluff, NE 69363-1706 |

The Agreement will be of no force and effect unless Lender receives
the executed Agreement, including Attachment A, as well as the first
Plan payment by the Agreement Return Date.  Customer shall remit
to Lender the first Plan payment, in the amount specified above,
made payable to Aurora Loan Services in certified funds by
means of cashier's check, money order, Western Union (code city:
Bluff, NE), or certified check.  All Plan payments, including the
first Plan payment, shall contain the Lender's loan number shown
in the Agreement and, unless otherwise agreed to by the Lender,
shall be payable in certified funds as described above are to be
sent to Lender's Payment Processing Center in accordance with the
following instructions:

| If by overnight mail service to | or if by US Postal Services to |
|---|---|
| Aurora Loan Services | Aurora Loan Services |
| Attention: Cashiering Department | Attention: Cashiering Department |
| 10350 Park Meadows Drive | P.O. Box 5180 |
| Littleton, CO 80124 | Denver, CO 80217-5180 |

a.2  Plan payments are to be paid on or before the 01 day
of every month (each, a "Due Date").  Lender must receive each
Plan payment by the Due Date of each month.  The Agreement
shall expire on the Due Date of the last Plan payment
contemplated by section a.1 above (the "Expiration Date").
At the time Customer makes the third (3rd) Plan payment under
this Agreement, it shall be the Customer's responsibility to provide
Aurora with accurate and complete financial information in support
of the Customer's request for a loan modification or other workout
option. Customer must also provide Lender with a completed
Borrower's Financial Statement and proof of income (copies of
Customer's two (2) most recent pay stubs) to enable Lender to
properly evaluate Customer's current financial situation and the
Customer's request for a loan modification or other loan workout
option.  Tender of the last Plan payment shall not be deemed
acceptance by Aurora of a workout plan or loan modification.

AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

Loan No. 0021796453

b.    The aggregate Plan payment will be insufficient to pay the Arrearage. At the Expiration Date, a portion of the Arrearage will still be outstanding.  Because payment of the Plan payments will not cure the Arrearage, Customer's account will remain delinquent. Upon the Expiration Date, Customer must cure the Arrearage through a full reinstatement, payment in full, loan modification agreement or other loan workout option that Lender may offer (individually and collectively, a "Cure Method.")   Customer's failure to enter into a Cure Method will result in the loan being disqualified from any future Lender Home Retention Group program with respect to the loan evidenced by the Note, and regular collection activity will continue, including, but not limited to, commencement or resumption of the foreclosure process, as specified in paragraphs 5 and 7 of the Agreement.

IN WITNESS HEREOF, the parties hereto have caused this Attachment A to be duly executed as of the date signed below.

Dated: ___1/28/09_____          _____
                                  Tia Danielle Smith Borrower

Dated: _____          _____

Aurora Loan Services

Dated: _____          By: _____

                                 Title: _____



EQUAL HOUSING LENDER      AURORA LOAN SERVICES LLC.

# AURORA LOAN SERVICES

10350 PARK MEADOWS DRIVE • LITTLETON, CO 80124 • PHONE: 800-550-0508 • FAX: 308-635-3145

January 08, 2009

3640021796453534LM02901-08-09

RE:    Loan No. 0021796453
       Borrower(s): Tia Danielle Smith

       Property Address: 4011 Hubert Ave
                         Los Angeles CA 90008

       ITEMIZATION OF FEES, COSTS AND OTHER CHARGES

Dear Customer(s):

This Addendum supplements the Attached Letter.

Below is a detailed itemization of the unpaid fees, costs and other
charges due on the above-referenced loan.

| Description | Unpaid Balance |
|---|---|
| Post Liquidation Transaction | $36.00 |
| Property Value Fee | $205.00 |

EQUAL HOUSING
LENDER    AURORA LOAN SERVICES LLC.