# EXHIBIT 40

# EXHIBIT V

DISCHARGE OF MORTGAGE Page 2 of 2

AURORA LOAN SERVICES, LLC
On January 6th, 2010

By: _____
THEODORE SCHULTZ, Assistant
Vice-President



STATE OF Nebraska
COUNTY OF Scotts Bluff

ON January 6th, 2010, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, Assistant Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
IRENE GUERRERO
Notary Expires: 09/14/2013

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2013

(This area for notarial seal)

*LLE*LLEALS*01/06/2010 07:51:03 AM* ALS*01ALS000000000000000000014732* MASOUTH* 0033140815 MASTATE_MORT_REL **0SEALS*

Dated: 09/01/1999 Recorded: 09/07/1999 in Book/Reel/Liber: 100 Page/Follo: 12228 as Instrument No.: 4458 in the records of the County Recorder of Pottawattamie State of Iowa

Property Address: 501 N 27TH ST, COUNCIL BLUFF, IA 51501

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly executed as a free act and deed the foregoing instrument.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
On October 5th, 2009

By: _____
THEODORE SCHULTZ, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON October 5th, 2009, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, Vice-President, personally

DISCHARGE OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOUSEHOLD BANK, F.S.B. IT'S SUCCESSORS AND ASSIGNS
On July 15th, 2009

By: *[signature]*
THEODORE SCHULTZ, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON July 15th, 2009, before me, DARLINE DIETZ, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
DARLINE DIETZ
Notary Expires: 03/22/2010

GENERAL NOTARY-State of Nebraska
DARLINE DIETZ
My Comm. Exp. March 22, 2010

(This area for notarial seal)

DISCHARGE OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC ) IT'S
SUCCESSORS AND ASSIGNS
On October 1st, 2009

By: _____
THEODORE SCHULTZ, Vice-President



STATE OF Nebraska
COUNTY OF Scotts Bluff

On October 1st, 2009, before me, ROBERTA A. RUMMEL, a Notary Public in and for Scotts Bluff in the
State of Nebraska, personally appeared THEODORE SCHULTZ, Vice-President, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
ROBERTA A. RUMMEL
Notary Expires: 09/18/2010



(This area for notarial seal)

Pottawattamie County, IA **2009-006292**
Recorded: John Sciortino
Book-Page: 2009-006292
File Time: 05/08/2009 @ 10:18:00 AM
Rec-$10.00 Aud-$0.00 RMA-$1.00 ECH-$1.00
Current Transfer Tax Paid: $0.00

R Fee 10.00
A Fee ___
T Tax ___

Prepared By: Carol Self, AURORA LOAN SERVICES 2617 COLLEGE PARK, PO BOX 1706, SCOTTSBLUFF, NE 69363-1706 308-635-3500

Return By Mail To:
THEODORE SCHULTZ
AURORA LOAN SERVICES LLC.
2617 COLLEGE PARK
P.O. BOX 1706
Scottsbluff, NE 69363-1706

RETURN ENVELOPE

## SATISFACTION OF MORTGAGE

AURORA LOAN SERVICES LLC. #:0015742067 "ELLIOTT" Lender ID:N32/010/1893461057 Pottawattamie, Iowa
MERS #: 100193300003135821 VRU #: 1-888-679-6377

KNOW ALL MEN BY THESE PRESENTS that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HAMILTON MORTGAGE COMPANY IT'S SUCCESSORS AND ASSIGNS whose address is 3300 SW 34TH AVE, SUITE 101, OCALA, FL 34474 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Grantor: JOHN E ELLIOTT AND ANN M ELLIOTT HUSBAND AND WIFE
Original Grantee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HAMILTON MORTGAGE COMPANY, AN ARIZONA CORPORATION IT'S SUCCESSORS AND ASSIGNS
Dated: 07/16/2003 Recorded: 07/28/2003 in Book/Reel/Liber: 104 Page/Folio: 02047 as Instrument No.: 2062 in the records of the County Recorder of Pottawattamie State of Iowa.

Property Address: 3332 9TH AVE, COUNCIL BLUFFS, IA 51501

IN WITNESS WHEREOF, the undersigned, by the officer duly authorized, has duly executed as a free act and deed the foregoing Instrument.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HAMILTON MORTGAGE COMPANY IT'S SUCCESSORS AND ASSIGNS
On May 4th, 2009

By: _____
THEODORE SCHULTZ, Vice-President



*TDM*TDOALSI*05/04/2009 08:32:38 AM* ALSI01ALSI0000000000000000586603* IAPOTTA* 0015742067 IASTATE_MORT_REL *CIXIALSI*