# EXHIBIT 43

The following documents produced by Claimant supporting her claim for litigation expenses, attorneys fees, loss of income, profits taken by the servicing scheme, including mortgage payments made to Homecomings/GMACM:

A. Residential Lease Agreement (Barnett)
B. Residential Lease Agreement (DeLoatch)
C. Business Profit and Loss (Revive! a hair spa)
D. Medical Expenses
E. Medical Prescription Expenses
F. Postage & Shipping Expenses
G. Supplies Expenses
H. Dental Expenses
I. Market Analyses for Subject Property
    (1) Prepared by Demetrius Calip CalBRE: 01355391 LRG Realty Group on December 3, 2015 with Supplemental Analysis from LRG Realty Group
    (2) Prepared by Realtors Property Resource on December 4, 2015
J. Court and Official Document Costs Required for Defense of Claimant's Homestead
K. Attorneys Fees Required for Defense of Claimant's Homestead