# EXHIBIT 43-C

Business Profit and Loss (Revive! a hair spa)
(1) Prepared by Demetrius Calip CalBRE: 01355391 LRG Realty Group on December 3, 2015
with Supplemental Analysis from LRG Realty Group
(2) Prepared by Realtors Property Resource on December 4, 2015
Market Analysis for Subject Property

3:06 PM
04/25/11
Accrual Basis

# REVIVE
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Retail Product Sales | |
|     Product Sales | 435.00 |
|   Total Retail Product Sales | 435.00 |
|   Room & Booth Income | |
|     Booth | 18,775.00 |
|     Room | 7,200.00 |
|   Total Room & Booth Income | 25,975.00 |
|   Services Income | 15,837.00 |
| **Total Income** | 42,247.00 |
| **Gross Profit** | 42,247.00 |
| **Expense** | |
|   Advertising and Promotion | |
|     Go Daddy | 26.71 |
|   Total Advertising and Promotion | 26.71 |
|   Allstate Alarms | 300.00 |
|   Business Licenses and Permits | |
|     Board of Barbering & Cosmetolog | 40.00 |
|     City of Inglewood | 90.75 |
|     Business Licenses and Permits - Other | 1,000.00 |
|   Total Business Licenses and Permits | 1,130.75 |
|   Furniture | 49.61 |
|   Insurance Expense | |
|     Life and Disability Insurance | |
|       Mass Mutual | 804.00 |
|       Prudential | 321.36 |
|     Total Life and Disability Insurance | 1,125.36 |
|   Total Insurance Expense | 1,125.36 |
|   Medical Fees | 64.00 |
|   Postage and Delivery | 5.54 |
|   Rent Expense | 12,000.00 |
|   Repairs and Maintenance | 850.00 |
|   Salon Supplies, Linens, Laundry | |
|     Cosmoprof | 69.02 |
|     Dollar Tree | 18.66 |
|     Ralph's | 10.77 |
|     Sprouts | 38.43 |
|     Salon Supplies, Linens, Laundry - Other | 1,205.31 |
|   Total Salon Supplies, Linens, Laundry | 1,342.19 |
|   Taxes - Property | |
|     Los Angeles County Tax Collecto | 76.27 |
|   Total Taxes - Property | 76.27 |
|   Telephone Expense | 379.96 |
|   Utilities | |
|     Southern California Edison | 1,616.83 |
|   Total Utilities | 1,616.83 |
| **Total Expense** | 18,967.22 |
| **Net Ordinary Income** | 23,279.78 |
| **Net Income** | 23,279.78 |

11:55 AM
07/06/11
Accrual Basis

# REVIVE
## Profit & Loss
### January through June 2011

|  | Jan - Jun 11 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Retail Product Sales | |
|     Product Sales | 3,332.39 |
|   Total Retail Product Sales | 3,332.39 |
|   Room & Booth Income | |
|     Booth | 11,525.00 |
|     Late Fees | 240.00 |
|     Room | 4,550.00 |
|   Total Room & Booth Income | 16,315.00 |
|   Services Income | 29,245.10 |
| **Total Income** | 48,892.49 |
| **Gross Profit** | 48,892.49 |
| **Expense** | |
|   Advertising and Promotion | |
|     Vista Print | 425.28 |
|   Total Advertising and Promotion | 425.28 |
|   Allstate Alarms | 150.00 |
|   Business Licenses and Permits | |
|     City of Inglewood | 45.00 |
|   Total Business Licenses and Permits | 45.00 |
|   Medical Fees | 61.50 |
|   Office Supplies | |
|     Office Depot | |
|       Office Depot | 165.67 |
|     Total Office Depot | 165.67 |
|     Office Supplies - Other | 32.82 |
|   Total Office Supplies | 198.49 |
|   Postage and Delivery | 5.90 |
|   Rent Expense | 6,000.00 |
|   Repairs and Maintenance | 569.70 |
|   Salon Supplies, Linens, Laundry | |
|     99cents Store | 9.83 |
|     Amazon | 69.70 |
|     Cosmoprof | 280.82 |
|     Mountain Rose Herbs | 152.29 |
|     NationWide | 31.30 |
|     New Directions | 39.69 |
|     Puritan's Pride | 129.12 |
|     Ralph's | 343.18 |
|     Zim Zam | 25.00 |
|     Salon Supplies, Linens, Laundry - Other | 2,588.77 |
|   Total Salon Supplies, Linens, Laundry | 3,669.70 |
|   Taxes - Property | |
|     Los Angeles County Tax Collecto | 51.25 |
|   Total Taxes - Property | 51.25 |
|   Telephone Expense | 766.76 |

11:55 AM
07/06/11
Accrual Basis

# REVIVE
# Profit & Loss
## January through June 2011

|  | Jan - Jun 11 |
|---|---|
| Utilities |  |
|     Southern California Edison | 1,004.37 |
| Total Utilities | 1,004.37 |
| **Total Expense** | 12,947.95 |
| **Net Ordinary Income** | 35,944.54 |
| **Net Income** | **35,944.54** |

[Handwritten annotation next to Net Income: "Personal gross income ↑"]