# EXHIBIT 43-D

Medical Expenses

## LESLEY J. LUK, MD
**THE MEDICAL CENTRE**
4201 TORRANCE BLVD., SUITE 390
TORRANCE, CALIFORNIA 90503
(310) 540-0018  FAX (310) 540-4988

*Handwritten annotations:* D.OB. 2/4/ee ... Ind — $220.00 ... OV — $33.00 15% ... #187.00 Total ... VISA

Cash ____  Medicare ____  Med/M-cal ____  ILWU ____  GreatWest ____
Blue Shield ____  Aetna ____  Cigna ____  HealthNet ____  Tricare ____  Other ____

PATIENT NAME (Last, First, Middle Initial): **Smith, Tia D**
DATE OF SERVICE: **NOV 23 2015**

```
LESLEY J LUK MD INC
4201 TORRANCE BLVD #390
TORRANCE, CA 905034541
TERMINAL ID:
MERCHANT #:                004995650
                      345305101004
VISA
#xxxxxxxxxxxxxx0771
SALE
BATCH: 001044
DATE: NOV 24, 15   INVOICE: 0443730100
SQ: 004              TIME: 10:42
                 AUTH NO: 174520

TOTAL            $187.00

CUSTOMER COPY
```

| # | PROCEDURE | CPT | MOD | AMT. | # | DX Description | ICD-9 | DX Description | ICD-9 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Acute otitis media | 382.00 | Chronic pharyngitis | 472.1 |
| | | | | | | Chronic otitis media | 382.3 | Acute tonsilitis | 463 |
| | | | | | | Cerumen Impaction | 380.4 | Chronic tonsilitis | 474.00 |
| | | | | | | Conductive hearing loss | 389.00 | Tonsillar hypertrophy | 474.11 |
| | | | | | | Sensorineural hearing loss | 389.10 | T&A hypertrophy | 474.10 |
| | | | | | | Mixed hearing loss, bilateral | 389.22 | Throat pain | 784.1 |
| | | | | | | sensorineural hearing loss asymmetric | 389.16 | Dysphagia, phary/esophageal | 787.24 |
| | | | | | | Unspec/perf tymp. Mem. | 384.20 | Sialoadenitis | 527.2 |
| | | | | | | Bell's Palsy | 351.0 | Neck mass | 784.2 |
| | | | | | | Otalgia otogenic | 388.71 | Thyroid nodule | 241.0 |
| | | | | | | referred | 388.72 | Neck pain | 723.1 |
| | | | | | | E tube dysfunction | 381.81 | Lymphadenopathy | 785.6 |
| | | | | 245 | | TMJ Syndrome | 524.60 | Headache/facial pain | 784.0 |
| | | | | 244 | | Cholesteatoma, UNSPEC | 385.30 | Cough | 786.2 |
| | | | | 243 | | Hypersomnia w/Sleep Apnea | 327.23 | Mouth Breathing | 784.99 |
| | | | | 242 | | Tinnitus, unspecified | 388.30 | Snoring | 786.09 |
| | Init. Consult, Lmtd. | 99241 | | | | Dizziness/Vertigo | 438.85 | Allergic rhinitis, UNSPEC | 477.9 |
| | PLACE OF SERVICE: Office 11 | | | | | peripheral | 386.10 | Acute rhinitis | 460 |
| EMERGENCY DEPT. SERV | | | | | | BPPV | 386.11 | Chronic rhinitis | 472.0 |
| | E.D. Detailed | 99284 | | | | Vertigo of central origin | 386.2 | Deviated nasal septum | 470 |
| | E.D. Expanded | 99283 | | | | Unspecified vertiginous | 386.9 | Nasal fracture, closed | 802.0 |
| | E.D. Focused | 99282 | | | | Giddiness | 780.4 | Nasal polyps | 471.0 |
| | Post-Op | 99024 | | | | Presbycusis | 388.01 | Epistaxis | 784.7 |
| HOSP. DISCHARGE DAY | | 99238 | | | | Foreign body, ear canal | 931/E915 | Nasal turbinate hypertrophy | 478.0 |
| INITIAL HOSPITAL CONSULT | | | | | | Hoarsness | 784.49 | Anosmia/Parosmia | 781.1 |
| | Hosp. Consult. Comple | 99223 | | | | Esophagitis, unspec. | 530.10 | Acute pansinusitis | 461.8 |
| | Hosp. Consult Comp. | 99222 | | | | Esophageal Reflux | 530.81 | Chronic pansinusitis | 473.8 |
| | Hosp.Consult Ext. | 99221 | | | | Acute laryngitis  s | 464.00 | Chron. ethmoid sinusitis | 473.2 |
| SUBSEQUENT HOSP. CONSULT. VISIT | | | | | | Acute laryngitis  c | 464.01 | Chron. max. sinusitis | 473.0 |
| | Hosp. Visit Complex. | 99233 | | | | TVC or nodule | 478.5 | Allergic conjunctivitis | 372.14 |
| | Hosp. Visit Int. | 99232 | | | | Chronic laryngitis | 476.0 | Asthma | 493.90 |
| | Hosp. Visit Lmt. | 99231 | | | | Elev. Sed. Rate | 790.1 | Acute bronchitis | 466.0 |
| | | | | | | Temporal arteritis | 446.5 | Stomatitis mucositis, unspec. | 528.00 |
| | DX Description | ICD-9 | | | | Nasal obstruction | 478.19 | Postnasal drip | 784.91 |
| | Otorrhea, UNSPEC | 388.60 | | | | Xerostomia | 527.7 | Depression Disorder | 311 |
| | Acute otitis externa | 380.10 | | | | Peritonsillar abcess | 475 | Nasal mucositis (ulcerative) | 478.11 |
| | Chronic otitis externa | 380.23 | | | | Acute pharyngitis | 462 | Meniere's Disease | 386.00 |

Other Diagnosis: ____

| # | PROCEDURE | CPT | AMT. | # | PROCEDURE | CPT | AMT. | # | PROCEDURE | CPT | AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fib. Laryngoscopy | 31575 | | | Imped. Tympanometry | 92567 | | | Remove impacted wax | 69210 | |
| | Rigid Scope | 31231 | | | Ped. Audiometry | 92582 | | | I & D Peritonsilar | 42700 | |
| | Fib. Nasopharyngoscopy | 92511 | | | Office P.E. tube | 69433 | | | Ant Epistaxis, simple | 30901 | |
| | Electronystagmography | 92540-7 | | | Myringotomy  L/R | 69420 | | | Kenalog Inject 2cc/4cc | J3301 | |
| | Diagnostic Audiometry | 92557 | | | | | | | Earwick/ext. canal drain | 69020 | |

Other Procedures: ____

**AUTHORIZATION TO PAY PHYSICIAN**
(Assignment of Benefits)

I hearby authorize my insurance company to pay my insurance benefits directly to Lesley J. Luk for services rendered to me. I understand that I am financially responsible for non-covered services. I also authorize my physician to release any information required in order to process my benefits.

Date _____    Signature _____