# EXHIBIT 43-F

Postage and Shipping Expenses


*that was easy.*

**Shipment Receipt**    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Thu 30 Apr 2015 | **Shipment Information:** | USPS Pri Mail Exp |
| **Expected Delivery:** | Fri 01 May 2015 End of Day | | Carrier Letter |
| **Ship From:** | Smith | | 0.70 lbs Actual |
| | 4011 Hubert Avenue | | LTR Wt Billed |
| | Los Angeles, CA 90008 | | Customer Packed: 1 |
| | Tel: (323) 803-3027 | **Service Options:** | Delivery Confirmation |
| | Residential | | |

**Tracking Number:**    9470110200793551827173
**Shipment ID:**    MAD8Y33R2Z6MS

**Ship To:**    US District Court
Daniel Patrick Moynihan
500 PEARL ST
RM 200
NEW YORK, NY 10007-1316
Business

**Ship Ref 1**
**Ship Ref 2**
**Description of Goods:**    Court Documents

**Shipped Through:**    Staples #1376
LOS ANGELES, CA 900083603
(323) 293-2278

| **Shipment Charges:** | USPS Pri Mail Exp | 19.99 |
|---|---|---|
| | Service Option(s) | .00 |
| | **Total Charges:** | **$ 19.99** |

**Track Your Shipment**
UPS: Visit www.ups.com or call UPS at 1-800-PICK-UPS. US Postal Service: Visit www.usps.com.

**Damaged, Lost or Late Claims**
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Keep ALL packaging materials and this Invoice, as well as proof of value for Damaged or Lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

I understand/agree that:

1. **I am subject to all Staples and UPS and USPS Terms and Conditions for shipping packages.** *Ask a Staples associate for details.*
2. Staples reserves the right to inspect any package shipped.
3. Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4. **Staples will not ship any hazardous materials or other restricted items.** *Refer to the list posted at the Ship Center counter.*
5. I may elect to pay an additional fee (as specified on this receipt) to add my package to Staples' parcel insurance. This election is entirely optional, and any fees do not include any markup by, or commission payment to, Staples. This option is offered as part of our Ship Center services and does not provide insurance to you, and you are neither an insured nor an additional insured under Staples' parcel insurance.
6. UPS Shipments only: Any claims or disputes resulting from my election to add my package to Staples' parcel insurance must be pursued in arbitration, not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action, either in arbitration or court. The complete terms and conditions regarding individual binding arbitration are available at any Staples Ship Center.
7. If I elect to add my package to Staples' parcel insurance, Staples' liability on any claim for loss or damage shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed the maximum liability for loss or damage under UPS or USPS Tariff/Terms and Conditions of Service.
8. **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
9. If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, domestic packages will be charged at $10 fee upon package pick up; international shipments will be charged the full cost of return delivery.

*By signing this receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents. You further acknowledge and agree to adhere to the Staples Ship Center Guidelines posted at the Ship Center counter, including (without limitation) the prohibition against shipping hazardous materials.*

Powered by     Version 13.0.13101.36 (07) Printed 4/30/2015 3:30:35 PM UTC    Thu 30 Apr 2015 8:30 AM



CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008 -0097
11/24/2014    (800)275-8777    10:24:50 A

Sales Receipt
Product        Sale  Unit      Fina
Description    Qty   Price     Pric

@@ ~~ LOS ANGELES CA 90071-2300        $5
Zone-0
Priority Mail 1-Day By Weight
1 lb. 15.20 oz.
Expected Delivery: Tue 11/25/14
Includes $50 insurance
                                        $3.30
@@ Certified
USPS Certified Mail #:
70142120000048504750
                        ========
                                        $9.25
Issue PoS

                                        $9.25

Total:

Paid by:                                $9.25
Debit Card        XXXXXXXXXXXX5165
  Account #:      132245
  Approval #:     114
  Transaction #:
  23 903200210    002325
  Receipt#:

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************
*******************************

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.48 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here

USPS BALDWIN HILLS FINANCE
LOS ANGELES CA
04/25/2014

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014       See Reverse for Instructions

7014 2120 0004 5013 9359

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE (   )

4011 Hubert Ave
Los Angeles, Ca 90008

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.       Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE (   )

Kimball, Tirey + St. John LLP
555 South Flower St. Suite 3400
Los Angeles, Ca 90071

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EK 323852849 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 90008 | 4-9-14 | 17.95 |

Date Accepted (MM/DD/YY)
4-8-14

| Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|
| ☐ 10:30 AM  ☐ 3:00 PM ☑ 12 NOON | $ | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3.51 ☐ AM ☑ PM | $ | $ | |

| Weight | Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| 10.6 lb | | $ | 17.95 |

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014       PSN 7690-02-000-9996       2-CUSTOMER COPY

Exhibit

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (823)

THA SMITH-
4511 HUBERT Avenue
LA CA 90008

EK 629323366 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

CALIFORNIA SUPREME COURT
AHSTER COURT
SAN FRANCISCO, CA 94102-4797

ZIP + 4® (U.S. ADDRESSES ONLY)

_ _ _ _ _ - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 90008 | 7-8-15 | $ 19.99 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 7-7-15 | ☐ 10:30 AM  ☑ 3:00 PM  ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee |
|---|---|---|
| 11:38  ☑ AM  ☐ PM | $ | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| lbs. 3.70 | | $ | $ 19.99 |
| | | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

```
          CRENSHAW STATION
        LOS ANGELES, California
              900089998
           0545300008-0097
  10/07/2015  (800)275-8777 11:35:13 AM
```

**Sales Receipt**

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| @@ ¨¨ WASHINGTON DC 20543 | | | $17.90 |
| Zone-8 | | | |
| Priority Mail 2-Day | | | |
| Large Flat Rate Box | | | |
| 10 lb.  0.0 oz. | | | |
| Expected Delivery: Fri 10/09/15 | | | |
| Includes up to $50 insurance | | | |

```
  USPS Tracking #:
  9505 5111 5022 5280 4155 99
```

| Issue Postage: | | | $17.90 |
|---|---|---|---|

| @@ ¨¨ LOS ANGELES CA | | | $5.75 |
|---|---|---|---|
| 90017-5524 Zone-0 | | | |
| Priority Mail 1-Day | | | |
| Flat Rate Env | | | |
| 1 lb.  1.80 oz. | | | |
| Expected Delivery: Thu 10/08/15 | | | |
| Includes up to $50 insurance | | | |

```
  USPS Tracking #:
  9505 5111 5022 5280 4162 51
```

| Issue Postage: | | | $5.75 |
|---|---|---|---|

| IRVINE CA 92612 Zone-1 | | | $1.42 |
|---|---|---|---|
| First-Class Mail Large Env | | | |
| 2.10 oz. | | | |
| Expected Delivery: Fri 10/09/15 | | | |

| Issue Postage: | | | $1.42 |
|---|---|---|---|

| Total: | | | $25.07 |
|---|---|---|---|

```
Paid by:
Cash                          $25.07
```

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

¨¨ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
- - - - - - - - - - - - - - - - - - - - - - - - - - -

```
        BALDWIN HILLS POSTAL STORE
          LOS ANGELES, California
                 900081775
              0545300156 -0095
  11/25/2014    (800)275-8777    03:59:22 PM
```

**Sales Receipt**

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEW YORK NY 10004-1415 Zone-8 | | | $0.49 |
| First-Class Mail Letter | | | |
| 1.00 oz. | | | |
| Expected Delivery: Fri 11/28/14 | | | |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: | | | |
| 70142120000450139359 | | | |

| Issue Postage: | | | $3.79 |
|---|---|---|---|

| (Forever) | 3 | $0.49 | $1.47 |
|---|---|---|---|
| Purple Heart | | | |
| PSA 2012 | | | |

| Total: | | | $5.26 |
|---|---|---|---|

```
Paid by:
Debit Card                         $5.26
  Account #:      XXXXXXXXXXXX8395
  Approval #:     175989
  Transaction #:  144
  23 903200830
  Receipt#:       005799
```

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

BALDWIN HILLS POSTAL STORE
LOS ANGELES, California
900081775
0545300156 -0095
(800)275-8777                04:01:05 PM
12/04/2014

Sales Receipt
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

~~ NEW YORK NY 10004-1415                    $5.75
Zone-8
Priority Mail 2-Day
Flat Rate Env
1.10 oz.
Expected Delivery: Mon 12/08/14
USPS Tracking #:
9114 9012 3080 3371 5927 78
Includes $50 insurance
========
i-one Postage:                               $5.75
========
total.                                       $5.75

Paid by:                                     $5.75
Debit Card           XXXXXXXXXXXXX5165
  Account #:         100305
  Approval #:        360
  Transaction #:
  23 903200830       006035
  Receipt#:

~~ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

-- Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
***********************************
***********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
***********************************
***********************************

---

CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008 -0098
(800)275-8777                03:52:50 PM
09/08/2014

Sales Receipt
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

~~ LOS ANGELES CA 90071-2300                 $17.95
Zone-0
Priority Mail Express 1-Day
10.60 oz.
USPS Tracking #:
EK32 3852 849U S
Scheduled Delivery Day: Tue 09/09/14
12:00PM - Money Back Guarantee
Includes $100 insurance

Signature Waived
========
Issue Postage:                              $17.95
========
Total:                                      $17.95

Paid by:                                     $17.95
Debit Card           xXXXXXXXXXXX3679
  Account #:         000344
  Approval #:        323
  Transaction #:
  23 903200210       000344
  Receipt#:

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
***********************************
***********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
***********************************
***********************************

```
            AIRPORT STATION
          LOS ANGELES, California
               900099998
            0545300129-0094
04/16/2015 (800)275-8777 11:13:11 AM
```

```
              — Sales Receipt —
Product         Sale Unit      Final
Description      Qty Price     Price

@@ ~~ PHILADELPHIA PA 19190    $7.15
Zone-8
Priority Mail 2-Day By
Weight
  1.80 oz.
  Expected Delivery: Sat 04/18/15
  Includes up to $50 insurance

  USPS Tracking #:
  9505 5110 6235 5106 4034 58

Issue Postage:                 $7.15

Total:                         $7.15

Paid by:
Debit Card                     $7.15
  Account #:       XXXXXXXXXXXX5165
  Approval #:      121438
  Transaction #:   154
  23903200095
  Receipt#:        001248

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
************************************

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
```

```
             CRENSHAW STATION
          LOS ANGELES, California
               900089998
            0545300008 -0098
02/24/2014    (800)275-8777    09:59:58 AM
```

```
              — Sales Receipt —
Product         Sale Unit      Final
Description      Qty Price     Price

REDONDO BEACH CA 90278 Zone-1  $0.49
First-Class Mail Letter
0.40 oz.
  Expected Delivery: Tue 02/25/14
@@ Certified                   $3.30
USPS Certified Mail #:
7007071000040326 3479
Customer Postage              -$0.49
  Subtotal:                    $3.30
                              ========
Issue PVI:                     $3.30

SHERMAN OAKS CA 91403 Zone-1   $0.49
First-Class Mail Letter
0.40 oz.
  Expected Delivery: Wed 02/26/14
@@ Certified                   $3.30
USPS Certified Mail #:
7007071000040326 3462
Customer Postage              -$0.49
  Subtotal:                    $3.30
                              ========
Issue PVI:                     $3.30

(Forever)        20   $0.49    $9.80
Althea
Gibson PSA
                              _____
Total:                        $16.40

Paid by:
Debit Card                    $16.40
  Account #:       XXXXXXXXXXXX3679
  Approval #:      000704
  Transaction #:   657
  23 903200210
  Receipt#:        000704

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************
```

WEST ADAMS POST OFFICE
LOS ANGELES, California
900169998
0545300016 -0099
09/25/2013    (800)275-8777    05:24:21 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| $1 Wisdom PSA | 6 | $1.00 | $6.00 |
| 33c Apples PSA | 3 | $0.33 | $0.99 |
| Total: | | | $6.99 |

Paid by:                                    $6.99
Debit Card
  Account #:        XXXXXXXXXXXX6413
  Approval #:       152542
  Transaction #:    517
  23 90320033b
  Receipt#:         000552

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
******************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************

Bill#: 1000101769155
Clerk: 04

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
******************************************
******************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
******************************************
******************************************

Customer Copy

---

WEST ADAMS POST OFFICE
LOS ANGELES, California
900169998
0545300016 -0097
09/26/2013    (800)275-8777    05:57:49 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| LOS ANGELES CA 90017 Zone-0 First-Class Mail Large Env 10.40 oz. | | | $2.92 |
| Scheduled Delivery Day: Sat 09/28/13 | | | |
| Customer Postage | | | -$2.99 |
| Subtotal: | | | $0.00 |
| Issue PVI: | | | $0.00 |
| Total: | | | $0.00 |

Paid by:

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
******************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************

Bill#: 1000301405519
Clerk: 09

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
******************************************
******************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
******************************************
******************************************

Customer Copy

```
        CULVER CITY MAIN PO
         CULVER CITY, California
              902300998
           0544850430-0094
 09/03/2015 (310)391-2704 10:57:50 AM

 ─────────── Sales Receipt ───────────
 Product           Sale Unit      Final
 Description       Qty  Price      Price

 LOS ANGELES CA 90012 Zone-1      $1.20
 First-Class Mail Large Env
  1.90 oz.
  Expected Delivery: Sat 09/05/15
                          ========
  Issue Postage:             $1.20


 Total:                       $1.20

 Paid by:
 Debit Card                   $1.20
   Account #:   XXXXXXXXXXX5165
   Approval #:     105471
   Transaction #:  962
   23903180909
   Receipt#:       001041
 ***********************************
 ***********************************
 BRIGHTEN SOMEONE'S MAILBOX. Greeting
 cards available for purchase at
 select Post Offices.
 ***********************************
 ***********************************


 In a hurry? Self-service kiosks
 offer quick and easy check-out. Any
 Retail Associate can show you how.

 Order stamps at usps.com/shop or
 call 1-800-Stamp24. Go to
 usps.com/clicknship to print
 shipping labels with postage. For
 other information call
 1-800-ASK-USPS.
 ***********************************
 ***********************************
 Get your mail when and where you
 want it with a secure Post Office
 Box. Sign up for a box online at
 usps.com/poboxes.
 ***********************************
 ***********************************
```

```
          CRENSHAW STATION
        LOS ANGELES, California
              900089998
           0545300008-0098
 09/14/2015 (800)275-8777 04:33:47 PM

 ─────────── Sales Receipt ───────────
 Product           Sale Unit      Final
 Description       Qty  Price      Price

 @@ ¯¯ OAKLAND CA 94604-1012     $5.75
 Zone-4
 Priority Mail 2-Day
 Flat Rate Env
 1 lb.  4.50 oz.
  Expected Delivery: Wed 09/16/15
  Includes up to $50 insurance

 USPS Tracking #:
  9505 5111 5031 5257 5959 63
                          ========
  Issue Postage:             $5.75


 Total:                       $5.75

 Paid by:
 Debit Card                   $5.75
   Account #:   XXXXXXXXXXXX8528
   Approval #:     103331
   Transaction #:  964
   23903200210
   Receipt#:       001031

 @@ For tracking or inquiries go to
 USPS.com or call 1-800-222-1811.

 ¯¯ Save this receipt as evidence of
 insurance. For information on filing
 an insurance claim go to
 usps.com/ship/file-domestic-claims.htm


 Order stamps at usps.com/shop or
 call 1-800-Stamp24. Go to
 usps.com/clicknship to print
 shipping labels with postage. For
 other information call
 1-800-ASK-USPS.
 ***********************************
 ***********************************
 Get your mail when and where you
 want it with a secure Post Office
 Box. Sign up for a box online at
 usps.com/poboxes.
 ***********************************
```

```
        WEST ADAMS POST OFFICE
         LOS ANGELES, California
              900169998
            0545300016-0096
05/19/2015 (800)275-8777 03:52:38 PM
━━━━━━━━━ Sales Receipt ━━━━━━━━━
Product         Sale Unit      Final
Description     Qty  Price     Price

LOS ANGELES CA 90012 Zone-0     $1.40
First-Class Mail Large Env
 2.70 oz.
 Expected Delivery: Thu 05/21/15
                              =========
  Issue Postage:                $1.40

LOS ANGELES CA 90012 Zone-0     $1.40
First-Class Mail Large Env
 2.10 oz.
 Expected Delivery: Thu 05/21/15
                              =========
  Issue Postage:                $1.40

(Forever)        12   $0.49     $5.88
Maya
Angelou PSA
                              ━━━━━━━━━
  Total:                        $8.68

Paid by:
Cash                           $20.00
Change Due:                   -$11.32

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

```
          CRENSHAW STATION
        LOS ANGELES, California
              900089998
           0545300008-0098
06/08/2015 (800)275-8777 12:05:55 PM
━━━━━━━━━ Sales Receipt ━━━━━━━━━
Product         Sale Unit      Final
Description     Qty  Price     Price

(Forever)        1   $7.84      $7.84
Ray Charles
PSA Pn/16
                              ━━━━━━━━━
  Total:                        $7.84

Paid by:
Debit Card                      $7.84
  Account #:     XXXXXXXXXXXXX8528
  Approval #:      190154
  Transaction #:   694
  23903200210
  Receipt#:        002914

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008-0099
07/21/2015 (800)275-8777 01:42:44 PM

———— Sales Receipt ————
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| @@ ¨¨ OAKLAND CA 94604-1012 | | | $7.05 |

Zone-4
Priority Mail 2-Day
By Weight
1 lb.  7.40 oz.
 Expected Delivery: Thu 07/23/15
 USPS Tracking #:
 9114 9999 4431 4121 2183 72
 Includes up to $50 insurance

========
Issue Postage:              $7.05

LOS ANGELES CA 90071 Zone-0      $1.20
First-Class Mail Large Env
1.30 oz.
Expected Delivery: Thu 07/23/15
========
Issue Postage:              $1.20

@@ ¨¨ LOS ANGELES CA           $5.75
90012-3117 Zone-0
Priority Mail 1-Day
Flat Rate Env
3.10 oz.
Expected Delivery: Wed 07/22/15
USPS Tracking #:
9114 9999 4431 4121 2183 96
Includes up to $50 insurance

========
Issue Postage:              $5.75

@@ ¨¨ OAKLAND CA 94604-1012     $5.75
Zone-4
Priority Mail 2-Day
Flat Rate Env
2 lb.  4.90 oz.
Expected Delivery: Thu 07/23/15
USPS Tracking #:
9114 9999 4431 4121 2184 19
Includes up to $50 insurance

========
Issue Postage:              $5.75

Total:                     $19.75

Paid by:
Debit Card                 $19.75
 Account #:      XXXXXXXXXXXX5165
 Approval #:      114022
 Transaction #:   371
  23903200210
 Receipt#:        001102

---

CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008-0098
08/21/2015 (800)275-8777 11:30:06 AM

———— Sales Receipt ————
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| @@ ¨¨ OAKLAND CA 94604-1012 | | | $7.05 |

Zone-4
Priority Mail 2-Day
By Weight
1 lb.  1.20 oz.
 Expected Delivery: Mon 08/24/15
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5111 5031 5233 4139 22
Customer Postage          -$7.05
Subtotal:                  $0.00
========
Issue Postage:             $0.00

Total:                     $0.00

Paid by:

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

¨¨ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*******************************
*******************************

Bill#:1000205499378
Clerk:01

**FedEx Express** | **NEW** Package | US Airbill

Sender's Copy

FedEx Tracking Number: 8075 1962 2812

Form ID No.: 0200

**1 From** *Please, print and press hard.*

Date: 07/16/2015

Sender's FedEx Account Number

Sender's Name: Tia Smith    Phone: 323 803-3027

Company:

Address: 4011 Hubert Avenue

City: Los Angeles    State: CA    ZIP: 90008

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name:    Phone:

Company: Supreme Court of California

Address: 350 McAllister Street

City: San Francisco    State: CA    ZIP: 94102-4797

Easy new Peel-and-Stick airbill. No pouch needed.
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**

Next Business Day
- FedEx First Overnight
- FedEx Priority Overnight (✓)
- FedEx Standard Overnight

2 or 3 Business Days
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging** *Declared value limit $500.*

- FedEx Envelope* (✓)
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**

Does this shipment contain dangerous goods?
- No
- Yes

**7 Payment** Bill to:

- Sender
- Recipient
- Third Party
- Credit Card (✓)
- Cash/Check

Total Packages:    Total Weight:    Total Declared Value:

34.52

644

---

**FedEx**

3333 S. GRAND AVE
Los Angeles, CA 90007

Location:          EMTA
Device ID:         EMTA-POS1
Employee:          328555
Transaction:       86013419985

PRIORITY OVERNIGHT    34.32
8075196228112  0.50 lb (S)
Scheduled Delivery Date 07/17/2015

Shipment subtotal:    34.32

Total Due:    34.32

(V) CreditCard:    34.32
***********5165

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

July 16, 2015 7:49:55 PM

```
          CRENSHAW STATION
         LOS ANGELES, California
              900089998
           0545300008-0097
11/17/2015 (800)275-8777 10:55:26 AM
```

| ───── Sales Receipt ───── | | | |
|---|---|---|---|
| Product Description | Sale Qty | Unit Price | Final Price |

```
@@ ¨¨ VAN NUYS CA 91401-6629      $5.75
Zone-1
Priority Mail 1-Day
Window Flat Rate Env
 1.00 oz.
 Expected Delivery: Wed 11/18/15
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5111 5022 5321 3927 59

 Issue Postage:                   $5.75
                          ========

 Total:                           $5.75

 Paid by:
 Debit Card                       $5.75
    Account #:   XXXXXXXXXXXX0771
    Approval #:     115257
    Transaction #:     24
 23903200210
    Receipt#:       001127

 @@ For tracking or inquiries go to
 USPS.com or call 1-800-222-1811.

 ¨¨ Save this receipt as evidence of
 insurance. For information on filing
 an insurance claim go to
 https://www.usps.com/help/claims.htm.

 Order stamps at usps.com/shop or
 call 1-800-Stamp24. Go to
 usps.com/clicknship to print
 shipping labels with postage. For
 other information call
 1-800-ASK-USPS.
 **************************************
 **************************************
 Get your mail when and where you
 want it with a secure Post Office
 Box. Sign up for a box online at
 usps.com/poboxes.
 **************************************
 **************************************


 Bill#:1000305566555
 Clerk:06
```

```
          CRENSHAW STATION
         LOS ANGELES, California
              900089998
           0545300008 -0097
03/17/2014  (800)275-8777   03:36:42 PM
```

| ───── Sales Receipt ───── | | | |
|---|---|---|---|
| Product Description | Sale Qty | Unit Price | Final Price |

```
(Forever)           4    $0.62       $2.48
Bank Swallow
PSA #10
Envelope
LEWISVILLE TX 75067 Zone-6           $0.49
First-Class Mail Letter
 0.40 oz.
 Expected Delivery: Thu 03/20/14
@@ Certified                        $3.30
 USPS Certified Mail #:
 70140510000009380541
 Customer Postage                  -$0.49
    Subtotal:                       $3.30
                          ========
 Issue PVI:                         $3.30

LEWISVILLE TX 75067 Zone-6           $0.49
First-Class Mail Letter
 0.40 oz.
 Expected Delivery: Thu 03/20/14
@@ Certified                        $3.30
 USPS Certified Mail #:
 70140510000009380534
 Customer Postage                  -$0.49
    Subtotal:                       $3.30
                          ========
 Issue PVI:                         $3.30

CARPINTERIA CA 93013 Zone-2          $0.49
First-Class Mail Letter
 0.40 oz.
 Expected Delivery: Wed 03/19/14
@@ Certified                        $3.30
 USPS Certified Mail #:
 70140510000009380527
 Customer Postage                  -$0.49
    Subtotal:                       $3.30
                          ========
 Issue PVI:                         $3.30

LEWISVILLE TX 75067 Zone-6           $0.49
First-Class Mail Letter
 0.40 oz.
 Expected Delivery: Thu 03/20/14
@@ Certified                        $3.30
 USPS Certified Mail #:
 70140510000009380510
 Customer Postage                  -$0.49
    Subtotal:                       $3.30
                          ========
 Issue PVI:                         $3.30


 Total:                            $15.68

 Paid by:
 Debit Card                        $15.68
    Account #:   XXXXXXXXXXXX0970
    Approval #:     123663
    Transaction #:     46
 23 903200210
    Receipt#:       002263
```

```
                   CRENSHAW STATION
               LOS ANGELES, California
                      900089998
               0545300008 -0098
    01/05/2015    (800)275-8777    02:45:07 PM

                     Sales Receipt
                        Sale  Unit        Final
    Product             Qty   Price       Price
    Description

    @@ ~~ LOS ANGELES CA 90013-1230         $6.70
    Zone-0
    Priority Mail 1-Day By Weight
    2 lb.  1.00 oz.
     Expected Delivery: Tue 01/06/15
     USPS Tracking #:
     9114 9011 5981 5927 7184 53
     Includes $50 insurance

                                       ========
                                          $6.70
     Issue Postage:

    (Forever)         1    $0.49          $0.49
    Harvey Milk
    PSA
    LOS ANGELES CA 90012 Zone-0            $1.19
    First-Class Mail Large Env
     2.00 oz.
     Expected Delivery: Wed 01/07/15
                                       ========
                                          $1.19
     Issue Postage:

                                       _____
                                          $8.38
     Total:

     Paid by:                             $8.38
     Debit Card
       Account #:        XXXXXXXXXXXX8528
       Approval #:       164851
       Transaction #:    400
     23 903200210
       Receipt#:         003681

    @@ For tracking or inquiries go to
    USPS.com or call 1-800-222-1811.

    ~~ Save this receipt as evidence of
    insurance. For information on filing an
    insurance claim go to
    usps.com/ship/file-domestic-claims.htm.

    Order stamps at usps.com/shop or call
    1-800-Stamp24. Go to usps.com/clicknship
    to print shipping labels with postage. For
    other information call 1-800-ASK-USPS.
    ********************************************
    ********************************************
    Get your mail when and where you want it
    with a secure Post Office Box. Sign up for
    a box online at usps.com/poboxes.
    ********************************************
    ********************************************

     Bill#: 1000205215402
     Clerk: 12
```







**STAPLES**
*that was easy*

**Shipment Receipt**    Page 1 of 1
Thank you for shipping with us!

**Ship Date:**    Mon 8 Jun 2015
**Expected Delivery:**    Tue 09 Jun 2015 End of Day
**Ship From:**    Tia Smith
4011 Hubert Avenue
Leimert Park, CA 90008
Tel: (323) 803-3027
Residential
myfathersdiamond@msn.com

**Shipment Information:**    USPS Priority Mail
Carrier Letter
2.10 lbs Actual
LTR Wt Billed
Customer Packed: 1

**Service Options:**    Delivery Confirmation

**Tracking Number:**    9405510200881636435307
**Shipment ID:**    MAD8Y3381RX1S

**Ship To:**    California Court of Appeal
Ronald Reagan State Building
300 S SPRING ST
LOS ANGELES, CA 90013-1230
Business

**Ship Ref 1**
**Ship Ref 2**
**Description of Goods:**    Legal Documents

**Shipped Through:**    Staples #1376
LOS ANGELES, CA 900083603
(323) 293-2278

**Shipment Charges:**
USPS Priority Mail    5.75
Service Option(s)    .00
Total Charges:    $ 5.75

**Track Your Shipment**
UPS: Visit www.ups.com or call UPS at 1-800-PICK-UPS.
US Postal Service: Visit www.usps.com or call USPS at 1-800-ASK-USPS.

**Damaged, Lost or Late Claims (Not applicable to UPS Bill My Account transactions.)**
**In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.**

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. USPS delivery dates are the expected delivery date and are not guaranteed. Keep ALL packaging materials and this Invoice, as well as proof of value for Damaged or Lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

I understand/agree that:

1.  **I am subject to all Staples and UPS and USPS Terms and Conditions for shipping packages.** *Ask a Staples associate for details.*
2.  Staples reserves the right to inspect any package shipped.
3.  Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4.  **Staples will not ship any hazardous materials or other restricted items.** *Refer to the list posted at the Ship Center counter.*
5.  *I may elect to pay an additional fee (as specified on this receipt) to add my package to Staples' parcel insurance. This election is entirely optional, and any fees do not include any markup by, or commission payment to, Staples. This option is offered as part of our Ship Center services and does not provide insurance to you, and you are neither an insured nor an additional insured under Staples' parcel insurance.
6.  *UPS Shipments only: Any claims or disputes resulting from my election to add my package to Staples' parcel insurance must be pursued in arbitration, in not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action, either in arbitration or court. The complete terms and conditions regarding individual binding arbitration are available at any Staples Ship Center.
7.  *If I elect to add my package to Staples' parcel insurance, Staples' liability on any claim for loss or damage shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed the maximum liability for loss or damage under UPS or USPS Tariff/Terms and Conditions of Service.
8.  **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
9.  If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, domestic packages will be charged at $10 fee upon package pick up; international shipments will be charged the full cost of return delivery.

**\*Section 5, 6 & 7 are not applicable to UPS Bill My account transactions.**
*By signing this receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents. You further acknowledge and agree to adhere to the Staples Ship Center Guidelines posted at the Ship Center counter, including (without limitation) the prohibition against shipping hazardous materials.*

Text BOX to 555444 to receive 25% off your shipping, packing & mailing supplies purchase.
MSG & data rates may apply.

Powered by **iShip**

Version  13.0.13101.36 (08) Printed 6/8/2015 10:12:25 PM UTC

Mon 8 Jun 2015 3:12 PM



**STAPLES**

Low prices. Every item. Every day.
3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278                    PRI

QTY SKU
* DUPLICATE   COPY *
Not Valid for Refund

                                              SALE
REWARDS NUMBER 1993470317
1  CA STATE BOTTLE DE              0.0
   500901
1  CA STATE BOTTLE DE              0.0
   500901
     *****Buy More / Save More*****
1  COCA-COLA CLASSIC               1.50
   04904403
1  COCA-COLA CLASSIC               1.50
   04904403
   Discount Amount <-0.58>
*************************************
1  HP 933 CMY COLOR I            31.99
   887111326430                  35.09
SUBTOTAL                          3.15
   Standard Tax 9.00%            $36.24
TOTAL                            8.24

Staples Charge
Card No.: XXXXXXXXXXXX0697 [S]
Auth No.: 017592

* DUPLTCATE   COPY *
Not valid for Refund

TOTAL ITEMS   5

Staples brand products.
Guaranteed quality. Prices you'll love.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

With our Back to School 110% Price Match
Guarantee, we'll beat our competitors'
prices all season long. Limited time
only. Ask an associate for details
or visit staples.com/pricematch.

**STAPLES**

3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278
1720429 13 005 15447
1376 06/08/15 03:16

QTY SKU                          PRICE

1  PRIORITY MAIL                  5.75N
   1171561                        5.75
                                 $5.75
SUBTOTAL
TOTAL                             5.75

Visa
Card No.: XXXXXXXXXXXX8528 [S]
Auth No.: 161967

TOTAL ITEMS   1

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

     Get with the program.
Staples Rewards members get up to 5%
back in rewards and free shipping every
day. Exclusions apply. See an associate
for full program details or to enroll.

1376060815154470 5



Easy returns.



3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278

SALE                    1714528 3 001 21032
                        1376 11/23/14 03:05

QTY SKU                           PRICE

        REWARDS NUMBER 1993470317
1  HP 933 CMY COLOR I
   8871111326430                   31.99
1  JELLY BELLY SMOOTH
   071567985888                     2.79N
SUBTOTAL                           34.78
   Standard Tax 9.00%               2.88
TOTAL                             $37.66

Visa                               37.66
Card No.: XXXXXXXXXXXX8395 [S]
Auth No.: 120543

        TOTAL ITEMS   2

        Staples brand products.
    Guaranteed quality.  Prices you'll love.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

    Full Return Policy is available at
     the Customer Service Desk of
       each U.S. Staples store or
         at staples.com/returns.

    Who does not love getting rewarded?
    Staples Rewards members get up to 5%
      back in rewards, free shipping on
      staples.com and ink recycling
         rewards. Get with the program.

    1 3 7 6 1 1 2 3 1 4 2 1 0 3 2 0 1



Exclusive Staples.com coupon

---



3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278

SALE           1517097 4 005 93786
               1376 02/23/15 01:17

QTY SKU                    PRICE

******* Customer Order 2047630699 *******
20  1-100 BW LTR CARD
   713741     0.210ea          4.20
Questions on Customer Order 2047630699
Call Customer Service at 1-800-3STAPLES .
******************************************
SUBTOTAL                       4.20
   Standard Tax 9.00%          0.38
TOTAL                         $4.58

Visa                           4.58
Card No.: XXXXXXXXXXXXX2834 [S]
Auth No.: 047840

        TOTAL ITEMS   20

        Staples brand products.
    Guaranteed quality.  Prices you'll love.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

    Full Return Policy is available at
     the Customer Service Desk of
       each U.S. Staples store or
         at staples.com/returns.

         Get with the program.
    Staples Rewards members get up to 5%
    back in rewards and free shipping every
    day. Exclusions apply. See an associate
    for full program details or to enroll.



1 3 7 6 0 2 2 3 1 5 9 3 7 8 6 0 5



**STAPLES**

3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278

SALE                1517097 4 005 93776
                    1376 02/23/15 12:49

QTY SKU                        PRICE

****** Customer Order 2047630699 ******
20  1-100 BW LTR CARD              4.20
    713741    0.210ea
    Questions on Customer Order 2047630699
    Call Customer Service at 1-800-3STAPLES
*********************************
                                  4.20
SUBTOTAL                          0.38
    Standard Tax 9.00%
TOTAL                            $4.58

                                  4.58
Visa
Card No.: XXXXXXXXXXX2834 [S]
Auth No.: 046171

        TOTAL ITEMS   20


    Staples brand products.
Guaranteed quality. Prices you'll love.

    THANK YOU FOR SHOPPING AT STAPLES !

    Shop online at www.staples.com

Full Return Policy is available at
    the Customer Service Desk of
    each U.S. Staples store or
    at staples.com/returns.

    Get with the program.
Staples Rewards members get up to 5%
back in rewards and free shipping every
day. Exclusions apply. See an associate
for full program details or to enroll.



ARDENA

**STAPLES**

Low prices. Every item. Every day.
3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278

SALE                1693619 2 002 27712
                    1376 08/04/14 11:19
QTY SKU                        PRICE

    REWARDS NUMBER 1993470317
1  HP 932XL BLACK INK
   886111601387                  32.99
SUBTOTAL                         32.99
    Standard Tax 9.00%            2.97
TOTAL                           $35.96

Staples Charge                   35.96
Card No.: XXXXXXXXXXXX0697 [S]
Auth No.: 004954

    TOTAL ITEMS   1


    Staples brand products.
Guaranteed quality. Prices you'll love.

THANK YOU FOR SHOPPING AT STAPLES !

    Shop online at www.staples.com

With our Back to School 110% Price Match
Guarantee, we'll beat our competitors'
prices all     . Limited time
only. Ask an associate for details
or visit staples.com/pricematch.







**STAPLES**

that was easy.

Low prices. Every item. Every day.
3701 W. Santa Rosalia Dr.
Angeles, CA 90008
(323) 293-2278

SALE                    1227540 6 001 31182
                        1376 01/07/14 11:29
QTY SKU                           PRICE
     REWARDS NUMBER 1993470317
1    $50 VISA
     076750069017               50.00N
     S/N #: 0767500690160395391109114039971

1    $4.95 VISA GIFT CA
     763702                      4.95N
SUBTOTAL                        54.95
TOTAL                          $54.95

Staples Charge                  54.95
Card No.: XXXXXXXXXXXX0697 [S]
Auth No.: 007699

        TOTAL ITEMS    2


    Save with Staples Brand products,
the most trusted brand in office products.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

    50% Off Select Custom Holiday Cards,
Photo Cards, Invitations, Calendars and
   more at Staples.com/Copy and Print.
    PLUS, get 5% Back in Rewards on
      all purchases all season long.

           Holiday Returns
    During the holiday season we will
   extend our regular 14-day electronic
   and furniture return policy.  Those
purchases that fall between 11/24/13
and 12/24/13 may be returned until
    1/14 or as regular policy allows.
      All other product has an
   unlimited time return policy


1 3 7 6  1 0 7 1 4 3 1 1



**STAPLES**

that was easy.

Low prices. Every item. Every day.
3701 W. Santa Rosalia Dr.
Los Angeles, CA 90008
(323) 293-2278

SALE                    1693610 4 001 27043
                        1376 12/21/13 04:35
QTY SKU                           PRICE
     REWARDS NUMBER 1993470317
1    HSKN PASSION NBK 5           15.21
     9788862933166               15.21
SUBTOTAL                          1.37
     Standard Tax 8.75%          $16.58
TOTAL                            16.58

Staples Charge                   16.58
Card No.: XXXXXXXXXXXX0697 [S]
Auth No.: 021496

        TOTAL ITEMS    1


    Save with Staples Brand products,
the most trusted brand in office products.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

    50% Off Select Custom Holiday Cards,
Photo Cards, Invitations, Calendars and
   more at Staples.com/Copy and Print.
    PLUS, get 5% Back in Rewards on
      all purchases all season long.

           Holiday Returns
    During the holiday season we will
   extend our regular 14-day electronic
   and furniture return policy.  Those
purchases that fall between 11/24/13
and 12/24/13 may be returned until
    1/11/14 or as regular policy allows.

1 6 2 2 1 1 3 2 7  3 0 1



**Shipment Receipt**                                    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date:** | Thu 30 Apr 2015 | **Shipment Information:** | USPS 1st Class Mail |
| **Expected Delivery:** | Sat 02 May 2015 End of Day | | Envelope: 11.5 x 6.13 x .25 |
| **Ship From:** | CA | | 0lbs 11.2oz Actual |
| | Business | | 0.750 lbs Billed |
| | | **Service Options:** | Date Certain Home Delivery=0 |
| | | **Tracking Number:** | N/A |
| | | **Shipment ID:** | MAD8Y33G2EREQ |
| **Ship To:** | 10019 | | |
| | Residential | **Reference 1** | -- |
| | | **Reference 2** | -- |
| | | **Description of Goods:** | Court Documents |
| **Shipped Through:** | Staples #1376 | **Shipment Charges:** | Total Postage: $ 3.29 |
| | LOS ANGELES, CA 900083603 | | |
| | (323) 293-2278 | | |

**Track Your Shipment**
UPS: Visit www.ups.com or call UPS at 1-800-PICK-UPS. US Postal Service: Visit www.usps.com.

**Damaged, Lost or Late Claims**
**In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.**

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Keep ALL packaging materials and this Invoice, as well as proof of value for Damaged or Lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

I understand/agree that:

1.  **I am subject to all Staples and UPS and USPS Terms and Conditions for shipping packages.** *Ask a Staples associate for details.*
2.  Staples reserves the right to inspect any package shipped.
3.  Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4.  **Staples will not ship any hazardous materials or other restricted items.** *Refer to the list posted at the Ship Center counter.*
5.  I may elect to pay an additional fee (as specified on this receipt) to add my package to Staples' parcel insurance. This election is entirely optional, and any fees do not include any markup by, or commission payment to, Staples. This option is offered as part of our Ship Center services and does not provide insurance to you, and you are neither an insured nor an additional insured under Staples' parcel insurance.
6.  UPS Shipments only: Any claims or disputes resulting from my election to add my package to Staples' parcel insurance must be pursued in arbitration, not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action, either in arbitration or court. The complete terms and conditions regarding individual binding arbitration are available at any Staples Ship Center.
7.  If I elect to add my package to Staples' parcel insurance, Staples' liability on any claim for loss or damage shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed the maximum liability for loss or damage under UPS or USPS Tariff/Terms and Conditions of Service.
8.  **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
9.  If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, domestic packages will be charged at $10 fee upon package pick up; international shipments will be charged the full cost of return delivery.

*By signing this receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents. You further acknowledge and agree to adhere to the Staples Ship Center Guidelines posted at the Ship Center counter, including (without limitation) the prohibition against shipping hazardous materials.*

Powered by     (EP) Version 13.0.13101.36 (07) Printed 4/30/2015 3:36:27 PM UTC          Thu 30 Apr 2015 8:36 AM

CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008-0095
11/18/2015 (800)275-8777 12:18:30 PM

━━━━━ Sales Receipt ━━━━━
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ⓪⓪ ‾‾ LOS ANGELES CA 90071-2410 Zone-0 Priority Mail 1-Day Medium Flat Rate Box 9 lb. 2.0 oz. | | | $12.65 |

Expected Delivery: Thu 11/19/15
Includes up to $50 insurance

USPS Tracking #:
9505 5111 6540 5322 4423 69
                                          ========
Issue Postage:                             $12.65

(Forever) A    1    $9.80            $9.80
Charlie
Brown
Christmas
PSA Bklt/20

Total:                                     $22.45

Paid by:
Debit Card                                 $22.45
   Account #:       XXXXXXXXXXXX8528
   Approval #:      161284
   Transaction #:   428
   23903200210
   Receipt#:        002624

⓪⓪ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

‾‾ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.


BALDWIN HILLS POSTAL STORE
LOS ANGELES, California
900081775
0545300156 -0095
09/29/2014 (800)275-8777    03:30:05 PM

━━━━━ Sales Receipt ━━━━━
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| LOS ANGELES CA 90013 Zone-1 First-Class Mail Large Env 3.10 oz. | | | $1.61 |

Expected Delivery: Tue 09/30/14

Issue Postage:                             $1.61

Total:                                     $1.61

Paid by:
Debit Card                                 $1.61
   Account #:       XXXXXXXXXXXXX8395
   Approval #:      173300
   Transaction #:   177
   23.903200830
   Receipt#:        004730

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickniship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it


BALDWIN HILLS POSTAL STORE
LOS ANGELES, California
0545300156 -0095
(800)275-8777
10/28/2014                 12:52:14 PM

━━━━━ Sales Receipt ━━━━━
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| LOS ANGELES CA 90071 Zone-1 First-Class Mail Large Env 1.20 oz. | | | $1.19 |

Expected Delivery: Wed 10/29/14

Issue Postage:                             $1.19

LOS ANGELES CA 90071 Zone-1
First-Class Mail Large Env
2.10 oz.                                   $1.82
Expected Delivery: Wed 10/29/14

Issue Postage:                             $1.82

LOS ANGELES CA 90012 Zone-1
First-Class Mail Large Env
2.10 oz.                                   $1.40
Expected Delivery: Wed 10/29/14

Issue Postage:                             $1.40

LOS ANGELES CA 90071 Zone-1
First-Class Mail Large Env
4.20 oz.                                   $1.82
Expected Delivery: Wed 10/29/14

Issue Postage:                             $1.82

Total:                                     $6.23

Paid by:
Debit Card                                 $6.23
   Account #:       XXXXXXXXXXX0988
   115921
   897



BALDWIN HILLS POSTAL STORE
LOS ANGELES, California
900081775
0545300156 -0098
(800)275-8777    05:14:48 PM
07/22/2014

Sales Receipt

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| | | $6.95 |

@@ ~~ NEW YORK NY 10022-4728
Zone-8
Priority Mail 2-Day By Weight
13.40 oz.
Expected Delivery: Thu 07/24/14
USPS Tracking #:
9114901230803371531678
Includes $50 insurance

========
$6.95

Issue PVI:    $6.95

@@ ~~ NEW YORK NY 10014-4811
Zone-8
Priority Mail 2-Day By Weight
13.40 oz.
Expected Delivery: Thu 07/24/14
USPS Tracking #
9114901230803371531692
Includes $50 insurance

========
$6.95

Issue PVI:    $6.95

@@ ~~ NEW YORK NY 10019-9710
Zone-8
Priority Mail 2-Day By Weight
14.80 oz.
Expected Delivery: Thu 07/24/14
USPS Tracking #:
9114901230803371531715
Includes $50 insurance

========
$6.95

Issue PVI:    $6.95

@@ ~~ NEW YORK NY 10004-1415
Zone-8
Priority Mail 2-Day By Weight
14.70 oz.
Expected Delivery: Thu 07/24/14
USPS Tracking #:
9114901230803371531739

```
          CRENSHAW STATION
      LOS ANGELES, California
            900089998
         0545300008 -0098
         (800)275-8777     12:38:02 PM
04/22/2014
                 Sales Receipt
                   Sale  Unit      Final
Product            Qty   Price     Price
Description
WOODLAND HILLS CA 91367-2526        $0.49
Zone-1
First-Class Mail Letter
0.40 oz.
Expected Delivery: Thu 04/24/14     $3.30
@@ Certified
USPS Certified Mail #:
70140510000009418244               -$0.49
Customer Postage                    $3.30
Subtotal:                           =======
                                    $3.30
Issue PVI:
                                    $3.30
Total:
Paid by:                            $3.30
Debit Card
  Account #:      XXXXXXXXXXXXX8593
  Approval #:     501005
  Transaction #:  177
23 903200210
  Receipt#:       002364

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************

Bill#: 1000204821721
Clerk: 12

    All sales final on stamps and postage
    Refunds for guaranteed services only
      Thank you for your business
****************************************
****************************************
      HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
****************************************
****************************************


          Customer Copy
```

```
       BALDWIN HILLS POSTAL STORE
      LOS ANGELES, California
            900081775
         0545300156 -0098
         (800)275-8777     11:12:00 AM
10/23/2014
                 Sales Receipt
                   Sale  Unit      Final
Product            Qty   Price     Price
Description
NEW YORK NY 10004 Zone-8            $2.66
First-Class Mail Large Env
8.20 oz.
Expected Delivery: Mon 10/27/14    ========
                                    $2.66
Issue Postage:
                                    $2.66
NEW YORK NY 10022 Zone-8
First-Class Mail Large Env
8.20 oz.
Expected Delivery: Mon 10/27/14    ========
                                    $2.66
Issue Postage:
                                    $2.66
NEW YORK NY 10019 Zone-8
First-Class Mail Large Env
8.20 oz.
Expected Delivery: Mon 10/27/14    ========
                                    $2.66
Issue Postage:
                                    $2.66
NEW YORK NY 10014 Zone-8
First-Class Mail Large Env
8.20 oz.
Expected Delivery: Mon 10/27/14    ========
                                   -$2.66
Issue Postage:
                                    $7.15
@@ ~~~ NEW YORK NY 10004-1415
Zone-8
Priority Mail 2-Day By Weight
8.20 oz.
Expected Delivery: Sat 10/25/14
USPS Tracking #:
9114 9012 3080 3371 5850 77
Includes $50 insurance
                                   -$2.66
Customer Postage                   ========
                                    $4.49
Issue Postage:
                                    $15.13
Total:
Paid by:                            $2.00
Cash                                $13.13
Debit Card
  Account #:      XXXXXXXXXXXXX0395
```



CRENSHAW STATION
LOS ANGELES, California
300089998
0545300008 -0098
02/24/2014    (800)275-8777    09:52:52 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| (Forever) Bank Swallo... PSA #10 Envelope | 2 | $0.62 | $1.24 |

Total:                                $1.24

Paid by:
Cash                                  $5.00
Change Due:                          -$3.76

1-8
to print shipping label
other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000204735681
Clerk: 05

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE 323-863-3027

TIA SMITH
4011 HUBERT AVENUE
LOS ANGELES, CA 90008

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

KIMBALL TIRLY ST JOHN LLP
515 SOUTH FLOWER STREET
SUITE 3400
LOS ANGELES, CA 90071
ZIP + 4® (U.S. ADDRESSES ONLY)    S KIM

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**EK 583986361 US**

UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 90008 | MAY 12 | $ 19.15 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/11/15 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 17:13 ☐ AM ☒ PM | | $ | |

| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| lbs 15 ozs | $ | $ 19.15 |

| | Acceptance Employee Initials | |
|---|---|---|

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE 323-863-3027

TIA SMITH
4011 HUBERT AVENUE
LOS ANGELES, CA 90008

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

AKERMAN LLP
725 S FIGUEROA STREET
38TH FLOOR
LOS ANGELES CA 90017-5433
ZIP + 4® (U.S. ADDRESSES ONLY)    AHN KAISER / LUCCK

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**EK 583986389 US**

UNITED STATES POSTAL SERVICE®    PRIORITY MAIL EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 90008 | THUR 12 | $ 19.15 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/11/15 | ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | $ | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 17:11 ☐ AM ☒ PM | | $ | |

| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| lbs 15 ozs | $ | $ 19.15 |

| | Acceptance Employee Initials | |
|---|---|---|

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

```
       CRENSHAW STATION
       LOS ANGELES, California
            900089998
         0545300008-0097
03/11/2015 (800)275-8777 05:15:41 PM
------------------------------------------
            Sales Receipt
Product          Sale Unit       Final
Description       Qty Price       Price
------------------------------------------
~~ NEW YORK NY 10007-1502         $19.99
Zone-8
Priority Mail Express 2-Day
Flat Rate Env
1.90 oz.
USPS Tracking #:
EK583986375US
Scheduled Delivery Day: Fri
03/13/15 12:00PM - Money Back
Guarantee
Includes $100 insurance

Signature Requested
                              ========
Issue Postage:                  $19.99

~~ LOS ANGELES CA 90017-5524     $19.15
Zone-0
Priority Mail Express 1-Day
1 lb. 15.40 oz.
USPS Tracking #:
EK583986389US
Scheduled Delivery Day: Thu
03/12/15 12:00PM - Money Back
Guarantee
Includes $100 insurance

Signature Requested
                              ========
Issue Postage:                  $19.15

~~ LOS ANGELES CA 90071-2300     $19.15
Zone-0
Priority Mail Express 1-Day
1 lb. 15.00 oz.
USPS Tracking #:
EK583986361US
Scheduled Delivery Day: Thu
03/12/15 12:00PM - Money Back
Guarantee
Includes $100 insurance

Signature Requested
                              ========
Issue Postage:                  $19.15

(Forever)        20   $0.49      $9.80
Robert
Robinson
Taylor PSA
                             -----------
Total:                          $68.09

Paid by:
Debit Card                      $68.09
```



```
        BALDWIN HILLS POSTAL STORE
          LOS ANGELES, California
                 900081775
              0545300156 -0095
09/10/2014    (800)275-8777      03:14:23 PM
========================================
            Sales Receipt
Product            Sale  Unit      Final
Description         Qty  Price     Price

LOS ANGELES CA 90071 Zone-1          $2.24
First-Class Mail Large Env
6.50 oz.
Expected Delivery: Thu 09/11/14
                                 ========
  Issue Postage:                     $2.24

Total:                               $2.24

Paid by:
Debit Card                           $2.24
  Account #:        XXXXXXXXXXXX3679
  Approval #:       004402
  Transaction #:    913
23 903200830
  Receipt#:         004402

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************


Bill#: 1000505065093
Clerk: 05

   All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
------------------------------------------

    HELP US SERVE YOU BETTER

  TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE


              Go to:
     https://postalexperience.com/Pos


Or scan this code with your mobile device.
```



```
     YOUR OPINION COUNTS
------------------------------------------

        Customer Copy
```

```
         WEST ADAMS POST OFFICE
          LOS ANGELES, California
                 900169998
              0545300016 -0096
11/13/2013    (800)275-8777      04:49:30 PM
========================================
            Sales Receipt
Product            Sale  Unit      Final
Description         Qty  Price     Price

$1 Wisdom            4   $1.00      $4.00
PSA

Total:                              $4.00

Paid by:
Debit Card                          $4.00
  Account #:        XXXXXXXXXXXX6413
  Approval #:       124995
  Transaction #:    158
23 903200335
  Receipt#:         001295

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000404544404
Clerk: 05

   All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*****************************************
*****************************************
     HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*****************************************
*****************************************

        Customer Copy
```

```
         WEST ADAMS POST OFFICE
         LOS ANGELES, California
               900169998
            0545300016 -0099
10/15/2013   (800)275-8777    05:37:55 PM

            Sales Receipt
Product            Sale  Unit      Final
Description        Qty   Price     Price

SAN FRANCISCO CA 94102 Zone-4      $0.92
First-Class Mail Large Env
0.90 oz.
Scheduled Delivery Day: Sat 10/19/13
Customer Postage                  -$0.46
                                  ========
Issue PVI:                         $0.46

LINCOLN CA 95648 Zone-4            $1.12
First-Class Mail Large Env
1.90 oz.
Scheduled Delivery Day: Sat 10/19/13
Customer Postage                  -$0.92
                                  ========
Issue PVI:                         $0.20

                                  ========
Total:                             $0.66

Paid by:
Cash                               $0.70
Change Due:                       -$0.04

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000101793205
Clerk: 04

   All sales final on stamps and postage
   Refunds for guaranteed services only
      Thank you for your business
*******************************************
*******************************************
      HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*******************************************
*******************************************



            Customer Copy
```

```
         CRENSHAW STATION
         LOS ANGELES, California
               900089998
            0545300008 -0095
10/23/2013   (800)275-8777    02:58:28 PM

            Sales Receipt
Product            Sale  Unit      Final
Description        Qty   Price     Price

(Forever)           20   $0.46     $9.20
Purple Heart
PSA 2012
                                  ========
Total:                             $9.20

Paid by:
Debit Card                         $9.20
   Account  #:     XXXXXXXXXXXX6413
   Approval #:     175282
   Transaction #:  566
23 903200210
   Receipt#:       001722

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000503213448
Clerk: 01

   All sales final on stamps and postage
   Refunds for guaranteed services only
      Thank you for your business
*******************************************
      HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*******************************************
*******************************************


            Customer Copy
```

BALDWIN HILLS POSTAL STORE
LOS ANGELES, California
900081775
0545300156 -0095
09/10/2014    (800)275-8777    03:14:23 PM

---

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| LOS ANGELES CA 90071 Zone-1 | | | $2.24 |
| First-Class Mail Large Env | | | |
| 6.50 oz. | | | |
| Expected Delivery: Thu 09/11/14 | | | |

Issue Postage:    $2.24

Total:    $2.24

Paid by:
Debit Card    $2.24
    Account #:    XXXXXXXXXXXX3679
    Approval #:    004402
    Transaction #:    913
    23 903200830
    Receipt#:    004402

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*************************************
*************************************

Bill#: 1000505065093
Clerk: 05

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

---

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Or scan this code with your mobile device.



YOUR OPINION COUNTS

---

Customer Copy

---

WEST ADAMS POST OFFICE
LOS ANGELES, California
900169998
0545300016 -0096
11/13/2013    (800)275-8777    04:49:30 PM

---

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| $1 Wisdom | 4 | $1.00 | $4.00 |
| PSA | | | |

Total:    $4.00

Paid by:
Debit Card    $4.00
    Account #:    XXXXXXXXXXXX6413
    Approval #:    124995
    Transaction #:    158
    23 903200335
    Receipt#:    001295

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*************************************
*************************************

Bill#: 1000404544404
Clerk: 05

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*************************************
*************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*************************************
*************************************

Customer Copy

```
          WEST ADAMS POST OFFICE
          LOS ANGELES, California
                900169998
              0545300016 -0099
10/15/2013    (800)275-8777    05:37:55 PM

              Sales Receipt
Product            Sale  Unit      Final
Description        Qty   Price     Price

SAN FRANCISCO CA 94102 Zone-4      $0.92
First-Class Mail Large Env
 0.90 oz.
 Scheduled Delivery Day: Sat 10/19/13
 Customer Postage                 -$0.46
                                ========
 Issue PVI:                        $0.46

LINCOLN CA 95648 Zone-4            $1.12
First-Class Mail Large Env
 1.90 oz.
 Scheduled Delivery Day: Sat 10/19/13
 Customer Postage                 -$0.92
                                ========
 Issue PVI:                        $0.20

                                --------
Total:                             $0.66

Paid by:
Cash                               $0.70
Change Due:                       -$0.04

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************************

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************

Bill#: 1000101793205
Clerk: 04

     All sales final on stamps and postage
     Refunds for guaranteed services only
         Thank you for your business
*********************************************
*********************************************
     HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*********************************************
*********************************************




           Customer Copy
```

```
          CRENSHAW STATION
        LOS ANGELES, California
              900089998
            0545300008 -0095
10/23/2013   (800)275-8777    02:58:28 PM

              Sales Receipt
Product            Sale  Unit      Final
Description        Qty   Price     Price

(Forever)          20    $0.46     $9.20
Purple Heart
PSA 2012
                                --------
Total:                             $9.20

Paid by:
Debit Card                         $9.20
  Account #:       XXXXXXXXXXXX6413
  Approval #:      175282
  Transaction #:   566
23 903200210
  Receipt#:        001722

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************

Bill#: 1000503213448
Clerk: 01

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*********************************************
     HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*********************************************
*********************************************


           Customer Copy
```