# EXHIBIT 43-G

Supplies Expenses