# EXHIBIT 43-H

Dental Expenses

**Joseph Sabet, D.D.S.**

5304 W. Century Blvd.

Los Angeles, CA 90045

(310) 215-1455

**Tax-payer ID #:**            33-093-7174

**License Number:**            38223

# Super Bill

Account #            Page

12084                1

**Billing Date**

12/15/2015

Tia Smith

4011 Hubert Ave.

Los Angeles, CA 90008

| Date | Description | Code | Th | Surface | Charge | Credit |
|---|---|---|---|---|---|---|
| 12/02/2014 | Osseous Surgery 4 or more teet | D2750 | UR | | 1,250.00 | |
| 12/02/2014 | Osseous Surgery 4 or more teet | D4260 | UL | | 1,250.00 | |
| 12/02/2014 | Cash Payment. Thank You. | PCA | | | | -1,000.00 |
| 12/30/2014 | Osseous Surgery 4 or more teet | D4260 | LR | | 1,250.00 | |
| 12/30/2014 | Osseous Surgery 4 or more teet | D4260 | LL | | 1,250.00 | |
| 12/30/2014 | Cash Payment. Thank You. | PCA | | | | -880.00 |
| 01/06/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 02/03/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 03/02/2015 | Office Visit | D9430 | | | 0.00 | |
| 03/02/2015 | Single X-Ray | D0220 | | | 80.00 | |
| 03/02/2015 | Crown Porc./gold | D2750 | 5 | | 950.00 | |
| 03/02/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 03/02/2015 | Porcelain Veneer/lab | D2962 | 11 | | 950.00 | |
| 03/16/2015 | Crown Or Bridge Seated | DSECR | | | 0.00 | |
| 03/16/2015 | Occlusal Night Guard | D9940 | | | 450.00 | |
| 04/02/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 05/04/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 06/02/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 07/07/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 08/04/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 09/14/2015 | Occlusal Night Guard | D9940 | | | 450.00 | |
| 09/14/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 10/05/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 11/02/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |
| 12/07/2015 | Cash Payment. Thank You. | PCA | | | | -500.00 |

**Total Due:    0.00**

Signature: _____