# EXHIBIT 43-I

Market Analyses for Subject Property
(1) Prepared by Demetrius Calip CalBRE: 01355391 LRG Realty Group on December 3, 2015
with Supplemental Analysis from LRG Realty Group
(2) Prepared by Realtors Property Resource on December 4, 2015