# EXHIBIT 43-I(1)

Market Analyses for Subject Property
(1) Prepared by Demetrius Calip CalBRE: 01355391 LRG Realty Group on December 3, 2015
with Supplemental Analysis from LRG Realty Group

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Minimums and Maximums

This page summarizes key fields of the listings in this analysis.

The listings in this analysis can be summarized as follows:

Priced between $322,000 and $679,000

3 Bedrooms

2.00 Bathrooms

1,106 to 2,060 Square Feet

$286 to $291 per Square Foot

Built between 1922 and 1942

73 to 93 years old

**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## List Price and Sale Price

This graph illustrates the list price, along with sale price in Sold listings.



# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Active Properties



| | | | | | |
|---|---|---|---|---|---|
| **Addr:** | 5615 Valley Glen Los Angeles | | | | |
| **Area:** | Park Hills Heights | | | **MLS #:** | 15959649 |
| **OP:** | $649,000 | | | | |
| **LP:** | $649,000 | **SP:** | | **Apx SF:** | 1,649 |
| **LD:** | 11/16/2015 | **SD:** | | **$/SF:** | $393.57 |
| **Beds:** | 3 | **Bath:** | 2.00 | **LotSF:** | 5,418 |
| **YBlt:** | 1939 | **Prk:** | Garage - Two Door | **DOM:** | 17 |
| **Elem:** | | **Mid:** | | **High:** | |

**Property Description:** Highly Upgraded Home In A Desirable, Quiet Neighborhood. This Home Features An Upgraded Kitchen With New Cabinets, Stainless Steel Appliances, Custom Tubled Tile Back Splash, Popular Wood Style Tile Flooring And Brushed Nickel Finishes. Upgraded Bathrooms With Matching Wood Style Tile Flooring And Subway Back Splash. Spacious Bedrooms, Refinished Hardwood Floors, Charming Fireplace In Living Room, Dining Room With Wainscoting, Master En Suite With Private Bathroom, 2 Car Garage, Spacious Backyard - Perfect For Entertaining. Conveniently Located Near Award Winning Schools, Shopping, Dining And Freeway Access.



| | | | | | |
|---|---|---|---|---|---|
| **Addr:** | 4545 West 62Nd Los Angeles | | | | |
| **Area:** | Park Hills Heights | | | **MLS #:** | PW15207888 |
| **OP:** | $729,000 | | | | |
| **LP:** | $679,000 | **SP:** | | **Apx SF:** | 2,060 |
| **LD:** | 09/15/2015 | **SD:** | | **$/SF:** | $329.61 |
| **Beds:** | 3 | **Bath:** | 2.00 | **LotSF:** | 6,960 |
| **YBlt:** | 1939 | **Prk:** | Garage - Rear Entr | **DOM:** | 79 |
| **Elem:** | | **Mid:** | | **High:** | |

**Property Description:** A Must See - Price Reduced. Bring All Offers. Seller'S Are Motivate. This Beautiful 3 Bedroom 2 Bath Home With A View Of The South Bay From The Upstairs Master Suite. The Large Master Suite Has A Walk In Closet And Private Bathroom With Jacuzzi Tub. There Are Two Spacious Bedrooms Downstairs With Large Closets. Lots Of Room For Entertaining In The Home – The Den Can Be Used As A Library Or In Home Office. This Is A Must See Home. It'S Conveniently Located Near Award Winning Schools, Shopping, Dining, And Freeway Access.



| | | | | | |
|---|---|---|---|---|---|
| **Addr:** | 3564 South Muirfield Los Angeles | | | | |
| **Area:** | Park Hills Heights | | | **MLS #:** | 15961475 |
| **OP:** | $679,000 | | | | |
| **LP:** | $679,000 | **SP:** | | **Apx SF:** | 1,726 |
| **LD:** | 11/27/2015 | **SD:** | | **$/SF:** | $393.40 |
| **Beds:** | 3 | **Bath:** | 2.00 | **LotSF:** | 6,155 |
| **YBlt:** | 1942 | **Prk:** | Garage - Two Door | **DOM:** | 6 |
| **Elem:** | | **Mid:** | | **High:** | |

**Property Description:** Come See This Beautifully Renovated Mid Century Charmer With Lots Of Sunlight In Highly Sought After Crenshaw Manor.  Conveniently Located Near The Metro Expo Line, Home Consists Of  3+2+Bonus Room. Great Open Floor Plan Flows To Large Back Yard Through Bonus Family Room W/ French Doors.  Features Include: Wireless Video Door Phone, New Stainless Appliances & Farm Sink, Updated Plumbing & Elec. W/Led Lights, Great Master With Walk In Closet, Quartz Counter Tops, Subway & Hex Tile And Much More.

**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Closed Sale Properties



| | | | | | |
|---|---|---|---|---|---|
| **Addr:** | 5855 3Rd Los Angeles | | | | |
| **Area:** | Park Hills Heights | | | **MLS #:** | 14794267 |
| **OP:** | $388,000 | | | | |
| **LP:** | $358,000 | **SP:** | $322,000 | **Apx SF:** | 1,106 |
| **LD:** | 09/16/2014 | **SD:** | 04/08/2015 | **$/SF:** | $291.14 |
| **Beds:** | 3 | **Bath:** | 2.00 | **LotSF:** | 4,797 |
| **YBlt:** | 1924 | **Prk** | Garage Door Open | **DOM:** | 156 |
| **Elem:** | | **Mid:** | | **High:** | |

**Property Description:** Standard Sale... Remodeled Home In A Great And Desirable Area Of Los Angeles. New Kitchen Cabinets, Granite Counter Tops, Windows, Fresh Interior Paint, Tile Flooring In The Bathrooms And Hardwood Flooring Throughout. Will Sell Fast!!!  Buyer To Verify Actual Size And Permits. Property Sold In Its "As Is" Condition. Seller Will Not Do Any Repairs.



| | | | | | |
|---|---|---|---|---|---|
| **Addr:** | 3835 Cimarron Los Angeles | | | | |
| **Area:** | Park Hills Heights | | | **MLS #:** | PW15055980 |
| **OP:** | $348,900 | | | | |
| **LP:** | $348,900 | **SP:** | $345,000 | **Apx SF:** | 1,206 |
| **LD:** | 03/10/2015 | **SD:** | 04/29/2015 | **$/SF:** | $286.07 |
| **Beds:** | 3 | **Bath:** | 2.00 | **LotSF:** | 3,116 |
| **YBlt:** | 1922 | **Prk** | Uncovered, Drivewa | **DOM:** | 37 |
| **Elem:** | | **Mid:** | | **High:** | |

**Property Description:** Back On The Market! This Charming Corner Lot Home Features 3 Bedrooms, 2 Bath. Property Was Upgraded A Few Years Ago And In Excellent Conditions. Newer Cooper Plumbing, Newer Electrical, Newer Roof, Newer Windows, Beautiful Hardwood Maple Flooring, Maple Kitchen Cabinets And Ac Unit. Property Is Fences With Gated Driveway On The Side.

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Active Properties

| | |
|---|---|
| # of Listings | **3** |
| Lowest Price | **$649,000** |
| Highest Price | **$679,000** |
| Average Price | **$669,000** |
| Avg Price/SqFt | **$372.19** |
| Avg DOM | **34** |



## Closed Sale Properties

| | |
|---|---|
| # of Listings | **2** |
| Lowest Price | **$322,000** |
| Highest Price | **$345,000** |
| Average Price | **$333,500** |
| Avg Price/SqFt | **$288.60** |
| Avg DOM | **97** |



# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Summary Graph/Analysis



■ Avg Price    ■ Min Price    ■ Max Price

## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per |
|---|---|---|---|---|
| Active | $649,000 | $679,000 | $669,000 | $372.19 |
| Closed Sale | $322,000 | $345,000 | $333,500 | $288.60 |
| **Totals / Averages** | **$322,000** | **$679,000** | **$534,800** | **$338.76** |

## Sold Property Analysis

| Address | List Price | Sold Price | DOM | %SP/LP | SP/Sqft |
|---|---|---|---|---|---|
| 5855 3Rd Los Angeles | $358,000 | $322,000 | 156 | -%10.06 | $291.14 |
| 3835 Cimarron Los Angeles | $348,900 | $345,000 | 37 | -%1.12 | $286.07 |
| **Total Averages** | **$353,450** | **$333,500** | **97** | **%-5.59** | **$288.60** |

Note: Selected properties without SQFT values are not included in the "Average per Sqft" calculations

## Property Summary

| S | Street Address | Bd | Bth | Sqft | Built | L Price | S Price | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|---|
| A | 5615 Valley Glen | 3 | 2.00 | 1,649 | 1939 | $649,000 | | | 17 |
| A | 4545 West 62Nd | 3 | 2.00 | 2,060 | 1939 | $679,000 | | | 79 |
| A | 3564 South Muirfield | 3 | 2.00 | 1,726 | 1942 | $679,000 | | | 6 |
| S | 5855 3Rd | 3 | 2.00 | 1,106 | 1924 | $358,000 | $322,000 | 04/08/2015 | 156 |

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

| S | 3835 Cimarron | 3 | 2.00 | 1,206 | 1922 | $348,900 | $345,000 | 04/29/2015 | 37 |

**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

# Full Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

  

| | Subject Property | Details | Details |
|---|---|---|---|
| | 4011 Hubert | 5615 Valley Glen | 4545 62Nd West |
| MLS# | 14740967 | 15959649 | PW15207888 |
| Status | S | Active | Active |
| Area | Park Hills Heights | Park Hills Heights | Park Hills Heights |
| List Price | $ 505,000 | $649,000 | $679,000 |
| Sold Price | $483,000 | | |
| List Date | 02/28/2014 | 11/16/2015 | 09/15/2015 |
| Sold Date | 04/07/2014 | | |
| DOM | 38 | 17 | 79 |
| Beds | 3 | 3 | 3 |
| Baths | 2 | 2 | 2 |
| Style | Spanish | Traditional | |
| Sqft | 2,035 | 1,649 | 2,060 |
| Lot Sqft | 7,381 | 5,418 | 6,960 |
| Lot Dim | | | |
| Acres | 0.17 | 0.12 | 0.16 |
| TG | 673F2 | | |
| Grg Stls | | | |
| Prk Char | | Garage - Two Door | Garage - Rear Entry |
| Pool | | | None |
| Spa | | | |
| Age | 1939 | 1939 | 1939 |
| Interior | | | Ceiling Fan |
| Appliances | | Garbage Disposal, Dishwasher | Gas Oven, Gas Range, Microwave |
| # FP | See Remarks | Living Room | Living Room |
| Roof | | | Composition |

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Full Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

  

| Subject Property | | Details | Details |
|---|---|---|---|
| 4011 Hubert | | 3564 Muirfield South | 5855 3Rd |
| MLS# | 14740967 | 15961475 | 14794267 |
| Status | S | Active | Closed Sale |
| Area | Park Hills Heights | Park Hills Heights | Park Hills Heights |
| List Price | $ 505,000 | $679,000 | $358,000 |
| Sold Price | $483,000 | | $322,000 |
| List Date | 02/28/2014 | 11/27/2015 | 09/16/2014 |
| Sold Date | 04/07/2014 | | 04/08/2015 |
| DOM | 38 | 6 | 156 |
| Beds | 3 | 3 | 3 |
| Baths | 2 | 2 | 2 |
| Style | Spanish | | Spanish |
| Sqft | 2,035 | 1,726 | 1,106 |
| Lot Sqft | 7,381 | 6,155 | 4,797 |
| Lot Dim | | | |
| Acres | 0.17 | 0.14 | 0.11 |
| TG | 673F2 | 673D1 | 673G6 |
| Grg Stls | | Detached | Detached |
| Prk Char | | Garage - Two Door | Garage Door Opener, Garage |
| Pool | | | None |
| Spa | | | None |
| Age | 1939 | 1942 | 1924 |
| Interior | | | |
| Appliances | | Garbage Disposal, Refrigerator, Dishwasher | |
| # FP | See Remarks | Living Room | See Remarks |
| Roof | | | Composition |

**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

# Full Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.




| Subject Property | | Details |
|---|---|---|
| 4011 Hubert | | 3835 Cimarron |
| MLS# | 14740967 | PW15055980 |
| Status | S | Closed Sale |
| Area | Park Hills Heights | Park Hills Heights |
| List Price | $ 505,000 | $348,900 |
| Sold Price | $483,000 | $345,000 |
| List Date | 02/28/2014 | 03/10/2015 |
| Sold Date | 04/07/2014 | 04/29/2015 |
| DOM | 38 | 37 |
| Beds | 3 | 3 |
| Baths | 2 | 2 |
| Style | Spanish | |
| Sqft | 2,035 | 1,206 |
| Lot Sqft | 7,381 | 3,116 |
| Lot Dim | | |
| Acres | 0.17 | 0.07 |
| TG | 673F2 | |
| Grg Stls | | |
| Prk Char | | Uncovered, Driveway - Concrete, Parking Space, Street |
| Pool | | None |
| Spa | | |
| Age | 1939 | 1922 |
| Interior | | Copper Plumbing Full, Copper Plumbing Partial |
| Appliances | | |
| # FP | See Remarks | None |
| Roof | | |

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Full Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg DOM |
|--------|-------|-----------|----------------|--------|-----|------|---------|
| ACTIVE | 3 | $669,000 | $372 | $679,000 | $649,000 | $679,000 | 34 |
| PND/BAK | | | | | | | |
| SOLD/LEASE | 2 | $333,500 | $289 | $333,500 | $322,000 | $345,000 | 97 |
| WITHDRAWN | | | | | | | |
| EXPIRED | | | | | | | |
| **Total** | **5** | **$534,800** | **$339** | **$649,000** | **$322,000** | **$679,000** | **59** |

**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

**Status: Active**

| ML# | L/S Date | Address | City | Sqft | Bd | Bth | Built | L/S Price | DOM |
|-----|----------|---------|------|------|----|----|------|-----------|-----|
| 15959649 | 11/16/2015 | 5615 Valley Glen | Los Angeles | 1,649 | 3 | 2.00 | 1939 | $649,000 | 17 |
| PW15207888 | 09/15/2015 | 4545 West 62Nd | Los Angeles | 2,060 | 3 | 2.00 | 1939 | $679,000 | 79 |
| 15961475 | 11/27/2015 | 3564 South Muirfield | Los Angeles | 1,726 | 3 | 2.00 | 1942 | $679,000 | 6 |
| **Averages:** | | | | **1,812** | **3** | **2.00** | **1940** | **$669,000** | **34** |

**Status: Closed Sale**

| ML# | L/S Date | Address | City | Sqft | Bd | Bth | Built | L/S Price | DOM |
|-----|----------|---------|------|------|----|----|------|-----------|-----|
| 14794267 | 04/08/2015 | 5855 3Rd | Los Angeles | 1,106 | 3 | 2.00 | 1924 | $322,000 | 156 |
| PW15055980 | 04/29/2015 | 3835 Cimarron | Los Angeles | 1,206 | 3 | 2.00 | 1922 | $345,000 | 37 |
| **Averages:** | | | | **1,156** | **3** | **2.00** | **1923** | **$333,500** | **97** |

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg DOM |
|--------|-------|-----------|----------------|--------|-----|------|---------|
| ACTIVE | 3 | $669,000 | $372 | $679,000 | $649,000 | $679,000 | 34 |
| PND/BAK | | | | | | | |
| SOLD/LEASE | 2 | $333,500 | $289 | $333,500 | $322,000 | $345,000 | 97 |
| WITHDRAWN | | | | | | | |
| EXPIRED | | | | | | | |
| **Total** | **5** | **$534,800** | **$346** | **$649,000** | **$322,000** | **$679,000** | **59** |

**Comparative Market Analysis**

Los Angeles, 90008

Thursday, December 3, 2015

# Listing Details

This page details the comparable listings contained in this market analysis.

---



### 5615 VALLEY GLEN

| | | | |
|---|---|---|---|
| Status: | **Active** | Bedrooms: | **3** |
| List Date: | **11/16/2015** | Bathrooms: | **2** |
| Area: | **PHHT** | Sqft: | **1649** |
| LP: | **$649,000** | SP: | |
| Listed: | **11/16/2015** | Built: | **1939** |
| DOM: | **17** | Lot Size: | **5,418** |

**Highly upgraded home in a desirable, quiet neighborhood. This home features an upgraded kitchen with new cabinets, stainless steel appliances, custom tubled tile back splash, popular wood style tile flooring and brushed nickel finishes. Upgraded bathrooms with matching wood style tile flooring and subway back splash. Spacious bedrooms, refinished hardwood floors, charming fireplace in living room, dining room with wainscoting, master en suite with private bathroom, 2 car garage, spacious backyard - perfect for entertaining. Conveniently located near award winning schools, shopping, dining and freeway access.**

---



### 4545 West 62nd

| | | | |
|---|---|---|---|
| Status: | **Active** | Bedrooms: | **3** |
| List Date: | **09/15/2015** | Bathrooms: | **2** |
| Area: | **PHHT** | Sqft: | **2060** |
| LP: | **$679,000** | SP: | |
| Listed: | **09/15/2015** | Built: | **1939** |
| DOM: | **79** | Lot Size: | **6,960** |

**A Must See - Price Reduced. Bring All Offers. Seller's are motivate. This beautiful 3 bedroom 2 bath home with a view of the South Bay from the upstairs master suite. The large master suite has a walk in closet and private bathroom with Jacuzzi tub. There are two spacious bedrooms downstairs with large closets. Lots of room for entertaining in the home – The den can be used as a library or in home office. This is a must see home. It's conveniently located near award winning schools, shopping, dining, and freeway access.**

---



### 3564 South MUIRFIELD

| | | | |
|---|---|---|---|
| Status: | **Active** | Bedrooms: | **3** |
| List Date: | **11/27/2015** | Bathrooms: | **2** |
| Area: | **PHHT** | Sqft: | **1726** |
| LP: | **$679,000** | SP: | |
| Listed: | **11/27/2015** | Built: | **1942** |
| DOM: | **6** | Lot Size: | **6,155** |

**Come see this beautifully renovated Mid Century Charmer with lots of sunlight in highly sought after Crenshaw Manor. Conveniently located near the Metro Expo line, home consists of 3+2+bonus room. Great open floor plan flows to large back yard through bonus family room w/ French doors. Features include: Wireless video door phone, new stainless appliances & farm sink, updated plumbing & elec. w/LED lights, great master with walk in closet, quartz counter tops, subway & hex tile and much more.**

---

**Comparative Market Analysis**

Los Angeles, 90008

Thursday, December 3, 2015

# Listing Details

This page details the comparable listings contained in this market analysis.

---



### 5855 3RD

| | | | |
|---|---|---|---|
| Status: | **Closed Sale** | Bedrooms: | **3** |
| List Date: | **09/16/2014** | Bathrooms: | **2** |
| Area: | **PHHT** | Sqft: | **1106** |
| LP: | **$358,000** | SP: | **$322,000** |
| End Date: | **04/08/2015** | Built: | **1924** |
| DOM: | **156** | Lot Size: | **4,797** |

**Standard Sale... Remodeled home in a great and desirable area of Los Angeles. New kitchen cabinets, granite counter tops, windows, fresh interior paint, tile flooring in the bathrooms and hardwood flooring throughout. Will sell fast!!!  Buyer to verify actual size and permits. Property sold in its "AS IS" condition. Seller will not do any repairs.**

---



### 3835 Cimarron

| | | | |
|---|---|---|---|
| Status: | **Closed Sale** | Bedrooms: | **3** |
| List Date: | **03/10/2015** | Bathrooms: | **2** |
| Area: | **PHHT** | Sqft: | **1206** |
| LP: | **$348,900** | SP: | **$345,000** |
| End Date: | **04/29/2015** | Built: | **1922** |
| DOM: | **37** | Lot Size: | **3,116** |

**Back On The Market! This charming corner lot home features 3 bedrooms, 2 bath. Property was upgraded a few years ago and in excellent conditions. Newer cooper plumbing, newer electrical, newer roof, newer windows, beautiful hardwood maple flooring, maple kitchen cabinets and AC unit. Property is fences with gated driveway on the side.**

# Comparative Market Analysis

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



**Comparative Market Analysis**

4011 Hubert Av
Los Angeles, 90008

Thursday, December 3, 2015

# Pricing Recommendation

This page suggests a recommended selling price based on a thorough analysis of your property.

**After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for $649,000.**



# Real Estate Reports

**Property:**
**4011 Hubert Ave**
**Los Angeles,  CA 90008**
**APN: 5033-016-023**

Data deemed reliable, but not guaranteed. LPS Data Services 2009.
Copyright 2009 AgentPro247.com LoanPro247.com TitlePro247.com

# Property Details

**Smith, Tia**
**4011 Hubert Ave, Los Angeles, CA 90008**

**APN: 5033-016-023**
**Los Angeles County**



**Recent Foreclosure Activity**

## Owner Information

| | |
|---|---|
| Primary Owner: **SMITH, TIA** | Secondary Owner: |
| Mail Address: **4011 HUBERT AVE LOS ANGELES CA 90008** | Site Address: **4011 HUBERT AVE LOS ANGELES CA 90008** |

Assessor Parcel Number: **5033-016-023**

Census Tract: **2342.00**          Housing Tract Number: **11193**

Lot Number: **23**

Legal description: **Lot: 23  Tract No: 11193  Abbreviated Description: LOT:23 CITY:REGION/CLUSTER: 09/09181 TR#:11193 TRACT # 11193 LOT 23 IMP1=SFR,1 UNIT,2035SF,YB:1939,03BD/02BA.City/Muni/Twp: REGION/CLUSTER: 09/09181**

## Sale Information

| | | |
|---|---|---|
| Sale Date: **11/23/2011** | Document #: **11-1590675** | Sale Amount: **$362,500** |
| Seller: **SMITH, TIA DANIELLE** | Sale Type: | Cost/SF: **$178** |

| | |
|---|---|
| Foreclosure Deed Type: | **Lender Owned** |
| Recording Date: | **11/23/2011** |

## Assessment & Tax Information

| | | |
|---|---|---|
| Assessed Value: **$517,638** | Land Value: **$310,583** | Imp. Value: **$207,055** |
| Homeowner Exemption: | % Improvement: **40%** | |
| Tax Amount: **$6,403.87** | Tax Status: **Current** | Tax Year: **2015** |
| Tax Rate Area: **0-067** | Tax Account ID: | |

## Property Characteristics

| | | |
|---|---|---|
| Bedrooms: **3** | Year Built: **1939** | Pool: |
| Bathrooms: **2** | Square Feet: **2,035 SF** | Lot Size: **7,381 SF** |
| Partial Baths: | Number of Units: **1** | No of Stories: |

Total Comps: 1    Comparable Market Analysis (Prepared by Demetrius Calip CalBRE 01355391 L

Property Type: **Single Family Residential Properties**

Use Code: **Single Family Residential**

Building Style:

Owner
Exclusions:

Zoning: **LAR1**

## Transaction History

**Smith, Tia**
**4011 Hubert Ave, Los Angeles, CA 90008**

**APN: 5033-016-023**
**Los Angeles County**

### Prior Transfer

| | |
|---|---|
| Recording Date: **07/08/2014** | Document #: **14-0701645 BK-PG -** |
| Price: **N/A** | Document Type: **Intra-family Transfer Or Dissolution** |
| First TD: **N/A** | Type of Sale: **Transfer Tax On Doc. Indicated As EXEMPT** |
| Mortgage Doc #: | Interest Rate: |
| Lender Name: | |
| Buyer Name: **SMITH, TIA** | |
| Buyer Vesting: | |
| Seller Name: **SMITH, TIA; TIA SMITH TRUST** | |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

### Prior Transfer

| | |
|---|---|
| Recording Date: **04/07/2014** | Document #: **14-0346620 BK-PG -** |
| Price: **$507,500** | Document Type: **Quit Claim Deed** |
| First TD: **N/A** | Type of Sale: **Price Unconfirmed** |
| Mortgage Doc #: | Interest Rate: |
| Lender Name: | |
| Buyer Name: **IH4 PROPERTY WEST LP** | |
| Buyer Vesting: | |
| Seller Name: **NATIONSTAR MORTGAGE LLC** | |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

### Prior Transfer

| | |
|---|---|
| Recording Date: **04/07/2014** | Document #: **14-0346619 BK-PG -** |
| Price: **$507,500** | Document Type: **Quit Claim Deed** |
| First TD: **N/A** | Type of Sale: **Price Unconfirmed** |
| Mortgage Doc #: | Interest Rate: |
| Lender Name: | |
| Buyer Name: **NATIONSTAR MORTGAGE LLC** | |
| Buyer Vesting: | |
| Seller Name: **AURORA LOAN SERVICES LLC** | |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

### Prior Transfer

| | |
|---|---|
| Recording Date: **01/23/2014** | Document #: **14-0075196 BK-PG -** |

Prior TD: **N/A**

Document Type: **Non-Sale Transfer Or
Dissolution**

First TD: **N/A**

Type of Sale: **Price As "0", "None", "No
Consideration"**

Mortgage Doc #:

Interest Rate:

Lender Name:

Buyer Name: **SMITH, TIA DANIELLE**

Buyer Vesting:

Seller Name: **SMITH, TIA; TIA SMITH TRUST**

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**

City/Muni/Twp: **LOS ANGELES**

## Prior Transfer

Recording Date: **11/23/2011**

Document #: **11-1590675 BK-PG -**

Price: **$362,500**

Document Type: **Trustee's Deed (Certificate
Of Title)**

First TD: **N/A**

Type of Sale: **Full Amount On Deed**

Mortgage Doc #:

Interest Rate:

Lender Name:

Buyer Name: **AURORA LOAN SERVICES LLC**

Buyer Vesting:

Seller Name: **SMITH, TIA DANIELLE**

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**

City/Muni/Twp: **LOS ANGELES**

## Foreclosure Record

Recording Date: **05/31/2011**

Document #: **11-0657727 BK-PG -**

Document Type: **Notice Of Sale (Aka Notice
Of Trustee's Sale)**

Auction Location: **12720 NORWALK BLVD, NORWALK**

Auction Date/Time: **05/31/2011 10:00 A.M.**

Min. Bid Amount: **$693,490**

Legal description:

## Foreclosure Record

Recording Date: **01/19/2010**

Document #: **09-1980910 BK-PG -**

Document Type: **Notice Of Sale (Aka Notice
Of Trustee's Sale)**

Auction Location: **12720 NORWALK BLVD, NORWALK**

Auction Date/Time: **01/19/2010 10:00 A.M.**

Min. Bid Amount: **$630,063**

Legal description:

## Mortgage Assignment

Recording Date: **12/31/2009**

Document #: **09-1994646 BK-PG -**

Loan Amount: **$556,000**

Document Type: **Assignment Of Mortgage**

Original Lender: **AMERICAN MORTGAGE
NETWORK INC**

Origination Doc #: **06-2729009 BK-PG -**

Borrowers Name: **TIA DANIELLE SMITH**

Origination Recording Date: 12/08/2006                                    Effective Date:

Assignor Name: **MERS, INC. AS NOMINEE**                    Assignee Name: **AURORA LOAN SERVICES**
**FOR AMERICAN MORTGAGE**                                                **LLC**
**NETWORK, INC. A**
**DELAWARE CORPORATION**
**ITS SUCCESSOR OR**
**ASSIGNS**

## Foreclosure Record

Recording Date: **09/24/2009**                              Document #: **09-1452803 BK-PG -**
Document Type: **Notice Of Default**                        Case Number: **1241071-14**
Beneficiary Name:
Trustor Names: **SMITH, TIA DANIELLE**
Trustee Name: **CAL WESTERN RECONVEYANCE CORPORATION**
Mailing Address: **525 E MAIN ST, EL CAJON, CA 92022-9004**
Trustee Phone #: **619-590-9200**
TS#: **1241071-14**                                         Loan Doc #: **06-2729009**
Loan Date: **12/08/2006**                                   Loan Amount: **$556,000**
Contact Name: **CAL WESTERN RECONVEYANCE CORPORATION**
Attention:
Mailing Address: **525 E MAIN ST, EL CAJON, CA 92022-9004**
Legal description: **Lot: 23**

## Mortgage Release

Recording Date: **02/23/2007**                              Document #: **07-0396844 BK-PG -**
Loan Amount: **$485,000**                                   Document Type: **Substitution Of Trustee And**
**Full Reconveyance**
Original Lender: **JPMORGAN CHASE BANK NA**                 Origination Doc #: **05-2260576 BK-PG -**
Borrowers Name: **TIA SMITH**
Origination Recording Date: **09/20/2005**                  Effective Date:
Current Lender: **JPMORGAN CHASE BANK, N.A.**

## Mortgage Release

Recording Date: **12/19/2006**                              Document #: **06-2822486 BK-PG -**
Loan Amount: **$136,000**                                   Document Type: **Substitution Of Trustee And**
**Full Reconveyance**
Original Lender: **COUNTRYWIDE BANK NA**                     Origination Doc #: **06-1426140 BK-PG -**
Borrowers Name: **TIA SMITH**
Origination Recording Date: **06/28/2006**                  Effective Date:
Current Lender: **MERS, INC.**

## Prior Transfer

Recording Date: **12/11/2006**                              Document #: **06-2737261 BK-PG -**
Price: **N/A**                                              Document Type: **Intra-family Transfer Or**
**Dissolution**
First TD: **N/A**                                           Type of Sale: **Non-Arms Length Transfer**
Mortgage Doc #:                                             Interest Rate:
Lender Name:
Buyer Name: **SMITH, TIA; TIA SMITH TRUST**
Buyer Vesting: **Trust**
Seller Name: **SMITH, TIA DANIELLE**

Legal description: Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19
City/Muni/Twp: LOS ANGELES

## Mortgage Record

| | |
|---|---|
| Recording Date: **12/08/2006** | Document #: **06-2729010 BK-PG -** |
| Loan Amount: **$69,500** | Loan Type: **Credit Line** |
| TD Due Date: | Type of Financing: **Variable** |
| Interest Rate: | |
| Lender Name: **AMERICAN MORTGAGE NETWORK INC** | |
| Lender Type: **Mortgage Company** | |
| Borrowers Name: **SMITH, TIA DANIELLE** | |
| Vesting: | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **12/08/2006** | Document #: **06-2729009 BK-PG -** |
| Loan Amount: **$556,000** | Loan Type: **Negative Amortization** |
| TD Due Date: **12/01/2036** | Type of Financing: **Fixed To Adjustable** |
| Interest Rate: **1.50%** | |
| Lender Name: **AMERICAN MORTGAGE NETWORK INC** | |
| Lender Type: **Mortgage Company** | |
| Borrowers Name: **SMITH, TIA DANIELLE** | |
| Vesting: | |
| Fixed Step: | |
| Adjustable Rate Index: **Twelve Month Average** | Change Index: **3.4%** |
| Rate Change Frequency: **Monthly** | First Change Date: **01/01/2007** |
| Int Rate not <: | Int Rate not >: |
| Maximum Interest Rate: **9.95%** | Interest Only Period: **Yes** |
| Prepayment Penalty Rider: **No** | Prepayment Penalty Term: **12 Months** |

## Prior Transfer

| | |
|---|---|
| Recording Date: **12/08/2006** | Document #: **06-2729008 BK-PG -** |
| Price: **N/A** | Document Type: **Intra-family Transfer Or Dissolution** |
| First TD: **$556,000** | Type of Sale: **Non-Arms Length Transfer** |
| Mortgage Doc #: **06-2729009** | Interest Rate: |
| Lender Name: **AMERICAN MORTGAGE NETWORK INC** | |
| Buyer Name: **SMITH, TIA DANIELLE** | |
| Buyer Vesting: | |
| Seller Name: **SMITH, TIA; TIA SMITH TRUST** | |
| Fixed Step: | |
| Adjustable Rate Index: **Twelve Month Average** | Change Index: **3.4%** |
| Rate Change Frequency: **Monthly** | First Change Date: **01/01/2007** |
| Int Rate not <: | Int Rate not >: |
| Maximum Interest Rate: **9.95%** | Interest Only Period: **Yes** |
| Prepayment Penalty Rider: **No** | Prepayment Penalty Term: **12 Months** |

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**
City/Muni/Twp: **LOS ANGELES**

## Mortgage Release

| | |
|---|---|
| Recording Date: **08/07/2006** | Document #: **06-1744597 BK-PG -** |
| Loan Amount: **$95,000** | Document Type: **Release Of Mortgage** |
| Original Lender: **JPMORGAN CHASE BANK NA** | Origination Doc #: **05-2260577 BK-PG -** |
| Borrowers Name: **TIA SMITH** | |
| Origination Recording Date: **09/20/2005** | Effective Date: |
| Current Lender: **JPMORGAN CHASE BANK NA SUCCESSOR BY MERGER TO BANK ONE NA AS TRUSTEE** | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **06/28/2006** | Document #: **06-1426140 BK-PG -** |
| Loan Amount: **$136,000** | Loan Type: **Credit Line** |
| TD Due Date: | Type of Financing: **Variable** |
| Interest Rate: | |
| Lender Name: **COUNTRYWIDE BANK NA** | |
| Lender Type: **Bank** | |
| Borrowers Name: **SMITH, TIA; THE TIA SMITH TRUST** | |
| Vesting: **Trust** | |

## Prior Transfer

| | |
|---|---|
| Recording Date: **06/28/2006** | Document #: **06-1426139 BK-PG -** |
| Price: **N/A** | Document Type: **Intra-family Transfer Or Dissolution** |
| First TD: **$136,000** | Type of Sale: **Non-Arms Length Transfer** |
| Mortgage Doc #: **06-1426140** | Interest Rate: |
| Lender Name: **COUNTRYWIDE BANK NA** | |
| Buyer Name: **SMITH, TIA; THE TIA SMITH TRUST** | |
| Buyer Vesting: **Trust** | |
| Seller Name: **SMITH, TIA; THE 2003 TIA SMITH TRUST** | |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

## Mortgage Release

| | |
|---|---|
| Recording Date: **11/14/2005** | Document #: **05-2740393 BK-PG -** |
| Loan Amount: **$333,700** | Document Type: **Substitution Of Trustee And Full Reconveyance** |
| Original Lender: **MIT LENDING** | Origination Doc #: **04-2991571 BK-PG -** |
| Borrowers Name: **TIA SMITH** | |
| Origination Recording Date: **11/18/2004** | Effective Date: |
| Current Lender: **MERS INC AS NOMINEE FOR INDYMAC BANK FSB** | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **09/20/2005** | Document #: **05-2260577 BK-PG -** |
| Loan Amount: **$95,000** | Loan Type: **Credit Line** |
| TD Due Date: **10/01/2035** | Type of Financing: |
| Interest Rate: | |
| Lender Name: **JPMORGAN CHASE BANK NA** | |
| Lender Type: **Bank** | |
| Borrowers Name: **SMITH, TIA; THE 2003 TIA SMITH TRUST** | |
| Vesting: **Trust** | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **09/20/2005** | Document #: **05-2260576 BK-PG -** |
| Loan Amount: **$485,000** | Loan Type: **Conventional** |
| TD Due Date: **10/01/2035** | Type of Financing: |
| Interest Rate: | |
| Lender Name: **JPMORGAN CHASE BANK NA** | |
| Lender Type: **Bank** | |
| Borrowers Name: **SMITH, TIA; THE 2003 TIA SMITH TRUST** | |
| Vesting: **Trust** | |

## Mortgage Release

| | |
|---|---|
| Recording Date: **01/10/2005** | Document #: **05-0068374 BK-PG -** |
| Loan Amount: **$316,800** | Document Type: **Substitution Of Trustee And Full Reconveyance** |
| Original Lender: **LONG BEACH MORTGAGE CO** | Origination Doc #: **03-3285645 BK-PG -** |
| Borrowers Name: **TIA D SMITH** | |
| Origination Recording Date: **11/03/2003** | Effective Date: |
| Current Lender: **LONG BEACH MORTGAGE COMPANY** | |

## Prior Transfer

| | |
|---|---|
| Recording Date: **12/08/2004** | Document #: **04-3171240 BK-PG -** |
| Price: **N/A** | Document Type: **Intra-family Transfer Or Dissolution** |
| First TD: **N/A** | Type of Sale: **Non-Arms Length Transfer** |
| Mortgage Doc #: | Interest Rate: |
| Lender Name: | |
| Buyer Name: **SMITH, TIA; 2003 TIA SMITH TRUST** | |
| Buyer Vesting: **Trust** | |
| Seller Name: **SMITH, TIA** | |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **11/18/2004** | Document #: **BK-PG -** |
| Loan Amount: **$133,300** | Loan Type: |
| TD Due Date: | Type of Financing: |
| Interest Rate: | |
| Lender Name: | |
| Lender Type: | |
| Borrowers Name: **SMITH, TIA** | |
| Vesting: | |
| Fixed Step: | |
| Adjustable Rate Index: **Libor** | Change Index: |
| Rate Change Frequency: **Semi-Annual** | First Change Date: |
| Int Rate not <: | Int Rate not >: |
| Maximum Interest Rate: | Interest Only Period: |

Prepayment Penalty Rider: **No**        Prepayment Penalty Term:

## Mortgage Record

| | |
|---|---|
| Recording Date: **11/18/2004** | Document #: **04-2991571 BK-PG -** |
| Loan Amount: **$333,700** | Loan Type: **Non Purchase Money (Misc)** |
| TD Due Date: **12/01/2034** | Type of Financing: **Fixed To Adjustable** |
| Interest Rate: **5.25%** | |
| Lender Name: **MIT LENDING** | |
| Lender Type: **Lending Institution** | |
| Borrowers Name: **SMITH, TIA** | |
| Vesting: | |
| | |
| Fixed Step: | |
| Adjustable Rate Index: **Libor** | Change Index: **2.25%** |
| Rate Change Frequency: **Semi-Annual** | First Change Date: |
| Int Rate not <: | Int Rate not >: |
| Maximum Interest Rate: | Interest Only Period: |
| Prepayment Penalty Rider: **No** | Prepayment Penalty Term: |

## Prior Transfer

| | |
|---|---|
| Recording Date: **11/18/2004** | Document #: **04-2991570 BK-PG -** |
| Price: **N/A** | Document Type: **Intra-family Transfer Or Dissolution** |
| First TD: **$333,700** | Type of Sale: **Non-Arms Length Transfer** |
| Mortgage Doc #: **04-2991571** | Interest Rate: |
| Lender Name: **MIT LENDING** | |
| Buyer Name: **SMITH, TIA** | |
| Buyer Vesting: | |
| Seller Name: **SMITH, TIA; 2003 TIA SMITH TRUST** | |
| Fixed Step: | |
| Adjustable Rate Index: **Libor** | Change Index: **2.25%** |
| Rate Change Frequency: **Semi-Annual** | First Change Date: |
| Int Rate not <: | Int Rate not >: |
| Maximum Interest Rate: | Interest Only Period: |
| Prepayment Penalty Rider: **No** | Prepayment Penalty Term: |
| Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19** | |
| City/Muni/Twp: **LOS ANGELES** | |

## Mortgage Record

| | |
|---|---|
| Recording Date: **06/10/2004** | Document #: **04-1496924 BK-PG -** |
| Loan Amount: **$80,000** | Loan Type: **Credit Line** |
| TD Due Date: **04/24/2024** | Type of Financing: |
| Interest Rate: | |
| Lender Name: **CHASE MANHATTAN BANK USA NA** | |
| Lender Type: **Subprime Lender** | |
| Borrowers Name: **SMITH, TIA; THE 2003 TIA SMITH TRUST** | |
| Vesting: **Trust** | |

## Prior Transfer

Recording Date: **11/03/2003**    Document #: **04-0034670 BK-PG -**
Price: **N/A**    Document Type: **Intra-family Transfer Or Dissolution**

First TD: **N/A**    Type of Sale: **Non-Arms Length Transfer**

Mortgage Doc #:    Interest Rate:

Lender Name:

Buyer Name: **SMITH, TIA; 2003 TIA SMITH TRUST**

Buyer Vesting: **Trust**

Seller Name: **SMITH, TIA**

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**

City/Muni/Twp: **LOS ANGELES**

## Mortgage Record

Recording Date: **11/03/2003**    Document #: **03-3285646 BK-PG -**

Loan Amount: **$79,200**    Loan Type: **Stand Alone Second**

TD Due Date: **11/01/2023**    Type of Financing:

Interest Rate:

Lender Name: **LONG BEACH MORTGAGE CO**

Lender Type: **Subprime Lender**

Borrowers Name: **SMITH, TIA D**

Vesting:

## Mortgage Record

Recording Date: **11/03/2003**    Document #: **03-3285645 BK-PG -**

Loan Amount: **$316,800**    Loan Type: **Unknown Loan Type**

TD Due Date: **11/01/2033**    Type of Financing: **ARM**

Interest Rate: **5.99%**

Lender Name: **LONG BEACH MORTGAGE CO**

Lender Type: **Subprime Lender**

Borrowers Name: **SMITH, TIA D**

Vesting:

Fixed Step: **Rate Starts As FIXED.**

Adjustable Rate Index: **Libor**    Change Index: **4.99%**

Rate Change Frequency: **Semi-Annual**    First Change Date:

Int Rate not <:    Int Rate not >:

Maximum Interest Rate:    Interest Only Period:

Prepayment Penalty Rider: **No**    Prepayment Penalty Term:

## Mortgage Record

Recording Date: **01/08/2003**    Document #: **03-0056387 BK-PG -**

Loan Amount: **$305,000**    Loan Type:

TD Due Date: **01/01/2033**    Type of Financing: **Fixed To Adjustable**

Interest Rate: **7.50%**

Lender Name: **BNC MTG INC**

Lender Type: **Mortgage Company**

Borrowers Name: **SMITH, TIA D**

Vesting:

Fixed Step:

Adjustable Rate Index: **Libor**    Change Index: **5%**

Rate Change Frequency: **Semi-Annual**                              First Change Date:

Int Rate not <:                                                                    Int Rate not >:

Maximum Interest Rate:                                                  Interest Only Period:

Prepayment Penalty Rider: **Yes**                                   Prepayment Penalty Term:

## Prior Transfer

Recording Date: **01/08/2003**                                      Document #: **03-0056386 BK-PG -**

Price: **$305,000**                                                         Document Type: **Grant Deed**

First TD: **$305,000**                                                      Type of Sale: **Price Unconfirmed**

Mortgage Doc #: **03-0056387**                                    Interest Rate:

Lender Name: **BNC MTG INC**

Buyer Name: **SMITH, TIA D**

Buyer Vesting:

Seller Name: **RUTA, JONI MARIE; RUTA, ANNE; BARNES, ELAINA; MACCHITELI, FRANK; MACCHITELLI, JAMES; MACCHITELLI, JAY; MACCHITELLI, JOHN; DEPRIZIO, LOUISA; DEPRIZIO, LOUISE**

Fixed Step:

Adjustable Rate Index: **Libor**                                      Change Index: **5%**

Rate Change Frequency: **Semi-Annual**                       First Change Date:

Int Rate not <:                                                                    Int Rate not >:

Maximum Interest Rate:                                                  Interest Only Period:

Prepayment Penalty Rider: **Yes**                                   Prepayment Penalty Term:

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**

City/Muni/Twp: **LOS ANGELES**

## Mortgage Record

Recording Date: **01/07/2003**                                      Document #: **03-0044570 BK-PG -**

Loan Amount: **$305,000**                                             Loan Type:

TD Due Date: **01/01/2033**                                          Type of Financing: **Fixed To Adjustable**

Interest Rate: **7.50%**

Lender Name: **BNC MTG INC**

Lender Type: **Mortgage Company**

Borrowers Name: **SMITH, TIA D**

Vesting:

Fixed Step:

Adjustable Rate Index: **Libor**                                      Change Index: **5%**

Rate Change Frequency: **Semi-Annual**                       First Change Date:

Int Rate not <:                                                                    Int Rate not >:

Maximum Interest Rate:                                                  Interest Only Period:

Prepayment Penalty Rider: **Yes**                                   Prepayment Penalty Term:

## Prior Transfer

Recording Date: **01/07/2003**                                      Document #: **03-0044569 BK-PG -**

Price: **$305,000**                                                         Document Type: **Grant Deed**

First TD: **$305,000**                                                      Type of Sale: **Price Unconfirmed**

Mortgage Doc #: **03-0044570**                                    Interest Rate:

Lender Name: **BNC MTG INC**

Buyer Name: **SMITH, TIA D**

Buyer Vesting:

Seller Name: RUTA, JONMARIE; RUTA, ANNE; BARNES, ELIANA; MACCHITELLI, FRANK;
**MACCHITELLI, JAMES; MACCHITELLI, JAY; MACCHITELLI, JOHN; DEPRIZIO, LOUISA;
DEPRIZIO, LOUISE**

Fixed Step:

| | | | |
|---|---|---|---|
| Adjustable Rate Index: | **Libor** | Change Index: | **5%** |
| Rate Change Frequency: | **Semi-Annual** | First Change Date: | |
| Int Rate not <: | | Int Rate not >: | |
| Maximum Interest Rate: | | Interest Only Period: | |
| Prepayment Penalty Rider: | **Yes** | Prepayment Penalty Term: | |

Legal description: **Lot: 23 Tract No: 11193 Map Ref: MB202 PG18&19**

City/Muni/Twp: **LOS ANGELES**

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | **05/08/2000** | Document #: | **00-0699185 BK-PG -** |
| Price: | **N/A** | Document Type: | **Gift Deed** |
| First TD: | **N/A** | Type of Sale: | **Non-Arms Length Transfer** |
| Mortgage Doc #: | | Interest Rate: | |
| Lender Name: | | | |
| Buyer Name: | **RUTA, ANNE; DEPRIZIO, LOUISE** | | |
| Buyer Vesting: | | | |
| Seller Name: | **MACCHITELLI, HELEN; LEVIN, ALAN S** | | |
| Legal description: | | | |
| Abbreviated Description: | **TRACT # 11193 LOT 23** | | |
| City/Muni/Twp: | **LOS ANGELES** | | |

## Comparables

**Smith, Tia**
**4011 Hubert Ave, Los Angeles, CA 90008**

**APN: 5033-016-023**
**Los Angeles County**

## Quick Comparable Sales Data

| No. | Address | Date | Price | S/SF | Bld/Area | RM/BR/Bth | YB | Lot Area | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Subject Property** | 07/08/2014 | N/A | N/A | 2,035 | /3/2 | 1939 | 7,381 SF | | |
| 1 | 4020 OLMSTED AVE | 11/18/2015 | $624,000 | $353 | 1,765 | /2/2 | 1941 | 6,003 SF | | .10 Mi. |
| 2 | 3821 WESTSIDE AVE | 10/30/2015 | $615,000 | $371 | 1,656 | /3/2 | 1940 | 6,275 SF | | .37 Mi. |
| 3 | 3857 WELLAND AVE | 10/23/2015 | $712,000 | $436 | 1,630 | /2/2 | 1940 | 6,029 SF | | .33 Mi. |
| 4 | 3835 GRAYBURN AVE | 10/09/2015 | $542,500 | $428 | 1,265 | /2/1 | 1941 | 5,904 SF | | .36 Mi. |
| 5 | 3934 DEGNAN BLVD | 09/04/2015 | $645,500 | $519 | 1,243 | /2/2 | 1938 | 6,001 SF | | .15 Mi. |
| 6 | 4010 HEPBURN AVE | 09/01/2015 | $755,000 | $344 | 2,191 | /3/2 | 1948 | 5,999 SF | Yes | .26 Mi. |
| 7 | 4130 EDGEHILL DR | 08/24/2015 | $495,000 | $227 | 2,172 | /3/4 | 1929 | 5,664 SF | Yes | .18 Mi. |
| 8 | 3820 EDGEHILL DR | 08/18/2015 | $525,000 | $345 | 1,521 | /2/2 | 1941 | 5,852 SF | | .36 Mi. |
| 9 | 3872 DEGNAN BLVD | 08/14/2015 | $588,000 | $339 | 1,732 | /3/2 | 1940 | 5,950 SF | | .26 Mi. |
| 10 | 3862 DEGNAN BLVD | 08/10/2015 | $642,000 | $359 | 1,784 | /3/2 | 1940 | 5,950 SF | | .28 Mi. |
| 11 | 3876 CHERRYWOOD AVE | 08/04/2015 | $519,000 | $418 | 1,239 | /2/1 | 1940 | 5,900 SF | | .25 Mi. |
| 12 | 3977 WELLAND AVE | 07/20/2015 | $653,000 | $334 | 1,955 | /3/2 | 1936 | 6,097 SF | | .18 Mi. |
| 13 | 4009 DEGNAN BLVD | 06/24/2015 | $520,000 | $294 | 1,768 | /3/2 | 1937 | 7,102 SF | | .14 Mi. |
| 14 | 3964 CHERRYWOOD AVE | 06/18/2015 | $515,000 | $373 | 1,380 | /2/2 | 1938 | 5,635 SF | | .08 Mi. |
| 15 | 3937 6TH AVE | 06/02/2015 | $660,000 | $268 | 2,456 | /3/2 | 1936 | 5,999 SF | | .31 Mi. |
| 16 | 3927 WESTSIDE AVE | 06/02/2015 | $640,000 | $418 | 1,530 | /3/2 | 1939 | 6,153 SF | | .19 Mi. |
| 17 | 3857 WELLAND AVE | 05/28/2015 | $523,000 | $320 | 1,630 | /2/2 | 1940 | 6,029 SF | | .33 Mi. |
| 18 | 3338 W MARTIN LUTHER KING JR BLVD | 05/20/2015 | $440,000 | $246 | 1,783 | /3/3 | 1936 | 6,000 SF | | .11 Mi. |
| 19 | 3924 6TH AVE | 05/15/2015 | $637,500 | $227 | 2,799 | /4/3 | 1933 | 6,000 SF | | .35 Mi. |
| 20 | 3900 S BRONSON AVE | 05/06/2015 | $555,000 | $334 | 1,657 | /3/2 | 1936 | 5,793 SF | | .31 Mi. |
| 21 | 3891 WELLAND AVE | 04/28/2015 | $477,000 | $230 | 2,071 | /4/3 | 1941 | 6,045 SF | | .28 Mi. |
| 22 | 4025 S BRONSON AVE | 04/24/2015 | $660,000 | $311 | 2,116 | /3/2 | 1938 | 7,364 SF | | .21 Mi. |
| 23 | 3893 DEGNAN BLVD | 04/22/2015 | $600,000 | $488 | 1,228 | /3/2 | 1941 | 5,394 SF | | .23 Mi. |
| 24 | 4260 S NORTON AVE | 04/17/2015 | $595,000 | $397 | 1,498 | /3/2 | 1932 | 4,091 SF | | .38 Mi. |
| 25 | 3991 CHERRYWOOD AVE | 04/13/2015 | $540,500 | $321 | 1,682 | /3/2 | 1938 | 7,550 SF | | .07 Mi. |
| 26 | 3936 WESTSIDE AVE | 03/31/2015 | $600,000 | $390 | 1,536 | /2/2 | 1941 | 6,146 SF | | .20 Mi. |
| 27 | 3887 OLMSTED AVE | 03/24/2015 | $621,000 | $384 | 1,613 | /2/2 | 1941 | 5,899 SF | | .24 Mi. |
| 28 | 4016 CHERRYWOOD AVE | 03/06/2015 | $632,000 | $284 | 2,224 | /4/2 | 1937 | 7,497 SF | Yes | .03 Mi. |
| 29 | 4010 HEPBURN AVE | 02/27/2015 | $475,000 | $216 | 2,191 | /3/2 | 1948 | 5,999 SF | Yes | .26 Mi. |
| 30 | 4118 S NORTON AVE | 01/30/2015 | $430,000 | $275 | 1,562 | /2/2 | 1934 | 4,529 SF | | .22 Mi. |

## Area Sales Analysis

Total Area Sales: **30**

Median Lot Size: **6,000 SF**

Median # of Bedrooms: **3**

Median # of Baths: **2**

Price Range - 2 Yrs: **$430,000 To $755,000**        Age Range: **67 Years To 86 Years**

Median Value: **$597,500**        Median Age: **76 Years**

## Assessor Map

Click here to get the map in PDF
Click here to get the map in TIF



**Neighbors**

**Smith, Tia**
**4011 Hubert Ave, Los Angeles, CA 90008**

**APN: 5033-016-023**
**Los Angeles County**

---

SMITH, TIA
**4011 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-023

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 2,035 SF | Lot Size: 7,381 SF |
| Year Built: 1939 | Garage: |

FREER REGINA
**4007 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-022

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 2 |
| Square Feet: 1,839 SF | Lot Size: 7,273 SF |
| Year Built: 1941 | Garage: |

BISHOP LILLIAN; LILLIAN BISHOP TRUST
**4017 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-024

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 1,891 SF | Lot Size: 7,417 SF |
| Year Built: 1938 | Garage: |

RICHARDS MALCOLM P; MALCOLM P
RICHARDS TRUST
**4001 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-021

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 1,833 SF | Lot Size: 7,058 SF |
| Year Built: 1941 | Garage: |

MORA CARLOS A; MORA RODRIGO
**4021 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-025

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 3 |
| Square Feet: 1,863 SF | Lot Size: 7,401 SF |
| Year Built: 1940 | Garage: |

KING MARY W
**4010 CHERRYWOOD AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-052

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 2 |
| Square Feet: 1,905 SF | Lot Size: 7,099 SF |
| Year Built: 1939 | Garage: |

POWELL FRANCES W; FRANCES W POWELL
TRUST
**3997 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-020

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 1,708 SF | Lot Size: 6,844 SF |
| Year Built: 1941 | |

WILSON LINDA M & HELEN M
**4027 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-026

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 3 |
| Square Feet: 2,421 SF | Lot Size: 7,448 SF |
| Year Built: 1939 | |

BURNS WILLIE G; WILLIE G BURNS TRUST
**4004 CHERRYWOOD AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-051

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 1,593 SF | Lot Size: 7,101 SF |
| Year Built: 1938 | Garage: |

WINTER, SAMUEL A; CHEN, AMANDA E
**4016 CHERRYWOOD AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-053

| | |
|---|---|
| Bedrooms: 4 | Bathrooms: 2 |
| Square Feet: 2,224 SF | Lot Size: 7,497 SF |
| Year Built: 1937 | Garage: |

RILEY ARGATHA; ARGATHA RILEY TRUST
**4000 CHERRYWOOD AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-050

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 2 |
| Square Feet: 1,587 SF | Lot Size: 7,122 SF |

SANCHEZ PHILIP A; GOMEZ MARITZA
**4020 CHERRYWOOD AVE**
**LOS ANGELES CA 90008**
APN: 5033-016-054

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 2,048 SF | Lot Size: 7,498 SF |

WASHINGTON TIMOTHY E
**4008 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-021-004

| | |
|---|---|
| Bedrooms: 3 | Bathrooms: 2 |
| Square Feet: 1,815 SF | Lot Size: 6,261 SF |
| Year Built: 1941 | Garage: |

HARRIS NEISHA L
**4012 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-021-003

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 2 |
| Square Feet: 1,719 SF | Lot Size: 6,497 SF |
| Year Built: 1941 | Garage: |

MORRISON EDWARD D
**4004 HUBERT AVE**
**LOS ANGELES CA 90008**
APN: 5033-021-005

| | |
|---|---|
| Bedrooms: 2 | Bathrooms: 2 |
| Square Feet: 1,703 SF | Lot Size: 6,025 SF |
| Year Built: 1941 | Garage: |