# EXHIBIT 43-I(2)

Market Analysis for Subject Property
(2) Prepared by Realtors Property Resource on December 4, 2015

**SELLER'S REPORT**

# 4011 Hubert Ave, Los Angeles, CA 90008





Presented by

## Tyler Barker

California Real Estate License: 01831625



Mobile: (650) 906-1954 | Fax: (925) 281-2697

tyler2910@gmail.com
www.Tyler-Barker.com

Realty One Group
5119 Lone Tree Way
Antioch, CA 94531



Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



12/4/2015

**RPR** | PROPERTY RESOURCE | Seller's Report

4011 Hubert Ave, Los Angeles, CA 90008

# 4011 Hubert Ave, Los Angeles, CA 90008



Legend: 🏠 Subject Property

OFF MARKET

* *Public Record*

## Current Estimated Value
# $563,780
Last RVM® Update: 11/8/2015

RVM® Est. Range: **$496,127 – $631,433**

RVM® Confidence: ★★★★☆

## Your Comp Analysis
# $597,191
Last Edited: 12/4/2015

$293 Price per Sq. Ft.

**Your Comp Analysis Range**
# $440,116 – $697,556

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

12/4/2015

**RPR** | PROPERTY RESOURCE | Seller's Report

# Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | Single Family Residence | – | – |
| Property Subtype | Single Family | – | – |
| Bedrooms | 3 | – | – |
| Total Baths | 2 | – | – |
| Full Baths | 2 | – | – |
| Living Area (sq ft) | 2,035 | – | – |
| Lot Size | 7,381 sq ft | – | – |
| Lot Dimensions | 7381 SF | – | – |
| Year Built | 1939 | – | – |
| Heating | Central | – | – |
| Number of Buildings | 1 | – | – |
| Number of Units | 1 | – | – |

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# RPR PROPERTY RESOURCE | Seller's Report

4011 Hubert Ave, Los Angeles, CA 90008

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public records and proprietary data; listing data from on- and off-market listings sources

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

 RPR®    Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.     12/4/2015

**RPR** PROPERTY RESOURCE | Seller's Report

4011 Hubert Ave, Los Angeles, CA 90008

# Comps Map



LEGEND:    🏠 Subject Property    🏠 Pending    🏠 Listing    🏠 Expired Listing    🏠 Distressed    🏠 Recent Sale

RPR®

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.        12/4/2015



**RPR** PROPERTY RESOURCE | **Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

# Comps Selected by Agent

    

| | 4011 Hubert Ave Los Angeles, CA 90008 | 4009 Degnan Blvd Los Angeles, CA 90008 | 4026 6th Ave Los Angeles, CA 90008 | 3777 S Norton Ave Los Angeles, CA 90018 | 3829 3rd Avenue Los Angeles, CA 90008 |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 4009 Degnan Blvd Los Angeles, CA 90008 | 4026 6th Ave Los Angeles, CA 90008 | 3777 S Norton Ave Los Angeles, CA 90018 | 3829 3rd Avenue Los Angeles, CA 90008 |
| **Status** | Subject Property | Recently Sold | Recently Sold | Recently Sold | For Sale |
| **Amount** | – | $520,000 Sold Price | $513,000 Sold Price | $536,000 Sold Price | $574,900 List Amount |
| **Recording Date** | 11/23/2011 | 6/24/2015 | 8/7/2015 | 8/27/2015 | – |
| **Days in RPR** | – | – | – | 61 | 23 |
| **Price Per Sq. Ft.** | $277 | $294 | $216 | $309 | $319 |
| **Bedrooms** | 3 | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 | 2 | 2 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 1,768 | 2,372 | 1,732 | 1,800 |
| **Lot Size** | 7,381 sq ft | 7,102 sq ft | 6,170 sq ft | 5,951 sq ft | 5,200 sq ft |
| **Year Built** | 1939 | 1937 | 1933 | 1956 | 1923 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family | Single Family | Single Family Residence | Single Family Residence |
| **MLS ID** | – | – | – | SB15139921 | OC15244639 |
| **Listing Broker** | – | – | – | Courtesy of ALTA PROPERTIES | Listing Courtesy of EVERGREEN REALTY & ASSOCIATES |
| **Description** | | | | Spacious house in leimert park on desirable street located walking distance to the expo line and the future metro station. This floor plan has 3 bedrooms, 1 + 3/4 baths, living room with fireplace, formal dining room, updated kitchen with custom cabinets, dining area in kitchen, a den with a closet (could be 4th bedroom). There is an enclosed patio off the living room, a service porch, direct access to a double garage, and laundry hook-ups in garage. Alarm system, central heating, fresh interior paint, partial copper plumbing. Possible hardwood floors under the carpet. Bathrooms are original, but in good condition. Low maintenance back yard. Bring your buyers and investors. Property being… | This 3 bedroom, 2 bathroom home has been recently updated. The open and airy floorplan allows a substantial amount of natural sunlight. The large kitchen features new cabinetry, granite counter tops and designer glass tile backsplash. The spacious master bedroom has a walk-in closet with clothing organizer, direct access french doors leading to the back yard. The master bathroom has been updated with dual vanity sinks, jet spa tub and a stand alone private shower. The back yard offers a raised patio for entertaining and overlooks the remaining yard. This home is centrally located to the super-trendy leimert park section of los angeles as well as usc. This home is a must see. |

Highlighted fields were changed by agent to reflect knowledge of this property.


Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


12/4/2015

**RPR** PROPERTY RESOURCE | **Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

# Comps Selected by Agent

| | 4011 Hubert Ave Los Angeles, CA 90008 | 4130 Edgehill Dr Los Angeles, CA 90008 | 3860 S Victoria Ave View Park, CA 90008 | 3872 Degnan Blvd Los Angeles, CA 90008 | 4161 5th Ave Los Angeles, CA 90008 |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 4130 Edgehill Dr Los Angeles, CA 90008 | 3860 S Victoria Ave View Park, CA 90008 | 3872 Degnan Blvd Los Angeles, CA 90008 | 4161 5th Ave Los Angeles, CA 90008 |
| **Status** | Subject Property | 5 Recently Sold | 6 Recently Sold | 7 Recently Sold | 8 Recently Sold |
| **Amount** | – | $495,000 Sold Price | $485,000 Sold Price | $588,000 Sold Price | $528,000 Sold Price |
| **Recording Date** | 11/23/2011 | 8/24/2015 | 9/17/2015 | 8/14/2015 | 6/26/2015 |
| **Days in RPR** | – | – | – | – | – |
| **Price Per Sq. Ft.** | $277 | $228 | $288 | $339 | $290 |
| **Bedrooms** | 3 | 3 | 4 | 3 | 3 |
| **Total Baths** | 2 | 4 | 2 | 2 | 2 |
| **Partial Baths** | – | – | – | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 2,172 | 1,684 | 1,732 | 1,821 |
| **Lot Size** | 7,381 sq ft | 5,664 sq ft | 7,316 sq ft | 5,950 sq ft | 3,951 sq ft |
| **Year Built** | 1939 | 1929 | 1941 | 1941 | 1928 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **MLS ID** | – | – | – | – | – |
| **Listing Broker** | – | – | – | – | – |
| **Description** | | | | | |

Highlighted fields were changed by agent to reflect knowledge of this property.



Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.





**RPR**
PROPERTY
RESOURCE

**Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

## Comps Selected by Agent




| | 4011 Hubert Ave Los Angeles, CA 90008 | 4231 Edgehill Dr Leimert Park, CA 90008 | 4226 S Bronson Ave Los Angeles, CA 90008 |
|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 4231 Edgehill Dr Leimert Park, CA 90008 | 4226 S Bronson Ave Los Angeles, CA 90008 |
| **Status** | 🏠 Subject Property | Pending | Pending |
| **Amount** | – | $649,777 List Amount | $629,000 List Amount |
| **Recording Date** | 11/23/2011 | – | – |
| **Days in RPR** | – | 56 | 49 |
| **Price Per Sq. Ft.** | $277 | $307 | $343 |
| **Bedrooms** | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 |
| **Partial Baths** | – | – | – |
| **Total Rooms** | – | – | – |
| **Living Area** | 2,035 | 2,115 | 1,835 |
| **Lot Size** | 7,381 sq ft | 4,620 sq ft | 4,794 sq ft |
| **Year Built** | 1939 | 1929 | 1933 |
| **Living Area Range (low)** | – | – | – |
| **Living Area Range (high)** | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence |
| **MLS ID** | – | DW15222733 | DW15226840 |
| **Listing Broker** | – | Listing Courtesy of UNITED BROKERS REALTY | Listing Courtesy of CENTURY 21 A BETTER SERVICE |
| **Description** | | Great house , street , and neighborhood!!! house was custom built in the roaring 20's !!! this beauty has many custom features with some upgrades worth $75,000 like, new energy efficient windows, new kitchen cabinets , counter tops, remodeled bathrooms,(one with safety tub worth $ 4,000) and also amenities!!! old hollywood celebrity/movie-star style house with street-line trees! walking distance to the baldwin hills mall with many high end shops and movie theaters! i cannot fit on this page what many things this beautiful house has to offer; you must come and see it before it sells!!! | This custom, elegant spanish style home is located in highly desirable and upcoming leimert park. Its desirable to the baldwin hills mall, restaurants, art galleries, usc and soon to be home to a close subway stop and other new developments. This home features three (3) bedrooms, two (2) bathrooms, living room with a stunning fireplace, family room, laundry room with lots of storage space and a dining room. Master bedroom has access to the backyard and a private vanity area! property has recessed lighting, but also several windows and skylight window in the hallway to give natural lighting to the inside. Did i mention this home includes central air, and central heating! property has a large… |

Highlighted fields were changed by agent to reflect knowledge of this property.



RPR®

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**RPR** | PROPERTY RESOURCE | Seller's Report

4011 Hubert Ave, Los Angeles, CA 90008

|  | User Selected Comps | Pending Sales | Sold | Distressed |
|---|---|---|---|---|
| Total Number of Properties | 10 | 8 | 8 | 8 |
| Lowest Listing Price/Est. Value | $485,000 | $379,000 | $320,000 | $420,050 |
| Median Listing Price/Est. Value | $532,000 | $639,388 | $598,500 | $602,230 |
| Highest Listing Price/Est. Value | $649,777 | $900,000 | $689,000 | $658,000 |
| Median Living Area | 1,810 | 1,839 | 1,710 | 1,858 |
| Median Price per sq.ft. | $301 | $394 | $342 | $326 |
| Median Days in RPR | – | 58 | 109 | – |
| Median Age | 82 | 75 | 67 | 82 |

**RPR**®

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

12/4/2015

 **RPR** PROPERTY RESOURCE | **Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

**📶 SALE PENDING**

# Pending

    

| | 4011 Hubert Ave Los Angeles, CA 90008 | 4231 Edgehill Dr Leimert Park, CA 90008 | 4226 S Bronson Ave Los Angeles, CA 90008 | 4154 Sutro Ave Los Angeles, CA 90008 | 4647 Presidio Dr View Park, CA 90008 |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 4231 Edgehill Dr Leimert Park, CA 90008 | 4226 S Bronson Ave Los Angeles, CA 90008 | 4154 Sutro Ave Los Angeles, CA 90008 | 4647 Presidio Dr View Park, CA 90008 |
| **Status** | 🏠 Subject Property | 1️⃣ Pending | 2️⃣ Pending | 3️⃣ Pending | 4️⃣ Pending |
| **Amount** | – | $649,777 List Amount | $629,000 List Amount | $599,000 List Amount | $799,000 List Amount |
| **Offer Amount** | – | – | – | – | – |
| **Listing Date** | – | 10/9/2015 | 10/16/2015 | 10/1/2015 | 10/7/2015 |
| **List/Offer Ratio** | – | – | – | – | – |
| **Days in RPR** | – | 56 | 49 | 64 | 58 |
| **Price Per Sq. Ft.** | $277 | $307 | $343 | $410 | $482 |
| **Bedrooms** | 3 | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 | 2 | 2 |
| **Partial Baths** | – | – | – | 1 | 1 |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 2,115 | 1,835 | 1,460 | 1,659 |
| **Lot Size** | 7,381 sq ft | 4,620 sq ft | 4,794 sq ft | 4,345 sq ft | 0.33 acres |
| **Year Built** | 1939 | 1929 | 1933 | 1931 | 1947 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **MLS ID** | – | DW15222733 | DW15226840 | OC15216611 | OC15220159 |
| **Listing Broker** | – | Listing Courtesy of UNITED BROKERS REALTY | Listing Courtesy of CENTURY 21 A BETTER SERVICE | Listing Courtesy of BROOKE REALTY | Listing Courtesy of BROOKE REALTY |
| **Description** | | Great house , street , and neighborhood!!! house was custom built in the roaring 20's !!! this beauty has many custom features with some upgrades worth $75,000 like, new energy efficient windows, new kitchen cabinets , counter tops, remodeled bathrooms,(one with safety tub worth $ 4,000) and also amenities!!! old hollywood celebrity/movie-star style house with street-line trees! walking distance to the baldwin hills mall with many high end shops and movie theaters! i cannot fit on this page what many things this beautiful house has to offer; you must come and see it before it sells!!! | This custom, elegant spanish style home is located in highly desirable and upcoming leimert park. Its desirable to the baldwin hills mall, restaurants, art galleries, usc and soon to be home to a close subway stop and other new developments. This home features three (3) bedrooms, two (2) bathrooms, living room with a stunning fireplace, family room, laundry room with lots of storage space and a dining room. Master bedroom has access to the backyard and a private vanity area! property has recessed lighting, but also several windows and skylight window in the hallway to give natural lighting to the inside. Did i mention this home includes central air, and central heating! property has a large… | Artistic elegance and flawless design tucked away on a quiet street in the heart of leimert park ~ the historic architectural detail in this beautifully restored spanish bungalow flows into each room and every nook with a seamless blend of current amenities including new vinyl windows, upgraded electrical panel, upgraded plumbing and new hvac. The kitchen has undergone a transformation with fully customized cabinetry, stylish quartz countertops and brand new stainless steel appliances. Donât miss out on this old world charmer ~ your new home awaits | Artistic elegance and flawless design in the hills of view park ~ highly upgraded yet still maintaining its original charm and historic details. The home has undergone a complete transformation, incorporating a seamless blend of current amenities, including new vinyl windows, upgraded electrical panel, upgraded plumbing and new hvac. The kitchen has also been tastefully upgraded with fully customized cabinetry, stylish quartz countertops and brand new stainless steel appliances. The oversized and private backyard also has its own basketball court! donât miss out on this gorgeous charmer ~ your new home awaits ~ |

Highlighted fields were changed by agent to reflect knowledge of this property.

 **RPR**®

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

12/4/2015



**Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

---

SALE PENDING

# Pending

    

| | 4011 Hubert Ave Los Angeles, CA 90008 | 3865 S Orange Dr Los Angeles, CA 90008 | 4533 Don Felipe Dr Los Angeles, CA 90008 | 4230 Arlington Ave Los Angeles, CA 90008 | 5391 Stillwater Dr Los Angeles, CA 90008 |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 3865 S Orange Dr Los Angeles, CA 90008 | 4533 Don Felipe Dr Los Angeles, CA 90008 | 4230 Arlington Ave Los Angeles, CA 90008 | 5391 Stillwater Dr Los Angeles, CA 90008 |
| **Status** | Subject Property | Pending | Pending | Pending | Pending |
| **Amount** | – | $625,000 List Amount | $900,000 List Amount | $379,000 List Amount | $849,999 List Amount |
| **Offer Amount** | – | – | – | – | – |
| **Listing Date** | – | 6/14/2015 | 11/26/2014 | 10/19/2015 | 10/6/2015 |
| **List/Offer Ratio** | – | – | – | – | – |
| **Days in RPR** | – | 173 | 373 | 46 | 59 |
| **Price Per Sq. Ft.** | $277 | $303 | $425 | $377 | $461 |
| **Bedrooms** | 3 | 4 | 4 | 2 | 4 |
| **Total Baths** | 2 | 2 | 3 | 1 | 3 |
| **Partial Baths** | – | – | 1 | – | – |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 2,062 | 2,117 | 1,006 | 1,844 |
| **Lot Size** | 7,381 sq ft | 8,135 sq ft | 5,377 sq ft | 6,105 sq ft | 0.32 acres |
| **Year Built** | 1939 | 1947 | 1956 | 1915 | 1953 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **MLS ID** | – | IN15128775 | PW14249381 | DW15228735 | RS15219421 |
| **Listing Broker** | – | Listing Courtesy of BLUE RIBBON REALTY | Listing Courtesy of POLLY WATTS, BROKER | Listing Courtesy of INTERO REAL ESTATE SERVICES | Listing Courtesy of CITIHOUSING REAL ESTATE |
| **Description** | | | Situated on one of the most desirable streets in baldwin hills, this is the perfect home for anyone who loves to entertain. This 4 bedroom 2.5 bath home has gone through a very modern and luxurious makeover. Flowing floor plan features an expansive gourmet kitchen that opens up a great room and flows right out to your sparkling pool. This home screams elegance! stunning hardwood floors and the highest quality finishes available. The luxurious master suite has his and hers closets, private bathroom and a custom shower with dual shower heads. You wont find another house in this area with this much design! this is a must see home in a prime location in the heart of los angeles. | Time to make memories for yourself! this classic home is waiting for the right buyer to call it's own. Imagine yourself having birthday parties, social get togethers, holidays and much more in your own home. This home features a large front room with a dining room area. Two nice sized bedrooms and one bathroom. Large backyard with a carport plenty of room to expand in the future. Don't miss out on your opportunity to be the proud homeowner you know you are meant to be! | A private retreat from the hustle and bustle of city with the convenience of an in-town location! this contemporary one-story post and beam construction home is situated at the end of a cul-de-sac in baldwin vista. The 14,000sf lot provides comfortable spacing from the neighbors: minimizing neighbor noise and visibility. The original owner of this custom home was a ucla professor of architecture who designed the home to provide natural light during the day and natural cooling. The floor to ceiling windows provide panaromic views from the san bernardino mountains to the east, to the hollywood hills and the griffith observatory to the north, and to century city to the west–3 of the 4 bedroom… |

Highlighted fields were changed by agent to reflect knowledge of this property.

---



Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

 **RPR** | PROPERTY RESOURCE | **Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

🏠 RECENTLY SOLD

# Recently Sold

| |  |  |  |  |  |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 3806 Buckingham Rd Los Angeles, CA 90008 | 3821 Westside Ave Los Angeles, CA 90008 | 4020 Olmsted Ave Los Angeles, CA 90008 | 3857 S Cloverdale Ave Los Angeles, CA 90008 |
| **Status** | 🏠 Subject Property | 9 Recently Sold | 10 Recently Sold | 11 Recently Sold | 12 Recently Sold |
| **Amount** | – | $580,000 Sold Price | $615,000 Sold Price | $624,000 Sold Price | $580,000 Sold Price |
| **List Price** | – | $600,000 | $590,000 | $629,000 | $525,000 |
| **Recording Date** | 11/23/2011 | 10/20/2015 | 10/31/2015 | 11/18/2015 | 11/17/2015 |
| **List/Sold Ratio** | – | 97% | 104% | 99% | 110% |
| **Days in RPR** | – | 63 | 44 | 78 | 165 |
| **Price Per Sq. Ft.** | $277 | $295 | $371 | $354 | $272 |
| **Bedrooms** | 3 | 3 | 3 | 3 | 3 |
| **Total Baths** | 2 | 2 | 2 | 3 | 2 |
| **Partial Baths** | – | – | – | 1 | 1 |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 1,969 | 1,656 | 1,765 | 2,136 |
| **Lot Size** | 7,381 sq ft | 6,228 sq ft | 6,276 sq ft | 6,003 sq ft | 9,513 sq ft |
| **Year Built** | 1939 | 1951 | 1940 | 1941 | 1947 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **MLS ID** | – | SW15186248 | MB15206341 | DW15194114 | PW15122504 |
| **Listing Broker** | – | Courtesy of GREAT AMERICAN R.E. SERVICES | Courtesy of REALNET GROUP, INC. | Courtesy of KELLER WILLIAMS PACIFIC ESTATE | Courtesy of REALTY ONE GROUP, INC |
| **Description** | | Wonderfully kept home in a quiet neighborhood. It features custom interior paint, exquisite hardwood flooring throughout and crown molding. Huge family room that's perfect for large gatherings. This home shows pride of ownership and your clients will love it! | Move in to an area that is been centralized by expanding new metro to lax., close to all freeways, new stores & restaurants. Exciting changes in leimert park. Spacious traditional 3 bdr. 2 bdr. Entry, hallway, living room with fireplace, large seperate dining room , 3 bdr all hardwood floors. Kitchen & bathroom well maintained original tile. New ceramic tile flooring in kitchen & service area. With the right arrangement large dining room can also be combined as family room has sliding glass doors that leads to back yard with large good fruit bearing avocado tree. Safe access to house electronic gate with remote control to garage whch has an attached storage room. | This beautiful newly upgraded home is located in the heart of leimert park. It has 3 spacious bedrooms with 2.5 baths perfect for a large family. Master bedroom includes a stand up luxury glass shower with tile floors. Down the hallway from the master bedroom you will find a modern restroom with a glass stand up shower and a jacuzzi tub for some relaxing baths. Gourmet kitchen with new custom built in cabinets, granite countertops with backsplash/accent lighting, tile floors, wall mounted range hood, stainless steel appliances with a breakfast nook area. Living and dining formal rooms with crown molding, recessed lighting and hardwood floors throughout including a large brick fireplace with… | Priced well below market value, this major fixer upper is waiting for you. This property features 3 bedroom 1 and 3/4 bath rooms on a large lot. The property has not been well maintained and it requires a lot of work. |

Highlighted fields were changed by agent to reflect knowledge of this property.

 RPR®

Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



12/4/2015



**Seller's Report**

4011 Hubert Ave, Los Angeles, CA 90008

## Recently Sold

| |  |  |  |  |  |
|---|---|---|---|---|---|
| **Address** | 4011 Hubert Ave Los Angeles, CA 90008 | 4617 Presidio Dr View Park, CA 90008 | 4433 Don Miguel Dr Los Angeles, CA 90008 | 3635 Homeland Dr View Park, CA 90008 | 3880 S Victoria Ave View Park, CA 90008 |
| **Status** | Subject Property | 13 Recently Sold | 14 Recently Sold | 15 Recently Sold | 16 Recently Sold |
| **Amount** | – | $662,000 Sold Price | $685,000 Sold Price | $480,000 Sold Price | $585,000 Sold Price |
| **List Price** | – | $675,000 | $689,000 | $320,000 | $597,000 |
| **Recording Date** | 11/23/2011 | 10/2/2015 | 11/17/2015 | 10/19/2015 | 10/14/2015 |
| **List/Sold Ratio** | – | 98% | 99% | 150% | 98% |
| **Days in RPR** | – | 53 | 71 | 531 | 59 |
| **Price Per Sq. Ft.** | $277 | $401 | $435 | $335 | $321 |
| **Bedrooms** | 3 | 3 | 3 | 3 | 2 |
| **Total Baths** | 2 | 2 | 2 | 1 | 2 |
| **Partial Baths** | – | – | 1 | – | 1 |
| **Total Rooms** | – | – | – | – | – |
| **Living Area** | 2,035 | 1,649 | 1,574 | 1,432 | 1,821 |
| **Lot Size** | 7,381 sq ft | 0.23 acres | 0.28 acres | 6,459 sq ft | 7,465 sq ft |
| **Year Built** | 1939 | 1948 | 1955 | 1949 | 1948 |
| **Living Area Range (low)** | – | – | – | – | – |
| **Living Area Range (high)** | – | – | – | – | – |
| **Property Type** | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **Property Subtype** | Single Family | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| **MLS ID** | – | SB15176386 | DW15199630 | OC14095576 | WS15181042 |
| **Listing Broker** | – | Courtesy of IMPERIAL 7 REALTY | Courtesy of THE REALESTATE GROUP | Courtesy of REALTY ONE GROUP INC | Courtesy of DON & JOHNSON REALTY |
| **Description** | | It feature hardwood floors in living room, dining room and one bedroom.with fire place in living room | Beautiful 3br, 2ba home in desirable baldwin hills area. Hardwood floors, vaulted ceilings that are also finished in polished wood, open floor plan with a large dining area and living room with fireplace that has built-in cabinets on both sides. Wood sliding doors open to low maintenance backyard that has been recently renovated with several thousand dollars of concrete work including a reinforced retaining wall. Kitchen is a chef's delight with an abundance of cabinets and breakfast bar. Door from kitchen accesses an attic over the double garage that is huge and perfect for an office, playroom or just storage. Spacious bedrooms feature the same beautiful vaulted wood ceilings and the… | Vintage home with in-ground pool and room for outdoor entertaining. A traditional 3 bedroom, 1 bath home with fireplace and a balcony with views overlooking downtown la. Home has an unpermitted addition with incomplete construction, exposed wires, incomplete plumbing and electrical, missing flooring, door jams, doors, outlet covers, cabinets, counters and more. Seller began structural repairs to exterior, but repairs are incomplete. Windows, exterior paint, stucco and additional repairs need to be completed. Pool is dated and needs to be repaired, pool equipment not in working condition. Property sold in as-is condition and will not qualify for financing, sorry cash offers only. Over… | Nice home in view park area. Needs to be updated but in good clean condition. Buyer to verify assessors information. There are two bedrooms and a den. The den has a closet so it could be considered a 3rd bedroom. |

Highlighted fields were changed by agent to reflect knowledge of this property.


Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

12/4/2015

**RPR** | PROPERTY RESOURCE | Seller's Report

4011 Hubert Ave, Los Angeles, CA 90008

# Recommended Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the User Selected Comps are sold prices where available.

|  | Distressed | Pending Sales | Sold | User Selected Comps |
|---|---|---|---|---|
| **Lowest Price** | $420,050 | $379,000 | $320,000 | $485,000 |
| **Median Price** | $602,230 | $639,388 | $598,500 | $532,000 |
| **Highest Price** | $658,000 | $900,000 | $689,000 | $649,777 |
| **Median Price Per Sq. Ft.** | $326 | $394 | $342 | $301 |
| **Days in RPR** | – | 58 | 109 | – |

## Sold Price Comparison

This section compares prices for properties in the subject property's ZIP code with a similar number of beds and baths, sold within the past 90 days.

|  | Sold Price | Price Per Sq. Ft. |
|---|---|---|
| **Lowest Price** | $525,000 | $246 |
| **Median Price** | $590,000 | $356 |
| **High Price** | $600,000 | $305 |

## Details of Comparative Analysis

| Average of Comps | **$597,191** |
|---|---|
| Adjustments | **–** |

| Adjusted Value | **$597,191** |
|---|---|
|  | **Range: $440,116 – $697,556** |
|  | (or $293 per sq. ft.) |

## Sellers

_____     _____
Signature                          Date

_____     _____
Signature                          Date

## Broker / Agent

_____     _____
Signature                          Date



Copyright 2015 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



12/4/2015