# EXHIBIT 43-J

Attorneys Fees and Court Costs Required for Defense of Claimant's Homestead

Los Angeles County Registrar / Recorder
12400 Imperial Highway, Norwalk, CA
(800)201-8999

LAX Courthouse District Office

LAX COURTHOUSE

Cashier: N. SMITH


* 2 0 1 5 0 3 1 6 0 6 1 0 0 2 7 *

Monday, March 16, 2015 1:58 PM

Item(s)

| Fee | Qty | Total |
|---|---|---|
| 20131276108 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 2 | $6.00 |
| 20131297129 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 2 | $6.00 |
| 20131297131 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20131297132 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| 20131429378 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20131467722 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| 20131610886 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 2 | $6.00 |

Total                $66.00

Customer payment(s):

Credit Card                $66.00

---

Los Angeles Co RR/CC LAX Courthouse
Dist Office

11701 S. La Cienega Blvd., 6th floor

Los Angeles, CA 90045

Terminal ID:     72200004001
Date / Time:     3/16/15 1:58 PM PDT
Confirmation #: 47151109

Card #:              xxxxxxxxxxxx9938
Transaction Type:    Payment    $66.00
Payment Type:        Credit
Card Type:           VISA

Card #:              xxxxxxxxxxxx9938
Transaction Type:    Payment    $1.75
Payment Type:        Credit
Card Type:           VISA

LAX Courthouse Distr        $66.00

201503160610027

Agency Amount:       $66.00
Shipping Fee:        $0.00
LexisNexis Service Fee:   $1.75

Total Fee:    $67.75


47151109
Customer Copy

---

Los Angeles Co RR/CC LAX Courthouse
Dist Office

11701 S. La Cienega Blvd., 6th floor

Los Angeles, CA 90045

Terminal ID:     72200001701
Date / Time:     3/4/15 12:20 PM PST
Confirmation #: 46865900

Card #:              xxxxxxxxxxxx5165
Transaction Type:    Payment    $1.75
Payment Type:        Credit
Card Type:           VISA

Card #:              xxxxxxxxxxxx5165
Transaction Type:    Payment    $81.00
Payment Type:        Credit
Card Type:           VISA

LAX Courthouse Distr        $81.00

201503040620018

Agency Amount:       $81.00
Shipping Fee:        $0.00
LexisNexis Service Fee:   $1.75

Total Fee:    $82.75


46865900
Customer Copy

---

Los Angeles Co RR/CC LAX Courthouse
Dist Office

11701 S. La Cienega Blvd., 6th floor

Los Angeles, CA 90045

Terminal ID:     72200005101
Date / Time:     1/30/15 11:04 AM PST
Confirmation #: 46065766

Card #:              xxxxxxxxxxxx8395
Transaction Type:    Payment    $1.75
Payment Type:        Credit
Card Type:           VISA

Card #:              xxxxxxxxxxxx8395
Transaction Type:    Payment    $2.00
Payment Type:        Credit
Card Type:           VISA

LAX Courthouse Distr        $2.00

201501300610011

Agency Amount:       $2.00
Shipping Fee:        $0.00
LexisNexis Service Fee:   $1.75

Total Fee:    $3.75


46065766
Customer Copy

---

Los Angeles Co RR/CC LAX Courthouse
Dist Office

11701 S. La Cienega Blvd., 6th floor

Los Angeles, CA 90045

Terminal ID:     72200005101
Date / Time:     12/11/14 9:35 AM PST
Confirmation #: 45132663

Card #:              xxxxxxxxxxxx8395
Transaction Type:    Payment    $1.75
Payment Type:        Credit
Card Type:           VISA

Card #:              xxxxxxxxxxxx8395
Transaction Type:    Payment    $30.00
Payment Type:        Credit
Card Type:           VISA

LAX Courthouse Distr        $30.00

201412110620006

Agency Amount:       $30.00
Shipping Fee:        $0.00
LexisNexis Service Fee:   $1.75

Total Fee:    $31.75


45132663
Customer Copy

```
LASC - SANTA MONICA
1725 MAIN STREET
SANTA MONICA CA 90401

DATE PAID: 01/29/15  02:43 PM
RECEIPT #: SM541675006

CIT/CASE:  14R05692
LEA/DEF#:

PAYMENT:    $44.00          310
RECEIVED:
    CHECK:           $44.00
    CASH:             $0.00
    CHANGE:           $0.00
    CARD:             $0.00
```

```
Los Angeles County Registrar / Recorder
   12400 Imperial Highway, Norwalk, CA
              (800)201-8999

       LAX Courthouse District Office

              LAX COURTHOUSE

Cashier:  J. CARPENTER

       * 2 0 1 4 1 2 1 1 0 6 2 0 0 0 6 *

    Thursday, December 11, 2014 9:35 AM

Item(s)

Fee                      Qty         Total

20141226991
  CERTIFIED COPY (FIRST PAG  1      $6.00
20141232056
  CERTIFIED COPY (FIRST PAG  1      $6.00
  CERTIFIED COPY (ADDITIONA  2      $6.00
20141246757
  CERTIFIED COPY (FIRST PAG  1      $6.00
20141256849
  CERTIFIED COPY (FIRST PAG  1      $6.00

Total                              $30.00

Customer payment(s):

Credit Card                        $30.00
```

```
LASC - SANTA MONICA
1725 MAIN STREET
SANTA MONICA CA 90401

DATE PAID: 01/27/15  12:25 PM
RECEIPT #: SM505588013

CIT/CASE:  14R05692
LEA/DEF#:

PAYMENT:    $21.50          310
RECEIVED:
    CHECK:           $21.50
    CASH:             $0.00
    CHANGE:           $0.00
    CARD:             $0.00
```

```
Los Angeles County Registrar / Recorder
   12400 Imperial Highway, Norwalk, CA
              (800)201-8999

              Business Filings

                  NORWALK

Cashier:  C. CHEN

       * 2 0 1 5 0 1 1 5 0 5 9 0 0 3 6 *

    Thursday, January 15, 2015 5:10 PM

Item(s)

Fee                      Qty         Total

Certificate of Filing/Non  2       $54.00

Total                              $54.00

Customer payment(s):

Credit Card                        $54.00
```

**Receipt 1 (left):**

Los Angeles County Registrar / Recorder
12400 Imperial Highway, Norwalk, CA
(800)201-8999

LAX Courthouse District Office

LAX COURTHOUSE

Cashier: W. WILLIAMS

*20140319092 0029*

Wednesday, March 19, 2014 2:28 PM

Item(s)

| Fee | Qty | Total |
|---|---|---|

Recorded Document Count = 1

| 20140 | | |
| BASIC RECORDING | 1 | |
| AB 1466 REDACTION FEE | 1 | $1.00 |
| Electronic Recording Fee | 1 | $1.00 |
| Micrographics Fee | 1 | $1.00 |
| Days of Operation Fee | 1 | $1.00 |
| Indexing | 1 | |
| D.A. SURCHARGE | 1 | |

Subtotal

Total

Customer payment(s):

Cash          $20.00
Change       ($2.00)

**Receipt 2 (right):**

Los Angeles County Registrar / Recorder
12400 Imperial Highway, Norwalk, CA
(800)201-8999

LAX Courthouse District Office

LAX COURTHOUSE

Cashier: J. CARPENTER



*201503040620016*

Wednesday, March 04, 2015 12:20 PM

Item(s)

| Fee | Qty | Total |
|---|---|---|
| 20140487150 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20140694935 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 2 | $6.00 |
| 20140739220 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| 20140860307 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 2 | $6.00 |
| 20140949495 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20141034318 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20141292212 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 1 | $3.00 |
| 20150099633 | | |
| CERTIFIED COPY (FIRST PAG | 1 | $6.00 |
| CERTIFIED COPY (ADDITIONA | 3 | $9.00 |

Total          $81.00

Customer payment(s):

Credit Card    $81.00

```
01/20/2015                    01:13PM

        RECEIPT # 4582919

        Peter Aldana
        Riverside County
        Clerk and Recorder
        2724 Gateway Drive
        Riverside, CA  92507
         (951)486-7000
        www.RiversideACR.com

FROM :

MISC MISC                       11.25
                            ----------
         TOTAL FEE ----->       11.25
AMOUNT (Check) RECEIVED ---->( 11.25)
                            ----------
         CHANGE ------->       0.00

1 Check Received
Check #138
        *** RECEIPT ***
```

```
             Los Angeles County Registrar / Recorder
             12400 Imperial Highway, Norwalk, CA
                       (800)201-8999

             LAX Courthouse District Office

                    LAX COURTHOUSE

Cashier:  W. WILLIAMS

        * 2 0 1 5 0 1 3 0 0 6 1 0 0 1 1 *

        Friday, January 20, 2015  11:04 AM

Item(s)

Fee                      Qty          Total

FBN - Certified Copy      1           $2.00
 13071469

Total                                 $2.00

Total Documents:                          1

Customer Payment(s):

Credit Card                           $2.00
```



```
Los Angeles County Registrar / Recorder
      12400 Imperial Highway, Norwalk, CA
                 (800)201-8999

         LAX Courthouse District Office

                  LAX COURTHOUSE

Cashier:  M. MACIAS

     *201501060620009*

       Tuesday, January 06, 2015 9:59 AM

Item(s)

Fee                      Qty           Total


20141119592
CERTIFIED COPY (FIRST PAG  1          .00
20141360485
CERTIFIED COPY (FIRST PAG  1          $6.00
CERTIFIED COPY (ADDITIONA  1          $3.00
20141377398
CERTIFIED COPY (FIRST PAG  1

Total                              $21.00

Customer payment(s):

Credit Card                         $21.00
```

Second receipt (partially legible):

```
SFICH RR/CC LAX Courthouse
          Dist Office

   11701 S La Cienega Blvd., 6th floor

         Los Angeles, CA 90045


                      7      04001
                     1-6-15 9:59 AM PST
          tion #:45540156

                          xxxxxxxxxxxx8528
Card #
Transaction Type:   Payment      $18.00
Payment Type:       Credit
Card Type:          VISA

                          xxxxxxxxxxxx8528
Card #
Transaction Type:   Payment      $3.00
Payment Type:       Credit
Card Type:          VISA




                             40156

                      Customer Copy
```



```
Los Angeles County Registrar / Recorder
    12400 Imperial Highway, Norwalk, CA
              (800)201-8999

        LAX Courthouse District Office

              LAX COURTHOUSE

Cashier: W. WILLIAMS

        *201408150920019*

        Friday, August 15, 2014 1:21 PM

Item(s)

Fee                        Qty      Total


Recorded Document Count = 1

20140860018
BASIC RECORDING FEE        1        $10.00
AB 1168 REDACTION FEE      1         $1.00
Electronic Recording Fee   1         $1.00
Micrographics Fee          1         $1.00
Days of Operation Fee      1         $1.00
Indexing                   1         $1.00
ADDITIONAL PAGE FEE (REVE  2         $2.00
ADDITIONAL PAGE FEE (STAT  2         $2.00
ADDITIONAL PAGE FEE (IMPR  2         $2.00
D.A. SURCHARGE             1         $3.00

Subtotal                   =        $24.00

Total                              $24.00

Customer payment(s):

Credit Card                         $24.00
```

```
        Los Angeles County Registrar / Recorder
         12400 Imperial Highway, Norwalk, CA
                   (800)201-8999

            LAX Courthouse District Office

                   LAX COURTHOUSE

    Cashier: W. WILLIAMS

         *201501300610011*

         Friday, January 30, 2015  11:04 AM

    Item(s)

    Fee                    Qty           Total

    FBN - Certified Copy    1            $2.00
    2013071469

    Total                                $2.00

    Total Documents:                         1

    Customer payment(s):

    Credit Card                          $2.00
```

```
    ================================
    01/20/2015                01:13PM

              RECEIPT # 4582919

                Peter Aldana
              Riverside County
              Clerk and Recorder
              2724 Gateway Drive
              Riverside, CA  92507
                 (951)486-7000
              www.RiversideACR.com

    FROM :

    MISC MISC                          11.25

                      TOTAL FEE ----->  11.25
    AMOUNT (Check) RECEIVED ---->(     11.25)

                      CHANGE -------->   0.00

    1 Check Received
    Check #138
                   *** RECEIPT ***
    ================================
```

```
     Los Angeles Co RR/CC Norwalk Business
                  Filings

              12400 Imperial Highway

               Norwalk, CA 90650

     Terminal ID:   346930005501
     Date / Time:   1/15/15 5:10 PM PST
     Confirmation #: 45759857

     Card #:          **********8602
     Transaction Type:  Payment    $55.75
     Payment Type:      Debit
     Card Type:         MC

     Business Filings                $54.00

     201501150590036
                   Agency Amount     $54.00
                   Shipping Fee:      $0.00
                   LexisNexis Service Fee:  $1.75

                   Total Fee:        $55.75
```

```
        Los Angeles County Registrar / Recorder
         12400 Imperial Highway, Norwalk, CA
                   (800)201-8999

                   Business Filings

                      NORWALK

    Cashier: C. CHEN
```

```
         *201501150590036*

         Thursday, January 15, 2015  5:10 PM

    Item(s)

    Fee                        Qty        Total

    Certificate of Filing/Non   2         $54.00
```



```
LA SUPERIOR CRT - CAL/
111 N HILL ST RM 119A
LOS ANGELES, CA 90012

01/27/2015                        16:25:23
Merchant ID:           000000007342405
Terminal ID:                  00357407
920160003984

             CREDIT CARD
              VISA SALE

CARD #              XXXXXXXXXXXX9938
INVOICE                           0016
Batch #:                        001217
CLERK                             5725
Approval Code:                  132036
Entry Method:                   Swiped
Approved:                       Online

SALE AMOUNT                      $6.50


            CUSTOMER COPY
```

```
LASC - FINANCE
111 N. HILL STREET
LOS ANGELES CA 90012

DATE PAID: 01/27/15   04:23 PM
RECEIPT #: FIN485725072

CIT/CASE:  14R05472
LEA/DEF#:

PAYMENT:      $6.50            310
RECEIVED:
   CHECK:               $0.00
   CASH:                $0.00
   CHANGE:              $0.00
   CARD:                $6.50
```

CASE NO. 14 RO 5472  TITLE IH4 v Conley

COMPLETED BY: ☐ WAITING ☐ MAIL ☐ WILL CALL
ORDER TAKEN BY: _____
CASHIER: _____
Date 1/27/15

PAYMENT
CHECK ☐ # _____
MONEY ORDER ☐ # _____
CASH ☐   EXEMPT ☐

EXECUTIVE OFFICER / CLERK OF THE SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

WORK INVOICE
SERIAL NO. 323001

CASE: 14R05472

RECEIPT #: FIN485725072
DATE PAID: 01/27/15  04:23 PM
PAYMENT: $6.50    310
RECEIVED:
  CHECK:   $0.00
  CASH:    $0.00
  CHANGE:  $0.00
  CARD:    $6.50

| DATE | COPIES | CERT | # Pgs. | Dup. |
|---|---|---|---|---|
| | Register Page | | | |
| | Dissolution | | | |
| | Support Order | | | |
| | Complaint / Answer | | | |
| | Judgments | | | |
| | Dismissal | | | |
| | Petition / Response | | | |
| | Will | | | |
| | Letters | | | |
| | Decree | | | |
| | Exhibits | | | |
| | Records Search | | | |
| | Minute Order | | | |
| | Order | | | |
| | Order | | | |
| | Entire File | | | |
| | TOTAL | 13 | | |

FORMS / BOOKLETS
| TYPE | QTY. | FEE |
|---|---|---|
| FORMS | | |
| BOOKLETS | | |
| POSTAGE TAX | | |
| TOTAL | | |

CERTIFICATIONS
| TYPE | NO. | FEE |
|---|---|---|
| REGULAR | | |
| SPECIAL | | |
| BLANKET | | |
| EXEMPLIFICATION | | |
| TOTAL | | |

MICRO FICHE
| YEAR | FICHE # | # SQUARE |
|---|---|---|

DISMISSAL / WRITS / JUDGEMENTS
| | NO. | AP | FEE |
|---|---|---|---|
| WRIT | | | |
| ABSTRACTS | | | |
| JUDGMENTS | | | |
| TOTAL | | | |

INDEX
| | NO. | FEE |
|---|---|---|
| NO RECORD SEARCH | | |
| CERTIFICATE OF CLERK | | |
| TOTAL | | |

Other: _____

NAME: Tia Smith
ADDRESS: 4011 Hubert Ave
LA CA 90008
Ph. # (323) 803 3027

THIS IS NOT A RECEIPT

**RETAIN THIS INVOICE PLUS YOUR CASH REGISTER RECEIPT FOR A COMPLETE RECORD OF THIS TRANSACTION**

76R170D80  (REV. 5/92)

CUSTOMER COPY

```
LA SUPERIOR CRT - CAC/
111 N HILL ST RM 119A
LOS ANGELES, CA 90012

01/27/2015                          15:26:26
Merchant ID:           000000007342405
Terminal ID:                  02237404
920160003884

          CREDIT CARD
           VISA SALE

CARD #              XXXXXXXXXXXX9938
INVOICE                           0007
Batch #:                        001217
CLERK                             2796
Approval Code:                  172164
Entry Method:                   Swiped
Mode:                           Online

SALE AMOUNT                      $5.50


           CUSTOMER COPY
```

```
LASC - FINANCE
111 N. HILL STREET
LOS ANGELES CA 90012

DATE PAID: 01/27/15   03:26 PM
RECEIPT #: FIN279625067

CIT/CASE:  14U13623
LEA/DEF#:

PAYMENT:     $5.50            310
RECEIVED:
  CHECK:                    $0.00
  CASH:                     $0.00
  CHANGE:                   $0.00
  CARD:                     $5.50
```

CASE NO. 14U13623    TITLE _____

COMPLETED BY: _____ ☒ WAITING ☐ MAIL ☐ WILL CALL

ORDER TAKEN BY: _____

CASHIER: _____    Date 1/27/15

PAYMENT
CHECK ☐ # _____
MONEY ORDER ☐ # _____
CASH ☐    EXEMPT ☐

EXECUTIVE OFFICER / CLERK
OF THE SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

WORK INVOICE
SERIAL NO.
323126

| DATE | COPIES | CERT | # Pgs. | Dup. |
|---|---|---|---|---|
| | Register Page | | | |
| | Dissolution | | | |
| | Support Order | | | |
| | Complaint / Answer | | | |
| | Judgments | | | |
| | Dismissal | | | |
| | Petition / Response | | | |
| | Will | | | |
| | Letters | | | |
| | Decree | | | |
| | Exhibits | | | |
| | Records Search | | | |
| | Minute Order | | | |
| | Order | | | |
| | Order | | | |
| | Entire File | | | |
| | TOTAL | | | |

FORMS / BOOKLETS
| TYPE | QTY. | FEE |
|---|---|---|
| FORMS | | |
| BOOKLETS | | |
| POSTAGE | | |
| TAX | | |
| TOTAL | | |

CERTIFICATIONS
| TYPE | NO. | FEE |
|---|---|---|
| REGULAR | | |
| SPECIAL | | |
| BLANKET | | |
| EXEMPLIFICATION | | |
| TOTAL | | |

MICRO FICHE
| YEAR | FICHE # | # SQUARE |
|---|---|---|

Other: _____

$5.50

COMPLETED WORK
JAN 27 2015
CERTIFICATION UNIT

WORK INVOICE

DISMISSAL / WRITS / JUDGEMENTS
| | NO. | AP | FEE |
|---|---|---|---|
| WRIT | | | |
| ABSTRACTS | | | |
| JUDGMENTS | | | |
| TOTAL | | | |

INDEX
| | NO. | FEE |
|---|---|---|
| NO RECORD SEARCH | | |
| CERTIFICATE OF CLERK | | |
| TOTAL | | |

NAME: bA SMITH
ADDRESS: 4011 HUBERT AVE
LA CA 90008
Ph. # (323) 803 3027

THIS IS NOT A RECEIPT

**RETAIN THIS INVOICE PLUS YOUR CASH REGISTER RECEIPT
FOR A COMPLETE RECORD OF THIS TRANSACTION**

76R170D80  (REV. 5/92)

CUSTOMER COPY

```
LASC - FINANCE
111 N. HILL STREET
LOS ANGELES CA 90012

DATE      04/30/15   12:34 PM
RECEIPT #: FIN458224005

CIT/CASE:  14R08134
LEA/DEP#:

PAYMENT:   $552.50          310
RECEIVED:
  CHECK:              $552.50
  CASH:                 $0.00
  CHANGE:               $0.00
  CARD:                 $0.00
```

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| COURTHOUSE: | Central Civil Appeals Unit<br>Stanley Mosk Courthouse<br>111 N. Hill Street, Room 111-A<br>Los Angeles, CA 90012    (213) 830-0822 | Reserved for Clerk's File Stamp |
| ORIGINAL TRIAL COURT: | Santa Monica (UD) | NOTICE OF APPEAL FILED:<br>1/19/15 |
| PLAINTIFF AND RESPONDENT: | IH2 PROPERTY WEST, LP | |
| DEFENDANT AND APPELLANT: | DeLOATCH, ET AL. | |

**FILED**
LOS ANGELES SUPERIOR COURT
MAR 2 0 2015
SHERRI R. CARTER, OFFICER/CLERK
BY I. LUJAN, DEPUTY

**NOTICE OF COST DUE FOR REPORTER'S TRANSCRIPT**
**(Limited Civil)**

TRIAL COURT CASE NO: **14R08134**
APPELLATE DIVISION CASE NO: **BV031087**

**To:** ☒ Appellant   ☒ Respondent

A written estimate of the cost for preparing the following appeal transcript is attached.

☒ **Reporter's Transcript:** Please mail a cashier's check or money order (no personal checks) payable to the "Los Angeles Superior Court," or deposit cash as specified below, and submit it to the **Central Civil Appeals unit (see address above)**. Each Appellant must pay a one-time $50.00 fee pursuant to California Rules of Court (CRC), rule 8.834(b)(2)(A), and share the deposit cost for the Original paper transcript for the Appellate Division. Each appellant and respondent may pay a deposit separately for their own individual copies of the transcript. (The $50 fee and deposits for transcripts cannot be made with the local trial court.)

☐ **Reporter's Transcript (Additional Costs):** We have received notice that the amount originally deposited with the court for reporter's transcript costs is inadequate. Pursuant to CRC rule 8.834(d)(2), an estimate for the additional costs has been submitted by the reporter(s) and is attached. Please mail a cashier's check or money order (no personal checks) payable to the "Los Angeles Superior Court," or deposit cash as specified below, and submit it to the **Central Civil Appeals unit (see address above)**, within 10 calendar days of the date this notice is mailed. (The $50 fee does not apply to additional costs. Deposit for transcripts cannot be made with the local trial court.)

**Within 10 calendar days of the date this notice is mailed, appellants must deposit the amount(s) indicated below or take an alternative action allowed within CRC rule 8.834(b). Respondents must deposit the amount(s) indicated below or take an alternative action allowed within CRC 8.834(b)(3)(B).**

☒ Appellant STANLEY BARNETT AND TIA SMITH must pay the following by 3/30/15:
  ☒ $50.00 fee per CRC rule 8.834(b)(2)(A) for court reporter transcript.
  ☒ A deposit in the sum of $409.50 for 1 Original paper transcript (amount represents this appellant's share)
  ☒ A deposit in the sum of $93.00 for 1 ☒ paper ☒ computer   generated appellant's copy
  ☒ **Total deposit in the sum of $552.50 due by 3/30/15.**

☐ Appellant _____ must pay the following by _____:
  ☐ $50.00 fee per CRC rule 8.834(b)(2)(A) for court reporter transcript.
  ☐ A deposit in the sum of $_____ for 1 Original paper transcript (amount represents this appellant's share)
  ☐ A deposit in the sum of $_____ for 1 ☐ paper ☐ computer   generated appellant's copy
  ☐ A deposit in the sum of $_____ to cover additional costs as estimated by the court reporter(s)

REC'D CIVIL APPEALS
ROOM 111 A
MAR 3 0 2015

LA APP 005A
LASC Revised 02/15
For Optional Use

**NOTICE OF COST DUE FOR REPORTER'S TRANSCRIPT**
**(Limited Civil)**
PAGE 1 OF 2

Cal. Rules of Court, rules
8.834 and 8.835



| NOTICE OF COST DUE FOR REPORTER'S TRANSCRIPT (Limited Civil) | TRIAL COURT CASE NO: |
|---|---|
| | APPELLATE DIVISION CASE NO: |

☐ Appellant _____ must pay the following by _____:
  ☐ $50.00 fee per CRC rule 8.834(b)(2)(A) for court reporter transcript.
  ☐ A deposit in the sum of $_____ for 1 Original paper transcript (amount represents this appellant's share)
  ☐ A deposit in the sum of $_____ for 1 ☐ paper ☐ computer generated appellant's copy
  ☐ A deposit in the sum of $_____ to cover additional costs as estimated by the court reporter(s)

☒ Each respondent may deposit transcript costs of $76.50 each by 3/30/15 for 1 ☒ paper ☐ computer generated respondent copy/copies.

☒ Each respondent may deposit the sum of $16.50 (computer readable format) to cover additional costs as estimated by the court reporter(s).

☐ Other: _____

**If Appellant fails to pay within the period indicated or respond with an alternative action allowable under CRC rule 8.834(b) within 10 calendar days, the appeal will be placed in default and may be dismissed.**

**If Respondent fails to pay within the period indicated or respond with an alternative action allowable under CRC rule 8.834(b)(3)(B) within 10 calendar days, the court may proceed with the appeal on the record designated by the appellant.**

**Please review CRC rule 8.834 to determine the possible alternative actions. The cost for reporter transcripts cannot be waived and are not subject to fee waiver orders previously granted.**

CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date, I served the **NOTICE OF COST DUE FOR REPORTER'S TRANSCRIPT (Limited Civil)** upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

STANLEY BARNETT AND TIA SMITH
IN PRO PERS
4011 HUBERT AVE.
LOS ANGELES, CA 90008

KIMBALL, TIREY & ST. JOHN, LLP
555 SO. FLOWER STREET, SUITE 3400
LOS ANGELES, CA 90071

Dated: 3/20/15

SHERRI R. CARTER, Executive Officer/Clerk
BY: _____
I. LUJAN, Deputy Clerk

LA APP 005A
LASC Revised 02/15
For Optional Use

**NOTICE OF COST DUE FOR REPORTER'S TRANSCRIPT**
**(Limited Civil)**
PAGE 2 OF 2

Cal. Rules of Court, rules 8.834 and 8.835

03/16/15 10:10PM  HP LaserJet...

Stella Marie Tapia, CSR
P.O. Box 1055
Glendora, CA 91740
March 16, 2015

Central Civil Appeals Unit
Stanley Mosk Courthouse
111 North Hill Street, Room 111-A
Los Angeles, CA 90012

Dear Central Civil Appeals Unit:

Per the Notice to Submit Estimate for Transcript on Appeal filed stamped March 9, 2015, the cost to prepare the ***Original and 1 copy*** on IH4 Property West, v. Sandra DeLoatch, et al., Case No. 14R08134 for the date of ***11/14/14 ONLY*** is as follows:

Estimated 90 pages at 3.00 = $270.00.

An electronic copy of the same transcript would be 13.50.

Sincerely,

*[signature]*

Stella Marie Tapia, CSR

3 of 3

3/19

3/18/15 FAXED TO 213.626.6651

FROM: PAMELA GOEPPNER, CSR

**ESTIMATE FOR TRANSCRIPT ON APPEAL**

IH4 PROPERTY WEST, L.P. VS. SANDRA DELOATCH, ET AL

CASE NO. 14R08134

ONE PAPER ORIGINAL TRANSCRIPT 60 PAGES AT 3 FOLIOS PER PAGE = $180

ONE PAPER COPY TRANSCRIPT 60 PAGES AT .20 CENTS PER FOLIO = $36

ONE COMPUTER GENERATED COPY 60 PAGES AT .15 [.05 crossed out] CENTS PER FOLIO = $9.00 + 1 FOR THE MEDIUM = TOTAL $10

ESTIMATED TOTAL OF THE ABOVE = $226

Proceeding 11/13/14