# EXHIBIT 43-K

Attorneys' Fees Required for Defense of Claimant's Homestead

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Central DIVISION

In re  Smith, Tia D.
Tia D. Smith

Case No.  2:10-bk-61172BR

Chapter  7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,501.00 |
   | Prior to the filing of this statement I have received | $ 2,501.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   [x] Debtor    [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor    [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

MacForms (509) 535-4382

Smith, Tia

d. (Other provisions as needed)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Adversary litigation, motion for relief from stay, exemption litigation, dischargeability of debt objection to discharge, tax advice.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_Gary A. Starre_

12-7-10
*Date*

**GARY A. STARRE**
*Signature of Attorney*

STARRE & COHN
*Name of law firm*

---

MacForms (509) 535-4382

Smith, Tia

Case 2:10-bk-61172-BR    Doc 12-9    Filed 12/08/10    Entered 12/08/10 12:46:01    Desc
Supplement    Page 2 of 6

| Attorney or Party Name, Address and Telephone Number: | CA Bar Number | FOR COURT USE ONLY |
|---|---|---|
| Gary A. Starre<br>Starre & Cohn<br>15760 Ventura Blvd. Suite 801<br>Encino, California 91436<br>(818) 501-7827 | 72793 | |
| Attorney for Debtor | | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:  Smith, Tia D.
        Tia D. Smith

SS#: 2841

CHAPTER  7    CASE NUMBER
              2:10-bk-61172BR

Debtor.    (No Hearing Required)

### DECLARATION RE: LIMITED SCOPE OF APPEARANCE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On (specify date) 11/29/10 , I agreed with the Debtor that a fee of $ 2501.00 , I would provide only the following services.

    a. [X] Prepare and file the Petition and Schedules
    b. [X] Represent the Debtor at the 341(a) Hearing
    c. [ ] Represent the Debtor in any relief from stay actions
    d. [ ] Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
    e. [ ] Represent the Debtor in any proceeding to determine whether a specific debt in nondischargeable under 11 U.S.C. § 523
    f. [X] Other (specify):
    Excludes Adversary litigation, motion for relief from stay, exemption litigation, dischargeability of debt objection to discharge, tax advice.

3. I declare under penalty of perjury under the laws of the United State of America, the the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 12-7-10

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

_____
Signature of Co-Debtor

Starre & Cohn
Law Firm Name

By: _____
Name: GARY A. STARRE
Attorney for Debtor

Rev. 1/01 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California  F 2090-1.1
MacForms (509) 535-4382                                                                                              Smith, Tia

# *LAW OFFICES OF FRANK H. WHITEHEAD III*
## **INVOICE & RECEIPT**

DATE: December 22, 2015

FROM: Frank H. Whitehead III, Esquire    Tel  (310) 766-0188
       California Attorney at Law            Fax  (303) 498-0923
       4685 Tumbleweed Drive           email FHWLaw@aol.com
       Brighton, Colorado 80601-4648

TO:  Tia Smith                            RE:  Aurora Bank, FSB v. Sandra DeLoatch, Stanley Barnett
       4011 Hubert Avenue                 Case Number:  12U00373
       Los Angeles, California 90008      Case Status: Continued Trial 12-10-12 8:30 SM-S
       **by email only to:  myfathersdiamond@msn.com**

| DATE | ITEMS | | CHARGES/CREDITS |
|---|---|---|---|
| 9/14/2012 through | Telephone conversation with Client, receive file by fax & email, review, further conversation with client re upcoming hearing, reinstatement of Stay due to Bankruptcy dismissal being set aside Prepare & serve Notice of Stay for client to file | | |
| 10/1/2012 | 8:30 Santa Monica-R, attend 1/2 day Court Trial (Dan Marquez) | f | $350.00 |
| 9/24/2012 | Payment Received - Check - Thank You! | payment | ($350.00) |
| 11/19/2012 | 8:30 Santa Monica-S - I sub-out, client get's continuance to 12-10-12 | | |
| 12/10/2012 | 8:30 Santa Monica-S - (Dan Marquez) | flat fee | $295.00 |
| 11/28/2012 | Payment Received - WF Deposit - Thank You! | payment | ($295.00) |

                                   **Please make check payable to: Frank H. Whitehead III**
| **BALANCE** | **$0.00** |
|---|---|

*PLEASE FEEL FREE TO CONTACT OUR OFFICE*
*WITH ANY QUESTIONS*
*REGARDING THIS INVOICE OR YOUR CASE*

Laptop: Smith, Tia                  Invoice                  12/22/2015

# BERGMAN & GUTIERREZ LLP

### REVISED RECEIPT

From: Tia Danielle Smith

Date: 4/23/2013

Service: In Person Consultation

Amount: $350

Property Address: 4011 Hubert Ave., Los Angeles, CA 90008

Phone: 323-384-4493

Email: myfathersdiamond@msn.com