UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
  Post-Effective Date Debtors                       Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,          Case No. 12-12020-mg
  Objector

v.

TIA DANIELLE SMITH,
   Creditor-Beneficiary

---

<u>AMENDED</u> STATEMENT ON INDEXES, SUB-INDEXES and EXHIBITS SUB-INDEXES
OF EXHIBITS AND EXHIBITS 1-A THROUGH 1-G, 2-A THROUGH 2-O, 3, 4, 5, 6-A
THROUGH 6-C, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
29, 30, 31, 32, 33, 34, 35, 36, 36, 38, 39, 40, 41, 42 AND 43-A THROUGH 43-K

---

     **PLEASE TAKE NOTICE** that Tia Danielle Smith, by her attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, states that she has filed the Indexes of Exhibits, Sub-Indexes of Exhibits and Exhibits 1-A through 1-G, 2-A through 2-O, 3, 4, 5, 6-A through 6-C, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 36, 38, 39, 40, 41, 42 and 43-A through 43-K, believing that in so doing, she is complying with this Court's Order on the record of proceedings held on February 2, 2016. Exhibits 43-J and 43-K were provided in discovery, but were, in error, not listed in the Proposed Final Pre-Trial Order but were included in the Exhibits served on Objector's counsel and provided to the Court as courtesy copies on February 1, 2016. The Index has been revised to show the separation of Exhibits 43-J and 43-K, which were separated at the time of preparation of the hard-copy production of the Exhibits and amending the identification of Exhibit 4 from Document #11 produced by the Objector to Document #10 produced by the Objector, because the

mistaken identification discovered after the Index had been prepared and shipped to counsel for the Objector, with courtesy copies to the Court. No other changes are being made to the Indexes, Sub-Indexes and Exhibits filed as attachments to Doc. 9579, except as for corrections of typographical errors as indicated in the text of the electronic filing of Doc. 9579 only.

Dated at Madison, Wisconsin this 2nd day of February, 2016.

/s/ Wendy Alison Nora
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
FAX (612) 206-3170
accesslegalservices@gmail.com
Wisconsin Attorney ID #1017043
Minnesota Bar #165906