ERLINDA ABIBAS ANIEL

75 Tobin Clark Dr.

Hillsborough, CA 94010

Claimant in Pro Per

RECEIVED

FEB - 3 2016

U.S. BANKRUPTCY COURT, SDNY

In Re:

RESIDENTIAL CAPITAL, LLC, et al..

Debtors.

Case No. 12-12020-MG

Chapter 11

Jointly Administered

## MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF RULING RE MOTION TO STRIKE OCWEN'S MOTION TO QUASH SUBPOENA

**TO THE HONORABLE MARTIN GLENN UNITED STATES BANKRUPTCY JUDGE:**

ERLINDA ABIBAS ANIEL, Pro Se, respectfully moves for reconsideration of the ruling of this Honorable Court denying her motion to strike Ocwen's motion to quash subpoena allegedly "for the reasons stated in the record at the Hearing." Order dated January 28, 2016. Her denied motion to strike is based solely on the lack of legal standing of Ocwen to intervene in this proceeding for the reason that it lacks any proprietary and/or financial or other legal and equitable interest to protect in reference to the deposition that Ms. Mira Smoot shall make (pursuant to the subpoena issued to her). Simply stated, she is asking this Honorable Court to prevent the intervention of Ocwen in this proceeding in the form of its filing to quash subpoena (even though admittedly Ms. Smoot is currently its employee) for the reason of lack of legal and equitable standing.

For the purpose of this instant motion and to prove its lack of standing, she is herewith attaching a registered public record/document styled Mortgage Interest Statement substitute form 1098 filed by Ocwen with the Department of the Treasury - Internal Revenue Service (IRS) covering its reporting year 2013 that clearly and indisputably shows that her transaction, if any, with Ocwen in respect to her securitized loan mortgage has been fully paid with zero balance - the document speaks for itself.

The motion to strike she filed is solely intended to bar Ocwen from confusing the records by preventing an unnecessary party to intervene.

On the basis of the foregoing exposition, there is necessity for reconsideration and setting aside of this Honorable Court order denying her motion to strike. Anyway, she could not exactly recall the reasons given by the Honorable Court at the hearing of her motion to strike as stated in the records and clarification of the said ruling is necessary to dispel any misgiving she has.

Respectfully,

*[signature]*

Erlinda Abibas Aniel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed, faxed, or emailed on February 01, 2016 to:

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green,
New York, New York 10004-1408

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

The Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attention: Linda A. Riftkin and Brian S. Masumoto

The ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573
Attention: Jeffrey Brodsky

The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue 21st Floor
New York, New York 10022
Attention: Daniel J. Flanigan

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

BERNARD J. KORNBERG
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111

_____
Erlinda Abibas Aniel, Claimant in Pro Per

**EXHIBIT " A "**

**Mortgage Interest Statement** SUBSTITUTE FORM 1098 (keep for your records).

CORRECTED (if checked)

Copy B For Payer

RECIPIENT'S/LENDER'S name, address and telephone number
OCWEN LOAN SERVICING, LLC
P.O. Box 24646
West Palm Beach, FL 33416-4646

If you have any questions, call toll-free 1-800-746-2936

The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

* Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person

Department of the Treasury - Internal Revenue Service

| RECIPIENT'S Federal ID Number | PAYER'S Social Security Number | OMB 1545-0901 IRS REPORTING YEAR |
|---|---|---|
| 01-0681100 | XXX-XX-2668 | 2013 |

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state and ZIP code

ERLINDA ANIEL
MARC JASON ANIEL, ATTORNEY AT LAW
205 DE ANZA BLVD. #144
SAN MATEO CA 94402

| 1 Mortgage Interest received from Payer(s)/Borrower(s)* | 2 Points paid directly by Payer(s)/Borrowers on purchase of principal residence |
|---|---|
| $ 7,503.94 | $ 0.00 |

| 3 Refund of Overpaid Interest (see box 3 on back) | 4 Mortgage Insurance Premiums |
|---|---|
| $ 0.00 | $ 0.00 |

| 5 Real estate taxes paid | $ 14,970.92 |
|---|---|

STATEMENT OF ACCOUNT THROUGH 12-31-2013
ACCOUNT NUMBER: 0713288492

| | |
|---|---:|
| INTEREST PAID DURING 2013: | 7,503.94 |
| PRINCIPAL PAID DURING 2013: | 2,056,816.02 |
| LATE CHARGES PAID DURING 2013: | 0.00 |
| INTEREST ON ESCROW 2013: | 0.00 |
| PRIOR YEAR PREPAID INTEREST: | 0.00 |
| TOTAL ESCROW DEPOSITS: | 0.00 |
| TOTAL ESCROW DISBURSEMENTS: | 18,039.14 |

| DATE OF TRANSACTION | TRANSACTION DESCRIPTION | DISTRIBUTION OF TRANSACTION ||||  PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| | | PRINCIPAL | INTEREST | ESCROW | MISC | | |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 540.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 648.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 150.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 550.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 6.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 15.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 150.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 216.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 133.97- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 650.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 548.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 51.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 120.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 1,916.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 57.09- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 150.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 83.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 103.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 83.00- | 0.00 | 0.00 |
| 08-01-13 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 83.00- | 0.00 | 0.00 |
| 08-14-13 | FEE PAID | 0.00 | 0.00 | 0.00 | 118.75 | 0.00 | 0.00 |