UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
In re                                                                  :    Chapter 11
                                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,[1]    :    Case No. 12-12020 (MG)
                                                                           :
                                                                           :
                                                                           :    (Jointly Administered)
                         Debtors.                           :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On February 2, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties on the Monthly Service List attached hereto as **Exhibit A**, and via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit B**:

- **Monthly Service List as of February 1, 2016** [Docket No. 9578]

Dated: February 5, 2016

/s/ Clarissa D. Cu
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of February, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C Dublin & Rachel Ehrlich Albanese | dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us |
| Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com |
| Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com; william.hao@alston.com |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Alvin Labostrie & Sandra Labostrie | | piccb_investigations@yahoo.com |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Ballard Spahr LLP | Andrew J. Petrie & Sarah B. Wallace | petriea@ballardspahr.com; wallaces@ballardspahr.com |
| Ballard Spahr LLP | Sarah Schindler-Williams, Esquire | Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner | davids@blbglaw.com; jonathanu@blbglaw.com |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com |
| Blank Rome LLP | Michael B Schaedle | schaedle@blankrome.com |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | tarr@blankrome.com; root@blankrome.com |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| BRACEWELL & GIULIANI LLP | Ryan M. Philp | ryan.philp@bgllp.com |
| BRACEWELL & GIULIANI LLP | Stan Chelney | stan.chelney@bgllp.com |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Brown Rudnick LLP | Sigmund S Wissner Gross | swissnergross@brownrudnick.com |
| Bustos & Associates | Pablo Bustos | pbustos@bustosassociates.com |
| Butler Fitzgerald Fiveson & McCarthy | David K Fiveson & Jennifer M Hall | dfiveson@bffmlaw.com; jmhall@bffmlaw.com |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com; ingrid.bagby@cwt.com |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com;   soneal@cgsh.com; |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com |
| Cohn Birnbaum & Shea PC | Scott D Rosen | srosen@cbshealaw.com |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CONSUMER LITIGATION ASSOCIATES, P.C. | Susan M. Rotkis | lenbennett@clalegal.com; srotkis@c1alegal.com |
| Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Dahiya Law Offices LLC | Karamvir Dahiya | karam@legalpundit.com |
| Day Pitney LLP | Herbert K Ryder | hryder@daypitney.com |
| Day Pitney LLP | James J Tancredi | jjtancredi@daypitney.com |
| Day Pitney LLP | Joshua W. Cohen | jwcohen@daypitney.com |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Diem T Nguyen | | diem.home@gmail.com |
| DUANE MORRIS LLP | Brett L. Messinger | blmessinger@duanemorris.com |
| Duncan K. Robertson | | uncadunc1@aol.com |
| Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| FIDC | Dennis J Early | dearly@fdic.gov |
| Flores & Saucedo PLLC | Christina Flores | floressaucedopllc@gmail.com |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com |
| Fried Frank Harris Shriver & Jacobson | William G McGuinness & Gary L Kaplan | gary.kaplan@friedfrank.com |
| Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| Gibson Dunn Crutcher | David M Feldman & Joshua Weisser | DFeldman@gibsondunn.com; JWeisser@gibsondunn.com |
| Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com |
| Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com |
| Guttleman Muhlstock Chewcaskie | Brian Chewcaskie | brian@gmcnjlaw.com |
| Hinshaw & Culbertson | Benjamin Noren | bnoren@hinshawlaw.com |
| HINSHAW & CULBERTSON LLP | Benjamin Noren | bnoren@hinshawlaw.com |
| HINSHAW & CULBERTSON LLP | Schuyler B. Kraus | skraus@hinshawlaw.com |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com;  rrich2@hunton.com |
| Imperial County Tax Collector | | floraoropeza@co.imperial.ca.us |
| Iron Mountain Information Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com |
| John Ciampoli County Attorney of Nassau County | Patrick R Gallagher | pgallagher@nassaucountyny.gov |
| Jones Day | Carl E Black | ceblack@jonesday.com |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com |
| Julie Eriksen | | reriksen1@gmail.com |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com |
| KATHLEEN G CULLY PLLC | Kathleen G Cully | kgcully@kgcully.com |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | eciolko@ktmc.com;   dmoffa@ktmc.com |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com |
| KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | mstrauss@kmllp.com; bwalker@kmllp.com |
| Kirkland & Ellis | Judson Brown | judson.brown@kirkland.com |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com; jcorneau@klestadt.com |
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | sdny@kmk-law.net |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | dlibra@lapplibra.com |
| Law Debenture Trust Company of New York | James D Heaney Managing Director | james.heaney@lawdeb.com |
| Leopold & Associates PLLC | Saul Leopold & Phillip Mahony | Mrozea@leopoldassociates.com; pmahony@leopoldassociates.com |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Locke Lord LLP | Casey B Howard | choward@lockelord.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com; vrubinstein@loeb.com; |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com |
| Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | kmarino@khmarino.com; jboyle@khmarino.com |
| McCabe Weisberg & Conway | James J Rufo & Irene Costello | jrufo@mwc-law.com; icostello@mwc-law.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Susan F. DiCicco | susan.dicicco@morganlewis.com |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com; dflanigan@polsinelli.com |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | Angela L. Baglanzis & Edmond M. George | angela.baglanzis@obermayer.com |
| Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Office of Shabbir A Khan | Phonxay Keokham | almeyers@sjgov.org |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Peter T. Roach and Associates, P.C. | Michael C Manniello | michael.manniello@roachfirmlaw.com; kimberly.mcgrail@roachlawfirm.com |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | brandon.johnson@pillsburylaw.com |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | jmcmurtr@placer.ca.gov |
| POLSINELLI PC | Daniel J. Flanigan | dflanigan@polsinelli.com |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com; jnagi@polsinelli.com |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com; jzajac@proskauer.com |
| QUARLES & BRADY LLP | John Maston O'Neal & Lori L. Winkelman & Walter J. Ashbrook | john.oneal@quarles.com; lori.winkelman@quarles.com; walter.ashbrook@quarles.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com |
| RAS BORISKIN, LLC | Daniel Sullivan | dsullivan@rasboriskin.com |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Robert E Brown PC | | rbrown@robertbrownlaw.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ron Eriksen | | reriksen1@gmail.com |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com; keith.wofford@ropesgray.com |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| ROSALES DEL ROSARIO, P.C. | John B. Rosario | johnrosario@delroslaw.com |
| Rubin LLC | Paul A Rubin | prubin@rubinlawllc.com |
| Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| SAUL EWING | Adam H Isenberg & Gregory G Schwab & Andrea P Brockway | aisenberg@saul.com; gschwab@saul.com; abrockway@saul.com |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | jglucksman@scarincihollenbeck.com |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com; rbarkasy@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Eric A Boden | eboden@schnader.com |
| SCHNEIDER MITOLA LLP | Dan Blumenthal | DBlumenthal@SchneiderMitola.com |
| Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com |
| Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com |
| Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Seward & Kissell LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com |
| Seward & Kissell LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene R Alves & Laurie R Binder | cohen@sewkis.com;  das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com; |
| Sherman Silverstein Kohl Rose & Podolsky PA | Bruce S Luckman | bluckman@shermansilverstein.com |
| Stahl Cowen Crowley Addis LLC | Patrick M. Jones | pjones@stahlcowen.com |
| Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com |
| Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Susan M. Gray | Ohio Savings Bank Building, Suite 210 | smgray@smgraylaw.com |
| Sweeney Gallo Reich & Bolz | Melanie A Sweeney | msweeney@msgrb.com |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com |
| Tennessee Depatment of Revenue | c o TN Attorney Generals Office | AGBankNewYork@ag.tn.gov |
| The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| The Law Office of Rachel Blumenfeld | | rblmnf@aol.com |
| The Law Office of Thomas M Mullaney | Attn Thomas M Mullaney | tmm@mullaw.org |
| The Meyers Law Firm | Glenn R Meyers | themeyerslawfirm@gmail.com |
| Thomas J. Sinnickson | | TJSinnickson@aol.com |
| Tom Franklin | | frenklinart@aol.com |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com; |
| U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| U.S. Department of Justice | US Attorney General, Loretta Lynch | AskDOJ@usdoj.gov |
| UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov |
| US Bank Global Corporate Trust Services | James H Byrnes | james.byrnes@usbank.com |
| US Bank NA Corporate Trust Services Division | Laura L Moran | laura.moran@usbank.com |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Walter Investment Management Corp | Stuart Boyd | SBOYD@walterinvestment.com |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com |
| Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com ; mary.l.sohlberg@wellsfargo.com |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com |
| Wendy Alison Nora | | accesslegalservices@gmail.com |
| Wendy Alison Nora | | accesslegalservices@gmail.com |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com; isilverbrand@whitecase.com; hdenman@whitecase.com |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Page 5 of 6

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Williams & Connolly LLP | David Blatt, R. Hackney Wiegmann, Matthew V. Johnson & N. Mahmood Ahmad | DBlatt@wc.com;  HWiegmann@wc.com;  MJohnson@wc.com;  MAhmad@wc.com |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com;  rchoi1@willkie.com;   jhardy2@willkie.com |
| Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com; cschreiber@winston.com |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |

# EXHIBIT B

Exhibit B
Special Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | New York | NY | 10006 |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | New York | NY | 10019 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | New York | NY | 10154 |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| US Attorney's Office for the SDNY Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick Street, Suite 1006 | New York | NY | 10014 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Page 1 of 1