UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,                    Case No. 12-12020-mg
Post-Effective Date Debtors Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,
Objector
v.
TIA DANIELLE SMITH,
Creditor-Beneficiary

---

MOTION FOR RELIEF FROM DECISION DATED OCTOBER 1, 2014 FOR
FRAUD, MISREPRESENTATION OR OTHER MISCONDUCT OF OPPOSING PARTY
AND BECAUSE THE NEWLY DISCOVERED FRAUD RENDERS THE DECISION AND
ORDER OF OCTOBER 1, 2014 VOID BECAUSE THIS COURT RELIED ON
THE FRAUDULENT MISREPRESENTATIONS OF DEANNA HORST AND THE
FRAUDULENT ENDORSEMENT STAMP BY WHICH GMAC MORTGAGE, LLC
EMPLOYEE JUDY FABER FALSELY CLAIMED TO BE
VICE PRESIDENT OF RESIDENTIAL FUNDING COMPANY, LLC
(ALL RIGHTS RESERVED)

---

Tia Danielle Smith, by her attorney, Wendy Alison Nora of ACCESS LEGAL
SERVICES, respectfully moves the Court for Relief from its Order dated October 1, 2014,
pursuant to Fed. R. Bankr. P. 9024, incorporating Fed. R. Civ. P. 60(b)(4), (5) and (6) and shows
the Court:

1.  Fed. R. Bankr. P. 9024 provides:

Rule 60 F. R. Civ. P. applies in cases under the Code except that (1) a motion to reopen a
case under the Code or for the reconsideration of an order allowing or disallowing a
claim against the estate entered without a contest is not subject to the one year limitation
prescribed in Rule 60(c), (2) a complaint to revoke a discharge in a chapter 7 liquidation
case may be filed only within the time allowed by §727(e) of the Code, and (3) a
complaint to revoke an order confirming a plan may be filed only within the time allowed
by §1144, §1230, or §1330. In some circumstances, Rule 8008 governs post-judgment
motion practice after an appeal has been docketed and is pending.

2.  Fed. R. Civ. P. 60(b) provides in relevant part:

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

. . .

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding; . . .; or

(3) set aside a judgment for fraud on the court.

3.    Based on the Declaration of Deanna Horst filed in Doc. 7188 on June 25, 2014, this Court recited, on October 1, 2014:

a.    At Section C., on page 5, "**RFC bought the Loan from American Mortgage, and on or about January 30, 2007, RFC sold the Loan to a RALI securitization trust (the 'RALI Trust'), with Deutsche Bank Trust Company Americas ('Deutsche Bank') serving as the trustee. (*Id.*; Suppl. Horst Decl. ¶ 19.)**

b. At page10, "The Trust argues that Smith cannot succeed on any securitization-based claims, as she  cannot establish that the assignment of the Loan to the RALI Trust was invalid. (*Id.* ¶ 65.)

c.    At page 18, "Additionally, Smith contends that the Note was never validly transferred to Deutsche Bank, as trustee for the RALI Trust, and therefore Aurora could never legally foreclose on her Property. (Opposition ¶ 93.) **However, the Note was properly**

transferred to Deutsche Bank, as evidenced by the chain of endorsements on the Note. (*See id.* Ex. 6.)" (Emphasis added.)

d. At page 18, "**Given that the Note was validly deposited into the RALI Trust, and the Debtors had validly transferred servicing rights on Smith's Loan to Aurora well before Aurora ultimately foreclosed on the Property, the Debtors cannot be liable for wrongful foreclosure.**" (Emphasis added.)

e. At page 19, "**RFC had transferred the Note to Deutsche Bank on or about January 30, 2007 (***see* **Suppl. Horst Decl. ¶ 19).**" (Emphasis added.)

f. At page 20, "**As discussed above, however, the Loan was validly transferred to the RALI Trust, and thereafter, Aurora was sold servicing rights for the Loan.**" (Emphasis added.)

4.   This Court made the five (5) findings of fact or mixed findings of fact/conclusions of law highlighted in bold text in paragraph 3, above, based on the Declaration of Deanna Horst, holding, over Claimant's Objection that Ms. Horst lacked personal knowledge of the facts Ms. Horst declared under penalty of perjury, at footnote 1:

> The Supplemental Horst Declaration addresses Smith's Claims specifically, and identifies the Debtors' books and records that were consulted in the process of objecting to Smith's Claims. (See Suppl. Horst Decl. ¶¶ 3, 19, 27.) Copies of the underlying documents supporting the Objection, taken from the Debtors' books and records, are attached to the Supplemental Horst Declaration. (See id. Exs. R–X.) The underlying documents are contemporaneous business records kept in the ordinary course of the Debtors' business, and there has been no indication that they lack trustworthiness.[1] Additionally, the Supplemental Horst Declaration again establishes that she is qualified to testify regarding the contents of the Debtors' books and records. The Supplemental Horst Declaration and its attachments are admissible under the business records exception to the hearsay rule. See FED. R. CIV. P. 803(6). In any event, as explained below, Smith's Claims fail as a matter of law based on statutes of limitations or other grounds not specifically dependent on the content of the Debtors' business records.

5.   What appears to be missing from the "Debtors' books and records" is any evidence that the RALI Series 2007-QO1 Trust exists.

6.   Deutsche Bank Trust Company Americas (DBTCA) cannot be Trustee of a nonexistent Trust.

7.   Counsel for the Objector was informed that counsel for Ms. Smith was seeking the Declaration of Trust for the RALI Series 2007-QO1 Trust and its registration with the Minnesota Secretary of State, which has been required by Minnesota law since April 20, 1961 before an

---

[1]  COMMENT ADDED BY COUNSEL FOR MS. SMITH: Except, of course, Ms. Smith's opposition and Exhibits.  The admissibility of the Horst Declaration is specifically reserved for appeal.

association organized as a trust may conduct business in the State of Minnesota.  See Minn. Stat. sec. 318.02.

8.  Unlike corporations and other limited liability companies and partnerships, Declarations of Trust and their registration are not published on-line by the Minnesota Secretary of State, but the "Debtors' books and records" should have included the Declaration of Trust for the RALI Series 2007-QO1 Trust and its registration with the Minnesota Secretary of State.

9.  A section of the Office of the Minnesota Secretary of State separate from the Corporations Division is responsible for the official records of the State of Minnesota, which includes the registration of Declarations of Trust.

10.  After the Discovery Conference held January 13, 2016 in these proceedings, at which counsel for the Objector pointed out, in response to this Court's question as to the identity of the owner of the "mortgage loan" which Claimant defines as her collateral documents consisting of the Note and Deed of Trust, that in one single response to the discovery propounded to purported "mortgage servicer" Homecomings Financial, LLC (Homecomings) at Interrogatory No. 15), Objector responded, by the sworn statement of Sara Lathrop, "The Mortgage Loan was owned by DBTCA as Trustee for the RALI Trust."

11.  Ms. Lathrop falsely swore that DBTCA is Trustee of the "RALI Trust" because Claimant's Exhibit 1-A in these contested claim proceedings clearly shows that the RESCAP Debtors represented to the Securities and Exchange Commission (SEC) that the RALI Series 2007-QO1 Trust is a Minnesota Trust, and it was not.

12.  Counsel for Claimant immediately contacted the Secretary of State for the State of Minnesota after the January 13, 2016 and, in addition to being advised of the facts set forth in paragraph 9., above, she was directed to the individual responsible for the official records of Declarations of Trust in the State of Minnesota, Nancy Breems, who was on vacation.

13.  Ms. Breems contacted counsel for the Claimant while she was on vacation and out of the office.  Ms. Breems indicated that she would search the records for the registration of the RALI Series 2007-QO1 Trust upon her return, but that counsel for the Claimant could not access the records in Ms. Breems' absence from the office.

14.  Claimant reserved her Exhibits 14 and 15 under the Joint Proposed Final Pre-Trial Order dated January 21, 2016 for the following documents:

Exhibit 14. Certified Copy of the Declaration of Trust for the RALI 2007-QO1 Trust, if any, pending production from the Secretary of State for the State of Minnesota
PENDING

Exhibit 15. Certified Copy of the Registration of the RALI 2007-QO1 Trust, if any, pending production from the Secretary of State for the State of Minnesota
PENDING

15.  Upon Ms.  Breems' return to the office from her vacation, Claimant's counsel contacted her again and Ms. Breems searched the official records of the State of Minnesota.

16.   On February 4, 2016, Ms. Breems from the Secretary of State for the State of Minnesota informed counsel for Ms. Smith that no Declaration of Trust for the RALI Series 2007-QO1 Trust was registered with the Secretary of State for the State of Minnesota.

17.   On February 5, 2016, Ms. Breems conferred with her supervisor, Attorney Bert Black to obtain his authority to provide copies of the spread sheet of all Trusts registered with the Secretary of State for the State of Minnesota and sent the attached email attached hereto as Exhibit A to counsel for the Claimant.

18.   On February 8, 2016, counsel for the Claimant will retrieve the certified documents to be provided to the Court as Exhibits 14 and 15 (reserved as pending).[2]

19.   This Court relied on the Declaration of Deanna Horst to find and conclude that Claimant's mortgage loan consisting of her Note and Deed of Trust (collateral documents) were validly transferred to the RALI Trust.

20.   No RALI Trust has ever been registered in the State of Minnesota.

21.   Moreover, at the January 13, 2016 Discovery Conference, this Court required the electronic document production provided to Claimant (which had been produced electronically without her consent because she had requested hard copy document production on or before December 21, 2015) to be made available to counsel for the Claimant because the electronic production expired on January 5, 2016.

22.   On January 13, 2016, Objector's Document #15 in Response to Claimant's Request for Production was retrieved by counsel for the Claimant.

23.   Objector's Document #15 is Claimant's Exhibit 2-M in the contested claim proceedings and is the employment record of Judy Faber, showing the she was employed as a document manager in the Imaging Department of GMAC Mortgage, LLC (GMACM).

24.   Claimant's Exhibit 9 in the contested claim proceedings is a copy of Claimant's Adjustable Rate Note which displays the endorsement of Judy Faber in the pretended capacity of Vice President of Residential Funding Company, LLC (RFC).

25.   Claimant's Exhibit 42 in the contested claim proceedings is the Deposition Testimony of Judy Faber on June 2, 2008 filed in *U.S. Bank v.Cook*, Northern District of Illinois

---

[2]   Counsel for the Claimant will also retrieve certified copies of the spreadsheet of all Trusts registered with the Secretary of State for the State of Minnesota and the certification that there is no trust registered in the name of RALI Series 2003-QS12 which is the pretended owner of the collateral documents executed by Richard D. Rode on March 18, 2003, for which Deutsche Bank Trust Company Americas purports to be the Trustee and which Ocwen Loan Servicing, LLC pretends to be the serving agent, having acquired the "servicing rights" in a Section 363 Sale approved by this Court in November, 2012.  The attached Exhibit B is the record of 145 RALI Trust filings with the Securities and Exchange Commission (SEC) which Residential Funding Company, LLC fka Residential Funding Corporation (RFC) and Residential Accredit Loans, Inc. (RALI) reported as trusts organized in the State of Minnesota. Exhibit C is the work product of counsel for Claimant which calculates the total face value of the securities issued by the 145 unregistered Minnesota RALI Trusts as $74,327,058,320.00.

Case No. 1:07-cv-01544 as Document 64-13, in which she testified, under oath, that she was then and there a Vice President of RFC.

26.    Debtors' books and records plainly showed that Judy Faber was never a Vice President of RFC, as demonstrated by Document #15 produced in discovery (Claimant's Exhibit 9 in the contested claim proceedings), yet this Court found that ". . . the Note was properly transferred to Deutsche Bank, as evidenced by the chain of endorsements on the Note. (*See id.* Ex. 6)," relying on the chain of endorsements which Claimant, in her opposition, contended were false.

27.    This Court and the California Courts were misled by the false Judy Faber endorsement, just as the RESCAP Debtors and DBTCA intended, in violation of the California Unfair Competition Law (UCL) as a fraudulent practice to deceive the public.[3]

28.    There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments. *United States v. Throckmorton*, 98 U.S. 61, 65 (1878).

29.    The fraud practiced against this Court by the Objector in encouraging this Court to rely on a conveyance to a nonexistent Trust purportedly created in Minnesota (of which DBTCA cannot be Trustee because DBTCA cannot be Trustee of a nonexistent Trust) and by permitting this Court to believe that Claimant's Note was validly transferred by the endorsement of Judy Faber as Vice President of RFC, when the RESCAP Debtors' books and records show that she never was.

30.    To date, Claimant has been prevented from obtaining relief from the frauds of the RESCAP Debtors and the nonexistent Minnesota Trust for which Homecomings, GMACM and RFC pretended to be subservicer, successor subservicer and master servicer and into which Residential Accredit Loans, Inc. (RALI) pretended to deposit Claimant's "mortgage loan" (collateral judgment), rendering this Court's Decision and Order of October 1, 2014 void for frauds perpetrated on this Court and on the Claimant for the purpose of preventing Claimant from obtaining relief.

31.    Furthermore and additionally, under the principles of equity recited in *Keystone Driller v. General Excavator*, 290 U.S. 240, 244-245 (1933), this Court of equity should grant relief from the fraudulently procured Decision and Order under Fed. R. Civ. P. 60(b)(5) because applying the Decision and Order thus obtained is no longer equitable.

32.    Furthermore and additionally, the foregoing evidence and the long-standing authorities which provide for relief from fraudulently procured judgments are other reasons for relief from the Decision and Order of October 1, 2014.

33.    Finally, because the origination of the finance transaction in Ms. Smith's case was rooted in fraud (California Code sec. 1572), deceit and deception (California Civil Code secs. 1709 and 1710) everything else that followed as a result of that fraud was likewise invalid and

---

[3]  There are hundreds, perhaps thousands of Judy Faber endorsements circulating in commerce and being presented as (false) evidence in court proceedings throughout the nation.

void [see *Boyce's Executors v. Grundy* 28 U.S. 210 (1830) stating "Fraud destroys the validity of everything into which it enters."]; *Nudd v. Burrows,* 91 U.S. 416 (1875), "Fraud vitiates everything it touches"; and *Throckmorton* , supra at 65.

34.  This Court's Decision and Order of October 1, 2014 was procured by the fraudulent representation that there is an existing RALI Trust of which DBTCA is Trustee and that the chain of endorsements to the Trust are valid.  It has now been established that neither of those essential facts are true.

**WHEREFORE**, relief from this Court's Decision and Order of October 1, 2014 must be granted under Fed. R. Civ. P. 60(b)(4), and/or (5) and/or (6) because the doors of this Court must be firmly closed against the RESCAP Debtors and their purported successor in interest, for its false representations to this Court by which they have fraudulently sought to defeat Ms. Smith's claims.

Dated at Minneapolis, Minnesota this 7th day of February, 2016.

AN IMAGE OF THE SIGNATURE BELOW SHALL HAVE THE SAME
FORCE AND EFFECT AS THE ORIGINAL

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
FAX (612) 206-3170
accesslegalservices@gmail.com
Wisconsin Attorney ID #1017043
Minnesota Bar #165906

**UNSWORN DECLARATION**

Wendy Alison Nora declares under penalty of perjury pursuant to 28 U.S.C. sec. 1746 that the facts set forth in the foregoing Motion are true and correct to the best of her knowledge, information and belief and that the Exhibits attached hereto are true and correct copies of what they purport to be.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora

**DECLARATION OF SERVICE**

Wendy Alison Nora declares that on February 7, 2016 she filed the foregoing Motion and
Exhibits with the United States Bankruptcy Court for the Southern District of New York and
thereby served all parties and their counsel who are capable of receiving service by CM/ECF.


*/s/ Wendy Alison Nora*

_____

Wendy Alison Nora

# EXHIBIT A



Wendy Alison Nora <accesslegalservices@gmail.com>

## Certificate of No Record

1 message

**Breems, Nancy (OSS)** <nancy.breems@state.mn.us>                Fri, Feb 5, 2016 at 3:41 PM
To: Wendy Alison Nora <accesslegalservices@gmail.com>

Dear Ms. Nora

After consultation with Mr. Bert Black, it has been determined that this office can provide the following items:

- ***Certificate of No Record*** – One for each of the two named Trusts

- A certified copy of a printed list of ***Business Trusts*** documented in our Business Trust Spreadsheet

There is a fee for these documents.

- Each ***Certificate of No Record*** requires a $5.00 fee (total $10.00 for two certificates)

        o Per Minnesota Statutes 5.12

- Fees associated with purchasing a copy (1) of the ***Business Trust*** Spreadsheet include:

        o Copy of the Document: $3.00

        o Certification Fee:        $5.00

Total fees for the documents listed:        $18.00

Check payable to:        Secretary of State

These documents may be paid for and obtained at:

    Office of the Minnesota Secretary of State

    180 State Office Building

    100 Rev Dr Martin Luther King Jr Blvd

    St. Paul, MN  55155

## Nancy Breems



*Official Documents/Open Appointments*

## Office of Minnesota Secretary of State, Steve Simon

180 State Office Building, 100 Rev. Dr. Martin Luther King Jr. Blvd.

St. Paul, MN 55155

Ph: 651-556-0643

Website: http://www.sos.state.mn.us

   

---

NOTICE: E-mail correspondence to and from the Office of the Secretary of State of Minnesota may be public data subject to the Minnesota Data Practices Act and/or may be disclosed to third parties

# EXHIBIT B

Home | Latest Filings | Previous Page

## U.S. Securities and Exchange Commission

### EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Companies with names matching "RALI"**
*Click on CIK to view company filings*

Items 1 - 40

| CIK | Company | State/Country |
|---|---|---|
| 0001288804 | RALI 2004-QS5<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001288915 | RALI 2004-QS5<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001424459 | RALI Series 2003-QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001424460 | RALI Series 2003-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422630 | RALI Series 2003-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422627 | RALI Series 2003-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001424461 | RALI Series 2003-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422631 | RALI Series 2003-QS17 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422628 | RALI Series 2003-QS19 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422632 | RALI Series 2003-QS20 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422633 | RALI Series 2003-QS21 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001424462 | RALI Series 2003-QS22 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001422634 | RALI Series 2003-QS23 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001424458 | RALI Series 2003-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001295741 | RALI Series 2004-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001301809 | RALI Series 2004-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001304596 | RALI SERIES 2004-QA4 TRUST<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001309805 | RALI Series 2004-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001313040 | RALI Series 2004-QA6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001309381 | RALI Series 2004-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001289675 | RALI Series 2004-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001298626 | RALI Series 2004-QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001301679 | RALI Series 2004-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001304477 | RALI Series 2004-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001304415 | RALI Series 2004-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001307178 | RALI Series 2004-QS14 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001309811 | RALI Series 2004-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001312925 | RALI Series 2004-QS16 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001289670 | RALI Series 2004-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001295671 | RALI Series 2004-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001295670 | RALI Series 2004-QS9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |

| | | |
|---|---|---|
| 0001342911 | RALI Series 2005-Q03 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001328404 | RALI Series 2005-Q56 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001315784 | RALI Series 2005-QA1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001339717 | RALI Series 2005-QA10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001342649 | RALI Series 2005-QA11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001345513 | RALI Series 2005-QA12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001346470 | RALI Series 2005-QA13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001348176 | RALI Series 2005-QA13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001319476 | RALI Series 2005-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |

Next 40

*http://www.sec.gov/cgi-bin/browse-edgar*



## U.S. Securities and Exchange Commission

### EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Companies with names matching "RALI"**
*Click on CIK to view company filings*

Items 41 - 80

| CIK | Company | State/Country |
|------|---------|---------------|
| 0001322456 | RALI Series 2005-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001325433 | RALI Series 2005-QA4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001326243 | RALI Series 2005-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001328519 | RALI Series 2005-QA6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001331677 | RALI Series 2005-QA7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001333460 | RALI Series 2005-QA7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001334341 | RALI Series 2005-QA8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001337445 | RALI Series 2005-QA9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001337702 | RALI Series 2005-QO1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001340101 | RALI Series 2005-QO2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001345474 | RALI Series 2005-QO4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001346471 | RALI Series 2005-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001348147 | RALI Series 2005-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001319053 | RALI Series 2005-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001319605 | RALI Series 2005-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001315846 | RALI Series 2005-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001334464 | RALI Series 2005-QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001334580 | RALI Series 2005-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001337404 | RALI Series 2005-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001337441 | RALI Series 2005-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001340191 | RALI Series 2005-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001340397 | RALI Series 2005-QS14 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001342509 | RALI Series 2005-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001345616 | RALI Series 2005-QS16 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001346469 | RALI Series 2005-QS17 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001319018 | Rali Series 2005-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001322018 | RALI Series 2005-QS3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001325146 | RALI Series 2005-QS4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001325171 | RALI Series 2005-QS5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001331690 | RALI Series 2005-QS7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001331579 | RALI Series 2005-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |

| 0001362195 | RALI Series 2006 QS6 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001379883 | RALI Series 2006-QA10 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001382163 | RALI Series 2006-QA11 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001348928 | RALI Series 2006-QA1 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001351923 | RALI Series 2006-QA2 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001358093 | RALI Series 2006-QA3 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001361593 | RALI Series 2006-QA4 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001365250 | RALI Series 2006-QA5 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |
| 0001368287 | RALI Series 2006-QA6 Trust | MN |
| | SIC: 6189 - ASSET-BACKED SECURITIES | |

Previous 40     Next 40



Home | Latest Filings | Previous Page

## U.S. Securities and Exchange Commission

### EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Companies with names matching "RALI"**
*Click on CIK to view company filings*

Items 81 - 120

| CIK | Company | State/Country |
|---|---|---|
| 0001371153 | RALI Series 2006-QA7 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001374747 | RALI Series 2006-QA8 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001377603 | RALI Series 2006-QA9 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001379510 | RALI Series 2006-QH1 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001348929 | RALI Series 2006-QO1 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001383114 | RALI Series 2006-QO10 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001351924 | RALI Series 2006-QO2 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001356304 | RALI Series 2006-QO3 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001358890 | RALI Series 2006-QO4 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001361594 | RALI Series 2006-QO5 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001365249 | RALI Series 2006-QO6 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001374886 | RALI Series 2006-QO7 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001376787 | RALI Series 2006-QO8 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001379884 | RALI Series 2006-QO9 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001348927 | RALI Series 2006-QS1 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001369100 | RALI Series 2006-QS10 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001369101 | RALI Series 2006-QS11 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001372600 | RALI Series 2006-QS12 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001372798 | RALI Series 2006-QS13 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001375655 | RALI Series 2006-QS14 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001375656 | RALI Series 2006-QS15 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001377807 | RALI Series 2006-QS16 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001380368 | RALI Series 2006-QS17 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001380369 | RALI Series 2006-QS18 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001351117 | RALI Series 2006-QS2 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001352052 | RALI Series 2006-QS3 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001358092 | RALI Series 2006-QS4 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001359592 | RALI Series 2006-QS5 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001362336 | RALI Series 2006-QS7 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001366205 | RALI Series 2006-QS8 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001366206 | RALI Series 2006-QS9 Trust SIC: 6189 - ASSET-BACKED SECURITIES | MN |

| | | |
|---|---|---|
| 0001405920 | RALI Series 2007-QH7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES<br>formerly: RALI Series 2007 QH7 Trust (filings through 2007-07-31) | MN |
| 0001406553 | RALI Series 2007 QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001403457 | RALI Series 2007 QS9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001385297 | RALI Series 2007-QA1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001388210 | RALI Series 2007-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001392496 | RALI Series 2007-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001398641 | RALI Series 2007-QA4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001410211 | RALI Series 2007-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001385033 | RALI Series 2007-QH1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |

Previous 40    Next 40

*http://www.sec.gov/cgi-bin/browse-edgar*

## U.S. Securities and Exchange Commission

### EDGAR Search Results

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Companies with names matching "RALI"**
*Click on CIK to view company filings*

Items 121 - 145

| CIK | Company | State/Country |
|---|---|---|
| 0001388211 | RALI Series 2007-QH2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001392014 | RALI Series 2007-QH3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001395072 | RALI Series 2007-QH4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001397977 | RALI Series 2007-QH5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001401414 | RALI Series 2007-QH6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001410213 | RALI Series 2007-QH8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001412683 | RALI Series 2007-QH9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001384915 | RALI Series 2007-QO1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001388212 | RALI Series 2007-QO2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001393501 | RALI Series 2007-QO3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001398693 | RALI Series 2007-QO4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001410212 | RALI Series 2007-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001382368 | RALI Series 2007-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001408982 | RALI Series 2007-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001383327 | RALI Series 2007-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001386312 | RALI Series 2007-QS3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001389788 | RALI Series 2007-QS4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001390318 | RALI Series 2007-QS5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001392495 | RALI Series 2007-QS6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001396664 | RALI Series 2007-QS7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001400095 | RALI Series 2007-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | MN |
| 0001426609 | RALI Series 2008-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES<br>formerly: RALI Series 2008-QR1Trust (filings through 2008-04-08) | MN |
| 0001543025 | RALIK SHIPPING Co INC. | J3 |
| 0000948180 | RALIN MEDICAL INC | IL |
| 0001157347 | RALINK TECHNOLOGY CORP | CA |

Previous 40

*http://www.sec.gov/cgi-bin/browse-edgar*

Modified 03/14/2012

# EXHIBIT C

| State | CIK | Company | Prospectus Registered | Amount |
|-------|-----|---------|----------------------|--------|
| MN | 0001288804 | RALI 2004-QS5 | 04-28-2004 | Not Available |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES | 04-29-2005 | $1,514,470 |
|  |  |  | 02-26-2008 | $123,193,979 |
| MN | 0001288915 | RALI 2004-QS5 | 04-29-2004 | $290,284,743 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001424459 | RALI Series 2003-QS10 Trust | 02-26-2008 | $213,602,227 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001424460 | RALI Series 2003-QS11 Trust | 02-26-2008 | $210,156,971 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422630 | RALI Series 2003-QS12 Trust | 02-26-2008 | $101,261,743 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422627 | RALI Series 2003-QS13 Trust | 01-15-2008 | $248,775,021 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001424461 | RALI Series 2003-QS15 Trust | 02-28-2008 | $217,243,975 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422631 | RALI Series 2003-QS17 Trust | 01-15-2008 | $265,191,962 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422628 | RALI Series 2003-QS19 Trust | 01-15-2008 | $171,542,236 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422632 | RALI Series 2003-QS20 Trust | 02-26-2008 | $78,979,994 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422633 | RALI Series 2003-QS21 Trust | 02-26-2008 | $108,647,533 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001424462 | RALI Series 2003-QS22 Trust | 02-26-2008 | $137,775,578 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001422634 | RALI Series 2003-QS23 Trust | 02-26-2008 | $68,820,187 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001424458 | RALI Series 2003-QS8 Trust | 02-26-2008 | $95,715,828 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001295741 | RALI Series 2004-QA2 Trust | 06-29-2004 | $365,138,000 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001301809 | RALI Series 2004-QA3 Trust | 08-30-2004 | $315,254,200 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001304596 | RALI SERIES 2004-QA4 TRUST | 09-29-2004 | $285,865,200 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001309805 | RALI Series 2004-QA5 Trust | 11-24-2004 | $320,188,200 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001313040 | RALI Series 2004-QA6 Trust | 12-29-2004 | $708,773,800 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001309381 | RALI Series 2004-QR1 Trust | 11-22-2004 | $196,433,088 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES |  |  |
| MN | 0001289675 | RALI Series 2004-QS1 Trust | 05-07-2004 | $316,357,744 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES | 01-15-2008 | $123,897,354 |
| MN | 0001298626 | RALI Series 2004-QS10 Trust | 07-27-2004 | $214,339,915 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES | 02-26-2008 | $105,417,835 |
| MN | 0001301679 | RALI Series 2004-QS11 Trust | 08-25-2004 | $215,336,840 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES | 02-26-2008 | $99,336,967 |
| MN | 0001304477 | RALI Series 2004-QS12 Trust | 09-28-2004 | $419,799,756 |
|  |  | SIC: 6189 - ASSET-BACKED SECURITIES | 01-15-2008 | $200,076,922 |

| State | CIK | Company | Prospectus Registered | Amount |
|---|---|---|---|---|
| MN | 0001304415 | RALI Series 2004-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-27-2004<br>02-26-2008 | $128,649,847<br>$65,562,935 |
| MN | 0001307178 | RALI Series 2004-QS14 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-27-2004<br>02-26-2008 | $210,562,606<br>$112,091,434 |
| MN | 0001309811 | RALI Series 2004-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-26-2004<br>02-26-2008 | $211,030,708<br>$106,491,077 |
| MN | 0001312925 | RALI Series 2004-QS16 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-28-2004<br>01-15-2008 | $528,907,333<br>$301,289,767 |
| MN | 0001289670 | RALI Series 2004-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-07-2004<br>02-26-2008 | $289,122,549<br>$121,260,122 |
| MN | 0001295671 | RALI Series 2004-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2004<br>02-26-2008 | $268,719,101<br>$152,530,634 |
| MN | 0001295670 | RALI Series 2004-QS9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2004<br>04-05-2005 | $104,695,398<br>$1,427,741 |
| MN | 0001342911 | RALI Series 2005-Q03 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-28-2005 | $488,324,200 |
| MN | 0001328404 | RALI Series 2005-Q56 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-25-2005<br>02-26-2008 | $261,829,909<br>$663,977 |
| MN | 0001315784 | RALI Series 2005-QA1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-27-2005 | $296,716,000 |
| MN | 0001339717 | RALI Series 2005-QA10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-23-2005 | $609,941,000 |
| MN | 0001342649 | RALI Series 2005-QA11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-27-2005 | $515,146,300 |
| MN | 0001345513 | RALI Series 2005-QA12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-28-2005 | $279,811,100 |
| MN | 0001346470 | RALI Series 2005-QA13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-05-2006 | $549,541,100 |
| MN | 0001348176 | RALI Series 2005-QA13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-28-2005 | $549,541,100 |
| MN | 0001319476 | RALI Series 2005-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-01-2005 | $492,468,900 |
| MN | 0001322456 | RALI Series 2005-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-31-2005 | $491,277,300 |
| MN | 0001325433 | RALI Series 2005-QA4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-28-2005 | $515,241,000 |
| MN | 0001326243 | RALI Series 2005-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-05-2005 | $236,781,800 |
| MN | 0001328519 | RALI Series 2005-QA6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-26-2005 | $565,100,300 |
| MN | 0001331677 | RALI Series 2005-QA7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2005 | $564,692,000 |
| MN | 0001333460 | RALI Series 2005-QA7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-18-2005 | $564,692,000 |
| MN | 0001334341 | RALI Series 2005-QA8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-27-2005 | $510,425,700 |
| MN | 0001337445 | RALI Series 2005-QA9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-30-2005 | $638,123,100 |

| State | CIK | Company | Prospectus Registered | Amount |
|-------|-----|---------|----------------------|--------|
| MN | 0001337702 | RALI Series 2005-QO1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-31-2005 | $696,206,100 |
| MN | 0001340101 | RALI Series 2005-QO2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-28-2005 | $414,647,100 |
| MN | 0001345474 | RALI Series 2005-QO4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-28-2005 | $776,257,300 |
| MN | 0001346471 | RALI Series 2005-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-05-2006 | $1,245,790,100 |
| MN | 0001348147 | RALI Series 2005-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-28-2005 | $1,245,790,100 |
| MN | 0001319053 | RALI Series 2005-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-25-2005 | $356,120,266 |
| MN | 0001319605 | RALI Series 2005-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-02-2005 | $356,120,266 |
| MN | 0001315846 | RALI Series 2005-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-28-2005<br>02-19-2008 | $212,022,179<br>$130,522,613 |
| MN | 0001334464 | RALI Series 2005-QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-27-2005<br>02-26-2008 | $262,689,777<br>$1,428,397 |
| MN | 0001334580 | RALI Series 2005-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-28-2005<br>11-20-2007 | $211,400,802<br>$318,322 |
| MN | 0001337404 | RALI Series 2005-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-29-2005 | $522,818,706 |
| MN | 0001337441 | RALI Series 2005-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-30-2005<br>11-21-2007 | $522,818,706<br>$968,379 |
| MN | 0001340191 | RALI Series 2005-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-29-2005<br>11-20-2007 | $631,179,926<br>$2,880,254 |
| MN | 0001340397 | RALI Series 2005-QS14 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-30-2005<br>02-26-2008 | $608,508,123<br>$7,389,281 |
| MN | 0001342509 | RALI Series 2005-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-25-2005<br>01-29-2008 | $426,106,530<br>$7,098,585 |
| MN | 0001345616 | RALI Series 2005-QS16 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-29-2005<br>11-19-2007 | $422,630,173<br>$2,287,433 |
| MN | 0001346469 | RALI Series 2005-QS17 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-04-2006<br>11-19-2007 | $533,097,754<br>$5,191,866 |
| MN | 0001319018 | Rali Series 2005-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-24-2005<br>02-26-2008 | $210,219,776<br>$133,617,610 |
| MN | 0001322018 | RALI Series 2005-QS3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-29-2005<br>02-26-2008 | $470,520,302<br>$285,607,941 |
| MN | 0001325146 | RALI Series 2005-QS4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-27-2005<br>02-26-2008 | $209,041,140<br>$131,529,614 |
| MN | 0001325171 | RALI Series 2005-QS5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-27-2005<br>11-01-2007 | $211,356,834<br>$126,651,192 |
| MN | 0001331690 | RALI Series 2005-QS7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2005<br>11-20-2007 | $365,353,615<br>$241,915,423 |
| MN | 0001331579 | RALI Series 2005-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2005<br>02-26-2008 | $103,654,895<br>$68,355,737 |
| MN | 0001362195 | RALI Series 2006 QS6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-29-2006<br>12-10-2007 | $848,500,819<br>$2,538,093 |

| State | CIK | Company | Prospectus Registered | Amount |
|-------|-----|---------|----------------------|--------|
| MN | 0001379883 | RALI Series 2006-QA10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-27-2006 | $375,502,000 |
| MN | 0001382163 | RALI Series 2006-QA11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-20-2006 | $372,431,000 |
| MN | 0001348928 | RALI Series 2006-QA1Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-31-2006 | $593,355,000 |
| MN | 0001351923 | RALI Series 2006-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-27-2006 | $386,927,100 |
| MN | 0001358093 | RALI Series 2006-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-24-2006 | $398,490,000 |
| MN | 0001361593 | RALI Series 2006-QA4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-31-2006 | $304,442,000 |
| MN | 0001365250 | RALI Series 2006-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-03-2006 | $694,084,100 |
| MN | 0001368287 | RALI Series 2006-QA6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-31-2006 | $622,965,000 |
| MN | 0001371153 | RALI Series 2006-QA7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-29-2006 | $588,151,000 |
| MN | 0001374747 | RALI Series 2006-QA8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-27-2006 | $795,053,000 |
| MN | 0001377603 | RALI Series 2006-QA9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-27-2006 | $369,193,000 |
| MN | 0001379510 | RALI Series 2006-QH1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-01-2006 | $337,933,000 |
| MN | 0001348929 | RALI Series 2006-QO1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-30-2006 | $881,346,100 |
| MN | 0001383114 | RALI Series 2006-QO10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-28-2006 | $889,857,000 |
| MN | 0001351924 | RALI Series 2006-QO2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-27-2006 | $665,486,000 |
| MN | 0001356304 | RALI Series 2006-QO3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-30-2006 | $664,812,000 |
| MN | 0001358890 | RALI Series 2006-QO4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-28-2006 | $843,226,000 |
| MN | 0001361594 | RALI Series 2006-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-31-2006 | $1,071,587,000 |
| MN | 0001365249 | RALI Series 2006-QO6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-29-2006 | $1,290,297,000 |
| MN | 0001374886 | RALI Series 2006-QO7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-02-2006 | $1,542,440,000 |
| MN | 0001376787 | RALI Series 2006-QO8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-01-2006 | $1,288,119,000 |
| MN | 0001379884 | RALI Series 2006-QO9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-30-2006 | $890,657,000 |
| MN | 0001348927 | RALI Series 2006-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-27-2006<br>02-26-2008 | $319,795,465<br>$2,444,441 |
| MN | 0001369100 | RALI Series 2006-QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-29-2006<br>10-21-2007 | $527,197,330<br>$632,805 |

| State | CIK | Company | Prospectus Registered | Amount |
|-------|-----|---------|----------------------|--------|
| MN | 0001369101 | RALI Series 2006-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-29-2006<br>02-11-2008 | $742,487,542<br>$101,958,257 |
| MN | 0001372600 | RALI Series 2006-QS12 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-02-2006<br>02-11-2008 | $534,254,761<br>$161,372,973 |
| MN | 0001372798 | RALI Series 2006-QS13 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-29-2006<br>12-21-2007 | $633,546,697<br>$2,393,368 |
| MN | 0001375655 | RALI Series 2006-QS14 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-30-2006<br>12-21-2007 | $743,878,961<br>$2,348,513 |
| MN | 0001375656 | RALI Series 2006-QS15 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-30-2006<br>12-20-2007 | $531,038,675<br>$1,692,106 |
| MN | 0001377807 | RALI Series 2006-QS16 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 11-28-2006<br>12-20-2007 | $741,550,739<br>$1,112,936 |
| MN | 0001380368 | RALI Series 2006-QS17 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-26-2006<br>12-20-2007 | $530,024,465<br>$1,069,432 |
| MN | 0001380369 | RALI Series 2006-QS18 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 12-28-2006<br>12-20-2007 | $1,164,635,393<br>$4,876,946 |
| MN | 0001351117 | RALI Series 2006-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-01-2006<br>02-26-2008 | $871,269,169<br>$4,099,994 |
| MN | 0001352052 | RALI Series 2006-QS3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-30-2006<br>12-07-2007 | $958,193,146<br>$8,180,193 |
| MN | 0001358092 | RALI Series 2006-QS4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-27-2006<br>02-26-2008 | $742,857,344<br>$1,286,936 |
| MN | 0001359592 | RALI Series 2006-QS5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-30-2006<br>12-07-2007 | $688,897,295<br>$732,703 |
| MN | 0001362336 | RALI Series 2006-QS7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2006<br>12-07-2007 | $530,520,315<br>$745,402 |
| MN | 0001366205 | RALI Series 2006-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-27-2006<br>12-20-2007 | $953,783,554<br>$661,655 |
| MN | 0001366206 | RALI Series 2006-QS9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-26-2006<br>12-21-2007 | $533,095,899<br>$1,001,161 |
| MN | 0001405920 | RALI Series 2007-QH7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES<br>formerly: RALI Series 2007 QH7 Trust (filings through 2007-07-31) | 07-31-2007 | $346,958,000 |
| MN | 0001406553 | RALI Series 2007 QS10 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-04-2007 | $426,607,453 |
| MN | 0001403457 | RALI Series 2007 QS9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-30-2007 | $696,428,029 |
| MN | 0001385297 | RALI Series 2007-QA1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-26-2007 | $410,069,000 |
| MN | 0001388210 | RALI Series 2007-QA2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-27-2007 | $366,984,000 |
| MN | 0001392496 | RALI Series 2007-QA3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-30-2007 | $882,356,800 |
| MN | 0001398641 | RALI Series 2007-QA4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-30-2007 | $243,450,000 |
| MN | 0001410211 | RALI Series 2007-QA5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-27-2007 | $491,200,000 |
| MN | 0001385033 | RALI Series 2007-QH1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-01-2007 | $522,264,000 |

| State | CIK | Company | Prospectus Registered | Amount |
|---|---|---|---|---|
| MN | 0001388211 | RALI Series 2007-QH2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 07-27-2007 | $348,425,000 |
| MN | 0001392014 | RALI Series 2007-QH3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-29-2007 | $349,476,000 |
| MN | 0001395072 | RALI Series 2007-QH4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-27-2007 | $397,963,000 |
| MN | 0001397977 | RALI Series 2007-QH5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-30-2007 | $497,503,000 |
| MN | 0001401414 | RALI Series 2007-QH6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2007<br>09-03-2008 | $595,208,000<br>Rating Notice |
| MN | 0001410213 | RALI Series 2007-QH8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 09-19-2007 | $540,449,900 |
| MN | 0001412683 | RALI Series 2007-QH9 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-19-2007 | $573,585,400 |
| MN | 0001384915 | RALI Series 2007-QO1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-31-2007 | $621,930,000 |
| MN | 0001388212 | RALI Series 2007-QO2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-01-2007 | $527,132,000 |
| MN | 0001393501 | RALI Series 2007-QO3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-30-2007 | $296,295,000 |
| MN | 0001398693 | RALI Series 2007-QO4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-31-2007 | $502,837,000 |
| MN | 0001410212 | RALI Series 2007-QO5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 08-30-2007 | $231,187,000 |
| MN | 0001382368 | RALI Series 2007-QS1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-30-2007<br>12-20-2007 | $1,280,501,451<br>$13,259,675 |
| MN | 0001408982 | RALI Series 2007-QS11 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 10-04-2007 | $300,636,797 |
| MN | 0001383327 | RALI Series 2007-QS2 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 01-30-2007<br>12-07-2007 | $529,765,806<br>$2,206,623 |
| MN | 0001386312 | RALI Series 2007-QS3 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 02-27-2007<br>12-10-2007 | $957,523,112<br>$5,090,036 |
| MN | 0001389788 | RALI Series 2007-QS4 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-02-2007<br>12-10-2007 | $736,484,029<br>$3,331,208 |
| MN | 0001390318 | RALI Series 2007-QS5 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 03-29-2007<br>12-10-2007 | $426,647,013<br>$3,063,676 |
| MN | 0001392495 | RALI Series 2007-QS6 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 04-27-2007<br>12-10-2007 | $796,984,867<br>$5,314,234 |
| MN | 0001396664 | RALI Series 2007-QS7 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 05-31-2007<br>12-10-2007 | $792,849,258<br>$2,531,906 |
| MN | 0001400095 | RALI Series 2007-QS8 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES | 06-28-2007<br>12-10-2007 | $642,305,940<br>$4,956,390 |
| MN | 0001426609 | RALI Series 2008-QR1 Trust<br>SIC: 6189 - ASSET-BACKED SECURITIES<br>formerly: RALI Series 2008-QR1Trust (filings through 2008-04-08) | 02-11-2008 | $118,331,330 |

|  |  |
|---|---|
| **Prospectus  Initial Filings** | **$71,472,449,906** |
| **Supplemental Prospectus Filings** | **$2,854,608,423** |
| **Filings Total** | **$74,327,058,329** |