**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

## ORDER DENYING MOTION OF TIA SMITH FOR RELIEF FROM PRIOR OPINION

Pending before the Court is a motion (the "Motion," ECF Doc. # 9593) filed by Tia Smith for relief from the Court's prior opinion and order (the "Prior Opinion," ECF Doc. # 7598). Through the Motion, Smith asks the Court for relief from the Prior Opinion in which the Court sustained the ResCap Borrower Claims Trust's (the "Trust") objection to claim numbers 3889, 4129, 4134, and 4139 filed by Smith.

The Court having considered the Motion and the arguments contained therein, it is hereby:

**ORDERED**, that the Motion is DENIED.

**IT IS SO ORDERED.**

Dated:   February 8, 2016
         New York, New York

                              /s/Martin Glenn
                              MARTIN GLENN
                              United States Bankruptcy Judge