**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                    Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered<br><br>**Re: Docket No. 9491** |

**CERTIFICATE OF NO OBJECTION TO MOTION**
**BY PLAINTIFFS LANDON ROTHSTEIN, *ET AL.*, PURSUANT TO**
**FED. R. BANKR. P. 7023 AND 9019 FOR AN ORDER:**
**(I) PRELIMINARILY APPROVING THE CLASS ACTION SETTLEMENT WITH**
**RESPECT TO PLAINTIFFS' BANKRUPTCY PROOFS OF CLAIM,**
**(II) CERTIFYING THE SETTLEMENT CLASS AND APPOINTING CLASS**
**REPRESENTATIVES AND CLASS COUNSEL FOR PURPOSES OF THE**
**SETTLEMENT, (III) APPROVING THE FORM AND MANNER OF NOTICE**
**TO THE CLASS, (IV) SCHEDULING A FAIRNESS HEARING, AND**
**(V) APPOINTING A SETTLEMENT ADMINISTRATOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion by Plaintiffs Landon Rothstein, et. al., Pursuant to (I) Preliminarily Approving the Class Action Settlement with Respect to Plaintiffs' Bankruptcy Proofs of Claim, (II) Certifying the Settlement Class and Appointing Class Representatives and Class Counsel for Purposes of the Settlement, (III) Approving the Form and Manner of Notice to the Class, (IV) Scheduling a Fairness Hearing, and (V) Appointing a Settlement Administrator* [Docket No. 9491] (the "Motion").  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the notice of the Motion, responses to the Motion were to be filed and served no later than January 25, 2015, at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the order attached hereto, as **Exhibit A,** be entered at the Court's earliest convenience.

Dated: February 9, 2016
      New York, New York

/s/ Mark A. Strauss
Mark A. Strauss
(mstrauss@kmllp.com)
KIRBY MCINERNEY, LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

-and-

/s/Garvan F. McDaniel
Garvan F. McDaniel
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540

*Counsel for Plaintiffs Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn*