UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
In re                                              :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]               :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                                           :
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On February 8, 2016, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via Overnight Mail upon the parties on the service list attached hereto as **Exhibit B**:

- **Proposed Agenda for Matters Scheduled to be Heard on February 10, 2016 at 10:00 a.m. (EST)** [Docket No. 9601]

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for February 10, 2016 at 10:00 a.m. (EST)** [Docket No. 9602]

Dated: February 9, 2016                         _____
                                                Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th of February, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BROOKFIELD RPS LLC | Squire Sanders US LLP ATTN Joseph C. Weinstein & Peter R. Morrison | peter.morrison@squirepb.com; joe.weinstein@squirepb.com |
| CASTLE STAWIARSKI, LLC | Deanna L. Westfall, Esq. | dwestfall@cmsatty.com |
| CASTLE STAWIARSKI, LLC | Patricia Michitsch,Esq | pmichitsch@cmsatty.com |
| CHRISTINA REED | | ChristinaReedNJ@aol.com |
| CHRISTOPHER MARTINEZ | | actorchris@gmail.com |
| CS LEGAL SERVICES, LLC D/B/A CASTLE STAWIARSKI, LLC | | ljurist@cmsls.com |
| FRANK REED | | frankreedva@aol.com; frankreednj@aol.com |
| HOGAN MCDANIEL | Garvan F. McDaniel | gmcdaniel@dkhogan.com |
| KIRBY MCINERNEY LLP | Mark A. Strauss & Thomas W. Elrod | telrod@kmllp.com; mstrauss@kmllp.com |
| LWBR, LLC | Steven Madeoy | lwbr2000@yahoo.com |
| MARILYN LAWRENCE | | marilynevie@netzero.com |
| THE WOLF FIRM, A LAW CORPORATION | Alan Steven Wolf | alan.wolf@wolffirm.com |

# EXHIBIT B

Exhibit B
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALEXANDER KNOX | | 18621 Neal Circle | | Country Club Hills | IL | 60478 |
| BROOKFIELD RPS co SQUIRE SANDERS | Joseph Weinstein & Peter Morrison | 4900 Key Tower | 127 Public Square | Cleveland | OH | 44114-1304 |
| CASTLE STAWIARSKI LLC | Deanna L Westfall Esq | 16350 E Arapahoe Rd Unit 108 | | Foxfield | CO | 80016-1557 |
| CASTLE STAWIARSKI LLC | Patricia MichitschEsq | 330 South Walsh Ste 202 | | Casper | WY | 82609 |
| CHRISTOPHER MARTINEZ | | 848 N Rainbow Blvd No 240 | | Las Vegas | NV | 89107-1103 |
| CS LEGAL SERVICES LLC DBA CASTLE | | 20 First Plaza Suite 602 | | Albuquerque | NM | 87102 |
| CS LEGAL SERVICES LLC DBA CASTLE | | 200 3rd St NW | | Albuquerque | NM | 87102 |
| FRANK REED | CHRISTINA REED | 817 Matlack Dr | | Moorestown | NJ | 8057 |
| HOGAN MCDANIEL | Garvan F McDaniel | 1311 Delaware Ave | | Wilmington | DE | 19806 |
| KIRBY MCINERNEY LLP | Mark Strauss & Thomas Elrod | 825 Third Ave16th Fl | | New York | NY | 10022 |
| LWBR LLC | Steven Madeoy | 14900 Sweitzer Ln Ste 206 | | Laurel | MD | 20707 |
| MARILYN LAWRENCE | | 5362 W Olympic Blvd No 1 | | Los Angeles | CA | 90036 |
| TAYLOR, DOROTHY | | PO BOX 2784 | | Country Club Hills | IL | 60478 |
| THE WOLF FIRM A LAW CORPORATION | Alan Steven Wolf | 2955 Main St 2nd Fl | | Irvine | CA | 92614 |