Hearing Date and Time: April 19, 2016 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Benjamin W. Butterfield

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S SUPPLEMENTAL OBJECTION IN SUPPORT OF ITS OBJECTION TO PROOF OF CLAIM NO. 3695 FILED ON BEHALF OF ROSALIND ALEXANDER-KASPARIK SCHEDULED FOR APRIL 19, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a hearing on the *ResCap Borrower Claims Trust's Supplemental Objection in Support of its Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik* [Docket No. 9583] has been scheduled to be heard on **April 19, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 (Room 501).

ny-1222624

Dated: February 16, 2016
New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
Benjamin W. Butterfield
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1222624                              2