```
 1
 2  UNITED STATES BANKRUPTCY COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  Case No. 12-12020-mg
 5  - - - - - - - - - - - - - - - - - - - - -x
 6  In the Matter of:
 7
 8  RESIDENTIAL CAPITAL, LLC, et al.,
 9
10              Debtors.
11
12  - - - - - - - - - - - - - - - - - - - - -x
13
14              United States Bankruptcy Court
15              One Bowling Green
16              New York, New York
17
18              January 27, 2016
19              2:14 PM
20
21  B E F O R E:
22  HON. MARTIN GLENN
23  U.S. BANKRUPTCY JUDGE
24
25
```

1

2  **Pre-Trial Conference Regarding UCL Claim (Tia Smith).  Trial**

3  **tentatively set for 02/09/2016 at 9:00 a.m.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Hana Copperman

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

```
 1
 2  A P P E A R A N C E S :
 3  MORRISON & FOERSTER LLP
 4        Attorneys for the ResCap Borrower Claims Trust
 5        250 West 55th Street
 6        New York, NY 10019
 7
 8  BY:   JORDAN A. WISHNEW, ESQ. (TELEPHONICALLY)
 9        JESSICA J. ARETT, ESQ. (TELEPHONICALLY)
10
11  TIA DANIELLE SMITH (TELEPHONICALLY)
12        Party Pro Se
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | RESIDENTIAL CAPITAL, LLC, ET AL. | 4 |
|---|---|---|

1        P R O C E E D I N G S

2            THE COURT:  All right.  This is Judge Glenn.  We're on
3    the record in Residential Capital, number 12-12020.  This is a
4    pre-trial conference regarding the claim of Tia Smith.
5            May I have the appearances, please?
6            MR. WISHNEW:  Good afternoon, Your Honor.  Jordan
7    Wishnew and Jessica Arett for the ResCap Borrower Claims Trust.
8            THE COURT:  All right.  Ms. Smith, I understand you're
9    on the phone.
10           MS. SMITH:  Good morning, Your Honor.
11           THE COURT:  Thank you.  But Ms. Nora is not on the
12   phone.  Is that correct?
13           MS. SMITH:  That is correct.
14           THE COURT:  Do you know where she is?
15           MS. SMITH:  No, Your Honor.  I have not spoken to her
16   this morning.
17           THE COURT:  Okay.  All right.
18           The hearing was noticed for 2 p.m.  Ms. Nora had
19   notice of the hearing.  I was permitting her, as a courtesy, to
20   appear by telephone.  It is a courtesy, however.
21           Her failure to appear results now in me rescheduling
22   the hearing for Monday morning February 1, 2016 at 9 a.m. in
23   court.  Ms. Nora will have to appear in court.  She's lost the
24   privilege to appear by telephone.
25           We will go forward on Monday morning.

1        Mr. Wishnew, will you be here?

2        MR. WISHNEW:  Yes, Your Honor.  I will be there.

3        THE COURT:  All right.  An order will be entered

4   shortly adjourning the hearing to Monday, February 1, 2016 at 9

5   a.m.  Ms. Nora is required to appear in person.

6        Ms. Smith, if you wish to appear by telephone I'll

7   permit you to do that.

8        Mr. Wishnew, arrange a call-in number and make sure

9   that Ms. Smith has the telephone number.  She can appear by --

10       MR. WISHNEW:  Absolutely, Your Honor.

11       THE COURT:  You're in California.  Is that correct,

12  Ms. Smith?

13       MS. SMITH:  That is correct, Your Honor.

14       THE COURT:  Okay.  I'm sorry it's 6 o'clock in the

15  morning in California, but I've got a busy schedule next week.

16  So if you speak to Ms. Nora, explain to her she better be in

17  court at 9 a.m. on Monday morning.

18       We're adjourned.

19       MR. WISHNEW:  Your Honor?

20       THE COURT:  Yes?

21       MR. WISHNEW:  I'm sorry.  One question.

22       THE COURT:  Yes.

23       MR. WISHNEW:  I have a concern about one of the

24  filings that was made yesterday by the claimant and would like

25  to have the possibility of filing a motion in limine.  Will we

```
 1  address that Monday or can I -- how would the Court prefer I
 2  address that?
 3         THE COURT:  I want Ms. Nora on the phone, or I want
 4  her here in person.
 5         MR. WISHNEW:  Okay.
 6         THE COURT:  I have major problems with the proposed
 7  pre-trial conference order with the sections that she prepared.
 8  You'll all hear about that on Monday as well.
 9         MR. WISHNEW:  Very good, Your Honor.
10         THE COURT:  I will see you on Monday morning at 9 a.m.
11         Ms. Smith, you tell Ms. Nora if she fails to be here
12  I'm going to hold her in contempt.
13         We're adjourned.
14         MS. SMITH:  Okay, Your Honor.
15      (Whereupon these proceedings were concluded at 2:17 PM)
16
17
18
19
20
21
22
23
24
25
```

1
2  C E R T I F I C A T I O N
3
4  I, Hana Copperman, certify that the foregoing transcript is a
5  true and accurate record of the proceedings.
6
7
8  *Hana Copperman*
9
10
11  _____
12  HANA COPPERMAN
13  AAERT Certified Electronic Transcriber CET**D 487
14
15  eScribers
16  700 West 192nd Street, Suite #607
17  New York, NY 10040
18
19  Date:   January 28, 2016
20
21
22
23
24
25