ERLINDA ABIBAS ANIEL

75 Tobin Clark Dr.

Hillsborough, CA 94010

Claimant in Pro Per

| | |
|---|---|
| In Re:<br>RESIDENTIAL CAPITAL, LLC, et al..<br>　　　　　Debtors.<br><br>THE RESCAP BORROWER CLAIMS,<br>TRUST,<br>　　　Objector,　　:<br><br>- against –<br>　　　　　　　　　　:<br>Erlinda Abibas Aniel<br>　　　Claimant. | Case No. 12-12020-MG<br>Chapter 11<br>Jointly Administered |

## ERLINDA ABIBAS ANIEL'S LETTER TO THE COURT REQUESTING THAT THE PROPOSED PRE-TRIAL ORDER EXHIBIT LIST BE AMENDED



1

**TO THE HONORABLE MARTIN GLENN UNITED STATES BANKRUPTCY JUDGE:**

Claimant, Erlinda Abibas Aniel, as pro se, hereby respectfully submits this letter to notify the court that her exhibit list on the Proposed Pre-Trial Order should be amended to accurately describe the exhibit.

On February 09, 2016, Claimant and the Trust filed a Joint Proposed Pre-Trial Order. In that order, Claimant lists numerous exhibits she intends to use at trial.

Exhibit Number 19 was erroneously titled, "Certified Declaration of Whitney A. Clark, special deputy secretary of state Deutsche Bank Swap Transaction Confirmation, dated July 31, 2007."

Exhibit 19 should be properly titled, "Certified Declaration of Whitney A. Clark, Special Deputy Secretary of State of the State of New York."

Exhibit 33 was erroneously titled, "Department of Justice Consent Order"

Exhibit 33 should be properly titled, "In Re: Ally Financial, Consent Order"

Finally, Claimant would like to add Exhibit 37 titled, "Deutsche Bank AG Swap Transaction Confirmation, dated July 31, 2007". That exhibit was erroneously included with the Exhibit listed in Exhibit 19.

Claimant requests that the Court note this request before filing its final Pre-Trial Order.

Respectfully,

*[signature]*
Erlinda Abibas Aniel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed, faxed, or emailed on February 10, 2016 to:

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green,
New York, New York 10004-1408

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

Erlinda Abibas Aniel, Claimant in Pro Per