UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                                                      Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,                Case No. 12-12020-mg
   Objector
v.
TIA DANIELLE SMITH,
   Creditor-Beneficiary

---

DECLARATION OF SERVICE OF
APPLICATION FOR WAIVER OF FILING FEE (IN FORMA PAUPERIS)

---

     Wendy Alison Nora declares under penalty of perjury pursuant to 28 U.S.C. sec. 1746 that on February 22, 2016, she filed the Application for Waiver of Filing Fee (In Forma Pauperis) via CM/ECF, and thereby served all parties and their counsel who are capable of receiving service via CM/ECF in the proceedings.

Dated at Minneapolis, Minnesota this 22nd day of February 22, 2016.


                                          */s/ Wendy Alison Nora*
                             _____
                                           Wendy Alison Nora