UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., <br>   Post-Effective Date Debtors | Chapter 11 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| RESCAP BORROWER CLAIMS TRUST, <br>   Objector <br>v. <br>TIA DANIELLE SMITH, <br>   Creditor-Beneficiary | Case No. 12-12020-mg |

---

DECLARATION OF SERVICE OF
NOTICE OF APPEAL AND STATEMENT OF ELECTION

---

    Wendy Alison Nora declares under penalty of perjury pursuant to 28 U.S.C. sec. 1746 that on February 22, 2016, she filed the Notice of Appeal and Statement of Election from the February 8, 2016 Order of the Honorable Martin Glenn via CM/ECF and thereby served all parties and their counsel who are capable of receiving service via CM/ECF in the proceedings.

Dated at Minneapolis, Minnesota this 22nd day of February 22, 2016.


                                    */s/ Wendy Alison Nora*
                            _____
                                   Wendy Alison Nora