```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                    Chapter 11

                                                          Case No. 12-12020 (MG)
     RESIDENTIAL CAPITAL, LLC, ET AL.,


                    DEBTOR.
-------------------------------------------------------X
```

# ORDER DENYING MOTION FOR RECONSIDERATION

Upon the motion, filed February 3, 2016, of Erlinda Abibas Aniel ("Pro se Party") for reconsideration and/or clarification of ruling regarding motion to strike Ocwen's Motion to Quash Subpeona, (ECF Document # 9582), it is hereby

ORDERED that the Motion is DENIED.


Dated:  February 22, 2016
        New York, New York

                                           /s/ Martin Glenn_____
                                           UNITED STATES BANKRUPTCY JUDGE