**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  RESIDENTIAL CAPITAL, LLC, et al.,

                                      Debtor

-----------------------------------------------------------x

                                      Plaintiff

                                        v.

                                      Defendant

-----------------------------------------------------------x

Case No.: 12-12020

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Kevin M. Hodges, request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent HSBC Trial Subpoena Recipients, a non-party in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Feb. 22, 2016
New York, New York

Kevin M. Hodges
*Mailing Address*:
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
*E-mail address*: khodges@wc.com
*Telephone number*: (202) 434-5000