**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: Residential Capital, LLC, et al.                     Case No.: 12-12020

                                                            Chapter 11

                              Debtor

----------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Meghan A. Ferguson, to be admitted, ***pro hac vice***, to represent non-party individuals Susie Moy, Fernando Acebedo, Nacy Luong, Doris Wong, and Audrey H. Zabriskie (the "Client"), non-party HSBC trial subpoena recipients in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of District of Columbia, it is hereby

**ORDERED**, that Meghan A. Ferguson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:  **February 23, 2016**

New York, New York                       _____/s/Martin Glenn_____

                                         UNITED STATES BANKRUPTCY JUDGE