**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Residential Capital, LLC, et al.                    Case No.: <u>12-12020</u>

                                                                                     Chapter <u>11</u>

                               Debtor

---------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of <u>Kevin M. Hodges</u>, to be admitted, ***pro hac vice***, to represent <u>non-party individuals Susie Moy, Fernando Acebedo, Nacy Luong, Doris Wong, and Audrey H. Zabriskie</u> (the "Client"), <u>non-party HSBC trial subpoena recipients</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>District of Columbia</u>, it is hereby

      **ORDERED**, that <u>Kevin M. Hodges</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **February 23, 2016**
      New York, New York                                **/s/Martin Glenn**
                                                         UNITED STATES BANKRUPTCY JUDGE