**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**ORDER CONCERNING APPLICATION OF HSBC TO QUASH TRIAL SUBPOENAS**
**RELATING TO THE CONTESTED CLAIM OF ERLINDA ABIBAS ANIEL**

The Pretrial Conference for the contested matter of the claims Aniel claim is scheduled to be held at 10:00 a.m., Thursday, February 25, 2016.  Counsel for five non-party witnesses employed by HSBC Bank USA, N.A. ("HSBC"), who have been served with trial subpoenas, has filed a letter requesting that the trial subpoenas be quashed.  The Court will hear argument relating to the request to quash the subpoenas during the Pretrial Conference.  Counsel for the five witnesses shall appear at the hearing in person.

Counsel for the witnesses shall promptly serve a copy of this Order on Aniel.

**IT IS SO ORDERED.**

Dated:    February 23, 2016
New York, New York

*Martin Glenn*

MARTIN GLENN
United States Bankruptcy Judge