MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS ON RESCAP BORROWER
CLAIMS TRUST'S NINETY-SECOND OMNIBUS OBJECTION TO
CLAIMS ((I) NO LIABILITY BORROWER CLAIMS AND (II) ALLOWED
IN FULL BORROWER CLAIM) SOLELY AS IT RELATES TO THE
CLAIMS FILED BY LYNN C. GREENE AND JAMES CASSIDY
(CLAIM NO. 3484) AND DIEM TRANG NGUYEN (CLAIM NO. 3725)**

**PLEASE TAKE NOTICE** that the hearing on the *Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim)* [Docket No. 9486] (the "Ninety-Second Omnibus Claims Objection"), solely as it relates to the claim filed by Lynn C. Greene and James Cassidy (Claim No. 3484), previously scheduled to be heard on February 25, 2016 at 10:00 a.m. (Prevailing Eastern Time) (the "February 25 Hearing"), has been adjourned to **March 22, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "March 22 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Ninety-Second Omnibus Claims Objection, solely as it relates to the claim filed by Diem Trang Nguyen (Claim

ny-1223413

No. 3725), previously scheduled to be heard at the February 25 Hearing, has been adjourned to **a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that the March 22 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

| | |
|---|---|
| Dated: February 23, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1223413