## Exhibit G

2009024300111980  02/03/2009 03:51:55 PM RS  1/2

1·2-09
2-3-09

Recording Requested By
And When Recorded Mail To:

PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
Attn: Daniel R. Oaten

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

T.S. NO. HOME EQUITY                                    LOAN NO. XXXXXX7173

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7

all beneficial interest under that certain deed of trust dated May 9, 2005, executed by

TERRY PATRICK GORMAN AND KAREN GORMAN., Trustor,

to George M. Shanks Jr., trustee

recorded as Instrument No. 2005-2066356 on May 20, 2005, in book XXXX page XXXX of Official Records in the County Recorder's office of COLLIN county, TEXAS describing land therein as

BEING LOT 26, BLOCK B OF HIGHLANDS OF PRESTON RIDGE, PHASE TWO, AN ADDITION TO THE CITY OF PLANO, COLLIN COUNTY, TEXAS, ACCORDING TO THE REVISED PLAT THEREOF RECORDED IN VOLUME N, PAGE 603, MAP RECORDS, COLLIN COUNTY, TEXAS

together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: JAN 2, 2009

MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC., SOLELY AS NOMINEE FOR
FIRST CONSOLIDATED MORTGAGE
COMPANY

Jeffrey Stephan
Vice President

State of Pennsylvania
County of Montgomery
On 1-2-09 , before me, Mary Lynch , a Notary Public in and for the state, personally appeared

Jeffrey Stephan

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal
Signature _____                                    (This area for official Notary Seal)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 8, 2010
Member, Pennsylvania Association of Notaries