**Exhibit J**

```
                              DEF - DMS5 - BRCH CERTIFIED (T (2).txt
%%HOO2681GM   50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)         OOPFST519
SYSLTR1 P5   03/06/▮▮▮▮▮▮227173      05031 0
```
{{DPLX}}

03/06/06

Certified Number: 7004135000040781769
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                    TX 75093-0000


RE:    Account Number          ▮▮▮▮▮▮7173
       Property Address  2812 BROWNING DRIVE

                         PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 01/01/06 through 03/01/06, each in the amount
of $         2807.80. Due to your failure to make such
payments, you also owe late charges of $  220.52.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         8658.92.   This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                        (continued on back)

```
                    DEF - DMS5 - BRCH CERTIFIED (T (2).txt
03/06/06
Account Number         7173
Page Two
```

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property.  As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose.  If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

5031
♀

```
                         DEF - DMS5 - BRCH CERTIFIED (T (2).txt
%%HOO2681GM  5OO19-OO49LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)         OOPFST519
SYSLTR1 P5   07/03/▮▮▮▮▮▮227173      05031 O
```

{{DPLX}}

07/03/06

Certified Number: 70042510000069968090
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                  TX 75093-0000


RE:    Account Number     ▮▮▮▮▮▮7173
       Property Address 2812 BROWNING DRIVE

              PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 05/01/06 through 07/01/06, each in the amount
of $        2807.80. Due to your failure to make such
payments, you also owe late charges of $    220.52.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $       8769.18.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

Page 1

Decl. Exhibit J    Pg 5 of 17

```
                   DEF - DMS5 - BRCH CERTIFIED (T (2).txt
07/03/06
Account Number       7173
Page Two
```

Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property.  As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If the property is sold at a foreclosure sale for an amount less
than the unpaid principal balance plus accrued and unpaid
interest thereon, late charges, trustee's fees, attorney's fees
and any sums due under the Note or Deed of Trust, you will be
liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Notice - This is an attempt to collect a debt and any information
obtained will be used for that purpose.  If your debt has been
discharged in bankruptcy, our rights are being exercised against
the collateral for the above-referenced loan, not as a personal
liability.

5031
♀

```
                              DEF - DMS5 - BRCH CERTIFIED (T (1).txt
%%HOO2681GM  50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)           OOPFST519
SYSLTR1 PROD12/04/▓▓▓▓▓227173      05031 0
```

{{DPLX}}


12/04/06

Certified Number: 70042510000699848420
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                    TX 75093-0000


RE:   Account Number      ▓▓▓▓▓7173
      Property Address 2812 BROWNING DRIVE

              PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 10/01/06 through 12/01/06, each in the amount
of $          2958.56. Due to your failure to make such
payments, you also owe late charges of $    220.52.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $          9317.28.   This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.


                                        (continued on back)

Page 1

```
                    DEF - DMS5 - BRCH CERTIFIED (T (1).txt
12/04/06
Account Number         7173
Page Two
```

Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property.  As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If the property is sold at a foreclosure sale for an amount less
than the unpaid principal balance plus accrued and unpaid
interest thereon, late charges, trustee's fees, attorney's fees
and any sums due under the Note or Deed of Trust, you will be
liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Notice - This is an attempt to collect a debt and any information
obtained will be used for that purpose.  If your debt has been
discharged in bankruptcy, our rights are being exercised against
the collateral for the above-referenced loan, not as a personal
liability.

5031
♀

```
                      DEF - DMS5 - BRCH CERTIFIED (T (1).txt
%%H037681GM   50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)        00PFST519
SYSLTR1 PROD03/04/▮▮▮▮▮▮227173      05031 0
```

{{DPLX}}

03/04/08

Certified Number: 70073020000005629634
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                    TX 75093-0000


RE:    Account Number         ▮▮▮▮▮▮7173
       Property Address 2812 BROWNING DRIVE

                PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 02/01/08 through 03/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    123.28.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $       6808.84.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

```
                    DEF - DMS5 - BRCH CERTIFIED (T (1).txt
03/04/08
Account Number      7173
Page Two
```

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property.  As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

```
                              DEF - DMS5 - BRCH CERTIFIED (T (1).txt
%%H037681GM  50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)        00PFST519
SYSLTR1 PROD04/02/█████227173      05031 0
```
{{DPLX}}


04/02/08

Certified Number: 7007302000005737090
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                    TX 75093-0000


RE:    Account Number         ████7173
       Property Address 2812 BROWNING DRIVE

              PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 03/01/08 through 04/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    123.28.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $       6795.50.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.


                                       (continued on back)


                          Page 1

DEF - DMS5 - BRCH CERTIFIED (T (1).txt

04/02/08
Account Number ▮▮▮▮▮▮7173
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property.  As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031
♀

```
                    DEF - DMS5 - BRCH CERTIFIED (T (1).txt
%%H037681GM  50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)        00PFST519
SYSLTR1 PROD05/05/█████227173      05031 0
```

{{DPLX}}

05/05/08

Certified Number: 70073020000005724021
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                    TX 75093-0000

RE:    Account Number         ████7173
       Property Address 2812 BROWNING DRIVE

              PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 04/01/08 through 05/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    123.28.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         6643.41.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

DEF - DMS5 - BRCH CERTIFIED (T (1).txt

05/05/08
Account Number ▮▮▮▮▮▮7173
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

```
                          DEF - DMS5 - BRCH CERTIFIED (T.txt
%%H037681GM   50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)         00PFST519
SYSLTR1 PROD06/02/■■■■■■227173      05031 0
```

{{DPLX}}

06/02/08

Certified Number: 70080150000036837131
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                      TX 75093-0000


RE:    Account Number        ■■■■■■7173
       Property Address 2812 BROWNING DRIVE

               PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 05/01/08 through 06/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    123.28.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         6491.32.   This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

```
                       DEF - DMS5 - BRCH CERTIFIED (T.txt
06/02/08
Account Number        7173
Page Two
```

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property.  As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

Page 2

```
                              DEF - DMS5 - BRCH CERTIFIED (T.txt
%%H037681GM  50019-0049LTR1DEF - DMS5 - BRCH CERTIFIED (TX/SD)         00PFST519
SYSLTR1 PROD07/03/▆▆▆▆227173      05031 0
```

{{DPLX}}

07/03/08

Certified Number: 70081140000016599884
TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO                   TX 75093-0000


RE:    Account Number         ▆▆▆7173
       Property Address 2812 BROWNING DRIVE

              PLANO TX 75093-0000

Dear TERRANCE P GORMAN
     KAREN GORMAN

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 06/01/08 through 07/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    123.28.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         6339.23.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

DEF - DMS5 - BRCH CERTIFIED (T.txt
07/03/08
Account Number ▮▮▮▮▮▮7173
Page Two

Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property.  As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If the property is sold at a foreclosure sale for an amount less
than the unpaid principal balance plus accrued and unpaid
interest thereon, late charges, trustee's fees, attorney's fees
and any sums due under the Note or Deed of Trust, you will be
liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any
information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy,
or have been discharged of personal liability for repayment of
this debt by order of the bankruptcy court, be advised that we
are exercising our rights against the property only, not against
you personally.

5031
♀

Page  2