## **Exhibit K**

```
                        LM - LOSS MIT REFERRAL TO FORE.txt
%%HOO2681GM  50019-0049LTR1LM - LOSS MIT FCL REFERRAL - FNMA/FHLMC      OOPFST519
SYSLTR1 PROD01/03/07████████7173      05025 O
♀
```

01/03/07


TERRANCE P GORMAN
KAREN GORMAN
2812 BROWNING DR

PLANO TX 75093-0000


                    YOUR IMMEDIATE ATTENTION IS REQUIRED

RE:  Account Number        ████████7173
     Property Address    2812 BROWNING DRIVE

                    PLANO TX 75093-0000

Dear  TERRANCE P GORMAN
      KAREN GORMAN

You were previously notified of your default and the demand for
reinstatement on the above account.

Because you have failed to reinstate, your account may be sent to
an attorney to initiate foreclosure action.  Upon referral, you
may incur substantial fees and costs, and the foreclosure status
will be reported to credit agencies.

Upon completion of the foreclosure:
        * You will lose title to the property.
        * You may be liable for the foreclosure costs, including
          attorney fees.
        * You may be personally liable for any remaining balance
          due.
        * The foreclosure will be reported to credit agencies and to
          the Internal Revenue Service.

If you wish to discuss possible alternatives to avoid the
foreclosure action, please contact us at 800-850-4622.

Notice - This is an attempt to collect a debt and any information
obtained will be used for that purpose.  If your debt has been
discharged in bankruptcy, our rights are being exercised against
the collateral for the above-referenced account, not as a
personal liability.


Loss Mitigation Department
Loan Servicing
5025
♀