# **Exhibit A**

Cause No. 296-00440-2009

| | | |
|---|---|---|
| In re: Order for Foreclosure Concerning | § | IN THE DISTRICT COURT |
| | § | |
| TERRY PATRICK GORMAN AND | § | |
| KAREN GORMAN | § | |
| | § | OF COLLIN COUNTY, TEXAS |
| and | § | |
| | § | |
| 2812 BROWNING DRIVE | § | 296TH JUDICIAL DISTRICT |
| PLANO, TX 75093 | § | |

## ORDER TO PROCEED
## WITH NOTICE OF FORECLOSURE SALE AND FORECLOSURE SALE

Came on to be considered the Application of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7, its successors and/or assigns, for Expedited Foreclosure Proceeding Pursuant to Rule 736 of the Texas Rules of Civil Procedure relative to TERRY PATRICK GORMAN AND KAREN GORMAN (collectively, "Respondent") and that certain real property more particularly described as follows:

> BEING LOT 26, BLOCK B OF HIGHLANDS OF PRESTON RIDGE, PHASE TWO, AN ADDITION TO THE CITY OF PLANO, COLLIN COUNTY, TEXAS, ACCORDING TO THE REVISED PLAT THEREOF RECORDED IN VOLUME H, PAGE 603, MAP RECORDS, COLLIN COUNTY, TEXAS.

which has a mailing address of 2812 Browning Drive, Plano, TX 75093 ("Property").

Whereas, a debt exists under the Texas Home Equity Note and Texas Home Equity Security Instrument executed by Respondent; the debt is secured by a lien created under TEX. CONST. art. XVI, § 50(a)(6) that encumbers the Property; a default under the Texas Home Equity Security Instrument exists; Applicant has given Respondent the requisite notices to cure the default and accelerate the maturity of the debt under the Texas Home Equity Security Instrument and TEX.

- 1 -

PROP. CODE 51.002 and applicable law; and Applicant has given Respondent the requisite notice of this proceeding under Rule 736 of the Texas Rules of Civil Procedure. It is hereby

ORDERED that Applicant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7, its successors and/or assigns, is authorized to proceed with foreclosure under the Texas Home Equity Security Instrument executed by Respondent and TEX. PROP. CODE § 51.002. It is further

ORDERED that a copy of this Order shall be sent to Respondent with the Notice of Sale of the Property. It is further

ORDERED that the Applicant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7, its successors and/or assigns, may communicate with the Respondent and all third parties reasonably necessary to conduct the foreclosure sale of the Property, and, if Respondent is represented by legal counsel, notice of the foreclosure sale date shall also be mailed to legal counsel by certified mail.

DATED this _____ day of _____, 2009

_____
JUDGE PRESIDING

APPROVED:

By: _____
Daniel R. Gamez (dgamez@piteduncan.com) SBOT# 24034451
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
Attorney for Applicant
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7, its successors and/or assigns

000001-112759

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Order to Proceed with Notice of Foreclosure Sale and Foreclosure Sale was sent via certified and regular mail to the defendants listed below on the \_14th\_ day of \_April\_, 2009.

| | |
|---|---|
| Terry Patrick Gorman<br>2812 Browning Drive<br>Plano, TX 75093 | C/M R.R.R 7009 0080 0000 7483 0165<br>AND REGULAR U.S. MAIL |
| Karen Gorman<br>2812 Browning Drive<br>Plano, TX 75093 | C/M R.R.R. 7009 0080 0000 7483 0172<br>AND REGULAR U.S. MAIL |

_____
Daniel R. Gamez

000001-112759