**Exhibit B**

## CAUSE NO. 296-03217-2009

| | | |
|---|---|---|
| IN RE: ORDER FOR FORECLOSURE CONCERNING | § § | IN THE DISTRICT COURT OF |
| TERRY PATRICK GORMAN | § | |
| AND | § | |
| KAREN GORMAN | § | |
| Respondents | § | COLLIN COUNTY, TEXAS |
| and | § | |
| 2812 Browning Drive, Plano, Texas 75093 | § | |
| Property Mailing Address | § | |
| And | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, AS INDENTURE TRUSTEE | § | |
| UNDER THE INDENTURE RELATING | § | 296th JUDICIAL DISTRICT |
| TO IMH ASSETS CORP, | § | |
| COLLATERALIZED ASSET-BACKED | § | |
| BONDS, SERIES 2005-7 | § | |
| Applicant | § | |

### ORDER GRANTING BILL OF REVIEW

On this day, the Court considered the **RESPONDENTS' BILL OF REVIEW** filed by **TERRY PATRICK GORMAN** and **KAREN GORMAN**.

Terry Patrick Gorman and Karen Gorman appeared by their counsel Terry P. Gorman. Although the Court finds that notice was given to the above-referenced Applicant, Applicant did not appear in person or through counsel.

After considering the Respondents' Bill of Review and the evidence attached thereto and offered to the Court on the record, the Court finds that said Bill of Review should be and is hereby **GRANTED**.

IT IS, THEREFORE, ORDERED that the **Order To Proceed With Notice of Foreclosure Sale and Foreclosure Sale** signed by the 296th Judicial District Court on April 24, 2009 in CAUSE NO. 296-00440-2009 be and is hereby set aside, with the underlying proceeding to be pursued in the 296th Judicial District Court. THE CASE IS SET FOR A TRIAL BEFORE THE COURT ON MARCH 22, 2010 @ 9AM. GL.

Date: January 7, 2010.

_____
Judge Presiding