**Exhibit D**

Filed
10 March 15 A11:24
Hannah Kunkle
District Clerk
Collin District

# CAUSE NO. 296-03217-2009

| | | |
|---|---|---|
| IN RE: ORDER FOR FORECLOSURE CONCERNING | § § § | IN THE DISTRICT COURT OF |
| TERRY PATRICK GORMAN AND KAREN GORMAN     Respondents | § § § § | |
| and | § § | COLLIN COUNTY, TEXAS |
| 2812 Browning Drive, Plano, Texas 75093 Property Mailing Address | § § § | |
| And | § § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7     Applicant | § § § § § § § § | 296th JUDICIAL DISTRICT |

## RESPONDENTS GORMAN's
## MOTION TO ABATE AND DISMISS RULE 736 PROCEEDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Respondents **TERRY PATRICK GORMAN** and **KAREN GORMAN** and file this their Motion to Abate Rule 736 Proceedings, as follows:

1. Applicant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7 (hereafter, "Applicant") has initiated the foregoing proceeding to foreclose upon the homestead of Respondents Gorman

**RESPONDENTS GORMAN's**                                                                                                    1
**MOTION TO ABATE AND DISMISS RULE 736 PROCEEDINGS**
TGF 8.20.09

located at 2812 Browning Drive, Plano, Texas 75093.

2. Respondents Gorman have now filed (with the District Courts of Collin County, Texas), a separate lawsuit contesting the requested foreclosure by Applicant, as well as asserting various other claims therein. A copy of said filing is attached hereto.

3. In accordance with Section 10 of Rule 736 of the Texas Rules of Civil Procedure, the filing of the reference action by Respondents Gorman caused the immediate abatement and dismissal of the 736 proceedings now before this Court.

WHEREFORE, PREMISES CONSIDERED, Respondents Gorman pray that the current Rule 736 proceeding now before the Court be immediately abated and dismissed.

Respectfully submitted,

Gorman Law Offices, P.C.

By: _____
Terry P. Gorman
State Bar No. 08218200
212 S. Cottonwood Drive, Suite 100
Richardson, Texas 75080
Telephone:    (972) 235-4700
Telecopier:    (214) 540-6609
**COUNSEL FOR TERRY PATRICK GORMAN and KAREN GORMAN**

**RESPONDENTS GORMAN's**     2
**MOTION TO ABATE AND DISMISS RULE 736 PROCEEDINGS**
Glaw 3.15.2010

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served upon counsel of record for Applicant on this ____ day of March, 2010 as follows:

VIA FACSIMILE # 1+619-590-1385

Daniel R. Gamez
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, Texas 92177
**Attorneys for Applicant**
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS INDENTURE TRUSTEE
UNDER THE INDENTURE RELATING
TO IMH ASSETS CORP, COLLATERALIZED
ASSET-BACKED BONDS, SERIES 2005-7

_____
Terry P. Gorman

**RESPONDENTS GORMAN's**                                           3
**MOTION TO ABATE AND DISMISS RULE 736 PROCEEDINGS**
Glaw 3.15.2010