**Exhibit L**

12-12020-mg    Doc 9659-29    Filed 02/23/16    Entered 02/23/16 15:32:39    Premo Decl.
Exhibit L    Pg 2 of 2

Case 4:12-cv-00098-RAS    Document 21    Filed 10/12/12    Page 1 of 1 PageID #: 390

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **TERRY PATRICK GORMAN, ET AL.** § | |
|     Plaintiffs § | |
| § | |
| v. § | Case No. 4:12cv98 |
| § | |
| **FIRST CONSOLIDATED MORTGAGE,** § | |
| **ET AL.** § | |
|     Defendants § | |

## ORDER

ORDERED that all proceedings in this case regarding Defendant GMAC Mortgage, LLC. be and hereby is **STAYED** pending the conclusion of bankruptcy proceedings referenced in Suggestion of Bankruptcy [de # 18] filed on July 27, 2012. This case shall proceed accordingly with respect to Defendants First Consolidated Mortgage, Mortgage Electronic Registration Systems, Inc., Deutsche Bank National Trust Company and Ray T. Dewitt, III.

**SIGNED this the 11th day of October, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE