MARILYN LAWRENCE
5362 W. OLYMPIC BLVD # 1
LOS ANGELES, CALIFORNIA 90036
PRO SE. CREDITOR / PLAINTIFF
CELL # (323) 216-4619

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re;                                          Case No. 12-12020

RESIDENTIAL CAPITAL, LLC, et al.,              Chapter 11

                                Debtors.        Jointly Administered

TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY
JUDGE OF THE SOUTHERN DISTRICT OF NEW YORK.

Your Honor, I Marilyn Lawrence received a copy of Mr. Joseph Shifer declaration
showing my property address at 5851 7th Ave. L. A. California 90043. This was not my
mailing address I tried to get a copy of my summons, for 2/16/2012 and 2/13/2012 a copy
of the full text was not available. Your Honor I see some discrepancies with this
document. Please compare.

Please find a copy of the CM/ECF- California Central District Query Parties
2:12-cv-01372-CAS-CW  Marilyn Lawrence v. Daniel Sadek et al  Parties
                  Christina A. Snyder, presiding
                  Carla Woehrle, referral
                  Date filed: 02/16/ 2012
List:      Does 1 though 50 inclusive Added: 02/16/2012
       Defendants Executive Trustee Service LLC and Ileanna Petersen Represented by
ATTORNEY TO BE NOTICED: of both the Plaintiff and Defendants and Attorney
mailing addresses.

Also please find correct mailing address on record.
Marilyn Lawrence
5362 Olympic Blvd # 1
Los Angeles, CA 90036
Added 02/16/ 2012
(Plaintiff) PRO SE

RECEIVED

FEB 18 2016

U.S. BANKRUPTCY COURT, SDNY

1. Marilyn Lawrence Plaintiff / Creditor have been on record with the UNTIED

STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOS

ANGELES DIVISION from the beginning of this case starting 2/13/2012-

2/16/2012 to present with this same mailing address stated above.

Corresponding, sending and receiving mail from the Defendants Attorney

and the courts, only at the above address, since this case was opened please see

(Exhibit)    A . California Central District Query Parties Case Filed 2/16/2012

(Exhibit)    B . Letters and Notices received Executive Trustee Servicing and others

mortgage companies servicing my loan with both addresses.

2.    How did this change go unnoticed by the Defendants Attorneys

and  Mr. Joseph Shifer for three years?  Marilyn Lawrence Plaintiff never received  A

notice from Mr. J. Shifer nor a notification at either address concerning the Liquidating

Trust decision that was made in Good Faith in August 29, 2012 or of deadline to file a

proof of claim,  this Action was OBBSCURED from the Plaintiff Marilyn Lawrence

until after the deadline dates had passed three years later June 30, 2015.

3.    Your Honor My home was sold on 2/14/2012 by one of the Defendant IIeanna

Petersen the Trustee Sale Officer, whom Mr Shifer, along  with other counsel represent

Please see

(Exhibit ) C.   Notice of Trustee's sale. Date home was sold 2/14/2012 at 11a.m. by

IIIeanna Petersen Trustee Sale Officer.

Question: Why

would  Mr. Shifer send notices, later to a home that had been

foreclosed on 6 months earlier. Your Honor both Defendants Attorney for Executive

Trustee Services LLC and Ileanna Petersen have always had my correct and current

mailing address that I Marilyn Lawrence Creditor /Plaintiff have lived at for over 20

years at 5362 W. Olympic Blvd. #1 LA CA.90036.

    4.  Your Honor please see again (Exhibit B)  a list of Mortgage Companies

including Executive Trustee Servicing Letter addressed to Plaintiff Marilyn Lawrence in

he pass and at present address at 5362 W. Olympic  Blvd.,  Other  Mortgage  companies

also separately acknowledged and recorded the Property Address: at 5851 7th Ave. LA

CA. 90043. on each letter Address to  the Plaintiff Marilyn Lawrence.

HomeEq Servicing, Ocwen Loan Servicing LLC,. U.S.

DEPARTMENT OF HOUSING  AND URBAN DEVELOPMENT, Pacific

coast title division, and Executive Trustee Servicing LLC  first class mail on

2010/08/20.  How is it  possible that this discrepancy have arise?

Please see (Exhibit D.)

    5.  Your Honor, Mr. Shifer keep saying that Marilyn  Lawrence Plaintiff

failed to file a timely proof of service. Was it possible to file a timely proof

of service?   Marilyn Lawrence was not notified in a timely manner at the correct address

which is on public record in the courts and the Defendants Attorney.

Your Honor I have been injured, by such great losses, that I cannot put my words to my

emotions felt and tried to express.

    6.  Prior to the this loan I had never missed a payment, after receiving

the loan I never miss a payment until there were no more funds. They received

$1700 to over $2000 a month in payments within 3 years I had nothing left from the loan

and they still took the home. They received more than double jeopardy! and in

③

additional they also took $20,000 out right without my knowledge with clear outright

Proof, this brazen conduct have still never been acknowledge or addressed. Marilyn

Lawrence Plaintiff was billed excessively, charges, $95.00 dollar to make my mortgage

payment by phone without my Knowledge. Please see

(Exhibit D). Monthly Mortgage payments and excessive charges  when paid by phone.

6. Your Honor,  Marilyn Lawrence never received a noticed from any of

the Defendants or their Attorney of the decision that that was Liquidating Trust made and

determined this action assert damages.  Mr. Shifer said I never notified him of the

change of address both the Defendants ETS and Ileanna Petersen and their

ATTORNEY TO BE NOTICED have always known and used my correct

address 5362 W. Olympic Blvd #1.   How is it possible that Mr. Shifer can

work so hard and not honestly discover within three years that he sent mail

to the wrong address the home that was foreclosed on for Six months later

only after the filing deadline had passed, he found the right address. Both

defendants ETA and Ileanna Petersen and the Attorneys all knew back in

August 2012 of the Liquidating Trust decision made a good faith determination.

Marilyn Lawrence  Plaintiff was the  only one not made aware of this decision until after

the filing date had passed.        Please see  all other attachments in support of

discrepancies in filing dates and addresses . Thank You

## CONCLUSION

MAY THE HONORABLE JUDGE MARTIN GLENN, FIND FAVOR IN PLAINTIFF MARILYN LAWRENCE IN ALL JUSTICE, AND HONOR THE decision that was made by Liquidating Trust, that  decision which they made in good faith determination that this action assert damages for

(1). Breach of Fiduciary Duty,

(2). Fraud

(3). Usury

Date 02/16/2016        MARILYN LAWRENCE *Marilyn Lawrence*

# EXHIBIT A

# UNTIED STATES CENTRAL DISTRICT
# QUERY PARTIES

2:12-cv-01372-CAS-CW Marilyn Lawrence v. Daniel Sadek et al
Christina A. Snyder, presiding
Carla Woehrle, referral
**Date filed:** 02/16/2012
**Date terminated:** 10/21/2013
**Date of last filing:** 01/04/2016

# Parties

**Does**
1 through 50 Inclusive

*Added: 02/16/2012*
*(Defendant)*

**Executive Trustee Service LLC**
*Added: 02/16/2012*
*(Defendant)*

represented by

**Suzanne M Hankins**
Severson and Werson APC
The Atrium
19100 Von Karman Avenue Suite 700
Irvine, CA 92612
949-442-7110
949-442-7118 (fax)
smh@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

**Yaron Shaham**
Severson & Werson
The Atrium
19100 Von Karman Avenue Suite 700
Irvine, CA 92612
949-442-7110
949-442-7118 (fax)
ys@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

2/16/2016

2/16/2016

**Ocwen Loan Servicing LLC**
*Added: 02/16/2012*
*TERMINATED: 02/06/2013*
*(Defendant)*

represented by

**Eileen M Horschel**
Houser & Allison APC
3780 Kilroy Airport Way
Suite 130
Long Beach, CA 90806
562-256-1675
949-679-1112 (fax)
ehorschel@houser-law.com
*Assigned: 03/19/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D Houser**
Houser and Allison APC
3780 Kilroy Airport Way Suite 130
Long Beach, CA 90806
562-256-1675
949-679-1112 (fax)
ehouser@houser-law.com
*Assigned: 03/19/2012*
*ATTORNEY TO BE NOTICED*

**Lleanna Peterson**
*Added: 02/16/2012*
*(Defendant)*

represented by

**Suzanne M Hankins**
Severson and Werson APC
The Atrium
19100 Von Karman Avenue Suite 700
Irvine, CA 92612
949-442-7110
949-442-7118 (fax)
smh@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

Yo   Shaham

*Assigned: 03/19/2012*
*ATTORNEY TO BE NOTICED*

Severson & Werson
The Atrium
19100 Von Karman Avenue Suite 700
Irvine, CA 92612
949-442-7110
949-442-7118 (fax)
ys@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

**John B Sullivan**
Severson and Werson APC
One Embarcadero Center Suite 2600
San Francisco, CA 94111
415-398-3344
415-956-0439 (fax)
jbs@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

**Daniel Sadek**
*Added: 02/16/2012*
*TERMINATED: 12/04/2012*
*(Defendant)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/16/2016 16:29:55 | | |
| **PACER Login:** | ml5322:3910878:0 | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 2:12-cv-01372-CAS-CW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**John B Sullivan**
Severson and Werson APC
One Embarcadero Center Suite 2600
San Francisco, CA 94111
415-398-3344
415-956-0439 (fax)
jbs@severson.com
*Assigned: 05/16/2012*
*ATTORNEY TO BE NOTICED*

**Marilyn Lawrence**
5362 West Olympic Blvd.
#1
Los Angeles, CA 90036
323-933-1349
*Added: 02/16/2012*
*(Plaintiff)*
PRO SE

**Mortgage Electronic Registration Systems Inc MERS**
*Added: 02/16/2012*
*TERMINATED: 02/06/2013*
*(Defendant)*

represented by

**Eileen M Horschel**
Houser and Allison APC
3780 Kilroy Airport Way Suite 260
Long Beach, CA 90806
562-256-1675
949-679-1112 (fax)
ehorschel@houser-law.com
*Assigned: 03/19/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D Houser**
Houser and Allison APC
3780 Kilroy Airport Way Suite 130
Long Beach, CA 90806
562-256-1675
949-679-1112 (fax)
ehouser@houser-law.com

# EXHIBIT B.
# MORTGAGE COMPANIES NOTICES WITH CURRENT ADDRESS

ETS
PO Box 9032
Temecula, CA 92589-9032



2238919740

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

*Send Payments to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

*Send Correspondence to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

MARILYN S LAWRENCE
5362 W OLYMPIC BLVD APT 1
LOS ANGELES CA 90036-4832

20100820-56
CA10DAY_FirstClass




Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send any correspondence or payments to the above address)

OCWEN

WWW.OCWEN.COM

October 25, 2011

Marilyn S. Lawrence

5362 W Olympic BLVD Apt 1
Los Angeles, CA 90036-0000

Loan Number:        705887891
Property Address:    5851 7th Avenue , Los Angeles, CA 90043-0000

Dear Borrower(s):

We have received your correspondence requesting research to be performed for the above referenced loan. It is Ocwen's policy to perform all research and provide a written response to you within twenty (20) days from the receipt of your letter.

Ocwen may need to contact you for further information in order to process your request. Ocwen will notify you if any additional information is required as we research the issue(s) stated in your request. Please direct any inquiries regarding your research request to the following address:

**Ocwen Loan Servicing, LLC**
**Research Department**
**P.O. Box 24736**
**West Palm Beach, FL 33416-4736**

Sincerely,

Research Department

ACKNOWL.21

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



# PACIFIC COAST TITLE DIVISION
### A DIVISION OF SECURITY UNION TITLE INSURANCE COMPANY

| | |
|---|---|
| **Primary Owner:** | LAWRENCE, MARILYN S |
| **Secondary Owner:** | |
| **Mail Address:** | 5362 W OLYMPIC BLVD APT  1 |
| | LOS ANGELES CA 90036 |
| **Site Address:** | 5851 7TH AVE |
| | LOS ANGELES CA 90043 |
| **County:** | LOS ANGELES |
| **Assessor Parcel Number:** | 4005-013-027 |
| **Housing Tract Number:** | 4515 |
| **Lot Number:** | 26 |
| **Page Grid:** | 673-F6 |
| **Legal Description:** | Lot: 26  Block: 2  Tract No: 4515  Abbreviated Description: LOT:26 BLK:2 CITY:REGION/CLUSTER: 09/09101 TR#:4515 TRACT # 4515 LOT 26 BLK 2 City/Muni/Twp: REGION/CLUSTER: 09/09101 |

Property Characteristics

---

# HomEq Servicing
P.O. BOX 13716
SACRAMENTO, CA 95853-3716

# ACCOUNT STATEMENT

| | |
|---|---|
| **Statement Date:** | 12/13/07 |
| **Account Number:** | 325629582 |

9/24/07 11:00    0007357 20071214 7L514102 HMQ-M1  1 OZ DOM 7L514100000* 145144   NS

MARILYN S LAWRENCE
5362 WEST OLYMPIC BLVD #1
LOS ANGELES CA 90036-4832



### QUESTIONS ABOUT YOUR ACCOUNT
Visit us on the web at www. homeq.com, or call Customer Service at
1-877-867-7378 Monday through Friday, 5:00 A.M. - 5:30 P.M.,
Pacific Time. Please have your account number available.
*For your convenience, our automated attendant is available 24 hours a day, seven days a week.*

Property Address:    5851 7TH AVE
LOS ANGELES CA 90043

---

**AMOUNT DUE EXPLANATION**

| | | |
|---|---|---|
| Principal and Interest Due | $1,601.20 | **ACCOUNT** |
| Escrow | $146.89 | **INFORMATION** |
| Escrow Over/Short | $34.80 | |
| Monthly Payment Amount-Due by 01/01/08 | $1,782.89 | **ESCROW** |
| | | **DISBURSEMENTS** |
| Amount(s) Past Due - As of 12/13/07 | $0.00 | |
| Late Charge Balance | $0.00 | **INTEREST** |
| Returned Check Fees | $0.00 | **INFORMATION** |
| Other Fees | $0.00 | |
| Amount Due -By 01/01/08* | $1,782.89 | **PROTECT YOUR** |
| *Amount Due may not include all fees or advances | | **CREDIT** |

| | |
|---|---|
| Principal Balance - As of 12/13/07 | $225,772.82 |
| Escrow Balance - As of 12/13/07 | $513.11 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

| | |
|---|---|
| Taxes Paid Year-To-Date | $1,775.25 |
| Insurance Paid Year-To-Date | $.00 |
| Interest Paid Year-To-Date | $17,022.99 |

You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. To dispute information

**PLEASE NOTE:**
If the payment due on 01/01/08 is not received by 01/16/08, a



# HomEq Servicing

03/18/2009

HomEq Servicing CA3507
4837 Watt Avenue Suite 100
North Highlands, Ca 95660

MARILYN S LAWRENCE

5362 WEST OLYMPIC BLVD #1
LOS ANGELES, CA 90036

Re:              Loan Number:   0000325629582
Property:        5851 7TH AVE
                 LOS ANGELES , CA 90043

Dear Borrower(s):

In response to your request for assistance, the terms of your loan will be adjusted to assist you during this time of financial difficulty.

The attached Agreement has been prepared for your signature(s). Please read the agreement carefully. You may want to review it with financial advisor before signing. The Agreement includes the following changes being made to your loan:

- Unpaid principal balance
- Principal and interest monthly payment
- Escrow monthly payment amount
- Next Payment Due Date
- Interest rate
- Remaining term

In accordance with the Agreement, your new monthly payment will be due **04/01/2009**, in the amount of **$1,507.68**. This payment include **$1,315.70** for the new principal and interest payment and **$191.98** for the estimated impound/escrow payment.

**To make the Agreement effective, the following must be received within ten (10) days of the date of this letter:**

The Agreement, signed.
Attachment A, signed.
A copy of your most recent property tax bill(s).
A copy of your current homeowner's (and wind, if applicable) insurance policy (declaration's page only).
A copy of your current flood insurance policy (declarations page only).

**Please return the Agreement and cashier's check to:**

HomEq Servicing CA3507
4837 Watt Avenue Suite 100
North Highlands, CA 95660

If you have any questions regarding the Agreement, please contact me at (800) 795-5125.

Sincerely,

HomEq Servicing

**HomEq Servicing is a debt collector. HomEq is attempting to collect a debt and any information obtained will be used for that purpose.**

**IMPORTANT:** You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may also be reflected on your credit report.

# LAW OFFICES OF BRAD WEIL, ESQ

460 East Carson Plaza Drive, Suite 217, Carson CA 90746 • Phone - (310) 515-7799 • Fax - (310) 515-7752 • www.bradweillaw.com

Monday, January 30, 2012

MARILYN LAWRENCE
5362 W OLYMPIC BLVD 1
LOS ANGELES, CA  90036

DEAR MARILYN LAWRENCE:

Your home, **5851 7TH AVE**, is currently scheduled to be sold by your lender, **US BANK NA (TE)**, on **2/14/2012**. Attorney Brad Weil, Esq., can **STOP THAT SALE**. He is a local attorney who aggressively **fights the banks** and has won!

We will defend your rights under the Constitution of the United States. Explore your options with our **FREE CONSULTATION**. We can stop lawsuits, wage garnishments, repossessions, harassing letters and calls. Call our office at (310) 515-7799 for more information. We offer flat fees and can begin work on your legal matter **with as little as $500 down**.

Call us today to schedule a **FREE** consultation with the lawyer. We offer next-day appointments, as well as evenings and Saturdays, and phone consultations for those with schedule or transportation issues. In order to successfully stop the sale of your home, we recommend consulting with the attorney **no later than 2/9/2012**. Emergency consults and filing appointments may be scheduled up to and including the day before the sale, if available.

**CALL TODAY, DON'T DELAY!  (310) 515-7799 English   (310) 515-7776 Español**

Sincerely,

Vanessa Aceves
Office Paralegal



**"Live in the house. Lose the debt."**

# EXHIBIT C.
# NOTICE OF DATE OF TRUSTEE SALE OF HOME. 2/14/2012.

RECORDING REQUESTED BY
Executive Trustee Services, LLC dba ETS Services, LLC

AND WHEN RECORDED MAIL TO
Executive Trustee Services, LLC dba ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

T S No  FD-237793-C
Loan No  705887891
Insurer No  0334105681
                1000428888

SPACE ABOVE THIS LINE FOR RECORDERS Use

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/03/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee  The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust  The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein

TRUSTOR·  MARILYN S LAWRENCE, AN UNMARRIED WOMAN
Recorded 05/15/2006 as Instrument No  06 1062308 in Book XX, page XX  of Official Records in the office of the Recorder of Los Angeles County, California
Date of Sale  02/14/2012 at 11:00 A.M.
Place of Sale     By the fountain located at 400 Civic Center Plaza, Pomona, CA 91766
Property Address is purported to be     5851 7TH AVE
                                        LOS ANGELES, CA 90043

APN#  4005-013-027

The total amount secured by said instrument as of the time of initial publication of this notice is $256,508.73, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice

Date  01/10/2012                Executive Trustee Services, LLC dba ETS Services, LLC
                                2255 North Ontario Street, Suite 400
                                Burbank, CA 91504-3120
                                Sale Line: 714-730-2727


                                Ileanna Petersen, TRUSTEE SALE OFFICER





**Platinum Coast**
ESCROW INC

535 Anton Blvd., Suite 450
Costa Mesa, CA  92626
(866) 611-0411  fax:  (714) 885-5470

Marilyn S. Lawrence
5362 West Olympic Boulevard Apt#1
Los Angeles, CA 90036

Date: May 17, 2006
Escrow No.: **25069-HS**
VIA FEDEX

RE: Property Address: **5851 7th Avenue, Los Angeles, CA  90043**

Dear **Marilyn Lawrence**

We are please to inform you that the above referenced escrow was closed on **May 15, 2006** and we enclose the following for your records:

> Our Checks in the amount of **$81,603.78.00** representing your refund.
> Final HUD-I and Closing Statement.

**Loan Information:**

> First Deed of Trust in favor of: **Quick Loan Funding**. (Lender will notify you regarding payments.)

Any documents to which you are entitled will be forwarded to you directly from the appropriate governing party.

We hope this transaction has been handled to your satisfaction, and that we may serve you again in the future.

**Platinum Coast Escrow, Inc.**

Hali Saad



# EXHIBIT D.

## MONTHLY MORTGAGE PAYMENT, EXCESSIVE FEE CHARGES AND HUD GOOD FAITH SETTLEMENT ALSO WITH CORRECT MAILING ADDRESS

㉑

# EXCERPT OF RECORD # "3"

## GOOD FAITH ESTIMATE SHOWS THAT FUNDS WHERE TO RECEIVE BY THE PLAINTIFF
## Dated 05/12/2006

## DISBRSEMENT DATE: 05/1/2006

LINE 303 cash to the borrower should have been in the amount NO LESS

# $ 101,603.78

**BUT, PLAINTIFF WAS DECEIVED IN THE AMOUNT OF $20,000.00 DOLLARS MISSING AFTER CLOSING**

## She only received $ 80,000.00 add some change, but NEVER THE AMOUNT SHOWN OF THE FINAL GOOD FAITH ESTIMATE ATTACHED HERE.

WITH NO EXPLAINATION PROVIDED THE GOOD FAITH ESTIMATE ATTACHED HERETO INDICATES DIRECT DECEPTION AND CONVERSION AND COLUSION OF FUNDS BELONGING TO ANOTHER ( NAMELY THE PLAINTIFF MARILYN LAWRENCE THE BORROWER AS IT APPEARS TO THE CASE HEREIN.

REQUEST FOR JUDICIAL NOTICE UNDER

FEDERAL 201        Page 5 of 9



OMB No. 2502-0265

| A.  U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B.   TYPE   OF   LOAN |
|---|---|

| | |
|---|---|
| | 1. ☐ FHA   2. ☐ FHMA   3. ☒ CONV. UNINS. |
| | 4. ☐ VA   5. ☐ CONV. INS. |
| | 6. FILE NUMBER:   7. LOAN NUMBER: |
| | 25069-HS        106044783 |
| | 8. MORTGAGE INS. CASE NO.: |

C. NOTE:  This form is furnished to give you a statement of actual settlement costs.  Amounts paid to and by the settlement agent are shown.  Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME & ADDRESS OF BORROWER: | Marilyn S. Lawrence 5362 West Olympic Boulevard Apt#1, Los Angeles, CA 90036 |
|---|---|
| E. NAME & ADDRESS OF SELLER: | |
| F. NAME & ADDRESS OF LENDER: | Quick Loan Funding 535 Anton Boulevard Suite 600, Costa Mesa, CA 92626 |
| G. PROPERTY LOCATION: | 5851 7th Avenue, Los Angeles, CA 90043 |
| H. SETTLEMENT AGENT: | Platinum Coast Escrow, Inc. PLACE OF SETTLEMENT: 535 Anton Blvd., Suite 450, Costa Mesa, CA  92626 (866) 611-0411 |
| I. SETTLEMENT DATE: | 5/12/2006  Final |

DISBURSEMENT DATE:   5/12/2006

| J.   Summary of Borrower's Transaction | | K.   Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 13,741.02 | 403. | |
| 104. Payoff To World Savings | 113,655.20 | 404. | |
| 105. | | 405. | |
| | | | |
| | | | |
| | | | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower: | 127,396.22 | 420. Gross Amount Due To Seller: | |
| 200. Amounts Paid By Or In Behalf Of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 229,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower: | 229,000.00 | 520. Total Reductions In Amount Due Seller: | |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement From/To Seller: | |
| 301. Gross amount due from borrower (line 120) | 127,396.22 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | 229,000.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash (☐FROM) (☒TO) Borrower: | 101,603.78 | 603. Cash (☐TO) (☐FROM) Seller: | 0.00 |

THIS IS HEREBY CERTIFIED TO BE A TRUE & CORRECT COPY OF THE ORIGINAL DOCUMENT

BY: _____

Previous Edition Is Obsolete
Form No. 1581
3/86

Page 1 of  3

SB-4-3538-X00-1
HUD-1 (3-86)
RESPA, HB 4305.2



**Platinum Coast**
ESCROW INC

535 Anton Blvd., Suite 450
Costa Mesa, CA  92626
(866) 611-0411  fax:  (714) 885-5470

Marilyn S. Lawrence
5362 West Olympic Boulevard Apt#1
Los Angeles, CA 90036

Date: May 17, 2006
Escrow No.: **25069-HS**
VIA FEDEX

RE: Property Address: **5851 7th Avenue, Los Angeles, CA  90043**

Dear **Marilyn Lawrence**

We are please to inform you that the above referenced escrow was closed on **May 15, 2006** and we enclose the following for your records:

- Our Checks in the amount of **$81,603.78.00** representing your refund.
  Final HUD-I and Closing Statement.

**Loan Information:**

First Deed of Trust in favor of: **Quick Loan Funding.** (Lender will notify you regarding payments.)

Any documents to which you are entitled will be forwarded to you directly from the appropriate governing party.

We hope this transaction has been handled to your satisfaction, and that we may serve you again in the future.

**Platinum Coast Escrow, Inc.**

Hali Saad

705887891 HomEq Tranlist

| Tran Date | Code / Description | Amt Received | Effective Date | Next Due Date | Applied to Principal | Applied to Interest | Applied to Escrow | Late Fee | Fee Code | Susp | Fee Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2008 | 72 Payment | 2024.54 | 10/14/2008 | 10/1/2008 | 145.25 | 1728.09 | 151.2 | 0 | | 93.41 | Automated electronic phone payment |
| 10/14/2008 | 73 Payment | 7.5 | | 11/1/2008 | 0 | 0 | 0 | 7.5 Z | | | 0 |
| 11/14/2008 | 72 Payment | 2024.54 | 11/14/2008 | 11/1/2008 | 146.37 | 1726.97 | 151.2 | 0 | | 93.6 | Automated electronic phone payment |
| 11/14/2008 | 73 Payment | 7.5 | | 12/1/2008 | 0 | 0 | 0 | 7.5 Z | | | 0 |
| 11/20/2008 | 312 County Tax Disbursements | | | 12/1/2008 | 0 | 0 | -924.41 | 0 | | | 0 |
| 12/15/2008 | 72 Payment | 2024.54 | 12/15/2008 | 12/1/2008 | 147.5 | 1725.84 | 151.2 | 0 | | 93.29 | Automated electronic phone payment |
| 12/15/2008 | 73 Payment | 7.5 | | 1/1/2009 | 0 | 0 | 0 | 7.5 Z | | | 0 |
| 12/15/2008 | 73 Payment | 15.63 | | 1/1/2009 | 0 | 0 | 15.63 | 0 | | | 0 |
| 12/31/2008 | 493 ARM Loan Adjustment | | | 1/1/2009 | 0 | 0 | 0 | 0 | | | 0 |
| 12/31/2008 | 60 Int Credit on Restricted Esc | 2044.39 | | 1/1/2009 | 145.18 | 1748.01 | 151.2 | 0 | | 93.23 | 0 |
| 1/15/2009 | 72 Payment | 7.5 | 1/15/2009 | 2/1/2009 | 0 | 0 | 0 | 7.5 Z | | | Automated electronic phone payment |
| 1/15/2009 | 73 Payment | 0 | | 2/1/2009 | 0 | 0 | -151.2 | -7.5 Z | | | Automated electronic phone payment |
| 1/21/2009 | 48 Returned Check | | | 1/1/2009 | -145.18 | -1748.01 | -151.2 | 0 | | -93.23 | Automated electronic phone payment |
| 1/21/2009 | 48 Returned Check | 2051.89 | 1/29/2009 | 1/1/2009 | 145.18 | 1748.01 | 151.2 | 0 | | 93.23 | Automated electronic phone payment |
| 1/29/2009 | 72 Payment | 7.5 | | 2/1/2009 | 0 | 0 | 151.2 | 7.5 Z | | | Automated electronic phone payment |
| 1/29/2009 | 73 Payment | 0 | | 2/1/2009 | 0 | 0 | 0 | 0 | 1 | | Late charges |
| 2/17/2009 | 52 Late Charge Assessment | 0 | | 2/1/2009 | 0 | 0 | 0 | -94.66 | 1 | | Late charges |
| 3/16/2009 | 52 Late Charge Assessment | 56.47 | | 2/1/2009 | 0 | 0 | 56.47 | -94.66 | | | 0 |
| 3/17/2009 | 61 Escrow Advance | | | 3/1/2009 | 0 | 0 | -924.39 | 0 | | | 0 fee_description |
| 3/26/2009 | 312 County Tax Disbursements | 507.68 | | 2/1/2009 | 0 | 0 | 0 | 0 | | | 0 |
| 3/26/2009 | 73 Payment | 1000 | | 2/1/2009 | -5277.59 | 0 | 0 | 0 | | | 0 |
| 4/7/2009 | 47 Misapplication Reversal | 0 | | 2/1/2009 | 0 | 0 | 0 | 0 | | | 0 |
| 4/7/2009 | 47 Misapplication Reversal | 0 | | 4/1/2009 | 0 | 1746.88 | -56.47 | 0 | | 93.17 | 0 |
| 4/8/2009 | 68 Repay of Escrow Advance | 0 | 3/25/2009 | 2/1/2009 | 146.31 | 1745.74 | 0 | 0 | | 93.11 | 0 |
| 4/8/2009 | 70 Initial Deposit | 0 | 3/25/2009 | 3/1/2009 | 147.45 | 0 | 0 | 0 | | | 0 |
| 4/8/2009 | 70 Initial Deposit | 0.01 | 3/25/2009 | 4/1/2009 | 0 | 0 | 1297.39 | 0 | | | 0 |
| 4/8/2009 | 70 Initial Deposit | 0.01 | 3/25/2009 | 4/1/2009 | 0 | 0 | 0 | 189.32 | 1 | | 0 Late charges |
| 4/8/2009 | 70 Initial Deposit | -0.02 | 3/25/2009 | 4/1/2009 | 0 | 0 | 0 | 4.5 * | | | 0 fee_description |
| 4/9/2009 | 351 Hazard Ins Disbursement | | | 6/1/2009 | 0 | 0 | -82.56 | 0 | | | 0 |
| 4/15/2009 | 47 Misapplication Reversal | | | 4/1/2009 | 0 | 0 | -764.28 | 0 | | | 0 |
| 4/16/2009 | 75 Principal Payment | | 3/25/2009 | 4/1/2009 | 764.28 | 0 | 0 | 0 | | | 0 |
| 4/17/2009 | 45 Restricted Funds Adjustment | | | 4/1/2009 | 0 | 0 | 0 | 0 | | 94.92 | 0 |
| 4/21/2009 | 74 Payment Applied from Escrow | | 3/26/2009 | 4/1/2009 | 318.99 | 996.71 | 191.98 | 0 | | 94.79 | 0 |
| 5/7/2009 | 72 Payment | 1512.77 | 5/5/2009 | 6/1/2009 | 320.38 | 995.32 | 197.07 | 0 | | | 0 |
| 5/7/2009 | 73 Payment | 22.48 | 5/5/2009 | 6/1/2009 | 0 | 0 | 0 | 22.48 * | | | 0 fee_description |
| 5/8/2009 | 73 Payment | 0 | | 6/1/2009 | 0 | 0 | 0 | 0 | | | 0 |
| 5/8/2009 | 47 Misapplication Reversal | 0 | | 6/1/2009 | 0 | 0 | 0 | -22.48 * | | | 0 fee_description |
| 5/13/2009 | 48 Returned Check | 0 | | 6/1/2009 | -320.38 | -995.32 | -197.07 | 0 | | -94.79 | 0 |
| 5/13/2009 | 48 Returned Check | 0 | | 5/1/2009 | 0 | 0 | 0 | 0 | | | 0 |
| 5/13/2009 | 72 Payment | 1535.25 | 5/13/2009 | 5/1/2009 | 320.38 | 995.32 | 197.07 | 0 | | | 0 |
| 5/13/2009 | 73 Payment | 7.5 | 5/13/2009 | 5/1/2009 | 0 | 0 | 0 | 25 | 2 | | 0 Nsf fees |
| 5/14/2009 | 73 Payment | 0 | | 5/1/2009 | 0 | 0 | 0 | 4.98 Z | | 94.79 | 0 Automated electronic phone payment |
| 5/14/2009 | 73 Payment | 0 | | 6/1/2009 | 0 | 0 | -545 | 0 | | | 0 fee_description |
| 5/22/2009 | 351 Hazard Ins Disbursement | 0 | 5/13/2009 | 5/1/2009 | 320.38 | 995.32 | 197.07 | 0 | | 94.79 | 0 |
| 6/8/2009 | 72 Payment | 1522.79 | 6/8/2009 | 6/1/2009 | 321.78 | 993.92 | 197.07 | 10.02 Z | | 94.66 | Automated electronic phone payment |
| 6/8/2009 | 72 Payment | 14.98 | 6/8/2009 | 7/1/2009 | 0 | 0 | 0 | 0 | | | 0 Automated electronic phone payment |
| 6/8/2009 | 72 Payment | 7.5 | | 7/1/2009 | 0 | 0 | 0 | 7.5 Z | | | 0 Automated electronic phone payment |
| 6/9/2009 | 47 Misapplication Reversal | 0 | | 7/1/2009 | 0 | 0 | 0 | -7.5 Z | | | 0 fee_description |
| 6/9/2009 | 73 Payment | 0 | | 7/1/2009 | 0 | 0 | 0 | 14.98 * | | | 0 fee_description |
| 6/10/2009 | 73 Payment | 0 | | 7/1/2009 | 0 | 0 | 0 | 7.5 * | | 94.52 | 0 fee_description |
| 7/13/2009 | 72 Payment | 1516.62 | 7/13/2009 | 7/1/2009 | 323.19 | 992.51 | 200.92 | 0 | | | 0 |

| Date | Code | Description | Amount | Electronic Date | Next Due Date | Applied to Principal | Applied to Interest | Applied to Escrow | Last Date | Source / Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2006 | 42 | Loan Set Up | 0 | | 12/1/2006 | -228139.56 | | | | |
| 12/8/2006 | 45 | Restricted Funds Adjustment | 0 | | 12/1/2006 | 0 | | | | |
| 12/15/2006 | 68 | Repay of Escrow Advance | 0 | | 12/1/2006 | 0 | | | | |
| 12/15/2006 | 68 | Repay of Escrow Advance | 0 | | 12/1/2006 | 0 | | | | 95.06 |
| 12/30/2006 | 60 | Int Credit on Restricted Esc | 0.1 | | 1/1/2007 | 0 | | 0.1 | | 94.99 |
| 1/3/2007 | 72 | Payment | 1743.12 | 12/15/2006 | 1/1/2007 | 175.33 | 1435.87 | 141.92 | 7.5 Z | 94.99 Automated electronic phone payment |
| 1/3/2007 | 73 | Payment | 7.5 | 1/3/2007 | 1/1/2007 | 0 | 0 | -24.08 | 0 | 0 Automated electronic phone payment |
| 2/7/2007 | 72 | Payment | 1743.12 | 2/7/2007 | 2/1/2007 | 176.42 | 1424.78 | 141.92 | 7.5 Z | 94.91 Automated electronic phone payment |
| 2/7/2007 | 73 | Payment | 7.5 | 2/7/2007 | 2/1/2007 | 0 | 0 | 199.11 | 7.5 Z | 0 Automated electronic phone payment |
| 3/12/2007 | 72 | Payment | 1743.12 | 3/12/2007 | 3/1/2007 | 177.53 | 1423.67 | 141.92 | 7.5 Z | 94.84 Automated electronic phone payment |
| 3/12/2007 | 73 | Payment | 1800.31 | 3/12/2007 | 3/1/2007 | 178.64 | 1422.56 | 199.11 | 'oa | 0 Automated electronic phone payment |
| 3/20/2007 | 61 | Escrow Advance | 280.47 | | 3/1/2007 | 0 | | 280.47 | | 0 |
| 3/20/2007 | 312 | County Tax Disbursements | 0 | | 3/1/2007 | 0 | | -881.36 | | 0 |
| 4/9/2007 | 68 | Repay of Escrow Advance | 1800.31 | 4/9/2007 | 4/1/2007 | 179.75 | 1421.45 | 199.11 | 7.5 Z | 94.76 |
| 4/9/2007 | 68 | Repay of Escrow Advance | 7.5 | | 4/1/2007 | 0 | | -199.11 | | 0 |
| 4/9/2007 | 72 | Payment | 1800.31 | 4/9/2007 | 5/1/2007 | 180.88 | 1420.32 | 199.11 | 7.5 Z | 0 Automated electronic phone payment |
| 5/9/2007 | 73 | Payment | 7.5 | 5/9/2007 | 5/1/2007 | 182.01 | 1419.19 | -81.36 | 7.5 Z | 94.69 Automated electronic phone payment |
| 5/9/2007 | 72 | Payment | 1800.31 | 5/9/2007 | 6/1/2007 | 183.14 | 1418.06 | 199.11 | 7.5 Z | 94.61 Automated electronic phone payment |
| 6/12/2007 | 72 | Payment | 1782.89 | 6/12/2007 | 7/1/2007 | 184.29 | 1416.91 | 181.69 | 7.5 Z | 94.54 Automated electronic phone payment |
| 7/11/2007 | 72 | Payment | 1782.89 | 7/11/2007 | 8/1/2007 | 185.44 | 1415.76 | 181.69 | 7.5 Z | 94.46 Automated electronic phone payment |
| 7/11/2007 | 79 | Payment | 7.5 | 8/10/2007 | 9/1/2007 | 186.6 | 1414.6 | 181.69 | 7.5 Z | 94.38 Automated electronic phone payment |
| 8/10/2007 | 72 | Payment | 1782.89 | 9/11/2007 | 10/1/2007 | 187.77 | 1413.43 | 181.69 | 7.5 Z | 94.31 Automated electronic phone payment |
| 9/11/2007 | 72 | Payment | 1782.89 | 10/11/2007 | 11/1/2007 | 0 | 1414.6 | 181.69 | 7.5 Z | 0 Automated electronic phone payment |
| 10/11/2007 | 72 | Payment | 1782.89 | 11/14/2007 | 11/1/2007 | 0 | 1413.43 | 30 D | 30 D | 94.23 Demand fee (payoff quote) |
| 11/14/2007 | 72 | Payment | 1812.89 | | 12/1/2007 | 0 | | 181.69 | 7.5 Z | 94.23 Demand fee (payoff quote) |
| 11/14/2007 | 73 | Payment | 7.5 | | 11/1/2007 | 188.94 | 1412.26 | 181.69 | 7.5 Z | 0 Automated electronic phone payment |
| 11/20/2007 | 312 | County Tax Disbursements | 0 | | 12/1/2007 | 0 | | -893.89 | | 94.15 |
| 12/3/2007 | 72 | Payment | 1782.89 | 12/3/2007 | 1/1/2008 | 188.94 | 1412.26 | 181.69 | 7.5 Z | 94.15 Automated electronic phone payment |
| 12/31/2007 | 60 | Int Credit on Restricted Esc | 8.93 | | 1/1/2008 | 0 | | 8.93 | | 0 |
| 1/4/2008 | 72 | Payment | 1782.89 | 1/14/2008 | 2/1/2008 | 190.12 | 1411.08 | 181.69 | 7.5 Z | 94.07 Automated electronic phone payment |
| 1/4/2008 | 73 | Payment | 7.5 | | 1/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 2/14/2008 | 72 | Payment | 1782.89 | 2/14/2008 | 2/1/2008 | 191.31 | 1409.89 | 181.69 | 7.5 Z | 93.99 Automated electronic phone payment |
| 2/14/2008 | 73 | Payment | 7.5 | | 2/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 3/13/2008 | 72 | Payment | 1782.89 | 3/13/2008 | 3/1/2008 | 192.5 | 1408.7 | 181.69 | 7.5 Z | 93.91 Automated electronic phone payment |
| 3/13/2008 | 73 | Payment | 7.5 | | 4/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 3/20/2008 | 312 | County Tax Disbursements | 0 | | 3/1/2008 | 0 | | -893.88 | | 93.83 |
| 4/11/2008 | 72 | Payment | 1782.89 | 4/11/2008 | 4/1/2008 | 193.71 | 1407.49 | 181.69 | 7.5 Z | 93.83 Automated electronic phone payment |
| 4/11/2008 | 73 | Payment | 7.5 | | 5/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 5/9/2008 | 72 | Payment | 1782.89 | 5/9/2008 | 5/1/2008 | 194.92 | 1406.28 | 181.69 | 7.5 Z | 93.75 Automated electronic phone payment |
| 5/9/2008 | 73 | Payment | 7.5 | | 6/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 6/12/2008 | 72 | Payment | 1782.89 | 6/12/2008 | 6/1/2008 | 196.14 | 1405.06 | 181.69 | 7.5 Z | 93.67 Automated electronic phone payment |
| 6/12/2008 | 73 | Payment | 7.5 | | 7/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 6/12/2008 | 493 | ARM Loan Adjustment | 7.5 | | 7/1/2008 | 0 | | | 7.5 Z | 93.59 |
| 7/14/2008 | 72 | Payment | 2024.54 | 7/14/2008 | 7/1/2008 | 141.94 | 1731.4 | 151.2 | 7.5 Z | 93.59 Automated electronic phone payment |
| 7/14/2008 | 73 | Payment | 7.5 | | 8/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 8/13/2008 | 72 | Payment | 2024.54 | 8/13/2008 | 8/1/2008 | 143.03 | 1730.31 | 151.2 | 7.5 Z | 93.53 Automated electronic phone payment |
| 8/13/2008 | 73 | Payment | 7.5 | | 9/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |
| 9/12/2008 | 72 | Payment | 2024.54 | 9/12/2008 | 9/1/2008 | 144.14 | 1729.2 | 151.2 | 7.5 Z | 93.47 Automated electronic phone payment |
| 9/12/2008 | 73 | Payment | 7.5 | | 10/1/2008 | 0 | | | 7.5 Z | 0 Automated electronic phone payment |

