MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON FEBRUARY 25, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, **Courtroom 523**, One Bowling Green, New York, NY 10004-1408

**I.**        **SETTLED MATTER(S)**

**1.**        ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

**a.**        Memorandum Opinion and Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2079 Filed by Maurice Sharpe [Docket No. 8524]

**b.**        Notice of Status Conference on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Maurice Sharpe (Claim No. 2079) [Docket No. 9147]

---

[1] Amended items appear in **bold**.

c.  Case Management and Scheduling Order for Sixty-Ninth Omnibus
    Objection to Claims (No-Liability Borrower Claims) as to Claim No. 2079
    Filed by Maurice Sharpe [Docket No. 9173]

**Response(s)**:

a.  Maurice Sharpe's Objection to ResCap Borrower Claims Trust's
    Supplemental Objection and Reply in Support of its Sixty-Ninth Omnibus
    Objection to Claims as to Claim No. 2079 Filed by Maurice Sharpe
    [Docket No. 8393]

**Reply**:

a.  ResCap Borrower Claims Trust's Supplemental Objection and Reply in
    Support of its Sixty-Ninth Omnibus Objection to Claims (No-Liability
    Borrower Claims) as to Claim No. 2079 Filed by Maurice Sharpe [Docket
    No. 8288]

b.  ResCap Borrower Claims Trust's Reply in Support of Its Supplemental
    Objection and Reply in Support of Its Sixty-Ninth Omnibus Objection to
    Claims (No Liability Borrower Claims) as to Claim No. 2079 Filed By
    Maurice Sharpe [Docket No. 8483]

**Status**:  This matter has been settled.  The final pretrial conference will not be going
    forward.

## II.  UNCONTESTED MATTER(S) WITH CERTIFICATES OF NO OBJECTION

2.  ResCap Borrower Claims Trust's Objection to Claim No. 3658 Filed by Laura J.
    McGuinn and William Wells [Docket No. 9424]

**Related Document(s)**:

a.  Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's
    Objection to Claim No. 3658 Filed by Laura J. McGuinn and William
    Wells to February 25, 2016 at 10:00 a.m. (Prevailing Eastern Time)
    [Docket No. 9488]

b.  Certificate of No Objection Regarding ResCap Borrower Claims Trust's
    Objection to Claim No. 3658 Filed by Laura J. McGuinn and William
    Wells [Docket No. 9631]

**Response(s)**:    None.

**Status**:  A certificate of no objection has been filed with the Court.  The hearing on
    this matter will go forward only to the extent that the Court has questions
    or concerns.

**3.**    Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) [Docket No. 9486]

**Related Document(s)**:

**a.**    Certificate of No Objection Regarding The ResCap Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) [Docket No. 9632]

**b.**    Notice of Adjournment of Hearings on ResCap Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) Solely as it Relates to the Claims Filed by Lynn C. Greene and James Cassidy (Claim No. 3484) and Diem Trang Nguyen (Claim No. 3725) [Docket No. 9658]

**Response(s)**:    None.

**Status**:    A certificate of no objection has been filed with the Court.  The hearing on this matter, solely as it relates to the claim filed by Lynn C. Greene and James Cassidy (Claim No. 3484), has been adjourned to March 22, 2016. The hearing on this matter, solely as it relates to the claim filed by Diem Trang Nguyen (Claim No. 3725), has been adjourned to a date to be determined.  The hearing on this matter as to all other claimants will go forward only to the extent that the Court has questions or concerns.

**4.**    ResCap Borrower Claims Trust and ResCap Liquidating Trust's Joint Objection to Claim Nos. 2535 and 3577 Filed By Hayomyom LLC and Sygmund Zygelman, Respectively [Docket No. 9490]

**Related Document(s)**:

**a.**    Notice of Filing of Corrected Exhibit E to ResCap Borrower Claims Trust and ResCap Liquidating Trust's Joint Objection to Claim Nos. 2535 and 3577 Filed By Hayomyom LLC and Sygmund Zygelman, Respectively [Docket No. 9509]

**b.**    Certificate of No Objection Regarding ResCap Borrower Claims Trust and ResCap Liquidating Trust's Joint Objection to Claim Nos. 2535 and 3577 Filed By Hayomyom LLC and Sygmund Zygelman, Respectively [Docket No. 9630]

**Response(s)**:    None.

**Status**:    A certificate of no objection has been filed with the Court.  The hearing on this matter will go forward only to the extent that the Court has questions or concerns.

III.        **STATUS AND PRETRIAL CONFERENCES**

**5.**        ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection to Claim
Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and
Marc Jason Aniel [Docket No. 8237]

**Related Document(s)**:

    **a.**        Memorandum Opinion and Order Sustaining in Part and Overruling in Part
the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's
Objection to Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas
Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8820]

    **b.**        Motion For Reconsideration of Order Sustaining The ResCap Liquidating
Trust And The ResCap Borrower Claims Trust's Objection to Claim Nos.
112 and 114 [Docket No. 8897]

    **c.**        Letter to Judge Glenn from Jordan A. Wishnew dated August 11, 2015
Regarding Status of Resolution of Claims Filed by Erlinda Abibas Aniel,
Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9003]

    **d.**        Letter to Judge Glenn from Erlinda Abibas Aniel dated August 14, 2015
regarding Settlement Letter from Jordan A. Wishnew Received on August
8, 2015 [Docket No. 9023]

    **e.**        Order Denying Erlinda Abibas Aniel's Motion for Reconsideration [Docket
No. 9027]

    **f.**        Order Granting The ResCap Borrower Claims Trust Request To File a
Supplemental Filing With Respect To Its Objection To The Aniels' Claims
and Permitting The Aniels To File A Response [Docket No. 9051]

    **g.**        Notice of Appeal of Order Denying Erlinda Abibas Aniel's Motion for
Reconsideration filed by Erlinda Abibas Aniel [Docket No. 9055]

    **h.**        Designation of Contents and Statement of Issues on Appeal [Docket No.
9119]

    **i.**        The ResCap Borrower Claims Trust's Counter-Designation of Items for
Record on Appeal [Docket No. 9176]

    **j.**        Amended Notice of Status Conference Regarding The ResCap Liquidating
Trust's and the ResCap Borrower Claims Trust's Objection to Claim Nos.
112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel,
and Marc Jason Aniel, Solely as it Relates to Claim Nos. 416 and 417 to be
Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time)
[Docket No. 9228]

k.      Letter from Erlinda Abibas Aniel to Judge Glenn dated November 10, 2015 Regarding Discovery [Docket No. 9326]

l.      Case Management and Scheduling Order for ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 9345]

m.      Amended Case Management and Scheduling Order for ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 9462]

n.      Erlinda Abibas Aniel's Motion to Expunge/Strike Out Ocwen Loan Servicing, LLC from the Records and its Motion to Quash Subpoena [Docket No. 9568]

o.      Order Granting the Motion to Quash and Denying the Motion to Strike [Docket No. 9570]

p.      Motion for Reconsideration and/or Clarification of Ruling on Motion to Strike Ocwen's Motion to Quash Subpoena [Docket No. 9582]

q.      Proposed Pretrial Order [Regarding Claims Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel] [Docket No. 9605]

r.      Erlinda Abibas Aniel's Letter to the Court Requesting That the Proposed Pre-Trial Order Exhibit List be Amended [Docket No. 9638]

s.      Order Denying Motion for Reconsideration [Docket No. 9649]

t.      Letter to Judge Glenn from Kevin M. Hodges, counsel to Susie Moy, Nancy Luong, Doris Wong, Fernando Acebedo, and Audrey Zabriskie, Requesting Conference on Subpoenas Served by Erlinda Abibas Aniel [Docket No. 9653]

u.      Order Concerning Application of HSBC to Quash Trial Subpoenas Relating to the Contested Claim of Erlinda Abibas Aniel [Docket No. 9657]

v.      **Letter to Judge Glenn from Erlinda Abibas Aniel in Response to Letter from Kevin M. Hodges [Docket No. 9665]**

**Response(s)**:

a.      Erlinda Abibas Aniel's Opposition and Response to the ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8370]

     **b.**     Erlinda Abibas Aniel's Reply to Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9153]

**Reply**:

     **a.**     The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's Reply in Support of Their Objection to Claim Numbers 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 8475]

          **(i)**     Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9112]

     **Status**:     The final pretrial conference on this matter will be going forward.

**6.**     ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

     **Related Document(s)**:

     **a.**     Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112]

     **b.**     Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516]

     **c.**     ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574]

     **d.**     Order Granting the ResCap Borrower Claims Trust's Motion for Partial Reconsideration [Docket No. 8972]

     **e.**     Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement of Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 9038]

     **f.**     Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on October 15, 2015 at 10:00 a.m. [Docket No. 9240]

**g.**        Motion [of Laird J. Heal] to Withdraw as Attorney [Docket No. 9258]

**h.**        Order Permitting Laird J. Heal to Withdraw as Attorney [Docket No. 9265]

**i.**         Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9311]

**j.**        Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9364]

**k.**        Case Management and Scheduling Order for ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (Solely as it Relates to Claim No. 3862 Filed by Rhonda Gosselin) [Docket No. 9422]

**Response(s)**:

**a.**        Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**b.**        Opposition [of Rhonda Gosselin] to Motion for Reconsideration [Docket No. 8646]

**Reply**:

**a.**        ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

      **(i)**       Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

**Status**:        The status conference on this matter will be going forward.

Dated:  February 24, 2016
        New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims
Trust and The ResCap Liquidating Trust*