UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
In re                                          :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1] :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                          :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On February 25, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the parties on the service list attached hereto as **Exhibit B**:

- **Order Sustaining ResCap Borrower Claims Trust and ResCap Liquidating Trust's Joint Objection to Claim Nos. 2535 and 3577 Filed by Hayomyom LLC and Sygmund Zygelman, Respectively** [Docket No. 9674]

Dated: February 25, 2016

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th of February, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

12-12020-mg    Doc 9679    Filed 02/25/16    Entered 02/25/16 18:56:02    Main Document
Pg 2 of 5

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GODFREY & KAHN SC | KATHERINE STADLER | kstadler@gklaw.com |
| HAYOMYOM LLC | LLOYD S. MANN - MANN & ZARPAS, LLP | lmann@mannzarpas.com |
| KRAMER LEVIN | KENNETH ECKSTEIN & DOUGLAS MANNAL | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| MORRISON FOERESTER | JORDAN A. WISHNEW | jwishnew@mofo.com |
| POLSINELLI | DANIEL FLANIGAN | dflanigan@polsinelli.com |
| RESCAP LIQUIDATING TRUST | ATTN: DAN HOBEN | Dan.Hoben@ResCapEstate.com; deanna.horst@rescapestate.com; Gail.Westervelt@rescapestate.com |
| RESCAP LIQUIDATING TRUST | C O QUEST TURNAROUND ADVISORS LLC | jbrodsky@qtadvisors.com |
| SIGMUND ZYGELMAN | WILLIAM D. KOEHLER, ESQ. | wdklaw1@aol.com |
| US TRUSTEE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| GODFREY & KAHN SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| HAYOMYOM LLC | Lloyd S. Mann/MANN & ZARPAS, LLP | 15233 Ventura Blvd., Suite 714 | | Sherman Oaks | CA | 91403 |
| HAYOMYOM LLC | Steve Zipp | Hayomyom LLC | 824 N. Poinsetua Place | Los Angeles | CA | 90046 |
| KRAMER LEVIN | Kenneth Eckstein & Douglas Mannal | 1177 Avenue of the Americas | & Joseph A. Shifer | New York | NY | 10036 |
| MORRISON FOERESTER | Jordan A. Wishnew | 250 West 55th Street | | New York | NY | 10019-9601 |
| POLSINELLI | Daniel Flanigan | 900 W. 48th Place Suite 900 | | Kansas City | MO | 64112 |
| RESCAP LIQUIDATING TRUST | c o Quest Turnaround Advisors LLC | 800 Westchester Ave Ste S520 | Attn Jeffrey Brodsky | Rye Brook | NY | 10573 |
| RESCAP LIQUIDATING TRUST | Attn: Dan Hoben | 8400 Normandale Blvd,Suite 175 | | Bloomington | MN | 55437 |
| SIGMUND ZYGELMAN | William D. Koehler, Esq. | Law Offices of William D. Koehler | 12522 Moorpark Street, Suite 103 | Studio City | CA | 91604 |
| US TRUSTEE SOUTHERN DISTRICT OF NY | Tracy Hope Davis | 201 Varick St Ste 1006 | Linda Riffkin & Brian Masumoto | New York | NY | 10014 |