# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
    In re                                         :        Chapter 11
                                                  :
    RESIDENTIAL CAPITAL, LLC,                      :        Case No. 12-12020 (MG)
    et al..,¹                                      :
                                                  :
                               Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on February 25, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING THE RESCAP BORROWER CLAIMS TRUST'S NINETYSECOND OMNIBUS OBJECTION TO CLAIMS ((A) NO LIABILITY BORROWER CLAIMS AND (B) ALLOWED IN FULL BORROWER CLAIM)** (Docket No. 9673)

Dated: February 25, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California              }
{                                 } ss.
{County of Los Angeles            }

Subscribed and sworn to (or affirmed) before me on this 25 day of February , 20 16 , by, __RICHIE LIM_____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# EXHIBIT A

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Ed@dierkes.com;

Lphil2009@gmail.com;

Dawtjw@aol.com;

Dekeomalley@comcast.net;

Mike@jojolaw.com;

Dan@msj.org;

Dresslerlaw@aol.com

# **EXHIBIT B**

Jeffrey S. Piper and Jacqueline Piper
2132 Galloway Ct
Cincinnati, OH 45240

Edward Dierkes
610 Riverfront Drive
Sheboygan, WI 53081

Joelle Horan
9414 NW 72nd Court
Tamarac, FL 33321

Jeffrey L. Collins & Laura L. Collins
2962 Jamaica Blvd S.
Lake Havasu, AZ 86406

HARCUM AND SONS BUILDERS
ANDERSON, DARRYL
150 MAYLAND ST
PHILADELPHIA, PA 19144

Louis Phillips
2338 Asbury Sq
Atlanta, GA 30346-2429

WOJCIK, DORI
20 LAKE AVE
BARRINGTON, RI 02806

Rene Evans & Joanne
10941 Wingate Rd
Jacksonville, FL 32218

William A. Corbell & Shirley A. Corbell
26060 Acero, Ste. 115
Mission Viejo, CA 92691

Virginia Bragg and Gregory Bragg v Decision One Mortgage Company LLC GMAC Mortgage
LLC The WV Mortgage Store Corp et al
MOUNTAIN STATE JUSTICE INC
1031 Quarrier St Ste 200
Charleston, WV 25301

Renee Caciopoli
c/o Law Offices of Lawrence S Dressler
516 Ellsworth Ave
New Haven, CT 06511