MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 1-2, 2016 AT 9:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    TRIAL**:

**1.**    ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

   **Related Document(s)**:

   **a.**    Order Overruling the ResCap Borrower Claims Trust's Objection to Claim Number 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8410]

   **b.**    Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) to April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8481]

ny-1223595

**c.** Letter to Judge Glenn from Jordan A. Wishnew Regarding Adjournment of Status Conference on Claim No. 2055 Filed by Kristin Karmazyn [Docket No. 8540]

**d.** Notice of Adjournment of Status Conference on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) To a Date To Be Determined [Docket No. 8541]

**e.** Letter to Judge Glenn from Kristin Karmazyn filed July 23, 2015 regarding Scheduling of Evidentiary Hearing [Docket No. 8927]

**f.** Notice of Status Conference on September 21, 2015 at 10:00 a.m. (Prevailing Eastern Time) Regarding (1) The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as It Relates to Claim No. 1083 Filed by Maria M. and Elda Thompson and Claim No. 2055 Filed by Kristin Karmazyn; and (II) The Objection of the ResCap Liquidating Trust to Claim Nos. 2385, 2386, 2387, 2388, and 2389 Filed by Duncan K. Robertson [Docket No. 9087]

**g.** Order Scheduling Trial of The ResCap Borrower Claims Trust's Objection to Claim Number 2055 Filed by Michael and Kristin Karmazyn [Docket No. 9174]

**h.** Proposed Pretrial Order [Docket No. 9397]

**i.** Joint Pretrial Order [Docket No. 9419]

**j.** ResCap Borrower Claims Trust's Memorandum of Law in Support of the Trust's Objection to Claim Number 2055 Filed By Michael and Kristin Karmazyn [Docket No. 9447]

**k.** Notice of Adjournment of Trial on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael and Kristin Karmazyn (Claim No. 2055) to a Date To Be Determined [Docket No. 9471]

**l.** Notice of Adjournment of Trial on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed By Michael and Kristin Karmazyn (Claim No. 2055) to March 1-2, 2016 at 9:00 A.M. (Prevailing Eastern Time) [Docket No. 9505]

**Response(s)**:

a.     Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7866]

b.     Response by Michael and Kristin Karmazyn to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8183]

**Reply**:

a.     ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 1083, 2055, and 3728 [Docket No. 7967]

b.     Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 2055 Filed by Michael and Kristin Karmazyn [Docket No. 8038]

**Status**:     The trial on this matter will be going forward.

Dated: February 26, 2016  
        New York, New York

/s/ Jordan A. Wishnew  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The ResCap Borrower Claims Trust*