MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS
SCHEDULED TO BE HEARD ON MAY 5, 2016**

**PLEASE TAKE NOTICE** that the omnibus hearing, previously scheduled to be heard on May 5, 2016 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **May 17, 2016 at 11:00 a.m. (Prevailing Eastern Time)** (the "Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that the case management and scheduling conference in connection with the *Objection of the ResCap Borrower Claims Trust to Claim Numbers 5610 and 5612 Filed by Richard D. Rode* [Docket No. 8452], previously scheduled to be heard on May 5, 2016 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **May 10, 2016 at 2:00 p.m. (Prevailing Eastern Time)** (the "Case Management Conference").

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing and the Case

ny-1223868

Management Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

| | |
|---|---|
| Dated: March 1, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Erica J. Richards<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |