Status Conference Date and Time:  March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ─────────────────────────────────── ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------------- ) | |

**NOTICE OF STATUS CONFERENCE ON RESCAP BORROWER CLAIMS
TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY
BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED
BY RHONDA GOSSELIN (CLAIM NO. 3862) TO BE HELD ON
MARCH 10, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a status conference in connection with the

*ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability*

*Borrower Claims)* [Docket No. 7552], solely as it relates to the claim filed by Rhonda Gosselin

(Claim No. 3862), will be held on **March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

(the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be heard

before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523,

New York, New York 10004.

ny-1224403

Dated: March 2, 2016
     New York, New York

/s/ Norman S. Rosenbaum

Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*