UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                  :   Case No. 12-12020 (MG)
                                                      :
                                                      :
                                                      :   (Jointly Administered)
            Debtors.                                  :
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On March 2, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the parties on the service list attached hereto as **Exhibit B**:

- **Notice of Presentment of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) (M&T Bank)** [Docket No. 9702]

Dated: March 2, 2016

_____
Clarissa D. Cu

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd of March, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Clifford Chance US LLP | Jennifer C. DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Internal Revenue Service | | |
| Kirkland & Ellis LLP | Richard M. Cieri | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Munger, Tolles & Olson LLP | Seth Goldman & Thomas B. Walper | seth.goldman@mto.com; Thomas.walper@mto.com |
| Office of the New York State Attorney General | Nancy Lord and Enid N. Stuart | enid.stuart@OAG.State.NY.US |
| Office of the U.S. Attorney for the Southern District of New York | Joseph N. Cordaro | joseph.cordaro@usdoj.gov |
| Office of the United States Attorney General | U.S. Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Securities and Exchange Commission | New York Regional Office | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ken Ziman & Jonathan H. Hofer | ken.ziman@skadden.com; |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Internal Revenue Service | | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Office of the United States Attorney General | U.S. Attorney General, Eric H. Holder, Jr. | U.S. Department of Justice | 950 Pennsylvania Avenue NW | Washington | DC | 20530-0001 |
| Schiller & Knapp, LLC | Lisa Milas | 950 New Loudon Road | | Latham | NY | 12110 |