Case Management Conference Date and Time:
March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE ON RESCAP
BORROWER CLAIMS TRUST'S OBJECTION TO
CLAIM NOS. 5610 AND 5612 FILED BY RICHARD D. RODE SCHEDULED
FOR MARCH 10, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Denying Request to File Summary Judgment Motion Regarding Claims 5610 and 5612 Filed By Richard D. Rode* [Docket No. 9700], a case management conference in connection with the ResCap Borrower Claims Trust's objection to claim nos. 5610 and 5612 filed by Richard D. Rode ("Claimant") will be held on **March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Case Management Conference").

**PLEASE TAKE FURTHER NOTICE** that the Case Management Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the

ny-1224410

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Claimant's counsel may appear at the Case Management Conference by telephone.

Dated: March 3, 2016        /s/ Norman S. Rosenbaum
       New York, New York        Norman S. Rosenbaum
                                Jordan A. Wishnew
                                Erica J. Richards
                                MORRISON & FOERSTER LLP
                                250 West 55th Street
                                New York, New York 10019
                                Telephone:  (212) 468-8000
                                Facsimile:  (212) 468-7900

                                *Counsel to The ResCap Borrower Claims Trust*

ny-1224410