# Knuckles Komosinski & Elliott LLP

565 Taxter Road, Suite 590| Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkelaw.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Peter L. Elliott
Jordan J. Manfro

**Tony Padilla**
*Legal Assistant*
(914) 345-3020, ext. 305
luisp@kkelaw.com

March 2, 2016

**VIA ECF**

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
James Newton, and
Erica J. Richards

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

**VIA FIRST CLASS MAIL**

John Wishman, Jr.
Mary Wishman
6425 Engel Dr.
Hamburg, NY 14075

Edward J. Snyder, Esq.
Snyder Law Office
3976 Seneca Street
West Seneca, New York 14224

In Re:  **Residential Capital, LLC**
**Bankruptcy Court Case No.: 12-12020-mg**
**Supreme Court Index No.: 603629/2011**
**Property: 6425 Engel Dr., Hamburg, NY 14075**

To Whom It May Concern:

This office represents the interest of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT, first lien holder and Plaintiff in the above reference matters.

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. RATHER, IT IS A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.

New Jersey Office  30 Tice Boulevard, Suite 183| Woodcliff Lake, NJ 07677 | Tel (201) 391-0370 | eFax (201) 781-6744
Syracuse Office    136 E. Genesee Street, Suite 2| Baldwinsville, NY 13027 | Tel (315) 422-3030 | eFax (315) 422-4554

**Knuckles Komosinski & Elliott LLP**    565 Taxter Road, Suite 590| Elmsford, New York 10523    Page 2 of 2
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkelaw.com

Please accept this letter as a formal Written Request to lift the stay as it pertains to 6425 Engel Dr., Hamburg, NY 14075, the subject property.

Enclosed please find the following:

- Senior Lien Stay Relief Questionaire ("Questionaire")
- Exhibit A – Title Search
- Exhibit B – Broker Price Opinion (BPO)
- Exhibit C – Total Amount Due Calculation
  - This figure cannot be relied upon as a "Payoff" quotation.
- Exhibit D – Foreclosure Pleadings

As you can see from the Questionaire and Exhibits, there is no equity in the property. Thus, this office formally requests that a Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a).

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Knuckles, Komosinski & Elliott, LLP
Attorneys for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT

By:_____

Mark R. Knuckles, ESQ.