# EXHIBIT B


eMortgage Logic

### Order Information

| Order Number | Loan Number | Order Date | Inspection Date | Completion Date | Client Name | Client Contact | VMA Request ID |
|---|---|---|---|---|---|---|---|
| 3725917 | | Nov 13 2015 | Nov 16 2015 | Nov 18 2015 | Selene Finance LP | Jacoby St. Pierre | 151693 |
| Service Provider Name | | Company Name | | Agent Number | Inspection Type | Deal Name | BPO Vendor |
| Wendy Syed | | Really USA | | (716) 634-4200 | Drive By | | EML |

### Subject Property Information

| Property Address | | | | Property Type | Borrower Name | Occupancy | County | Census Tract |
|---|---|---|---|---|---|---|---|---|
| 6425 ENGEL DR, HAMBURG, NY 14075 | | | | SF Detach | UNK WISHMAN JR | Yes | erie | 132.01 |
| Last Sold Date | Last Sale Price | DOM | | Est. Monthly Rent | HOA Fees | Data Source | APN | Zoning |
| | | | | $2,400 | | County Tax | 144889195030000020050 | Residential |
| Currently Listed | Current DOM | Initial List Price | Initial List Date | Current List Price | Last Reduction Date | Agent Name | | County Tax |
| No | | | | | | | | 144889195030000020050 |

Subject Property Comments/External Influences:
homes all mixed in size and condition in the area. subject appears maintained from the outside

Annual Property Taxes: $8,458

### Neighborhood Information

| Location Type | Housing Supply | Market Trend | | Economic Trend | Crime/Vandalism | Neighborhood Trend | |
|---|---|---|---|---|---|---|---|
| Suburban | Stable | Stable | | Stable | Low Risk | Stable | |
| Price Range | | Median Price | Avg DOM | Avg Marketing Time | | Avg Age of Homes | REO Driven |
| 131500 to 325900 | | $187,875 | 120 | 3 to 6 Mos. | | 70 | No |

Neighborhood Comments
the market is stable in this area and should remain stable over the next 30 days in this area

### Comparable Information

| | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | List Comp 1 | List Comp 2 | List Comp 3 |
|---|---|---|---|---|---|---|---|
| As-Is Value Sales Price / List Price | $265,000 | $240,000 | $230,000 | $206,000 | $185,000 | $220,000 | $229,900 |
| Price Deviation with As-Is value | | ($25,000) | ($35,000) | ($59,000) | ($80,000) | ($45,000) | ($35,100) |
| Address | 6425 ENGEL DR HAMBURG | 3377 E PLEASANT DR HAMBURG | 3250 OLD LAKEVIEW RD HAMBURG | 285 PROSPECT AVE HAMBURG | 84 HURON ST HAMBURG | 189 UNION ST HAMBURG | 50 SCOOTER CIR HAMBURG |
| Zip | 14075 | 14075 | 14075 | 14075 | 14075 | 14075 | 14075 |
| Data Source | County Tax | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.92 | 0.55 | 1.28 | 0.71 | 1.16 | 1.33 Miles |
| Sale Date | | Mar 13 2015 | Jun 30 2015 | Nov 21 2014 | | | |
| Sales/List Price | | $240,000 | $230,000 | $206,000 | $185,000 | $220,000 | $229,900 |
| Initial List Date | | Oct 29 2014 | Apr 3 2015 | Sep 2 2014 | May 28 2015 | Jun 22 2015 | Nov 5 2015 |
| Orig List Price | | $239,900 | $239,900 | $198,000 | $198,000 | $259,000 | $229,900 |
| Last Reduction Date | | Oct 29 2014 | Apr 3 2015 | Sep 2 2014 | Aug 5 2015 | Oct 27 2015 | Nov 5 2015 |
| Curr/Final List Price | | $239,900 | $239,900 | $198,000 | $185,000 | $220,000 | $229,900 |
| DOM | | 82 | 14 | 13 | 173 | 148 | 12 |
| Lot Size | 1.02ac | 4.00ac | 0.70ac | 0.28ac | 0.19ac | 0.50ac | 0.20ac |
| View | neighborhood | neighborhood | neighborhood | neighborhood | neighborhood | neighborhood | neighborhood |
| Design/Style | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv |
| Type/# Units | SF Detach 1 | SF Detach 1 | SF Detach 1 | SF Detach 1 | SF Detach 1 | SF Detach 1 | SF Detach 1 |
| Age | 55yrs | 39yrs | 23yrs | 95yrs | 83yrs | 185yrs | 5yrs |
| Condition | Good | Good | Good | Good | Average | Average | Good |
| Above Grade Sq Ft | 2,709 | 2,400 | 2,009 | 2,200 | 2,072 | 2,578 | 2,112 |
| # Rooms/Bd/Bath | 8 / 4 / 2.5 | 8 / 3 / 1.5 | 7 / 3 / 2.5 | 8 / 4 / 1 | 8 / 4 / 3 | 9 / 4 / 2.5 | 8 / 3 / 2.5 |
| Basement Sq Ft | 1841 | 1285 | 1005 | 1482 | 1036 | 1402 | 1352 |
| % Finished | 0% | 0% | 30% | 0% | 0% | 0% | 0% |
| Garage Type | Attached | Attached | Attached | Detached | Attached | Detached | Attached |
| # Garage Stalls | 2 | 2 | 2 | 1 | 2 | 2 | 2 |
| Fireplace(s) | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Porch/Patio/Deck | No / No / No | No / Yes / Yes | Yes / Yes / No | Yes / Yes / Yes | No / Yes / No | No / No / No | No / No / No |
| Pool/Spa | Yes / No | No / Yes | No / No | No / No | No / No | No / No | No / No |
| Other Features | fence | fence, shed | none | fence | none | fence | shed, swing set |
| Subdivision | none | none | none | none | none | none | none |
| School District | hamburg | Frontier | Hamburg | Hamburg | Hamburg | Hamburg | Hamburg |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Finance Incentives | | 0 | 0 | 0 | 0 | 0 | 0 |
| HOA Fees | | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo |

### Comparable Property Comments

| Sold Comp 1 | ★ Best Comp | cedar exterior, black top drive way, 3 season room, mature trees, gourmet kitchen |
|---|---|---|
| Sold Comp 2 | | vinyl exterior, concrete drive way, large country kitchen with island, well landscaped |
| Sold Comp 3 | | wood exterior, black top drive way, wide open kitchen with granite, multi tier deck |
| List Comp 1 | | vinyl sided, black top drive way, thick wood molding, has hardwood flooring |
| List Comp 2 | | wood exterior, black top drive way, has a side porch, has a formal dining room |
| List Comp 3 | ★ Best Comp | vinyl exterior, concrete drive way, wooded lot, gorgeous kitchen, gourmet island |

### Marketing Strategy

| | "As-is" | "Repaired" | 30 Day Quick Sale | Estimated Marketing Time for Subject: 90-120 days |
|---|---|---|---|---|
| Probable Sale Price | $265,000 | $265,000 | $255,000 | Conclusion Summary: I did not see any repairs needed the outside. homes should be able to listed and sold as is |
| Suggested List Price | $269,900 | $269,900 | | |


eMortgage Logic

## REPAIR DETAILS

| EXTERIOR | COMMENTS | |
|---|---|---|
| Roof | | $0 |
| Siding/Trim | | $0 |
| Structural | | $0 |
| Windows/Doors | | $0 |
| Paint | | $0 |
| Foundation | | $0 |
| Garage | | $0 |
| Landscaping | | $0 |
| Fence | | $0 |
| Other | | $0 |
| | Estimated Exterior Repairs | $0 |

| INTERIOR | COMMENTS | |
|---|---|---|
| Painting | | $0 |
| Walls/Ceiling | | $0 |
| Carpets/Floors | | $0 |
| Cabinets/Countertops | | $0 |
| Plumbing | | $0 |
| Electrical | | $0 |
| Heating/AC | | $0 |
| Appliances | | $0 |
| Door/Trim | | $0 |
| Cleaning | | $0 |
| Other | | $0 |
| | Estimated Interior Repairs | $0 |
| | Estimated Total Repairs | $0 |

## PRIOR SALES & LISTING HISTORY

| Date Listed | Date Sold | List Price | Sale Price | Data Source | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## COMMENTS

**Service Provider Comments:**
the market is stable in this area an most homes will sell within 120 days. The market should remain stable over the next 30 days. The subject larger than most comps in the mls. These were all the comps I could find in the area. Most were smaller in gla. I gave the following adjustments to the comps. $1000 per 100 sq ft, $3000 per bedroom, $2000 per room count, $2500 per half bathroom and $4000 per full bathroom, $6000 for a finished basement, $7000 for an above ground pool, $1500 for a fence, a porch, a patio or a deck, $5000 for homes built before 1950 and $2500 per garage space and $15000 for average condition and $2500 for a smaller lot size and $5000 for a 4 acre lot. Lot sizes vary in this semi rural area. The address was not on the home. I goggled the home and I looked at the addressed of the home all around to determine this was the subject home.I attest that I have researched the subject's sales history and found no sales within the past 3 years.

**Vendor Comments:**

**Quality Control Comments:**
The List price for Comparable Listing #1: in average condition, smaller in gla, older in age,. The square footage of Comparable Listing #1: most comps in mls smaller in gla than subject. The square footage of Comparable Listing #3: most comps in mls smaller in gla than subject. The sales date for Comparable Sale #1: not enough sales in the area in 120 days that matched subject. The sales date for Comparable Sale #3: not enough sale sin the area in 120 days that matched subject. The sales price for Comparable Sale #3: smaller in gla, 1 car garage, only 1 bathroom, older in age. The square footage of Comparable Sale #2: most homes in mls smaller in gla than subject. The square footage of Comparable Sale #3: most homes in mls smaller in gla than subject. Sold Comp# 1 is most similar to the subject: both larger homes, both full basement. Active Comp# 3 is most similar to the subject: both have 4 bedrooms and 2.5 bathrooms.

/s/ Wendy Syed (40SY0991617) - Really USA
Service Provider Signature (License Number) - Company Name

Nov 18 2015 11:40AM
Date

*Broker agreed to digital signature upon submission.*





| | Address | City | BR | BA | LotSize | SaleDate | Yr Blt | Sale/List Price | Dist |
|---|---|---|---|---|---|---|---|---|---|
| ★ | 6425 ENGEL DR | HAMBURG | 4 | 2.5 | 1.02ac | | 1960 | | |
| L1 | 84 HURON ST | HAMBURG | 4 | 3.0 | 0.19ac | | 1932 | $185,000 | 0.71 |
| L2 | 189 UNION ST | HAMBURG | 4 | 2.5 | 0.50ac | | 1830 | $220,000 | 1.16 |
| L3 | 50 SCOOTER CIR | HAMBURG | 3 | 2.5 | 0.20ac | | 2010 | $229,900 | 1.33 Miles |
| S1 | 3377 E PLEASANT DR | HAMBURG | 3 | 1.5 | 4.00ac | Mar 13 2015 | 1976 | $240,000 | 0.92 |
| S2 | 3250 OLD LAKEVIEW RD | HAMBURG | 3 | 2.5 | 0.70ac | Jun 30 2015 | 1992 | $230,000 | 0.55 |
| S3 | 285 PROSPECT AVE | HAMBURG | 4 | 1.0 | 0.28ac | Nov 21 2014 | 1920 | $206,000 | 1.28 |





MapTuit Map

Photo (Front)

Photo (Addr Verification)



Photo (Side)



Photo (Side)



Photo (Side)







Photo (Street)



Photo (Street)



Photo (Other)





Photo (View across street)



# Sold Comparables



**SOLD 1**

| Address | 3377 E PLEASANT DR | | | Zip | 14075 | Sales Price | $240,000 |
|---|---|---|---|---|---|---|---|
| Bed | 3 | Bath | 1.5 | Rooms | 8 | Sale Date | Mar 13 2015 |
| Sq Ft | 2400 | Lot Size | 4.00ac | Yr Built | 1976 | Final List Price | $240,000 |
| Proximity | 0.92 | DOM | 82 | View | neighborhood | Last Reduction Date | Oct 29 2014 |
| Basement | Y | Bsmt SQFT | 1285 | % Finish | 0% | Original List Price | $239,900 |
| Condition | Good | Style | 2-Story Conv | Units | 1 | Initial List Date | Oct 29 2014 |
| Pool/Spa | N / Y | Patio/Deck | Y / Y | Fireplace | Y | Garage Type | Attached |

Property/MLS Comments:
cedar exterior, black top drive way, 3 season room, mature trees, gourmet kitchen



**SOLD 2**

| Address | 3250 OLD LAKEVIEW RD | | | Zip | 14075 | Sales Price | $230,000 |
|---|---|---|---|---|---|---|---|
| Bed | 3 | Bath | 2.5 | Rooms | 7 | Sale Date | Jun 30 2015 |
| Sq Ft | 2009 | Lot Size | 0.70ac | Yr Built | 1992 | Final List Price | $230,000 |
| Proximity | 0.55 | DOM | 14 | View | neighborhood | Last Reduction Date | Apr 3 2015 |
| Basement | Y | Bsmt SQFT | 1005 | % Finish | 30% | Original List Price | $239,900 |
| Condition | Good | Style | 2-Story Conv | Units | 1 | Initial List Date | Apr 3 2015 |
| Pool/Spa | N / N | Patio/Deck | Y / N | Fireplace | Y | Garage Type | Attached |

Property/MLS Comments:
vinyl exterior, concrete drive way, large country kitchen with island, well landscaped



**SOLD 3**

| Address | 285 PROSPECT AVE | | | Zip | 14075 | Sales Price | $206,000 |
|---|---|---|---|---|---|---|---|
| Bed | 4 | Bath | 1 | Rooms | 8 | Sale Date | Nov 21 2014 |
| Sq Ft | 2200 | Lot Size | 0.28ac | Yr Built | 1920 | Final List Price | $240,000 |
| Proximity | 1.28 | DOM | 13 | View | neighborhood | Last Reduction Date | Sep 2 2014 |
| Basement | Y | Bsmt SQFT | 1482 | % Finish | 0% | Original List Price | $198,000 |
| Condition | Good | Style | 2-Story Conv | Units | 1 | Initial List Date | Sep 2 2014 |
| Pool/Spa | N / N | Patio/Deck | Y / Y | Fireplace | Y | Garage Type | Detached |

Property/MLS Comments:
wood exterior, black top drive way, wide open kitchen with granite, multi tier deck



# Listing Comparables

| | Address | 84 HURON ST | | | Zip | 14075 | Current List Price | $185,000 |
|---|---|---|---|---|---|---|---|---|
| | Bed | 4 | Bath | 3 | Rooms | 8 | Last Reduction Date | Aug 5 2015 |
| | Sq Ft | 2072 | Lot Size | 0.19ac | Yr Built | 1932 | Original List Price | $198,000 |
| | Proximity | 0.71 | DOM | 173 | View | neighborhood | Initial List Date | May 28 2015 |
| | Basement | Y | Bsmt SQFT | 1036 | % Finish | 0% | Garage Type | Attached |
| | Condition | Average | Style | 2-Story Conv | Units | 1 | | |
| | Pool/Spa | N / N | Patio/Deck | Y / N | Fireplace | Y | | |

Property/MLS Comments:
vinyl sided, black top drive way, thick wood molding, has hardwood flooring

| | Address | 189 UNION ST | | | Zip | 14075 | Current List Price | $220,000 |
|---|---|---|---|---|---|---|---|---|
| | Bed | 4 | Bath | 2.5 | Rooms | 9 | Last Reduction Date | Oct 27 2015 |
| | Sq Ft | 2578 | Lot Size | 0.50ac | Yr Built | 1992 | Original List Price | $259,000 |
| | Proximity | 1.16 | DOM | 148 | View | neighborhood | Initial List Date | Jun 22 2015 |
| | Basement | Y | Bsmt SQFT | 1402 | % Finish | 0% | Garage Type | Detached |
| | Condition | Average | Style | 2-Story Conv | Units | 1 | | |
| | Pool/Spa | N / N | Patio/Deck | N / N | Fireplace | Y | | |

Property/MLS Comments:
wood exterior, black top drive way, has a side porch, has a formal dining room

| | Address | 50 SCOOTER CIR | | | Zip | 14075 | Current List Price | $229,900 |
|---|---|---|---|---|---|---|---|---|
| | Bed | 3 | Bath | 2.5 | Rooms | 8 | Last Reduction Date | Nov 5 2015 |
| | Sq Ft | 2112 | Lot Size | 0.20ac | Yr Built | 1920 | Original List Price | $229,900 |
| | Proximity | 1.33 Miles | DOM | 12 | View | neighborhood | Initial List Date | Nov 5 2015 |
| | Basement | Y | Bsmt SQFT | 1352 | % Finish | 0% | Garage Type | Attached |
| | Condition | Good | Style | 2-Story Conv | Units | 1 | | |
| | Pool/Spa | N / N | Patio/Deck | N / N | Fireplace | N | | |

Property/MLS Comments:
vinyl exterior, concrete drive way, wooded lot, gorgeous kitchen, gourmet island

Neither eMortgage Logic nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker price opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose. The purpose of this BPO is to provide an estimate of the probable sales price of the property, utilizing the sales comparison approach methodology and will not be used for loan origination. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit. Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed appraiser must be obtained.