# EXHIBIT C

```
PAY4 0000848549      AS-OF 03/03/16          CALCULATION TOTALS 02/03/16   10:32:53
NAME JH WISHMAN    CONTACT NAME JOHN H WISHMAN JR
------------------------------------------------------------------------------------
PRINCIPAL BALANCE          182,692.48         ----------- RATE CHANGES -----------
INTEREST 03/03/16           47,497.93  CALC  INT FROM    RATE         AMOUNT
PRO RATA MIP/PMI                  .00        12/01/10    5.37500      47,497.93
ESCROW ADVANCE              45,395.92        03/03/16
ESCROW BALANCE                    .00
SUSPENSE BALANCE                  .00
HUD BALANCE                       .00
REPLACEMENT RESERVE               .00
RESTRICTED ESCROW                 .00
TOTAL-FEES                      43.50
ACCUM LATE CHARGES             398.56
ACCUM NSF CHARGES                 .00
OTHER FEES DUE                    .00
PENALTY INTEREST                  .00
FLAT/OTHER PENALTY FEE            .00        TOTAL INTEREST           47,497.93
CR LIFE/ORIG FEE RBATE            .00        TOTAL                   280,216.89
RECOVERABLE BALANCE          4,188.50
------------------------------------------------------------------------------------
4B  A                                                                        05/23
Connected to FIS3270.fnfismd.com (206.201.76.6)      TSW5R057           OVR    NUM
```