UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

**RESIDENTIAL CAPITAL, LLC, et al.,**

Chapter 11
Case no. 12-12020 (mg)

### AFFIDAVIT OF SERVICE

                    Debtor.
------------------------------------------------------------X
STATE OF NEW YORK         )
COUNTY OF WESTCHESTER     ) ss.:

I, **Jeffley Edouard**, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age and reside in Westchester, New York.

On March _5_, 2016, I served the within copy of the **Written Request and Senior Lien Stay Relief Questionaire** by depositing true copies thereof enclosed in a post-paid envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
James Newton, and
Erica J. Richards

John Wishman, Jr.
Mary Wishman
6425 Engel Dr.
Hamburg, NY 14075

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Edward J. Snyder, Esq.
Snyder Law Office
3976 Seneca Street
West Seneca, New York 14224

Sworn to before me this
_3rd_ day of March, 2016

_____
Notary Public

_____
Jeffley Edouard

Margarita D. Bjorkander
Notary Public, State of New York
No. 01BJ6229278
Qualified in Putnam County
Commission Expires October 4, 2018