UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                            Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RESCAP BORROWER CLAIMS TRUST,           Case No. 12-12020-mg
   Objector
v.
TIA DANIELLE SMITH,
   Creditor-Beneficiary

---

### DESIGNATION OF CONTENTS OF RECORD ON APPEAL

---

     **NOW COMES** Tia Danielle Smith, by her attorney, Wendy Alison Nora, pursuant to Fed. R. Bankr. P. 8009, and designates the following documents as her contents of the record on appeal (Notice of Appeal, filed on February 22, 2016 as Doc. 9647):

1. Doc. 7188: 69th Omnibus Objection by RESCAP Liquidating Trust to "No Liability Claims" based on "Books and Records"

2. Doc. 7300: Response of Appellant to Objection to Proofs of Claim ## 3889, 4129, 4134, and 4139 by RESCAP Liquidating Trust

3. Doc. 7410: Reply of RESCAP Liquidating Trust to Response of Tia Danielle Smith

4. Doc. 7598: Order Granting in Part and Denying in Part the RESCAP Liquidating Trust's Objection to Ms. Smith's Proofs of Claim ## 3889, 4129, 4134, and 4139

5. Doc. 9553: Memorandum of Law of RESCAP Borrower Claims Trust in Support of RESCAP Liquidating Trust's Objection to Ms. Smith's Proofs of Claim ## 3889, 4129, 4134, and 4139

6. Doc. 9555: Declaration of M. Nawaz Raja

7. Doc. 9556: Declaration of Tia Danielle Smith

8. Doc. 9557: Memorandum of Law of Tia Danielle Smith

9. Doc. 9573: Adversary Complaint of Richard D. Rode and Tia Danielle Smith v. RESCAP Borrower Claims Trust, et al. Adv. Case No. 16-01015

10. Doc. 9574: Pre-Trial Order signed on February 1, 2016, striking over Ms. Smith's positions from her description of the Nature of the Case

11. Doc. 9579: Ms. Smith's evidence in opposition to the Objection of the RESCAP Liquidating Trust being pursued by the RESCAP Borrower Claims Trust as alter ego of the RESCAP Debtors (Motion to Supplement the Record with the Exhibits reserved as Ms. Smith's Exhibits 14 and 15 at Docs. 9579-41 and 9579-42 to be filed)

12. Doc. 9580: Revised Index of Exhibits

15. Doc. 9593: Motion for Relief from Order (Doc. 7598)

16. Doc. 9595: Order Denying Motion for Relief from Order

17. Doc. 9678: Pre-Trial Order in Aniel contested claims matter in which the Aniels' positions in their description of the Nature of the Case were not stricken over and are being allowed to proceed

Dated at Minneapolis, Minnesota this 7th day of March, 2016.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
ACCESS LEGAL SERVICES, admitted pro hac vice in
the United States Bankruptcy Court for the Southern District of New York
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
Facsimile: (612) 203-3170
E-mail: accesslegalservices@gmail.com
Wisconsin Bar #1017043
Minnesota Bar #165906

**IN FORMA PAUPERIS APPLICATION FOR FILING FEE WAIVER PENDING SUBMISSION BY MOTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

## DECLARATION OF SERVICE

Wendy Alison Nora declares that on March 7, 2016 she filed the foregoing Designation of Contents of Record on Appeal with the United States Bankruptcy Court for the Southern District of New York and thereby served all parties and their counsel who are capable of receiving service by CM/ECF.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora