MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————— )
                                                    )
In re:                                              )    Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,   )    Chapter 11
                                                    )
                              Debtors.          )    Jointly Administered
                                                    )
------------------------------------------------------------ )

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 10, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY
10004-1408

**I.**        **SETTLED/RESOLVED MATTERS**

**1.**        Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio
             Pichardo [Docket No. 8676]

             **Related Document(s)**:

             **a.**        Proof of Service and Lift Stay Motion filed by Julio Pichardo [Docket No.
                          8798]

             **b.**        Memorandum Opinion and Order (I) Sustaining in Part and Overruling in
                          Part The ResCap Borrower Claims Trust's Objection to Claim Number 452
                          Filed by Julio Pichardo and (II) Denying Julio Pichardo's Motion to Lift
                          the Automatic Stay [Docket No. 8971]

             **c.**        Letter from Julio Pichardo to Judge Glenn Regarding Evidence of
                          Payments [Docket No. 8987]

12-12020-mg    Doc 9722    Filed 03/08/16    Entered 03/08/16 14:51:28    Main Document
Pg 2 of 7

**d.**        Letter from Julio Pichardo to Judge Glenn Regarding Clarification of Findings and Ruling [Docket No. 9006]

**e.**        Letter from Julio Pichardo to Judge Glenn Regarding Clarification of Findings and Ruling [Docket No. 9039]

**f.**        Notice of Status Conference on September 3, 2015 at 10:00 A.M. (Prevailing Eastern Time) Regarding (I) The Memorandum Opinion And Order (I) Sustaining In Part And Overruling In Part The ResCap Borrower Claims Trusts Objection To Claim No. 452 Filed By Julio Pichardo And (II) Denying Julio Pichardo's Motion To Lift The Automatic Stay [Docket No. 9059]

**g.**        Motion for Relief from Stay filed by Julio Pichardo [Docket No. 9064]

**h.**        Proposed Order Filed by Julio Pichardo Imposing August 5, 2009 Agreement [Docket No. 9068]

**i.**        The ResCap Borrower Claims Trust's Status Report [Filed on September 11, 2015] Regarding the Objection of the ResCap Borrower Claims Trust to Claim Number 452 Filed By Julio Pichardo [Docket No. 9141]

**j.**        Order Regarding Future Proceedings Concerning the ResCap Borrower Claims Trust's Objection to Claim Number 452 Filed by Julio Pichardo [Docket No. 9177]

**k.**        The ResCap Borrower Claims Trust's Status Report [Filed on October 9, 2015] Regarding the Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 9244]

**l.**        Request of Julio Pichardo Authorizing Refund of Fee Paid Towards Motion For Relief From Automatic Stay [Docket No. 9342]

**m.**        Order Regarding Julio Pichardo's Request Authorizing Refund of Fee Paid Towards Motion for Relief From Automatic Stay [Docket No. 9346]

**Response(s)**:

**a.**        Response of Julio Pichardo to Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo and Request for Evidentiary Hearing [Docket No. 8745]

**b.**        Supplemental Response of Julio Pichardo to Objection of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8878]

ny-1224218                                          2

**Reply**:

    **a.**      Reply in Support of The ResCap Borrower Claims Trust to Claim Number 452 Filed by Julio Pichardo [Docket No. 8876]

    **Status**:    This matter has been settled and will not be going forward.

## II.    PRE-TRIAL AND STATUS CONFERENCE(S)

**2.**    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

    **Related Document(s)**:

    **a.**      Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112]

    **b.**      Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8516]

    **c.**      ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574]

    **d.**      Order Granting the ResCap Borrower Claims Trust's Motion for Partial Reconsideration [Docket No. 8972]

    **e.**      Letter to Judge Glenn from Jordan A. Wishnew regarding Status of Settlement of Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 9038]

    **f.**      Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on October 15, 2015 at 10:00 a.m. [Docket No. 9240]

    **g.**      Motion [of Laird J. Heal] to Withdraw as Attorney [Docket No. 9258]

    **h.**      Order Permitting Laird J. Heal to Withdraw as Attorney [Docket No. 9265]

    **i.**      Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9311]

**j.**  Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to be Held on December 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9364]

**k.**  Case Management and Scheduling Order for ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (Solely as it Relates to Claim No. 3862 Filed by Rhonda Gosselin) [Docket No. 9422]

**l.**  Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) To Be Held on March 10, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9703]

**Response(s)**:

**a.**  Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**b.**  Opposition [of Rhonda Gosselin] to Motion for Reconsideration [Docket No. 8646]

**Reply**:

**a.**  ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

    **(i)**  Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

**Status**:  The status conference on this matter will be going forward.

**3.**  ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8042]

**Related Document(s)**:

**a.**  [Kenneth Dlin]'s Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 8354]

    **b.**        Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8361]

    **c.**        Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3732 Filed by Kenneth Dlin [Docket No. 8515]

    **d.**        Notice of Status Conference on ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Kenneth Dlin (Claim No. 3732) to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9319]

    **e.**        Case Management and Scheduling Order for ResCap Borrower Claims Trust's Eighty-Second Omnibus Objection to Claims (Solely as it Relates to Claim No. 3732 Filed by Kenneth Dlin) [Docket No. 9353]

    **f.**        Pretrial Order (Proposed) Regarding Kenneth Dlin [Docket No. 9704]

    **Response(s)**:

    **a.**        [Kenneth Dlin]'s Objection to Eighty-Second Omnibus Objections to Claims as to Kenneth Dlin v. GMAC Mortgage, LLC [Docket No. 8355]

    **Reply**:

    **a.**        ResCap Borrower Claims Trust's Reply in Support of its Eighty-Second Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 3732 Filed by Kenneth Dlin and ResCap Liquidating Trust's Objection to Kenneth Dlin's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 8485]

    **Status**:        The pre-trial conference on this matter, solely as it relates to the claim filed by Kenneth Dlin (Claim No. 3732), will be going forward.

**4.**        Letter from J. Wishnew to Judge Glenn Requesting Pre-Motion Conference on a Motion for Summary Judgment as to Richard D. Rode [Docket No. 9699]

    **Related Document(s)**:

    **a.**        Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode [Docket No. 9094]

    **b.**          Case Management & Scheduling Order Regarding ResCap Borrower Claims Trust's Objection to Claim Numbers 5610 and 5612 Filed by Richard D. Rode [Docket No. 9356]

    **c.**          Order Denying Request to File Summary Judgment Motion Regarding Claims 5610 and 5612 Filed by Richard D. Rode [Docket No. 9700]

    **d.**          Notice of Case Management Conference on ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode Scheduled for March 10, 2016 at 10:00 A.M. (Prevailing Eastern Time) [Docket No. 9707]

    **e.**          Letter to Judge Glenn from Wendy Alison Nora on behalf of Richard D. Rode requesting telephonic discovery conference [Docket No. 9714]

**Response(s)**:      None.

**Status**:      A case management conference on this matter will be going forward.

## III.      **CONTESTED MATTER**:

**5.**      Second Motion to Further Extend the Date by Which Objections to Claims Must Be Filed [Docket No. 9634]

    **Related Document(s)**:    None.

    **Response(s)**:

    **a.**          Objection [of Richard D. Rode and Tia Danielle Smith] to the ResCap Liquidating Trust's Second Motion to Further Extend the Date by Which Objections to Claims Must Be Filed by the ResCap Borrower Claims Trust Dated February 18, 2016 [Docket No. 9688]

    **Reply**:

    **a.**          Reply in Support of Second Motion to Further Extend the Date by Which Objections to Claims Must be Filed [Docket No. 9721]

    **Status**:      The hearing on this matter will be going forward.

## IV.      **ADVERSARY PROCEEDING MATTER(S)**

***Rode v. ResCap Borrower Claims Trust*** **(Adv. Proc. No. 16-1015 (MG))**

**6.**      Pre-Trial Status Conference

    **Related Document(s)**:

    **a.**          Complaint [Docket No. 1]

**b.**      Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 2]

**c.**      Summons and Notice of Pre-Trial Conference [Docket No. 5]

**d.**      Defendants' Progress Report Pursuant to Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 6]

**e.**      Plaintiffs' Statement Regarding the Applicability of the Supplemental AP Procedures for AP Actions and the Validity of the Notice of Applicability of Order Approving Mandatory Supplemental AP Procedures of AP Actions Filed on February 5, 2016 as Docket No. 2 [Docket No. 8]

**Status**:      The pre-trial status conference in this matter will going forward.

Dated:  March 8, 2016                   /s/ Norman S. Rosenbaum
        New York, New York              Norman S. Rosenbaum
                                        Jordan A. Wishnew
                                        MORRISON & FOERSTER LLP
                                        250 West 55th Street
                                        New York, New York 10019
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for The ResCap Borrower Claims
                                        Trust and The ResCap Liquidating Trust*