**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED CASE MANAGEMENT & SCHEDULING ORDER REGARDING RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NUMBERS 5610 AND 6512 FILED BY RICHARD D. RODE**

This Amended Case Management and Scheduling Order is entered by the Court, following a Scheduling Conference held on March 10, 2016, in accordance with Fed. R. Civ. P. 16(b) and 26(f), and relates to the objection [Docket No. 8452] of the ResCap Borrower Claims Trust (the "Borrower Trust") to the proofs of claim filed by Richard D. Rode ("Claimant") (Claim Nos. 5610 and 5612).

1. All fact discovery shall be completed no later than February 16, 2016.

2. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure ("Civil Rules"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York ("Local Bankruptcy Rules").

3. Expert discovery

a. All expert discovery shall be completed no later than May 1, 2016.

b. Claimant's expert reports shall be served on the Borrower Trust no later than March 11, 2016, as previously agreed by the parties.

c. Notwithstanding Paragraph 3.b. above, Claimant's expert report of Robert Adams shall be served on the Borrower Trust no later than April 1, 2016 at 5 p.m.

(Prevailing Eastern Time). The deposition of Mr. Adams, if any, shall take place in Houston, Texas, unless otherwise agreed to by the parties.

    d. The Borrower Trust's expert report(s), if any, shall be served on Claimant no later than April 15, 2016 at 5 p.m. (Prevailing Eastern Time). The deposition of the Borrower Trust's expert(s), if any, shall take place where such expert(s) is located, unless otherwise agreed to by the parties.

    4. Motions

    a. All motions and applications shall be governed by the Civil Rules, Bankruptcy Rules and Local Bankruptcy Rules, including pre-motion conference requirements. Pursuant to the authority provided by Fed. R. Civ. P. 16(b)(2), a motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto (*see* Local Bankruptcy Rule 7056-1) is made in writing within fourteen (14) days after the close of fact discovery (*see* paragraph 1 hereof).

    b. Motion papers shall be filed promptly after service. All motions, and courtesy copies of motions, shall include a table of contents listing all affidavits and exhibits. Affidavits and exhibits shall be clearly identified by tabs on both the original and courtesy copies. Exhibits shall be marked sequentially such that no exhibit number or letter repeats, regardless of the affidavit to which it is attached. Exhibits for plaintiffs should be marked by numbers; exhibits for defendants should be marked by letters.

    c. Two courtesy copies of all motions papers shall be delivered to chambers as soon as practicable after filing.

    d. **Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are**

**limited to 10 pages. All memoranda shall be double-spaced, 12-point font, with 1"
margins. Memoranda of 10 pages or more shall contain a table of contents and a
table of authorities.**

e. Prior to filing a motion, counsel for the moving party shall contact my Courtroom Deputy, Deanna Anderson, to obtain a hearing date for the motion.

5. In the event of any discovery dispute in this action, counsel shall first meet and confer in an effort to resolve the dispute. If counsel are unable to resolve the dispute, counsel for any party seeking assistance from the Court shall, before filing any discovery motion, arrange a conference call with the Court with all counsel involved in the dispute. The Court will endeavor to resolve the dispute without the filing of any discovery motions.

6. The next Case Management Conference will be held on May 10, 2016 at 2 p.m. (Prevailing Eastern Time). The Borrower Trust's counsel shall arrange a call-in number.

7. This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend any deadline established by this Order shall be made in a written application no less than five (5) days prior to the expiration of the date sought to be extended.

**IT IS SO ORDERED.**

Dated:  March 11, 2016
        New York, New York

                                                      /s/Martin Glenn
                                                    MARTIN GLENN
                                            United States Bankruptcy Judge