# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

Residential Capital, LLC, et al.,
    Debtor

Case No. 12-12020 (MG)

Judge Martin Glenn

**Designation of Record on Appeal**

Appellants Patricia J. McNerney, through counsel, and Susan M. Gray, Pro Se, respectfully designate the following as the record on appeal

    Claim Nos. 4757, 4758, 4762, and 4764.

    Docket 9280--Objection to Claim Nos. 4757, 4758, 4762, and 4764.

    Docket 9328  Response in Opposition to Objections to claims 4757, 4758, 4762, and 4764, with all exhibits thereto filed November 16, 2015

    Docket 9333 Motion to Strike Affidavit of David Wallace

    Docket 9334 Motion to Strike Declaration of Sara Lathrop

    Docket 9355  Motion for Relief from Stay Filed November 22, 2016

    Docket 9393-Rescap (A) Reply in Support of objection to claim numbers 4757, 4758, 4762, 4764 and (b) Rescap Objection to Susan Gray and Patricia McNerney's Motion for Relief from Stay

    Docket 9421—Order Denying Motion by Patricia J. McNerney and Susan M. Gray for Limited Relief from Stay

    Docket 9443—Notice of Filing Letter to Judge Glenn filed December 22, 2016 with letter attached

    Docket 9690—Memorandum of Opinion and Order Sustaining the RESCAP Borrower Claims Trust's Objection to Claims Nos. 4757, 4758, 4762 and 4764

    Transcript of Proceedings from Hearing related to Objections to Claim Nos. 4757, 4758, 4762, and 4764 on December 16, 2015 at 10:00 a.m. before Honorable Judge Martin Glenn

Respectfully Submitted,

/s/ Susan M. Gray
Susan M. Gray (0062356)
Attorney for Ms. McNerney
Ohio Savings Bank Building, Suite 210
22255 Center Ridge Road
Rocky River, OH 44116
Tel. 440.331.3949
Fax. 440.331.8160
smgray@smgraylaw.com