# United States Bankruptcy Court
## Southern District of New York
## Manhattan Division

|  |  |
|---|---|
| In Re RESIDENTIAL CAPITAL, LLC, et al, ) <br> Debtors                               ) <br>                                                     ) <br>                                                     ) <br>                                                     ) <br>                                                     ) <br>                                                     ) | Debtor Case No. <u>12-12020-MG</u> <br><br> Chapter <u>11</u> <br><br> <u>Jointly Administered</u> |

### NOTICE OF APPEARANCE

Comes now LAIRD J. HEAL, ESQ. before this Honorable Court and enters his Appearance on behalf of Rhonda Gosselin, Creditor[1] in the above-captioned matter:

Noting that the Court has previously admitted[#4929] the undersigned <u>pro hac vice</u> for this case.  The Court allowed[#9265] Attorney Heal to withdraw while he was suspended by the District of Massachusetts after a stroke, and reinstated after an evaluation.  In the meantime, Ms. Gosselin has not been able to find substitute counsel, and on March 10, 2016, the Court ordered Attorney Heal to file this Notice of Appearance.

                                                    Respectfully Submitted,

                                                  <u>/s/ Laird J. Heal</u>
                                                  Laird J. Heal, Esq. BBO# 553901
                                                  36 Central Square, Suite 4
                                                  Boston, MA 02128-1911
                                                  617-851-0232
                                                  617-561-1055 facsimile
                                                  LairdHeal@LH-Law-Office.com

Dated:  March 15, 2016

---

1    Proof Of Claim #3862

CERTIFICATE OF SERVICE

I hereby certify that immediately upon receipt of the Notice of Electronic Filing, I will immediately cause service of the within included Notice of Appearance by first class mail, together with this Certificate of Service, upon any party not shown here as receiving electronic service, namely:

*By Electronic Service*

Norman S. Rosenbaum
Jordan S. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

*By First-Class Mail*

/s/ Laird J. Heal
Laird J. Heal