

DAB
3/11/16

[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 16-mc-63
DATE FILED: 3/11/16

The Court has reviewed the Parties' March 11, 2016 Stipulation and, upon good cause shown, grants the Stipulation as follows:

1. This matter is transferred to Judge Glenn for decision.

2. The Parties will hold a preliminary telephonic conference with Judge Glenn on March 23, 2016, unless Judge Glenn orders otherwise. Subject to the outcome of that conference:

   a. The hearing date for the Motion shall be April 7, 2016, unless Judge Glenn orders otherwise.

   b. MBIA and the Liquidating Trust shall submit their respective briefs with respect to the Motion by no later than March 25, 2016, at 5:00 P.M. Eastern time.

   c. Movants shall submit a combined responsive brief by no later than April 4, 2016. The page limit for that brief is 20 pages.

   d. The Parties must serve the foregoing briefs by email within two hours of being filed.

3. If the Court orders production of MBIA's Examiner Submission from RFC's Chapter 11 Proceedings, MBIA shall produce that document within one business day of such ruling.

4. The parties reserve all rights with respect to whether the matter to be determined by Judge Glenn is a core or non-core proceeding.

IT IS SO ORDERED.

Dated: March 11, 2016

*Deborah A. Batts*

Hon. _____