**<u>Exhibit D</u>**

Identifier: ████003    Doc Type: IEAD

12-12020-mg    Doc 9759-5    Filed 03/18/16    Entered 03/18/16 11:15:09    Lathrop
Decl. Exhibit D    Pg 2 of 3

# BUYERS PAYMENT INFORMATION

Loan Number: ████003                     Date: _____ December 16, 2005 _____

Borrower: Lynn Chapman Greene

Property: 6526 Wauconda Drive  Larkspur, CO  80118

## Monthly Payment

| | | |
|---|---|---|
| Principal & Interest | $ | 2,299.75 |
| PMI/MIP Reserve | $ | |
| County Tax Reserve | $ | 114.91 |
| City Tax Reserve | $ | |
| Hazard Insurance Reserve | $ | 57.75 |
| | $ | |
| | $ | |
| | $ | |
| Less Buydown Subsidy | $ | |
| To Round Payment | $ | |
| | | |
| TOTAL MONTHLY PAYMENT | $ | 2,472.41 |

**ALL PAYMENTS ARE DUE ON THE FIRST DAY OF EACH MONTH AND DELINQUENT
THE SECOND**

Payment coupons will be mailed directly to you. If your payment coupons do not arrive by the 25th of the month preceding your first payment, please mail your check for the total payment amount to:

**GMAC Mortgage
P.O. Box 780
Waterloo, IA  50704**

Make sure to reference your loan number on all remittances.  Please contact the Loan Servicing Department at the above location should you have any questions.

YOUR FIRST PAYMENT IS DUE: _____ February 1, 2006 _____

The undersigned borrower(s) hereby acknowledge receipt of a copy of this letter on ___16th___ day of ___December___ 2005 .

_Lynn Chapman Greene_

9044 CV (12/00)        601383003

GOTO(000c&7f)

Identifier: [redacted]8003    Doc Type: IEAD

12-12020-mg    Doc 9759-5    Filed 03/18/16    Entered 03/18/16 11:15:09    Lathrop
Decl. Exhibit D    Pg 3 of 3

**Initial Escrow Account Disclosure Statement**
Required by Section 10(c)(1) of the Real
Estate Settlement Procedures Act (RESPA)

U.S. Department of Housing
and Urban Development

Clarion Mortgage Capital, Inc.
9034 East Easter Place # 100
Centennial, CO 80112
(303) 843-0777

Lynn Chapman Greene

6526 Wauconda Drive
Larkspur, CO 80118

Date:  December 16, 2005

## TYPE OF LOAN

☐ FHA    ☐ FmHA    ☒ Conv. Unins.    ☐ Conv. Ins.    ☐ VA

Loan Number: [redacted]8003

## ESCROW ACCOUNT INFORMATION

The terms of your loan may require you to have an escrow account to assure that certain obligations relating to the mortgaged property such as taxes, insurance premiums, and other charges, are paid. The amount specified below will be collected, along with your mortgage principal and interest payments, during the first 12 months or prior to the Note Holder's Annual Escrow Analysis (whichever comes first) after your account is opened to pay these anticipated expenses.

Your monthly mortgage payment for the coming year will be $  2,472.41  of which $  2,299.75  will be principal and interest (P & I), and $  172.66  will go into your escrow account.

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

Cushion Amount Chosen By Servicer: $  345.32
Credit To Borrower, HUD-1 & HUD-1A: $  (344.75)

Starting Balance: $  1,208.60

| Period | Payment to Escrow Account | Description | Payment From Escrow Account | Monthly Balance |
|---|---|---|---|---|
| 02/01/06 | 172.66 | County Taxes - 689.45 | 689.45 | 691.81 |
| 03/01/06 | 172.66 | | | 864.47 |
| 04/01/06 | 172.66 | | | 1,037.13 |
| 05/01/06 | 172.66 | County Taxes - 689.45 | 689.45 | 520.34 |
| 06/01/06 | 172.66 | | | 693.00 |
| 07/01/06 | 172.66 | | | 865.66 |
| 08/01/06 | 172.66 | Hazard Insurance - 693.00 | 693.00 | 345.32 |
| 09/01/06 | 172.66 | | | 517.98 |
| 10/01/06 | 172.66 | | | 690.64 |
| 11/01/06 | 172.66 | | | 863.30 |
| 12/01/06 | 172.66 | | | 1,035.96 |
| 01/01/07 | 172.66 | | | 1,208.62 |

SIGNATURES ARE OPTIONAL. By signing below, I/We acknowledge receipt of a copy of this addendum to the HUD Settlement Statement.

X _Lynn Chapman Greene_    12/16/05    X _____
Lynn Chapman Greene    Date    Date

X _____    X _____
Date    Date

X _____    X _____
Date    Date

If you have any questions about this initial Escrow Account Statement, please contact:

Clarion Mortgage Capital, Inc.

(303) 843-0777
Telephone Number

NOTE:    Please keep this Disclosure Statement for comparison with the actual activity outlined in your Annual Analysis Statement.
Refer to your HUD Settlement Statement for detailed information on taxes and insurance premiums.

1389.CV (6/05)    601383003

GOTO(060d8c7e)