**Exhibit F**

Identifier: ███3003    Doc Type: HUD1

12-12020-mg    Doc 9759-7    Filed 03/18/16    Entered 03/18/16 11:15:09    Lathrop Decl. Exhibit F    Pg 2 of 7

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | | B. TYPE OF LOAN | OMB No. 2502-0265 |
|---|---|---|---|
| | | 1. ☐ FHA  2. ☐ FMHA  3. ☐ CONV. UNINS. 4. ☐ VA  5. ☐ CONV. INS. | |
| Security Title Guaranty Co. 117 S. Elizabeth Street Suite P. O. Box 1461 Elizabeth, CO 80107 FINAL | | 6. ESCROW FILE NUMBER: S0092046-100 SH | 7. LOAN NUMBER: ███3003 |
| | | 8. MORTGAGE INSURANCE CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Lynn Chapman Greene

ADDRESS OF BORROWER: 3526 Wauconda Drive, Larkspur, CO 80118

E. NAME OF SELLER:

ADDRESS OF SELLER:

F. NAME OF LENDER: Clarion Mortgage Capital, Inc
ADDRESS OF LENDER: 9034 East Easter Palce #100, Centennial, CO 80112

G. PROPERTY LOCATION: 3526 Wauconda Drive, Larkspur, CO 80118
Douglas 0013944
Lot(s) 19, Block 1, of Perry Park

H. SETTLEMENT AGENT: Security Title Guaranty Co.
PLACE OF SETTLEMENT: 117 S. Elizabeth Street Suite, P. O. Box 1461, Elizabeth, CO 80107

I. SETTLEMENT DATE: 12/16/2005    PRORATION DATE:    FUNDING DATE: 12/21/2005

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 6,875.43 | 403. | |
| 104. Payoff to Castle Rock Bank | 392,816.62 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 399,692.05 | 420. Gross Amount Due to Seller | |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 399,500.00 | 502. Settlement charges to Seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 399,500.00 | 520. Total Reductions In Amount Due Seller | |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 399,692.05 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 399,500.00 | 602. Less reductions in amount due Seller (line 52) | |
| 303. Cash FROM Borrower: | 192.05 | 603. Cash TO/FROM Seller: | 0.00 |

Hudc.rpt (04/21/2005)

ESCROW FILE NUMBER: S0092046-100 SM    OMB No. 2502-0265

## L. SETTLEMENT CHARGES:

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission:** | | |
| Based on Price $ @ % = | | |
| Division of Commission (line 700) follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| $ to | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable In Connection With Loan:** | | |
| 801. Loan Origination Fee .702% to Clarion Mortgage Capital, Inc | 2,804.49 | |
| 802. Loan Discount Fee | | |
| 803. Appraisal Fee to Dunn Appraisals | 350.00 | |
| 804. Credit Report to Clarion Mortgage Capital, Inc | 46.75 | |
| 805. Lenders Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting Fee to Clarion Mortgage Capital, Inc. | 255.00 | |
| 809. Courier Fee to Clarion Mortgage Capital, Inc | 20.00 | |
| 810. Flood Cert Fee to Clarion Mortgage Capital, Inc | 12.00 | |
| 811. | | |
| 812. MERS Registration to Clarion Mortgage Capital, Inc | 3.95 | |
| **900. Items Required By Lender To Be Paid In Advance:** | | |
| 901. Interest from 12/21/05 to 01/01/06 @$62.4219/day | 686.64 | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. | | |
| 905. | | |
| **1000. Reserves Deposited With Lender:** | | |
| 1001. Hazard Insurance 7 months @$57.75 per month | 404.25 | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes 10 months @$114.91 per month | 1,149.10 | |
| 1005. Annual Assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Adjustment months @$ | 344.75- | |
| **1100. Title Charges:** | | |
| 1101. Settlement or closing fee to Security Title Guaranty Co. | 240.00 | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title Insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Security Title Guaranty Co. | | |
| (included above item numbers: ) | | |
| 1109. Lender's coverage $ 399,500.00 to Security Title Guaranty Co. | 747.00 | |
| 1110. Owner's coverage $ to Security Title Guaranty Co. | | |
| Lender's coverage $ to Security Title Guaranty Co. | | |
| Lender's coverage $ to Security Title Guaranty Co. | | |
| 1111. Tax Certificate to Security Title Guaranty Co. | 30.00 | |
| 1112. Form 100 to Security Title Guaranty Co. | 50.00 | |
| 1113. Form 140.1 to Security Title Guaranty Co. | 50.00 | |
| 1114. C1-24 Month Chain of Title to Security Title Guaranty Co. | 30.00 | |
| 1115. EDoc Fee to Security Title Guaranty Co. | 30.00 | |
| 1116. Express Delivery Fee to Security Title Guaranty Co. | 50.00 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees: Deed$ Mortgage $ 36.00 Release $ | 36.00 | |
| 1202. City/County tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. City Transfer Tax | | |
| 1205. County Transfer Tax | | |
| 1206. Release Recordings to Security Title Guaranty Co. | 40.00 | |
| 1207. | | |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection | | |
| 1303. Doc Prep Fee to Preferred Closing Svc LLC | 185.00 | |
| 1304. | | |
| 1305. | | |
| 1306. | | |

Hudc.rpt (04/21/2005)

| ESCROW FILE NUMBER: | S0092046-100 SH | | | OMB No. 2502-0265 |
|---|---|---|---|---|
| 1307. | | | | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | | 6,875.43 | 0.00 |

| ESCROW FILE NUMBER: | S0092046-100 SH | | | OMB No. 2502-0265 |
|---|---|---|---|---|
| 1307. | | | | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | | 6,875.43 | |

Hudc.rpt (04/21/2005)

ESCROW FILE NUMBER: S0092046-100 SH    OMB No. 2502-0265

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Clarion Mortgage Capital, Inc, 9034 East Easter Palce #100, Centennial, CO 80112, Loan# 60 | 399,500.00 | |
| Total of New Loans. | 399,500.00 | |

Hudc.rpt (04/21/2005)

| ESCROW FILE NUMBER: | S0092046-100 SH | | OMB No. 2502-0265 |
|---|---|---|---|

**BREAKDOWN OF PAYOFF ON HUD line 104**

Payoff to: Castle Rock Bank     Loan #: 343

| Description | Amount |
|---|---|
| Principal Balance | 392,816.62 |
| Total Payoff | 392,816.62 |
| Total as shown on HUD line #104. | 392,816.62 |

Hudc.rpt (04/21/2005)

ESCROW FILE NUMBER: S0092046-100 SH    OMB No. 2502-0265

## HUD-1 Settlement Statement Certification

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Buyers Signatures:    Sellers Signatures:

Lynn Chapman Greene

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent:

Security Title Guaranty Co.    Date: 12-16-05

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Hudc.rpt (04/21/2005)