**Exhibit G**

## Escrow Account Summary

| Date of Payment or Withdrawal | Description of Transaction/Withdrawal | Amount | Balance of Escrow Account |
|---|---|---|---|
| 1/3/2006 | initial deposit | $1,208.60 | $1,208.60 |
| 1/30/2006 | county tax | -$3,011.00 | -$1,802.40 |
| 2/10/2006 | payment | $172.66 | -$1,629.74 |
| 3/13/2006 | payment | $172.66 | -$1,457.08 |
| 4/13/2006 | payment | $172.66 | -$1,284.42 |
| 5/10/2006 | payment | $172.66 | -$1,111.76 |
| 5/10/2006 | county tax | -$3,011.00 | -$4,122.76 |
| 5/31/2006 | fire insurance | -$27.59 | -$4,150.35 |
| 6/12/2006 | payment | $172.66 | -$3,977.69 |
| 6/21/2006 | fire insurance | -$27.59 | -$4,005.28 |
| 7/13/2006 | payment | $172.66 | -$3,832.62 |
| 7/20/2006 | fire insurance | -$1,638.77 | -$5,471.39 |
| 8/14/2006 | payment | $172.66 | -$5,298.73 |
| 9/11/2006 | payment | $172.66 | -$5,126.07 |
| 10/12/2006 | payment | $172.66 | -$4,953.41 |
| 11/13/2006 | payment | $172.66 | -$4,780.75 |
| 12/12/2006 | payment | $172.66 | -$4,608.09 |
| 1/12/2007 | payment | $172.66 | -$4,435.43 |
| 2/5/2007 | county tax | -$3,473.90 | -$7,909.33 |
| 2/12/2007 | payment | $172.66 | -$7,736.67 |
| 3/12/2007 | payment | $172.66 | -$7,564.01 |
| 4/12/2007 | payment | $172.66 | -$7,391.35 |
| 5/10/2007 | payment | $172.66 | -$7,218.69 |
| 5/22/2007 | county tax | -$3,473.91 | -$10,692.60 |
| 6/29/2007 | payment | $1,136.38 | -$9,556.22 |
| 7/16/2007 | payment | $1,136.38 | -$8,419.84 |
| 7/25/2007 | fire insurance | -$1,712.00 | -$10,131.84 |
| 8/9/2007 | payment | $972.57 | -$9,159.27 |
| 9/12/2007 | payment | $972.57 | -$8,186.70 |
| 10/15/2007 | payment | $972.57 | -$7,214.13 |
| 11/16/2007 | payment | $972.57 | -$6,241.56 |
| 12/14/2007 | payment | $972.57 | -$5,268.99 |
| 1/15/2008 | payment | $972.57 | -$4,296.42 |
| 1/28/2008 | county tax | -$3,667.01 | -$7,963.43 |
| 2/14/2008 | payment | $972.57 | -$6,990.86 |
| 3/14/2008 | payment | $972.57 | -$6,018.29 |
| 4/14/2008 | payment | $972.57 | -$5,045.72 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 5/15/2008 | payment | $972.57 | -$4,073.15 |
| 5/20/2008 | county tax | -$3,667.01 | -$7,740.16 |
| 6/13/2008 | payment | $1,120.56 | -$6,619.60 |
| 7/16/2008 | payment | $1,120.56 | -$5,499.04 |
| 7/22/2008 | fire insurance | -$1,903.00 | -$7,402.04 |
| 8/13/2008 | payment | $1,120.56 | -$6,281.48 |
| 9/15/2008 | payment | $1,120.56 | -$5,160.92 |
| 10/15/2008 | payment | $1,120.56 | -$4,040.36 |
| 11/15/2008 | payment | $1,120.56 | -$2,919.80 |
| 12/16/2008 | payment | $1,120.56 | -$1,799.24 |
| 1/15/2009 | payment | $640.67 | -$1,158.57 |