**<u>Exhibit H</u>**

**Previous**   **Current**   **Next**

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 68 14/01/2014 3:19:24 PM ETPFSP342   3 4 5 6

Account No ▇▇▇3003   Statement: Type   **ANNUAL**   Date 05/16/07

SHORTAGE WAS SPREAD

PROJ STMT ESC DATA MAY BE DIFF THAN CURR DATA

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 8066.90 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 672.24 | Cushion  C-1/6 | 1344.48 |
| Cycle | 06/01/07 - 05/31/08 | RESPA Max 1/6 Cushion | 1344.48 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 08/07 | Anticipated Bal  -9794.97 | Required Bal | 1344.48 |
| SHORTAGE  -11139.45 | DEFICIENCY  .00 | | |
| EA Shortage Spread Used  0 | | View Trial Bal Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 06/01/07 - |
|---|---|---|
| 2299.75 | PRINCIPAL & INTEREST | 2299.75 |
| 172.66 | ESCROW | 672.24 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 464.14 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 2472.41 | TOTAL BORROWER PAYMENT | 3436.13 |

Message:   OK   MORE...

Command:   Submit   Reset   PrintAll