**<u>Exhibit I</u>**

| Previous | **Current** | Next | | |
|---|---|---|---|---|

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 68 14/01/2014 3:18:25 PM ETPFSP342     3 4 5 6

Account No  3003        Statement: Type        **ANNUAL**       Date   04/01/08

SHORTAGE WAS SPREAD

PROJ STMT ESC DATA MAY BE DIFF THAN CURR DATA

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 9081.45 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 756.78 | Cushion   C-1/6 | 1513.56 |
| Cycle | 06/01/08 - 05/31/09 | RESPA Max 1/6 Cushion | 1513.56 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | | |

**Results**

| | | | |
|---|---|---|---|
| Lowpoint Month: 08/08 | Anticipated Bal | -7217.25 | Required Bal   1513.56 |
| SHORTAGE   -8730.81 | DEFICIENCY | .00 | |
| EA Shortage Spread Used   0 | | View Trial Bal Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 06/01/08 - |
|---|---|---|
| 2299.75 | PRINCIPAL & INTEREST | 2299.75 |
| 972.57 | ESCROW | 756.78 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 363.78 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/-) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 3272.32 | TOTAL BORROWER PAYMENT | 3420.31 |

Message: [ ]  OK   MORE...

Command: [ ]   Submit   Reset   PrintAll