MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 22, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

### I.    ADJOURNED MATTER(S)

**1.**    ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

**b.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

ny-1225590

**c.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

**d.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

**e.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

**f.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

**g.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

**h.**     Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

**i.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

**j.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903]

**k.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 12, 2015 at 10:00 a.m. [Docket No. 7996]

**l.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 31, 2015 at 10:00 a.m. [Docket No. 8124]

**m.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to April 30, 2015 at 10:00 a.m. [Docket No. 8233]

**n.**     Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to June 23, 2015 at 10:00 a.m. [Docket No. 8417]

|   |   |
|---|---|
| **o.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to September 3, 2015 at 10:00 a.m. [Docket No. 8648] |
| **p.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to November 18, 2015 at 10:00 a.m. [Docket No. 8986] |
| **q.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 7, 2016 at 10:00 a.m. [Docket No. 9269] |
| **r.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to March 22, 2016 at 10:00 a.m. (ET) [Docket No. 9399] |
| **s.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims); Adjourned to June 15, 2016 at 10:00 a.m. [Docket No. 9629] |

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to June 15, 2016.

**2.**    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC [Docket No. 9327]

**Related Document(s)**:

|   |   |
|---|---|
| **a.** | Notice of Filing of Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in Connection Therewith [Docket No. 9384] |
| **b.** | Notice of Filing of Second Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection To Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline In Connection Therewith [Docket No. 9565] |
| **c.** | Notice of Filing of Third Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline In Connection Therewith [Docket No. 9685] |

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to April 19, 2016.

**II.        CLAIMS OBJECTIONS**

**3.**   Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) [Docket No. 9486]

**Related Document(s)**:

**a.**   Certificate of No Objection Regarding The ResCap Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) [Docket No. 9632]

**b.**   Notice of Adjournment of Hearings on ResCap Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) Solely as it Relates to the Claims Filed by Lynn C. Greene and James Cassidy (Claim No. 3484) and Diem Trang Nguyen (Claim No. 3725) [Docket No. 9658]

**c.**   Order Granting the ResCap Borrower Claims Trust's Ninety-Second Omnibus Objection to Claims ((A) No Liability Borrower Claims and (B) Allowed in Full Borrower Claim [Docket No. 9673]

**Response(s)**:

**a.**   Objection [of Lynn C. Greene and James J. Cassidy] to Disallowance of Claim and Request for Allowance [Docket No. 9745]

**Reply**:

**a.**   ResCap Borrower Claims Trust's Omnibus Reply in Support of its Ninety-Second Omnibus Objection to Claims ((I) No Liability Borrower Claims and (II) Allowed in Full Borrower Claim) as to Claim No. 3484 [Docket No. 9759]

**Status**:   The hearing on this matter, solely as it relates to the claim filed by Lynn C. Greene and James Cassidy (Claim No. 3484), will be going forward.

**4.**   ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4834 Filed by Terrance P. Gorman and Karen Gorman [Docket No. 9659]

**Related Document(s)**:   None.

**Response(s)**:   None.

**Status**:   The hearing on this matter will be going forward.

**III.     ADVERSARY PROCEEDING MATTERS**

*von Brincken v. GMAC Mortgage, LLC* **(Bankr. S.D.N.Y. Adv. Proc. No. 13-01436)**

**5.**    Motion [of Ocwen Loan Servicing, LLC] to Dismiss First Amended Complaint [Docket No. 23]

**Related Document(s)**:

a.    Amended Complaint [Docket No. 15]

b.    Joint Stipulation and Scheduling Order [Docket No. 22]

**Response(s)**:

a.    Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint and Plaintiff's Objection to Defendant's Request for Judicial Notice [Docket No. 26]

**Reply**:

a.    Reply [of Ocwen Loan Servicing, LLC] in Support of Motion to Dismiss First Amended Complaint [Docket No. 27]

**Status**:    The hearing on this matter will be going forward.

**6.**    Joint Motion of ResCap Liquidating Trust and ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6) and (II) Disallowance of Proof of Claim Number 441 Filed By Plaintiff [Chapter 11 Proc. Docket No. 9547/Adv. Proc. Docket No. 24]

**Related Document(s):**

a.    Amended Complaint [Docket No. 15]

b.    Joint Stipulation and Scheduling Order [Docket No. 22]

**Response(s)**:

a.    Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint and Plaintiff's Objection to Defendant's Request for Judicial Notice [Docket No. 26]

**Reply**:

a.    Reply in Support of Joint Motion of ResCap Liquidating Trust and ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6) and (II) Disallowance of Proof of Claim Number 441 Filed By Plaintiff [Docket No. 28]

**Status**: The hearing on this matter will be going forward.

Dated: March 18, 2016  /s/ Norman S. Rosenbaum
       New York, New York  Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*