MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**THE RESCAP BORROWER CLAIMS TRUST'S COUNTER-
DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal and Statement of

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013.  The Plan provides for the creation and implementation of the Borrower Trust.  *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S.

ny-1226026

Election[2] [Docket No. 9647] filed by appellant Tia Danielle Smith (the "**Appellant**"), from the *Order Denying Motion of Tia Smith for Relief from Prior Opinion* [Docket No. 9595] which was entered by the Bankruptcy Court on February 8, 2016.[3]

The Borrower Trust designates the following additional items to be included in the record on appeal.

**A. Pleadings**

| Docket No. | Description |
|---|---|
| 7691 | Motion For Reconsideration of the Memorandum Opinion and Order Sustaining In Part and Overruling in Part the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection To Proof of Claim Nos.: 3889, 4129, 4134 and 4139 filed by Tia Smith |
| 7699 | Letter to Judge Glenn from Tia Smith dated October 29, 2014 Regarding Notice of Order and Opinion |
| 7795 | Order Denying Motion of Tia Smith for Reconsideration |
| 7832 | Notice of Appeal [of Order Denying Motion of Tia Smith for Reconsideration] filed by Tia Smith |
| 7871 | Designation of Record on Appeal [of Order Denying Motion of Tia Smith for Reconsideration] |
| 7910 | The ResCap Borrower Claims Trust's Counter-Designation of Items for Record on Appeal [of Order Denying Motion of Tia Smith for Reconsideration] |
| 9267 | Case Management and Scheduling Order for ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (Solely as it Relates to Claim Nos. 3889, 4129, 4134 and 4139 Filed by Tia Smith) |
| 9336 | Application for Waiver of Fees and Costs for Alternative Dispute Resolution (Claim Nos. 3889, 4129, 4134 and 4139) Filed by Tia Danielle Smith |
| 9358 | ResCap Borrower Claims Trust's Response to Tia Danielle Smith's Application |

---

[2] The Appellant has failed to file a motion for leave to appeal from an interlocutory order, as required by the Federal Rules of Bankruptcy Procedure. *See* Fed. R. Bankr. P. 8003(a) and 8004(a). The Borrower Trust reserves its rights to object to the Notice of Appeal, and seek the dismissal of the appeal on this basis.

[3] For the avoidance of doubt, with regard to any pleadings and/or exhibit lists designated by the Borrower Trust, the Borrower Trust also designates any and all exhibits filed with, attached to, or otherwise referenced in such documents. For the further avoidance of doubt, the Borrower Trust designates all items designated by Appellants in Docket No. 9717, Case No. 12-12020 (MG) and all exhibits filed with, attached to, or otherwise referenced in such documents.

2

ny-1226026

| Docket No. | Description |
|---|---|
|  | for Waiver of Fees and Costs for Alternative Dispute Resolution |
| 9363 | Order Denying Motion of Tia Smith to Waive Fees and Costs for Alternative Dispute Resolution |
| 9448 | Request [of Tia Danielle Smith] for Discovery Dispute Conference (Claim Nos. 3889, 4129, 4134 and 4139) |
| 9564 | Order Adjourning Pre-Trial Conference in the Tia Smith Case |
| 9567 | Motion for Reinstatement of Leave to Appear Telephonically at the Adjourned Pre-Trial Conference Now Set for February 1, 2016 Pursuant to Fed. R. Bankr. P. 1001 and 9024 [Filed by Tia Danielle Smith] |
| 9569 | Order Denying Motion for Reinstatement of Leave to Appear Telephonically |
| 9581 | Statement on Case Status Report [Filed by Tia Danielle Smith] |
| 9584 | Declaration as Direct Testimony of Tia Danielle Smith |
| 9585 | Declaration as Direct Testimony of M. Nawaz Raja and Offer of Proof for Expert Testimony |
| 9588 | Objection to Declaration of Sara Lathrop and Objector's Exhibits A, B, C, D, E, F, G, K, L, M and N and Corrective Declaration of Tia Danielle Smith Reference Part of Smith's Responses to Interrogatories 16 and 20 [Filed by Tia Danielle Smith] |
| 9592 | Motion to Extend Time for Cross Examination of M. Nawaz Raja, Who Reports that He is Presently Hospitalized and Will Not be Released until February 8, 2016 at the Earliest and Alternative Motion for Telephonic Testimony if Medically Permitted [Filed by Tia Danielle Smith] |
| 9593 | Motion of Tia Smith for Relief from Decision Dated October 1, 2014 for Fraud, Misrepresentation or Other Misconduct of Opposing Party and Because the Newly Discovered Fraud Renders the Decision and Order of October 1, 2014 Void Because the Court Relied on the Fraudulent Misrepresentations of Deanna Horst and the Fraudulent Endorsement Stamp by Which GMAC Mortgage, LLC Employee Judy Faber Falsely Claimed to be Vice President of Residential Funding Company, LLC (All Rights Reserved) |
| 9608 | Statement of Correction of Record [Filed by Tia Danielle Smith] |
| Not Docketed | Declaration and Proposed Testimony [of Sara Lathrop] in Support of the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 3889, 4129, 4134 and 4139 Filed by Tia Danielle Smith [Attached as part of the Borrower Trust's Evidentiary Hearing Exhibits as BT-A] |
| Not Docketed | ResCap Borrower Claims Trust's Objections to the Declaration of Nawaz Raja [Attached hereto] |
| Not Docketed | ResCap Borrower Claims Trust's Objections to the Declaration of Tia Danielle Smith [Attached hereto] |

B. Other

| Docket No. | Description |
| --- | --- |
| Not Docketed | Borrower Trust Evidentiary Hearing Exhibits [Attached hereto] |
| 7497 | Transcript of Hearing from August 26, 2014 |
| 9268 | Transcript of Hearing Held on October 15, 2015 |
| 9548 | Transcript of Hearing Held on January 13, 2016 |
| 9627 | Transcript of Hearing Held on January 27, 2016 |
| 9633 | Transcript of Hearing Held on February 1, 2016 |
| 9636 | Transcript of Hearing Held on February 9, 2016 |
| Not Docketed | Proof of Claim No. 3889 |
| Not Docketed | Proof of Claim No. 4129 |
| Not Docketed | Proof of Claim No. 4134 |
| Not Docketed | Proof of Claim No. 4139 |

C. Documents from Previous Appeal, Case No. 14-cv-09711-RJC (S.D.N.Y.)

| Docket No. | Description |
| --- | --- |
| 6 | Order Regarding Failure to File Opening Brief |
| 7 | Order Regarding Request for Declaration |
| 8 | Declaration |
| 9 | Order Extending Deadline to File Opening Brief |
| 10 | Appellant's Opening Brief |
| 11 | Appellee's Brief |
| 13 | Opinion and Order |
| 14 | Clerk's Judgment |

**D. Documents from Adversary Proceeding, Case No. 16-01015-MG (Bankr. S.D.N.Y.)**

| Docket No. | Description |
|---|---|
| 10 | Notice of Dismissal Pursuant to Fed. R. Bankr. P. 7041 Incorporating Fed. R. Civ. P. 41(a)(1)(A)(i) |

Dated: March 21, 2016
      New York, New York

    /s/ Norman S. Rosenbaum
    Norman S. Rosenbaum
    Jordan A. Wishnew
    Jessica J. Arett
    MORRISON & FOERSTER LLP
    250 West 55th Street
    New York, New York 10019
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900

    *Counsel for the ResCap Borrower Claims Trust*