MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESCAP BORROWER CLAIMS TRUST'S OBJECTIONS TO THE DECLARATION OF NAWAZ RAJA**

Pursuant to the Court's order during the Pre-Trial Conference held on February 1, 2016 at 9 a.m. eastern standard time, the ResCap Borrower Claims Trust (the "Borrower Trust") submits the following objections to certain paragraphs of the *Declaration Under Penalty of Perjury as Direct Testimony of M. Nawaz Raja and Offer of Proof By Expert Testimony* [Docket No. 9555] (as amended by Docket No. 9585 filed on February 5, 2016).

| Paragraph Number | Objection(s) | Specific Sentence Within Paragraph |
|---|---|---|
| 16 | Legal conclusion, irrelevant | |
| 18 | Irrelevant | |
| 19 | Irrelevant, lack of personal knowledge | |
| 20 | Irrelevant, lack of personal knowledge | |
| 21 | Irrelevant, speculation | |
| 22 | Irrelevant, lack of personal knowledge | |
| 23 | Irrelevant | |
| 24 | Irrelevant, lack of personal knowledge, improper opinion/conclusion | |

| # | Objection | Notes |
|---|---|---|
| 25 | Irrelevant | |
| 26 | Irrelevant | |
| 27 | Irrelevant, lack of personal knowledge | |
| 28 | Irrelevant, lack of personal knowledge, improper conclusion, speculation | Conclusion objection applies to sentence: "That would mean that Homeowners either received or were denied modifications improperly." |
| 30 | Irrelevant, legal conclusion | |
| 31 | Irrelevant, legal conclusion | |
| 32 | Irrelevant | |
| 33 | Irrelevant | |
| 34 | Irrelevant | |
| 35 | Irrelevant | |
| 36 | Irrelevant, legal conclusion | |
| 37 | Irrelevant, lack of personal knowledge, improper opinion | |
| 38 | Irrelevant, legal conclusion, improper opinion | |
| 39 | Irrelevant, improper opinion | |
| 40 | Irrelevant, lack of personal knowledge | |
| 41 | Irrelevant, legal conclusion | |
| 42 | Irrelevant | |
| 43 | Irrelevant, lack of personal knowledge | |
| 44 | Irrelevant, lack of personal knowledge | |
| 45 | Irrelevant, lack of personal knowledge | |
| 46 | Irrelevant, lack of personal knowledge | |
| 47 | Irrelevant, lack of personal knowledge | |
| 48 | Irrelevant, lack of personal knowledge | |
| 49 | Irrelevant, lack of personal knowledge | |
| 50 | Irrelevant, lack of personal knowledge | |
| 51 | Irrelevant, lack of personal knowledge | |
| 52 | Irrelevant, lack of personal knowledge, legal conclusion | |

| | | |
|---|---|---|
| 53 | Irrelevant, lack of personal knowledge, legal conclusion | |
| 54 | Irrelevant, lack of personal knowledge | |
| 55 | Irrelevant, legal conclusion | |
| 56 | Irrelevant, lack of personal knowledge, improper opinion | |
| 57 | Irrelevant, lack of personal knowledge | |
| 58 | Irrelevant, lack of personal knowledge, legal conclusion, improper opinion | |
| 59 | Irrelevant, lack of personal knowledge, improper opinion | |
| 60 | Irrelevant, lack of personal knowledge, improper opinion | |
| 61 | Irrelevant, lack of personal knowledge, legal conclusion | |
| 62 | Irrelevant, lack of personal knowledge, legal conclusion | |
| 63 | Irrelevant, lack of personal knowledge, improper opinion | |
| 64 | Irrelevant, lack of personal knowledge, hearsay | |
| 65 | Irrelevant, lack of personal knowledge, improper opinion | |
| 66 | Irrelevant, legal conclusion | |
| 67 | Irrelevant, lack of personal knowledge | |
| 68 | Irrelevant, lack of personal knowledge, improper opinion | |
| 69 | Irrelevant, lack of personal knowledge, improper opinion | |
| 70 | Irrelevant, lack of personal knowledge, improper opinion | |
| 71 | Irrelevant, lack of personal knowledge, improper opinion | |
| 72 | Irrelevant, lack of personal knowledge | |
| 73 | Irrelevant, lack of personal knowledge, improper opinion | |
| 74 | Irrelevant, lack of personal knowledge, improper opinion | |
| 75 | Irrelevant, lack of personal knowledge, improper opinion | |
| 76 | Irrelevant, lack of personal | |

3

|     |                                                                            |                                                   |
| --- | -------------------------------------------------------------------------- | ------------------------------------------------- |
|     | knowledge                                                                  |                                                   |
| 77  | Irrelevant, improper opinion                                               |                                                   |
| 78  | Irrelevant, legal conclusion                                               |                                                   |
| 79  | Irrelevant, legal conclusion                                               |                                                   |
| 80  | Irrelevant, legal conclusion                                               |                                                   |
| 81  | Irrelevant, lack of personal knowledge, improper opinion                   |                                                   |
| 82  | Irrelevant, lack of personal knowledge, improper opinion                   |                                                   |
| 83  | Irrelevant, lack of personal knowledge, legal conclusion, improper opinion |                                                   |
| 83  | Irrelevant, lack of personal knowledge, improper opinion.                  |                                                   |
| 84  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 85  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 86  | Irrelevant, lack of personal knowledge, speculation                        | Speculation objection applies to sub-part c only. |
| 87  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 88  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 89  | Irrelevant, legal conclusion                                               |                                                   |
| 90  | Irrelevant, legal conclusion                                               |                                                   |
| 91  | Irrelevant, legal conclusion                                               |                                                   |
| 92  | Irrelevant, legal conclusion                                               |                                                   |
| 93  | Irrelevant, legal conclusion                                               |                                                   |
| 94  | Irrelevant, legal conclusion, improper opinion                             |                                                   |
| 95  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 96  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 97  | Irrelevant, lack of personal knowledge                                     |                                                   |
| 98  | Irrelevant, lack of personal knowledge, improper opinion                   |                                                   |
| 99  | Irrelevant, lack of personal knowledge, improper opinion                   |                                                   |
| 100 | Irrelevant, lack of personal knowledge                                     |                                                   |
| 101 | Irrelevant, lack of personal knowledge                                     |                                                   |

| | | |
|---|---|---|
| 102 | Irrelevant, lack of personal knowledge, improper opinion | |
| 103 | Irrelevant, lack of personal knowledge | |
| 104 | Irrelevant, lack of personal knowledge, refers to documents not in evidence, improper opinion | |
| 105 | Irrelevant, lack of personal knowledge | |
| 107 | Irrelevant, lack of personal knowledge, hearsay | Hearsay objection begins with the sentence: "Ms. Smith did not consent to the electronic transfer of her collateral documents…" |
| 108 | Irrelevant, lack of personal knowledge, hearsay | |

Dated: February 5, 2016　　　　　　　　/s/ Jordan A. Wishnew
　　　　New York, New York　　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　　Jordan A. Wishnew
　　　　　　　　　　　　　　　　　　　　Jessica J. Arett
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 468-8000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 468-7900

　　　　　　　　　　　　　　　　　　　　*Counsel to The ResCap Borrower Claims Trust*