MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESCAP BORROWER CLIAMS TRUST'S OBJECTIONS TO THE DECLARATION OF TIA DANIELLE SMITH**

Pursuant to the Court's order during the Pre-Trial Conference held on February 1, 2016 at 9 a.m. eastern standard time, the ResCap Borrower Claims Trust (the "Borrower Trust") submits the following objections to certain paragraphs of the *Declaration Under Penalty of Perjury as Direct Testimony of Tia Danielle Smith* [Docket No. 9556] (as amended by Docket No. 9584 filed on February 5, 2016).

| Paragraph Number | Objection(s) |
|---|---|
| 5 | Irrelevant |
| 6 | Irrelevant |
| 7 | Irrelevant |
| 10 | Irrelevant |
| 11 | Irrelevant |
| 32 | Irrelevant |
| 33 | Irrelevant, lack of foundation |
| 34 | Irrelevant, lack of foundation |
| 35 | Irrelevant, lack of personal knowledge, refers to document not in evidence |
| 36 | Irrelevant, lack of personal knowledge |
| 37 | Irrelevant, lack of personal knowledge, refers to document not in evidence |
| 42 | Irrelevant |
| 44 | Irrelevant |

1

ny-1221300

| 45 | Irrelevant |
| --- | --- |
| 46 | Irrelevant |
| 47 | Irrelevant, conclusion |
| 48 | Irrelevant, lack of personal knowledge |
| 49 | Irrelevant, lack of personal knowledge, conclusion |
| 50 | Irrelevant, conclusion |
| 54 | Irrelevant |
| 58 | Irrelevant |
| 60 | Irrelevant, lack of personal knowledge |
| 61 | Irrelevant, lack of personal knowledge, speculation |
| 62 | Irrelevant, lack of personal knowledge |
| 65 | See Objections to Nawaz Raja Declaration |

Dated: February 5, 2016
New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*