| Account Number | 1 |
|---|---|
| ▇▇▇5654 | |
| | |

12-12020-mg    Doc 9765-4    Filed 03/21/16    Entered 03/21/16 16:11:29    Exhibit BT-B
Pg 1 of 16

EXHIBIT BT-B

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| 5654 | TIA DANIELLE SMITH | | 4011 HUBERT AVENUE | 4011 HUBERT AVENUE |
| | | | LOS ANGELES | LOS ANGELES |
| | | | CA | CA |
| | | | 90008-2621 | 90008-2621 |

**Investor Info**

| | |
|---|---|
| Investor Acct No - Prim | 8073 |
| Investor Number | |
| Investor Name Full | RESIDENTIAL FUNDING CORP |
| Investor Id | BJG |

**Previous Servicer Info**

| | |
|---|---|
| Seller Company Name | AMERICAN MORTGAGE NETWORK INC |

| Loan Info | | Dates | | Current Balances | | Uncollected | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| Arm Flag | Y | Int Collected To | 01/01/2008 | Principal | $0.00 | Late Charges | $0.00 | Interest | $0.00 |
| Loan Type | Conventional | Next Due | 02/01/2008 | Escrow | $0.00 | Interest | $0.00 | Taxes | $0.00 |
| Lien Position | 01 | Last Payment | 03/15/2008 | Unapplied | $0.00 | Fees | $0.00 | | |
| Interest Rate | 8.000% | Last Activity | 04/01/2008 | Buydown | $0.00 | Opt | $0.00 | | |
| Collection Status | PO | Setup Date | 12/29/2006 | | | | | | |
| | | Maturity Date | 12/01/2036 | | | | | | |

**Financial**

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5654 | 04/01/2008 | 01/01/2008 | $0.00 | Service Release | | SV | 32580 | $0.00 | $578,803.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $398.14 |
| 5654 | 04/01/2008 | 01/01/2008 | $578,803.95 | Service Release | | SVT | 32580 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 04/01/2008 | 01/01/2008 | $0.00 | Unapplied | | UI | 32580 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $398.14 |
| 5654 | 03/17/2008 | 01/01/2008 | $0.00 | FEE | 171 | FB | 00606 | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $0.00 | $0.00 |
| 5654 | 03/17/2008 | 01/01/2008 | $0.00 | FEE | 171 | FEA | 00606 | $12.50 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $0.00 | $0.00 |
| 5654 | 03/17/2008 | 01/01/2008 | $578,803.95 | PAYMENT | | AP | 00606 | $2,062.78 | ($1,903.41) | $3,966.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 03/17/2008 | 03/17/2008 | $0.00 | Comment | | RPD | 00606 | $2,062.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 03/10/2008 | 12/01/2007 | $576,900.54 | Non-Cash | | AA | 20135 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($206.26) |
| 5654 | 03/10/2008 | 12/01/2007 | $0.00 | Unapplied | | UI | 20135 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($206.26) |
| 5654 | 12/31/2007 | 12/01/2007 | $576,900.54 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,033.34) | $3,952.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 12/31/2007 | 12/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |
| 5654 | 11/30/2007 | 11/01/2007 | $574,867.20 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,078.72) | $3,997.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 11/30/2007 | 11/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |

# Loan History

Date Data as-of: March 6, 2014

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5654 | 10/11/2007 | 10/01/2007 | $572,788.48 | Curtailment | | CWA | 00416 | $2.37 | $2.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 10/11/2007 | 10/01/2007 | $572,790.85 | PAYMENT | | AP | 00416 | $1,002.63 | ($2,064.33) | $3,983.20 | $0.00 | $0.00 | ($1,300.00) | $0.00 | $383.76 |
| 5654 | 10/11/2007 | 10/01/2007 | $0.00 | Unapplied | | UFU | 00416 | ($1,300.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 10/11/2007 | 10/01/2007 | $0.00 | Unapplied | | UI | 00416 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383.76 |
| 5654 | 09/17/2007 | 09/01/2007 | $570,726.52 | PAYMENT | | SRA | 00421 | $1,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,300.00 | $0.00 | $0.00 |
| 5654 | 09/17/2007 | 09/01/2007 | $0.00 | Unapplied | | UFU | 00421 | $1,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 09/13/2007 | 09/01/2007 | $570,726.52 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,050.02) | $3,968.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 08/31/2007 | 08/01/2007 | $568,676.50 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,035.81) | $3,954.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 08/31/2007 | 08/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |
| 5654 | 07/31/2007 | 07/01/2007 | $566,640.69 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,021.70) | $3,940.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 07/31/2007 | 07/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |
| 5654 | 06/29/2007 | 06/01/2007 | $564,618.99 | PAYMENT | | AP | 00602 | $1,918.87 | ($2,007.69) | $3,926.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 06/29/2007 | 06/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |
| 5654 | 05/31/2007 | 05/01/2007 | $562,611.30 | PAYMENT | | AP | 00602 | $1,918.87 | ($1,993.77) | $3,912.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5654 | 05/31/2007 | 05/01/2007 | $0.00 | Unapplied | | UI | 00602 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($95.94) |

Comments:

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | CBR | 11/24/2009 | NT | acdv filed by b1 disp accnt stat. reportd serv rel | MARIE ROSE BOBIS |
| 5654 | CBR | 11/24/2009 | NT | on 04/01/08 was 60d delinq (05-2-0) 0 bal, in rev | MARIE ROSE BOBIS |
| 5654 | CBR | 11/24/2009 | NT | of 04/07-03/08 1x30 (01/08) 2x60 (02/08 & 03/08) | MARIE ROSE BOBIS |
| 5654 | CBR | 11/24/2009 | NT | /Marieb 8976898 | MARIE ROSE BOBIS |
| 5654 | | 05/09/2008 | CBR | SERVICE RELEASE: EFFECTIVE DATE =04/01/08 | SYSTEM ID |
| 5654 | | 04/25/2008 | CBR | DELINQUENT:  60  DAYS | SYSTEM ID |
| 5654 | | 04/03/2008 | OL | WDOYCSH - ACHCNCL | API CSRV |
| 5654 | | 04/02/2008 | FSV | DELINQ INSP HOLD RELEASED | KIM BERRY |
| 5654 | | 03/31/2008 | DM | AUTOMATED INTEREST ACCRUAL HOLD ACTIVE | SYSTEM ID |
| 5654 | FSV | 03/27/2008 | NT | loan on SR2 - stop inspection and place | MIKE TANYAVIRIYA |
| 5654 | FSV | 03/27/2008 | NT | stop and cancel all. mike tx 3184 | MIKE TANYAVIRIYA |
| 5654 | | 03/21/2008 | CBR | DELINQUENT:  60  DAYS | SYSTEM ID |
| 5654 | | 03/18/2008 | ET | ARM CHANGE NOTICE SCHEDULED FOR   03/19/08 | SYSTEM ID |
| 5654 | | 03/18/2008 | OL | WDOYCSH - PAY-BY-PHONE LETTER | API CSRV |
| 5654 | | 03/18/2008 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 03/17/2008 | DM | AUTOMATED INTEREST ACCRUAL HOLD INACTIVE | SYSTEM ID |

# Loan History

Date Data as-of: March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 03/17/2008 | FSV | INSP TP D RESULTS RCVD;   ORD DT=02/15/08 | SYSTEM ID |
| 5654 | | 03/17/2008 | D19 | 6020 - S&A - GOODBYE LETTER | SYSTEM ID |
| 5654 | | 03/11/2008 | FSV | INSP TYPE D CANCELLED;   REQ CD =AUTO DELQ | SYSTEM ID |
| 5654 | FSV | 03/11/2008 | NT | Loan on pres repay report - ran script | KIM BERRY |
| 5654 | FSV | 03/11/2008 | NT | to cancel any open insp orders on mtgs. | KIM BERRY |
| 5654 | | 03/10/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 03/10/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 03/10/2008 | DMD | 03/10/08 09:11:15          PAR3 CONNECT | DAVOX INCOMING FILE |
| 5654 | | 03/10/2008 | DM | TB1 VFD INFO,RFD B1 SD MADE FOREIGN INVESTMENTS IN | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | STOCK MARKET, LOST $$--DEC, - LOST CLIENTELE | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | DECLINING ONGOING SINCE SPT $6K, 2007--MOM WAS | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | LIVING W/ HER AND SHE RELOCATED IN OCT,--TK FIN, | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | NEG, WAS ABLE TO SETUP RPP, TK CSI FOR DOWN, VFD | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | BNK INFO,GV CNF#.. | BARBARA JONES |
| 5654 | | 03/10/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRSS | BARBARA JONES |
| 5654 | | 03/10/2008 | OL | WDOYDEF - REPAY ARRANGEMENTS | BARBARA JONES |
| 5654 | | 03/10/2008 | RES | ON-LINE REPAYMENT SCHEDULE | BARBARA JONES |
| 5654 | 00 | 03/10/2008 | RPA | REPAY PLAN SET UP | BARBARA JONES |
| 5654 | | 03/10/2008 | FOR | LMT BORR FIN REC ADDED | BARBARA JONES |
| 5654 | | 03/07/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 03/07/2008 | DMD | 03/06/08 12:47:25          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 03/07/2008 | DMD | 03/06/08 09:14:35          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 03/07/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 03/07/2008 | DMD | 03/07/08 11:18:48  2 | DAVOX INCOMING FILE |
| 5654 | | 03/07/2008 | DMD | 03/07/08 11:18:42  2 | DAVOX INCOMING FILE |
| 5654 | | 03/06/2008 | DMD | 03/05/08 21:41:59  2 | DAVOX INCOMING FILE |
| 5654 | | 03/06/2008 | DMD | 03/05/08 17:49:05 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 03/06/2008 | DMD | 03/05/08 17:48:32 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 03/05/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 03/05/2008 | DMD | 03/05/08 17:49:05 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 03/05/2008 | DMD | 03/05/08 17:48:32 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 03/04/2008 | DM | EARLY IND: SCORE 352 MODEL EI60C | SYSTEM ID |
| 5654 | | 03/04/2008 | DMD | 03/04/08 17:34:09          BUSY | DAVOX INCOMING FILE |
| 5654 | | 03/04/2008 | DMD | 03/04/08 12:36:10          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 03/04/2008 | DMD | 03/04/08 09:23:16          NO ANSWER | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 03/04/2008 | D19 | BREACH TIA DANIELLE SM | SYSTEM ID |
| 5654 | | 02/29/2008 | DM | AUTOMATED INTEREST ACCRUAL HOLD ACTIVE | SYSTEM ID |
| 5654 | | 02/22/2008 | CBR | DELINQUENT: 30 DAYS | SYSTEM ID |
| 5654 | | 02/22/2008 | DM | TT BI VI, ADV MOS OWING, CI RE ARRANGEMENT, WANT | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | TO HAVE REDUCTION, ADV LC -CR,OFFER PBP W/N 5 DAYS | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | AND BY EOM, CUST SAID FUNDS WILL BE AVAIL ON | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | 03/15, ADV TO CB RFD: POOR INVESTMENT, MOTHER WHOS | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | HELPING HER TO PAY HER MORTGAGE MOVED OUT ADV CC | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | LTRS | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | DANIEL EBIT |
| 5654 | | 02/22/2008 | DM | CLD TT B1 VI; ADV LTTRS, CLS, LCS, CC; B1 REFUSED | AMANDA LINCOLN |
| 5654 | | 02/22/2008 | DM | FUNDS BUT WANTS 2 STAY THIER; ADV CAL BAK WHN HAV | AMANDA LINCOLN |
| 5654 | | 02/22/2008 | DM | FUNDS; RFD: POOR INVESTMENTS | AMANDA LINCOLN |
| 5654 | | 02/22/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | AMANDA LINCOLN |
| 5654 | CUS | 02/22/2008 | NT | Extension Request Reject: | AMANDA LINCOLN |
| 5654 | CUS | 02/22/2008 | NT | Loan type <> 4, 9, or 1 and | AMANDA LINCOLN |
| 5654 | CUS | 02/22/2008 | NT | second mortgage code = 2 or 3 | AMANDA LINCOLN |
| 5654 | | 02/20/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/20/2008 | DMD | 02/20/08 19:05:48 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 02/20/2008 | DMD | 02/20/08 18:43:29 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 02/19/2008 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 02/18/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/18/2008 | DMD | 02/18/08 16:14:17 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 02/18/2008 | DMD | 02/18/08 16:13:38 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 02/15/2008 | FSV | INSP TYPE D ORDERED; REQ CD =AUTO DELQ | SYSTEM ID |
| 5654 | | 02/15/2008 | ET | ARM CHANGE NOTICE SCHEDULED FOR 02/15/08 | SYSTEM ID |
| 5654 | | 02/15/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/15/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/15/2008 | DMD | 02/15/08 13:29:28 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 02/13/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/13/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/13/2008 | DMD | 02/13/08 14:22:05 UN-SUCCESSFUL | DAVOX INCOMING FILE |
| 5654 | | 02/13/2008 | DM | TT BI VI ADV TAD, LF, CR,. B1 STD THAT SHE HAS | JESSICA ANIGABOR |
| 5654 | | 02/13/2008 | DM | BEEN RECEIVING SEVERAL PHONES FROM US AND IS TIRED | JESSICA ANIGABOR |
| 5654 | | 02/13/2008 | DM | OF REPEATING HERSLEF. RFD: SELF EMPLOYED AND | JESSICA ANIGABOR |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 02/13/2008 | DM | HAVING PROBLEM WITH BUS FOR A YEAR NOW. SHE | JESSICA ANIGABOR |
| 5654 | | 02/13/2008 | DM | STD THAT SHE IS NOT ABLE TO MAKE A PYMT AT THIS | JESSICA ANIGABOR |
| 5654 | | 02/13/2008 | DM | TIME. JANIGABOR6147 | JESSICA ANIGABOR |
| 5654 | | 02/13/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | JESSICA ANIGABOR |
| 5654 | | 02/12/2008 | D19 | DEF - OPTIONS TO AVOID FORECLOSURE | SYSTEM ID |
| 5654 | | 02/11/2008 | DM | TT B1, V/I, ADV TAD,SD CANT MKE ANY PMT UNTIL | JOAQUIN MARTELLI |
| 5654 | | 02/11/2008 | DM | MARCH15TH.CANT ANY PARTIAL.ADV CB AS SOON AS FUNDS | JOAQUIN MARTELLI |
| 5654 | | 02/11/2008 | DM | ARE AVAIL .RFD:LOST OF INCOME/ALONE PAYING THE | JOAQUIN MARTELLI |
| 5654 | | 02/11/2008 | DM | MORTGAGE/NO SAVINGS/. ADV LC,CC,LTRS-CRDT | JOAQUIN MARTELLI |
| 5654 | | 02/11/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | JOAQUIN MARTELLI |
| 5654 | | 02/08/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 02/08/2008 | DMD | 02/08/08 14:20:18 UN-SUCCESSFUL | DAVOX INCOMING FILE |
| 5654 | | 02/08/2008 | DMD | 02/08/08 14:13:02 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 02/08/2008 | DM | B1 VI ADV OF TAD,CR,LF,RFD:B1 SAID THT SHE OWN | KEISHAY BUTLER |
| 5654 | | 02/08/2008 | DM | BUSIN AND IT IS REALLY SLOW. B1 SAID THT SHE CANT | KEISHAY BUTLER |
| 5654 | | 02/08/2008 | DM | MK A PYMNT TILL 3-13. I ADV HER TO CL BK WHEN HAVE | KEISHAY BUTLER |
| 5654 | | 02/08/2008 | DM | ONE FULL PYMNT.KBUTLER6150 | KEISHAY BUTLER |
| 5654 | | 02/08/2008 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | KEISHAY BUTLER |
| 5654 | | 02/04/2008 | DM | EARLY IND: SCORE 389 MODEL EI30C | SYSTEM ID |
| 5654 | | 02/01/2008 | DM | CALLED B1 ADV NOT ABLE TO MAKE ANY PAYMENTS TODAY | TAMMY MOYER |
| 5654 | | 02/01/2008 | DM | RFD BUSINESS SLOW. ADV LC CRD CLS LTRS V/I | TAMMY MOYER |
| 5654 | | 02/01/2008 | DM | DFLT REASON 1 CHANGED TO: CURTAILMENT OF INCOME | TAMMY MOYER |
| 5654 | | 02/01/2008 | DM | ACTION/RESULT CD CHANGED FROM BRSS TO BRUN | TAMMY MOYER |
| 5654 | | 01/31/2008 | DMD | 01/31/08 16:40:13 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 01/31/2008 | DMD | 01/31/08 12:39:43 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/31/2008 | DMD | 01/31/08 12:39:09  2 | DAVOX INCOMING FILE |
| 5654 | | 01/30/2008 | DMD | 01/30/08 20:03:18 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/30/2008 | DMD | 01/30/08 10:27:30 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/30/2008 | DMD | 01/30/08 10:27:01 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 01/29/2008 | DMD | 01/29/08 17:37:12            BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/29/2008 | DMD | 01/29/08 12:41:40            NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/29/2008 | DMD | 01/29/08 09:00:54            NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/28/2008 | DMD | 01/28/08 12:05:15 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/28/2008 | DMD | 01/28/08 12:04:49 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 01/28/2008 | DMD | 01/26/08 11:27:53  2 | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 01/28/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/28/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/28/2008 | DMD | 01/26/08 11:27:53  2 | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/24/08 20:44:02 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/24/08 13:44:00 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/24/08 13:43:33 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/25/08 08:54:40    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/25/08 12:34:25    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/25/2008 | DMD | 01/25/08 08:54:40    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/24/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/24/2008 | DMD | 01/24/08 13:44:00 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/24/2008 | DMD | 01/24/08 13:43:33 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 01/23/08 17:38:24    BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 01/23/08 12:38:36    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 01/23/08 09:58:36    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/23/2008 | DMD | 01/22/08 22:54:50 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 01/21/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 01/21/2008 | DMD | 01/19/08 08:21:26    BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/21/2008 | DMD | 01/19/08 08:04:33    BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/21/2008 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 01/18/2008 | ET | ARM CHANGE NOTICE SCHEDULED FOR   01/18/08 | SYSTEM ID |
| 5654 | | 01/17/2008 | DMD | 01/17/08 17:23:08    BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/17/2008 | DMD | 01/17/08 12:43:53    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/17/2008 | DMD | 01/17/08 09:23:35    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/15/2008 | DMD | 01/15/08 17:24:10    BUSY | DAVOX INCOMING FILE |
| 5654 | | 01/15/2008 | DMD | 01/15/08 12:47:23    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/15/2008 | DMD | 01/15/08 08:51:14    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/11/2008 | DMD | 01/11/08 08:21:42    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/11/2008 | DMD | 01/11/08 11:37:43    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/11/2008 | DMD | 01/11/08 08:21:42    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 01/07/2008 | DM | EARLY IND: SCORE 005 MODEL EI16C | SYSTEM ID |
| 5654 | | 12/31/2007 | DM | PROMISE KEPT 12/31/07 PROMISE DT 12/31/07 | SYSTEM ID |
| 5654 | | 12/31/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 12/31/2007 | DMD | 12/31/07 15:56:53 SUCCESSFUL | DAVOX INCOMING FILE |
| 5654 | | 12/31/2007 | DMD | 12/31/07 15:55:06 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 12/31/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 12/31/2007 | DMD | 12/29/07 08:18:18         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/31/2007 | DMD | 12/29/07 08:07:09         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/31/2007 | DM | TTB1:B1 CUT ME OFF AND STD SHE MADE PYMNT VIA OUR | TAMEKIA GOREE |
| 5654 | | 12/31/2007 | DM | WEBSITE TODAY IAO $1918.17 AND ENDED CALL. TGOREE | TAMEKIA GOREE |
| 5654 | | 12/31/2007 | DM | 6274 | TAMEKIA GOREE |
| 5654 | | 12/31/2007 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO BRSS | TAMEKIA GOREE |
| 5654 | | 12/27/2007 | DMD | 12/27/07 17:48:12         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/27/2007 | DMD | 12/27/07 12:30:16         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/27/2007 | DMD | 12/27/07 08:44:45         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/21/2007 | DMD | 12/21/07 15:24:18         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/21/2007 | DMD | 12/21/07 13:35:16         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/21/2007 | DMD | 12/21/07 09:29:14         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/19/2007 | DMD | 12/19/07 17:30:13         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/19/2007 | DMD | 12/19/07 13:06:03         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/19/2007 | DMD | 12/19/07 09:49:33         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/19/2007 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 12/18/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR   12/19/07 | SYSTEM ID |
| 5654 | | 12/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 12/17/2007 | DMD | 12/15/07 08:22:27         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/17/2007 | DMD | 12/15/07 08:10:01         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/13/2007 | DMD | 12/13/07 17:22:03         BUSY | DAVOX INCOMING FILE |
| 5654 | | 12/13/2007 | DMD | 12/13/07 12:40:15         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/13/2007 | DMD | 12/13/07 09:02:56         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 12/05/2007 | DM | EARLY IND: SCORE 005 MODEL EI16C | SYSTEM ID |
| 5654 | | 11/29/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 11/29/2007 | DMD | 11/29/07 12:10:57 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 11/29/2007 | DMD | 11/29/07 12:10:23 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 11/21/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 11/21/2007 | DMD | 11/21/07 12:02:42 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 11/21/2007 | DMD | 11/21/07 12:02:11 ANS MACH | DAVOX INCOMING FILE |
| 5654 | | 11/20/2007 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 11/19/2007 | D19 | ARM CHANGE NOTICE CREATED - LETTER | SYSTEM ID |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 11/16/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR  11/16/07 | SYSTEM ID |
| 5654 | | 11/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 11/15/2007 | DMD | 11/15/07 14:40:14 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 11/15/2007 | DMD | 11/15/07 14:39:42 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 11/09/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  01/22/08 | SYSTEM ID |
| 5654 | | 11/08/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 11/08/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 11/08/2007 | DMD | 11/08/07 17:34:18 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 11/06/2007 | DM | EARLY IND: SCORE 097 MODEL EI16C | SYSTEM ID |
| 5654 | | 10/18/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR  10/19/07 | SYSTEM ID |
| 5654 | | 10/12/2007 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  10/17/07 | SYSTEM ID |
| 5654 | | 10/12/2007 | D28 |     BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 10/05/2007 | DM | EARLY IND: SCORE 097 MODEL EI16C | SYSTEM ID |
| 5654 | ALT | 09/24/2007 | NT | Correct Index 1122 available for 8/06/07 | ANN MCCAHEN |
| 5654 | ALT | 09/24/2007 | NT | loaded as 4.9830 and should be loaded | ANN MCCAHEN |
| 5654 | ALT | 09/24/2007 | NT | as4.9833. Due to rounding there is not | ANN MCCAHEN |
| 5654 | ALT | 09/24/2007 | NT | impact to the rate change for | ANN MCCAHEN |
| 5654 | ALT | 09/24/2007 | NT | September. | ANN MCCAHEN |
| 5654 | INQ20 | 09/18/2007 | CIT | 001 DONE 09/18/07 BY TLR 01362 | HEIDI HONKOLA |
| 5654 | INQ20 | 09/18/2007 | CIT | TSK TYP 648-MISAPPLIED PMT- | HEIDI HONKOLA |
| 5654 | INQ20 | 09/18/2007 | CIT | 001 closing 648 sending letter to adv funds short | HEIDI HONKOLA |
| 5654 | INQ20 | 09/18/2007 | CIT | for pmt  heidih5141 | HEIDI HONKOLA |
| 5654 | | 09/18/2007 | OL | WDOYCSH - ESCROW UNAPPLIED FUNDS | HEIDI HONKOLA |
| 5654 | CSH15 | 09/18/2007 | CIT | 001 Retargeting cit 648 to 190 | PRISCILA PAREDES |
| 5654 | CSH15 | 09/18/2007 | CIT | Funds for $1300 are not enought to cover Oct. | PRISCILA PAREDES |
| 5654 | CSH15 | 09/18/2007 | CIT | pmt. There are $618.87 short to complete total | PRISCILA PAREDES |
| 5654 | CSH15 | 09/18/2007 | CIT | pmt. Pls. advise. Tks. | PRISCILA PAREDES |
| 5654 | | 09/17/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR  09/18/07 | SYSTEM ID |
| 5654 | INQ75 | 09/17/2007 | CIT | 001 New CIT # 648 | VICKI MCDOWELL |
| 5654 | INQ75 | 09/17/2007 | CIT | Payment Reversal | VICKI MCDOWELL |
| 5654 | INQ75 | 09/17/2007 | CIT | Posted 09/17/2007 Amount Posted: 1300.00 | VICKI MCDOWELL |
| 5654 | INQ75 | 09/17/2007 | CIT | Reapply funds please reapply as payment for | VICKI MCDOWELL |
| 5654 | INQ75 | 09/17/2007 | CIT | october 01 due. Effective Date: 09/17/2007 | VICKI MCDOWELL |
| 5654 | | 09/14/2007 | D28 |     BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 09/12/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 09/12/2007 | DMD | 09/11/07 12:34:55          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 09/12/2007 | DMD | 09/11/07 09:30:16          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 09/10/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 09/10/2007 | DMD | 09/08/07 08:20:15          BUSY | DAVOX INCOMING FILE |
| 5654 | | 09/10/2007 | DMD | 09/08/07 08:07:08          BUSY | DAVOX INCOMING FILE |
| 5654 | | 09/07/2007 | DMD | 09/07/07 14:23:23          BUSY | DAVOX INCOMING FILE |
| 5654 | | 09/07/2007 | DMD | 09/07/07 12:10:37          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 09/07/2007 | DMD | 09/07/07 09:16:38          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 09/05/2007 | DM | EARLY IND: SCORE 005 MODEL EI16C | SYSTEM ID |
| 5654 | | 09/05/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 09/05/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/31/2007 | DM | PROMISE KEPT 08/31/07 PROMISE DT 08/31/07 | SYSTEM ID |
| 5654 | | 08/30/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/30/2007 | DMD | 08/30/07 11:31:52 SUCCESSFUL | DAVOX INCOMING FILE |
| 5654 | | 08/30/2007 | DMD | 08/30/07 11:23:38 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 08/30/2007 | DM | TRIED TO UPDDATE/NOTATE OTHER ACCT | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | UNABLE..BARBJ/6907 | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | TTB1 V/I OWN OCC PROP- ADV OF | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | TAD/L/F/CRED/-OFFERED TO CSI PMT -DECLINED SD | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | WILL MK PMT ONLINE..SD SEPT WILL BE W/IN GRACE | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | PERIOD..BARBJ/6907 | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | ACTION/RESULT CD CHANGED FROM BRSS TO OAAI | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | TTB1 V/I OWN OCC PROP- ADV OF | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | TAD/L/F/CRED/-OFFERED TO CSI PMT -DECLINED SD | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | WILL MK PMT ONLINE..SD SEPT WILL BE W/IN GRACE | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | PERIOD..BARBJ.6907 | BARBARA JONES |
| 5654 | | 08/30/2007 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRSS | BARBARA JONES |
| 5654 | | 08/29/2007 | DMD | 08/29/07 03:11:31          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/29/2007 | DMD | 08/29/07 05:32:20          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/29/2007 | DMD | 08/29/07 03:11:31          NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/28/2007 | DMD | 08/28/07 17:39:50 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 08/28/2007 | DMD | 08/28/07 12:44:34 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 08/28/2007 | DMD | 08/28/07 12:44:08 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 08/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 08/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/22/2007 | DMD | 08/22/07 11:30:38 UN-SUCCESSFUL | DAVOX INCOMING FILE |
| 5654 | | 08/22/2007 | DM | TTB1, ADV HER TAD, LC'S AND CR. I OFFERED PBP, | ANGIE SOLIS |
| 5654 | | 08/22/2007 | DM | DECL. SHE SD WILL CALL BACK. ASOLIS6633 | ANGIE SOLIS |
| 5654 | | 08/22/2007 | DM | DFLT REASON 1 CHANGED TO: OTHER | ANGIE SOLIS |
| 5654 | | 08/22/2007 | DM | ACTION/RESULT CD CHANGED FROM     TO BRUN | ANGIE SOLIS |
| 5654 | | 08/21/2007 | DMD | 08/21/07 10:51:11        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/21/2007 | DMD | 08/21/07 06:07:30        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/21/2007 | DMD | 08/21/07 02:43:30        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/21/2007 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 08/20/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/20/2007 | DMD | 08/20/07 16:39:29 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 08/20/2007 | DMD | 08/20/07 13:09:33 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 08/20/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/20/2007 | DMD | 08/18/07 01:22:25        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/20/2007 | DMD | 08/18/07 01:01:31        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/17/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR   08/17/07 | SYSTEM ID |
| 5654 | | 08/15/2007 | DMD | 08/15/07 10:57:13        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/15/2007 | DMD | 08/15/07 07:32:19        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/15/2007 | DMD | 08/15/07 03:28:30        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/15/2007 | DMD | 08/14/07 08:26:21        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/15/2007 | DMD | 08/14/07 03:56:23        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/13/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 08/13/2007 | DMD | 08/11/07 01:13:39        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/13/2007 | DMD | 08/11/07 01:02:50        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/10/2007 | DMD | 08/10/07 01:06:09        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/10/2007 | DMD | 08/10/07 04:39:32        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/10/2007 | DMD | 08/10/07 01:06:09        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/09/2007 | DMD | 08/09/07 10:16:07        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/09/2007 | DMD | 08/09/07 05:32:44        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/09/2007 | DMD | 08/09/07 02:15:14        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/08/2007 | DMD | 08/08/07 10:18:19        BUSY | DAVOX INCOMING FILE |
| 5654 | | 08/08/2007 | DMD | 08/08/07 05:37:24        NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 08/08/2007 | DMD | 08/08/07 01:51:31        NO ANSWER | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 08/07/2007 | DM | EARLY IND: SCORE 005 MODEL EI16C | SYSTEM ID |
| 5654 | | 07/31/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/31/2007 | DMD | 07/31/07 16:28:51 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 07/31/2007 | DMD | 07/31/07 16:28:24 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 07/30/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/30/2007 | DMD | 07/30/07 12:06:46 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 07/30/2007 | DMD | 07/30/07 12:06:09 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 07/26/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/26/2007 | DMD | 07/26/07 15:46:58 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 07/26/2007 | DMD | 07/26/07 15:46:32 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/25/07 11:26:06         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/25/07 07:38:14         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/25/07 03:47:33         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/24/07 11:57:12         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/24/07 08:25:17         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/25/2007 | DMD | 07/24/07 04:37:30         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/23/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/23/2007 | DMD | 07/21/07 03:04:17         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/23/2007 | DMD | 07/21/07 01:00:37         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/20/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/20/2007 | DMD | 07/20/07 06:29:28         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/20/2007 | DMD | 07/20/07 02:31:36         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/19/2007 | DMD | 07/19/07 02:41:38         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/19/2007 | DMD | 07/19/07 03:23:31         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/19/2007 | DMD | 07/19/07 02:41:38         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/19/2007 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 07/18/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR   07/19/07 | SYSTEM ID |
| 5654 | | 07/18/2007 | DMD | 07/18/07 10:29:11         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/18/2007 | DMD | 07/18/07 05:58:18         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/18/2007 | DMD | 07/18/07 02:04:35         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/18/2007 | DMD | 07/17/07 04:26:29         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/18/2007 | DMD | 07/17/07 08:14:49         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/18/2007 | DMD | 07/17/07 04:26:29         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 07/17/2007 | DMD | 07/17/07 03:08:36 | DAVOX INCOMING FILE |
| 5654 | | 07/16/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 07/16/2007 | DMD | 07/14/07 01:12:42         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/16/2007 | DMD | 07/14/07 01:01:43         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/13/2007 | DMD | 07/13/07 08:04:12         BUSY | DAVOX INCOMING FILE |
| 5654 | | 07/13/2007 | DMD | 07/13/07 06:35:14         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/13/2007 | DMD | 07/13/07 02:29:22         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 07/05/2007 | DM | EARLY IND: SCORE 025 MODEL EI16C | SYSTEM ID |
| 5654 | EOY | 07/03/2007 | NT | Corrected Y to D interest field for 2007 YE | API CSRV |
| 5654 | EOY | 07/03/2007 | NT | reporting. Y to D amount converted subtracted | API CSRV |
| 5654 | EOY | 07/03/2007 | NT | negative AM principal payments. Correction added | API CSRV |
| 5654 | EOY | 07/03/2007 | NT | negative principal back in to ensure 2007 YE | API CSRV |
| 5654 | EOY | 07/03/2007 | NT | reporting accuracy. | API CSRV |
| 5654 | | 06/29/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/29/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/29/2007 | DMD | 06/28/07 22:27:37 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 06/27/2007 | DMD | 06/27/07 17:20:20         BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/27/2007 | DMD | 06/27/07 12:53:13         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/27/2007 | DMD | 06/27/07 09:38:21         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/26/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/26/2007 | DMD | 06/25/07 15:26:27         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/26/2007 | DMD | 06/25/07 11:15:29         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 06/24/07 14:33:13         BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 06/24/07 14:10:25         BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 06/23/07 10:34:07         BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/25/2007 | DMD | 06/23/07 09:50:07         BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/22/2007 | DMD | 06/22/07 09:35:13         NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/19/2007 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 06/18/07 11:39:26         PAR3 CONNECT | DAVOX INCOMING FILE |

# Loan History

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 06/18/07 08:23:28 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 06/16/07 10:13:22    BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 06/16/07 09:41:05    BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/18/2007 | DMD | 06/16/07 03:15:39 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR   06/18/07 | SYSTEM ID |
| 5654 | | 06/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | DMD | 06/15/07 15:56:12 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/15/2007 | DMD | 06/15/07 03:38:38 | DAVOX INCOMING FILE |
| 5654 | | 06/14/2007 | DMD | 06/14/07 17:19:07    BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/14/2007 | DMD | 06/14/07 12:33:30    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/14/2007 | DMD | 06/14/07 08:03:07    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 06/13/07 17:38:28    BUSY | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 06/13/07 13:24:23    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 06/13/07 10:20:32    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/13/2007 | DMD | 06/12/07 19:30:27 | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 06/11/07 14:47:37 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 06/11/07 14:47:10 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/11/2007 | DMD | 06/09/07 12:00:31 | DAVOX INCOMING FILE |
| 5654 | | 06/08/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/08/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/08/2007 | DMD | 06/08/07 15:50:56 | DAVOX INCOMING FILE |
| 5654 | | 06/05/2007 | DM | EARLY IND: SCORE 005 MODEL EI16C | SYSTEM ID |

# Loan History

Date Data as-of: March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 06/01/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/01/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 06/01/2007 | DMD | 05/31/07 22:16:03 FAX MODEM | DAVOX INCOMING FILE |
| 5654 | | 05/30/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/30/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/30/2007 | DMD | 05/30/07 14:49:58 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 05/29/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/29/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/29/2007 | DMD | 05/29/07 10:41:25 NO ANS | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/28/07 17:34:25    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/28/07 12:38:17    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/28/07 09:00:22    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/27/07 14:00:10    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/27/07 13:48:11    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/26/07 10:09:39    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/28/2007 | DMD | 05/26/07 09:41:13    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/25/2007 | CBR | PURCHASED LOAN:  SERVICING DATE =12/29/06 | SYSTEM ID |
| 5654 | | 05/25/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/25/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/25/2007 | DMD | 05/25/07 09:23:16    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/24/2007 | DMD | 05/24/07 17:22:13    BUSY | DAVOX INCOMING FILE |
| 5654 | | 05/24/2007 | DMD | 05/24/07 12:33:23    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/24/2007 | DMD | 05/24/07 08:24:21    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/23/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/23/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/23/2007 | DMD | 05/23/07 02:43:42 | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 05/22/07 10:58:17    PAR3 CONNECT | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/22/2007 | DMD | 05/21/07 15:21:16    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/21/2007 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |

**Loan History**

**Date Data as-of:** March 6, 2014

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 5654 | | 05/18/2007 | ET | ARM CHANGE NOTICE SCHEDULED FOR 05/18/07 | SYSTEM ID |
| 5654 | | 05/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/17/2007 | DMD | 05/17/07 10:40:15    PAR3 CONNECT | DAVOX INCOMING FILE |
| 5654 | | 05/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/17/2007 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 5654 | | 05/17/2007 | DMD | 05/16/07 11:25:29    NO ANSWER | DAVOX INCOMING FILE |
| 5654 | | 05/08/2007 | DM | EARLY IND: SCORE 000 MODEL EI16C | SYSTEM ID |
| 5654 | | 05/07/2007 | DM | EARLY IND: SCORE 000 MODEL EI16C | SYSTEM ID |