S&A - GOODBYE LETTER.txt

03/14/08


TIA DANIELLE SMITH

4011 HUBERT AVENUE

LOS ANGELES CA 90008-2621


Homecomings Financial, LLC          Acct Number:  ████5654
AURORA LOAN SERVICES                Acct Number:  ████6453

Property Address:   4011 HUBERT AVENUE

                    LOS ANGELES CA 90008-2621

Dear TIA DANIELLE SMITH


Effective 04/01/08, the servicing of the above referenced
account, that is, the right to collect payments from you, is
being assigned, sold, or transferred from
Homecomings Financial, LLC            to
AURORA LOAN SERVICES                . The assignment, sale, or
transfer of servicing does not affect the terms or conditions of
your mortgage documents/security instruments, other than the
terms directly related to the servicing of your account.

Your present servicer is Homecomings Financial, LLC          .
Prior to 04/01/08, any questions regarding your account should be
directed to our Customer Care Department at 800-206-2901.

Your new servicer will be AURORA LOAN SERVICES              .
Beginning 04/01/08, any questions you have regarding your account
should be directed to AURORA LOAN SERVICES          . You
can contact their Customer Service Department at 800-550-0508.
Also beginning 04/01/08, written inquiries regarding your account
should be directed to AURORA LOAN SERVICES              's
Customer Service Department at the address below.

Payment Information - Effective 04/01/08, please direct payments
to AURORA LOAN SERVICES                'so Payment Processing




♀
03/14/08
Account Number ████5654
Page Two


Department at the address below. Payments will be processed by
Homecomings Financial, LLC          if received prior to
04/01/08, and will be forwarded to
AURORA LOAN SERVICES              if received on or after
04/01/08.
                    Page 1

EXHIBIT BT-G

S&A - GOODBYE LETTER.txt

AURORA LOAN SERVICES
PO BOX 5180--CASHERING DEPARTMENT
DENVER                    CO  80217-5180

As of 03/14/08, your Current Principal Balance is $    576900.54.
your current escrow balance is $        0.00, your current
interest rate is   8.25000%, your total monthly payment is
$        2062.78, and your next due date is 01/01/08.

Automatic Payment Deduction - If you currently have your
payments automatically withdrawn from your financial institution,
this service will be transferred to
AURORA LOAN SERVICES                . If this service is not
transferable, you will receive a letter under separate cover
providing further direction.

Government Allotment/Bill Pay Service - If you currently make
your payment through a third party entity (e.g. government
allotment, biweekly, or bill-pay service), please advise them of
your new account number and change the payee to
AURORA LOAN SERVICES                . In the event of a payment
change, it is your responsibility to notify the third party of
the new payment amount. If you have been using the bill-pay
service on Homecomings Financial, LLC           's website, this
service will be deactivated after 04/01/08.

Optional Insurance - If you have taken advantage of any of our
optional insurance plans or optional products, this service will
be transferred to AURORA LOAN SERVICES              . If any of
these plans or products are not transferable, you will receive a
letter under separate cover providing further direction.

Year-End Statement - You will receive a year-end statement from
Homecomings Financial, LLC          reflecting account activity
this year. AURORA LOAN SERVICES              should provide
their own statement for the period of time they serviced your
account this year. You will need to combine these two statements
for income tax purposes.

Escrow Account - If you have an escrow account,
Homecomings Financial, LLC            will send you, within 45
days, an escrow history statement reflecting escrow deposits,
disbursements and balances for the period of time we serviced
your account since your last escrow analysis. The transferring
escrow balance will be reflected on this statement.

♀

03/14/08
Account Number ████5654
Page Three

Except in limited circumstances, the law requires that your
present servicer send you this notice at least 15 days before the
effective date of the transfer. Your new servicer must also send
you this notice no later than 15 days after the effective date of
transfer.

If you have filed for bankruptcy or have been discharged of your
personal liability for repayment of this debt, be advised this is
for informational purposes only. Furthermore, this is not an
attempt to collect on the debt and should not be misconstrued to

S&A - GOODBYE LETTER.txt

be so.

You should be aware of the following information, which is set
out in more detail in Section 6 of the Real Estate Settlement
Procedures Act (RESPA) (12 USC 2605):

    During the 60 day period following the effective date of the
transfer of the account servicing, a payment received by
your old servicer, before its due date, may not be treated
by the new servicer as late, and a late fee may not be
imposed on you.

    Section 6 of RESPA (12 USC s2605) gives you certain consumer
rights. If you sent a "qualified written request" to your
servicer concerning the servicing of your account, your
servicer must provide you with a written acknowledgment
within 20 business days of receipt of your request. A
"qualified written request" is written correspondence, other
than notice on a payment coupon or other payment medium
supplied by the serivcer, which includes your name, account
number, and reason for the request.

    No later than 60 business days after receiving your
request, your servicer must make appropriate corrections to
your account, and must provide you with a written
clarification regarding any dispute. During this 60 business
day period, your servicer may not provide information to a
consumer reporting agency concerning any overdue payment
related to such period or qualified written request.
However, this does not prevent the servicer from initiating
foreclosure if proper grounds exist under the mortgage
documents/security instruments.

    A "business day" is a day on which the offices of the
business entity are open to the public for carrying on
substantially all of its business functions.

&#9792;
03/14/08
Account Number ████5654
Page Four

    Section 6 of RESPA also provides for damages and costs for
individuals or classes of individuals in circumstances
where servicers are shown to have violated the requirements
of that Section. You should seek legal advice if you
believe your rights have been violated.

Homecomings Financial, LLC            appreciated the opportunity
to service your account. We wish you a successful relationship
with AURORA LOAN SERVICES                    .

Sincerely,

Homecomings Financial, LLC
6020

S&A - GOODBYE LETTER.txt

♀