**Comerica Bank**

# STATEMENT OF ACCOUNT

80958

IIIııIIıııIIıııIıIIıııIIIııI

TIA D SMITH

**Your *Comerica Access Checking* statement**
October 2, 2007 to October 19, 2007
Account number            4763

## Your account summary

| | |
|---|---:|
| **Beginning balance** on October 2, 2007 | $0.00 |
| **Plus deposits** | |
| Electronic deposits | $0.30 |
| Other deposits | $3,668.96 |
| **Less withdrawals** | |
| Checks | -$1,352.22 |
| Electronic (EFT) withdrawals | -$2,315.02 |
| **Ending balance** on October 19, 2007 | $2.02 |

**To contact us**
Call
(800) 522-2265

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
3825 CRENSHAW BLVD
LOS ANGELES CA  90008-4502

**Important information**

Did you know Comerica Securities offers discount brokerage services? Call 800-232-6983 or visit www.comerica.com/securities. Securities offered by Comerica Securities, Inc.

Comerica celebrates its diverse and inclusive culture during Diversity Awareness Month.

**Thank you**

Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.

Page 1 of 3

EXHIBIT BT-M

Your *Comerica Access Checking* statement
October 2, 2007 to October 19, 2007

## Details of your *Comerica Access Checking* account: :4763

### Electronic deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Oct 19 | 0.20 | Penson ACH Oct 19 717509 | 9488470676 |
| Oct 19 | 0.10 | Penson ACH Oct 19 717508 | 9488470675 |

**Total Electronic Deposits: $0.30**
**Total number of Electronic Deposits: 2**
☆ - Indicates transactions that earned WorldPerks Miles

### Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Oct 02 | 50.00 | Deposit | 0652005816 |
| Oct 09 | 500.00 | Deposit - Miscellaneous | 0652019283 |
| Oct 10 | 2,163.96 | Deposit | 0653043916 |
| Oct 15 | 700.00 | Deposit | 0652017148 |
| Oct 16 | 120.00 | Deposit - Miscellaneous | 0672009388 |
| Oct 17 | 135.00 | Deposit | 0653033467 |

**Total Other Deposits: $3,668.96**
**Total number of Other Deposits: 6**

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| 5001 | -25.00 | Oct 10 | 0653001455 | @ 5006 | -60.22 | Oct 15 | 0974406906 |
| 5002 | -100.00 | Oct 15 | 0672001585 | * 5008 | -1,167.00 | Oct 17 | 0652010877 |

**Total checks paid this statement period: -$1,352.22**
**Total number of checks paid this statement period: 4**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Oct 11 | -22.02 | Southern Cal Gas Online Pmt Ckf794210667pos | 9488046495 |
| Oct 12 | -400.00 | Bank Of America Online Pmt Ckf794210667pos | 9488827371 |
| Oct 12 | -230.00 | Hsbc Online Pmt 071012 Ckf794210667pos | 9488814808 |
| Oct 15 | -200.00 | Allstate Ins CO Ins Pymt 000000914170080 | 9488494323 |
| Oct 16 | -1,463.00 | Countrywide Home Online Pmt Ckf794210667pos | 9488988219 |

**Total Electronic Withdrawals: -$2,315.02**
**Total number of Electronic Withdrawals: 5**

Comerica Bank

# STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
October 2, 2007   to October 19, 2007

## Comerica Access Checking:    )4763

 **Lowest daily balance**

Your lowest daily balance this statement period was $0.00
on **October 2, 2007**.

## PLEASE EXAMINE THIS STATEMENT PROMPTLY

If there is an inaccuracy between your records and this statement contact us as soon as possible at the telephone number or address printed on the front page. You may want to retain this statement for your records. If you have selected either the Check Photo or Check Safekeeping option, and you need a copy of a check, you can call us at the phone number printed on the first page.

Balancing Your Account: Before you start, please be sure to enter any transactions (interest, deposits, checks, withdrawals, including Comerica ATM Card transactions and Comerica Visa® Check Card or other charges) including those shown on your statement that are not listed in your account register.

Compare the amount of each check, plus other deposits and withdrawals listed on this statement, with the amount written in your account register.

A. List any deposits not shown on this statement

| Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Total A: $ _____

B. List all checks and other withdrawals not shown on this statement

| Check Number | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Total B: $ _____

Enter Balance from last date on this statement    $ _____

Plus Total A                                      +$ _____

Equals                                            =$ _____

Minus Total B                                     -$ _____

Equals Your Current Balance                       =$ _____

### In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement, call or write us as soon as possible at the telephone number and address printed on the front page. For pre-authorized transfers (e.g. insurance payments, etc.) call number printed on the front page of this statement or write the Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Visa Check Card transactions, call the number printed on the front page of this statement or write us at Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For personal account electronic transactions, we must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- tell us your name and account number;
- describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call the telephone number printed on the front page of this statement to find out whether or not the deposit has been made.

 Equal Opportunity Lender   Rev. 07-05       
www.comerica.com

MEMBER FDIC
Page **3** of **3**

Comerica Bank

# STATEMENT OF ACCOUNT

80958

TIA D SMITH

**Your *Comerica Access Checking* statement**
December 21, 2007 to January 22, 2008
Account number             4763

## Your account summary

| | |
|---|---:|
| **Beginning balance** on December 21, 2007 | **$1,706.93** |
| ***Plus deposits*** | |
| Other deposits | $7,980.00 |
| ***Less withdrawals*** | |
| Checks | -$6,630.00 |
| Electronic (EFT) withdrawals | -$1,540.56 |
| Other withdrawals | -$555.00 |
| **Ending balance** on January 22, 2008 | **$961.37** |

**To contact us**

Call
(800) 522-2265

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
3825 CRENSHAW BLVD
LOS ANGELES CA 90008-4502

**Important information**

Comerica Web Bill Pay is now faster, easier and more convenient than ever. Pay any bill online within minutes, from your mortgage to your paperboy and with our enhanced payment processing - many bills can be paid the next-day. Enroll today at webbanking.comerica.com.

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*

Page 1 of 3

Your *Comerica Access Checking* statement
December 21, 2007 to January 22, 2008

## Details of your *Comerica Access Checking* account: 4763

### Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 02 | 430.00 | Deposit | 0653079714 |
| Jan 02 | 70.00 | Deposit | 0653079712 |
| Jan 07 | 500.00 | Deposit | 0651034179 |
| Jan 07 | 100.00 | Deposit | 0651034411 |
| Jan 08 | 800.00 | Deposit | 0652023144 |
| Jan 11 | 4,500.00 | Deposit | 0655025378 |
| Jan 16 | 1,100.00 | Deposit | 0653021856 |
| Jan 16 | 480.00 | Deposit | 0653021835 |

**Total Other Deposits: $7,980.00**
**Total number of Other Deposits: 8**

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 5003 | -4,500.00 | Jan 11 | 0975276935 | # 5027 | -100.00 | Jan 09 | 0975028482 |
| @ 5026 | -2,005.00 | Jan 02 | 0973454901 | # 5028 | -25.00 | Jan 09 | 0975028456 |

**Total checks paid this statement period: -$6,630.00**
**Total number of checks paid this statement period: 4**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 21 | -200.00 | Penson ACH Dec 21 852688 | 9488246184 |
| Jan 08 | -955.56 | Farmers Calif E Pay 010808 Drv29af46156 | 9488638834 |
| Jan 18 | -25.00 | Southern Cal Gas Online Pmt Ckf794210667pos | 9488735695 |
| Jan 22 | -360.00 | Bank Of America Online Pmt Ckf794210667pos | 9488815483 |

**Total Electronic Withdrawals: -$1,540.56**
**Total number of Electronic Withdrawals: 4**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 22 | -555.00 | Withdrawal | 0652044119 |

**Total Other Withdrawals: -$555.00**
**Total number of Other Withdrawals: 1**

Page 2 of 3

# STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
December 21, 2007 to January 22, 2008

## Comerica Access Checking: '4763

### $ Lowest daily balance

Your lowest daily balance this statement period was **$1.93** on **January 2, 2008**.

### PLEASE EXAMINE THIS STATEMENT PROMPTLY

If there is an inaccuracy between your records and this statement contact us as soon as possible at the telephone number or address printed on the front page. You may want to retain this statement for your records. If you have selected either the Check Photo or Check Safekeeping option, and you need a copy of a check, you can call us at the phone number printed on the first page.

Balancing Your Account — Before you start, please be sure to enter any transactions (interest, deposits, checks, withdrawals, including Comerica ATM Card transactions and Comerica Visa® Check Card or other charges) including those shown on your statement that are not listed in your account register.

Compare the amount of each check, plus other deposits and withdrawals listed on this statement, with the amount written in your account register.

A. List any deposits not shown on this statement

| Date | Amount |
|---|---|
|  |  |

B. List all checks and other withdrawals not shown on this statement

| Check Number | Amount |
|---|---|
|  |  |

Enter Balance from last date on this statement       $ _____

Plus Total A                                          +$ _____

Equals                                                =$ _____

Minus Total B                                         -$ _____

Equals Your Current Balance                           =$ _____

Total A: $ _____     Total B: $ _____

### In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement, call or write us as soon as possible at the telephone number and address printed on the front page. For pre-authorized transfers (e.g. insurance payments, etc.) call number printed on the front page of this statement or write the Electronic Services Department. Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Visa Check Card transactions, call the number printed on the front page of this statement or write us at Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For personal account electronic transactions, we must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- tell us your name and account number;
- describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call the telephone number printed on the front page of this statement to find out whether or not the deposit has been made.

 Equal Opportunity Lender   Rev. 07-05          www.comerica.com         MEMBER FDIC
Page **3** of 3

**Comerica Bank**

# STATEMENT OF ACCOUNT

80958

||..|..||...||...|..|..||...|||..|

TIA D SMITH

**Your *Comerica Access Checking* statement**
January 23, 2008 to February 21, 2008
Account number             4763

## Your account summary

| | |
|---|---:|
| **Beginning balance** on January 23, 2008 | $961.37 |
| ***Plus deposits*** | |
| Electronic deposits | $66.00 |
| Other deposits | $3,340.00 |
| ***Less withdrawals*** | |
| Checks | -$3,070.21 |
| Electronic (EFT) withdrawals | -$1,195.26 |
| Other withdrawals | -$200.00 |
| Fees and service charges | -$66.00 |
| **Ending balance** on February 21, 2008 | $-164.10 |

**To contact us**

Call
(800) 522-2265

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
3825 CRENSHAW BLVD
LOS ANGELES CA  90008-4502

**Important information**

You can now add miles to your WorldPerks (R) account just for making everyday purchases and paying your bills. Introducing the Comerica WorldPerks Check Card - the card that takes you places. Earn miles for travel on Northwest Airlines (R) and over 30 Airline Partners including Continental Airlines and Delta Air Lines. Sign up today by calling 800-589-1400 or visit your local Comerica banking center for more details.

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*

Page 1 of 4

Your *Comerica Access Checking* statement
January 23, 2008 to February 21, 2008

## Details of your *Comerica Access Checking* account:    4763

### Electronic deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 12 | 33.00 | Overdraft Fee Refund | ID21958 |
| Feb 19 | 33.00 | Overdraft Fee Refund | ID21958 |

**Total Electronic Deposits: $66.00**
**Total number of Electronic Deposits: 2**
☆ - Indicates transactions that earned WorldPerks Miles

### Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 30 | 1,800.00 | Deposit | 0653031320 |
| Feb 11 | 140.00 | Deposit | 0651009459 |
| Feb 12 | 1,100.00 | Deposit | 0652032716 |
| Feb 14 | 300.00 | Deposit | 0654010249 |

**Total Other Deposits: $3,340.00**
**Total number of Other Deposits: 4**

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 5004 | -275.00 | Jan 29 | 0971135856 | # 5011 | -30.84 | Feb 21 | 0975311774 |
| # 5005 | -20.00 | Feb 20 | 0974918447 | @ 5031 | -200.00 | Jan 24 | 0970431209 |
| 5006 | -150.00 | Feb 08 | 0675000140 | @ 5033 | -2,005.00 | Feb 04 | 0972114110 |
| @ 5009 | -300.00 | Feb 21 | 0975170672 | # 5034 | -14.37 | Feb 11 | 0973316555 |
| # 5010 | -50.00 | Feb 20 | 0974964606 | # 5035 | -25.00 | Feb 12 | 0973597289 |

**Total checks paid this statement period: -$3,070.21**
**Total number of checks paid this statement period: 10**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 25 | -33.51 | Allstate Ins Online Pmt 080125 Ckf794210667pos | 9488410117 |
| Feb 15 | -856.68 | Aurora Loan Als Speedp 080214 0036661684-1722 | 9488129421 |
| Feb 15 | -95.07 | Wal-mart 7 Eca Purchase 080214 5008    Losaca | 9488053000 |
| Feb 19 | -210.00 | American Express Elec Remit 080215053793894 | 9488586969 |

**Total Electronic Withdrawals: -$1,195.26**
**Total number of Electronic Withdrawals: 4**

Comerica Bank

# STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
January 23, 2008 to February 21, 2008

## Comerica Access Checking:              )4763

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 06 | -200.00 | Withdrawal | 0653024513 |

**Total Other Withdrawals: -$200.00**
**Total number of Other Withdrawals: 1**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 11 | -33.00 | Fee - Overdraft | 0675000140 |
| Feb 12 | -33.00 | Fee - Overdraft | 0973316555 |

**Total Fees and Service Charges: -$66.00**
**Total number of Fees and Service Charges: 2**
☆ - Indicates transactions that earned WorldPerks Miles

### $ Lowest daily balance

Your lowest daily balance this statement period was **$-164.10**
on **February 21, 2008**.

Page **3** of 4

Your *Comerica Access Checking* statement
January 23, 2008 to February 21, 2008

## Comerica Access Checking: ▮4763

### PLEASE EXAMINE THIS STATEMENT PROMPTLY

If there is an inaccuracy between your records and this statement contact us as soon as possible at the telephone number or address printed on the front page. You may want to retain this statement for your records. If you have selected either the Check Photo or Check Safekeeping option, and you need a copy of a check, you can call us at the phone number printed on the first page.

Balancing Your Account    Before you start, please be sure to enter any transactions (interest, deposits, checks, withdrawals, including Comerica ATM Card transactions and Comerica Visa® Check Card or other charges) including those shown on your statement that are not listed in your account register.

Compare the amount of each check, plus other deposits and withdrawals listed on this statement, with the amount written in your account register.

A. List any deposits not shown on this statement

| Date | Amount |
|------|--------|
|      |        |

B. List all checks and other withdrawals not shown on this statement

| Check Number | Amount |
|--------------|--------|
|              |        |

Enter Balance from last date on this statement    $ _____

Plus Total A    +$ _____

Equals    =$ _____

Minus Total B    -$ _____

Equals Your Current Balance    =$ _____

Total A: $ _____    Total B: $ _____

### In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement, call or write us as soon as possible at the telephone number and address printed on the front page. For pre-authorized transfers (e.g. insurance payments, etc.) call number printed on the front page of this statement or write the Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Visa Check Card transactions, call the number printed on the front page of this statement or write us at Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For personal account electronic transactions, we must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- tell us your name and account number;
- describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call the telephone number printed on the front page of this statement to find out whether or not the deposit has been made.

Equal Opportunity Lender    Rev. 07-05

Comerica
www.comerica.com

MEMBER FDIC
Page **4** of 4

# STATEMENT OF ACCOUNT

80958

TIA D SMITH

**Your *Comerica Access Checking* statement**
February 22, 2008 to March 20, 2008
Account number             '4763

## Your account summary

| | |
|---|---:|
| **Beginning balance** on February 22, 2008 | **$-164.10** |
| ***Plus deposits*** | |
| Other deposits | $1,310.00 |
| ***Less withdrawals*** | |
| Checks | -$227.95 |
| ATM/Debit Card withdrawals | -$370.66 |
| Electronic (EFT) withdrawals | -$50.00 |
| Other withdrawals | -$380.00 |
| Fees and service charges | -$99.00 |
| **Ending balance** on March 20, 2008 | **$18.29** |

### To contact us

**Call**
(800) 522-2265

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
3825 CRENSHAW BLVD
LOS ANGELES CA  90008-4502

### Important information

WE BELIEVE a roof should cover more than your head. Like tuition, bills or remodeling your home. Call 800-535-2760 or visit any Comerica banking center and ask about our great rates on Home Equity Loans. Loans are subject to credit approval.

### Thank you

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*

Page 1 of 4

Your *Comerica Access Checking* statement
February 22, 2008 to March 20, 2008

## Details of your *Comerica Access Checking* account: '4763

### Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 22 | 210.00 | Deposit - Miscellaneous | 0655019108 |
| Feb 25 | 500.00 | Deposit | 0651019325 |
| Mar 07 | 600.00 | Deposit | 0655023268 |

**Total Other Deposits: $1,310.00**
**Total number of Other Deposits: 3**

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
# This symbol indicates an original item not enclosed
@ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 5012 | -32.95 | Feb 22 | 0975410029 | # 5037 | -25.00 | Mar 12 | 0972147347 |
| # 5013 | -65.00 | Mar 11 | 0971649896 | @ 5040 | -100.00 | Mar 17 | 0972647682 |
| @ 5036 | -5.00 | Mar 14 | 0972406770 | | | | |

**Total checks paid this statement period: -$227.95**
**Total number of checks paid this statement period: 5**

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 03 | -318.66 | Pmt Mercury IN Mercury Insuran Los Angeles  CA | 9489005991 |
| Mar 06 | -52.00 | VISA City Of LA Parkin00 Of 213-6236533 CA | 9488439596 |

**Total ATM/Debit Card Withdrawals: -$370.66**
**Total number of ATM/Debit Card Withdrawals: 2**
✰ - Indicates transactions that earned WorldPerks Miles

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 11 | -50.00 | Southern Cal Gas Online Pmt Ckf794210667pos | 9488460520 |

**Total Electronic Withdrawals: -$50.00**
**Total number of Electronic Withdrawals: 1**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 18 | -380.00 | Withdrawal | 0652009604 |

**Total Other Withdrawals: -$380.00**
**Total number of Other Withdrawals: 1**

**Comerica Bank**

STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
February 22, 2008 to March 20, 2008

## Comerica Access Checking: 4763

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 22 | -33.00 | Fee - Overdraft | 0975170672 |
| Feb 22 | -33.00 | Fee - Overdraft | 0975311774 |
| Feb 25 | -33.00 | Fee - Overdraft | 0975410029 |

**Total Fees and Service Charges: -$99.00**
**Total number of Fees and Service Charges: 3**
\* - Indicates transactions that earned WorldPerks Miles


### Lowest daily balance

Your lowest daily balance this statement period was **$-164.10** on **February 22, 2008**.

Page **3** of **4**

**Your *Comerica Access Checking* statement**
**February 22, 2008** to **March 20, 2008**

## Comerica Access Checking:    )4763

### PLEASE EXAMINE THIS STATEMENT PROMPTLY

If there is an inaccuracy between your records and this statement contact us as soon as possible at the telephone number or address printed on the front page. You may want to retain this statement for your records. If you have selected either the Check Photo or Check Safekeeping option, and you need a copy of a check, you can call us at the phone number printed on the first page.

Balancing Your Account — Before you start, please be sure to enter any transactions (interest, deposits, checks, withdrawals, including Comerica ATM Card transactions and Comerica Visa® Check Card or other charges) including those shown on your statement that are not listed in your account register.

Compare the amount of each check, plus other deposits and withdrawals listed on this statement, with the amount written in your account register.

A. List any deposits not shown on this statement

| Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Total A: $ _____

B. List all checks and other withdrawals not shown on this statement

| Check Number | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Total B: $ _____

Enter Balance from last date on this statement    $ _____

Plus Total A    +$ _____

Equals    =$ _____

Minus Total B    -$ _____

Equals Your Current Balance    =$ _____

**In Case of Errors or Questions About Your Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement, call or write us as soon as possible at the telephone number and address printed on the front page. For pre-authorized transfers (e.g. insurance payments, etc.) call number printed on the front page of this statement or write the Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Visa Check Card transactions, call the number printed on the front page of this statement or write us at Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For personal account electronic transactions, we must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- tell us your name and account number;
- describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call the telephone number printed on the front page of this statement to find out whether or not the deposit has been made.

 Equal Opportunity Lender    Rev. 07-05


www.comerica.com

MEMBER FDIC
Page 4 of 4

**Comerica Bank**

# STATEMENT OF ACCOUNT

80958

Il..l..ll...ll....l..ll...lll..l

TIA D SMITH

**Your *Comerica Access Checking* statement**
March 21, 2008 to April 18, 2008
Account number    4763

## Your account summary

| | |
|---|---:|
| **Beginning balance** on March 21, 2008 | $18.29 |
| ***Plus deposits*** | |
| Other deposits | $10,950.28 |
| ***Less withdrawals*** | |
| Checks | -$5,043.40 |
| Other withdrawals | -$5,706.00 |
| Fees and service charges | -$33.00 |
| **Ending balance** on April 18, 2008 | $186.17 |

**To contact us**
Call
(800) 522-2265

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
3825 CRENSHAW BLVD
LOS ANGELES CA  90008-4502

**Important information**

Effective 7/1/08, the following fee changes will occur. The Monthly Maintenance fee for Retail Statement Savings will increase to $4. The ATM Balance Inquiry fee and Comerica fee at non-Comerica U.S. ATM's will increase to $2 respectively. The Stop Payment fee will increase to $25 and the Official Check fee will increase to $7. In addition, the Overdraft and Non-Sufficient Funds fees will be as follows: 1st occurrence: $22 per item; 2nd - 4th occurrence: $32 per item; 5th or greater occurrence: $36 per item.  If you have questions, or would like a copy of our Personal Services and Charges brochure, call the phone number listed on your statement or visit your local banking center after 6/1/08.

**Thank you**

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*

Page **1** of 3

Your *Comerica Access Checking* statement
March 21, 2008 to April 18, 2008

## Details of your *Comerica Access Checking* account: )4763

### Other deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 31 | 190.00 | Deposit | 0651 027321 |
| Apr 07 | 8,560.28 | Deposit | 0651 028653 |
| Apr 14 | 2,200.00 | Deposit | 0651 028443 |

**Total Other Deposits: $10,950.28**
**Total number of Other Deposits: 3**

### Checks paid this statement period

\* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
© This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| # 200 | -1,159.30 | Apr 14 | 0972166093 | # 5018 | -50.00 | Apr 01 | 0976735278 |
| # 201 | -20.00 | Apr 10 | 0971838131 | # 5019 | -1,200.00 | Apr 09 | 0971473804 |
| © 5014 | -42.07 | Mar 26 | 0975153058 | © 5021 | -1,200.00 | Apr 10 | 0971800718 |
| © 5016 | -1,000.00 | Apr 08 | 0971021821 | © 5023 | -72.03 | Apr 17 | 0973201383 |
| # 5017 | -300.00 | Apr 08 | 0971110041 | | | | |

**Total checks paid this statement period: -$5,043.40**
**Total number of checks paid this statement period: 9**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Apr 11 | -2,706.00 | Withdrawal | 0655020029 |
| Apr 14 | -3,000.00 | Withdrawal | 0651 028623 |

**Total Other Withdrawals: -$5,706.00**
**Total number of Other Withdrawals: 2**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Mar 27 | -33.00 | Fee - Overdraft | 0975153058 |

**Total Fees and Service Charges: -$33.00**
**Total number of Fees and Service Charges: 1**
✰ - **Indicates transactions that earned WorldPerks Miles**

 **Lowest daily balance**

Your lowest daily balance this statement period was $-56.78 on **March 27, 2008.**

Page **2** of 3

Comerica Bank

# STATEMENT OF ACCOUNT

Your *Comerica Access Checking* statement
March 21, 2008 to April 18, 2008

## Comerica Access Checking:   _4763

### PLEASE EXAMINE THIS STATEMENT PROMPTLY

If there is an inaccuracy between your records and this statement contact us as soon as possible at the telephone number or address printed on the front page. You may want to retain this statement for your records. If you have selected either the Check Photo or Check Safekeeping option, and you need a copy of a check, you can call us at the phone number printed on the first page.

Balancing Your Account — Before you start, please be sure to enter any transactions (interest, deposits, checks, withdrawals, including Comerica ATM Card transactions and Comerica Visa® Check Card or other charges) including those shown on your statement that are not listed in your account register.

Compare the amount of each check, plus other deposits and withdrawals listed on this statement, with the amount written in your account register.

A. List any deposits not shown on this statement

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |

Total A: $ _____

B. List all checks and other withdrawals not shown on this statement

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |

Total B: $ _____

Enter Balance from last date on this statement    $ _____

Plus Total A                                     +$ _____

Equals                                           =$ _____

Minus Total B                                    -$ _____

Equals Your Current Balance                      =$ _____

### In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement, call or write us as soon as possible at the telephone number and address printed on the front page. For pre-authorized transfers (e.g. insurance payments, etc.) call number printed on the front page of this statement or write the Electronic Services Department, Attn. Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Visa Check Card transactions, call the number printed on the front page of this statement or write us at Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For personal account electronic transactions, we must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- tell us your name and account number;
- describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call the telephone number printed on the front page of this statement to find out whether or not the deposit has been made.

  Equal Opportunity Lender   Rev. 07-05


www.comerica.com

MEMBER FDIC
Page 3 of 3