**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| RESIDENTIAL CAPITAL, LLC, *et al*. | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### ORDER DENYING "EMERGENCY MOTION FOR CHAPTER 11 BANKRUPTCY PROTECTIONS" FILED BY THOMAS G. COOPER

Thomas G. Cooper ("Cooper") filed an "Emergency Motion for Chapter 11 Bankruptcy Protections." ("Motion," ECF Doc. # 9746.) Cooper mailed the Motion to the Clerk of the U.S. District Court for the Southern District of New York, postmarked February 27, 2016, but with the Motion caption identifying the United States Bankruptcy Court for the Southern District of New York. The Clerk of the District Court forwarded the Motion to the Bankruptcy Court; the Motion was received in the Bankruptcy Court on March 11, 2016, and it was entered on the docket on March 15, 2016. On March 2, 2016, the Court entered the *Memorandum Opinion and Order Sustaining the ResCap Borrower Claims Trust's Objection to the Claim 6270 Filed by Thomas G. Cooper and Catherine D. Cooper* ("Opinion and Order," ECF Doc. # 9701). The Opinion and Order expunged Claim Number 6270.

Nothing contained in the Motion causes the Court to reconsider, amend or modify the Opinion and Order. Therefore, the Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated:    March 22, 2016
              New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge