MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON MARCH 24-25, 2016 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    TRIAL:**

**1.**    ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 8237]

**Related Document(s):**

**a.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8820]

**b.**    Motion For Reconsideration of Order Sustaining The ResCap Liquidating Trust And The ResCap Borrower Claims Trust's Objection to Claim Nos. 112 and 114 [Docket No. 8897]

ny-1226043

| | |
|---|---|
| c. | Letter to Judge Glenn from Jordan A. Wishnew dated August 11, 2015 Regarding Status of Resolution of Claims Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9003] |
| d. | Letter to Judge Glenn from Erlinda Abibas Aniel dated August 14, 2015 regarding Settlement Letter from Jordan A. Wishnew Received on August 8, 2015 [Docket No. 9023] |
| e. | Order Denying Erlinda Abibas Aniel's Motion for Reconsideration [Docket No. 9027] |
| f. | Order Granting The ResCap Borrower Claims Trust Request To File a Supplemental Filing With Respect To Its Objection To The Aniels' Claims and Permitting The Aniels To File A Response [Docket No. 9051] |
| g. | Notice of Appeal of Order Denying Erlinda Abibas Aniel's Motion for Reconsideration filed by Erlinda Abibas Aniel [Docket No. 9055] |
| h. | Designation of Contents and Statement of Issues on Appeal [Docket No. 9119] |
| i. | The ResCap Borrower Claims Trust's Counter-Designation of Items for Record on Appeal [Docket No. 9176] |
| j. | Amended Notice of Status Conference Regarding The ResCap Liquidating Trust's and the ResCap Borrower Claims Trust's Objection to Claim Nos. 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel, Solely as it Relates to Claim Nos. 416 and 417 to be Held on November 18, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 9228] |
| k. | Letter from Erlinda Abibas Aniel to Judge Glenn dated November 10, 2015 Regarding Discovery [Docket No. 9326] |
| l. | Case Management and Scheduling Order for ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9345] |
| m. | Amended Case Management and Scheduling Order for ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9462] |
| n. | Motion [of Ocwen Loan Servicing, LLC and Mira V. Smoot] to Quash Subpoena [Docket No. 9563] |
| o. | Erlinda Abibas Aniel's Motion to Expunge/Strike Out Ocwen Loan Servicing, LLC from the Records and tits Motion to Quash Subpoena [Docket No. 9568] |

| | |
|---|---|
| **p.** | Order Granting the Motion to Quash and Denying the Motion to Strike [Docket No. 9570] |
| **q.** | Motion [of Erlinda Abibas Aniel] For Reconsideration And/Or Clarification of Ruling Regarding Motion To Strike Ocwen's Motion To Quash Subpoena  [Docket No. 9582] |
| **r.** | Proposed Pretrial Order Regarding Claims Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9605] |
| **s.** | Erlinda Abibas Aniel's Letter to the Court Requesting that the Proposed Pre-Trial Order Exhibit List be Amended [Docket No. 9638] |
| **t.** | Letter to Judge Glenn from Kevin M. Hodges, counsel for Non-Party Individuals, Regarding Request for Conference [Docket No. 9653] |
| **u.** | Order Concerning Application of HSBC to Quash Trial Subpoenas Relating to the Contested Claim of Erlinda Abibas Aniel [Docket No. 9657] |
| **v.** | Letter to Judge Glenn from Erlinda Abibas Aniel in Response to Letter from Kevin M. Hodges [Docket No. 9665] |
| **w.** | Pretrial Order [Docket No. 9678] |
| **x.** | Declaration Under Penalty of Perjury as Direct Testimony of Erlinda Abibas Aniel [Docket No. 9741] |
| **y.** | Letter to Judge Glenn from Jordan A. Wishnew Regarding the Trial on Objection to Erlinda Abibas Aniel's Proofs of Claim [Docket No. 9755] |
| **z.** | Declaration and Proposed Testimony of Kathy Priore in Support of The ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Not Docketed] |
| **aa.** | Declaration and Proposed Testimony of Mira Smoot in Support of The ResCap Borrower Claims Trust's Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Not Docketed] |

**Response(s)**:

| | |
|---|---|
| **a.** | Erlinda Abibas Aniel's Opposition and Response to the ResCap Liquidating Trust's and ResCap Borrower Claims Trust's Objection Claim Nos. 112, 114, 416, and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel, and Marc Jason Aniel [Docket No. 8370] |

    **b.**    Erlinda Abibas Aniel's Reply to Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9153]

    **c.**    Preliminary Pre-Trial Memorandum of [Erlinda Abibas Aniel] [Docket No. 9742]

**Reply**:

    **a.**    The ResCap Borrower Claims Trust and the ResCap Liquidating Trust's Reply in Support of Their Objection to Claim Numbers 112, 114, 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 8475]

    **b.**    Supplemental Declaration of Kathy Priore in Further Support of The ResCap Borrower Claims Trust's Objection to Claim Numbers 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9112]

    **c.**    The ResCap Borrower Claims Trust's Memorandum of Law in Support of its Objection to Claim Nos. 416 and 417 Filed by Erlinda Abibas Aniel, Fermin Solis Aniel and Marc Jason Aniel [Docket No. 9725]

**Status**:    The trial on this matter will be going forward.

Dated: March 22, 2016  
       New York, New York

/s/ Jordan A. Wishnew  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims*