MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------
|                                              )
In re:                                          )    Case No. 12-12020 (MG)
                                                )
RESIDENTIAL CAPITAL, LLC, et al.,               )    Chapter 11
                                                )
                                      Debtors.  )    Jointly Administered
                                                )
--------------------------------------------------------------------

**THE RESCAP BORROWER CLAIMS TRUST'S COUNTER-
DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal and Statement of Election [Docket No. 9735] filed by appellants Patricia J. McNerney and Susan M. Gray (the "**Appellants**"), from the *Memorandum Opinion and Order Sustaining the ResCap Borrower*

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013.  The Plan provides for the creation and implementation of the Borrower Trust.  *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S.

ny-1226634

*Claims Trust's Objection to Claim Nos. 4757, 4758, 4762 and 4764 Filed by Patricia McNerney and Susan Gray* [Docket No. 9690] which was entered by the Bankruptcy Court on February 29, 2016.[2]

The Borrower Trust designates the following additional items to be included in the record on appeal.

**A. Pleadings**

| Docket No. | Description |
|---|---|
| 9359 | Amended Declaration of Susan M. Gray (Amended Only to Correct Electronic Signature) |
| 9439[3] | Letter Follow up to Address Specific Questions Regarding Ohio CSPA Coverage of Conduct of HSBC in Loan Origination and Subsequent Collection Action |

Dated:  March 24, 2016
         New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

---

[2] For the avoidance of doubt, with regard to any pleadings and/or exhibit lists designated by the Borrower Trust, the Borrower Trust also designates any and all exhibits filed with, attached to, or otherwise referenced in such documents. For the further avoidance of doubt, the Borrower Trust designates all items designated by Appellants in Docket No. 9739, Case No. 12-12020 (MG) and all exhibits filed with, attached to, or otherwise referenced in such documents.

[3] This document was designated by Appellants erroneously as Docket No. 9443.

2
ny-1226634