

**HUNTON & WILLIAMS**

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

PATRICK L. ROBSON
DIRECT DIAL: 212-309-1157
EMAIL: probson@hunton.com

March 24, 2016

FILE NO: 53269.769

<u>Via ECF</u>

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    <u>*Ocwen Loan Servicing, LLC v. The ResCap Liquidating Trust*,
             Case No. 12-12020 (MG), Adv. Pro. No. 14-02388 (MG)</u>

Dear Judge Glenn:

    We represent Ocwen Loan Servicing, LLC, plaintiff in the above-referenced adversary proceeding brought by Ocwen against The ResCap Liquidating Trust, as successor to the Debtor, Residential Capital, LLC ("ResCap"). On July 14, 2015, the Court issued a Memorandum Decision and Order with respect to the parties' cross-motions for summary judgment. (Dkt. 21.) The Court's decision left open certain matters and, since that time, the parties have discussed a possible resolution of the dispute. In that regard, we recently agreed to engage in private mediation under the auspices of retired United States Bankruptcy Judge Allan L. Gropper. A mediation tentatively is scheduled for April 28.

    In furtherance thereof, and at the suggestion of Judge Gropper, we respectfully submit the attached stipulation and proposed order appointing Judge Gropper as mediator, and requiring that the parties report to you no later than ten (10) days after conclusion of the mediation. On behalf of both parties, we respectfully request entry of the order so that the mediation can proceed accordingly.

                                               Respectfully submitted,

                                               Patrick L. Robson

Cc:    Jamie A. Levitt, *counsel to ResCap*
        Todd M. Goren, *counsel to ResCap*