# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TIA DANIELLE SMITH,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 01561 ( AT )( JCF )

-against-

RESCAP BORROWER CLAIMS TRUST, successor in interest to the RESCAP Debtors (Case No. 12-12020)

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit. The attached disclosure of income and assets reflects an independent, clerical engagement obtained at the end of February, 2016, which is not a recurring source of income and uses the current court form for income and asset disclosures.

March 23, 2016

Dated                                    Signature

Smith, Tia Danielle

Name (Last, First, MI)

4011 Hubert Avenue, Los Angeles, California 90008

Address          City          State          Zip Code

(323) 803-3027                    myfathersdiamond@msn.com

Telephone Number                 E-mail Address (if available)

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

Tia Danielle Smith  v. RESCAP Debtors   Appeal No. 1:16-cv-01561

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: March 23, 2016<br>MARCH 23, 2016 |

My issues on appeal are: (required):
I moved to reopen my claims for newly discovered evidence of fraud. The endorsement of Judy Faber as Vice President of Residential Funding Company, LLC (RFC) appearing on a copy of the Note at issue falsely represents her capacity as Vice President of RFC. Discovery provided by the RESCAP Debtors on January 13, 2016 shows that Judy Faber was a Manager in the Document Imaging Department of GMAC Mortgage, LLC.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0.00 | $N/A | $0.00 | $N/A |
| Self-employment | $650.00* | $N/A | $0.00 | $N/A |
| Income from real property (such as rental income) | $0.00 | $N/A | $0.00 | $N/A |

* Unanticipated and received on February application for fee waiver was filed at Dockets 9646/9

- 1 -

12/01/2013 SCC

| Interest and dividends | $0.00 | $ N/A | $0.00 | $ N/A |
|---|---|---|---|---|
| Gifts | $500.00 | $ N/A | $0.00 | $ N/A |
| Alimony | $0.00 | $ N/A | $0.00 | $ N/A |
| Child support | $200.00 | $ N/A | $200.00 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0.00 | $ N/A | $0.00 | $ N/A |
| Disability (such as social security, insurance payments) | $0.00 | $ N/A | $0.00 | $ N/A |
| Unemployment payments | $0.00 | $ N/A | $0.00 | $ N/A |
| Public-assistance (such as welfare) | $0.00 | $ N/A | $0.00 | $ N/A |
| Other (specify): | $0.00 | $ N/A | $0.00 | $ N/A |
| **Total monthly income:** | $1350.00 | $0 | $200.00 | $ N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

- 2 -

4.   *How much cash do you and your spouse have?* $ 75.00

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Comerica | Checking | $ 75.00 | $ N/A |
|  |  | $ | $ |
|  |  | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.   *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 700,000.00 | (Value) $ 0.00 | (Value) $ 0.00 |
| Title is currently being disputed |  | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0.00 | (Value) $ 0.00 | (Value) $ 0.00 |
| Make and year: |  |  |
| Model: |  |  |
| Registration #: |  |  |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0.00 | $ 0.00 | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>    Are real estate taxes included? ☐ Yes ☐ No<br>    Is property insurance included? ☐ Yes ☐ No | $ 0.00 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ N/A |
| Food | $ 75.00 | $ N/A |
| Clothing | $ 0.00 | $ N/A |
| Laundry and dry-cleaning | $ 0.00 | $ N/A |
| Medical and dental expenses | $ 0.00 | $ N/A |

| | | | |
|---|---|---|---|
| Transportation (not including motor vehicle payments) | | $ 0.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | | $ 0.00 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | | |
| | Homeowner's or renter's: | $ 0.00 | $ N/A |
| | Life: | $ 94.00 | $ N/A |
| | Health: | $ 0.00 | $ N/A |
| | Motor vehicle: | $ 0.00 | $ N/A |
| | Other: | $ 0.00 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | | $ 0.00 | $ N/A |
| Installment payments | | | |
| | Motor Vehicle: | $ 0.00 | $ N/A |
| | Credit card (name): | $ 0.00 | $ N/A |
| | Department store (name): | $ 0.00 | $ N/A |
| | Other: | $ 0.00 | $ N/A |
| Alimony, maintenance, and support paid to others | | $ 0.00 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | $ 0.00 | $ N/A |
| Other (specify): | | $ 0.00 | $ N/A |
| **Total monthly expenses:** | | **$ 169.00** | **$ N/A** |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending —any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $ _____

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   All of the gifts I received in February, 2016 were used toward the litigation expenses for the contested claim proceedings heard on February 9, 2016 for travel, lodging meals and were contributed toward document preparation.

12. *Identify the city and state of your legal residence.*

   City **Los Angeles**          State **California**

   Your daytime phone number: **(323) 803-3027**

   Your age: **49**    Your years of schooling: **12**

   Last four digits of your social-security number: **2841**