Michelle W. Cohen
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for MBIA Insurance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

                 Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PNC Bank, National Association, et al.,   *Movants*,

                     v.

MBIA Insurance Corporation,
                *Respondent*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

Case No. 16-mc-00063-P1

Related Case No. 13-cv-3451
(SRN/JJK/HB) in United States
District Court for the District of
Minnesota

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

      MBIA Insurance Corporation ("MBIA"), a party in interest in these cases, hereby requests notice of all hearings and conferences in this case and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written

8775498v.1

or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise.  All such notices and papers should be directed to the attorneys for MBIA at the address set forth below.

Neither this Request nor its filing and service shall constitute: (1) the consent of MBIA to the jurisdiction of this Court over it for any purpose or (2) a waiver by MBIA of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Ambac reserves to the full extent of the law.

Dated:  New York, New York
        March 25, 2016

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**
Attorneys for MBIA Insurance Corporation


By:      s/Michelle W. Cohen
         Michelle W. Cohen

Michelle W. Cohen (mcohen@pbwt.com)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Fax:  (212) 336-2222