# Exh. 1

# CADWALADER

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

October 8, 2015

VIA E-MAIL

Jennifer A. L. Battle
Carpenter, Lipps & Leland
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215

Re:   MBIA Insurance Corporation v. Residential Funding Company, LLC, NY
      Supreme Court, No. 603552/2008

Dear Jennifer:

Pursuant to Paragraph 7 of the Amended Stipulation and Order for the Production and Exchange of Confidential Information entered in the captioned case on November 23, 2009 ("Confidentiality Order"), we write to inform you that MBIA Insurance Corporation ("MBIA") received a Subpoena To Produce Documents (the "Subpoena") from the Defendants in the actions captioned *Residential Funding Company, LLC v. BMO Harris Bank, N.A.*, Civil Action No. 13-cv-03523 (JNE/FLN) and *Residential Funding Company, LLC v. PNC Bank, N.A.*, Civil Action No. 13-cv-03498 (JRT/BRT), both pending in the United States District Court for the District of Minnesota. In response to the Subpoena, MBIA intends to provide Defendants with MBIA's Examiner Submissions and exhibits thereto, which contain information and materials that have been designated by Residential Funding Company, LLC ("RFC") in the above-referenced action as Confidential or Highly Confidential pursuant to the Confidentiality Order. In the event RFC objects to MBIA's production or determines to take any action that would impact MBIA's compliance with the Subpoena, please advise us within seven (7) business days of the date of this letter.

Very truly yours,

Jared Stanisci

Jared Stanisci  Tel +1 212 504 6075   Fax +1 212 504 6666   jared.stanisci@cwt.com