# Exh. 2

# CADWALADER

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

October 8, 2015
**VIA EMAIL**

Timothy A. Devine, Esq.
Chief Counsel-Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
*Attorneys for Ally Financial Inc.*

Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for AIG, Allstate, MassMutual, and/or Prudential*

Kathy D. Patrick, Esq.
Robert J. Madden, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Talcott J. Franklin, Esq.
Talcott Franklin P.C.
208 Market Street, Suite 200
Dallas, TX 75202
*Attorneys for RMBS Steering Committee*

Amy Williams-Derry, Esq.
Derek W. Loesser, Esq.
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
*Attorneys for FHLBs*

Jeffrey S. Powell, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W. Suite 1200
Washington, DC 20005
*Attorneys for Ally Financial Inc.*

Richard L. Wynne, Esq.
Howard Sidman, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*Attorneys for Financial Guaranty Insurance Company*

Seven Rivera, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Examiner*

Gary S. Lee, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Debtors*

Thomas J. Moloney, Esq.
Sean A. O'Neal, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Attorneys for Wilmington Trust*

**Jared Stanisci**  Tel 212-504-6075   Fax +1 212 504 6666   jared.stanisci@cwt.com

# CADWALADER

October 8, 2015

| | |
|---|---|
| Harrison L. Denman, Esq.<br>J. Christopher Shore, Esq<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>*Attorneys for Junior Secured Noteholders* | Kenneth H. Eckstein, Esq.<br>Douglas Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for Unsecured Creditors Committee* |

Re: *In re Residential Capital, LLC, et al.*, No. 12-12020 (MG)

Dear Counsel:

Pursuant to the Confidentiality Agreement Regarding Examiner Submission Paper, effective as of February 15, 2013 and entered in connection with the above-referenced proceeding (the "Agreement"), we write to inform you that MBIA Insurance Corporation ("MBIA") received a Subpoena To Produce Documents (the "Subpoena") from the Defendants in the actions captioned *Residential Funding Company, LLC v. BMO Harris Bank, N.A.*, Civil Action No. 13-cv-03523 (JNE/FLN) and *Residential Funding Company, LLC v. PNC Bank, N.A.*, Civil Action No. 13-cv-03498 (JRT/BRT), both pending in the United States District Court for the District of Minnesota.[1] In response to the Subpoena, MBIA has informed the Defendants that it will produce MBIA's Examiner Submissions and exhibits thereto, after giving notice to the Parties to the Agreement. In the event any Party objects to MBIA's production or determines to take any action that would impact MBIA's production of its Examiner Submission and/or exhibits thereto, please advise us within seven (7) business days of the date of this letter.

Very truly yours,

Jared Stanisci

JS

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Agreement.