# Exh. 6

# CADWALADER

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

November 3, 2015

**VIA E-MAIL (PHEERINGA@BUCKLEYSANDLER.COM)**

A. Paul Heeringa
BuckleySandler LLP
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654

Re:  *Residential Funding Company, LLC v. BMO Harris Bank, N.A.*, Civil Action No. 13-cv-03523 (JNE/FLN); *Residential Funding Company, LLC v. PNC Bank, N.A.*, Civil Action No. 13-cv-03498 (JRT/BRT)

Dear Paul:

As you know, we represented MBIA Insurance Corp. ("MBIA") in connection with the action captioned *MBIA Insurance Corp. v. Residential Funding Company, LLC*, Index No. 603552/2008 (Supreme Court of the State of New York, County of New York) (the "MBIA v. RFC Litigation") and the Proofs of Claim MBIA filed against various debtors in *In re Residential Capital, et al.,* Case No. 12-12020-MG, and its associated cases (the "Chapter 11 Proceedings"). Accordingly, we are assisting MBIA in its response to the Subpoena served by Defendants on January 20, 2015 in connection with the above-referenced actions.

Enclosed, by way of a link in my transmittal email and subject to the Protective Order entered February 26, 2015 in the above-captioned actions (the "Protective Order"), are confidential documents Bates-stamped Rescap-MBIA-00000001-Rescap-MBIA-00018787. These documents represent discovery material from the MBIA v. RFC Litigation that MBIA relied on and provided to Arthur J. Gonzalez (the "Examiner") in connection with MBIA's submission paper (the "Submission Paper") in the Chapter 11 Proceedings, which set forth arguments, analysis, and supporting documents it believed bore on MBIA's third party claims against Residential Capital, LLC and its subsidiaries and against Ally Financial Inc. or other affiliated Ally entities. All of the documents have been marked "Confidential" pursuant to the Protective Order and should be treated in accordance with the Protective Order.

Certain of the documents or information included in this production contain borrower personal identifying information ("PII"). MBIA requests that Defendants, their representatives, agents, attorneys, and employees and anyone else permitted access to the documents pursuant to paragraphs 5(a), 6 and 7 of the Protective Order treat these documents and this information

CADWALADER

A. Paul Heeringa
November 3, 2015

with special care to avoid the risk of identity theft and other disclosure of the PII. MBIA also requests that Defendants comply with paragraph three of the Protective Order, which pertains to PII and explicitly requires the parties to protect PII from disclosure. PII is particularly likely to appear in: (i) individual loan files; (ii) the loan tapes created in connection with the securitizations discussed in the expert reports; (iii) the appendices to the Expert Report of David Pawlowski; and (iv) the materials supporting the Expert Report of David Pawlowski.

MBIA reserves all rights with respect to the documents it is producing, and MBIA does not waive or limit any future assertion that the documents are protected by the attorney client privilege, the work product doctrine, or any other applicable privileges, protections or immunities.

Very truly yours,

*[signature]*

Jared Stanisci

JS
Enclosure