# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Dflanigan@polsinelli.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;


Rwd@dietrichlawfirm.net; (Audrey Mills # 857)

Rcordonnier@hotmail.com ;(Ronald Cordonnier # 1237)

Candy.Shively@yahoo.com; (Candy Shively #1672)

Jpennaz@yahoo.com ;(James Pennaz #1679)

Ari@winternet.com; (Michael G. Weiss # 1919)

Floannab@gmail.com ;(Florence Anne & Michael Berry #1976)

Aprilmlowe@gmail.com ;(April M. Lowe #2127)

Bsmith.gps@gmail.com; (Robert Earl Smith #2364)

Marjoriecanty@gmail.com ;(Kenneth & Marjorie Canty #2369)

Jwgetzinger@comcast.net ;(James Getzinger #3512)

Mvelotas@comcast.net ;(William & Barbara Velotas #3543)

Mferrier59@gmail.com ;(Kenneth & Michelle Ferrier #3791)

Molljanalpha@hotmail.com ;(Molly Jane Essama #4365)

Cellinnovations@msn.com ;(Daniel & Tina O'Rourke #4835)

Davidmartyhs@bellsouth.net; (Martha & david J Petty #6449)

B_blake8@yahoo.com ;(Beverly A. Blake #1457)

Lucashs@appstate.edu; (Fred Colosimo & Harvey Lucas #2121)

Shirld93@gmail.com ;(Shirley Washington #2170)

Wmentpr@att.net ;(Wendell & Mary Bricker #2208)

Sarah.patrick@us.army.mil ;(Sarah Joy Patrick #2665)

Scott.skillman@gmail.com ;(B. Scott Skill man #523)

Robertottoway@yahoo.com ;(Robert Ottoway #1135)

Riggins3362@bellsouth.net ;(Julie M. Riggins #1321)

Lester@lgkateslaw.com ;(Guardianship of Amelia Gaston #1434)

Angelajns@aol.com ;(HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y #1437)

Methier03@comcast.net ;(Michael J. Ethier #1521)

Jim.herman@zimmer.com ;(James & Nancy Herman # 1654)

Ashleygardner1011@gmail.com; (Ashley L Thurman #1960)

Powellj@embarqmail.com ;(Jeffrey & Mary Jane Powell #1966)

Caranegri@gmail.com ;(Cara Negri #2214)

Darcielampman@hotmail.com ;(Michael & Darcie Lampman #2413)

Uwillbehappier@aol.com; (Philip spears #3629)

Garyalaff@yahoo.com ;(Gary A Laff #3747)

Tmartin@mslaw.com ;(Thomas & Catherine Martin #4401)

Pumbacrs@yahoo.com; (George & Lori Daniels #4560)

Tuiwarehouse@yahoo.com (Emilio Perez #6769)