# **EXHIBIT C**

Audrey Mills
c/o Robert W. Dietrich
Dietrich Law Firm
3815 W. Saint Joseph St., Suite B-400
Lansing, MI 48917


Ronald Jerome Cordonnier
1501 Secret Ravine Pkwy Unit 1511
Roseville, CA 95661-6015

Candy Shively
Shore Line Realty & Associates, Inc
1407 Viscaya Pkwy # 2
Cape Coral, FL 33990

JAMES PENNAZ
SANDRA J. PENNAZ
957 KAUKU PLACE
HONOLULU, HI 96825

Thomas S. Lee
1214 Devonshire Dr
Sumter, SC 29154

Michael G. Weiss
1085 90th St. NE.
Monticello, MN 55362

Florence Anne & Michael P Barry
359 Ridge Road
Watchung, NJ 07069

April M. Lowe
11 Negus Street
Webster, MA 01570

Robert Earl Smith
840 Daniel Moss Road
Coahoma, MS 38617

Kenneth J. and Marjorie Canty
2707 Hughes St.
Smyrna, GA 30080

James Getzinger
2575 Peachtree Rd NE #15A
Atlanta, GA 30305

William M. Velotas and Barbara M. Velotas
5803 Boyce Springs
Houston, TX 77066

Kenneth Ferrier and Michelle Ferrier
PO Box 390093
Keauhou, HI 96739

SHEILA LA RUE AND CAL STATE ROOFING
10683 ALTA SIERRA DR
GRASS VALLEY, CA 95949-6847

ROGER A. OLSEN -
DONNA R. OLSEN
2909 DUNCAN DRIVE
MISSOULA, MT 59802

Marsha Muwwakkil
6314 Homeview Dr.
Houston, TX 77049

Molly Jane Essama
6401 Saint Johns Ave Apt 145
Palatka, FL 32177-6823

Daniel ORourke and Tina ORourke
5760 Sunset Ave. NE
Bremerton, WA 98311

Martha R & David J Petty
8864 SE Jardin Street
Hobe Sound, FL 33455

PETER TESORO
2337 ROSEDALE CURVE
UPLAND, CA 91784

STADDARD, SANDRA
4209 40th Ct N
Birmingham, AL 35217-4120

Beverly A. Blake
210 C.L. Bradford St.
Pineville, LA 71360

Fred Colosimo and Harvey S. Lucas Acct#0687690526
PO Box 371
Blowing Rock, NC 28605-0371

Shirley S. Washington
2312 Old Military Rd
Mobile, AL 36605-3316

Monifa Jamila Ajanaku
1020 Rayner St
Memphis, TN 38114

Wendell & Mary Bricker
305 Whippoorwill Road
Seymour, MO 65746-9043

Sarah Joy Patrick
3618 Dunlap Fields
Converse, TX 78109

Richard G. Kaschak
P.O. Box 6031
Pine Mt. Club, CA 93222


B. Scott Skillman, P.C.
318 S 5th Street
Terre Haute, IN 47807-4227


EDWARD DELGADO JR
404 STONEHEDGE PLACE
SAN MARCOS, CA 92069

James A Cecil Norma S Cecil and Bert M Edwards vs GMAC Mortgage LLC vs James Delisle
LouisvilleJefferson County et al
119 S 7th St 200
Louisville, KY 40202

MARIE J. DIMITRIJEVIC
7629 HERRITAGE DR APT 2
LANSING, MI 48917-5817

Robert J Ottoway
4210 West Lupine Ave
Phoenix, AZ 85029

PAUL G POWER
12 REDSPIRE DRIVE
UNION, NJ 07083

William Mask
PO Box 29735
Oakland, CA 94604

Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

GUARDIANSHIP OF AMELIA GASTON
2655 LEJEUNNE RD STE 804
CORLA GABLES, FL 33134

HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y
438 STARCREST CIR
ROCK HILL, SC 29730-5060

Crystal Johnson
PO Box 15105
Washington, DC 20003-0105

Michael J. Ethier
2060 Walden Ct
Flint, MI 48532

James Herman and Nancy Herman
3023 N Clark St.
Chicago, IL 60657

Ashley L Thurman
1015 Alexander Myers Road
Florence, MS 39073

Jeffrey & Mary Jane Powell
27420 Rolling Hills Drive
Maryville, MO 64468-7500

Dianne H. Bowden
6752 Highway 309 S
Holly Springs, MS 38635-7333

Cara Negri
210 Cedar St Apt 5
Newport Beach, CA 92663-1934

Diana Conley
1106 Bishop Ave
Hamilton, OH 45015

Michael or Darcie Lampman
3314 Monticello Ave
Waterloo, IA 50701

Nelli A. Kasparova
13230 10th Ave S
Burien, WA 98168


PHILLIP D SPEARS VS GMAC MORTGAGE LLC
8107 RUSTIC TER
SAN ANTONIO, TX 78249-3962


LAW OFFICE OF GARY A LAFF
3345 WILSHIRE BLVD STE 911
LOS ANGELES, CA 90010

Carl Wiesener
4961 Murray Johnson Rd
Conway, SC 29526

Juan Carlos Mendoza
1057 SW Janar Ave.
Port St. Lucie, FL 34953

Thomas H. Martin and Catherine D. Martin
92 Moraine St.
Jamaica Plain, MA 02130-4330

Brisbin Skiles
6700 Oakshore Dr. #104
Panama City, FL 32404

WIRTH, GLORIA
1302 N MCKEMY AVE
CHANDLER, AZ 85226-1152

DANIELS, GEORGE M & DANIELS, LORI T
8218 FOLDENAUER DRIVE
HARTLAND, MI 48843

Carla Jo Timm
Homecomings Financial
3451 Hammond Avenue
Waterloo, IA 50702

Mario Montoya
38803 Carolside Ave
Palmdale, CA 93550

Emilio Perez
246 E Main Street
Pahokee FL, 33476