# **EXHIBIT A**

Smgray@smgraylaw.com