## **EXHIBIT B**

Susan Marie Gray, Attorney at Law
22255 Center Ridge Road, Suite 210
Rocky River, Ohio 44116