UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               :    Case No. 12-12020 (MG)
                                                :
                                                :
                                                :    (Jointly Administered)
            Debtors.                            :
-----------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On March 25, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Memorandum Opinion and Order Granting Motion to Dismiss Adversary Company and Sustaining Objection to Claim No. 441 Filed by Shelley Von Brincken** [Docket No. 9783]

Dated: March 28, 2016

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th of March, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

1

# EXHIBIT A

Exhibit A

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| Shelley von Brincken | john@goskywest.com |

# EXHIBIT B

Exhibit B

Served via First Class Mail

| NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Shelley von Brincken | PO Box 2362 | Grass Valley | CA | 95945 |