**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

*Counsel for Claimant, Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION TO WITHDRAW

Jeffrey A. Tew, Esq., Spencer A. Tew, Esq. and Thomas Ward, Esq. of Rennert Vogel Mandler & Rodriguez, P.A., hereby move the Court for an order allowing them to withdraw their appearance and removing them from the service lists and all future notifications in this matter. The matters for which their appearance was made have been resolved.

**WHEREFORE**, undersigned counsel respectfully request that this Court enter the proposed order attached hereto (i) granting this Motion; (ii) removing Jeffrey A. Tew, Spencer A. Tew and Thomas S. Ward from all service lists and notifications in this matters; and (iii) granting such further relief that this Court deems necessary and proper.

Dated: March 29, 2016.

_____

**Motion to Withdraw**
**Case No. 12-12020 (MG)**
**Page 2 of 2**

RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.
*Counsel for Claimant,*
*Law Offices of David J. Stern, P.A.*
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177

By  /s/  Jeffrey A. Tew
    Jeffrey A. Tew, Esq.
    Florida Bar No. 121291
    Spencer A. Tew, Esq.
    Florida Bar No. 537071
    Thomas S. Ward, Esq.
    Florida Bar No. 028624