**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

*Counsel for Claimant, Law Offices of David J. Stern, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION TO WITHDRAW

Upon the Motion to Withdraw of Jeffrey A. Tew, Spencer A. Tew and Thomas S. Ward, in the above-referenced case, and upon the movants' notice that all matters for which their appearance was made have been resolved, it is hereby:

**ORDERED,** that movants' Motion to Withdraw is granted. Notice is hereby given to the Clerk to remove Jeffrey A. Tew, Spencer A. Tew, and Thomas S. Ward from Rennert Vogel Mandler & Rodriguez, P.A. from all service lists and notifications in this matter.

Dated: _____ ____, 2016
       New York, New York

_____
United States Bankruptcy Judge