**Exhibit A**

**Sent/Received**

# RESCAP

**JUL 24 2013**

To_____ 
By_____

**MORRISON | FOERSTER**

## Claim Information

| Claim Number | 1296 |
|---|---|

| **Basis of Claim** | Plaintiff has provides a letter dated 19 July 2013 attached with six additional exhibits supplementing her original Proof of Claim. |
|---|---|
| Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | Many documents were claimed confidential by other defendants in the case and subject to a protective order.

Some documents are provided in summary form in exhibits. |

**If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.**

| Loan Number: ████7097 |
|---|
| Address of property related to the above loan number:  7918 Ray Nash Dr NW |

| City:  Gig Harbor | State:  WA | ZIP Code:  98335 |
|---|---|---|

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number: 1296
Mary Perkins White
Type: POC

001KCW002_59050-3_domesic_272/000218/000871

# Law Offices of Christopher Exhibit C Pg 3 of 68 Green PS

601 Union Street Suite 4200 Seattle Washington 98101
Telephone: (206) 686-4558 Facsimile: (206) 686-2558 E-Mail: Chris@MyFairCredit.com

Sent by Certified Letter No. 7007 1490 0004 5850 3380 Return Receipt Requested
and by email to Claims.Management@gmacrescap.com

19 July 2013

Claims Management
Residential Capital LLC
PO Box 385220
Bloomington Minnesota 55438

Re Letter of June 21, 2013 for Claim Number 1296 – Mary Perkins White

Dear Residential Capital Claim Management:

## Background

Plaintiff Mary Perkins White asserted claims against GMAC Mortgage LLC in her Original Complaint filed on June 8, 2011, in US District Court for the Western District of Washington number 3:11-cv-05439 also asserted claims against Green Tree Servicing LLC, Equifax Information Services LLC, Experian Information Solutions Inc. and Trans Union LLC. Plaintiff settled with all defendants other than GMAC Mortgage LLC.

Plaintiff's causes of action against GMAC Mortgage are under the FCRA and under common law causes of action including defamation, invasion of privacy and negligence. She claimed her actual damages (that include emotional distress), punitive damages as well as attorneys fees and costs of suit as allowed by sections 1681n and 1681o of the Fair Credit Reporting Act. On October 15, 2012 her Proof of Claim against GMAC Morgage LLC was received and assigned claim number 1296 in case number 12-12032. Included as an attachment with her Proof of Claim was her 51 page Original Complaint (Exhibit 1) and the Expert Witness Report of Mr. Evan Hendricks (Exhibit 2).

## Further Documents Included

Beyond the Exhibits to her original Proof of Claim, she is providing relevant documents, most in summary form, attached hereto as Exhibit 1 – chronology of events related to GMAC Mortgage; Exhibit 2 – communications from the credit reporting bureaus to GMAC Mortgage with its responses; Exhibit 3 - plaintiff's communications with GMAC Mortgage; Exhibit 4 - a list of Mary White's damages; Exhibit 5 - a list of damages awarded in other FCRA cases and Exhibit 6 - relevant portions of an Equifax credit report showing GMAC Mortgage reporting plaintiff had been 90-119 days past due on a "Home Equity Line of Credit".

In sum, GMAC Mortgage LLC was involved in some of the most egregious misreporting over one of the longest periods of time of any case on which I've been counsel in the last ten years. GMAC Mortgage was the origin of all the misreporting as it claimed plaintiff did not make three payments to it on the modified mortgage and all the misreporting by loan servicer Green Tree Servicing LLC and the credit reporting bureaus could all be traced back to GMAC Mortgages misreporting and false, defamatory assertions. GMAC Mortgage misreported the status of the loan over years and even after plaintiff filed suit and the case had been pending for nine months, reported again in February 2012 plaintiff was late paying her mortgage. Exhibit 6 attached.

This case was very complex and involved many documents, many of which were designated confidential by the defendants and therefore subject to a protective order issued in the case. However Mary White will provides many documents with an emphasis on communications between her and GMAC Mortgage in the Exhibits enclosed.

I will provide some explanation for plaintiff's claims, focusing primarily on the Fair Credit Reporting Act.

### Summary of Law

The FCRA was crafted to protect consumers from the transmission of inaccurate information about them and to establish credit reporting practices that utilize accurate, relevant, and current information in a confidential and responsible manner. Guimond v. Trans Union, 45 F.3d 1329, 1333 (9th Cir. 1995). "These consumer oriented objectives support a liberal construction of the FCRA." Id.

When a consumer disputes information in his or her credit report the to a credit reporting agency (CRA), the CRAs must convey the dispute to the furnisher of the credit information. 15 U.S.C. § 1681i. The furnisher must respond within 30 days, instructing the CRA to continue reporting the account, to update the information, or to delete the account from the consumer's credit report. 15 U.S.C. § 1681s-2(b).[1] "[Section] 1681s-

---

[1] 15 U.S.C. § 1681s-2(b) provides in pertinent part:
"Duties of furnishers of information upon notice of dispute
(1) In general. After receiving notice pursuant to section 1681i (a)(2) of this title of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, the person shall—
(A) conduct an investigation with respect to the disputed information;
(B) review all relevant information provided by the consumer reporting agency pursuant to section 1681i (a)(2) of this title;
(C) report the results of the investigation to the consumer reporting agency;
(D) if the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to

2(b)(1) requires creditors, after receiving notice of a consumer dispute from a credit reporting agency, to conduct a reasonable investigation of their records to determine whether the disputed information can be verified." Johnson v. MBNA Am. Bank, NA, 357 F.3d 426, 431 (4th Cir. 2004) (emphasis added).

While liability under Section 1681s-2(b) is triggered by notification by as CRA to the furnisher, documents and information received by the furnisher directly from the consumer may be relevant in determining whether the furnisher's investigation was reasonable. See, Alabran v. Capital One Bank, 2005 U.S. Dist. LEXIS 34158 (E.D. Va. 2005), at *22, citing, Johnson, supra. In the context of a CRA's duty to conduct a reasonable investigation, the Ninth Circuit has held that a CRA's failure to consider readily available documents entitled the *consumer* to summary judgment. Dennis v. BEH-1, LLC, 504 F.3d 892, 897 (9th Cir. 2007).

GMAC Mortgage ignored its own internal records , ignoring dozens of pages documenting the payments and multiple communications from the plaintiff. Plaintiff responded promptly and thoroughly each time GMAC Mortgage reported incorrectly. Ultimately, all credit reporting bureaus and Green Tree recognized she made payments on time and eventually reported this, however GMAC Mortgage continued to reinsert and verify false data long after it acknowledged its error and removed the erroneous reporting.

Plaintiff disputed the reporting many, many times through credit reporting bureaus Trans Union, Experian and Equifax. As Dennis holds, GMAC Mortgage cannot avoid liability as a matter of law, where it ignores documentation, which supports the consumer's claims on its face. GMAC Mortgage violated almost every section of section 1681s-2 of the FCRA and the plaintiff is entitled to her actual damages for it reporting false, damaging derogatory information for three years under 15 USC section 1681n and 1681o for punitive damages as well as attorneys fees and costs.

<u>Damages Instructions Prepared</u>

which the person furnished the information and that compile and maintain files on consumers on a nationwide basis; and
(E) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph (1), for purposes of reporting to a consumer reporting agency only, as appropriate, based on the results of the reinvestigation promptly—
(i) modify that item of information;
(ii) delete that item of information; or
(iii) permanently block the reporting of that item of information."

Plaintiff provides the following jury instructions regarding damages plaintiff would have sought to provide to the jury in this case had GMAC Mortgage not sought protection by filing for bankruptcy.

## Damages

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the Mary White, you must determine the plaintiff's damages. The plaintiff has the burden of proving damages by a preponderance of the evidence. Damages means the amount of money that will reasonably and fairly compensate Mary White for any injury you find was caused by GMAC Mortgage.

In determining the amount of damages, you should consider the following types of damages: economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, interference with her normal and usual activities and emotional distress.

It is for you to determine what damages, if any, have been proved.
Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

15 U.S.C. § 1681n; 15 U.S.C. § 1681n; Guimond v. Trans Union Credit Info. Co., 45 F3d 1329, 1333 (9th Cir. 1995); Thompson v. San Antonio Retail Merchants Ass'n, 682 F2d 509, 513 (5th Cir. 1982); Dalton v. Capital Associated Indus., 257 F.3d 409, 418 (4th Cir. 2001).

## Punitive Damages
### (Modified)

If you find for the plaintiff, you may, but are not required to, award punitive damages. The purposes of punitive damages are to punish GMAC Mortgage and to deter similar acts in the future. Punitive damages may not be awarded to compensate a plaintiff. The plaintiff has the burden of proving by a preponderance of the evidence that punitive damages should be awarded, and, if so, the amount of any such damages.

You may award punitive damages only if you find that GMAC Mortgage's conduct that harmed the plaintiff was malicious, oppressive or in reckless disregard of the plaintiff's rights. Conduct is malicious if it is accompanied by will, or spite, or if it is for the purpose of injuring the plaintiff. Conduct is in

reckless disregard of the plaintiff's rights if, under the circumstances, it reflects complete indifference to the plaintiff's safety or rights, or if GMAC Mortgage acts in the face of a perceived risk that its actions will violate the plaintiff's rights under federal law. An act or omission is oppressive if GMAC Mortgage injures or damages or otherwise violates the rights of the plaintiff with unnecessary harshness or severity, such as by the misuse or abuse of authority or power or by the taking advantage of some weakness or disability or misfortune of the plaintiff.

If you find that punitive damages are appropriate, you must use reason in setting the amount. Punitive damages, if any, should be in an amount sufficient to fulfill their purposes but should not reflect bias, prejudice or sympathy toward any party. In considering the amount of any punitive damages, consider the degree of reprehensibility of GMAC Mortgage's conduct. This includes whether the conduct that harmed the plaintiff was particularly reprehensible because it also caused actual harm or posed a substantial risk of harm to people who are not parties to this case. You may not, however, set the amount of any punitive damages in order to punish GMAC Mortgage for harm to anyone other than the plaintiff in this case.

You may also consider the net worth and profits of GMAC Mortgage.

Punitive damages may be awarded even if you award plaintiff only nominal, and not compensatory, damages.
Model Rule 5.5 and comments, Safeco Ins. Co. of Am. v. Burr, 551 U.S. 47, 68-69, 127 S. Ct. 2201, 167 L. Ed. 2d 1045 (2007).

GMAC Mortgage was required to conduct a reasonable investigation each time it conducted an investigation.

Gorman v. Wolpoff & Abramson, LLP, 584 F. 3d 1147, 1165 (9th Cir. 2009), Bruce v. First U.S.A. Bank, Nat. Ass'n, 103 F. Supp. 2d 1135, 1143 (E.D. Mo. 2000). Betts v. Equifax Credit Information Services, Inc., 245 F. Supp. 2d 1130, 1135 (WD Wash. 2003).


### Plaintiff's Proposed Special Instruction No. 10
(No Obligation To Report)

GMAC Mortgage is not required by any law or regulation or agreement to report plaintiff's credit information to any credit reporting information including Equifax, Experian and Trans Union and if it could not verify the accuracy of the information it was required to delete the information.

15 USC § 1681s-2(b)(1)(E) imposes these duties.

Maberry v. Said, 911 F.Supp. 1393, 1406 (D. Kan. 1995)("[defendant] cites
no evidence or legal authority to support its claim that it has a legal duty to
report the status of [plaintiff's] loan).
Tokarz v. Frontier Federal Sav. and Loan Ass'n, 33 Wash.App. 456, 656
P.2d 1089, Wash.App. Div. 3, December 23, 1982 (NO. 4793-III-8)("Post
was a borrowing customer of Frontier. Frontier contends it therefore had a
legal duty not to disclose financial information about Mr. Post to Tokarz by
virtue of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 1681t")

Given the complexity of the statute it is hard for me to provide more than a
general background however, the treatise Fair Credit Reporting, Seventh Edition
published by the National Consumer Law Center is an excellent source of information on
the various portions of the FCRA. Settlements with all other parties are subject to
confidentiality clauses however plaintiff's position is the settlements are not relevant to
her claims against GMAC Mortgage as there is no contribution under the FCRA.   In
legal terms, indemnification is not available in the typical FCRA case invoking CRA
liability under 1681i and the furnisher's 1681s-2[b] violations because "Indemnification
occurs when one person is held solely liable for the acts of another person." Gould
Electronics Inc. v. U.S., 220 F.3d 169, 191 (3d Cir. 2000). The separate statutory duties
prove that CRAs are liable under the FCRA for their own acts, not those of the furnishers.

Similarly, because of the separate duties, contribution is unavailable between
Credit Reporting Agencies (CRAs) and furnishers because they are not joint tortfeasors.
Kirschbaum v. WRGSB Associates, 243 F.3d 145, 156 (3d Cir. 2001) ("Contribution
applies when a plaintiff and defendant are joint tortfeasors.") Good cases on point
include McMillan v. Equifax Credit Information Services, Inc., 153 F.Supp.2d 129, 131-
33 (D.Conn. 2001), and Brim v. Midland Credit Management, Inc., 795 F.Supp.2d 1255,
2011 WL 2665785, *8 (N.D.Ala. May 4, 2011) ("each of the sums recouped by plaintiff
by other entities subject to the FCRA were for the wrong doings of those various
entities.")

/ / /

Further GMAC Mortgage was the cause of all other defendants reporting and by far the longest misreporting. Plaintiff cannot state the amounts she received from the defendants but will represent it was far less than she would ask a jury to award for damages caused by GMAC Mortgage alone. If this Claims Management Group would like further information or has any questions, please do not hesitate to contact me at the above address, phone number or email.

Sincerely,

Christopher E. Green

Christopher E. Green
Attorney at Law

cc:
Client
Co-counsel - Douglas Wilson – Law Offices Of Douglas Wilson

Enclosures:
Exhibit 1 – chronology of events related to GMAC Mortgage;
Exhibit 2 – communications from the credit reporting bureaus to GMAC Mortgage with its responses;
Exhibit 3 - plaintiff's communications with GMAC Mortgage;
Exhibit 4 - a response listing Mary White's damages;
Exhibit 5 - a list of damages awarded in other FCRA cases;
Exhibit 6 - February 2012 reporting by GMAC Mortgage.

# EXHIBIT 1

## CLAIM 1296

List of full events (corrected 031213)

| Date on Doc | Type | Which agency | Important notes | Bates numbers |
|---|---|---|---|---|
| 10/1/06 | | United Pacific Mortgage | Opened HELOC with United Pacific Mortgage | |
| 4/13/2009 | Modification application | Homecomings | First loan mod application to Homecomings | GMAC32-62 |
| 7/17/2009 | Loan mod approved | GMAC | Loan mod approved by GMAC, received contract in mail via FedEx from GMAC | GMAC117-119 |
| 7/19/2009 | Returned signed mod | Mary sent to GMAC | Mary returned signed notarized loan mod with down payment to GMAC in their prepaid FedEx envelope. Proof of their receipt is in GMAC "account notes". | GMAC117-119 |
| 8/21/2009 | Call to GMAC | Mary called GMAC | August 21, 2009   received a certified letter of demand from GMAC for $2927.76 for late payments due on old loan. I called 1-800-850-4622 on August 27, 2009 at 1000 and spoke to "Raj" in loss mitigation. He said everything was fine, the modification had been approved and the letter was just a "system generated form" letter. He confirmed they have my loan agreement, and received my payments, and to just make the payment per the loan modification agreement.  He said to disregard the demand letters. | MW2103 |
| 8/21/2009 | GMAC collection letter | GMAC | Mary received another letter from GMAC demanding payment within 30 days for $4427.34 that was owing since July on the old loan. I again called 1-800-850-4622. | MW1123 |
| 8/27/2009 | Call to GMAC | GMAC | Another call to GMAC about default letter, they said letters are in error, they will correct in account soon. | |
| 9/21/2009 | GMAC default letter | GMAC | Received a default letter, says $4427.34 owed, informs me my credit could be adversely affected, and they will begin foreclosure. | MW372-73 |
| 10/5/2009 | Call to GMAC | GMAC | I called loss mitigation and spoke with Isela, who told me to follow up in a few days, that she saw something was wrong on their end and she was emailing it to a manager to fix. | MW2103 |
| 10/9/2009 | Call to GMAC | GMAC | I called loss mitigation and spoke with John. He confirmed that I was erroneously receiving "form letters" and that they had not entered the loan correctly on their end. He confirmed they have my mod agreement and payments, he was forwarding to a supervisor and they would call me back in 24-48 hours. He never called. | MW2103 |
| 10/15/2009 | BofA Adverse Action | BofA #1259 | BofA 1259 notice of adverse action due to delinquencies on TU credit report | MW1128 |
| 10/23/2009 | GMAC notice of transfer | GMAC | GMAC notification of servicing transfer to Greentree | MW368-371 |

EXHIBIT 1

CLAIM NO
1296

| | | | | |
|---|---|---|---|---|
| 11/2/2009 | Call to GMAC | GMAC loss mit | I called GMAC loss mit, spoke to Germaine, he transferred me to loss mit, he told me to ask for a manager. I spoke with "Mary", who would not let me speak to a manager. After arguing with her that I needed a supervisor she put a man on who said his name was "Crasad". He told me there was nothing they could do, that it was being serviced by another company now, he kept repeating, "sorry for the inconvenience" and maybe I should reapply for another loan mod.  Called GT and was put on hold for 20 minutes and gave up. | MW2103 |
| 11/19/2009 | CITI ADVERSE ACTION | CITI #9199 | Adverse action by citi account #9199 due to "serious delinquency" reported by EQ from GMAC. | MW364-365 |
| 11/30/2009 | Call to GT | Call to GT | I called Greentree, was transferred to Charles Wallace who told me he was my contact for all communication with GT. He said I will be dealing with him for all questions on the account. He told me he was who I will talk to for all details on the account. I explained to Charles that there  was a modification that had been done by GMAC, and that GT apparently did not get the modification  details when the servicing transferred. Charles said, "GT will honor any agreement that you had  with GMAC, I kind of figured there must have been a modification, I am glad that you called." In addition to discussing the loan modification details, I told Charles that GMAC and GT were now  reporting me late to credit bureaus, and GT had only had the account for less than 30 days. Charles said, "oh no, they can't do that, that  should not have been reported, Greentree cannot report anything on the loan for 60-90 days anyways, it's the  law". Charles said, "don't worry, we cannot report you as late, RESPA prevents this, write this  down, go look up RESPA, you are protected from being reported late by RESPA, in the event that  there were errors in the account prior to the servicing being transferred, it gives a person time to get the errors fixed with the new servicer." Charles said, "Anything from October 28th 2009 to current should not have been reported as late by GT, I will look at your packet, and make the corrections to the credit report." Charles asked me to fax him all documents on the loan modification and proof of all payments. They were faxed to him the same day. He told me he would send it all to management to get it cleared up. | |

| | | | | |
|---|---|---|---|---|
| 12/5/2009 | Adverse action Juniper | Juniper notice | Juniper account #1420, adverse action notification as a result of TU report of "recent delinquency indicated on credit report" | MW350 |
| 12/7/2009 | Experian report | Online EXP report downloaded | Experian Credit Report shows GMAC reporting me late 90 days, GMAC shows late 30, 60, 90, Aug. Sept, Oct. 2009.time | MW379-402 |
| 12/8/2009 | TU credit report | TU | TU credit report, shows both accounts open at same time, GMAC 90 days past due with $5856 owing on old loan. | MW315-326 |
| 12/8/2009 | TU Dispute filed online | TU | Dispute filed for both GMACderogatory remarks | MW327 |
| 12/9/2009 | EXP dispute certified letter | EXP | Certified Letter to Experian, dispute department in Texas, asking that they correct the errors GMAC has made on account, and stop reporting me as late 30, 60, 90 Aug, Sept, Oct, included copy of loan mod, and proof of payments made on time | MW242-282 |
| 12/9/2009 | GMAC complaint certified letter | GMAC | Certified Letter to GMAC asking that they correct the errors GMAC has made on account, and stop reporting me as late 30, 60, 90 Aug, Sept, Oct, included copy of loan mod, and proof of payments made on time and EXP credit report | MW205-241 |
| 12/9/2009 | GMAC QWR | GMAC | Mary sent certified letter to GMAC, requesting Qualified Written Response | MW171-175 |
| 12/9/2009 | GMAC loss mit certified letter | GMAC | Mary sent certified letter to GMAC "Loss Mit" asking they correct the errors on the account and stop reporting me late. Included copy of loan mod, proof of payments, and Experian credit report. | MW176-204 |
| 12/9/2009 | TU Dispute sent via certified mail | TU | Certified Letter to TransUnion dispute dept, to correct the errors GMAC has made on account, and stop reporting as late 30, 60, 90, Aug, Sept, Oct, included copy of loan mod, and proof of payments made on time. | MW304-326 |
| 12/17/2009 | Exp dispute results | Experian | No change after dispute filed, GMAC still reporting me 30, 60, 90 late. | MW282-303 |
| 12/19/2009 | EXP results | Experian | EXP dispute results, GMAC 90 days late, no change. | MW2043-2059 |
| 12/24/2009 | GMAC response letter | GMAC | Letter received from GMAC, they say they are unable to make corrections to credit unless they made a mistake. | MW1111 |

| 12/30/2009 | TU dispute results | TransUnion Dispute Results from 120910 certified letter | Online download of dispute shows results. Shows GMAC reporting me 30, 60, 90 late. Balance is incorrect, payment amt is incorrect, it's also no longer a line of credit, it is a closed end loan now. Modified loan is not reflected. | MW100-110 |
| 1/1/2010 | TU dispute results | Transunion Dispute Results Letter sent to me in the mail. Dispute results from dispute filed 120910 by mail | Dispute results report shows no corrections, GMAC 90 days late. | MW1115-1116 |
| 1/8/2010 | GMAC QWR | GMAC | Received GMAC QWR response. Payment history and transfer letter | MW1093- |
| 1/11/2010 | Call to GMAC | Called John Burks GMAC | 011110- I called John Burks at GMAC loan modification, (he signed the loan modification), left a message asking him to call me back and assist me in getting the errors at GMAC corrected. if he could not help me, I would appreciate if he would call and tell me who to talk to. No return call. | MW2105 |
| 1/12/2010 | TU Dispute by phone | Filed new Transunion Dispute over the phone, file #214519226 | Results of previous disputes are not correcting the errors. Filed by phone again. | |
| 2/3/2010 | TU disp results | TransUnion results from dispute filed 02/03/2010 | GMAC still showing 30, 60, 90 late. Greentree now showing 30 days past due. Also says account closed by credit grantor when it was "transferred' the month before. | MW1011-1025 |
| 5/10/2010 | TU credit report | TU credit report | TU credit report. GMAC 90 days past due, still showing open | MW940-950 |
| 5/10/2010 | TU investigation report | TU investigation report | TU credit report, shows both accounts open at same time, GMAC 90 days past due, GT 60 days past due in 02/2010 for 2452. | MW928-939 |
| 5/10/2010 | TU Dispute filed online | Transunion Dispute filed online again | File #214519226, email dispute of GMAC late pays on report dated 051010, GMAC shows 30. 60. 90 late. | MW926 |
| 5/10/2010 | Experian report | Experian | GMAC now shows on credit report, "account transferred to another office". Still showing late 90. | MW991-1010 |
| 5/10/2010 | EQ cr report | Equifax online dispute Equifax report page for disputing | Disputed online, confirm # 0630406744 Equifax by GMAC 90-120-days late, "transfer sold", HELOC, it used to be 30, 60, 90 previously. | MW951-954 |
| 5/10/2010 | EQ report | Equifax online credit report | GMAC shows "Transfer/ Sold", and Aug Sept October 2009 late, "pays 91-120 late". | MW955-990 |
| 5/10/2010 | EQ dispute | Equifax Dispute filed | Equifax now shows as reported by GMAC, that I am 90-120- days late, where it was 30, 60, 90 previously. | |
| 5/10/2010 | EQ score | Cr Score | 699 | MW1124 |

| Date | | | | |
|---|---|---|---|---|
| 5/20/2010 | EQ score | EQ score | EQ score699 | MW1124 |
| 6/5/2010 | Dispute Results TU | Transunion Dispute Results from dispute filed 051010 | GMAC mortgage still reporting 90 days late. | MW2012-2022 |
| 7/1/2010 | Adverse action BofA | Adverse action | Adverse Action BofA 9404, due to "serious delinquency" as reported by TU. | MW864-865 |
| 10/6/2010 | EQ dispute | Equifax Dispute re-filed | Refiled dispute of GMAC derogatory reports.  Confirm #0279031684 | MW802-803 |
| 10/6/2010 | TU credit report | Transunion Credit Report | GMAC still showing 30, 60, 90 late in October 2009. | MW2086-2097 |
| 10/6/2010 | TU Dispute filed online | Transunion Dispute filed online | Refiled dispute of GMAC reports | MW774 |
| 10/6/2010 | EXP REPORT | EXP report | EXP cr report, GMAC 90 days past due October 2009, | MW2061-2062 |
| 10/6/2010 | EXPR dispute | EXP dispute | Dispute EXP cr report, GMAC 90 days past due October 2009. | MW821-822 |
| 10/6/2010 | True Credit | True Credit report | GMAC 90 days late October 2009. | MW810-820 |
| 10/8/2010 | EQ dispute results | Equifax results to dispute that was  filed 10/06/10 | Equifax took only two days to "investigate". GMAC now shows 90-119 days late, this is a change from previous report. Confirm #0279031684. | MW2100-2101 |
| 10/26/2010 | Exp dispute results | Experian Dispute results and credit report | Results show, "updated" for GMAC. GMAC shows "transferred, closed", and 30, 60 , 90 late. | MW573-600 |
| 10/29/2010 | TU disp results | Transunion dispute results | GMAC now shows the account as a "charge off, collection" AND transferred to another lender. | MW740-748 |
| 10/29/2010 | TU report | TU report | Credit report after dispute, updated results GMAC shows charge off. | MW852-863 |
| 11/14/2010 | TU credit report | True Credit report by Transunion, credit report run | GMAC now shows it as a "collection charge off" on Transunion. | MW657-679 |
| 11/17/2010 | Fax to TU | Fax dispute to TU | Dispute sent via fax to TU after talking to them, still being reported late after numerous disputes and letters. | MW654-680 |
| 11/17/2010 | TU Dispute sent via certified mail | Certified Letter mailed to Transunion, redisputing previous dispute results | Sent letter to Transunion with docs to prove the loan mod, and payments made on time. | MW603-627 |
| 12/2/2010 | TU credit report | True Credit report by Transunion | Re-ran credit report, GMAC is still showing "collection charge off", page MW659. | MW551-572 |
| 12/7/10 | Innovis report | Innovis report | Innovis report when applying for home loan. Serious delinquencies reported by EQ, EXP, and TU, GMAC reporting R9, which is a charge off. EQ score 652. | MW403-414 |
| 12/9/10 | TU credit report | True Credit report by Transunion | GMAC shows charge off. | MW505-527 |
| 12/13/10 | EQ dispute | Equifax dispute refiled disputing previous results | Refiled dispute of GMAC reports | MW491-492 |

| Date | Type | Description | Details | Bates |
|---|---|---|---|---|
| 12/13/10 | EQ report | EQ report | EQ "online dispute", shows what I am disputing, GMAC 91-120 days late Confirm #0630407644 | MW495-504 |
| 12/16/10 | EQ disp results | Equifax dispute results | GMAC results still show 90-119 past due, transfer/ sold. | MW489-490 |
| 1/1/11 | TU credit report | Transunion credit Report | GMAC shows as a charge off, | MW1928-1951 |
| 2/5/11 | True Credit report | credit report | GMAC still shows as charge off | MW1130-1152 |
| 2/24/11 | Phone call | Phone call to GMAC with Innovis | Three way call with Innovis to GT and GMAC to verify lates on credit reports, this is for home loan application. Spoke with "Alex" who apologized for the errors. | |
| 2/25/11 | Letter from GMAC | Letter of apology from GMAC | Letter of apology from GMAC for reporting lates, said they are making corrections to all bureaus. | MW1153 |
| 3/11/11 | TU | TU change report | GMAC now corrected, no lates | MW1180-1203 |
| 9/29/11 | EXP report | EXP report | GMAC shows limit 200kbut, no lates | MW1234-1262 |
| 9/29/11 | TU | TU report | GMAC shows no lates but details are wrong. | MW1334-1348 |
| 9/29/11 | EQ | EQ report | EQ report GMAC no lates, but details are wrong. | MW1263-13-1 |
| 12/15/11 | Exp dispute | Exp dispute | Filed dispute- provided copy of credit report dated 092911, by certified letter, included proof of loan mod, asking them to correct as a non HELOC, and high balance amt, correct the principal | MW1546-1582 |
| 12/15/11 | EQ DISPUTE | EQ certified dispute | Certified mail dispute of report 092911, provided copy of rept, with loan mod and proof of payments, 2 page response still incorrect, but not reporting late pays | MW1497-1545 EIS42-92 |
| 12/15/11 | TU dispute | TU certified dispute | Dispute sent via certified mail, disputed details of loan. Includes copies of loan mod. | MW1583-1609 |
| 12/20/11 | EQ response | EQ report | Letter with current credit file, I sent via USPS/ file shows GMAC no lates, but account details are wrong, HELOC, hi limit 200k, hi bal 200k, last pmt. | MW1809-1825 |
| 12/21/11 | EXP results | EXP results | EXP dispute results, Experian responds to my dispute mailed 121511, and says that HELOCS are considered revolving accounts with open ended lines of credit allowing the homeowner to make multiple withdrawals against the line of credit. They also state that the high balance is the most ever charged on the account Experian Credit report GMAC still reports the credit limit 200k, still calling it a HELOC. | MW1420-1446 |
| 12/22/11 | EQ results | EQ results done | GMAC shows wrong limit 200k. No lates | MW1826-1827 |
| 12/29/11 | PEMCO adverse action | PEMCO adverse action | Letter informing me of higher rates due to credit report from EQ, they mention lates | MW1475-1477 |

| 1/12/12 | EQ asked for description investigation method | EQ request that they describe investigation | Certified letter addressed to EQ, RE confirm #1356029856, asked for description of the method they used to determine the accuracy and completeness of the information found in my credit report GMAC. Included loan mod, letter of approval. | MW1488-1490 |
|---|---|---|---|---|
| 1/13/12 | EXP research request | EXP req for methods | Certified letter- Asked for a description of the method used to investigate, attached copy of loan mod docs. | MW1616-1623 |
| 1/19/12 | TU letter | letter from TU-results | Letter from TU, Investigation results. Shows GMAC no lates, but details still wrong. . | MW1610-1615 |
| 2/1/12 | EXP REPORT | EXP cr report | EXP credit report, tells me they will help me understand what is on the report, and what a HELOC is. GMAC had no corrections made to account details, still HELOC | MW1751-1779 |
| 2/8/12 | EQ results | EQ results | 020812- Equifax letter states that both GMAC and GT information was verified with them, and they are reporting it correctly. The say the HELOC, high limits and loan balances are correct. - EIS0007 Equifax, GMAC- now lists me late again, 119 days past due, delinquent on 08/2009, last payment June 2009.Their form says; "we have researched the account, the creditor has verified the credit high limit, additional information has been provided from the original source regarding this item." | EIS1-22 |
| 4/11/12 | TU report | TU report | TU report sent to Chris by TU, GMAC now shows 90 days late in 11/2009 again after it had been removed previously. | MW1666-1677 |
| 8/10/12 | EXP report | EXP report sent to Chris | EXP cr report sent straight to Chris from O/C. GMAC details wrong, but no lates. | MW1780-1807 |
| 8/23/12 | EQ report | EQ report sent to Chris | GMAC lists as HELOC, 200K limit, last pmt 06/2009. Still wrong. | EIS105-120 |
| 8/27/2012 | TU report | Cred Rpt TU | GMAC removed | |
| 10/4/2012 | amended complaint | | amended complaint filed | |

# EXHIBIT 2

## CLAIM 1296

CLAIM 1296

## ACDV Response

2145192260040100 1N

| | | | |
|---|---|---|---|
| Account Number: | 7097 | SSN: | 641 |
| Consumer Name: | MARY E WHITE | Control Number: | 2145192260040100 1N |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 1MSZ001  Trans Union |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 01/04/2010 | DF Authorized Name: | Benny Jane Bucad |

## Dispute Information

| | |
|---|---|
| Dispute Code 1: | 109:Disputes Current Balance - Verify Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, Current Balance, and Original Charge-off Amount. |
| Dispute Code 2: | 112:Consumer states inaccurate information.  Provide or confirm complete ID and account information. |
| FCRA Relevant Information: | Balance is $107113 |

## Consumer Information

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | WHITE | PERKINS WHITE | Different |
| First Name: | MARY | MARY | Same |
| Middle Name: | E | | |
| Generation Code: | | | |
| Prev. Last Name: | PERKINS WHITE MARY | | |
| Prev. First Name: | WHITE MARY ELIZABETH | | |
| Prev. Middle Name: | PERKINSWHITE MARY EL | | |
| Prev. Generation Code: | | | |
| SSN: | 641 | | Same |
| Date Of Birth: | | | |
| Telephone Number: | 2998533658 | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | 7918 NW RAY NASH DR | DRIVE NORTHWEST | |
| City: | GIG HARBOR | GIG HARBOR | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | 98335 | |
| Prev. Street Address: | 489  PO BOX 489 | | Unknown |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 NW 123RD ST | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

## Account Information

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | | 3:90 - 119 days past the due date |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | XB:Account information disputed by consumer |

V1.29

1 of 2

**SCC:**

| | |
|---|---|
| Portfolio Type: | C:Line of credit |
| Account Type: | 6D:Home Equity |
| Terms Duration: | LOC |
| Terms Frequency: | |
| Date Opened: | 10/01/2006 |
| Date of Account Information: | 10/01/2009 |
| Date of Last Payment: | |
| Date Closed: | |
| FCRA DOFD: | 08/01/2009 |
| Current Balance: | 142816 |
| Amount Past Due: | 5856 |
| High Credit / Original Amt.: | 155310 |
| Credit Limit: | 200000 |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | 1428 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mtg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | Req. | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Req. | 0 | 0 | | 0 | 0 | | | | | | | |
| 2006 | Req. | - | - | | | | | - | | - | - | - | - |
| 2005 | Req. | | | | | | | | | | | | |
| 2004 | Req. | - | - | | | | | | | | | | |
| 2003 | Req. | | | | | | | | | | | | |
| 2002 | Req. | | | | | | | | | | | | |

**Associated Consumer Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| C#: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Benny Jane Bucad |
| Date: | 12/10/2009 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29

2146877100020200 1N

| Account Number: | 7097 | SSN: | 641 |
| Consumer Name: | MARY E WHITE | Control Number: | 2146877100020200 1N |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 1MSZ001 |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 01/07/2010 | DF Authorized Name: | Richel Santos |

**Dispute Information:**

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| Dispute Code 2: | 110:Claims company will change. Verify all account information. |
| FCRA Relevant Information: | Unable to authenticate documentation dated 07/14/09 |

**Consumer Information**

| | Request Data | Response Data | Same/Diff |
| Last Name: | WHITE | PERKINS WHITE | |
| First Name: | MARY | | |
| Middle Name: | E | | |
| Generation Code: | | | |
| Prev. Last Name: | PERKINS WHITE MARY | | Unknown |
| Prev. First Name: | WHITE MARY ELIZABETH | | Unknown |
| Prev. Middle Name: | PERKINSWHITE MARY EL | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 641 | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | 9996533658 | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | 7918 NW RAY NASH DR | 7918 RAY NASH | |
| City: | GIG HARBOR | | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | 98335 | |
| Prev. Street Address: | 489 PO BOX 489 | | Unknown |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 NW 123RD ST | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

**Account Information**

| | Request Data | Response Data |
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |

V1.29                                1 of 2

| SCC: | | |
|---|---|---|
| Portfolio Type: | C:Line of credit | |
| Account Type: | 8D:Home Equity | |
| Terms Duration: | LOC | |
| Terms Frequency: | | |
| Date Opened: | 10/01/2006 | |
| Date of Account Information: | 10/01/2009 | |
| Date of Last Payment: | | |
| Date Closed: | | |
| FCRA DOFD: | 08/01/2009 | |
| Current Balance: | 142818 | |
| Amount Past Due: | 5856 | |
| High Credit / Original Amt.: | 155310 | |
| Credit Limit: | 200000 | |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | 1428 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | Req. | | D | D | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | B |
| 2007 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - |
| 2006 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2005 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2004 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2003 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2002 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |

### Associated Consumer Information

| Last Name: | |
|---|---|
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Richel Santos |
| Date: | 12/16/2009 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29

**ACDV Response**                                                                                    3738476576001

| Account Number: | 7097 | SSN: | 641 |
|---|---|---|---|
| Consumer Name: | MARY E PERKINS WHITE | Control Number: | 3738476576001 |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 0902512 |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 01/22/2010 | DF Authorized Name: | Jeanne Masmila |

**Dispute Information:**

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
|---|---|
| Dispute Code 2: | |
| FCRA Relevent Information: | 30-60 &90 DAYS PAST DUE SINCE 08/09 IS INCORRECT. GMAC 07/14/09 SIGN JOHN BURKS @214-6748817LOAN MODIF.HAS BEEN APPROVED/CURR ACCT |

**Consumer Information:**

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | PERKINS WHITE | | Same |
| First Name: | MARY | | Same |
| Middle Name: | E | | Same |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev. Generation Code: | | | Unknown |
| SSN: | 641 | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | Individual | Same |
| Street Address: | 7916 RAY NASH DR NW | | |
| City: | GIG HARBOR | | |
| State: | WA:Washington | | |
| Zip: | 98335 | | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

**Account Information:**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | D5:Account transferred to another office. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | TRANSFERRED/ DEL 90 | |
| CII: | | |
| MOP: | | |
| CCC: | XB:Account information disputed by consumer. | XB:Account information disputed by consumer. |

37584/6576001

| | | |
|---|---|---|
| SCC: | O:Account transferred to another lender. | |
| Portfolio Type: | | |
| Account Type: | 89:Home Equity Line of Credit | 89:Home Equity Line of Credit |
| Terms Duration: | REV | 180 |
| Terms Frequency: | M:Monthly | M:Monthly |
| Date Opened: | 10/13/2006 | 10/13/2006 |
| Date of Account Information: | 11/16/2009 | |
| Date of Last Payment: | 06/17/2009 | |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 0 | |
| Amount Past Due: | | |
| High Credit / Original Amt.: | 200000 | 200000 |
| Credit Limit: | 200000 | 200000 |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | 4219 | 1000541710 |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | Reg. | | | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Reg. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Reg. | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - |
| 2006 | Reg. | - | - | - | - | | | | | | | | |
| 2005 | Reg. | | | | | | | | | | | | |
| 2004 | Reg. | | | | | | | | | | | | |
| 2003 | Reg. | | | | | | | | | | | | |
| 2002 | Reg. | | | | | | | | | | | | |

### Associated Consumer Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Jeanne Mesmila |
| Date: | 12/18/2009 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

V1.29

| ACDV Response | 2145192260080200N |
|---|---|
| Account Number: | '097 | SSN: | 6641 |
| Consumer Name: | MARY E WHITE | Control Number: | 2145192280080200N |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 1MSZ001 |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 02/08/2010 | DF Authorized Name: | Jeanne Mesmila |

**Dispute Information**

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
|---|---|
| Dispute Code 2: | 110:Claims company will change. Verify all account information. |
| FCRA Relevant Information: | |

**Consumer Information**

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | WHITE | PERKINS WHITE | |
| First Name: | MARY | | Same |
| Middle Name: | E | | Same |
| Generation Code: | | | Unknown |
| Prev. Last Name: | PERKINS WHITE MARY | | Unknown |
| Prev. First Name: | WHITE MARY ELIZABETH | | Unknown |
| Prev. Middle Name: | PERKINSWHITE MARY EL | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 6641 | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | 9996533658 | | |
| ECOA Code: | 1:Individual | | Same |
| Street Address: | 7918 RAY NASH DRIVE NW | | |
| City: | GIG HARBOR | | |
| State: | WA:Washington | | |
| Zip: | 98335 | | |
| Prev. Street Address: | 489 PO BOX 489 | | Unknown |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 NW 123RD ST | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

**Account Information**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | XB:Account information disputed by consumer. | |

V1 29      1 of 2

2145192260080230IN

| | | |
|---|---|---|
| SCC: | | |
| Portfolio Type: | C:Line of credit | C:Line of credit |
| Account Type: | 6D:Home Equity | 6D:Home Equity Line of Credit |
| Terms Duration: | | 180 |
| Terms Frequency: | | M:Monthly |
| Date Opened: | 10/01/2008 | 10/01/2008 |
| Date of Account Information: | 11/01/2009 | 11/01/2009 |
| Date of Last Payment: | | 11/01/2009 |
| Date Closed: | 11/01/2009 | 11/01/2009 |
| FCRA DOFD: | 08/01/2009 | 08/01/2009 |
| Current Balance: | 0 | 0 |
| Amount Past Due: | 0 | 0 |
| High Credit / Original Amt.: | 200000 | 200000 |
| Credit Limit: | 200000 | 200000 |
| Original Charge Off Amount: | | |
| Actual Payment: | | 0 |
| Scheduled Monthly Payment: | | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | 1000142571006222981 |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | ACCT INFO DISPUTED BY CONSUMR | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D | D | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2009 | Req. | | | | | | | | | | | | |
| | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | 0 | 0 | | | | | | | | | | |
| | | | | 8 | - | - | - | - | - | - | - | - | - |
| 2007 | Req. | 0 | 0 | 8 | | | | | | | | | |
| 2006 | Req. | - | | - | - | - | - | - | - | - | - | - | - |
| 2005 | Req. | | - | - | - | - | - | - | - | - | - | - | - |
| 2004 | Req. | | - | - | - | - | - | - | - | - | - | - | - |
| 2003 | Req. | | | | | | | | | | | | |

**Associated Consumer Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Jeanne Masmia |
| Date: | 01/14/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

| ACDV Response | | | 21451922801501001N |
|---|---|---|---|
| Account Number: | 7097 | SSN: | 6641 |
| Consumer Name: | MARY E WHITE | Control Number: | 21451922601001N |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 1MSZ001 |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 06/08/2010 | DF Authorized Name: | Sasha Orillaneda |

| Dispute Information | |
|---|---|
| Dispute Code 1: | 109:Disputes Current Balance - Verify Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, Current Balance, and Original Charge-off Amount. |
| Dispute Code 2: | 108:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| FCRA Relevant Information: | |

| Consumer Information | Request Data | Response Data | Source Data |
|---|---|---|---|
| Last Name: | WHITE | | |
| First Name: | MARY | | |
| Middle Name: | E | | |
| Generation Code: | | | |
| Prev. Last Name: | PERKINS WHITE MARY | | |
| Prev. First Name: | WHITE MARY ELIZABETH | | Unknown |
| Prev. Middle Name: | PERKINSWHITE MARY EL | | Unknown |
| Prev. Generation Code: | | | |
| SSN: | 6641 | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | 9996533658 | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | 7918 NW RAY NASH DR | 7918 RAY NASH DR NORTHWEST | |
| City: | GIG HARBOR | GIG HARBOR | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | 98335 | |
| Prev. Street Address: | 489  PO BOX 489 | | Unknown |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 NW 123RD ST | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

| Account Information | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | XB:Account information disputed by consumer. | XR:Remove the most recently reported Compliance Condition Code |

| Field | Value |
|---|---|
| SCC: | |
| Portfolio Type: | C:Line of credit |
| Account Type: | 6D:Home Equity |
| Terms Duration: | |
| Terms Frequency: | |
| Date Opened: | 10/01/2006 |
| Date of Account Information: | 01/01/2010 |
| Date of Last Payment: | |
| Date Closed: | 11/01/2009 |
| FCRA DOFD: | 08/01/2009 |
| Current Balance: | 0 |
| Amount Past Due: | 0 |
| High Credit / Original Amt.: | 200000 |
| Credit Limit: | 200000 |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | ACCT INFO DISPUTED BY CONSUMR |

## Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | Req | | | | | | | | | D | D | D | D |
| 2009 | Req | D | D | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Req | 0 | 0 | | | | | | | | | - | |
| 2006 | Req | | | | | | | | | | - | - | - |
| 2005 | Req | | | | | | | | | | | | |
| 2004 | Req | | | | | | | | | | | | |
| 2003 | Req | | | | | | | | | | | | |

## Associated Consumer Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Sasha Orillaneda |
| Date: | 05/13/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

**ACDV Response**                                                                    37×263902300*

| | | | |
|---|---|---|---|
| Account Number: | 7097 | SSN: | 6641 |
| Consumer Name: | MARY E PERKINS WHITE | Control Number: | 3752689023001 |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 0902512 |
| Response Date: | 10/29/2010 | DF Contact Number: | |
| Response Due Date: | 10/29/2010 | DF Authorized Name: | Richel Santos |

**Dispute Information**

| | |
|---|---|
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| Dispute Code 2: | |
| FCRA Relevant Information: | PAYMENTS SUBMITTED TIMELY. GMAC DID NOT ALLOCATE PAYMENTS PROPERLY. PLEASE REMOVE THIS.I/CURR ACCT IIII|ACT. DT:10/06/10|III||IIIIIIIIII|| |

**Consumer Information**

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | PERKINS WHITE | | Same |
| First Name: | MARY | | Same |
| Middle Name: | E | | Same |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| Prev. Generation Code: | | | |
| SSN: | 6641 | | |
| Date Of Birth: | | | |
| Telephone Number: | | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | PO BOX 489 | | |
| City: | GIG HARBOR | GIG HARBOR | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | | |
| Prev. Street Address: | | | |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

**Account Information**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 05:Account transferred to another office. | |
| Payment Rating: | | 3:90 - 119 days past due date |
| Cond. / Cum. Status: | TRANSFERRED/ DEL 90 | |
| CII: | | |
| MOP: | | |
| CCC: | XB:Account information disputed by consumer. | |

V1.29                                    1 of 2

| | |
|---|---|
| SCC: | O:Account transferred to another lender. |
| Portfolio Type: | |
| Account Type: | 89:Home Equity Line of Credit |
| Terms Duration: | REV |
| Terms Frequency: | M:Monthly |
| Date Opened: | 10/13/2006 |
| Date of Account Information: | 11/18/2009 |
| Date of Last Payment: | 06/17/2009 |
| Date Closed: | |
| FCRA DOFD: | |
| Current Balance: | 0 |
| Amount Past Due: | |
| High Credit / Original Amt.: | 200000 |
| Credit Limit: | 200000 |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | ████219 |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | Req. | | | | | | | | | | | | |
| 2009 | Req. | | | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 2007 | Req. | 0 | 0 | | | | | | | | | | |
| 2006 | Req. | | | | | | | | | | | | |
| 2005 | Req. | | | | | | | | | | | | |
| 2004 | Req. | | | | | | | | | | | | |
| 2003 | Req. | | | | | | | | | | | | |

### Associated Consumer Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Richel Santos |
| Date: | 10/08/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

9990027903168403A

| ACDV Information | | | |
|---|---|---|---|
| Account Number: | 7097 | SSN: | 6641 |
| Consumer Name: | WHITE MARY PERKINS | Control Number: | 9990027903168403A |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 682FM06436 |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 10/30/2010 | DF Authorized Name: | Rakhima Banto |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating.  Verify Payment History Profile, Account Status, and Payment Rating. |
| Dispute Code 2: | |
| FCRA Relevant Information: | All payments submitted timely. GMAC did not allocate payments which caused me to be reported inaccurately. Please remove. |

| Consumer Information: | Request Data | Response Data | Same/Diff |
|---|---|---|---|
| Last Name: | PERKINS | | |
| First Name: | WHITE | | |
| Middle Name: | MARY | | |
| Generation Code: | | | |
| Prev. Last Name: | PERKINSWHITE | | |
| Prev. First Name: | MARY | | |
| Prev. Middle Name: | E | | |
| Prev. Generation Code: | | | |
| SSN: | 6641 | | |
| Date Of Birth: | | | |
| Telephone Number: | | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | PO BOX 489 | | |
| City: | GIG HARBOR | | |
| State: | WA:Washington | | |
| Zip: | 98335 | | |
| Prev. Street Address: | 7918 RAY NASH DR NW | | |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 123RD ST NW | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

| Account Information: | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | 3:90 - 119 days past due date | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 04:Pays 90-119 days; not more than 4 payments past due | |
| CCC: | XB:Account information disputed by consumer. | |

| SCC: | O:Account transferred to another lender. | |
|---|---|---|
| Portfolio Type: | C:Line of credit | C:Line of credit |
| Account Type: | 6D:Home Equity | 6E:Home Equity Line of Credit |
| Terms Duration: | LOC | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 10/01/2006 | |
| Date of Account Information: | 12/01/2009 | |
| Date of Last Payment: | 08/01/2009 | |
| Date Closed: | 11/01/2009 | |
| FCRA DOFD: | 08/01/2009 | |
| Current Balance: | 0 | |
| Amount Past Due: | | |
| High Credit / Original Amt.: | 200000 | 200000 |
| Credit Limit: | 200000 | 200000 |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | 0 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | N219 | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

### Account History

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | Req. | | | | | | | | | | | |
| 2009 | Req. | | D | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Req. | 0 | 0 | D | D | D | D | D | 0 | 0 | 0 | |
| 2006 | Req. | D | D | B | - | - | | | | | | |
| 2005 | Req. | | - | - | - | - | - | | | | | |
| 2004 | Req. | - | - | - | - | - | - | | | | | |
| 2003 | Req. | - | - | - | | | | | | | | |

### Associated Consumer Information

| Last Name: | |
|---|---|
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Rakhima Banto |
| Date: | 10/08/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

22805325600403001N

| | | |
|---|---|---|
| Account Number: | 7097 | SSN: 641 |
| Consumer Name: | MARY E PERKINSWHITE | Control Number: 22805325600403001N |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: 1MSZ001 TransUnion |
| Response Date: | | DF Contact Number: |
| Response Due Date: | 11/02/2010 | DF Authorized Name: Joyce Aimee Amascual |

**Dispute Information**

| | |
|---|---|
| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
| Dispute Code 2: | 112:Consumer states inaccurate information. Provide or confirm complete ID and account information. |
| FCRA Relevant Information: | |

**Consumer Information**

| | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | PERKINSWHITE | PERKINSWHITE | |
| First Name: | MARY | MARY | |
| Middle Name: | E | | |
| Generation Code: | | | |
| Prev. Last Name: | WHITE MARY ELIZABETH | | |
| Prev. First Name: | PERKINS WHITE MARY | | |
| Prev. Middle Name: | PERKINSWHITE MARY EL | | |
| Prev. Generation Code: | | | Same |
| SSN: | 641 | | |
| Date Of Birth: | | | Unknown |
| Telephone Number: | 9998533658 | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | 489 PO BOX 489 | | |
| City: | GIG HARBOR | GIG HARBOR | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | 98335 | |
| Prev. Street Address: | 7918 NW RAY NASH DR | | Unknown |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 NW 123RD ST | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

**Account Information**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | | Charge-Off |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |

2280532580040300N

| Field | Value |
|---|---|
| SCC: | |
| Portfolio Type: | C:Line of credit |
| Account Type: | 6D:Home Equity |
| Terms Duration: | |
| Terms Frequency: | |
| Date Opened: | 10/01/2006 |
| Date of Account Information: | 11/01/2009 |
| Date of Last Payment: | |
| Date Closed: | 11/01/2009 |
| FCRA DOFD: | 06/01/2009 |
| Current Balance: | 0 |
| Amount Past Due: | 0 |
| High Credit / Original Amt.: | 200000 |
| Credit Limit: | 200000 |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

**Account History:**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | Req. | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2009 | Req. | D | D | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Req. | 0 | 0 | B | | | | | | | | | |
| 2006 | Req. | | | | | | | - | - | - | - | - | - |
| 2005 | Req. | | | | | | | | | | | | |
| 2004 | Req. | | | | | | | | | | | | |
| 2003 | Req. | | | | | | | | | | | | |

**Associated Consumer Information:**

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Joyce Aimee Amascual |
| Date: | 10/09/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

**ACDV Response**

99990347025998033

| Account Number: | 7097 | SSN: | 5841 |
|---|---|---|---|
| Consumer Name: | WHITE MARY PERKINS | Control Number: | 99990347025998033 |
| Response Code: | 02:Modify account information as indicated | Subscriber Code: | 682FM06438  Equifax |
| Response Date: | | DF Contact Number: | |
| Response Due Date: | 01/18/2011 | DF Authorized Name: | Sasha Orillaneda |

**Dispute Information**

| Dispute Code 1: | 106:Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Payment History Profile, Account Status, and Payment Rating. |
|---|---|
| Dispute Code 2: | 105:Disputes Date of Last Payment/Date Opened/Date of First Delinquency/Date Closed. Verify all dates. |
| FCRA Relevant Information: | Loan modification executed July16th 2009.All payments made on time.Have contacted GMAC numerous times to correct errors. They received all payments on time and did not apply them to my ??????? properly. See Greentree report of account. Paid on time. |

**Consumer Information**

| | Request Data | Response Data | Same Data |
|---|---|---|---|
| Last Name: | PERKINS | | |
| First Name: | WHITE | | |
| Middle Name: | MARY | | |
| Generation Code: | | | |
| Prev. Last Name: | PERKINSWHITE | | |
| Prev. First Name: | MARY | | Unknown |
| Prev. Middle Name: | E | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | 641 | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | | |
| Street Address: | PO BOX 489 | 7918 RAY NASH DRIVE | Different |
| City: | GIG HARBOR | GIG HARBOR | |
| State: | WA:Washington | WA:Washington | |
| Zip: | 98335 | 98335 | |
| Prev. Street Address: | 7918 RAY NASH DR NW | | |
| Prev. City: | GIG HARBOR | | |
| Prev. State: | WA:Washington | | |
| Prev. Zip: | 98335 | | |
| 2nd Prev. Street Address: | 10322 123RD ST NW | | |
| 2nd Prev. City: | GIG HARBOR | | |
| 2nd Prev. State: | WA:Washington | | |
| 2nd Prev. Zip: | 98329 | | |

**Account Information**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90 days past the due date. | |
| Payment Rating: | 3:90 - 119 days past due date | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | 04:Pays 90-119 days; not more than 4 payments past due | |
| CCC: | | |

| | |
|---|---|
| SCC: | O:Account transferred to another lender. |
| Portfolio Type: | C:Line of credit |
| Account Type: | 8D:Home Equity |
| Terms Duration: | LOC |
| Terms Frequency: | M:Monthly |
| Date Opened: | 10/01/2006 |
| Date of Account Information: | 10/01/2010 |
| Date of Last Payment: | 06/01/2009 |
| Date Closed: | 11/01/2009 |
| FCRA DOFD: | 08/01/2009 |
| Current Balance: | 0 |
| Amount Past Due: | |
| High Credit / Original Amt.: | 200000 |
| Credit Limit: | 200000 |
| Original Charge Off Amount: | |
| Actual Payment: | |
| Scheduled Monthly Payment: | 0 |
| Original Creditor Name: | |
| Creditor Classification: | |
| Agency ID: | |
| Sec. Mktg. Agency Acct Num: | |
| Mortgage ID Number (MIN): | 219 |
| Specialized Payment Ind.: | |
| Defrd. Payment Start Date: | |
| Balloon Payment Amt.: | |
| Balloon Payment Due Date: | |
| Portfolio Indicator: | |
| Purchased From / Sold To: | |
| Narrative / Remarks: | |

### Account History

| Year | Req. | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2009 | Req. | D | D | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | Req. | 0 | 0 | D | D | 0 | D | D | D | D | 0 | 0 | 0 |
| 2006 | Req. | D | D | B | | | | | | | | | |
| 2005 | Req. | | | | | | | | | | | | |
| 2004 | Req. | | | | | | | | | | | | |
| 2003 | Req. | | | | | | | | | | | | |

### Associated Consumer Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| Authorized Name: | Sasha Orillaneda |
| Date: | 12/14/2010 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

| | | | |
|---|---|---|---|
| AUD Control Number: | 54283780 | AUD Correction Ind: | 1 |
| Date Submitted: | 02/25/2011 | DF Authorized Name: | LORI AGUIAR |
| Equifax SC: | 682FM06438 | Experian SC: | 0902512 |
| Innovis SC: | 2003024 | TransUnion SC: | 1MSZ001 |

**Consumer Information**

| | | | |
|---|---|---|---|
| Last Name: | WHITE | Prev.Last Name: | |
| First Name: | MARY | Prev.First Name: | |
| Middle Name: | E | Prev.Middle Name: | |
| Generation Code: | | Prev. Generation Code: | |
| Street Address: | PO Box 489 | Prev. Street Address: | |
| City: | GIG HARBOR | Prev.City: | |
| State: | WA:Washington | Prev.State: | |
| Zip: | 98335 | Prev.Zip: | |
| SSN: | ■■6641 | DOB: | |
| Telephone Number: | 2538533658 | | |
| Cii: | | | |
| ECOA Code: | 1:Individual | | |

**Employment Information**

| | | | |
|---|---|---|---|
| Employer Name: | | Street Address: | |
| Occupation: | | City: | |
| | | State: | |
| | | Zip : | |

**Account Information**

| | | | |
|---|---|---|---|
| Account Status: | 05:Account transferred to another office. | | |
| Payment Rating: | 0:Current account | | |
| Account Number: | ■■7097 | | |
| Special Comment: | O:Account transferred to another lender. | | |
| Compliance Condition: | XR:Removes the most recently reported Compliance Condition Code. | | |
| Portfolio Type: | C:Line of credit | | |
| Account Type: | 89:Home Equity Line of Credit | | |
| Interest Type Indicator: | | | |
| Terms Duration: | LOC | Scheduled Monthly Pymnt.: | 0 |
| Terms Frequency: | M:Monthly | Original Creditor Name: | |
| Date Opened: | 10/13/2006 | Creditor Classification: | |
| Date Of Last Payment: | 06/17/2009 | Portfolio Indicator: | |
| FCRA DOFD: | | Purchased From / Sold To: | |
| Date Of Acct Information: | 11/02/2009 | Specialized Payment Ind.: | |
| Date Closed: | 11/02/2009 | Defrd. Payment Start Date: | |
| Current Balance: | 0 | Balloon Payment Amt.: | |
| Credit Limit: | 200000 | Balloon Payment Due Date: | |
| Original Charge-Off Amt: | | Agency ID: | |
| Actual Pymnt: | 0 | Sec. Mktg. Agency Account Number: | |
| Amt Past Due: | 0 | Mortgage ID Number (MIN): | ■■4219 |
| High Credit / Orig. Amt.: | 155310 | | |

| | Nov | Oct | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - |
| 2006 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2005 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2004 | - | - | - | - | - | - | - | - | - | - | - | |

| Associated Consumer Information | First Associated Consumer | Second Associated Consumer |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Signature: | LORI AGUIAR | |
| Date: | 02/25/2011 | |

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

# EXHIBIT 3

## CLAIM 1296

List of full events (corrected 031213)

| Date on Doc | Type | Which agency | Important notes | Bates numbers |
|---|---|---|---|---|
| 12/9/2009 | GMAC complaint certified letter | GMAC | Certified Letter to GMAC asking that they correct the errors GMAC has made on account, and stop reporting me as late 30, 60, 90 Aug, Sept, Oct, included copy of loan mod, and proof of payments made on time and EXP credit report | MW205-241 |
| 12/9/2009 | GMAC QWR | GMAC | Certified letter, requesting Qualified Written Response | MW171-175 |
| 12/9/2009 | GMAC loss mit certified letter | GMAC | Certified letter to GMAC Loss Mit asking the correct the errors on eth account and stop reporting me late. Included copy of loan mod, proof of payments, Experian credit report/ | MW176-204 |
| 12/24/2009 | GMAC letter | GMAC | Letter from GMAC, unable to make corrections to credit unless they made a mistake. | MW1111 |
| 1/8/2010 | GMAC QWR | GMAC | GMAC QWR response. Payment history and transfer letter | MW1093- |
| 1/11/2010 | Call to GMAC | Called John Burks GMAC | 011110- I called John Burks at GMAC loan modification, (he signed the loan modification), left a message asking him to call me back and assist me in getting the errors at GMAC corrected. If he could not help me, I would appreciate if he would call and tell me who to talk to. No return call. | MW2105 |
| 2/25/2011 | Letter from GMAC | Letter of apology from GMAC | Letter of apology from GMAC for reporting lates, said they are making corrections to all bureaus. | MW1153 |
|  |  |  |  |  |
|  |  |  |  |  |

EXHIBIT 3

CLAIM 1296

# EXHIBIT 4

## CLAIM 1296

12-12020-mg   Doc 9796-5   Filed 04/01/16   Entered 04/01/16 12:58:32   Decl.
EXHIBIT   Exhibit A   Pg 4 of 68

CLAIM 1296

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY PERKINS WHITE,

                  Plaintiff,

    v.

GMAC MORTGAGE, LLC, and
GREEN TREE SERVICING LLC,

                 Defendants.

No. 11-cv-05439-RBL

DEFENDANT GREEN TREE
SERVICING LLC'S FIRST SET OF
INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO PLAINTIFF <u>AND
THIRD SUPPLEMENTAL RESPONSE TO
INTERROGATORY 2</u>

**INTERROGATORY NO. 2:** With respect to each element of damages that you seek to recover

in this action, separately identify the amount of damages for each of the following three time

periods: (i) September 2009 to March 2010, (ii) March 2010 to June 2010, and (iii) July 2010 to

present. For each amount identified within each period, identify:

      a.               The party or parties against whom such damages are sought;

      b.               The method by which such damages are to be calculated;

      c.               Each person believed by you to have knowledge relating to such

calculation of damages; and

d.            Each document that you believe to constitute evidence supporting or
contradicting each such calculation of damages.

**ANSWER:**

Objection Green Tree demands information broken out in discrete time periods that
cannot be done in the manner its request assumes. Plaintiff respectfully submits she is unable to
compute, suggest or recommend the amount of damages that will be awarded by a jury at trial.
Plaintiff can only provide a computation of the actual out-of-pocket and other quantifiable costs
and expenses incurred in the matter forming the basis of the action. Plaintiff has had adverse
action taken on existing credit accounts and applications for credit, and abstained from some
credit applications and lost previously available credit resulting in Ms. White selling possessions
to cover obligations. Please see documents provided progressively numbered MaryWhite001-
2102.


Nominal estimated and approximate out of pocket loss total $300 to date for mailing
expenses, faxing, driving, paper, printing, $100.00 in phone calls and medication in the amount
of $780.00.  The plaintiff recognizes that medical testimony may be necessary to establish
causation (or a substantial factor) and necessity of pharmaceuticals.. We have executed medical
releases and if defendants elect to depose medical providers and in the process lay a foundation
for the introduction of prescription medication the plaintiff reserves the right introduce this
evidence.

Damages include abstention in applying for credit and damages for emotional distress including
humiliation, frustration, headaches feeling degraded, lost self esteem, anger, loss of enjoyment of

life, inconvenience, crying, anxiety, fear, shock, irritability, panic attacks, loss of concentration, loss of time otherwise available for enjoyable pursuits and hobbies, nightmares, migraines, nausea, loss of appetite, depression, loss of reputation, impairment of relationships, and plaintiff will additionally ask for an award for loss of reputation, damage to her credit and for punitive damages and statutory damages as well as attorney's fees and costs of litigation.

Application; 12/2010 Eagle Home Mortgage home loan application, denied.

Application; 02/09/2011 Eagle Home Mortgage home loan application, approved.

Application; 2007- United Pacific Mortgage Home loan approved.

10780 Santa Monica Blvd., Suite 400

Los Angeles, CA 90025

(310) 475-1809 226 - office

(310) 234-4788 - direct fax

(310) 528-1451 - cell

Mortgage rate – Plaintiff had to finance a house purchase in February 2011 at 5.5% and would likely have qualified for a loan at about 3% at the time of purchase and will not seek refinancing until she is assured her creditworthiness is reported correctly with regard to the modified loan. From April 2011 to the end of 2012 plaintiff will have paid $13,814.40 in interest. If she had a loan of 3% versus 5.5% she would have paid approximately $7,857.94.

Date approximately 122911 - Pemco Insurance; insurance rates increased $86.80 annually due to derogatory information on credit report.

Adverse Actions:

Bank Of America #9404- credit reduction twice due to "serious delinquency" on credit report.
Credit line reduced from $6000 to $3100, again from $3100 to $2700.

Juniper Credit card #1420- Interest rate increased from 11.99% to 16.99%, credit line reduced
from $4100 to $3100.

Mastercard #9199- credit line reduced from $4400 to $2150 due to serious delinquency on credit
report.

Bank of America #1258- credit line reduced from $2500 to $1900 due to delinquency on credit
report.

PEMCO insurance-increase of $86.80 in insurance rates due to delinquencies on credit report.

Household items sold from 2009 to the end of 2010.

22 foot Searay boat with dual axle trailer sold for approx $11,000

Electric trolling motor -worth $199

Nordic recumbent bike -worth $600

DEFENDANT GREEN TREE SERVICING LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF AND THIRD SUPPLEMENTAL RESPONSES TO
INTERROGATORY TWO THERETO - 4

Treadmill -worth $300

1981 Laser Sailboat worth $1000

2 sets of water skis, tubing and tow accessories worth $200

5 antique armoires-worth $4000

12 antique quilts worth $2000

1 loveseat  worth $200

One Natuzzi Leather Sectional worth $3200

Antique leather settee worth $1000

4 antique steamer chests worth $400

1 Australian pine dining table  worth $600

8 antique ladder back chairs worth $400

Collection of 30 antique ceramic roosters worth $800

Antique three piece suite of upholstered mahogany settee and 2 arm chairs worth $8k

One antique red leather sitting chair worth $200

6 Antique mirrors framed in wood worth $800

Numerous antique wall hangings worth approx. $1500

1 antique oak library table worth $300

3 antique wood and marble dressers worth $1500

2 mid century upholstered chairs worth $200

Glass block worth $100

2 coffee tables worth $200

Antique oak bed worth $1200

DEFENDANT GREEN TREE SERVICING LLC'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFF AND THIRD SUPPLEMENTAL RESPONSES TO
INTERROGATORY TWO THERETO - 5

10x14 Persian rug worth $500

One 8x10 Chobi Persian rug worth $800

One antique 14 foot Persian runner worth $300

One stained glass dolphin wall hanging worth $300

Stihl gas weed wacker worth $250

One antique oak pub table worth $250

One teak antique dining table worth $600

One antique walnut bed worth $150

One white painted chiffonier worth $400

Additional assorted household decor and furnishings worth over $2000.

Gold jewelry was sold for weight worth $600


Plaintiff is guided by the order in Lambert v Beneficial Mortgage Corp., 2007 WL 1309542

(W.D. Wash. 2007)(denying summary judgment where testimony of plaintiff and child sufficient

evidence of emotional distress) in presenting her damages to the jury.

Only the trier of fact can provide a dollar figure for these damages and plaintiff can only provide

examples of other awards for actual damages relating to emotional distress and punitive damages

as follows:


1.    Adams v. Phillips, 2002 U.S. Dist. Lexis 24888 (December 19, 2002). A federal jury in

the Eastern District of Louisiana awarded $225,000 in compensatory damages and $275,000 in

punitive damages in an impermissible access case.

2.    Anderson v. Conwood Co., 34 F. Supp.2d 650 (W.D. Tenn. 1999) ($35,000.00 punitive

damage award vacated; $2,000,000.00 compensatory award reduced to $50,000.00 in absence

of testimony other than worry, stress, anxiety).

3.    Anderson v. Roberson, 249 F.3d 539 (6th Cir. 2001). b(f) verdict. The jury awarded $7

Million in compensatory and punitive damages. The court remitted the award to 100K (50K

per plaintiff).

4.    Ayers v Experian, June 8, 2004 (E.D. Va) (settled $95,000 included in bky)

5.    Bach v. First Union National Bank, 149 Fed. Appx. 354, 363 (6th Cir. 2005) ($400,000

compensatory affirmed, $2.6 million punitives reversed for new trial)

6.    Brim v Midland Credit Management  (D. Ala. 2011) $100,000 actual damages and

$623,180 punitive damages.

7.    Brown v. Experian (D. Conn. April 16, 2004) $50,000 emotional distress.

8.    Bakker v McKinnon, 152 F. 3d 1007, $5,000 punitives and $500 in actual damages for

an impermissible §1681b(f) violation.

9.    Barnett Bank v. Hazel, 555 S.E.2d 195 (Ga. Ct. App. 2001) (Judgment of $75,000.00

against bank for providing false information to credit reporting agencies with malice or willful

intent to injure).

10.    Bell v. May Department Stores, 6 S.W.3rd 871, (MO 1999) (jury awarded $50,000.00

actual damages).

11.    Boothe v. TRW Credit Data, 557 F. Supp. 66 (S.D. N.Y. 1982) ($15,000.00 punitive

damages against entity which had gotten credit report under false pretenses, plus attorney fees).

In Boothe, the defendant obtained the plaintiff's credit report from TRW for a business

transaction, and the defendant user concealed the request, upon an investigation by TRW, to which the court attributed the defendant's guilty knowledge. Id. at 69. Despite the absence of actual damages, the court awarded punitive damages of $15,000. Id. at 71-72.

12.    Bryant v. TRW, Inc., 689 F.2d 72 (6th Cir. 1982) (jury awarded a relatively modest verdict of $8,000 for embarrassment and humiliation).

13.    Collins v. Retail Credit Co., 410 F. Supp. 924 (E.D. Mich. 1976) ($21,750 for loss of reputation, embarrassment, humiliation, in recognition of the many subtle and indirect effects upon her personal, social and economic life).

14.    Cortez v TU, (05-cv-5684 PAED) ($50,000 actual damages; $750, 000 punitive damages)

15.    Cousin v. Trans Union, 246 F.3d 399 (5th Cir. 2001) ($50,000.00 actual damages, $4.5 million punitive damages vacated by the appellate court)

16.    Guimond v. Trans Union, 45 F.3d 1329 (9th Cir. 1995) (on remand jury awarded $275,000.00 actual damages)

17.    Hall v. Harleysville Ins. Co., 943 F. Supp. 536 (E.D. Pa. 1996) (No damages, attorney fees and costs $87,821.48).

18.    Hoglan v. First Security Bank, 120 Idaho 682, 819 P.2d 100 (1991) (The court upheld a jury verdict of $20,000.00 for breach of contract and negligence, and overturned a $200,000.00 award of punitive damages).

19.    Jones v. Credit Bureau of Greater Garden City, 1989 WL 134945 (D. Kan. Oct. 24, 1989) ($500.00 for expenses, lost wages, mental anguish and embarrassment; $10,620.00 attorney fees).

20. <u>Johnson v. MBNA, et al</u>, 357 F.3d 426, (4th Cir.2004) (Docket #: 03-1235, USDC E.D of VA, Richmond Division) §1681s-2b claim, actual damages $90,300, 2/11/2004: Consumer Protection - Fair Debt Act - Inadequate Investigation. MBNA Bank, a credit card company is liable to a consumer for over $90,000 under the Fair Credit Reporting Act, 15 U.S.C. § 1681a-2(b)(1), for failing to make a reasonable investigation into a woman's claim that she did not owe a $17,000 debt on her husband's delinquent account.

21. <u>Jones v. Credit Bureau of Huntington, Inc.</u>, 399 S.E.2d 694 (W. Va. 1990) ($4,000 even though erroneous credit report was corrected one week after publication).

22. <u>Jorgenson v. Experian</u>, (D. Ore. No. 96-286-JE) (jury awarded $600,000.00 actual damages in 1998; court added $200,000.00 fees and costs) (theft of identity). Settled on appeal for confidential amount.

23. <u>Kirkpatrick v. Equifax</u>, (D. Or. Jan 25, 2005), $210,000 for emotional distress.

24. <u>McGowan v. Warner</u>, (Alabama, CV 9503310, 1999) (jury awarded $1.85 million to theft of identity victim against non credit bureaus).

25. <u>Milgram v. Advanced Cellular Systems, Inc.</u>, 1990 WL 116322 (E.D. Pa. 1990) (Jury award of $20,000.00; $20,224.00 attorney fees).

26. <u>Mills v. NationsBank</u> (Florida 1999) (jury awarded $1.85 million to theft of identity victim against non-credit bureaus).

27. <u>Millstone v. O'Hanlon Reports, Inc.</u>, 383 F. Supp. 269 (E.D. Mo. 1974) ($2,500.00 compensatory; $10,000.00 punitive; $12,500.00 attorney fees).

28. <u>Morris v. Credit Bureau</u>, 563 F. Supp. 962 (S.D. Ohio 1983) ($10,000 for stress, anxiety, humiliation, injury to his reputation, his work, his family, his sense of well-being).

29.    Mullins v Equifax et al, USDC EDVa 2007, 3:05-cv-00888 (Actual damages $20,000;
punitive damages $100,000).

30.    Nitti v. Credit Bureau of Rochester, Inc., 84 Misc. 2d 277, 375 N.Y.S.2d 817 (Sup. Ct.
1975) ($10,000.00 punitive; $8,000.00 attorney fees).

31.    Northrop v. Hoffman of Simsbury, Inc., 134 F.3d 41, (6Conn. Ops. 447, Apr. 24, 2000)
(jury verdict of $100,000 in compensatory damages and $500,000 in punitives remitted by
Chief Judge to $125,000 for punitives, no compensatory).

32.    Parker v. Drier, (Court File No. W.D. Wisc. 98-C-681-S)   In May of 2000, a Federal
jury in Madison Wisconsin awarded $3,500.00 in actual damages and $100,000 in punitive
damages in an impermissible credit report pull.    Punitive damage award was reduced to
$35,000 but the full $40,000 attorney fee petition plus cost was awarded. There was no appeal.

33.    Phillips v. Grendahl, 312 F.3d 357, (8th Cir. 2002) reversing summary judgment, USDC
Minn. (CV 00-1382-) Jury verdict following remand, $50, 000 punitive and $10,000 actual
damages impermissible access of CR.)

34.    Pinner v Schmidt, 617 F. Supp. 342 (E.D. La. 1985), 805 F.2d 1258 (5th Cir. 1991)
($100,000 actual and $100,00 punitive remitted to $25,000 actual). "In Pinner, 805 F.2d at
1265, the consumer was awarded $25,000 for mental distress because of the humiliation and
embarrassment resulting from the three credit denials and from lengthy dealings with the credit
bureau." Stevenson, supra, at 297 [jury awarded $100,000, remitted to $25,000]. Pinner can
be distinguished as it does not concern loss of privacy or the humiliation suffered from the
theft of one's credit report. The plaintiff in Pinner experienced three credit denials due to a

credit report's inaccuracies, which were corrected after several months. Stevenson, supra, at 297. Pinner v. Schmidt, 805 F.2d 1258, 1263 (5th Cir. 1986)

35.    Robinson v Equifax, 1:06-cv-01336-GBL/TRJ, 8/17/07(E.D.Va.), JURY VERDICT in favor of Plaintiff awards damages in the amount of $200,000.

36.    Saunders v. Equifax Information Services, L.L.C. et al, Slip Copy, 2007 WL 98596 (E.D.Va.) (award against furnisher BB&T only) $1k statutory, $80k punitives.

37.    Sloane v. Equifax et al, USDC, EDVA Court file no.: 1:05-cv-1272, July 18, 2006: Jury verdict- Actual damages $350,000; no punitives. Judge said that reinsertion might very well be a strict liability provision within the FCRA. No order/opinion on MSJ- blanket order.

38.    Soghomonian et al v. IRS et al, (ND CA December 2003): Jury awarded Plaintiffs $940,000 for emotional distress and actual damages; attorneys filed fee petition. (Jury verdict was $5,000,000 in punitives and $300,000 in actual damages.  The punitives were remitted to $1,000,000 but there was no remittitur on the $300,000.  Attorney fees were approximately $110,000.  Trans Union paid the full remitted judgment of approximately $1,410,000). The jury awarded Mr. Soghomonian $342,225.00 and his wife, Ms. Garabedian, $275,265.00 in compensatory damages, for a total of $617,490, and $350,000 was awarded in punitive damages.

39.    Stevenson v. TRW, Inc., 978 F.2d 288 (5th Cir. 1993) ($30,000 mental anguish and embarrassment damages, $20,700 fees).

40.    Thomas v. Trans Union, 197 F.Supp.2d 1233, 1237 (U.S.D.C. Or. 2002) (theft of identity case tried in 2002, jury awarded $5.3 million; court reduced award to $1 million).

41.    Thompson v. Equifax, (Ala. 2002) (jury award $80,000)

42.    Thompson v. San Antonio Retail Merchants Ass'n, 682 F.2d 509 (5th Cir. 1982) ($10,000 for humiliation and mental distress even though no out-of-pocket expenses).

43.    Thornton v. Equifax, Inc., 467 F. Supp. 1008 (E.D. Ark. 1979) ($5,000.00 compensatory and $250,000.00 punitive in light of defendant's annual gross income of $300,000,000.00).

44.    Trans Union Corp. v. Crisp, 896 S.W. 2d 446 (Ark. App. 1995) ($15,000 compensatory, $25,000 punitive).

45.    Valentine v. Equifax Information Services LLC, et al., U.S.District Court (Or.) Case No. 05-CV-0801, October 2007. Jury awards $200,000 against. Equifax for damages. Negligence found. Willfulness not found. This award does not include attorney's fees.

46.    Williams v. Equifax, (Florida state court Nov. 30, 2007) $219,000 compensatory, $2.7 million punitive.

47.    Wenger v. Trans Union, USDC, Central District of California, Case No. CV 95-6445 (jury award of actual damages of $200,000.00).

48.    Yohay v. City of Alexandria Employees Credit Union, 827 F.2d 967 (4th Cir. 1987) (punitive damages $10,000; fees and costs over $33,000); jury verdict, $10,000 punitives, $32,411 fees, $957.90 in costs. Appellate decision at 827 F.2d 967, (4th Cir. 1987).

49.    Zamora v. Valley Fed. S&L Ass'n, 811 F.2d 1368 (10th Cir. 1987) ($61,500).

50.    Zotta v. Nations Credit Fin. Serv., USDC, Eastern District of Missouri, (Court File no.: 4:02-cv-1650, 2004) jury found for the Plaintiff in the amount of $87,500 on his claim for Defendant's negligent noncompliance with the FCRA.

## VERIFICATION

I am the plaintiff to whom this discovery is addressed. I have read the foregoing answers,

know the contents and believe the same to be true and correct.

Dated: November 9, 2012

Plaintiff

## CERTIFICATION

Answers are in compliance with CR 26(g).

DATED this 9th day of November 2012.

Christopher E Green
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On 11/10/12, I caused the foregoing document to be sent to the following attorneys in the related case by electronic mail:

Fredrick Rivera
FRivera@perkinscoie.com

Breanne Stubinger
bstrubinger@schuckitlaw.com

Amanda Beane
ABeane@perkinscoie.com

Lewis Perling
perling@kslaw.com

Laurin Scweet
laurins@schweetlaw.com

William Brown
wbrown@schuckitlaw.com


/s/ Christopher Green

_____          11/10/12
Christopher Green                                                Dated

# EXHIBIT 5

## CLAIM 1296

CLAIM
1296

1.    Adams v. Phillips, 2002 U.S. Dist. Lexis 24888 (December 19, 2002). A federal jury in the Eastern District of Louisiana awarded $225,000 in compensatory damages and $275,000 in punitive damages in an impermissible access case.

2.    Anderson v. Conwood Co., 34 F. Supp.2d 650 (W.D. Tenn. 1999) ($35,000.00 punitive damage award vacated; $2,000,000.00 compensatory award reduced to $50,000.00 in absence of testimony other than worry, stress, anxiety).

3.    Anderson v. Roberson, 249 F.3d 539 (6th Cir. 2001). b(f) verdict. The jury awarded $7 Million in compensatory and punitive damages. The court remitted the award to 100K (50K per plaintiff).

4.    Ayers v Experian, June 8, 2004 (E.D. Va) (settled $95,000 included in bky)

5.    Bach v. First Union National Bank, 149 Fed. Appx. 354, 363 (6th Cir. 2005) ($400,000 compensatory affirmed, $2.6 million punitives reversed for new trial)

6.    Brim v Midland Credit Management  (D. Ala. 2011) $100,000 actual damages and $623,180 punitive damages.

7.    Brown v. Experian (D. Conn. April 16, 2004) $50,000 emotional distress.

8.    Bakker v McKinnon, 152 F. 3d 1007, $5,000 punitives and $500 in actual damages for an impermissible §1681b(f) violation.

9.    Barnett Bank v. Hazel, 555 S.E.2d 195 (Ga. Ct. App. 2001) (Judgment of $75,000.00 against bank for providing false information to credit reporting agencies with malice or willful intent to injure).

10.    Bell v. May Department Stores, 6 S.W.3rd 871, (MO 1999) (jury awarded $50,000.00 actual damages).

11.    Boothe v. TRW Credit Data, 557 F. Supp. 66 (S.D. N.Y. 1982) ($15,000.00 punitive damages against entity which had gotten credit report under false pretenses, plus attorney fees). In Boothe, the defendant obtained the plaintiff's credit report from TRW for a business transaction, and the defendant user concealed the request, upon an investigation by TRW, to which the court attributed the defendant's guilty knowledge. Id. at 69.    Despite the absence of actual damages, the court awarded punitive damages of $15,000. Id. at 71-72.

12.    Bryant v. TRW, Inc., 689 F.2d 72 (6th Cir. 1982) (jury awarded a relatively modest verdict of $8,000 for embarrassment and humiliation).

13.    Collins v. Retail Credit Co., 410 F. Supp. 924 (E.D. Mich. 1976) ($21,750 for loss of reputation, embarrassment, humiliation, in recognition of the many subtle and indirect effects upon her personal, social and economic life).

14.    Cortez v TU, (05-cv-5684 PAED) ($50,000 actual damages; $750, 000 punitive damages)

15.    Cousin v. Trans Union, 246 F.3d 399 (5th Cir. 2001) ($50,000.00 actual damages, $4.5 million punitive damages vacated by the appellate court)

16.    Guimond v. Trans Union, 45 F.3d 1329 (9th Cir. 1995) (on remand jury awarded $275,000.00 actual damages)

17.    Hall v. Harleysville Ins. Co., 943 F. Supp. 536 (E.D. Pa. 1996) (No damages, attorney fees and costs $87,821.48).

18.    Hoglan v. First Security Bank, 120 Idaho 682, 819 P.2d 100 (1991) (The court upheld a jury verdict of $20,000.00 for breach of contract and negligence, and overturned a $200,000.00 award of punitive damages).

19.    Jones v. Credit Bureau of Greater Garden City, 1989 WL 134945 (D. Kan. Oct. 24, 1989) ($500.00 for expenses, lost wages, mental anguish and embarrassment; $10,620.00 attorney fees).

20.    Johnson v. MBNA, et al, 357 F.3d 426, (4th Cir.2004) (Docket #: 03-1235, USDC E.D of VA, Richmond Division,) §1681s-2b claim, actual damages $90,300, 2/11/2004: Consumer Protection - Fair Debt Act - Inadequate Investigation. MBNA Bank, a credit card company is liable to a consumer for over $90,000 under the Fair Credit Reporting Act, 15 U.S.C. § 1681a-2(b)(1), for failing to make a reasonable investigation into a woman's claim that she did not owe a $17,000 debt on her husband's delinquent account.

21.    Jones v. Credit Bureau of Huntington, Inc., 399 S.E.2d 694 (W. Va. 1990) ($4,000 even though erroneous credit report was corrected one week after publication).

22.    Jorgenson v. Experian, (D. Ore. No. 96-286-JE) (jury awarded $600,000.00 actual damages in 1998; court added $200,000.00 fees and costs) (theft of identity). Settled on appeal for confidential amount.

23.    Kirkpatrick v. Equifax, (D. Or. Jan 25, 2005), $210,000 for emotional distress.

24.    McGowan v. Warner, (Alabama, CV 9503310, 1999) (jury awarded $1.85 million to theft of identity victim against non credit bureaus).

25.    Milgram v. Advanced Cellular Systems, Inc., 1990 WL 116322 (E.D. Pa. 1990) (Jury award of $20,000.00; $20,224.00 attorney fees).

26.    Mills v. NationsBank (Florida 1999) (jury awarded $1.85 million to theft of identity victim against non-credit bureaus)

27.    Millstone v. O'Hanlon Reports, Inc., 383 F. Supp. 269 (E.D. Mo. 1974)

($2,500.00 compensatory; $10,000.00 punitive; $12,500.00 attorney fees).

28.    Morris v. Credit Bureau, 563 F. Supp. 962 (S.D. Ohio 1983) ($10,000 for stress,

anxiety, humiliation, injury to his reputation, his work, his family, his sense of

well-being).

29.    Mullins v Equifax et al, USDC EDVa 2007, 3:05-cv-00888 (Actual damages

$20,000; punitive damages $100,000)

30.    Nitti v. Credit Bureau of Rochester, Inc., 84 Misc. 2d 277, 375 N.Y.S.2d 817

(Sup. Ct. 1975) ($10,000.00 punitive; $8,000.00 attorney fees)

31.    Northrop v. Hoffman of Simsbury, Inc., 134 F.3d 41, (6Conn. Ops. 447, Apr. 24,

2000) (jury verdict of $100,000 in compensatory damages and $500,000 in punitives

remitted by Chief Judge to $125,000 for punitives, no compensatory).

32.    Parker v. Drier, (Court File No. W.D. Wisc. 98-C-681-S)   In May of 2000, a

Federal jury in Madison Wisconsin awarded $3,500.00 in actual damages and $100,000

in punitive damages in an impermissible credit report pull.   Punitive damage award

was reduced to $35,000 but the full $40,000 attorney fee petition plus cost was

awarded. There was no appeal.

33.    Phillips v. Grendahl, 312 F.3d 357, (8th Cir. 2002) reversing summary judgment,

USDC Minn. (CV 00-1382-) Jury verdict following remand, $50, 000 punitive and

$10,000 actual damages impermissible access of CR.)

34.    Pinner v Schmidt, 617 F. Supp. 342 (E.D. La. 1985), 805 F.2d 1258 (5th Cir.

1991) ($100,000 actual and $100,00 punitive remitted to $25,000 actual). "In Pinner,

805 F.2d at 1265, the consumer was awarded $25,000 for mental distress because of the

humiliation and embarrassment resulting from the three credit denials and from lengthy dealings with the credit bureau." Stevenson, supra, at 297 [jury awarded $100,000, remitted to $25,000]. Pinner can be distinguished as it does not concern loss of privacy or the humiliation suffered from the theft of one's credit report. The plaintiff in Pinner experienced three credit denials due to a credit report's inaccuracies, which were corrected after several months. Stevenson, supra, at 297. Pinner v. Schmidt, 805 F.2d 1258, 1263 (5th Cir. 1986)

35.    Robinson v Equifax, 1:06-cv-01336-GBL/TRJ, 8/17/07(E.D.Va.), JURY VERDICT in favor of Plaintiff awards damages in the amount of $200,000.

36.    Saunders v. Equifax Information Services, L.L.C. et al, Slip Copy, 2007 WL 98596 (E.D.Va.) (award against furnisher BB&T only) $1k statutory, $80k punitives.

37.    Sloane v. Equifax et al, USDC, EDVA Court file no.: 1:05-cv-1272, July 18, 2006: Jury verdict- Actual damages $350,000; no punitives. Judge said that reinsertion might very well be a strict liability provision within the FCRA. No order/opinion on MSJ- blanket order.

38.    Soghomonian et al v. IRS et al, (ND CA December 2003): Jury awarded Plaintiffs $940, 000 for emotional distress and actual damages; attorneys filed fee petition. (Jury verdict was $5,000,000 in punitives and $300,000 in actual damages. The punitives were remitted to $1,000,000 but there was no remittitur on the $300,000. Attorney fees were approximately $110,000.   Trans Union paid the full remitted judgment of approximately $1,410,000). The jury awarded Mr. Soghomonian $342,225.00 and his wife, Ms. Garabedian, $275,265.00 in compensatory damages, for a total of $617,490, and $350,000 was awarded in punitive damages.

39.   Stevenson v. TRW, Inc., 978 F.2d 288 (5th Cir. 1993) ($30,000 mental anguish and embarrassment damages, $20,700 fees).

40.   Thomas v. Trans Union, 197 F.Supp.2d 1233, 1237 (U.S.D.C. Or. 2002)- (theft of identity case tried in 2002, jury awarded $5.3 million; court reduced award to $1 million).

41.   Thompson v. Equifax, (Ala. 2002) (jury award $80,000)

42.   Thompson v. San Antonio Retail Merchants Ass'n, 682 F.2d 509 (5th Cir. 1982) ($10,000 for humiliation and mental distress even though no out-of-pocket expenses).

43.   Thornton v. Equifax, Inc., 467 F. Supp. 1008 (E.D. Ark. 1979) ($5,000.00 compensatory and $250,000.00 punitive in light of defendant's annual gross income of $300,000,000.00).

44.   Trans Union Corp. v. Crisp, 896 S.W. 2d 446 (Ark. App. 1995) ($15,000 compensatory, $25,000 punitive).

45.   Valentine v. Equifax Information Services LLC, et al., U.S.District Court (Or.) Case No. 05-CV-0801, October 2007. Jury awards $200,000 against. Equifax for damages. Negligence found. Willfulness not found.  This award does not include attorney's fees.

46.   Williams v. Equifax, (Florida state court Nov. 30, 2007) $219,000 compensatory, $2.7 million punitive

47.   Wenger v. Trans Union, USDC, Central District of California, Case No. CV 95-6445 (jury award of actual damages of $200,000.00).

48.   Yohay v. City of Alexandria Employees Credit Union, 827 F.2d 967 (4th Cir. 1987) (punitive damages $10,000; fees and costs over $33,000); jury verdict, $10,000

punitives, $32,411 fees, $957.90 in costs. Appellate decision at 827 F.2d 967, (4th Cir. 1987).

49.    Zamora v. Valley Fed. S&L Ass'n, 811 F.2d 1368 (10th Cir. 1987) ($61,500)

Zotta v. Nations Credit Fin. Serv., USDC, Eastern District of Missouri, (Court File no.: 4:02-cv-1650, 2004) jury found for the Plaintiff in the amount of $87,500 on his claim for Defendant's negligent noncompliance with the FCRA.

50. Brim v. Midland Credit Management, Inc., 795 F.Supp.2d 1255, 2011 WL 2665785, *8 (N.D.Ala. May 4, 2011), jury found and the Court upheld an award of $100,000 in actual damages, $623,180 in punitive damages against one defendant under the FCRA.

# EXHIBIT 6

## CLAIM 1296

CLAIM
1296

P.O. Box 105518
Atlanta, GA 30348

February 8, 2012

# EQUIFAX

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

001113100-11
Mary Perkins White
PO Box 489
Gig Harbor, WA 98335-0489

Dear Mary Perkins White:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 588-0147 from M - F 9:00am to 5:00pm in your time zone.

Thank you for giving Equifax the opportunity to serve you.

| Results Of Your Investigation    (For your security, the last 4 digits of your credit account number(s) have been replaced by *) |
|---|

>>> **We have researched the credit account.  Account #- 739254*  The results are:**  This creditor has verified to Equifax that the high credit/credit limit is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:  **GMAC Mortgage LLC, PO Box 4622, Waterloo, IA 50704-4622  Phone: (800) 766-4622**

>>> **We have researched the credit account.  Account #- 8970*  The results are:**  This creditor has verified to Equifax that the high credit/credit limit is being reported correctly. If you have additional questions about this item please contact:  **Greentree Financial Corp, 500 Landmark Towers, Saint Paul, MN 55102-1642**

| Answers To Your Questions |
|---|

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

EIS-MWHITE-000001

# EQUIFAX

## CREDIT FILE : February 8, 2012

**Confirmation # 2019032754**

### Personal Identification Information: (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Please address all future correspondence to:



www.investigate.equifax.com
Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

| | |
|---|---|
| Name On File: | Mary Perkins White |
| Social Security # | ████-██-6641    Date of Birth: ████████, 1960 |
| Current Address: | PO Box 489, Gig Harbor, WA 98335 Reported: 06/2005 |
| Previous Address(es): | 10322 123rd St NW, Gig Harbor, WA 98329 Reported: 12/2010 |
| | PO Box 28131, Seattle, WA 98118 Reported: 04/1991 |
| | 23441 26th Ave S, DES Moines, WA 98198 Reported: 09/1989 |
| Formerly Known As: | Mary E Perkinswhite; Mary E Perkins-White; Mary White; Mary E Perkins |
| Last Reported Employment: | Corrections Offc; City of Kent |
| Previous Employment(s): | Coordinator; Kent Police Dept; |
| | Sales; Lothrop Business Forms; |



Phone: (888) 588-0147
M – F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Due - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

**AK USA Fedl Credit UN-Cons Ln    PO Box 196020 Anchorage AK 99519-6020 : (907) 563-4567**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| ████888* | 05/1996 | $3,972 | $4,000 | | Monthly | 99 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2011 | $0 | | 04/2011 | | $97 | | 04/2011 | | | | | | 10/2011 |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Line Of Credit; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Line of Credit; Account Closed Due to Inactivity; Fixed Rate;

( Continued On Next Page )                    Page 2 of 10                    2019032754X67-001113100-  11-  12 - S

EIS-MWHITE-000002

**Discover Financial Servcs LLC    PO Box 15316 Wilmington DE 19850-5316**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 021* | | 03/2000 | $0 | $3,500 | | Monthly | 94 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2008 | $0 | | | | | | 02/2005 | | | | | | 01/2008 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

**ELAN Financial Services    PO Box 590 Waukegan IL 60079-0590 : (800) 558-3424**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0392* | | 06/1997 | $962 | $1,000 | | | 23 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2012 | $87 | | 01/2012 | | | | 01/2012 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Credit Card; Variable/Adjustable Rate;

**GMAC Mortgage    PO Box 4622 Waterloo IA 50704-4622 : (800) 766-4622**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 254* | | 10/2006 | $155,310 | $200,000 | | Monthly | 30 | Transfer/Sold | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2012 | $0 | | 06/2009 | $0 | $0 | 08/2009 | | | | | | | 11/2009 |

Status - 90 - 119 Days Past Due; Type of Account - Home Equity Line Of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Account Transferred or Sold; Closed or Paid Account/Zero Balance; Home Equity Loan;

**Green Tree    500 Landmark Towers Saint Paul MN 55102-1642**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/2006 | $200,000 | $200,000 | | Monthly | 7 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2012 | $0 | | 11/2010 | | $927 | | 11/2010 | | | | | | 11/2010 |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line of Credit; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Transferred or Sold; Home Equity Loan; Variable/Adjustable Rate;

**Key Bank of Washington    4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0286* | | 02/1996 | $18,877 | | 180 Months | Monthly | 40 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | | 06/2004 | $12,380 | $192 | | 06/2004 | | | | | | 06/2004 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Recreational Merchandise; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

**Key Bank of Washington    4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0066* | | 05/1998 | $9,923 | | | | 19 | Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2003 | $0 | | 05/2003 | | | | 05/2003 | | | | | | 06/2003 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Line Secured; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

EIS-MWHITE-000007

( Continued On Next Page )

2019032754X87-001113100-  11-  12 - S



Exhibit

IFMB 0004 5930 3380




UNITED STATES
POSTAL SERVICE

U
MERC
J

1000    55438

Christopher E Green
Law Offices of Christopher E Green PS
601 Union Street Suite 4200
Seattle WA 98101

Residential Capital LLC
PO Box 385220
Bloomington Minnesota 55438