# Notice Recipients

District/Off: 0208−1    User: arouzeau    Date Created: 4/4/2016
Case: 12−12020−mg    Form ID: tranapl    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Norman Scott Rosenbaum    nrosenbaum@mofo.com
aty    Susan Marie Gray    smgray@smgraylaw.com

TOTAL: 2