# EXHIBIT B





TransPerfect
Document Priv Review

Prepared by:

Sean Kiley
VP, National Accounts
TransPerfect Legal Solutions
700 6th Street, NW
Washington, DC 20001
T. 202.297.8576
skiley@transperfect.com

# TLS STAFFING

## Introduction

Thank you for giving TransPerfect Legal Solutions (TLS) the opportunity to provide this overview. We appreciate the opportunity to demonstrate our value and expertise.

Helping clients successfully navigate foreign languages issues is the foundation of our business. TLS started as a language services firm in 1992 and quickly branched out into world-class litigation support services. Our reputation in the language services industry has resulted in TLS becoming the go-to firm for complex and niche foreign-language review projects. A unique understanding of the market, breadth of reviewer relationships, rigorous quality standards and wealth of experience makes TLS the most qualified candidate to partner with your organization for your document review project.

## Document Reviewer Selection Process

TLS has offices in over 90 cities around the world. Based on the needs of your case, we are prepared to meet your document review needs in any of our major or mid market cities. Our space in these locations is highly secure and possesses a highly qualified recruitment and management staff.

TLS has successfully managed countless foreign language and English language document review engagements. Our success has taught us that the selection process begins with a thorough understanding of your objectives and priorities. TLS's recruiting team will develop a comprehensive hiring profile based on your specifications. Before presenting a candidate for consideration, we will:

- Select and personally interview all candidates
- Provide in-depth credential verification on degree status and work history
- Ensure appropriate bar licensure, subject-matter expertise, and language fluency of attorneys
- Conduct three professional reference checks and secure writing samples upon client request
- Confirm eligibility by reviewing conflicts list
- Complete security and criminal background checks upon client request

## Document Review Structure

All of TLS' document review cases are assigned to one of our highly qualified Case Consultants. These consultants are responsible for overseeing all of the logistical and administrative needs of the case, and they come at no extra cost to your organization.

Our Case Consultant team is engaged prior to the start of the review for planning purposes and they remain an integral part of the case team until the project's completion.

1

# TLS STAFFING

### Document Review Pricing

**Hourly Rates**

| Category of Reviewer | Hourly Bill Rate in USD |
|---|---|
| Team Lead/Priv. Log Reviewers Licensed Attorney (NYC) | $50.00 - $53.00 |

All hourly rates are subject to overtime requirements, which require that any time worked over 40 hours in a given week are paid and billed at 1.5 times the standard hourly rate.

2