UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020(MG)<br><br>Chapter 11<br><br>Judge: Martin Glenn |
| PNC Bank, National Association, et al.,<br><br>Movants,<br><br>v.<br><br>MBIA Insurance Corporation,<br><br>Respondent. | Case No. 16-mc-00063-P1<br><br>Related Case No. 13-cv-3451 (SRN/JJK/HB) in United States District Court for the District of Minnesota |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Fredrick S. Levin, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent BMO Harris Bank, N.A. f/k/a Harris, N.A., successor by merger to M&I Bank, FSB and incorrectly sued as BMO Harris Bank, N.A. d/b/a M&I Bank, FSB and PNC Bank, National Association, as successor in interest to National City Mortgage Company, NCMC Newco, Inc., and North Central Financial Corporation in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the States of California, Illinois, and Michigan, and, if applicable, the bars of the United States Courts of Appeals for the Sixth, Eighth, and Ninth Circuits, all of the United States District Courts for California and Michigan, and the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 5, 2016

Respectfully Submitted,

By: _____
Fredrick S. Levin
BUCKLEYSANDLER LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
(310) 424-3900
(310) 424-3960 (fax)
flevin@buckleysandler.com