**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                                    Case No.: <u>12-12020</u>-mg

      Residential Capital , LLC, et al.                         Chapter <u>11</u>

                                Debtor

-------------------------------------------------------------x

                                    Adversary Proceeding No.: _____

                           Plaintiff

               v.

                           Defendant

-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, <u>Bruce Charles Dopke</u>, request admission, ***pro hac vice***, before the Honorable <u>Martin Glenn</u>, to represent <u>Stewart Title Guaranty Company</u>, a <u>creditor</u> in the above-referenced ☑ case ☐ adversary proceeding.

      ***I certify that I am a member in good standing*** of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>3/29/2016</u>

_____, New York

                            /s/ Bruce Charles Dopke

                            *Mailing Address:*

                            Stahl Cowen Crowley Addis LLC

                            55 W. Monroe Street, 12th Floor

                            Chicago, IL  60603

                            *E-mail address*: bruce@dopkelaw.com

                            *Telephone number*: (312 ) 377-7870