**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020(MG)<br><br>Chapter 11<br><br>Judge: Martin Glenn |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Fredrick S. Levin, to be admitted, *pro hac vice*, to represent BMO Harris Bank, N.A. f/k/a Harris, N.A., successor by merger to M&I Bank, FSB and incorrectly sued as BMO Harris Bank, N.A. d/b/a M&I Bank, FSB ("BMO") and PNC Bank, National Association, as successor in interest to National City Mortgage Company, NCMC Newco, Inc., and North Central Financial Corporation, ("PNC") (collectively the "Clients") non-Creditor BMO and Creditor PNC, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the States of California, Illinois, and Michigan, and, if applicable, the bars of the United States Courts of Appeals for the Sixth, Eighth, and Ninth Circuits, all of the United States District Courts for California and Michigan, and the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Fredrick S. Levin, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED:   **April 6, 2016**

New York, New York              /s/Martin Glenn
                                UNITED STATES BANKRUPTCY JUDGE