UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
    Residential Capital, LLC, et al.,

                    Debtor

Case No.: 12-12020-mg
Chapter 11

-----------------------------------------------------------x

                    Plaintiff

              v.

                    Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Bruce Charles Dopke, to be admitted, *pro hac vice*, to represent Stewart Title Guaranty Company, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Bruce Charles Dopke, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 4/6/16
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE