UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: Residential Capital, LLC, et al.,

Case No.: 12-12020 MG

Chapter 11

Debtor

----------------------------------------------------------------x

D.B. Structured Products, Inc. et al.,

Adversary Proceeding No.: _____

Plaintiff

v.

Ally Financial, Inc.

Defendant

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jason R. Parish, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Ally Financial, Inc., a _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 7, 2016
New York, New York

s/ Jason R. Parish
*Mailing Address:*

Kirkland & Ellis LLP
655 Fifteenth Street
_____

*E-mail address*: jparish@kirkland.com
*Telephone number*: (202) 879 5066

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Residential Capital, Inc.

                            Debtor

Case No.: 12-12020 (MG)

Chapter 11

-----------------------------------------------------------x

D.B. Structured Products, Inc., et al.,

                            Plaintiff

v.

Ally Financial, Inc.

                            Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jason R. Parish, to be admitted, ***pro hac vice***, to represent Ally Financial, Inc., (the "Client") a third-party subpeona recipient in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the _____ District of Columbia, it is hereby

**ORDERED**, that Jason R. Parish, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JASON R. PARISH

was on **FEBRUARY 9, 2007** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 6, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
    Deputy Clerk