**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Residential Capital, Inc.

                              Debtor

Case No.: 12-12020 (MG)

Chapter 11

------------------------------------------------------------x

D.B. Structured Products, Inc., et al.,

                              Plaintiff

                        v.

Ally Financial, Inc.

                            Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of _Jason R. Parish_____, to be admitted, *pro hac vice*, to represent _Ally Financial, Inc._____, (the "Client") a _third-party subpoena recipient_ in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _California_____ and, if applicable, the bar of the U.S. District Court for the _____ District of _Columbia_____, it is hereby

**ORDERED,** that _Jason R. Parish_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **4/8/16**
      **New York**, New York

                                                /s/Martin Glenn
                                             **UNITED STATES BANKRUPTCY JUDGE**