IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Brian Herbert Wilson, Esq. No. 37237 Colorado
Wilson Law Office P.C.
43 Bulldogger Ct. Bailey, CO 80421
*As - Creditor Representative*

Creditor:
Ken Dlin

In Re:                                        )     Case No. ~~12-12-2-~~(MG)  12-12020
                                              )
Residential Capital, LLC. Et al.,             )     Chapter 11
                                              )
                                              )     Jointly Administered
Debtors,                                      )

## CREDITOR'S KEN DLIN'S NOTICE OF DISMISSAL WITH PREJUDICE ALL CLAIMS AGAINST GMAC MORTGAGE LLC

**NOTICE OF SETTLEMENT AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

1. Creditor Ken Dlin, has settled the matter with the Governing Trust in the matter.

2. Defendant, GMACM through the claims trust has agreed to terms that are agreeable to the Creditor.

**JURISDICTION**

3. Debtors filed for bankruptcy protection with United States Bankruptcy Court and Creditor Ken Dlin filed a proof of claim through his representative with the United States Bankruptcy Court on the 8th of November 2012.

RECEIVED
APR - 7 2016
U.S. BANKRUPTCY COURT, SDNY

Wherefore, the Claimant Ken Dlin Requests this court to dismiss the action at bar based on the settlement the parties have entered into.

Dated at Park County, Colorado, this 29th day of March 2016.

Wilson Law Office P.C.

/s/ Brian Herbert Wilson Jr.

Brian Herbert Wilson, Jr., Reg. Number 37237 (State of Colorado)
43 Bulldogger Ct.
Bailey, CO 80421
303-816-9493
bwilson@brianherbertwilson.com

For the Creditor :

*If Filed Electronically, a printed copy of this document bearing the original signatures is being kept by the filing party and will be made available for inspection by the other parties or the Court upon request.*

CERTIFICATE OF SERVICE United States Mail

I certify that on March 29th 2016, I sent a copy of the aforementioned Notice of Dismissal US Mail to the United States Bankruptcy Court, Debtor's Attorney, and Counsels listed below, plus, sent it electronically to the following email addresses through the ECF System if applicable:

Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of NEW YORK
Alexander Hamilton Customs House, One Bowling Green
New York, NY 10004-1408

ResCap Borrower Claims Trust, Morrison Forester LLP
250 West 55th St
New York, NY 10019

U.S. Trustee for the Southern District of NY
US Federal Office Building
201 Varick Street Suite 1006
New York NY 10014
(Attention Linda A. Riffkin and Brian S. Masumoto)

ResCap Borrower Claims Trust
Polsinelli PC
900 Third Ave, 21st Floor
New York, NY 10022
(Attention Daniel J Flanigan)


I also certify that there are no participants not on ECF to which service of process is required.

/s/ Brian Herbert Wilson Jr.   *    _Bye_