USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/10/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC,<br><br>      Debtor. | **ORDER**<br><br>15 Civ. 2359 (ER) |
| TOM FRANKLIN<br><br>      Appellant,<br><br>v.<br><br>RESCAP LIQUIDATING TRUST, et al.,<br><br>      Appellees. | |

RAMOS, D.J.:

  On March 30, 2015, Appellant, a *pro se* litigant, filed a notice of appeal with the Court. Doc. 1. On June 4, 2015, the Court issued an order setting a briefing schedule pursuant to Rule 8018 of the Federal Bankruptcy Rules. Doc. 3. Appellant was provided a July 6, 2015 deadline to file his brief. *Id.* On January 1, 2016, the Court issued an order noting that Appellant still had not filed his brief, and set a new briefing schedule, with a due date of February 5, 2016. Appellant still has not filed a brief with the Court. Doc. 4. The Court, having reminded

Appellant that failure to comply with the January 1, 2016 order may lead to dismissal of his appeal, hereby dismisses this case without prejudice. The Clerk of the Court is respectfully directed to close this case.

It is SO ORDERED.

Dated: March 10, 2016
      New York, New York

                                                                Edgardo Ramos, U.S.D.J.