**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    RESIDENTIAL CALITAL, LLC,<br><br>                    Debtors. | Case No. 12-12020 (MG)<br><br>(Jointly Administered) |
| D.B. STRUCTURED PRODUCTS, INC., *et al.*,<br><br>                    Movant-Defendants,<br><br>              v.<br><br>ALLY FINANCIAL, INC.,<br><br>                    Respondent. | 15-mc-410-P1 (MG) |

**ORDER SCHEDULING HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY ALLY FINANCIAL, INC.**

The hearing for the argument of the Movant-Defendants' Motion to Compel Compliance with Subpoena to Ally Financial, Inc. ("Ally") shall be held on Tuesday, April 19, 2016 at 2:00 p.m., in Courtroom 523.

On or before 12:00 noon, April 15, 2016, counsel for Ally shall deliver to Chmabers for *in camera* review by the Court of Ally's Submission to the Examiner that is s subject of the Motion to Compel.

**IT IS SO ORDERED.**

Dated:    April 11, 2016
         New York, New York

                                   *Martin Glenn*
                                   MARTIN GLENN
                                   United States Bankruptcy Judge

1