## Exhibit E

Notes                                                                                    Page 1 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 2 of 90



Process Management Notes :: Loan # ███ 3359
Printed: 9/9/2014 9:56:48 AM, Cindy Stewart
View: All Notes for ███ 3359

---

1.

---

Written By: CustomDev ImplementationConversions, System
Date: 6/17/2013
Type: Auto Note
Process: SLM_3rdPartySurplusReview
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Open In Error. Close Reason Comment: Process closed due to Homeward bank copy,
as Ocwen is not linked to this process

---

2.

---

Written By: Lavell Ross, Ocwen Loan Servicing- U
Date: 9/19/2011 11:40:00 AM
Type: Issue History Deny
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has denied the request for the issue. Issue type: FC Stop - Other Status: Issue
Denied. Comments: sale not being rescinded

---

3.

---

Written By: Alejandra Perez, Executive Trustee Services
Date: 9/15/2011 5:29:00 PM
Type: Add Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: FC Stop - Other.
Issue Comments: rcvd corrs- from Zaytoon Zeeba Paksima, statng IF SALE WAS BEING RESCINDED Status: Active

---

4.

---

Written By: Brandi Broomer, Ocwen Loan Servicing- U
Date: 9/15/2011 10:00:00 AM
Type: Auto Note
Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

5.

---

Written By: Brandi Broomer, Ocwen Loan Servicing- U
Date: 9/15/2011 10:00:00 AM

Notes                                                                                  Page 2 of 89

    12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.

                        Exhibit E    Pg 3 of 90

Type: Event Update
Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Third Party Funds Received and Applied by Client, completed on
9/15/2011

---

6.

---

Written By: Linda Brittain, Executive Trustee Services
Date: 9/12/2011 3:34:00 PM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
***** INTERNAL COMMUNICATION ONLY...DO NOT DISTRIBUTE *****


FC_TX_Other_Other_ : Foreclosure : Linda Brittain, Executive Trustee Services : 9/12/2011 3:32:00 PM
9/6/2011 FCL SALE IS VALID
> > > > > >
From: DiCicco, Christopher - PA
Sent: Thursday, September 08, 2011 3:30 PM
To: Brittain, Linda - CA
Cc: FTW Litigation
Subject: RE: LN# ████████3359 TX-272475-C --- URGENT ---

Hi Linda,

This can be uploaded to NewTrak and handled by the Correspondence Unit. I don't see any reason to overturn the sale. The
recorded notices were obviously signed and the $5700 in insurance proceeds was used to offset the total debt bid. The
borrower wasn't even out of pocket for that policy in the first place -- we paid it! Nor do I see how that amount of money
would make a dent in the four and a half years of default.

-Chris

_____
From: Brittain, Linda - CA
Sent: Thursday, September 08, 2011 5:41 PM
To: DiCicco, Christopher - PA
Cc: FTW Litigation
Subject: LN# ████████3359 TX-272475-C --- URGENT ---
Importance: High
Hi Chris. We received the attached foreclosure dispute letter from the borrower via facsimile. The foreclosure sale was
already held Tuesday 9/6/2011 and sold to a 3rd party buyer.

Please advise if the attached holds any merit and if the foreclosure sale is valid of if the funds are to be returned back to the
buyer...thanks!!

---

7.

---

Written By: Linda Brittain, Executive Trustee Services
Date: 9/12/2011 3:32:00 PM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
9/6/2011 FCL SALE IS VALID
> > > > > >

From: DiCicco, Christopher - PA
Sent: Thursday, September 08, 2011 3:30 PM
To: Brittain, Linda - CA
Cc: FTW Litigation
Subject: RE: LN# ████ 3359 TX-272475-C --- URGENT ---

Hi Linda,

This can be uploaded to NewTrak and handled by the Correspondence Unit. I don't see any reason to overturn the sale. The
recorded notices were obviously signed and the $5700 in insurance proceeds was used to offset the total debt bid. The
borrower wasn't even out of pocket for that policy in the first place -- we paid it! Nor do I see how that amount of money
would make a dent in the four and a half years of default.

-Chris

_____
From: Brittain, Linda - CA
Sent: Thursday, September 08, 2011 5:41 PM
To: DiCicco, Christopher - PA
Cc: FTW Litigation
Subject: LN# ████ 3359 TX-272475-C --- URGENT ---
Importance: High
Hi Chris. We received the attached foreclosure dispute letter from the borrower via facsimile. The foreclosure sale was
already held Tuesday 9/6/2011 and sold to a 3rd party buyer.

Please advise if the attached holds any merit and if the foreclosure sale is valid of if the funds are to be returned back to the
buyer...thanks!!

---

8.

Written By: Pati Miller, Executive Trustee Services
Date: 9/12/2011 8:11:00 AM
Type: Event Update
Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Third Party Funds Received/ Sent To Client, completed on 9/12/2011

---

9.

Written By: Pati Miller, Executive Trustee Services
Date: 9/12/2011 8:11:00 AM
Type: DDF
Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the F5_FundsRcvd data form with the following entries:
COMMENTS:: : Third Party Proceeds sent to GMACM on 09/12/11
TRACKING NUMBER:: : na
CHECK AMOUNT:: : 288001.00
HUD1 or Distribution of Funds Uploaded to NIE?: : False
Sheriffs Deed Obtained and Uploaded to NIE?: : False
Copy of Check Uploaded to NIE?: : False

---

10.

Written By: Katherine Thorne, Executive Trustee Services
Date: 9/9/2011 7:04:00 AM
Type: Reprojection

Notes

Page 4 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 5 of 90

Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Third Party Funds Received/ Sent To Client to
9/12/2011. Reason: Other. Comments: Funds not yet sent
. Status: Active, approval not required.

---

11.

Written By: Kevin Hynes, Ocwen Loan Servicing- U
Date: 9/7/2011 9:30:00 AM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

12.

Written By: Kevin Hynes, Ocwen Loan Servicing- U
Date: 9/7/2011 9:30:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Updated, completed on 9/7/2011

---

13.

Written By: Kevin Hynes, Ocwen Loan Servicing- U
Date: 9/7/2011 9:30:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Aged Process Necessary, completed on 9/7/2011

---

14.

Written By: Kevin Hynes, Ocwen Loan Servicing- U
Date: 9/7/2011 9:30:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Aged Process data form with the following entries:
Is aged process necessary?: : No

---

15.

Written By: ETS Automation, Executive Trustee Services
Date: 9/6/2011 3:18:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Held, completed on 9/6/2011 (DIS)

16.

Written By: ETS Automation, Executive Trustee Services
Date: 9/6/2011 3:18:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the F51_SaleResultsTX data form with the following entries:
3rd Party Business Number:
3rd Party Name: Elbar Investments, INC.
3rd Party Phone Number:
If REO, title taken in the name of clients beneficiary?: U.S. Bank National Association as Trustee for RASC 2005KS11.
Property Sold to: 3rd Party Sale
Sale Comments: Third Party
Sale Date: 9/6/2011 10:00:00 AM
Servicers Max Bid Amount: 288000.0000
Successful Bid Amount: 288001.0000
Total Debt: 584,999.12 (DIS)

17.

Written By: ETS Automation, Executive Trustee Services
Date: 9/6/2011 3:18:00 PM
Type: New Process
Process: SLM_3rdPartySurplusReview
Borrower: PAKSIMA
Note:
Process opened 9/6/2011 by user ETS Automation.

18.

Written By: ETS Automation, Executive Trustee Services
Date: 9/6/2011 3:18:00 PM
Type: New Process
Process: 3rdPty_TX_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 9/6/2011 by user ETS Automation.

19.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/26/2011 4:05:00 PM
Type: Intercom Read
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 8/26/2011 4:04:49 PM / From: Wilson, Kristine / To: Medrano, Emerlita; / CC: / Intercom Type:
General Update / Subject: Re: 09-06-11 sales /

20.

Written By: Kristine Wilson, Ocwen Loan Servicing- U
Date: 8/26/2011 12:34:00 PM
Type: Intercom

Notes
Page 6 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 7 of 90

Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 8/26/2011 12:33:31 PM / From: Kristine Wilson / To: Medrano,Emerlita; / CC: / Intercom Type:
General Update / Subject: Re: 09-06-11 sales / Message: Bid dated 08/22/11 for 09/06/11 foreclosure sale is approved.
Thanks.

From: Emerlita Medrano
Subject: 09-06-11 sales
Please be informed that a bid is uploaded for your review/approval. Thanks.

Total Debt: $$583,236.48
Bpo: $ 360,000.00
Loss: $ 295,236.48

21.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 3:05:00 PM
Type: Intercom Read
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 8/22/2011 3:04:49 PM / From: Olmos, Maribel / To: Medrano, Emerlita; / CC: / Intercom Type:
General Update / Subject: Issue Request /

22.

Written By: Maribel Olmos, Ocwen Loan Servicing- U
Date: 8/22/2011 12:26:00 PM
Type: Issue History Close
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Vesting Issue.
Comments: Vest in U.S. Bank National Association as Trustee for RASC 2005KS11.

.

23.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:23:00 AM
Type: Intercom
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 8/22/2011 11:22:55 AM / From: Emerlita Medrano / To: Bidding,Approvals; / CC: / Intercom
Type: General Update / Subject: 09-06-11 sales / Message: Please be informed that a bid is uploaded for your
review/approval. Thanks.

Total Debt: $$583,236.48
Bpo: $ 360,000.00
Loss: $ 295,236.48

24.

Notes                                                                          Page 7 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                            Exhibit E    Pg 8 of 90

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

25.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions Received By Attorney, completed on 8/22/2011

26.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions To Attorney, completed on 8/22/2011

27.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Approved, completed on 8/22/2011

28.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Calculation Completed, completed on 8/22/2011

29.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 8/22/2011 11:18:00 AM
Type: Add Issue
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:

Notes

Page 8 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 9 of 90

System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Vesting Issue. Issue Comments: Please confirm correct/complete vesting name. Thanks Status: Active

---

30.

---

Written By: Patricia Gibbs, Ocwen Loan Servicing- U
Date: 8/3/2011 1:13:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Aged Process Necessary to 9/7/2011. Reason: Other. Comments: SALE SET 9/6/2011
. Status: Active, approval not required.

---

31.

---

Written By: Digna Del Fonso, Ocwen Loan Servicing- U
Date: 8/1/2011 11:07:00 AM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 8/23/2011. Reason: Other. Comments: Sale pp
. Status: Active, approval not required.

---

32.

---

Written By: Tommy Davis, Executive Trustee Services
Date: 8/1/2011 11:03:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 9/6/2011

---

33.

---

Written By: Tommy Davis, Executive Trustee Services
Date: 8/1/2011 11:03:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 8/2/2011 to incomplete. Reason: fcl sale reposted fromo 8/2/11 to 9/6/11 due to pending bpo

---

34.

---

Written By: Tommy Davis, Executive Trustee Services
Date: 8/1/2011 11:03:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has cleared the following values from the Data Form:

Notes                                                                Page 9 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 10 of 90

- Sale Postponement Reason: Client Request

---

35.

Written By: Tommy Davis, Executive Trustee Services
Date: 8/1/2011 11:03:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Sale Postponement Reason: : Client Request

---

36.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 7/29/2011 10:46:00 AM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
We will proceed with the sale on 08/02/11 please make sure you reduce the total debt by the amount in unapplied funds,
5713.67, thank you.

---

37.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 7/29/2011 10:43:00 AM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
I have called the general contractor again this morning and was able to speak with him. He advised that he has been paid in
full for the little bit of work he did complete. He can't remember exactly what was completed as it has been awhile.

Thank You,
Lisa Handley
Loss Draft Services

---

38.

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 7/28/2011 10:45:00 AM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 8/1/2011. Reason:
Other. Comments: Active loss draft
. Status: Active, approval not required.

---

39.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 7/19/2011 2:05:00 PM
Type: Foreclosure
Process: FC_Beneficiary_Verification

Borrower: PAKSIMA
Note:
No further developments on this one, but I did call the contractor. He stated he believes he has been paid in full, but needed
to check his records. He will be calling once he checks.

40.

Written By: Daisy Dorado, Executive Trustee Services
Date: 7/19/2011 1:38:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of Title Search Uploaded to LPS, completed on 7/19/2011

41.

Written By: Daisy Dorado, Executive Trustee Services
Date: 7/19/2011 1:38:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of First Legal Uploaded to LPS, completed on 7/19/2011

42.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 7/19/2011 11:42:00 AM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
███████ 3359 - PAKSIMA, ZAYTOON

Sale Date 8/02/11

Email sent to Insurance Company:
This sale has beenpostponed 5 times already. The borrowers last payment was on 4/2007.

I need to confirm with you where we stand at this point in time with the insurance claim. On 6/29/11 we were still pending a
Release of Lien & Texas is a super lien state also need 100% inspection results. At that time, I postponed the sale for 45
days. I am thinking it might be best if I put this file on hold.

We currently have 5713.67 in 5L, and the total amount of the loss was 31608.36. Please provide the status for this claim so I
may determine how we will proceed.

Thank you.

43.

Written By: Toylen Hodges, Ocwen Loan Servicing- U
Date: 7/18/2011 2:47:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 7/26/2011. Reason:

Other. Comments: Active loss draft/ sent Email to Mary Albright to review and advise.
. Status: Active, approval not required.

44.

Written By: Angela Aguinaga, Executive Trustee Services
Date: 7/13/2011 2:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of Executed Assignment or Recorded Assignment from mortgagee
shown on title search to current b, completed on 7/13/2011

45.

Written By: Angela Aguinaga, Executive Trustee Services
Date: 7/13/2011 2:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Beneficiary Named in First Legal Action Verified, completed on
7/13/2011

46.

Written By: Angela Aguinaga, Executive Trustee Services
Date: 7/13/2011 2:44:00 PM
Type: DDF
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has completed the Beneficiary Named in First Legal Action Verified data form with the following entries:
Beneficiary Named Matches "Action In the Name Of" in Loan Asset Screen or "Action in the name of" Is: : Yes
MERS Named as Plaintiff in First Legal Action: : No
Was an Assignment Needed: : Yes
Assignment Recorded in Correct Name or Sent for Recordation: : Yes
If no, please state why: :

47.

Written By: ETS Automation, Executive Trustee Services
Date: 7/11/2011 3:46:00 PM
Type: New Process
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
Process opened 7/11/2011 by user ETS Automation.

48.

Written By: ETS Automation, Executive Trustee Services
Date: 7/11/2011 3:46:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA

Notes                                                                                    Page 12 of 89

12-12020-mg      Doc 9831-8      Filed 04/11/16      Entered 04/11/16 15:21:08      Decl.
                              Exhibit E      Pg 13 of 90

Note:
User has updated the system for the following event: NOS Posted, completed on 7/11/2011 (DIS)

49.

Written By: Alejandra Perez, Executive Trustee Services
Date: 7/11/2011 1:01:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 7/11/2011 1:00:37 PM / From: Kuritz, April / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: Issue Request /

50.

Written By: April Kuritz, Ocwen Loan Servicing- U
Date: 7/11/2011 11:58:00 AM
Type: Issue History Close
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Title Resolution.
Comments: ? what are you asking ? please raise the correct issue ?.

51.

Written By: Lavell Ross, Ocwen Loan Servicing- U
Date: 7/11/2011 9:57:00 AM
Type: Issue History Edit/Save
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has updated a Process-Level issue for this loan.
Issue updated to: Issue Type: Title Resolution. Issue Comments: RCVD BWR CORRS- RQSTINGPROOF OF THE PRESENT
CREDITOR OF HIS NOTE...NEEDS THE ORIGINAL CHAIN OF THE TITLE TO THE PROPETY Status: Active

52.

Written By: Alejandra Perez, Executive Trustee Services
Date: 7/7/2011 6:49:00 PM
Type: Add Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: FC Stop - Other.
Issue Comments: RCVD BWR CORRS- RQSTINGPROOF OF THE PRESENT CREDITOR OF HIS NOTE...NEEDS THE ORIGINAL
CHAIN OF THE TITLE TO THE PROPETY Status: Active

53.

Written By: Patricia Gibbs, Ocwen Loan Servicing- U
Date: 7/6/2011 1:46:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:

System updated for the following event: User has reprojected the step Aged Process Necessary to 8/3/2011. Reason: Other.
Comments: SALE SET 08/02/2011
. Status: Active, approval not required.

---

54.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:29:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 7/14/2011. Reason: Other. Comments:
Processing client pp req


. Status: Active, approval not required.

---

55.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:28:00 PM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 6/30/2011 by user Eunice Sedillo.

---

56.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:28:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 7/5/2011 to
completed on 8/2/2011. Reason: Processing client pp req

---

57.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:28:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted. User changed date completed from 2/7/2011 to
incomplete. Reason: Processing client pp req

---

58.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:27:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:

Notes                                                                                 Page 14 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 15 of 90

User has completed the Sale Scheduled For data form with the following entries:
Sale Postponement Reason: : Client Request

59.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:27:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

60.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/30/2011 1:27:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 6/30/2011

61.

Written By: Toylen Hodges, Ocwen Loan Servicing- U
Date: 6/29/2011 4:12:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Sale Postponement

62.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/29/2011 3:38:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 6/29/2011

63.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/29/2011 3:38:00 PM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : Still pending a Release of Lien & Texas is a super lien state also need 100% inspection results.
Timeframe: : 45 days

64.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/29/2011 3:36:00 PM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 6/29/2011 by user Mary Lynn Albright.

65.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/29/2011 3:35:00 PM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
We are currently pending a Release of Lien and 100% inspection results. The last inspection was on December 22, 2009 with
results at 90% and the ceiling and spot painting to be completed.

There is a valid work contract on file for $25000.00 dated August 27, 2009. We have received $29419.94 and issued
$23706.27. The statute of limitations for filing a lien in Texas is 4 years, and Texas is a super lien state.

There is $2188.42 available in refundable depreciation, but due to length of time for completion, not sure if these funds
would be issued.

66.

Written By: Alejandra Perez, Executive Trustee Services
Date: 6/10/2011 6:47:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 6/10/2011 6:46:47 PM / From: Newell, Christina / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: Issue Request /

67.

Written By: Patricia Gibbs, Ocwen Loan Servicing- U
Date: 6/9/2011 2:50:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Aged Process Necessary to 7/6/2011. Reason: Other.
Comments: SALE SET 7/05/11
. Status: Active, approval not required.

68.

Written By: Sarah Cartee, Executive Trustee Services
Date: 6/9/2011 10:31:00 AM
Type: Internal
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Uploaded NOS & AOM

---

69.

---

Written By: Fidelity AutoProc, System
Date: 6/9/2011 10:30:00 AM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████5896) picked up by firm Executive Trustee Services, Inc. at 6/9/2011 10:29:33 AM by Sarah
Cartee

---

70.

---

Written By: Fidelity AutoProc, System
Date: 6/6/2011 7:26:00 AM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████5896) sent to Executive Trustee Services, Inc. at 6/6/2011 7:25:35 AM by Christina Newell

---

71.

---

Written By: Fidelity AutoProc, System
Date: 6/6/2011 7:25:00 AM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████5896) sent to Executive Trustee Services, Inc. at 6/6/2011 7:24:44 AM by Christina Newell

---

72.

---

Written By: Christina Newell, Ocwen Loan Servicing- U
Date: 6/6/2011 7:25:00 AM
Type: Issue History Close
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Copy of Note.
Comments: Previously uploaded the Note w/all Allonges into NIE as Image ID # on . The endorsements support the referral
information in NewTrak..

---

73.

---

Written By: Silvia Nava, Ocwen Loan Servicing- U
Date: 6/3/2011 6:20:00 PM
Type: Issue History Approve
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: Copy of Note. Status: Active, Approved.

---

74.

---

Written By: Alejandra Perez, Executive Trustee Services
Date: 6/3/2011 5:23:00 PM
Type: Add Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Copy of Note. Issue
Comments: RCVD BWR CORRS- RQSTING PROOF OF THE PRESENT CREDITOR OF NOTE Status: Active

---

75.

---

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 6/3/2011 4:59:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 6/27/2011. Reason:
Other. Comments: sale pp
. Status: Active, approval not required.

---

76.

---

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 6/3/2011 4:57:00 PM
Type: Intercom Read
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 6/3/2011 4:57:25 PM / From: Albright, Mary Lynn / To: Tecson, Clarissa; / CC: / Intercom Type:
General Update / Subject: Sale Postponed /

---

77.

---

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/2/2011 9:52:00 AM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 6/2/2011 9:52:03 AM / From: Mary Lynn Albright / To: Tecson,Clarissa; / CC: / Intercom Type:
General Update / Subject: Sale Postponed / Message: Hi Clarissa, do not go to sale. This property suffered a wind claim on
9/13/2008. We currently are holding $5,713.67 in the 5L. We are pending the Release of Lien from the contractor, and the
final inspection. Currently we have 90% inspection results.


Sale has been postponed, thank you.

---

78.

---

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 6/2/2011 9:51:00 AM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
This property suffered a wind claim on 9/13/2008. We currently are holding $5,713.67 in the 5L. We are pending the Release
of Lien from the contractor, and the final inspection. Currently we have 90% inspection results.

---

Notes                                                                                    Page 18 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
                              Exhibit E     Pg 19 of 90

79.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/1/2011 6:01:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 6/7/2011 to
completed on 7/5/2011. Reason: CLIENT REQ

80.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/1/2011 6:01:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Sale Postponement Reason: : Client Request

81.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/1/2011 6:00:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

82.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 6/1/2011 6:00:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 6/1/2011

83.

Written By: Brian Aaron, Ocwen Loan Servicing- U
Date: 6/1/2011 11:32:00 AM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 6/1/2011

84.

Notes                                                                          Page 19 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 20 of 90

Written By: Brian Aaron, Ocwen Loan Servicing- U
Date: 6/1/2011 11:32:00 AM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : Please pp fcl sale for Active Loss Draft
Timeframe: : 30 days

85.

Written By: Brian Aaron, Ocwen Loan Servicing- U
Date: 6/1/2011 11:31:00 AM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 6/1/2011 by user Brian Aaron.

86.

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 5/24/2011 1:32:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 6/3/2011. Reason:
Other. Comments: Loss Draft
. Status: Active, approval not required.

87.

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 5/9/2011 6:20:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 5/24/2011. Reason:
Other. Comments: sale pp
. Status: Active, approval not required.

88.

Written By: Martin Hynes, Ocwen Loan Servicing- U
Date: 4/25/2011 11:03:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Aged Process Necessary to 6/8/2011. Reason: Other.
Comments: sale set for 6/7/2011
. Status: Active, approval not required.

89.

Notes
Page 20 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 21 of 90

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 4/25/2011 9:41:00 AM
Type: Intercom Read
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 4/25/2011 9:41:15 AM / From: Albright, Mary Lynn / To: Medrano, Emerlita; / CC: / Intercom
Type: General Update / Subject: Sale postponed. /

90.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 4/22/2011 5:29:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 5/3/2011 to
completed on 6/7/2011. Reason: CLIENT REQ

91.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 4/22/2011 5:29:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Sale Postponement Reason: : Entered in Error

92.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 4/22/2011 5:28:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

93.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 4/22/2011 5:28:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 4/22/2011

94.

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 4/22/2011 2:31:00 PM
Type: Intercom

Notes                                                                                           Page 21 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 22 of 90

Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 4/22/2011 2:31:22 PM / From: Mary Lynn Albright / To: Medrano,Emerlita: / CC: / Intercom
Type: General Update / Subject: Sale postponed. / Message: Please do not go to sale. The claim is still under investigation.

Thank you.

_____

95.

_____

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 4/22/2011 2:31:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 4/22/2011

_____

96.

_____

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 4/22/2011 2:30:00 PM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : We are pending 100% inspection results, please psotpone sale.
Timeframe: : 30 days

_____

97.

_____

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 4/22/2011 2:30:00 PM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 4/22/2011 by user Mary Lynn Albright.

_____

98.

_____

Written By: Mary Lynn Albright, Ocwen Loan Servicing- U
Date: 4/22/2011 2:29:00 PM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
The last draw we issued was on February 16, 2011 based on the inspection results. We are pending 100% inspection results
and a Contractor's Affidavit to release the balance in 5L. There is a general contractor involved.

This is a Balboa claim and there is $2,188.42 available for recoverable depreciation. Balboa usually lists GMAC on the
depreciation checks.
As of December 22, 2009, we had 90% inspection results.

_____

99.

_____

Notes

Page 22 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.

Exhibit E    Pg 23 of 90

Written By: Alejandra Perez, Executive Trustee Services
Date: 4/19/2011 10:17:00 AM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 4/19/2011 10:17:17 AM / From: Villareal, Lili / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: Issue Request /

---

100.

---

Written By: Emerlita Medrano, Ocwen Loan Servicing- U
Date: 4/18/2011 12:40:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 4/29/2011. Reason:
Other. Comments: Active Loss draft issue
. Status: Active, approval not required.

---

101.

---

Written By: Fidelity AutoProc, System
Date: 4/18/2011 12:07:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# █████ 5896) sent to Executive Trustee Services, Inc. at 4/18/2011 12:06:44 PM by Lili Villareal

---

102.

---

Written By: Lili Villareal, Ocwen Loan Servicing- U
Date: 4/18/2011 12:06:00 PM
Type: Issue History Close
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Copy of Note.
Comments: uploaded Note to NIE.

---

103.

---

Written By: Lili Villareal, Ocwen Loan Servicing- U
Date: 4/18/2011 11:10:00 AM
Type: Issue History Approve
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: Copy of Note. Status: Active, Approved.

---

104.

---

Written By: Fidelity AutoProc, System
Date: 4/18/2011 10:43:00 AM
Type: NewImage Comment

Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████5896) sent to Executive Trustee Services, Inc. at 4/18/2011 10:43:11 AM by Automated Tasks

105.

Written By: Alejandra Perez, Executive Trustee Services
Date: 4/18/2011 10:26:00 AM
Type: Add Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Copy of Note. Issue
Comments: RCVD CORRS- ROSTING FOR THE 3RD TIME THE ORIGINAL SIGNED NOTE AND MORTGAGE THAT IDENTIFIES
GMAC AS CURRNT OWNR.UPLD UNDR NOTE Status: Active

106.

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 4/5/2011 2:21:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 4/19/2011. Reason:
Other. Comments: sale pp
. Status: Active, approval not required.

107.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 3/31/2011 11:05:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 4/5/2011 to
completed on 5/3/2011. Reason: CLIENT REQ

108.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 3/31/2011 11:05:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Sale Postponement Reason: : Client Request

109.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 3/31/2011 11:05:00 AM
Type: Auto Note
Process: FC_Postponement_Notification

Notes                                                                    Page 24 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 25 of 90

Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

110.

---

Written By: Eunice Sedillo, Executive Trustee Services
Date: 3/31/2011 11:05:00 AM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 3/31/2011

---

111.

---

Written By: Doyle Sullivan, Ocwen Loan Servicing- U
Date: 3/30/2011 3:37:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 3/30/2011

---

112.

---

Written By: Doyle Sullivan, Ocwen Loan Servicing- U
Date: 3/30/2011 3:37:00 PM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : pp 30 days for active loss draft funds to be received
Timeframe: : 30 days

---

113.

---

Written By: Doyle Sullivan, Ocwen Loan Servicing- U
Date: 3/30/2011 3:36:00 PM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 3/30/2011 by user Doyle Sullivan.

---

114.

---

Written By: Alejandra Perez, Executive Trustee Services
Date: 3/2/2011 2:44:00 PM
Type: Intercom
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 3/2/2011 2:43:34 PM / From: Morano, Mike / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: Issue Request /

---

115.

Written By: Mike Morano, Ocwen Loan Servicing- U
Date: 3/2/2011 10:55:00 AM
Type: Issue History Close
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: FC Payment
Research/Dispute. Comments: Forwarded borrower's dispute letter to VOC and requested a copy of their response. I will end
the hold and upload a copy of the response as soon as VOC provides it..

116.

Written By: Mike Morano, Ocwen Loan Servicing- U
Date: 3/2/2011 10:55:00 AM
Type: Issue History Approve
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: FC Payment Research/Dispute. Status:
Active, Approved.

117.

Written By: Alejandra Perez, Executive Trustee Services
Date: 3/1/2011 6:55:00 PM
Type: Add Issue
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: FC Payment
Research/Dispute. Issue Comments: SENDING ATTRNY CORRSP- RQSTING PROOD OF THE PRESNT CREDITOR NOTE.
Status: Active

118.

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 2/24/2011 11:37:00 AM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 3/22/2011. Reason:
Other. Comments: sale pp
. Status: Active, approval not required.

119.

Written By: Kris Linscott, Executive Trustee Services
Date: 2/23/2011 4:51:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 3/1/2011 to
completed on 4/5/2011. Reason: Original Sale Date date has been updated (DIS)

Notes

Page 26 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 27 of 90

120.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 2/23/2011 4:39:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

121.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 2/23/2011 4:39:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 2/23/2011

122.

Written By: Rich Kula, Ocwen Loan Servicing- U
Date: 2/23/2011 2:29:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 2/23/2011

123.

Written By: Rich Kula, Ocwen Loan Servicing- U
Date: 2/23/2011 2:29:00 PM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : Please PP FC 30 days due to active loss draft.
Timeframe: : 30 days.

124.

Written By: Rich Kula, Ocwen Loan Servicing- U
Date: 2/23/2011 2:29:00 PM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 2/23/2011 by user Rich Kula.

125.

Written By: Clarissa Tecson, Ocwen Loan Servicing- U
Date: 2/17/2011 5:43:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 2/24/2011. Reason:
Other. Comments: Loss Draft Review
. Status: Active, approval not required.

---

126.

---

Written By: Ambar Lara, Executive Trustee Services
Date: 2/11/2011 3:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of Executed Assignment or Recorded Assignment from mortgagee
shown on title search to current b, completed on 2/11/2011

---

127.

---

Written By: Ambar Lara, Executive Trustee Services
Date: 2/11/2011 3:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of Title Search Uploaded to LPS, completed on 2/11/2011

---

128.

---

Written By: Ambar Lara, Executive Trustee Services
Date: 2/11/2011 3:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Copy of First Legal Uploaded to LPS, completed on 2/11/2011

---

129.

---

Written By: Ambar Lara, Executive Trustee Services
Date: 2/11/2011 3:44:00 PM
Type: Event Update
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Beneficiary Named in First Legal Action Verified, completed on
2/11/2011

---

130.

---

Written By: Ambar Lara, Executive Trustee Services
Date: 2/11/2011 3:44:00 PM
Type: DDF

Notes
Page 28 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 29 of 90

Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
User has completed the Beneficiary Named in First Legal Action Verified data form with the following entries:
Beneficiary Named Matches "Action In the Name Of" in Loan Asset Screen or "Action in the name of" Is: : Yes
MERS Named as Plaintiff in First Legal Action: : No
Was an Assignment Needed: : Yes
Assignment Recorded in Correct Name or Sent for Recordation: : Yes
If no, please state why: :

131.

Written By: Alejandra Perez, Executive Trustee Services
Date: 2/9/2011 4:06:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 2/9/2011 4:05:51 PM / From: Wilson, Robert / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: VOD Response Letter /

132.

Written By: Robert Wilson, Ocwen Loan Servicing- U
Date: 2/9/2011 3:25:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 2/9/2011 3:25:19 PM / From: Robert Wilson / To: Perez,Alejandra; / CC: / Intercom Type:
General Update / Subject: VOD Response Letter / Message: The response letter for the Debt Dispute / Validation of Debt req
has be completed and sent out by our VOC Dept. A copy has been uploaded under "missing docs" for your file.

133.

Written By: Fidelity AutoProc, System
Date: 2/9/2011 3:24:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████5896) sent to Executive Trustee Services, Inc. at 2/9/2011 3:24:29 PM by Robert Wilson

134.

Written By: Alejandra Perez, Executive Trustee Services
Date: 2/8/2011 4:47:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 2/8/2011 4:46:54 PM / From: Wilson, Robert / To: Perez, Alejandra; / CC: / Intercom Type:
General Update / Subject: Issue Request /

135.

Notes                                                            Page 29 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 30 of 90

Written By: Kris Linscott, Executive Trustee Services
Date: 2/8/2011 10:05:00 AM
Type: New Process
Process: FC_Beneficiary_Verification
Borrower: PAKSIMA
Note:
Process opened 2/8/2011 by user Kris Linscott.

---

136.

---

Written By: Kris Linscott, Executive Trustee Services
Date: 2/8/2011 10:05:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted, completed on 2/7/2011 (DIS)

---

137.

---

Written By: Kris Linscott, Executive Trustee Services
Date: 2/8/2011 8:28:00 AM
Type: (NTIEE)
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Estimated foreclosure fees and costs good through 3/1/2011 are $961.00 (DIS)

---

138.

---

Written By: Robert Wilson, Ocwen Loan Servicing- U
Date: 2/7/2011 11:53:00 AM
Type: Issue History Close
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: FC Payment
Research/Dispute. Comments: A copy of the debt dispute letter has been fwd to our VOC Dept. to review & respond. A copy
of the response letter will be uploaded for your file when available..

---

139.

---

Written By: Robert Wilson, Ocwen Loan Servicing- U
Date: 2/7/2011 11:53:00 AM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
From: Wilson, Robert - PA
Sent: Monday, February 07, 2011 12:52 PM
To: VOCG PA
Subject: #████3359 - PAKSIMA, ZAYTOON

Please provide a response to the attached mortgagor's validation of debt request.
When completed, please forward a copy to my attn to be uploaded and forwarded to ETS for their FC File.

---

140.

Notes                                                                                          Page 30 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                           Exhibit E    Pg 31 of 90

Written By: Alejandra Perez, Executive Trustee Services
Date: 2/5/2011 1:37:00 PM
Type: Add Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: FC Payment
Research/Dispute. Issue Comments: SENDING FC DISPTE- UPLD UNDR BWR CORRSP- Status: Active

141.

Written By: Toylen Hodges, Ocwen Loan Servicing- U
Date: 1/24/2011 1:18:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 2/15/2011. Reason:
Other. Comments: sale pp
. Status: Active, approval not required.

142.

Written By: Connie Canada, Executive Trustee Services
Date: 1/14/2011 12:48:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 2/1/2011 to
completed on 3/1/2011. Reason: Original Sale Date date has been updated (DIS)

143.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/12/2011 11:52:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 2/8/2011. Reason: Other. Comments:
Loan was pulled from posting on 1/10/2011 as the executed SOT was received yesterday the day after posting. Have
rescheduled posting date to 2/7/2011 new sale date 3/1/2011

. Status: Active, approval not required.

144.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:44:00 PM
Type: Signature Required
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
As per the training provided, all required documentation has been reviewed

Notes
Page 31 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 32 of 90

145.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:43:00 PM
Type: Auto Note
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

146.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:43:00 PM
Type: Event Update
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Doc Executed/Notarized and Sent to Attorney, completed on
1/8/2011AutoClose from DDF

147.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:43:00 PM
Type: DDF
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
User has completed the Document Type Returned to Attorney data form with the following entries:
Type of Document: : sot executed

148.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:42:00 PM
Type: Auto Note
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

149.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:42:00 PM
Type: Event Update
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Document Execution, completed on 1/8/2011AutoClose from DDF

150.

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:42:00 PM

Type: DDF
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has completed the Document Execution data form with the following entries:
Document Execution: : Printed for Execution
Requested Revisions: : na

---

151.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/8/2011 12:42:00 PM
Type: New Process
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
Process opened 1/8/2011 by user Kevin Wajert.

---

152.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:44:00 AM
Type: Signature Required
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
As per the training provided, all required documentation has been reviewed

---

153.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: Auto Note
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

154.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: Event Update
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Doc Executed/Notarized and Sent to Attorney, completed on
1/6/2011AutoClose from DDF

---

155.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: DDF
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:

---

Notes

Page 33 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 34 of 90

User has completed the Document Type Returned to Attorney data form with the following entries:
Type of Document: : aom executed

---

156.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: Auto Note
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

157.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: Event Update
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Document Execution, completed on 1/6/2011AutoClose from DDF

---

158.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: DDF
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has completed the Document Execution data form with the following entries:
Document Execution: : Printed for Execution
Requested Revisions: : na

---

159.

---

Written By: Kevin Wajert, Ocwen Loan Servicing- U
Date: 1/6/2011 8:43:00 AM
Type: New Process
Process: FC_Doc_PrintedForExecution
Borrower: PAKSIMA
Note:
Process opened 1/6/2011 by user Kevin Wajert.

---

160.

---

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:31:00 AM
Type: Event Update
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Upload Document, completed on 1/3/2011AutoClose from DDF

---

161.

Notes                                                                                                  Page 34 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 35 of 90

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:31:00 AM
Type: DDF
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has completed the Upload Document data form with the following entries:
Select File: : TX-272475-C APPOINTMENT OF SUBSTITUTE TRUSTEE.doc
Select Document Type: : Appointment of Substitute Trustee
Other Document Type: :
Special Instructions: : We are not able to move forward until the executed Assignment is received. Please execute and
forward back to Eunince Sedillo @2255 N. Ontario St. Suite 400 Burbank, Ca 91504

162.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:31:00 AM
Type: New Process
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
Process opened 1/3/2011 by user Eunice Sedillo.

163.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:31:00 AM
Type: Event Update
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Upload Document, completed on 1/3/2011AutoClose from DDF

164.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:31:00 AM
Type: DDF
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
User has completed the Upload Document data form with the following entries:
Select File: : TX-272475-C ASSIGNMENT.pdf
Select Document Type: : ASSIGNMENT OF MORTGAGE-DEED OF TRUST
Other Document Type: :
Special Instructions: : We are not able to move forward until the executed Assignment is received. Please execute and
forward back to Eunince Sedillo @2255 N. Ontario St. Suite 400 Burbank, Ca 91504

165.

Written By: Eunice Sedillo, Executive Trustee Services
Date: 1/3/2011 10:30:00 AM
Type: New Process
Process: FC_Doc_Exec
Borrower: PAKSIMA
Note:
Process opened 1/3/2011 by user Eunice Sedillo.

Notes

Page 35 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 36 of 90

166.

Written By: Connie Canada, Executive Trustee Services
Date: 12/21/2010 11:46:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Title Report Received, completed on 12/6/2010 (DIS)

167.

Written By: Connie Canada, Executive Trustee Services
Date: 12/21/2010 11:45:00 AM
Type: (NTIEE)
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Estimated foreclosure fees and costs good through 12/21/2010 are $940.00 (DIS)

168.

Written By: Connie Canada, Executive Trustee Services
Date: 12/14/2010 11:36:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 2/2/2011 to completed on 2/1/2011. Reason: Original Sale Date date has been updated (DIS)

169.

Written By: Daisy Dorado, Executive Trustee Services
Date: 12/1/2010 9:35:00 AM
Type: Intercom Read
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 12/1/2010 9:34:37 AM / From: Melendez, Abril / To: Dorado, Daisy: / CC: / Intercom Type: General Update / Subject: Issue Request /

170.

Written By: Abril Melendez, Ocwen Loan Servicing- U
Date: 11/30/2010 11:17:00 PM
Type: Issue History Close
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Action in the Name of. Comments: Foreclose in U.S. Bank National Association as Trustee for RASC 2005KS11.

171.

Notes

Page 36 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 37 of 90

Written By: Connie Canada, Executive Trustee Services
Date: 11/30/2010 6:01:00 PM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 11/30/2010 by user Connie Canada.

---

172.

---

Written By: Connie Canada, Executive Trustee Services
Date: 11/30/2010 6:01:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 2/2/2011 (DIS)

---

173.

---

Written By: Connie Canada, Executive Trustee Services
Date: 11/30/2010 6:01:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Received By Attorney, completed on 11/30/2010 (DIS)

---

174.

---

Written By: Fidelity AutoProc, System
Date: 11/30/2010 5:54:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ████ 5896) picked up by firm Executive Trustee Services, Inc. at 11/30/2010 5:53:34 PM by Daisy
Dorado

---

175.

---

Written By: Daisy Dorado, Executive Trustee Services
Date: 11/30/2010 5:53:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 1/12/2011. Reason: Other. Comments:
POSTING
. Status: Active, approval not required.

---

176.

---

Written By: Daisy Dorado, Executive Trustee Services
Date: 11/30/2010 5:53:00 PM
Type: Add Issue
Process: FC_TX_Other_Other_

Notes

Page 37 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 38 of 90

Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Action in the Name of. Issue Comments: PLEASE ADVISE WHAT NAME WE WILL BE FORECLOSING UNDER. THANK YOU Status: Active

177.

Written By: Daisy Dorado, Executive Trustee Services
Date: 11/30/2010 5:53:00 PM
Type: Internal
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Set-up referral. Checked Pacer and military status. Confirmed no BK filed and not in military service. Ordered Bene Check

178.

Written By: Fidelity AutoProc, System
Date: 11/30/2010 4:50:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ▇▇▇5896) sent to Executive Trustee Services, Inc. at 11/30/2010 4:50:09 PM by Automated Tasks

179.

Written By: Fidelity AutoProc, System
Date: 11/30/2010 2:24:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Referred To Attorney, completed on 11/30/2010Automation

180.

Written By: Fidelity AutoProc, System
Date: 11/30/2010 2:20:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ▇▇▇5896) sent to Executive Trustee Services, Inc. at 11/30/2010 2:19:52 PM by Automated Tasks

181.

Written By: Fidelity AutoProc, System
Date: 11/30/2010 11:02:00 AM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# ▇▇▇5896) sent to Executive Trustee Services, Inc. at 11/30/2010 11:02:10 AM by Automated Tasks

182.

Notes                                                                Page 38 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 39 of 90

Written By: Fidelity AutoProc, System
Date: 11/30/2010 10:25:00 AM
Type: New Process
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 11/30/2010 by user Fidelity AutoProc.

183.

Written By: Matthew Finnegan, Pite Duncan, LLP
Date: 12/9/2008 6:25:00 PM
Type: Auto Note
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

184.

Written By: Matthew Finnegan, Pite Duncan, LLP
Date: 12/9/2008 6:25:00 PM
Type: Event Update
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Invoice Submitted, completed on 12/9/2008

185.

Written By: Matthew Finnegan, Pite Duncan, LLP
Date: 12/2/2008 7:35:00 PM
Type: Reprojection
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Invoice Submitted to 12/9/2008. Reason: Other.
Comments: Awaiting invoice info. Will continue to update file.
. Status: Active, approval not required.

186.

Written By: Matthew Finnegan, Pite Duncan, LLP
Date: 11/25/2008 7:29:00 PM
Type: Reprojection
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Invoice Submitted to 12/2/2008. Reason: Other.
Comments: Awaiting invoice. Will continue to update file.
. Status: Active, approval not required.

187.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:09:00 PM

Notes                                                                    Page 39 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 40 of 90

Type: Event Update
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Fees and Costs Reconciled, completed on 11/25/2008

188.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:09:00 PM
Type: Event Update
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Closed, completed on 11/25/2008

189.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:09:00 PM
Type: Event Update
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Chapter 13 Processes Closed in NewTrak, completed on 11/25/2008

190.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:09:00 PM
Type: Event Update
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Chapter 13 Closing Reason Effective Date, completed on 11/24/2008

191.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:09:00 PM
Type: DDF
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
User has completed the Ch 13 BK Closing data form with the following entries:
: Court Dismissal

192.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:08:00 PM
Type: Auto Note
Process: BK_Chapter13
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

Notes                                                                    Page 40 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 41 of 90

193.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:08:00 PM
Type: Event Update
Process: BK_Chapter13
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Chapter 13 Closing Reason, completed on 11/24/2008

194.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:08:00 PM
Type: DDF
Process: BK_Chapter13
Borrower: PAKSIMA
Note:
User has completed the Ch 13 Reason data form with the following entries:
: Court Dismissal

195.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:08:00 PM
Type: New Process
Process: BK_Ch13Close
Borrower: PAKSIMA
Note:
Process opened 11/25/2008 by user Gabrielle Angle.

196.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:08:00 PM
Type: Auto Note
Process: BK_PlanRevAtty
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Dismissal

197.

Written By: Gabrielle Angle, Ocwen Loan Servicing- U
Date: 11/25/2008 5:07:00 PM
Type: Auto Note
Process: BK_POCAtty
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Dismissal

198.

Written By: Fidelity AutoProc, System
Date: 11/19/2008 3:51:00 PM
Type: NewImage Comment

Notes
Page 41 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 42 of 90

Process: BK_PlanRevAtty
Borrower: PAKSIMA
Note:
Bankruptcy - Plan Review (NIE Id# 9422741) sent to Pite Duncan, LLP at 11/19/2008 3:50:33 PM by Automated Tasks

199.

Written By: Fidelity AutoProc, System
Date: 11/19/2008 3:51:00 PM
Type: NewImage Comment
Process: BK_POCAtty
Borrower: PAKSIMA
Note:
Bankruptcy - POC (NIE Id# 9422742) sent to Pite Duncan, LLP at 11/19/2008 3:50:33 PM by Automated Tasks

200.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:36:00 PM
Type: Event Update
Process: BK_POCAtty
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Proof of Claim Received by Attorney, completed on 11/19/2008

201.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:36:00 PM
Type: Event Update
Process: BK_POCAtty
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Proof of Claim Referred to Attorney, completed on 11/19/2008

202.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: Event Update
Process: BK_PlanRevAtty
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Plan Review Received by Attorney, completed on 11/19/2008

203.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: Event Update
Process: BK_PlanRevAtty
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Plan Review Referred to Attorney, completed on 11/19/2008

204.

Notes
Page 42 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 43 of 90

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: Auto Note
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

205.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: New Process
Process: BK_POCAtty
Borrower: PAKSIMA
Note:
Process opened 11/19/2008 by user Lisa Dahl.

206.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: New Process
Process: BK_PlanRevAtty
Borrower: PAKSIMA
Note:
Process opened 11/19/2008 by user Lisa Dahl.

207.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:35:00 PM
Type: Event Update
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Proof of Claim Screen Set Up in Client System, completed on
11/19/2008

208.

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/19/2008 2:29:00 PM
Type: Auto Note
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Issue Request.
Read by: Lisa Dahl, GMAC
Time Read: 11/19/2008 2:29:07 PM

209.

Written By: Michael Welsh, Ocwen Loan Servicing- U
Date: 11/19/2008 1:13:00 PM

Notes

Page 43 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 44 of 90

Type: Issue
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Direct Source Cash
Movement Needed. Comments: no funds in UAF.

---

210.

---

Written By: Lisa Dahl, Ocwen Loan Servicing- U
Date: 11/17/2008 12:24:00 PM
Type: Issue
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Direct Source Cash
Movement Needed. Issue Comments: POC set up applying funds 698.34 / U to LC. Status: Active

---

211.

---

Written By: Fidelity AutoProc, System
Date: 11/8/2008 5:51:00 AM
Type: New Process
Process: BK_POC_Setup
Borrower: PAKSIMA
Note:
Process opened 11/8/2008 by user Fidelity AutoProc.

---

212.

---

Written By: Fidelity AutoProc, System
Date: 11/8/2008 5:51:00 AM
Type: New Process
Process: BK_Chapter13
Borrower: PAKSIMA
Note:
Process opened 11/8/2008 by user Fidelity AutoProc.

---

213.

---

Written By: Sharon Wright, Executive Trustee Services
Date: 11/7/2008 6:09:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Read: 11/7/2008 6:09:27 PM / From: Rivera, Evelyn / To: Wright, Sharon; / CC: / Intercom Type:
Stop/Hold Action / Subject: Hold Request /

---

214.

---

Written By: Cornell Lang, Executive Trustee Services
Date: 11/6/2008 2:40:00 PM
Type: Auto Note
Process: FC_Stop
Borrower: PAKSIMA

Notes                                                                    Page 44 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                    Exhibit E    Pg 45 of 90

Note:
User has closed the file. Close Reason: Process Complete

215.

Written By: Cornell Lang, Executive Trustee Services
Date: 11/6/2008 2:40:00 PM
Type: Event Update
Process: FC_Stop
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Attorney Confirmed File Closed, completed on 11/6/2008

216.

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 11/6/2008 1:56:00 PM
Type: Event Update
Process: FC_Stop
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Attorney Notified to Close and Bill, completed on 11/6/2008

217.

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 11/6/2008 1:55:00 PM
Type: New Process
Process: FC_Stop
Borrower: PAKSIMA
Note:
Process opened 11/6/2008 by user Evelyn Rivera.

218.

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 11/6/2008 1:55:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Bankruptcy filed

219.

Written By: Fidelity AutoProc, System
Date: 11/6/2008 1:55:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Sale Held to 11/6/2008. Reason: Hold Ended.
Comments: Hold Ended
. Status: Active, approval not required.

220.

Notes

Page 45 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 46 of 90

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 11/6/2008 1:55:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 11/6/2008 1:54:48 PM / From: Evelyn Rivera, GMAC / To: Sharon Wright (at-exet) / CC: /
Message Type: Stop/Hold Action / Subject: Hold Request
/ Message: System updated for the following event: User has ended the hold. Hold End Date: 11/06/2008. Hold type:
Bankruptcy Filed

---

221.

---

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 11/6/2008 1:55:00 PM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the hold. Hold End Date: 11/06/2008. Hold type: Bankruptcy Filed

---

222.

---

Written By: Sharon Wright, Executive Trustee Services
Date: 11/4/2008 11:18:00 AM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has placed the file on hold. Hold Reason: Bankruptcy Filed. Hold Comments:
Chapter 13 filed on: 11/4/2008 By: ZAYTOON ZEEBA PAKSIMA
as Case Number 08-37149 District: SOUTHERN
Debtors Atty and Phone No: NOT LISTED YET Status: Active, awaiting approval. Hold Start: 11/4/2008

---

223.

---

Written By: Toylen Hodges, Executive Trustee Services
Date: 10/29/2008 12:58:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

224.

---

Written By: Toylen Hodges, Executive Trustee Services
Date: 10/29/2008 12:58:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions Received By Attorney, completed on 10/29/2008

---

225.

---

Notes
Page 46 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 47 of 90

Written By: Fidelity AutoProc, System
Date: 10/29/2008 10:32:00 AM
Type: NewImage Comment
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure - Bidding Instructions (NIE Id# 9123353) sent to Executive Trustee Services, Inc. at 10/29/2008 10:32:19 AM by
Alexandra Chereshanskaya

226.

Written By: Alexandra Chereshanskaya, Ocwen Loan Servicing- U
Date: 10/29/2008 10:31:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions To Attorney, completed on 10/29/2008

227.

Written By: Alexandra Chereshanskaya, Ocwen Loan Servicing- U
Date: 10/29/2008 10:31:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Approved, completed on 10/29/2008

228.

Written By: Alexandra Chereshanskaya, Ocwen Loan Servicing- U
Date: 10/29/2008 10:31:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Calculation Completed, completed on 10/29/2008

229.

Written By: Connie Canada, Executive Trustee Services
Date: 10/15/2008 11:42:00 AM
Type: (NTIEE)
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
% FeesAndCostComment% (DIS)

230.

Written By: Connie Canada, Executive Trustee Services
Date: 10/15/2008 11:39:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA

Notes                                                                                    Page 47 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 48 of 90

Note:
User has updated the system for the following event: NOS Posted, completed on 10/13/2008 (DIS)

---

231.

Written By: Connie Canada, Executive Trustee Services
Date: 10/1/2008 5:50:00 PM
Type: (NTIEE)
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Estimated foreclosure fees and costs good through 10/1/2008 are $906.00 (DIS)

---

232.

Written By: Sharon Wright, Executive Trustee Services
Date: 9/16/2008 5:49:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 10/7/2008 to
completed on 11/4/2008. Reason: update sale

---

233.

Written By: Sharon Wright, Executive Trustee Services
Date: 9/16/2008 5:48:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
: Entered in Error

---

234.

Written By: Sharon Wright, Executive Trustee Services
Date: 9/16/2008 5:48:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 10/15/2008. Reason: Other.
Comments: update nos
. Status: Active, approval not required.

---

235.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

Notes
Page 48 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 49 of 90

236.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

237.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

238.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: EV_TX____
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

239.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: EV_STOP
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

240.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_Proceed
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

241.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: PayOff_Request

Notes                                                                    Page 49 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 50 of 90

Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

242.

---

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

243.

---

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

244.

---

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

245.

---

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

246.

---

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

---

247.

---

Notes                                                  Page 50 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 51 of 90

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

248.

Written By: Fidelity AutoProc, System
Date: 9/7/2008 2:11:00 PM
Type: Auto Note
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
Bank Move: Transfer file from ResCap to GMACM

249.

Written By: Sharon Wright, Executive Trustee Services
Date: 8/13/2008 6:37:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 9/2/2008 to completed on 10/7/2008. Reason: UPDATE SALE

250.

Written By: Sharon Wright, Executive Trustee Services
Date: 8/13/2008 6:37:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 9/17/2008. Reason: Other. Comments: UPDATE PUB DATE
. Status: Active, approval not required.

251.

Written By: Sharon Wright, Executive Trustee Services
Date: 7/18/2008 6:25:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 8/13/2008. Reason: Other. Comments: UNABLE TO POST FOR 8/5/08 SALE

. Status: Active, approval not required.

252.

Notes

Page 51 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 52 of 90

Written By: Sharon Wright, Executive Trustee Services
Date: 7/18/2008 6:25:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 8/5/2008 to completed on 9/2/2008. Reason: UNABLE TO POST FOR 8/5/08 SALE

---

253.

Written By: Sharon Wright, Executive Trustee Services
Date: 7/18/2008 6:24:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Title Report Received, completed on 6/4/2008

---

254.

Written By: Fidelity AutoProc, System
Date: 6/25/2008 1:21:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) picked up by firm Executive Trustee Services, Inc. at 6/25/2008 1:07:31 PM by Maricela Solano

---

255.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 6/16/2008 12:33:00 PM
Type: Auto Note
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

256.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 6/16/2008 12:33:00 PM
Type: Event Update
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client Notified - Systems Updated, completed on 5/20/2008

---

257.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 6/16/2008 12:33:00 PM
Type: Event Update
Process: FC_Sale_Rescinded

Notes

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 53 of 90

Page 52 of 89

Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Rescission Completed, completed on 5/20/2008

---

258.

---

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 6/16/2008 12:32:00 PM
Type: Auto Note
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Re: Sale rescission.
Read by: Brandi Smith, GMAC
Time Read: 6/16/2008 12:32:03 PM

---

259.

---

Written By: Tracy Donaldson, Ocwen Loan Servicing- U
Date: 6/16/2008 12:26:00 PM
Type: Intercom
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 6/16/2008 12:25:48 PM / From: Tracy Donaldson, GMAC / To: Brandi Smith (GMAC) / CC: /
Message Type: General Update / Subject: Re: Sale rescission
/ Message: The Notice of Rescission of Substitute Trustee's Deed was recorded in the real property records of Harris County
on 5/20/2008 as instrument number 20080259596. Thanks.

---

260.

---

Written By: Tracy Donaldson, Ocwen Loan Servicing- U
Date: 6/16/2008 9:20:00 AM
Type: Auto Note
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Sale rescission.
Read by: Tracy Donaldson, GMAC
Time Read: 6/16/2008 9:19:57 AM

---

261.

---

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 6/13/2008 9:53:00 AM
Type: Intercom
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 6/13/2008 9:53:01 AM / From: Brandi Smith, GMAC / To: Tracy Donaldson (GMAC) / CC: /
Message Type: Response Needed / Subject: Sale rescission
/ Message: Hello Tracy,Can you please provide an update of the sale recission on this file to ETS and GMAC, thanks

---

262.

---

Written By: Sharon Wright, Executive Trustee Services
Date: 6/11/2008 8:04:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 7/1/2008 to
completed on 8/5/2008. Reason: UNABLE TO POST FOR JULY SALES

263.

Written By: Sharon Wright, Executive Trustee Services
Date: 6/11/2008 8:03:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Previous Sale Date: : 7/1/08
Sale Postponement Reason: : Entered in Error

264.

Written By: Sharon Wright, Executive Trustee Services
Date: 6/11/2008 8:03:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 7/16/2008. Reason: Other. Comments:
UNABLE TO POST FOR JULY SALES
. Status: Active, approval not required.

265.

Written By: Sharon Wright, Executive Trustee Services
Date: 6/11/2008 8:03:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Title Report Received to 7/16/2008. Reason: Other.
Comments: UNABLE TO POST FOR JULY SALES
. Status: Active, approval not required.

266.

Written By: Jacqueline Barger Barger, Ocwen Loan Servicing- U
Date: 5/30/2008 1:59:00 PM
Type: Auto Note
Process: EV_STOP
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Re: Update.
Read by: Jacqueline Barger Barger, GMAC
Time Read: 5/30/2008 1:58:59 PM

267.

Written By: Fidelity AutoProc, System
Date: 5/30/2008 1:51:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) sent to Executive Trustee Services, Inc. at 5/30/2008 1:44:06 PM by Cynthia DelRio

268.

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 5/30/2008 1:47:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Issue Request.
Read by: Arianna Black, GMAC
Time Read: 5/30/2008 1:47:17 PM

269.

Written By: Cynthia DelRio, Ocwen Loan Servicing- U
Date: 5/30/2008 12:43:00 PM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Copy of
Mortgage/DOT. Comments: Uploaded Recorder Mortgage to NIE.

270.

Written By: Sherri Seidel, ResCap
Date: 5/30/2008 9:38:00 AM
Type: Issue
Process: EV_STOP
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: Copy of Mortgage/DOT. Status: Active,
Approved.

271.

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 5/28/2008 6:03:00 PM
Type: Issue
Process: EV_STOP
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Copy of
Mortgage/DOT. Issue Comments: Please provide a copy of the Deed of Trust. Thanks Status: Active

272.
---

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/28/2008 3:45:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Issue Request.
Read by: Hector Solorzano, Executive Trustee Services
Time Read: 5/28/2008 3:44:50 PM

---

273.
---

Written By: Fidelity AutoProc, System
Date: 5/28/2008 10:04:00 AM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) picked up by firm Executive Trustee Services, Inc. at 5/28/2008 9:54:54 AM by Erika Puentes

---

274.
---

Written By: Maribel Olmos, Ocwen Loan Servicing- U
Date: 5/28/2008 8:41:00 AM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Action in the Name of. Comments: Foreclose in U.S. Bank National Association as Trustee .

---

275.
---

Written By: Fidelity AutoProc, System
Date: 5/27/2008 5:46:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) sent to Executive Trustee Services, Inc. at 5/27/2008 5:38:15 PM by Arianna Black

---

276.
---

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 5/27/2008 5:09:00 PM
Type: Intercom
Process: EV_STOP
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 5/27/2008 5:08:38 PM / From: Arianna Black, GMAC / To: Jacqueline Barger Barger (GMAC) /
CC: / Message Type: General Update / Subject: Re: Update
/ Message: Please note I have uploaded the Recorded Rescission Document under "Missing Documents" The document has
been recorded, let me know if you have any questions. Thanks!

---

Notes

Page 56 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 57 of 90

277.

Written By: Sherri Seidel, ResCap
Date: 5/27/2008 4:10:00 PM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: Action in the Name of. Status: Active, Approved.

278.

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 3:54:00 PM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Action in the Name of. Issue Comments: Please advice in whose name we will be foreclosing under. Thanks Status: Active

279.

Written By: Fidelity AutoProc, System
Date: 5/27/2008 12:07:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) picked up by firm Executive Trustee Services, Inc. at 5/27/2008 11:59:56 AM by Hector Solorzano

280.

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 12:00:00 PM
Type: Internal
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Set-up referral. Checked Pacer and military status. Confirmed no BK filed and not in military service. Ordered Bene Check

281.

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 11:59:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 6/11/2008. Reason: Other. Comments: CORRECT DATE
. Status: Active, approval not required.

282.

Notes

Page 57 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 58 of 90

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 11:59:00 AM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 5/27/2008 by user Hector Solorzano.

283.

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 11:59:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 7/1/2008

284.

Written By: Hector Solorzano, Executive Trustee Services
Date: 5/27/2008 11:59:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Received By Attorney, completed on 5/27/2008

285.

Written By: Fidelity AutoProc, System
Date: 5/23/2008 11:01:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Referred To Attorney, completed on 5/23/2008

286.

Written By: Fidelity AutoProc, System
Date: 5/23/2008 10:52:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 7101259) sent to Executive Trustee Services, Inc. at 5/23/2008 10:40:59 PM by Automated Tasks

287.

Written By: Fidelity AutoProc, System
Date: 5/23/2008 1:48:00 PM
Type: New Process
Process: FC_TX_Other_Other_
Borrower: PAKSIMA

Note:
Process opened 5/23/2008 by user Fidelity AutoProc.

288.

Written By: Jacqueline Barger Barger, Ocwen Loan Servicing- U
Date: 5/13/2008 7:36:00 AM
Type: Auto Note
Process: EV_STOP
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Update.
Read by: Jacqueline Barger Barger, GMAC
Time Read: 5/13/2008 7:35:37 AM

289.

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 5/12/2008 6:54:00 PM
Type: Intercom
Process: EV_STOP
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 5/12/2008 6:53:53 PM / From: Arianna Black, GMAC / To: Jacqueline Barger Barger (GMAC) /
CC: / Message Type: General Update / Subject: Update
/ Message: The Notice of Rescission of Substitute Trustee's Deed has been prepared and sent out for execution and
recording. Thanks

290.

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 4/29/2008 5:49:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Issue Request.
Read by: Arianna Black, GMAC
Time Read: 4/29/2008 5:49:02 PM

291.

Written By: Carl Blum, Ocwen Loan Servicing- U
Date: 4/29/2008 3:21:00 PM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Additional Fee
Request-FC. Comments: $250 is approved.

292.

Written By: Elizabeth Corona, Cal-Western Reconveyance Corp
Date: 4/26/2008 9:24:00 AM

Type: Event Update
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Attorney Received Instructions to Rescind Sale, completed on 4/22/2008

---

293.

---

Written By: Arianna Black, Ocwen Loan Servicing- U
Date: 4/24/2008 4:54:00 PM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Additional Fee Request-FC. Issue Comments: Our firm has received a referral to prepare a rescission of the Substitute Trustee's Deed due to the pre-sale bankruptcy filing. We will proceed based upon a flat fee of $250. Please contact our firm if GMACM has any questions regarding the matter. Status: Active

---

294.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/18/2008 5:14:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Hold Request.
Read by: Nicki Butler, GMAC
Time Read: 4/18/2008 5:14:07 PM

---

295.

---

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 4/18/2008 3:41:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Restart Necessary

---

296.

---

Written By: Fidelity AutoProc, System
Date: 4/18/2008 3:40:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Sale Scheduled For to 4/18/2008. Reason: Hold Ended. Comments: Hold Ended
. Status: Active, approval not required.

---

297.

---

Notes                                                                    Page 60 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                        Exhibit E    Pg 61 of 90

Written By: Fidelity AutoProc, System
Date: 4/18/2008 3:40:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 4/18/2008. Reason: Hold Ended.
Comments: Hold Ended
. Status: Active, approval not required.

---

298.

---

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 4/18/2008 3:40:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 4/18/2008 3:40:19 PM / From: Evelyn Rivera, GMAC / To: Nicki Butler (GMAC) / CC: / Message
Type: Stop/Hold Action / Subject: Hold Request
/ Message: System updated for the following event: User has ended the hold. Hold End Date: 04/18/2008. Hold type:
Bankruptcy Filed

---

299.

---

Written By: Evelyn Rivera, Ocwen Loan Servicing- U
Date: 4/18/2008 3:40:00 PM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the hold. Hold End Date: 04/18/2008. Hold type: Bankruptcy Filed

---

300.

---

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 4/16/2008 9:32:00 AM
Type: Auto Note
Process: EV_STOP
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

301.

---

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 4/16/2008 9:32:00 AM
Type: Event Update
Process: EV_STOP
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Attorney Confirmed File Closed, completed on 4/16/2008

---

302.

---

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 4/16/2008 9:29:00 AM

Notes

Page 61 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 62 of 90

Type: Event Update
Process: EV_STOP
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Attorney Notified to Close and Bill Eviction, completed on 4/16/2008

303.

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 4/16/2008 9:29:00 AM
Type: DDF
Process: EV_STOP
Borrower: PAKSIMA
Note:
User has completed the EV_CloseAndBill data form with the following entries:
Indicate reason file should be closed: : SALE INVALID

304.

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 4/16/2008 9:29:00 AM
Type: New Process
Process: EV_STOP
Borrower: PAKSIMA
Note:
Process opened 4/16/2008 by user Lester Helton.

305.

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 4/16/2008 9:29:00 AM
Type: Auto Note
Process: EV_TX___
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Other

306.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 4/15/2008 2:58:00 PM
Type: Auto Note
Process: EV_TX___
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: .
Read by: Stanley Bates, Brice, Vander Linden & Wernick
Time Read: 4/15/2008 2:58:17 PM

307.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 4/15/2008 1:04:00 PM
Type: Event Update
Process: FC_Sale_Rescinded
Borrower: PAKSIMA

Notes                                                                        Page 62 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 63 of 90

Note:
User has updated the system for the following event: FNFS Notified of Sale to be Rescinded, completed on 4/15/2008

---

308.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:49:00 AM
Type: New Process
Process: FC_Sale_Rescinded
Borrower: PAKSIMA
Note:
Process opened 4/15/2008 by user Nicki Butler.

---

309.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:47:00 AM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the hold. Hold type: Bankruptcy Filed. Status: Active, Approved.

---

310.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:47:00 AM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has placed the file on hold. Hold Reason: Bankruptcy Filed. Hold Comments:
BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX Status: Active, awaiting approval. Hold Start: 4/15/2008

---

311.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:44:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Updated. User changed date completed from 11/6/2007
to incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

---

312.

---

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:44:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Held. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

---

313.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:44:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

314.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:44:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted. User changed date completed from 10/15/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

315.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Updated. User changed date completed from 11/6/2007
to incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

316.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Held. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

317.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

318.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted. User changed date completed from 10/15/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

319.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Updated. User changed date completed from 11/6/2007
to incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

320.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Held. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

321.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 11/6/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

322.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:43:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted. User changed date completed from 10/15/2007 to
incomplete. Reason: BK chapter 13 filed 11/6/07 case# 07-37764 Southern Dist of TX

323.

Notes                                                                                    Page 65 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 66 of 90

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:33:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Previous Sale Date: : 11/6/07
Sale Postponement Reason: : Bankruptcy Filed

324.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:30:00 AM
Type: Restart Process
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
The user has re-opened the process.

325.

Written By: Nicki Butler, Ocwen Loan Servicing- U
Date: 4/15/2008 10:19:00 AM
Type: Intercom
Process: EV_TX___
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 4/15/2008 10:19:18 AM / From: Nicki Butler, GMAC / To: Stanley Bates (at-brice) / CC: / Message
Type: General Update / Subject:
/ Message: Sale being backed out - BK filed same day as 11/6/08 sale. Please contact GMAC for further instructions. Thanks

326.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 4/4/2008 10:22:00 AM
Type: Event Update
Process: EV_TX___
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Eviction Hearing Complete, completed on 4/4/2008

327.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 3/27/2008 4:56:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Hearing Complete to 4/3/2008. Reason:
Other. Comments: Waiting for the court to schedule the hearing.
. Status: Active, approval not required.

328.

Notes                                                                                    Page 66 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                              Exhibit E    Pg 67 of 90

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 3/27/2008 4:56:00 PM
Type: Event Update
Process: EV_TX___
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Forcible Detainer Sent, completed on 3/7/2008

---

329.

---

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 3/18/2008 4:49:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Forcible Detainer Sent to 3/25/2008. Reason: Other.
Comments: Waiting for the court to schedule the hearing.
. Status: Active, approval not required.

---

330.

---

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 3/6/2008 4:34:00 PM
Type: Event Update
Process: EV_TX___
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Eviction Started/ Demand Sent, completed on 3/3/2008

---

331.

---

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 2/21/2008 3:32:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 3/6/2008. Reason:
Other. Comments: Waiting for the foreclosure documents from the foreclosing counsel.
. Status: Active, approval not required.

---

332.

---

Written By: Barbara Maxey, Cal-Western Reconveyance Corp
Date: 2/20/2008 11:44:00 AM
Type: Auto Note
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

333.

---

Written By: Barbara Maxey, Cal-Western Reconveyance Corp
Date: 2/20/2008 11:44:00 AM
Type: Event Update

Notes                                                                    Page 67 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                        Exhibit E    Pg 68 of 90

Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Trustee Deed Recorded, completed on 1/29/2008

334.

Written By: Barbara Maxey, Cal-Western Reconveyance Corp
Date: 2/20/2008 11:44:00 AM
Type: DDF
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the F3_Deed data form with the following entries:
COMMENTS:: :
DEED IN THE NAME OF:: : US BANK, N.A., AS TRUSTEE
RECORDING DATE:: : 01/29/2008
BOOK:: : 20080044544
PAGE:: : n/a

335.

Written By: Adel Crawford, Cal-Western Reconveyance Corp
Date: 2/19/2008 2:43:00 PM
Type: Reprojection
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Trustee Deed Recorded to 3/3/2008. Reason: Other.
Comments: Following up with title vendor
. Status: Active, approval not required.

336.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 2/14/2008 11:32:00 AM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 2/21/2008. Reason:
Other. Comments: Waiting for the documents from the foreclosing counsel.
. Status: Active, approval not required.

337.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 1/31/2008 3:33:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 2/14/2008. Reason:
Other. Comments: Waiting for foreclosure documents from the foreclosing counsel.
. Status: Active, approval not required.

338.

Notes                                                                      Page 68 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 69 of 90

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 1/15/2008 4:02:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 1/31/2008. Reason:
Other. Comments: We are waiting on the foreclosure documents from the foreclosing counsel
. Status: Active, approval not required.

339.

Written By: Joe Krasovic, Cal-Western Reconveyance Corp
Date: 1/7/2008 3:53:00 PM
Type: Reprojection
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Trustee Deed Recorded to 1/21/2008. Reason: Other.
Comments: TDUS has not been sent to record, however, the document is in the process of being executed and will be sent
to record asap. the estimated recording date for the TDUS is 01/21/08
. Status: Active, approval not required.

340.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 12/28/2007 10:36:00 AM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 1/15/2008. Reason:
Other. Comments: We are waiting on the foreclosure documents from the foreclosing counsel
. Status: Active, approval not required.

341.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 12/18/2007 1:29:00 PM
Type: Reprojection
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Trustee Deed Recorded to 1/3/2008. Reason: Other.
Comments: STD was sent for recording 11/9/07. Have not received recorded doc back from county yet. Will follow up with
title co. if not received in next few weeks.
. Status: Active, awaiting approval.

342.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 12/14/2007 11:50:00 AM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 12/28/2007.

Notes                                                                          Page 69 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                              Exhibit E    Pg 70 of 90

Reason: Other. Comments: Waiting for foreclosure documents from counsel.
. Status: Active, approval not required.

343.

Written By: Adel Crawford, Cal-Western Reconveyance Corp
Date: 12/6/2007 10:25:00 AM
Type: Reprojection
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Trustee Deed Recorded to 12/18/2007. Reason:
Other. Comments: STD not received will follow up in 2 weeks
. Status: Active, awaiting approval.

344.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 11/30/2007 1:23:00 PM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 12/14/2007.
Reason: Other. Comments: Waiting for foreclosure document from the counsel.
. Status: Active, approval not required.

345.

Written By: Stanley Bates, Buckley Madole, P.C.
Date: 11/16/2007 10:53:00 AM
Type: Reprojection
Process: EV_TX___
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Eviction Started/ Demand Sent to 11/30/2007.
Reason: Other. Comments: We are waiting for the foreclosure documents from the foreclosing counsel
. Status: Active, approval not required.

346.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 11/14/2007 7:04:00 PM
Type: Event Update
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Upload Copy of Unrecorded Deed, completed on 11/14/2007

347.

Written By: Rebecca Hoekstra, Buckley Madole, P.C.
Date: 11/13/2007 3:53:00 PM
Type: Event Update
Process: EV_TX___
Borrower: PAKSIMA

Notes                                                                 Page 70 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 71 of 90

Note:
User has updated the system for the following event: Eviction Referral Received by Attorney, completed on 11/13/2007

348.

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 11/13/2007 12:01:00 PM
Type: Event Update
Process: EV_TX___
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Eviction Referral Sent to Attorney, completed on 11/13/2007

349.

Written By: Lester Helton, Ocwen Loan Servicing- U
Date: 11/13/2007 12:01:00 PM
Type: New Process
Process: EV_TX___
Borrower: PAKSIMA
Note:
Process opened 11/13/2007 by user Lester Helton.

350.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 11/6/2007 9:29:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

351.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 11/6/2007 9:29:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Client System Updated, completed on 11/6/2007

352.

Written By: Jennifer Rankin, Cal-Western Reconveyance Corp
Date: 11/6/2007 8:34:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Held, completed on 11/6/2007

353.

Written By: Jennifer Rankin, Cal-Western Reconveyance Corp
Date: 11/6/2007 8:34:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the F51_SaleResultsTX data form with the following entries:
Sale Comments: : Reverted for $342000.00
Property Sold To: : Property Acquired

354.

Written By: Jennifer Rankin, Cal-Western Reconveyance Corp
Date: 11/6/2007 8:34:00 PM
Type: New Process
Process: PS_TX_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 11/6/2007 by user Jennifer Rankin.

355.

Written By: Hellen Portillo, Ocwen Loan Servicing- U
Date: 10/29/2007 9:53:00 AM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
A fees and costs request has been completed for this loan by Hellen Portillo

356.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 10/26/2007 6:15:00 PM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Fees and costs response: Good Through:11/5/2007 Fees: 550.00 Costs: 866.24 Comment:

357.

Written By: Hellen Portillo, Ocwen Loan Servicing- U
Date: 10/26/2007 12:40:00 PM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
A fees and costs request has been entered for this loan by Hellen Portillo, good through 11/5/2007

358.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 10/25/2007 2:11:00 PM
Type: Auto Note
Process: BID_ALL_Other_Other_

Notes

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 73 of 90

Page 72 of 89

Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

359.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 10/25/2007 2:11:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions Received By Attorney, completed on 10/25/2007

360.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 10/24/2007 2:14:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions To Attorney, completed on 10/24/2007

361.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 10/24/2007 2:14:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Approved, completed on 10/24/2007

362.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 10/24/2007 2:14:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Calculation Completed, completed on 10/24/2007

363.

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 10/19/2007 10:06:00 AM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the Reprojection Type Other for the step Bid Calculation
Completed. Status: Active, Approved.

364.

Notes                                                                    Page 73 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 74 of 90

Written By: Brandi Smith, Ocwen Loan Servicing- U
Date: 10/19/2007 10:06:00 AM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bid Calculation Completed to 11/5/2007. Reason:
Other. Comments: sale scheduled 11/6/07
. Status: Active, awaiting approval.

365.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 10/15/2007 4:38:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted. User changed date completed from 7/16/2007 to
completed on 10/15/2007. Reason: 10/15/07 posting date due to 11/06/07 sale date

366.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/13/2007 2:00:00 PM
Type: Auto Note
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom message read.
Message Subject: Sale date.
Read by: tammy wilde, Cal-Western Reconveyance Corp
Time Read: 9/13/2007 1:59:39 PM

367.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/12/2007 6:57:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the Reprojection Type Other for the step Sale Held. Status:
Active, Approved.

368.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/12/2007 12:22:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Sale Held to 11/6/2007. Reason: Other. Comments:
Sale scheduled for 11/06/07
. Status: Active, awaiting approval.

Notes

Page 74 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 75 of 90

369.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/12/2007 12:19:00 PM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 9/12/2007 by user tammy wilde.

370.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/12/2007 12:19:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 11/6/2007

371.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/12/2007 12:18:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 9/4/2007 to
incomplete. Reason: sale pp'd to 11/06/07 per client request

372.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/12/2007 12:18:00 PM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Previous Sale Date: : 11/06/2007
Sale Postponement Reason: : Client Request

373.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/11/2007 5:19:00 PM
Type: Intercom
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message / Sent: 9/11/2007 5:19:23 PM / From: Lori Liddicoat, GMACU / To: tammy wilde (at-calwe) / CC: /
Message Type: Response Needed / Subject: Sale date
/ Message: Hi Tammy, please advise if there is a new sale date, as client request to have 09/04/07 sale postponed for 30
days. Please update New Trak with new sale date, thanks!

Notes

Page 75 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 76 of 90

374.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/10/2007 1:22:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

375.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 9/10/2007 1:22:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 9/10/2007

376.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:36:00 PM
Type: Issue
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Sale Postponement
Request. Comments: Advs attorney office to pp sale for 30 days per request. thanks.

377.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:35:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 9/7/2007

378.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:35:00 PM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : Please postpone sale set for 9/4/07 for 30 days, refi in process. ddansby
Timeframe: :

379.

Notes                                                                                                    Page 76 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
                            Exhibit E    Pg 77 of 90

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:35:00 PM
Type: New Process
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
Process opened 9/7/2007 by user Lori Liddicoat.

380.

Written By: Fidelity AutoProc, System
Date: 9/7/2007 3:33:00 PM
Type: Reprojection
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Bidding Instructions To Attorney to 9/7/2007. Reason:
Hold Ended. Comments: Hold Ended
. Status: Active, approval not required.

381.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:33:00 PM
Type: Intercom
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Intercom Message: / Sent: 9/7/2007 3:33:20 PM / From: Lori Liddicoat, GMACU / To: Jacob Bustos (ResCap) / CC: / Message
Type: Stop/Hold Action / Subject: Hold Request
/ Message: System updated for the following event: User has ended the hold. Hold End Date: 09/07/2007. Hold type: Loss
Mitigation Workout

382.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:33:00 PM
Type: Hold
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the hold. Hold End Date: 09/07/2007. Hold type: Loss Mitigation
Workout

383.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:33:00 PM
Type: Foreclosure
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Ended LMA hold as client request to pp sle for 30 days, opened Sale pp template to advise attorney office.

384.

Notes                                                                                    Page 77 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 78 of 90

Written By: Fidelity AutoProc, System
Date: 9/7/2007 3:32:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Sale Held to 9/7/2007. Reason: Hold Ended.
Comments: Hold Ended
. Status: Active, approval not required.

385.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 9/7/2007 3:32:00 PM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the hold. Hold End Date: 09/07/2007. Hold type: Loss Mitigation
Workout

386.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/31/2007 5:24:00 PM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the hold. Hold type: Loss Mitigation Workout. Status: Active,
Approved.

387.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/31/2007 5:23:00 PM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has placed the file on hold. Hold Reason: Loss Mitigation Workout. Hold
Comments: Please postpone sale set for 9/4/07 for 30 days, refi in process. ddansby Status: Active, awaiting approval. Hold
Start: 8/31/2007

388.

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/31/2007 5:22:00 PM
Type: Hold
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the hold. Hold type: Loss Mitigation Workout. Status: Active,
Approved.

389.

Written By: Jacob Bustos, ResCap
Date: 8/30/2007 3:15:00 PM
Type: Hold
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has placed the file on hold. Hold Reason: Loss Mitigation Workout. Hold Comments: Please postpone sale set for 9/4/07 for 30 days, refi in process.

ddansby Status: Active, awaiting approval. Hold Start: 8/30/2007 . Projected End: 10/02/2007

---

390.

---

Written By: Jacob Bustos, ResCap
Date: 8/30/2007 3:13:00 PM
Type: Issue
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan.Issue Type: Sale Postponement Request. Issue Comments: Please postpone sale set for 9/4/07 for 30 days, refi in process.

ddansby Status: Active

---

391.

---

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/30/2007 12:28:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Approved, completed on 8/30/2007

---

392.

---

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/30/2007 12:28:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Calculation Completed, completed on 8/30/2007

---

393.

---

Written By: Lori Liddicoat, Ocwen Loan Servicing- U
Date: 8/30/2007 12:28:00 PM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 8/30/2007 by user Lori Liddicoat.

---

394.

---

Notes

Page 79 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 80 of 90

Written By: Elizabeth Corona, Cal-Western Reconveyance Corp
Date: 8/8/2007 4:14:00 PM
Type: Auto Note
Process: PayOff_Request
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

395.

---

Written By: Elizabeth Corona, Cal-Western Reconveyance Corp
Date: 8/8/2007 4:14:00 PM
Type: Event Update
Process: PayOff_Request
Borrower: PAKSIMA
Note:
User has updated the system for the following event: PayOff Letter Sent and browsed into NIE, completed on 8/8/2007

---

396.

---

Written By: Fidelity AutoProc, System
Date: 8/6/2007 8:06:00 PM
Type: NewImage Comment
Process: PayOff_Request
Borrower: PAKSIMA
Note:
Foreclosure - Payoff (NIE Id# 4015215) picked up by firm Cal-Western Reconveyance Corporation at 8/6/2007 7:58:25 PM by Barbara Bonham

---

397.

---

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 8/6/2007 7:59:00 PM
Type: Event Update
Process: PayOff_Request
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Payoff Data Received by Attorney, completed on 8/6/2007

---

398.

---

Written By: Fidelity AutoProc, System
Date: 8/6/2007 7:44:00 AM
Type: NewImage Comment
Process: PayOff_Request
Borrower: PAKSIMA
Note:
Foreclosure - Payoff (NIE Id# 4015215) sent to Cal-Western Reconveyance Corporation at 8/6/2007 7:39:57 AM by Jaqueline Lehman-Meggison

---

399.

---

Written By: Jaqueline Lehman-Meggison, LPS Default Solutions
Date: 8/6/2007 7:19:00 AM
Type: Event Update
Process: PayOff_Request

Borrower: PAKSIMA
Note:
User has updated the system for the following event: Payoff Data Sent to Attorney, completed on 8/6/2007

---

400.

---

Written By: Jaqueline Lehman-Meggison, LPS Default Solutions
Date: 7/31/2007 11:24:00 AM
Type: Issue
Process: FC_Proceed
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Payoff Request.
Comments: Payoff requested from the client and will be uploaded to nie upon completion. Please allow 3-5 business days for the quote to be uploaded. Thank you.

---

401.

---

Written By: Jaqueline Lehman-Meggison, LPS Default Solutions
Date: 7/31/2007 11:24:00 AM
Type: Event Update
Process: PayOff_Request
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Payoff Quote Request Submitted, completed on 7/31/2007

---

402.

---

Written By: Jaqueline Lehman-Meggison, LPS Default Solutions
Date: 7/31/2007 11:24:00 AM
Type: DDF
Process: PayOff_Request
Borrower: PAKSIMA
Note:
User has completed the F102_Payoff data form with the following entries:
Special Instructions: : Please provide payoof good thru 8/30/07 for refi,
Good Through Date: : 08/30/07
Attorney Fees & Costs: : 1125.00

---

403.

---

Written By: Jaqueline Lehman-Meggison, LPS Default Solutions
Date: 7/31/2007 11:23:00 AM
Type: New Process
Process: PayOff_Request
Borrower: PAKSIMA
Note:
Process opened 7/31/2007 by user Jaqueline Lehman-Meggison.

---

404.

---

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 7/31/2007 11:20:00 AM
Type: Auto Note
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA

Notes

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 82 of 90

Page 81 of 89

Note:
User has closed the file. Close Reason: Process Complete

405.

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 7/31/2007 11:20:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions Received By Attorney, completed on 7/31/2007

406.

Written By: Tran Pham, LPS Default Solutions
Date: 7/31/2007 10:02:00 AM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
A fees and costs request has been completed for this loan by Tran Pham

407.

Written By: Elizabeth Corona, Cal-Western Reconveyance Corp
Date: 7/31/2007 10:01:00 AM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Fees and costs response: Good Through:8/30/2007 Fees: 550.00 Costs: 575.00 Comment:

408.

Written By: Melinda ODonnell, LPS Default Solutions
Date: 7/31/2007 8:31:00 AM
Type: Issue
Process: FC_Proceed
Borrower: PAKSIMA
Note:
System updated for the following event: User has updated a Process-Level issue for this loan.
Issue updated to: Issue Type: Payoff Request. Issue Comments: Please provide payoof good thru 8/30/07 for refi,

UPB $355.944.33

Lc's 131.46

DDansby Status: Active

409.

Written By: Melinda ODonnell, LPS Default Solutions
Date: 7/31/2007 8:31:00 AM
Type: Issue
Process: FC_Proceed
Borrower: PAKSIMA

Notes
Page 82 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 83 of 90

Note:
System updated for the following event: User has approved the issue. issue type: Payoff Request. Status: Active, Approved.

---

410.

---

Written By: Melinda ODonnell, LPS Default Solutions
Date: 7/31/2007 8:31:00 AM
Type: Fees and Costs
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
A fees and costs request has been entered for this loan by Melinda ODonnell, good through 8/30/2007

---

411.

---

Written By: Fidelity AutoProc, System
Date: 7/31/2007 7:41:00 AM
Type: NewImage Comment
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure - Bidding Instructions (NIE Id# 3968632) sent to Cal-Western Reconveyance Corporation at 7/31/2007 7:34:51 AM by Angela Mattox

---

412.

---

Written By: Angela Mattox, LPS Default Solutions
Date: 7/31/2007 7:34:00 AM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bidding Instructions To Attorney, completed on 7/31/2007

---

413.

---

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 7/30/2007 5:09:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 9/4/2007

---

414.

---

Written By: Diana daw, LPS Default Solutions
Date: 7/30/2007 12:42:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Approved, completed on 7/30/2007

---

415.

---

Notes                                                                 Page 83 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 84 of 90

Written By: Diana daw, LPS Default Solutions
Date: 7/30/2007 12:42:00 PM
Type: Event Update
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Bid Calculation Completed, completed on 7/30/2007

---

416.

---

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 7/30/2007 12:15:00 PM
Type: Auto Note
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

417.

---

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 7/30/2007 12:15:00 PM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Confirmed Sale Has Been Postponed, completed on 7/30/2007

---

418.

---

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:57:00 AM
Type: Event Update
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Notify Attorney of Postponement Request, completed on 7/30/2007

---

419.

---

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:57:00 AM
Type: DDF
Process: FC_Postponement_Notification
Borrower: PAKSIMA
Note:
User has completed the Postpone_Dtl data form with the following entries:
Instructions: : Entered By: Jacob Bustos, ResCap Projected End: 08/30/2007 Comments: Please postpone sale set for 8/7/07, for 30 days, refi in process. DDansby
Timeframe: :

---

420.

---

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:56:00 AM
Type: New Process
Process: FC_Postponement_Notification

Notes

Page 84 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 85 of 90

Borrower: PAKSIMA
Note:
Process opened 7/30/2007 by user Tammy Brooke-Saleh.

421.

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:55:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For. User changed date completed from 8/7/2007 to incomplete. Reason: stop fc

422.

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:55:00 AM
Type: DDF
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has completed the Sale Scheduled For data form with the following entries:
Previous Sale Date: : 08/07/2007
Sale Postponement Reason: : Loss Mitigation

423.

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:55:00 AM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has ended the Issue associated with this loan. Issue Type: Sale Postponement Request. Comments: pp sale.

424.

Written By: Tammy Brooks-Saleh, LPS Default Solutions
Date: 7/30/2007 11:54:00 AM
Type: Issue
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the issue. issue type: Sale Postponement Request. Status: Active, Approved.

425.

Written By: Jacob Bustos, ResCap
Date: 7/30/2007 11:14:00 AM
Type: Issue
Process: FC_Proceed
Borrower: PAKSIMA
Note:

Notes

Page 85 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 86 of 90

System updated for the following event: User has created a Process-Level issue for this loan. Issue Type: Payoff Request.
Issue Comments: Please provide payoof good thru 8/30/07 for refi,

UPB $355.944.33

Lc's 131.46

DDansby Status: Active

---

426.

---

Written By: Jacob Bustos, ResCap
Date: 7/30/2007 11:12:00 AM
Type: Hold
Process: FC_Proceed
Borrower: PAKSIMA
Note:
User has added 31 prior hold days to this process. Hold Comments: Please postpone sale set for 8/7/07, for 30 days, refi in process.

DDansby

---

427.

---

Written By: Jacob Bustos, ResCap
Date: 7/30/2007 11:11:00 AM
Type: Issue
Process: FC_Proceed
Borrower: PAKSIMA
Note:
System updated for the following event: User has created a Process-Level issue for this loan. Issue Type: Sale Postponement Request. Issue Comments: Please postpone sale set for 8/7/07, for 30 days, refi in process.

DDansby Status: Active

---

428.

---

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 7/20/2007 10:29:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Title Report Received, completed on 7/20/2007

---

429.

---

Written By: Peter Read, LPS Default Solutions
Date: 7/20/2007 9:45:00 AM
Type: Hold
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has added 3 prior hold days to this process. Hold Comments: TX sales occur 1x mo.

---

430.

---

Notes

Page 86 of 89

12-12020-mg     Doc 9831-8     Filed 04/11/16     Entered 04/11/16 15:21:08     Decl.
Exhibit E     Pg 87 of 90

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 7/16/2007 5:17:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: NOS Posted, completed on 7/16/2007

431.

Written By: Carrie Johnson, LPS Default Solutions
Date: 7/11/2007 9:41:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the Reprojection Type Other for the step Title Report Received.
Status: Active, Approved.

432.

Written By: Elizabeth Corona, Cal-Western Reconveyance Corp
Date: 7/10/2007 5:20:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Title Report Received to 7/20/2007. Reason: Other.
Comments: Please be advised the title report was requested on 6/27/2007. I have followed up with the title co. and we
should have by 7/20/2007.
. Status: Active, awaiting approval.

433.

Written By: Rona Ramos, LPS Default Solutions
Date: 6/26/2007 11:28:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the Reprojection Type Other for the step Title Report Received.
Status: Active, Approved.

434.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 6/25/2007 6:56:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step Title Report Received to 7/10/2007. Reason: Other.
Comments: Title report requested 06/19/07. Will follow-up in 2 weeks for status.
. Status: Active, awaiting approval.

435.

Notes

Page 87 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 88 of 90

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 6/15/2007 6:37:00 PM
Type: Auto Note
Process: FC_Proceed
Borrower: PAKSIMA
Note:
User has closed the file. Close Reason: Process Complete

---

436.

---

Written By: Tammy Laird - Old account, Cal-Western Reconveyance Corp
Date: 6/15/2007 6:37:00 PM
Type: Event Update
Process: FC_Proceed
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Counsel acknowledged Proceed with foreclosure, completed on
6/15/2007

---

437.

---

Written By: Kristen Florentino, ResCap
Date: 6/15/2007 3:40:00 PM
Type: Event Update
Process: FC_Proceed
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Advised Counsel to Proceed with foreclosure, completed on 6/15/2007

---

438.

---

Written By: Kristen Florentino, ResCap
Date: 6/15/2007 3:39:00 PM
Type: New Process
Process: FC_Proceed
Borrower: PAKSIMA
Note:
Process opened 6/15/2007 by user Kristen Florentino.

---

439.

---

Written By: Carrie Johnson, LPS Default Solutions
Date: 6/12/2007 10:03:00 AM
Type: Reprojection
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
System updated for the following event: User has approved the Reprojection Type Other for the step NOS Posted. Status:
Active, Approved.

---

440.

---

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 6/11/2007 3:00:00 PM
Type: Reprojection
Process: FC_TX_Other_Other_

Borrower: PAKSIMA
Note:
System updated for the following event: User has reprojected the step NOS Posted to 7/16/2007. Reason: Other. Comments: 07/16/07 posting date due to 08/07/07 sale date.
. Status: Active, awaiting approval.

441.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 6/5/2007 9:55:00 AM
Type: New Process
Process: BID_ALL_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 6/5/2007 by user Barbara Bonham.

442.

Written By: Barbara Bonham, Cal-Western Reconveyance Corp
Date: 6/5/2007 9:55:00 AM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: Sale Scheduled For, completed on 8/7/2007

443.

Written By: Fidelity AutoProc, System
Date: 6/4/2007 4:22:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Received By Attorney, completed on 6/4/2007

444.

Written By: Fidelity AutoProc, System
Date: 6/4/2007 12:20:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 3555606) picked up by firm Cal-Western Reconveyance Corporation at 6/4/2007 5:13:53 AM by Otto Grabber

445.

Written By: Fidelity AutoProc, System
Date: 6/1/2007 2:26:00 PM
Type: NewImage Comment
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Foreclosure (NIE Id# 3555606) sent to Cal-Western Reconveyance Corporation at 6/1/2007 2:03:24 PM by Automated Tasks

Notes

Page 89 of 89

12-12020-mg    Doc 9831-8    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit E    Pg 90 of 90

446.
_____

Written By: Fidelity AutoProc, System
Date: 6/1/2007 2:21:00 PM
Type: Event Update
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
User has updated the system for the following event: File Referred To Attorney, completed on 6/1/2007
_____

447.
_____

Written By: Fidelity AutoProc, System
Date: 6/1/2007 12:25:00 PM
Type: New Process
Process: FC_TX_Other_Other_
Borrower: PAKSIMA
Note:
Process opened 6/1/2007 by user Fidelity AutoProc.
_____