**<u>Exhibit H</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/27/2007

| | | |
|---|---|---|
| In re:<br><br>ZEEBA Z. PAKSIMA,<br><br>Debtor | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07-37764<br><br><br><br>Chapter 13 |

ORDER DENYING DEBTOR'S APPLICATION TO PAY FILING FEE IN
INSTALLMENTS AND DISMISSING CASE
[Docket No. 3]

On November 6, 2007, the Debtor filed a *pro se* Chapter 13 petition and an application to pay filing fee in installments. On November 13, 2007, this Court scheduled a hearing on the application for November 26, 2007 at 9:00 a.m. On November 26, 2007, a hearing was held on the application, and the Debtor appeared at this hearing. The Court inquired of the Debtor as to whether she had taken credit counseling prior to filing her petition. She responded in the negative. Accordingly, the Court informed the Debtor that she is ineligible to be a debtor in this case and that the Court would deny her application and dismiss her case. The Court therefore finds that the application should be denied due to the Debtor's ineligibility to be a debtor in this Chapter 13 case. The Court also finds that this case should be dismissed for the same reason. Accordingly, it is:

ORDERED that the Debtor's application to pay filing fee in installments is DENIED; and it is further

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

Signed on this 27th day of November, 2007.

Jeff Bohm
U.S. Bankruptcy Judge