# **Exhibit I**

**DISMISSED, PlnDue, FeeDueINST, DEFmaillist, DEF22c, DEFb7, DEFsch, DUPFILER, CLOSED**

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 08-37149

*Assigned to:* Jeff Bohm
Chapter 13
Voluntary
Asset

*Date filed:* 11/04/2008
*Date terminated:* 12/04/2008
*Date dismissed:* 11/24/2008

*Debtor*
**Zaytoon Zeeba Paksima**
328 Asbury
Houston, TX 77007
HARRIS-TX
713-392-8275
SSN / ITIN: xxx-xx-1596

represented by **Zaytoon Zeeba Paksima**
PRO SE

*Trustee*
**David G Peake**
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856
713-283-5400

*U.S. Trustee*
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

| Filing Date | # | Docket Text |
|---|---|---|
| 11/04/2008 | [1](#) (3 pgs) | Chapter 13 Voluntary Petition. Receipt Number o, Fee Amount $274 . Filed by Zaytoon Zeeba Paksima (smur, ) Additional attachment(s) added on 11/4/2008 (smur, ). (Entered: 11/04/2008) |
| 11/04/2008 | [2](#) (1 pg) | Schedules *A* (Filed By Zaytoon Zeeba Paksima ). (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 | [3](#) | |

|  |  |  |
|---|---|---|
|  |  | Statement of Social Security Number Filed. Does this document change the social security number for one or more debtors? No. Has the Meeting of Creditors been set in this case? No. (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 | 4 (2 pgs) | Exhibit D to Petition (Filed By Zaytoon Zeeba Paksima ). (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 | 5 (2 pgs; 2 docs) | Application to Pay Filing Fee in Installments. Receipt Number o, Filed by Debtor Zaytoon Zeeba Paksima (Attachments: 1 Proposed Order) (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 | 6 (1 pg) | Certificate of Credit Counseling (Filed By Zaytoon Zeeba Paksima ). (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 | 7 | No Creditor Mailing List (smur, ) (Entered: 11/04/2008) |
| 11/04/2008 |  | Receipt of First Installment Payment. Receipt Number 172516, Fee Amount $50.00 (ejon, ) (Entered: 11/04/2008) |
| 11/05/2008 | 8 (8 pgs) | Order: Possible Future Dismissal of Case. Court advises that 11 U.S.C. Section 521(i) requires automatic dismissal if information required by Section 521(a)(1) is not filed. Signed on 11/5/2008 (bdan, ) (Entered: 11/05/2008) |
| 11/05/2008 | 9 (4 pgs) | Initial Case Management Order, Initial Order on Debtor's Responsibilities, and Order Authorizing Use of Vehicles Pursuant to 363 and Providing Adequate Protection. Signed on 11/5/2008 (bdan, ) (Entered: 11/05/2008) |
| 11/07/2008 |  | Previous case filed in the Southern District of Texas (Houston), Case Number 07-37764. (jgon, ) (Entered: 11/07/2008) |
| 11/07/2008 | 10 (1 pg) | Notice of Hearing (Related document(s):5 Application to Pay Filing Fees in Installments) Hearing scheduled for 11/24/2008 at 02:00 PM at Houston, Courtroom 600 (JB). (rste, ) (Entered: 11/07/2008) |
| 11/07/2008 | 11 (5 pgs) | BNC Certificate of Mailing. (Related document(s):9 Initial Order for Chapter 13 Case) No. of Notices: 3. |

| | | |
|---|---|---|
| | | Service Date 11/07/2008. (Admin.) (Entered: 11/08/2008) |
| 11/07/2008 | 12<br>(9 pgs) | BNC Certificate of Mailing. (Related document(s):8 Order: Possible Future Dismissal of Case) No. of Notices: 1. Service Date 11/07/2008. (Admin.) (Entered: 11/08/2008) |
| 11/09/2008 | 13<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):10 Notice of Hearing) No. of Notices: 2. Service Date 11/09/2008. (Admin.) (Entered: 11/10/2008) |
| 11/14/2008 | 14<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Tracy Danielle Mabry Filed by on behalf of Homecomings Financial, LLC (Mabry, Tracy) (Entered: 11/14/2008) |
| 11/24/2008 | 15<br>(1 pg) | Order Dismissing Case for Deficiencies (No mailing matrix) Signed on 11/24/2008 (tcam, ) (Entered: 11/24/2008) |
| 11/24/2008 | 16<br>(1 pg) | Notice of Appearance and Request for Notice Filed by R Christopher Naylor Filed by on behalf of Mazda American Credit (Naylor, R) (Entered: 11/24/2008) |
| 11/24/2008 | 17<br>(1 pg) | Order Mooting Application To Pay Filing Fees In Installments. (Related Doc # 5). Signed on 11/24/2008. (vatt) (Entered: 11/24/2008) |
| 11/26/2008 | 18<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):15 Order Dismissing Case for Deficiencies) No. of Notices: 3. Service Date 11/26/2008. (Admin.) (Entered: 11/27/2008) |
| 11/26/2008 | 19<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):17 Order on Motion To Pay Filing Fees in Installments) No. of Notices: 1. Service Date 11/26/2008. (Admin.) (Entered: 11/27/2008) |
| 12/01/2008 | 20<br>(2 pgs) | Chapter 13 Trustee Final Report and Account. (Peake, David) (Entered: 12/01/2008) |
| 12/03/2008 | 21<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):20 Chapter 13 Trustee's Final Report and Account) No. of Notices: 4. Service Date 12/03/2008. (Admin.) (Entered: 12/04/2008) |
| | | |

| | | |
|---|---|---|
| 12/04/2008 | [22](#) (1 pg) | Final Decree Signed on 12/4/2008 (pwill, ) (Entered: 12/04/2008) |
| 12/06/2008 | [23](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s):22 Final Decree) No. of Notices: 5. Service Date 12/06/2008. (Admin.) (Entered: 12/07/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2016 14:31:23 | | | |
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 08-37149 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |