**Exhibit J**

12-12020-mg    Doc 9831-13    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl. Exhibit J    Pg 2 of 2

Case 08-37149   Document 19   Filed in TXSB on 11/24/08   Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

**ENTERED**
**11/24/2008**

In Re:  Zaytoon Zeeba Paksima

Case No.: 08–37149

Debtor

Chapter: 13

### ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency,

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 11/24/08

_____
JEFF BOHM
United States Bankruptcy Judge