# **Exhibit K**

| Date | Fee Amount | Description | Account Due |
|---|---|---|---|
| December 3, 2009 | $ 83.00 | BPO | March 1, 2007 |
| March 8, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| April 7, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| May 6, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| June 4, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| June 24, 2010 | $ 83.00 | BPO | March 1, 2007 |
| June 29, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| August 6, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| August 31, 2010 | $ 14.75 | Property Inspection | March 1, 2007 |
| September 30, 2010 | $ 11.25 | Property Inspection | March 1, 2007 |
| November 1, 2010 | $ 16.50 | Property Inspection | March 1, 2007 |
| December 1, 2010 | $ 13.00 | Property Inspection | March 1, 2007 |
| December 6, 2010 | $ 83.00 | BPO | March 1, 2007 |
| January 5, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| February 2, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| March 9, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| March 10, 2011 | $ 83.00 | BPO | March 1, 2007 |
| April 1, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| May 3, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| June 3, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| July 4, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| August 2, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |

| | | | |
|---|---|---|---|
| August 10, 2011 | $ 83.00 | BPO | March 1, 2007 |
| September 1, 2011 | $ 11.25 | Property Inspection | March 1, 2007 |
| September 15, 2011 | $ 40.00 | Waived Fee | March 1, 2007 |