# **Exhibit L**

February 8, 2011

Zaytoon Z Paksima
328 Asbury St
Houston TX  77007

RE:    Account Number:    ▮3359
       Property Address:  328 Asbury St
                          Houston TX  77007

Dear Zaytoon Z Paksima:

This letter is in response to your recent inquiry concerning the Validation of Debt on the above-referenced account.

A copy of the loan documents and a payment history confirming Validation of Debt reported to the four major credit reporting agencies are enclosed. GMAC Mortgage is unable to comply with your request to make changes to your credit file based on the information you have provided. GMAC Mortgage makes every effort to report true and accurate information to the bureaus.

After reviewing the enclosed documents and you still consider yourself not financially obligated for the above-referenced account, please provide the specific reason(s) you believe you are not liable, along with any appropriate documents to support your assertion. Your letter and documents will be reviewed upon receipt, and a response sent

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00am to 10:00pm CT Monday through Friday and 9:00am to 1:00pm CT on Saturday.

Customer Care/LJ
Loan Servicing

Enclosures

```
GMAC Mortgage, LLC                                                       PAGE       1
PO Box 780                                                               DATE 02/08/11

Waterloo            IA 50704-0780
                                              HISTORY FOR ACCOUNT        3359

--------- MAIL ---------------------- --------- PROPERTY ----------------

    ZAYTOON Z PAKSIMA

    328 ASBURY TER                     328 ASBURY ST

    HOUSTON             TX 77007-7137 HOUSTON          TX 77007

------ DATES ------   ---- CURRENT BALANCES -----   ------- UNCOLLECTED -------
PAID TO   02/01/07  PRINCIPAL         355944.33   LATE CHARGES       -747.83
NEXT DUE  03/01/07  ESCROW            -68233.37   OPTIONAL INS          0.00
LAST PMT  04/16/07  UNAPPLIED FUND      7354.98   INTEREST              0.00
AUDIT DT  10/31/05  UNAPPLIED CODES          L    FEES              -4347.89
                    BUYDOWN   FUND        0.00    ------ YEAR TO DATE -------
  LAST ACTIVITY     BUYDOWN   CODE              INTEREST              0.00
    02/02/11                                    TAXES                 0.00

POST   TRN  DUE    TRANSACTION     PRINCIPAL        INTEREST         ESCROW
DATE   CDE  DATE   AMOUNT          PAID             PAID             PAID
------ ---  ------ --------------- ---------------- ---------------- ---------------
020408 E23  020107   -535.00  PAYEE = 1600.00350          .00         -535.00
030308 E23  020107   -535.00  PAYEE = 1600.00350          .00         -535.00
040208 E23  020107   -535.00  PAYEE = 1600.00350          .00         -535.00
042408 R23  020107    535.00           .00                .00          535.00
042408 R23  020107    535.00           .00                .00          535.00
042408 R23  020107    535.00           .00                .00          535.00
042408 R23  020107    535.00           .00                .00          535.00
050708 FB   020107     85.00 164 CORP ADV 3 DRM
052308 UFU  020107  UNAPPLIED FUNDS (1)         -698.34  BALANCE          0.00
052308 RT   020107   1671.93           .00                .00         2370.27
052308 ITR  020107  OLD INV 99413   1 P-BAL   355944.33 INT                .00
                    NEW INV 96340   1 PERCENT OWNED   .0000 ACTION CD 000
052308 UFU  020107  UNAPPLIED FUNDS (1)          698.34  BALANCE        698.34
052308 PT   020107  -1671.93           .00                .00        -2370.27
063008 FB   020107    250.00  40 EXPENSE ADVANCES
071008 FB   020107      5.62  40 EXPENSE ADVANCES
071008 FB   020107    325.00  40 EXPENSE ADVANCES
071008 FB   020107    130.00  40 EXPENSE ADVANCES
071008 FB   020107     92.00  40 EXPENSE ADVANCES
072408 E20  020107  -4538.00  PAYEE = 1600.00347          .00        -4538.00
080508 FB   020107     11.25  11 PROP INSPECTION FEE
082208 FB   020107     11.25  11 PROP INSPECTION FEE
090408 FE   020107     51.92  40 EXPENSE ADVANCES
102308 FB   020107     38.52  40 EXPENSE ADVANCES
110708 FB   020107     15.96  40 EXPENSE ADVANCES
110708 FB   020107    550.00  40 EXPENSE ADVANCES
110708 FB   020107     60.00  40 EXPENSE ADVANCES

    INQ 1373
```

```
HISTORY FOR ACCOUNT         8359                          PAGE       2
                                                          DATE 02/08/11


--------- MAIL ---------------------- --------- PROPERTY ----------------

ZAYTOON Z PAKSIMA

328 ASBURY TER                      328 ASBURY ST

HOUSTON              TX 77007-7137 HOUSTON              TX 77007


------------------------------------------------------------------------
POST   TRN  DUE      TRANSACTION      PRINCIPAL       INTEREST        ESCROW
DATE   CDE  DATE     AMOUNT           PAID            PAID            PAID
------ ---  ------   --------------   ------------    -----------     --------------
110708 FB   020107        50.00   40 EXPENSE ADVANCES
110708 FB   020107       185.00   40 EXPENSE ADVANCES
110708 FB   020107        55.00   40 EXPENSE ADVANCES
111208 FB   020107        11.25   11 PROP INSPECTION FEE
111908 UI   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT    698.34*
111908 UFU  020107   UNAPPLIED FUNDS (1)       -698.34  BALANCE             0.00
111908 SR   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT    698.34
111908 UI   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT  -3006.96*
111908 AA   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT  -3006.96*
112508 UI   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT   3006.96*
112508 AA   020107          .00             .00             .00             .00
                     OPT PREMIUMS               .00  LATE CHARGE PYMT   3006.96*
112808 UFL  020107   UNAPPLIED FUNDS (5)     29419.94  BALANCE         29419.94
112808 SR   020107     29419.94             .00             .00             .00
122608 FB   020107        83.00  164 CORP ADV 3 DRM
011509 FB   020107        11.25   11 PROP INSPECTION FEE
012809 E20  020107     -4538.00   PAYEE = 1600.00347          .00       -4538.00
022409 FB   020107        13.00   11 PROP INSPECTION FEE
031109 FB   020107        11.25   11 PROP INSPECTION FEE
040809 FB   020107        11.25   11 PROP INSPECTION FEE
040909 FB   020107        75.00   40 EXPENSE ADVANCES
042109 R20  020107      3568.00             .00             .00        3568.00
050109 M90  020107    -36104.26   PAYEE = 0101.00000          .00      -36104.26
061709 FB   020107        83.00  164 CORP ADV 3 DRM
091509 UFL  020107   UNAPPLIED FUNDS (5)     -2941.99  BALANCE         26477.95
091509 M72  020107     -2941.99   PAYEE = 5000.11709          .00             .00
091509 UFL  020107   UNAPPLIED FUNDS (5)     -4412.99  BALANCE         22064.96
091509 M72  020107     -4412.99   PAYEE = 5000.11709          .00             .00
120309 FB   020107        83.00  164 CORP ADV 3 DRM
120309 E90  020107    -10896.28   PAYEE = 0101.00000          .00      -10896.28
123009 UFL  020107   UNAPPLIED FUNDS (5)    -14709.98  BALANCE          7354.98


INQ 1373
```

```
HISTORY FOR ACCOUNT        359                              PAGE         3
                                                            DATE 02/08/11

          --------- MAIL --------------------- --------- PROPERTY ---------------

          ZAYTOON Z PAKSIMA

          328 ASBURY TER                    328 ASBURY ST

          HOUSTON            TX 77007-7137 HOUSTON                TX 77007

-------------------------------------------------------------------------
  POST  TRN  DUE     TRANSACTION    PRINCIPAL        INTEREST        ESCROW
  DATE  CDE  DATE    AMOUNT         PAID             PAID            PAID
  ----- ---  ------  ------------   ---------------  --------------- ---------------
  123009 M72 020107   -14709.98  PAYEE = 5000.11709          .00              .00
  030810 FB  020107        11.25  11 PROP INSPECTION FEE
  040710 FB  020107        11.25  11 PROP INSPECTION FEE
  050610 FB  020107        11.25  11 PROP INSPECTION FEE
  060410 FB  020107        11.25  11 PROP INSPECTION FEE
  062410 FB  020107        83.00 164 CORP ADV 3 DRM
  062910 FB  020107        11.25  11 PROP INSPECTION FEE
  080610 FB  020107        11.25  11 PROP INSPECTION FEE
  083110 FB  020107        14.75  11 PROP INSPECTION FEE
  093010 FB  020107        11.25  11 PROP INSPECTION FEE
  110110 FB  020107        16.50  11 PROP INSPECTION FEE
  112510 E20 020107    -2456.00  PAYEE = 1600.00347          .00         -2456.00
  112910 E90 020107   -10898.56  PAYEE = 0101.00000          .00        -10898.56
  120110 FB  020107        13.00  11 PROP INSPECTION FEE
  120610 FB  020107        83.00 164 CORP ADV 3 DRM
  010511 FB  020107        11.25  11 PROP INSPECTION FEE
  020211 FB  020107        11.25  11 PROP INSPECTION FEE

  END OF HISTORY

     INQ 1373
```

Zaytoon Zeeba Paksima
328 Asbury
Houston, Texas 77007

January 26, 2011

Pite Duncan, LLP  
4375 Jutland Drive, Suite 200  
P. O. Box 17935  
San Diego, CA 92177-0935

Via Fascimile: 619.590.1385

Re: Loan No. ████3359  
T.S. No. TX-272475-C

To Whom It May Concern:

This letter is to inform you that I dispute a portion of this debt and need proof as to the original and present creditor of this note.

I would also like to notify you that I received this notice just last week. I have yet to receive a certified copy of this notice.

I would greatly appreciate you giving this matter your immediate attention as the date of this sale approaches.

Sincerely,

Z. Zeeba Paksima  
713.392.8275 mobile  
713.880.1596 fascimile  
zeeba@paksimagroup.com

cc:   ETS  
     2255 N. Ontario Street  
     Suite 400  
     Burbank, CA 91504

     GMAC Mortgage, LLC FKA  
     GMAC Mortgage Corporation  
     1100 Virginia Drive  
     Fort Washington, PA 19034

Encl.

ETS
PO Box 9032
Temecula, CA 92589-9032



2244767516

Send Payments to:
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

Send Correspondence to:
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

ZAYTOON ZEEBA PAKSIMA
328 ASBURY TER
HOUSTON TX 77007-7137

20101230-56
TXNTS_FirstClass



1096-v4

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

DATE: 12/21/2010
TS# TX-272475-C

**DEED OF TRUST, SECURITY AGREEMENT-FINANCING STATEMENT:**

| | |
|---|---|
| Date: | 9/2/2005 |
| Grantor: | ZAYTOON ZEEBA PAKSIMA, A SINGLE WOMAN |
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IN IS ACTING SOLELY AS NOMINEE FOR FINANCE AMERIC LLC |
| Trustee: | LINDA MARTINEZ, ESQ. |
| Recording Information: | Instrument Y760145, Volume XX, Page XX, Real Property Records, Harris County, Texas, Recorded on: 9/13/2005 |
| Property: | See EXHIBIT "A" |
| Mortgagee: | GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION |

**NOTE:**

| | |
|---|---|
| Date: | 9/2/2005 |
| Amount: | $360,050.00 |
| Debtor: | ZAYTOON ZEEBA PAKSIMA, A SINGLE WOMAN |
| Holder: | U.S. Bank National Association as Trustee for RASC 2005KS11 By: Residential Funding, LLC fka Residential Funding Corporat Attorney-in-Fact. |
| SUBSTITUTE TRUSTEE: | Jeff Leva, Audrey Lewis, Theresa Perales, Sandy Dasigenis, No McNally, Cassandra Inouye or Erika Puentes, c/o Executive Tru Services, LLC, 2255 North Ontario Street, Suite 400, Burbank, California 91504-3120 |

**DATE OF SALE OF PROPERTY:**
Tuesday, 2/1/2011 at 10:00 AM but in no event later than three (3) hours thereafter

**PLACE OF SALE OF PROPERTY:**
BEING 1,925 SQUARE FEET OUT OF THE FIRST FLOOR LOBBY AND 8,530 SQUARI FEET OF THE CONTIGUOUS COVERED AREA OUTSIDE OF THE FIRST FLOOR LOBBY, HARRIS COUNTY FAMILY LAW CENTER BUILDING, 1115 CONGRESS STREET, CITY OF HOUSTON, HARRIS COUNTY

If no place is designated by the Commissioner, the sale will be conducted at the place where t Notice of Substitute Trustee's Sale was posted, or any other area designated by the courthous or Commissioner of Courts pursuant to Sec 51.002 of the Texas Property Code.



Identifier: ███████3359    Doc Type:CORR

12-12020-mg    Doc 9831-15    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit L    Pg 9 of 14

TS# TX-272475-C

NOTICE IS HEREBY GIVEN that because the default in performance of the obligations of t[he] Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three hours after that time.

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION is current owner holder of the Note and is the beneficiary under the Deed of Trust associated with the above referenced loan. GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION' address is:

GMAC MORTGAGE, LLC FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Jeff Leva, Audrey Lewis, Theresa Perales, Sandy Dasigenis, Noel McNally, Cassandra Inouye or Er[ic] Puentes
Substitute Trustee

Return to:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

TX-272475-C

EXHIBIT "A"

LOT TWO (2), SAVE AND EXCEPT THE NORTH 1.38 FEET THEREOF, IN BLOCK (1), OF RAVA SQUARE, A SUBDIVISION OF 0.3444 ACRES BEING A REPLAT OF L 1, 2, 3, 4, 5, AND 6, BLOCK 36 OF RICE MILITARY ADDITION, ACCORDING TO I PLAT THEREOF RECORDED IN FILM CODE NO. 465124, OF THE MAP RECORD: HARRIS COUNTY, TEXAS.

A.P.N. 1215330010002



Identifier: ▊▊▊▊3359   Doc Type:CORR

12-12020-mg   Doc 9831-15   Filed 04/11/16   Entered 04/11/16 15:21:08   Decl.
Exhibit L   Pg 11 of 14

Loan No. ▊▊▊▊3359
T.S. No. TX-272475-C

Please find enclosed a Notice of Acceleration of Maturity if not previously sent and Notice of Non-Judicial Foreclosure Sale (Notice of Substituted Trustee's Sale).

This is an attempt by a debt collector to collect a consumer debt and any information obtained will be used for that purpose.

Unless within thirty (30) days after you receive this notice you dispute the validity of this debt, or any portion of the debt, the debt will be presumed to be valid.

If within this thirty days: (i) You notify this office (hereinafter "we" or "us") in writing that you dispute this debt, or any portion of it, then we will obtain and mail to you verification of this debt or a copy of any judgment against you; (ii) You request in writing that we obtain the name and address of the original creditor, if different from the current creditor, then we will obtain and mail it to you; (iii) You notify us in writing that you dispute this debt, or any portion of the debt, then we will cease collection of the debt, until we obtain verification of the debt, or a copy of any judgment, and mail it to you; (iv) You request in writing the name and address of the original creditor, if different from the current creditor, then we will cease collection of the debt, until we obtain the name and address of the original creditor and mail it to you.

In the event your are presently on active duty in the Armed Services of the United States or have been discharged within three (3) months prior to the date of this letter, please submit evidence such service by way of a letter from your Commanding Officer or a copy of your discharge orders to this office immediately, inasmuch as you may have certain rights available to you pursuant to the Soldiers' and Sailors' Civil Relief Act.

Address for Notices:

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

(See the name of the creditor and the amount of the debt on the next page)



Page 1 of

Identifier: 3359    Doc Type:CORR

12-12020-mg    Doc 9831-15    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl.
Exhibit L    Pg 12 of 14

# NOTICE OF ACCELERATION OF MATURITY

## THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Date: 12/21/2010

Loan No 3359
T.S. No. TX-272475-C

Re: $360,050.00 promissory note (the "Note", whether one or more) dated 9/2, 2005, executed ZAYTOON ZEEBA PAKSIMA, A SINGLE WOMAN, and payable to the order of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., IS ACTING SOLELY A NOMINEE FOR FINANCE AMERICA, LLC as therein provided, secured by a deed of trust (the "Deed of Trust") dated of even date therewith, and recorded in Harris County, Texas, covering the property described in the enclosed Notice of Substitute Trustee's Sale.

ZAYTOON ZEEBA PAKSIMA
328 ASBURY ST
HOUSTON, TX 77007

You have previously been advised by letter dated 4/18/2008, of certain defaults under the No or Deed of Trust and informed of the intent to accelerate the maturity date of the Note if defa therein were not cured within the specified time period. Because of defaults in complying wi the terms and provisions of the Note and Deed of Trust, notice is hereby given that the presen legal holder of the Note HAS ACCELERATED THE MATURITY DATE OF THE NOTE. A result of such acceleration, the entire unpaid principal balance of the Note and all accrued interest and all other sums lawfully owing on the Note or under the Deed of Trust are now du and payable and demand is hereby made for the immediate payment in full of all such sums. of 12/21/2010, the total amount due is $478,532.90.

YOU WILL, THEREFORE, TAKE NOTICE that, pursuant to Section 51.002 of the Texas Property Code, a Notice of Substitute Trustee's Sale (the "Notice") will be posted at the courthouse door of Harris County, Texas, and a copy of the Notice will be filed in the office o the County Clerk of Harris County, Texas. A copy of the Notice is enclosed herein.

Identifier: 3359    Doc Type:CORR

12-12020-mg    Doc 9831-15    Filed 04/11/16    Entered 04/11/16 15:21:08    Decl. Exhibit L    Pg 13 of 14

## Notice of Acceleration of Maturity

Loan No. 3359
T.S. No. TX-272475-C

You are further notified that, in accordance with the terms of the Deed of Trust, and subject to the provisions, if any, in the Note or Deed of Trust regarding your opportunity to reinstate, if payment in full of the outstanding principal balance of the Note, together with all interest accrued thereon and all other lawful charges and attorney's fees incurred to date are not received before the foreclosure sale, the liens created under the Deed of Trust will be foreclosed on as specified in the Notice, and any sums received at the foreclosure sale shall be applied as set forth in the Deed of Trust. As of 12/21/2010, the amount necessary for you to pay in order to cure existing defaults and reinstate your loan is $217,439.37.

In the event the subject property is sold at foreclosure for an amount not sufficient to satisfy the entire unpaid balance of the Note plus accrued but unpaid interested thereon plus escrow charges, late charges, default interest, trustee's fees, attorney's fees, and expenses incurred in connection with the foreclosure, you may be liable for the deficiency.

If you have received a discharge in bankruptcy, the lender does not seek a monetary judgment against you but only seeks possession of the collateral which is security for the debt.

Dated: 12/21/2010         PITE DUNCAN, LLP

By: Daniel R. Gamez (SBOT 24034451)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935



Page 3

Lynne Johnson

### Johnson, Lynne - IA

| | |
|---|---|
| From: | Bass, Karen - IA |
| Sent: | Monday, February 07, 2011 2:16 PM |
| To: | Johnson, Lynne - IA |
| Subject: | FW: #████3359 - PAKSIMA, ZAYTOON |
| Attachments: | Paksima VOD.pdf |

Please work and forward a copy of the response to me and Robert Wilson.

**From:** VOCG PA
**Sent:** Monday, February 07, 2011 1:31 PM
**To:** Wagner, Becky - IA; Bass, Karen - IA
**Cc:** Davis, Lisa - IA
**Subject:** FW: #████3359 - PAKSIMA, ZAYTOON

Jena Williams | Advocacy Resolution Specialist | Executive Offices | P 319.236.5257 | P 800.627.0128 ext 2365257 | F 866.502.6427
THIS RESPONSE IS FOR INTERNAL ASSOCIATE USE ONLY - PLEASE DO NOT COPY AND PASTE PROPRIETARY INFORMA'
CONTAINED IN THIS EMAIL ONTO FISERV - DO NOT FORWARD THE RESPONSE DIRECTLY TO THE BORROWER OR PRO'
BORROWER WITH THIS E-MAIL ADDRESS

**From:** Wilson, Robert - PA
**Sent:** Monday, February 07, 2011 11:52 AM
**To:** VOCG PA
**Subject:** #████3359 - PAKSIMA, ZAYTOON

Please provide a response to the attached mortgagor's validation of debt request.
When completed, please forward a copy to my attn to be uploaded and forwarded to ETS for the

Thanks !

*Bob Wilson*
*Foreclosure Specialist - Collateral Remediation Team*
**GMAC ResCap**
1100 Virginia Drive
Ft. Washington, PA 19034
Ph : 215-734-5069  Fax : 866-561-9356
Robert.Wilson@gmacm.com

2/8/2011

i