**Exhibit R**

| HCDistrictclerk.com | PAKSIMA, ZAYTOON ZEEBA vs. GMAC MORTGAGE LLC (FKA GMAC MORTGAGE COR | 3/29/2016 |
|---|---|---|

Cause: 201154902    CDI: 7    Court: 152

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 9/14/2011 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Bankruptcy |
| **Case (Cause) Type** | DECLARATORY JUDGMENT |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### COURT DETAILS

| | |
|---|---|
| **Court** | 152nd |
| **Address** | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686040 |
| **JudgeName** | ROBERT K. SCHAFFER |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| PAKSIMA, ZAYTOON ZEEBA | PLAINTIFF - CIVIL | | LEVINE, ALLAN G. |
| GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) | DEFENDANT - CIVIL | | PATTERSON, JON HOWARD |
| GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) | CROSS DEFENDANT | | PATTERSON, JON HOWARD |
| GMAC MORTGAGE CORPORATION | DEFENDANT - CIVIL | | |
| GMAC MORTGAGE CORPORATION | CROSS DEFENDANT | | |
| GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) (DOMESTIC LIMITED | REGISTERED AGENT | | |
| ELBAR INVESTMENTS INC | CROSS PLAINTIFF | | PETRONELLA, RICHARD LUCAS |
| ELBAR INVESTMENTS INC BY SERVING ELI KLAIMY | REGISTERED AGENT | | |
| ELBAR INVESTMENTS INC | THIRD PARTY PLAINTIFF | | PETRONELLA, RICHARD LUCAS |

| | | | |
|---|---|---|---|
| U S BANK NATIONAL ASSOCIATION (AS TRUSTEE FOR RASC 2005KSII) | THIRD PARTY DEFENDANT | | PATTERSON, JON HOWARD |
| U S BANK NATIONAL ASSOCIATION (AS TRUSTEE FOR RASC 2005KSII) BY GOODSELL, BLAKE B. | REGISTERED AGENT PRO HAC VICE ATTORNEY | | |

## INACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ELBAR INVESTMENTS INC | DEFENDANT - CIVIL | | PETRONELLA, RICHARD LUCAS |
| ELBAR INVESTMENTS INC | CROSS PLAINTIFF | | PETRONELLA, RICHARD LUCAS |
| PAKSIMA, ZAYTON ZEEBA | CROSS DEFENDANT | | |

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 11/12/2015 | SEVERANCE ORDER SIGNED, PARTY REMOVED | 11/12/2015 | | 3 | | | |
| 11/12/2015 | MOTION FOR SEVERANCE GRANTED | | | 3 | | | |
| 11/12/2015 | ORDER SIGNED, CASE RETAINED ON DOCKET | 11/12/2015 | | 3 | | | |
| 5/22/2012 | BANKRUPTCY PROCEEDINGS, CASE ON HOLD | | | 0 | | | |
| 2/10/2012 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | 2/10/2012 | | 1 | | | |
| 2/3/2012 | ANSWER CROSS ACTION | | | 0 | | PATTERSON, JON HOWARD | GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) |
| 2/3/2012 | ANSWER THIRD PARTY PETITION | | | 0 | | PATTERSON, JON HOWARD | U S BANK NATIONAL ASSOCIATION (AS TRUSTEE FOR RASC 2005KSII) |
| 1/11/2012 | CROSS ACTION | | | 0 | | PETRONELLA, RICHARD LUCAS | ELBAR INVESTMENTS INC |
| 1/11/2012 | THIRD PARTY PETITION | | | 0 | | PETRONELLA, RICHARD LUCAS | ELBAR INVESTMENTS INC |
| 1/11/2012 | COUNTER CLAIM | | | 0 | | PETRONELLA, RICHARD LUCAS | ELBAR INVESTMENTS INC |
| 12/13/2011 | ANSWER ORIGINAL PETITION | | | 0 | | PETRONELLA, RICHARD LUCAS | ELBAR INVESTMENTS INC |
| 11/22/2011 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 11/22/2011 | | 2 | | | |
| 11/15/2011 | DESIGNATED TRIAL READY | | | 0 | | | |
| 11/2/2011 | MTN FOR TEMPORARY RESTRAINING ORDER HEARD, NO RULING MADE | | | 0 | | | |

| Date | Description | | | Attorney | Party |
|---|---|---|---|---|---|
| 11/2/2011 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | | | |
| 11/1/2011 | SECOND AMENDED ORIGINAL PETITION | | 0 | LEVINE, ALLAN G. | PAKSIMA, ZAYTOON ZEEBA |
| 10/25/2011 | FIRST AMENDED ORIGINAL PETITION | | 0 | LEVINE, ALLAN G. | PAKSIMA, ZAYTOON ZEEBA |
| 10/10/2011 | ANSWER ORIGINAL PETITION | | 0 | PATTERSON, JON HOWARD | GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) |
| 9/14/2011 | ORIGINAL PETITION | | 0 | LEVINE, ALLAN G. | PAKSIMA, ZAYTOON ZEEBA |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|---|
| 2/06/2012 08:00 AM | 152 | | Submission Docket (Local Rule 12) | MOTION FOR LEAVE TO APPEAR PRO HAC VICE | Granted | ORDER SIGNED 2-10-12 | PATTERSON, JON HOWARD |
| 2/06/2012 08:00 AM | 152 | | Submission Docket (Local Rule 12) | MOTION FOR ORAL HEARING | Passed | | PATTERSON, JON HOWARD |
| 10/01/2012 09:00 AM | 152 | | Trial Setting | Trial on Merits | Passed | BANKRUPTCY STAY | |
| 9/07/2015 08:00 AM | 152 | | Submission Docket (Local Rule 12) | SEVERANCE (TRCP 41) | Hearing Held | P/J, ATTY T/SET F/HRG LT MESS 9-11 | LEVINE, ALLAN G. |
| 10/09/2015 09:00 AM | 152 | | Trial Coordinators Docket | DISMISS FOR WANT OF PROSECU-MTN TO (TRCP 165A) | Re-Set | RETAIN FILED 10.23.15 | |
| 10/16/2015 10:00 AM | 152 | | Law Day Docket | SEVERANCE (TRCP 41) | Granted | ATTY T/SUBMIT ORDER | LEVINE, ALLAN G. |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | GMAC MORTGAGE LLC (FKA GMAC MORTGAGE CORPORATION) (DOMESTIC LIMITED | 9/14/2011 | 9/15/2011 | | | | 72703164 | MAIL TO ATTORNEY |
| | 211 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | | | |
| | 211 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | ELBAR INVESTMENTS INC BY SERVING ELI KLAIMY | 11/10/2002 | 11/18/2011 | | | | 72726176 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| | 12520 WESTHEIMER RD #251 HOUSTON TX 77077 | | | | | | | | | |
| | 12520 WESTHEIMER RD #251 HOUSTON TX 77077 | | | | | | | | | |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | THIRD PARTIES | U S BANK NATIONAL ASSOCIATION (AS TRUSTEE FOR RASC 2005KSII) BY | 1/11/2002 | 1/20/2012 | 2/23/2012 | | | 72743896 | MAIL TO ATTORNEY |
| | 350 N ST PAUL ST STE 2900 DALLAS TX 75201 | | | | | | | | | |

## Notices

| Notice Date | Activity Date | Description | Connection To Case | Name | Address | Phone |
|---|---|---|---|---|---|---|
| 11/24/2011 | 11/22/2011 | | 0 | LEVINE, ALLAN G. | 2302 FANNIN STR, HOUSTON, TX 77002 | 713-659-7617 |
| 11/24/2011 | 11/22/2011 | | 0 | PATTERSON, JON HOWARD | 1819 5TH AVENUE, BIRMINGHAM, AL 35203 | 205-521-8403 |
| 2/14/2012 | 2/10/2012 | | 0 | PETRONELLA, RICHARD LUCAS | 2421 TANGLEY, S, HOUSTON, TX 77005 | 713-965-0606 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 67873987 | ORDER SIGNED, CASE RETAINED ON DOCKET | | 11/12/2015 | 3 |
| | SEVERANCE ORDER SIGNED, PARTY REMOVED | | 11/12/2015 | |
| 67830463 | Proposed Order on Motion to Sever and to Retain | | 11/11/2015 | 3 |
| 67033291 | Notice of oral hearing | | 09/15/2015 | 2 |
| 67046818 | Amended notice of oral hearing | | 09/15/2015 | 2 |
| 66856935 | Response of Elbar Investments, Inc. to plaintiff's first amended motion to sever and to retain | | 09/01/2015 | 3 |
| ‑> 66856936 | EXHIBIT A | | 09/01/2015 | 2 |
| ‑> 66856937 | Proposed order denying plaintiff's first amended motion to sever and to retain | | 09/01/2015 | 1 |
| 66740159 | Plaintiff's first amended motion to sever and to retain | | 08/24/2015 | 5 |
| ‑> 66740161 | Exhibit A | | 08/24/2015 | 1 |
| ‑> 66740162 | Exhibit B | | 08/24/2015 | 2 |
| ‑> 66740164 | Proposed first amended order on plaintiff's motion to sever and to retain | | 08/24/2015 | 2 |
| 66746384 | Notice of Submission | | 08/24/2015 | 2 |
| 66719441 | Plaintiff's motion to sever and to retain | | 08/21/2015 | 5 |
| ‑> 67582089 | Proposed Order on Motion to Sever and to Retain | | 10/23/2015 | 3 |
| 66719442 | Exhibit A | | 08/21/2015 | 1 |
| 66719443 | Exhibit B | | 08/21/2015 | 2 |
| 66719444 | Proposed order on plaintiff's motion to sever and to retain | | 08/21/2015 | 2 |
| 66719445 | Notice of Submission | | 08/21/2015 | 2 |
| 66651380 | NOTICE OF INTENT TO DISMISS - BANKRUPTCY | | 08/13/2015 | 3 |
| 53133693 | Amended Notice of bankruptcy Filing and Supplemental Servicing Order | | 08/22/2012 | 4 |
| ‑> 53133694 | Exhibit A | | 08/22/2012 | 20 |
| 53135108 | Trial Preparation Order | | 08/16/2012 | 3 |
| 52289366 | Notice of Bankruptcy and Effect of Automatic Stay | | 05/22/2012 | 3 |
| 51702615 | Reporter's Certification Deposition of Audrey Lewis, February 1, 2012 | | 03/22/2012 | 6 |
| ‑> 51703308 | FREEfax Cover Sheet | | 03/22/2012 | 1 |
| 51702832 | Reporter's Certification Deposition of Sandra L. Dasigenis, February 1, 2012 | | 03/22/2012 | 6 |
| ‑> 51703329 | FREEfax Cover Sheet | | 03/22/2012 | 1 |
| 51621489 | Citation Corporate | | 03/13/2012 | 2 |
| ‑> 51624580 | FREEfax Cover Sheet | | 03/13/2012 | 1 |
| 51330042 | ORDER GRANTING APPEARANCE PRO HAC VICE SIGNED | | 02/10/2012 | 1 |

| | | | |
|---|---|---|---|
| 51249060 | GMAC Mortgage, LLC's Answer & Affirmative Defenses to Elbar Investment's Cross Claim and U.S Bank National Association's Answer to Elbar Investment's Third-Party Claim | 02/03/2012 | 4 |
| 51179802 | Re-Notice of Hearing by Submission on Defendant's Motion for Pro Hac Vice and Motion of Texas Attorney | 01/27/2012 | 2 |
| 51151870 | Notice of Submission Hearing on defendant's Motion to Appear Pro Hac Vice and Motion of Texas Attorney | 01/25/2012 | 2 |
| 51083414 | ELBAR CROSS CLAIM FILING LETTER | 01/18/2012 | 1 |
| 51051406 | Motion of Texas Attorney | 01/13/2012 | 2 |
| 51051489 | Motion to Appear Pro Hac Vice | 01/13/2012 | 4 |
| 51065768 | Proposed Order | 01/13/2012 | 1 |
| ‑> 51065767 | Filing letter | 01/13/2012 | 1 |
| 51033319 | Plaintiff's Certificate of written discovery | 01/12/2012 | 2 |
| ‑> 51034150 | FREEfax Cover Sheet | 01/12/2012 | 1 |
| 51028947 | Elbar Investments, Inc.s original third party claim against U.S. Bank National Association, as trustee for RASC 2005KSII, original counter claim against Zaytoon Zeeba Paksima and original cross claim against GMAC mortgage corporation | 01/11/2012 | 9 |
| 51029277 | ELBAR Investments, Inc.'s original third party claim against U.S. Bank National Association, as trustee for RASC 2005KSII, original counter claim against Zaytoon Zeeba Paksima and original cross claim against GMAC Mortgage Corporation | 01/11/2012 | 9 |
| 50953755 | Plaintiff's Certificate of written discovery | 01/04/2012 | 2 |
| ‑> 50957324 | FREEfax Cover Sheet | 01/04/2012 | 1 |
| 50822206 | Original Answer of Elbar Investments Inc Request for Disclosure | 12/13/2011 | 2 |
| ‑> 50822207 | Cover letter | 12/13/2011 | 1 |
| 50628553 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 11/22/2011 | 2 |
| 50717886 | Civil Bureau Process Pick-Up Form | 11/18/2011 | 1 |
| 50524645 | Plaintiff's Certificate of Written Discovery | 11/11/2011 | 2 |
| ‑> 50525501 | FREEfax Cover Sheet | 11/11/2011 | 1 |
| 50517689 | Civil Process Request - New Citation | 11/10/2011 | 1 |
| 50436921 | Plaintiff's Certificate of written discovery | 11/02/2011 | 2 |
| ‑> 50442747 | FREEfax Cover Sheet | 11/02/2011 | 1 |
| 50427561 | Plaintiff's second amended petition and application for temporary restraining order and temporary injunction | 11/01/2011 | 14 |
| ‑> 50427563 | Plaintiff's exhibit I | 11/01/2011 | 5 |
| ‑> 50427564 | Plaintiff's exhibit II | 11/01/2011 | 32 |
| ‑> 50427565 | Plaintiff's exhibit III | 11/01/2011 | 3 |
| ‑> 50427562 | Proposed Order | 11/01/2011 | 1 |
| 50360743 | Plaintiff's first amended petition for declaration of rights, wrongful foreclosure, unreasonable collection efforts, finance code and DTPA violations | 10/25/2011 | 11 |
| 50363427 | FREEfax Cover Sheet | 10/25/2011 | 1 |
| 50244493 | Affidavit of Service (Return on GMAC) | 10/13/2011 | 1 |
| ‑> 50245402 | FREEfax Cover Sheet | 10/13/2011 | 1 |
| 50204349 | GMAC Mortgage, LLCs General Denial | 10/10/2011 | 2 |
| 49953030 | ORIGINAL PETITION FOR DECLARATION OF RIGHTS, WRONGFUL FORECLOSURE, UNREASONABLE COLLECTION EFFORTS, FINANCE CODE AND DTPA VIOLATIONS | 09/14/2011 | 9 |
| ‑> 49953028 | Civil Case Information Sheet | 09/14/2011 | 1 |
| ‑> 49953029 | Civil Process Request | 09/14/2011 | 1 |