Hearing Date and Time:  May 16, 2016 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*
*and the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for May 17, 2016 at 11:00 a.m. (Prevailing Eastern Time) has been rescheduled at the direction of the Court to **May 16, 2016 at 2:00 p.m. (Prevailing Eastern Time)** (the "May 16 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on May 17, 2016 at 11:00 a.m. (Prevailing Eastern Time), have been rescheduled to be heard at the May 16 Hearing:

- ResCap Borrower Claims Trust's Ninety-Third Omnibus Objection to Claims ((I) Redesignate and Allow Borrower Claims, (II) Reclassify and Allow Borrower Claims, (III) Redesignate, Reclassify and Allow Borrower Claims, and (IV) Allow in Full Borrower Claims) [Docket No. 9779];

- ResCap Borrower Claims Trust's Objection to Proof of Claim No. 1296 Filed by Mark Perkins White [Docket No. 9796]; and

ny-1229091

- ResCap Borrower Claims Trust's Objection to Claim No. 715 Filed by Zaytoon Zeeba Paksima [Docket No. 9831].

**PLEASE TAKE FURTHER NOTICE** that the May 16 Hearing will take place before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

Dated: April 12, 2016
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust
and the ResCap Borrower Claims Trust*