**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Dean A. Ziehl
Maria A. Bove

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP LIQUIDATING
TRUST'S OBJECTION TO PROOFS OF CLAIM NOS. 4406 AND 4408
FILED BY BROOKFIELD RPS LLC**

**PLEASE TAKE NOTICE** that, on April 5, 2016, The ResCap Liquidating Trust filed the *Fourth Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in Connection Therewith* [Docket No. 9812], pursuant to which, among other things, the hearing on the *ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC* [Docket No. 9327] (the "Objection") was adjourned to May 31, 2016 at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection is further adjourned from May 31, 2016 at 10:00 a.m. (Prevailing Eastern Time) to June 15, 2016 at 10:00 a.m. (Prevailing Eastern Time).

Dated: April 12, 2016

/s/ *Dean A. Ziehl*
Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel for The ResCap Liquidating Trust*