**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Dean A. Ziehl
Maria A. Bove

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss:
COUNTY OF NEW YORK   )

Denise A. Harris, being duly sworn, affirms, deposes and says: I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein. On April 12, 2016, I caused the *Notice of Adjournment of Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC* [Docket No.9835] to be served upon the parties and in the manner indicated on the annexed Service List.

/s/ *Denise A. Harris*
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
12th day of April, 2016

/s/ *G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires Jan. 16, 2019

DOCS_NY:33699.1 73837/002

**SERVICE LIST**

**BY FEDERAL EXPRESS**

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl.
New York, NY 10013

Clifford Chance US LLP
Jennifer C. DeMarco, Adam Lesman
31 West 52nd St
New York, NY 10019

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave.
New York, NY 10022

Kirkland & Ellis LLP
Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Ave.
El Segundo, CA 90245

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee,
Lorenzo Marinuzzi, Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the US Attorney for the
  Southern District of NY
United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
  NY Regional Office
George S. Canellos, Regional Director
3 World Financial Center, Ste. 400
New York, NY 10281-1022

Cleary Gottlieb Steen & Hamilton LLP
Sean A O'Neal, Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Loeb & Loeb LLP
Walter H. Curchack, Vadim J. Rubinstein,
Debra W. Minoff
345 Park Ave.
New York, NY 10154

Office of the NY State Attorney General
Nancy Lord, Enid M. Stuart
The Capitol
Albany, NY 12224-0341

Securities & Exchange Commission
Secretary of the Treasury
100 F St., NE
Washington, DC 20549

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St., 4W
New York, NY 10286

United States Attorney's Office for the Southern
District of New York Civil Division
Attn: Joseph Cordaro, Cristine Irvin Phillips
86 Chambers St., 3rd Fl.
New York, NY 10007

Weil, Gotshal & Manges LLP
Ray Schrock
767 Fifth Ave
New York, NY 10153

| | |
|---|---|
| U.S. Department of Justice<br>US Attorney General Loretta Lynch<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | US Trustee for the Southern District of NY<br>Linda A. Riffkin, Brian S. Masumoto<br>201 Varick St., Ste. 1006<br>New York, NY 10014 |
| Sonnenschein Nath & Rosenthal LLP<br>Attn: John Baer, Esq. & Michael Rosenthal, Esq.<br>7800 Sears Tower<br>Chicago, Illinois 60606<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz., Rm. 1150<br>Baltimore, MD 21201 |

**BY U.S. MAIL**

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Wells Fargo Bank NA<br>Attn: Corporate Trust Services –<br>GMACM Home Equity Notes<br>2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |

**BY EMAIL**

| | | |
|---|---|---|
| Citibank NA | Attn: Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Kelley Drye & Warren LLP | James S Carr<br>Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis LLP | Richard M Cieri | richard.cieri@kirkland.com |
| | Justin Bernbrock | justin.bernbrock@kirkland.com; richard.cieri@kirkland.com |
| | Stephen E Hessler | stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer Douglas H Mannal Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; szide@kramerlevin.com |
| Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein | wcurchack@loeb.com vrubinstein@loeb.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee, Lorenzo Marinuzzi, Kayvan B Sadeghi | lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |

| | | |
|---|---|---|
| U.S. Department of Justice | US Attorney General, Loretta Lynch | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York Civil Division | Attn: Joseph Cordaro Cristine Irvin Phillips | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| US Trustee for the Southern District of NY | Linda A. Riffkin Brian S. Masumoto | Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Weil, Gotshal & Manges LLP | Ray Schrock | ray.schrock@weil.com |
| Squire Sanders (US) LLP | Peter Morrison Joseph Weinstein | peter.morrison@squirepb.com joe.weinstein@squirepb.com |