UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
In re                         :   Chapter 11
                              :
RESIDENTIAL CAPITAL, LLC,     :   Case No. 12-12020 (MG)
et al..,[1]                   :
                              :
                    Debtor.   :
------------------------------x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on April 12, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **NOTICE OF RESCHEDULED OMNIBUS HEARING DATE (Docket No. 9833)**

Dated: April 12, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 12 day of April, 2016, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm Expires Mar 4, 2020

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Dflanigan@polsinelli.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;

Alevine@csj-law.com (counsel to Paksima)

Chris@myfaircredit.com

Rwd@dietrichlawfirm.net; (Audrey Mills # 857)

Rcordonnier@hotmail.com ;(Ronald Cordonnier # 1237)

Candy.Shively@yahoo.com; (Candy Shively #1672)

Jpennaz@yahoo.com ;(James Pennaz #1679)

Ari@wintemet.com; (Michael G. Weiss # 1919)

Floannab@gmail.com ;(Florence Anne & Michael Berry #1976)

Aprilmlowe@gmail.com ;(April M. Lowe #2127)

Bsmith.gps@gmail.com; (Robert Earl Smith #2364)

Marjoriecanty@gmail.com ;(Kenneth & Marjorie Canty #2369)

Jwgetzinger@comcast.net ;(James Getzinger #3512)

Mvelotas@comcast.net ;(William & Barbara Velotas #3543)

Mferrier59@gmail.com ;(Kenneth & Michelle Ferrier #3791)

Molljanalpha@hotmail.com ;(Molly Jane Essama #4365) (bad email address)

Cellinnovations@msn.com ;(Daniel & Tina O'Rourke #4835)

Davidmartyhs@bellsouth.net; (Martha & david J Petty #6449)

B_blake8@yahoo.com ;(Beverly A. Blake #1457)

Lucashs@appstate.edu; (Fred Colosimo & Harvey Lucas #2121)

Shirld93@gmail.com ;(Shirley Washington #2170)

Wmentpr@att.net ;(Wendell & Mary Bricker #2208)

Sarah.patrick@us.army.mil ;(Sarah Joy Patrick #2665)

Scott.skillman@gmail.com ;(B. Scott Skill man #523)

Robertottoway@yahoo.com ;(Robert Ottoway #1135)

Riggins3362@bellsouth.net ;(Julie M. Riggins #1321)

Lester@lgkateslaw.com ;(Guardianship of Amelia Gaston #1434)

Angelajns@aol.com ;(HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y #1437)

Methier03@comcast.net ;(Michael J. Ethier #1521)

Jim.herman@zimmer.com ;(James & Nancy Herman # 1654) (bad email address)

Ashleygardner1O1 1@gmail.com; (Ashley L Thurman #1960)

Powellj@embarqmail.com ;(Jeffrey & Mary Jane Powell #1966)

Caranegri@gmail.com ;(Cara Negri #2214)

Darcielampman@hotmail.com ;(Michael & Darcie Lampman #2413)

Uwillbehappier@aol.com; (Philip spears #3629)

Garyalaff@yahoo.com ;(Gary A Laff #3747)

Tmartin@mslaw.edu ;(Thomas & Catherine Martin #4401) (bad email address)

Pumbacrs@yahoo.com; (George & Lori Daniels #4560)

Tuiwarehouse@yahoo.com (Emilio Perez #6769)

## **EXHIBIT B**

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014


ZAYTOON ZEEBA PAKSIMA VS GMAC MORTGAGE LLC FKA GMAC MORTGAGE CORPORATION
c/o CHRISTIAN SMITH AND JEWELL LLP
2302 FANNIN STE 500
HOUSTON, TX 77002


Mary Perkins White
PO Box 489
Gig Harbor, WA 98335

Mary Perkins White
c/o Law Offices of Christopher E Green
601 Union St Ste 4285
Seattle, WA 98101

Audrey Mills
c/o Robert W. Dietrich
Dietrich Law Firm
3815 W. Saint Joseph St., Suite B-400
Lansing, MI 48917

Ronald Jerome Cordonnier
1501 Secret Ravine Pkwy Unit 1511
Roseville, CA 95661-6015

Candy Shively
Shore Line Realty & Associates, Inc
1407 Viscaya Pkwy # 2
Cape Coral, FL 33990

JAMES PENNAZ
SANDRA J. PENNAZ
957 KAUKU PLACE
HONOLULU, HI 96825


Michael G. Weiss
1085 90th St. NE.
Monticello, MN 55362

Florence Anne & Michael P Barry
359 Ridge Road
Watchung, NJ 07069

April M. Lowe
11 Negus Street
Webster, MA 01570

Robert Earl Smith
840 Daniel Moss Road
Coahoma, MS 38617


Kenneth J. and Marjorie Canty
2707 Hughes St.
Smyrna, GA 30080

James Getzinger
2575 Peachtree Rd NE #15A
Atlanta, GA 30305

William M. Velotas and Barbara M. Velotas
5803 Boyce Springs
Houston, TX 77066


Kenneth Ferrier and Michelle Ferrier
PO Box 390093
Keauhou, HI 96739

SHEILA LA RUE AND CAL STATE
ROOFING
10683 ALTA SIERRA DR
GRASS VALLEY, CA 95949-6847

ROGER A. OLSEN -
DONNA R. OLSEN
2909 DUNCAN DRIVE
MISSOULA, MT 59802

Marsha Muwwakkil
6314 Homeview Dr.
Houston, TX 77049

Molly Jane Essama
6401 Saint Johns Ave Apt 145
Palatka, FL 32177-6823

Daniel ORourke and Tina ORourke
5760 Sunset Ave. NE
Bremerton, WA 98311

Martha R & David J Petty
8864 SE Jardin Street
Hobe Sound, FL 33455

PETER TESORO
2337 ROSEDALE CURVE
UPLAND, CA 91784

STADDARD, SANDRA
PO Box 170211
Birmingham, AL 35217-4120

Beverly A. Blake
210 C.L. Bradford St.
Pineville, LA 71360

Fred Colosimo and Harvey S. Lucas Acct#0687690526
PO Box 371
Blowing Rock, NC 28605-0371

Shirley S. Washington
2312 Old Military Rd
Mobile, AL 36605-3316

Monifa Jamila Ajanaku
1020 Rayner St
Memphis, TN 38114

Wendell & Mary Bricker
305 Whippoorwill Road
Seymour, MO 65746-9043

Sarah Joy Patrick
3618 Dunlap Fields
Converse, TX 78109

Richard G. Kaschak
P.O. Box 6031
Pine Mt. Club, CA 93222


EDWARD DELGADO JR
404 STONEHEDGE PLACE
SAN MARCOS, CA 92069

James A Cecil Norma S Cecil and Bert M Edwards vs GMAC Mortgage LLC vs James Delisle
LouisvilleJefferson County et al
119 S 7th St 200
Louisville, KY 40202

MARIE J. DIMITRIJEVIC
7629 HERRITAGE DR APT 2
LANSING, MI 48917-5817

Robert J Ottoway
4210 West Lupine Ave
Phoenix, AZ 85029

PAUL G POWER
12 REDSPIRE DRIVE
UNION, NJ 07083

William Mask
PO Box 29735
Oakland, CA 94604

Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

GUARDIANSHIP OF AMELIA GASTON
2655 LEJEUNNE RD STE 804
CORLA GABLES, FL 33134

HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y (new address)
2708 Barwick Court
ROCK HILL, SC  29730-6670

Crystal Johnson
PO Box 15105
Washington, DC 20003-0105

Michael J. Ethier
2060 Walden Ct
Flint, MI 48532

James Herman and Nancy Herman
3023 N Clark St.
Chicago, IL 60657

Ashley L Thurman
1015 Alexander Myers Road
Florence, MS 39073

Jeffrey & Mary Jane Powell
27420 Rolling Hills Drive
Maryville, MO 64468-7500

Dianne H. Bowden
6752 Highway 309 S
Holly Springs, MS 38635-7333

Cara Negri
210 Cedar St Apt 5
Newport Beach, CA 92663-1934

Diana Conley
1106 Bishop Ave
Hamilton, OH 45015

Michael or Darcie Lampman
3314 Monticello Ave
Waterloo, IA 50701

Nelli A. Kasparova
13230 10th Ave S
Burien, WA 98168


PHILLIP D SPEARS VS GMAC MORTGAGE LLC
8107 RUSTIC TER
SAN ANTONIO, TX 78249-3962

LAW OFFICE OF GARY A LAFF
3345 WILSHIRE BLVD STE 911
LOS ANGELES, CA 90010


Juan Carlos Mendoza
1057 SW Janar Ave.
Port St. Lucie, FL 34953

Thomas H. Martin and Catherine D. Martin
92 Moraine St.
Jamaica Plain, MA 02130-4330

Brisbin Skiles
6700 Oakshore Dr. #104
Panama City, FL 32404

WIRTH, GLORIA
1302 N MCKEMY AVE
CHANDLER, AZ 85226-1152

DANIELS, GEORGE M & DANIELS, LORI T
8218 FOLDENAUER DRIVE
HARTLAND, MI 48843

Carla Jo Timm
Homecomings Financial
3451 Hammond Avenue
Waterloo, IA 50702


Mario Montoya
38803 Carolside Ave
Palmdale, CA 93550


Emilio Perez
246 E Main Street
Pahokee FL, 33476