MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF CASE MANAGEMENT CONFERENCE
ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOFS
OF CLAIM FILED BY FRANK REED AND CHRISTINA REED PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 3007 TO APRIL 26, 2016 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the case management conference on the *ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 7017], previously scheduled to be heard on April 19, 2016 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 26, 2016 at 11:00 a.m. (Prevailing Eastern Time)** (the "Case Management Conference").

**PLEASE TAKE FURTHER NOTICE** that the Case Management Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room

ny-1229544

523, New York, New York 10004.

Dated: April 14, 2016  
      New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1229544