**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: <br><br> Residential Capital, LLC, et al. <br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Christopher E. Green request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Mary Perkins White, a claimant who submitted proof of claim 1296 in the above-referenced matter.

I certify, that I am a member in good standing of the Washington State Bar Association, and the bars of the U.S. District Court for the Western District of Washington and U.S. District Court for the Eastern District of Washington. I have submitted a filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED this 15th day of April, 2016

*/s/ Christopher E. Green*

_____
 Christopher E. Green
GreenLawFirm PS
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558, Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com