MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON APRIL 19, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**

**1.**    ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7017]

   **Related Document(s)**:

   **a.**    Order Scheduling Discovery Concerning Cognizable Damages Related to Claim Number 3759 Filed by Frank Reed [Docket No. 9620]

   **b.**    Cognizable Damages Statement filed by Frank Reed [Docket No. 9639]

   **c.**    Memorandum Opinion and Order (*Reed v. ResCap Borrower Claims Trust* (S.D.N.Y. 15-cv-02375-GHW)) [Docket No. 16]

ny-1228923

    **d.**    Notice of Adjournment of Hearing / Notice of Adjournment of Case Management Conference on ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to April 26, 2016 at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 9840]

    **Status**:    The case management conference on this matter has been adjourned to April 26, 2016 at 11:00 a.m. (Prevailing Eastern Time).

**2.**    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC [Docket No. 9327]

    **Related Document(s)**:

    **a.**    Notice of Filing of Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline in Connection Therewith [Docket No. 9384]

    **b.**    Notice of Filing of Second Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection To Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline In Connection Therewith [Docket No. 9565]

    **c.**    Notice of Filing of Third Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline In Connection Therewith [Docket No. 9685]

    **d.**    Notice of Filing of Fourth Stipulation Adjourning Hearing on ResCap Liquidating Trust's Objection To Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC and Extending Response Deadline In Connection Therewith [Docket No. 9812]

    **e.**    Notice of Adjournment of Hearing On ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 4406 and 4408 Filed by Brookfield RPS LLC [Docket No. 9835]

    **Response(s)**:    None.

    **Status**:    The hearing on this matter has been adjourned to June 15, 2016.

**II.**    **SETTLED MATTER**

**3.**    ResCap Borrower Claims Trust's Objection to Claim No. 1094 Filed by Harry W. Miller III, as Counsel for Mary Martin [Docket No. 9756]

    **Related Document(s)**:   None.

    **Response(s)**:   None.

    **Status**:   This matter has been settled. No hearing is required.

### III. CLAIMS OBJECTIONS

**4.** ResCap Borrower Claims Trust's Supplemental Objection in Support of its Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9583]

    **Related Document(s)**:

    **a.** ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9402]

    **b.** Claimant Rosalind Alexander-Kasparik's Opposition to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 [Docket No. 9464]

    **c.** Claimant Rosalind Alexander-Kasparik's Request for Judicial Notice in Support of Opposition to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 [Docket No. 9465]

    **d.** ResCap Borrower Claims Trust's Reply in Further Support of Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9492]

    **e.** Declaration of Jordan A. Wishnew Concerning ResCap Borrower Claims Trust's Objection to Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9561]

    **f.** Notice of Hearing on ResCap Borrower Claims Trust's Supplemental Objection in Support of its Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik Scheduled for April 19, 2016 [Docket No. 9621]

    **Response(s)**:

    **a.** Claimant Rosalind Alexander-Kasparik's Supplemental Opposition to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 3695 [Docket No. 9644]

    **Reply**:

    **a.** ResCap Borrower Claims Trust's Reply in Further Support of its Supplemental Objection to Proof of Claim No. 3695 Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 9669]

**Status**:  The hearing on this matter will be going forward.

Dated: April 15, 2016  /s/ Jordan A. Wishnew
       New York, New York  Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*