**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Christopher E. Green, to be admitted, *pro hac vice*, to represent Mary Perkins White, (the "Client") claimant No. 1296 in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the District of Washington, it is hereby

ORDERED, that Christopher E. Green, is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED this **18th day of April, 2016**

                                                          **/s/Martin Glenn**
                                           United States Bankruptcy Judge