12-12020

April 13, 2016

I, Beverly A. Blake are requesting an objection to the ninety-third omnibus objection trust. to reclassify my claim from priority to general unsecured. I am on the service list under exhibit- b. Claim no. 1457. Due to a breach of performance in handling my loan for real estate. I feel I was completely taken advantage of. The loan officer saw that I was very desperate to be approved for a loan and he offered me the highest interest rate of 9.5000 percent. Knowing that I would automatically except the loan just to get a home for me and my two small children to live in. By the loan officer doing so It caused a much greater hardship on me as a single widowed mother. I am asking the court to continue to address my claim as a priority claim and not reclassify as a general unsecured claim. Due to the hardship of paying a more higher interest rate & fees of $26,000.00 or more during the life of my loan with homecomings financial l.l.c. I should be allowed the whole full amount In consideration with the issues involved with this claim.

RESPECTFULLY SUBMITTED:

BEVERLY A. BLAKE



RECEIVED
APR 1 8 2016
U.S. BANKRUPTCY COURT, SDNY

ny-1229797