# Exhibit 3

Christopher E. Green
GreenLawFirm PS
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Attorney For Claimant Mary Perkins White
Admitted Pro Hac Vice


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In Re: RESIDENTIAL CAPITAL, LLC, et al.

_____

Hearing Date: May 17, 2016
Hearing Time: 11:00am

Case No.: 12-12020 (Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

**DECLARATION OF CHRISTOPHER GREEN IN SUPPORT OF OPPOSITION TO THE OBJECTION OF THE RESCAP BORROWER CLAIM TRUST TO CLAIM NUMBER 1296**

I swear under penalty of perjury to the following matters:

  1. My name is Christopher Green. I am the attorney for Mary White concerning Claim number 1296 in the above captioned case and I was her counsel in the case that ended for GMAC Mortgage LLC (GMAC) when it sought protection under Chapter 11 of the Bankruptcy Code.

  2. In June 2011 I filed suit for Mary White against GMAC that became US District Court for the Western District of Washington 3:11-cv-05439.

3. In about February 2012 while the suit was pending GMAC reported Mary White had been 90 to 119 days past due on the loan. This letter and credit report are attached to the Declaration of Mary White In Support of Opposition To The Objection Of The Trust as Exhibit N.

4. A consumer disputed verification document was provided by Equifax in discovery during litigation of Mary White's claim. This showed GMAC's response to Equifax claiming Mary White was late making payments to it. That document is attached to Declaration of Mary White In Support of Opposition To The Objection Of The Trust as Exhibit F.

5. Mary Perkins White filed her proof of claim number 1296 in October 2012 provided proof of her damages in the initial filing and in supplementation requested by the Trust.

Dated: April 20, 2016  /s/Christopher E Green_____
Seattle Washington  Christopher E. Green
 GreenLawFirm PS
 Two Union Square Suite 4285
 601 Union Street
 Seattle, Washington 98101
 (206) 686-4558 Fax: (206) 686-2558
 WSBA No. 19410
 Attorney For Claimant Mary Perkins White
 Admitted Pro Hac Vice (Doc. No. 9848)

2