# Exhibit 4

Christopher E. Green
GreenLawFirm PS
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Attorney For Claimant Mary Perkins White
Admitted Pro Hac Vice

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
)      Hearing Date: May 17, 2016
)      Hearing Time: 11:00 am
)
)      Case No.: 12-12020 (Chapter 11)
In Re: RESIDENTIAL CAPITAL, LLC, et al.    )
)      Assigned to:
)      Hon. Martin Glenn
)      Bankruptcy Judge
)
_____)

**ORDER DENYING OBJECTION OF THE RESCAP BORROWER CLAIMS
TRUST CLAIM NUMBER 1296 FILED BY MARY PERKINS WHITE**

Upon consideration of the objection of the ResCap Borrowers Claims Trust (Doc. 9796-1), as the successor to Residential Capital, LLC, and its affiliated debtors and debtors in possession with respect to Borrower Claims, and the response and opposition by MARY PERKINS WHITE, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

    1. The relief requested in the Objection is DENIED as set forth in the Court's Memorandum Opinion and/or statements on the record at a hearing held on May 17, 2016 in this Court;

    2. The relief requested by the Borrower Trust is denied with prejudice; and

3. Kurtzman Carlson Consultants LLC, the Claims and Noticing Agent on behalf of the Debtors is directed to mark the claims register consistent with this Order.

Dated: May ___, 2016 New York, New York

_____
The Honorable Martin Glenn
United States Bankruptcy Judge