# EXHIBIT B

## Personal Information

**File Number:** 214519226
**Date Issued:** 12/08/2009

**Name:** MARY E. WHITE
**Other Names:** PERKINS,WHITE,MARY
WHITE,MARY,ELIZABETH
PERKINSWHITE,MARY,ELIZABE

**SSN:**
**Date of Birth:**
**Telephone** 3658

Your SSN is partially masked for your protection

You have been on our files since 08/1984

### CURRENT ADDRESS

**Address:** 7918 NW. RAY NASH DR.
GIG HARBOR, WA 98335

**Date Reported:** 09/2007

### PREVIOUS ADDRESSES

**Address:** 489 PO BOX 489
GIG HARBOR, WA 98335

**Date Reported:** 06/2005

**Address:** 10322 NW. 123RD ST.
GIG HARBOR, WA 98329

### EMPLOYMENT DATA REPORTED

**Employer Name:** SELF EMPLOYED
**Location:** KENT, WA
**Date Reported:** 07/2002

**Position:** MISC OTHER
**Date Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

### Adjustable rate mortgage terms

The following information concerning adjustable rate mortgages was obtained from public records and appears on your report. The information was obtained from the Recorder's Office in the jurisdiction and State specified below. None of these items contain adverse information; they are simply a listing of the information filed in the Recorder's Office concerning your adjustable rate mortgage.

### PUBLIC RECORD MORTGAGE DETAILS

| | | | | |
|---|---|---|---|---|
| **Recorder's Office:** PIERCE, WA | **Origination Date:** | 01/2005 | **Loan Amount:** | $300,000 |
| | **Initial Rate Adjustment:** | 02/2012 | **Initial Interest Rate:** | 5.750% |
| | **Next Rate Change Date:** | 02/2012 | **Rate Calculation Change:** | 2.250% |
| | **Rate Change Frequency:** | Monthly | **Change Percent Limit:** | 2.000% |
| | **Rate Change Interval:** | 12 | **First Rate Change Cap:** | 0.000% |
| | **Index Type:** | LIB | **Maximum Rate:** | 10.750% |
| | | | **Combined Loan to Value:** | 57.800% |

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | XX | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### CREDIT FIRST NATL ASSOC #

PO BOX 81083
CLEVELAND, OH 44181-0083
(800) 321-3950

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 11/2009 |
| High Balance: | $612 |
| Credit Limit: | $2,200 |
| Past Due: | $0 |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2004 |
| Date Paid: | 10/2009 |

Loan Type: Charge Account

Late Payments
48 months
>1<  0   0

Last 48 Months

[OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK] X X X X X X X X [OK][OK][OK]
oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov
[30][30][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK] X X [OK][OK][OK][OK][OK][OK][OK] X X X X [OK]
oct sep aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov

### GMAC MORTGAGE LLC #7392547097

POB 4622
WATERLOO, IA 50704-4622
(800) 766-4622

| | |
|---|---|
| Balance: | $142,818 |
| Date Updated: | 10/2009 |
| High Balance: | $155,310 |
| Credit Limit: | $200,000 |
| Past Due: | >$5,856< |
| Terms: | Minimum $1,428 |

| | |
|---|---|
| Pay Status: | >90 Days Past Due< |
| Account Type: | Line of Credit Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2006 |

Loan Type: Home Equity Loan
>Maximum delinquency of 90 days in 10/2009 for $5,856<
Estimated date that this item will be removed: 07/2016

Late Payments
30 months
>1<  >1<  0

Last 30 Months

[60][30][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK]
sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct
[OK][OK][OK][OK][OK][OK]
sep aug jul jun may apr

### GREEN TREE #89703655

345 SAINT PETER ST
SAINT PAUL, MN 55102-1211
(800) 423-9527

| | |
|---|---|
| Balance: | $140,977 |
| Date Updated: | 11/2009 |
| High Balance: | $0 |
| Credit Limit: | $200,000 |
| Past Due: | >$2,928< |
| Terms: | Minimum $1,428 |

| | |
|---|---|
| Pay Status: | >90 Days Past Due< |
| Account Type: | Line of Credit Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2006 |

Loan Type: Home Equity Loan
Remark: Account closed by credit grantor
>Maximum delinquency of 90 days in 11/2009 for $2,928<
Estimated date that this item will be removed: 07/2016

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

### ALASKA USA FCU CONSUMER

PO BOX 196613
ANCHORAGE, AK 99519-6613
(907) 786-2000

| | |
|---|---|
| Balance: | $4,801 |
| Date Updated: | 11/2009 |
| High Balance: | $20,440 |
| Past Due: | $0 |
| Terms: | $337 for 72 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 02/2005 |

Loan Type: Automobile

Late Payments
48 months
0   0   0

Last 48 Months

[OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK]
oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov
[OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK]
oct sep aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov

### ALASKA USA FCU CONSUMER