# EXHIBIT C

Equifax FACT Act                                              https://fact.econsumer.equifax.com/fact/prepareForView.ehtml?prod_cd...

# EQUIFAX



## Equifax Credit Report ™ for White Mary Perkins

As of: 05/10/2010.
Available until: 06/09/2010
Confirmation #: 0630406744

Report Does Not Update

⚠ **Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 1 | $298,916 | $0 | $300,000 | 100% | $2,060 | 1 |
| Installment | 2 | $31,989 | N/A | $61,019 | 52% | $748 | 2 |
| Revolving | 10 | $23,754 | $17,946 | $41,700 | 57% | $533 | 9 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 13 | $354,659 | $17,946 | $402,719 | 88% | $3,341 | 12 |

**Debt by Account Type**          **Debt to Credit Ratio by Account Type**

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| GMAC MORTGAGE LLC | N/A | 10/2006 | $0 | 12/2009 | | PAYS 91-120 DAYS | $200,000 |

| | | | | |
|---|---|---|---|---|
| Account Number: | XXXX | | Current Status: | PAYS 91-120 DAYS |
| Account Owner: | Individual Account. | | High Credit: | $200,000 |
| Type of Account : | Line of Credit | | Credit Limit: | $200,000 |
| Term Duration: | | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 10/2006 | | Balance: | $0 |
| Date Reported: | 12/2009 | | Amount Past Due: | |
| Date of Last Payment: | 06/2009 | | Actual Payment Amount: | |
| Scheduled Payment Amount: | $0 | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | | Months Reviewed: | 30 |
| Creditor Classification: | | | Activity Description: | Transfer/Sold |
| Charge Off Amount: | | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | | Balloon Payment Date: | |
| Date Closed: | 11/2009 | | Type of Loan: | Home Equity Line of Credit |
| Date of First Delinquency: | 08/2009 | | | |
| Comments: | Consumer disputes this account information | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | * | * | * | * | * | * | * | 30 | 60 | 90 | * | |
| 2008 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | | | | | | | | | | * | * | * |

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| GREEN TREE | N/A | 10/2006 | $103,061 | 03/2010 | | PAYS AS AGREED | $200,000 |

| | | | | |
|---|---|---|---|---|
| Account Number: | XXXX | | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | | High Credit: | $0 |
| Type of Account : | Line of Credit | | Credit Limit: | $200,000 |
| Term Duration: | | | Terms Frequency: | |
| Date Opened: | 10/2006 | | Balance: | $103,061 |
| Date Reported: | 03/2010 | | Amount Past Due: | |
| Date of Last Payment: | 03/2010 | | Actual Payment Amount: | |
| Scheduled Payment Amount: | $1,399 | | Date of Last Activity: | 03/2010 |
| Date Major Delinquency First Reported: | | | Months Reviewed: | 2 |