# EXHIBIT D

# EQUIFAX

**CREDIT FILE : October 8, 2010**
**Confirmation # 0279031684**

P. O. Box 105518
Atlanta, GA 30348

White Mary Perkins
PO Box 489
Gig Harbor, WA 98335-0489

0000898845-3566

Dear White Mary Perkins:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 265-8819 from 9:00am to 5:00pm Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5766.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History Status Code Descriptions | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - 739254\*** *The results are:* The status of this account has been updated. The prior paying history on this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:
**GMAC Mortgage LLC, PO Box 4622, Waterloo IA 50704-4622 Phone: (800) 766-4622**

| Account Number | | | GMAC Mortgage | PO Box 4622, Waterloo IA 50704-4622 : (800) 766-4622 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 739254* | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | | Creditor Classification | | |
| | 10/2006 | $200,000 | $200,000 | | Monthly | | | | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Payment Amount | Scheduled Paymt Amount | Date of 1st Delinquency | Date Maj Del. 1st Rptd | Months Rcvd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 10/2010 | $0 | $0 | 06/2009 | $0 | $0 | 08/2009 | | 30 | Transfer/Sold | | $0 | | 11/2009 |

Current Status - 90 - 119 Days Past Due; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Home Equity Loan;

| Account History with Status Codes | 10/2009 | 09/2009 | 08/2009 |
|---|---|---|---|
| | 3 | 2 | 1 |

( Continued On Next Page )

Page 1 of 2

0279031684APP-000888845- 3566- 3600 - S

White002100