# EXHIBIT E

Credit Scoring, Online Credit Checks & ID Fraud-Watch - TrueCredit Ser...    https://www.truecredit.com/products/merge/viewReport.jsp



*Credit Report 10/6/10*

Manage your credit. Manage your life.℠

your products | **your account** | **learn** | **help** | **logout**

member center | your credit | **your debt** | your identity | savings | your home | your car | your insurance | legal tools
**credit alerts** | credit reports | credit scores | trending

## Credit Reports
October 6, 2010

🖶 Printer friendly version
Found an inaccuracy?
Save $1,000s in Auto Refi

**PERSONAL INFORMATION**   ?

| CREDIT REPORTING AGENCY: | TransUnion | experian | EQUIFAX |
|---|---|---|---|
| CREDIT REPORT DATE: | 10/06/2010 | 10/06/2010 | 10/06/2010 |
| NAME: ALSO KNOWN AS: | MARY E. PERKINSWHITE<br>WHITE,MARY,ELIZABETH<br><br>PERKINS,WHITE,MARY<br><br>PERKINSWHITE,MARY,ELIZABE | MARY E. WHITE<br>MARY E. PERKINS-WHITE<br>WHITE MARY PERKINS<br><br>E WHITE MARY | WHITE MARY PERKINS<br>MARY E. PERKINSWHITE<br>MARY E. PERKINS-WHITE<br>MARY WHITE<br>MARY E. PERKINS |
| DATE OF BIRTH: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| CURRENT ADDRESS: | 489 PO BOX 489<br>GIG HARBOR, WA 98335<br>06/01/2005 | P O BOX 489<br>GIG HARBOR, WA 98335-0489<br>10/2002 | PO BOX 489<br>GIG HARBOR, WA 98335<br>06/2005 |
| PREVIOUS ADDRESS: | 7918 NW RAY NASH DR<br>GIG HARBOR, WA 98335<br>09/01/2007 | 7918 RAY NASH DR NW<br>GIG HARBOR, WA 98335-6225<br>09/2002 | 7918 RAY NASH DR NW<br>GIG HARBOR, WA 98335<br>12/2007 |
| | 10322 NW 123RD ST<br>GIG HARBOR, WA 98329 | 10322 123RD ST NW<br>GIG HARBOR, WA 98329-6940<br>07/2007 | 10322 123RD ST NW<br>GIG HARBOR, WA 98329<br>07/2007 |
| EMPLOYER: | SELF EMPLOYED<br>KENT, WA<br>07/01/2002 | CITY OF KENT POLICE DEP<br>08/2000 | CITY OF KENT |
| PREVIOUS EMPLOYER: | | SELF EMPLOYED<br>KENT WA 980325838<br>07/2002 | KENT POLICE DEPT |
| | | | LOTHROP BUSINESS FORMS |

**Consumer Statement**

None Reported

Want to pay off these accounts faster? Try DebtGoal FREE

**SUMMARY**   ?

| | TransUnion | Experian | Equifax |
|---|---|---|---|

**OFFERS FOR YOU**

Got debt?
Try DebtGoal
Capital One
Card Offers
Gold
MasterCard

**FAQ**

How long can I access my credit reports online?

Why do I need all three credit reports?

**RELATED ITEMS**

Update report

Learn more about credit

ADVERTISEMENT




Erase Your Debt

**Revolving Accounts:** Accounts with an open-end term

### ELAN FINANCIAL SERVICE   More about this account | Dispute

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account No.:** | [redacted] | | |
| **Condition:** | Open | Open | Open |
| **Balance:** | $946 | $946 | $946 |
| **Type:** | Credit Card | Credit Card | Credit Card |
| **Pay Status:** | Current | Current | Current |

**Two Year Payment History:**   Legend

TransUnion   OK OK OK OK OK OK
Experian    OK OK OK OK OK OK OK
Equifax

Oct Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep

### CITI   More about this account | Dispute

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account No.:** | [redacted] | | |
| **Condition:** | Closed | Closed | Closed |
| **Balance:** | $1847 | $1847 | $1847 |
| **Type:** | Credit Card | Credit Card | Credit Card |
| **Pay Status:** | Current | Current | Current |

**Two Year Payment History:**   Legend

TransUnion OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
Experian   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
Equifax

Oct Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep

### GREEN TREE   More about this account | Dispute

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account No.:** | 8970**** | 8970**** | 8970**** |
| **Condition:** | Open | Open | Open |
| **Balance:** | $100738 | $100156 | $100156 |
| **Type:** | Home equity | Credit line secured | Home equity |
| **Pay Status:** | Current | Current | Current |

**Two Year Payment History:**   Legend

TransUnion                OK 30 60          OK OK OK
Experian                  OK 30 60          OK OK OK OK OK
Equifax

Oct Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep

*[handwritten: "still reporting me late"]*

### (GMAC MTG)   More about this account | Dispute

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account No.:** | 739254**** | 739254**** | 739254**** |
| **Condition:** | Closed (Paid) | Closed (Transferred) | Closed (Transferred) |
| **Balance:** | $0 | $0 | $0 |
| **Type:** | Home equity | Credit line secured | |
| **Pay Status:** | Late 90 Days | Late 90 Days | Late 90 Days |

**Two Year Payment History:**   Legend

TransUnion OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 60 90
Experian   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 60 90
Equifax                                                              30 60 90

Dec '08 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov

*[handwritten: "still reporting me 30, 60, 90 days late"]*