# EXHIBIT F

# TRADE    AUTOMATED CONSUMER DISPUTE VERIFICATION    EQUIFAX CREDIT INFORMATION SERVICES

| Control Number | 99902790316840341 | Bureau Code | EFX | Dispute 1 | [007] DISPUTES CURRENT/PREVIOUS ACCOUNT STATUS/PAYMENT HISTORY PROFILE/ |
| --- | --- | --- | --- | --- | --- |
| Origin NCRA | EFX | Response Code | 9999 | PAYMENT RATING. VERIFY PAYMENT HISTORY PROILE, ACCOUNT STATUS, AND PAYMENT RAT |
| Date Created | 10/06/2010 | Response Due | 10/30/2010 | Dispute 2 | |
| Subscriber Code | 682FM06438 | | | FCRA Relevant Information | ALL PAYMENTS SUBMITTED TIMELY. GMAC DID NOT ALLOCATE PAYMENTS |
| Account Number | 7392547097 | | | | WHICH CAUSED ME TO BE REPORTED INACCURATELY. PLEASE REMOVE. |
| Grantor Name | GMAC Mortgage | | | | |
| Responder Name | Rakhima Bento | | | | |
| Responder Phone | 319-236-4683 | Response Date | 10/08/2010 | Delete Account ☐ | Delete Fraud ☐ |
| Response Code | | Verified As Reported ☐ | Modify As Shown ☑ | | |

## Reported Consumer Identity

| Name | PERKINS WHITE MARY | | | Same | | Modified Consumer Identity |
| --- | --- | --- | --- | --- | --- | --- |
| AKA/FN | PERKINSWHITE MARY E | | | ☐ | Name | PERKINS WHITE MARY E |
| Addr | PO BOX 489, GIG HARBOR, WA 98335 | | | ☐ | AKA/FN | |
| Prev | 7918 RAY NASH DR NW, GIG HARBOR, WA 98335 | | | ☐ | Addr | 7918 RAY NASH DRIVE NORTHWEST, GIG HARBOR, WA 98335 |
| SSN | | | | ☑ | Prev | |
| DOB | | | | ☐ | SSN | |
| Phone | | | | ☐ | DOB | |
| | | | | | Phone | |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
| --- | --- | --- | --- | --- |
| 6D | I | 10/2006 | C4 | [166] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| Credit Limit | High Credit | | Current Balance | Past Due | [123] ACCOUNT TRANSFERRED OR SOLD |
| $200000 | $200000 | | $0 | C4 | [121] HOME EQUITY |
| Original Charge-Off | Date 1st Delinquency | Last Payment Date | Date Closed | [169] REMOVES COMPLIANCE CONDITION CODES |
| $200000 | 08/2009 | 06/2009 | 11/2009 | [123] ACCOUNT TRANSFERRED OR SOLD |
| | Activity Designator | 08/2009 | 06/2009 | Creditor Classification | [121] HOME EQUITY |
| | [T] Transferrd/Sold | | | | |
| Terms Duration | Term Frequency | Sched Monthly Pmt | Actual Payment | Deferred Pay Start Date | Balloon Payment | Balloon Pay Due Date |
| | [M] Monthly | $0 | | | | |
| Date of Account Info | Pmt Hist Months 1-12 | Pmt Hist Months 13-24 | Pmt Hist Months 25-36 | Pmt Hist Months 37-48 | Pmt Hist Months 49-60 | Pmt Hist Months 61-72 | Pmt Hist Months 73-84 |
| 12/2009 | 210000000000 D3 | 000000000000 | | | | Purchased/Sold To Name/Original Creditor | Mortgage Id Number |
| 11/2009 | 210000000000 D3 | 00000000000B | DDDDDDDDDDDB | | | | 001349171004242** |
| Consumer Info Indicator | | | | | | | |

| Compliance Condition Code | [XB] Account information disputed by consumer |
| --- | --- |
| Special Comment Code | [XR] Removes the most recently reported Compliance Condition Code |
| Account Status | [O] Account transferred to another lender |
| Payment Rating | [O] Account transferred 90 days past the due date |
| | [05] Account transferred |
| | [3] 90 - 119 days past due date |
| | [3] 90 - 119 days past due date |

EIS-WHITE_MARY PERKINS-000001