# EXHIBIT H

## APPLICANT

**NAME:** MARY E PERKINS-WHITE

**S.S.N :** ▬▬▬▬

**Date Received:** 12/07/10

### DEROGATORY SUMMARY

| ECOA | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CRDT FIRST #59150 (216) 362-3479 | 10/10 | 10/09 | 09/04 | 2200 | 0 | 0 | | REV 01 CHARGE ACCOUNT TRU 01 (EFX) | 48 | 1 1XXXXXXXX111 1111111111XX | 0 | 0 |
| 1 | GMAC MRTG #739254 | 10/10 TRANSFERRED | 11/09 | 10/06 | 200000 | 0 | 0 | | REV 09 HOME EQUITY TRU 01 (EFX,XPN) | 0 | | | |

(handwritten margin note: R-9 Showing as a charge off)

### CREDIT HISTORY

| ECOA | CREDITOR ACCOUNT NO | RPTD | LAST ACT | OPND | LIMIT OR HIGHEST CREDIT | BALANCE OWING | AMOUNT PAST DUE | TERMS PYMT AMT | TYPE/RATE VENDOR | HISTORICAL STATUS NO MOS HIST REV | 30 DAYS | 60 DAYS | 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BACHOMELOANS #79546446 (805) 306-8877  CONVENTIONAL REAL ESTATE MORTGAGE | 10/10 | 10/10 | 01/05 | 300000 | 298874 | 0 | 360 M 2009 | MTG 01 REAL ESTATE TRU 01 (EFX,XPN) | 48 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | AKUSACUR #7168880005 P.O. BOX 196613 ANCHORAGE AK 99519 | 11/10 | 11/10 | 11/05 | 40579 | 27573 | 0 | 145 M 411 | INS 01 RECREATIONAL LN TRU 01 (EFX,XPN) | 48 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | CHASE #518337239908 P.O. BOX 15298 WILMINGTON DE 19850 | 11/10 | 11/10 | 09/02 | 7800 | 7599 | 0 | V 177 | REV 01 CREDIT CARD TRU 01 (EFX,XPN) | 48 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | THD/CBSD #603532013630 (800) 677-0232 | 11/10 | 11/10 | 09/02 | 10900 | 6816 | 0 | V 179 | REV 01 CHARGE ACCOUNT TRU 01 (EFX,XPN) | 48 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | ALASKA USA FCU #716888 4000 CREDIT UNION DR ANCHORAGE AK 99503 (907) 563-4567 | 11/10 | 11/10 | 05/98 | 4000 | 3567 | | V 109 | REV 01 LINE OF CREDIT XPN 01 (EFX,TRU) | 99 | 0 111111111111 111111111111 | 0 | 0 |
| 1 | BRCLYSBANKDE #5140210006 (877) 523-0478 | 11/10 | 10/10 | 01/04 | 3100 | 2983 | 0 | V 73 | REV 01 CREDIT CARD TRU 01 (EFX,XPN) | 48 | 0 111111111111 111111111111 | 0 | 0 |

MaryWhite000406