# EXHIBIT I

# truecredit
by TransUnion

your products | **your account** | learn | help | logout

member center | your credit | your debt | your identity | savings | your home | your car | your insurance | legal tools
credit alerts | credit reports | credit scores | trending

*handwritten: GMAC - Still rpting + Charge off*

## TransUnion Change Report
**December 9, 2010**

Found an inaccuracy?
Lower Car pmt: 2.90% APR

*handwritten: Page 19-20*

OFFERS FOR YOU

Car Loan at 2.90% APR  GO
DebtGoal Try it Free  GO
Erase Debt Low Payments  GO

View another report: 12/09/10: TransUnion Change Report

**FAQ**

How long can I access my credit reports online?

Why does my Change Report list an item as Removed?

Why does my Change Report list an item as New?

### PERSONAL INFORMATION ?

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| NAME: | MARY E WHITE | MARY E WHITE | ✓ |
| ALSO KNOWN AS: | WHITE,MARY,ELIZABETH | WHITE,MARY,ELIZABETH | ✓ |
| | PERKINS,WHITE,MARY | PERKINS,WHITE,MARY | ✓ |
| | PERKINSWHITE,MARY,ELIZABE | PERKINSWHITE,MARY,ELIZABE | ✓ |
| | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ✓ |
| CURRENT ADDRESS: | 489 PO BOX 489<br>GIG HARBOR,<br>WA 98335<br>06/2005 | 489 PO BOX 489<br>GIG HARBOR,<br>WA 98335<br>06/2005 | ✓ |
| PREVIOUS ADDRESS: | 10322 NW 123RD ST<br>GIG HARBOR,<br>WA 98329<br>07/2007 | 10322 NW 123RD ST<br>GIG HARBOR,<br>WA 98329<br>07/2007 | ✓ |
| | 7918 RAY NASH DR NW PHRF<br>GIG HARBOR,<br>WA 98335<br>--- | 7918 RAY NASH DR NW PHRF<br>GIG HARBOR,<br>WA 98335<br>--- | ✓ |
| EMPLOYER: | SELF EMPLOYED<br>10/2010 | SELF EMPLOYED<br>10/2010 | ✓ |

RELATED ITEMS

Update report

Learn more about credit

ADVERTISEMENT


Cut your car loan payments! 2.90% Go ▶

### Consumer Statement

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| | #HK#IFCRA-INITIAL FRAUD ALERT: ACTION MAY BE REQUIRED UN (more...) | #HK#IFCRA-INITIAL FRAUD ALERT: ACTION MAY BE REQUIRED UN (more...) | ✓ |


✓ Debt Bailout. Do you Qualify? See Savings!

*handwritten: Send copy to atty*

### SUMMARY ?

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| TOTAL ACCOUNTS: | 34 | 34 | ✓ |
| OPEN ACCOUNTS: | 14 | 14 | ✓ |
| CLOSED ACCOUNTS: | 20 | 20 | ✓ |
| DELINQUENT: | 0 | 0 | ✓ |
| DEROGATORY: | 1 | 1 | ✓ |
| BALANCES: | $359,416 | $358,632 | ⚠ (-$784) |
| PAYMENTS: | $3,574 | $3,550 | ⚠ (-$24) |
| PUBLIC RECORDS: | 0 | 0 | ✓ |

**Late Payments (last 7 years):**

| | | | |
|---|---|---|---|
| 30 Days Late: | 0 | 0 | ✓ |
| 60 Days Late: | 0 | 0 | ✓ |
| 90 Days Late: | 0 | 0 | ✓ |

**Two-Year payment history:**

Old: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
New: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
Comparison: ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓
Jun Jul Aug Sep Oct Nov Dec '02 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '03 Feb Mar Apr May

### PNC CARD

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| Account No.: | ██████████ | ██████████ | ✓ |
| Condition: | Paid | Paid | ✓ |
| Balance: | $0 | $0 | ✓ |
| Type: | Home equity | Home equity | ✓ |
| Pay Status: | Current | Current | ✓ |
| Past Due: | $0 | $0 | ✓ |
| High Balance: | $42,206 | $42,206 | ✓ |
| Terms: | --- | --- | ✓ |
| Limit: | $45,000 | $45,000 | ✓ |
| Payment: | $0 | $0 | ✓ |
| Opened: | 03/08/2005 | 03/08/2005 | ✓ |
| Reported: | 11/26/2010 | 11/26/2010 | ✓ |
| Responsibility: | Individual | Individual | ✓ |
| Remarks: | Account closed by consumer | Account closed by consumer | ✓ |

**Late Payments (last 7 years):**

| | | | |
|---|---|---|---|
| 30 Days Late: | 0 | 0 | ✓ |
| 60 Days Late: | 0 | 0 | ✓ |
| 90 Days Late: | 0 | 0 | ✓ |

**Two-Year payment history:**

Old: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
New: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
Comparison: ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓
Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep Oct

### GMAC MRTG

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| Account No.: | 739254**** | 739254**** | ✓ |
| Condition: | Paid | Paid | ✓ |
| Balance: | $0 | $0 | ✓ |
| Type: | Home equity | Home equity | ✓ |
| Pay Status: | Collection/Chargeoff | Collection/Chargeoff | ✓ |
| Past Due: | $0 | $0 | ✓ |
| High Balance: | $200,000 | $200,000 | ✓ |
| Terms: | --- | --- | ✓ |
| Limit: | $200,000 | $200,000 | ✓ |
| Payment: | $0 | $0 | ✓ |

| | | | |
|---|---|---|---|
| Opened: | 10/13/2006 | 10/13/2006 | ✓ |
| Reported: | 10/01/2010 | 10/01/2010 | ✓ |
| Responsibility: | Individual | Individual | ✓ |
| Remarks: | Payment after charge off/collection Transferred to another lender | Payment after charge off/collection Transferred to another lender | ✓ |

**Late Payments (last 7 years):**

| | | | |
|---|---|---|---|
| 30 Days Late: | 0 | 0 | ✓ |
| 60 Days Late: | 0 | 0 | ✓ |
| 90 Days Late: | 0 | 0 | ✓ |

**Two-Year payment history:**

Old

New

Comparison    ✓

### GREEN TREE

| | Old - 12/02/2010 | New - 12/09/2010 | Comparison |
|---|---|---|---|
| Account No.: | 8970**** | 8970**** | ✓ |
| Condition: | Paid | Paid | ✓ |
| Balance: | $0 | $0 | ✓ |
| Type: | Home equity | Home equity | ✓ |
| Pay Status: | Current | Current | ✓ |
| Past Due: | $0 | $0 | ✓ |
| High Balance: | $200,000 | $200,000 | ✓ |
| Terms: | --- | --- | ✓ |
| Limit: | $200,000 | $200,000 | ✓ |
| Payment: | $0 | $0 | ✓ |
| Opened: | 10/13/2006 | 10/13/2006 | ✓ |
| Reported: | 11/02/2010 | 11/02/2010 | ✓ |
| Responsibility: | Individual | Individual | ✓ |
| Remarks: | Account information disputed by consumer, meets FCRA requirements | Account information disputed by consumer, meets FCRA requirements | ✓ |

**Late Payments (last 7 years):**

| | | | |
|---|---|---|---|
| 30 Days Late: | 0 | 0 | ✓ |
| 60 Days Late: | 0 | 0 | ✓ |
| 90 Days Late: | 0 | 0 | ✓ |

**Two-Year payment history:**

Old                              OK OK OK OK OK OK OK OK OK OK OK

New                              OK OK OK OK OK OK OK OK OK OK OK

Comparison ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓

Nov Dec '09 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '10 Feb Mar Apr May Jun Jul Aug Sep Oct

**Collection Accounts:** Accounts seriously past due
None Reported

**Find a card that matches your credit profile with Orchard Bank.**