# EXHIBIT J

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| Balloon Payment Amount: | | | | Balloon Payment Date: | | | |
| Date Closed: | | 01/2005 | | Type of Loan: | | | Conventional RE Mortgage |
| Date of First Delinquency: | | N/A | | | | | |
| Comments: | | | | | | | |

81-Month Payment History

No 81-Month Payment Data available for display.

| CHASE | | 08/2002 | $0 | 04/2003 | | PAYS AS AGREED | |

**CHASE**

PO Box 24696
Columbus, OH-432240696
(800) 848-9136

| Account Number: | 147107XXXX | Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $232,000 |
| Type of Account: | Installment | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 08/2002 | Balance: | $0 |
| Date Reported: | 04/2003 | Amount Past Due: | |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | 04/2003 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 6 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | |
| Date of First Delinquency: | N/A | | |
| Comments: | Fannie Mae account, Closed or paid account zero balance | | |

81-Month Payment History

No 81-Month Payment Data available for display.

| GMAC MORTGAGE | 739254XXXX | 10/2006 | $0 | 02/2011 | | PAYS AS AGREED | $200,000 |

**GMAC MORTGAGE LLC**

PO Box 4622
Waterloo, IA-507044622
(800) 766-4622

| Account Number: | 739254XXXX | Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $155,310 |



| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Type of Account : | Line of Credit | | Credit Limit: | | $200,000 |
| Term Duration: | | | Terms Frequency: | | Monthly (due every month) |
| Date Opened: | 10/2006 | | Balance: | | $0 |
| Date Reported: | 02/2011 | | Amount Past Due: | | |
| Date of Last Payment: | 06/2009 | | Actual Payment Amount: | | $0 |
| Scheduled Payment Amount: | $0 | | Date of Last Activity: | | 08/2009 |
| Date Major Delinquency First Reported: | | | Months Reviewed: | | 30 |
| Creditor Classification: | | | Activity Designator: | | Transfer/Sold |
| Charge Off Amount: | | | Deferred Payment Start Date: | | |
| Balloon Payment Amount: | | | Balloon Payment Date: | | |
| Date Closed: | 11/2009 | | Type of Loan: | | Home Equity Line of Credit |
| Date of First Delinquency: | N/A | | | | |
| Comments: | | | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | * | * | | | | | | | | | | |
| 2010 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2009 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2008 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | | | | | | | | | | | * | * |

| GREEN TREE | 8970XXXX | 10/2006 | $0 | 02/2011 | | PAYS AS AGREED | $200,000 |
|---|---|---|---|---|---|---|---|

**GREENTREE FINANCIAL CORP**

500 Landmark Towers
Saint Paul, MN-551021642

| | | | |
|---|---|---|---|
| Account Number: | 8970XXXX | Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $200,000 |
| Type of Account : | Line of Credit | Credit Limit: | $200,000 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 10/2006 | Balance: | $0 |
| Date Reported: | 02/2011 | Amount Past Due: | |
| Date of Last Payment: | 11/2010 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $927 | Date of Last Activity: | 11/2010 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 7 |
| Creditor Classification: | | Activity Designator: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 11/2010 | Type of Loan: | Home Equity Line of Credit |

MaryWhite001370