# EXHIBIT K

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.



| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### CREDIT FIRST NATL ASSOC

PO BOX 81315
CLEVELAND, OH 44181-0315
(800) 321-3950

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Date Updated:** | 10/13/2010 | | |
| **High Balance:** | $612 | **Account Type:** | Revolving Account |
| **Credit Limit:** | $2,200 | **Responsibility:** | Individual Account |
| **Last Payment:** | 10/15/2009 | **Date Opened:** | 09/07/2004 |
| | | **Date Paid:** | 10/15/2009 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(48 months)
30  60  90
1   0   0

**Last 48 months**

X X X X X X X X OK OK OK OK OK OK OK OK OK OK OK X X X
sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09 dec nov oct
X X X X X X X OK OK OK OK 30 OK OK OK OK OK OK OK OK X X OK
sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb '07 dec nov oct

### GREEN TREE    #8970****

POB 6172
RAPID CITY, SD 55709
(800) 643-0202

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Date Updated:** | 11/02/2010 | | |
| **High Balance:** | $200,000 | **Account Type:** | Line of Credit Account |
| **Credit Limit:** | $200,000 | **Responsibility:** | Individual Account |
| **Last Payment:** | 11/02/2010 | **Date Opened:** | 10/13/2006 |
| | | **Date Closed:** | 11/02/2010 |
| | | **Date Paid:** | 11/02/2010 |

**Loan Type:** HOME EQUITY LOAN
**Account Sale Info:** ACCOUNT PURCHASED FROM GMAC
**Remarks:** CLOSED
>Maximum Delinquency of 60 days occurred in 03/2010<

**Late Payments**
(10 months)
30  60  90
1   1   0

**Last 10 months**

X X OK OK OK X X 60 30 OK
oct sep aug jul jun may apr mar feb '10

MaryWhite001334