# EXHIBIT M

# EQUIFAX

## CREDIT FILE : December 20, 2011




**Confirmation # 1354013050**

Please address all future correspondence to:

www.investigate.equifax.com
Equifax Information Services LLC
www.Equifax.Com/fcra
Atlanta GA 30348

(800) 291-7773
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

### Personal Identification Information
*(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: White Mary Perkins
Social Security #:
Current Address:    PO Box 489, Gig Harbor, WA 98335  Reported: 06/2005
Previous Address(es): 7918 Ray Nash Dr NW, Gig Harbor, WA 98335  Reported: 12/2010
                     9805 Crescent Valley Dr NW, Gig Harbor, WA 98332  Reported: 12/2010
                     10322 123rd St NW, Gig Harbor, WA 98329  Reported: 04/1991
                     PO Box 28131, Seattle, WA 98118  Reported: 04/1991
                     23441 26th Ave S, DES Moines, WA 98198  Reported: 09/1989
Formerly Known As: Mary E Perkinswhite; Mary E Perkins-White; Mary White; Mary E Perkins
Last Reported Employment: Corrections Offc: City of Kent;
Previous Employment(s): Coordinator: Kent Police Dept;
                        Sales: Lothrop Business Forms;

### Credit Account Information
*(For our security, the last 4 digits of account number(s) have been replaced by "*") (This section includes open and closed accounts reported by credit grantors)*

#### Account Column Title Descriptions:

- **Account Number** - The Account number reported by credit grantor
- **Date Acct. Opened** - The Date that the credit grantor opened the account
- **High Credit** - The Highest Amount Charged
- **Credit Limit** - The Highest Amount Permitted
- **Terms Duration** - The Number of Installments or Payments
- **Terms Frequency** - The Scheduled Time Between Payments
- **Months Reviewed** - The Number of Months Reviewed
- **Activity Designator** - The Most Recent Account Activity
- **Creditor Class** - The Type of Company Reporting The Account
- **Date Reported** - Date of Last Reported Update
- **Balance Amount** - The Total Amount Owed as of the Date Reported
- **Status** - Condition of Account When Last Updated by Creditor or Otherwise

**Account History**
1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due

**Status Code Descriptions**
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure

- **Amount Past Due** - The Amount Past Due as of the Date Reported
- **Date of Last Payment** - The Date of Last Payment
- **Actual Pay Amt** - The Actual Amount of Last Payment
- **Sched Pay Amt** - The Requested Amount of Last Payment
- **Date of 1st Delinquency** - The Date of First Delinquency
- **Date of Last Actvty** - The Date of the Last Account Activity
- **Charge Off Amt** - The Amount Charged Off by Creditor
- **Date Maj Delq Rptd** - The Date the 1st Major Delinquency Was Reported
- **Deferred Pay Date** - The 1st Payment Due Date for Deferred Loans
- **Balloon Pay Amt** - The Amount of Final(Balloon) Payment
- **Balloon Pay Date** - The Date of Final(Balloon) Payment
- **Date Closed** - The Date the Account was Closed

J : Voluntary Surrender
K : Repossession
L : Charge Off

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA Fedl Credit UN-Cons Ln**   PO Box 195020 Anchorage AK 99519-6020 : (907) 563-4567 | 05/1998 | $3,972 | $4,000 | | Monthly | 99 | Paid and Closed | | | | 10/2011 | |

| Item As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del, 1st Rptd | Charge Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/2011 | $0 | | 04/2011 | $97 | | | 04/2011 | | |

Status - Pays As Agreed; Type of Account - Line Of Credit; Type of Loan - Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Line of Credit; Account Closed Due to Inactivity; Fixed Rate;

( Continued On Next Page )

### Discover Financial Servcs LLC — PO Box 15316 Wilmington DE 19850-5316

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03/2000 | $0 | $3,500 | | Monthly | 94 | Paid and Closed | | | | 01/2008 | |
| Items As of | Date of | Actual | Scheduled | Date of | Date Maj. | Charge Off | | | | | | |
| Date Reported | Last Paymt | Paymt Amount | Paymt Amount | Last Activity | Del. 1st Rptd | Amount | | | | | | |
| 06/1997 | $962 | | | 02/2005 | 21 | | | | | | | |

Status - Pays As Agreed; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card; Variable/Adjustable Request; Closed or Paid Account/Zero Balance;

### ELAN Financial Services — PO Box 590 Waukegan IL 60079-0590 : (800) 558-3424

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/2011 | $0 | $1,000 | | Monthly | 30 | Transfer/Sold | | | | 11/2009 | |
| Items As of | Date of | Actual | Scheduled | Date of | Date Maj. | Charge Off | | | | | | |
| Date Reported | Last Paymt | Paymt Amount | Paymt Amount | Last Activity | Del. 1st Rptd | Amount | | | | | | |
| 02/2011 | $0 | | | 04/2011 | | | | | | | | |

Status - Pays As Agreed; Type of Loan - Revolving; Type of Account - Revolving; Type of Account - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Rate;

### GMAC Mortgage — PO Box 4622 Waterloo IA 50704-4622 : (800) 766-4622

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 739254* | 10/2006 | $155,310 | $200,000 | | Monthly | 7 | Paid and Closed | | | | 11/2010 | |
| Items As of | Date of | Actual | Scheduled | Date of | Date Maj. | Charge Off | | | | | | |
| Date Reported | Last Paymt | Paymt Amount | Paymt Amount | Last Activity | Del. 1st Rptd | Amount | | | | | | |
| 02/2011 | $0 | | | 11/2010 | | | | | | | | |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Home Equity Loan;

### Green Tree — 500 Landmark Towers Saint Paul MN 55102-1642

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8970* | 10/2006 | $200,000 | $200,000 | 180 Months | Monthly | 40 | Paid and Closed | | | | 06/2004 | |
| Items As of | Date of | Actual | Scheduled | Date of | Date Maj. | Charge Off | | | | | | |
| Date Reported | Last Paymt | Paymt Amount | Paymt Amount | Last Activity | Del. 1st Rptd | Amount | | | | | | |
| 06/2004 | $0 | | $927 | 06/2004 | | | | | | | | |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Loan; Variable/Adjustable Rate;

### Key Bank of Washington — 4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/1996 | $18,877 | | | | 19 | Closed | | | | 06/2004 | |
| Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | | | | | | |
| | 06/2004 | $12,380 | $192 | 06/2004 | | | | | | | | |

Status - Pays As Agreed; Type of Loan - Installment; Type of Loan - Recreational Merchandise; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

### Key Bank of Washington — 4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/1998 | $9,923 | | | | | | | | | 06/2003 | |
| Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | | | | | | |
| | 05/2003 | $0 | | 05/2003 | | | | | | | | |

Status - Pays As Agreed; Type of Loan - Revolving; Type of Loan - Credit Line Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

( Continued On Next Page )

White001818