# EXHIBIT N

P.O. Box 105518
Atlanta, GA 30348

February 8, 2012



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

001113100-11
Mary Perkins White
PO Box 489
Gig Harbor, WA 98335-0489

Dear Mary Perkins White:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 588-0147 from M - F 9:00am to 5:00pm in your time zone.

Thank you for giving Equifax the opportunity to serve you.

**Results Of Your Investigation**     (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

>>> **We have researched the credit account. Account # - 739254*  The results are:** This creditor has verified to Equifax that the high credit/credit limit is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **GMAC Mortgage LLC, PO Box 4622, Waterloo, IA 50704-4622  Phone: (800) 766-4622**

>>> **We have researched the credit account. Account # - 8970*  The results are:** This creditor has verified to Equifax that the high credit/credit limit is being reported correctly. If you have additional questions about this item please contact: **Greentree Financial Corp, 500 Landmark Towers, Saint Paul, MN 55102-1642**

**Answers To Your Questions**

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

**Notice to Consumers**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# EQUIFAX

**CREDIT FILE: February 8, 2012**

*Confirmation # 201903 2754*

*Please address all future correspondence to:*



www.investigate.equifax.com

Equifax Information Services LLC
P. O. Box 105518
Atlanta, GA 30348

Phone: (888) 588-0147
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

## Personal Identification Information
(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

| | |
|---|---|
| Name On File: | Mary Perkins White |
| Social Security #: | |
| Current Address: | PO Box 489, Gig Harbor, WA 98335  Reported: 06/2005 |
| Previous Address(es): | 10322 123rd St NW, Gig Harbor, WA 98329  Reported: 12/2010 |
| | PO Box 28131, Seattle, WA 98118  Reported: 04/1991 |
| | 23441 26th Ave S, DES Moines, WA 98198  Reported: 09/1989 |
| Formerly Known As: | Mary E Perkinswhite; Mary E Perkins-White; Mary White; Mary E Perkins |
| Last Reported Employment: | Corrections Offc; City of Kent; |
| Previous Employment(s): | Coordinator; Kent Police Dept; |
| | Sales; Lothrop Business Forms; |

## Credit Account Information
*(For your security, the last 4 digits of account numbers(s) have been replaced by \*) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

- **Account Number** - The Account number reported by credit grantor
- **Date Acct. Opened** - The Date that the credit grantor opened the account
- **High Credit** - The Highest Amount Charged
- **Credit Limit** - The Highest Amount Permitted
- **Terms Duration** - The Number of Installments or Payments
- **Terms Frequency** - The Scheduled Time Between Payments
- **Months Reviewed** - The Number of Months Reviewed
- **Activity Designator** - The Most Recent Account Activity
- **Creditor Class** - The Type of Company Reporting The Account
- **Date Reported** - Date of Last Reported Update
- **Balance Amount** - The Total Amount Owed as of the Date Reported
- **Status** - Condition of Account When Last Updated by Creditor or Otherwise
- **Amount Past Due** - The Amount Past Due as of the Date Reported
- **Date of Last Paymnt** - The Date of Last Payment
- **Actual Pay Amt** - The Actual Amount of Last Payment
- **Sched Pay Amt** - The Requested Amount of Last Payment
- **Date of 1st Delinquency** - The Date of First Delinquency
- **Date of Last Actvty** - The Date of the Last Account Activity
- **Date Maj Delq Rptd** - The Date the 1st Major Delinquency Was Reported
- **Charge Off Amt** - The Amount Charged Off by Creditor
- **Deferred Pay Date** - The 1st Payment Due Date for Deferred Loans
- **Balloon Pay Amt** - The Amount of Final(Balloon) Payment
- **Balloon Pay Date** - The Date of Final(Balloon) Payment
- **Date Closed** - The Date the Account was Closed

### Account History Status Code Descriptions:

| | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | |
| 4 : 120-149 Days Past Due | H : Foreclosure | | |

### AK USA Fedl Credit UN-Cons Ln    PO Box 196020 Anchorage AK 99519-6020 : (907) 563-4567

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/1998 | $3,972 | $4,000 | | Monthly | 99 | Paid and Closed | | | | 10/2011 |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/2011 | $0 | | 04/2011 | | $97 | | 04/2011 | | | |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Line of Credit; Account Closed Due to Inactivity; Fixed Rate;

( Continued On Next Page )

| Account | Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| **Discover Financial Servcs LLC** PO Box 15316 Wilmington DE 19850-5316 | | 03/2000 | $3,500 | | | | | | 01/2008 |
| Items As of 01/2008 | Date Reported 01/2008 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 06/1997 | Actual Payment Amount $0 | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd 94 | Charge Off Amount | Activity Designator Paid and Closed | Creditor Classification | Deferred Pay Start Date |
| **ELAN Financial Services** PO Box 590 Waukegan IL 60079-0590 : (800) 558-3424 | | | | | | | | | |
| Items As of 01/2012 | Date Reported 01/2012 | Balance $87 | Amount Past Due $0 | Date of Last Paymnt 06/1997 | Actual Payment Amount $962 | Scheduled Payment Amount $1,000 | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Months Revd 23 | Charge Off Amount | Activity Designator | Creditor Classification | Deferred Pay Start Date 02/2005 |
| Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card; Consumers Request; Closed or Paid Account/Zero Balance; | | | | | | | | | |
| **GMAC Mortgage** PO Box 4622 Waterloo IA 50704-4622 : (800) 766-4622 | | | | | | | | | |
| Items As of 01/2012 | Date Reported 01/2012 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 10/2006 | Actual Payment Amount $155,310 | Scheduled Payment Amount $200,000 | Date of 1st Delinquency Monthly | Date Maj. Del. 1st Rptd | Months Revd 30 | Charge Off Amount | Activity Designator Transfer/Sold | Creditor Classification | Deferred Pay Start Date |
| Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; | | | | | | | | | |
| **Green Tree** 500 Landmark Towers Saint Paul MN 55102-1642 | | | | | | | | | |
| Items As of 02/2012 | Date Reported 02/2012 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 10/2006 | Actual Payment Amount $200,000 | Scheduled Payment Amount | Date of 1st Delinquency Monthly | Date Maj. Del. 1st Rptd | Months Revd 7 | Charge Off Amount | Activity Designator Paid and Closed | Creditor Classification | Deferred Pay Start Date |
| Status - 90 - 119 Days Past Due; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account Transferred or Sold; Closed or Paid Account/Zero Balance; Home Equity Loan; | | | | | | | | | |
| **Key Bank of Washington** 4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968 | | | | | | | | | |
| Items As of 06/2004 | Date Reported 06/2004 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 02/1996 | Actual Payment Amount $18,877 | Scheduled Payment Amount $927 | Date of 1st Delinquency 08/2009 | Date Maj. Del. 1st Rptd 11/2010 | Months Revd 40 | Charge Off Amount | Activity Designator Paid and Closed | Creditor Classification | Deferred Pay Start Date | Date Closed 11/2010 |
| Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Recreational Merchandise; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; | | | | | | | | | |
| **Key Bank of Washington** 4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968 | | | | | | | | | |
| Items As of 06/2004 | Date Reported 06/2004 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 06/2004 | Actual Payment Amount $12,380 | Scheduled Payment Amount $192 | Date of 1st Delinquency 180 Months | Date Maj. Del. 1st Rptd Monthly | Months Revd | Charge Off Amount | Activity Designator | Creditor Classification | Deferred Pay Start Date | Date Closed 06/2004 |
| Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Recreational Merchandise; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; | | | | | | | | | |
| **Key Bank of Washington** 4910 Tiedeman Rd Oh 01 51 0562 Brooklyn OH 44144-2338 : (800) 539-2968 | | | | | | | | | |
| Items As of 06/2003 | Date Reported 06/2003 | Balance $0 | Amount Past Due $0 | Date of Last Paymnt 05/1998 | Actual Payment Amount $9,923 | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj. Del. 1st Rptd 05/2003 | Months Revd 19 | Charge Off Amount | Activity Designator Closed | Creditor Classification | Deferred Pay Start Date | Date Closed 06/2003 |
| Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Line Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; | | | | | | | | | |

( Continued On Next Page )