UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                               Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,          Case No. 12-12020-mg
   Objector

v.

TIA DANIELLE SMITH,
    Creditor-Beneficiary

---

### REVISED MOTION TO SUPPLEMENT RECORD ON APPEAL

---

     **NOW COMES** Tia Danielle Smith, by her attorney, Wendy Alison Nora, pursuant to 11 U.S.C. sec. 105(a) and Fed. R. Bankr. P. 8009, and attaches the correct Exhibit 14 and substitutes the correct Exhibit 14 for the incorrect Exhibit 14, revising the March 8, 2016 Motion to Supplement the Record on Appeal (Doc. 9719) to substitute the attached Exhibit 14 for the incorrect Exhibit 14, which was attached to the Motion to Supplement the Record filed on March 9, 2016, in error. Exhibits 14 and 15, were reserved for production at the February 9, 2016 evidentiary hearing, as additional contents of the record on appeal (Notice of Appeal, filed on February 22, 2016 as Doc. 9647). The correct Exhibit 14 is attached hereto. Exhibit 14 is the Certificate of No Record for RALI Series 2007-QO1 with the Minnesota Secretary of State. Exhibit 15 remains the same. Exhibits 14 and 15 complete the Exhibits previously designated as Doc. 9579.

Dated at Minneapolis, Minnesota this 21st day of April, 2016.

                                 */s/ Wendy Alison Nora*

                          _____
                                Wendy Alison Nora
                             ACCESS LEGAL SERVICES
                  310 Fourth Avenue South, Suite 5010
                        Minneapolis, Minnesota 55415
                          Telephone: (612) 333-4144
                          Facsimile: (612) 203-3170
                E-mail: accesslegalservices@gmail.com
             Wisconsin Bar #1017043/Minnesota Bar #165906

**MS. SMITH'S IN FORMA PAUPERIS APPLICATION FOR FILING FEE WAIVER HAS BEEN SUBMITTED BY PRO SE MOTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**DECLARATION OF UNDER PENALTY OF PERJURY**

Wendy Alison Nora declares under penalty of perjury, pursuant to 28 U.S.C. sec. 1746, that the attached Exhibits 14 and 15 are true and correct copies of Ms. Smith's Exhibits 14 and 15 offered into evidence at the evidentiary hearing on February 9, 2016, which Ms. Smith seeks to have included in her designation of contents of the record on appeal.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora

**DECLARATION OF SERVICE**

Wendy Alison Nora declares that on April 21, 2016 she filed the foregoing Motion to Supplement the Contents of Record on Appeal with the United States Bankruptcy Court for the Southern District of New York and Exhibits 14 and 15 attached hereto and thereby served all parties and their counsel who are capable of receiving service by CM/ECF.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora