**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
RESIDENTIAL CAPITAL, LLC,                           :
                                                    :
               Debtor(s)      :
                                                    :   Bankruptcy Case. No. 12-12020 (MG)
                                                    :
                                                    :
---------------------------------------------------------------x

## ORDER EXTENDING TIME

A letter request was filed by Frank Reed on April 20, 2016 (Document no. 9851). Counsel for the Residential Capital Liquidating Trust filed a letter in response on April 21, 2016 (Document no. 9856). It is hereby,

**ORDERED,** that Frank Reed's time to respond to outstanding document requests is extended from April 22, 2016 to April 29, 2016. This extension responds only to document requests. No further extensions will be granted. The Trust's time to complete its depositions is extended to June 3, 2016.

Dated:   April 21, 2016
           New York, New York

                                          ___*Martin Glenn*_____
                                              MARTIN GLENN
                                        United States Bankruptcy Judge