Christopher E. Green
GreenLawFirm PS
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Attorney For Claimant Mary Perkins White
Admitted Pro Hac Vice

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: RESIDENTIAL CAPITAL, LLC, et al. | Hearing Date: May 17, 2016<br>Hearing Time: 11:00am<br><br>Case No.: 12-12020 (Chapter 11)<br><br>Assigned to:<br>Hon. Martin Glenn<br>Bankruptcy Judge |

**AFFIDAVIT OF SERVICE**

I, Christopher Green, depose and say that I am employed as counsel for Claimant Mary Perkins White and my law firm is named the GreenLawFirm PS located in Seattle and Bellevue Washington. I certify that on the 20st day of April 2016, I caused (1) Mary White's Opposition Brief and Exhibits (Doc No. 9852) and (2) Declaration of Mary White (9853- Main, Exhibits A-G; 9854-Exhibits H-N of 9853) and (3) Proposed Order to be served upon the Court, persons and parties of record in this action, and the following specific persons utilizing the Court's CM/ECF filing system:

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, New York, NY 10004-1408

ResCap Borrower Claims Trust
c/o Morrison & Foerster LLP
Attention: Norman Rosenbaum,
Jordan Wishnew & Erica Richards

250 W. 55th Street
New York, NY 10019

Office of the United States Trustee for the Southern District of New York
Attention: Linda Riffkin and Brian Masumoto
U.S. Federal Building
201 Varick Street, Suite 1006
New York, NY 10014

The ResCap Liquiding Trust Quest Turnaround Advisors
Attention Jeffrey Brodsky
800 Westchester Avenue Suite S-520
Rye Brook, NY 10573

The ResCap Borrower Claims Trust
Polsinelli PC Attn: Daniel J Flanigan
900 Third Ave 21st Floor
New York NY 10022


I further certify that on this date, the 21st day of April 2016, I caused paper copies of the Response and Opposition and Exhibits and Proposed Order Thereto on behalf of Mary Perkins White to Objection to ResCap Borrower Claims Trust to Claim Number 1296 to be served upon the above named persons by FEDEX to the individuals and addresses disclosed above.

| | |
|---|---|
| Dated: April 22, 2016<br>Seattle Washington | /s/Christopher E Green_____<br>Christopher E. Green<br>GreenLawFirm PS<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle, Washington 98101<br>(206) 686-4558 Fax: (206) 686-2558<br>WSBA No. 19410<br>Attorney For Claimant Mary Perkins White<br>Admitted Pro Hac Vice (Doc. No. 9848) |