UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:                                                                            CASE NO.: 12-12020-mg
                                                                                         CHAPTER 11
**Residential Capital, LLC aka**
**Residential Capital Corporation,**

  Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Elizabeth L. Doyaga
Elizabeth L. Doyaga, Esquire
Email: erubino@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Donald H. Cram
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims

Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

John W Smith T
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Ronald J. Friedman
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert D. Nosek
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753


Stephen Zide

Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

                                    Robertson, Anschutz & Schneid, P.L.
                                    Authorized Agent for Secured Creditor
                                    6409 Congress Ave., Suite 100
                                    Boca Raton, FL 33487
                                    Telephone: 561-241-6901
                                    Facsimile: 561-997-6909
                                    By: /s/Elizabeth L. Doyaga
                                    Elizabeth L. Doyaga, Esquire
                                    Email: erubino@rasflaw.com