# EXHIBIT E

*In re Residential Capital, LLC, et al*., Case No. 12-12020 (MG)  -- *Rothstein* Class Action Settlement (Proof of Claim No. 4074)

| Hourly Billing Rates Submitted by Plaintiffs' Counsel in Connection with Recent Class Action Settlements in the United States District Court for the Southern District of New York (S.D.N.Y.) | | | |
|---|---|---|---|
| Case Name | Firm | Associate & Of Counsel Hourly Rates (USD) | Partner Hourly Rates (USD) |
| *Shapiro v. JPMorgan Chase & Co.*, No. 11 Civ. 8331 (S.D.N.Y. Feb. 2, 2014) (ECF No. 63-1) | Entwistle & Cappucci LLP | $265 - $485 | $695 - $900 |
| | Haegens Berman Sobol Shapiro LLP | $595 | $695 - $900 |
| *City of Providence v. Aeropostale, Inc.*, No. 11 Civ. 7132 (S.D.N.Y. Apr. 4, 2014) (ECF No. 61-4) | Labaton Sucharow LLP | $465 - $725 | $775 - $875 |
| *In re Gerova Financial Group, Ltd., Sec. Litig.*, No. 11 Md. 02275 (S.D.N.Y. May 5, 2014) (ECF No. 84-2) | Pomerantz LLP | $520 - $625 | $755 - $980 |
| *Pieter van Dongen v. CNINsure Inc.*, No. 11 Civ. 07320 (S.D.N.Y. May 22, 2014) (ECF No. 49) | Robbins Geller Rudman & Dowd LLP | $350 - $440 | $640 - $860 |
| *New Jersey Carpenters Health Fund v. Royal Bank of Scotland Group PLC*, No. 08 Civ. 05093 (S.D.N.Y. Sept. 30, 2014) (ECF No. 275) | Cohen Milstein Sellers & Toll PLLC | $415 - $780 | $550 - $895 |
| *Careathers v. Red Bull Gmbh*, No. 13 Civ. 369 (S.D.N.Y. Apr. 8, 2015) (ECF No. 64-4) | Kaplan Fox & Kilsheimer LLP | $510 - $625 | $625 - $865 |
| *Laumann v. Nat'l Hockey League*, No. 12 Civ. 1817 (S.D.N.Y. Aug. 10, 2015) (ECF No. 368) | Cohen Milstein Sellers & Toll PLLC | $330 - $465 | $540 - $855 |
| | Motley Rice, LLC | $450 - $675 | $875 - $975 |
| | Pomerantz LLP | $400 - $675 | $755 - $980 |
| *Fleisher v. Phoenix Life Ins. Co.*, No. 11 Civ. 8405 (S.D.N.Y. Aug. 19, 2015) (ECF No. 310) | Susman Godfrey LLP | $300 - $500 | $425 - $1100 |

*In re Residential Capital, LLC, et al* ., Case No. 12-12020 (MG)  -- *Rothstein* Class Action Settlement (Proof of Claim No. 4074)

| Hourly Billing Rates Submitted by Debtors' Counsel in Connection with Recent Bankruptcy Cases in the United States District Court for the Southern District of New York (Br. S.D.N.Y.) | | | |
|---|---|---|---|
| **Case Name** | **Firm** | **Associate & Of Counsel Hourly Rates (USD)** | **Partner Hourly Rates (USD)** |
| *In re Ambac Fin. Grp., Inc.* , No. 10-bk-15973 (Bankr. S.D.N.Y. June 27, 2013) (ECF No. 1344) | Morrison & Foerster LLP | $575 - $815 | $775 - $1,100 |
| *In re Old HB, Inc. (f/k/a Hostess Brands, Inc.)* , No. 12-bk-22052 (Bankr. S.D.N.Y. Jul. 22, 2013) (ECF No. 2716) | Kramer Levin Naftalis & Frankel LLP | $485 - $745 | $770- $975 |
| *In re AMR Corp.* , No. 11-bk-15463 (Bankr. S.D.N.Y. Feb. 7, 2014) (ECF No. 11685) | Jones Day | $375 - $975 | $650 - $975 |
| *In re Residential Capital LLC* , No. 12-bk-12020 (Bankr. S.D.N.Y. May 22, 2014) (ECF No. 6985) | Kirkland & Ellis LLP | $520 - $665 | $840 - $1,060 |
| *In re Eagle Bulk Shipping Inc.* , No. 14-bk-12303 (Bankr. S.D.N.Y. Oct. 9, 2014) (ECF No. 122) | Milbank, Tweed, Hadley & McCloy LLP | $410 - $900 | $1,000 - $1,220 |
| *In re Doral Fin. Corp.* , No. 15-bk-10573 (Bankr. S.D.N.Y. Mar. 30, 2016) (ECF No. 553) | Ropes & Gray LLP | $540 - $885 | $1,200 - $1,380 |
| *In re Siga Techs., Inc.* , No. 14-bk-12623 (Bankr. S.D.N.Y. Apr. 1, 2016) (ECF No. 862) | Weil, Gotshal & Manges LLP | $450 - $796.50 | $846 - $1,215 |