**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered<br><br>Objection Date: May 10, 2016@ 4:00 p.m. (ET)<br>Hearing Date:  May 24, 2016 @ 10:00 am. (ET)<br><br>Re: Docket No.  9866 |

**NOTICE OF MOTION BY THE *ROTHSTEIN* PLAINTIFFS (CLAIM NOS. 4074 AND 3966) FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that, on April 26, 2016, claimants Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn (collectively, the "Named Plaintiffs" or the "*Rothstein* Plaintiffs") (Claim Nos. 4074 and 3966), on behalf of themselves and similarly situated class members, filed the unopposed motion pursuant to Fed. R. Bankr. P. 7023 and 9019 for an order: (i) finally approving the class action settlement with respect to Claim No. 4074 (against GMAC Mortgage, LLC) and No. 3966 (against Residential Capital, LLC), and (ii) finally approving the Plan of Allocation (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the Motion (the "Final Approval Hearing") shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on May 24, 2016 at 10:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any objection to the relief requested in the Motion to be considered at the Final Approval Hearing must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other partiesin-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than May 10, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objection to the relief requested in the Motion is timely filed and served, the Bankruptcy Court may enter an order granting the final relief requested in a Motion without further notice or opportunity to be heard afforded to any party.

| | |
|---|---|
| Dated:  April 26, 2016<br>New York, NY | Respectfully submitted,<br><br>**KIRBY McINERNEY LLP**<br><br>By: /s/ *Mark A. Strauss*<br>Mark A. Strauss<br>Thomas W. Elrod<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>Tel: (212) 371-6600<br>Fax: (212) 751-2540<br><br>*Plaintiffs' Counsel*<br><br>/s/ *Garvan F. McDaniel*<br>Garvan F. McDaniel<br>**HOGAN McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>Tel: (302) 656-7540<br>Fax: (302) 656-7599<br><br>*Plaintiffs' Special Bankruptcy Counsel* |

3