**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, MARK A. STRAUSS, hereby certify that on the 26th day of April, 2016, I caused a true and correct copy of the foregoing Motion and Incorporated Memorandum of Law of *Rothstein* Plaintiffs (Claim Nos. 4074 and 3966) in Support of Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation to be served upon the persons listed below (on the attached service list), and Providing For Notice, in the manner indicated and all other parties registered for service by ECF/CME filing.

　　　　　　　　　　　　　　　　　　　By:  /s/Mark A. Strauss
　　　　　　　　　　　　　　　　　　　　　　Mark A. Strauss

## SERVICE LIST

| **BY POSTAGE PRE-PAID FIRST-CLASS US MAIL** | **BY HAND** |
|---|---|
| Ross E. Morrison<br>Robyn C. Quattrone<br>Katherine L Halliday<br>BUCKLEY SANDLER LLP<br>1133 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  212-600-2400<br>Facsimile:   212-600-2405<br>Email:  rmorrison@buckleysandler.com<br>          rquattrone@buckleysandler.com<br>          khalliday@buckleysandler.com<br><br>*Counsel for Balboa Insurance Company, Meritplan Insurance Company, and Newport Management Corporation*<br><br>Richard G. Haddad<br>OTTERBOURG, STEINDLER, HOUSTON<br>  & ROSEN, P.C.<br>230 Park Avenue<br>New York, NY  10169-0075<br>Telephone: 212-661-9100<br>Facsimile: 212-682-6104<br>Email:  rhaddad@otterbourg.com<br><br>*Counsel for Ally Financial, Inc. and Ally Bank*<br><br>**BY EMAIL**<br><br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  100019<br>Telephone: (212) 468-8000<br>Facsimile:  (212) 468-7900<br>Email:  nrosenbaum@mofo.com<br><br>*Counsel for GMACM Mortgage, LLC, Residential Capital, LLC, the Borrower Claims Trust, and the Trustee for the Borrower Claims Trust* | The Honorable Martin Glenn<br>UNITED STATES BANKRUPTCY COURT<br>Courtroom 501<br>One Bowling Green<br>New York, NY 10004<br>Telephone: 212-284-4551<br><br>William K. Harrington<br>UNITED STATES TRUSTEE OF THE OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014<br>Telephone:   212-510-0500<br>Facsimile:    212-668-2256 |