Ronald Gillis  
P O Box 380842  
Murdock, FL 33938-0842  
April 05, 2016

New York Bankruptcy Clerk Vito Genna  
One Bowling Green  
New York, NY 10004-1408

## re: RALI Bankruptcy (part of GMAC)

Dear Clerk of the Court Vito Genna:

The undersigned would like some clarifications pertaining to the GMAC bankruptcy case 12-12020, and more specifically the Residential Accredit Loans Inc (RALI) portion of the bankruptcy, case # 12-12052, which appears to be consolidated into the main GMAC case. Deutsche Bank Trust Company Americas appears to be engaged in the collection of assets for RALI in Charlotte County Florida Case #08-252-CA. Was any repudiation agreement or order filed into the bankruptcy case to allow for the continued collection of this asset outside the New York Southern District Bankruptcy Court? Does Deutsche Bank Trust Company Americas have the permission of the Bankruptcy Court to represent RALI? Last year, the undersigned requested information from the GMAC entities, and Judge Martin Glenn ordered GMAC to produce any information that GMAC would have to indicate GMAC wanted any assets or property of the undersigned. While various documents were produced, there was no indication any GMAC entities wanted any property or assets of the undersigned. Why this is so disturbing to the undersigned, was in the summer of 2015, the state court in Charlotte County Florida permitted a name change to indicate Deutsche Bank Trust Company Americas was acting as a trustee for RALI, which seems to be contrary to the position of the Bankruptcy Court.

Thank you in advance for the clarification. The undersigned can be reached directly at 413-622-2282 or by mail at the address listed above and below. This number is not to be called, shared, or used for any purpose other than to address the matters addressed in this letter.

Respectfully,

*Ronald Gillis*

Ronald Gillis  
P O Box 380842  
Murdock, FL 33938-0842  
(413) 622-2282

RECEIVED  
APR - 8 2016  
U.S BANKRUPTCY COURT  
SO DIST OF NEW YORK