**Presentment Date and Time:  May 9, 2016 at 12:00 p.m. (ET)**
**Objection Deadline:  May 6, 2016 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| --------------------------------------------------- ) | |
| In re:                                        ) | Case No. 12-12020 (MG) |
|                                                   ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    ) | Chapter 11 |
|                                                   ) | |
|                                 Debtors.    ) | Jointly Administered |
| --------------------------------------------------- ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code*

*Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties*

*May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue*

*Actions to Foreclose Senior Liens* [Docket No. 1824], the undersigned will present the attached

proposed *Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay*

*Imposed by 11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District

of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling

Green, New York, New York 10004, Room 523, for signature on **May 9, 2016 at 12:00 p.m.**
**(Prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and
Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the
Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case
Management, and Administrative Procedures approved by the Bankruptcy Court [Docket
No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case
filing system, and be served, so as to be received no later than **May 6, 2016 at 4:00 p.m.**
**(Prevailing Eastern Time)**, upon (a) counsel for The ResCap Liquidating Trust, Morrison &
Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Erica
J. Richards, and James A. Newton); (b) co-counsel for The ResCap Liquidating Trust, Kramer
Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn:
Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer); (c) the Office of the United
States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick
Street, Suite 1006, New York, NY 10014 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian
S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice,
950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric
H. Holder, Jr.); (e) Office of the New York State Attorney General, The Capitol, Albany, NY
12224-0341 (Attn: Nancy Lord and Enid N. Stuart); (f) Office of the U.S. Attorney for the
Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N.
Cordaro); (g) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New
York, NY 10022 (Attn: Richard M. Cieri); (h) counsel to Barclays Bank PLC, as administrative
agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New

York,  NY 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (i) counsel for Ocwen Loan

Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn:

Jennifer C. DeMarco & Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger,

Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attn: Seth Goldman &

Thomas B. Walper); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

(if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-

5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial

Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director);

and (m) counsel for the Requesting Party, Sheldon May & Associates, P.C., 255 Merrick Road,

Rockville Centre, New York 11570 (Attn: Ted Eric May).

      **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated: April 29, 2016               Respectfully submitted,
      New York, New York

                             /s/ Norman S. Rosenbaum
                         Norman S. Rosenbaum
                         Erica J. Richards
                         James A. Newton
                         **MORRISON & FOERSTER LLP**
                         250 West 55th Street
                         New York, NY 10019
                         Telephone: (212) 468-8000
                         Facsimile: (212) 468-7900

                         *Counsel for the Post-Effective Date Debtors*
                         *and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––––   )
                                            )
In re:                                      )     Case No. 12-12020 (MG)
                                            )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    )     Chapter 11
                                            )
                              Debtors.      )     Jointly Administered
                                            )
––––––––––––––––––––––––––––––––––––––––––   )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**<u>MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)</u>**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "<u>Procedures</u>

<u>Order</u>"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>") establishing procedures (the "<u>Stay Relief Procedures</u>") for requesting relief

from the automatic stay to commence and/or complete the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and Select Portfolio Servicing, Inc. ("<u>Requesting</u>

<u>Party</u>"), as Servicer for Wells Fargo Bank, National Association, as Trustee for Structured Asset

Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-

Through Certificates, Series 2005-AR; having requested (the "<u>Request</u>") relief from the

automatic stay in accordance with the Stay Relief Procedures in connection with the property of

Adolfo Alejandro Mendez with an address of 1130 East 17th Street, Oakland, CA  94606 (the

"<u>Mortgaged Property</u>"); and due and proper notice of the Request having been made on all

necessary parties; and the above-captioned Debtors (the "<u>Debtors</u>"), having consented to the

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

relief sought in the Request on the terms and conditions contained in this stipulation and order

("Stipulation and Order"),

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this

Stipulation and Order, through their undersigned counsel, and after due deliberation and

sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      To the extent applicable, the automatic stay imposed in this case by

section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code

to the extent necessary to allow the Requesting Party to commence and/or complete the

foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.      Nothing in this Stipulation shall be deemed to affect the rights of any

entity to contest the relative priority of Requesting Party's mortgage and security interest in the

Mortgaged Property in any subsequent foreclosure proceeding.

4.      Nothing in this Stipulation and Order shall be construed to provide for the

annulment of or any other retroactive relief from the automatic stay.

5.      The Requesting Party shall provide due notice to Ocwen Loan Servicing,

LLC [2] in connection with any action to be taken with respect to the Mortgaged Property,

including, but not limited to, proceeding with a sale of the Mortgaged Property, in accordance

with and to the extent notice to a junior lienholder is required by applicable state law.

---

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

ny-1222077

6.       By entering into this Stipulation and Order, Requesting Party hereby represents that it is an agent for and has the authority to seek relief from the automatic stay on behalf of Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5.

7.       This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

8.       This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

9.       Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

10.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

ny-1222077

| | |
|---|---|
| GMAC MORTGAGE, LLC<br><br>By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors and The ResCap Liquidating Trust* | SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5<br><br>By: /s/ Ted Eric May<br>Ted Eric May<br>**SHELDON MAY & ASSOCIATES, P .C.**<br>255 Merrick Road<br>Rockville Centre, New York 11570<br>Telephone: (516) 763-3200<br>Facsimile: (516) 763-3243<br><br>*Counsel for Select Portfolio Servicing, Inc., as Servicer for Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR* |

APPROVED AND SO ORDERED
This ___ day of May, 2016, in New York, NY.

_____

**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

ny-1222077