Official Form 417A (12/15)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): *ERLINDA ABIBAS ANIEL*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

*MEMORANDUM OPINION & ORDER*

1. Describe the judgment, order, or decree appealed from: *AFTER THE TRIAL (MOO)*

2. State the date on which the judgment, order, or decree was entered: *4/20/16*

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: *RESIDENTIAL CAPITAL, LLL etal & RESCAP BORROWER*   Attorney: *Morrison & Foerster LLP 250 West 55th Street NEW York, NY 10019 Jordan Wishnew, Jessica Arett*

2. Party: *Claims Trust*   Attorney: *SAME AS ABOVE*

RECEIVED
MAY - 3 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____    Date: _5/2/16_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_ERLINDA ABIBAS ANIEL_
_75 Fallen Clark Dr._
_Hillsborough, CA 94010_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.