UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
In re                           :    Chapter 11
                                :
RESIDENTIAL CAPITAL, LLC,       :    Case No. 12-12020 (MG)
et al..,[1]                     :
                                :
                                :
                    Debtor.     :
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on May 11, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP BORROWER CLAIMS TRUST'S NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS ((I) REDESIGNATE AND ALLOW BORROWER CLAIMS, (II) RECLASSIFY AND ALLOW BORROWER CLAIMS, (III) REDESIGNATE, RECLASSIFY AND ALLOW BORROWER CLAIMS, AND (IV) ALLOW IN FULL BORROWER CLAIMS) TO JUNE 15, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)(Docket No. 9886)**

Dated: May 12, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 12th day of May, 2016, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020

# EXHIBIT A

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Dflanigan@polsinelli.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;


Rwd@dietrichlawfirm.net; (Audrey Mills # 857)

Rcordonnier@hotmail.com ;(Ronald Cordonnier # 1237)

Candy.Shively@yahoo.com; (Candy Shively #1672)

Jpennaz@yahoo.com ;(James Pennaz #1679)

Ari@winternet.com; (Michael G. Weiss # 1919)

Floannab@gmail.com ;(Florence Anne & Michael Berry #1976)

Aprilmlowe@gmail.com ;(April M. Lowe #2127)

Bsmith.gps@gmail.com; (Robert Earl Smith #2364)

Marjoriecanty@gmail.com ;(Kenneth & Marjorie Canty #2369)

Jwgetzinger@comcast.net ;(James Getzinger #3512)

Mvelotas@comcast.net ;(William & Barbara Velotas #3543)

Mferrier59@gmail.com ;(Kenneth & Michelle Ferrier #3791)

Molljanalpha@hotmail.com ;(Molly Jane Essama #4365) (bounced 2 times)

Cellinnovations@msn.com ;(Daniel & Tina O'Rourke #4835)

Davidmartyhs@bellsouth.net; (Martha & david J Petty #6449)

B_blake8@yahoo.com ;(Beverly A. Blake #1457)

Lucashs@appstate.edu; (Fred Colosimo & Harvey Lucas #2121) (rejected email)

Shirld93@gmail.com ;(Shirley Washington #2170)

Wmentpr@att.net ;(Wendell & Mary Bricker #2208)

Sarah.patrick@us.army.mil ;(Sarah Joy Patrick #2665)

Scott.skillman@gmail.com ;(B. Scott Skill man #523)

Robertottoway@yahoo.com ;(Robert Ottoway #1135)

Riggins3362@bellsouth.net ;(Julie M. Riggins #1321)

Lester@lgkateslaw.com ;(Guardianship of Amelia Gaston #1434)

Angelajns@aol.com ;(HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y #1437)

Methier03@comcast.net ;(Michael J. Ethier #1521)

Jim.herman@zimmer.com ;(James & Nancy Herman # 1654)(bounced 2 times)

AshleygardnerlOl l@gmail.com; (Ashley L Thurman #1960)

Powellj@embarqmail.com ;(Jeffrey & Mary Jane Powell #1966)

Caranegri@gmail.com ;(Cara Negri #2214)

Darcielampman@hotmail.com ;(Michael & Darcie Lampman #2413)

Uwillbehappier@aol.com; (Philip spears #3629)

Garyalaff@yahoo.com ;(Gary A Laff #3747)

Tmartin@mslaw.com ;(Thomas & Catherine Martin #4401)

Pumbacrs@yahoo.com; (George & Lori Daniels #4560)

Tuiwarehouse@yahoo.com (Emilio Perez #6769

# **EXHIBIT B**

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

Audrey Mills
c/o Robert W. Dietrich
Dietrich Law Firm
3815 W. Saint Joseph St., Suite B-400
Lansing, MI 48917

Ronald Jerome Cordonnier
1501 Secret Ravine Pkwy Unit 1511
Roseville, CA 95661-6015

Candy Shively
Shore Line Realty & Associates, Inc
1407 Viscaya Pkwy # 2
Cape Coral, FL 33990

JAMES PENNAZ
SANDRA J. PENNAZ
957 KAUKU PLACE
HONOLULU, HI 96825

Thomas S. Lee
1214 Devonshire Dr
Sumter, SC 29154

Michael G. Weiss
1085 90th St. NE.
Monticello, MN 55362

Florence Anne & Michael P Barry
359 Ridge Road
Watchung, NJ 07069

April M. Lowe
11 Negus Street
Webster, MA 01570

Robert Earl Smith
840 Daniel Moss Road
Coahoma, MS 38617

Kenneth J. and Marjorie Canty
2707 Hughes St.
Smyrna, GA 30080

James Getzinger
2575 Peachtree Rd NE #15A
Atlanta, GA 30305

William M. Velotas and Barbara M. Velotas
5803 Boyce Springs
Houston, TX 77066

Kenneth Ferrier and Michelle Ferrier
PO Box 390093
Keauhou, HI 96739

SHEILA LA RUE AND CAL STATE
ROOFING
10683 ALTA SIERRA DR
GRASS VALLEY, CA 95949-6847

ROGER A. OLSEN -
DONNA R. OLSEN
2909 DUNCAN DRIVE
MISSOULA, MT 59802

Marsha Muwwakkil
6314 Homeview Dr.
Houston, TX 77049

Molly Jane Essama
6401 Saint Johns Ave Apt 145
Palatka, FL 32177-6823


Daniel ORourke and Tina ORourke
5760 Sunset Ave. NE
Bremerton, WA 98311

Martha R & David J Petty
8864 SE Jardin Street
Hobe Sound, FL 33455



PETER TESORO
2337 ROSEDALE CURVE
UPLAND, CA 91784

STADDARD, SANDRA
4209 40th Ct N
Birmingham, AL 35217-4120

STADDARD, SANDRA
PO Box 170211
Birminham, AL 35217


Fred Colosimo and Harvey S. Lucas Acct#0687690526
PO Box 371
Blowing Rock, NC 28605-0371

Shirley S. Washington
2312 Old Military Rd
Mobile, AL 36605-3316

Monifa Jamila Ajanaku
1020 Rayner St
Memphis, TN 38114

Wendell & Mary Bricker
305 Whippoorwill Road
Seymour, MO 65746-9043

Sarah Joy Patrick
3618 Dunlap Fields
Converse, TX 78109

Richard G. Kaschak
P.O. Box 6031
Pine Mt. Club, CA 93222

B. Scott Skillman, P.C.
318 S 5th Street
Terre Haute, IN 47807-4227

EDWARD DELGADO JR
404 STONEHEDGE PLACE
SAN MARCOS, CA 92069

James A Cecil Norma S Cecil and Bert M Edwards vs GMAC Mortgage LLC vs James Delisle
LouisvilleJefferson County et al
119 S 7th St 200
Louisville, KY 40202

MARIE J. DIMITRIJEVIC
7629 HERRITAGE DR APT 2
LANSING, MI 48917-5817

Robert J Ottoway
4210 West Lupine Ave
Phoenix, AZ 85029

PAUL G POWER
12 REDSPIRE DRIVE
UNION, NJ 07083

William Mask
PO Box 29735
Oakland, CA 94604

Julie M Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

GUARDIANSHIP OF AMELIA GASTON
2655 LEJEUNNE RD STE 804
CORLA GABLES, FL 33134


HOWZE, LEMAYS & JONES-HOWZE, ANGELA Y (new address)
2708 Barwick Court
ROCK HILL, SC  29730-6670

Crystal Johnson
PO Box 15105
Washington, DC 20003-0105

Michael J. Ethier
2060 Walden Ct
Flint, MI 48532


James Herman and Nancy Herman
3023 N Clark St.
Chicago, IL 60657

Ashley L Thurman
1015 Alexander Myers Road
Florence, MS 39073

Jeffrey & Mary Jane Powell
27420 Rolling Hills Drive
Maryville, MO 64468-7500

Dianne H. Bowden
6752 Highway 309 S
Holly Springs, MS 38635-7333

Cara Negri
210 Cedar St Apt 5
Newport Beach, CA 92663-1934

Diana Conley
1106 Bishop Ave
Hamilton, OH 45015

Michael or Darcie Lampman
3314 Monticello Ave
Waterloo, IA 50701

Nelli A. Kasparova
13230 10th Ave S
Burien, WA 98168

PHILLIP D SPEARS VS GMAC MORTGAGE LLC
8107 RUSTIC TER
SAN ANTONIO, TX 78249-3962

LAW OFFICE OF GARY A LAFF
3345 WILSHIRE BLVD STE 911
LOS ANGELES, CA 90010

Carl Wiesener
4961 Murray Johnson Rd
Conway, SC 29526

Juan Carlos Mendoza
1057 SW Janar Ave.
Port St. Lucie, FL 34953

Thomas H. Martin and Catherine D. Martin
92 Moraine St.
Jamaica Plain, MA 02130-4330

Brisbin Skiles
6700 Oakshore Dr. #104
Panama City, FL 32404

WIRTH, GLORIA
1302 N MCKEMY AVE
CHANDLER, AZ 85226-1152

DANIELS, GEORGE M & DANIELS, LORI T
8218 FOLDENAUER DRIVE
HARTLAND, MI 48843

Carla Jo Timm
Homecomings Financial
3451 Hammond Avenue
Waterloo, IA 50702


Mario Montoya
38803 Carolside Ave
Palmdale, CA 93550

Emilio Perez
246 E Main Street
Pahokee FL, 33476

# **EXHIBIT C**

Beverly A. Blake
210 C.L. Bradford St.
Pineville, LA 71360