# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Residential Capital, LLC, *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. 12-12020-mg (MG) |
| *This document relates to:*<br><br>*Residential Funding Company, LLC* v. *UBS Real Estate Securities, Inc.*,<br>Adv. Proc. No. 14-01926-mg (MG) | **DECLARATION OF BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)** |

1. I am the duly authorized custodian or other qualified witness of business records of Hawk, Fulwider and Associates, Inc., and have authority to make this certification.

2. Hawk, Fulwider and Associates, Inc. conducted a thorough search for documents responsive to the subpoena in this action served on Hawk, Fulwider and Associates, Inc. on behalf of Plaintiffs Residential Funding Company, LLC and the ResCap Liquidating Trust and was not able to locate any responsive documents in its possession, custody, or control.

3. To the best of my knowledge, the records responsive to the subpoena have been destroyed for the reasons described on Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26 day of April, 2016.

RECEIVED
MAY -2 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Jack Hawk pres.
**Name**

_____
**Signature**

president
**Title**

05850-00002/7860006.1

## Exhibit 1 to Declaration of Business Records

If there are any documents responsive to the subpoena issued on behalf of Plaintiff Residential Funding Company, LLC that have been destroyed, please provide an explanation of which documents are missing or destroyed and the reasons why the documents are missing or destroyed:

Payroll Documents are maintained for (4) years @ ADP. We keep it an extra year. They are then disposed of. ADP mentioned that these documents may be available @ the IRS.