ERLINDA ABIBAS ANIEL
75 Tobin Clark Dr.
Hillsborough, CA 94010
Claimant in Pro Per

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In Re:

RESIDENTIAL CAPITAL, LLC, et al..

Debtors.

Case No. 12-12020-MG

Chapter 11

Jointly Administered

RECEIVED MAY 12 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

**APPELLANT ERLINDA ABIBAS ANIEL DESIGNATION OF CONTENTS OF THE RECORD OF APPEAL AND STATEMENT OF ISSUES**

COMES NOW, Appellant, ERLINDA ABIBAS ANIEL, in Pro Per, and pursuant to Fed. R. Bankr. P 8009, respectfully, submits Designation of Contents of the Record of Appeal, and Statement of Issues to be Presented, as follows:

## I. Designation of Contents of the Record of Appeal

| Designation No. | Date | Description |
|---|---|---|
| 1. Dock. # 9883 | 5/03/16 | Notice of Appeal and Statement of Election |
| 2. Dock. # 9850 | 4/20/16 | Memorandum Opinion and Order after trial of the contested matter of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's objection to claim nos. 416 and 417 |
| 3. | 3/25/16 | Trial Transcript |
| 4. | 3/24/16 | Trial Transcript |
| 5. Dock. # 9755 | 3/17/16 | Letter to Judge Glenn from Jordan A. Wishnew Regarding the Trial on Objection to Erlinda Abibas Aniel's Proofs of Claim |
| 6. Dock. # 9741 | 3/09/16 | Declaration Under Penalty of Perjury as Direct Testimony of Erlinda Abibas Aniel |
| 7. Dock. # 9725 | 3/09/16 | The ResCap Borrower Claims Trust's Memorandum of Law in Support of its Objection to Claim Nos. 416 and 417 |
| 8. Dock. # 9678 | 2/25/16 | Pretrial Order |
| 9. Dock. # 9665 | 2/23/16 | Response Filed by Erlinda Abibas Aniel re: Order Concerning Application of HSBC to Quash Trial Subpeonas Relating to the Contested Claim of Erlinda Abibas Aniel |
| 10. | 3/25/16 | Exhibits filed by Erlinda Abibas Aniel |
| 11. Dock. # 9742 | 3/09/16 | Creditor's Preliminary Pre-Trial Memorandum |

| | | |
|---|---|---|
| 12. Dock. # 9696 | 03/01/16 | Order directing production of certain original documents |
| 13. Claim No. 416 | 8/20/12 | GMAC Mortgage, LLC |
| 14. Dock. # 8820 | 6/30/15 | Memorandum of Opinion and Order Sustaining in Part and Overruling in Part the Rescap Liquidating Trust and Rescap Borrower Claim Trust Objection |
| 15. Dock. # 8237 | 3/5/15 | Rescap Liquidating Trust and the Rescap Borrower Claim Trust Objection to Claim Nos. 416 and 417 |
| 16. Dock. # 8370 | 3/25/15 | Appellant Opposition and Response to the Rescap Liquidating Trust and Rescap Borrower Claim Trust to Objection   Claim Nos. 416 and 417 |
| 17. Dock. # 8475 | 4/10/15 | Rescap Borrower Claim Trust and Rescap Liquidating Trust Reply in Support of their objection to Claim Nos. 416 and 417 |
| 18. Claim No. 417 | 8/20/12 | Executive Trustee Services, LLC |

## II. Statement of Issues

A. Whether the court failed to formulate the very crucial issue of fact as enumerated in the joint pre-trial order that exactly reads: *"whether mira smoot had sufficient authority to execute the 2011 assignment as an authorized officer of hsbc"*

B. Whether the Court erred in expunging Appellant's Proof of Claim 416 and 417.

C. Whether GMAC Mortgage, as an agent, can assign the rights of its principal, HSBC Bank as Trustee for DALT-2007-OA5 to itself.

Respectfully Submitted,

Date: 5/11/16

Erlinda Abibas Aniel

Claimant in Pro Per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed on May 11, 2016 to:

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

_____
Erlinda Abibas Aniel, Claimant in Pro Per