MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MAY 24, 2016 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

I.      **UNCONTESTED MATTERS:**

1.      Motion by Plaintiffs Landon Rothstein, *et al.*, Pursuant to Fed. R. Bankr. P. 7023 and 9019 for an Order:  (I) Preliminarily Approving the Class Action Settlement with Respect to Plaintiffs' Bankruptcy Proofs of Claim, (II) Certifying the Settlement Class and Appointing Class Representatives and Class Counsel for Purposes of the Settlement, (III) Approving the Form and Manner of Notice to the Class, (IV) Scheduling a Fairness Hearing, and (iv) Appointing a Settlement Administration [Docket No. 9491]

**Related Document(s)**:

a.      Stipulation and Order of Confidentiality in Connection with the Settlement of the Proofs of Claim of Landon Rothstein, *et al*. Against Residential Capital, LLC (Claim No. 3966) and GMAC Mortgage, LLC (Claim No. 4074) [Docket No. 6462]

ny-1232924

|  |  |  |
|---|---|---|
|  | **b.** | Letter from Mark A. Strauss to Judge Glenn dated January 11, 2016 Regarding Scheduling for Fairness Hearing and Related Dates [Docket No. 9493] |
|  | **c.** | Certificate of No Objection Pursuant to LR 9075-2 Regarding Motion for an Order: (I) Preliminarily Approving the Class Action Settlement with Respect to Plaintiffs' Bankruptcy Proofs of Claim, (II) Certifying the Settlement Class and Appointing Class Representatives and Class Counsel for Purposes of the Settlement, (III) Approving the Form and Manner of Notice to the Class, (IV) Scheduling a Fairness Hearing, and (V) Appointing a Settlement Administrator [Docket No. 9606] |
|  | **d.** | Order Preliminarily Approving Proposed Settlement with the Rothstein Plaintiffs and Providing for Notice [Docket No. 9609] |

**Response(s)**:   None.

**Status**:   The hearing on this matter will be going forward.

**2.**   Motion and Incorporated Memorandum of Law of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) in Support of Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation [Docket No. 9867]

**Related Document(s)**:

**a.**   Declaration of Mark A. Strauss in Support of Final Approval of Proposed Rothstein Class Action Settlement (Claim Nos. 4074 and 3966), Plan of Allocation, Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Award for Named Plaintiffs [Docket No. 9866]

**Response(s):**   None.

**Status:**   The hearing on this matter will be going forward.

**3.**   Motion and Incorporated Memorandum of Law of Class Counsel for the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) in Support of Award of Attorney's Fees and Reimbursement of Litigation Expenses, and for Incentive Awards for the Named Plaintiffs [Docket No. 9868]

**Related Document(s)**:   None.

**Response(s)**:   None.

**Status**:   The hearing on this matter will be going forward.

Dated: May 19, 2016
      New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*