## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

IN RE:                                    CASE NO.: 12-12020-mg
                                          CHAPTER 11

**Residential Capital, LLC**
**aka Residential Capital Corporation,**

  **Debtor.**

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of The Bank of New York Mellon F/K/A

The Bank of New York, as Trustee for TBW Mortgage-Backed Trust 2007-1, Mortgage-Backed

Pass-Through Certificates, Series 2007-1 ("Secured Creditor"), and pursuant to Rule 2002 of the

Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to

be given and all papers required to be served in this case to creditors, any creditors committees,

and any other parties-in-interest, be sent to and served upon the undersigned counsel and the

following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                    Robertson, Anschutz & Schneid, P.L.
                    Authorized Agent for Secured Creditor
                    6409 Congress Ave., Suite 100
                    Boca Raton, FL 33487
                    Telephone: 561-241-6901
                    Facsimile: 561-997-6909
                    By: /s/Elizabeth L. Doyaga
                    Elizabeth L. Doyaga, Esquire
                    Email: erubino@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036

Donald H. Cram
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415-398-3344
Fax : 415-956-0439
Email: dcram@severson.com

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000
Email: sengelhardt@mofo.com

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565
(404) 841-3464
Fax : (404) 816-1108
Email: geeslingm@aol.com

Bonnie R. Golub
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107
(215) 665-8181

Fax : (215) 665-8464
Email: bgolub@weirpartners.com

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-4325
Fax : (212) 468-7900
Email: tgoren@mofo.com

Joel C Haims
Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019
(212)468-8238
Fax : (212)468-7900
Email: JHaims@mofo.com

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022
(212) 468-8042
Fax : (212) 468-7900
Email: glee@mofo.com

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
(212) 468-8045
Fax : (212) 468-7900
Email: lmarinuzzi@mofo.com

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000

Fax : 212-468-7900
Email: lnashelsky@mofo.com

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
(212)468-8030
Fax : (212)468-7900
Email: aprinci@mofo.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
212-696-6065
Fax : (212) 697-1559
Email: sreisman@curtis.com

Norman Scott Rosenbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
(212) 506-7341
Fax : (212) 468-7900
Email: nrosenbaum@mofo.com

Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
212-468-8000
Fax : 212-468-7900
Email: ksadeghi@mofo.com

John W Smith T
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205-521-8000

Email: jsmitht@babc.com

**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**Kurtzman Carson Consultants LLC, Claims Agent**
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245

**Kenneth H. Eckstein**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax : (212) 715-8000
Email: keckstein@kramerlevin.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024
(212) 561-7700
Fax : (212) 561-7777
Email: rfeinstein@pszyj.com

**Ronald J. Friedman**
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
(516) 479-6300
Fax : (516) 479-6301
Email: filings@spallp.com

**Douglas Mannal**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas

New York, NY 10036
(212) 715-9313
Fax : (212) 715-8000
Email: dmannal@kramerlevin.com

**Robert D. Nosek**
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
516.479.6307
Fax : 516.945.6307
Email: rnosek@silvermanacampora.com

**Steven S. Sparling**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-7736
Fax : (212) 715-8000
Email: ssparling@kramerlevin.com

**Stephen Zide**
Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax : (212) 715-8000
Email: szide@kramerlevin.com

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Elizabeth L. Doyaga
Elizabeth L. Doyaga, Esquire
Email: erubino@rasflaw.com