**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | CASE NO.   12-12020 (MG) |
| | ) | |
| Debtor(s). | ) | |

---

### ORDER APPROVING CLAIMANT ROSALIND ALEXANDER-KASPARIK'S MOTION FOR ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL

Upon the motion for an order pursuant to Fed. R. Bankr P. 8002(d)(1) by Claimant, Rosalind Alexander-Kasparik ("Claimant")(Proof of Claim No. 3695) for an Order Extending time to file Notice of Appeal after entry of Opinion and Order Sustaining Objection and Expunging her claim entered on April 26, 2016, (ECF Doc. # 9865) and good cause appearing, it is hereby

**ORDERED**, that the Claimant is authorized, without the need for further Court Order, to file a Notice of Appeal, and appeal the entry of the Order Sustaining Objection and Expunging Claim, any time on or before Thursday, June 9, 2016.

**IT IS SO ORDERED.**

Dated:  New York, New York
        May 26, 2016

                                         /s/Martin Glenn
                                        MARTIN GLENN
                                United States Bankruptcy Judge