# Notice Recipients

District/Off: 0208−1     User: arouzeau     Date Created: 6/3/2016
Case: 12−12020−mg     Form ID: tranapl     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Peter Vidikan
    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty     Norman Scott Rosenbaum     nrosenbaum@mofo.com
    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Erlinda Abibas Aniel     75 Tobin Clark Dr.     Hillsborough, CA 94010
    TOTAL: 1