*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __MARILYN LAWRENCE__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☒ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __ORDER SUSTAINING OBJECTION__

2. State the date on which the judgment, order, or decree was entered: __6/24/15__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __RESIDENTIAL CAPITAL LLC__    Attorney: __NORMAN S. ROSENBAUM__
   __JORDAN A. WISHNEW__
   __MERYL C. ROTHCHILD__
   __MORRISON FOERSTER LLP__
   __250 W 55th ST, NY, NY 10019__

2. Party: _____    Attorney: __212-506-7341__

RECEIVED
JUN - 8 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

X _Marilyn Lawrence_  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

X Date: __6/6/16__

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

X  MARILYN LAWRENCE  
5362 W OLYMPIC BLVD  
Los Angeles, CA 90036  
323-216-4619

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.