Allan O. Cate (CSBN: 248526)
**CATE LEGAL GROUP**
7710 Balboa Avenue, Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885

Attorney for Creditor,
Rosalind Alexander-Kasparik

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtor. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**CLAIMANT ROSALIND ALEXANDER-KASPARIK'S <u>RENEWED</u> MOTION FOR ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL AFTER ORDER (DOCKET# 9865) ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 3695**

**INTRODUCTION**

Creditor/claimant, Rosalind Alexander-Kaspaik ("Alexander" or "Claimant") hereby submits this motion requesting additional time to file Notice of Appeal, pursuant to Rule 8002(d)(1) of the Federal Rules of Bankruptcy Procedure, following the issuance of Memorandum of Opinion and Order Sustaining Objection and Expunging Claim of Rosalind

1

Alexander-Kasparik (Docket #9865) entered on April 26, 2016, in favor of ResCap Borrower Claims Trust's ("Borrower Trust") Objection to Proof of Claim No. 3695.

<u>The deadline to file Notice of Appeal was already extended through June 9, 2016, by Claimant's application and Court order dated May 26, 2016 (Docket #9909).</u>

## JURISDICTION

This Court has jurisdiction over this matter pursuant to 11 U.S.C §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. § 1334.  This matter constitutes a non-core proceeding as defined by 28 U.S.C. §157(b)(2).

## ARGUMENT

Claimant is seeking to appeal the Order expunging her Claim (#3695) against the Borrower Trust based on the debtor's wrongful foreclosure against her property in 2012.

Currently, the Claimant is seeking appellate counsel to file an appeal of the Order disposing of her claim, but she requires a short additional amount of time to secure representation.  Accordingly Claimant seeks a reasonable extension of the 14-day deadline to file Notice of Appeal under Federal Rules of Bankruptcy Procedure, Rule 8002(d)(1).  Claimant has been researching appellate counsel, but has been unable, at this point to retain an attorney to prosecute her appeal.  <u>Claimant has been engaged in discussions with appellate counsel, but has yet to retain counsel for appeal, and requires a short additional amount of time to complete this process.</u>

**WHEREFORE**, the Claimant respectfully requests that the Court enter an Order extending Claimant's time to file a Notice of Appeal as provided for under Federal Rules of Bankruptcy Procedure, Rule 8002(d)(1), for 90 days or an appropriate amount of time, and such other relief as this Court deems just and proper.

Dated: June 9, 2016

Respectfully submitted,
**CATE LEGAL GROUP**

/s/ Allan Cate

_____
Allan Cate (California Bar No. 248526)
CATE LEGAL GROUP
7710 Balboa Ave., Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885
Email: allan@acatelaw.com
*Attorney for Rosalind Alexander-Kasparik*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action via US Mail prepaid on this 9th day of June 2016, as follows:

Attorneys for GMAC Mortgage, LLC
Robert Grandy, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

Attorneys for GMAC Mortgage, LLC
John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Attorneys for Debtors and Debtors in Possession
Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Attorneys for Rescap Borrower Claims Trust
Norman Rosenbaum
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

Counsel for the Official Committee of Unsecured Creditors
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

United States Trustee
Tracy Hope Davis
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

/s/ Allan Cate

_____

Allan Cate