UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                        Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,             Case No. 12-12020-mg
v.
TIA DANIELLE SMITH,
    Creditor-Beneficiary

---

### ORDER GRANTING TIA DANIELLE SMITH'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

---

Upon the application of Tia Danielle Smith for leave to proceed in forma pauperis for a fee waiver of the costs of preparation of the Transcript of the February 9, 2016 hearing by reason of her demonstrated poverty for use in preparing her Request for Reconsideration of the June 3, 2016 Opinion and Order and, if necessary, for subsequent appeal.

**IT IS ORDERED** that the costs of preparation of the Transcript of the February 9, 2016 hearing shall be waived.

Dated on _____, at New York, New York.

_____
The Honorable Martin Glenn
UNITED STATES BANKRUPTCY JUDGE