UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                                    Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,            Case No. 12-12020-mg
   Objector
v.
TIA DANIELLE SMITH,
    Creditor-Beneficiary

_____

MOTION TO STAY FILING
OF THE COMPLETED MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF
JUNE 3, 2016 (DOC. 9917) UNTIL TEN (10) DAYS AFTER THE TRANSCRIPT OF THE
FEBRUARY 9, 2016 HEARING IS MADE AVAILABLE TO MS. SMITH

_____

     **NOW COMES** Tia Danielle Smith (Ms. Smith), by her attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, and respectfully moves the Court to stay the time for filing her complete Motion for Reconsideration under 11 U.S.C. sec. 502(j) and Fed. R. Bankr. P. 3008, or, in the alternative, her Motion to Alter or Amend under Fed. R. Bankr. P. 9023 incorporation Fed. R. Civ. P. 59, or, in the further alternative, to file her Notice of Appeal, all from the Opinion and Order of June 3, 2016 (Doc. 9917).  Her preliminary Motion for Reconsideration has been filed on even date herewith.  Ms. Smith shows the Court:

     1.  This Court has the authority to stay deadlines for reconsideration and appeal in the interests of justice under 11 U.S.C. sec. 105(a) and Fed. R. Bankr. P. 1001.

     2. Ms. Smith has meritorious issues for reconsideration and appeal, but must have access to the Transcript of the hearing on February 9, 2016 in order to properly prepare her Motions and, if necessary, a subsequent appeal.

3. Due to her demonstrated poverty, Ms. Smith has applied for a waiver of costs of the preparation of the Transcript of the hearing on February 9, 2016. (See Application for Waiver of Filing Fee and Exhibit A attached thereto filed on even date herewith.)

4. Upon information and belief, because this Court has already ordered the Transcript to be prepared, it should also be made available to the public within 90 days.

5. Failure to allow Ms. Smith access to the Transcript of the hearing on February 9, 2016 would deprive her of her rights to procedural due process under the Fifth Amendment to the *United States Constitution* solely because of her poverty.

**WHEREFORE**, Ms. Smith moves the Court stay the deadlines for Motions for Reconsideration and appeals, until she has access to the Transcript of the February 9, 2016 hearing, either by waiver of the costs of preparation of the Transcript due to her poverty or until 10 days after the Transcript is made available to the public.

Dated at Minneapolis, Minnesota this 9th day of June, 2016.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
FAX (612) 206-3170
accesslegalservices@gmail.com
Minnesota Bar #0165906
Wisconsin Bar #10170943

## DECLARATION OF SERVICE

    Wendy Alison Nora declares, under penalty of perjury, that she filed the foregoing Motion by CM/ECF on June 9, 2016 and thereby served all parties capable of service by CM/ECF.

                    */s/ Wendy Alison Nora*

                    Wendy Alison Nora