**Exhibit 2**

Case 8:10-cv-01007-CJC-RNB    Document 16    Filed 07/01/10    Page 1 of 36    Page ID #:1
Case 8:12-cv-02020-mrp    Doc 99-7    Filed 06/09/16    Entered 06/09/16 16:01:31    Exhibit 2
Pg 2 of 17

COPY

**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
Jessica L. Klickna, Esq. (SBN: 267658)
1770 Fourth Avenue
San Diego, CA 92101
Telephone:    (619) 685-4800
Facsimile:    (619) 685-4811

Attorneys for Defendant,
Nationstar Mortgage, LLC

FILED
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2010 JUL -1  AM 11: 35
BY: _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEM T. NGUYEN,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, GMAC MORTGAGE CORP DBA DITECH.COM, GMAC MORTGAGE CORPORATION, QUALITY LOAN SERVICE CORPORATION, and DOES 1 THROUGH 50, INCLUSIVE<br><br>                Defendants. | Case No. **SACV10-01007 CJC(RNBX)**<br><br>**NOTICE OF REMOVAL**<br>**[28 U.S.C. § 1446(d)]**<br><br>Orange County Superior Court<br>Central Justice Center<br>Case No. 30-2010-00376811<br><br>Complaint Filed: May 28, 2010 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, Nationstar Mortgage, LLC., hereby removes the above-captioned action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California, Western Division. Defendant is entitled to removal based on federal question jurisdiction, as follows:

1.    On May 28, 2010, the above-entitled action was commenced against Defendants in the Superior Court of California, County of Orange, as Case No. 30-

2010-00376811.  A true and correct copy of the Complaint is attached hereto as **Exhibit "A"**.

2.      The above–described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441(b).  Plaintiff's Complaint arises under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq*. and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C §2601, *et seq*. This Court has Supplemental Jurisdiction over the remaining causes of action under 28 U.S.C §1367.

3.      Defendant Quality Loan Service Corporation has been properly served by Plaintiff.  Quality Loan Service Corporation joins and consents to this removal. The consent is filed concurrently herewith.

4.      Defendant GMAC Mortgage, LLC. (erroneously sued as GMAC Mortgage Corporation) has been properly served by Plaintiff.  GMAC Mortgage, LLC. joins and consents to this removal.   The consent is filed concurrently herewith.

5.      To the best of Nationstar Mortgage, LLC.'s and its counsel's knowledge, none of the other Defendants in to this action ("DOES 1 through 100") have been properly served.   Those named as Defendants, including DOE Defendants, that remain un-served need not join this Notice of Removal.  See Salveson v. Western States Bankcard Ass'n. 731 F.2d 1423, 1429 (9th Cir. 1984).

6.      Removal to this district court is proper because this is the district that embraces the county in which Plaintiff filed the state court action.  28 U.S.C. § 1441(a).

7.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). The Complaint was not served on Defendant Nationstar Mortgage until June 3, 2010.

WHEREFORE, Defendant Nationstar Mortgage, LLC. prays that the above action now pending against it in the Superior Court of California, County of Orange

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

**NOTICE OF REMOVAL**

1  as Case No. 30-2010-00376811 be removed to this Court and that this Court assume

2  jurisdiction over the action and determine it on the merits.

3

4

5  Dated:  June 30, 2010

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

6

7

8  By:  _Jessica J. Klickna_

9  Jessica L. Klickna, Esq.
Attorneys for Defendant,
Nationstar Mortgage, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA  92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4810

Exhibit "A"

SUM-100

# SUMMONS
## (CITACIÓN JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

nationstar mortgage,gmac mortgage corp dba ditech.com,gmac corporation,quality loan service corp.,and DOES 1 through 50,inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DIEM T. NGUYEN

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es)*: | CASE NUMBER:<br>*(Número del Caso)*:<br>30-2010 |
|---|---|

SUPERIOR COURT OF CALIFORNIA-CENTRAL JUSTICE CENTER
700 Civic Center Drive,P.O. Box 22014,Santa Ana,CA 92701-2014

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*:

DIEM T. NGUYEN,12966 Euclid Street,#250D,Garden Grove,CA  92840, Tel:714-315-7262

| DATE:<br>*(Fecha)* | | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Quality Loan Service Corp

   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*: 6/3/10

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing verified complaints for : 1) MORTGAGE FRAUD; 2) PREDATORY LENDING; 3) violation of TRUTH IN LENDING ACT (TILA); 4) NEGLIGENCE; 5) PUNITIVE; 6) violation of REAL ESTATE SETTLEMENT ACT (RESPA)

and know its contents.

I am a party to this action. The matters stated in the foregoing documents are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on: May 28, 2010 at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 28, 2010

DIEM T. NGUYEN

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

Complaints

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Diem T Nguyen<br>12966 Euclid Street, Ste 250D<br>Garden Grove, CA 92840<br>TELEPHONE NO.: 714-315-7262  FAX NO.: 714-539-1170<br>ATTORNEY FOR *(Name)*: in pro se | FILED<br>SUPERIOR COURT OF CALIFORN...<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>MAY 28 2010<br><br>ALAN CARLSON, Clerk of the Court<br><br>BY _____B. LEA_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: **700 CIVIC CENTER DRIVE**
MAILING ADDRESS: **PO BOX 22014**
CITY AND ZIP CODE: **SANTA ANA, CA 92701-2014**
BRANCH NAME: **CENTRAL**

CASE NAME:
**NGUYEN VS. NATIONSTAR MORTGAGE**

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant *(Cal. Rules of Court, rule 3.402)* | 30-2010 |
| | | JUDGE: 00376811<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*  JUDGE DAVID R. CHAFFEE

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)  DTN

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**  DTN
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☑ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☑ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☑ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation** *(Cal. Rules of Court, rules 3.400–3.403)*
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)  SJN

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☑ Large number of separately represented parties
b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☑ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify)*:
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:
**DIEM T. NGUYEN**
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)  05-28-10

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (not asbestos or toxic/environmental) (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
  Contract/Warranty Breach—Seller Plaintiff (not fraud or negligence)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (not provisionally complex) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ—Administrative Mandamus
  Writ—Mandamus on Limited Court Case Matter
  Writ—Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal—Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (non-domestic relations)
  Sister State Judgment
  Administrative Agency Award (not unpaid taxes)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
  Declaratory Relief Only
  Injunctive Relief Only (non-harassment)
  Mechanics Lien
  Other Commercial Complaint Case (non-tort/non-complex)
  Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (not specified above) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

1  Diem T. Nguyen-In Pro Se
2  12966 Euclid Street, ste 250D
3  Garden Grove, CA 92840
4  Telephone: (714) 315-7262
5  Facsimile: (714) 539-1170
6
7  In Pro Se
8

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 28 2010

ALAN CARLSON, Clerk of the Court

BY _____ S. LEA _____, DEPUTY

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10         IN AND FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER
11

12  DIEM T. NGUYEN,                    )    CASE NO.    30-2010
13                                     )                00376811
14              Plaintiff,             )    COMPLAINTS FOR:
15                                     )
16  v.                                 )    1)  MORTGAGE FRAUD
17                                     )    2)  PREDATORY LENDING
18  NATIONSTAR MORTGAGE,               )    3)  VIOLATION OF TRUTH IN LENDING ACT
19  GMAC MORTGAGE CORP.DBA             )        (TILA) -REGULATION Z
20  DITECH.COM,                        )    4)  NEGLIGENCE
21  GMAC MORTGAGE                      )    5)  PUNITIVE
22  CORPORATION,                       )    6)  VIOLATON OF REAL ESTATE SETTLEMENT
23  QUALITY LOAN SERVICE               )        AND PROCEDURES ACT (RESPA)
24  CORPORATION,and                    )
25  DOES 1 THROUGH 50,                 )    JUDGE DAVID R. CHAFFEE
26  INCLUSIVE                          )
27                                     )
28                                     )
29              Defendants             )
30                                     )
31
32      Plaintiff, Diem T. Nguyen, allege:
33                    GENERAL ALLEGATIONS:
34
35      1.  The true names or capacities, whether individual, corporation, associate or otherwise of the
36  _____
37                                     1

Complaints

1. defendants named herein as DOES 1 through 50, inclusive, are unknown to Plaintiffs, who therefore sues said Defendants by such fictitious names, and Plaintiffs will amend this complaint to show their true names and capacities when same have been ascertained.

2. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated as DOES are responsible in some manner for the events and happenings herein alleged and caused injury and damages proximately thereby to Plaintiff, as herein alleged.

3. At all times herein mentioned, each of the Defendants herein were the agents, employees, and alter egos of each of the remaining Defendants, and was at all times acting within the course and scope of said agency and employment.

4. The obligations sued upon were incurred and were to be performed, or are payable, or the defendants reside in the within judicial district of the State of California.

5. At all times herein mentioned, Plaintiff is an individual residing in a condominium unit located at 4004 W 5th Street, #201, Santa Ana, CA 92703 within the Condominium Project, in the City of Santa Ana, County of Orange, California.

6. On June 30, 2006, Plaintiff went to the office of GMAC Mortgage Corporation DBA Ditech.com in Costa Mesa to complete loan applications. At no point in time did the plaintiff falsify any personal information included income status in order to obtain a favorable loan.

7. Fannie Mae is the government housing guarantor for Plaintiff's loan that was obtained by GMAC Mortgage Corporation DBA Ditech.com. It is now being serviced by Nationstar Mortgage Corporation.

### FIRST CAUSE OF ACTION
(Mortgage Fraud against Defendants)

8. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as set forth in this complaints as though fully set forth herein.

9. GMAC Mortgage Corporation DBA Ditech.com entered into the mortgage with the intent of obtaining a favorable loans for profits through deception.

10. GMAC Mortgage Corporation DBA Ditech.com along with their affiliates collectively

2

Complaints

1   cohesively co-operating with the intent of securing the mortgage for the Plaintiff by inflating
2   the appraisals of the property

4   9.  GMAC Mortgage Corporation DBA Ditech.com along with their affiliates collectively
5       cohesively co-operating with the intent of inflating the appraisals of the property in order to
6       offset loan fees and related service fees required to obtain the mortgage loans.

### SECOND CAUSE OF ACTON
### (Predatory lending against Defendants)

10. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as
    set forth in this complaints as though fully set forth herein.

11. Plaintiff disclosed to GMAC Mortgage Corporation DBA Ditech.com that Plaintiff is self-
    employed and unable to produce necessary documents and income status to obtain favorable
    loan through convention method. GMAC Mortgage Corporation DBA Ditech.com
    disregarded Plaintiff's situation and did not assess the best possible options available to
    Plaintiff without placing Plaintiff in direct harms and inevitable destructive financial paths.

12. GMAC Mortgage Corporation DBA Ditech.com along with their affiliates collectively
    cohesively co-operating with the intent of inflating the appraisals of the property in order to
    offset the mortgage loans, loan fees and related service fees required to obtain the mortgage
    loans without regards to the direct harms inflicted upon the Plaintiff.

### THIRD CAUSE OF ACTION
### (Violation of Truth in Lending ACT (TILA) against defendants)

13. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as
    set forth in this complaints as though fully set forth herein.

14. There are many discrepancies between the original Good Faith Estimate (GFE), Truth in
    Lending Act (TILA) disclosures, APR, final HUD, calculations, final settlement statement, and
    lender compensation.

15. Excessive lending fees were not properly explained on the final settlement statement.

---

3

Complaints

16. There were last minute changes made to the loan immediately before the closing dates placing the Plaintiff in a bind position of accepting it before signing documents.

## FOURTH CAUSE OF ACTON
### (Negligence against Defendants)

17. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as set forth in this complaints as though fully set forth herein.

18. At all time, Defendants were fully informed of Plaintiff's financial status and immediately recognized Plaintiff's vulnerable disposition. Defendants entered into the mortgage with the intent of obtaining the loans through the co-operations of their affiliates. Defendants and their affiliates knew full well that without their collusion practices, Plaintiff might not be qualified for the loans.

## FIFTH CAUSE OF ACTION
### (Punitive damages against Defendants)

19. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as set forth in this complaints as though fully set forth herein.

20. Defendants and their affiliates entered into collusion practices that is known as mortgage fraud for profits that ultimately placed Plaintiff in direct harms and inevitable destructive financial paths.

## SIXTH CAUSE OF ACTION
### (Violation of real estate settlement and procedures act (RESPA))

21. Plaintiff incorporate herein by reference the allegations contained in paragraph 1 through 7 as set forth in this complaints as though fully set forth herein.

22. There were many additional surprised ambiguous closing costs and fees that appeared during the escrow process and on the final settlement statements

23. The lender did not provide the Special Information Booklet to the Plaintiff at the time of the loan application or within three days thereafter.

4

Complaints

24. At the time of the loan application, the lender did not provide the Plaintiff with a Mortgage Service Disclosure Statement.

WHEREFORE, Plaintiff prays as follows:

**AS TO THE FIRST THROUGH SIXTH CAUSES OF ACTION:**

1. For damages according to proof at trial;

2. For interest on said sum at the legal rate according to proof at trial;

3. For reasonable attorney's fees according to proof at trial;

4. For cost of suit herein incurred; and

5. For such other and further relief as the court may deem just and proper.

DATED: May 28, 2010                    DIEM T. NGUYEN

                                       by _____
                                       DIEM T. NGUYEN
                                       in pro se

///
///
///
///
///
///
///
///
///
///
///
///
///
///

---

5

Complaints

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| Diem T Nguyen | Nationstar Mortgage, GMAC Mortgage Corp DBA Ditech.com, Quality Loan Service Corporation, and Does 1 through 50, inclusive. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Diem T Nguyen<br>12966 Euclid Street, Ste. 250 D<br>Garden Grove, CA 92840 | For Nationstar Mortgage and Quality Loan Service<br>McCarthy & Holthus, LLP<br>James M. Hester (SBN: 122133)<br>Jessica L. Klickna (SBN:267658) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☑ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☑ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number:    **SACV10-01007 CJC(RNBX)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Nationstar Mortgage: Lewisville, Texas<br>Quality Loan Service: San Diego, California<br>GMAC Mortgage Corp: Fort Washington, PA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Jessica Kricena_  Date _6/20/10_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV10- 1007 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] **Western Division** | [X] **Southern Division** | [_] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.