**Exhibit 4**

(RNBx),APPEAL,CLOSED,DISCOVERY

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:10-cv-01007-CJC-RNB

| | |
|---|---|
| Diem T Nguyen v. Nationstar Mortgage LLC et al | Date Filed: 07/01/2010 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 10/21/2010 |
| Referred to: Magistrate Judge Robert N. Block | Jury Demand: None |
| Case in other court:  9th CCA, 11-56774 | Nature of Suit: 290 Real Property: Other |
| Orange County Superior Court, 30-02010-00376811 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal -- Other Contract | |

**Plaintiff**

**Diem T Nguyen**                         represented by   **Diem T Nguyen**
P O Box 12139
Westminster, CA 92685
714-315-7262
Email: diem.home@gmail.com
*PRO SE*

V.

**Defendant**

**Nationstar Mortgage LLC**              represented by   **James M Hester**
McCarthy and Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101
619-685-4800
Email: jhester@heartlandcln.org
*ATTORNEY TO BE NOTICED*

**Jessica L Yared**
Houser & Allison, APC
200
701 Palomar Airport Road
Carlsbad, CA 92011
760-603-6994
Fax: 949-679-1112
Email: jyared@houser-law.com
*ATTORNEY TO BE NOTICED*

**Melissa Robbins Coutts**
McCarthy and Holthus LLP

1770 Fourth Ave
San Diego, CA 92101
619-685-4800
Fax: 619-685-4811
Email: mcoutts@mccarthyholthus.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GMAC Mortgage LLC**                   represented by   **Michael G Cross**
*TERMINATED: 08/23/2010*                                Seyfarth Shaw LLP
*doing business as*                                     400 Capitol Mall
Ditech.com                                              Suite 2350
*TERMINATED: 08/23/2010*                                Sacramento, CA 95814
*Erroneously Sued As*                                   916-448-0159
GMAC Mortgage Corporation                               Fax: 916-558-4839
*TERMINATED: 08/23/2010*                                Email: mcross@seyfarth.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stephanie Ann Wraight**
                                                        Locke Lord LLP
                                                        44 Montgomery Street Suite 4100
                                                        San Francisco, CA 94104
                                                        415-318-8810
                                                        Fax: 415-676-5816
                                                        Email: swraight@lockelord.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M Hester**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jessica L Yared**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Melissa Robbins Coutts**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Quality Loan Service Corporation**    represented by   **James M Hester**
*TERMINATED: 08/23/2010*                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jessica L Yared**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Melissa Robbins Coutts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 through 50, inclusive*

**Defendant**

**GMAC Mortgage Corp**                    represented by **Stephanie Ann Wraight**
*doing business as*                                    (See above for address)
Ditech.com                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**GMAC Mortgage Corporation**             represented by **Michael G Cross**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Stephanie Ann Wraight**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Fannie Mae**                             represented by **Jessica L Yared**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2010 | 1 | NOTICE OF REMOVAL from Orange County Superior Court Central Justice Center, case number 30-2010-00376811 with copy of summons and complaint. Case assigned to Judge Cormac J. Carney andDiscovery to Magistrate Judge Robert N. Block. (Filing fee $ 350 Paid). Filed by Defendant Nationstar Mortgage LLC.(lwag) (Entered: 07/06/2010) |
| 07/01/2010 | 2 | CERTIFICATE of Interested Parties filed by Defendant Nationstar Mortgage LLC. (lwag) (Entered: 07/06/2010) |
| 07/01/2010 | 3 | NOTICE OF JOINDER in Removal 1 to Federal Court filed by Defendant GMAC Mortgage LLC. (lwag) (Entered: 07/06/2010) |
| 07/01/2010 | 4 | NOTICE OF JOINDER in Removal 1 to Federal Court filed by Defendant Quality Loan Service Corporation. (lwag) (Entered: 07/06/2010) |
| 07/01/2010 | 5 | PROOF OF SERVICE filed by Defendant Nationstar Mortgage LLC Re: Notice of Removal 1 , Certificate/Notice of Interested Parties 2 , Joinder in Complaint 3 and Joinder in Complaint 4 served on 6/30/2010. (lwag) (Entered: 07/06/2010) |

| 07/06/2010 | 6 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Nationstar Mortgage LLC. Motion set for hearing on 8/9/2010 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Request for Judicial Notice, # 3 Proof of Service)(Klickna, Jessica) (Entered: 07/06/2010) |
|---|---|---|
| 07/14/2010 | 7 | NOTICE OF MOTION AND MOTION to Dismiss Plaintiff's Complaint filed by Defendant GMAC Mortgage LLC. Motion set for hearing on 8/16/2010 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Request For Judicial Notice, # 2 Proposed Order)(Chambers, Stephanie) (Entered: 07/14/2010) |
| 07/26/2010 | 8 | NOTICE OF NON-OPPOSITION to MOTION to Dismiss Case 6 filed by Defendant Nationstar Mortgage LLC. (Attachments: # 1 Proof of Service) (Klickna, Jessica) (Entered: 07/26/2010) |
| 08/02/2010 | 9 | MINUTES (IN CHAMBERS): by Judge Cormac J. Carney: granting 6 Motion to Dismiss Case with leave to amend. Accordingly, the hearing set for 8/9/10 at 1:30 p.m. is hereby vacated and off calendar. (twdb) (Entered: 08/02/2010) |
| 08/02/2010 | 10 | REPLY in support of MOTION to Dismiss Plaintiff's Complaint 7 filed by Defendant GMAC Mortgage LLC. (Chambers, Stephanie) (Entered: 08/02/2010) |
| 08/02/2010 | 11 | OBJECTION to Motion and Motion to Dismiss Plaintiff's Complaint; Declaration of Diem T. Nguyen filed by Plaintiff Diem T Nguyen. (db) (Entered: 08/03/2010) |
| 08/05/2010 | 12 | OBJECTION to Defendant GMAC Mortgage, LLC's Reply in Support of Motion to Dismiss Plaintiff's Complaint filed by Plaintiff Diem T Nguyen. (db) (Entered: 08/05/2010) |
| 08/06/2010 | 13 | NOTICE OF DISCREPANCY AND ORDER: by Judge Cormac J. Carney, ORDERING Request for Production of Documents to Defendants GMAC Mortgage Coro. DBA Ditech.com, GMAC Mortgage Corporation submitted by Plaintiff Diem T Nguyen received on 08/05/2010 is not to be filed but instead rejected. Denial based on: L.R. 26-2. Discovery Documents should not be Filed with the Court. (db) (Entered: 08/09/2010) |
| 08/09/2010 | 14 | REPLY in support of motion MOTION to Dismiss Plaintiff's Complaint 7 *Supplemental Reply* filed by Defendant GMAC Mortgage LLC. (Chambers, Stephanie) (Entered: 08/09/2010) |
| 08/09/2010 | 16 | MINUTES (IN CHAMBERS): ORDER Granting Defendant's Motion To Dismiss With Leave To Amend 7 by Judge Cormac J. Carney. Accordingly, the hearing set for August 16, 2010 at 1:30 p.m. is hereby vacated and off calendar. Plaintiff has twenty days leave to amend the complaint consistent with this order. GMAC has twenty days thereafter to file a responsive pleading. (jal) (Entered: 08/11/2010) |
| 08/10/2010 | 15 | CERTIFICATE OF SERVICE filed by defendant GMAC Mortgage LLC, re Reply (Motion related) 14 *Amended Certificate of Service re Defendant GMAC* |

| | | |
|---|---|---|
| | | *Mortgage LLC's Supplemental Reply in support of Motion to Dismiss Plaintiff's Complaint* served on 08/09/2010. (Chambers, Stephanie) (Entered: 08/10/2010) |
| 08/13/2010 | 17 | NOTICE filed by defendant Quality Loan Service Corporation. *of Plaintiff's Non-Opposition to Quality's Declaration of Nonmonetary Status* (Attachments: # 1 Exhibit "1", # 2 Proof of Service)(De Golier, Renee) (Entered: 08/13/2010) |
| 08/20/2010 | 18 | AMENDED COMPLAINT against defendants Nationstar Mortgage LLC, GMAC Mortgage Corpdba Ditech.Com, GMAC Mortgage Corporation, Fannie Mae; Party GMAC Mortgage LLC and Quality Loan Service Corporation terminated amending Notice of Removal, 1 ,filed by plaintiff Diem T Nguyen (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4)(db) Modified on 8/25/2010 (db). (Entered: 08/23/2010) |
| 08/25/2010 | 19 | NOTICE OF CLERICAL ERROR: Docket will be corrected to show correct filing date of 08/20/2010 instead of 08/23/2010. (db) (Entered: 08/25/2010) |
| 09/09/2010 | 20 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Fannie Mae, Nationstar Mortgage LLC. Motion set for hearing on 10/25/2010 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Request for Judicial Notice, # 3 Proof of Service) (Klickna, Jessica) (Entered: 09/09/2010) |
| 09/10/2010 | 21 | NOTICE OF MOTION AND MOTION to Dismiss Case *as to Plaintiff's First Amended Complaint* filed by defendant GMAC Mortgage Corp, GMAC Mortgage Corporation, GMAC Mortgage LLC. Motion set for hearing on 10/25/2010 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Exhibit Request for Judicial Notice in Support of Motion to Dismiss)(Chambers, Stephanie) (Entered: 09/10/2010) |
| 09/10/2010 | 22 | NOTICE OF LODGING filed re MOTION to Dismiss Case *as to Plaintiff's First Amended Complaint* 21 (Attachments: # 1 Proposed Order Granting Defendants Motion to Dismiss Plaintiff's First Amended Complaint)(Chambers, Stephanie) (Entered: 09/10/2010) |
| 10/08/2010 | 23 | REPLY in support of MOTION to Dismiss Case *as to Plaintiff's First Amended Complaint* 21 filed by Defendants GMAC Mortgage Corp, GMAC Mortgage Corporation, GMAC Mortgage LLC. (Chambers, Stephanie) (Entered: 10/08/2010) |
| 10/11/2010 | 24 | NOTICE OF NON-OPPOSITION to MOTION to Dismiss Case *as to Plaintiff's First Amended Complaint* 21 filed by Defendants Fannie Mae, Nationstar Mortgage LLC. (Attachments: # 1 Declaration, # 2 Proof of Service)(Klickna, Jessica) (Entered: 10/11/2010) |
| 10/21/2010 | 25 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: granting 20 21 Motion to Dismiss Case ( MD JS-6. Case Terminated ). Defendants motions to dismiss are GRANTED WITH PREJUDICE. (ade) (Entered: 10/21/2010) |
| 11/04/2010 | 26 | REQUEST to Amend Complaint filed by plaintiff Diem T Nguyen. (db) (Entered: 11/04/2010) |
| 11/05/2010 | 27 | |

|  |  | ORDER by Judge Cormac J. Carney: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Request to Amend Complaint filed 11/4/2010 26 for the following reasons: Hearing information is missing, incorrect, or not timely; L.R. 52-4.1 - Separate Order; (db) (Entered: 11/09/2010) |
|---|---|---|
| 11/15/2010 | 28 | MOTION to Request Permission to Be Heard Regarding Request to Amend Complaint; filed by plaintiff Diem T Nguyen. Motion set for hearing on 12/20/2010 at 01:30 PM before Judge Cormac J. Carney. (rla) (Entered: 11/16/2010) |
| 12/02/2010 | 29 | NOTICE of Change of address Changing address to 16478 Beach Boulevard #331, Westminster, CA 92683. Filed by Plaintiff Diem T Nguyen. (twdb) (Entered: 12/03/2010) |
| 12/13/2010 | 30 | MEMORANDUM in Opposition to MOTION to Amend 28 filed by Defendants Fannie Mae, Nationstar Mortgage LLC. (Attachments: # 1 Proposed Order, # 2 Proof of Service)(Klickna, Jessica) (Entered: 12/13/2010) |
| 12/15/2010 | 31 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION 28 . Accordingly, the hearing set for December 20, 2010 at 1:30 p.m. is hereby vacated and off calendar. (rla) (Entered: 12/15/2010) |
| 09/14/2011 | 32 | NOTICE OF MOTION AND MOTION to Vacate judgment filed by plaintiff Diem T Nguyen. Motion set for hearing on 10/17/2011 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 part 2)(twdb) (Entered: 09/15/2011) |
| 09/21/2011 | 33 | PROOF OF SERVICE filed by plaintiff Diem T Nguyen, re MOTION to Vacate 32 served on 9/14/11. (rla) (Entered: 09/23/2011) |
| 09/21/2011 | 34 | PROOF OF SERVICE filed by plaintiff Diem T Nguyen, [PROPOSED] ORDER GRANTING Plaintiff's Motion of vacate judgment; served on 9/14/11. (rla) (Entered: 09/23/2011) |
| 09/26/2011 | 35 | OPPOSITION in opposition to re: MOTION to Vacate 32 filed by Defendants Fannie Mae, Nationstar Mortgage LLC. (Attachments: # 1 Request for Judicial Notice, # 2 Proposed Order, # 3 Proof of Service)(Klickna, Jessica) (Entered: 09/26/2011) |
| 09/26/2011 | 36 | OPPOSITION in opposition to re: MOTION to Vacate 32 filed by Defendants GMAC Mortgage Corporation, GMAC Mortgage LLC. (Chambers, Stephanie) (Entered: 09/26/2011) |
| 09/26/2011 | 37 | REQUEST FOR JUDICIAL NOTICE *in Support of Opposition to Motion to Vacate Judgment* filed by defendant GMAC Mortgage Corporation, GMAC Mortgage LLC. (Attachments: # 1 Exhibit A through D, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I)(Chambers, Stephanie) (Entered: 09/26/2011) |
| 10/05/2011 | 38 | REPLY to opposition in support of MOTION to Vacate 32 filed by Plaintiff Diem T Nguyen. (twdb) (Entered: 10/06/2011) |
| 10/06/2011 | 39 |  |

| | | ORDER by Judge Cormac J. Carney: denying 32 Motion to Vacate Judgment. (twdb) (Entered: 10/06/2011) |
|---|---|---|
| 10/11/2011 | 40 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Diem T Nguyen. Proposed Order lodged. (dro) (Entered: 10/12/2011) |
| 10/11/2011 | 41 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff Diem T Nguyen. Appeal of Order on Motion to Vacate 39 . Filed On: 10/06/2011; Entered On: 10/06/2011; Filing fee $ 455 billed. cc: Diem T Nguyen; McCarthy & Holthus LLP; Severson and Werson. (dmap); (Representation Statemnet and Civil Appeals Docketing Statement is attached to this docket entry); Modified on 10/13/2011 (dmap). (Entered: 10/13/2011) |
| 10/12/2011 | 44 | ORDER by Judge Cormac J. Carney: granting 40 Request for Leave to Proceed in Forma. (twdb) (Entered: 10/14/2011) |
| 10/13/2011 | 42 | FILING FEE LETTER issued as to Plaintiff Diem T Nguyen re Notice of Appeal to 9th Circuit Court of Appeals 41 . (dmap) (Entered: 10/13/2011) |
| 10/13/2011 | 43 | NOTICE OF CLERICAL ERROR: Due to clerical error the filing fee letter was docketed in error. A Request to Proceed In Forma Pauperis is pending see document number 41. Re: Filing Fee Letter (A-15) 42 . (dmap) (Entered: 10/13/2011) |
| 10/13/2011 | 45 | NOTIFICATION by Circuit Court of Appellate Docket Number 11-56774, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 41 as to Plaintiff Diem T Nguyen. (car) (Entered: 10/14/2011) |
| 10/14/2011 | 46 | TRANSCRIPT DESIGNATION AND ORDERING FORM For Dates: None; Re: Notice of Appeal to the 9th CCA 41 . (dmap) (Entered: 10/19/2011) |
| 10/17/2011 | 47 | Motion and Affidavit for Leave to Appeal In Forma Pauperis filed by plaintiff Diem T Nguyen. (dmap) (Entered: 10/20/2011) |
| 10/18/2011 | 48 | ORDER by Judge Cormac J. Carney: The court has considered the motion and the motion is denied 47 Motion for Leave to Appeal In Forma Pauperis. (dmap) (Entered: 10/20/2011) |
| 10/20/2011 | 49 | FILING FEE LETTER issued as to Plaintiff Diem T Nguyen re Notice of Appeal to 9th Circuit Court of Appeals 41 (dmap) (Entered: 10/20/2011) |
| 10/20/2011 | 50 | MINUTE ORDER IN CHAMBERS by Judge Cormac J. Carney: Order Vacating Order re: Order Request for Leave to Proceed In Forma Pauperis (CV 60) 44 . The Court hereby VACATES the order granting request for leave to proceed in formapauperis for the same reasons as stated in the order denying motion for leave to appeal in forma pauperis which is docket #48. (twdb) (Entered: 10/20/2011) |
| 10/20/2011 | 51 | DESIGNATION of Record on Appeal by Plaintiff Diem T Nguyen re 41 (cbr) (Entered: 10/27/2011) |
| 10/25/2011 | 52 | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals, 41 as to Plaintiff Diem T Nguyen; Receipt Number: SA003040 in the amount of $455. (car) (Entered: 10/27/2011) |
| | | |

| 12/19/2011 | 53 | NOTICE OF PLAINTIFF'S intent to file petition for peremptory writ of mandate/prohibition or other appropriate relief in re: Order on 12/14/11 for the Superior Court case 30-2010-00387297; Certificate of recycle paper, filed by plaintiff Diem T Nguyen. (twdb) (Entered: 12/20/2011) |
|---|---|---|
| 01/10/2012 | 54 | ORDER from 9th CCA filed, CCA # 11-73976. The Motion to Proceed in Forma Pauperis 40 is DENIED as moot. DISMISSED. Order received in this district on 1/10/2012. (jp) (Entered: 01/11/2012) |
| 04/03/2013 | 55 | NOTICE of Change of address Changing attorneys address to Diem t. Nguyen PO Box 12139 Westminser, CA 92685 Email: diem.home@gmail.com. Filed by Plaintiff Diem T Nguyen. (dro) (Entered: 04/04/2013) |
| 04/03/2013 | 56 | NOTICE OF MOTION AND MOTION to Vacate Judgment Pursuant to Rule 60(b)(1)(3)(5)(6) filed by plaintiff Diem T Nguyen. Motion set for hearing on 6/10/2013 at 01:30 PM before Judge Cormac J. Carney. (dro) (Entered: 04/04/2013) |
| 04/03/2013 | 57 | DECLARATION of Diem T. Nguyen in support of MOTION to Vacate 56 filed by Plaintiff Diem T Nguyen. (dro) (Entered: 04/04/2013) |
| 04/03/2013 | 58 | MEMORANDUM of Points and Authorities in Support of MOTION to Vacate 56 filed by Plaintiff Diem T Nguyen. (dro) (Entered: 04/04/2013) |
| 05/10/2013 | 59 | OPPOSITION to MOTION to Vacate 56 *Judment* filed by Defendants Fannie Mae, Nationstar Mortgage LLC. (Attachments: # 1 Proof of Service)(Coutts, Melissa) (Entered: 05/10/2013) |
| 05/13/2013 | 60 | REPLY to Defendants Nationstar and Fannie Mae's Opposition to Plaintiff MOTION to Vacate 56 filed by Plaintiff Diem T Nguyen. (twdb) (Entered: 05/14/2013) |
| 05/15/2013 | 61 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: denying 56 Motion to Vacate Judgment [filed 4/3/13]. Accordingly, the hearing set for June 10, 2013 at 1:30 p.m. is hereby vacated and off calendar. (twdb) (Entered: 05/15/2013) |
| 05/20/2013 | 62 | OPPOSITION IN OPPOSITION TO re: MOTION to Vacate 56 filed by Defendants GMAC Mortgage Corporation, GMAC Mortgage LLC. (Cross, Michael) (Entered: 05/20/2013) |
| 05/20/2013 | 63 | REQUEST FOR JUDICIAL NOTICE re MOTION to Vacate 56 *iso 62 Opposition* filed by Defendants GMAC Mortgage Corporation, GMAC Mortgage LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Cross, Michael) (Entered: 05/20/2013) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/07/2016 10:31:01 | | |
| mf1354:2923879:3945828 | | |

| PACER Login: | | | Client Code: | 73214-0000001-13849 |
|---|---|---|---|---|
| Description: | Docket Report | | Search Criteria: | 8:10-cv-01007-CJC-RNB End date: 6/7/2016 |
| Billable Pages: | 7 | | Cost: | 0.70 |