**Exhibit 5**

Case Summary:

| | |
|---|---|
| Case Id: | 30-2010-00387297-CU-FR-CJC |
| Case Title: | DIEM T NGUYEN VS. NATIONSTAR MORTGAGE LLC |
| Case Type: | FRAUD |
| Filing Date: | 07/06/2010 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY NGUYEN, DIEM T ON 07/06/2010 | 07/06/2010 | | 5 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY NGUYEN, DIEM T ON 07/06/2010 | 07/06/2010 | | 1 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY NGUYEN, DIEM T ON 07/06/2010 | 07/06/2010 | | 1 pages | ☐ |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER MOBERLY, JAMOA ON 07/06/2010. | 07/06/2010 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY FOR 133- COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10500571. | 07/06/2010 | | 1 pages | ☐ |
| 6 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, DIEM T ON 07/15/2010 | 07/15/2010 | | 10 pages | ☐ |
| 7 | AFFIDAVIT - OTHER (OF SERVICE) FILED BY NGUYEN, DIEM T ON 07/19/2010 | 07/19/2010 | | 2 pages | ☐ |
| 8 | DEMURRER TO COMPLAINT FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC ON 08/05/2010 | 08/05/2010 | | 2 pages | ☐ |
| 9 | PAYMENT RECEIVED BY FOR 134- ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10523215. | 08/06/2010 | | 1 pages | ☐ |
| 10 | PAYMENT RECEIVED BY FOR 134- ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 355.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10523217. | 08/06/2010 | | 1 pages | ☐ |
| 11 | DEMURRER TO COMPLAINT SCHEDULED FOR 09/10/2010 AT 01:30:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 08/06/2010 | | NV | ☐ |
| 12 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC ON 08/05/2010 | 08/05/2010 | | 6 pages | ☐ |
| 13 | REQUEST FOR JUDICIAL NOTICE FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC ON 08/05/2010 | 08/05/2010 | | 59 pages | ☐ |
| 14 | | 08/05/2010 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | PROOF OF SERVICE FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC ON 08/05/2010 |  |  |  |  |
| 15 | OBJECTION FILED BY NGUYEN, DIEM T ON 08/13/2010 | 08/13/2010 |  | 3 pages | ☐ |
| 16 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY NATIONSTAR MORTGAGE LLC ON 09/02/2010 | 09/02/2010 |  | 3 pages | ☐ |
| 17 | PROOF OF SERVICE BY MAIL (BY FAX ..) FILED BY NATIONSTAR MORTGAGE LLC ON 09/02/2010 | 09/02/2010 |  | 2 pages | ☐ |
| 18 | PAYMENT RECEIVED BY FOR FACSIMILE FILING PER PAGE IN THE AMOUNT OF 6.00, TRANSACTION NUMBER AND RECEIPT NUMBER 10544441. | 09/02/2010 |  | 1 pages | ☐ |
| 19 | STATUS CONFERENCE SCHEDULED FOR 12/13/2010 AT 10:00:00 AM IN C12 AT CENTRAL JUSTICE CENTER. | 09/10/2010 |  | *NV* |  |
| 20 | THE STATUS CONFERENCE IS SCHEDULED FOR 12/13/2010 AT 10:00 AM IN DEPARTMENT C12. | 09/10/2010 |  | *NV* |  |
| 21 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 09/10/2010 01:30:00 PM. | 09/16/2010 |  | 2 pages | ☐ |
| 22 | NOTICE OF RULING FILED BY NATIONSTAR MORTGAGE LLC ON 09/16/2010 | 09/16/2010 |  | 2 pages | ☐ |
| 23 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC ON 09/16/2010 | 09/16/2010 |  | 2 pages | ☐ |
| 24 | AMENDMENT TO COMPLAINT FILED BY NGUYEN, DIEM T ON 12/06/2010 | 12/06/2010 |  | 7 pages | ☐ |
| 25 | STATUS CONFERENCE RESCHEDULED FOR 01/31/2011 AT 10:00:00 AM IN C12 AT CENTRAL JUSTICE CENTER. | 12/13/2010 |  | *NV* |  |
| 26 | STATUS CONFERENCE SCHEDULED FOR 01/31/2011 AT 10:00:00 AM IN C12 AT CENTRAL JUSTICE CENTER. | 12/13/2010 |  | *NV* |  |
| 27 | STATUS CONFERENCE CONTINUED TO 01/31/2011 AT 10:00 AM IN THIS DEPARTMENT. | 12/13/2010 |  | *NV* |  |
| 28 | MINUTES FINALIZED FOR STATUS CONFERENCE 12/13/2010 10:00:00 AM. | 12/14/2010 |  | 1 pages | ☐ |
| 29 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY NGUYEN, DIEM T ON 12/17/2010 | 12/17/2010 |  | 2 pages | ☐ |
| 30 | DEMURRER (RE: FIRST AMENDED COMPLAINT) FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 12/30/2010 | 12/30/2010 |  | 3 pages | ☐ |
| 31 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN | 01/03/2011 |  | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | THE AMOUNT OF 40.00, TRANSACTION NUMBER 10804779 AND RECEIPT NUMBER 10628671. |  |  |  |  |
| 32 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 02/18/2011 AT 01:30:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 01/03/2011 |  | *NV* |  |
| 33 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 12/30/2010 | 12/30/2010 |  | 17 pages | ☐ |
| 34 | REQUEST FOR JUDICIAL NOTICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 12/30/2010 | 12/30/2010 |  | 80 pages | ☐ |
| 35 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 12/30/2010 | 12/30/2010 |  | 2 pages | ☐ |
| 36 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10814993 AND RECEIPT NUMBER 10638885. | 01/18/2011 |  | 1 pages | ☐ |
| 37 | EX PARTE APPLICATION - OTHER (FOR AN ORDER SHORTENING TIME FOR HEARING) FILED BY NGUYEN, DIEM T ON 01/18/2011 | 01/18/2011 |  | 66 pages | ☐ |
| 38 | EX PARTE SCHEDULED FOR 01/20/2011 AT 01:30:00 PM IN C12 AT CENTRAL JUSTICE CENTER. | 01/18/2011 |  | *NV* |  |
| 39 | EX PARTE REASSIGNED TO C15 AT CENTRAL JUSTICE CENTER ON 01/20/2011 AT 01:30:00 PM. | 01/20/2011 |  | *NV* |  |
| 40 | EX PARTE SCHEDULED FOR 01/20/2011 AT 01:30:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 01/20/2011 |  | *NV* |  |
| 41 | CASE REASSIGNED TO FRANCISCO FIRMAT EFFECTIVE 01/19/2011. | 01/20/2011 |  | *NV* |  |
| 42 | THE MATTER IS REASSIGNED FROM DEPARTMENT C12 TO DEPARTMENT C15. | 01/20/2011 |  | *NV* |  |
| 43 | MINUTES FINALIZED FOR CHAMBERS WORK 01/20/2011 11:21:00 AM. | 01/20/2011 |  | 1 pages | ☐ |
| 44 | DEMURRER TO AMENDED COMPLAINT REASSIGNED TO C15 AT CENTRAL JUSTICE CENTER ON 02/18/2011 AT 01:30:00 PM. | 01/20/2011 |  | *NV* |  |
| 45 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 02/18/2011 AT 01:30:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 01/20/2011 |  | *NV* |  |
| 46 | STATUS CONFERENCE REASSIGNED TO C15 AT CENTRAL JUSTICE CENTER ON 01/31/2011 AT 10:00:00 AM. | 01/20/2011 |  | *NV* |  |
| 47 | STATUS CONFERENCE SCHEDULED FOR 01/31/2011 AT 10:00:00 AM IN C15 AT CENTRAL JUSTICE CENTER. | 01/20/2011 |  | *NV* |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 48 | NOTICE - OTHER (OF CONTACT NUMBER) FILED BY NGUYEN, DIEM T ON 01/24/2011 | 01/24/2011 | | 2 pages | ☐ |
| 49 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT SCHEDULED FOR 02/17/2011 AT 03:00:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 01/20/2011 | | *NV* | |
| 50 | THE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IS SCHEDULED FOR 02/17/2011 AT 03:00 PM IN DEPARTMENT C15. | 01/20/2011 | | *NV* | |
| 51 | MINUTES FINALIZED FOR EX PARTE 01/20/2011 01:30:00 PM. | 01/26/2011 | | 1 pages | ☐ |
| 52 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/26/2011 | | 1 pages | ☐ |
| 53 | CORRESPONDENCE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 12/22/2010 | 12/22/2010 | | 3 pages | ☐ |
| 54 | OBJECTION (TO DEFENDANTS' DEMURRER TO FIRST AMENDMENT TO COMPLAINT) FILED BY NGUYEN, DIEM T ON 02/04/2011 | 02/04/2011 | | 84 pages | ☐ |
| 55 | E-FILING TRANSACTION 227753 RECEIVED ON 02/09/2011 02:26:32 PM. | 02/09/2011 | | *NV* | |
| 56 | REPLY TO OPPOSITION (MEMORANDUM OF POINTS AND AUTHORITIESTO FIRST AMENDED COMPLAINT) FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 02/09/2011 | 02/09/2011 | | 5 pages | ☐ |
| 57 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 02/09/2011 | 02/09/2011 | | 2 pages | ☐ |
| 58 | SUPPLEMENTAL (SOURCES AND AUTHORITY) FILED BY NGUYEN, DIEM T ON 02/10/2011 | 02/10/2011 | | 5 pages | ☐ |
| 59 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/17/2011 03:00:00 PM. | 02/18/2011 | | 1 pages | ☐ |
| 60 | NOTICE OF RULING FILED BY NATIONSTAR MORTGAGE LLC ON 02/22/2011 | 02/22/2011 | | 2 pages | ☐ |
| 61 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC ON 02/22/2011 | 02/22/2011 | | 2 pages | ☐ |
| 62 | AMENDED COMPLAINT (SECOND) FILED BY NGUYEN, DIEM T ON 03/07/2011 | 03/07/2011 | | 126 pages | ☐ |
| 63 | CASE REASSIGNED TO WILLIAM MONROE EFFECTIVE 04/04/2011. | 03/16/2011 | | 2 pages | ☐ |
| 64 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10865561 AND RECEIPT NUMBER 10689453. | 03/28/2011 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 65 | EX PARTE APPLICATION - OTHER (TO RESTORE CASE BACK TO THE SUPERIOR COURT PRESIDED BY HONORABLE FIRMAT) FILED BY NGUYEN, DIEM T ON 03/28/2011 | 03/28/2011 | | 9 pages | ☐ |
| 66 | EX PARTE SCHEDULED FOR 03/30/2011 AT 01:30:00 PM IN C15 AT CENTRAL JUSTICE CENTER. | 03/28/2011 | | NV | |
| 67 | MINUTES FINALIZED FOR EX PARTE 03/30/2011 01:30:00 PM. | 04/01/2011 | | 1 pages | ☐ |
| 68 | NOTICE OF REASSIGNMENT FILED BY NGUYEN, DIEM T ON 03/28/2011 | 03/28/2011 | | 4 pages | ☐ |
| 69 | DEMURRER TO AMENDED COMPLAINT (SECOND) FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE LLC ON 04/06/2011 | 04/06/2011 | | 4 pages | ☐ |
| 70 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 05/17/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 04/07/2011 | | NV | |
| 71 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 04/06/2011 | 04/06/2011 | | 22 pages | ☐ |
| 72 | REQUEST FOR JUDICIAL NOTICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 04/06/2011 | 04/06/2011 | | 72 pages | ☐ |
| 73 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 04/06/2011 | 04/06/2011 | | 2 pages | ☐ |
| 74 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10872561 AND RECEIPT NUMBER 10696453. | 04/07/2011 | | 1 pages | ☐ |
| 75 | SUMMONS ISSUED AND FILED FILED BY NGUYEN, DIEM T ON 03/16/2011 | 03/16/2011 | | 2 pages | ☐ |
| 76 | PROOF OF SERVICE OF 30-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY NGUYEN, DIEM T ON 04/15/2011 | 04/15/2011 | | 2 pages | ☐ |
| 77 | OBJECTION FILED BY NGUYEN, DIEM T ON 04/28/2011 | 04/28/2011 | | 94 pages | ☐ |
| 78 | E-FILING TRANSACTION 238365 RECEIVED ON 04/29/2011 03:05:54 PM. | 05/03/2011 | | NV | |
| 79 | DEMURRER (TO COMPLAINT) FILED BY GMAC MORTGAGE CORPORATION ON 04/29/2011 | 04/29/2011 | | 22 pages | ☐ |
| 80 | REQUEST FOR JUDICIAL NOTICE FILED BY GMAC MORTGAGE CORPORATION ON 04/29/2011 | 04/29/2011 | | 114 pages | ☐ |
| 81 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, | 05/03/2011 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | TRANSACTION NUMBER 10894964 AND RECEIPT NUMBER 10718856. | | | | |
| 82 | DEMURRER TO COMPLAINT SCHEDULED FOR 06/14/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 05/03/2011 | | NV | |
| 83 | E-FILING TRANSACTION 12826 RECEIVED ON 05/09/2011 04:24:27 PM. | 05/10/2011 | | NV | |
| 84 | REPLY - OTHER (TO OBJECTION TO DEMURRER TO 2ND AMENDED COMPLAINT) FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 05/09/2011 | 05/09/2011 | | 7 pages | ☐ |
| 85 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION ON 05/09/2011 | 05/09/2011 | | 2 pages | ☐ |
| 86 | RESPONSE FILED BY NGUYEN, DIEM T ON 05/13/2011 | 05/13/2011 | | 54 pages | ☐ |
| 87 | MINUTES FINALIZED FOR DEMURRER TO AMENDED COMPLAINT 05/17/2011 02:00:00 PM. | 05/18/2011 | | 3 pages | ☐ |
| 88 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 05/18/2011 | | 1 pages | ☐ |
| 89 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10911565 AND RECEIPT NUMBER 10735457. | 05/23/2011 | | 1 pages | ☐ |
| 90 | EX PARTE APPLICATION - OTHER FILED BY NGUYEN, DIEM T ON 05/23/2011 | 05/23/2011 | | 54 pages | ☐ |
| 91 | EX PARTE SCHEDULED FOR 05/25/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 05/23/2011 | | NV | |
| 92 | PROOF OF SERVICE FILED BY NGUYEN, DIEM T ON 05/20/2011 | 05/20/2011 | | 2 pages | ☐ |
| 93 | MINUTES FINALIZED FOR EX PARTE 05/25/2011 08:30:00 AM. | 05/25/2011 | | 1 pages | ☐ |
| 94 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/25/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 05/25/2011 | | 2 pages | ☐ |
| 95 | PROOF OF SERVICE FILED BY NGUYEN, DIEM T ON 05/26/2011 | 05/26/2011 | | 2 pages | ☐ |
| 96 | E-FILING TRANSACTION 243411 RECEIVED ON 06/03/2011 02:19:36 PM. | 06/06/2011 | | NV | |
| 97 | NOTICE OF CONTINUANCE FILED BY GMAC MORTGAGE LLC ON 06/03/2011 | 06/03/2011 | | 3 pages | ☐ |
| 98 | OPPOSITION FILED BY NGUYEN, DIEM T ON 06/06/2011 | 06/06/2011 | | 58 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 99 | PROOF OF SERVICE BY MAIL FILED BY NGUYEN, DIEM T ON 06/14/2011 | 06/06/2011 | | 1 pages | ☐ |
| 100 | DEMURRER TO COMPLAINT SCHEDULED FOR 06/28/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 06/14/2011 | | NV | |
| 101 | DEMURRER TO COMPLAINT CONTINUED TO 06/28/2011 AT 02:00 PM IN THIS DEPARTMENT. | 06/14/2011 | | NV | |
| 102 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 06/14/2011 02:00:00 PM. | 06/14/2011 | | 1 pages | ☐ |
| 103 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10932477 AND RECEIPT NUMBER 10756369. | 06/16/2011 | | 1 pages | ☐ |
| 104 | EX PARTE APPLICATION - OTHER FILED BY NGUYEN, DIEM T ON 06/16/2011 | 06/16/2011 | | 71 pages | ☐ |
| 105 | EX PARTE SCHEDULED FOR 06/23/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 06/17/2011 | | NV | |
| 106 | AMENDED COMPLAINT (THIRD) FILED BY NGUYEN, DIEM T ON 06/13/2011 | 06/13/2011 | | 148 pages | ☐ |
| 107 | DECLARATION - OTHER (OF MAILING) FILED BY NGUYEN, DIEM T ON 06/22/2011 | 06/22/2011 | | 1 pages | ☐ |
| 108 | MINUTES FINALIZED FOR EX PARTE 06/23/2011 08:30:00 AM. | 06/23/2011 | | 1 pages | ☐ |
| 109 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10939139 AND RECEIPT NUMBER 10763031. | 06/27/2011 | | 1 pages | ☐ |
| 110 | EX PARTE APPLICATION - OTHER (LEAVE TO FILE 3RD AMENDED COMPLAINT) FILED BY NGUYEN, DIEM T ON 06/27/2011 | 06/27/2011 | | 16 pages | ☐ |
| 111 | EX PARTE SCHEDULED FOR 06/28/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | NV | |
| 112 | PROOF OF SERVICE FILED BY NGUYEN, DIEM T ON 06/27/2011 | 06/27/2011 | | 24 pages | ☐ |
| 113 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, DIEM T ON 06/24/2011 | 06/24/2011 | | 2 pages | ☐ |
| 114 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 07/19/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 06/28/2011 | | NV | |
| 115 | THE DEMURRER TO AMENDED COMPLAINT IS SCHEDULED FOR 07/19/2011 AT 02:00 PM IN DEPARTMENT C-16. | 06/28/2011 | | NV | |
| 117 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT SCHEDULED FOR 07/19/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 06/28/2011 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 118 | THE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IS SCHEDULED FOR 07/19/2011 AT 02:00 PM IN DEPARTMENT C-16. | 06/28/2011 | | NV | |
| 119 | MINUTES FINALIZED FOR EX PARTE 06/28/2011 08:30:00 AM. | 06/28/2011 | | 1 pages | ☐ |
| 122 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 06/28/2011 02:00:00 PM. | 06/28/2011 | | 1 pages | ☐ |
| 123 | DECLARATION - OTHER (OF MAILING) FILED BY NGUYEN, DIEM T ON 06/13/2011 | 06/13/2011 | | 1 pages | ☐ |
| 124 | DECLARATION - OTHER (OF MAILING) FILED BY NGUYEN, DIEM T ON 06/13/2011 | 06/13/2011 | | 1 pages | ☐ |
| 125 | MOTION FOR LEAVE TO AMEND (THE THIRD AMENDMENT TO COMPLAINT) FILED BY NGUYEN, DIEM T ON 06/29/2011 | 06/29/2011 | | 21 pages | ☐ |
| 126 | MOTION FOR LEAVE TO AMEND SCHEDULED FOR 07/19/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 06/29/2011 | | NV | |
| 127 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10941916 AND RECEIPT NUMBER 10765808. | 06/29/2011 | | 1 pages | ☐ |
| 128 | MOTION TO CONSOLIDATE CASES FILED BY NGUYEN, DIEM T ON 07/05/2011 | 07/05/2011 | | 54 pages | ☐ |
| 129 | MOTION TO CONSOLIDATE SCHEDULED FOR 08/02/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 07/05/2011 | | NV | |
| 130 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10944600 AND RECEIPT NUMBER 10768492. | 07/05/2011 | | 1 pages | ☐ |
| 131 | SUMMONS ISSUED AND FILED FILED BY NGUYEN, DIEM T ON 06/13/2011 | 06/13/2011 | | 2 pages | ☐ |
| 132 | E-FILING TRANSACTION 247946 RECEIVED ON 07/06/2011 11:34:47 AM. | 07/06/2011 | | NV | |
| 133 | OPPOSITION FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE ON 07/06/2011 | 07/06/2011 | | 3 pages | ☐ |
| 134 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE ON 07/06/2011 | 07/06/2011 | | 2 pages | ☐ |
| 135 | DECLARATION - OTHER (OF NON-MONETARY STATUS) FILED BY QUALITY LOAN SERVICES INC. ON 07/07/2011 | 07/07/2011 | | 2 pages | ☐ |
| 136 | DECLARATION - OTHER (OF BOUNLET LOUVAN IN SUPPORT OF QUALITY'S DECLARATION OF NON-MONETARY STATUS) FILED BY QUALITY LOAN SERVICES INC. ON 07/07/2011 | 07/07/2011 | | 8 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 137 | RESPONSE (TO OPPOSITION) FILED BY NGUYEN, DIEM T ON 07/13/2011 | 07/13/2011 | | 96 pages | ☐ |
| 138 | E-FILING TRANSACTION 249348 RECEIVED ON 07/14/2011 02:52:36 PM. | 07/18/2011 | | *NV* | |
| 139 | DEMURRER TO AMENDED COMPLAINT FILED BY GMAC MORTGAGE LLC ON 07/14/2011 | 07/14/2011 | | 28 pages | ☐ |
| 140 | REQUEST FOR JUDICIAL NOTICE FILED BY GMAC MORTGAGE CORPORATION ON 07/14/2011 | 07/14/2011 | | 114 pages | ☐ |
| 141 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10953258 AND RECEIPT NUMBER 10777150. | 07/18/2011 | | 1 pages | ☐ |
| 142 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 08/23/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 07/18/2011 | | *NV* | |
| 143 | E-FILING TRANSACTION 250018 RECEIVED ON 07/19/2011 02:00:50 PM. | 07/19/2011 | | *NV* | |
| 144 | OPPOSITION FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 07/19/2011 | 07/19/2011 | | 7 pages | ☐ |
| 145 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 07/19/2011 | 07/19/2011 | | 2 pages | ☐ |
| 146 | MINUTES FINALIZED FOR MULTIPLE EVENTS 07/19/2011 02:00:00 PM. | 07/20/2011 | | 3 pages | ☐ |
| 147 | E-FILING TRANSACTION 250025 RECEIVED ON 07/19/2011 02:11:57 PM. | 07/21/2011 | | *NV* | |
| 148 | PROOF OF SERVICE (AMENDED) FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 07/19/2011 | 07/19/2011 | | 2 pages | ☐ |
| 149 | NOTICE OF RULING FILED BY NATIONSTAR MORTGAGE LLC ON 07/21/2011 | 07/21/2011 | | 2 pages | ☐ |
| 150 | DEMURRER TO AMENDED COMPLAINT FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; QUALITY LOAN SERVICES INC. ON 07/27/2011 | 07/25/2011 | | 4 pages | ☐ |
| 151 | POINTS AND AUTHORITIES FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC | 07/25/2011 | | 23 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | REGISTRATION SYSTEMS INC; QUALITY LOAN SERVICES INC. ON 07/25/2011 |  |  |  |  |
| 152 | REQUEST FOR JUDICIAL NOTICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; QUALITY LOAN SERVICES INC. ON 07/25/2011 | 07/25/2011 |  | 72 pages | ☐ |
| 153 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; QUALITY LOAN SERVICES INC. ON 07/25/2011 | 07/25/2011 |  | 3 pages | ☐ |
| 154 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 08/30/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 07/27/2011 |  | NV |  |
| 155 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, TRANSACTION NUMBER 10959959 AND RECEIPT NUMBER 10783851. | 07/27/2011 |  | 1 pages | ☐ |
| 156 | PAYMENT RECEIVED BY FOR 167 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 395.00, TRANSACTION NUMBER 10959961 AND RECEIPT NUMBER 10783853. | 07/27/2011 |  | 1 pages | ☐ |
| 157 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10959965 AND RECEIPT NUMBER 10783857. | 07/27/2011 |  | 1 pages | ☐ |
| 158 | MINUTES FINALIZED FOR MOTION TO CONSOLIDATE 08/02/2011 02:00:00 PM. | 08/02/2011 |  | 2 pages | ☐ |
| 159 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 08/30/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 08/04/2011 |  | NV |  |
| 160 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/30/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 08/04/2011 |  | NV |  |
| 161 | THE DEMURRER TO AMENDED COMPLAINT IS RESET TO 08/30/2011 AT 02:00 PM IN THIS DEPARTMENT. | 08/04/2011 |  | NV |  |
| 162 | THE CASE MANAGEMENT CONFERENCE IS RESET TO 08/30/2011 AT 02:00 PM IN THIS DEPARTMENT. | 08/04/2011 |  | NV |  |
| 163 | MINUTES FINALIZED FOR CHAMBERS WORK 08/04/2011 09:46:00 AM. | 08/04/2011 |  | 1 pages | ☐ |
| 164 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 08/04/2011 |  | 1 pages | ☐ |
| 165 |  | 08/09/2011 |  | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 10969315 AND RECEIPT NUMBER 10793207. |  |  |  |  |
| 166 | EX PARTE APPLICATION - OTHER FILED BY NGUYEN, DIEM T ON 08/09/2011 | 08/09/2011 |  | 6 pages | ☐ |
| 167 | EX PARTE SCHEDULED FOR 08/11/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 08/10/2011 |  | NV |  |
| 168 | PROOF OF SERVICE BY MAIL (RE: ORDER ON EX-PARTE MOTION TO EXTEND TIME NEEDED TO RESPOND TO ALL OF DEFT'S MOTION FOR DEMURRER ETC.) FILED BY NGUYEN, DIEM T ON 08/10/2011 | 08/10/2011 |  | 3 pages | ☐ |
| 169 | MINUTES FINALIZED FOR EX PARTE 08/11/2011 08:30:00 AM. | 08/11/2011 |  | 1 pages | ☐ |
| 170 | E-FILING TRANSACTION 15925 RECEIVED ON 08/10/2011 03:35:12 PM. | 08/12/2011 |  | NV |  |
| 171 | NOTICE OF RULING FILED BY GMAC MORTGAGE LLC ON 08/10/2011 | 08/10/2011 |  | 6 pages | ☐ |
| 172 | E-FILING TRANSACTION 16090 RECEIVED ON 08/15/2011 02:48:13 PM. | 08/15/2011 |  | NV |  |
| 173 | CASE MANAGEMENT STATEMENT FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 08/15/2011 | 08/15/2011 |  | 5 pages | ☐ |
| 174 | PROOF OF SERVICE BY MAIL FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 08/15/2011 | 08/15/2011 |  | 2 pages | ☐ |
| 175 | E-FILING TRANSACTION 254423 RECEIVED ON 08/16/2011 04:18:13 PM. | 08/16/2011 |  | NV |  |
| 176 | CASE MANAGEMENT STATEMENT FILED BY GMAC MORTGAGE LLC ON 08/16/2011 | 08/16/2011 |  | 7 pages | ☐ |
| 177 | NOTICE - OTHER (OF OBJECTION AND OBJECTION TO THE DEMURRER TO PLAINTIFF'S THIRD AMENDED COMPLAINT) FILED BY NGUYEN, DIEM T ON 08/16/2011 | 08/16/2011 |  | 111 pages | ☐ |
| 178 | NOTICE - OTHER FILED BY NGUYEN, DIEM T ON 08/16/2011 | 08/16/2011 |  | 105 pages | ☐ |
| 179 | E-FILING TRANSACTION 16365 RECEIVED ON 08/22/2011 03:34:47 PM. | 08/22/2011 |  | NV |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 180 | MEMORANDUM OF POINTS AND AUTHORITIES (IN REPLY TO OPPOSITION TO DEMURRER TO AMENDED COMPLAINT) FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 08/22/2011 | 08/22/2011 | | 7 pages | ☐ |
| 181 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 08/22/2011 | 08/22/2011 | | 2 pages | ☐ |
| 182 | CASE MANAGEMENT STATEMENT FILED BY NGUYEN, DIEM T ON 08/22/2011 | 08/22/2011 | | 12 pages | ☐ |
| 183 | REPLY TO OPPOSITION FILED BY NGUYEN, DIEM T ON 08/24/2011 | 08/24/2011 | | 8 pages | ☐ |
| 184 | E-FILING TRANSACTION 255705 RECEIVED ON 08/24/2011 02:07:07 PM. | 08/25/2011 | | NV | |
| 185 | REPLY - OTHER (IN SUPPORT) FILED BY GMAC MORTGAGE LLC ON 08/24/2011 | 08/24/2011 | | 9 pages | ☐ |
| 186 | REQUEST FOR JUDICIAL NOTICE FILED BY GMAC MORTGAGE LLC ON 08/24/2011 | 08/24/2011 | | 25 pages | ☐ |
| 187 | REPLY TO OPPOSITION FILED BY NGUYEN, DIEM T ON 08/29/2011 | 08/29/2011 | | 17 pages | ☐ |
| 188 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 09/13/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 08/30/2011 | | NV | |
| 189 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 09/13/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 08/30/2011 | | NV | |
| 190 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 09/13/2011 AT 02:00:00 PM IN C16 AT CENTRAL JUSTICE CENTER. | 08/30/2011 | | NV | |
| 191 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 09/13/2011 AT 02:00 PM IN THIS DEPARTMENT. | 08/30/2011 | | NV | |
| 192 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 09/13/2011 AT 02:00 PM IN THIS DEPARTMENT. | 08/30/2011 | | NV | |
| 193 | CASE MANAGEMENT CONFERENCE CONTINUED TO 09/13/2011 AT 02:00 PM IN THIS DEPARTMENT. | 08/30/2011 | | NV | |
| 194 | MINUTES FINALIZED FOR MULTIPLE EVENTS 08/30/2011 02:00:00 PM. | 08/30/2011 | | 1 pages | ☐ |
| 195 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/13/2011 02:00:00 PM. | 09/15/2011 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 196 | E-FILING TRANSACTION 259358 RECEIVED ON 09/14/2011 10:51:28 AM. | 09/16/2011 | | *NV* | |
| 197 | NOTICE OF RULING FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 09/14/2011 | 09/14/2011 | | 2 pages | ☐ |
| 198 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 09/14/2011 | 09/14/2011 | | 2 pages | ☐ |
| 199 | NOTICE OF HEARING (OF HEARING STATUS) FILED BY NGUYEN, DIEM T ON 09/19/2011 | 09/19/2011 | | 4 pages | ☐ |
| 200 | E-FILING TRANSACTION 261908 RECEIVED ON 09/27/2011 12:16:07 PM. | 09/27/2011 | | *NV* | |
| 201 | PROPOSED ORDER RECEIVED ON 09/27/2011. | 09/27/2011 | | 3 pages | ☐ |
| 202 | JUDGMENT (PROPOSED) RECEIVED ON 09/27/2011. | 09/27/2011 | | 3 pages | ☐ |
| 203 | OBJECTION FILED BY NGUYEN, DIEM T ON 09/28/2011 | 09/28/2011 | | 21 pages | ☐ |
| 204 | ORDER - OTHER (SUSTAINING DEMURRER) FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; NATIONSTAR MORTGAGE LLC; QUALITY LOAN SERVICES INC. ON 09/13/2011 | 09/13/2011 | | 3 pages | ☐ |
| 205 | ORDER - OTHER (SUSTAINING DEMURRER WITHOUT LEAVE TO AMEND) FILED BY HUNTINGTON WEST PROPERTIES ON 10/04/2011 | 10/04/2011 | | 3 pages | ☐ |
| 206 | MINUTES FINALIZED FOR CHAMBERS WORK 10/06/2011 08:52:00 AM. | 10/06/2011 | | 1 pages | ☐ |
| 207 | JUDGMENT (AS TO GMAC MORTGAGE, LLC) FILED BY GMAC MORTGAGE LLC ON 10/12/2011 | 10/12/2011 | | 3 pages | ☐ |
| 208 | ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED SCHEDULED FOR 12/14/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 11/01/2011 | | *NV* | |
| 209 | THE ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED IS SCHEDULED FOR 12/14/2011 AT 08:30 AM IN DEPARTMENT C-16. | 11/01/2011 | | *NV* | |
| 210 | MINUTES FINALIZED FOR CHAMBERS WORK 11/01/2011 03:40:00 PM. | 11/01/2011 | | 1 pages | ☐ |
| 211 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 11/01/2011 | | 1 pages | ☐ |
| 212 | | 11/15/2011 | | 88 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | REPLY - OTHER (BRIEF IN REGARDS TO STATE COURT'S LACK OF JURISDICTION) FILED BY NGUYEN, DIEM T ON 11/15/2011 |  |  |  |  |
| 213 | E-FILING TRANSACTION 274204 RECEIVED ON 12/01/2011 10:22:26 AM. | 12/01/2011 |  | *NV* |  |
| 214 | OPPOSITION FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 12/01/2011 | 12/01/2011 |  | 5 pages | ☐ |
| 215 | REQUEST FOR JUDICIAL NOTICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 12/01/2011 | 12/01/2011 |  | 70 pages | ☐ |
| 216 | PROOF OF SERVICE FILED BY NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ON 12/01/2011 | 12/01/2011 |  | 2 pages | ☐ |
| 217 | OPPOSITION FILED BY GMAC MORTGAGE LLC ON 12/02/2011 | 12/02/2011 |  | 6 pages | ☐ |
| 218 | REQUEST FOR JUDICIAL NOTICE FILED BY GMAC MORTGAGE LLC ON 12/02/2011 | 12/02/2011 |  | 592 pages | ☐ |
| 219 | PROOF OF SERVICE (AMENDED) FILED BY GMAC MORTGAGE LLC; FANNIE MAE ON 12/05/2011 | 12/05/2011 |  | 2 pages | ☐ |
| 220 | REPLY TO OPPOSITION FILED BY NGUYEN, DIEM T ON 12/12/2011 | 12/12/2011 |  | 18 pages | ☐ |
| 221 | REPLY TO OPPOSITION FILED BY NGUYEN, DIEM T ON 12/12/2011 | 12/12/2011 |  | 18 pages | ☐ |
| 222 | ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED SCHEDULED FOR 12/28/2011 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 12/14/2011 |  | *NV* |  |
| 223 | ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED CONTINUED TO 12/28/2011 AT 08:30 AM IN THIS DEPARTMENT. | 12/14/2011 |  | *NV* |  |
| 224 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED 12/14/2011 08:30:00 AM. | 12/14/2011 |  | 1 pages | ☐ |
| 225 | E-FILING TRANSACTION 277118 RECEIVED ON 12/15/2011 02:57:41 PM. | 12/15/2011 |  | *NV* |  |
| 226 | JUDGMENT (PROPOSED) RECEIVED ON 12/15/2011. | 12/15/2011 |  | 3 pages | ☐ |
| 227 | PROPOSED ORDER RECEIVED ON 12/15/2011. | 12/15/2011 |  | 3 pages | ☐ |
| 228 |  | 12/19/2011 |  | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | NOTICE - OTHER (OF INTENT TO FILE WRIT) FILED BY NGUYEN, DIEM T ON 12/19/2011 | | | | |
| 229 | PROOF OF SERVICE OF 30-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY NGUYEN, DIEM T ON 12/16/2011 | 12/16/2011 | | 7 pages | ☐ |
| 230 | PROOF OF SERVICE OF 30-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY NGUYEN, DIEM T ON 12/16/2011 | 12/16/2011 | | 7 pages | ☐ |
| 231 | STIPULATION TO COURT-APPOINTED TEMPORARY JUDGE | 12/14/2011 | | 2 pages | ☐ |
| 232 | STATUS CONFERENCE SCHEDULED FOR 01/26/2012 AT 08:30:00 AM IN C16 AT CENTRAL JUSTICE CENTER. | 12/28/2011 | | NV | |
| 233 | THE STATUS CONFERENCE IS SCHEDULED FOR 01/26/2012 AT 08:30 AM IN DEPARTMENT C-16. | 12/28/2011 | | NV | |
| 234 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROCEED 2011-12-28 08:30:00.0. | 12/28/2011 | | 2 pages | ☐ |
| 235 | JUDGMENT FILED BY GMAC MORTGAGE LLC ON 01/05/2012 | 01/05/2012 | | 3 pages | ☐ |
| 236 | ORDER G046257 | 01/06/2012 | | 2 pages | ☐ |
| 237 | OBJECTION FILED BY NGUYEN, DIEM T ON 01/19/2012 | 01/19/2012 | | 128 pages | ☐ |
| 238 | ORDER - OTHER FILED BY GMAC MORTGAGE LLC ON 01/06/2012 | 01/06/2012 | | 3 pages | ☐ |
| 239 | THE COURT ORDERS HUNTINGTON WEST PROPERTIES, SUMMERGREEN HOMEOWNERS ASSOCIATION BE DISMISSED WITHOUT PREJUDICE ON AMENDED COMPLAINT(THIRD). | 01/26/2012 | | NV | |
| 240 | MINUTES FINALIZED FOR STATUS CONFERENCE 01/26/2012 08:30:00 AM. | 01/27/2012 | | 1 pages | ☐ |
| 241 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 01/27/2012 | | 1 pages | ☐ |
| 242 | ORDER - OTHER (DISMISSING ENTIRE ACTION) FILED BY NGUYEN, DIEM T ON 02/29/2012 | 02/29/2012 | | 5 pages | ☐ |
| 243 | AMENDED COMPLAINT DISPOSED WITH DISPOSITION OF COURT-ORDERED DISMISSAL. | 02/29/2012 | | NV | |
| 244 | CASE DISMISSED WITH DISPOSITION OF COURT-ORDERED DISMISSAL | 02/29/2012 | | NV | |
| 245 | REQUEST TO WAIVE COURT FEES FILED BY NGUYEN, DIEM T ON 04/18/2012 | 04/18/2012 | | NA | |
| 246 | NGUYEN, DIEM T APPLICATION FOR WAIVER GRANTED IN WHOLE ON 04/18/2012. | 04/18/2012 | | 2 pages | ☐ |
| 247 | NOTICE OF APPEAL FILED | 04/18/2012 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 249 | NOTICE - OTHER (NOTIFICIATON OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 04/23/2012 | 04/23/2012 | | 2 pages | ☐ |
| 250 | RECEIPT FOR RECORDS | 04/24/2012 | | 1 pages | ☐ |
| 251 | DESIGNATION OF RECORD ON APPEAL FILED BY NGUYEN, DIEM T ON 04/24/2012 | 04/24/2012 | | 14 pages | ☐ |
| 252 | NOTICE - OTHER (NOTICE OF COST TO PREPARE CLERK'S TRANSCRIPT ON APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 05/10/2012 | 05/10/2012 | | 1 pages | ☐ |
| 253 | RECEIPT FOR RECORDS AND PAPERS G046818 | 05/24/2012 | | 1 pages | ☐ |
| 254 | APPEAL - OTHER (NOTICE OF CHANGE OF ATTORNEY AND UPDATED ADDRESS) FILED BY GMAC MORTGAGE LLC ON 07/17/2012 | 07/17/2012 | | 4 pages | ☐ |
| 255 | ORDER G046818 | 07/18/2012 | | 2 pages | ☐ |
| 256 | NOTICE - OTHER (CHANGE OF ADDRESS) FILED BY NGUYEN, DIEM T ON 02/21/2013 | 02/21/2013 | | 4 pages | ☐ |
| 257 | ORDER G051407 | 02/09/2015 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MCCARTHY & HOLTHUS, LLP | ATTORNEY | | 08/05/2010 | |
| QUALITY LOAN SERVICES INC. | DEFENDANT | | 03/11/2011 | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | DEFENDANT | | 08/06/2010 | |
| SUMMERGREEN HOMEOWNERS ASSOCIATION | DEFENDANT | | 03/11/2011 | |
| GMAC MORTGAGE LLC | DEFENDANT | | 03/11/2011 | |
| HUNTINGTON WEST PROPERTIES | DEFENDANT | | 03/11/2011 | |
| SEVERSON & WERSON | ATTORNEY | | 04/29/2011 | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTE | DEFENDANT | | 06/20/2011 | |
| GMAC MORTGAGE CORPORATION | DEFENDANT | | 06/20/2011 | |
| DIEM T NGUYEN | PLAINTIFF | | 07/06/2010 | |
| NATIONSTAR MORTGAGE LLC | DEFENDANT | | 07/06/2010 | |
| FANNIE MAE | DEFENDANT | | 07/06/2010 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page