**Exhibit 8**

```
 1   ROBERT J. GANDY (State Bar No. 225405)
     STEPHANIE A. CHAMBERS (State Bar No. 261025)
 2   sac@severson.com
     SEVERSON & WERSON
 3   A Professional Corporation
     The Atrium
 4   19100 Von Karman Ave., Suite 700
     Irvine, CA 92612
 5   Telephone:  (949) 442-7110
     Facsimile:  (949) 442-7118
 6
     Attorneys for Defendants
 7   GMAC MORTGAGE, LLC (erroneously sued as GMAC Mortgage
     Corporation dba Ditech.com)
 8
```

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 05 2012

ALAN CARLSON, Clerk of the Court
D. Lamm
BY  D. LAMM

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
12/15/2011 at 02:57:41 PM
Clerk of the Superior Court
By Michele Curry, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| DIEM T. NGUYEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATIONSTAR MORTGAGE, LLC, FANNIE MAE, QUALITY LOAN SERVICES INC, SUMMERGREEN HOMEOWNERS ASSOCIATION, HUNTINGTON WEST PROPERTIES, GMAC MORTGAGE CORPORATION DBA DITECH.COM, ~~DOES 1 THROUGH 50, INCLUSIVE,~~<br><br>        Defendants. | Case No.: 30-2010-00387297<br>Hon. William M. Monroe<br>Dept. C16<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br><br>TAC Filed:        June 13, 2011<br>SAC Filed:        March 7, 2011<br>FAC Filed:        December 6, 2010<br>Complaint Filed: July 6, 2010 |

19000/0844/971019.1                                           Judgment Dismissing Action

1  Pursuant to the Court's Minute Order of September 13, 2011, sustaining the Demurrer
2  of defendant GMAC MORTGAGE, LLC (erroneously sued as GMAC Mortgage Corporation
3  dba Ditech.com) ("GMAC") to the Third Amended Complaint of plaintiff DIEM T. NGUYEN
4  ("Plaintiff") without leave to amend,

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is
6  dismissed in its entirety with prejudice as to GMAC and judgment entered in GMAC's favor.
7  Plaintiff shall take nothing from GMAC by way of her Third Amended Complaint.

8  IT IS SO ORDERED.

10  DATED: 10/5/2012

JUDGE OF THE SUPERIOR COURT
JUDGE WILLIAM M. MONROE

-2-

19000/0844/971019.1                                                        Judgment Dismissing Action

**PROOF OF SERVICE**
*Diem T. Nguyen v. Nationstar Mortgage, LLC, et al.*
Orange County Superior Court Case No. 30-2010-00387297

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] JUDGMENT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| DIEM T. NGUYEN<br>16478 Beach Blvd., #331<br>Westminster, CA 92683 | Plaintiff, In Pro Per<br>Telephone: (714) 315-7262<br>Email: diem.home@gmail.com |
| Jessica Klickna, Esq.<br>MCCARTHY & HOLTHUS, LLP<br>1770 Fourth Ave.<br>San Diego, CA 92101 | Telephone: (619) 685-4800<br>Fax: (619) 685-4811<br>Email: jklickna@mccarthyholthus.com |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (949) 442-7118, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (___@severson.com) to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Irvine, California, on December 15, 2011.

*/s/ Victoria A. McCay*
VICTORIA A. MCCAY