**Exhibit 9**

# Appellate Courts Case Information

## CALIFORNIA COURTS
### THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court

*Court data last updated: 06/07/2016 10:21 AM*

**Docket (Register of Actions)**

**Nguyen v. Summergreen Homeowners Association et al.**
Case Number **G046818**

| Date | Description | Notes |
|---|---|---|
| 04/24/2012 | Notice of appeal lodged/received. | aplt. Diem Nguyen |
| 04/24/2012 | Default notice sent-appellant notified per rule 8.100(c). | |
| 04/30/2012 | Civil case information statement filed. | |
| 04/30/2012 | To court. | Civil Case Information Statement and misc. folder. |
| 05/23/2012 | Record on appeal filed. | 8 CT Notice mailed to parties re record filed, opening brief due. |
| 06/14/2012 | Filed document entitled: | Notice of GMAC Mortgage Corp, DBA: Ditech.com et al., filing chapter 11 BK, submitted by aplt Diem Trang Nguyen. |
| 06/14/2012 | To court. | Notice of GMAC Mortgage Corp, DBA: Ditech.com et al., filing chapter 11 BK, submitted by aplt Diem Trang Nguyen. |
| 06/21/2012 | Appellant's opening brief. | Plaintiff and Appellant: Diem T. Nguyen Pro Per |
| 07/11/2012 | Returned document for non-conformance. | sub of atty for Summergreen Homeowners returned - not all original signatures |
| 07/12/2012 | Substitution of attorneys filed for: | For respondent - Attorney Jean M Moriarty subs in for Huntington West Properties. |
| 07/12/2012 | Substitution of attorneys filed for: | For respondent - Attorney Jean M Moriarty subs in for Summergreen Homeowners Assoc. |
| 07/16/2012 | Substitution of attorneys filed for: | Atty. Jan Chilton subed in for respondent GMAC Mortgage and atty. Robert James Gandy subed out (same law firm) |
| 07/16/2012 | | |

| | | |
|---|---|---|
| | Association of attorneys filed for: | Respondents Summergreen Homeowners Assn and Huntington West Properties associate in as counsel on appeal Priscilla Slocum with Law Office of Priscilla Slocum. |
| 07/16/2012 | Certification of Interested Entities or Persons filed. | by resp Summergreen Homeowners Assn |
| 07/16/2012 | Certification of Interested Entities or Persons filed. | by resp Huntington West Properties |
| 07/17/2012 | Bankruptcy proceedings filed - matter stayed. | Appellant has informed this court that respondent GMAC Mortgage Corporation dba Ditech.com has filed a petition in bankruptcy court. The parties are ORDERED to inform this court of the status of the bankruptcy within 10 days of the date of this order. The appeal is STAYED pending further order of this court. The clerk of this court is directed to return the respondent's brief submitted by GMAC Mortgage Corporation dba Ditech.com and the accompanying filing fees. |
| 07/27/2012 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation (final supplemental bankrutcy order attached). |
| 07/27/2012 | Bankruptcy update letter received from: | by aplt Diem Nguyen |
| 10/26/2012 | Order filed. | THE COURT: This court has been advised that on May 14, 2012, all proceedings related to this matter were stayed upon the filing of a petition for bankruptcy. (11 U.S.C., section 362(a).) The parties are ORDERED to inform this court within 10 days of the date of this order as to the status of the bankruptcy case. The parties are FURTHER ORDERED to inform this court whenever the bankruptcy court grants relief from the automatic stay, or that stay lapses. Failure to advise the court of the status of the bankruptcy case or when the stay is lifted may be grounds for the imposition of sanctions. |
| 11/05/2012 | Bankruptcy update letter received from: | By aplt. 2-vol's |
| 11/06/2012 | Bankruptcy update due or dismiss as aba. | by resp GMAC Mortgage Corporation, BK matter is still pending. |
| 02/01/2013 | | |

| | | |
|---|---|---|
| | Bankruptcy update due or dismiss as aba. | |
| 02/19/2013 | Bankruptcy update letter received from: | respondent GMAC Mortgage |
| 02/20/2013 | Change of address filed for: | Diem T. Nguyen old address 1: 16478 Beach Blvd. # 331 new address 1: P.O. Box 12139 old zip: 92683 new zip: 92685 old email: {blank} new email: diem.home@gmail.com |
| 04/23/2013 | Returned document for non-conformance. | Resp GMAC Mortgage Corp's bankruptcy update letter has the wrong POS for aplt and has no original signature for the letter. |
| 04/23/2013 | Bankruptcy update letter received from: | By resp GMAC mortgage corp. |
| 04/25/2013 | Bankruptcy update due or dismiss as aba. | by aplt. |
| 06/19/2013 | Bankruptcy update letter received from: | appellant |
| 06/19/2013 | Bankruptcy update letter received from: | appellant; bankruptcy still pending |
| 06/24/2013 | Bankruptcy update letter received from: | By resp GMAC mortgage corp stay still in effect. |
| 09/17/2013 | Bankruptcy update letter received from: | appellant Diem T. Nguyen (bk ongoing and pending) |
| 09/23/2013 | Bankruptcy update letter received from: | respondents' bankruptcy update - bankruptcy remains pending |
| 12/05/2013 | Bankruptcy update letter received from: | by aplt - bankruptcy still pending |
| 12/18/2013 | Bankruptcy update letter received from: | By resp GMAC Mortgage Corporation, bankrupcty is still in effect. |
| 03/17/2014 | Bankruptcy update letter received from: | Appellant: bankruptcy still pending |
| 06/16/2014 | Bankruptcy update letter received from: | Respondent GMAC Mortgage: bankruptcy still pending |
| 06/16/2014 | Bankruptcy update letter received from: | By aplt, bankruptcy still pending. |
| 08/29/2014 | | Appellant: bankruptcy still pending |

| | Bankruptcy update letter received from: | |
|---|---|---|
| 09/10/2014 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation (bk pending) |
| 11/25/2014 | Bankruptcy update letter received from: | By aplt, bankruptcy still pending. |
| 12/04/2014 | Bankruptcy update letter received from: | respondents - bankruptcy still in effect |
| 02/03/2015 | Bankruptcy update letter received from: | Appellant Diem T. Nguyen - bankruptcy still pending. |
| 02/04/2015 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation (bk pending) |
| 03/26/2015 | Bankruptcy update letter received from: | Appellant Diem T. Nguyen - bankruptcy still pending. |
| 06/22/2015 | Bankruptcy update letter received from: | By aplt BK matter still pending. |
| 09/18/2015 | Bankruptcy update letter received from: | By aplt BK matter still pending. |
| 09/25/2015 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation (bk pending) |
| 12/16/2015 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation ( BK still pending). |
| 12/18/2015 | Bankruptcy update letter received from: | aplt. |
| 02/24/2016 | Bankruptcy update letter received from: | filed by appellant. BK pending. |
| 03/10/2016 | Bankruptcy update letter received from: | by resp GMAC Mortgage Corporation ( BK still pending). |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy    © 2016
Judicial Council of California