**Exhibit 10**

Case Summary:

| | |
|---|---|
| Case Id: | 30-2011-00478223-CL-UD-CJC |
| Case Title: | FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS VS. DEIM TRANG NGUYEN |
| Case Type: | UNLAWFUL DETAINER - RESIDENTIAL |
| Filing Date: | 05/25/2011 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 05/25/2011 | 05/25/2011 | | 2 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 05/25/2011 | 05/25/2011 | | 13 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 05/25/2011 | 05/25/2011 | | 1 pages | ☐ |
| 4 | CASE INITIATION FORM(S) HAVE BEEN GENERATED. | 05/25/2011 | | *NV* | |
| 5 | NOTICE THAT YOU HAVE BEEN SUED OC GENERATED | 05/25/2011 | | 2 pages | ☐ |
| 6 | PAYMENT RECEIVED BY FOR 171 - COMPLAINT OR OTHER 1ST PAPER <=$10K (UNLAWFUL DETAINER) IN THE AMOUNT OF 240.00, TRANSACTION NUMBER 10913855 AND RECEIPT NUMBER 10737747. | 05/25/2011 | | 1 pages | ☐ |
| 7 | PAYMENT RECEIVED BY FOR 37 - REQUESTS NOT REQUIRING A HEARING: CONTINUANCE OF HEARING OR CASE MANAGEMENT CONFERENCE; STIPULATION AND ORDER; SERVICE BY POSTING OR PUBLICATION IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 10928183 AND RECEIPT NUMBER 10752075. | 06/13/2011 | | 1 pages | ☐ |
| 8 | APPLICATION - OTHER (FOR ORDER AUTHORIZING SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING) FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 06/10/2011 | 06/10/2011 | | 4 pages | ☐ |
| 9 | ORDER - OTHER (ON APPICATION FOR SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING) FILED BY FEDERAL NATIONAL | 06/13/2011 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 06/13/2011 | | | | |
| 10 | REQUEST TO WAIVE COURT FEES FILED BY NGUYEN, DIEM TRANG ON 06/22/2011 | 06/22/2011 | | NA | |
| 11 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) FILED BY NGUYEN, DIEM TRANG ON 06/24/2011 | 06/23/2011 | | 2 pages | ☐ |
| 12 | NGUYEN, DIEM TRANG APPLICATION FOR WAIVER GRANTED IN WHOLE ON 06/23/2011. | 06/23/2011 | | NV | |
| 13 | ORDER TO SHOW CAUSE RE: DISMISSAL SCHEDULED FOR 07/29/2011 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | 2 pages | ☐ |
| 14 | EX PARTE APPLICATION - OTHER (STAY OF THE COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE) FILED BY NGUYEN, DIEM TRANG ON 06/27/2011 | 06/27/2011 | | 204 pages | ☐ |
| 15 | PROOF OF SERVICE FILED BY NGUYEN, DIEM TRANG ON 06/27/2011 | 06/27/2011 | | 1 pages | ☐ |
| 16 | EX PARTE SCHEDULED FOR 06/27/2011 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | NV | |
| 17 | ORDER TO SHOW CAUSE RE: DISMISSAL SCHEDULED FOR 07/30/2011 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | NV | |
| 18 | ORDER TO SHOW CAUSE RE: DISMISSAL SCHEDULED FOR 07/29/2011 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | NV | |
| 19 | EX PARTE SCHEDULED FOR 06/30/2011 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 06/27/2011 | | NV | |
| 20 | MINUTES FINALIZED FOR EX PARTE 06/30/2011 01:30:00 PM. | 06/30/2011 | | 1 pages | ☐ |
| 21 | ANSWER TO COMPLAINT FILED BY NGUYEN, DIEM TRANG ON 07/05/2011 | 07/05/2011 | | 58 pages | ☐ |
| 22 | STIPULATION TO APPOINT COMMISSIONER TO ACT AS JUDGE PRO TEM FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 06/30/2011 | 06/30/2011 | | 1 pages | ☐ |
| 23 | NOTICE OF RULING FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 07/06/2011 | 07/06/2011 | | 4 pages | ☐ |
| 24 | NOTICE OF HEARING (RE: EX-PARTE - DENIED) FILED BY NGUYEN, DIEM TRANG ON 07/08/2011 | 07/08/2011 | | 3 pages | ☐ |
| 25 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY NGUYEN, DIEM TRANG ON 07/19/2011 | 07/19/2011 | | 2 pages | ☐ |
| 26 | | 07/20/2011 | | 40 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | MOTION - OTHER (TO RECLASSIFY THE COMPLAINT) FILED BY NGUYEN, DIEM TRANG ON 07/20/2011 |  |  |  |  |
| 27 | EX PARTE SCHEDULED FOR 07/25/2011 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 07/20/2011 |  | *NV* |  |
| 28 | REQUEST TO ENTER DEFAULT FOR UNNAMED TENANTS FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 07/21/2011 | 07/21/2011 |  | 3 pages | ☐ |
| 29 | REQUEST/COUNTER-REQUEST TO SET CASE FOR TRIAL - UNLAWFUL DETAINER FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 07/21/2011 | 07/21/2011 |  | 2 pages | ☐ |
| 30 | COURT TRIAL SCHEDULED FOR 08/04/2011 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 07/22/2011 |  | 2 pages | ☐ |
| 31 | PROOF OF SERVICE (NOTICE OF EXPARTE MOTION AND EX PARTE MOTION TO RECLASSIFY THE COMPLAINT) FILED BY NGUYEN, DIEM TRANG ON 07/22/2011 | 07/22/2011 |  | 3 pages | ☐ |
| 32 | PROOF OF SERVICE FILED BY NGUYEN, DIEM TRANG ON 07/22/2011 | 07/22/2011 |  | 3 pages | ☐ |
| 33 | OPPOSITION (PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE MOTION TO RECLASIFY THE UNLAWFUL DETAINER TO AN UNLIMITED JURISDICTION) FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 07/22/2011 | 07/22/2011 |  | 6 pages | ☐ |
| 34 | RESPONSE (TO OPPOSITION TO EX PARTE MOTION) FILED BY NGUYEN, DIEM TRANG ON 07/25/2011 | 07/25/2011 |  | 21 pages | ☐ |
| 35 | DECLARATION - OTHER (OF DIEM TRANG NGUYEN IN SUPPORT OF HER RESPONSE TO OPPOSITION TO EX PARTE MOTION) FILED BY NGUYEN, DIEM TRANG ON 07/25/2011 | 07/25/2011 |  | 13 pages | ☐ |
| 36 | MINUTES FINALIZED FOR EX PARTE 07/25/2011 01:30:00 PM. | 07/25/2011 |  | 1 pages | ☐ |
| 37 | NOTICE OF APPEAL FILED | 07/26/2011 |  | 9 pages | ☐ |
| 38 | NOTICE - OTHER (OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 07/27/2011 | 07/27/2011 |  | 1 pages | ☐ |
| 39 | PROOF OF SERVICE BY MAIL FILED BY NGUYEN, DIEM TRANG ON 07/27/2011 | 07/27/2011 |  | 3 pages | ☐ |
| 40 | NOTICE OF ASSIGNMENT OF CASE NUMBER APPELLATE CASE NUMBER 30-2011-00494540 | 07/27/2011 |  | 1 pages | ☐ |
| 42 | STIPULATION TO APPOINT COMMISSIONER TO ACT AS JUDGE PRO TEM FILED BY FEDERAL NATIONAL | 07/25/2011 |  | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 07/25/2011 | | | | |
| 43 | OBJECTION (TO PLAINTIFF'S CLAIM OF RIGHTS TO POSSESSION) FILED BY NGUYEN, DIEM TRANG ON 07/28/2011 | 07/28/2011 | | 20 pages | ☐ |
| 44 | PROOF OF SERVICE BY MAIL FILED BY NGUYEN, DIEM TRANG ON 07/29/2011 | 07/29/2011 | | 4 pages | ☐ |
| 45 | DESIGNATION OF RECORD ON APPEAL FILED BY NGUYEN, DIEM TRANG ON 08/02/2011 | 08/02/2011 | | 17 pages | ☐ |
| 46 | PROPOSED STATEMENT ON APPEAL FILED BY NGUYEN, DIEM TRANG ON 08/02/2011 | 08/02/2011 | | 8 pages | ☐ |
| 47 | COURT TRIAL SCHEDULED FOR 08/04/2011 AT 02:15:00 PM IN C55 AT CENTRAL JUSTICE CENTER. | 08/04/2011 | | NV | |
| 48 | THE MATTER IS REASSIGNED FROM DEPARTMENT C4 TO DEPARTMENT C55. | 08/04/2011 | | NV | |
| 49 | THE COURT TRIAL IS SCHEDULED FOR 08/04/2011 AT 02:15 PM IN DEPARTMENT C55. | 08/04/2011 | | NV | |
| 50 | MINUTES FINALIZED FOR COURT TRIAL 08/04/2011 08:30:00 AM. | 08/04/2011 | | 1 pages | ☐ |
| 51 | POSSESSION OF THE FOLLOWING PROPERTY: 4004 WEST 5TH STREET #201, SANTA ANA, CA 92703 IS AWARDED TO FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND/OR SUCCESSORS. | 08/04/2011 | | NV | |
| 52 | MINUTES FINALIZED FOR COURT TRIAL 08/04/2011 02:15:00 PM. | 08/05/2011 | | 2 pages | ☐ |
| 53 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 08/04/2011 | 08/04/2011 | | 4 pages | ☐ |
| 54 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP FILED BY NGUYEN, DIEM TRANG ON 08/04/2011 | 08/04/2011 | | 1 pages | ☐ |
| 55 | JUDGMENT - UNLAWFUL DETAINER FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 08/16/2011 | 08/16/2011 | | 2 pages | ☐ |
| 56 | COMPLAINT DISPOSED WITH DISPOSITION OF COURT FINDING. | 08/16/2011 | | NV | |
| 57 | CASE DISPOSED WITH DISPOSITION OF COURT FINDING | 08/16/2011 | | NV | |
| 58 | APPLICATION FOR WRIT OF POSSESSION FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 08/16/2011 | 08/16/2011 | | 1 pages | ☐ |
| 59 | WRIT ISSUED. | 08/17/2011 | | NV | |
| 60 | | 08/17/2011 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 10974373 AND RECEIPT NUMBER 10798265. |  |  |  |  |
| 61 | ORDER - OTHER (CONCERNING APPELLANT'S PROPOSED STATEMENT ON APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/16/2011 | 08/16/2011 |  | 1 pages | ☐ |
| 62 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 08/17/2011 |  | 1 pages | ☐ |
| 63 | NOTICE - OTHER (RE: FEE FOR PREPARATION OF CLERK'S TRANSCRIPT) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/25/2011 | 08/25/2011 |  | 1 pages | ☐ |
| 64 | NOTICE - OTHER (RE: FEE FOR PREPARATION OF CLERK'S TRANSCRIPT) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/29/2011 | 08/29/2011 |  | 1 pages | ☐ |
| 65 | NOTICE OF APPEAL FILED | 08/29/2011 |  | 3 pages | ☐ |
| 66 | NOTICE - OTHER (OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/29/2011 | 08/29/2011 |  | 1 pages | ☐ |
| 67 | NOTICE OF ASSIGNMENT OF CASE NUMBER (APPELLATE CASE NUMBER 30-2011-00503545) | 08/29/2011 |  | 1 pages | ☐ |
| 68 | RECEIPT FOR RECORDS | 08/30/2011 |  | 1 pages | ☐ |
| 69 | REQUEST TO WAIVE COURT FEES FILED BY NGUYEN, DIEM TRANG ON 08/30/2011 | 08/30/2011 |  | NA |  |
| 70 | NGUYEN, DIEM TRANG APPLICATION FOR WAIVER GRANTED IN WHOLE ON 08/30/2011. | 08/30/2011 |  | 4 pages | ☐ |
| 71 | PROOF OF SERVICE BY MAIL (OF NOTICE OF APPEAL) FILED BY NGUYEN, DIEM TRANG ON 08/30/2011 | 08/30/2011 |  | 2 pages | ☐ |
| 72 | DESIGNATION OF RECORD ON APPEAL FILED BY NGUYEN, DIEM TRANG ON 09/06/2011 | 09/06/2011 |  | 30 pages | ☐ |
| 73 | PAYMENT RECEIVED BY FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 186.50, TRANSACTION NUMBER 10987245 AND RECEIPT NUMBER 10811137. | 09/07/2011 |  | 1 pages | ☐ |
| 74 | PROPOSED STATEMENT ON APPEAL FILED BY NGUYEN, DIEM TRANG ON 09/21/2011 | 09/21/2011 |  | 31 pages | ☐ |
| 75 | WRIT OF POSSESSION RETURNED - WHOLLY SATISFIED FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND SUCCESSORS ON 10/05/2011 | 10/05/2011 |  | 3 pages | ☐ |
| 76 | WRIT UPDATED ON 08/17/2011. | 10/18/2011 |  | NV |  |
| 77 | ORDER - OTHER (CONCERNING APPELLANT'S PROPOSED STATEMENT ON APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 10/21/2011 | 10/21/2011 |  | 1 pages | ☐ |
| 78 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 10/25/2011 |  | 1 pages | ☐ |
| 79 |  | 10/25/2011 |  | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | NOTICE - OTHER (RE: FEE FOR PREPARATION OF CLERK'S TRANSCRIPT) FILED BY THE SUPERIOR COURT OF ORANGE ON 10/25/2011 |  |  |  |  |
| 80 | RECEIPT FOR RECORDS - APPELLATE DIVISION - NOTICE OF FILING OF JUDGMENT/ORDER | 11/02/2011 |  | 5 pages | ☐ |
| 81 | RECEIPT FOR RECORDS | 11/07/2011 |  | 1 pages | ☐ |
| 82 | PAYMENT RECEIVED BY FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 204.00, TRANSACTION NUMBER 11027579 AND RECEIPT NUMBER 10851471. | 11/10/2011 |  | 1 pages | ☐ |
| 83 | RECEIPT FOR RECORDS - APPELLATE DIVISION - JUDGMENT ON APPEAL | 04/30/2012 |  | 7 pages | ☐ |
| 84 | RECEIPT FOR RECORDS - APPELLATE DIVISION - REMITTITUR | 06/27/2012 |  | 8 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MCCARTHY & HOLTHUS | ATTORNEY |  | 05/25/2011 |  |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | PLAINTIFF |  | 05/25/2011 |  |
| DIEM TRANG NGUYEN | DEFENDANT |  | 05/25/2011 |  |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page