**Exhibit 11**

**UD-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | |
|---|---|---|
| Gayle E Jameson, SBN 207050    Jessica L Partridge, SBN 260045<br>Rebecca L. Lang, Esq. SBN 249234 Anne Ogle-Knee, Esq. SBN 259624<br>McCarthy & Holthus, LLP<br>1770 Fourth Ave<br>San Diego, CA 92101<br>TELEPHONE NUMBER: (619) 243-3960    FAX NUMBER: (619) 243-1979<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Federal National Mortgage Association | RECEIVED<br>SUPERIOR COURT OF CALIFORNIA<br>CENTRAL JUSTICE CENTER<br>AUG 12 2011<br>BY: D. NORMAN | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>**AUG 1 6 2011**<br>ALAN CARLSON, Clerk of the Court<br>BY I. YU |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive
MAILING ADDRESS: 700 Civic Center Drive      ☐ **ORIGINAL**
CITY & ZIP CODE: Santa Ana, CA 92701
BRANCH NAME:

PLAINTIFF/PETITIONER: Federal National Mortgage Association
DEFENDANT/RESPONDENT: Diem Trang Nguyen

| JUDGMENT - UNLAWFUL DETAINER | | CASE NUMBER |
|---|---|---|
| ☐ By Clerk     ☐ By Default     ☒ After Court Trial<br>☒ By Court     ☒ Possession Only     ☐ Defendant Did Not Appear at Trial | | 30-2011-00478223 |

## JUDGMENT

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
       (1) ☐ Plaintiff's testimony and other evidence.
       (2) ☐ Plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☒ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time): **Aug 4, 2011 @ 1:30 PM**
      Before (name of judicial officer): **Erick Larsh**

   b. Appearances by:
   ☒ Plaintiff (name each): Federal National Mortgage Corporation   ☐ Plaintiff's attorney (name each):
   (1) Larry Noe
   (2)

   ☐ Continued on Attachment 2b (Form MC-025).     ☐ Defendant's Attorney (name each):
   ☒ Defendant (name each): Diem Trang Nguyen     (1)
                                                   (2)

   ☐ Continued on Attachment 2b (Form MC-025).

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc. § 632) ☐ was not ☐ was requested.

Form Adopted for Optional Use
Judicial Council of California
UD-110 [New January 1 2003]

**JUDGMENT – UNLAWFUL DETAINER**

Code of Civil Procedure §§ 415.46,
585(d), 664.6, 1169

**UD-110**

| PLAINTIFF: Federal National Mortgage Association | CASE NUMBER |
| DEFENDANT: Diem Trang Nguyen | 30-2011-00478223 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☒ THE COURT    ☐ THE CLERK

3. **Parties** Judgment is
   a. ☒ for plaintiff *(name each)*: Federal National Mortgage Association, its assignees and/or successors

   and against defendant *(name each)*: Diem Trang Nguyen and All Unknown Occupants

   ☐ Continued on *Attachment* 3a (form MC-025).
   b. ☐ for defendant *(name each)*:

4. ☒ Plaintiff ☐ Defendant is entitled to possession of the premises located at *(street address, apartment, city and county)*:

   Any and all dwellings located at:
   4004 West 5th Street #201
   Santa Ana, CA 92703

5. ☒ Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code. Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   (1) ☐ Defendant named in item in 3a above must pay plaintiff on the complaint:    b. ☐ Plaintiff is to receive nothing from defendant named in item 3b.
   ☐ Defendant named in item 3b is to recover costs: $
   ☐ and attorney fees: $

   | (1) ☐ Past-due rent | $ |
   | (2) ☐ Holdover damages | $ |
   | (3) ☐ Attorney fees | $ |
   | (4) ☐ Costs | $ |
   | (5) ☐ Other *(specify)*: | $ |
   | (6) ☐ **TOTAL JUDGMENT** | $ |

   c. ☐ The rental agreement is canceled.    ☐ The lease is forfeited.

2. ☐ **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment – Unlawful Detainer Attachment* (form UD-110S), which is attached.

3. ☐ Other *(specify)*:

   ☐ Continued on *Attachment* 8 (form MC-025).

Date: 8-16-11                                          JUDICIAL OFFICER  JUDGE ERICK L. LARSH

Date:                       ☐ Clerk, by _____, Deputy

(SEAL)

**CLERKS CERTIFICATE** *(Optional)*
I certify that this is a true copy of the original judgment on file in this court.

Date:

Clerk, by _____, Deputy

Form Adopted for Optional Use
Judicial Council of California
UD-110 [New January 1 2003]

**JUDGMENT – UNLAWFUL DETAINER**

Code of Civil Procedure §§ 415.46,
585(d), 664.6, 1169