UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
  Post-Effective Date Debtors            Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,       Case No. 12-12020-mg
  Objector

v.

TIA DANIELLE SMITH,
  Creditor-Beneficiary

---

NOTICE OF BANKRUPTCY FILING

---

**PLEASE TAKE NOTICE** that Tia Danielle Smith filed her Chapter 13 Bankruptcy

Petition in the United States Bankruptcy Court for the Central District of California on June 10,

2016 at 4:09 p.m. Pacific Daylight Time. A copy of the Notice of Bankruptcy Case Filing is

attached hereto.   Pursuant to 28 USC sec. 1334(e)(1), jurisdiction over Ms. Smith's contested

claim is exclusively within the jurisdiction of the United States District Court for the Central

District of California by reference to the United States Bankruptcy Court for the Central District

of California in Case No. 2:16-bk-17692-NB.

Dated at Minneapolis, Minnesota this 9th day of June, 2016.

*/s/ Wendy Alison Nora*

---

Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
VOICE (612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com
Wisconsin Bar #10170943

1

### DECLARATION OF SERVICE

Wendy Alison Nora declares under penalty of perjury pursuant to 28 U.S.C. sec. 1746 that on June 10, 2016, she filed the Notice of Bankruptcy Filing via CM/ECF and thereby served all parties and their counsel who are capable of receiving service via CM/ECF in the proceedings.

Dated at Minneapolis, Minnesota this 10th day of June, 2016.


*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 13 of the United States Bankruptcy Code, entered on
06/09/2016 at 4:07 PM and filed on 06/09/2016.



FILED
06/09/2016

**Tia Danielle Smith**
4011 Hubert Ave.
Los Angeles, CA 90008
323-803-3027
SSN / ITIN: xxx-xx-2841

The bankruptcy trustee is:

**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950

Los Angeles, CA 90017
(213) 996-4400

The case was assigned case number 2:16-bk-17692-NB to Judge Neil W. Bason.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days
or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to
collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a
lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available
at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los
Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court**