UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al*., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER DENYING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Before the Court is *Claimant Rosalind Alexander-Kasparik's Renewed Motion for Order Extending Time to File Notice of Appeal After Order (Docket # 9565) on ResCap Borrower Claim Trust's Objection to Proof of Claim No. 3695* (the "Motion," ECF Doc. # 9925). By the Motion, Rosalind Alexander-Kasparik (the "Claimant") seeks to extend the deadline from June 9, 2016 by 90 days to file a notice of appeal following the issuance of the Court's *Memorandum Opinion and Order Sustaining Objection and Expunging Claim of Rosalind Alexander-Kasparik* (ECF Doc. # 9865). Previously, the Court had entered an order extending the Claimant's deadline to file a notice of appeal to June 9, 2016 (ECF Doc. # 9909).

Upon consideration of the Motion, it is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: June 13, 2016.
       New York, New York

                                        /s/Martin Glenn
                                        MARTIN GLENN
                                  United States Bankruptcy Judge