**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

## ORDER DENYING THE MOTIONS

Before the Court are the following motions filed by Tia Danielle Smith through her counsel, Wendy Alison Nora (collectively, the "Motions"):

1. *Application for Waiver of Costs for Preparation of Transcript of Proceedings on February 9, 2016 (Claim Nos. 3889, 4129, 4134 and 4139)* (ECF Doc. # 9926);

2. *Preliminary Motion for Reconsideration of the June 3, 2016 Opinion and Order (Doc. 9917) Disallowing and Expunging Claim Nos. 3889, 4129, 4134 and 4139* (ECF Doc. # 9927); and

3. *Motion to Stay Filing of the Completed Motion for Reconsideration of This Court's Order of June 3, 2016 (Doc. 9917) Until Ten (10) Days After the Transcript of the February 9, 2016 Hearing is Made Available to Ms. Smith* (ECF Doc. # 9928).

Upon consideration of the Motions, and after due deliberation, it is hereby ordered that the Motions are **DENIED**.

**IT IS SO ORDERED.**

Dated:  June 16, 2016.
        New York, New York

                                                            /s/Martin Glenn
                                                        MARTIN GLENN
                                                United States Bankruptcy Judge