UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 |
| ) | (MG) |
| **RESIDENTIAL CAPITAL, LLC, et. al.,** ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

## MOTION TO WITHDRAW

Comes Now, Rhonda Steadman Hood, as attorney for Derrius Silmon respectfully moves this court to withdraw from receiving further notifications and service in this proceeding.  Silmon's claim against the debtors has been resolved in the Circuit Court of Jefferson County, Alabama in the case of <u>GMAC Mortgage, LLC v. Derrius Silmon ;</u> Case No. 2009-902322.

WHEREFORE, Premises Considered, the undersigned prays the court will order her removed from further service or notification in this matter.

/s/ Rhonda Steadman Hood
Rhonda Steadman Hood, Esq.
Kenneth J. Lay, Esq.
HOOD & LAY, LLC
1117 22nd Street South
Birmingham, AL 35205
(205) 323-4123
(205) 776-2040 fax
rhonda@whlfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on 22 day of June, 2016 I electronically filed the foregoing with the Clerk of the Court using the AlaFile e-filing system, which will send notification of such filing to the counsel of record, or where required USPS, postage pre-paid:

John H. Patterson, Esq.
F. Wendell Allen, Esq.
Bradley Arant Boult Cummings, LLP

Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

/s/ Rhonda Steadman Hood
Of Counsel