# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## Marilyn Lawrence

Plaintiff

**12-12020 MG**

against



## Residential Capital, LLC

## Designation of Items & Statement of Issues

**1. OBJECTION: to enforce motion : Docket # 9576  2/1/2016 (25 pgs.**

a). Marilyn Lawrence deny ever receiving any notice to file a proof

of claim prior to June 30th 2015 from  Mr. Joseph A. Shifer

attorney Levin Natalie & Frankel LLP or from Melissa Loomis

employed by Kurtzman Carson Consultants LLC.  Marilyn
Lawrence never received notice.  5362 W. Olympic Blvd. # 1 LA.
CA. Is my correct mailing address.

All pass court correspondence came to my correct direct mailing

address 5362 W. Olympic Blvd # 1 Los Angeles Ca.

The Law firm of Mr. Joseph Shifer never mailed Marilyn Lawrence

a notice at 5362 W. Olympic Blvd # 1 to file a proof of claim in

2012,  Nor did I received any forward

mail from 5851 W. 7th Ave LA CA 90043. The home had been

foreclose on.  Date of sale 02/14/2012 at 11:00 am.

Melissa Loomis served via First Class mail to the above

foreclosed home according to her affidavit of service.

5362 west Olympic Blvd. # 1 is where I Marilyn Lawrence have

been  receiving all mail for the past 25 years this is my correct

mailing address, which is on record with the United states District

Court Central District of California.  All the

corresponding Attorney's, including Attorney's  for the defendants

Executive Trustee Services, LLC dba ETS services, LLC.

June 30, 2015 after the date was barred, passed,  Mr.Joseph A.

2

Shifer and Law firm found the correct Address, to make

known that the due date had passed. After several phone

conversation with Mr. Shifer with no success,  I was informed to

filed a proof  of claim giving clear evidence  of my mailing address

with proof.

## 2). Hearing:

b) Transcript, Court call Appearing by phone Marilyn

Lawrence Docket # 9637 2/10/2016 Reply to ResCap

Liquidating Trust, further support of omnibus to enforce

 injunctive.


## 3.) RESPONSE : to  Docket  # 9664 2/18/2016

c) **Letters and support evidence to The Honorable Martin
Glenn, that**

**Executive Trustee Services, had foreclosed on my home** at

5851 7th Ave.  Date of sale 02/14/2012. QUESTION !  WHY?


3

Would Melissa Loomis as she stated at the direction of her supervision employees of KCC send out notice on 6/4/2012 to resident where it had been foreclosed on. Melissa Loomis, affidavit of service master mailing list, mailed out to 5851 7th Ave. La.Ca.90043 to the wrong, incorrect mailing address. Marilyn Lawrence never received that notice in the mail from the Courts nor from any of the Attorney's on this case or from Ocwen loan servicing LLC or from ETA LLEANA nor from any of the mortgage servicing entity's . QUESTION  HOW COULD MR. SHIFER LAW FIRM make such a MISTAKE and penalize Marilyn Lawrence again and again for their conduct.  After counsel telling the Honorable Judge Martin Glenn on 2/10/2016 that He had worked hard and covered everything.

4) **Notice of appeal : Docket #9922.**

**Marilyn Lawrence  6/21/2016**

4