**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— )
                                                              )
In re:                                                    )       Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,        )       Chapter 11
                                                              )
                                        Debtors.       )       Jointly Administered
———————————————————————— )

## ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS ((I) REDESIGNATE AND ALLOW BORROWER CLAIMS, (II) RECLASSIFY AND ALLOW BORROWER CLAIMS, (III) REDESIGNATE, RECLASSIFY AND ALLOW BORROWER CLAIMS, AND (IV) ALLOW IN FULL BORROWER CLAIMS)

Upon the Ninety-Third omnibus objection to claims (the "Objection")[1] of the ResCap

Borrower Claims Trust (the "Trust"), established pursuant to the terms of the confirmed Plan

filed in the above-referenced Chapter 11 cases, as successor in interest to the Debtors with regard

to Borrower Claim matters, seeking entry of an order, pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 3294] (the "Procedures Order"), modifying and allowing (i) the

Redesignate and Allow Borrower Claims, (ii) the Reclassify and Allow Borrower Clams, and

(iii) the Redesignate, Reclassify and Allow Borrower Claims, and allowing the Allow in Full

Borrower Claims, all as more fully described in the Objection; and it appearing that this Court

has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and

consideration of the Objection and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Objection and the *Declaration of Sara Lathrop in Support of the ResCap Borrower Claims Trust's Ninety-Third Omnibus Objection To Claims ((I) Redesignate and Allow Borrower Claims, (II) Reclassify and Allow Borrower Claims, (III) Redesignate, Reclassify And Allow Borrower Claims, and (IV) Allow in Full Borrower Claims)*, annexed thereto as <u>Exhibit 2</u>; and Beverly Blake having filed a response to the Objection with regard to claim no. 1457 [Docket No. 9849] (the "<u>Response</u>"); and upon consideration of the *ResCap Borrower Claims Trust Omnibus Reply in Support of Its Ninety-Third Omnibus Objection to Claims ((I) Redesignate and Allow Borrower Claims, (II) Reclassify and Allow Borrower Claims, (III) Redesignate, Reclassify And Allow Borrower Claims, and (IV) Allow in Full Borrower Claims)* [Docket No. 9887]; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Trust, and the Trust's constituents, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and having determined that the Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and the Court, for the reasons set forth on the record of the hearing held on June 15, 2016 to consider the Objection, having found that section 507(a)(7) of the Bankruptcy Code does not apply to proof of claim 1457 filed by Beverly Blake; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that the Response is overruled in its entirety; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each claim listed on <u>Exhibit A</u> annexed hereto (collectively, the "<u>Redesignate and Allow Borrower Claims</u>") is redesignated against the Debtor set forth on <u>Exhibit A</u> under the column heading "*Modified Debtor Name*" and allowed in the amount and priority set forth on <u>Exhibit A</u> under the column heading "*Claim Amount*"; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent ("<u>KCC</u>"), is directed to reflect on the Claims Register that the Redesignate and Allow Borrower Claims are allowed in the amount and priority set forth on <u>Exhibit A</u> under the heading "*Claim Amount*" against the Debtor set forth on <u>Exhibit A</u> under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each claim listed on <u>Exhibit B</u> attached hereto (the "<u>Reclassify and Allow Borrower Claim</u>"), including claim 1457 filed by Beverly Blake, is reclassified and allowed as a general unsecured claim as set forth on <u>Exhibit B</u> under the column heading "*Modified Claim Amount*"; and it is further

ORDERED that KCC, is directed to reflect on the Claims Register that the Reclassify and Allow Borrower Claims are allowed as general unsecured claims; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each claim listed on <u>Exhibit C</u> attached hereto (the "<u>Redesignate, Reclassify and Allow Borrower Claim</u>") is redesignated against the Debtor set forth on <u>Exhibit C</u> under the column heading "*Modified Debtor Name*" and reclassified and allowed as a general unsecured claim as set forth on <u>Exhibit C</u> under the column heading "*Modified Claim Amount*"; and it is further

ORDERED that KCC, is directed to reflect on the Claims Register that the Redesignate, Reclassify and Allow Borrower Claims are allowed in the amount and priority set

forth on Exhibit C under the heading "*Modified Claim Amount*" against the Debtor set forth on

Exhibit C under the column heading "*Modified Debtor Name*"; and it is further

      ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each claim

listed on Exhibit D attached hereto (collectively, the "Allow in Full Borrower Claims") is

allowed against the Debtor set forth on Exhibit D under the column heading "*Asserted Debtor

Name*" as a general unsecured claim as set forth on Exhibit D under the column heading

"*Asserted Claim Amount*"; and it is further

      ORDERED that KCC, is directed to reflect on the Claims Register that the Allow

in Full Borrower Claims are allowed as general unsecured claims set forth on Exhibit D under

the heading "*Asserted Claim Amount*" against the Debtor set forth on Exhibit D under the

column heading "*Asserted Debtor Name*"; and it is further

      ORDERED that the Trust is authorized and empowered to take all actions as may

be necessary and appropriate to implement the terms of this Order; and it is further

      ORDERED that notice of the Objection, as provided therein, shall be deemed

good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a),

the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures

Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

      ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any claim that is not identified in this Order or listed on

Exhibit A, Exhibit B, Exhibit C, or Exhibit D annexed to this Order, and the Trust's and any

party in interest's right to object on any basis are expressly reserved with respect to any such

claim that is not identified in this Order or listed on Exhibit A, Exhibit B, Exhibit C, or Exhibit D

annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the

Claims identified on <u>Exhibit A</u>, <u>Exhibit B</u>, <u>Exhibit C</u>, or <u>Exhibit D</u> annexed hereto, as if each

such Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


**IT IS SO ORDERED.**

Dated:    June 27, 2016
          New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A - NINETY-THIRD OMNIBUS OBJECTION - REDESIGNATE AND ALLOW BORROWER CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Debtor Name and Case Number | Reason for Redesignation |
|---|---|---|---|---|---|---|
| Sheila La Rue and Cal State 10683 Alto Sierra Dr Grass Valley, CA 95949 | 3885 | 11/9/2012 | $7,912.86 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Daniel ORourke and Tina Orourke 5760 Sunset Ave. NE Bremerton, WA 98311 | 4835 | 11/15/2012 | $7,760.00 General Unsecured | Residential Capital, LLC 12-12020 | Homecomings Financial, LLC 12-12042 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with Homecomings Financial, who serviced the loan. |
| Kenneth J. and Marjorie Canty 2707 Hughes St Smyra, GA 30080 | 2369 | 11/5/2012 | $4,953.55 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Debtor Name and Case Number | Reason for Redesignation |
|---|---|---|---|---|---|---|
| James Getzinger 2575 Peachtree Rd NE #15A Atlanta, GA 30305 | 3512 | 11/7/2012 | $4,792.10 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Candy Shively 1407 Viscaya Pkwy # 2 Cape Coral, FL 33990 | 1672 | 10/25/2012 | $3,000.00 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Ronald Jerome Cordonnier 4400 Shandwick Drive, Apt 123 Antelope, CA 95843 | 1237 | 10/15/2012 | $2,645.00 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| James Pennaz 957 Kauka Place Honolulu, HI 96825 | 1679 | 10/25/2012 | $2,467.82 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Debtor Name and Case Number | Reason for Redesignation |
|---|---|---|---|---|---|---|
| Kenneth Ferrier and Michelle Ferrier PO Box 390093 Keauhou, HI 96739 | 3791 | 11/8/2012 | $2,237.05 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Michael G. Weiss 1075 90th St NE Monteicello, MN 55362 | 1919 | 10/29/2012 | $1,981.70 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| William M. Velotas and Barbara M. Velotas 5803 Boyce Springs Houston, TX 77066 | 3543 | 11/7/2012 | $1,744.17 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| April M. Lowe 11 Negus Street Webster, MA 1570 | 2127 | 11/2/2012 | $1,537.16 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Debtor Name and Case Number | Reason for Redesignation |
|---|---|---|---|---|---|---|
| Martha R & David J Petty 8864 SE Jardin Street Hobe Sound, FL 33455 | 6449 | 2/19/2013 | $1,400.00 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Audrey Mills 3815 W. Saint Joseph Street Lansing, MI 48917 | 857 | 9/28/2012 | $1272.01 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Thomas S. Lee 1214 Devonshire Dr Sumter, SC 29154 | 1727 | 10/26/2012 | $945.15 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Florence Anne & Michael P Barry 359 Ridge Road Watchung, NJ 7069 | 1976 | 10/29/2012 | $857.28 General Unsecured | Residential Capital, LLC 12-12020 | GMAC Mortgage, LLC 12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Debtor Name and Case Number | Reason for Redesignation |
|---|---|---|---|---|---|---|
| Marsha Muwwakkil<br>6314 Homeview Dr.<br>Houston, TX 77049 | 4160 | 11/9/2012 | $750 General Unsecured | Residential Capital, LLC<br><br>12-12020 | GMAC Mortgage, LLC<br><br>12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Robert Earl Smith<br>840 Daniel Moss Road<br>Coahoma, MS 38617 | 2364 | 11/5/2012 | $711.82 General Unsecured | Residential Capital, LLC<br><br>12-12020 | GMAC Mortgage, LLC<br><br>12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Roger A. Olsen<br>2909 Duncan Drive<br>Missoula, MT 59802 | 4014 | 11/9/2012 | $652 General Unsecured | Residential Capital, LLC<br><br>12-12020 | GMAC Mortgage, LLC<br><br>12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |
| Molly Jane Essama<br>2121 Coronago Parkway<br>Denver, CO 80229 | 4365 | 11/9/2012 | $500 General Unsecured | Residential Capital, LLC<br><br>12-12020 | GMAC Mortgage, LLC<br><br>12-12032 | Residential Capital, LLC did not originate or service this loan and cannot be liable. To the extent there is liability, that liability, if any, is with GMAC Mortgage who serviced the loan. |

**<u>Exhibit B</u>**

In re RESIDENTIAL CAPITAL, LLC et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B- NINETY-THIRD OMNIBUS OBJECTION - RECLASSIFY AND ALLOW BORROWER CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Beverly A. Blake 210 C.L. Bradford St. Pineville, LA 71360 | 1457 | 10/22/2012 | $26,000.00 Priority | Homecomings Financial, LLC 12-12042 | $26,000.00 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow this claim as a "priority unsecured" claim and it should be labeled as an unsecured claim. |
| Shirley S. Washington 2312 Old Military Rd Mobile, AL 36605 | 2170 | 11/5/2012 | $20,494.92 Secured | Homecomings Financial, LLC 12-12042 | $20,494.92 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow this claim as a secured claim and it should be labeled as an unsecured claim. |
| Peter Tesoro 2337 Rosedale Curve Upland, CA 91784 | 773 | 9/27/2012 | $6,000 Secured | GMAC Mortgage, LLC 12-12032 | $6,000 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow this claim as a secured claim and it should be labeled as an unsecured claim. |
| Sandra Staddard 4209 40th Ct N Birmingham, AL 35217 | 785 | 9/27/2012 | $2,600.00 Priority | GMAC Mortgage, LLC 12-12032 | $2,600.00 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow this claim as a "priority unsecured" claim and it should be labeled as an unsecured claim. |
| Monifa Jamila Ajanaku 1020 Rayner St Memphis, TN 38114 | 7288 | 10/16/2012 | $792.72 Secured $1,530.36 General Unsecured | GMAC Mortgage, LLC 12-12032 | $2,323.08 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow any portion of this claim as a secured claim and it should be labeled as a wholly unsecured claim. |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Fred Colosimo and Harvey S. Lucas 43 Martingale E. Bluffton, SC 29910 | 2121 | 11/2/2012 | $2,000.00 Secured | GMAC Mortgage, LLC 12-12032 | $2,000.00 General Unsecured | After review of the Claim, there does not appear to be a valid basis to allow this claim as a secured claim and it should be labeled as an unsecured claim. |

**<u>Exhibit C</u>**

In re RESIDENTIAL CAPITAL, LLC et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT C - NINETY-THIRD OMNIBUS OBJECTION - MODIFY - REDESIGNATE, RECLASSIFY AND ALLOW CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Claim Amount | Modified Debtor Name and Case Number | Reason for Reclassification and Redesignation |
|---|---|---|---|---|---|---|---|
| Sarah Joy Patrick<br>3618 Dunlap Fields<br>Converse, TX 78109 | 2665 | 11/6/2012 | $4,000 Secured | Residential Capital, LLC<br><br>12-12020 | $4,000 General Unsecured | GMAC Mortgage, LLC<br><br>12-12032 | After review of the Claim, there does not appear to be a valid basis to allow this claim as a secured claim and it should be labeled as an unsecured claim.<br><br>Residential Capital, LLC did not originate or service this loan and cannot be liable.  To the extent there is liability that liability, if any, is with GMAC Mortgage, LLC who serviced the loan. |
| Wendell & Mary Bricker<br>305 Whippoorwill Road<br>Seymour, MO 65746 | 2208 | 11/5/2012 | $1,565.16 Secured | Residential Capital, LLC<br><br>12-12020 | $1,565.16 General Unsecured | GMAC Mortgage, LLC<br><br>12-12032 | After review of the Claim, there does not appear to be a valid basis to allow this claim as a secured claim and it should be labeled as an unsecured claim.<br><br>Residential Capital, LLC did not originate or service this loan and cannot be liable.  To the extent there is liability that liability, if any, is with GMAC Mortgage, LLC who serviced the loan. |

**Exhibit D**

In re RESIDENTIAL CAPITAL, LLC et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT D NINETY-THIRD OMNIBUS OBJECTION - ALLOW IN FULL CLAIMS (BORROWER CLAIMS)

| Name of Claimant | Claim Number | Date Filed | Asserted Debtor Name | Asserted Case Number | Allowed Claim Amount | |
|---|---|---|---|---|---|---|
| Juan Carlos Mendoza 1057 SW Janar Ave Port St. Luci, FL 34953 | 3891 | 11/8/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $27,000.00 | General Unsecured |
| Brisbin Skiles 6700 Oakshore Dr #104 Panama City, FL 32404 | 4428 | 11/9/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $25,000.00 | General Unsecured |
| B. Scott Skillman, P.C. 318 S 5th St Terre Haute, IN 47807 | 523 | 9/17/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $18,000.00 | General Unsecured |
| Howze, Lemays &Jones-Howze 438 Starcrest Circle Rock Hill, SC 29730 | 1437 | 10/22/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $13,680.60 | General Unsecured |
| Carla Jo Timm 228 N. Oine St Niangua, MO 65713 | 4563 | 11/13/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $10,764.00 | General Unsecured |
| William Mask PO Box 29735 Oakland, CA 94604 | 1196 | 10/12/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $8,000.00 | General Unsecured |

| Name of Claimant | Claim Number | Date Filed | Asserted Debtor Name | Asserted Case Number | Allowed Claim Amount | |
|---|---|---|---|---|---|---|
| Mario Montoya<br>38803 Carolside Ave<br>Palmdale, CA 93550 | 4959 | 11/15/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $6,000.00 | General Unsecured |
| James Cecil, Norma Cecil,<br>and Bert Edwards<br>119 S 7th St 200<br>Louisville, KY 40202 | 712 | 9/24/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $5,000.00 | General Unsecured |
| Michael Ethier<br>2060 Walden Ct<br>Flint, MI 48532 | 1521 | 10/22/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $5,000.00 | General Unsecured |
| Phillip Spears<br>8107 Rustic Terrace<br>San Antonio, TX 78249 | 3629 | 11/8/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $5,000.00 | General Unsecured |
| Michael and Darcie<br>Lampman<br>3314 Monticello Ave<br>Waterloo, IA 50701 | 2413 | 11/6/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,969.96 | General Unsecured |
| Emilio Perez<br>246 E Main St<br>Pahokee, FL 33476 | 6769 | 2/27/2013 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,748.50 | General Unsecured |
| James and Nancy Herman<br>3023 N Clark St<br>Chicago, IL 60657 | 1653 | 10/23/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,731.53 | General Unsecured |

| Name of Claimant | Claim Number | Date Filed | Asserted Debtor Name | Asserted Case Number | Allowed Claim Amount | |
|---|---|---|---|---|---|---|
| Crystal Johnson 2802 Knox Street SE Washington DC 20020 | 1484 | 10/22/2012 | Ditech, LLC | 12-12021 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,600.00 | General Unsecured |
| James and Nancy Herman 3023 N Clark St Chicago, IL 60657 | 1654 | 10/23/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,570.70 | General Unsecured |
| Jefferey and Mary Jane Powell 27420 Rolling Hills Dr Maryville, MO 64468 | 1966 | 10/29/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,560.90 | General Unsecured |
| Nelli A Kasparova 13230 10th Ave S Burian, WA 98168 | 3547 | 11/8/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,495.00 | General Unsecured |
| Thomas H Martin and Catherine D Martin 92 Moraine St Jamaica Plain, MA 02130 | 4401 | 11/9/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $2,028.49 | General Unsecured |
| Julie Riggins 10317 Pleasant Hill Church Rd Siler City, NC 27344 | 1321 | 10/16/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $1,738.00 | General Unsecured |
| Dianne H Bowden 46 Tyro Rd Holly Springs, MS 38635 | 2022 | 11/1/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $1,599.18 | General Unsecured |

| Name of Claimant | Claim Number | Date Filed | Asserted Debtor Name | Asserted Case Number | Allowed Claim Amount | |
|---|---|---|---|---|---|---|
| Law Office of Gary A Leaf 3345 Wilshire Blvd Ste 911 Los Angeles, CA 90010 | 3747 | 11/8/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $1,409.00 | General Unsecured |
| Ashley L Thurman 1015 Alexander Myers Rd Florence, MI 39073 | 1960 | 10/29/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $1,315.55 | General Unsecured |
| Richard G. Kaschak PO Box 6031 Pine Mt. Club, CA 93222 | 437 | 8/27/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $995.78 | General Unsecured |
| Robert J Ottoway 4210 West Lupine Ave Phoenix, AZ 85029 | 1135 | 10/10/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $953.76 | General Unsecured |
| Guardianship of Amelia Gaston 2655 Lejeunne Rd Ste 804 Corla Gables, FL 33134 | 1434 | 10/22/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $952.19 | General Unsecured |
| George M Daniels and Lori T Daniels 8218 Foldenauer Dr Hartland, MI 48843 | 4560 | 11/13/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $854.53 | General Unsecured |
| Carl Wiesener 4961 Murray Johnson Rd Conway, SC 29526 | 3836 | 11/8/2012 | Homecomings Financial | 12-12042 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $500.00 | General Unsecured |

| Name of Claimant | Claim Number | Date Filed | Asserted Debtor Name | Asserted Case Number | Allowed Claim Amount | |
|---|---|---|---|---|---|---|
| Marie J Dimitrijevic<br>1204 Goodrich<br>Lansing, MI 48910 | 859 | 9/28/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $260.00 | General Unsecured |
| Paul G Power<br>12 Redspire Dr<br>Union, NJ 7083 | 1186 | 10/12/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $211.67 | General Unsecured |
| Diana Conley<br>1106 Bishop Ave<br>Hamilton, OH 45015 | 2407 | 11/5/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $166.41 | General Unsecured |
| Gloria Wirth<br>917 West Strahan Drive<br>Tempe, AZ 85283 | 4469 | 11/13/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $86.34 | General Unsecured |
| Cara Negri<br>6946 Bertand Ave<br>Reseda, CA 91335 | 2214 | 11/5/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $78.55 | General Unsecured |
| Edward Delgado Jr<br>404 Stonehedge Place<br>San Marcos, CA 92069 | 650 | 9/24/2012 | GMAC Mortgage, LLC | 12-12032 | $0.00 | Administrative Priority |
| | | | | | $0.00 | Administrative Secured |
| | | | | | $0.00 | Secured |
| | | | | | $0.00 | Priority |
| | | | | | $12.00 | General Unsecured |