## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :          Chapter 11
                                          :
    RESIDENTIAL CAPITAL, LLC,             :          Case No. 12-12020 (MG)
    et al..,¹                             :
                                          :
                              Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on June 27, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS ((I) REDESIGNATE AND ALLOW BORROWER CLAIMS, (II) RECLASSIFY AND ALLOW BORROWER CLAIMS, (III) REDESIGNATE, RECLASSIFY AND ALLOW BORROWER CLAIMS, AND (IV) ALLOW IN FULL BORROWER CLAIMS)(Docket No. 9954)**

Dated: June 28, 2016

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this _28_ day of _June_____, 20 _16_, by, ___Richie   Um_____proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 2142268
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2020

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Cellinnovations@msn.com;

Marjoriecanty@gmail.com;

Jwgetzinger@comcast.net;

Candy.shively@yahoo.com;

Rcordonnier@hotmail.com;

Jpennaz@yahoo.com;

Mferrier59@gmail.com;

Ari@winternet.com;

Mvelotas@comcast.net;

Aprilmlowe@gmail.com;

Davidmartyhs@bellsouth.net;

Rwd@dietrichlawfirm.net;

Bsmith.gps@gmail.com;

Molljanalpha@hotmail.com; (Delivery failed)

B_blake8@yahoo.com;

Shirld93@gmail.com;

Lucashs@appstate.edu; (Rejected message)

Sarah.patrick@us.army.mil;

Wmentpr@att.net;

Scott.skillman@gmail.com;

Angelajns@aol.com;

Methier03@comcast.net;

Uwillbehappier@aol.com;

Darcielampman@hotmail.com;

Tuiwarehouse@yahoo.com;

Jim.herman@zimmer.com; (Delivery failed)

Powellj@embarqmail.com;

Tmartin@mslaw.edu; (Rejected message)

Riggins3362@bellsouth.net;

Garyalaff@yahoo.com;

Ashleygardner1011@gmail.com;

Robertottoway@yahoo.com;

Lester@lgkateslaw.com;

Pumbacrs@yahoo.com;

Caranegri@gmail.com;

# EXHIBIT B

Sheila La Rue and Cal State
10683 Alto Sierra Dr
Grass Valley, CA 95949

Daniel ORourke and Tina Orourke
5760 Sunset Ave. NE
Bremerton, WA 98311

Kenneth J. and Marjorie Canty
2707 Hughes St
Smyra, GA 30080

James Getzinger
2575 Peachtree Rd NE #15A
Atlanta, GA 30305

Candy Shively
1407 Viscaya Pkwy # 2
Cape Coral, FL 33990

Ronald Jerome Cordonnier
4400 Shandwick Drive, Apt 123
Antelope, CA 95843

James Pennaz
957 Kauka Place
Honolulu, HI 96825

Kenneth Ferrier and Michelle Ferrier
PO Box 390093
Keauhou, HI 96739

Michael G. Weiss
1075 90th St NE
Monteicello, MN 55362

William M. Velotas and Barbara M. Velotas
5803 Boyce Springs
Houston, TX 77066

April M. Lowe
11 Negus Street
Webster, MA 1570

Martha R & David J Petty
8864 SE Jardin Street
Hobe Sound, FL 33455

Audrey Mills
3815 W. Saint Joseph Street
Lansing, MI 48917

Thomas S. Lee
1214 Devonshire Dr
Sumter, SC 29154

Florence Anne & Michael P Barry
359 Ridge Road
Watchung, NJ 7069

Marsha Muwwakkil
6314 Homeview Dr.
Houston, TX 77049

Robert Earl Smith
840 Daniel Moss Road
Coahoma, MS 38617

Roger A. Olsen
2909 Duncan Drive
Missoula, MT 59802

Molly Jane Essama
2121 Coronago Parkway
Denver, CO 80229

Beverly A. Blake
210 C.L. Bradford St.
Pineville, LA 71360

Shirley S. Washington
2312 Old Military Rd
Mobile, AL 36605

Peter Tesoro
2337 Rosedale Curve
Upland, CA 91784

Sandra Staddard
4209 40th Ct N
Birmingham, AL 35217

Monifa Jamila Ajanaku
1020 Rayner St
Memphis, TN 38114

Fred Colosimo and Harvey S. Lucas
43 Martingale E.
Bluffton, SC 29910

Sarah Joy Patrick 2665 11/6/2012
3618 Dunlap Fields
Converse, TX 78109

Wendell & Mary Bricker
305 Whippoorwill Road
Seymour, MO 65746

Juan Carlos Mendoza
1057 SW Janar Ave
Port St. Luci, FL 34953

Brisbin Skiles
6700 Oakshore Dr #104
Panama City, FL 32404

B. Scott Skillman, P.C.
318 S 5th St
Terre Haute, IN 47807

Howze, Lemays &Jones-Howze
438 Starcrest Circle
Rock Hill, SC 29730

Carla Jo Timm
228 N. Oine St
Niangua, MO 65713

William Mask
PO Box 29735
Oakland, CA 94604

Mario Montoya
38803 Carolside Ave
Palmdale, CA 93550

James Cecil, Norma Cecil, and Bert Edwards
119 S 7th St 200
Louisville, KY 40202

Michael Ethier
2060 Walden Ct
Flint, MI 48532

Phillip Spears
8107 Rustic Terrace
San Antonio, TX 78249

Michael and Darcie
Lampman
3314 Monticello Ave
Waterloo, IA 50701

Emilio Perez
246 E Main St
Pahokee, FL 33476

James and Nancy Herman
3023 N Clark St
Chicago, IL 60657

Crystal Johnson
2802 Knox Street SE
Washington DC 20020

James and Nancy Herman
3023 N Clark St
Chicago, IL 60657

Jefferey and Mary Jane Powell
27420 Rolling Hills Dr
Maryville, MO 64468

Nelli A Kasparova
13230 10th Ave S
Burian, WA 98168

Thomas H Martin and Catherine D Martin
92 Moraine St
Jamaica Plain, MA 02130

Julie Riggins
10317 Pleasant Hill Church Rd
Siler City, NC 27344

Dianne H Bowden
46 Tyro Rd
Holly Springs, MS 38635

Law Office of Gary A Leaf
3345 Wilshire Blvd Ste 911
Los Angeles, CA 90010

Ashley L Thurman
1015 Alexander Myers Rd
Florence, MI 39073

Richard G. Kaschak
PO Box 6031
Pine Mt. Club, CA 93222

Robert J Ottoway
4210 West Lupine Ave
Phoenix, AZ 85029

Guardianship of Amelia Gaston
2655 Lejeunne Rd Ste 804
Corla Gables, FL 33134

George M Daniels and Lori T Daniels
8218 Foldenauer Dr
Hartland, MI 48843

Carl Wiesener
4961 Murray Johnson Rd
Conway, SC 29526

Marie J Dimitrijevic
1204 Goodrich
Lansing, MI 48910

Paul G Power
12 Redspire Dr
Union, NJ 7083

Diana Conley
1106 Bishop Ave
Hamilton, OH 45015

Gloria Wirth
917 West Strahan Drive
Tempe, AZ 85283

Cara Negri
6946 Bertand Ave
Reseda, CA 91335

Edward Delgado Jr
404 Stonehedge Place
San Marcos, CA 92069