**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------------------------------

### ORDER SCHEDULING DISCOVERY CONCERNING COGNIZABLE DAMAGES RELATED TO CLAIM NUMBER 3759 FILED BY FRANK REED

This matter is on remand from the U.S. District Court for the Southern District of New York.

On June 24, 2016, the Court held a case management and scheduling conference and set the following schedule. This Order shall govern future proceedings in connection with this contested matter.

1.      On or before June 30, 2016 at 12:00 p.m. eastern daylight time, Claimant is to provide the Trust with a written list of documents he is seeking from the Trust in connection with this matter. The written list must describe the documents with specificity. Any documents or categories of documents not on the written list may not be requested at a later date. The documents requested must relate to Mr. Reed's business opportunities and ventures for which he is seeking damages.

2.      On or before June 30, 2016 at 12:00 p.m. eastern daylight time, Claimant must provide a Notice of Deposition to the Trust setting forth with specificity the matters and topics for examination of the Trust.

3.      The deadline for Claimant to depose the Trust's expert witness, Oscar Marquis, is July 22, 2016. The deposition will occur in New York, New York. The Trust will pay for Mr.

Marquis' travel and witness fee.  The Trust may seek reimbursement for these expenses after

trial.  The deposition is limited to five (5) hours of testimony.

4.        A telephone conference is set for July 13, 2016 at 4:00 p.m. eastern daylight time.

During the call the parties may discuss any issues with the Notice of Deposition of the Trust's

corporate representative or with the request for production of documents directed to the Trust.

5.        The deadline for completing the deposition of the Trust's corporate witness or

witnesses is July 29, 2016 at 5:00 p.m. eastern daylight time.  The deposition is limited to seven

(7) hours of testimony.

6.        The parties' Joint Pretrial Order is due on August 12, 2016.  Counsel for the Trust

shall take the lead in drafting this document.

7.        Motions in Limine are due on August 12, 2016.  Claimant's response is due on

September 8, 2016.  The Trust's reply, if any, is due on September 13, 2016.

8.        The Final Pretrial Conference is set for September 15, 2016 at 10:00 a.m. eastern

daylight time.  The parties must appear in person.

9.        Trial in this matter is set to begin on September 26, 2016 at 9:00 a.m. eastern

daylight time.  Trial shall continue as necessary from day to day on September 27, September 28,

September 29 and September 30.  This trial schedule may later be amended at the Court's

discretion as necessary.


Dated:    June 30, 2016
          New York, New York


                                            /s/Martin Glenn
                                            MARTIN GLENN
                                    United States Bankruptcy Judge


-2-