UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
   Post-Effective Date Debtors                              Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,           Case No. 12-12020-mg
   Objector

v.

TIA DANIELLE SMITH,
   Creditor-Beneficiary

---

### DESIGNATION OF CONTENTS OF RECORD ON APPEAL

---

     **NOW COMES** Tia Danielle Smith, by her attorney, Wendy Alison Nora, pursuant to Fed. R. Bankr. P. 8009, and designates the following documents as her contents of the record on appeal (Notice of Appeal, filed on February 22, 2016 as Doc. 9647):

1. Doc. 7188: 69th Omnibus Objection by RESCAP Liquidating Trust to "No Liability Claims" based on "Books and Records"

2. Doc. 7300: Response of Appellant to Objection to Proofs of Claims ## 3889, 4129, 4134, and 4139 by RESCAP Liquidating Trust

3. Doc. 7410: Reply of RESCAP Liquidating Trust to Response of Tia Danielle Smith

4. Doc. 7598: Order Granting in Part and Denying in Part the RESCAP Liquidating Trust's Objection to Ms. Smith's Proofs of Claims ## 3889, 4129, 4134, and 4139

5. Doc. 9553: Memorandum of Law of RESCAP Borrower Claims Trust in Support of RESCAP Liquidating Trust's Objection to Ms. Smith's Proofs of Claims ## 3889, 4129, 4134, and 4139

6. Doc. 9555: Declaration of M. Nawaz Raja

7. Doc. 9556: Declaration of Tia Danielle Smith

**IN FORMA PAUPERIS APPLICATION FOR FILING FEE WAIVER PENDING SUBMISSION BY PRO SE MOTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

1

8. Doc. 9557: Memorandum of Law of Tia Danielle Smith

9. Doc. 9573: Adversary Complaint of Richard D. Rode and Tia Danielle Smith v. RESCAP Borrower Claims Trust, et al. Adv. Case No. 16-01015

10. Doc. 9574: Pre-Trial Order signed on February 1, 2016, striking over Ms. Smith's positions from her description of the Nature of the Case

11. Doc. 9579: Ms. Smith's evidence in opposition to the Objection of the RESCAP Liquidating Trust being pursued by the RESCAP Borrower Claims Trust as alter ego of the RESCAP Debtors

12. Doc. 9580: Revised Index of Exhibits

13. Doc. 9593: Motion for Relief from Order (Doc. 7598)

14. Doc. 9595: Order Denying Motion for Relief from Order

15. Doc. 9678: Pre-Trial Order in Aniel contested claims matter in which the Aniels' positions in their description of the Nature of the Case were not stricken over and are being allowed to proceed

16. Doc. 9855 Ms. Smith's Exhibits 14 and 15

17. Doc. 9917 Order Denying Claims ## 3889, 4129, 4134, and 4139.

18. Doc. 9926 Application for Waiver of Costs for Preparation of Transcript of Proceedings on February 9, 2016 (Claim Nos. 3889, 4129, 4134 and 4139)

18. Doc. 9927 Motion for Reconsideration

19. Doc. 9928 Motion to Stay Filing of the Completed Motion for Reconsideration of This Court's Order of June 3, 2016 (Doc. 9917) Until Ten (10) Days After the Transcript of the February 9, 2016 Hearing is Made Available to Ms. Smith

20. Doc. 9940 Order Denying Motions

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated at Madison, Wisconsin this 1st day of July, 2016.

　　　　　　　　　　　　　　　　/s/ Wendy Alison Nora
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Wendy Alison Nora
　　　　　　　　　ACCESS LEGAL SERVICES, admitted pro hac vice in
　　　　　　the United States Bankruptcy Court for the Southern District of New York
　　　　　　　　　　　　　310 Fourth Avenue South, Suite 5010
　　　　　　　　　　　　　　　Minneapolis, Minnesota 55415
　　　　　　　　　　　　　　　Telephone: (612) 333-4144
　　　　　　　　　　　　　　　Facsimile: (612) 203-3170
　　　　　　　　　　　　E-mail: accesslegalservices@gmail.com
　　　　　　　　　　　　　　　Wisconsin Bar #1017043
　　　　　　　　　　　　　　　Minnesota Bar #165906


### DECLARATION OF SERVICE

　　　Wendy Alison Nora declares that on July 1, 2016 she filed the foregoing Designation of Contents of Record on Appeal with the United States Bankruptcy Court for the Southern District of New York and thereby served all parties and their counsel who are capable of receiving service by CM/ECF.


　　　　　　　　　　　　　　　　/s/ Wendy Alison Nora
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Wendy Alison Nora