**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER DENYING RHONDA GOSSELIN'S REQUEST TO EXTEND THE TIME TO TAKE DISCOVERY OR TO AMEND JOINT PRETRIAL ORDER SETTING FORTH ISSUES FOR TRIAL SCHEDULED FOR SEPTEMBER 15, 2016**

Counsel for Claimant Rhonda Gosselin filed a letter on June 30, 2016,[1] requesting that the Court extend the long-since expired deadline for fact discovery (which expired on April 30, 2016) to permit the Claimant to take additional discovery, obviously as a prelude to an effort to seek to modify the issues for trial on Gosselin's Claim. (ECF Doc. # 9961.) Counsel for the ResCap Borrower Claims Trust filed a letter on July 7, 2016, opposing the request. ("Trust's Letter," ECF Doc. # 9967.)

A Pretrial Order, signed by both counsel and approved by the Court, was entered on June 29, 2016, setting forth the issues for trial, stipulations of fact, trial exhibit and other matters, and setting this contested matter for trial on September 15, 2016. ("Pretrial Order," ECF Doc. # 9959.) The Court previously sustained in part and overruled in part the ResCap Borrower Claims Trust's objection to the Gosselin claim. *See Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin* (ECF Doc. # 8516, entered on April 21, 2015). Discovery then proceeded on the issues that remain to be adjudicated.

Substantially for the reasons set forth in the Trust's Letter, Gosselin's request to reopen discovery, and by implication to modify the issues for trial, is **DENIED**. As provided in the

---

[1] The letter is, obviously, incorrectly dated March 9, 2015.

Pretrial Order, the trial of this contested matter will take place on September 15, 2016, with the two witnesses, and only the two witnesses, identified in the Pretrial Order—Rhonda Gosselin and Sara Lathrop. The issues to be tried are set forth in the Pretrial Order. Only the trial exhibits identified in the Pretrial Order may be offered in evidence at trial.

The parties shall comply with all other deadlines set forth in the Pretrial Order.

**IT IS SO ORDERED.**

Dated:   July 8, 2016
         New York, New York

_____*Martin Glenn*_____
MARTIN GLENN
United States Bankruptcy Judge