# Exhibit 5

# Case Information

County: Cabell County (6)
User: TG on CIR06009
Time: 15:41:10 06/23/2016
Printer:

**CK-6-2011-C-192**
Judge: Judge Chris Chiles
Filed: 04/07/2011

Jury: No
Case Type: Civil
Sub-Type: Other

**MELINDA HOPKINS;HARRY HOPKINS:AND LYNDOL, MELINDA HOPKINS,AS EXECUTRIX OF THE ESTA** v. **GMAC Mortgage LLC, TITLE FIRST AGENCY, W VA, TITLE FIRST AGENCY**

Sort: ○ Most Recent First ○ Oldest First   Show Documents: ☑

Refresh

Audit    Restitution    Accounting

## Docket Entries/Documents

04/07/2011 CIS,Complaint,Issd 30d smns to GMAC,Title First Agency,
   Void
   ☐ CIS,Complaint,Issd 30d smns to GMAC,Title First Agency,
04/07/2011 Title First Agency WVA,SOS, Return to atty for service ke
04/26/2011 Amended Complaint,Issd 30d smns to Title First Agency,return
   ☐ Amended Complaint,Issd 30d smns to Title First Agency,return
04/26/2011 to atty for service ke
05/05/2011 ROS by SOS obo Title First Agency WV, 5/3/11 aj
   N/A ROS by SOS obo Title First Agency WV, 5/3/11 aj
05/05/2011 ROS by SOS obo GMAC Mortgage, LLC, 5/3/11 aj
   ☐ ROS by SOS obo GMAC Mortgage, LLC, 5/3/11 aj
05/19/2011 CIS, def GMAC Mortgage, LLC'S Answer (John C. Lynch & Jason
   ☐ CIS, def GMAC Mortgage, LLC'S Answer (John C. Lynch & Jason
05/19/2011 Manning) & COS vc
05/27/2011 ANSWER of Def Title First Agency WV LLC to Pltfs Amended
   ☐ ANSWER of Def Title First Agency WV LLC to Pltfs Amended
05/27/2011 Complaint,COS, CIS ke
06/06/2011 Order Amending Style of Action and Scheduling Order:
   ☐ Order Amending Style of Action and Scheduling Order:
06/06/2011 P/T 11-15-12; T/D 12-11-12 @ 9:30am jw
08/25/2011 COS for pltfs' 1st set of interrogs and req for prod of docs
   ☐ COS for pltfs' 1st set of interrogs and req for prod of docs
08/25/2011 to defs aj
09/16/2011 SERVED EROS signed by Janet Kinnard obo Title First Agency
   ☐ SERVED EROS signed by Janet Kinnard obo Title First Agency
09/16/2011 WV 5/5/11 sr
09/16/2011 SERVED EROS signed Christi Legg obo GMAC Mortgage LLC
   ☐ SERVED EROS signed Christi Legg obo GMAC Mortgage LLC
09/16/2011 5/5/11 sr

10/11/2011 COS for def. GMAC Mortgage, LLC's objections and responses
 COS for def. GMAC Mortgage, LLC's objections and responses
10/11/2011 to pltfs' 1st set of interrogs and reqs for prod of docs aj
 to pltfs' 1st set of interrogs and reqs for prod of docs aj
10/31/2011 Def GMAC Mortgage LLC's fact witness list, COS sr
 Def GMAC Mortgage LLC's fact witness list, COS sr
11/01/2011 Plts' Fact Witness Disclosure, COS sb
 Plts' Fact Witness Disclosure, COS sb
11/03/2011 Protective Order vc
 Protective Order vc
11/03/2011 Letter to Counsel from judge kl
 Letter to Counsel from judge kl
11/08/2011 Title First Agency W Va LLC Fact Witness Disclose & COS ms
 Title First Agency W Va LLC Fact Witness Disclose & COS ms
11/21/2011 Title First Agency First Supplemental Fact Witness Discl,COS
 Title First Agency First Supplemental Fact Witness Discl,COS
03/15/2012 COS for Title First Agency WV, LLC's 1st set of interrogs,
 COS for Title First Agency WV, LLC's 1st set of interrogs,
03/15/2012 reqs for prod of docs and req for admissions to pltf. aj
 reqs for prod of docs and req for admissions to pltf. aj
04/13/2012 COS of Plaint's Answers and Responses to Def GMAC's 1st Set
 COS of Plaint's Answers and Responses to Def GMAC's 1st Set
04/13/2012 of Interrogs and Requests for Production of Docs me
 of Interrogs and Requests for Production of Docs me
04/13/2012 COS for pltfs' answers & respondes to def Title First
 COS for pltfs' answers & respondes to def Title First
04/13/2012 Agency WV LLC's 1st set of interrogs, req for prod of docs
 Agency WV LLC's 1st set of interrogs, req for prod of docs
04/13/2012 & req for admissions sr
 & req for admissions sr
05/21/2012 Notice of bankruptcy and effect of automatic stay, COS kb
 Notice of bankruptcy and effect of automatic stay, COS kb
09/21/2012 Motion for Partial Stay Pursuant to Bankruptcy w/exhbt 1-2,
 Motion for Partial Stay Pursuant to Bankruptcy w/exhbt 1-2,
09/21/2012 COS ke
 COS ke
11/07/2012 Partial Dismissal Order against Def Title First w/prejudicej
 Partial Dismissal Order against Def Title First w/prejudicej
11/15/2012 Lttr to Judge Pancake from atty Jason Manning jw
 Lttr to Judge Pancake from atty Jason Manning jw
11/15/2012 Lttr fro Judge Pancake to attys;Status/Scheduling Conf.
 Lttr fro Judge Pancake to attys;Status/Scheduling Conf.
11/15/2012 scheduled for 12/11/12 @ 9:30am jw
 scheduled for 12/11/12 @ 9:30am jw

12/11/2012 Agreed Order jw
- Agreed Order jw

12/11/2012 Order Amending Style of Action and Second Scheduling Order:
- Order Amending Style of Action and Second Scheduling Order:

12/11/2012 P/T 3/3/14; T/D 3/10/14 @ 9:30am jw
- P/T 3/3/14; T/D 3/10/14 @ 9:30am jw

02/26/2014 Joint Motion to Continue Trial and Amend Scheduling Order,
- Joint Motion to Continue Trial and Amend Scheduling Order,

02/26/2014 COS jw
- COS jw

02/27/2014 Joint motion to cont trial & amend sched order, COS tw
- Joint motion to cont trial & amend sched order, COS tw

03/12/2014 Order Granting Motion to Continue trial and AMEND SCHEDULING
- Order Granting Motion to Continue trial and AMEND SCHEDULING

03/12/2014 ORDER: P/T 2/27/15;T/D 3/31/15 jw
- ORDER: P/T 2/27/15;T/D 3/31/15 jw

02/25/2015 Joint motion to continue trial & amend sched order,COS tw
- Joint motion to continue trial & amend sched order,COS tw

02/26/2015 Joint Motion to continue trial and emend scheduling order,
- Joint Motion to continue trial and emend scheduling order,

02/26/2015 COS kl
- COS kl

03/02/2015 Order Granting Motion to Continue Trial and Amend SCHEDULING
- Order Granting Motion to Continue Trial and Amend SCHEDULING

03/02/2015 ORDER: P/T 1/8/16 @ 10AM;T/D 1/26/16 JW
- ORDER: P/T 1/8/16 @ 10AM;T/D 1/26/16 JW

05/12/2015 COS for notice of depo of pltf Melinda Hopkins tw
- COS for notice of depo of pltf Melinda Hopkins tw

05/12/2015 COS for notice of depo of pltf Harry Hopkins tw
- COS for notice of depo of pltf Harry Hopkins tw

05/12/2015 COS for notice of depo of pltf Lyndol Curry tw
- COS for notice of depo of pltf Lyndol Curry tw

05/21/2015 COS for Amended Not of Depo of Plt Melinda A. Hopkins sb
- COS for Amended Not of Depo of Plt Melinda A. Hopkins sb

05/21/2015 COS for Amended Not of Depo of Plt Harry Hopkins sb
- COS for Amended Not of Depo of Plt Harry Hopkins sb

05/21/2015 COS for Amended Not of Depo of Plt Lyndol A. Curry sb
- COS for Amended Not of Depo of Plt Lyndol A. Curry sb

09/08/2015 Def's memo in support of motion to dismiss, COS w/attach
- Def's memo in support of motion to dismiss, COS w/attach

09/08/2015 Def GMAC Mortgage,LLC's motion to dismiss, COS
- Def GMAC Mortgage,LLC's motion to dismiss, COS

09/09/2015 Def GMAC Mortgage,LLC's motion to dismiss,COS,Def's memo in support of motion to dismiss,COS w/attach
- Def GMAC Mortgage,LLC's motion to dismiss,COS,Def's memo in support of motion to dismiss,COS w/attach

CK-006-2011-C-142 Case Information Docket    12-12020-mg    Doc 9970-16    Filed 07/08/16    Entered 07/08/16 16:34:58    Exhibit 5    Pg 5 of 6

http://192.168.230/1305006/ssweb/pspcase.pgm?OTYPE=CK&CNT...

09/09/2015 Amnd notice of Bankruptcy & effect of pltfs' filing of their proof of claim in the bankruptcy court, COS w/attach

    Amnd notice of Bankruptcy & effect of pltfs' filing of their proof of claim in the bankruptcy court, COS w/attach

09/23/2015 Motion to amnd cmplnt,2nd amnded cmplnt, Notice of hearing 1/8/16 @ 10:00am, COS

    Motion to amnd cmplnt,2nd amnded cmplnt, Notice of hearing 1/8/16 @ 10:00am, COS

09/30/2015 Notice of hearing 12/9/15 @ 9:00am, COS

    Notice of hearing 12/9/15 @ 9:00am, COS

10/02/2015 Amended notice of hearing 12/9/15 @ 9am, COS

    Amended notice of hearing 12/9/15 @ 9am, COS

11/30/2015 Mot to continue , COS

    Mot to continue , COS

12/03/2015 Agreed Order Granting Motion to Continue hearing set for 12/9/15 to 1/22/16 @ 9am

    Agreed Order Granting Motion to Continue hearing set for 12/9/15 to 1/22/16 @ 9am

01/19/2016 VOID THIS LINE
    Void

01/19/2016 Amended notice of hearing 1/22/16 @ 10am, PLntf's response to def's mot to dismiss w/ exhibits, COS

    Amended notice of hearing 1/22/16 @ 10am, PLntf's response to def's mot to dismiss w/ exhibits, COS

01/19/2016 Notice of withdrawal of mot to dismiss, COS

    Notice of withdrawal of mot to dismiss, COS

01/20/2016 Green Tree Srvc, LLC, & Fed National Mortgage Assoc. Brief In Opposition of Pltfs' Mot to Amend 1st Amended Complt, COS

    Green Tree Srvc, LLC, & Fed National Mortgage Assoc. Brief In Opposition of Pltfs' Mot to Amend 1st Amended Complt, COS

01/27/2016 Amended Notice of Hearing, 02/10/16 @ 9:00 am, COS

    Amended Notice of Hearing, 02/10/16 @ 9:00 am, COS

02/10/2016 SCHEDULING ORDER: P/T 5/20/16 @ 9AM; T/D 6/14/16 @ 9AM

    SCHEDULING ORDER: P/T 5/20/16 @ 9AM; T/D 6/14/16 @ 9AM

02/23/2016 Order Granting Pltf's Motion to Amend Complaint

    Order Granting Pltf's Motion to Amend Complaint

03/04/2016 Second Amended Complaint, 30 day Summons prepared by & returned to Atty for Service

    Second Amended Complaint, 30 day Summons prepared by & returned to Atty for Service

03/07/2016 Pltfs' fact witness discl, COS

    Pltfs' fact witness discl, COS

03/11/2016 Massie Cooper AOS OBO Green Tree Servicing, 3/1/15

    Massie Cooper AOS OBO Green Tree Servicing, 3/1/15

03/14/2016 Def's disclosure of fact witnesses, COS

    Def's disclosure of fact witnesses, COS

03/16/2016 COS for Plntfs' 2nd set of interrogs and req for prod of docs to def Green Tree Servicing LLC nka Ditech Financing LLC

    COS for Plntfs' 2nd set of interrogs and req for prod of docs to def Green Tree Servicing LLC nka Ditech Financing LLC

03/16/2016 Deleted
    Void

03/17/2016 Defs' motion to dismiss pltf's 2nd amnded cmplnt,COS

    Defs' motion to dismiss pltf's 2nd amnded cmplnt,COS

03/17/2016 Defs' memo in support of motion to dismiss pltfs' 2nd amnded cmplnt, COS

| Date | Entry |
|---|---|
| | Defs' memo in support of motion to dismiss pltfs' 2nd amnded cmplnt, COS |
| 03/21/2016 | ROS by SOS obo Federal National Mortgage Association 3/14/16 |
| | ROS by SOS obo Federal National Mortgage Association 3/14/16 |
| 03/21/2016 | Pltfs' expert witness discl, COS |
| | Pltfs' expert witness discl, COS |
| 04/04/2016 | Def's Green Tree Srvcing, LLC, & Fed National Morgage Assoc.'s COS 2nd Set of Interogs & Requests for Production of Doc |
| | Def's Green Tree Srvcing, LLC, & Fed National Morgage Assoc.'s COS 2nd Set of Interogs & Requests for Production of Doc |
| 04/18/2016 | Defs' expert witness discl, COS |
| | Defs' expert witness discl, COS |
| 04/18/2016 | Notice of depos 4/27/16 @ 10:00am, COS |
| 04/18/2016 | Notice of depos 4/27/16 @ 10:00am, COS |
| | Notice of depos 4/27/16 @ 10:00am, COS |
| 04/21/2016 | Pltfs' 1st supplmental expert witness discl, COS w/attach |
| | Pltfs' 1st supplmental expert witness discl, COS w/attach |
| 05/06/2016 | Notice of Hring 5/20/16 @ 9am, Def's Pretrial Conference Memo, COS |
| | Notice of Hring 5/20/16 @ 9am, Def's Pretrial Conference Memo, COS |
| 05/09/2016 | Plntfs' pre-trial memo, COS |
| | Plntfs' pre-trial memo, COS |
| 05/09/2016 | Amended notice of depositions 5/16/16 @ 1pm, COS |
| | Amended notice of depositions 5/16/16 @ 1pm, COS |
| 05/12/2016 | Notice of hearing 5/20/16 @ 9am, Defs' motion to continue trial & amend scheduling order, COS |
| | Notice of hearing 5/20/16 @ 9am, Defs' motion to continue trial & amend scheduling order, COS |
| 05/16/2016 | COS Def's Objections to Pltfs' Amended Notice of Depo |
| | COS Def's Objections to Pltfs' Amended Notice of Depo |
| 05/19/2016 | Pltf's Response to Def's Motion to Dismiss Second Amended Complaint w/exhbts A-C |
| | Pltf's Response to Def's Motion to Dismiss Second Amended Complaint w/exhbts A-C |

Close