## **Exhibit D**

<u>Exhibit D</u>

<u>Redesignate and Allow Borrower Claim</u>

| Claim No(s). | Name and Address<br><br>Claim Amount<br><br>Asserted Debtor Name | Modified Debtor Name | Reason for Redesignation | Corresponding Page # in Omnibus Objection |
|---|---|---|---|---|
| 154 | Paul Homer and Melinda Carpenter<br><br>131 Lakeside Drive Eastford, CT 06242<br><br>$10,500 General Unsecured Claim<br><br>Residential Capital, LLC | GMAC Mortgage, LLC | GMAC Mortgage originated the loan in the amount of $200,000 on May 27, 2005. GMACM serviced the loan until the loan was paid off May 29, 2009.<br><br>Claimant asserts "settled litigation (see attached)" as basis for claim and the Settlement Agreement between Claimant and Debtors.<br><br>Debtors will allow this claim in full per the settlement agreement that was signed May 2012. Because the settlement agreement was with GMAC Mortgage, LLC, it is the proper debtor against which the claim should be asserted. | 13-14 |

ny-1238156