# Exhibit 6

# Amended Summary of Schedules

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
FELIX O. ABU )         Case No. 12-36170-B-7
)
)
_____Debtor(s)._____ )         AMENDMENT COVER SHEET

FILED
JUN - 5 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
☐ Petition                                            ☐ Statement of Financial Affairs
☐ Creditor Matrix                                     ☐ Statement of Intention
☐ List of 20 Largest Unsecured Creditors              ☐ List of Equity Security Holders
☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
  ☐ A  ☒ B  ☒ C  ☐ D  ☐ E  ☐ F  ☐ G  ☐ H  ☐ I  ☐ J
☐ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
☐ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**30.00 fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
☒ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 5/30/2013    Attorney's [or *Pro Se* Debtor's] Signature: _/s/ signed_
                    Printed Name:      FELIX O. ABU
                    Mailing Address:   6999 ROMANZO WAY
                                       ELK GROVE, CA 95758

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 5/30/2013                                    Dated:

_/s/ signed_                                        _____
Debtor's Signature                                  Joint Debtor's Signature

## INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. **Do not use an amendment cover sheet when submitting amended plans or amendments to plans.**
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (**NOTE: No personal checks will be accepted.**)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District Of California

In re FELIX O. ABU,  
         Debtor

Case No. 12-36170-B-7

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | $ | | |
| B - Personal Property | YES | 6 | $ 209,082.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | NO | | | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | | | $ | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 8 | $ 209,082.00 | $ | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District Of California

In re  FELIX O. ABU                ,
         Debtor

Case No.  12-36170-B-7

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 0.00 |

In re  FELIX O. ABU                                           Case No.  12-36170-B-7
                Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America, Checking and Savings Accts. Chase Bank, Checking and Savings Account F& M Bank (Business Checking Account) | | 1,000.00 400.00 350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furniture, furnishings, appliances, electronics at residence | | 1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel of Debtor at residence | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re _____    Case No. _____
        **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CalPers Retirement, Nationwide 401K & 457 Savings Plan | | 166,935.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | U.C. Davis Retirement Plan<br>Ameritrade Stock and Scottrade Stock | | 19,000.00<br>6,145.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Tom Way Trust (real prperty is only in this Trust)(Property upside down in value) | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Attachment Statement for #21 | | 5,000.00 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  FELIX O. ABU                          Case No. 12-36170-B-7
              Debtor                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Mercedes Benz E320, 46,000 Miles<br>1991 Toyota Previa Van, 150,000 Miles | | 4,500.00<br>1,500.00 |
| 26. Boats, motors, and accessories. | X | 1994 bmw, 173,000 Miles | | 1,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Converyer (not working), Cash Register, Computer and printer, located at business | | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Business Inventory | | 752.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total▶    $    209,082.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FELIX O. ABU, DEBTOR
CASE NO: 12-36170-B-7

SCHEDULE B

Type of Property: Other Contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each.

1. National Mortgage Settlement, Claim #0010062197 (Claim amount undetermined),

2. Residential Capital, LLC Settlement Claim #246 (Case No. 12-12020) (Proof of claim confirmation) Nothing done to-date.

3. Executive Trustee Services, LLC Settlement, Claim #241 (Case No. 12-20208) (Proof of claim confirmation) Nothing done to-date.

4. Claim for real property located at 6999 Romanzo Way, Elk Grove, CA 95758, Debtor to file District Court Complaint regarding status of real property. Previously filed Adversary Complaint, Case No.: 13-02020 based on illegal sale of real property. Felix O. Abu, Plaintiff vs. GMAC/ALLY Bank, Inc. a Delaware Corporation, U. S. Bank National Association on Behalf of Greenpoint Mortgage Funding Trust, Series 2007-AR2's and any known or unknown dba used by GMAC/ALLY Bank, Inc., a Delaware Corporation, Does 1-50, Defendants. Fraudulent Unlawful Detainer Action against Debtor. Claim for fraudulent conveyance, violation of Bankruptcy Laws, Fraudulent Misrepresentation and Negligence, Violation of the Fair Credit Reporting Act, Tila, Respa and Quiet Title.

5. Claim against Bank of America for fraudulent conveyance, mortgage fraud, violation of Bankruptcy Laws, Fraudulent Misrepresentation and Negligence, violation of false claims acts settlement (case No: 11-3270), Violation of the Fair Credit Reporting Act, Tila, Respa and Quiet Title; mortgage analysis, and improper application of mortgage payments, which increase the loan total loan balance or total amount of total loan owed on the mortgage; Inflated claim by Bank of America for total loan amount owed. Failure to adhere to consent Judgment agreed and signed with Attorney General of United States. Failure to do modification in spite of Debtor being qualified under the HAMP program (Anti HAMP modification practices).

AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA et al ) | |
| *Plaintiff* ) | Civil Action No. 12cv361-RMC |
| v. ) | |
| BANK OF AMERICA CORPORATION et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __04/04/2012__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __09/26/2012__

*ANGELA D. CAESAR, CLERK OF COURT*

__/s/ Reginald D. Johnson__
*Signature of Clerk or Deputy Clerk*

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Residential Capital, LLC,
case no 12-12020 was received on 7/2/2012
and assigned claim number 246

For more information, please visit www.kccllc.net/rescap or call 1-888-251-2914

---

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Executive Trustee Services, LLC,
case no 12-12028 was received on 7/2/2012
and assigned claim number 241

For more information, please visit www.kccllc.net/rescap or call 1-888-251-2914

B 6C (Official Form 6C) (04/13)

In re **FELIX O. ABU**          Case No. **12-36170-B-7**
   Debtor                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence: 6999 Romanzo, Elk Grove, CA | CCCP 703.140(b)(5) | 14,325.00 | 0.00 |
| Real Property: 6113 Tom Way, Elk Grove, CA | CCCP 703.140(b)(5) | 0.00 | 250,000.00 |
| Bank of America Checking and Savings | CCCP 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Chase Bank Checking and Savings | CCCP 703.140(b)(5) | 400.00 | 400.00 |
| F&M Business Checking Account | CCCP 703.140(b)(5) | 350.00 | 350.00 |
| Household furniture, appliances, electronics, etc | CCCP 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Wearing apparel of Debtor | CCCP 703.140(b)(3) | 500.00 | 500.00 |
| CalPers Retirement | CCCP 703.140(b)(10)(E) | 0.00 | 0.00 |
| Nationwide 401K &457 Savings Plan | CCCP 703.140(b)(10)(E) | 166,935.00 | 166,935.00 |
| U. C. Davis Retirement Plan | CCCP 703.140(b)(10)(E) | 19,000.00 | 19,000.00 |
| Ameritrade Stock | CCCP 703.140(b)(10)(E) | 3,145.00 | 3,145.00 |

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re  FELIX O. ABU                                    Case No. _____
       ─────────────                                            (If known)
          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Scttrade Stock | CCCP 703.140(b)(10)(E) | 3,000.00 | 3,000.00 |
| Tom Way Trust (real property in Trust only) | CCCP 703.140(b)(5) | 0.00 | 250,000.00 |
| See Attached Statement to Schedule B #21 | CCCP 703.140(b)(5) | 5,000.00 | 5,000.00 |
| 2000 Mercedes Benz E320 46,000 Miles | CCCP 703.140(b)(2) | 2,700.00 | 4,500.00 |
| 2000 Mercedes Benz E320 | CCCP 703.140(b)(5) | 1,800.00 | 4,500.00 |
| 1991 Toyota Previa Van, 150,000 Miles | CCCP 703.140(b)(5) | 1,500.00 | 1,500.00 |
| 1994 BMW, 173,000 Milers | CCCP 703.140(b)(5) | 1,500.00 | 1,500.00 |
| Coveryer (not working), cash register, computer and Printer | CCCP 703.140(b)(6) | 500.00 | 500.00 |
| Business Inventory | CCCP 703.140(b)(6) | 752.00 | 752.00 |

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.