MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Samantha L. Martin
Jessica J. Arett

*Counsel for The Post-Effective Date Debtors
and the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
In re                                                  :
                                                       :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                      :
                                                       :   Chapter 11
                                                       :
                   Debtors.                            :   Jointly Administered
------------------------------------------------------x
Charles Heyward Living Trust                           :
                                                       :
                   Plaintiff,                          :
                                                       :
            v.                                         :   Adv. Proc. 16-01044 (MG)
                                                       :
GMAC Mortgage, LLC, et al.,                            :
                                                       :
                   Defendants.                         :
------------------------------------------------------x
```

ny-1238385

```
------------------------------------------------------------  )
Gwendolyn B. Hawthorne                                        )
                                                              )
                            Plaintiff,                        )
                                                              )
           v.                                                 )
                                                              ) Adv. Proc. No. 12-02050
GMAC Mortgage, LLC, U.S. Bank National                        )
Association, GMFS LLC, Judy Faber, Vice                       )
President, Brenda Guidry, and Mortgage                        )
Electronic Registration System Inc., and Duane                )
Thompson, Assistant Secretary Mortgage                        )
Electronic Registration Systems Inc., as                      )
Nominee for GMFS, LLC                                         )
                                                              )
                            Defendants.                       )
                                                              )
------------------------------------------------------------  )
```

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE
HEARD ON JULY 13, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.**    **ADVERSARY PROCEEDING MATTERS**

*Hawthorne v. GMAC Mortgage LLC (Adv. Proc. No. 12-02050-MG)*

**1.**    Status Conference

**Related Document(s)**:

**a.**    Adversary Proceeding Complaint [Docket No. 1]

**b.**    Order Directing the Applicability of Borrower Adversary Proceeding Procedures [Docket No. 9]

**c.**    Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 10]

**d.**    Notice of Status Conference and Status Report [Docket No. 26]

**e.**    Notice of Adjournment of Status Conference [Docket No. 28]

**Status**:    The status conference on this matter will be going forward.

***Charles C. Heyward, Living Trust v. GMAC Mortgage LLC (Adv. Proc. No. 16-01044-MG)***

**2.**  Case Management Conference

  **Related Document(s)**:

  **a.**  Plaintiff's Complaint for an Injunction to Prevent Further Acts Until the Validity of the Note Can be Determined and to Determine Nature, Extent and Validity of Lien and Debt as Void [Docket No. 1]

  **b.**  Summons with Notice of Pre-Trial Conference [Docket No. 2]

  **c.**  Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 3]

  **d.**  Notice of Adjournment of Pre-Trial Status Conference to June 15, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5]

  **e.**  The ResCap Liquidating Trust's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 7]

  **f.**  Order Re-Scheduling Case Management Conference [Docket No. 8]

  **Status**:  The status conference on this matter will be going forward.

**3.**  The ResCap Liquidating Trust's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 7]

  **Related Documents**:  None.

  **Response(s)**:  None.

  **Status**:  The hearing on this matter will be going forward.

Dated:  July 11, 2016
  New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Samantha L. Martin
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors and the ResCap Liquidating Trust*