# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
In re                           :    Chapter 11
                                :
RESIDENTIAL CAPITAL, LLC,       :    Case No. 12-12020 (MG)
et al..,[1]                     :
                                :
                                :
                    Debtor.     :
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on July 11, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **RESCAP BORROWER CLAIMS TRUST'S NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDESIGNATE, RECLASSIFY, REDUCE AND ALLOW BORROWER CLAIM, (III) RECLASSIFY, REDUCE AND ALLOW BORROWER CLAIM, AND (IV) REDESIGNATE AND ALLOW BORROWER CLAIM)(Docket No. 9971)**

Dated: July 12, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 12th day of July, 2016, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

```
AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020
```

# **EXHIBIT A**

Mtalape@yahoo.com;

David@lazegalaw.com;

Wfoster@ffadlaw.com;

Ata.haru@gmail.com;

Smith_alexis01@yahoo.com;

Felixabu@gmail.com;

Don@msj.org;

Dan@msj.org;

Bwolinetz@natalelawfirm.com;

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Dflanigan@polsinelli.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;

# EXHIBIT B

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

# **EXHIBIT C**

Michael Alape
100 Lakeview Avenue
Piscataway, NJ 08854


Aida Alape
100 Lakeview Avenue
Piscataway, NJ 08854


Hermenegildo Firpi and Nelia Guzman
c/o David Bierman, Esq.
45 East Sheridan Street
Dania, FL 33004

Hermenegildo Firpi (3712)
and Nelia Guzman
1374 NE 178th St
North Miami Beach, FL 33162


Joseph L. and Maxine C. Dossett
c/o William M. Foster, PLLC
P.O. Box 4716
Chattanooga, TN 37405

Joseph L. and Maxine C. Dossett (3741)
5518 Oak Dale Avenue
Chattanooga, TN 37412


Haru Lindsey
6031 Paseo Alameda
Carlsbad, CA 92009


Alexia Smith
566 South Ocean Ave
Freeport, NY 11520

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

Carol Dawson and Terry Clark
Mountain State Justice Inc.
1031 Quarrier St., Ste. 200
Charleston, WV 25301

Carol Dawson and Terry Clark (4734)
911 Centers Street
Charleston, WV 25311

Paul Homer and Melinda Carpenter
c/o Natale & Wolintz
750 Main Street Suite 600
Hartford, CT 06103

Paul Homer and Melinda Carpenter (154)
131 Lakeside Drive
Eastford, CT 06242