UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                           :
In re                                      :    Chapter 11
                                           :
RESIDENTIAL CAPITAL, LLC, et al.,[1]       :    Case No. 12-12020 (MG)
                                           :
                                           :
                                           :    (Jointly Administered)
                      Debtors.             :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 11, 2016, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, via Overnight Mail upon the parties on the service list attached hereto as **Exhibit B**, and via First Class Mail upon the party on the service list attached hereto as **Exhibit C**:

- **Proposed Agenda for Matters Scheduled to be Heard on July 13, 2016 at 10:00 a.m. (EST)** [Docket No. 9972]

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for July 13, 2016 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 9973]

Dated: July 12, 2016

/s/ Clarissa D. Cu
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th of July, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Leticia Sanchez

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

# Exhibit A

Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Gwendolyn B Hawthorne | | gwenhawthorne@yahoo.com |
| Polsinelli | Daniel Flanigan | dflanigan@polsinelli.com |
| The ResCap Borrower Claims Trust | Peter S. Kravitz, Esq. Trustee | pkravitz@solutiontrust.com |
| Troutman Sanders LLP | Brett D Goodman | brett.goodman@troutmansanders.com |
| Troutman Sanders LLP | Matthew Ray Brooks | matthew.brooks@troutmansanders.com |
| US Trustee Southern District of NY | Tracy Hope Davis | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Ally Financial Inc | | PO Box 205 | | Waterloo | IA | 50704 |
| American Residential Mortgage | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Charles C Heyward Living Trust | | 14120 Bishop Claggett CT | | Upper Marlboro | MD | 20772 |
| Chasity Brown | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Diana C Theologou | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Erin M Brady | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| GMAC Mortgage LLC | | 7 Century Dr | | Parsippany | NJ | 07054-0000 |
| Gwendolyn B Hawthorne | | 2377 Scott Oaks Trail SW | | Marietta | GA | 30008 |
| Harvey West Auctioneers | | 300 E Joppa Rd | Hampton Plz Ste 1103 | Baltimore | MD | 21286 |
| HOMECOMINGS FINANCIAL LLC | | PO Box 205 | | Waterloo | IA | 50704 |
| Jonathan Elefant | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Laura HG OSullivan | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Laura L Latta | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| Laura T Curry | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| McCabe Weisber and Conway PC | | 312 Marshall Ave 800 | | Laurel | MD | 20707 |
| OCWEN LOAN SERVICING LLC | | 1661 Worthington Rd | | West Palm Beach | FL | 33409 |
| Residential Funding Company LLC | fka Residential Funding Corp | 800 Normandale Blvd Ste 250 | | Minneapolis | MN | 55437 |
| Samuel I White PC | | 121 Humbird St | | Cumberland | MD | 21502 |

# EXHIBIT C

Exhibit C
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| US Trustee Southern District of NY | Tracy Hope Davis, Linda Riffkin & Brian Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 |