**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

### ORDER REQUIRING COUNSEL FOR CLAIMANT RICHARD RODE TO REVISE PROPOSED JOINT PRETRIAL CONFERENCE ORDER TO SEPARATELY LIST EACH EXHIBIT COUNSEL INTENDS TO OFFER AT TRIAL

On July 12, 2016, counsel to the ResCap Borrower Claims Trust ("Trust") forwarded to Chambers a Proposed Joint Pretrial Conference Order ("Pretrial Order"), signed by counsel to Claimant and the Trust. The Court has reviewed the proposed Pretrial Order. Section VI.A., Claimant's Exhibits, *must* be revised. The Court's template for the Pretrial Order provides in part, with respect to exhibits, as follows:

> Each side shall list all exhibits it intends to offer on its case in chief. The list shall include a description of each exhibit. All exhibits shall be pre-marked with each exhibit bearing a unique number or letter (numbers for plaintiff and letters for defendant), with the prefix PX for plaintiff's exhibits and DX for defendant's exhibits.

The exhibit list provided by Claimant's counsel does *not* include a description of each exhibit. It is unacceptable to the Court to have groups of exhibits identified with descriptions such as "Homecomings Production of Documents and all documents produced." The Trust included its objections in section VII.B. to this exhibit (*see Objection 16)* and other similar exhibits as "not sufficiently specific regarding which of numerous documents produced the Claimant wishes to introduce." The objections are well-taken. The Proposed Pretrial Conference Order needs to be revised to correct the deficiencies identified in the Trust's Objections numbers 3, 4, 7, 11, 14, 17, 18, 19, 20, 21, 28, 30, 31, 36, 37, 39 and 43. A new Joint

Proposed Pretrial Order shall be submitted to the Court on or before 12:00 noon, July 18, 2016 New York time. If not corrected by Claimant's counsel, the Trust's objections will be sustained and none of the documents addressed in these specific objections will be admitted at trial.

The Trust's counsel shall serve a copy of this Order on Rode's counsel.

**IT IS SO ORDERED.**

Dated:   July 13, 2016
         New York, New York

_____*Martin Glenn*_____
MARTIN GLENN
United States Bankruptcy Judge