**Exhibit B**

Identifier: ####8940    Doc Type:NOTE

12-12020-mg    Doc 9980-5    Filed 07/14/16    Entered 07/14/16 11:26:55    Lathrop
Decl. Exhibit B    Pg 2 of 7

MIN ####

## ADJUSTABLE RATE NOTE
(First Five Years - Fixed Rate, Reduced Initial Payments, 12MTA)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT DURING THE FIRST FIVE YEARS OF THIS NOTE, MY MONTHLY PAYMENT MAY NOT FULLY PAY THE INTEREST THAT ACCRUES AS A RESULT, THE PRINCIPAL AMOUNT I REPAY MAY BE LARGER THAN THE AMOUNT I ORIGINALLY BORROWED, BUT NOT MORE THAN 120 000%    OF THE ORIGINAL AMOUNT (OR   $1,086,000 00    ) THIS NOTE LIMITS THE MAXIMUM INTEREST RATE I MUST PAY AND MY INTEREST RATE CAN NEVER EXCEED THE LIMIT STATED IN THIS NOTE

OCTOBER 25, 2006            ORINDA,                    CALIFORNIA
[Date]                      [City]                     [State]

3300 KIRKHAM STREET, SAN FRANCISCO, CA 94122
[Property Address]

### 1  BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U S    $905,000 00            (this amount is called "Principal"), plus interest, to the order of the Lender The Lender is   NL, INC , A CALIFORNIA CORPORATION

I will make all payments under this Note in the form of cash, check or money order
I understand that the Lender may transfer this Note  The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder "

### 2  INTEREST

Interest will be charged on unpaid Principal until the full amount of the Principal has been paid  This Note carries an Initial Fixed Interest Rate of  7 250%      until the last day of the Initial Period  The period from the date of this Note until the last day of the 60th month following the First Payment Date is called the "Initial Period " The First Payment Date is specified in section 3(A) of this Note  After the Initial Period, the interest rate I will pay may change in accordance with Section 4 of this Note

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note

### 3  PAYMENTS

(A) Time and Place of Payments
I will make payments every month  In this Note, unless otherwise specified, "payment" refers to Principal and interest payments only, although other charges such as taxes, insurance and/or late charges may also be payable with monthly payments

I will make monthly payments on the first day of each month, beginning on the first day of the second month that follows the month of the date of this Note, or   DECEMBER 1, 2006,         the First Payment Date "

After the Initial Period, I will make monthly payments on the first day of every month as provided in sections 4(G) and 4(H) of this Note

Each monthly payment will be applied to interest before Principal  If, on   NOVEMBER 1, 2046,            I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date "

I will make my monthly payments at
3201 DANVILLE BLVD, #195
ALAMO, CA 94507

or at a different place if required by the Note Holder
(B) Amount of My Initial Monthly Payments
Subject to section 4(F), during the Initial Period, my monthly payment will be in the amount of U S $2,740 57            This minimum monthly payment is not based on the Initial Stated Interest Rate and will not fully pay the interest that accrues each month during the Initial Period  Effective upon the first Payment Change Date, my monthly payment will be calculated as provided in section 4(G) or section 4(H) of this Note, as applicable
(C) Monthly Payment Changes
After the Initial Period, changes in my monthly payment will reflect changes in the unpaid Principal of my loan and interest rate that I must pay  The Note Holder will determine my new interest rate and the changed amount of my monthly payment as provided in section 4(G) or section 4(H) of this Note  as applicable

NL EZ PAY (07/06)
5 Year Fixed Rate, Payment Options, ADJUSTABLE RATE NOTE (12 Month MTA)          Initials  *BVW*
Online Documents Inc              Page 1 of 4                              P5593NOT  0609

Identifier: ████8940    Doc Type:NOTE

12-12020-mg    Doc 9980-5    Filed 07/14/16    Entered 07/14/16 11:26:55    Lathrop Decl. Exhibit B    Pg 3 of 7

LOAN # ████

## 4    INTEREST RATE AND MONTHLY PAYMENT CHANGES

**(A) Change Dates**

The interest rate I will pay may change on   NOVEMBER 1, 2011,   and on that day every month thereafter   Each date on which my interest rate could change is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my interest rate will be based on an Index   The "Index" is the Twelve-Month Average, determined as set forth below, of the annual yields on actively traded United States Treasury Securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in the Federal Reserve Board Statistical Release entitled   Selected Interest Rates (H 15)" (the "Monthly Yields")   The Twelve-Month Average is determined by adding together the Monthly Yields for the most recently available twelve months and dividing by 12   The most recent Index figure available 15 days before the first Change Date and each Change Date thereafter is called the Current Index."

If the Index is no longer available, the Note Holder will choose a new index which is based upon comparable information   The Note Holder will give me notice of this choice

**(C) Calculation of and Effective Date of Rate Changes**

After the Initial Period, my new interest rate will be calculated by adding   THREE AND ONE-FOURTH   percentage point(s) (   3 250%   ) to the Current Index   The Note Holder will then round the result of this addition to the nearest one-thousandth of one percentage point (0 001%)   Subject to the limits stated in Section 4(D) below, my new interest rate will become effective on each Change Date   I will pay the amount of my new monthly payment beginning on the first monthly payment due date after the first Change Date until the amount of my monthly payment changes again as provided in the Note   The date on which my payment changes is called a   Payment Change Date."

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay upon the first Change Date and each Change Date thereafter will not be less than the Margin   My interest rate under this Note will never be greater than   9 950%.

**(E) Initial Monthly Payment Amounts, Possibility of Negative Amortization**

During the Initial Period, my minimum required monthly payment will be less than the amount of interest that accrues on the Principal balance of the loan at the Initial Fixed Rate   During the Initial Period, for each month that my monthly payment is less than the amount of interest that accrues on the Principal balance of the loan at the Initial Fixed Rate, the Note Holder will subtract the amount of the monthly payment from the amount of the interest that accrues on the Principal balance of the loan for that month and add the difference to the Principal balance of my loan and interest will accrue on the amount of this difference at the Initial Fixed Rate

**(F) Limit on My Unpaid Principal Balance, Increased Monthly Payment**

During the Initial Period, the unpaid Principal balance of the loan can never exceed a maximum amount equal to 120 000%   of the Principal amount originally borrowed   In the event the unpaid Principal would otherwise exceed that   120 000%   limitation, the Note Holder will determine the amount of the monthly payments based on the amount sufficient to repay the interest that accrues on the Principal balance of the loan (including previously accrued, unpaid and capitalized interest) at the Initial Fixed Interest Rate   This amount will be my new minimum monthly payment until the first Payment Change Date

**(G) Calculation of Payment Changes and Payment Amounts after Initial Period until Month 121**

After the Initial Period   changes in my monthly payment will reflect changes in the unpaid Principal of my loan and the interest rate that I must pay   My monthly payment may change on the first Payment Change Date, and on the first day of every month thereafter

Except as provided in section 4(H) of this Note, I will make monthly payments in the amounts as calculated in this section 4(G) until the next Payment Change Date

**(H) Calculation of Payment Changes and Payment Amounts from Month 121 until Maturity Date**

Beginning on   DECEMBER 1, 2016,   and each month thereafter until the Maturity Date of the loan, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the projected Principal balance of the loan in full on the Maturity Date at the interest rate that becomes effective on each Change Date   Until the Maturity Date, I will make monthly payments in the amounts as calculated in this section 4(H) until the next Payment Change Date

**(I) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change   The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice

## 5    BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due   A payment of Principal only is known as a "Prepayment."   When I make a Prepayment, I will tell the Note Holder in writing that I am doing so   I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge   The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note   However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note   If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes   My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment   However, any reduction due to my partial Prepayment may be offset by an interest rate increase   **THIS SECTION IS SUPERSEDED BY THE ADDENDUM ATTACHED HERETO AND MADE A PART HEREOF**



Identifier: 8940    Doc Type:NOTE

12-12020-mg    Doc 9980-5    Filed 07/14/16    Entered 07/14/16 11:26:55    Lathrop Decl. Exhibit B    Pg 4 of 7

LOAN #

### 6  LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit, and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

### 7  BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charges for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000% of my overdue payment of Principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

### 8  GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

### 9  OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

### 10  WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

### 11  UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, Lender shall not exercise this option if Applicable Law prohibits such exercise. Lender also shall not exercise this option if (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee, and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

NL EZ PAY (07/06)
5 Year Fixed Rate Payment Options ADJUSTABLE RATE NOTE (12 Month MTA)
Online Documents, Inc.    Page 3 of 4    Initials: 

P5593NOT 0609

LOAN #: ███

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all promises and agreements made in the Note and in this Security Instrument Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

THE PROVISIONS CONTAINED IN THE "ADDENDUM TO NOTE", SIGNED BY ALL BORROWERS NAMED HEREIN, ARE HEREBY INCORPORATED INTO AND SHALL AMEND AND SUPPLEMENT THIS NOTE

_____(Seal)
BERNARD V WARD

NL EZ PAY (07/06)
5 Year Fixed Rate, Payment Options, ADJUSTABLE RATE NOTE (12 Month MTA)
Online Documents Inc        Page 4 of 4        P5503NOT 0609

Pay to the order of

Without Recourse

NL Inc
A California Corporation

Erin Winburne
Closing Manager

MIN
LOAN #

## ADDENDUM TO NOTE
### (PREPAYMENT)

THIS ADDENDUM is made this 25TH day of OCTOBER, 2006, and is incorporated and intended to form a part of the Note dated the same date as this Addendum

1  The Section in the Note entitled "Borrower's Right to Prepay" is modified to provide that I have the right to make payments of principal at any time before they are due  A prepayment of all of the unpaid principal is known as a "Full Prepayment " A prepayment of only part of the unpaid principal is known as a "Partial Prepayment "

Except as provided below, I may make a Full Prepayment or a Partial Prepayment at any time without paying any penalty  If within the first TWO ( 2 ) year(s) after the execution of the original Note, I make a Full Prepayment or Partial Prepayment(s) of more than twenty percent (20%) of the original principal amount in a twelve month period immediately preceding the date of prepayment, I will pay a prepayment charge in an amount equal to the payment of six (6) month's advance interest on the amount prepaid which is in excess of twenty percent (20%) of the original principal amount of the Note in that twelve month period  Interest will be calculated using the rate in effect at the time of prepayment

If I make a partial prepayment equal to one or more of my monthly payments, the due date of my next scheduled monthly payment may be advanced no more than one month  If I make a partial prepayment in any other amount, I must still make all subsequent monthly payments as scheduled

2  All other provisions of the Note are unchanged by this Addendum and remain in full force and effect

### NOTICE TO THE BORROWER

DO NOT SIGN THIS NOTE ADDENDUM BEFORE YOU READ IT  THIS NOTE ADDENDUM PROVIDES FOR THE PAYMENT OF A PENALTY IF YOU WISH TO REPAY THE LOAN PRIOR TO THE DATE PROVIDED FOR REPAYMENT IN THE NOTE

By signing below, Borrower accepts and agrees to the terms and covenants contained in this Note Addendum

_____ (Seal)
BERNARD V WARD

NL EZ PAY (07/06)
5 Year Fixed Rate, Payment Options  PREPAYMENT PENALTY ADDENDUM
Online Documents Inc                              L1467ADN              L14671MU  0609