**Exhibit F**

## GMAC Mortgage

P.O. Box 4622
Waterloo, IA 50704-4622

01/14/2011

BERNARD V WARD
3300 KIRKHAM STREET
SAN FRANCISCO CA 94122

Re: Loan Number          ███ 8940

Property       - 3300 KIRKHAM STREET
                SAN FRANCISCO CA 94122-0000

Dear BERNARD V WARD

This Repayment Agreement, ('Agreement'), Made 01/14/2011, (the 'Effective Date'), between BERNARD V WARD and GMAC Mortgage, LLC, ('Lender') and amends and supplements (1) the Mortgage, Deed of Trust to Secure Debt, (the 'Security Instrument'), dated 10/25/2006 and (2) the promissory note ('Note') bearing the same date as , and secured by, the Security Instrument which covers the real and personal property described in the Security Instrument.

Borrower acknowledges that "Lender" is the legal holder and the owner, or agent\servicer for the legal holder and owner, of the Note and Security Instrument and further acknowledges that if "Lender" transfers the Note, as amended by this Agreement, the transferee shall be the "Lender" as defined in this Agreement.

In consideration for the mutual promises and agreements exchanged, the parties hereto agree as follows, (notwithstanding anything to the contrary in the Note or Security Instrument):

1. Payments must be received on or before the due date provided for in this Agreement or the Agreement will be null and void.

2. All payments must be mailed to:

    GMAC Mortgage, LLC
    Attn: Payment Processing Center
    3451 Hammond Avenue
    Waterloo, IA 50702

3. There presently remains an outstanding indebtedness to the "Lender" pursuant to a note (the 'Note') and mortgage (the 'Mortgage') or equivalent Security Instrument executed on 10/25/2006 in the original principal amount of $905,000.00.

4. This Agreement, as well as any subsequent modification of your original Note and Mortgage, will require you to escrow for the payment of your real state taxes and\or the premiums for any required insurance coverage. Any prior waiver of escrows by the "Lender" is no longer in effect. "Lender" will draw on this escrowed funds to pay your real estate taxes and insurance premiums as they come due.

(Page 2 of 2)

Please note that your escrow payment amount will adjust if your taxes, insurance premiums, mortgage insurance premiums, and/or assessment amounts change, so the amount of your monthly payment will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $575.12. This amount is included in the loan payment; you do not need to remit this amount separately.

5. "Lender" has instituted foreclosure proceedings against the property securing the indebtedness and the foreclosure will continue to be in full force and effect until the default described herein is cured except as otherwise provided for in this agreement.

6. "Lender" agrees to suspend foreclosure activity on your delinquent account provided that you execute and return this Agreement, along with the initial payment toward the delinquency in the amount of $3,260.26, by 02/01/2011.

7. You will be required to make 3 payments according to the following schedule.

| Date | Amount |
| --- | --- |
| 02/01/2011 | $3,260.26 |
| 03/01/2011 | $3,260.26 |
| 04/01/2011 | $3,260.26 |

If you were previously required to remit payments by certified funds, this requirement extends through the Workout Plan.

8. Once all scheduled payments have been received, your situation will be reviewed to determine the best option for resolving the remaining delinquency.

9. If you file for bankruptcy protection, at any time during the period covered by this Agreement and the schedule of payments, this Agreement will be automatically voided.

10. We will honor this Agreement as long as all of the described conditions and requirements are met. If, at any time, you fail to comply with any of the provisions of this Agreement, this Agreement will be considered null and void and we will resume foreclosure.

11. If the Agreement is cancelled, terminated, or rescinded for any reason, all funds received will be applied to your loan and none will be refunded.

12. It is expressly understood and agreed that the default is not cured or waived by acceptance of any monies paid hereunder.

If you should have any questions, please contact us at 1-800-850-4622.

Loan Modification Department

**Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose only.**

Identifier ████8940   Doc Type:FORB

12-12020-mg   Doc 9980-9   Filed 07/14/16   Entered 07/14/16 11:26:55   Lathrop
Decl. Exhibit F   Pg 4 of 4

Loan Number: ████ 8940

Please sign and return this Agreement by 02/01/2011.

*Colleen M Halloran* Power of attorney for Bernard V Ward 1-23-11

BERNARD V WARD           Date                                                    Date

Fax to: 1-866-340-5043