# **Exhibit G**

Identifier: ███8940  Doc Type:LSMIT

12-12020-mg    Doc 9980-10    Filed 07/14/16    Entered 07/14/16 11:26:55    Lathrop
Decl. Exhibit G    Pg 2 of 3    Page 1 of 2

Porter, Michael - TX

From: Deborah.Curry@wellsfargo.com
Sent: Thursday, April 07, 2011 8:43 AM
To: Porter, Michael - TX
Subject: ███8940 Ward

Hello Michael,

ffice is pleased to advise you that your Loan Modification request is approved as follows:

| Terms | Modified/New |
|---|---|
|  | $1,129,853.88 |
| Interest Rate | 2.875%, 3.875%, 4.86% |
| P&I | $2,706.95, $3,648.48, $4,575.91 |
| Maturity Date | 04/01/2047 |
| Due Date | 05/01/2011 |
| Product Type | Step/fixed |
| Principal Forgiveness |  |
| Balloon Payment |  |
| Balloon Date |  |
| Modification Effective Date | 04/01/2011 |

attests that these are true and accurate figures and modification will fully amortize per PSA requirements. Master Servicer reserves the right to request supporting documents for review. This approval is subject to the Mortgage Insurance Company's approval, if applicable.

The approval provided by Default Servicing Management at Wells Fargo Bank, N.A. is (1) specific to the allowance of modifications under the terms of the governing security documents and (2) based on the documentation provided by your office that indicates that modification is the most appropriate means to mitigate the delinquency of the subject loan.

Further evaluation of the actual terms of the modification occurs at the time monthly remittance reporting is provided to the Collateral Administration Department at Wells Fargo Bank, N.A. If, at that time, it is determined that the modified terms do not amortize properly, subsequent denial of the modification will occur.

Thank you,

Deborah Curry
Default Servicing Management
Securities Administration Services Analyst II
Wells Fargo Bank
750 Bering
Houston, Texas 77057

4/7/2011

Identifier: ████8940        Doc Type:LSMIT

deborah.curry@wellsfargo.com
713-243-4161 Telephone
866-644-2182 Fax

For escalated issues please contact: david.e.caudill@wellsfargo.com

"Yesterday is History, Tomorrow is a Mystery, Today is a Gift....That's why it's called the "Present".

**From:** Porter, Michael - TX [mailto:Michael.Porter@gmacrescap.com]
**Sent:** Tuesday, April 05, 2011 11:00 AM
**To:** CTS Default Modification Request
**Subject:** NON-HMP Perm Mod Proposal for loan # ████8940

Attached is the Asset Plan for Non – HMP proposal on loan # ████8940 for your review.
Thank you in advance for your consideration.
Regards,


Michael Porter
Senior Modification Underwriter
GMAC Rescap
Phone: 214.874.2541
Fax: 866.715.2975
michael.porter@gmacrescap.com

4/7/2011