**<u>Exhibit C</u>**

## Hartshorn, Amy - PA

**From:** Libert, Sara - TX
**Sent:** Thursday, July 28, 2011 4:11 PM
**To:** Hartshorn, Amy - PA
**Cc:** Nlediation Team
**Subject** RE Ward/GIVIAC #19000.0962 Modifications Analysis -Work Product

The only reason the Custom Mod team gave me was the submissions were different. Below I have pasted the 2 write-ups from these submissions. I can see why they are different. On the one that was denied the rep said was at 75% LTV (and it really is at 142%, he did the division backwards) and also on the denied one he put dti is 55.35% and the approved one is only .44.71%. The investor typically is more willing to mod if upside-down and affordable for the long term. The denied mod wasn't presented that'way. You can call me if you want further explanation.

Write-up_ftrab mod that was denied:
Non HMP modifloation
RFD: The reason for defedlt or imminent default is due to Hardship: Curtailment of Income due to brief unemployment and payment adjuStMen# on pay option arm.
We have applied the uniforni guidelines and the borroweqs) is eligible for the program with approval from the investor. Curtailment of income date:.nOt disoloted- ended sot` Wages fp: on time with plan mil not disclosed Incorne:$17002.29 (post mod) expenses47793.14. Residual: 6209.15. Acoess To Savings/401k: $0; Based on the finan0lal review, property assessment and the Access To Savings/401R: $0; OAV: $1200000 BPO: $920000 Change In Market: 0-280000 UPB: 01,125,849.11 LTV: 75% DTI IS 68.35%
Proposed Soltition; Based on the financial review; property assessment and the payment history, GMAC Mortgage recortMends a modification for the subject property
in addition, borrower has completed a 3 months trial, which made me conclude that the borrower'efinancial situation will accommodate the loan payments if modified. The borrower does: not have enough savings to reinstate the loan: and their financialsdo not support a repayment plan. Proposed Solution: This is a step modification, Changing    interest rate of 7:25%02,675% for5 years, thentereases 1% each year until it reaches 4,625% ffxed for remaining term of loan to    borrower to self refinance or IMprove their income, in addition the homeowner cannot afford reinstatement, repey and does*nOt want to sell.. BPO not required Permanent modification to start on 7/1/201t No Amortization extended from 424 months to 424. Maturity extended from 1111/2046 tonew maturity 11/1/2046, DehtFOrbearenteef·$0 DebtForvenest of 0000 Servicer attests that these are true and accurate figures and the modification vittfully amortize per :PSA requirements.
Master Servicer reserves the right to request supporting documents for review

VVrite-up from the mod that was approved:
Corp Private PM Justification

Non-HMP Perm MQd

The first paymentAie after the PM executes will be 09/0112011, Value is $799;900. Pre-Mod FrontEnd DTI is 18-.26%, Post-Mod Pront End DTI is 1614%. Post Mod Backrend DTI is 44.71%. Gross Income: 17,002.29, Net Income: 13917:57, Amortization: Interest only.

RFD: Curtailment of income."

The borrower does not have enough savings to reinstate the loan and their financials do not support a repayment plan. Proposed Solution: Modified interest rate of 2.75%, modified maturity term of 423, modified amortization term 423, Debt Forbearance of $0, Debt Forgiveness of $0. PoSt-Mod LTV is 142.47%.

Servicer attests that these are true and accurate figures and the modification will fully amortize per PSA requirements.

10/12/2011

WARD000461

Exhibit C    Pg 3 of 4

Master Servicer reserves the right to request supporting documents for review

Sara Libert
Legal Loss Mitigation Specialist
GMAC ResCap
T: 214.874.6215
F: 866.502.6440
*ATTITUDE IS EVERYTHING!*

The information contained in this communication is the property of GMAC Residential Holding Company, LLC and/or its subsidiaries and contains confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

---

**From:** Hartshorn, Amy - PA
**Sent:** Thursday, July 28, 2011 2:50 PM
**To:** Libert, Sara - TX
**Subject:** RE: Ward/GMAC #19000.0962 Modifications Analysis - Work Product

Sara -

Forgive me for bugging you again and again. I just went back through the FIServ notes trying to understand why we got investor approval on April 7, 2011 and then a denial on May 13? (See attached). Even if there was a screw up with not getting the documents out, why would Wells have denied the same loan a month later?

Thanks.

Amy Hartshorn
Ally Financial Inc.
Litigation Case Manager
Tel. 215.734.3566 • Fax 866.502.3379
Mail Code 190-FTW-L95 • 1100 Virginia Drive • Ft. Washington, PA  19034
Amy.Hartshorn@ally.com

Internet E-mail Confidentiality Footer

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

Please advise immediately if you or your employer do not consent to Internet e-mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Company shall be understood as neither given nor endorsed by it. It is the Company's policy that emails are intended for and should be used for business purposes only.

10/12/2011

WARD000462

**From:** Libert, Sara - TX
**Sent:** Thursday, July 28, 2011 2:07 PM
**To:** Hartshorn, Amy - PA
**Cc:** Mediation Team
**Subject:** RE: Ward/GMAC #19000.0962 Modifications Analysis - Work Product

What is the question on this? Are you calling me?

Sara Libert
Legal Loss Mitigation Specialist
GMAC ResCap
T: 214.874.6215
F: 866.602.5440
*ATTITUDE IS EVERYTHING!*

The information contained in this communication is the property of GMAC Residential Holding Company, LLC and/or its subsidiaries and contains confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

---

**From:** Hartshorn, Amy - PA
**Sent:** Thursday, July 28, 2011 1:04 PM
**To:** Libert, Sara - TX
**Subject:** RE: Ward/GMAC #19000.0962 Modifications Analysis - Work Product

Hi Sara -

One more question on this.

Amy Hartshorn
**Ally Financial Inc.**
Litigation Case Manager
Tel. 215.734.5566 ♦ Fax 866.502.3379
Mail Code 190-FTW-L95 • 1100 Virginia Drive • Ft. Washington, PA 19034
Amy.Hartshorn@ally.com

Internet E-mail Confidentiality Footer

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

Please advise immediately if you or your employer do not consent to Internet e-mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Company shall be understood as neither given nor endorsed by it. It is the Company's policy that emails are intended for and should be used for business purposes only.

10/12/2011