# **Exhibit D**

# FINANCIAL ANALYSIS FORM (Continued)

Account Number GMAC ███ 8940

## INCOME/EXPENSES FOR HOUSEHOLD

### Monthly Household Income

| | Borrower 1 | Borrower 2 |
|---|---|---|
| Gross Salary/Wages | ☐ Employed / ☒ Unemployed | ☒ Employed / ☐ Unemployed |
| | Income Frequency: ☐ Annually ☐ Semi-Annually ☐ Monthly ☐ Bi-weekly ☐ 1st & 15th/15th & 30th ☐ Per Job | Income Frequency: ☐ Annually ☐ Semi-Annually ☐ Monthly ☒ Bi-weekly ☐ 1st & 15th/15th & 30th ☐ Per Job |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | Employment Start Date: effective 8/1/10  3357.4 | Employment Start Date: 8/1/08  4600.00 |
| Self employed | $ none | $ 2,100.00 |
| Overtime | $ none | $ |
| Child Support Income/Alimony Income | $ none | $ none |
| Social Security/SSDI | $ none | $ none |
| Other monthly income from pensions, annuities or retirement plans | $ estimated 4,005  2,005 | $ none |
| Tips, commissions, and/or bonus income | $ none | $ none |
| Rental income from investment property | $ none | $ none |
| Rental income from room rent of primary residence | $ none | $ none |
| Unemployment Income | none | none |
| Food Stamps/Welfare | $ none | $ none |
| Other (investment, income, royalties, interest, dividends, etc.) | none $ | $ |
| | | none |
| Total Income (Gross) | $ 48,060  30,000 | $ 94,100.00 |

### Household Assets

| | |
|---|---|
| Estimated Value of this property | ~~$700,000~~ 700,000 |
| Estimated Value of Other Real Estate Owned | 0 |
| Checking Account(s) Balance | $ 6,000.00 |
| Saving Account(s)/Money Market Balance | $ 500.00 |
| Life Insurance Cash Value | $ 0 |
| IRA/Keogh Account(s) Balance | $ 2,000 |
| 401K/ESOP Account(s) Balance | $ 0 |
| Stocks/Bonds/CDs Balance | $ 12.00 |
| Other Investments | $ |
| Total Assets | $ |

yearly
(1-77-2010
60,000 10 Gross
+ 32,000    Gross
──────    8-12-2010
92,000
+ 2,100
──────
94,100

### Monthly Household Expenses/Debt

| | |
|---|---|
| First Mortgage Payment | $ 3550.16 |
| Alimony Payment | $ — |
| Child Support Payment | $ — |
| Dependent Care Payment | $ — |
| Liens/Rents | $ — |
| Other Mortgages | $ 300.— |
| Personal Loans/Student Loans | $ 2500.00 |
| Auto Loans | $ — |
| Auto Expenses | $ 300.— |
| Auto Insurance | $ 450.— |
| Medical Expenses | $ 500.— |
| Medical Insurance | $ |
| HOA/Condo Fees | $ — |
| Credit Card(s) / Installment Loans | $ 1200.— |
| Food/Household Supplies | $ 600.— |
| Spending Money | $ 300.— |
| Utilities/Water/Sewer/Phone(s)/Cable | $ 2000.— |
| Donations | $ 40.— |
| Property Taxes (If not escrowed and included in your current mortgage payment) | $ — |
| Insurance – Hazard, wind, flood etc (If not escrowed and included in your current mortgage payment) | $ — |
| Other ___ | $ |
| Total Debt/Expenses | $ 11,740.16 |

## HARDSHIP AFFIDAVIT

| | | |
|---|---|---|
| ☐ Borrower Death | ☒ Reduction of Income | ☐ Military Service | ☐ Payment Adjustment |
| ☐ Illness of Borrower | ☐ Excessive Financial Obligations (Examples may be large medical bills, credit card debt, or college tuition payments) | ☐ Unemployment | ☐ Ownership Transfer is Pending (If the home is in the process of being sold) |
| ☒ Illness of Family Member | ☐ Property Problem (Anything that may be defective about the property such as a costly repair that needs to be made) | ☐ Business Failure (Examples would be loss of business income) | ☐ Tenant not Paying |
| ☐ Death of Family Member | ☐ Inability to Sell Property | ☐ Bankruptcy Filed | ☒ Incarceration (Sentenced to a city, county, state, or federal jail) |
| ☐ Marital Difficulties (Examples include going through a legal separation or filing for divorce) | ☐ Inability to Rent Property | ☐ Casualty Loss (Unexpected event such as hurricane, flood, or earthquake that damages the property) | |
| ☒ Other | | | |

Explanation (Required):
① illness
Ⓐ my son is under therapy for cancer diagnosed this year
Ⓑ my daughter just finished therapy for blood clots in her lungs

② my husband was sent to prison 8/24/08 + we have lost our primary income because of ████████ ... available ██