**Exhibit E**

**MURPHY PEARSON**
**BRADLEY & FEENEY**

A Professional Corporation

WWW.MPBF.COM

88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone 415-788-1900
Facsimile 415-399-8087

August 11, 2010

**Via Facsimile**

GMAC Mortgage
Attn: Cornell ETS Debt Collection
818-260-1850

> Re:   Property Address: 3300 Kirkham Street, San Francisco, CA 94122
>       Account Number: ████3940

Dear Sir or Madam:

    I am the attorney authorized by Bernard V. Ward and his spouse to transact any and all business with respect to the outstanding loan, ████3940.

    Please contact me immediately to discuss the reinstatement amounts in this matter.

Very truly yours,

*[signature]*
Timothy J. Halloran

I authorize Timothy J. Halloran as my attorney to transact any and all business with respect to the outstanding loan on 3300 Kirkham Street, San Francisco, California 94122.

*Colleen M Halloran POA* *Bernard V Ward*
Bernard V. Ward/
Colleen Halloran as Attorney in Fact

TLH.20149543.doc

SAN FRANCISCO     LOS ANGELES     SACRAMENTO

@002   PEDIATRIC MEDICAL GROUP   08/11/2010 04:24 FAX 4152428904

PLF 00003