**Exhibit H**

## Superior Court of California, County of San Francisco

Case Number: CGC 11 511574
Title: BERNARD WARD et al VS. GMAC MORTGAGE, LLC et al
Cause of Action: CONTRACT/WARRANTY

Generated: Jul-11-2016 10:21 am

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

Please Note: The "View" document links on this web page are valid until 10:31:00 am
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

# Register of Actions

Date Range: First Date JUN-08-2011    Last Date MAY-27-2016    (Dates must be entered as MMM-DD-YYYY)

Submit

Descending Date Sequence

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| MAY-27-2016 | CASE MANAGEMENT CONFERENCE OF JUN-15-2016 CONTINUED TO JUN-14-2017 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS REPORT RE BANKRUPTCY. NOTICE SENT BY COURT. | View | |
| JUN-10-2015 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 57379708) FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 7.0 DAYS | View | |
| MAY-21-2015 | CASE MANAGEMENT CONFERENCE OF JUN-10-2015 CONTINUED TO JUN-15-2016 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS REPORT RE BANKRUPTCY. NOTICE SENT BY COURT. | View | |
| MAY-22-2014 | CASE MANAGEMENT CONFERENCE OF JUN-11-2014 CONTINUED TO JUN-10-2015 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS REPORT RE BANKRUPTCY. NOTICE SENT BY COURT. | View | |
| NOV-22-2013 | CASE MANAGEMENT CONFERENCE OF DEC-11-2013 CONTINUED TO JUN-11-2014 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS REPORT RE BANKRUPTCY. NOTICE SENT BY COURT. | View | |
| MAR-27-2013 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC ESTIMATED TIME FOR TRIAL: 5.0 DAYS | View | |
| MAR-27-2013 | CASE MANAGEMENT CONFERENCE OF APR-10-2013 CONTINUED TO DEC-11-2013 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS REPORT RE BANKRUPTCY. NOTICE SENT BY COURT. | View | |
| MAR-26-2013 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 7.0 DAYS | | |
| NOV-07-2012 | REVISED NOTICEOF BANKRUPTCY FILING AND SUPPLEMENTAL SERVICING ORDER FILED BY DEFENDANT GMAC MORTGAGE, LLC | | |
| SEP-14-2012 | REMOVED FROM MASTER JURY CALENDAR ON OCT-15-2012. ASSIGNED TO CASE MANAGEMENT DEPARTMENT. 610 ON APR-10-2013 AT 10:30 AM FOR CASE MANAGEMENT CONFERENCE FOR STATUS OF BANKRUPTCY STAY. NOTICE SENT BY COURT. (206) | View | |
| AUG-01-2012 | MINI MINUTES FOR AUG-01-2012 09:30 AM FOR DEPT 302 | | |
| AUG-01-2012 | LAW AND MOTION, 302, NO APPEARANCE ON THIS MATTER. THE COURT ADOPTED ITS TENTATIVE RULING. DEFENDANT GMAC MORTGAGE, LLC'S MOTION FOR SUMMARY JUDGMENT IS OFF CALENDAR PER THE NOTICE OF BANKRUPTCY STAY FILED ON MAY 29, 2012. JUDGE: CURTIS KARNOW, CLERK: CYNTHIA HERBERT; COURT REPORTER: SHERRY SAWYER CSR # 5976 | | |
| MAY-29-2012 | NOTICE OF STAY OF PROCEEDINGS REGARDING BANKRUPTCY FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |

| Date | Description | View | Amount |
|---|---|---|---|
| APR-16-2012 | LAW AND MOTION 302, DEFENDANT GMAC MORTGAGE, LLC'S MOTION FOR SUMMARY JUDGMENT CONTINUED FROM MAY-02-2012 TO AUG-01-2012 PER MOVING PARTY | | |
| APR-13-2012 | MINI MINUTES FOR APR-13-2012 09:30 AM FOR DEPT 302 | | |
| APR-13-2012 | LAW AND MOTION 302, THE COURT ADOPTED ITS TENTATIVE RULING. PLAINTIFFS BERNARD WARD AND COLLEEN HALLORAN'S AMENDED NOTICE OF MOTION TO COMPEL WELLS FARGO TO COMPELL COMPLIANCE WITH PRIODUCTION OF DOCUMENTS, IS OFF CALENDAR PER REQUEST OF MOVING PARTY. JUDGE: JAMES J. MCBRIDE; COURT REPORTER: LAVENA WARD CSR #7077 | | |
| APR-11-2012 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED CONTINUING TRIAL DATE FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| APR-10-2012 | MASTER JURY CALENDAR SET FOR JUN-04-2012 CONTINUED TO MASTER CALENDAR JURY ON OCT-15-2012 AT 9:30 AM IN DEPT. 206 PER EX PARTE ORDER DATED 4/10/11. (206) | | |
| APR-10-2012 | ORDER GRANTING STIPULATED TRIAL CONTINUANCE | View | |
| APR-10-2012 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |
| APR-10-2012 | EX PARTE APPLICATION FOR ORDER FOR A STIPULATED TRIAL CONTINUANCE FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | 40.00 |
| MAR-28-2012 | ORDER RE: STIPULATION AND ORDER FOR MOTION TO BE HEARD BY A MEMBER OF THE CALIFORNIA BAR SERVING AS TEMPORARY JUDGE | View | |
| MAR-27-2012 | DISCOVERY, 302, PLAINTIFFS BERNARD WARD AND COLLEEN HALLORAN'S MOTION TO COMPEL COMPLIANCE WITH PRODUCTION OF DOCUMENTS, SET FOR 4/13/12, IS TAKEN OFF CALENDAR PER REQUEST OF MOVING PARTY, E-MAIL RECEIVED 3/27 | | |
| MAR-27-2012 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| MAR-27-2012 | DISCOVERY 302, ARGUED AND DEFENDANT GMAC MORTGAGE, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER DEPOSITION TESTIMONY IS DENIED. ORDER SIGNED IN OPEN COURT. PRO TEM JUDGE: TRENT THORNLEY, NOT REPORTED. | | |
| MAR-27-2012 | MINI MINUTES FOR MAR-27-2012 09:00 AM FOR DEPT 302 | | |
| MAR-27-2012 | ORDER DENYING MOTION TO COMPEL PRODUCTION OF DUCUMENTS AND FURTHER DEPOSITION TESTIMONY | View | |
| MAR-20-2012 | REPLY IN SUPP O FMTN TO COMPEL PRODUCTION OF DOCS AND FURTHER DEPO TESTIMONY FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| MAR-14-2012 | DECLARATION OF TIMOTHY J. HALLORAN FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| MAR-14-2012 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOS TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| FEB-29-2012 | DECLARATION IN SUPPORT OF MOTION FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-29-2012 | PROOF OF SERVICE OF MOTION FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-29-2012 | NTC OF MTN AND MTN TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER DEPOSITION TESTIMONY; MEMO OF P & A FILED BY DEFENDANT GMAC MORTGAGE, LLC HEARING SET FOR MAR-27-2012 AT 09:00 AM IN DEPT 302 | View | 40.00 |
| FEB-27-2012 | DECLARATION IN SUPPORT OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |
| FEB-27-2012 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |

| Date | Description | | |
|---|---|---|---|
| FEB-27-2012 | PROOF OF SERVICE OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |
| FEB-27-2012 | AMENDED NTC OF MOTION TO COMPEL WELLS FARGO FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN HEARING SET FOR APR-13-2012 AT 09:30 AM IN DEPT 302 | View | NO FEE |
| FEB-24-2012 | DISCOVERY 302, NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH PRODUCTION OF DOCUMENTS PUSRUANT TO DOCUMENTS CONTINUED FROM MAR-13-2012 TO DISCOVERY AT APR-13-2012, 9:00 AM IN DEPT. 302, PER PARTIES AGREEMENT AN E-MAIL TO THE COURT | | |
| FEB-17-2012 | SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-17-2012 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | View | |
| FEB-17-2012 | DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-17-2012 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-17-2012 | PROOF OF SERVICE OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | |
| FEB-17-2012 | MOTION FOR SUMMARY JUDGMENT /ADJUDICATION FILED BY DEFENDANT GMAC MORTGAGE, LLC HEARING SET FOR MAY-02-2012 AT 09:30 AM IN DEPT 302 | View | 500.00 |
| FEB-10-2012 | DECLARATION IN SUPPORT OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| FEB-10-2012 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | View | |
| FEB-10-2012 | PROOF OF SERVICE OF MOTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |
| FEB-10-2012 | NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH PRODUCTION OF DOCUMENTS PUSRUANT TO DOCUMENTS FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN HEARING SET FOR MAR-13-2012 AT 09:00 AM IN DEPT 302 | View | 40.00 |
| DEC-02-2011 | NOTICE OF EARLY SETTLEMENT CONFERENCE - EARLY SETTLEMENT PROGRAM | View | |
| OCT-27-2011 | NOTICE OF TIME AND PLACE OF TRIAL, JURY TRIAL SET FOR JUN-04-2012 AT 9:30 AM IN DEPT. 206. CASE MANAGEMENT CONFERENCE ON NOV-10-2011 IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| OCT-26-2011 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT GMAC MORTGAGE, LLC JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 5.0 DAYS | | |
| OCT-20-2011 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 7.0 DAYS | | |
| JUL-15-2011 | ANSWER TO COMPLAINT FILED BY DEFENDANT GMAC MORTGAGE, LLC | View | 410.00 |
| JUN-15-2011 | NOTICE OF PENDING ACTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN AS TO DEFENDANT GMAC MORTGAGE, LLC | | |
| JUN-14-2011 | SUMMONS ON COMPLAINT FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN SERVED JUN-13-2011, PERSONAL SERVICE ON DEFENDANT GMAC MORTGAGE, LLC | View | |
| JUN-14-2011 | POS OF NOTICE OF PENDENCY OF ACTION FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN | | |
| JUN-08-2011 | NOTICE TO PLAINTIFF | View | |

| | | | |
|---|---|---|---|
| JUN-08-2011 | CONTRACT/WARRANTY, COMPLAINT FILED BY PLAINTIFF WARD, BERNARD HALLORAN, COLLEEN AS TO DEFENDANT GMAC MORTGAGE, LLC DOES 1 TO 20 SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOV-10-2011 PROOF OF SERVICE DUE ON AUG-08-2011 CASE MANAGEMENT STATEMENT DUE ON OCT-26-2011 | View | 410.00 |