**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                             CASE NO.: 12–12020–mg

  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on June 8, 2016, document number 9922, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–4273 assigned to the Honorable Ronnie Abrams.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: July 14, 2016                                        Vito Genna
                                                            Clerk of the Court