# Notice Recipients

District/Off: 0208−1         User: arouzeau              Date Created: 7/14/2016
Case: 12−12020−mg            Form ID: tranapl            Total: 2

**Recipients of Notice of Electronic Filing:**
aty         Norman Scott Rosenbaum         nrosenbaum@mofo.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk         Marilyn Lawrence       5362 W. Olympic Blvd. #1       Los Angeles, CA 90036

    TOTAL: 1