**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Residential Capital, LLC                               CASE NO.: 12–12020–mg
 aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER:  11
20–1770738

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on June 8, 2016, document number 9922, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–4273 assigned to the Honorable Ronnie Abrams.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: July 14, 2016                                          Vito Genna
                                                              Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:  
Residential Capital, LLC  
      Debtor

Case No. 12-12020-mg  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0208-1      User: arouzeau      Page 1 of 1      Date Rcvd: Jul 14, 2016  
                     Form ID: tranapl      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.  
unk          +Marilyn Lawrence,   5362 W. Olympic Blvd. #1,   Los Angeles, CA 90036-4832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:  
NONE.                                                                                                               TOTAL: 0