IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020 (MG) |
| | § | |
| RESIDENTIAL CAPITAL, L.L.C., et al | § | Chapter 11 |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

## AFFIDAVIT OF JEFFREY H. UZICK

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared JEFFREY H. UZICK, known to me to be the person whose name is subscribed below, who, upon being duly sworn under oath, did depose and state:

"My name is JEFFREY H. UZICK. I am over the age of twenty-one years (21), a resident of Harris County, Texas, and am otherwise qualified in all respects to make this Affidavit. I have never been convicted of a crime. I have personal knowledge of the facts, statements, opinions, and attachments contained herein and attached hereto based on my education, training, and experience in the practice of law, and they are true and correct.

"I have been a duly licensed attorney in the state of Texas since 1984, and my license has always been in good standing, and has never been curtailed, disciplined, restricted, or revoked. Throughout my career, I have represented clients in civil matters, for both plaintiffs and defendants. I have experience in handling the type of dispute involved in my representation of Richard Rode.

"I was counsel of record for Richard Rode in his claim against GMAC/Homecomings in the suit filed in Cause No. 2011-43161, filed in Harris County, Texas. This suit was subsequently removed to federal court in Cause No. C.A. NO. 4:12-CV-00390. Subsequent to the removal and scheduling order entered by Judge Hoyt, the Defendant filed bankruptcy.

"I am familiar with the reasonable and necessary fees for the services rendered on behalf of Mr. Rode in Harris County, Texas, for this type of civil dispute. Based on my education, training, and experience, I can attest that my hourly rate of $400-450 (rate increase) per hour is a reasonable rate for an attorney with 31 years of experience handling the civil dispute involved in Mr. Rode's claim. The hours reflected on the attached invoice for services was necessary for the

representation of Mr. Rode. It is my opinion, based on my education, training, and experience that the fees and expenses incurred on Mr. Rode's case was both reasonable and necessary."

Further Affiant sayeth not.

_____
Jeffrey H. Uzick

SUBSCRIBED and sworn to before me on this 11th day of March, 2016.

_____
Notary Public in and for the
STATE OF TEXAS

MAUDEENA M. RODE
My Notary ID # 451111
Expires February 28, 2018

# UZICK & ONCKEN, P.C.

Jeffrey H. Uzick
J. Kevin Oncken
Roger A. Berger
Tara M. Simon

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: cjones@uzickoncken.com
www.uzickoncken.com

RODE, RICHARD D.
2301 West Lawther
Deer Park, TX  77536

Page:  1
March 11, 2016
Account No.  700.100001
Invoice No.  26147

Dee Rode

RODE v. HOMECOMINGS

DRAFT INVOICE

**Fees**

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/28/2009 | JHU | Conference with client working up timeline. | 400.00 | 4.50 | 1,800.00 |
| 07/29/2009 | JHU | Letter to GMAC regarding misapplication of funds | 400.00 | 1.00 | 400.00 |
| 08/28/2009 | JHU | Receipt and review of correspondence from GMAC in reply to 07-29-09 correspondence; Telephone conference with client regarding same. | 400.00 | 1.00 | 400.00 |
| 09/01/2009 | JHU | Telephone call from client regarding property insurance issue | 400.00 | 0.80 | 320.00 |
| 09/02/2009 | JHU | Letter to GMAC regarding property insurance, accepting modification terms, and previous submission of Quit Claim Deed. | 400.00 | 0.50 | 200.00 |
|  | JHU | Conference with client | 400.00 | 2.00 | 800.00 |
| 09/18/2009 | JHU | Letter to GMAC advising of payment made and requesting posting of same | 400.00 | 0.50 | 200.00 |
| 09/29/2009 | JHU | Receipt and review of correspondence from GMAC regarding alleged lapse in insurance on property, confirming receipt of $3,025.00 payment, and advising of modification agreement terms, | 400.00 | 0.50 | 200.00 |
| 10/01/2009 | JHU | Conference with client | 400.00 | 1.30 | 520.00 |
|  | JHU | Letter to GMAC enclosing signed modification agreement | 400.00 | 0.50 | 200.00 |
| 10/27/2009 | JHU | Letter to GMAC requesting signed copy of modification | | | |

12-12020-mg    Doc 9991    Filed 07/21/16    Entered 07/21/16 14:23:29    Main Document
Pg 4 of 10

RODE, RICHARD D.

RODE v. HOMECOMINGS

Page: 2
March 11, 2016
Account No:    700-100001M
INVOICE NO.    26147

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | agreement and explanation of application of $10,000 payment. | 400.00 | 0.50 | 200.00 |
| 10/30/2009 | JHU | Letter to GMAC regarding payment due on 11-01 and again requesting finalization of modification agreement and explanation of posting of $10,000 payment | 400.00 | 0.50 | 200.00 |
| 04/04/2010 | JHU | RESEARCH regarding registered agent for Homecomings Financial | 400.00 | 1.40 | 560.00 |
| 04/06/2010 | JHU | Telephone call from client regarding Notice of Trustee Sale on property. | 400.00 | 1.00 | 400.00 |
| | JHU | Letter to defense counsel regarding Notice of Trustee Sale | 400.00 | 0.50 | 200.00 |
| 04/14/2010 | JHU | Preparation of Plaintiffs' Original Petition, request for TRO and injunction. | 400.00 | 4.50 | 1,800.00 |
| 04/19/2010 | JHU | Email from defense counsel regarding foreclosure proceedings | 400.00 | 0.20 | 80.00 |
| 04/26/2010 | JHU | Email from defense counsel advising of cancellation of foreclosure proceedings | 400.00 | 0.20 | 80.00 |
| 05/13/2010 | JHU | Exchange of emails with defense counsel requesting settlement offer | 400.00 | 0.20 | 80.00 |
| 05/20/2010 | JHU | Exchange of emails with defense counsel offering proposal of settlement | 400.00 | 0.20 | 80.00 |
| 02/17/2011 | JHU | Conference with client. | 400.00 | 2.80 | 1,120.00 |
| 07/21/2011 | JHU | Review and filing of Plaintiff's Original Petition | 400.00 | 1.30 | 520.00 |
| 07/29/2011 | JHU | Preparation and filing of Request For Jury Trial | 400.00 | 0.50 | 200.00 |
| 08/11/2011 | JHU | Receipt and review of Defendant's Original Answer | 400.00 | 0.50 | 200.00 |
| 08/12/2011 | JHU | Telephone conference with client regarding Defendant's Original Answer | 400.00 | 0.80 | 320.00 |
| 08/15/2011 | JHU | Receipt and review of court letter advising of referral to mediation | 400.00 | 0.20 | 80.00 |
| 08/17/2011 | JHU | Receipt and review of Docket Control Order setting trial for 08-13-12 and signed Order of Referral to Mediation | 400.00 | 0.50 | 200.00 |
| 09/12/2011 | JHU | Receipt and review of Request For Disclosures and Interrogatories with Request For Production and memo regarding same. | 400.00 | 2.00 | 800.00 |
| 10/08/2011 | JHU | Conference with client discussing discovery responses | 400.00 | 4.70 | 1,880.00 |
| 10/11/2011 | JHU | Preparation and filing of Request For Disclosures to GMAC; Preparation of Answers to Interrogatories and Response to Request For Production | 400.00 | 5.60 | 2,240.00 |

RODE, RICHARD D.

Account No:      700-100001M
INVOICE NO.              26147

RODE v. HOMECOMINGS

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 11/07/2011 | JHU | Preparation of Request for Admissions. | 400.00 | 3.00 | 1,200.00 |
|  | JHU | Preparation of Requests for Production. | 400.00 | 3.00 | 1,200.00 |
| 11/18/2011 | JHU | Receipt and review of Defendants' Responses to Requests for Disclosure. | 400.00 | 0.50 | 200.00 |
| 12/19/2011 | JHU | Receipt and review of Responses to production with attached documents; preparation of letter to defense counsel regarding Objections and Responses to discovery; preparation of Interrogatories to defendant; and preparation of letter requesting depositions of witnesses. | 400.00 | 6.50 | 2,600.00 |
| 01/19/2012 | JHU | Attendance at meeting with client and review of discovery from defendants. | 400.00 | 4.00 | 1,600.00 |
|  | JHU | Conference with client. | 400.00 | 1.20 | 480.00 |
| 01/20/2012 | JHU | Review and evaluation of case law on DTPA in mortgage cases; preparation of changes to Interrogatories; and begin draft of amended pleadings. | 400.00 | 4.00 | 1,600.00 |
| 01/31/2012 | JHU | Preparation of Amended Petition; and review of GMAC file produced regarding unreadable documents and other information. | 400.00 | 4.50 | 1,800.00 |
| 02/01/2012 | JHU | Preparation of Motion to Compel. | 400.00 | 2.50 | 1,000.00 |
| 02/06/2012 | JHU | Preparation of changes to Petition; preparation of correspondence to defense counsel regarding Motion, amended pleadings, discovery responses and other requests. | 400.00 | 2.80 | 1,120.00 |
| 02/15/2012 | JHU | Receipt and review of Defendant's Original Answer and Order For Conference | 400.00 | 0.40 | 160.00 |
| 02/20/2012 | JHU | Receipt and review of Notice of Removal with attached documents and Certificate of Interested Parties. | 400.00 | 1.50 | 600.00 |
| 02/22/2012 | JHU | RESEARCH regarding MERS | 400.00 | 3.00 | 1,200.00 |
| 02/28/2012 | JHU | Preparation of Certificate of Interested Parties; preparation of Request for Jury trial; and preparation of Notice of Appearance. | 400.00 | 2.50 | 1,000.00 |
| 03/21/2012 | JHU | Review of Local Rules, review of file, and preparation of Joint Management Plan; lengthy telephone conference with opposing counsel; preparation of email and attached plan; receipt and review of email and changes to plan, preparation of letter, and filing of Joint Management Plan with Judge Hoyt's court. | 400.00 | 4.00 | 1,600.00 |
| 03/26/2012 | JHU | Receipt and review of documents from client regarding economic damages proof. | 400.00 | 3.00 | 1,200.00 |
|  | JHU | Receipt and review of correspondence from opposing counsel regarding conference on 26f filing. | 400.00 | 0.10 | 40.00 |

RODE, RICHARD D.                                                                                  Page: 4
                                                                                           March 11, 2016
                                                                               Account No:   700-100001M
RODE v. HOMECOMINGS                                                            INVOICE NO.        26147

|            |     |                                                                                                                                                                                        | Rate   | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 04/10/2012 | JHU | Review of discovery and materials, and preparation of Rule 26a disclosures.                                                                                                                            | 400.00 | 3.00  | 1,200.00 |
| 04/11/2012 | JHU | Receipt and review of Order from Judge Hoyt regarding deadlines and trial date.                                                                                                                        | 400.00 | 0.50  | 200.00   |
|            | JHU | Letter to defense counsel requesting depositions                                                                                                                                                       | 400.00 | 0.50  | 200.00   |
| 04/15/2012 | JHU | Receipt and review of Defendant's Responses to Interrogatories.                                                                                                                                        | 400.00 | 1.00  | 400.00   |
| 04/19/2012 | JHU | Receipt and review of Rule 26a Disclosures.                                                                                                                                                            | 400.00 | 0.50  | 200.00   |
| 04/30/2012 | JHU | Preparation of email to opposing counsel regarding depositions of key witnesses.                                                                                                                       | 400.00 | 0.50  | 200.00   |
| 05/03/2012 | JHU | Lengthy telephone conference with opposing counsel regarding depositions, key documents, identification of witnesses, damage documents, and mediation; and lengthy telephone conference with client regarding documents reflecting damages. | 400.00 | 1.00  | 400.00   |
| 05/22/2012 | JHU | Receipt and review of GMAC's Notice of Bankruptcy; Discussion with client regarding same.                                                                                                              | 400.00 | 3.20  | 1,280.00 |
| 01/24/2013 | JHU | Receipt and review of correspondence from defense counsel with offer of settlement.                                                                                                                    | 400.00 | 0.30  | 120.00   |
| 01/31/2013 | JHU | Conference with client regarding offer of settlement.                                                                                                                                                  | 400.00 | 2.00  | 800.00   |
| 02/01/2013 | JHU | Exchange of emails with defense counsel regarding offer of settlement.                                                                                                                                 | 400.00 | 0.30  | 120.00   |
| 02/08/2013 | JHU | Review of file materials, information from client, and latest information on GMAC bankruptcy; attendance at telephone conference with opposing counsel and bankruptcy counsel regarding regarding possible settlement. | 400.00 | 3.50  | 1,400.00 |
| 02/13/2013 | JHU | Preparation and review of materials regarding damages; preparation of email to opposing counsel regarding same.                                                                                        | 400.00 | 2.00  | 800.00   |
| 08/21/2013 | JHU | Telephone conference with client regarding hearing.                                                                                                                                                    | 450.00 | 1.00  | 450.00   |
| 09/24/2013 | JHU | Telephone conference with client regarding hearing.                                                                                                                                                    | 450.00 | 0.80  | 360.00   |
| 11/06/2013 | JHU | Meeting with client regarding status of GMAC bankruptcy case.                                                                                                                                          | 450.00 | 1.00  | 450.00   |
| 02/04/2014 | JHU | Meeting with client.                                                                                                                                                                                   | 450.00 | 0.70  | 315.00   |
| 10/06/2014 | JHU | Meeting with client.                                                                                                                                                                                   | 450.00 | 1.00  | 450.00   |
| 05/14/2015 | JHU | Discussion with client regarding hearing in bankruptcy court.                                                                                                                                          | 450.00 | 0.80  | 360.00   |
| 12/28/2015 | JHU | Receipt and review of of correspondence from Ocwen regarding status of loan review.                                                                                                                    | 450.00 | 0.20  | 90.00    |
| 01/04/2016 | JHU | Receipt and review of correspondence from Ocwen regarding                                                                                                                                              |        |       |          |

12-12020-mg    Doc 9991    Filed 07/21/16    Entered 07/21/16 14:23:29    Main Document
                                    Pg 7 of 10

RODE, RICHARD D.                                                              Page: 5
                                                                        March 11, 2016
                                                   Account No:         700-100001M
                                                   INVOICE NO.              26147

RODE v. HOMECOMINGS

|            |     |                                                                       | Rate   | Hours  |           |
|------------|-----|-----------------------------------------------------------------------|--------|--------|-----------|
|            |     | loan review and telephone conference with client.                     | 450.00 | 1.00   | 450.00    |
| 03/11/2016 | JHU | Preparation of Affidavit regarding reasonable and necessary fees and expenses. | 450.00 | 0.40   | 180.00    |
|            |     | For Current Services Rendered                                         |        | 112.40 | 45,305.00 |

                                 Recapitulation
| Timekeeper         | Hours  | Rate     | Total       |
|--------------------|--------|----------|-------------|
| Jeffrey H. Uzick   | 105.50 | $400.00  | $42,200.00  |
| Jeffrey H. Uzick   | 6.90   | 450.00   | 3,105.00    |

                                      Expenses

| Date | Description | Amount |
|---|---|---|
| 04/30/2010 | Monthly (April) In-House Photocopying (14 @ $.15 ea.) | 2.10 |
| 07/21/2011 | COURT COSTS - casefilexpress.com - E-filing fee for filing DTPA - Deceptive Trade Practice - DTD (D) | 488.24 |
| 07/29/2011 | Monthly (July) In-House Photocopying (163 @ $.15 ea.) | 24.45 |
| 08/30/2011 | Monthly (August) In-House Photocopying (3 @ $.15 ea.) | 0.45 |
| 09/01/2011 | LONG DISTANCE | 0.18 |
| 09/30/2011 | Monthly (September) In-House Photocopying (20 @ $.15 ea.) | 3.00 |
| 10/11/2011 | FAX (5 @ $1.00/pg) | 5.00 |
| 10/12/2011 | FAX (11 @ $1.00/pg) | 11.00 |
| 10/12/2011 | POSTAGE | 12.95 |
| 10/13/2011 | DELIVERY CHARGES - FEDEX (D) | 25.64 |
| 10/28/2011 | Monthly (October) In-House Photocopying (592 @ $.15 ea) | 88.80 |
| 11/07/2011 | FAX (21 @ $1.00/pg) | 21.00 |
| 11/07/2011 | Postage - USPS - Sent documents Certified Return Receipt Requested to O'Dell, Bradley, Arant, Boult, & Cummings | 6.83 |
| 11/29/2011 | Monthly (November) In-House Photocopying (56 @ $.15 ea) | 8.40 |
| 11/29/2011 | FAX (2 @ $1.00/pg) | 2.00 |
| 12/28/2011 | Monthly (December) In-House Photocopying (353 @ $.15 ea) | 52.95 |
| 01/19/2012 | FAX (8 @ $1.00/pg) | 8.00 |
| 01/19/2012 | Postage - USPS - Sent documents Certified Return Receipt Requested to Brian O'Dell | 5.79 |
| 02/06/2012 | FAX (62 @ $1.00/pg) | 62.00 |
| 02/28/2012 | Monthly (February) In-House Photocopying (1,548 @ $.15 ea) | 232.20 |
| 03/31/2012 | COURT COSTS - PACER (Inv #UO0031-Q12012) - For accessing the Court's electronic records for pleadings, filed Motions, etc. for the first quarter 2012. | 23.12 |
| 04/02/2012 | LONG DISTANCE | 0.78 |
| 04/11/2012 | FAX (8 @ $1.00/pg) | 8.00 |
| 04/30/2012 | Monthly (April) In-House Photocopying (14 @ $.15 ea) | 2.10 |
| 05/01/2012 | LONG DISTANCE | 3.78 |
| 05/25/2012 | Monthly (May) In-House Photocopying (145 @ $.15 ea) | 21.75 |
| 06/01/2012 | LONG DISTANCE | 0.22 |
| 06/29/2012 | Monthly (June) In House Photocopying (346 @ $.15 ea) | 51.90 |
| 06/30/2012 | COURT COSTS - PACER (Inv #UO0031-Q22012) - For accessing the Court's electronic records for pleadings, filed Motions, etc. for the 2nd quarter 2012. | 1.30 |
| 07/30/2012 | Monthly (July) In-House Photocopying (3 @ $.15 ea) | 0.45 |
| 10/27/2012 | Copying costs - FEDEX/KINKO'S - Bulk copying for filing of Proof of Claims (D) | 82.48 |
| 11/05/2012 | FAX (64 @ $1.00/pg) | 64.00 |
| 11/06/2012 | FAX (16 @ $1.00/pg) | 16.00 |
| 11/07/2012 | DELIVERY CHARGES - FEDEX - (Airbill #8731 3693 7610) - Sent three proofs of claims to KCC Rescap Claims Processing | 65.45 |

12-12020-mg    Doc 9991    Filed 07/21/16    Entered 07/21/16 14:23:29    Main Document
Pg 8 of 10

Page: 6
RODE, RICHARD D.                                                                    March 11, 2016
                                                             Account No:         700-100001M
                                                             INVOICE NO.                26147

RODE v. HOMECOMINGS

| Date | Description | Amount |
|---|---|---|
| 11/08/2012 | DELIVERY CHARGES - FEDEX - (Airbill #8731 3693 7595) - Sent three Motions to Lift Stay to the Souther District of NY Bankruptcy Court | 23.96 |
| 11/09/2012 | COURT COSTS - US BANKRUPTCY COURT - NYSD (U&O Check #3391) - Filing fee for filing 3 Motions to Lift Stay | 528.00 |
| 11/14/2012 | FAX (65 @ $1.00/pg) | 65.00 |
| 11/14/2012 | SPECIAL MAILING - USPS - Sent documents Certified Return Receipt Requested to the Bankruptcy Clerk in New York | 6.15 |
| 11/14/2012 | DELIVERY CHARGES - FEDEX - (Airbill #8731 3693 7632) - Sent check for three Motions to Lift Stay to the Southern District New York, NY Bankruptcy Court | 23.96 |
| 11/18/2012 | DELIVERY CHARGES - FEDEX - (Airbill #8731 3693 7654) - Sent three proofs of claim to Rescap Claims Processing Center | 26.84 |
| 11/30/2012 | Monthly (November) In-House Photocopying (599 @ $.15 ea) | 89.85 |
| 11/30/2012 | LONG DISTANCE | 0.72 |
| 12/31/2012 | COURT FEES - PACER (Inv #UO0031-Q42012) - For accessing the Court's electronic records for pleadings, filed Motions, etc. for the fourth quarter 2012. | 14.70 |
| 01/24/2013 | DELIVERY CHARGES - FEDEX - Filing of Reply to Objections to Motion to Lift Stay | 46.52 |
| 01/25/2013 | FAX (210 @ $1.00/pg) | 210.00 |
| 01/31/2013 | Monthly (January) In-House Photocopying (167 @ $.15 ea) | 25.05 |
| 01/31/2013 | COURT COSTS - PACER (Inv #UO0031-Q12013) - For accessing the Court's electronic records for pleadings, filed Motions, etc. | 4.40 |
| 02/27/2013 | Monthly (February) In-House Photocopying (49 @ $.15 ea) | 7.35 |
| 02/27/2013 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to Ocwen Loan Servicing, LLC | 6.11 |
| 03/01/2013 | Monthly (February) Long Distance | 0.27 |
| 03/08/2013 | FAX (4 @ $1.00/pg) | 4.00 |
| 03/08/2013 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to Ocwen Loan Servicing, LLC | 6.11 |
| 03/28/2013 | Monthly (March) In-House Photocopying (2 @ $.15 ea) | 0.30 |
| 06/27/2013 | Monthly (June) In-House Photocopying (10 @ $.15 ea) | 1.50 |
| 07/19/2013 | POSTAGE - USPS - Sent Residential Capital, LLC case documents Certified Return Receipt Requested | 13.84 |
| 07/30/2013 | Monthly (July) In-House Photocopying (259 @ $.15 ea) | 38.85 |
| 09/30/2013 | Monthly (September) In-House Photocopying (16 @ $.15 ea) | 2.40 |
| 10/23/2013 | FAX (120 @ $1.00/pg) | 120.00 |
| 10/30/2013 | Monthly (October) In-House Photocopying (92 @ $.15 ea) | 13.80 |
| 11/27/2013 | Monthly (November) In-House Photocopying (10 @ $.15 ea) | 1.50 |
| 12/01/2013 | LONG DISTANCE | 0.21 |
| 12/30/2013 | Monthly (December) In-House Photocopying (12 @ $.15 ea) | 1.80 |
| 08/04/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing | 6.48 |
| 08/21/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to Owen Loan Servicing (Waterloo, IA) | 6.69 |
| 08/21/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing (West Palm Beach, FL) | 6.69 |
| 08/21/2014 | POSTAGE - USPS - Sent case documents Certified Return Receipt Requested to Power Default Services, Inc | 6.69 |
| 08/28/2014 | Monthly (August) In-House Photocopying (123 @ $.15 ea) | 18.45 |
| 11/03/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing | 6.48 |
| 11/25/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing in Iowa | 6.48 |
| 12/15/2014 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing in Florida | 6.48 |
| 02/25/2015 | Monthly (February) In-House Photocopying (44 @ $.15 ea) | 6.60 |
| 04/28/2015 | Monthly (April) In-House Photocopying (15 @ $.15 ea) | 51.45 |

RODE, RICHARD D.

RODE v. HOMECOMINGS

| Date | Description | Amount |
|---|---|---:|
| 04/29/2015 | DELIVERY CHARGES - FEDERAL EXPRESS (Airbill #8071 1885 6484) - Sent case documents to the Honorable Martin Glenn, U.S. Bankruptcy Court, S.D. of N.Y | 30.79 |
| 04/29/2015 | DELIVERY CHARGES - FEDERAL EXPRESS (Airbill #8071 1885 6500) - Sent case documents to U.S Trustee for Southern District of N.Y. | 47.68 |
| 04/29/2015 | DELIVERY CHARGES - FEDERAL EXPRESS (Airbill #8071 1885 6495) - Sent case documents to Rescap Borrower Claims Trust c/o Morrison & Foerster and to the attention of Rosenbaum, Wishnew & Richards | 47.68 |
| 04/29/2015 | DELIVERY CHARGES - FEDERAL EXPRESS (Airbill #8071 1885 6510) - Sent case documents to Rescap Liquidating Trust Quest Advisors to the attention of Jeffrey Brodsky in Rye Brook, NY | 50.55 |
| 04/29/2015 | DELIVERY CHARGES - FEDERAL EXPRESS (Airbill #8071 1885 6521) - Sent case documents to Rescap Borrower Claims Trust at Polsinelli, PC | 47.68 |
| 05/01/2015 | FAX (4 @ $1.00/pg) | 4.00 |
| 05/01/2015 | POSTAGE - USPS - Sent case documents Certified Return Receipt Requested to OCWEN Loan Servicing, LLC | 6.48 |
| 05/05/2015 | POSTAGE | 0.48 |
| 05/11/2015 | POSTAGE | 0.48 |
| 05/11/2015 | FAX (2 @ $1.00/pg) | 2.00 |
| 05/12/2015 | RESEARCH - PACER (Inv #2812711-Q22015) - For accessing the Court's electronic records for pleadings, filed Motions, etc. for the 2nd quarter 2015 | 18.30 |
| 05/28/2015 | Monthly (May) In-House Photocopying (511 @ $.15 ea) | 76.65 |
| 06/01/2015 | LONG DISTANCE | 0.74 |
| 06/02/2015 | FAX (3 @ $1.00/pg) | 3.00 |
| 06/04/2015 | FAX (2 @ $1.00/pg) | 2.00 |
| 06/05/2015 | FAX (6 @ $1.00/pg) | 6.00 |
| 06/10/2015 | POSTAGE for 5/28 thru 6/10/15 | 2.44 |
| 08/19/2015 | POSTAGE for 3 letters to OCWEN Loan Servicing | 1.47 |
| 08/28/2015 | Monthly (August) In-House Photocopying (20 @ $.15 ea.) | 3.00 |
| 09/17/2015 | POSTAGE - USPS - Sent additional documents to OCWEN Loan Servicing, LLC - Customer Care | 0.49 |
| 09/17/2015 | POSTAGE - USPS - Sent additional documents to OCWEN Loan Servicing, LLC - Research Department | 0.49 |
| 09/17/2015 | POSTAGE - USPS - Sent additional documents to OCWEN Loan Servicing, LLC - Legal Department | 0.49 |
| 09/28/2015 | Monthly (September) In-House Photocopying (61 @ $.15 ea) | 9.15 |
| 10/02/2015 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing | 6.74 |
| 10/02/2015 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to Research Department, OCWEN Loan Servicing | 6.74 |
| 10/02/2015 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to Power Default Services | 6.74 |
| 10/20/2015 | FAX (4 @ $.25/pg) | 1.00 |
| 10/27/2015 | Monthly (October) In-House Photocopying (37 @ $.15 ea) | 5.55 |
| 11/13/2015 | POSTAGE - USPS - Sent documents Certified Return Receipt Requested to OCWEN Loan Servicing in West Palm Beach, Florida | 6.74 |
| 11/25/2015 | Monthly (November) In-House Photocopying (58 @ $.15 ea) | 8.70 |
| 12/29/2015 | Monthly (December) In-House Photocopying (75 @ $.15 ea.) | 11.25 |
| 01/12/2016 | DELIVERY CHARGES - FEDEX (Airbill #8643 8313 4330) - Sent case documents to Morrison & Foerster in New York, NY | 27.59 |
| 01/28/2016 | Monthly (January) In-House Photocopying (250 @ $.15 ea) | 37.50 |
| 02/26/2016 | Monthly (February) In-House Photocopying (1 @ $.15 ea) | 0.15 |
| 02/29/2016 | LONG DISTANCE for February | 0.17 |
| | Total Expenses | 3,288.90 |

RODE, RICHARD D.                                                              Account No:    700-100001M
                                                                              INVOICE NO.          26147

RODE v. HOMECOMINGS

|            |                                                                              |           |
|------------|------------------------------------------------------------------------------|-----------|
|            | Total Current Work                                                           | 48,593.90 |

### Payments

| Date       | Description                                                                  | Amount    |
|------------|------------------------------------------------------------------------------|-----------|
| 09/29/2011 | Check #102 received from Dee M. Rode for payment of expenses - Thank you     | -100.00   |
| 11/08/2011 | Payment received from Dee Rode.                                              | -100.00   |
| 12/08/2011 | Payment received from Dee Rode.                                              | -113.88   |
| 01/17/2012 | Payment received from Dee Rode.                                              | -100.00   |
| 04/19/2012 | Payment received from Dee Rode.                                              | -100.00   |
|            | Total Payments                                                               | -513.88   |
|            | Balance Due                                                                  | $48,080.02|