IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

---

RESIDENTIAL CAPITAL, L.L.C., et al.             Chapter 11
    Debtors                                    Administratively Consolidated

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,
Objector
v.
RICHARD D. RODE,
Creditor-Beneficiary

---

DECLARATION OF ROBERT M. ADAMS

---

Robert M. Adams declares under penalty of perjury pursuant to 28 U.S.C. sec. 1746:

1.  I am a competent adult, more than 18 years of age, and am a citizen of the State of Texas and the United States of America.

2.  I am a Certified Public Accountant licensed in the State of Texas, with offices at 5906 Dolores Street, Suite 113, Houston, Texas 77057.  My office telephone number is (713) 626-1040 and my email address is <bob@bobadamscpa.com>.

3.  A true and correct copy of my  Curriculum Vitae is attached hereto as Exhibit A.

4.  Exhibit B attached hereto is his report of the economic losses sustained by Richard D. Rode as a result of the failure of GMAC Mortgage, LLC to modify his mortgage as determined by the United States Bankruptcy Court for the Southern District of New York.

5.  Exhibit B was prepared at the request of Richard D. Rode, based on documents provided to me by Mr. Rode and was prepared using generally accepted accounting principles for the determination of economic loss damages, as recognized by the District Courts in the State of Texas.

6.  Since 1989, I have testified as an expert witness in the District Court in the State of Texas on dozens of occasions pertaining to business valuation and tax issues.

7.  Exhibit B is my expert opinion of the amount, character and extent of Mr. Rode's economic loss, without calculation of the exemplary or punitive damages, from the breach of contract which was determined by the United States Bankruptcy Court for the Southern District of New York.

8.  Exhibits A and B attached hereto are made part of this Declaration and is submitted as my direct testimony in accordance with the Orders of Judge Martin Glenn.

Dated at Houston, Texas this 31st day of March, 2016.


_____
Robert M. Adams

# EXHIBIT A

Curriculum Vitae

# ROBERT M. ADAMS

Certified Public Accountant

5906 Dolores Street, Suite 113

Houston, Texas 77057

713-626-1040

## EDUCATION

The University of Texas, BS, 1971

The University of Texas, MBA, 1974

## CERTIFICATION

Certified Public Accountant, 1979

Texas Certificate № 19777

Accredited in Business Valuation, 1999

AICPA Certificate № 522

## PROFESSIONAL ACTIVITIES

American Institute of Certified Public Accountants

Association of Certified Fraud Examiners - Associate Member

American Society of Appraisers - Candidate Member

## PROFESSIONAL AND BUSINESS HISTORY

01/84 - Present   Certified Public Accountant in Public Practice

07/81 - 10/83     Durkee Drilling, Inc., Vice President of Finance of a $7 million start-up contract drilling company

11/79 - 06/81     Moran Energy, Inc., Treasurer of a $98 million NYSE company. Participated in redemption of $20 of convertible subordinated debentures, and sale of $50 million of convertible subordinated debentures, and sale of 880,000 shares of common stock; managed $60 million investment portfolio

12/77 - 11/79     Weatherford International, Inc., Corporate Cash Manager

07/75 - 12/77     Texas Commerce Bank, Assistant Vice President, cash management

**Robert M. Adams, CPA**

Partial list of Continuing Education Courses Attended

| | | Hours |
|---|---|---|
| 10/1987 | Litigation Support and Expert Testimony, TSCPA | 8 |
| 8/5/1988 | Creative Valuation Techniques: Case Illustrated, TSCPA | 8 |
| 5/12/1989 | Divorce Litigation Support, Houston Bar Association Family Law Committee & Houston, TSCPA | 8 |
| 6/1-2/1989 | AICPA National Conference on Divorce and Related Tax Planning, AICPA | 16 |
| 5/24/1990 | Valuation Issues in Taxation, Litigation and Bankruptcy, Houston Chapter, TSCPA and Price Waterhouse | 4 |
| 6/11-12/1990 | The 1990 AICPA National Conference on Divorce, AICPA | 16 |
| 5/9-12/1991 | Business Valuation 1, American Society of Appraisers | 24 |
| 6/6-7/1991 | The AICPA 1991 National Conference on Divorce, AICPA | 16 |
| 9/4-5/1991 | Business Valuation 2, American Society of Appraisers | 16 |
| 8/17-20/1992 | 18th Advanced Family Law Course, State Bar of Texas | 24 |
| 9/28-29/1992 | Locating Hidden Assets, National Association of Fraud Examiners | 16 |
| 6/3-4/1993 | The AICPA 1993 National Conference on Divorce, AICPA | 16 |
| 8/16-20/1993 | 19th Advanced Family Law Course, State Bar of Texas | 24 |
| 6/6-7/1994 | The CPA's Role in Matrimonial Disputes, AICPA | 17 |
| 3/29/1995 | Presenting Data and Information, Edward Tufte | 5 |
| 8/15-18/1994 | 20th Advanced Family Law Course, State Bar of Texas | 26 |
| 8/7-10/1995 | 21st Advanced Family Law Course, State Bar of Texas | 20 |
| 9/14/1995 | NBVI: Introduction to Valuation of Business and Practices, AICPA | 8 |
| 10/20/1995 | NBV2: Engagement Approach to Researching, Evaluating and Understanding the Company, AICPA | 8 |

| | | Hours |
|---|---|---|
| 11/15/1995 | NBV3: Data Research in Valuations, AICPA | 4 |
| 12/6/1995 | NBV4: Valuation Methods, AICPA | 8 |
| 8/19-22/1996 | 22nd Advanced Family Law Course, State Bar of Texas | 22 |
| 11/4/1996 | NBV5: Special Issues in Business Valuation, AICPA | 8 |
| 12/10/1996 | NBV6: Valuation and Transfers, AICPA | 8 |
| 8/18-21/1997 | 23rd Advanced Family Law Course, State Bar of Texas | 25 |
| 9/18-19/1997 | Business Valuations: Fundamentals, Techniques & Theory, National Association of Certified Valuation Analysts | 15 |
| 10/16-17/1997 | New Frontiers in Marital Property Law, State Bar of Texas | 13 |
| 11/3-6/1997 | NACVA Fall (Valuation) Conference, National Association of Certified Valuation Analysts | 24 |
| 12/1/1997 | NBV7: The CPA Valuator - Expert Witness, AICPA | 8 |
| 1/29-2/1/1998 | 1998 National Conference, Institute of Business Appraisers | 19 |
| 2/19/1998 | 1998 Annual Healthcare Conference, Houston Chapter TSCPA | 8 |
| 2/24-25/1998 | Cost of Capital and Advanced Cost of Capital Workshops, Ibbotson Associates | 12 |
| 4/30-5/2/1998 | Business Valuation 3, American Society of Appraisers | 27 |
| 8/17-20/1998 | 24th Advanced Family Law Course, State Bar of Texas | 19 |
| 10/8-9/1998 | 3rd Annual New Frontiers in Marital Property Law Course, State Bar of Texas | 10 |
| 8/16-19/1999 | 25th Advanced Family Law Course, State Bar of Texas | 25 |
| 10/13-14/1999 | 4th Annual New Frontiers in Marital Property Law Course, State Bar of Texas | 11 |
| 10/28-29/1999 | 18th Annual Advanced Business Valuation Conference, American Society of Appraisers | 11 |
| 5/22-23/2000 | The 2000 AICPA National Advanced Divorce Conference, AICPA | 14 |

|  |  | Hours |
|---|---|---|
| 8/21-24/2000 | 26th Advanced Family Law Course, State Bar of Texas | 24 |
| 10/5-6/2000 | 5th Annual New Frontiers in Marital Property Law Course, State Bar of Texas | 11 |
| 8/6-9/2001 | 27th Advanced Family Law Course, State Bar of Texas | 21 |
| 10/11-12/2001 | 6th Annual New Frontiers in Marital Property Law Course, State Bar of Texas | 12 |
| 10/25-26/2001 | 20th Annual Advanced Business Valuation Conference, American Society of Appraisers | 12 |
| 11/9-10/2001 | Art of Negotiation, Advanced Negotiation Techniques for the Litigator/ Mediator, South Texas College of Law | 7 |
| 12/2-4/2001 | AICPA National Valuation Conference, AICPA | 19 |
| 8/5-8/2002 | 28th Advanced Family Law Course, State Bar of Texas | 26 |
| 10/10-11/2002 | New Frontiers in Marital Property Law, State Bar of Texas | 8 |
| 10/24-26/2002 | 5th Joint ASA/CICBV Advanced Business Valuation Conference, American Society of Appraisers | 17 |
| 11/17-19/2002 | 2002 AICPA National Business Valuation Conference, AICPA | 21 |
| 8/18-21/2003 | 29th Annual Advanced Family Law Course, State Bar of Texas | 23 |
| 10/9-10/2003 | New Frontiers in Marital Property Law, State Bar of Texas | 12 |
| 10/16-17/2003 | 22nd Annual Advanced Business Valuation Conference, American Society of Appraisers | 12 |
| 11/16-18/2003 | 2003 AICPA National Business Valuation Conference, AICPA | 24 |
| 5/13-14/2004 | 2004 AAML/ AICPA National Conference on Divorce, AICPA | 15 |
| 8/9-12/2004 | 30th Annual Advanced Family Law Course, State Bar of Texas | 21 |
| 10/7-9/2004 | 23rd Annual Advanced Business Valuation Conference, American Society of Appraisers | 22 |
| 10/14-15/2004 | New Frontiers in Marital Property Law, State Bar of Texas | 10 |

3

| | | Hours |
|---|---|---|
| 11/7-9/2004 | 2004 AICPA National Business Valuation Conference, AICPA | 19 |
| 8/8-11/2005 | 31st Annual Advanced Family Law Course, State Bar of Texas | 19 |
| 10/20-21/2005 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 11/14-16/2005 | 2005 AICPA/ ASA Joint National Business Valuation Conference, AICPA and ASA | 18 |
| 8/14-17/2006 | 32nd Annual Advanced Family Law Course, State Bar of Texas | 21 |
| 10/12-13/2006 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 12/3-5/2006 | 2006 AICPA National Business Valuation Conference, AICPA | 20 |
| 8/6-9/2007 | 33rd Annual Advanced Family Law Course, State Bar of Texas | 19 |
| 10/4-5/2007 | New Frontiers in Marital Property Law, State Bar of Texas | 6 |
| 10/26/2007 | Non-Traditional Tools for Valuation Professionals, Center for Advanced Valuation Studies, American Society of Appraisers | 8 |
| 10/27/2007 | Cost of Capital, Grabowski, Center for Advanced Valuation Studies, American Society of Appraisers | 8 |
| 10/29-31/2007 | 26th Annual Advanced Business Valuation Conference, American Society of Appraisers | 19 |
| 12/2-4/2007 | 2007 AICPA National Business Valuation Conference, AICPA | 20 |
| 8/11-14/2008 | 34th Annual Advanced Family Law Course, State Bar of Texas | 19 |
| 10/16-17/2008 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 8/3-8/6/2009 | 35nd Annual Advanced Family Law Course, State Bar of Texas | 19 |
| 5/5-7/2010 | 2010 AICPA/AAML National Conference on Divorce, AICPA | 17 |
| 8/9-11/2010 | 36th Annual Advanced Family Law Course, State Bar of Texas | 18 |
| 10/4-6/2010 | 2010 ASA-CICBV Business Valuation Conference, American Society of Appraisers | 19 |
| 10/28-29/2010 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 11/7-9/2010 | 2010 AICPA National Business Valuation Conference, AICPA | 22 |

4

|  |  | Hours |
|---|---|---|
| 8/1-3/2011 | Advanced Family Law Course, State Bar of Texas | 21 |
| 10/10-12/2011 | 2011 ASA Advanced Business Valuation Conference, ASA | 22 |
| 11/6-8/2011 | 2011 AICPA National Business Valuation Conference, AICPA | 18 |
| 8/6-8/2012 | Advanced Family Law Course, State Bar of Texas | 12 |
| 10/4-6/2012 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 11/11-13/2012 | 2012 AICPA Forensic & Valuation Conference, AICPA | 19 |
| 8/5-7/2013 | Advanced Family Law Course, State Bar of Texas | 18 |
| 10/3-4/2013 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 10/-/2013 | BV301 Valuation of Intangible Assets, ASA | 27 |
| 11/10-12/2013 | 2013 AICPA Forensic & Valuation Services Conference, AICPA | 20 |
| 8/4-6/2014 | Advanced Family Law Course, State Bar of Texas | 18 |
| 10/23-24/2014 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |
| 11/9-11/2014 | 2014 AICPA Forensic & Valuation Services Conference, AICPA | 19 |
| 8/3-5/2015 | Advanced Family Law Course, State Bar of Texas | 18 |
| 10/15-16/2015 | New Frontiers in Marital Property Law, State Bar of Texas | 9 |

| 9/28-29/1992 | Locating Hidden Assets, National Association of Certified Fraud Examiners | 16 |
| 10/11/1994 | Contract and Procurement Fraud, Association of Certified Fraud Examiners | 8 |
| 10/1/1996 | Alternative Interviewing and Interrogation Techniques, Association of Certified Fraud examiners | 8 |
| 10/6/1998 | Statement Analysis, Association of Certified Fraud Examiners | 8 |
| 1/29/2002 | Digital Evidence Recovery Seminar, Houston Chapter of the Association of Certified Fraud Examiners | 8 |
| 9/10/2002 | Data/Digital Analysis, Houston Chapter of the Association of Certified Fraud Examiners | 3 |
| 3/8/2007 | Healthcare Fraud, Association of Certified Fraud Examiners | 7 |
| 5/5/2010 | Do's and Don'ts of Electronic Evidence: Review of Rules of Evidence, AICPA | 3 |
| 5/13-14/2010 | Digital Forensic Tools and Techniques, Association of Certified Fraud Examiners | 11 |

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

_____

RESIDENTIAL CAPITAL, L.L.C., et al.           Chapter 11
    Debtors                             Administratively Consolidated

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,
Objector
v.
RICHARD D. RODE,
Creditor-Beneficiary

_____

## REPORT OF ROBERT M. ADAMS, CPA

_____

I have been engaged by Richard D. Rode to assist him with the identification and quantification of economic damages he has suffered in the above case.

**Documents and Information Utilized**

I used documents and my conversations with Richard D. Rode in performing my work and developing my opinions. The documents I inspected pertaining to the Residential Capital, L.L.C., et al, Debtors v. Richard D. Rode, Creditor-Beneficiary case include (but are not limited to) the documents provided by Richard D. Rode and Maudeena Rode. Those documents include copies of bank statements, cancelled checks, mortgage payment confirmations, mortgage statements, escrow analysis statements, detailed loan payment histories, credit reports, etc.

**Background**

Richard D. Rode purchased 2301 West Lawther Lane, Deer Park, Texas in March 2001, utilizing a $272,850 mortgage from North American Mortgage Co. He refinanced the property with Southtrust Mortgage Co. in 2003. That mortgage was sold to Homecomings Financial in 2004. Unsuccessful attempts were made to modify the mortgage, and Homecomings Financial sent delinquency notices and started foreclosure proceedings. Mr. Rode filed suit in 2011.

**Legal fees and costs paid by Richard Rode**

A.      Richard Rode paid $61,399.16 to the Texas Equal Access to Justice
Foundation/Uzick & Oncken, PC on March 29, 2011, for legal services provided by Uzick
& Oncken PC in connection with the lawsuit (Exhibit A). The current invoice 26147 totals
$48,080.02 (Exhibit B). But for the circumstances requiring filing and pursuing the lawsuit,
Richard Rode would not have incurred, or had to pay for those legal fees. It is my opinion
that Mr. Rode has been economically damaged in the amount of not less than $48,080.02.

B.      Richard Rode paid an aggregate $11,000.00 to Attorney Wendy Allison Nora
(Exhibit C), for fees and costs incurred in pursuing the lawsuit. But for the circumstances
requiring filing and pursuing the lawsuit, Richard Rode would not have incurred, or had to
pay for those legal fees and costs. It is my opinion that Mr. Rode has been economically
damaged in the amount of not less than $11,000.00.

My opinions pertaining to the economic damages resulting from the payment of attorney fees and
costs are based on the documents I reviewed and my conversations with Mr. Rode.

**Additional 2009 income tax paid by Richard Rode**

GMAC Mortgage (parent or owner of Homecomings Financial) issued an erroneous 2009 Form
1099-C, Cancellation of Debt, to Richard Rode, in the amount of $9,673.69 (Exhibit D). This was
the aggregate amount of Mr. Rode's mortgage payments that Homecomings Financial/GMAC
Mortgage misapplied, and did not give Mr. Rode credit for. Because of the issuance of this
erroneous Form 1099-C, Mr. Rode incurred additional 2009 federal income tax in the amount of not
less than $2,418. It is my opinion that Mr. Rode was economically damaged in the amount of $2,418.

My opinion pertaining to the economic damages resulting from the issuance of the erroneous 2009
Form 1099-C is based on the documents I reviewed and my conversations with Mr. Rode.

2

I reserve the right to amend or update the above observations if I receive additional relevant information.



Robert Adams