UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                              Case No.: 12-12020(MG

    RESIDENTIAL CAPITAL, LLC, et al.                  Chapter 11
                                                 Debtor
------------------------------------------------------------x

                                                               Adversary Proceeding No.: _____

                       Plaintiff

       v.

                     Defendant
------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    I, __Karen K. Stromeyer_____, request admission, *pro hac vice*, before the Honorable __Martin Glenn_____, to represent __Bernard Ward and Colleen Halloran__, __claimaints_____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of __California_____ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __California_____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 25, 2016
San Francisco, CA

_/s/ Karen Stromeyer_
*Mailing Address*:

Murphy Pearson Bradly & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA  94108
*E-mail address*: kstromeyer@mpbf.com
*Telephone number*: (415) 788-1900