UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                                          Case No.: 12-12020(MG

      RESIDENTIAL CAPITAL, LLC, et al.                         Chapter 11
                                    Debtor

-----------------------------------------------------------------x

                                            Adversary Proceeding No.: _____

                      Plaintiff

                 v.

                      Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Timothy J. Halloran, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Bernard Ward and Colleen Halloran, claimaints in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 25, 2016
San Francisco, CA

*Mailing Address*:
Murphy Pearson Bradly & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108
*E-mail address*: kstromeyer@mpbf.com
*Telephone number*: (415) 788-1900