UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

           Debtors.

Case No. 12-12020 (MG)

Chapter 11

(Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF REQUEST FOR REMOVAL**
**FROM ELECTRONIC FILING NOTICE LIST**

    Stephen Z. Starr of the law firm Starr & Starr, PLLC, hereby requests that the Clerk remove him from the electronic notice list for the instant bankruptcy matter.

    Dated: July 27, 2016

                                                  By: /s/ Stephen Z. Starr_____
                                                     Stephen Z. Starr
                                                     STARR & STARR, PLLC
                                                     260 Madison Ave., Fl. 17
                                                     New York, NY 10016
                                                     (212) 867-8165