# Notice Recipients

District/Off: 0208−1            User: arouzeau            Date Created: 7/29/2016
Case: 12−12020−mg            Form ID: tranapl            Total: 2

**Recipients of Notice of Electronic Filing:**
aty        Norman Scott Rosenbaum        nrosenbaum@mofo.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr        Tia Smith        4011 Hubert Avenue        Los Angeles, CA 90008

TOTAL: 1