UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIA DANIELLE SMITH,

                 Appellant,

-against-

RESCAP BORROWER CLAIMS TRUST,

                 Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2016

16 Civ. 1561 (AT)

**ORDER GRANTING
IFP APPLICATION**

ANALISA TORRES, District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

    The Clerk of Court is directed to terminate the motion at ECF No. 4.

    SO ORDERED.

Dated: April 4, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge