### NOTICE REQUEST FOR EXCLUSION

Residential Capital, LLC, Case No. 12-12020 (MG) (U.S. Bankruptcy Court, Southern District of New York)

Claim#: RCP-00050216-74776

Date:   05/09/2016

From:   Scott Hall

c/o 186-188 Ames Street

Brockton, Massachusetts, [02302]

To:   United States Bankruptcy Court

Southern District of New York

Office of the Clerk

1 Bowling Green

New York, NY, 10004-1408

Re:   Residential Capital, LLC, Case No. 12-12020 (MG) (U.S. Bankruptcy Court, Southern District of New York)

Claim#: RCP-00050216-74776

On this day of May 9th, 2016, Scott Hall is one of the People of the United States and Scott Hall wishes to be excluded from the class action lawsuit; Residential Capital, LLC, Case No. 12-12020 (MG) (U.S. Bankruptcy Court, Southern District of New York)

Claim#: RCP-00050216-74776

With Utmost Sincerity,

*Scott Hall* (signature)

Scott Hall, All Rights Reserved

RECEIVED
MAY 11 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK