UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                    Chapter 11

RESIDENTIAL CAPITAL, LLC
                                                          Case No.: 12-12020 (MG)
                        Debtor(s)

-------------------------------------------------------X

## ORDER AMENDING TRIAL DATES IN JOINT PRE-TRIAL ORDER

A joint pre-trial order was entered on July 21, 2016, scheduling a trial regarding

the claims of Richard D. Rode to take place August 15, 2016 through August 18, 2016

beginning at 9:00 a.m. prevailing Eastern Time each day. (Document no. 9994)

It is hereby ORDERED, that the Trial regarding this matter will take place on

**August 16, 2016 through August 19, 2016 beginning at 9:00 a.m.** prevailing Eastern Time

each day.  All other dates in the joint pre-trial order will remain in effect.


Dated: New York, New York
       August 5, 2016                    _____*/S/Martin Glenn*_____
                                         THE HONORABLE MARTIN GLENN
                                         UNITED STATES BANKRUPTCY JUDGE