**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                  :

In re                               :             **Chapter 11**
                                  :

**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :    **Case No. 12-12020 (MG)**
                                  :
                                  :
                                  :             **(Jointly Administered)**
             **Debtors.**           :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On August 2, 2016, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the parties on the service list attached hereto as **Exhibit A**, and via First Class Mail upon the parties on the service list attached hereto as **Exhibit B**:

- **Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) re: Select Portfolio Servicing, Inc., as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3, a secured creditor** [Docket No. 10021]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. §362(a) re: Select Portfolio Servicing Inc., as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, Series 2007-HY6, a secured creditor** [Docket No. 10022]

Dated:  August 8, 2016

Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th of August, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com |
| Kramer Levin | Kenneth Eckstein & Douglas Mannal | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| Quest Turnaround Advisors LLC | Jeff Brodsky | jbrodsky@qtadvisors.com |
| ResCap Liquidating Trust | Attn: Paul.Grande@rescapestate.com | Paul.Grande@rescapestate.com; Jill.Horner@rescapestate.com |
| US Trustee Southern District of NY | Tracy Hope Davis | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|-------------|----------|----------|------|-------|-----|
| GODFREY & KAHN SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| KRAMER LEVIN | Kenneth Eckstein & Douglas Mannal | 1177 Avenue of the Americas | & Joseph A. Shifer | New York | NY | 10036 |
| RESCAP LIQUIDATING TRUST | Attn: Paul.Grande@rescapestate.com | 8400 Normandale Blvd,Suite 175 | | Bloomington | MN | 55437 |
| RESCAP LIQUIDATING TRUST | c o Quest Turnaround Advisors LLC | 800 Westchester Ave Ste S520 | Attn Jeffrey Brodsky | Rye Brook | NY | 10573 |
| ROSICKI, ROSICKI, ASSOCIATES, P.C. | Andrew Goldberg | 51 E. Bethpage Road | | Plainview | NY | 11803 |
| US TRUSTEE SOUTHERN DISTRICT OF NY | Tracy Hope Davis | 201 Varick St Ste 1006 | Linda Riffkin & Brian Masumoto | New York | NY | 10014 |