ERLINDA ABIBAS ANIEL
75 Tobin Clark Dr.
Hillsborough, CA 94010
Claimant in Pro Per



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al..<br><br>Debtors.<br><br><br>Erlinda Abibas Aniel<br><br>Appellant<br><br>v.<br><br>ResCap Liquidating Trust<br><br>Appellee | Case No. **1:16-cv-03704-AJN**<br><br>BK Case No. 12-12020-MG<br><br><br>On appeal from the U.S. Bankr. Court for the S.D. of NY. (Hon. Martin Glenn)<br><br>Bankruptcy Case No. 12-12020-MG<br><br><br>Jointly Administered |

## APPELLANT ERLINDA ABIBAS ANIEL <u>AMENDED</u> DESIGNATION OF CONTENTS OF THE RECORD OF APPEAL AND STATEMENT OF ISSUES

COMES NOW, Appellant, ERLINDA ABIBAS ANIEL, in Pro Per, and pursuant to Fed. R. Bankr. P 8009, respectfully, submits her Amended Designation of Contents of the Record of Appeal as follows:

Amended Designation of Record                                                                                         1

## I. Designation of Contents of the Record of Appeal

| Designation No. | Date | Description |
|---|---|---|
| 1. Dock. # 9883 | 5/03/16 | Notice of Appeal and Statement of Election |
| 2. Dock. # 9850 | 4/20/16 | Memorandum Opinion and Order after trial of the contested matter of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust's objection to claim nos. 416 and 417 |
| 3. | 3/25/16 | Trial Transcript |
| 4. | 3/24/16 | Trial Transcript |
| 5. Dock. # 9755 | 3/17/16 | Letter to Judge Glenn from Jordan A. Wishnew Regarding the Trial on Objection to Erlinda Abibas Aniel's Proofs of Claim |
| 6. Dock. # 9741 | 3/09/16 | Declaration Under Penalty of Perjury as Direct Testimony of Erlinda Abibas Aniel |
| 7. Dock. # 9725 | 3/09/16 | The ResCap Borrower Claims Trust's Memorandum of Law in Support of its Objection to Claim Nos. 416 and 417 |
| 8. Dock. # 9678 | 2/25/16 | Pretrial Order |
| 9. Dock. # 9665 | 2/23/16 | Response Filed by Erlinda Abibas Aniel re: Order Concerning Application of HSBC to Quash Trial Subpeonas Relating to the Contested Claim of Erlinda Abibas Aniel |
| 10. | 3/25/16 | Exhibits filed by Erlinda Abibas Aniel |
| 11. Dock. # 9742 | 3/09/16 | Creditor's Preliminary Pre-Trial Memorandum |

| | | |
|---|---|---|
| 12. Dock. # 9696 | 03/01/16 | Order directing production of certain original documents |
| 13. Claim No. 416 | 8/20/12 | GMAC Mortgage, LLC |
| 14. Dock. # 8820 | 6/30/15 | Memorandum of Opinion and Order Sustaining in Part and Overruling in Part the Rescap Liquidating Trust and Rescap Borrower Claim Trust Objection |
| 15. Dock. # 8237 | 3/5/15 | Rescap Liquidating Trust and the Rescap Borrower Claim Trust Objection to Claim Nos. 416 and 417 |
| 16. Dock. # 8370 | 3/25/15 | Appellant Opposition and Response to the Rescap Liquidating Trust and Rescap Borrower Claim Trust to Objection Claim Nos. 416 and 417 |
| 17. Dock. # 8475 | 4/10/15 | Rescap Borrower Claim Trust and Rescap Liquidating Trust Reply in Support of their objection to Claim Nos. 416 and 417 |
| 18. Claim No. 417 | 8/20/12 | Executive Trustee Services, LLC |
| 19. Dock. 9872 | 4/27/16 | Motion to Alter or Amend Judgment By Way of Motion For Reconsideration Re: Memorandum Opinion and Order After Trial Finding Merit To The Objection Raised by Rescap Borrower Claims Trust Against Claim NOS. 416 and 417 filed by Erlinda Abibas Aniel, Et Al. |
| 20. Dock. 9878 | 5/5/16 | Letter to the Court by Erlinda Abibas Aniel re: Request to Supplement Motion |

Amended Designation of Record                                      3

| 21. Dock. 10031 | 8/9/16 | Order Denying Erlinda Abibas Aniel's Motion for Reconsideration |

Respectfully Submitted,

Date: 8/10/16

Erlinda Abibas Aniel

Claimant in Pro Per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed on August 10, 2016 to:

United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

*[signature]*

Erlinda Abibas Aniel, Claimant in Pro Per