UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                              : Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL LLC, et al.,                    : Chapter 11

                                                    : Jointly Administered
       Debtors.
                                                    :
------------------------------------------------------------X

OCWEN LOAN SERVICING, LLC,                          :

       Plaintiff,                                   :

           vs.                                      : Adv. Pro. No. 14-02388 (MG)

THE RESCAP LIQUIDATING TRUST,                       :

   a Delaware Statutory Trust,                      **REPORT OF MEDIATOR**

       Defendant.                                   :
------------------------------------------------------------X

The undersigned, having been appointed mediator by order of this Court, dated April 5, 2016, hereby reports as follows:

1. The parties' dispute submitted to the mediator was settled.

2. A mediation session took place on April 28, 2016. The parties thereafter engaged in lengthy negotiations leading to a written settlement agreement.

3. The following attended the mediation: the Rescap Liquidating Trust, through its counsel, Morrison & Foerster LLP; and Ocwen Loan Servicing, LLC, through its counsel, Hunton & Williams, LLP.

                                            Respectfully submitted,

                                            /s/ Allan L. Gropper

Dated: August 2, 2016                       Allan L. Gropper, Mediator