MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON AUGUST 19, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

*AS NO MATTERS REMAIN SCHEDULED TO GO
FORWARD, THE HEARING HAS BEEN CANCELLED*

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER**

**1.**    ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran [Docket No. 9980]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran to September 14, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 10025]

ny-1243338

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to September 14, 2016.

## II.    UNCONTESTED MATTERS

2.  ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4394 Filed by Erik L. Knutson [Docket No. 9953]

    **Related Document(s)**:

    a.  Certificate of No Objection Regarding ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4394 Filed by Erik L. Knutson [Docket No. 10035]

    b.  Order Sustaining ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4394 Filed by Erik L. Knutson [Docket No. 10056]

    **Response(s)**:    None.

    **Status**:    The order on this matter has been entered by the Court. No hearing is required.

3.  ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4745 Filed by Melinda Hopkins, Individually and as Executrix of Lyndol A. Curry [Docket No. 9970]

    **Related Document(s)**:

    a.  Certificate of No Objection Regarding ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4745 Filed by Melinda Hopkins, Individually and as Executrix of Lyndol A. Curry [Docket No. 10034]

    b.  Order Granting the ResCap Borrower Claims Trust's Objection to Claim No. 4745 Filed by Melinda Hopkins, Individually and as Executrix of the Estate of Lyndol A. Curry [Docket No. 10057]

    **Response(s)**:    None.

    **Status**:    The order on this matter has been entered by the Court. No hearing is required.

| | |
|---|---|
| Dated: August 17, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims* |