**Hearing Date and Time:  October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time)**
**Response Deadline:  September 23, 2016 at 5:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP**
**BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM**
**NO. 684 FILED BY BERNARD WARD AND COLLEEN HALLORAN**
**TO OCTOBER 13, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran* [Docket No. 9980] (the "Objection"), previously scheduled to be heard on September 14, 2016 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be filed and served to actually be received no later than **September 23, 2016 at 5:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

ny-1245078

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

| | |
|---|---|
| Dated: August 26, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1245078