UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 4259
### FILED BY HARU LINDSEY

Haru Lindsey (the "Claimant") hereby gives notice of the withdrawal of Claim No. 4259 against GMAC Mortgage, LLC (the "Claim"), pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

The Claimant hereby withdraws the Claim, and authorizes Morrison & Foerster LLP, counsel to the ResCap Borrower Claims Trust in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim. The Claimant further authorizes the duly appointed Claims Agent to reflect this withdrawal on the Debtors' official claims register.

A conformed signature shall be deemed original for purposes of this Notice of Withdrawal.

Dated: August 9, 2016                                   /s/ [signature]

ny-1242910