8-17-16

Martin Glenn
United States Bankruptcy Judge
RE:
  ResCap Borrower Claim Trust   No. 773

Case No 12-12020 MG

Honnorable Judge Glenn;

I request your review of the payment I received for my claim; I was paid only 30.1% of the claim you approved and somehow the awarded unsecured claim was changed to a "convenience claim", (see the attached proof of claim) Payment I received from trustee Peter S. Kravitz.

I was orignaly told by Residential Capital that my HELOC account was only frozen and that letter gave me the impression that this was a tempory condition durring the restructing under Chapter 11, (see attached 5-24-12 letter).

I beluv the reduction to only 30.1% is another misleading action on the part of Residential Capital.

I have reviewed all the documents I recevied related to the bankruptcy of ResCap, but I cannot find any reference to 30.1%.

I Here-by request your review to determine if ResCap has paid my claim as you ordered.

Thank you for all the time you put in to the judgement of ResCaps Bankruptcy claim.

Sincerly
Peter Tesoro

(909) 982-1474

2337 Rosedale Cwv
Upland CA 91784

[RECEIVED AUG 24 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK]

# ResCap Borrower Claims Trust
## 17000 Ventura Blvd., Suite 300
## Encino, CA 91316

*Received 8-17-16*

August 15, 2016

VIA U.S. MAIL
Peter Tesoro
2337 Rosedale Curv
Upland, CA 91784

Re: In re Residential Capital, LLC, et als.
U.S. Bankruptcy Court, Southern District of New York Case No. 12-12020 (MG)
Payment of Proof of Claim No. 773

Dear Claimant:

I am writing to you in my capacity as the Trustee for the ResCap Borrower Claims Trust (the "**Borrower Trust**" or "**Trust**") established pursuant to the Debtors' Chapter 11 Plan (the "**Plan**") and the Borrower Trust Agreement.

Under the Borrower Trust Agreement, the amount of your Allowed Claim $6,000.00 qualifies you for special treatment as a Borrower Convenience Claim. As the holder of a Borrower Convenience Claim, you are entitled to a Borrower Convenience Claim Payment of 30.1 percent of your claim (the distribution percentage under the Borrower Trust Agreement for your Allowed Claim) plus an incentive or bonus. The Borrower Convenience Claim Payment is in the amount of $2,056.00 *or* $1,806.00, which is 30.1 % of your Allowed Claim amount rounded to the nearest dollar plus an incentive or bonus of $250.00.

I am pleased to enclose a check in the amount of $2,056.00 in payment of the Trust's first and final distribution under the Plan. This distribution represents your Borrower Convenience Claim Payment and is the total amount you are entitled to receive under the Borrower Trust Agreement and Plan.

To avoid forfeiting your distribution, please cash your enclosed check promptly. Under section 4.5 of the Trust Agreement, any payment that is unclaimed for a period of 6 months after payment shall be forfeited. Any request for reissuance of your check must be made promptly and in any event prior to the expiration of the 6-month period referred to in the previous sentence. It must be made in writing and directed to my attention at the above address.

If you have questions about the legal or tax aspects of the distribution, please contact your legal or tax advisors. Neither the trustee nor its attorneys or other advisors may advise you about the effect of the enclosed distribution on your rights and obligations.

Sincerely,

Peter S. Kravitz
Trustee, ResCap Borrower Claims Trust

52274101.1

12-12020-mg    Doc 9954    Filed 06/27/16    Entered 06/27/16 12:21:38    Main Document
Pg 13 of 22

In re RESIDENTIAL CAPITAL, LLC et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B- NINETY-THIRD OMNIBUS OBJECTION - RECLASSIFY AND ALLOW BORROWER CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name and Case Number | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Beverly A. Blake<br>210 C.L. Bradford St.<br>Pineville, LA 71360 | 1457 | 10/22/2012 | $26,000.00<br>Priority | Homecomings Financial, LLC<br>12-12042 | $26,<br>Ge<br>Uns | |
| Shirley S. Washington<br>2312 Old Military Rd<br>Mobile, AL 36605 | 2170 | 11/5/2012 | $20,494.92<br>Secured | Homecomings Financial, LLC<br>12-12042 | $20,<br>Ge<br>Uns | |
| Peter Tesoro<br>2337 Rosedale Curve<br>Upland, CA 91784 | 773 | 9/27/2012 | $6,000<br>Secured | GMAC Mortgage, LLC<br>12-12032 | $6<br>Ge<br>Uns | |
| Sandra Staddard<br>4209 40th Ct N<br>Birmingham, AL 35217 | 785 | 9/27/2012 | $2,600.00<br>Priority | GMAC Mortgage, LLC<br>12-12032 | $2,<br>Ge<br>Uns | |
| Monifa Jamila Ajanaku<br>1020 Rayner St<br>Memphis, TN 38114 | 7288 | 10/16/2012 | $792.72<br>Secured<br>$1,530.36<br>General<br>Unsecured | GMAC Mortgage, LLC<br>12-12032 | $2,<br>Ge<br>Uns | |

93rd omnibus
objection motion
(Doc. # 9954)

# GMAC Mortgage

May 24, 2012

Dear HELOC customer,

Residential Capital, LLC (ResCap), recently announced that it and its subsidiaries are restructuring under Chapter 11. ResCap is the parent company of GMAC Mortgage, which funds your Home Equity Line of Credit (HELOC).

As a result of this action, your HELOC with GMAC Mortgage has been frozen, which means that you will not be able to make new draws (ex: checks or wire transfers). In addition, any checks or transfer requests that were not received by GMAC Mortgage by May 14, 2012, cannot be honored. Please note this action does not change your obligation to repay the amount previously drawn, including interest, by the terms outlined in your agreement.

Enclosed is a notice of Important Information Regarding Your Home Equity Line of Credit and the Notice of Commencement.

We understand you may have some questions. Please feel free to contact our toll-free Homeowner Hotline at (888) 926-3480 between 8 a.m. and 5 p.m. EST, or refer to http://www.kccllc.net/rescap for additional information regarding ResCap's Chapter 11 reorganization.

We apologize for the inconvenience and thank you for your cooperation.

Sincerely,

Thomas Marano
Chief Executive Officer
Residential Capital, LLC

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

8-17-16

ResCap Borrower Claims Trust
\# 773

Peter Kravitz, Trustee

Dear Mr Kravitz

Thank you for the prompt distribution of my claim that I received on 8-17-16.

I have a question as to why the awarded unsecured claim was changed to a "Convenience Claim" and then reduced to only 30.1% of my original $6000.00 claim. Please provide copy of all information used to reduce my claim to $2056.00.

If this information is not available to you please advance my request to the person who can provide the answer, or provide their contact information to me.

Thank you for any assistance you can provide and thank you again for your prompt distribution of the ResCap Borrower Claims Trust.

Sincerely (909) 982-1474

Peter Tesoro
2337 Rosedale cir
Upland CA 91784

CC: Martin Glenn
United States Bankruptcy Judge