**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING WITHDRAWAL AND DIRECTING NO FURTHER SERVICE BE DIRECTED TO ATTORNEY RHONDA HOOD, ATTORNEY FOR CREDITOR DERRIUS E. SILMON**

Claimant, Derrius Silmon, by and through his undersigned counsel, filed a motion to withdraw from receiving further notifications and service in this proceeding. (ECF Doc. # 9950).

The Court finds the motion is well taken, as Claimant withdrew Proof of Claim No. 4784, and otherwise represents to the Court that he has no other interests in this matter.

IT IS HEREBY ORDERED, that attorney Rhonda Steadman Hood be removed from further service in this matter.

**IT IS SO ORDERED.**

Dated:   September 7, 2016
         New York, New York

                                             /s/Martin Glenn
                                           MARTIN GLENN
                                    United States Bankruptcy Judge