**<u>Exhibit A</u>**

STATE OF MICHIGAN IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

WIENER, GERARD,,     Plaintiff,     NO: 2010-111283-CH
v
BANKERS TRUST CO     Defendant,     HON. WENDY POTTS

EXHIBIT A

In the matter of:

### ORDER REGARDING MOTION

Motion Title:   Plaintiff's Motion for Temporary Restraining Order

The above named motion is:

☐ granted.

☐ granted in part, denied in part.

☐ denied.

☐ for the reasons stated on the record.

In addition:   Pursuant to the parties' stipulation, the redemption period is tolled pending further order of the Court.

DATED:  06/30/2010

JH  /s/ Judge Wendy Potts
HON. WENDY POTTS
Circuit Court Judge

Received for Filing Oakland County Clerk 2010 SEP 22 PM 03:21