# **Exhibit B**

12-12020-mg    Doc 10092-9    Filed 09/09/16    Entered 09/09/16 15:55:02    DeLuca Decl. Exhibit B    Pg 2 of 3

Aug 17 09 04:19p    WALTER POOKRUM    3139610610    p.1

# THE LAW FIRM OF WALTER POOKRUM
1862 Penobscot Bldg.
645 Griswold St.
Detroit, MI 48226
313 963-7300
961-0610 Fax

## Facsimile Transmittal

To: ORLANS ASSOCIATES, PC
LOAN RESOLUTION AND/OR
HOMEOWNER SUPPORT DEPT.

From: W. POOKRUM, ESQ.

Date: 8-17-09

Re: 1946 PARMENTER, ROYAL OAK, MI 48073

Fax No: (248) 502.1601
(    )
(    )

No. of Pages: 2    (including transmittal sheet)

COMMENTS:
GMAC ACCOUNT NO. ███████ 3416

12-12020-mg    Doc 10092-9    Filed 09/09/16    Entered 09/09/16 15:55:02    DeLuca Decl. Exhibit B    Pg 3 of 3

Aug 17 09 04:19p        WALTER POOKRUM            3139610610            p.2

# THE LAW FIRM OF WALTER POOKRUM

1862 PENOBSCOT BUILDING
645 GRISWOLD STREET
DETROIT, MICHIGAN 48226

313 963-7300
TELEFAX 961-0610

August 17, 2009
By telefax to 248 502-1601 and overnight mail

Orlans Associates, PC
Loan Resolution Department and/or
Homeowner Support Department
1650 W. Big Beaver Road
Troy, MI 48084

Re: 1946 Parmenter, Royal Oak, MI 48073

To Whom It May Concern:

I represent the Estate of Roland Wiener, Deceased, and Gerard Wiener, son of the late Mr. Wiener and personal representative of his estate (see letter of authority and death certificate, provided under cover of letter dated August 14, 2009, faxed to the number above). A mortgage foreclosure sale of the above-referenced real estate is scheduled for September 8, 2009. The notice bears the date of August 6, 2009.

My August 14 letter requested that the foreclosure sale be postponed. I renew that request here, and advise you that my clients hereby request a meeting under MCL 600.3205b, which was recently amended/enacted, effective July 5, 2009. Please be advised, also, on information and belief, that notice has not been mailed to the mortgagor as required by section 3205a of this statute.

I look forward to hearing from you soon.

Very sincerely yours,

*[signature]*

Walter Pookrum, Esq.