**Exhibit D**

0682

## GMAC

**From:** walter pookrum [wpookrum@gmail.com]
**Sent:** Wednesday, October 14, 2009 2:17 PM
**To:** Scully, Patricia
**Subject:** Re: GMAC # ▮▮▮▮3486/Gerard Wiener, Pers. Rep., Estate of Roland Wiener/1946 Parmenter, Royal Oak MI

Ms. Scully: Thank you for our telephone conversation yesterday (October 13). Assuming the monthly payments will be applied to the loan balance, the estate is inclined to enter the forbearance arrangement you propose.

I request, however, that we change the date in the agreement from the 10th of each month to the 15th (which would be more comfortable for the estate, given the ongoing condominium fees and other expenses associated with preserving the property).

With the answers to these questions in hand, I will have the forbearance document signed and sent to you. Please advise as to where/how it should be sent.

Also, please copy me when you adjourn (and, eventually, cancel) the foreclosure sale.

Cordially, Walter Pookrum

On Thu, Oct 8, 2009 at 11:16 AM, Scully, Patricia <Patricia.Scully@gmacrescap.com> wrote:
Walter,

I would like to set the WIENER account up on a 6 month forbearance. I would like the estate to start making payments in the amount of $480.79, beginning 11/01/2009. This is a Freddie Mac loan...I cant just keep adjourning this without some sort of plan in place. I have sent a family transfer pkg to Gerard, but with his health issue, we have been unable to get anything done. Do you think the 6 month forbearance is reasonable? The FC Sale is set for 10/20/2009. Upon receipt of the first installment on the Forbearance I can cancel the FC sale, then the Estate will have time to decide how they wish to proceed. Please advise. I have enclosed a copy of the Forbearance agreement for your review.

Regards,

**Patty L. Scully**
**Community Relations Manager**
GMAC ResCap
HOPE/Keychain Alliance
Detroit HOPE Partnership
(586) 443.4450
(866) 690-5244 Fax
(586) 557-0550 Cell
patricia.scully@gmacrescap.com
*DO BETTER EVERY DAY!*

"This submission contains confidential business information. Any public disclosure of this information could harm the commercial or financial interest of GMAC and its affiliates (collectively, "GMAC"). If disclosed, this information would permit GMAC's competitors to learn details of GMAC's business plans. Accordingly, we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential treatment of this document. Also, we request notification if anyone submits a Freedom of Information Act request for a copy of this document

**From:** walter pookrum [mailto:wpookrum@gmail.com]

0690

(866) 690-5244 Fax
(586) 557-0550 Cell
patricia.scully@gmacrescap.com
DO BETTER EVERY DAY!

"This submission contains confidential business information. Any public disclosure of this information could harm the commercial or financial interest of GMAC and its affiliates (collectively, "GMAC"). If disclosed, this information would permit GMAC's competitors to learn details of GMAC's business plans. Accordingly, we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential treatment of this document. Also, we request notification if anyone submits a Freedom of Information Act request for a copy of this document

-----Original Message-----
From: Gerard Wiener [mailto:gerard.wiener@gmail.com]
Sent: Monday, November 16, 2009 4:44 PM
To: Scully, Patricia
Cc: walter pookrum
Subject: Re: 11/15 payment

Sigh.

Hi Patricia,

Thanks for the fast response. I just got off the phone with Walter and it seems he and I were not on the same page as to what had to happen - I thought I just needed to reinitiate payment and he thought I was handling the execution of the agreement and all the rest from there on in. I understand that you are in a tight spot and probably don't have room to maneuver. If it is possible for me to get the payment to you somehow that would be great to avoid the foreclosure hassle.

Just fyi I appreciate that you made the settlement offer last month which I agreed to and I did try in good faith to make the payment on Friday and again today and DO have the money (ask Walter - I am paying his bills too). I am sorry about the mix up and was very surprised to hear that the foreclosure was scheduled for tomorrow.

Just to further complicate matters - I am not in the US - I am in Hungary and have just wrapped up a week of meeting some of the best stroke experts in the world and am leaving to go home to the US tomorrow. What that means in practice is that I am going to be on a plane all day tomorrow and not reachable.

Walter - you have my permission to make the payment any which way if Ms. Scully says it is possible and you can of course add the $480.69 to my/the estate's bill.

Best regards,

GErard
On Nov 16, 2009, at 1:27 PM, Scully, Patricia wrote:

12-12020-mg    Doc 10092-11    Filed 09/09/16    Entered 09/09/16 15:55:02    DeLuca
Decl. Exhibit D    Pg 4 of 4

0691

> Probably because no one ever confirmed back with me that the estate
> was going to do the special forbearance....this file is set to go to
> FC sale tomorrow. I needed to refer this over to Freddie Mac for
> approval. I am not sure if I can pull this one out of the fire
> now....I am going to need all the financials/HAMP pkg. Also Freddie
> Mac does not offer the deal of the 50 % mortgage payment any more.
> They will only allow 70% of the P&I. I have adjourned this sale
> twice already. I cant do it again. I sent a copy of the FCB to
> Walter, but never heard back.
>
>
> Patty L. Scully
> Community Relations Manager
> GMAC ResCap
> HOPE/Keychain Alliance
> Detroit HOPE Partnership
> (586) 443.4450
> (866) 690-5244 Fax
> (586) 557-0550 Cell
> patricia.scully@gmacrescap.com
> DO BETTER EVERY DAY!
>
> "This submission contains confidential business information. Any
> public disclosure of this information could harm the commercial or
> financial interest of GMAC and its affiliates (collectively,
> "GMAC"). If disclosed, this information would permit GMAC's
> competitors to learn details of GMAC's business plans. Accordingly,
> we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential
> treatment of this document. Also, we request notification if anyone
> submits a Freedom of Information Act request for a copy of this
> document
>
>
> -----Original Message-----
> From: Gerard Wiener [mailto:gerard.wiener@gmail.com]
> Sent: Monday, November 16, 2009 4:14 PM
> To: Scully, Patricia
> Cc: walter pookrum
> Subject: 11/15 payment
>
> Hi Ms. Scully, Walter,
>
> I tried to make a payment on my father's mortgage in the amount we
> agreed to on Friday and again today but could not access his GMAC
> account on behalf of the estate any longer. Can one of you suggest
> any alternate method to wire/transfer the money?
>
> Walter - I left a message for you on your office phone re:same.
>
> br,
>
> Gerard
> <HMP Package updates 4 28 09.pdf>