**Exhibit E**

0717

GErard
On Nov 16, 2009, at 1:27 PM, Scully, Patricia wrote:

> Probably because no one ever confirmed back with me that the estate
> was going to do the special forbearance....this file is set to go to
> FC sale tomorrow. I needed to refer this over to Freddie Mac for
> approval. I am not sure if I can pull this one out of the fire
> now....I am going to need all the financials/HAMP pkg. Also Freddie
> Mac does not offer the deal of the 50 % mortgage payment any more.
> They will only allow 70% of the P&I. I have adjourned this sale
> twice already. I cant do it again. I sent a copy of the FCB to
> Walter, but never heard back.
>
>
> Patty L. Scully
> Community Relations Manager
> GMAC ResCap
> HOPE/Keychain Alliance
> Detroit HOPE Partnership
> (586) 443.4450
> (866) 690-5244 Fax
> (586) 557-0550 Cell
>
patricia.scully@gmacrescap.com
> DO BETTER EVERY DAY!
>
> "This submission

0718

contains confidential business information. Any
> public disclosure of this information could harm the commercial or
> financial interest of GMAC and its affiliates (collectively,
> "GMAC"). If disclosed, this information would permit GMAC's
> competitors to learn details of GMAC's business plans. Accordingly,
> we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential
> treatment of this document. Also, we request notification if anyone
> submits a Freedom of Information Act request for a copy of this
> document
>
>
> -----Original Message-----
> From: Gerard Wiener [mailto:gerard.wiener@gmail.com]
> Sent: Monday, November 16, 2009 4:14 PM
> To: Scully, Patricia
> Cc: walter pookrum
> Subject: 11/15 payment
>
> Hi Ms. Scully, Walter,
>
> I tried to make a payment on my father's mortgage in the amount we
> agreed to on Friday and again today but could not access his GMAC
> account on behalf of the estate any longer. Can one of you