**<u>Exhibit F</u>**



0720

## GMAC

| | |
|---|---|
| **From:** | Scully, Patricia |
| **Sent:** | Monday, November 23, 2009 12:05 PM |
| **To:** | walter pookrum |
| **Cc:** | Gerard Wiener |
| **Subject:** | RE: 11/15 payment |

Please be advised the FC sale has been adjourned to 12/29/2009. Gerard I did receive the fax you sent over last week. It appears one of your sisters is going to take over the property. I am going to have to have her complete the assumption pkg that was sent out to your CA mailing address back in Sept. The loan will have to be brought current for the assumption to go thru.

Walter,
You are going to have to call our customer service dept and request the mortgage docs you need. I do not have access to them on the system..trust me I looked, I really don't know why either. Customer Service Number is 214.874.2500. Here is the acct # ████3416.

**Patty L. Scully**
**Community Relations Manager**
**GMAC ResCap**
HOPE/Keychain Alliance
Detroit HOPE Partnership
(586) 443.4450
(866) 690-5244 Fax
(586) 557-0550 Cell
patricia.scully@gmacrescap.com
*DO BETTER EVERY DAY!*

"This submission contains confidential business information. Any public disclosure of this information could harm the commercial or financial interest of GMAC and its affiliates (collectively, "GMAC"). If disclosed, this information would permit GMAC's competitors to learn details of GMAC's business plans. Accordingly, we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential treatment of this document. Also, we request notification if anyone submits a Freedom of Information Act request for a copy of this document

**From:** walter pookrum [mailto:wpookrum@gmail.com]
**Sent:** Friday, November 20, 2009 1:11 PM
**To:** Scully, Patricia
**Subject:** Re: 11/15 payment

Hi, Ms Scully: Thanks for the info, but I need something more formal for the court to establish the outstanding balance, and I need the mortgage and note as part of my "due diligence." So, as soon as you can get those to me, I'd appreciate it. I need the balance documentation by next Fri, the 27th. Thanks, Walter Pookrum

On Thu, Nov 19, 2009 at 4:49 PM, Scully, Patricia <Patricia.Scully@gmacrescap.com> wrote:
Here is the bottom line ...I can get the payment reduced for 6 months to $755.07 to give the estate time to figure out what they want to do,
The Unpaid Principal Balance at this time is $60,684.22, the current I/R is 8.75, the loan is currently due for the 04/01/2009 payment. I need the paper work I sent over Tuesday back to me by tomorrow...I am off tomorrow, but I will send it off to our loss Mitt dept in Waterloo IA to request the Special Forbearance. I HAVE to have that paperwork, otherwise under the Freddie Mac guidelines I cannot adjourn the sale any longer. These are formal arrangements, and our set up on our servicing system. If I do not receive the paper work as requested, I will assume the Estate has decided to let the property go to FC sale on 11/24, and proceed with the 6 month

0721

redemption period.

Regards,

**Patty L. Scully**
**Community Relations Manager**
GMAC ResCap
HOPE/Keychain Alliance
Detroit HOPE Partnership
(586) 443.4450
(866) 690-5244 Fax
(586) 557-0550 Cell
patricia.scully@gmacrescap.com
*DO BETTER EVERY DAY!*

"This submission contains confidential business information. Any public disclosure of this information could harm the commercial or financial interest of GMAC and its affiliates (collectively, "GMAC"). If disclosed, this information would permit GMAC's competitors to learn details of GMAC's business plans. Accordingly, we request, pursuant to 5 U.S.C. Section 552(b)(4), confidential treatment of this document. Also, we request notification if anyone submits a Freedom of Information Act request for a copy of this document

---

**From:** walter pookrum [mailto:wpookrum@gmail.com]
**Sent:** Thursday, November 19, 2009 4:12 PM

**To:** Scully, Patricia
**Subject:** Re: 11/15 payment

Hi, Ms. Scully: I will need some information from GMAC, also: Please send documentation of the loan (mortgage, note, and balance due) ASAP to me or Mr. Wiener by e-mail if possible and regular mail (Walter Pookrum, 645 Griswold St., Suite 1862, Detroit, MI 48226 or to Gerard (not Gerald) Wiener, 838 Green Street, San Francisco, CA 94133. Thank you. Regards, Walter Pookrum

On Tue, Nov 17, 2009 at 10:31 AM, Scully, Patricia <Patricia.Scully@gmacrescap.com> wrote:
Hi Walter...I was able to adjourn the sale for a week, and have escalated it to Freddie Mac...I am sorry if we had a communication problem, but I was really waiting to hear back, I figured with Geralds medical condition, the just decided not to deal with it. I am going to need the HAMP pkg completed so I can submit it for loss mitigations options. I sent it over in an email yesterday...also Gerald had it right from the beginning, He went online and was able to retrieve it: I will need the following along with the completed financial forms.

HMP requirements:
The following documentation must be included to determine eligibility:
Financial Analysis Form
The enclosed Financial Hardship Affidavit completed and signed by all borrowers, along with a written hardship letter.
Signed a dated copy of IRS Form 4506T (request for Transcript of Tax Return) along with the 2008 signed Federal Tax return.
Proof of Income ( copy of two most recent pay stubs) For self employed Copy of the most recent quarterly or year to date profit and loss

Regards,

**Patty L. Scully**