**Exhibit G**

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2010 JAN 12 AM 9:34

9201
LIBER 41778 PAGE 76
$34.00 DEED - COMBINED
$4.00 REMONUMENTATION
01/19/2010 02:05:20 P.M. RECEIPT# 4475

PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## SHERIFF'S DEED ON MORTGAGE FORECLOSURE

THIS INDENTURE made the 5th day of January, 2010* between **John M. Roehrig** a deputy sheriff in and for Oakland County, Michigan, party of the first part, and The Federal Home Loan Mortgage Corporation, c/o Orlans Associates, P.C., 1650 West Big Beaver Road, Troy, MI 48084, party of the second part (hereinafter called the grantee).

Witnesseth, that whereas, Roland C. Wiener, a single man, whose address is 1946 Parmenter Apt 305, Building 53, Segment 19, Royal Oak, MI 48073, made a certain mortgage to Homecomings Financial Network, Inc. (hereinafter called "Mortgagee"), which was duly recorded in the office of the Register of Deeds of Oakland County in Liber 17008, Page 710, Oakland County Records, re-recorded 4/29/1999 in Liber 19941, Page 209, Oakland County Records. Said mortgage is now held by Bankers Trust Company as Trustee by assignment.

WHEREAS, said mortgage contained a power of sale which has become operative by reason of default in the terms and conditions of the mortgage; and

WHEREAS, no suit or proceeding at law or in equity has been instituted to recover the debt secured by the mortgage or any part thereof; and

WHEREAS, by virtue of the power of sale, and pursuant to the statutes of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in the mortgage that the premises, or some part of them, would be sold on the 5th day of January, 2010*, at the public vendue, on the 1st floor Main entrance to the Courthouse in Pontiac, that being the place of holding the Circuit Court for Oakland County wherein the premises are located; and

WHEREAS, pursuant to said notice I did, at 10:00 a.m., local time, on the date stated above, expose for sale at public vendue the said lands and tenements described below, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of **Sixty-Five Thousand & 0/100 Dollars ($65,000.00)**, that being the highest bid therefore and the grantee being the highest bidder; and

WHEREAS, said lands and tenements are situated in the City of Royal Oak, Oakland County, Michigan, and are more particularly described as:

**Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended**

Tax# 20-32-476-086
More commonly known as 1946 Parmenter Apt 305, Building 53, Segment 19

90000240   13

Now, this indenture Witnesseth, that I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain, and sell unto the grantee, its successors and assigns, FOREVER, all the estate, right, title, and interest which the said Mortgagor(s) had in said land and tenements and every part thereof, on 12th day of February, 1997, that being the date of said mortgage, or any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoove forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could, or ought to sell the same.
In witness whereof I have set my hand and seal.

**John M. Roehrig**
Deputy Sheriff in and for the County of Oakland, Michigan

State of Michigan
County of Oakland

This Sheriff's Deed on Mortgage Sale was acknowledged before me this 5th day of January, 2010*, by John M. Roehrig, Deputy Sheriff for Oakland County, Michigan.

_____, Notary Public
_____ Name
Oakland County, Michigan
My Commission Expires: _____
Acting in _____ County

Exempt from County Real Estate Transfer Tax pursuant to MCLA 207.505(h)(ii)

Exempt from State Real Estate Transfer Tax pursuant to MCLA 207.526(v)

Adjourned from September 8, 2009 to January 5, 2010 by posting a notice of adjournment at the place of sale for Oakland County, Michigan.

File Number: 280.9457 Loan Type: FREDDIE MAC

Anita Engasser
Notary Public, State of Michigan
County of Oakland
My Commission Expires 7-29-2015
Acting in the county of Oakland

O.K. - GK

9P R E FILE

## NON-MILITARY AFFIDAVIT
State of Michigan
   ss.
County of Oakland

The undersigned, being first duly sworn, states that upon investigation she/he is informed and believes that none of the persons named in the notice attached to the sheriff's deed of mortgage foreclosure, nor any person upon whom they or any of them were dependent, were in the military service of the United States at the time of sale or, for six months prior thereto; nor the present grantee(s).

The undersigned further states that this affidavit is made for the purpose of preserving a record and clearing title by virtue of The Servicemembers Civil Relief Act of 2003, as amended.

_/s/ Ophelia Hatten_
Ophelia Hatten

Subscribed and sworn to before me this 29th day of December, 2009

_/s/ Lindsay M. Kendrich_
Lindsay M. Kendrich, Notary Public
Oakland County Acting in Oakland County, Michigan
My Commission Expires: 07/16/2012

## AFFIDAVIT OF AUCTIONEER and CERTIFICATE OF REDEMPTION PERIOD
State of Michigan
   ss.
County of Oakland

**John M. Roehrig** being first duly sworn, deposes and says that he is a Deputy Sheriff of said Oakland County; that he/she acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice; that said sale was opened at 10:00 a.m., local time, on the 5th day of January, 2010, public vendue, on the 1st floor Main entrance to the Courthouse in Pontiac, that being the place of holding the Circuit Court for Oakland County, and said sale was kept open for the space of one hour; that the highest bid for the lands and tenements therein described was **Sixty-Five Thousand & 0/100 Dollars ($65,000.00)**; made by The Federal Home Loan Mortgage Corporation, that said sale was in all respects open and fair; and that he/she did strike off and sell said lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

I DO HEREBY CERTIFY that the within Sheriff's Deed will become operative at the expiration of the redemption period, July 5, 2010, unless said date falls on a weekend, at which point the redeeming party or anyone claiming under him, will have until 5:00pm the following Monday to perfect their redemption; OR the property is determined abandoned pursuant to MCLA 600.3241a, in which case the redemption period will be 30 days from the date of sale, OR should the Sheriff's Deed not be recorded within 20 days from the date of the foreclosure sale, in which case the redemption period will be 6 months from the date of recording. The foreclosing mortgagee can rescind the sale in the event a 3rd party buys the property and there is a *simultaneous resolution with the borrower.*

**John M. Roehrig**
Deputy Sheriff
Oakland County, Michigan

Subscribed and sworn to before me this 5th day of January, 2010.

_/s/_, Notary Public
              Name
Oakland County, Michigan
My commission expires: _____

Anita Engasser
Notary Public, State of Michigan
County of Oakland
My Commission Expires 7-29-2015
Acting in the county of Oakland

Drafted by and when recorded return to:
Christene M. Richter
Orlans Associates, P.C.
P.O. Box 5041
Troy, MI 48007-5041
(248) 502-1400    File No: 280.9457

**ATTN REGISTER OF DEEDS:** Please send all Redemption notifications and funds collected in your office to Orlans Associates, P.C., P.O. Box 5041, Troy, MI 48007-5041.

**ATTN PURCHASERS:** This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. Please be advised that all 3rd party bidders are responsible for preparing and recording the Sheriff's Deed. ORLANS ASSOCIATES, P.C. Hereby expressly disclaims all liability relating to the foreclosure, preparation and recording of the Sheriff's Deed.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY. MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Roland C. Wiener, a single man, to Homecomings Financial Network, Inc, Mortgagee, dated February 12, 1997 and recorded February 24, 1997 in Liber 17008, Page 710, and re-recorded 4/29/1999 in Liber 19941, Page 209, Oakland County Records, Michigan. Said mortgage is now held by Bankers Trust Company as Trustee by assignment. There is claimed to be due at the date hereof the sum of Sixty-Four Thousand Twenty and 90/100 Dollars ($64,020.90) including interest at 8.75% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue at the 1st floor Main entrance to the Court House in Pontiac in Oakland County, Michigan at 10:00 a.m. on SEPTEMBER 8, 2009. Said premises are located in the City of Royal Oak, Oakland County, Michigan, and are described as: Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale. TO ALL PURCHASERS: The foreclosing mortgagee can rescind the sale. In that event, your damages, if any, are limited solely to the return of the bid amount tendered at sale, plus interest. If you are a tenant in the property, please contact our office as you may have certain rights. Dated: August 6, 2009 Orlans Associates, P.C. Attorneys for Servicer P.O. Box 5041 Troy, MI 48007-5041 2485021499 File No. 280.9457 ASAP# 3215524 08/06/2009, 08/13/2009, 08/20/2009, 08/27/2009

**AFFIDAVIT OF POSTING**
STATE OF MICHIGAN
COUNTY OF Oakland

_David J Allen_____, being duly sworn, deposes and says that on the __11__ day of __Aug__ A.D., 2009, he posted a Notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to:

1946 Parmenter Apt 305, Building 53, Segment 19
ROYAL OAK MI 48073

_David J Allen_____
**Signature**

_DAVID J ALLAN_____
**Printed Name (Please Print Neatly)**

*Agent, please mark the below, when applicable:*

☐ Multi Unit
☐ Mobile/Manufactured Home
☐ Vacant/Abandonment
☐ No Dwelling
☐ Other (i.e. visual damage)_____

Subscribed and sworn to before me this __11__ day of __Aug._____, A.D. 2009

_Karen McLeod_____
Signature of Notary Public

_Karen McLeod_____
Printed Name of Notary Public
(Please Print Neatly)

_Macomb_____ County, Michigan
My Commission Expires: __11-22-11__

Acting in _Macomb_____ County, Michigan

DRAFTED By and when recorded

Return to:  **Orlans & Associates, P.C.**

**P.O. Box 5041**
**Troy, MI 48007**
**(248)502-1400**

File No. __2809457__
ASAP No. __3215524__

LIBER4 1778 PG079

County of Oakland } ss.
STATE OF MICHIGAN,

Crystall Hill ...................being duly sworn,

deposes and says that I am the ...legal rep.......... of
THE OAKLAND PRESS, a newspaper printed and circulated daily in Oakland County, Michigan and that I held such position during the publication of the notice hereto annexed; that a notice of ..............................................................

......public notice.................................of
which the annexed notice is a true copy, was published in the said THE OAKLAND PRESS.............................................

...4 times............... immediately preceding the 28 of Aug..... that the annexed printed copy of said notice was taken from the said newspaper. That the dates of

publication of said notice were....................................................

Aug 6, 13, 20, 27, 2009
and further deponent sayeth not.

*Crystall Hill* (signature)
...............Crystall Hill...............

Subscribed and sworn to before me this ...28......... day of
...............August............A.D. 20..09......

*Tina M. Crown* (signature)
NOTARY PUBLIC, OAKLAND COUNTY, MICHIGAN

TINA M. CROWN
NOTARY PUBLIC, STATE OF MI
COUNTY OF LAPEER
MY COMMISSION EXPIRES Mar 30, 2014
ACTING IN COUNTY OF. *Oakland*

---

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY. MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Roland C. Wiener, a single man, to Homecomings Financial Network, Inc., Mortgagee, dated February 12, 1997 and recorded February 24, 1997 in Liber 17008, Page 710, and, re-recorded 4/29/1999 in Liber 19941, Page 209, Oakland County Records, Michigan. Said mortgage is now held by Bankers Trust Company as Trustee by assignment. There is claimed to be due at the date hereof the sum of Sixty-Four Thousand Twenty and 90/100 Dollars ($64,020.90) including interest at 8.75% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue at the 1st floor Main entrance to the Court House in Pontiac in Oakland County, Michigan at 10:00 a.m. on SEPTEMBER 18, 2009. Said premises are located in the City of Royal Oak, Oakland County, Michigan, and are described as: Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale. TO ALL PURCHASERS: The foreclosing mortgagee can rescind the sale. In that event, your damages, if any, are limited solely to the return of the bid amount tendered at sale, plus interest. If you are a tenant in the property, please contact our office as you may have certain rights. Dated: August 6, 2009 Orlans Associates, P.C. Attorneys for Servicer P.O. Box 5041 Troy, MI 48007-5041 2485021499 File No. 280.9457 ASAP# 3215524 08/06/2009, 08/13/2009, 08/20/2009, 08/27/2009

280.9457

County of Oakland }
STATE OF MICHIGAN, } ss.

............Crystall Hill............ being duly sworn,

deposes and says that I am the ....Legal Rep.... of THE OAKLAND PRESS, a newspaper printed and circulated daily in Oakland County, Michigan and that I held such position during the publication of the notice hereto annexed; that a notice of

........................public notice........................ of which the annexed notice is a true copy, was published in the said THE OAKLAND PRESS..............................

........once............................ immediately preceding the 13 of ..July.. that the annexed printed copy of said notice was taken from the said newspaper. That the dates of publication of said notice were..........................

................July 12, 2009................

and further deponent sayeth not.

................Crystall Hill................
................Crystall Hill................

Subscribed and sworn to before me this ......16...... day of

................July................ A.D. 20 09

................Tina M Crown................

NOTARY PUBLIC, OAKLAND COUNTY, MICHIGAN

TINA M. CROWN
NOTARY PUBLIC, STATE OF MI
COUNTY OF LAPEER
MY COMMISSION EXPIRES Mar 30, 2014
ACTING IN COUNTY OF Oakland

---

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT COMMUNICATION WITH OUR OFFICE COULD BE INTERPRETED AS AN ATTEMPT TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN ACTIVE MILITARY SERVICE, PLEASE CONTACT OUR OFFICE, AS YOU ARE ENTITLED TO SPECIAL PROTECTIONS. To: Roland C. Wiener 1946 Parmenter Royal Oak, MI 48073 State law requires that you receive the following notice: You have the right to request a meeting with your mortgage holder or mortgage servicer. The person to contact and that has the authority to make agreements for a loan modification with you is: Orlans Associates, P.C Loss Mitigation Department, P.O. Box 5041, Troy, MI 48007-5041, (248) 502-1331. You may contact a housing counselor by visiting the Michigan State Housing Development Authority ("MSHDA") website or by calling MSHDA. The website address and telephone number of MSHDA is: (www.mshda.info/counseling_search/), telephone (517) 373-8370, TTY# 1-800-382-4568. If you request a meeting with the servicer's designate, foreclosure will not start until 90 days after the date the Notice was mailed to you. If you and the servicer's Designate reach an agreement to modify the mortgage loan, the mortgage will not be foreclosed if you abide by the terms of the agreement. You have the right to contact an attorney. You may contact attorney of your choice. If you do not have an attorney, the telephone number for the Michigan State Bar Association's Lawyer Referral Service is 1-800-968-0738. Dated: July 12, 2009 Orlans Associates P.C Attorneys for Servicer P.O. Box 5041 Troy, MI 48007-5041 File Number: 280.9457 ASAP# 3180827 07/12/2009

LIBER4 1778 PG080

# AFFIDAVIT OF COMPLIANCE

STATE OF MICHIGAN)
                 ss)
COUNTY OF OAKLAND)

Christene M. Richter, states as follows:

1. That Christene M. Richter is the duly authorized attorney for Bankers Trust Company as Trustee ("the Mortgagee"), and The Federal Home Loan Mortgage Corporation, and is familiar with the facts set forth herein
2. This affidavit is being filed to show compliance with MCL 600.3204 and 600.3205 with regard to the foreclosure by advertisement of the loan herein described, for the property located in the City of Royal Oak, County of Oakland and State of Michigan, and further described as:

**Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended**

Commonly Known as: 1946 Parmenter Apt 305, Building 53, Segment 19    Tax ID #: 20-32-476-086

3. On or about February 12, 1997 a mortgage was executed between Roland C. Wiener, a single man to Homecomings Financial Network, Inc. for $87,500.00 on February 12, 1997, recorded February 24, 1997 in Liber 17008, Page 710, Oakland County Records.
4. Said mortgage is currently held by Bankers Trust Company as Trustee.
5. That the law firm of Orlans Associates, P.C. was retained to foreclose the above mortgage by advertisement.
6. That in processing the foreclosure for the above mortgage, Orlans Associates, P.C. mailed a written Notice to the borrower(s) pursuant to MCL 600.3205a(1) and (2).
7. That a form of the above Notice was also published in a qualified newspaper in the manner provided in MCL 600.3205a(4).
8. That neither the borrower(s) nor a housing counselor requested the authorized Designee to set up a meeting to modify the mortgage, within the required time period as set forth in MCL 600.3205a(1)(d).
9. That more than 24 days passed since the written Notice was sent to the borrower(s), pursuant to MCL 600.3205a(1) and (2).
10. That the Notice of Foreclosure was not published until Orlans Associates, P.C. complied with MCL 600.3204(4).

_____
Christene M. Richter
Attorney for Bankers Trust Company as Trustee ("the Mortgagee"), and The Federal Home Loan Mortgage Corporation, and is familiar with the facts set forth herein.

Subscribed and sworn to before me this 29th day of December, 2009, by Christene M. Richter, attorney for The Federal Home Loan Mortgage Corporation and is familiar with the facts set forth herein.

_____
Lindsay M. Fendrich, Notary Public
Oakland County Acting in Oakland County, Michigan
My Commission Expires: 07/16/2012
Date Dated: 12/29/09

**Drafted by and when recorded return to:**                          Dated: December 29, 2009
**Christene M. Richter**
**Orlans Associates, P.C.**
**P.O. Box 5041**
**Troy, Michigan 48007-5401**
**(248) 502-1400    File Number: 280.9457**

## DECLARATION REGARDING RIGHTS OF PARTY WITH AN INTEREST IN THE INDEBTEDNESS TO BID AT SHERIFF'S SALE PURSUANT TO MCLA 600.3204 AND 600.3228

Christene M. Richter, states as follows:

1. That I am an adult individual that is fully competent to testify to the facts as stated herein
2. That I am an attorney employed by Orlans Associates, P.C., attorneys for Bankers Trust Company as Trustee ("the Mortgagee"), and The Federal Home Loan Mortgage Corporation, their successors or assigns and am fully authorized to execute this affidavit on behalf of said parties.
3. That a certain mortgage made by Roland C. Wiener, a single man, original mortgagor(s), to Homecomings Financial Network, Inc., Mortgagee, dated February 12, 1997, recorded February 24, 1997 in Liber 17008, Page 710, re-recorded 4/29/1999 in Liber 19941, Page 209, ("the Mortgage"), Oakland County Records. Said mortgage is now held by Bankers Trust Company as Trustee by assignment dated February 24, 1997 and recorded on February 24, 2000 in Liber 21130, Page 507, Oakland County Records., encumbering a certain parcel of real property located in the City of Royal Oak, County of Oakland, and being further described as:

    Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended
    Commonly Known as: 1946 Parmenter Apt 305, Building 53, Segment 19    Tax ID #: 20-32-476-086

4. That as the Mortgagee under the mortgage described above, Bankers Trust Company as Trustee has initiated a foreclosure sale of the Mortgage scheduled for 01/05/10, pursuant to the Michigan foreclosure by advertisement statute, being MCLA 600.3201 et. seq.
5. That The Federal Home Loan Mortgage Corporation, their successors or assigns is the owner of the indebtedness, or currently holds an interest in the indebtedness, secured by the Mortgage.
6. That pursuant to MCL 600.3204 and MCL 600.3228, respectively, The Federal Home Loan Mortgage Corporation, their successors or assigns holds the right to foreclose the Mortgage or otherwise bid in the place of the Mortgagee at the above-referenced mortgage foreclosure sale.
7. That The Federal Home Loan Mortgage Corporation, their successors or assigns did, in fact, submit a bid in place and stead of the Mortgagee for the 01/05/10 mortgage foreclosure sale.
8. That upon completion of the foreclosure sale on 01/05/10, The Federal Home Loan Mortgage Corporation, their successors or assigns will hold the same rights, title, and/or interest in the Subject Property as that of a mortgagee purchasing at sale.
9. That The Federal Home Loan Mortgage Corporation's, their successors or assigns rights as described herein are limited solely to the right to bid and purchase at foreclosure sale in place of the Mortgagee, and does not constitute an assignment of mortgage or any other assignment of the security interest in the property, which was held by the Mortgagee at the time of foreclosure.

_____
Christene M. Richter
Attorney for Bankers Trust Company as Trustee, and The Federal Home Loan Mortgage Corporation, their successors or assigns

Subscribed and sworn to before me this 29th day of December, 2009, by Christene M. Richter, attorney for Bankers Trust Company as Trustee, and The Federal Home Loan Mortgage Corporation, their successors or assigns

_____
Lindsay M. Fendrich, Notary Public
Oakland County Acting in Oakland County, Michigan
My Commission Expires: 07/16/2012
Date Dated: 12/29/09

**Drafted by and when recorded return to:**
**Christene M. Richter**
**Orlans Associates, P.C.**
**P.O. Box 5041**
**Troy, Michigan 48007-5401**
**(248) 502-1400**    File Number: 280.9457

F

12-12020-mg    Doc 10092-14    Filed 09/09/16    Entered 09/09/16 15:55:02    DeLuca
Decl. Exhibit G    Pg 9 of 10

LIBER 4 1 7 7 8 PG 0 8 8

## AFFIDAVIT DECLARING REDEMPTION DESIGNEE

STATE OF MICHIGAN)
                ss)
COUNTY OF OAKLAND)

Christene M. Richter, states as follows:
1. That Christene M. Richter is the duly authorized attorney The Federal Home Loan Mortgage Corporation and is familiar with the facts set forth herein.

2. This affidavit is being filed to declare the redemption amount in relation to the property located in the City of Royal Oak, County of Oakland further described as:
**Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page(s) 52, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Master Deed in Act 59 of the Public Acts of 1978, as amended**
Commonly Known as: 1946 Parmenter Apt 305, Building 53, Segment 19    Tax ID #: 20-32-476-086

3. On or about February 12, 1997 a mortgage was executed between Roland C. Wiener, a single man to Homecomings Financial Network, Inc. for $87,500.00 on February 12, 1997, recorded February 24, 1997 in Liber 17008, Page 710, Oakland County Records.
4. Said mortgage is currently held by Bankers Trust Company as Trustee.
5. Said mortgage is scheduled for foreclosure on the 5th day of January, 2010 for, $65,000.00.
6. Redemption must include $65,000.00, plus interest at the rate of 8.75% from January 5, 2010; at a per diem amount of $15.58; plus additional expenses for Taxes; Redemption of Senior Liens; Condominium Assessments; Homeowner Assessments; Community Association Assessments; or Premiums for Insurance Policies and Redemption Servicing Fee. **An authorized computation of the above can be received only from the designee listed below.**
7. The Redemption Servicing Fee, as allowed by Michigan Statue is $200.00, plus recording costs. The servicing fee is payable to Orlans Associates, P.C. and will be added to the redemption amount.

TO ORDER A REDEMPTION COMPUTATION CALL:
ORLANS ASSOCIATES, P.C., REDEMPTION DEPARTMENT
P.O. Box 5041
Troy, MI 48007-5401
248-502-1400

8. The Federal Home Loan Mortgage Corporation hereby appoints Orlans Associates, P.C. as its designee and pursuant to MCLA 600.3240 declares that a computation of the amount to redeem done by any other than Orlans Associates, P.C. is subject to the designee's audit of said computation and such redemption funds are subject to rejection.

9. A written, official computation of the redemption amount will be prepared by Orlans Associates, P.C., within a reasonable period of time for any and all who request such a computation.

10. Any redemption made without a written, current, computation provided by Orlans Associates, P.C. will be subject to audit and potential subsequent rejection of said funds.

11. Attention: REGISTER OF DEEDS; DO NOT accept redemption funds without a written, current redemption computation from Orlans Associates, P.C. Acceptance of funds without an Orlans Associates, P.C. computation will subject that redemption to an audit and potential subsequent rejection of the redemption funds.

12. The within Sheriff's Deed will become operative at the expiration of the redemption period, July 5, 2010, unless said date falls on a weekend, at which point the redeeming party or anyone claiming under him, will have until 5:00pm the following Monday to perfect their redemption; OR the property is determined abandoned pursuant to MCLA 600.3241a, in which case the redemption period will be 30 days from the date of sale, OR should the Sheriff's Deed not be recorded within 20 days from the date of the foreclosure sale, in which case the redemption period will be 6 months from the date of recording.

*[signature]*
Christene M. Richter
Attorney for The Federal Home Loan Mortgage Corporation

Subscribed and sworn to before me this 29th day of December, 2009, by Christene M. Richter Attorney for The Federal Home Loan Mortgage Corporation

*[signature]*
Lindsay M. Fendrich, Notary Public
Oakland County Acting in Oakland County, Michigan
My Commission Expires: 07/16/2012

**Drafted by and when recorded return to:**     Date Dated: 12/29/09
**Christene M. Richter**
**Orlans Associates, P.C.**
**P.O. Box 5041**
**Troy, Michigan 48007-5401**
**(248) 502-1400**     File Number: 280.9457

F

Oakland County