# **Exhibit H**

# Frank Deluca

**From:** Frame, Leigh - IA <Leigh.Frame@gmacm.com>
**Sent:** Wednesday, July 07, 2010 3:43 PM
**To:** 'Foreclosuresales@freddiemac.com'
**Subject:** #▮▮7972 Roland C Wiener Estate 1946 PARMENTER ROYAL OAK MI 48073 GMAC Acct #▮▮3416

Please place the REO on hold. The account is in litigation. The Plaintiff alleges that GMAC abandoned the mortgage workout effort underway with the estate and caused the property to be sold at sheriff's sale. Plaintiff currently seeking to extend redemption period (expires July 5). Claims are: Violation of MCL; Negligence; Breach of Contract; Agency/Respondent Superior; TRO and Permanent Injunction

Thank you,

Leigh A. Frame
Servicing Risk Team
Phone: 319-236-5378
Fax: 866-765-5976
email: leigh.frame@gmacm.com