# **Exhibit I**

OAKLAND COUNTY TREASURERS CERTIFICATE
I HEREBY CERTIFY that there are no TAX LIENS or TITLES held by the state or any individual against the within description and all TAXES on same are paid for five years previous to the date of this instrument as appears by the records in the office except as stated.

SEP 23 2010

01:39:45

ANDREW E. MEISNER, County Treasurer
Sec. 135, Act 206, 1893 as amended

LIBER 42421 PG 225

175621
LIBER 42421 PAGE 225
$13.00 DEED - COMBINED
$4.00 REMONUMENTATION
10/04/2010 09:35:49 A.M. RECEIPT# 75216

PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## COVENANT DEED

The Grantor Federal Home Loan Mortgage Corporation

Whose address is: 8200 Jones Branch Drive, McLean, VA 22102

Conveys to: Jeffrey Baskin, a single man and Lauren H Newman, a single woman, *as joint tenants with full rights of survivorship*

Whose address is: 19898 Columbia, Berkley, MI 48072

The following described premises situated in the City of Royal Oak, County of Oakland, and State of Michigan to wit:

Unit 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Consolidating Master Deed recorded in Liber 7152, page(s) 305, last amended by amendment recorded in Liber 14227, page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements and limited common elements as set forth in the above described Consolidating Master Deed in Act 59 of the Public Acts of 1978, as amended.

More Commonly known as: 1946 Parmenter, Royal Oak, Michigan, 48073

Tax Item No.: 20 32 476 086    and    9000240

For the consideration of SIXTY SIX THOUSAND AND 00/100 DOLLARS ($66,000.00)

MCL 207.526, section (h) (i) and MCL 207.505, section (h) (i)

Easements and restrictive covenants of record. Covenants, terms and provisions of the aforesaid master deed and to easements, restrictions and other limitations of record and all applicable laws and governmental regulations.

Subject to building and use restrictions of record.

AND GRANTOR, FOR ITSELF AND ITS SUCCESSORS DOES COVENANT, PROMISE AND AGREE, TO AND WITH GRANTEE, GRANTEE'S HEIRS AND ASSIGNS, THAT GRANTOR HAS NOT DONE OR SUFFERED TO BE DONE ANYTHING WHEREBY THE PREMISES HEREBY GRANTED ARE, OR MAY BE, IN ANY MANNER ENCUMBERED OR CHARGED, EXCEPT AS HEREIN RECITED; AND THAT GRANTOR WILL FOREVER DEFEND TITLE TO THE PREMISES, AGAINST ALL PERSONS LAWFULLY CLAIMING OR WHO MAY CLAIM THE SAME, BY, THROUGH OR UNDER GRANTOR BUT NOT OTHERWISE.

Dated this 20th day of September, 2010

( See Attached for Signatures )

Drafted by:
Jeffrey Baskin
Assisted By:
e Title Agency, Inc.
1650 W. Big Beaver
Troy, MI 48084

Record and Return to:
Jeffrey Baskin
1946 Parmenter
Royal Oak, MI 48073

File Number: 5.6283.2    Recording Fee: 18.00    County Transfer Tax:    State Transfer Tax:


CHECKING COMPLETED AT REGISTER OF DEEDS
SEP 29 2010
Ruth Johnson Register of Deeds
Oakland County, MI

2010 SEP 29 PM 2:24
RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

O.K. - L.G.

Covenant Deed, Page 1 of 2    Loan #715196/311067972    1946 Parmenter, Royal Oak, Michigan 48073



EXHIBIT A

LIBER 4 2 4 2 1  PG 2 2 6

*Attached to and becoming a part of Covenant Deed for Property commonly known as 1946 Parmenter, Royal Oak, Michigan 48073; File No. 5.6283.2*

Witnessed:

_____  
Witness

_____  
Witness

Federal Home Loan Mortgage Corporation

By: [signature] Jennifer Butcher

Its: Attorney-in-fact

State of: Michigan  
County of: Oakland

The foregoing instrument was acknowledged before me this this ___20th___ day of __November__, 2010 by Jennifer Butcher, Attorney-in-fact for seller of Federal Home Loan Mortgage Corporation.

_____  
Notary Public  
My Commission Expires: 10/10/2015

Milika K. Jones  
Notary Public, Wayne County, MI  
Acting in Oakland  
My Commission Expires 10/10/2015

END OF DOCUMENT

Received for Filing Oakland County Clerk 2010 NOV 24 AM 10:54

Covenant Deed, page 2 of 2    Loan #715196/31106747 Parmenter, Royal Oak, Michigan 48073