**Exhibit 5**

12-12020-mg    Doc 10092-19    Filed 09/09/16    Entered 09/09/16 15:55:02    Exhibit 5
Pg 1 of 4

**Exhibit 5**



## Back   Print

| | |
|---|---|
| **Case Number** | 2010-111283-CH |
| **Entitlement** | WIENER GERARD vs. BANKERS TRUST CO |
| **Judge Name** | WENDY L. POTTS |
| **Case Filed** | 06/22/2010 |
| **Case Disposed** | 02/25/2011 |
| **Case E-Filed** | YES |

| Date | Code | Description |
|---|---|---|
| 01/17/2014 | OTH | NTC ENT CNFRMATN ORD CNFRM 2ND AMD JT PLN FILED |
| 10/17/2012 | OTH | NTC OF ESTABLISHMENT OF INFORMAL WEBSITE FILED |
| 09/19/2012 | OTH | PROOF OF CLM NTC OF DEADLINE FILED |
| 06/29/2012 | ORD | ORDER FILED BNKRPTCY STAY AS TO GMAC MORTGAGE ONLY |
| 06/28/2012 | CVB | BANKRUPTCY AS TO GMAC MORTGAGE ONLY/BJ |
| 09/26/2011 | MSR | MEDIATION STATUS REPORT FILED |
| 05/24/2011 | OMA | CASE EVALUATION OUTCOME 02102011 DISMISSED |
| 05/03/2011 | ORD | ORDER FILED DISMISS CASE EVAL SH/C |
| 04/22/2011 | OSC | ORDER SHOW CAUSE FILED RE CASE EVAL FEES |
| 03/10/2011 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 02/25/2011 | FD | FINAL DISPOSITION |
| 02/25/2011 | RVL | REMOVAL TO FEDERAL COURT/SES |
| 02/25/2011 | NTC | NOTICE FILED REMOVAL TO FEDERAL COURT |
| 02/25/2011 | ORD | ORDER FILED ADMIN CLOSING/REMOVAL |
| 02/23/2011 | SUM | P/S ON SUMMONS FILED 12/21/10 |
| 02/22/2011 | JD | JURY DEMAND FILED |
| 02/22/2011 | ANS | ANSWER FILED TO COUNTER CMPLNT/AFM/PLF |
| 01/26/2011 | SUM | P/S ON SUMMONS FILED 01/04/11 |
| 01/25/2011 | ANS | ANSWER FILED TO 1ST AMC/AFM/POS/DFTS BASKIN & NEWMAN |
| 01/25/2011 | CMC | COUNTER FILED /POS |

| Date | Code | Description |
|---|---|---|
| 01/25/2011 | CRC | CROSS FILED COMPLAINT/POS |
| 01/19/2011 | APP | APPEARANCE FILED /POS/BASKIN/NEWMAN |
| 01/06/2011 | SUM | P/S ON SUMMONS FILED 12/21/10 |
| 12/14/2010 | WLT | WITNESS LIST FILED & EXH/PREL/POS/BANKERS TRUST & GMAC |
| 12/14/2010 | WLT | WITNESS LIST FILED PLFS/PRELIM/EXH |
| 12/10/2010 | WLT | WITNESS LIST FILED PRELIM EXPERT/PLF |
| 12/10/2010 | WLT | WITNESS LIST FILED PRELIM/EXPERT/POS/DFT |
| 12/03/2010 | APR | DATE SET FOR CASE EVAL ON 02102011 8:40 AM |
| 12/02/2010 | SI | SUMMONS ISSUED (3) |
| 11/24/2010 | AMC | AMENDED COMPLAINT FILED |
| 11/17/2010 | STO | STIP/ORD FILED AMD CMPLT |
| 11/16/2010 | RES | RESPONSE FILED TO MTN LVE FILE AMC/POS/DFTS |
| 11/16/2010 | TRN | TRANSCRIPT FILED 11/03/10 MTN FOR SANCTIONS |
| 11/15/2010 | STO | STIP/ORD FILED SUB OF ATTY FOR DFTS/POS |
| 11/10/2010 | MPR | MOTION PRAECIPE FILED FOR 11172010 JUDGE 05 |
| 11/10/2010 | MTN | MOTION FILED FILE AMD CMPLT/NOH/BRF/POS/PLF |
| 11/03/2010 | M | MOTION FOR CONTEMPT TUA |
| 11/03/2010 | ORD | ORDER FILED RE MTN FOR CONTEMPT/SANCTIONS |
| 11/02/2010 | BRF | BRIEF FILED SUPPT MTN CONTEMPT & SANCTIONS |
| 11/02/2010 | OTH | EXHIBIT 1 TO PLF REP BRF FILED |
| 11/01/2010 | BRF | BRIEF FILED IN RES TO MTN COMTEMPT/SANCTIONS/POS |
| 10/27/2010 | MPR | MOTION PRAECIPE FILED FOR 11032010 JUDGE 05 |
| 10/27/2010 | MTN | MOTION FILED CONTEMPT/BRF/NOH/PLF |
| 10/01/2010 | ORD | ORDER FILED MEDIATION |
| 09/30/2010 | ORD | ORDER FILED RE MTN SUM DISP |
| 09/29/2010 | DM | DEFENSE MOTION SUMMARY DISPOSITION -TUA- |
| 09/22/2010 | ORD | ORDER FILED SUB OF ATTYS/PLF |
| 09/22/2010 | RES | RESPONSE FILED PLF/IN OPP TO BANKERS SUM DISP/BRF |
| 09/09/2010 | OTH | DISMISS 9/22/10 SHOW CAUSE |
| 09/09/2010 | OSC | ORDER SHOW CAUSE FILED |

| Date | Code | Description |
|---|---|---|
| 09/09/2010 | SO | SCHEDULING ORDER FILED |
| 09/04/2010 | SC2 | 09/22/2010 SHOW CAUSE: FAILURE TO REQUEST ENTRY OF DEFAULT. |
| 09/04/2010 | SOP | SCHEDULING ORDER WRITTEN |
| 09/04/2010 | | 12/10/2010 EXPERT DATE. |
| 09/04/2010 | | 02/10/2011 CASE EVALUATION DATE. |
| 09/04/2010 | | 12/14/2010 WITNESS DATE. |
| 09/04/2010 | | 03/14/2011 MOTION DATE. |
| 09/04/2010 | | 01/13/2011 DISCOVERY DATE. |
| 09/04/2010 | | 05/27/2011 TRIAL DATE. |
| 09/04/2010 | APR | DATE SET FOR TRIAL ON 05272011 08 30 AM |
| 08/11/2010 | MPR | MOTION PRAECIPE FILED FOR 09292010 JUDGE 05 |
| 08/09/2010 | MTN | MOTION FILED DFT/SUM DISP/BRF/NOH/POS |
| 07/19/2010 | NTC | NOTICE FILED APP/POS/BANKERS TRUST CO |
| 07/19/2010 | BRF | BRIEF FILED IN OPPT MTN FOR TEMP RO/PRELIM INJ/POS/DFT |
| 07/07/2010 | STO | STIP/ORD FILED SUB COUNSEL FOR DFT/POS |
| 06/30/2010 | M | MOTION FOR ORDER TO SHOW CAUSE HEARD |
| 06/30/2010 | ORD | ORDER FILED RE MTN TEMP RO |
| 06/22/2010 | MPR | MOTION PRAECIPE FILED FOR 06302010 JUDGE 05 |
| 06/22/2010 | MPR | MOTION PRAECIPE FILED FOR 06302010 JUDGE 05 |
| 06/22/2010 | C | COMPLAINT FILED |
| 06/22/2010 | SI | SUMMONS ISSUED |
| 06/22/2010 | SUM | P/S ON SUMMONS FILED 06/22/10 |
| 06/22/2010 | OSC | ORDER SHOW CAUSE FILED |