**Exhibit 6**

CM/ECF - U.S. District Court:mied  
12-12020-mg    Doc 10092-20    Filed 09/09/16    Entered 09/09/16 15:55:02    Exhibit 6  
Pg 2 of 15

Page 1 of 14

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:11-cv-10770-GCS-PJK

| | |
|---|---|
| Wiener v. Bankers Trust Company, et al<br>Assigned to: District Judge George Caram Steeh<br>Referred to: Magistrate Judge Paul J. Komives<br>Case in other court:  Oakland County Circuit Court, 10-111283-CH<br>    U.S. Court of Appeals - Sixth Circuit, 12-02362<br>Cause: 28:1331(a) Fed. Question: Real Property | Date Filed: 02/24/2011<br>Date Terminated: 02/10/2014<br>Jury Demand: None<br>Nature of Suit: 220 Real Property: Foreclosure<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Gerard Wiener**<br>*individually, and as Personal Representative of the Estate of Roland C. Wiener* | represented by | **David J. Brown - NOT SWORN**<br>1135 Ulloa Street<br>San Francisco, CA 94127<br>415-716-7786<br>Email: djbrown2008@gmail.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gavin J. Fleming**<br>Fleming Yatooma & Borowicz PLC<br>1615 S. Telegraph Road<br>Suite 300<br>Bloomfield Hills, MI 48302<br>248-231-9594<br>Email: fleming@fyblaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Bankers Trust Company**<br>*a foreign company*<br>*TERMINATED: 09/17/2012* | represented by | **Frank M. DeLuca**<br>McKelvie Deluca<br>280 W. Maple Road<br>Suite 300<br>Birmingham, MI 48009-3344<br>248-952-5100<br>Fax: 248-952-5138<br>Email: fdeluca@mckelviedeluca.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**GMAC Mortgage, LLC**  represented by **Frank M. DeLuca**
*a Delaware Corporation*  (See above for address)
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Home Loan Mortgage**  represented by **Daniel P. Perk**
**Corporation**  Miller Johnson
*a foreign corporation*  Rose Street Market Building
*TERMINATED: 09/17/2012*  303 North Rose Street
  Suite 600
  Kalamazoo, MI 49007-3850
  269-226-2961
  Fax: 269-978-2961
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Craig H. Lubben**
  Miller, Johnson,
  100 West Michigan Avenue
  Suite 200
  Kalamazoo, MI 49007-3960
  269-226-2950
  Fax: 269-226-2951
  Email: lubbenc@millerjohnson.com
  *ATTORNEY TO BE NOTICED*

  **Justin F. Carter**
  Morris, Laing, Evans, Brock &
  Kennedy, Chtd.
  1 East Wacker Drive
  Suite 2500
  Chicago, IL 60601
  United Sta
  316-383-6492
  Fax: 316-383-6592
  Email: jcarter@morrislaing.com
  *TERMINATED: 04/26/2011*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Baskin**  represented by **Bruce M. Gorosh**
*an Individual*  Lefkofsky & Gorosh
*TERMINATED: 09/17/2012*  31500 Northwestern Hwy
  Suite 105
  Farmington Hills, MI 48334
  248-855-5508
  Email: bgorosh@lgpclaw.com
  *(Inactive)*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Lauren Newman**                         represented by **Bruce M. Gorosh**
*an Individual*                           (See above for address)
*TERMINATED: 09/17/2012*                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Fifth Third Mortgage - MI, LLC**        represented by **Bruce M. Gorosh**
*TERMINATED: 09/17/2012*                  (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Lauren Newman**                         represented by **Bruce M. Gorosh**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Jeffrey Baskin**                        represented by **Bruce M. Gorosh**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Federal Home Loan Mortgage**            represented by **Daniel P. Perk**
**Corporation**                           (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Craig H. Lubben**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Justin F. Carter**
                                          (See above for address)
                                          *TERMINATED: 04/26/2011*
                                          *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2011 | 1 | NOTICE OF REMOVAL by Federal Home Loan Mortgage Corporation, a foreign corporation from Oakland County Circuit Court, case number 10-111283. Receipt No: 0645-2857793 - Fee: $ 350 [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Exhibit Amended Complaint) (Carter, Justin) (Entered: 02/24/2011) |
| 02/25/2011 |   | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP |

|  |  | 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DWor) (Entered: 02/25/2011) |
|---|---|---|
| 03/01/2011 | 2 | NOTICE of Appearance by Frank M. DeLuca on behalf of Bankers Trust Company, GMAC Mortgage, LLC. (DeLuca, Frank) (Entered: 03/01/2011) |
| 03/08/2011 | 3 | ANSWER to Complaint with Affirmative Defenses by Federal Home Loan Mortgage Corporation. (Carter, Justin) (Entered: 03/08/2011) |
| 03/08/2011 | 4 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Federal Home Loan Mortgage Corporation (Carter, Justin) (Entered: 03/08/2011) |
| 03/17/2011 | 5 | CERTIFICATE OF SERVICE by Jeffrey Baskin, Lauren Newman (Gorosh, Bruce) (Entered: 03/17/2011) |
| 03/24/2011 | 6 | EXHIBIT *Cross-Plaintiff's/Defendants, Jeffrey Baskin and Lauren Newman's Cross-Complaint Against Cross-Defendant/Defendant, Federal Home Loan Mortgage Corporation* re 1 Notice of Removal, by Federal Home Loan Mortgage Corporation (Carter, Justin) (Entered: 03/24/2011) |
| 03/24/2011 | 7 | CERTIFICATE OF SERVICE by Federal Home Loan Mortgage Corporation re 6 Exhibit, (Carter, Justin) (Entered: 03/24/2011) |
| 03/24/2011 | 8 | ANSWER to 6 Exhibit, *Cross-Plaintiff's Cross-Complaint* by Federal Home Loan Mortgage Corporation. (Carter, Justin) (Entered: 03/24/2011) |
| 03/24/2011 | 9 | NOTICE of Error re 1 Notice of Removal,. (PMil) (Entered: 03/24/2011) |
| 03/25/2011 |  | Addition of Parties to CM/ECF: Cross Defendant Federal Home Loan Mortgage Corporation, Cross Claimants Lauren Newman, Jeffrey Baskin. Reason: Cross-Complaint Filed in Lower Court After Removal Filed.. (Carter, Justin) (Entered: 03/25/2011) |
| 04/12/2011 | 10 | NOTICE TO APPEAR: **Scheduling Conference set for 5/18/2011 10:00 AM before District Judge George Caram Steeh** (MBea) (Entered: 04/12/2011) |
| 04/26/2011 | 11 | ORDER AND STIPULATION for Substitution of Counsel. Signed by District Judge George Caram Steeh. (CGre) (Entered: 04/26/2011) |
| 05/18/2011 |  | Minute Entry - Scheduling Conference held on 5/18/2011 before District Judge George Caram Steeh. (MBea) (Entered: 05/18/2011) |
| 05/18/2011 | 12 | SCHEDULING ORDER: **Discovery deadline 9/30/2011 Dispositive Motion Cut-off set for 10/31/2011 Final Pretrial Conference set for 2/13/2012 10:00 AM before District Judge George Caram Steeh Bench Trial set for 2/21/2012 09:00 AM before District Judge George Caram Steeh** Signed by District Judge George Caram Steeh. (Refer to image for additional dates) (MBea) (Entered: 05/20/2011) |
| 05/23/2011 | 13 | ORDER REFERRING OTHER MATTERS to *Magistrate Judge Komives* : *Settlement Conference*. Signed by District Judge George Caram Steeh. (MBea) (Entered: 05/23/2011) |
|  |  |  |

| 06/13/2011 | 14 | NOTICE TO APPEAR: **Settlement Conference set for 6/16/2011 10:00 AM before Magistrate Judge Paul J. Komives** (EBut) (Entered: 06/13/2011) |
|---|---|---|
| 06/13/2011 | 15 | RENOTICE TO APPEAR: **Settlement Conference set for 7/11/2011 10:00 AM before Magistrate Judge Paul J. Komives** (EBut) (Entered: 06/13/2011) |
| 06/29/2011 | 16 | AMENDED NOTICE TO APPEAR: **Settlement Conference set for 7/11/2011 10:00 AM before Magistrate Judge Paul J. Komives** (EBut) (Entered: 06/29/2011) |
| 07/11/2011 |  | Minute Entry - Settlement Conference held on 7/11/2011 before Magistrate Judge Paul J. Komives. Case did not settle. (EBut) (Entered: 07/11/2011) |
| 07/15/2011 | 17 | *Preliminary* WITNESS LIST by Bankers Trust Company, GMAC Mortgage, LLC (DeLuca, Frank) (Entered: 07/15/2011) |
| 07/15/2011 | 18 | *Lay and Expert* WITNESS LIST by Jeffrey Baskin, Jeffrey Baskin, Lauren Newman, Lauren Newman (Gorosh, Bruce) (Entered: 07/15/2011) |
| 07/15/2011 | 19 | *Plaintiff's Preliminary* WITNESS LIST by Gerard Wiener (Fleming, Gavin) (Entered: 07/15/2011) |
| 07/15/2011 | 20 | WITNESS LIST by Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation (Lubben, Craig) (Entered: 07/15/2011) |
| 08/04/2011 | 21 | MOTION to Amend/Correct *Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit A - Second Amended Complaint) (Fleming, Gavin) (Entered: 08/04/2011) |
| 08/30/2011 | 22 | MOTION for Summary Judgment by Bankers Trust Company, GMAC Mortgage, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Note, # 3 Exhibit B - Mortgage, # 4 Exhibit C - Complaint, # 5 Exhibit D - Forbearance Agmt) (DeLuca, Frank) (Entered: 08/30/2011) |
| 09/07/2011 | 23 | ATTORNEY APPEARANCE: Craig H. Lubben appearing on behalf of Federal Home Loan Mortgage Corporation *Appearance of Daniel P. Perk* (Lubben, Craig) (Entered: 09/07/2011) |
| 09/07/2011 | 24 | [STRICKEN] CERTIFICATE OF SERVICE by Federal Home Loan Mortgage Corporation *Defendant Federal Home Loan's 1st Interrogatories and Requests for Production to Plaintiff* (Lubben, Craig) Modified on 9/8/2011 (PMil). (Entered: 09/07/2011) |
| 09/08/2011 | 25 | NOTICE of Error re 24 Certificate of Service. (PMil) Modified on 9/8/2011 (PMil). (Entered: 09/08/2011) |
| 09/20/2011 | 26 | RESPONSE to 22 MOTION for Summary Judgment filed by All Plaintiffs. (Attachments: # 1 Exhibit A - Order and Lis Pendens, # 2 Exhibit B - Affidavit of Wiener, # 3 Exhibit C - 10-14-09 Email, # 4 Exhibit D - Special Forberance Agreement, # 5 Exhibit E - 11-15-2009 Email, # 6 Exhibit F - 11-16-2009 Email, # 7 Exhibit G - 11-23-2009 Email) (Fleming, Gavin) (Entered: 09/20/2011) |
| 09/21/2011 | 27 | STIPULATED ORDER EXTENDING SCHEDULING ORDER: **Discovery due by 12/30/2011, Dispositive Motion Cut-off set for 1/30/2012, Final** |

| | | |
|---|---|---|
| | | **Pretrial Conference set for 5/14/2012 10:00 AM , Jury Trial set for 5/22/2012 09:00 AM before District Judge George Caram Steeh** Signed by District Judge George Caram Steeh. (Refer to image for additional dates) (MBea) (Entered: 09/21/2011) |
| 10/13/2011 | 28 | ORDER granting plaintiffs' Motion to Amend Complaint 21 (due 10/19/11). Signed by District Judge George Caram Steeh (MBea) (Entered: 10/13/2011) |
| 10/18/2011 | 29 | AMENDED COMPLAINT *(SECOND)* filed by Gerard Wiener against All Defendants. NO NEW PARTIES ADDED. (Fleming, Gavin) (Entered: 10/18/2011) |
| 10/26/2011 | 30 | ANSWER to Amended Complaint with Affirmative Defenses by Jeffrey Baskin, Lauren Newman. (Gorosh, Bruce) (Entered: 10/26/2011) |
| 11/01/2011 | 31 | ANSWER to Amended Complaint with Affirmative Defenses *(Plaintiffs' Second Amended Complaint)* by Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation. (Lubben, Craig) (Entered: 11/01/2011) |
| 11/07/2011 | 32 | STIPULATED ORDER granting plaintiffs leave to file third amended complaint to add Fifth Third Bank as a necessary party. Signed by District Judge George Caram Steeh (MBea) (Entered: 11/07/2011) |
| 11/08/2011 | 33 | AMENDED COMPLAINT *(THIRD)* filed by Fifth Third Mortgage - MI, LLC against All Defendants. NEW PARTIES ADDED. (Fleming, Gavin) (Entered: 11/08/2011) |
| 11/08/2011 | | REQUEST for SUMMONS for Fifth Third Mortgage - MI, LLC. (Fleming, Gavin) (Entered: 11/08/2011) |
| 11/08/2011 | 34 | SUMMONS Issued for *Fifth Third Mortgage - MI, LLC* (KCas) (Entered: 11/08/2011) |
| 11/21/2011 | 35 | ANSWER to Amended Complaint with Affirmative Defenses *(Plaintiffs' Third Amended Complaint)* by Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation. (Lubben, Craig) (Entered: 11/21/2011) |
| 11/22/2011 | 36 | ANSWER to Amended Complaint with Affirmative Defenses *(Third Amended)* by Bankers Trust Company, GMAC Mortgage, LLC. (DeLuca, Frank) (Entered: 11/22/2011) |
| 11/22/2011 | 37 | ANSWER to Amended Complaint with Affirmative Defenses by Jeffrey Baskin, Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman, Lauren Newman. (Gorosh, Bruce) (Entered: 11/22/2011) |
| 11/30/2011 | 38 | CERTIFICATE of Service/Summons Returned Executed. Fifth Third Mortgage - MI, LLC served on 11/16/2011, answer due 12/7/2011. (Fleming, Gavin) (Entered: 11/30/2011) |
| 01/05/2012 | 39 | STIPULATED ORDER extending deadline: **Dispositive Motion Cut-off re-set for 3/15/2012** Signed by District Judge George Caram Steeh. (MBea) (Entered: 01/05/2012) |
| 01/09/2012 | 40 | |

|  |  |  |
|---|---|---|
|  |  | ORDER denying 22 Motion for Summary Judgment as moot. Signed by District Judge George Caram Steeh (MBea) (Entered: 01/09/2012) |
| 01/30/2012 | 41 | MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint* by Bankers Trust Company, GMAC Mortgage, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Note, # 3 Exhibit B - Mortgage, # 4 Exhibit C - Complaint, # 5 Exhibit D - Forbearance Agreement) (DeLuca, Frank) (Entered: 01/30/2012) |
| 02/17/2012 | 42 | ATTORNEY APPEARANCE: Gavin J. Fleming appearing on behalf of All Plaintiffs (Fleming, Gavin) (Entered: 02/17/2012) |
| 02/17/2012 | 43 | CERTIFICATE OF SERVICE re 42 Attorney Appearance by All Plaintiffs (Fleming, Gavin) (Entered: 02/17/2012) |
| 02/20/2012 | 44 | STIPULATION re 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint Stipulated Order for Extension of Time to File Their Answer to GMAC's Motion for Summary Judgment* by Gerard Wiener (Fleming, Gavin) (Entered: 02/20/2012) |
| 02/20/2012 | 45 | NOTICE of Appearance by David J. Brown - NOT SWORN on behalf of All Plaintiffs. (Brown - NOT SWORN, David) (Entered: 02/20/2012) |
| 02/23/2012 |  | TEXT-ONLY ORDER granting 44 Stipulation to extend response to Motion for Summary Judgment 41 to 3/5/12 filed by Gerard Wiener. Entered by District Judge George Caram Steeh. (MBea) (Entered: 02/23/2012) |
| 03/09/2012 | 46 | RESPONSE to 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint In Opposition to Defendants' Motion for Summary Judgment* filed by Gerard Wiener. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J) (Fleming, Gavin) (Entered: 03/09/2012) |
| 03/12/2012 | 47 | NOTICE of hearing on 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint*. **Replies due by 3/28/2012 Motion Hearing set for 4/12/2012 02:00 PM before District Judge George Caram Steeh** (MBea) (Entered: 03/12/2012) |
| 03/12/2012 | 48 | RESPONSE to 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint Corrected Copy of Response in Opposition to Motion for Summary Judgment* filed by Gerard Wiener. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J) (Fleming, Gavin) (Entered: 03/12/2012) |
| 03/12/2012 | 49 | CERTIFICATE OF SERVICE re 48 Response to Motion, by Gerard Wiener (Fleming, Gavin) (Entered: 03/12/2012) |
| 03/12/2012 | 50 | CERTIFICATE OF SERVICE re 46 Response to Motion, by Gerard Wiener (Fleming, Gavin) (Entered: 03/12/2012) |
|  |  |  |

| | | |
|---|---|---|
| 03/14/2012 | 51 | STIPULATION AND ORDER extending scheduling order deadlines : **Dispositive Motion Cut-off set for 3/29/2012, Joint Final Pretrial Order due 7/16/12, Final Pretrial Conference re-set for 7/23/2012 10:00 AM, Jury Trial re-set for 7/31/2012 09:00 AM before District Judge George Caram Steeh** Signed by District Judge George Caram Steeh. (MBea) (Entered: 03/14/2012) |
| 03/15/2012 | 52 | [STRICKEN - DISCOVERY] CERTIFICATE OF SERVICE by All Defendants (Attachments: # 1 Document Continuation Deposition Notice) (Gorosh, Bruce) Modified on 3/16/2012 (DPer). (Entered: 03/15/2012) |
| 03/16/2012 | | NOTICE of Error directed to: Bruce M. Gorosh re 52 Certificate of Service. Document is prohibited discovery, disclosure or a certificate of service thereof. Document was stricken. [No Image Associated with this docket entry] (DPer) (Entered: 03/16/2012) |
| 03/26/2012 | 53 | MOTION to Compel *Discovery Deposition of Plaintiff* by Bankers Trust Company, GMAC Mortgage, LLC. (Attachments: # 1 Exhibit A - Dep Notice for 12/21/11, # 2 Exhibit B - Dep Notices of 4/10/12) (DeLuca, Frank) (Entered: 03/26/2012) |
| 03/28/2012 | | Set/RESET Deadlines as to 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint*. **Motion Hearing re-set from 4/12/12 2:00 PM to 5/10/2012 02:00 PM before District Judge George Caram Steeh** (MBea) (Entered: 03/28/2012) |
| 03/28/2012 | 54 | ORDER REFERRING MOTION to Magistrate Judge Paul J. Komives: 53 MOTION to Compel *Discovery Deposition of Plaintiff* filed by GMAC Mortgage, LLC, Bankers Trust Company. Signed by District Judge George Caram Steeh. (MBea) (Entered: 03/28/2012) |
| 03/28/2012 | 55 | STIPULATION AND ORDER extending deadline for reply re 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint* : **Replies due by 3/30/2012** Signed by District Judge George Caram Steeh. (MBea) (Entered: 03/28/2012) |
| 03/29/2012 | 56 | MOTION for Summary Judgment by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit 1: Homecomings Note, # 3 Exhibit 2: Bankers Trust Mortgage, # 4 Exhibit 3: Unexecuted Forbearance Agreement, # 5 Exhibit 4: Sheriff's Deed, # 6 Exhibit 5: Wiener's Complaint, # 7 Exhibit 6: Notice of Lis Pendens, # 8 Exhibit 7: 06-30-10 Order, # 9 Exhibit 8: Covenant Deed, # 10 Exhibit 9: Affidavit of Newman, # 11 Exhibit 10: Title Commitment, # 12 Exhibit 11: Fifth Third Mortgage) (Gorosh, Bruce) (Entered: 03/29/2012) |
| 03/29/2012 | 57 | NOTICE of hearing on 53 MOTION to Compel *Discovery Deposition of Plaintiff*. **Motion Hearing set for 4/26/2012 10:00 AM before Magistrate Judge Paul J. Komives** (MWil) (Entered: 03/29/2012) |
| 03/29/2012 | 58 | MOTION for Summary Judgment *Defendant Federal Homes' Motion and Brief in Support of Summary Judgment and Motion to Dismiss* by Federal Home Loan Mortgage Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11, # 13 Exhibit Exhibit 12) (Lubben, Craig) (Entered: 03/29/2012) |
| 03/30/2012 | 59 | REPLY to Response re 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint* filed by Bankers Trust Company, GMAC Mortgage, LLC. (DeLuca, Frank) (Entered: 03/30/2012) |
| 04/02/2012 | 60 | NOTICE of Joinder/Concurrence in 53 MOTION to Compel *Discovery Deposition of Plaintiff* filed by GMAC Mortgage, LLC, Bankers Trust Company, 57 Notice of Hearing on Motion by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman (Attachments: # 1 Document Continuation Proof of Service) (Gorosh, Bruce) (Entered: 04/02/2012) |
| 04/09/2012 | 61 | NOTICE of hearing on MOTIONS for Summary Judgment 56 58 and rescheduled hearing on 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint*. **Responses due by 4/30/2012 Replies due by 5/21/2012 as to 56 58 Motion Hearing set for 6/18/2012 02:00 PM before District Judge George Caram Steeh** (MBea) (Entered: 04/09/2012) |
| 04/12/2012 | 62 | MOTION to Withdraw 53 MOTION to Compel *Discovery Deposition of Plaintiff* by Bankers Trust Company, GMAC Mortgage, LLC. (DeLuca, Frank) (Entered: 04/12/2012) |
| 04/18/2012 | | TEXT-ONLY NOTICE: Hearing on 4/26/2012 is CANCELLED. (MWil) (Entered: 04/18/2012) |
| 04/23/2012 | 63 | *Amended* WITNESS LIST by Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation (Lubben, Craig) (Entered: 04/23/2012) |
| 04/30/2012 | 64 | RESPONSE to 56 MOTION for Summary Judgment filed by All Plaintiffs. (Brown - NOT SWORN, David) (Entered: 04/30/2012) |
| 05/07/2012 | 65 | STIPULATED ORDER re 58 MOTION for Summary Judgment : **Responses due by 5/7/2012, Replies due by 5/28/2012** Signed by District Judge George Caram Steeh. (MBea) (Entered: 05/07/2012) |
| 05/08/2012 | 66 | RESPONSE to 58 MOTION for Summary Judgment *Defendant Federal Homes' Motion and Brief in Support of Summary Judgment and Motion to Dismiss* filed by Gerard Wiener. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Wiener Declaration, # 3 Exhibit Pookrum Declaration, # 4 Exhibit Compilation of emails) (Brown - NOT SWORN, David) (Entered: 05/08/2012) |
| 05/18/2012 | 67 | REPLY to Response re 56 MOTION for Summary Judgment filed by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman. (Attachments: # 1 Exhibit Exhibit 1, # 2 Document Continuation Certificate of Service) (Gorosh, Bruce) (Entered: 05/18/2012) |
| 05/21/2012 | 68 | NOTICE by GMAC Mortgage, LLC *of Bankruptcy and Effect of Automatic Stay* (DeLuca, Frank) (Entered: 05/21/2012) |
| 05/24/2012 | 69 | |

| | | |
|---|---|---|
| | | AFFIDAVIT of Lauren Newman re 56 MOTION for Summary Judgment by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman (Attachments: # 1 Document Continuation Proof of Service) (Gorosh, Bruce) (Entered: 05/24/2012) |
| 05/24/2012 | 70 | WITNESS LIST by Fifth Third Mortgage - MI, LLC (Attachments: # 1 Document Continuation Proof of Service) (Gorosh, Bruce) (Entered: 05/24/2012) |
| 05/25/2012 | 71 | REPLY to Response re 58 MOTION for Summary Judgment *Defendant Federal Homes' Motion and Brief in Support of Summary Judgment and Motion to Dismiss* filed by Federal Home Loan Mortgage Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2) (Lubben, Craig) (Entered: 05/25/2012) |
| 05/29/2012 | 72 | ORDER recognizing Bankruptcy Stay as to debtor-defendant GMAC Mortgage, LLC ONLY re 68 Notice filed by GMAC Mortgage, LLC. Signed by District Judge George Caram Steeh (MBea) (Entered: 05/29/2012) |
| 06/07/2012 | 73 | SUPPLEMENTAL BRIEF re 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint* filed by Bankers Trust Company. (Attachments: # 1 Exhibit 1 - Note) (DeLuca, Frank) (Entered: 06/07/2012) |
| 06/13/2012 | 74 | MOTION TO EXTEND discovery, pre-trial and trial dates *and summary judgment hearing date* by Gerard Wiener. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2 part 1, # 4 Exhibit Exhibit 2 part 2) (Brown - NOT SWORN, David) (Entered: 06/13/2012) |
| 06/14/2012 | 75 | RESPONSE to 74 MOTION TO EXTEND discovery, pre-trial and trial dates *and summary judgment hearing date* filed by Federal Home Loan Mortgage Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Lubben, Craig) (Entered: 06/14/2012) |
| 06/14/2012 | 76 | RESPONSE to 74 MOTION TO EXTEND discovery, pre-trial and trial dates *and summary judgment hearing date* filed by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman. (Attachments: # 1 Document Continuation Proof of Service) (Gorosh, Bruce) (Entered: 06/14/2012) |
| 06/14/2012 | 77 | ERRATA Sheet by Gerard Wiener *to Docket Number 74* (Brown - NOT SWORN, David) (Entered: 06/14/2012) |
| 06/15/2012 | 78 | RESPONSE to 74 MOTION TO EXTEND discovery, pre-trial and trial dates *and summary judgment hearing date* filed by Bankers Trust Company. (DeLuca, Frank) (Entered: 06/15/2012) |
| 06/18/2012 | | Minute Entry - Motion Hearing held on 6/18/2012 re 56 MOTION for Summary Judgment filed by Jeffrey Baskin, Lauren Newman, Fifth Third Mortgage - MI, LLC, 41 MOTION for Summary Judgment *Directed at Plaintiff's Third Amended Complaint* filed by GMAC Mortgage, LLC, Bankers Trust Company, 58 MOTION for Summary Judgment *Defendant Federal Homes' Motion and Brief in Support of Summary Judgment and Motion to Dismiss* filed by Federal Home Loan Mortgage Corporation before District |

| | | |
|---|---|---|
| | | Judge George Caram Steeh. Disposition: taken under advisement(Court Reporter Ron DiBartolomeo) (MBea) (Entered: 06/18/2012) |
| 07/12/2012 | 79 | SUPPLEMENTAL BRIEF re 77 Errata Sheet, 74 MOTION TO EXTEND discovery, pre-trial and trial dates *and summary judgment hearing date* filed by Gerard Wiener. (Attachments: # 1 Exhibit table of exhibits and exhibits A and B) (Brown - NOT SWORN, David) (Entered: 07/12/2012) |
| 07/16/2012 | 80 | TRANSCRIPT of Motion Hearing held on June 18, 2012. (Court Reporter: Ronald A. DiBartolomeo) (Number of Pages: 44) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/6/2012. Redacted Transcript Deadline set for 8/16/2012. Release of Transcript Restriction set for 10/15/2012. Transcript may be viewed at the court public terminal or purchased through the Court Reporter Ronald A. DiBartolomeo, 313-962-1234, before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (DiBartolomeo, R.) (Entered: 07/16/2012) |
| 07/16/2012 | | SCHEDULING ORDER DATES SUSPENDED (final pretrial and trial dates) pending the ruling on dispositive motions per Local Rule 16.1(f). (BRad) (Entered: 07/16/2012) |
| 07/18/2012 | 81 | Notice of filing in NY Bankruptcy part 1 REPORT by Gerard Wiener (Attachments: # 1 motion for relief from stay in NY Bankruptcy Court, # 2 Table of Exhibits, # 3 Declaration, # 4 Oakland County Complailnt) (Brown - NOT SWORN, David) (Entered: 07/18/2012) |
| 07/18/2012 | 82 | Continuation of Motion to lift stay in NY Bankruptcy Court part 2 REPORT by Gerard Wiener (Attachments: # 1 Table of Exhibits continued, # 2 Lis Pendens, # 3 3rd Amended Complaint, # 4 Tolling Order) (Brown - NOT SWORN, David) (Entered: 07/18/2012) |
| 07/18/2012 | 83 | continuation of documents filed with motion for relief from stay in NY REPORT by Gerard Wiener (Attachments: # 1 Notice of motion, # 2 Proposed Order) (Brown - NOT SWORN, David) (Entered: 07/18/2012) |
| 09/17/2012 | 84 | OPINION and ORDER granting defendants' MOTIONS for Summary Judgment 41 56 58 except as to GMAC Mortgage, LLC and denying plaintiff's MOTION TO EXTEND dates and permit discovery 74 Signed by District Judge George Caram Steeh. (MBea) (Entered: 09/17/2012) |
| 09/17/2012 | 85 | JUDGMENT in favor of defendants Bankers Trust Company, Freddie Mac (Federal Home Loan Mortgage Corp.), Jeffrey Baskin, Lauren Newman and Fifth Third Mortgage ONLY. Signed by District Judge George Caram Steeh. (MBea) (Entered: 09/17/2012) |
| 10/17/2012 | 86 | NOTICE OF APPEAL by Gerard Wiener re 84 Memorandum Opinion & Order, 85 Judgment, Add and Terminate Parties. Receipt No: 0645-3767915 - Fee: $ 455 - Fee Status: Fee Paid. (Fleming, Gavin) (Entered: 10/17/2012) |
| 10/17/2012 | 87 | Certificate of Service re 86 Notice of Appeal. (TMcg) (Entered: 10/17/2012) |

| | | |
|---|---|---|
| 12/05/2012 | 88 | NOTICE by GMAC Mortgage, LLC *of Stipulated Order Modifying the Automatic Stay in the Bankruptcy of GMAC Mortgage, LLC* (Attachments: # 1 Exhibit 1 - Stipulated Order) (DeLuca, Frank) (Entered: 12/05/2012) |
| 12/20/2012 | 89 | Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint* by GMAC Mortgage, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Order Modifying Automatic Stay, # 3 Exhibit B - Note, # 4 Exhibit C - Mortgage, # 5 Exhibit D - Complaint, # 6 Exhibit E - Forbearance Agmt, # 7 Exhibit F - Scully Email, # 8 Exhibit G - Scully/Pookrum Emails, # 9 Exhibit H - Wiener Email, # 10 Exhibit I - Scully Dep Trans pgs. 81-82, # 11 Exhibit J - Westlaw Opinion) (DeLuca, Frank) (Entered: 12/20/2012) |
| 01/10/2013 | 90 | NOTICE of hearing on 89 Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint.* **Responses due by 1/22/2013 Replies due by 2/12/2013 Motion Hearing set for 3/4/2013 03:00 PM before District Judge George Caram Steeh** (MBea) (Entered: 01/10/2013) |
| 01/23/2013 | | TEXT-ONLY ORDER STRIKING as improvidently filed 91 Proposed Stipulated Order (Request) filed by Gerard Wiener. Counsel should re-submit via "Utilities" and "Proposed Orders", see CM/ECF Policies & Procedures R11 (a)(1) Signed by District Judge George Caram Steeh. (MBea) (Entered: 01/23/2013) |
| 01/23/2013 | 92 | STIPULATED ORDER for extension of time re 89 Renewed MOTION for Summary Judgment : **Responses due by 1/29/2013, Replies due by 2/19/2013.** Hearing remains set for 3/4/13 3:00 PM Signed by District Judge George Caram Steeh. (MBea) (Entered: 01/23/2013) |
| 01/31/2013 | 93 | ORDER from U.S. Court of Appeals - Sixth Circuit re 86 Notice of Appeal filed by Gerard Wiener - Disposition: GRANTING APPELLEE'S motion to dismiss [Appeal Case Number 12-2362] (KKra) (Entered: 02/05/2013) |
| 02/06/2013 | 94 | RESPONSE to 89 Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint Additional Exhibits will be filed as other documents* filed by Gerard Wiener. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Brown - NOT SWORN, David) (Entered: 02/06/2013) |
| 02/06/2013 | 95 | EXHIBIT *Additional exhibits to Response--more additional exhibits will be filed* re 94 Response to Motion, by Gerard Wiener (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Brown - NOT SWORN, David) (Entered: 02/06/2013) |
| 02/06/2013 | 96 | EXHIBIT *More exhibits will be filed* re 95 Exhibit, 94 Response to Motion, by Gerard Wiener (Attachments: # 1 Exhibit) (Brown - NOT SWORN, David) (Entered: 02/06/2013) |
| 02/06/2013 | 97 | EXHIBIT *Last group of exhibits* re 96 Exhibit, 95 Exhibit, 94 Response to Motion, by Gerard Wiener (Attachments: # 1 Exhibit) (Brown - NOT SWORN, David) (Entered: 02/06/2013) |
| 02/20/2013 | 98 | REPLY to Response re 89 Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint* filed by GMAC Mortgage, |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit) (DeLuca, Frank) (Entered: 02/20/2013) |
| 03/04/2013 | 99 | NOTICE of hearing on 89 Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint*. **Motion Hearing reset for 3/18/2013 02:00 PM before District Judge George Caram Steeh** (MBea) (Entered: 03/04/2013) |
| 03/18/2013 | | Minute Entry - Motion Hearing held on 3/18/2013 re 89 Renewed MOTION for Summary Judgment *Directed at Plaintiff's 3rd Amended Complaint* filed by GMAC Mortgage, LLC before District Judge George Caram Steeh. Disposition: taken under advisement(Court Reporter Ron DiBartolomeo) (MBea) (Entered: 03/18/2013) |
| 05/14/2013 | 100 | ORDER denying without prejudice defendant GMAC Mortgage's Renewed Motion for Summary Judgment 89 pending Bankruptcy Court determination. Signed by District Judge George Caram Steeh (MBea) (Entered: 05/14/2013) |
| 11/20/2013 | 101 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 11/26/2013 11:30 AM before District Judge George Caram Steeh** (MBea) (Entered: 11/20/2013) |
| 11/26/2013 | | Minute Entry for proceedings held before District Judge George Caram Steeh: Telephonic Status Conference held on 11/26/2013, **TELEPHONIC Status Conference set for 12/16/2013 03:00 PM E.S.T. before District Judge George Caram Steeh** (Court to place call) (MBea) (Entered: 11/26/2013) |
| 12/16/2013 | | Minute Entry for proceedings held before District Judge George Caram Steeh: Telephonic Status Conference held on 12/16/2013 Disposition: parties are advised to call the court re: status of case (MBea) (Entered: 12/16/2013) |
| 01/10/2014 | 102 | MOTION for Order *for Discharge of Notice of Lis Pendens* by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman. (Attachments: # 1 Index of Exhibits Index, # 2 Exhibit Exhibit A to Motion) (Gorosh, Bruce) (Entered: 01/10/2014) |
| 02/10/2014 | 103 | ORDER granting 102 defendants' Motion for Discharge of Lis Pendens. Signed by District Judge George Caram Steeh (MBea) (Entered: 02/10/2014) |
| 02/10/2014 | 104 | ORDER for administrative closing due to bankruptcy stay. Signed by District Judge George Caram Steeh (MBea) (Entered: 02/10/2014) |
| 02/18/2014 | 105 | STATEMENT of Itemization of Costs and Expenses Incurred per 2-10-14 Court Order by Jeffrey Baskin, Fifth Third Mortgage - MI, LLC, Lauren Newman (Attachments: # 1 Exhibit A-Affidavit and Billing Summary) (Gorosh, Bruce) (Entered: 02/18/2014) |
| 04/01/2014 | 106 | ORDER Awarding Costs to be paid by plaintiff. Signed by District Judge George Caram Steeh (MBea) (Entered: 04/01/2014) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 08/29/2016 15:25:08 ||||
|---|---|---|---|
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-10770-GCS-PJK |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |