MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR TRIAL SCHEDULED TO BE HEARD
ON SEPTEMBER 15, 2016 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    TRIAL**

**1.**    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552], *solely as it relates to Claim No. 3862 filed by Rhonda Gosselin*

**Related Document(s)**:

**a.**    Order Allowing Rhonda Gosselin to Respond to the Second Supplemental Declaration of Deanna Horst [Docket No. 8112]

**b.**    Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8516]

**c.**    ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and

|     |     |
| --- | --- |
|     | Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin [Docket No. 8574] |
| d.  | Opposition of Rhonda Gosselin to [ResCap Borrower Claims Trust's Motion for Partial Reconsideration of the Court's Memorandum Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Number 3862 Filed by Rhonda Gosselin] [Docket No. 8646] |
| e.  | Order Granting the ResCap Borrower Claims Trust's Motion for Partial Reconsideration [Docket No. 8972] |
| f.  | Letter to Judge Glenn from Jordan A. Wishnew re: Status of Settlement of Claim No. 3862 [Docket No. 9038] |
| g.  | Motion to Withdraw as Attorney [by Laird J. Heal, Esq. as Counsel for Rhonda Gosselin] [Docket No. 9258] |
| h.  | Case Management & Scheduling Order for ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (Solely as it Relates to Claim No. 3862 Filed by Rhonda Gosselin) [Docket No. 9422] |
| i.  | Notice of Appearance [of Laird J. Heal, Esq. on Behalf of Rhonda Gosselin] [Docket No. 9749] |
| j.  | Memorandum Endorsed So-Ordered Letter Granting Extension of Deadlines [Docket No. 9754] |
| k.  | Pretrial Order [Docket No. 9959] |
| l.  | Letter to the Court by Laird J. Heal on Behalf of Rhonda Gosselin regarding Request for Additional Discovery [Docket No. 9961] |
| m.  | Letter to the Court by Jordan A. Wishnew on Behalf of the ResCap Borrower Claims Trust regarding Letter to the Court by Laird J. Heal on Behalf of Rhonda Gosselin [Docket No. 9967] |
| n.  | Order Denying Rhonda Gosselin's Request to Extend the Time to Take Discovery or to Amend Joint Pretrial Order Setting Forth Issues for Trial Scheduled for September 15, 2016 [Docket No. 9968] |
| o.  | Joint Status Letter dated September 8, 2016 [Not Docketed] |

**Response(s)**:

|     |     |
| --- | --- |
| a.  | Response of Rhonda Gosselin [to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)] [Docket No. 7652] |

**Reply**:

a.     ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

      **(i)**     Declaration of Deanna Horst in Further Support of the ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 8007]

**Proposed Testimony**:

a.     Declaration and Proposed Testimony in Support of the ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Not Docketed]

b.     Rhonda Gosselin's Declaration and Proposed Testimony in Opposition to Objection to [Claim] No. 3862 [Not Docketed]

**Pretrial Briefs**:

a.     ResCap Borrower Claims Trust's Memorandum of Law in Support of the Trust's Objection to Claim Number 3862 [Docket No. 10078]

b.     Rhonda Gosselin's Trial Memorandum in Opposition to Objection to Claim Number 3862 [Docket No. 10091]

**Motions *In Limine***

a.     ResCap Borrower Claims Trust's Motion In Limine to Exclude Testimony of Rhonda Gosselin [Docket No. 10093]

**Status**:     The trial on this matter will be going forward.

Dated: September 13, 2016  
New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*