**Hearing Date and Time: TBD**
**Response Date: September 8, 2016**

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STATEMENT OF CLAIMANT FRANK J. REED III WITH RESPECT TO RESCAP BORROWER CLAIMS TRUST'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE "CONCERNING CLAIMANT'S EXPERT WITNESS FEES AS DAMAGES"**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Claimant Frank Reed ("Reed") hereby submits this statement with respect to the motion *in limine* filed by The ResCap Borrower Claims Trust ("ResCap"), by which ResCap seeks to exclude evidence concerning expert witness fees as damages. See ResCap's Motion [ECF Doc. # 10039]. With respect ResCap's motion, Reed respectfully states as follows:

1. Upon my research and review of the issues raised by ResCap in this motion regarding whether recovery of expert fees is allowed under New Jersey's Consumer Fraud Act, I concur that same is not recoverable and I do not wish to consume the Court's time and resources with adversarial motion practice on this issue.

Dated: Moorestown, New Jersey
September 8, 2016

Respectfully Submitted,

By: _____
Frank Reed, *pro se*