**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**ORDER DENYING CREDITOR FRANK REED'S MOTION IN LIMINE TO EXCLUDE EXPERT REPORT AND TESTIMONY OF OSCAR MARQUIS**

Creditor Frank Reed has moved *in limine* to exclude the expert report and testimony of Oscar Marquis.  (ECF Doc. # 10050.)  The Trust did not file a response to the motion.

The Trust designated Marquis as a rebuttal expert to the proposed testimony of Reed's expert Evan Hendricks.  Reed has withdrawn Hendricks as an expert witness.  Reed has also stated that he is not seeking to recover damages related to credit reporting.

Therefore, the motion *in limine* is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated:    September 14, 2016
          New York, New York

_Martin Glenn_
MARTIN GLENN
United States Bankruptcy Judge