**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>                                                Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER DENYING THE RESCAP BORROWER CLAIMS TRUST'S MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT PREVIOUSLY PRODUCED**

The ResCap Borrower Claims Trust has moved *in limine* to exclude certain evidence relating to credit reports as not previously produced. (ECF Doc. # 10041.) Reed submitted an opposition stating that he is no longer seeking damages relating to credit reports and he is withdrawing Evan Hendricks as an expert witness. (ECF Doc. # 10113.)

Whether any evidence regarding credit reports that were previously produced by Reed is admissible on any other issue will have to be determined at trial.

The motion *in limine* is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated:    September 14, 2016
              New York, New York

                                                                    ___*Martin Glenn*_____
                                                                          MARTIN GLENN
                                                                  United States Bankruptcy Judge