**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

# ORDER GRANTING THE RESCAP BORROWER CLAIMS TRUST'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING CLAIMANT'S EXPERT WITNESS FEES AS DAMAGES

The ResCap Borrower Claims Trust ("Trust") has moved *in limine* to exclude evidence at the trial beginning on September 26, 2016 of any expert witness fees Reed incurred in defense of the Foreclosure Action. (ECF Doc. # 10039.) Reed submitted a statement concurring in the Trust's position.

Therefore, the motion *in limine* is **GRANTED.** No evidence will be admitted at trial of any expert witness fees or expenses incurred by Reed in connection with the Foreclosure Action.

**IT IS SO ORDERED.**

Dated:   September 14, 2016
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge