UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
                             :
In re                        :    Chapter 11
                             :
RESIDENTIAL CAPITAL, LLC,    :    Case No. 12-12020 (MG)
et al.[1],                   :
                             :
                             :
                    Debtor.  :
---------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on September 14, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- Order signed on 9/14/2016 Denying Creditor Frank Reed's Motion in Limine to Exclude Expert Report and Testimony of Oscar Marquis. (Docket No. 10117)

- Order signed on 9/14/2016 Denying the Rescap Borrower Claims Trust's Motion in Limine to Exclude Evidence not Previously Produced. (Docket No. 10118)

- Order signed on 9/14/2016 Granting the Rescap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Christy Zoltun Donati. (Docket No. 10119)

- Order signed on 9/14/2016 Granting in part The ResCap Borrower Claims Trust's Motion In Limine to Exclude the Expert Report and Testimony of Stevie Watson. (Docket No. 10120)

- Order signed on 9/14/2016 Denying The ResCap Borrower Claims Trust's Motion In Limine to Exclude Evidence of Damages at Trial. (Docket No. 10121)

- Order signed on 9/14/2016 Granting in part and Denying in part the Rescap Borrower Claims Trust's Motion in Limine to Exclude Evidence Concerning Claimant's Attorneys' Fees Incurred in Defense of the Foreclosure Action. (Docket No. 10122)

- Order signed on 9/14/2016 Denying the Rescap Borrower Claims Trust's Motion in Limine to Exclude Evidence of Claimant's Attempts to Refinance the Matlack Property. (Docket No. 10123)

- Order signed on 9/14/2016 Granting the Rescap Borrower Claims Trust's Motion in Limine to Exclude Evidence Concerning Claimant's Expert Witness Fees as Damages. Docket No. 10124)

Dated: September 14, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 14th day of September, 2016, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Frankreednj@icloud.com

# EXHIBIT B

Frank Reed
817 Matlack Drive
Moorestown, NJ  08057