**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims
Trust*

**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Diane A. Bettino
Barbara K. Hager, *admitted pro hac vice*

*Co-Counsel for the ResCap Borrower Claims
Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------
In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                                      Debtors.
------------------------------------------------------------------

)
)
)
)
)
)
)
)

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**PROPOSED AGENDA FOR TRIAL SCHEDULED TO BE HEARD
ON SEPTEMBER 26-30, 2016 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY
10004-1408

**I.**      **TRIAL**

**1.**      ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Frank Reed
and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and
Bankruptcy Rule 3007 [Docket No. 7017]

         **Related Document(s)**:

         **a.**      Order Sustaining in Part and Overruling Without Prejudice in Part the
ResCap Borrower Claims Trust's Objection to the Reed Claims and Setting
Evidentiary Hearing [Docket No. 7246]

         **b.**      Motion for Judgment as to Liability on Claims for Negligence, New Jersey
Consumer Fraud Act and Punitive Damages filed by Frank Reed [Docket
No. 7545]

ny-1247160

**c.**      Memorandum Opinion and Order Determining the Amount of Allowed Claim of Frank and Christina Reed [Docket No. 7619]

**d.**      District Court Memorandum Opinion and Order (S.D.N.Y. 1:15-cv-2375-GWH) [Docket No. 9473]

**e.**      Cognizable Damages Statement filed by Frank Reed [Docket Nos. 9598/9639]

**f.**      Order Scheduling Discovery Concerning Cognizable Damages Related to Claim Number 3759 [Docket No. 9962]

**g.**      Order Denying Motion for Recusal and/or Disqualification Filed by Claimant Frank Reed [Docket No. 10054]

**h.**      Joint Pretrial Order [Docket No. 10134]

**Response(s)**:

**a.**      Response [of Frank and Christina Reed] to Debtors' Objection to Proofs of Claim [Docket No. 7153]

**Reply**:

**a.**      The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of Claim Filed by Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7228]

**Written Declarations**:

**a.**      Declaration of Frank Reed [Not Docketed]

**b.**      Declaration of Stevie Watson (realtor) [Not Docketed]

**c.**      Declaration of Pedro Chicas (contractor) [Not Docketed]

**d.**      Declaration of Alex Uminski (appraiser) [Not Docketed]

**e.**      Declaration of Martha Clampitt (realtor) [Not Docketed]

**f.**      Declaration of Stanley Woodworth (CPA) [Not Docketed]

**g.**      Declaration of Fred Pryor (contractor) [Not Docketed]

**h.**      Declaration of Russow R. Beck, III [Not Docketed]

**i.**      Declaration of Derrick Rosser (contractor) [Not Docketed]

**j.**      Declaration of Nathan Sowder (architect) [Not Docketed]

**k.**      Declaration of James Suhr (contractor) [Not Docketed]

**l.**      Declaration of Paul Molloy (CEO Oxford House) [Not Docketed]

**m.**      Affidavit of Dennis J. Whelan, III (attorney) [Not Docketed]

**n.**      Declaration of Joan Kline (cousin) [Not Docketed]

**o.**      Declaration of Robert Maines (friend) [Not Docketed]

**p.**      Declaration of Robert E. Curley, III (VP TD Bank) [Not Docketed]

**q.**      Declaration of Jeffrey S. Walters, Esq. for Purpose of Document Authentication (attorney) [Not Docketed]

## Orders Regarding Motions *In Limine*

**a.**      Order Denying Creditor Frank Reed's Motion *In Limine* to Exclude Expert Report and Testimony of Oscar Marquis [Docket No. 10117]

**b.**      Order Denying the ResCap Borrower Claims Trust's Motion *In Limine* to Exclude Evidence Not Previously Produced [Docket No. 10118]

**c.**      Order Granting the ResCap Borrower Claims Trust's Motion *In Limine* to Exclude the Expert Testimony of Christy Zoltun Donati [Docket No. 10119]

**d.**      Order Granting in Part The ResCap Borrower Claims Trust's Motion *In Limine* to Exclude the Expert Report and Testimony of Stevie Watson [Docket No. 10120]

**e.**      Order Denying The ResCap Borrower Claims Trust's Motion *In Limine* to Exclude Evidence of Damages at Trial [Docket No. 10121]

**f.**      Order Granting in Part and Denying in Part the ResCap Borrower Claims Trust's Motion *In Limine* to Exclude Evidence Concerning Claimant's Attorneys' Fees Incurred in Defense of the Foreclosure Action [Docket No. 10122]

**g.**      Order Denying the ResCap Borrower Claims Trust's Motion *In Limine* to Exclude Evidence of Claimant's Attempts to Refinance the Matlack Property [Docket No. 10123]

**h.**      Order Granting the ResCap Borrower Claims Trust's Motion *In Limine* to Exclude Evidence Concerning Claimant's Expert Witness Fees as Damages [Docket No. 10124]

**Status**:   The trial on this matter will be going forward.


Dated:  September 22, 2016          /s/ Barbara K. Hager
       New York, New York          Diane A. Bettino
                                        Barbara K. Hager, *admitted pro hac vice*
                                        REED SMITH LLP
                                        Princeton Forrestal Village
                                        136 Main Street, Suite 250
                                        Princeton, New Jersey 08540
                                        Telephone: (609) 987-0050
                                        Facsimile: (609) 951-0824

                                        *Co-Counsel for The ResCap Borrower Claims Trust*

                                        -and

                                        Norman S. Rosenbaum
                                        Jordan A. Wishnew
                                        MORRISON & FOERSTER LLP
                                        250 West 55th Street
                                        New York, New York 10019
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for The ResCap Borrower Claims Trust*