# EXHIBIT C

# DISALLOWED CLAIMS ON APPEAL

| Claimant | Claim # | Amount |
|---|---|---|
| Erlinda Aniel | Claim #114 | $ 1,085,000.00 |
|  | Claim #417 | Unliquidated |
| Michael Boyd | Claim #960 | $ 186,000.00 |
| Philip Emiabata | Claim #3910, #4085 | $ 500,000.00 |
| Thomas La Casse | Claim #3856 | $26,500,000.00 |
| Barry F. Mack | Claim #386 | $2,850,000.00 |
| Patricia McNerney/Susan Gray | Claim #s 4758, 4757(Gray) | $ 122,481.59 |
|  | Claim #s 4764, 4762 (McNerney) | $ 600,000.00 |
| Gregory Morse | Claim #'s 5680, 5682 | $6,475,662.00 |
| Francine Silver | Claim #61 | $ 3,000,000.00 |
| Tia Smith | Claim #3889, #4129, #4134, #4139 | $ 3,000,000.00 |
| Total |  | $44,339,143.59 |