# EXHIBIT D - UNRESOLVED BORROWER CLAIMS

| POC | Claimant Name | Filed Amount for Disputed Claim Reserve Purposes | Debtor Group | Disputed Claims Reserve Amount |
|---|---|---|---|---|
| 241 | Felix O. Abu ** | $121,125.00 | GMACM | $53,440.35 |
| 246 | Felix O. Abu ** | $1,248,955.60 | GMACM | $551,039.21 |
| 4542 4567 | Michael Alape ** Aida Alape ** | $1,000,000.00 | GMACM | $441,200.00 |
| 1515 | Ron & Sharon Angle | $11,900.00 | GMACM | $5,250.28 |
| 1359 | James Belcher and Willa Belcher Plaintiffs vs. The West Virginia Mortgage Store Oriska Insurance Co. Jack Skidmore et al. | $114,314.25 | GMACM | $50,435.45 |
| 4921 | Latif Matt and Roxanne Bonser | $10,470.00 | GMACM | $4,619.36 |
| 4734 | Dawson Carol and Terry Clark V. GMAC Mortgage LLC Erroneously Named as GMAC Mortgage Group Inc. Manufacturers and et al. ** | $79,000.00 | GMACM | $34,854.80 |
| 2549 | Michael Davalos | $247,000.00 | GMACM | $108,976.40 |
| 3741 | Joseph L. & Maxine C. Dossett * | $157,356.01 | GMACM | $69,425.47 |
| 3848 | Atilla Durmaz and Cicek Durmaz | $32,718.42 | GMACM | $14,435.37 |
| 3712 | Hermenegildo Firpi & Nelia Guzman (Jointly) ** | $147,000.00 | GMACM | $64,856.40 |
| 3862 | Rhonda Gosselin * | $319,649.60 | GMACM | $141,029.40 |
| 1039 | John C. Grant III and Nancy E. Grant | $15,146.53 | GMACM | $6,682.65 |
| 6273 6374 | Gwendolyn B. Hawthorne | $600,000.00 | RFC | $79,140.00 |
| 1015 | Ashley Hooker | $34,433.39 | GMACM | $15,192.01 |

| POC | Claimant Name | Filed Amount for Disputed Claim Reserve Purposes | Debtor Group | Disputed Claims Reserve Amount |
|---|---|---|---|---|
| 4930 | James P. Kennedy | $34,363.80 | GMACM | $15,161.31 |
| 5634 | Aubrey Manuel vs. Greenpoint Mortgage Funding Inc. GMAC Mortgage LLC and all persons unknown | $170,000.00 | GMACM | $75,004.00 |
| 1524 | Letha M. McAllister Debtor vs. GMAC Mortgage LLC an Indirect Wholly owned subsidiary of Ally Financial Inc. fka et al. | $61,530.00 | GMACM | $27,147.04 |
| 4445 | Alan Moss | $750,000.00 | ETS | $750,000.00 |
| 5308 5323 | Jerry Rateau Claudette St. Juste | $256,289.62 | GMACM | $113,074.98 |
| 3708 3759 4736 4759 | Frank Reed | $2,953,000.00 | GMACM | $1,302,863.60 |
| 4720 | Alexis Smith ** | $0 Unliquidated | GMACM | |
| 684 | Bernard Ward and Colleen Halloran v. GMAC Mortgage LLC and DOES 1 20 | $1,000,000.00 | GMACM | $441,200.00 |
| 1296 | Mary Perkins White * | $320,000.00 | GMACM | $141,184.00 |
| 2892 | Gerard Wiener, for Himself and as Representative of the Estate of Roland Wiener | $299,000.00 | GMACM | $131,918.80 |
| | Jennifer Wilson    Case No. 12-01936 | $0 Unliquidated | RESCAP RFC | |
| | | **$9,983,252.22** | | **$4,638,130.88** |

\* Claims are settled and await an executed settlement stipulation.
\*\* Claims are listed on the 94th Omni and were heard on September 14, 2016.