Sept. 26th, 2016

Dear Honorable Judge Glenn,
I was left the attached Subpoena at my office which is located at 8804 Patterson Avenue in Richmond, Virginia 23229.
I was not personally served.  This subpoena was thrown at the receptionist's desk when I was not in the office and she refused to sign on my behalf.
I found it in my in box on my desk when I went to do some extra work in my office yesterday, late Sunday afternoon, Sept. 25th, 2016.
There was no witness fee served with this Subpoena which I believe is required.  I do not believe there has been proper service of the Subpoena.

I am located more than a 100 miles away from this Court, so I believe the Subpoena is not valid and I am not required to attend as commanded.

I already gave my deposition on this case in Richmond, Virginia on May 19th, 2016 which can be used at trial.  I have nothing further to add.

I am a local realtor licensed in the Commonwealth of Virginia and live and work in Richmond, Virginia. It would be an extremely undue burden and expense for me to have to attend this trial.  It would greatly interfere with my business and my husband who is 75 years old and has medical issues.

Given these reasons, I am asking your Honor to enter an Order Quashing this Subpoena and/or entering an Order stating that I do not have to comply with the Subpoena.

I would greatly appreciate it if you would acknowledge receipt of this email.

Thank you very much.

Respectfully,
Stevie Watson
Long and Foster Realtors
8804 Patterson Avenue
Richmond, VA 23229