**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Minutes of Proceedings**

Date:   September 26, 2016
-----------------------------------------------------------------------------------

In re:

    Residential Capital, LLC                      Case No.  12-12020 (MG)

**Debtor**
-----------------------------------------------------------------------------------

    Hon.   Martin Glenn        Deanna Anderson
            Bankruptcy Judge     Courtroom Deputy

   Barbara K. Hager of Reed Smith, LLP, Counsel for the ResCap Borrower Claims Trust
   Frank Reed                     Pro se

X **Other**  Letter regarding subpoena served on Stevie Watson (Document no. 10141)

**Orders:**   X Relief sought in letter:
¤ Moot
X **Mr. Reed will withdraw the subpoena.  The matter is moot.  It is So Ordered.**

BY THE COURT                         FOR THE COURT:  **Vito Genna, Clerk of the Court**

**/s/Martin Glenn_____**
                            **September 27, 2016**                By /s/ Deanna Anderson

United States Bankruptcy Judge                Date                        Deputy Clerk