**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Minutes of Proceedings**

Date:      September 28, 2016
-----------------------------------------------------------------------------------------

In re:

Residential Capital, LLC                                                    Case No.  12-12020 (MG)


**Debtor**
-----------------------------------------------------------------------------------------


Hon.      Martin Glenn              Deanna Anderson
              Bankruptcy Judge          Courtroom Deputy

Barbara K. Hager of Reed Smith, LLP, Counsel for the ResCap Borrower Claims Trust
Frank Reed                              Pro se


X **Motion to Quash Subpeona filed by Christopher J. Norman on Behalf of Peter McCaffrey**
X **Motion to Quash Subpeona filed by Derrick E. Rosser, Esq.**

_____O

**Orders:**
              Mr. Reed has withdrawn subpoenas for Mr. McCaffrey and Mr. Rosser.  The motions to quash are moot. It is So Ordered.

BY THE COURT                            FOR THE COURT:  **Vito Genna, Clerk of the Court**


   **/s/Martin Glenn**              **September 28, 2016**              By /s/ Deanna Anderson

United States Bankruptcy Judge                    Date                          Deputy Clerk