Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF ROBERT E. CURLEY, III

I, Robert Curley, declare the following:

1.　In 2008, Frank Reed had a term note with TD Bank secured by a blanket mortgage across his three rental properties located at 318 Columbia Avenue Stratford, NJ, 52 Stone Hollow Drive Sicklerville, NJ and 21 Darien Drive Cherry Hill, NJ

2.　The foreclosure on Frank Reed's house located at 817 Matlack Drive Moorestown, NJ constituted a~~ violation of his covenants~~ AN EVENT OF DEFAULT AS contained within his note and mortgage and as such we terminated his relationship with the bank and placed his loan into asset recovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/28_____, 2016.

Robert E. Curley, III