# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## **MOTION TO WITHDRAW**

Comes Now, William T. Russell, Jr., as attorney for Movant-Defendants DB Structured Products, Inc. and MortgageIT, Inc., respectfully moves this court to withdraw from receiving further notifications and service in this proceeding. The matters for which his appearance was made have been resolved.

WHEREFORE, the undersigned requests the Court order him removed from further service or notification in this matter

Dated: October 3, 2016
       New York, New York

Respectfully submitted,

/s/ William T. Russell, Jr._____

SIMPSON THACHER & BARTLETT LLP
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017
(212) 455-2000 (phone)
(212) 455-2502 (fax)
wrussell@stblaw.com
*Attorneys for Movant-Defendants DB Structured Products, Inc. and MortgageIT, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that that on this 3rd day of October, 2016, the foregoing Motion to Withdraw has been delivered to all counsel of record, via CM/ECF electronic service.

/s/ William T. Russell, Jr.