UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL LLC et al., <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the Court's ruling in regard to Frank Reed's Motion to Compel Compliance pursuant to FRCP 45(g) was served via email to the following:

Joan Kline
250 Brae Bourn Road
Hunting Valley, PA 19006

Dated: Moorestown, New Jersey
September 27, 2016

Respectfully Submitted,

By: _____
Frank Reed, *pro se*