Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

September 22, 2016

The Honorable Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Courtroom 501
One Bowling Green
New York, New York 10004-1408

RECEIVED
SEP 29 2016
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK

Re: *In re: Residential Capital, LLC, et al.*, Case No. 12-12020

Dear Judge Glenn:

    I wrote this letter to seek clarification on my claims, which are the subject of a motion made by the Rescap Borrowers' Claims Trust for an order authorizing the interim distribution and establishing a disputed claims reserve.

    The attached Exhibit "C" of their Motion "Disallowed Claims on Appeal", listed only two out of my four claims against the Trust in the following order:

    **1. Claim # 114 in the amount of $1,085,000.00 against GMAC Mortgage, LLC, including $10,000.00 for attorney's fees.**

    **2. Claim # 417 in an unliquidated amount against Executive Trustees Services ("ETS").**

    However, I filed two other proof of claims against the Debtors which were not disclosed in the exhibit. Those are the following:

    **A. Claim # 112 against Executive Trustees Services in the amount of $1,085,000.00, including the $10,000.00 attorney's fees.**

    **B. Claim # 416 against GMAC Mortgage, LLC, in an unliquidated amount.**

    For clarification purposes, does this mean that claim # 112 and claim # 416 are deemed allowed claims that will not be effected by the instant motion?

    Before I file my objection to this motion, I would like clarification on this issue by the Borrower Claims Trust to avoid any further confusion on my part.

Letter in Re: Motion for interim distribution     1

Respectfully,

Erlinda Abibas Aniel

Cc:

Counsel to the ResCap Liquidating Trust and ResCap Borrower Claims Trust
Jordan A. Wishnew, and Jessica J. Arett
Morrison and Foerster
250 West 55th Street
New York, NY 10019-9601
