Status Conference Date and Time:  October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————— )
                                                              )
In re:                                                    )        Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,      )        Chapter 11
                                                              )
                                          Debtors.      )        Jointly Administered
----------------------------------------------------------- )

**NOTICE OF STATUS CONFERENCE ON RESCAP BORROWER CLAIMS**
**TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY**
**BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED**
**BY RHONDA GOSSELIN (CLAIM NO. 3862) TO BE HELD ON**
**OCTOBER 13, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a status conference in connection with the

*ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability*

*Borrower Claims)* [Docket No. 7552], solely as it relates to the claim filed by Rhonda Gosselin

(Claim No. 3862), will be held on **October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time)**

(the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be heard

before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern

District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523,

New York, New York 10004.

Dated: October 6, 2016
     New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*