MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE
HEARD ON OCTOBER 13, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    STATUS CONFERENCE IN SETTLED MATTER**:

1.    **ResCap Borrower Claims Trust's Objection to Proof of Claim No. 1296 Filed by Mary Perkins White [Docket No. 9796]**

   **Related Document(s):**

   a.    **Case Management and Scheduling Order Regarding ResCap Borrower Claims Trust's Objection to Claim Number 1296 Filed by Mary Perkins White [Docket No. 10086]**

   **Response(s)**:    None.

   **Status**:    This matter has been settled.  No hearing is required.

---

[1] Amended items appear in **bold**.

ny-1249720

**II.**     **PRE-TRIAL CONFERENCE IN ADVERSARY PROCEEDING MATTER**

*Roseberry v. GMAC Mortgage, LLC (Adv. Proc. No. 16-01202 (MG))*

**2.**     **Complaint to Determine Liens and Non-Dischargeability of Debt and Request for Stay of Foreclosure Until the Validity of Note can be Determined and to Determine Nature, Extent and Validity of Lien and Debt as Void Pending Outcome of Litigation [Docket No. 1]**

   **Related Document(s):**

   a.     **Summons with Notice of Pre-Trial Conference [Docket No. 2]**

   b.     **Aldridge Pite, LLP's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted; Or, in the Alternative, More Definitive Statement [Docket No. 5]**

   **Response(s):**

   a.     **Answer [of Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2004-6 and Ocwen Loan Servicing, LLC] to Complaint to Determine Liens and Non-Dischargeability of Debt and Request for Stay of Foreclosure Until the Validity of the Note Can Be Determined and to Determine Nature, Extent and Validity of Lien and Debt as Void Pending Outcome of Litigation [Docket No. 3]**

   **Status:**     **The pre-trial conference on this matter will be going forward.**

**III.**     **STATUS CONFERENCE**:

**3.**     ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552], *solely as it relates to claim no. 3862 filed by Rhonda Gosselin*

   **Related Document(s)**:

   a.     Notice of Status Conference on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) To Be Held on October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 10168]

   **Response(s)**:     None.

   **Status**:     The status conference on this matter will be going forward.

ny-1249720                                                2

IV. **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

4. ResCap Borrower Claims Trust's Objection to Claim No. 2892 Filed by Gerard Wiener, for Himself and as Representative of the Estate of Roland Wiener [Docket No. 10092]

   **Related Document(s)**:

   a. Certificate of No Objection Regarding ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2892 Filed by Gerard Wiener, for Himself and a Representative of the Estate of Roland Wiener [Docket No. 10170]

   **Response(s)**:   None.

   **Status**:   A certificate of no objection has been filed. The hearing on this matter will go forward only to the extent that the Court has any questions or concerns.

5. Joint Motion to Vacate the Opinion and Order Sustaining in Part the ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode [Docket No. 10068]

   **Related Document(s)**:

   a. Certificate of No Objection Regarding Joint Motion to Vacate the Opinion and Order Sustaining in Part and Overruling in Part the ResCap Borrower Claims Trust's Objection to Claim Nos. 5610 and 5612 Filed by Richard D. Rode [Docket No. 10085]

   **Response(s)**:   None.

   **Status**:   The hearing on this matter will be going forward.

V. **CONTESTED MATTER(S)**

6. ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran [Docket No. 9980]

   **Related Document(s)**:

   a. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran to September 14, 2016 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 10025]

   b. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 684 Filed by Bernard Ward and Colleen Halloran to October 13, 2016 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 10071]

**Response(s)**:

a.     Bernard Ward and Colleen Halloran's Response to Objection to Claim No. 684 [Docket No. 10132]

**Reply**:

a.     The ResCap Borrower Claims Trust's Reply in Support of its Objection to Claim Number 684 Filed by Bernard Ward and Colleen Halloran [Docket No. 10175]

**Status**:     The hearing on this matter will be going forward.

7. Motion of the ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10136]

**Related Document(s)**:

a.     Amended Notice of Motion of ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10137]

b.     Notice of Filing Amended Exhibit C [to Motion of the ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve] [Docket No. 10177]

**Response(s)**:

a.     Creditor Barry Mack's Objection to Motion of ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10156]

b.     Letter to Judge Glenn from Erlinda Abibas Aniel Regarding Clarification of Claims Related to Motion of the ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10159]

c.     Limited Objection [of Tia Danielle Smith] to Motion of Polsinelli, Counsel for the Kessler and Mitchell Class Claimants on Behalf of the ResCap Borrower Claims Trust, for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10160]

d.     Amended, Corrected and Supplemented Limited Objection [of Tia Danielle Smith] to Motion of Polsinelli, Counsel for the Kessler and Mitchell Class Claimants on Behalf of the ResCap Borrower Claims Trust, for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10179]

      **e.**      Erlinda Abibas Aniel's Objection to the Motion of ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10180]

**Reply**:

      **a.**      Reply [of The ResCap Borrower Claims Trust] to Objections to Motion of ResCap Borrower Claims Trust for Order Authorizing Interim Distribution and Establishing Disputed Claims Reserve [Docket No. 10178]

      **Status**:      The hearing on this matter will be going forward.

Dated: October 12, 2016  
New York, New York

/s/ Erica J. Richards  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Erica J. Richards  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*