## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------- x
                              :
   In re                      :      Chapter 11
                              :
   RESIDENTIAL CAPITAL, LLC,  :      Case No. 12-12020 (MG)
   et al..,                   :
                              :
                      Debtor. :
----------------------------- x
```

### AFFIDAVIT OF SERVICE

  I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on October 12, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit B** attached hereto:

- NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE HEARING SCHEDULED FOR OCTOBER 13, 2016 AT 2:00 P.M. (ET)(Docket No. 10182)
- **AMENDED PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON OCTOBER 13, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)(Docket No. 10185)**

Dated: October 13, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 13th day of October, 20 16, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020

## **EXHIBIT A**

Chris@myfaircredit.com;

Blmessinger@duanemorris.com;

Sdny@katz-law.com;

# **EXHIBIT B**

Beverlie A. Roseberry
3900 Oldfield Crossing Drive Apt. 215
Jacksonville, FL 32223


Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


Ocwen Loan Servicing LLC
15 Piedmont Center
3575 Piedmont Road N.E. Suite 500
Atlanta, GA 30305


Aldridge Pite, LLP a/k/a Aldridge Connors
3575 Piedmont Road NW Suite 500
Atlanta, GA 30305