Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

October 10, 2016

The Honorable Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Courtroom 501
One Bowling Green
New York, New York 10004-1408

Re: *In re: Residential Capital, LLC, et al.*, Case No. 12-12020

Dear Judge Glenn,

This letter is intended to notify all parties that Erlinda Abibas Aniel did timely file her objection to the Rescap Borrower Claims Trust's Motion for order authorizing interim distribution and establishing disputed claims reserve in the Bankruptcy Court.

The borrower's trust, in its reply, misinformed the court that Erlinda Abibas Aniel did not timely file her objection, but only mailed her objection to the borrower's trust. However, the Bankruptcy Court actually received her objection on September 30, 2016, via the U.S. Postal Service. The tracking number was EL422057158US, and was received and signed by a certain J. Daves at 11:14 a.m. on September 30, 2016. Attached is a copy of the receipt of delivery.

Therefore, let this letter show no doubt that Erlinda Abibas Aniel timely filed her objection.

Respectfully,

Erlinda Abibas Aniel

Cc:

RECEIVED
OCT 12 2016
U.S. BANKRUPTCY COURT, SDNY

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green,
New York, New York 10004-1408

Polsinelli
600 Third Avenue, 42nd Floor
New York, NY 10016
(Attention: Daniel J. Flanigan), as counsel to the ResCap Borrower Claims Trust

Letter                                                                                                2

English | Customer Service | USPS Mobile | Register / Sign In

The Postal Service is monitoring the progress of Hurricane Matthew. Check for updates on which service areas may be affected. Read More ›

# USPS.COM®

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

---

**Tracking Number: EL422057158US**

✓ **Delivered**

**Scheduled Delivery Day:** Friday, September 30, 2016, 12:00 pm
**Money Back Guarantee**
**Signed for By:** J DAVES // NEW YORK, NY 10004 // 11:14 am

### Product & Tracking Information

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
PO to Addressee

Up to $100 insurance included
Restrictions Apply

### Available Actions

Proof of Delivery

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 30, 2016, 11:14 am | Delivered, Left with Individual | NEW YORK, NY 10004 |
| | Your item was delivered to an individual at the address at 11:14 am on September 30, 2016 in NEW YORK, NY 10004. | |
| September 30, 2016, 10:09 am | Arrived at Post Office | NEW YORK, NY 10006 |
| September 29, 2016, 11:25 pm | Departed USPS Facility | SAN FRANCISCO, CA 94128 |
| September 29, 2016, 5:22 pm | Arrived at USPS Origin Facility | SAN FRANCISCO, CA 94128 |
| September 29, 2016, 3:34 pm | Departed Post Office | SAN MATEO, CA 94402 |
| September 29, 2016, 2:01 pm | Acceptance | SAN MATEO, CA 94402 |

### Track Another Package

Tracking (or receipt) number

[                              ]  **Track It**

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





USPS Priority Mail Express label:

FROM: ELLINDA A. AMIEL
15 Tobin Clark Dr.
Hillsborough, CA 94010
PHONE: 650-204-4417

TO: United States Bankruptcy Court
for the Southern District of NY
ONE BOWLING GREEN,
NEW YORK, New York
*NEW ADDRESS*
10004-1408

PO ZIP Code: 94402
Date Accepted: 09/29/16
Scheduled Delivery Date: 09/30/16
Weight: lbs 4 ozs
$100.00 insurance included
EL 422057158 US