**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

### ORDER GRANTING WITHDRAWAL AND DIRECTING NO FURTHER SERVICE BE DIRECTED TO ATTORNEY WILLIAM T. RUSSELL, JR., ATTORNEY FOR MOVANT-DEFENDANTS DB STRUCTURED PRODUCTS, INC. AND MORTGAGEIT, INC.

Movant-Defendants DB Structured Products Inc. and MortgageIT, Inc., by and through their undersigned counsel, filed a motion to withdraw William T. Russell, Jr. as attorney of record and from receiving further notifications and service in this proceeding.  The Court finds that it has merit and should be granted.

**IT IS, THEREFORE, ORDERED** that William T. Russell, Jr. is withdrawn as attorney of record and shall be removed from further service in this matter.

**IT IS SO ORDERED.**

Dated:  October 14, 2016
          New York, New York

                                        ___**/s/Martin Glenn**___
                                          MARTIN GLENN
                                    United States Bankruptcy Judge