# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :        Chapter 11
                                          :
RESIDENTIAL CAPITAL, LLC,                 :        Case No. 12-12020 (MG)
et al..,[1]                               :
                                          :
                             Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on October 26, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER AUTHORIZING INTERIM DISTRIBUTION AND DISPUTED CLAIMS RESERVE (Docket No. 10197)**

Dated: October 26, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 20 16, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



STACY SONG-YI HAN
Commission # 2142268
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2020

# EXHIBIT A

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Dflanigan@polsinelli.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;

Dwigley@dessauleslaw.com;

Bwolinetz@natalelawfirm.com;

Felixabu@gmail.com;

Probinson@legglaw.com;

Thalloran@mpbf.com;

Hermes_conundrum@yahoo.com;

Sjvannlaw@yahoo.com;

Lawrence@deaslawfirm.com;

Brendan@orourkeandassoc.com;

Bbath2012@aol.com;

Chuck@dcemail.com;

Chris@myfaircredit.com;

Jennifer@msjlaw.org;

Alclarkston@gmail.com;

Ndokes@hotmail.com;

Gene@genetrotter.com;

Mmorganroth@morganrothlaw.com;

Jslawma@aol.com;

Will.oden@gmail.com;

Flintroberts@aol.com;

Katherine@ocracokelaw.com;

Mjenkins@raycommedia.com;

H2hcombat@gmail.com;

Dskeens@wbsvlaw.com;

Bcarlson@carlsonlynch.com;

PDBLaw@aol.com;

Mike@breeden-lawfirm.com;

Debbieleewetzel@gmail.com;

Crisrasco@rascolawfirm.com;

Ken@quatlaw.com;

Diantiques@bellsouth.net;

Adows@readelawfirm.com;

Leslie@teamwatley.com;

Lori02149@yahoo.com;

Krichter@nka.com;

Sserrano@temple.edu;

Hwarner@warnerrenick.com;

Rmsone@comcast.net;

Jleeboothby@aol.com;

Yorkvilee04@univision.com;

Djbrown2008@gmail.com;

Anneliesesiem@yahoo.com;

Vjmjacko@charter.net;

Rjkevans@comcast.net;

Akmiley80@comcast.net;

S.miley821@comcast.net;

Pboyle@boylelawbiz.com;

David@lazegalaw.com;

Wfoster@ffadlaw.com;

Seamf52@msn.com;

Frankreednj@icloud.com;

Lawyers@zuzolo.com;

Mkbpatent@hotmail.com;

Myancey@mmlaw.net;

Lwasden@mmlaw.net;

Sandrawilliamspeake@gmail.com;

Chuck@kalogianislawfirm.com;

Mike@meyerlawfirmfl.com;

Lairdheal@lh-law-office.com;

Cbrackney47@yahoo.com;

Mstrauss@kmllp.com;

Fschlaw@aol.com;

Diana.madden@rocketmail.com;

Jsciascia@gmail.com;

Michaelbruckman@gmail.com;

Kirin@attorneys-louisiana.com;

Ata.haru@gmail.com;

Ajkesq@epix.net;

Donna@lanzetta.net;

Alanmoss.office@gmail.com;

Diem.home@gmail.com;

Accesslegalservices@gmail.com;

egersten@gerstenlaw.com;

pilot7503@yahoo.com;

smgray@smgraylaw.com;

Philipemiabata@yahoo.com;

Mj_aniel@me.com;

as@shaghzolaw.com;

ehj@johnsonlawpa.com;

billfuchs@comcast.net;

dwigley@dessauleslaw.com;

mannysifuentes@yahoo.com;

attorneys@gapslaw.com;

loisvanhovein@gmail.com;

rmsone@comcast.net;

gwenhawthorne@yahoo.com;

EstateofFeleciaMitchell@yahoo.com;

dale@pittmanlawoffice.com;

karen@pittmanlawoffice.com;

suzieb517@yahoo.com;

aubreym@pacbell.net;

Passarettilaw@yahoo.com;

ruthbHutchhins@yahoo.com;

buzwalk@comcast.net;

rtannor@verizon.net;

sunqm@yahoo.com;

andersonsize@gmail.com;

peter.vidikan@sbcglobal.net;

jbbjratty@aol.com;

lenbennett@clalegal.com;

srotkis@clalegal.com;

olceee@gmail.com;

mdautomotive39@yaoo.com;

jamespkennedy@roadrunner.com;

dunncourtpapers@choiceonemail.com;

rpcahayag@yahoo.com;

dan@msj.org;

david@davidkanepc.com;

ddaley@mwlegal.org;

smith_alexis01@yahoo.com;

vonda@vmcleodlaw.com;

philwrightod@cox.net;

gathlaw@gmail.com;

mtalape@yahoo.com;

jpatricksutton@jpatricksuttonlaw.com;

markragonese@hotmail.com;

primedesign@clearwire.net;

lauren@boucherandboucher.com;

# EXHIBIT B

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street, Suite 110
Phoenix, AZ 85016

Paul Homer & Melinda Carpenter
c/o Natale & Wollinetz
116 Oak St
Glastonbury, CT 06033-2300

Felix O. Abu
6999 Romanzo Way
Elk Grove, CA 95758

Jennifer L. Wilson
4365 School House Commons, 500-251
Harrisburg, North Carolina 28075

Conrad P Burnett Jr.
612 McIntosh Drive
Linden, VA 22642

Kevin J. Matthews
c/o Legg Law Firm LLC
5500 Buckeystown Road, Francis Scott Key Mall
Frederick, MD 21703

Bernard Ward and Colleen Halloran
c/o Murphy Pearson Bradley and Feeney
88 Kearny St 10th Fl
San Francisco, CA 94108

William J Futrell
8391 N 550W
Bryant, IN 47326

GMAC Mortgage LLC v Gary Burden and Ayanna Burden
c/o Law Offices of Sheldon J Vann
841 Prudential Drive12th Fl
Jacksonville, FL 32207

THEODORE R. SCHOFNER
2117 INDIAN ROCKS RD SOUTH
LARGO, FL 33774

PAUL A. RECKSIEDLER
2844 121ST LANE NW
MINNEAPOLIS, MN 55443

ASHLEY HOOKER VS GMAC MORTGAGE LLC
c/o Deas and Deas LLC
353 N Green St PO Box 7282
Tupelo, MS 38802

Gmac Mortgage LLC v John C Grant III and Nancy E Grant
c/o ORourke and Associates LLC
27 Pine St
New Canaan, CT 06840

Brian Edmond Bath
5994 South Holly Street # 244
Greenwood Village, CO 80111

Charles T. Clark
7404 Mesa De Arena NW
Albuquerque, NM 87120-1516

Mary Perkins White
c/o Law Offices of Christopher E Green
601 Union St Ste 4285
Seattle, WA 98101

James Belcher and Willa Belcher
c/o Mountain State Justice Inc
1031 Quarrier St Ste 200
Charleston, WV 25301

Paul Marge Pfunder
24993 Avenida Sombra
Murrieta, CA 92563

Patrick & Aleashia Clarkston
612 E Alexander St
Lafayette, LA 70801

Ron & Sharon Angle
Box A
Portland, PA 18351

Sheldon Williams
8922 S. Blackstone Ave
Chicago, IL 60619

Letha M McAllister Debtor vs GMAC
c/o Trotter and Maxfield
1701 Richland St
Columbia, SC 29201

Mary Critchley
c/o Mayer Morganroth, Esq.
344 North Old Woodward Ave.,
Suite 200
Birmingham, MI 48009

Carmela Barone and Gaetano Barone
350 Revere Beach Blvd #3-2L
Revere, MA 02151

Jae S. Park and Hollie H. Park
c/o Pak & Moring PLC
8930 E. Raintree Drive, Suite 100
Scottsdale, AZ 85260

William Oden
7924 Briardale Dr.
Charlotte, NC 28212

RAMONA M ROBERTS
424 TOWNSEND DR SE
HUNTSVILLE, AL 35811-8763

GILBERT IN THE MATTER OF THE FORECLOSURE BY DAVID A SIMPSON
c/o KATHERINE S PARKER LOWE
35 MISS ELECIA LN STE 101
OCRACOKE, NC 27960

Bettie Jean Yelder
2915 Cante Lou Rd
Montgomery, AL 36108

Randall Branson
202 Archer Ave.
Marshall, IL 62441

Rowena Drennen, Flora Gaskin, Roger Turner,
Christie Turner, John Picard & Rebecca Picard et
c/o Attn Daniel J. Flanigan, Esq.
Polsinelli Shughart PC
900 3rd Ave Fl 21
New York, NY 10022-4869

Kevin Wells, Jr.
c/o Patrick D. Breeden
830 Union Street, Suite 300
New Orleans, LA 70112

Louis J. Ochoa
c/o Patrick D. Breeden
Breeden Law Firm, LLC
830 Union St., Ste. 300
New Orleans, LA 70112

Deborah Lee Wetzel
971 162nd St SE
Snohomish, WA 98296

Mary Beth Clawson and John Riddle
c/o Rasco Law Firm
2709 Texas Avenue
Texas City, TX 77590

Mark McVey and Susan McVey
c/o Kenneth D. Quat, Esq.
678 Massachusetts Ave., Suite 702
Cambridge, MA 02139

John E. Satterwhite Jr
3219 Kenyon Ave
Richmond, VA 23224

DIANE AND EVERETT BUTCHER AND
EVERETT BUTCHER JR
11130 NW 17TH CT
PEMBROKE PINES, FL 33026

MARTIN JEORGE A AND ROBERT ALICEA
c/o Reade and Associates
1333 N Buffalo DriveSuite 210
Las Vegas, NV 89128

Ms. Leslie D. Watley
22 Conhurst Drive
North Haven, CT 06473

Lori E. Tammaro aka Lori E Pesce
24 Pleasant St
Everett, MA 02149

Christina Ulbrich
c/o Kai H. Richter, Esq.
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

SERGIO E SERRANO
SOBEIDA SALOMON
1217 CHARTER LANE
AMBLER, PA 19002-1564

Michael Davalos
c/o G. Harris Warner, Jr. Esq.
Warner & Renick PLC
PO Box 21584
Roanoke, VA 24018

William J. Ridge
PO Box 1094
Santa Rosa Beach, FL 32459

Melissa D. Lallo
6215 Virginia Ave
Parma, OH 44129

GMAC MORTGAGE LLC VS MICHAEL P
ROMERO
c/o New Mexico Legal Ctr PC
515 Gusdorf Rd Ste 8
Taos, NM 87571

Edgar A. Soto & Sara Soto
210 S. 44th Ave.
Northlake, IL 60164

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road NE
Atlanta, GA 30305

Gerard Wiener
c/o David J. Brown, Attorney at Law
1135 Ulloa Street
San Francisco, CA  94127

ANNELIESE SIEM
6744 HILLPARK DRIVE APT 507
LOS ANGELES, CA 90068-2123

Virginia Mattson
4 Mariners Cove
Salem, SC 29676

Perry E. Goerner
12 Wantage School Road
Sussex, NJ 07461

Roger J. and Karen Evans
9481 S. Johnson Ct
Littleton, CO 80127

Rosario Mae Ramos
12 Akamai Loop
Hilo, HI 96720

ANTHONY K AND SONYA L MILEY AND
524 DRESLER RD
RINCON, GA 31326-4748

Judith A. Winkler and James C. Winkler
c/o Law Offices of Patrick D. Boyle
711 Hennepin Ave Ste 501
Minneapolis, MN 55403-1836

Hermenegildo Firpi & Nelia Guzman
David Bierman. Esquire
Florida Advocates
45 East Sheridan Street
Dania, FL 33004

Jacquelyn O. Wieland, TTE of Marshell O.
Culton Rev. Living Trust April 28, 05
Wildish & Nialis
500 N. State College Blvd., Suite 1200
Orange, CA 92868

Joseph L. & Maxine C. Dossett
c/o William M. Foster, PLLC
Attorney at Law - TN BPR No. 1050
PO Box 4716
Chattanooga, TN 37405

Jerry Rateau
36 Bellevue Ave
Brockton, MA 02302-1721

Rhea Cahayag
3310 Harbor Moon Ct.
Vallejo, CA 94591

Richard Todd and Debra Todd
Law Office of J. Patrick Sutton
1706 W 10th Street
Austin, TX 78703

Sonya Anthony Curry
1213 Summerside Drive
DeSoto, TX 75115

DAWSON CAROL and TERRY CLARK V GMAC
MORTGAGE LLC ERRONEOUSLY NAMED AS
GMAC MORTGAGE GROUP INC
MANUFACTURERS and et al
Mountain State Justice Inc
1031 Quarrier St Ste 200
Charleston, WV 25301

Mark Ragonese
1929 N Pepper St
Burbank, CA 91505

Ailette Cornelius
26 Branford St
Hartford, CT 06112

Louis G. Nemeth
c/o David L. Kane, P.C.
5301 Village Creek Dr., Suite D
Plano, TX 75093

Dennis G. Burgin & Marcene L. Burgin
c/o Dennis Burgin
8759 Quail Valley Dr
Redding, CA 96002

Peter Vidikan
1631 Cicero Drive
Los Angeles, CA 90026-1603

James Ladd and Anne Ladd
c/o Daniel Daley, Esquire
MetroWest Legal Services
63 Fountain Street, Suite 304
Framingham, MA 01702

Nathan and Magdelyn Stutler
2137 Brevard Rd
High Point, NC 27263-1703

Neville Evans and Maribeth Evans
c/o James B. Blackburn, Jr.
Wiseman, Blackburn & Futrell
PO Box 8996
Savannah, GA 31412

Alexis Smith
566 S Ocean Avenue
Freeport, NJ 11520

Ruth E. Hancock
c/o Boucher & Boucher Co., L.P.A.
12 W. Monument Ave., Suite 200
Dayton, OH 45402-1202

Inmer E. Campos Carranza on Behalf of
Himself and on Behalf of All Others Similarly
Situated Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601

Frank and Frances Encarnacion
Vonda S. Mcleod, Attorney at Law
Post Office Box 3610
Montgomery, AL 36109

GMAC Mortgage LLC v Leonidas L Dilla
HOLLER DENNIS CORBETT ORMONE
PLANTE and GARNER
PO BOX 11006,
COLUMBIA, SC 29211

Otis L. Collier, Jr.
3201 Milburn Street
Houston, TX 77021-1128

Phillip G. Wright
268 Tockwotten Cove Road
Charlestown, RI 02813

Alan Moss
P.O. Box 721
Moss Beach, CA 94038

Michael Garrett Burger
J.L. Draper, Attorney at Law
PO Box 848
Anniston, AL 36202

Dennis Alan Neal and Jacqueline Dianne Neal
Law Offices of Gregory M Guth
474 Century Park DriveSuite 400
Yuba City, CA 95991

Donna Lanzetta
Lanzettta and Assoc PC
472 Montank Highway
East Quogue, NY 11942

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA 92264

Aida Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

William R. White, Jr. and Eileen N. Whit
c/o Attorney Andrew J. Katsock, III
15 Sunrise Drive
Wilkes-Barre, PA 18705

Latif Matt & Roxanne Bonser
David Dunn Law Offices, PC
1248 Hamilton St
Allentown, PA 18102-4338

Michael Alape
100 Lakeview Ave
Piscataway, NJ 08854-2726

Alan B. and Marsha R. Redmond
184 Strickland Road
Swansea, SC 29160

HARU LINDSEY
6031 PASEO ALAMEDA
CARLSBAD, CA 92009

Atilla Durmaz and Cicek Durmaz
c/o Michael A. Gort
Meyer Law Firm
1070 E. Indiantown Road Ste. 312
Jupiter, FL 33477

Freddie M. Scott and Timothy W. Scott
14450 E. 50th Ave.
Denver, CO 80239

Diliberto & Kirin, LLC
BROWN - SONSEEAHRAY BROWN V HOME
SOURCE LENDING, LLC, HOMECOMING
FINANCIAL, LLC, MONARCH TITLE, LLC, GMAC
MRTG LLC & AX ET AL
2435 Drusilla Lane, Suite D
Baton Rouge, LA 70809

Barbara Shortway
Constantine Kalogianis, Esquire
Kalogianis Law Firm P.A.
8141 Bellarus Way, Suite 103
Trinity, FL 34655

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057

IN RE John James Hall and Robin
Michelle Hall
Michael D Bruckman PA
110 NE 11th Ave
Ocala, FL 34470

Becky Spence vs Homecomings Financial
LLC
Hazelrigg Roberts and Easley PC
2202 W Chesterfield Blvd
Springfield, MO 65807

Zuzolo Law Offices on behalf of Ray & Lois
Potter
700 Youngstown-Warren Road
Niles, OH 44446

JOEL M. SCIASCIA
1 FAIRFIELD RD
YONKERS, NY 10705

Peake, David G and Sandra J. Peake
9660 Hillcroft Ste 430
Houston, TX 77096

William J Futrell
c/o Thomas Margolis
125 E Charles St # 214
Muncie. IN 47305-2478

Diana L. Madden
1380 5th Street Cir NW
Hickory, NC 28601

Willie J. Chamblin
McCallum, Methvin & Terrell, P.C.
C/O Michael Yancey, Esq.
2201 Arlington Avenue South
Birmingham, AL 35205

Mary Perkins White
PO Box 489
Gig Harbor, WA 98335

Jo Ann Alperin
197 Wall Street
Huntington, NY 11743

MICHAEL K. BOYER
118 SALLY ANN FURNACE RD
MERTUTOWN , PA 19539

Mary Lassiter Gray
4232 Halifax Ave North
Robbinsdale, MN 55422

Landon Rothstein, Jennifer Davidson, Robert
Davidson and Ihor Kobryn
Kirby McInerney LLP
Mark A. Strauss, Edward M. Varga, III, and J.
Brandon Walker
825 Third Avenue, 16th Floor
New York, NY 10022

Brackney, Charles
The Bank of New York Mellon Trust Co Natl Assoc,
FKA the Bank of New York Trust Co na,
as Successor to JP Morgan Chase et al
7732 Northwest 12th Street
Oklahoma City, OK 73127

Rhonda Gosselin
c/o Laird J. Heal, Esq
120 Chandler Street, Suite 2 R
Worcester, MA 01609

NGUYEN, DIEM TRANG
PO BOX 12139
WESTMINSTER, CA 92685

Hedeya Haroutunian
c/o Shaghzo & Shaghzo Law Firm, APC
100 W Broadway, Suite 540
Glendale, CA 91210

Estate of Felecia Victoria Mitchell
a/k/a Phyllis Victoria Mitchell
c/o Karen A. Mitchell-Smith, Temporary
Administratrix 41 Rosedale Trace
Hampton, GA 30228-2782

Tia Smith
4011 Hubert Avenue
Los Angeles, CA 90008

Alexander G. Smith,
Chapter 7 Trustee for In re Demetriou - Case
No. 03 14-bk-840-PMG (Bankr. MD. Fla.,
Jacksonville Divisio c/o Johnson Law Firm,P.A.
100 N. Laura Street, Ste. 701
Jacksonville, FL 32202

Nan N. Miller Estate
Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C
112-A W. Tabb Street
Petersburg, VA 23803

Francine Silver
Ehud Gersten
3115 4th Ave
San Diego, CA 92103

Bill A. Fuchs, Trustee to the Bill A. Fuchs
Family Trust
24812 Hidden Hills Rd Apt D
Laguna Niguel, CA 92677-8854

Suzie C Baker and Michael J Baker
5142 N Territorial Road
Dexter, MI 48130

GREGORY C MORSE
c/o Sanders Ohanlon and Motley PLLC
111 S TRAVIS ST
SHERMAN, TX 75090

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street, Ste. 110
Phoenix, AZ 85016

AUBREY MANUEL vs GREENPOINT
MORTGAGE FUNDING INC GMAC
MORTGAGE LLC and ALL PERSONS
UNKNOWN
1036 W 46TH ST
LOS ANGELES, CA 90037

Susan Marie Gray, Attorney at Law
22255 Center Ridge Road, Suite 201
Rocky River, OH 44116

The Mitchell Settlement Class
Daniel J. Flanigan, Esq.Polsinelli PC
900 Third Avenue, 21st Floor
New York NY 10022

Albert A. Passaretti, Jr.
3660 Wilshire Blvd, Ste 1132
Los Angeles, CA 90010

Barry F. Mack
c/o David F. Garber, Esq.
2800 Davis Blvd
Naples, FL 34104

Manuel and Theresa Sifuentes
602 Kingfisher Creek Drive
Austin, TX 78748

Hutchins, Ruth
RUTH HUTCHINS VS. GMAC
MORTGAGE LLC
1394 Ridgewood Pard Road
Memphis, TN 38116-7214

Thomas James La Casse
134 Normandy Rd
Longmeadow, MA 01106-1229

Gagnon, Peacock, Shanklin & Vereeke, P.C.
PATRICK AND CONNIE GRIFFITH VS
GMAC MORTGAGE LLC
4245 N. Central Expressway, Suite 250
Lock Box 104 Dallas, TX 75205

William C. Walker & Keiran J. Walker
PO Box 2324
Antioch, CA 94531

Emiabata, Philip
PHILIP EMIABATA AND SYLVIA
EMIABATA VS. HOMECOMINGS
FINANCIAL (GMAC MORTGAGE LLC)
508 Grosbeak Drive
Pflugerville, TX 78660

Lois Elaine Van Hoveln Decker
c/o Denny Decker
705 West Park #5
Libertyville, IL 60048

Sonia Visajel aka Sonia Medina
320 Lincoln Ave
Saugus, MA 01906

MICHAEL E BOYD
5439 SOQUEL DR
SOQUEL, CA 95073

Bank of America
c/o William J Ridge Riverparkway
PO Box 1094
Santa Rosa Beach FL 32459

Robert and Erica Tannor
11 Patriots Farm Place
Armonk, NY 10504

Erlinda Abibas Aniel
75 Tobin Clark Dr.
Hillsborough, CA 94010

Gwendolyn B Hawthorne
2377 Scott Oaks Trail SW
Marietta, GA 30008

Claudette St. Juste
36 Bellevue Ave
Brockton, MA 02302-1721

AIG Asset Management US LLC
80 Pine St
New York, NY 10038

Akerman Senterfitt LLP
One Southeast Third Ave
25th Floor
Miami, FL 33131

Akerman Senterfitt LLP
666 5th St 19th Fl
New York, NY 10103-0015

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Aldine Independent School District
14910 Aldine Westfield Rd
Houston, TX 77032

Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Rd NE Ste 500
Atlanta, GA 30305

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Allstate Life Insurance Company
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Ally Financial Inc
440 S Church St
# 1100
Charlotte, NC 28202

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St
Atlanta, GA 30309-3424

Alston & Bird LLP
90 Park Ave
New York, NY 10016

Alston & Bird LLP
Bank of America Plaza Ste 4000
101 S Tryon St
Charlotte, NC 28280-4000

Alvin Labostrie & Sandra Labostrie
855 W 125th St
Los Angeles, CA 90044

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Assistant Attorney General
PO Box 12548
Austin, TX 78711-2548

Attorney General of the State of New
York, Eric T Schneiderman
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

Ballard Spahr LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596

Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Bank of New York Mellon
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
1301 Sixth Ave
New York, NY 10019

Barnes & Thornburg LLP
1000 North West St Ste 1500
Wilmington, DE 19801

Barry B Eskanos JD MPA & Ami B
Eskanos
3122 Pine Tree Dr
Miami Beach, FL 33140

Bernstein Litowitz Berger &
Grossmann LLP
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

BMMZ Holding LLC
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000

BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020-1104

BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10020-1104

Brian Kessler, et al
2500 City Center Square, 1100 Main,
Suite 2500
Kansas City, MO  64105

Brown Rudnick LLP
7 Times Square
New York, NY  10036

Bustos & Associates
225 Broadway 39th Fl
New York, NY  10007-3001

Butler Fitzgerald Fiveson & McCarthy
Nine East 45th St 9th Floor
New York, NY  10017

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Cadwalader Wickersham & Taft LLP
700 Sixth St NW
Washington, DC  20001

Caley Dehkhoda & Quadri dba Wong
Fleming
2340 130th Ave NE Ste D 150
Bellevue, WA  98005

Carter Ledyard & Milburn LLP
2 Wall St
New York, NY  10005

Cohen Milstein Sellers & Toll PLLC
88 Pine St 14th Fl
New York, NY  10005

Cohn Birnbaum & Shea PC
100 Pearl St 12th Fl
Hartford, CT  06103-

Cole Schotz Meisel Forman & Leonard
PA
301 Commerce St Ste 1700
Fort Worth, TX  76102

Commonwealth of Pennsylvania,
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St Rm 203
Reading, PA  19602-1152

CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J Clyde Morris Blvd Ste I-A
Newport News, VA  23601

Crowe & Dunlevy PC
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK  73102

Curtis Mallet-Prevost Colt & Mosle
LLP
101 Park Ave
New York, NY  10178-0061

Curtis Mallet-Prevost Colt & Mosle
LLP
101 Park Ave
New York, NY  10178-0061

Curtis Mallet-Prevost Colt & Mosle
LLP
101 Park Ave
New York, NY  10178-0061

Dahiya Law Offices LLC
75 Maiden Lane Suite 506
New York, NY  10038

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY  10175

Day Pitney LLP
1 Jefferson Rd
Parsippany, NJ  07054-2891

Day Pitney LLP
242 Trumbull St
Hartford, CT  06103

Day Pitney LLP
1 Audubon St
New Haven, CT  06510

Dechert LLP
1095 Avenue of the Americas
New York, NY  10036-6797

Deutsche Bank
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA  92705-4934

Deutsche Bank Trust Company
Americas
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ  07311-3901

Diem T Nguyen
PO Box 12139
Westminster, CA  92685

DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103

Duncan K. Robertson
3520 SE Harold Court
Portland, OR  97202-4344

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA  94560

Fein Such & Crane LLP
28 East Main St Ste 1800
Rochester, NY  14614

Fein Such & Crane LLP
747 Chestnut Ridge Rd
Ste 200
Chestnut Ridge, NY  10977

Fein Such & Crane LLP
7 Century Dr Ste 201
Parsippany, NJ  07054-

Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814

FIDC
Counsel - Legal Division
3501 Fairfax Dr Rm VS-D-7076
Arlington, VA  22226-3500

Financial Guaranty Insurance Company
521 Fifth Ave 15th Fl
New York, NY  10175

Flores & Saucedo PLLC
5517 McPherson Ste 14
Laredo, TX  78041

Foley & Mansfield PLLP
250 Marquette Ave Ste 1200
Minneapolis, MN  55401

Freddie Mac
M/S202
8200 Jones Branch Dr
McLean, VA  22102

Freeborn & Peters LLP
311 S Wacker Dr Ste 3000
Chicago, IL  60606-6677

Freeborn & Peters LLP
311 S Wacker Dr Ste 3000
Chicago, IL  60606-6677

Fried Frank Harris Shriver & Jacobson
1 New York Plaza
New York, NY  10004

Gibbons PC
One Gateway Center 9th Fl
Newark, NJ  07102-5310

Gibbons PC
One Pennsylvania Plaza 37th Fl
New York, NY  10119-3701

Gibbs & Bruns LLP
1100 Louisiana Ste 5300
Houston, TX  77002

Gibbs & Bruns, L.L.P.
1100 Louisiana
Suite 5300
Houston, TX  77002

Gibson Dunn Crutcher
200 Park Ave
New York, NY  10166-0193

Ginnie Mae
550 12 St. SW
3rd Floor
Washington, DC  20024

Godfrey & Kahn SC
1 E Main St Ste 500
PO Box 2719
Madison, WI  53701-2719

Grant & Eisenhofer PA
485 Lexington Ave 29th Fl
New York, NY  10017

Guttleman Muhlstock Chewcaskie
2200 Fletcher Ave, No 16
Fort Lee, NJ  07024-

Hinshaw & Culbertson
800 3rd Ave 13th Fl
New York, NY  10022-7688

HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY  10022

HINSHAW & CULBERTSON, LLP
800 Third Avenue
13th Floor
New York, NY  10022

HP Enterprise Services LLC
5400 Legacy Dr
Plano, TX  75024

Hunton & Williams LLP
200 Park Avenue 53rd Fl
New York, NY  10166

IBM Corporation
1360 Rene Levesque W Ste 400
Montreal, QC  H3G 2W6

Imperial County Tax Collector
940 W Main St Ste 106
El Centro, CA  92243

Iron Mountain Information
Management Inc
745 Atlantic Ave
Boston, MA  02111-

John Ciampoli County Attorney of
Nassau County
1 West St
Mineola, NY  11501

Jones Day
901 Lakeside Ave
Cleveland, OH  44114

Jones Day
222 East 41st Street
New York, NY 10017

Julie Eriksen
2647 Kendridge Lane
Aurora, IL 60502

Kasowitz, Benson, Torres & Friedman
LLP
1633 Broadway
New York, NY 10019

KATHLEEN G CULLY PLLC
180 Cabrini Blvd No 128
New York, NY 10033-1167

Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd
Radnor, PA 19087

Kilpatrick & Associates PC
903 North Opdyke Rd Ste C
Auburn Hills, MI 48326

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309

KIRBY McINERNEY LLP
825 Third Ave 16th Fl
New York, NY 10022

Kirkland & Ellis
655 Fifteenth St NW
Washington, DC 20005-5793

Klestadt & Winters LLP
570 Seventh Ave 17th Fl
New York, NY 10018

Kozeny, McCubbin & Katz, LLP
40 Marcus Drive Ste 200
Melville, NY 11747

Kriss & Feuerstein LLP
360 Lexington Ave Ste 1200
New York, NY 10017

Laird J. Heal, Esq
36 Central Square, Suite 4
Boston, MA 02128-1911

Lapp Libra Thomson Stoebner & Pusch
120 South Sixth St Ste 2500
Minneapolis, MN 55402

Law Debenture Trust Company of New
York
400 Madison Ave
New York, NY 10017

Law Offices of Christopher Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Leopold & Associates PLLC
80 Business Park Dr Ste 110
Armonk, NY 10504

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Linebarger Goggan Blair & Sampson
LLP
Po Box 17428
Austin, TX 78760

Linebarger Goggan Blair & Sampson
LLP
2323 Bryan St Ste 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson
LLP
PO Box 3064
Houston, TX 77253-3064

Locke Lord LLP
3 World Financial Center
New York, NY 10281-2101

Lowenstein Sandler PC
1251 Avenue of the Americas 18th Fl
New York, NY 10020

Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

Lowenstein Sandler PC
1251 Avenue of the Americas 18th Fl
New York, NY 10020

Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

Magnozzi & Kye LLP
23 Green St Ste 302
Huntington, NY 11743

Manatee County Tax Collector
4333 US 301 North
Ellenton, FL 34222

Marino Tortorella & Boyle PC
437 Southern Boulevard
Chatham, NJ 07928-1488

MBIA Insurance Corporation
113 King St
Armonk, NY 10504

McCabe Weisberg & Conway
145 Huguenot St Ste 210
New Rochelle, NY 10801

MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
P.O. Box 1269
Round Rock, TX 78680

McKool Smith
600 Travis St., Suite 7000
Houston, TX 77002

McKool Smith PC
One Bryant Park 47th Fl
New York, NY 10036

McKool Smith PC
600 Travis St., Suite 7000
Houston, TX 77002

Menter Rudin & Trivelpiece PC
308 Maltbie St Ste 200
Syracuse, NY 13204-1439

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Morgan Lewis & Bockius LLP
101 Park Ave
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
101 Park Ave
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
101 Park Ave
New York, NY 10178-0600

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Morganroth & Morganroth PLLC
344 N Old Woodward Ave Ste 200
Birmingham, MI 48009

Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Munger Tolles & Olson LLP
355 S Grand Ave
Los Angeles, CA 90071

Munger Tolles & Olson LLP
355 S Grand Ave
Los Angeles, CA 90071

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Office of Attorney General
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office of Shabbir A Khan
44 N San Joaquin St Ste 150
PO Box 2169
Stockton, CA 95201

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Paul N Papas II
4727 E Bell Rd Ste 45-350
Phoenix, AZ 85032

Perdue Brandon Fielder Collins & Mott
LLP
PO Box 13430
Arlington, TX 76094-0430

Peter T. Roach and Associates, P.C.
125 Michael Drive, Suite 105
Syosset, NY 11791

Pillsbury Winthrop Shaw Pittman LLP
PO Box 2824
San Francisco, CA 94126

Placer County Office of the Treasurer-
Tax Collector
2976 Richardson Dr
Auburn, CA 95603

POLSINELLI PC
900 Third Avenue, 21st Floor
New York, NY 10022

Polsinelli Shughart PC
900 3rd Ave 21st Fl
New York, NY 10022-4869

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave 22nd Fl
New York, NY  10010

Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa St 10th Fl
Los Angeles, CA  90017

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave 22nd Fl
New York, NY  10010

RAS BORISKIN, LLC
900 Merchants Concourse
Westbury, NY  11590

Reilly Pozner LLP
1900 16th St Ste 1700
Denver, CO  80202

Robbins Gellar Rudman & Dowd LLP
One Montgomery Steet Ste 1800
Post Montgomery Center
San Francisco, CA  94104

Robbins Gellar Rudman & Dowd LLP
655 West Broadway Ste 1900
San Diego, CA  92101

Robert E Brown PC
44 Wall St 12th Fl
New York, NY  10005

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487

Romero Law Firm
BMR Professional Building
6516 Bright Ave
Whittier, CA  90601

Ron Ericksen
2647 Kendridge Lane
Aurora, IL  60502

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199

ROSALES DEL ROSARIO, P.C.
39-01 Main Street, Suite 302
Flushing, NY  11354

Rosicki Rosicki & Associates PC
51 E Bethpage Rd
Plainview, NY  11803

Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO  64117

Rubin LLC
345 Seventh Ave 21st Fl
New York, NY  10001

Samuel I White PC
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA  23462

Samuel I White PC
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA  23462

SAUL EWING
Centre Market West
1500 Market St, 38th Fl
Philadelphia, PA  19102

Scarinci & Hollenbeck LLC
1100 Valley Brook Ave
PO Box 790
Lyndhurst, NJ  07071-0790

Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY  10004

Schnader Harrison Segal & Lewis LLP
1600 Market St Ste 3600
Philadelphia, PA  19103-7286

Schnader Harrison Segal & Lewis LLP
140 Broadway Ste 3100
New York, NY  10005-1101

SCHNEIDER MITOLA LLP
666 Old Country Road, Suite 412
Garden City, NY  11530

Schulte Roth & Zabel LLP
919 Third Ave
New York, NY  10022

Schulte Roth & Zabel LLP
919 Third Ave
New York, NY  10022

Schulte Roth & Zabel LLP
919 Third Ave
New York, NY  10022

Schulte Roth & Zabel LLP
919 Third Ave
New York, NY  10022

Secretary of State
123 William St
New York, NY  10038-3804

Secretary of State, Division of
Corporations
One Commerce Plz
Albany, NY  12231-0001

Seward & Kissell LLP
One Battery Park Plaza
New York, NY  10004

Seward & Kissell LLP
One Battery Park Plaza
New York, NY  10004

Shapiro Blasi Wasserman & Gora PA
7000 Glades Rd Ste 400
Boca Raton, FL  33434

Shapiro Dicaro & Barak LLC
105 Maxess Rd Ste N109
Melville, NY  11747

Shearman & Sterling LLP
599 Lexington Ave
New York, NY  10022

Sheldon May & Associates PC
255 Merrick Rd
Rockville Centre, NY  11570

Sherman Silverstein Kohl Rose &
Podolsky PA
308 Harper Dr Ste 200
Moorestown, NJ  08057-0000

Stahl Cowen Crowley Addis LLC
55 W. Monroe, Ste. 1200
Chicago, IL  60603

Stein Wiener & Roth LLP
1 Old Country Rd, Ste 113
Carle Place, NY  11514

Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO  64106

Sullivan Hazeltine Allinson LLC
901 N Market St Ste 1300
Wilmington, DE  19801

Susan M. Gray
22255 Center Ridge Road
Rocky River, OH  44116

Sweeney Gallo Reich & Bolz
95 25 Queens Blvd 11th Fl
Rego Park, NY  11374

Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas, TX  75202

Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas, TX  75202

TCF National Bank
200 Lake St
Wayzata, MN  55391

Teitelbaum & Baskin LLP
1 Barker Ave Third Fl
White Plains, NY  10601

Tennessee Depatment of Revenue
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

The Bank of New York Mellon
6525 West Campus Oval
New Albany, OH  43054

The Canada Trust Company
79 Wellington Street, West, 8th Floor
PO Box 1, Toronto-Dominion Centre
Toronto, ON  M5K 1A2

The Law Office of Rachel Blumenfeld
26 Court St Ste 2220
Brooklyn, NY  11242

The Law Office of Thomas M Mullaney
489 Fifth Ave 19th Fl
New York, NY  10017

The Meyers Law Firm
1123 Broadway Ste 301
New York, NY  10010

Thomas J. Sinnickson
176 Main Street
Center Moriches, NY  11934

Tom Franklin
5633 Oak Grove Road
Fort Worth, TX  76134

Travis County Attorney
PO Box 1748
Austin, TX  78767

U.S. Bank National Association
190 S. LaSalle Street
Chicago, IL  60603

U.S. Bank National Association
60 Livingston Ave.
St. Paul, MN  55107

U.S. Bank National Association
West Side Flats, EP-Mn-WS3D
60 Livingston Ave.
St. Paul, MN  55107

U.S. Department of Justice
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

UMB Bank NA
1010 Grand Blvd. 4th Floor
Kansas City, MO 64106

US Bank Global Corporate Trust
Services
1 Federal St 3rd Fl
Boston, MA 02110-

US Bank NA Corporate Trust Services
Division
1 Federal St 3rd Fl
Boston, MA 02110-

Walter Investment Management Corp
3000 Bayport Drive
Suite 1100
Tampa, FL 33607

Walters Bender Stohbehn & Vaughan
PC
2500 City Center Square
1100 Main St
Kansas City, MO 64105

Wells Fargo Bank, N.A.
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045

Wells Fargo Law Department
MAC T7405-010
4101 Wiseman Blvd
San Antonio, TX 78251

Wendy Alison Nora
210 Second St NE
Minneapolis, MN 55413

Wendy Alison Nora
310 Fourth Ave South Ste 5010
Minneapolis, MN 55415

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Wilmington Trust
1100 N. Market St.
Wilmington, DE 19801

Wilmington Trust NA
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Wilson Elser Moskowitz Edelman &
Dicker LLP
3 Gannett Dr
White Plains, NY 10604-3407

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Wollmuth Maher & Deutsch LLP
One Gateway Center 9th Fl
Newark, NJ 07102-

Wollmuth Maher & Deutsch LLP
500 Fifth Ave 12th Fl
New York, NY 10110

Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st
Floor
New York, NY 10036

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036