KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – UNDERWRITER INDEMNIFICATION CLAIMS)

**PLEASE TAKE NOTICE** that on May 22, 2014, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988] (the "**Objection**") with respect to certain proofs of claim identified on **Exhibit A** to the Proposed Order annexed to the Objection as **Annex 2** (the "**Claims**").  The ResCap Liquidating Trust hereby withdraws the Objection, as all of the Claims have since been consensually resolved.

Dated:  New York, New York
         October 28, 2016

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                         /s/ Joseph A. Shifer
                                         Kenneth H. Eckstein
                                         Douglas H. Mannal
                                         Joseph A. Shifer
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone: (212) 715-9100
                                         Facsimile: (212) 715-8000

                                         *Counsel for the ResCap Liquidating Trust*