UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: RESIDENTIAL CAPITAL, LLC         )        Case No. 12-12020MG
                                        )        Chapter 11
                                        )

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

1. I, Roger Bertling, hereby request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Jerry Rateau and Claudette St. Juste, creditors in the above-referenced case.

2. I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, and the bar of the U.S. District Court for the Eastern District of Massachusetts.

3. I have submitted the filing fee of $200.00 with this Motion for *pro hac vice* admission.

Dated: October 25, 2016

Roger Bertling

_____
Roger Bertling, Esq.
Legal Services Center of Harvard Law School
122 Boylston St.
Jamaica Plain, M A02130
(617) 390-2572
rbertlin@law.harvard.edu



RECEIVED OCT 28 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **January** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

### Roger Bertling

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **October** in the year of our Lord **two thousand and sixteen.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116