UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: RESIDENTIAL CAPITAL, LLC    )    Case No. 12-12020MG
                                                                           )    Chapter 11
                                                                           )

ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

      Upon the Motion of Roger Bertling, to be admitted *pro hac vice*, to represent Jerry Rateau and Claudette St. Juste ("the Clients"), creditors in the above referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the Eastern District of Massachusetts, it is hereby

ORDERED, that Roger J. Bertling, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  November 2, 2016
        New York, New York

                                                            /s/Martin Glenn
                                        UNITED STATES BANKRUPTCY JUDGE