MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ------------------------------------------------------------ ) | | |

<u>**NOTICE OF OMNIBUS HEARING DATE**</u>

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing

date in the above-captioned proceedings:

- **December 8, 2016 at 10:00 a.m. (Prevailing Eastern Time).**

Dated:  November 8, 2016
         New York, New York

                                    /s/ Norman S. Rosenbaum
                                    Norman S. Rosenbaum
                                    Jordan A. Wishnew
                                    MORRISON & FOERSTER LLP
                                    250 West 55th Street
                                    New York, New York 10019
                                    Telephone: (212) 468-8000
                                    Facsimile: (212) 468-7900

                                    *Counsel for The Post-Effective Date Debtors,*
                                    *The ResCap Liquidating Trust*
                                    *and The ResCap Borrower Claims Trust*