Honorable Judge Martin Glenn
BK, Southern District Court, NY
One Bowling Green
New York, NY 10004-1408

Dear Judge Glenn,

Sorry Judge, I don't want to take up your valuable time, but do you think one of your staff can affix a
quick note to my letter and return or even email me at rmsone@migsatsix.com.
Your letter, attached is heartening to know that closure is near.  Do you know about what time frame
payments will start for those qualified?

Gratefully,

Bill Ridge
50 Cypress Dr
Santa Rosa Beach, FL 32459
rmsone@migsatsix.com



11/4/16 @ 1100 HRS

RECEIVED

NOV - 9 2016

U.S. BANKRUPTCY COURT
SO DISTRICT N.Y.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER AUTHORIZING INTERIM DISTRIBUTION
## AND DISPUTED CLAIMS RESERVE

2

Borrower Claims On Appeal to the extent those Claimants prevail on appeal and are able ultimately to establish an Allowed Claim with respect to which they may be entitled to distributions from the Borrower Trust in accordance with the Plan, the Confirmation Order, the Borrower Trust Agreement, and any further orders of this Court. Establishment of the Disputed

---

[2] "Disputed Borrower Claim" is defined in the Plan as "any Borrower Claim that is not Allowed, until it is disallowed or expunged by Final Order, written agreement, or under the Plan."

related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

Dated: October 26, 2016
      New York, New York

                                     **/s/Martin Glenn**
                                       MARTIN GLENN
                           United States Bankruptcy Judge