MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Samantha Martin

*Counsel for the ResCap Liquidating Trust,
the ResCap Borrower Claims Trust and
GMAC Mortgage, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| BEVERLIE ROSEBERRY, 3900 OLDFIELD CROSSING DRIVE APT 215 JACKSONVILLE, FL 32223, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 16-01202 (MG) |
| GMAC MORTGAGE, LLC; OCWEN LOAN SERVICING LLC; ALDRIDGE PITE, LLP a/k/a ALDRIDGE CONNORS, LLP AND DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendants. | |

ny-1259164

| | |
|---|---|
| ───────────────────────────────────────── )<br>GWENDOLYN B. HAWTHORNE )<br> )<br>PLAINTIFF, )<br> )<br>V. )<br> )<br>GMAC MORTGAGE, LLC, U.S. )<br>BANK NATIONAL ASSOCIATION, )<br>GMFS LLC, JUDY FABER, VICE )<br>PRESIDENT, BRENDA GUIDRY, )<br>AND MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEM INC., AND )<br>DUANE THOMPSON, ASSISTANT )<br>SECRETARY MORTGAGE )<br>ELECTRONIC REGISTRATION )<br>SYSTEMS INC., AS NOMINEE FOR )<br>GMFS, LLC, RESIDENTIAL )<br>FUNDING CORPORATION )<br> )<br>     DEFENDANTS. )<br>───────────────────────────────────────── ) | Adv. No. 12-02050 (MG) |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON NOVEMBER 17, 2016 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.        ADJOURNED ADVERSARY PROCEEDING MATTERS**

*Roseberry v. GMAC Mortgage, LLC (Adv. Proc. No. 16-01202 (MG))*

**1.**        Aldridge Pite, LLP's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted; Or, in the Alternative, More Definitive Statement [Docket No. 5]

**Related Document(s)**:

a. Complaint to Determine Liens and Non-Dischargeability of Debt and Request for Stay of Foreclosure Until the Validity of Note can be Determined and to Determine Nature, Extent and Validity of Lien and Debt as Void Pending Outcome of Litigation [Docket No. 1]

ny-1259164                                                               2

    b. Letter Requesting Adjournment of Hearing on Aldridge Pite, LLP's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted; Or, in the Alternative, More Definitive Statement [Docket No. 4]

    c. Notice of Adjournment of Hearing on Aldridge Pite, LLP's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted; Or, in the Alternative, More Definitive Statement [Docket No. 8]

**Response(s)**:  None.

**Status**:  The hearing on this matter has been adjourned to January 26, 2017.

## II. ADVERSARY PROCEEDING MATTERS

*Hawthorne v. GMAC Mortgage, LLC (Adv. Proc. No. 12-02050 (MG))*

2. Joint Motion of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6), and (II) Disallowance of Proofs of Claim Nos. 6273 and 6274 Filed by Plaintiff [Docket No. 40]

    **Related Document(s)**:

        a. Complaint to Determine Nature and Extent of Liens [Docket No. 1]

        b. Amended Scheduling Order [Docket No. 36]

        c. Certificate of No Objection Regarding Joint Motion of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6), and (II) Disallowance of Proofs of Claim Nos. 6273 and 6274 Filed by Plaintiff [Docket No. 46]

    **Response(s)**:

        a. Motion of Defendants Mortgage Electronic Registration System, Inc., Duane Thompson, Judy Faber and U.S. Bank National Association to Dismiss Plaintiff's Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. 506(a) for Failure to State a Claim Upon Which Relief Can be Granted, Lack of Personal Jurisdiction and Insufficient Service of Process and Limited Joinder of Points and Authorities in Support of Dismissal from Joint Motion of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6), and (II) Disallowance of Proofs of Claim Nos. 6273 and 6274 Filed by Plaintiff [Docket No. 44]

    **Status**:  A certificate of no objection has been filed.

3.      Motion of Defendants Mortgage Electronic Registration System, Inc., Duane Thompson, Judy Faber and U.S. Bank National Association to Dismiss Plaintiff's Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. 506(a) for Failure to State a Claim Upon Which Relief Can be Granted, Lack of Personal Jurisdiction and Insufficient Service of Process and Limited Joinder of Points and Authorities in Support of Dismissal from Joint Motion of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6), and (II) Disallowance of Proofs of Claim Nos. 6273 and 6274 Filed by Plaintiff [Docket No. 44]

**Related Document(s)**:

a. Complaint to Determine Nature and Extent of Liens [Docket No. 1]

b. Amended Scheduling Order [Docket No. 36]

c. Joint Motion of the ResCap Liquidating Trust and the ResCap Borrower Claims Trust for (I) Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(6), and (II) Disallowance of Proofs of Claim Nos. 6273 and 6274 Filed by Plaintiff [Docket No. 40]

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

Dated: November 15, 2016  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Samantha Martin  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust, the ResCap Borrower Claims Trust and GMAC Mortgage, LLC*

ny-1259164        4