# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

## MOTION TO WITHDRAW

Comes Now, T. Chris Stewart, as attorney for The Honor State Bank, now known as Honor Bank ("Honor"), respectfully moves this court to withdraw from receiving further notifications and service in this proceeding. The matters for which his appearance was made have been resolved.

WHEREFORE, the undersigned requests the Court order him and the law firm of Anastasi Jellum, P.A. removed from further service or notification in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 16, 2016<br>Stillwater, Minnesota | ANASTASI JELLUM, P.A.<br><br>/s/T. Chris Stewart<br>T. Chris Stewart *(pro hac vice)*<br>14985 60th Street North<br>Stillwater, MN  55082<br>Telephone: (651) 439-2951<br>Facsimile: (651) 439-1417<br>Chris.Stewart@AJ-Law.com<br><br>ATTORNEYS FOR DEFENDANT,<br>HONOR BANK |

1

## CERTIFICATE OF SERVICE

I hereby certify that that on this 16th day of November, 2016, the foregoing Motion to Withdraw has been delivered to all counsel of record, via CM/ECF electronic service.

/s/T. Chris Stewart
T. Chris Stewart *(pro hac vice)*

2