# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING WITHDRAWAL AND NO FURTHER SERVICE

The Honor State Bank, now known as Honor Bank ("Honor"), by and through its attorney of record, T. Chris Stewart, filed a motion to withdraw as attorney of record and from receiving further notifications and service in this proceeding. The Court finds that it has merit and should be granted.

IT IS, THEREFORE, ORDERED that T. Chris Stewart and the law firm of Anastasi Jellum, P.A. is withdrawn as attorney of record and shall be removed from further service in this matter.

SIGNED THIS ____ day of _____, 2016

_____
MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE