**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                                                      :
In re                                                 :     Chapter 11
                                                      :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]  :     Case No. 12-12020 (MG)
                                                      :
                                                      :
                                                      :     (Jointly Administered)
            Debtors.                       :
-----------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On November 15, 2016, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the parties on the service lists attached hereto as **Exhibit A** and **Exhibit B**, and via Overnight Mail upon the parties on the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Proposed Agenda for Matters Scheduled to be Heard on November 17, 2016 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 10217]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for November 17, 2016 at 11:00 a.m. (ET)** [Docket No. 10218]

Dated: November 16, 2016

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th of November, 2016, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GWENDOLYN B. HAWTHORNE | | gwenhawthorne@yahoo.com |
| JUDY FABER & DUANE THOMPSON ASST SEC OF MERS & US BANK NATIONAL ASSOCIATION | c/o TROUTMAN SANDERS LLP Attn Matthew Brooks | matthew.brooks@troutmansanders.com |
| JUDY FABER & DUANE THOMPSON ASST SEC OF MERS & US BANK NATIONAL ASSOCIATION | c/o TROUTMAN SANDERS LLP Attn Brett Goodman | brett.goodman@troutmansanders.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | Linda A. Riffkin and Brian S. Masumoto | Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| RESCAP BORROWER CLAIMS TRUST | c/o Polsinelli Attn Daniel J Flanigan | dflanigan@polsinelli.com |
| RESCAP LIQUIDATING TRUST | Jill Horner & Paul Grande | Jill.Horner@rescapestate.com; paul.grande@rescapestate.com |

Hawthorne v. GMAC MORTGAGE, LLC
Case No. 12-02050

Page 1 of 1

# EXHIBIT B

Exhibit B
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Duane Morris LLP | Brett L Messinger | blmessinger@duanemorris.com |
| Jordan S. Katz | | sdny@katz-law.com |

# EXHIBIT C

Exhibit G
Served via Overnight Mail

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC | | 7389 Florida Blvd Ste 200A | | Baton Rouge | LA | 70806 |
| GMFS LLC | Attn Brenda Guidry | 7389 Florida Blvd Ste 200A | | Baton Rouge | LA | 70806 |
| Gwendolyn B Hawthorne | | 2377 Scott Oaks Trail SW | | Marietta | GA | 30008 |
| MERS Inc | | 1818 Library St | Ste 300 | Reston | VA | 20190 |
| Ofc US Trustee SDNY | Linda A Riffkin & Brian S Masumoto | 201 Varick St Ste 1006 | | New York | NY | 10006 |
| ResCap Borrower Claims Trust | c o Polsinelli Daniel J Flanigan | 900 W 48th Pl Ste 900 | | Kansas City | MO | 64112 |
| ResCap Liquidating Trust | Jill Horner and Paul Grande | PO Box 385220 | | Bloomington | MN | 55438 |
| ResCap Liquidating Trust | Jill Horner and Paul Grande | PO Box 385220 | | Bloomington | MN | 55438 |
| US Bank MERS JFaber DThompson et al | c o TROUTMAN SANDERS LLP | 600 Peachtree St NE | Matthew Ray Brooks | Atlanta | GA | 30308-2216 |
| US Bank MERS JFaber DThompson et al | c o TROUTMAN SANDERS LLP | 875 3rd Ave Fl 15 | Brett D Goodman | New York | NY | 10022-7254 |

Hawthorne v. GMAC MORTGAGE, LLC
Case No. 12-02050

Page 1 of 1

# EXHIBIT D

12-12020-mg    Doc 10222    Filed 11/16/16    Entered 11/16/16 21:07:32    Main Document
Pg 10 of 10

Exhibit D
Served via Overnight Mail

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Aldridge Pite LLP | | 3575 Piedmont Rd NW Ste 500 | Atlanta | GA | 30305 |
| Beverlie A Roseberry | 3900 Oldfield Crossing Drive | Apt 215 | Jacksonville | FL | 32223 |
| Duane Morris LLP | Brett L Messinger | 30 S 17th St 12th Fl | Philadelphia | PA | 19103 |
| Jordan S Katz | | 40 Marcus Dr Ste 200 | Melville | NY | 11747 |
| Ocwen Loan Servicing LLC | 15 Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 |

Hawthorne v. GMAC MORTGAGE, LLC
Case No. 12-02050

Page 1 of 1