MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
SCHEDULED TO BE HEARD ON DECEMBER 8, 2016**

**PLEASE TAKE NOTICE** that the omnibus hearing, previously scheduled to be heard on December 8, 2016 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **December 12, 2016 at 11:00 a.m. (Prevailing Eastern Time)** (the "Omnibus Hearing"). All matters scheduled to be heard on December 8, 2016 at 10:00 a.m., including the *Motion for an Order Extending (I) the Term of the ResCap Liquidating Trust and (II) the Date by Which Objections to Claims Must Be Filed* [Docket No. 10220], will now be heard at the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523,

ny-1260347

New York, New York 10004.

| | |
|---|---|
| Dated: November 22, 2016<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel to The ResCap Liquidating Trust<br>and The ResCap Borrower Claims Trust* |

ny-1260347