# **<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER EXTENDING THE TERM OF THE
RESCAP BORROWER CLAIMS TRUST**

This matter coming before the Court on the motion (the "**Motion**")[1] filed by the

ResCap Borrower Claims Trust, which is successor in interest to the debtors (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, for entry of an order pursuant to the terms

of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and

the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (the "**Chapter 11 Plan**"),

extending the term of the Borrower Claims Trust for a period of two years from the third

anniversary of the Effective Date; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 11 U.S.C. § 105 and 28 U.S.C. § 1334 and the Amended

Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the

Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§§ 157(b)(2)(B); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided; and no other or further notice

need be provided; and the Court having reviewed the Motion; and the Court having determined that

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to
such terms in the Motion.

55321074.2

upon all of the proceedings had before the Court and after due deliberation and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as provided herein.

2.      The duration of the Borrower Trust is extended through and including

December 17, 2018, without prejudice to the Borrower Trust's ability to (i) seek further extensions or

(ii) dissolve the Trust in accordance with the Plan and the Borrower Claims Trust Agreement.

3.      The Court shall retain jurisdiction relating to the interpretation and

implementation of this Order.


Dated:    _____, 2016
          New York, New York


                                            _____
                                            THE HONORABLE MARTIN GLENN
                                            UNITED STATES BANKRUPTCY JUDGE

55321074.2