UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :   Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :   Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                       Debtor. :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on November 23, 2016, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **NOTICE OF MOTION FOR ORDER EXTENDING THE TERM OF THE BORROWER CLAIMS TRUST (Docket No. 10231)**

Dated: November 28, 2016

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 28 day of November, 20 16, by, Richie Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

andrea.hartley@akerman.com;

susan.balaschak@akerman.com;

dgolden@akingump.com;

dzensky@akingump.com;

aqureshi@akingump.com;

pdublin@akingump.com;

ralbanese@akingump.com;

rajohnson@akingump.com;

ccarty@akingump.com;

djnewman@akingump.com;

bnkatty@aldine.k12.tx.us;

ecfmail@aclawllp.com;

ken.coleman@allenovery.com;

john.kibler@allenovery.com;

jeff.brown@gmacfs.com;

william.b.solomon@ally.com;

kit.weitnauer@alston.com;

marty.bunin@alston.com;

william.hao@alston.com;

bill.macurda@alston.com;

piccb_investigations@yahoo.com;

john.stern@texasattorneygeneral.gov;

petriea@ballardspahr.com;

wallaces@ballardspahr.com;

Schindlerwilliamss@ballardspahr.com;

marriott@ballardspahr.com;

Sarah.Stout@BNYMellon.com;

Jennifer.Provenzano@BNYMellon.com;

Mageshwaran.Ramasamy@BNYMellon.com;

xrausloanops5@barclays.com;

david.powlen@btlaw.com;

bbeskanos@aol.com;

davids@blbglaw.com;

jonathanu@blbglaw.com;

jai@blbglaw.com;

schaedle@blankrome.com;

tarr@blankrome.com;

root@blankrome.com;

courtney.lowman@ally.com;

ryan.philp@bgllp.com;

stan.chelney@bgllp.com;

jhaake@wbsvlaw.com;

swissnergross@brownrudnick.com;

pbustos@bustosassociates.com;

dfiveson@bffmlaw.com;

jmhall@bffmlaw.com;

gregory.petrick@cwt.com;

ingrid.bagby@cwt.com;

mark.ellenberg@cwt.com;

dcaley@wongfleming.com;

bankruptcy@clm.com;

jlaitman@cohenmilstein.com;

clometti@cohenmilstein.com;

meisenkraft@cohenmilstein.com;

drehns@cohenmilstein.com;

krehns@cohenmilstein.com;

srosen@cbshealaw.com;

mwarner@coleschotz.com;

ra-li-ucts-bankrupt@state.pa.us;

lenbennett@clalegal.com;

srotkis@c1alegal.com;

will.hoch@crowedunlevy.com;

mgallagher@curtis.com;

macohen@curtis.com;

sreisman@curtis.com;

karam@legalpundit.com;

hryder@daypitney.com;

jjtancredi@daypitney.com;

jwcohen@daypitney.com;

glenn.siegel@dechert.com;

hector.gonzalez@dechert.com;

brian.greer@dechert.com;

mauricio.espana@dechert.com;

craig.druehl@dechert.com;

rosa.mendez@db.com;

Brendan.meyer@db.com;

diem.home@gmail.com;

blmessinger@duanemorris.com;

uncadunc1@aol.com;

broylesmk@rgcattys.com;

tterrell@feinsuch.com;

tterrell@feinsuch.com;

ppascuzzi@ffwplaw.com;

dearly@fdic.gov;

floressaucedopllc@gmail.com;

tlallier@foleymansfield.com;

kenton_hambrick@freddiemac.com;

deggert@freebornpeters.com;

tfawkes@freebornpeters.com;

gary.kaplan@friedfrank.com;

kgiannelli@gibbonslaw.com;

kpatrick@gibbsbruns.com;

shumphries@gibbsbruns.com;

kpatrick@gibbsbruns.com;

DFeldman@gibsondunn.com;

JWeisser@gibsondunn.com;

theodore.w.tozer@hud.gov;

kstadler@gklaw.com;

gjarvis@gelaw.com;

mpmorris@gelaw.com;

delman@gelaw.com;

brian@gmcnjlaw.com;

bnoren@hinshawlaw.com;

skraus@hinshawlaw.com;

bnoren@hinshawlaw.com;

ayala.hassell@hp.com;

rnorton@hunton.com;

rrich2@hunton.com;

floraoropeza@co.imperial.ca.us ;

bankruptcy2@ironmountain.com;

pgallagher@nassaucountyny.gov;

ceblack@jonesday.com;

cball@jonesday.com;

rlwynne@jonesday.com;

lemiller@jonesday.com;

ceblack@jonesday.com;

reriksen1@gmail.com;

aglenn@kasowitz.com;

mstein@kasowitz.com;

dfliman@kasowitz.com;

namamoo@kasowitz.com;

kgcully@kgcully.com;

eciolko@ktmc.com;

dmoffa@ktmc.com;

ecf@kaalaw.com;

thadwilson@kslaw.com;

ajowers@kslaw.com;

pferdinands@kslaw.com;

mstrauss@kmllp.com;

bwalker@kmllp.com;

judson.brown@kirkland.com;

tklestadt@klestadt.com;

jcorneau@klestadt.com;

sdny@kmk-law.net;

jleibowitz@kandfllp.com;

lairdheal@lh-law-office.com;

dlibra@lapplibra.com;

james.heaney@lawdeb.com;

Mrozea@leopoldassociates.com;

pmahony@leopoldassociates.com;

austin.bankruptcy@publicans.com;

dallas.bankruptcy@publicans.com;

houston_bankruptcy@lgbs.com;

choward@lockelord.com;

abehlmann@lowenstein.com;

abehlmann@lowenstein.com;

metkin@lowenstein.com;

ilevee@lowenstein.com;

adoshi@magnozzikye.com;

kmarino@khmarino.com;

jboyle@khmarino.com;

jrufo@mwc-law.com;

icostello@mwc-law.com;

lgordon@mvbalaw.com;

pmoak@McKoolSmith.com;

mcarney@mckoolsmith.com;

pmoak@McKoolSmith.com;

knewman@menterlaw.com;

sdnyecf@dor.mo.gov;

jgarrity@morganlewis.com;

mkraut@morganlewis.com;

pfleming@morganlewis.com;

susan.dicicco@morganlewis.com;

mmorganroth@morganrothlaw.com;

jmorganroth@morganrothlaw.com;

lberkoff@moritthock.com;

jmoldovan@morrisoncohen.com;

bankruptcy@morrisoncohen.com;

rdakis@morrisoncohen.com;

seth.goldman@mto.com;

Thomas.walper@mto.com;

angela.baglanzis@obermayer.com;

cmomjian@attorneygeneral.gov;

almeyers@sjgov.org;

dwdykhouse@pbwt.com;

bguiney@pbwt.com;

mcohen@pbwt.com;

Paul_Papas@mylegalhelpusa.com;

ebcalvo@pbfcm.com;

michael.manniello@roachfirmlaw.com;

kimberly.mcgrail@roachlawfirm.com;

brandon.johnson@pillsburylaw.com;

jmcmurtr@placer.ca.gov;

dflanigan@polsinelli.com;

dflanigan@polsinelli.com;

jnagi@polsinelli.com;

igoldstein@proskauer.com;

srutsky@proskauer.com;

jzajac@proskauer.com;

john.oneal@quarles.com;

lori.winkelman@quarles.com;

walter.ashbrook@quarles.com;

danbrockett@quinnemanuel.com;

daveburnett@quinnemanuel.com;

jeremyandersen@quinnemanuel.com;

jeremyandersen@quinnemanuel.com;

ericwinston@quinnemanuel.com;

susheelkirpalani@quinnemanuel.com;

scottshelley@quinnemanuel.com;

dsullivan@rasboriskin.com;

mrollin@rplaw.com;

cwood@rgrdlaw.com;

stevep@rgrdlaw.com;

rbrown@robertbrownlaw.com;

erubino@rasflaw.com;

romero@mromerolawfirm.com;

reriksen1@gmail.com;

Ross.martin@ropesgray.com;

keith.wofford@ropesgray.com;

Ross.martin@ropesgray.com;

johnrosario@delroslaw.com;

ECFNotice@rosicki.com;

prubin@rubinlawllc.com;

dsasser@siwpc.com;

dhall@siwpc.com;

aisenberg@saul.com;

gschwab@saul.com;

abrockway@saul.com;

jglucksman@scarincihollenbeck.com;

bdk@schlamstone.com;

bbressler@schnader.com;

rbarkasy@schnader.com;

eboden@schnader.com;

DBlumenthal@SchneiderMitola.com;

adam.harris@srz.com;

howard.godnick@srz.com;

marguerite.gardiner@srz.com;

michael.cutini@srz.com;

bateman@sewkis.com;

christensen@sewkis.com;

patel@sewkis.com;

hooper@sewkis.com;

josselson@sewkis.com;

cohen@sewkis.com;

das@sewkis.com;

binder@sewkis.com;

kotwick@sewkis.com;

alves@sewkis.com;

taconrad@sbwlawfirm.com;

fsosnick@shearman.com;

bluckman@shermansilverstein.com;

pjones@stahlcowen.com;

pdatta@hhstein.com;

amuller@stinson.com;

whazeltine@sha-llc.com;

smgray@smgraylaw.com;

msweeney@msgrb.com;

tal@talcottfranklin.com;

jmiller@tcfbank.com;

jteitelbaum@tblawllp.com;

AGBankNewYork@ag.tn.gov;

robert.major@bnymellon.com;

Adam.Parkin@tdsecurities.com;

Christopher.stevens@tdsecurities.com;

rblmnf@aol.com;

tmm@mullaw.org;

themeyerslawfirm@gmail.com;

TJSinnickson@aol.com;

frenklinart@aol.com;

kay.brock@co.travis.tx.us;

mamta.scott@usbank.com;

michelle.moeller@usbank.com;

tanveer.ashraf@usbank.com;

Mark.Flannagan@umb.com;

james.byrnes@usbank.com;

laura.moran@usbank.com;

SBOYD@walterinvestment.com;

mvaughan@wbsvlaw.com;

dskeens@wbsvlaw.com;

kelly.j.rentz@wellsfargo.com;

Sharon.Squillario@wellsfargo.com ;

mary.l.sohlberg@wellsfargo.com;

kristi.garcia@wellsfargo.com;

accesslegalservices@gmail.com;

cshore@whitecase.com;

isilverbrand@whitecase.com;

hdenman@whitecase.com;

DBlatt@wc.com;

HWiegmann@wc.com;

MJohnson@wc.com;

MAhmad@wc.com;

mabrams@willkie.com;

rchoi1@willkie.com;

jhardy2@willkie.com;

rmaney@wilmingtontrust.com;

david.tillem@wilsonelser.com;

dneier@winston.com;

dneier@winston.com;

cschreiber@winston.com;

jlawlor@wmd-law.com;

pdefilippo@wmd-law.com;

sfitzgerald@wmd-law.com;

gbush@zuckerman.com;

ncohen@zuckerman.com;

lneish@zuckerman.com;

# EXHIBIT B

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St<br>New York NY 10038 | Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook IL 60062 | Anaissa B Gerwald<br>12 Bluegrass Lane<br>Savannah GA 31405 |
| Attorney General of the State of New York, Eric T Schneiderman<br>Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineola NY 11501 | David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York NY 10175 | Fedelina Roybal-DeAguero 2008 Trust<br>42265 Little Lake Rd<br>Medocino CA 94560 |
| Financial Guaranty Insurance Company<br>Attn Martin Joyce<br>521 Fifth Ave 15th Fl<br>New York NY 10175 | Gibbons PC<br>Jeffrey S Berkowitz &<br>Christopher A Albanese<br>One Pennsylvania Plaza 37th Fl<br>New York NY 10119-3701 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal QC H3G 2W6 |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al<br>3725 N Indiana<br>Kansas City MO 64117 | Secretary of State<br>123 William St<br>New York NY 10038-3804 | Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany NY 12231-0001 |
| Shapiro Dicaro & Barak LLC<br>Shari S. Barak<br>105 Maxess Rd Ste N109<br>Melville NY 11747 | Sheldon May & Associates PC<br>Ted Eric May<br>255 Merrick Rd<br>Rockville Centre NY 11570 | Talcott Franklin P.C.<br>Derek S Witte<br>208 N. Market Street, Suite 200<br>Dallas TX 75202 |
| U.S. Department of Justice<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington DC 20005 | Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis MN 55402-1544 | Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle WA 98101 |
| Linebarger Goggan Blair & Sampson LLP Diana W Sanders<br>Po Box 17428<br>Austin TX 78760 | Manatee County Tax Collector<br>Susan D Profant & Ken Burton Jr<br>4333 US 301 North<br>Ellenton FL 34222 | |