**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                                             CASE NO.: 12–12020–mg

  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 11
20–1770738

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on October 27, 2016, document number 10198, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–8549 assigned to the Honorable Gregory H. Woods.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: November 30, 2016                                            Vito Genna
                                                                    Clerk of the Court