# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 11/30/2016 |
| Case: 12−12020−mg | Form ID: tranapl | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Wendy Alison Nora    accesslegalservices.bkyny@gmail.com

TOTAL: 1