KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

# CERTIFICATE OF NO OBJECTION REGARDING RESCAP LIQUIDATING TRUST'S MOTION FOR AN ORDER EXTENDING (I) THE TERM OF THE RESCAP LIQUIDATING TRUST AND (II) THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED

1. The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following motion, filed by the ResCap Liquidating Trust on November 16, 2016 (the "Motion"):

   *Motion for an Order Extending (i) the Term of the ResCap Liquidating Trust and (ii) the Date by Which Objections to Claims Must be Filed* [Docket No. 10220].

2. The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any other answer, objection or other responsive pleading to the Motion appears thereon. The deadline for filing responses to the Motion, November 28, 2016, has passed.

3. In accordance with the *Order Under Bankruptcy Code Sections 102(1),*

*105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* entered on May 23, 2012 [Docket No. 141] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objection pursuant to 28 U.S.C. § 1746.

    4. Accordingly, for the reasons set forth in the Motion, the ResCap Liquidating Trust respectfully requests that the proposed order granting the Motion, annexed hereto as Exhibit 1, be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2016
   New York, New York

              KRAMER LEVIN NAFTALIS & FRANKEL LLP

              /s/ Joseph A. Shifer
              Kenneth H. Eckstein
              Douglas H. Mannal
              Joseph A. Shifer
              1177 Avenue of the Americas
              New York, New York  10036
              Telephone: (212) 715-9100

              *Counsel for the ResCap Liquidating Trust*

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|   | ) |   |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|   | ) |   |
| Debtors. | ) | Jointly Administered |
|   | ) |   |

**ORDER EXTENDING (I) THE TERM OF THE RESCAP LIQUIDATING TRUST AND (II) THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED**

This matter coming before the Court on the motion (the "**Motion**")[1] filed by the ResCap Liquidating Trust, which is successor in interest to the debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, for entry of an order pursuant the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (the "**Chapter 11 Plan**"), extending (i) the term of the Liquidating Trust for a period of two years from the third anniversary of the Effective Date, and (ii) the Claims Objection Deadline; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 11 U.S.C. § 105 and 28 U.S.C. § 1334 and the Amended Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(B); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and no other or further notice need be provided; and the Court having reviewed the Motion and the Declaration of Jill Horner in Support of the Motion; and the Court having determined that the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted as provided herein.

    2.    The duration of the Liquidating Trust, as described in Section 12.1(a) of the Liquidating Trust Agreement, is extended through and including December 17, 2018, without prejudice to the Liquidating Trust's ability to (i) seek further extensions or (ii) dissolve the Liquidating Trust in accordance with the Chapter 11 Plan and the Liquidating Trust Agreement.

    3.    The Claims Objection Deadline with respect to all Claims is extended to September 15, 2017, without prejudice to the Liquidating Trust's ability to seek further extensions for itself and the Borrower Claims Trust for good cause shown.

    4.    The Court shall retain jurisdiction relating to the interpretation and implementation of this Order.

Dated: _____, 2016
       New York, New York

                                                      UNITED STATES BANKRUPTCY JUDGE