**POLSINELLI**
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (212) 644-0199
Facsimile: (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), the ResCap Borrower Claims Trust, as successor to the debtors and debtors in possession in the above-captioned cases, in response to Tia Danielle Smith's Preliminary Designation of Contents of Record on Appeal (Doc. 10228), hereby submits this Designation of Additional Items to be Included in the Record:

| Docket Number: | Description |
|---|---|
| 6030 | Second Amended Joint Chapter 11 Plan Proposed by Residential Capital LLC et al. and the Official Committee of Unsecured Creditors |
| 6135 | Notice of Appearance and Request for Notice filed by Daniel J. Flanigan on behalf of Peter S. Kravitz, as Trustee of the ResCap Borrower Claims Trust |
| 10160 | Limited Objection of Tia Smith |
| 10177 | Notice of Filing Amended Exhibit |

55380063.2

Dated:  December 7, 2016
       New York, New York

*/s/ Daniel J. Flanigan*
Daniel J. Flanigan
**POLSINELLI**
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 644-0199
Facsimile: (212) 684-0197
dflanigan@polsinelli.com

*Counsel for ResCap Borrower Claims Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Appellee's Designation of Additional Items to be Included in the Record* was filed was served electronically to Debtors' counsel, the U.S. Trustee, counsel for Appellant Tia Smith, and all interested parties registered to receive ECF notification from the Court.

*/s/ Daniel J. Flanigan*

55380063.2