MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust
and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON DECEMBER 12, 2016 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS**

**1.**    Motion for an Order Extending (I) The Term of The ResCap Liquidating Trust and (II) The Date by Which Objections to Claims Must Be Filed [Docket No. 10220]

   **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing Scheduled to be Heard on December 8, 2016 [Docket No. 10226]

   **b.**    Certificate of No Objection Regarding ResCap Liquidating Trust's Motion for an Order Extending (I) The Term of The ResCap Liquidating Trust and (II) The Date by Which Objections to Claims Must Be Filed [Docket No. 10251]

   **Response(s)**:    None.

ny-1264153

   **Status**:  The hearing on this matter will be going forward.

**2.**  Motion for Order Extending the Term of the Borrower Claims Trust [Docket No. 10231]

   **Related Document(s)**:  None.

   **Response(s)**:  None.

   **Status**:  The hearing on this matter will be going forward.

Dated: December 8, 2016     /s/ Norman S. Rosenbaum
    New York, New York    Norman S. Rosenbaum
                Jordan A. Wishnew
                MORRISON & FOERSTER LLP
                250 West 55th Street
                New York, New York 10019
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Counsel for The ResCap Borrower Claims Trust and The ResCap Liquidating Trust*