MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*
*and the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------ ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ------------------------------------------------ ) | | |

**NOTICE OF CANCELLATION OF DECEMBER 12, 2016 OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for December 12, 2016

at 11:00 a.m. (Prevailing Eastern Time) has been cancelled at the direction of the Court.

Dated:  December 9, 2016
         New York, New York          /s/ Norman S. Rosenbaum
                                      Norman S. Rosenbaum
                                      Jordan A. Wishnew
                                      MORRISON & FOERSTER LLP
                                      250 West 55th Street
                                      New York, New York 10019
                                      Telephone: (212) 468-8000
                                      Facsimile: (212) 468-7900

                                      *Counsel for the ResCap Liquidating Trust*
                                      *and the ResCap Borrower Claims Trust*