**POLSINELLI**
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (212) 644-0199
Facsimile: (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**RESCAP BORROWER CLAIMS TRUST'S MOTION FOR ORDER**
**EXTENDING THE TERM OF THE BORROWER CLAIMS TRUST**

1.     The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following motion, filed by the ResCap Borrower Claims Trust on November 23, 2016 (the "**Motion**"):

> *Motion for Order Extending the Term of the Borrower Claims Trust* (Dkt. # 10231)

2.     The undersigned further declares that he has caused a review of the Court's docket in this case and has not been advised that any other answer, objection or other responsive pleading to the Motion appears thereon.  The deadline for filing responses to the Motion, December 5, 2016, has passed.

3.     In accordance with the *Order Under Bankruptcy Code Section 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Noticing, Case Management and Administrative Procedures* entered on

55429012.1

May 23, 2012 (Dkt. # 141) (the "**Case Management Procedures**"), the undersigned submits this

Certificate of No Objection pursuant to 28 U.S.C. § 1746.

4.    Accordingly, for the reason set forth in the Motion, the ResCap Borrower Claims

Trust respectfully requests that the proposed order granting the Motion, attached hereto as

Exhibit A, be entered in accordance with the Case Management Procedures.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2016
New York, New York

/s/ Daniel J. Flanigan
Daniel J. Flanigan
**POLSINELLI**
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 644-0199
Facsimile: (212) 684-0197
dflanigan@polsinelli.com

*Counsel for ResCap Borrower Claims Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2016, a true and correct copy of the

*Certificate of No Objection Regarding ResCap Borrower Claims Trust's Motion for Order*

*Extending the Term of the Borrower Claims Trust* was filed with the court using the CM/ECF

system that served notice of such filing to Debtors' counsel and counsel for the Liquidating

Trust, the U.S. Trustee, and all interested parties.

/s/ Daniel J. Flanigan

55429012.1

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER EXTENDING THE TERM OF THE
## RESCAP BORROWER CLAIMS TRUST

This matter coming before the Court on the motion (the "**Motion**")[1] filed by the

ResCap Borrower Claims Trust, which is successor in interest to the debtors (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, for entry of an order pursuant to the terms

of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and*

*the Official Committee of Unsecured Creditors* [Docket No. 6065-1]  (the "**Chapter 11 Plan**"),

extending the term of the Borrower Claims Trust for a period of two years from the third

anniversary of the Effective Date; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 11 U.S.C. § 105 and 28 U.S.C. § 1334 and the Amended

Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the

Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§§ 157(b)(2)(B); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided; and no other or further notice

need be provided; and the Court having reviewed the Motion; and the Court having determined that

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings
ascribed to such terms in the Motion.

upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as provided herein.

2.      The duration of the Borrower Trust is extended through and including December 17, 2018, without prejudice to the Borrower Trust's ability to (i) seek further extensions or (ii) dissolve the Trust in accordance with the Plan and the Borrower Claims Trust Agreement.

3.      The Court shall retain jurisdiction relating to the interpretation and implementation of this Order.


Dated:      _____, 2016
            New York, New York


                                    _____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

55429012.1