### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                          CASE NO.: 12–12020–mg

  aka    Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER:  11
20–1770738

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on November 9, 2016, document number 10211, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–9489 assigned to the Honorable Lewis A. Kaplan.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: December 14, 2016                          Vito Genna
                                                   Clerk of the Court