# Notice Recipients

District/Off: 0208−1         User: arouzeau              Date Created: 12/14/2016
Case: 12−12020−mg            Form ID: tranapl            Total: 2

**Recipients of Notice of Electronic Filing:**
aty      Daniel J. Flanigan      dflanigan@polsinelli.com
aty      Wendy Alison Nora       accesslegalservices.bkyny@gmail.com

TOTAL: 2