UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., [1] | : | Case No. 12-12020 (MG) |
| | : | |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On December 19, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the parties on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Certificate of No Objection to Motion for an Order Extending (I) the Term of the ResCap Liquidating Trust and (II) the Date by Which Objections to Claims Must be Filed** [Docket No. 10251]

B. Furthermore, on December 19, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the party on the service list attached hereto as **Exhibit C**:

*[Space Left Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (30A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3353); RAHI Real Estate Holdings, LLC (5287); RCSFIV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4032); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-OSAP Servicer Advance, LLC (0289)

- **Notice of Presentment of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) (Nationstar Mortgage, LLC as Servicer for Federal National Mortgage Association); Presentment to be Held December 13, 2016 at 12:00 p.m. (ET)** [Docket No. 10253]

Dated:  December 23, 2016

                                                        _____
                                                                    Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd of December, 2016, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> **CASEY MICHAEL SULLIVAN**
> Commission # 2130532
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 16, 2019

2

# Exhibit A

Exhibit A

Adversary Case No. 15-01025 Party
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|-------------|----------|----------|------|-------|-----|
| Carlson Lynch Sweet & Kilpela, LLP | Ronald Bruce Carlson & Jamisen A. Etzel | Ronald Bruce Carlson | 1133 Penn Ave Ste 5 | Pittsburgh | PA | 15222-4252 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

# Exhibit B

Claimant with Unresolved Claims
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|------|-------------|---------|------|-------|-----|
| Thomas James La Casse | Laird J Heal Esq | PO Box 1144 | Worcester | MA | 01615-1144 |

# Exhibit C

Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|------|-------------|---------|------|-------|-----|
| Shapiro, Dicaro & Barak, LLC | Shari S. Barak | 1 Huntington Quad Ste 3N05 | Melville | NY | 11747-4468 |