Date and Time: January 11, 2017 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRE-MOTION CONFERENCE IN CONNECTION WITH
THE FILING OF A MOTION FOR SUMMARY JUDGMENT AS TO THE
RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO AMENDED
CLAIM NO. 4445 FILED BY ALAN MOSS TO BE HELD ON
JANUARY 11, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that a pre-motion conference in connection with the filing of a motion for summary judgment as to the *ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss* [Docket No. 8502] will be held on **January 11, 2017, at 10:00 a.m. (Prevailing Eastern Time)** (the "Pre-Motion Conference").

**PLEASE TAKE FURTHER NOTICE** that the Pre-Motion Conference will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

ny-1267115

Dated: January 3, 2017  
     New York, New York

/s/ Jordan A. Wishnew  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1267115