UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**ORDER PERMITTING PARTIES TO FILE A MOTION FOR SUMMARY JUDGMENT
AND DIRECTING PARTIES TO RESPOND TO DISCOVERY**

Upon the hearing held on January 11, 2017 regarding Amended Claim No. 4445 filed by Alan Moss (the "Claimant"), this Court **ORDERS, ADJUDGES, AND DECREES THAT:**

1. For the reasons stated on the record at the hearing, the debtors' request for leave to file a motion for summary judgment is **GRANTED.**

2. The debtors' brief shall contain a table of contents and table of authorities and shall be filed by **NOON EST on January 23, 2017. The brief shall be limited to 25 PAGES.**

3. Any opposition brief by the claimant must be filed by **5:00 P.M. EST on February 6, 2017. Any opposition brief shall be limited to 25 PAGES.** The opposition brief shall have a table of contents and table of authorities.

4. Any reply brief to any opposition brief must be filed by **5:00 P.M. EST on February 10, 2016. Any reply brief shall be limited to 10 PAGES.**

5. The Claimant shall respond to the defendants' discovery requests by **January 20, 2017 by 5:00 P.M. EST.**

6. After the Claimant responds to the defendants' discovery requests, the parties must meet and confer, or alternatively communicate by telephone, regarding settlement by **February 3, 2017 by 5:00 P.M. EST.**

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Dated:   January 11, 2017
        New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                     United States Bankruptcy Judge