Law Offices of

# Cohn & Roth

100 East Old Country Road
Mineola, NY 11501
(516)747-3030 Fax: (516) 747-3046

Michael H. Cohn
William Roth
Michael C. Nayar
Edward C. Klein
Kevin T. MacTiernan
Louis C. Greco

January 12, 2017

VIA ECF

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
James Newton, and
Erica J. Richards

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
Attn: Elise Frejka and Douglas Mannal

VIA FIRST CLASS MAIL
Jason T. Knowles
307 North 16 Street
Leavenworth, KS 66048

In Re: **Residential Capital, LLC**
**Bankruptcy Court Case No.: 12-12020-mg**
**Property: 307 North 16 Street, Leavenworth, KS 66048**

To Whom It May Concern:

This office represents the interest of Caliber Home Loans, Inc. in its capacity as attorney in fact for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust in the above reference matters.

Please accept this letter as a formal Written Request to lift the stay as it pertains to 307 North 16 Street, Leavenworth, KS 66048, the subject property.

Enclosed please find the following:

- Senior Lien Stay Relief Questionnaire ("Questionnaire")

In Re: <u>Residential Capital, LLC</u>
<u>Bankruptcy Court Case No.: 12-12020-mg</u>
<u>Property: 307 North 16 Street, Leavenworth, KS 66048</u>

- Exhibit A - Title Search
- Exhibit B - Junior Mortgage
- Exhibit C - Assignment of Junior Mortgage
  - This figure cannot be relied upon as a "Payoff" quotation.
- Exhibit D - Senior Mortgage Note
- Exhibit E - Senior Mortgage
- Exhibit F - First Assignment of Senior Mortgage
- Exhibit G - Second Assignment of Senior Mortgage
- Exhibit H - Third Assignment of Senior Mortgage
- Exhibit I - Broker's Price Opinion (BPO)
- Exhibit J - Total Amount Due Calculation

As you can see from the Questionnaire and Exhibits, there is no equity in the property. Thus, this office formally requests that a Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a).

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Cohn & Roth

*Louis C. Greco*

Louis C. Greco
Attorneys for Caliber Home Loans,
Inc. in its capacity as attorney in fact
for U.S. Bank Trust, N.A., as Trustee
for LSF9 Master Participation Trust