

```
Doc #: 2013R11193
STACY R. DRISCOLL
REGISTER OF DEEDS
LEAVENWORTH COUNTY
RECORDED ON
11/27/2013 08:24AM
RECORDING FEE: $9.00

INDEBTEDNESS: 0
PAGES: 2
```

## Assignment of Mortgage

Dated: November 21, 2013

MIN: ▮

7913 9511

MERS Phone: 888-679-6377

For value received Mortgage Electronic Registration Systems, Inc., as nominee for Capital One Home Loans, LLC, its successors and assigns the undersigned hereby grants, assigns and transfers to GMAC Mortgage, LLC, In C/O Ocwen Loan Servicing, LLC, 1100 Virginia Drive, Suite 175, Fort Washington, PA 19034, all beneficial interest under a certain Mortgage dated July 26, 2007 executed by JASON T KNOWLES AND HEATHER BONTEMPI and recorded in Book XX on Page(s) XX as Document Number 2007R05548 on August 16, 2007 In the office of the Register of Deeds of Leavenworth County, Kansas.

**See Attached Exhibit A for Legal Description

Mortgage Electronic Registration Systems, Inc., as nominee for Capital One Home Loans, LLC, its successors and assigns

By: _____

Louis Matthew Trejo III,
Vice President

STATE OF Minnesota    )
COUNTY   Ramsey      ) SS

On November 21, 2013 before me, Pang Mee Yang, Notary Public in and for said State personally appeared Louis Matthew Trejo III, Vice President of Mortgage Electronic Registration Systems, Inc., personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Prepared By:
Peter Chang
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Pang Mee Yang, Notary Public
My Commission expires: January 31, 2017

PANG MEE YANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Exhibit A Legal Description

ALL THE FOLLOWING DESCRIBED REAL ESTATE IN THE COUNTY OF LEAVENWORTH, STATE OF KANSAS, TO-WIT: LOT 9, MICHAEL REPLAT, CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS, BY FEE SIMPLE DEED FROM CHARLES A. BENSON AND THERESA M. BENSON AKA THERESA BENSON AS SET FORTH IN DEED BOOK 0968, PAGE 2377 AND RECORDED ON 11/17/2005, LEAVENWORTH COUNTY RECORDS. THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE. SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.