Exhibit
F



```
Doc #:    2009R11306
STACY R. DRISCOLL/REGISTER OF DEEDS
        LEAVENWORTH COUNTY
           RECORDED ON
    11/16/2009        12:22PM
      RECORDING FEE:    9.00
      INDEBTEDNESS:     0.00
              PAGES:  2
```

*(Space Above reserved for Recorder of Deeds certification)*

**TITLE OF DOCUMENT:** Assignment of Mortgage

**DATE OF DOCUMENT:**    11/5/2009

**GRANTOR(S):**    Mortgage Electronic Registration System, Inc

**GRANTOR(S) ADDRESS:**   P.O. Box 2026 , Flint, MI 48501

**GRANTEE(S):**   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

**GRANTEE(S) ADDRESS:**   7105 Corporate Drive , Plano, Texas 75093

REFERENCE BOOK AND PAGE(S):   Book 0968 Page 2378

**LEGAL DESCRIPTION:**

LOT 9, MICHAEL REPLAT, CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS.

Our file # KNOJABAC

KM 5 4

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, comes now for Mortgage Electronic Registration Systems, Inc. as nominee for Concord Mortgage Company(herein "Assignor") ; whose address is: P.O Box 2026, Flint, MI 48501, its successors and assigns, on behalf of and with authority of Concord Mortgage Company and **hereby assigns and transfers to** , **BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP** (herein "Assignee"); whose address is: 7105 Corporate Drive , Plano, TX 75093 , its successors and assigns, all its right, title and interest in and to a certain Mortgage executed by Jason T Knowles, a single man, and given to secure payment of $120,783.00 which Mortgage is of record in Book 0968 at Page 2378 of the land records of Leavenworth County, State of KS, encumbering the following legal description, to-wit:
**LOT 9, MICHAEL REPLAT, CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS.**

Signed on the 5 day of Nov., 2009.

Mortgage Electronic Registration Systems, Inc.

By: Sara Knittel
Its: Certifying Officer

State of Missouri         )
                          )ss
County of St. Louis       )

I, the undersigned Notary Public in and for said county and state, hereby certify that Sara Knittel, whose name appears as Certifying Officer of Mortgage Electronic Registration Systems, Inc., signed the foregoing instrument and who is known to me, acknowledged before me on this date having been informed of the content of said conveyance, that as such, and with full authority executed and delivered the same voluntarily for and as the act of said corporation.
GIVEN UNDER MY HAND THIS DATE    11/5/09

N. Hanna
Notary Public
My Commission Expires:
K&M Filename: KNOJABAC

"NOTARY SEAL"
N. Hanna, Notary Public
Jefferson County, State of Missouri
My Commission Expires 2/7/2012
Commission # 08482286