Exhibit G

Doc #: 2015R00879
STACY R. DRISCOLL
REGISTER OF DEEDS
LEAVENWORTH COUNTY
RECORDED ON
02/12/2015 10:53AM
RECORDING FEE: $15.00

INDEBTEDNESS: 0
PAGES: 2

| | This space for Recorder's use | |
|---|---|---|
| DocID# 169█████1859 | Recording Requested By:<br>Bank of America, N.A.<br>Prepared By:<br>Ralph Flores<br>800-444-4302 | When recorded mail to:<br>WELLS FARGO<br>ATTN: NANCY<br>CHOUANARD<br>751 KASOTA AVE<br>MINNEAPOLIS, MN 55414 |

Property Address:
307 North 16th Street
Leavenworth, KS 66048-1602
KS0-AM  30172214   9/5/2014  HDLSTR1

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 does hereby grant, sell, assign, transfer and convey unto THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT whose address is 451 7TH STREET S.W., WASHINGTON, DC 20410 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CONCORD MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS
Borrower(s): JASON T KNOWLES, A SINGLE MAN
Date of Mortgage: 11/17/2005
Original Loan Amount: $120,783.00

Recorded in Leavenworth County, KS on: 11/17/2005, book 0968, page 2378 and instrument number N/A

Property Legal Description:

LOT 9, MICHAEL REPLAT, CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
9/4/14

BANK OF AMERICA, N.A., SUCCESSOR BY
MERGER TO BAC HOME LOANS SERVICING, LP,
FKA COUNTRYWIDE HOME LOANS SERVICING
LP

By: _____
Melissa A. Taylor, Vice President

State of California
County of Ventura

On **SEP 04 2014** before me, _____**Marivel Castro**_____, Notary Public, personally appeared Melissa A. Taylor, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____**Marivel Castro**_____  (Seal)
My Commission Expires: __**Exp. June 26, 2018**__

MARIVEL CASTRO
COMM.# 2072736
NOTARY PUBLIC-CALIFORNIA
VENTURA COUNTY
My Comm. Expires June 26, 2018

DocID# 169▓▓▓▓▓1859