

```
Doc #: 2015R00880
STACY R. DRISCOLL
REGISTER OF DEEDS
LEAVENWORTH COUNTY
RECORDED ON
02/12/2015 10:53AM
RECORDING FEE: $15.00


INDEBTEDNESS: 0
PAGES: 2
```

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Space Above This Line For Recorder's Use

Prepared By:    Nancy Ortiz              Loan Number:
MERS Min:       100101300000007047       Caliber Document ID#

Parcel ID: --

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned SECRETARY OF HOUSING AND URBAN DEVELOPMENT whose address is 451 7TH ST, S.W., WASHINGTON D.C. 20410, hereby grants, assigns and transfers to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST whose address is 2711 N HASKELL AVENUE, 1700, DALLAS, TEXAS 75204 all beneficial interest under that certain Deed of Trust dated 11/17/2005 executed by JASON T KNOWLES, A SINGLE MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CONCORD MORTGAGE COMPANY , ITS SUCCESSORS AND ASSIGNS in the amount of $120,783.00 and recorded on 11/17/2005 as Instrument # --, in Book/Volume or Liber No. 0968 , Page/folio 2378 of Official Records in the County Recorder's office of LEAVENWORTH County, KS, describing land herein as: 'SEE ATTACHED 'EXHIBIT A'.

Property Address:   307 NORTH 16TH STREET, LEAVENWORTH KS 66048

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated this 14th day of January of 2015

Witness #1  Brandi Coulter

Witness #2  Kerry Brashears

County of Oklahoma )
State of Oklahoma )

SECRETARY OF HOUSING AND URBAN DEVELOPMENT, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By:    Amy Schroeder
Title: Authorized Signatory

On January 14, 2015 before me, Nancy Ortiz, a Notary Public in and for Oklahoma County, in the State of Oklahoma, personally appeared, Amy Schroeder, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand official seal,

Notary Name: Nancy Ortiz                My Commission Expires:   9/29/2016

## Exhibit A

LOT 9, MICHAEL REPLAT, CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS.