Exhibit
I



Caliber Drive–By, Structured Finance
307 NORTH 16TH STREET, LEAVENWORTH, KS 66048

*Please Note*: This report was completed with the following assumptions: Market Approach: **Fair Market Price**, Marketing Time: **90–120 Days**. Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.

| | | | |
|---|---|---|---|
| **Address:** 307 North 16th Street, Leavenworth, KS 66048 | | **Inspection Type:** | Exterior |
| **Borrower:** JASON T KNOWLES | | **APN:** | NA |

### I. Order Information

| | | | | | |
|---|---|---|---|---|---|
| Insp. Date: | 10/22/2015 | Deal Name: | Volt 2014 NPL7 Relever | Loan#: | |
| Client: | Caliber Home Loans | Vendor Tracking. ID: | Project Volt 2014 NPL7 Relever | Broker ID: | |
| Agent Name: | Laura Chaney | Brokerage: | Chaney Realty | Broker's Dist. from Subj.: | 29.78 mi Agt. Ph.: 785–865–5000 |

### II. Subject Property Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Occupied: | Owner Occupied | Property Type: | SFR | HOA Fees: | | Zoning: | Residential – 1 Unit |
| Last Sold Date: | | Last Sale Price: | $ | Data Source: | | Currently Listed (y/n): | No |
| Agent Name: | | Initial List Price: | $ | Initial List Date: | | Current List Price: | |
| Last Reduction Date: | | MLS: | | School District: | NA | Est. Monthly Rent: | $500 |

**Are the improvements visible from the road?** Visible

**Subject Property Comments / External Influences:** The subject appears to be in average condition with no signs of deferred maintenance visible from exterior inspection.

### III. Neighborhood Information

| | | | | | |
|---|---|---|---|---|---|
| Location Type: | Suburban | Supply/ Demand: | In Balance | Market Trend: | stable |
| Price Range: | $80,000 to $120,000 | Median Price: | $100,000 | Median Site Size: | 0.39 Ac. |
| Avg Marketing Time: | Less than 6 mos | Median GLA: | 1106 | Median Year Built: | 1965 |
| Total Listings: | 15 | # Fair Market Listings: | 15 | # REO/Foreclousre Listings: | 2 |

**Neighborhood Comments:** The subject is located in a quiet suburban location that has Close proximity to schools, shops and major highways. The market is currently stable.

### IV. Comparable Properties

| | Subject | Sale #1 | Sale #2 | Sale #3 | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|---|---|---|
| Address | 307 North 16th Street | 206 S 14 Street | 1807 High Street | 920 Walnut Street | 1802 High Street | 1724 Cherokee Street | 1502 Shawnee Street |
| Zip | 66048 | 66048 | 66048 | 66048 | 66048 | 66048 | 66048 |
| Subdivision Name | NA | NA | NA | NA | NA | NA | NA |
| Data Source | | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.33 | 0.58 | 0.89 | 0.54 | 0.26 | 0.19 |
| School District | NA | NA | NA | NA | NA | NA | NA |
| Sale Price | | $87,500 | $105,000 | $94,900 | | | |
| Sale Date | | 4/30/2015 | 3/27/2015 | 3/20/2015 | | | |
| Orig. List Price | | $87,500 | $105,000 | $94,900 | $89,900 | $99,900 | $104,900 |
| Orig. List Date | | 03/27/2015 | 02/27/2015 | 01/10/2015 | 08/07/2015 | 06/04/2015 | 09/23/2015 |
| Curr./Final List Price | | $87,500 | $105,000 | $94,900 | $89,900 | $99,900 | $104,900 |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Price Per SF | ($88/ft)² | ($87/ft)² | ($93/ft)² | ($95/ft)² | ($78/ft)² | ($87/ft)² | ($84/ft)² |
| DOM | | 34 | 28 | 32 | 76 | 140 | 29 |
| Lot Size | 0.39 Ac. | 0.35 Ac. | 0.25 Ac. | 0.40 Ac. | 0.42 Ac. | 0.31 Ac. | 0.33 Ac. |
| View | Residential | Residential | Residential | Residential | Residential | Residential | Residential |
| Design/Style | Ranch/1 Stry | Cape Cod/1.5 Stry | Ranch/1 Stry | Ranch/1 Stry | Cape Cod/1.5 Stry | Cape Cod/1.5 Stry | Ranch/1 Stry |
| Type/# Units | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 |
| Age | 50 | 52 | 54 | 65 | 58 | 58 | 63 |
| Renovated Per MLS? | No | No | No | No | No | No | No |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 1106 sq. ft | 1008 sq. ft | 1128 sq. ft | 996 sq. ft | 1154 sq. ft | 1148 sq. ft | 1246 sq. ft |
| # Rooms/BD/BTH/HBTH | 6/3/2/1 | 6/3/2/0 | 6/3/2/0 | 6/2/1/0 | 6/3/1/0 | 6/3/1/0 | 6/3/1/0 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Garage Type | Att. | Att. | Att. | Att. | Att. | Att. | Det. |
| # Garage Stalls | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Pool/Spa | No / No | No / No | No / No | No / No | No / No | No / No | No / No |
| Other Features | None | None | None | None | None | None | None |
| HOA Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

**COMPARABLE PROPERTY COMMENTS:**

**Sale #1:** , 3 bedrooms, 2 full baths. garage, fenced lot with storage shed and covered deck all of which has had constant care and prev...

**Sale #2:** Nice 1.5 story home built in 1961 with 1128 square feet with 3 bedroom, 2 bathroom and attached 1 car garage. Spruce St w...

**Sale #3:** Nice home with High Efficiency Furnace, A/C and vents; total new Wiring, Breaker Box, plugs, outlets &fixtures. Replacement...

**Listing #1:** This cute raised ranch house on the corner of 18th and High Street has a recently replaced roof, a new exterior drainage syst...

**Listing #2:** ranch home has 3 bedrooms, 1 and 1/2 bath, 1 car garage on a spacious treed lot.

**Listing #3:** This 3 bedroom Ranch sits nicely on a large corner lot. Features spacious living room with custom drapes and blinds, main lev...

| V. Marketing Strategy | | | |
|---|---|---|---|
| **As–Is Price** | **As–Repaired Price** | **Cost to Cure** | **Price Conclusion Summary** |
| $97,000 | $97,000 | $0 | The subject should be sold in as–is condition. Aggressive strategy is recommended to try to attract potential buyers in the area. |

| VI. Repair Estimates | | |
|---|---|---|
| **Category** | **Comments** | **Estimated Cost** |
| Paint | | |
| Siding/Trim | | |
| Windows/Doors | | |
| Foundation | | |
| Garage | | |
| Roof | | |
| Landscaping | | |
| Fence | | |
| | **Estimated Exterior Repairs:** | $0 |
| Paint | | |
| Walls/Ceilings | | |
| Cabinets/Countertops | | |
| Floors | | |
| Plumbing | | |
| Electrical | | |
| Heating/AC | | |
| Appliances | | |
| Doors/Trim | | |
| Other | | |
| | **Estimated Interior Repairs:** | |
| | **Total Estimated Repairs:** | |

| VII. Subject Sales & Listing History Last Three Years | | | | | |
|---|---|---|---|---|---|
| **Date Listed** | **List Price** | **Sold Date** | **Sold Price** | **DOM** | **Comments** |
| – | | | | – | |
| – | | | | | |
| – | | | | | |

### VIII. Additional Comments

**Broker Comments:**

**Sale #1: (cont)** , 3 bedrooms, 2 full baths. garage, fenced lot with storage shed and covered deck all of which has had constant care and preventive maintenance.

**Sale #2: (cont)** Nice 1.5 story home built in 1961 with 1128 square feet with 3 bedroom, 2 bathroom and attached 1 car garage. Spruce St west to 18th St North to High St

**Sale #3: (cont)** Nice home with High Efficiency Furnace, A/C and vents; total new Wiring, Breaker Box, plugs, outlets &fixtures. Replacement of all water &drain lines, hot water tank &fixtures.

**Listing #1: (cont)** This cute raised ranch house on the corner of 18th and High Street has a recently replaced roof, a new exterior drainage system, a fenced in back yard, hardwood flooring, has a small patio area

**Listing #3: (cont)** This 3 bedroom Ranch sits nicely on a large corner lot. Features spacious living room with custom drapes and blinds, main level family room, Kitchen fully equipped to include stacker washer/dryer and hardwood under carpet

**Vendor Comments:** Broker's conclusion reflects a market price for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the price conclusion appears to be adequately supported.

The broker has revised the comp selection and final price conclusion. "As–Is" Price: $97,000. "As–Repaired" Price: $97,000