Exhibit
J

# Payoff Quote

Caliber Loan Number: 
Borrower Name: JASON T KNOWLES
FC Sale Date: N/A

| | | Advance Breakdown | |
|---|---|---|---|
| Today's Date | 1/3/2017 | FCL TITLE FEES | $ 250.00 |
| Good Through Date | 1/6/2017 | LMT DIL ATTORNEY FEE | $ 375.00 |
| | | LMT TITLE SEARCH | $ 250.00 |
| Principal | 128007.10 | PP-INSPECTION EXTERIOR | $ 315.00 |
| Interest Due | 17842.43 | VAL BROKERS PRICE OPINION | $ 118.50 |
| Escrow/Impound Required | 9555.97 | | |
| FHA / MI Premium Due | 0.00 | | |
| Late Charges Due | 25.00 | | |
| P&I Advance | 0.00 | | |
| Deferred Amounts | 0.00 | | |
| Fees Required w/ Payoff | 7.00 | | |
| Funds to be Credited | (.00) | | |
| Unapplied Funds (DIS BAL) | (.00) | | |
| Total Advances | 1308.50 | | |

**Total Amount Due**    $ 156,746.00

Per Diem    13.59

**\*\*Firm must add any outstanding attorney fees and costs to the total amount due\*\***