In re Residential Capital, LLC, et al.
Chapter 11 Case No. 12-12020 (MG)

### SENIOR LIEN STAY RELIEF QUESTIONNAIRE

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief (each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on property (the "Property") in which Residential Capital, LLC, et al. (The "Debtors") hold a subordinate interest, and served on the parties listed below.

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Address of the Property that is the Subject of the Request:

   307 North 16th Street

   Leavenworth, Kansas 66048

2. Name of the Borrower under the Senior Mortgage:

   Jason T. Knowles

3. Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure repot reflecting such liens or interests and attached to this Questionnaire):

   Please See Attached Supplemental Questionnaire Page

4. Name and contact information of party that owns the Senior Mortgage (the "Senior Holder"):

   U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

   13801 Wireless Way

   Oklahoma City, OK 73134

5. If the Requesting Part is different from the Senior Holder:

   (a) Name and contact information of Requesting Party:

   Requesting Party Is the Senior Holder

   (b) Nature of the Requesting Party's interest in the Property:

   Please see Attached Supplemental Questionnaire describing the chain of title from the

   original Senior Holder to U.S. Bank, the current Senior Holder

   (c) Capacity in which the Request is made (i.e., servicer, etc.)

   N/A

6. Description of any other known liens on the Property (including the holder of such liens):
   N/A

7. Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

   $ 97,000 ( See Broker's Price Opinion Dated October 22, 2015, annexed as

   Exhibit "I")

8. Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

2

$ 156,746.00 ( See Payoff, Good Through 1/6/2017 annexed as Exhibit "J")

9. Description of the Default under the Senior Lien (i.e., timing and nature of default, including date and amount of the last payment, contractual payment amount outstanding, and length and amount of arrearage):

The underlying Mortgage Note is due for July 1, 2013. Borrower's last payment was received on 8/29/2013 in the amount of $905.98. Borrower currently has arrears totaling $37,689.30. Caliber is currently occupying an undersecured position with regard to the Borrower's property and continues to suffer injury each month as the Debtor continues to neglect his contractual obligation to make his monthly mortgage payment.

10. Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

As of the filing of this Questionnaire, no foreclosure action has been commenced against the Property. If the Senior Party is granted relief, the Requesting Party would be seek a judgment of foreclosure in the First Judicial District Court of Kansas' State Court.

11. Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

The Senior Lien Holder has undertaken no loss mitigation efforts with respect to the Senior Mortgage.

I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the Foregoing is true and correct to the best of my knowledge and belief.

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact

Signature: _____
Name: Jessie Hanak-Renteria
Title: Default Servicing Officer
Date: JAN 10 2017

3

Supplemental Questionaire Answers

3. Nature of Debtors' interest in the Property (to be supported by a title or foreclosure repot reflecting such liens or interest and attached to this Questionnaire):

A foreclosure title search indicated that the Borrower, along with Heather Bontempi (collectively hereinafter the "Co-Borrowers"), encumbered the Property by a second lien in favor of Mortgage Electronic Registration Systems, Inc. (hereafter "MERS") as nominee for Capital One Home Loans, LLC. (hereinafter "Capital One Home Loans"). A copy of the title search is annexed hereto as Exhibit "A".

A review of the second lien shows that the Co-Borrowers executed and delivered to MERs as nominee for Capital One Home Loans as Lender a Mortgage (hereinafter "Second Mortgage") dated July 28, 2007 and recorded in the Leavenworth County Register of Deeds on August 16, 2007 as Doc # 2007R05548. A copy of the Second Mortgage is annexed hereto as Exhibit "B".

MERs as nominee for Capital One Home Loans assigned the Second Mortgage to GMAC Mortgage, LLC, a jointly administered debtor in this bankruptcy case by assignment recorded in the Leavenworth County Register of Deeds on September 11, 2015 as Doc # 2015R07353. A copy of this Assignment is attached hereto as Exhibit "C".

5. If the Requesting Part is different from the Senior Holder:
    (b) Nature of the Requesting Party's interest in the Property:

The Requesting Party became the Senior Holder through a series of assignments of the Senior Mortgage and endorsement of the related note.

The Borrower, for the purpose of securing to Concord Mortgage Company (hereinafter "Concord") payment of the principal sum of $ 120,783.00 with interest thereon, on or about November 17, 2005, for valuable consideration, executed and delivered to Concord a note dated on that day (hereinafter the "Note") whereby the Borrowers undertook and promised to pay to Concord the principal sum and interest thereon at the rate provided for therein. The Note is annexed hereto as Exhibit "D".

As collateral for the payment of indebtedness, the Borrower executed and delivered to Concord the Senior Mortgage dated November 17, 2005 and recorded in the Leavenworth County Register of Deeds on November 17, 2005 in Book 968, Page 2378. The Senior Mortgage is attached hereto as Exhibit "E".

The Senior Mortgage was assigned from Concord to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP (hereinafter the "First Assignee") by assignment recorded in the Leavenworth County Register of Deeds on November 16, 2009 as Doc # 2009R11306 (hereinafter the "First Assignment"). The First Assignment is annexed hereto as Exhibit "F". The First assignment was executed by MERS as nominee for Concord.

The Senior Mortgage was then assigned from the First Assignee to The Secretary of Housing and Urban Development (hereinafter "the Second Assignee") by assignment record in the Leavenworth County Register of Deeds on February 12, 2015

as Doc # 2015R00879. (hereinafter the "Second Assignment"). The Second Assignment is annexed hereto as Exhibit "G".

The Senior Mortgage was then assigned from the Second Assignee to The Requesting Party by assignment record in the Leavenworth County Register of Deeds on February 12, 2015 as Doc # 2015R00880. (hereinafter the "Third Assignment"). The Third Assignment is annexed hereto as Exhibit "H".

Thereafter the Note was endorsed in blank by Bank of America and delivered to the Requesting Party. See Exhibit "D".

Dated: January 12, 2017            Cohn & Roth

/s/ Michael H. Cohn
Michael H. Cohn
Attorneys for Requesting Party
100 E. Old Country Road
Mineola, New York 11501
(516) 747-3030

6