UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
In re:

**RESIDENTIAL CAPITAL, LLC, et al.,**

                Debtor.
-------------------------------------------------- X
STATE OF NEW YORK
COUNTY OF NASSAU                ) ss.:

Chapter 11
Case no. 12-12020 (mg

**AFFIDAVIT OF SERVICE**

I, Louis C. Greco, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside within Kings County, New York.

2. On January 12, 2017, I served the within copy of the Written Request and Senior Lien Stay Relief Questionnaire with Supporting Exhibits by depositing true copies thereof enclosed in a post-paid envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
James Newton, and
Erica J. Richards

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
Attn: Elise Frejka and Douglas Mannal

Jason T. Knowles
307 North 16 Street
Leavenworth, KS 66048

that being the address designated on the latest papers served by them in this action.

Sworn to before me on
___ Day of _____, 2017

_____
Notary Public

_____
Louis C. Greco

SUZANNE P. CABA
NOTARY PUBLIC State of New York
No. 01CA_____
Qualified in Westchester County
Commission Expires May 30, 20__