**<u>Exhibit D</u>**



PATCO

*011076028001*
*011076028001*

Loan Number:████6028
Servicing Number:████5698
**RECORDING REQUESTED BY/
RETURN TO:**

Option One Mortgage Corporation
3 Ada, Irvine, CA  92618
ATTN: QUALITY CONTROL
CM-11T016-C /34571000

**2008-069108**

FIRST AMERICAN TITLE COMPANY
08:00am 06/16/08 AT  Fee: 7.00
Count of pages 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

* 2 0 0 8 0 0 6 9 1 0 8 A R *

———— SPACE ABOVE THIS LINE FOR RECORDER'S USE ————

# CORPORATION ASSIGNMENT OF DEED OF TRUST

**FOR VALUE RECEIVED**, the undersigned hereby grants, assigns and transfers to:
         TCIF, LLC

all beneficial interest under that certain Deed of Trust dated    June 22, 2005
executed by  ALAN IRVING MOSS, AN UNMARRIED MAN.

                                                                                          , Trustor,

to    CJ MORTGAGE INC., A CALIFORNIA CORPORATION
ALLIANCE TITLE                                                              ,Trustee
and recorded  07/05/05        as document No.    2005-111708        , in Book            , Page
of Official Records in the office of the County Recorder of  ~~San Francisco~~  San Mateo    County, CALIFORNIA
describing land therein as:
         **AS DESCRIBED ON THE DEED OF TRUST REFERRED TO HEREIN**

**TOGETHER**  with the note or notes therein described or referred to, the money due and  to become due  thereon with
interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:  Sept 15, 2007  ~~May 07, 2008~~

**STATE OF CALIFORNIA
COUNTY OF ORANGE**

On  May 07, 2007                       before me,
R. A. Salazar        , personally appeared
Brian D. McConnell      , Assistant Secretary
personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.
Witness my hand and official seal.

Signature
         R. A. SALAZAR

Option One Mortgage Corporation,
A California Corporation

By
       Brian D. McConnell   Assistant Secretary

By

( This area for official notarial seal )

R. A. SALAZAR
Commission # 1759905
Notary Public - California
Orange County
My Comm. Expires Aug 2, 2011