**<u>Exhibit E</u>**



OATCO

Requested and Prepared by:
Executive Trustee Services, LLC

When Recorded Mail To:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

APN: 037-275-120

Loan No.: ████4900        TS No: GM-117076-C

**2008-069109**
FIRST AMERICAN TITLE COMPANY
08:00am 06/16/08 AT  Fee: 7.00
Count of pages 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*  2  0  0  8  0  0  6  9  1  0  9  A  R  *

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

The Bank of New York Trust Company as successor to JPMorgan Chase Bank, N.A. as Trustee for Truman Capital Mortgage Loan Trust 2006-1.

all beneficial interest under that certain Deed of Trust dated: **6/22/2005** executed by **ALAN IRVING MOSS AN UNMARRIED MAN**, as Trustor(s), to **ALLIANCE TITLE** , as Trustee, and recorded as Instrument No. **2005-111708**, on **7/5/2005**, in Book , Page  of Official Records, in the office of the County Recorder of **San Mateo** County, **California** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: 4/29/2008

TCIF, LLC

Margie Kwiatanowski, Assistant Vice President

State of  Pennsylvania        } SS
County of Montgomery        }

On _Apnl 30,_ , 2008 before me, ____Mary Lynch____ Notary Public, personally appeared Margie Kwiatanowski,  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____Mary Lynse____ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary  Lynch, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 3, 2010
Member, Pennsylvania Association of Notaries

SAN MATEO,CA                        Page 1 of 1                        Printed on 10/2/2012 4:17:10 PM
Document: AS 2008.69109