**<u>Exhibit K</u>**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY
RECORDING REQUESTED BY:
**Executive Trustee Services, LLC dba ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**GMAC MORTGAGE, LLC  FKA
GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034**

**Forward Tax Statements to**
the address given above

**2009-061913**
09:08am 05/18/09 TD Fee: 12.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2 0 0 9 0 0 6 1 9 1 3 A R *

SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-117076-C
LOAN # ▓▓▓▓4900           **INVESTOR #: 0000000000000**
TITLE ORDER # **3457600**

## TRUSTEE'S DEED UPON SALE

APN **037-275-120-6**              TRANSFER TAX: **$00.00**
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein **Was** The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was **$718,163.01**
The Amount Paid By The Grantee Was  **$650,000.00**
Said Property Is In The City Of  **MOSS BEACH**, County of **San Mateo**

 **Executive Trustee Services, LLC dba ETS Services, LLC,** as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**The Bank of New York Trust Company NA  as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **San Mateo**, State
of California, described as follows:

**LOTS  20, 22 AND 23, BLOCK 13, AS DESIGNATED ON THAT CERTAIN MAP ENTITLED, "MAP OF RIVIERA OCEAN VILLA TRACT, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS  FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JUNE 15, 1908, IN BOOK 6 OF MAPS, AT PAGE 20.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **ALAN IRVING MOSS AN UNMARRIED MAN** as Trustor, dated **6/22/2005**  of the Official Records in the office of the Recorder of **San Mateo**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on  **7/5/2005** , instrument number  **2005-111708** (or Book , Page )
 of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

BCT000348

# TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# **GM-117076-C**
Loan #▬▬▬**4900**
Title Order # **3457600**

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **5/7/2009**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$650,000.00**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: **5/7/2009**

**LLC**

**Executive Trustee Services, LLC dba ETS Services,**

By: _Kathleen Gowen_
**Kathleen Gowen, Limited Signing Officer**

**State of California      } S.S.**
**County of Los Angeles  }**
On **5/12/2009**  before me, **Gisela A. Clark** Notary Public, personally appeared **Kathleen Gowen** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Gisela A. Clark_ (Seal)

GISELA A. CLARK
Commission # 1662574
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2010

[Page 2 of 2]