**<u>Exhibit L</u>**

# FIRST AMERICAN TITLE COMPANY

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
EXECUTIVE TRUSTEE SERVICES, LLC
2255 NORTH ONTARIO STREET #400
BURBANK, CA 91504-3120

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 09/18/2012
AS INSTRUMENT NO. 2012-134405
IN BOOK            PAGE
OFFICIAL RECORDS OF SAN MATEO

LOAN#  4900
T.S.#   GM-117076-C

*3457600*

## NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made this day 9/13/2012 with respect to the following:

1.) THAT Executive Trustee Services, LLC dba ETS Services, LLC is the duly appointed Trustee under that certain Deed of Trust dated 6/22/2005 and recorded 7/5/2005 as instrument number 2005-111708 in book page wherein ALAN IRVING MOSS AN UNMARRIED MAN are named as trustors, ALLIANCE TITLE is named as trustee, and CJ MORTGAGE INC. ; is named as beneficiary;

2.) THAT The Bank of New York Trust Company NA as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1 is the beneficiary of record under that Deed of Trust by virtue of an Assignment of Beneficial Interest recorded 6/16/2008, Instrument # 2008-069109

3.) THAT THE DEED OF TRUST encumbers real property located in the County of San Mateo , State of California , described as follows:

LOTS 20, 22 AND 23, BLOCK 13, AS DESIGNATED ON THAT CERTAIN MAP ENTITLED, "MAP OF RIVIERA OCEAN VILLA TRACT, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JUNE 15, 1908, IN BOOK 6 OF MAPS, AT PAGE 20.

4.) THAT BY VIRTUE OF a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded 9/18/2007 as instrument number 2007-138470 in book , page in the office of the Recorder of San Mateo County, State of California ;

BCT000346

LOAN#  4900
T.S.#   GM-117076-C

5.) THAT THE TRUSTEE has been informed by the Beneficiary that the beneficiary desires to rescind the Trustee's Deed recorded upon the foreclosure sale which was conducted in error due to a failure to communicate timely, notice of conditions which would have warranted a cancellation of the foreclosure which did occur on 5/7/2009 ;

6.) THAT THE EXPRESS PURPOSE of this Notice of Rescission is to return the priority and existence of all title and lien holders to the status quo-ante as existed prior to the trustee's sale;

NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED 5/12/2009 AND RECORDED 5/18/2009 AS INSTRUMENT NUMBER 2009-124607 IN THE COUNTY OF San Mateo , STATE OF California, FROM Executive Trustee Services, LLC dba ETS Services, LLC (TRUSTEE) TO The Bank of New York Trust Company NA as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1 (GRANTEE) IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT WHATSOEVER.  THE DEED OF TRUST DATED 6/22/2005 , RECORDED 7/5/2005 AS INSTRUMENT NUMBER 2005-111708 IN BOOK , PAGE , IS IN FULL FORCE AND EFFECT.

Executive Trustee Services, LLC dba ETS Services, LLC

Marques Perry

State of California    } S.S.
County of  Los Angeles  }

On 9/13/2012 ,before me  Sally Beltran  **Notary Public**, personally appeared Marques Perry, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Sally Beltran

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 1, 2015

BCT000347

**2013-121648**
11:44 am 08/19/13 NR Fee: 18.00
Count of Pages 2
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*R 0 0 0 1 7 2 2 3 6 3 *

REQUESTED BY:

WHEN RECORDED MAIL TO:  *Clair Rommell*
*1 em Barcadero Center*
*San Francisco ca 94111*



[SPACE Above This Line For Recording Data]

LN#█████4900
A.P.N.: 037-275-120

# NOTICE OF RESCISSION
## of Notice of Default and Election to Sell Under Deed of Trust

**NOTICE IS HEREBY GIVEN:** That **EXECUTIVE TRUSTEE SERVICES, LLC** is the duly appointed Trustee under a Deed of Trust dated **6/22/2005**, executed by **ALAN IRVING MOSS, AN UNMARRIED MAN**, as Trustor, to secure certain obligations in favor of **CJ MORTGAGE., A CALIFORNIA CORPORATION**, as Beneficiary, recorded 7/6/2005, as Instrument No. 2005-111708, in Book , Page , of Official records in the Office of the Recorder of **San Mateo** County, **California** describing land therein as more fully described on the above referenced Deed of Trust.

Whereas, the beneficiary under that certain Deed of Trust herein described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described, and whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **9/18/2007** in the office of the Recorder of **San Mateo** County, California, Instrument No. **2007-138470**, in Book , Page , of Official Records.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary and/or the Trustee, does hereby rescind, cancel, and withdraw said Notice of Default and Election to Sell Under Deed of Trust; this rescission shall not in any manner be construed as waiving or affecting any breach of default – past, present or future – under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Notice of Default and Election to Sell Under Deed of Trust, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made or given.

Dated: *January* 9, 2013  EXECUTIVE TRUSTEE SERVICES, LLC

By: _____
Myron Ravelo, Authorized Signer

19000.0328/2495039.1

LN#■■■■4900
A.P.N.: 037-275-120

# ACKNOWLEDGMENT

State of California        )
                          )
County of Los Angeles             )


      On <u>January 9, 2013</u>, before me, <u>Sally Beltran</u>, Notary Public, personally appeared <u>Myron Ravelo</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that they executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 1, 2015

SEAL

19000.0328/2495039.1