1-12-17

Martin Glenn
United States Bankruptcy Judge
RE:
ResCap Borrower Claim Trust NO. 773

Case No. 12-12020 MG

Honnorable Judge Glenn;

Thank you for the responce I received from my request dated 8-17-16 (please review all attached)
I do not agree with the 30.1% compensation that I was awarded for my claim.
I belive your work as a bankruptcy Judge is a difficult task. I simply ask that your future judgement's give more to the claiments when the purchased assets (By Ocwen) will still provide future profits (to Ocwen).

Thank you for your work as a bankruptcy Judge, I am sure no one is ever happy with your decissions.
That's just part of the job.

Sincerly,



12-12-16

Dear Mr Flanigan

First, thank you for your response to my request for review.
I did actully ask for the all information used to reduce my claim to 30.1%.
I dont believe I received that information.
In any case I do appreciate that you did review and respond to my claim.
You are right in that in bankruptcy some cases receive nothing, but that creates the question of who benifets from the bankrutcy <u>unjustly</u>.
In this case Ocwen picked up the assets of GMAC/ResCap at a discount yet they are collecting the return on those assets at 100.%. Unjustly, Ocwen benifeted and the allowed claims were harmed.
All this is not of your making since the regulations for Bankruptcy govern the outcome, but I believe a Judge can order a less profitable outcome for businesses who make a business of bankruptcy.

Thank you again — Sincerly

[signature]

cc Martin Glenn
   Bankruptcy Judge

8-17-16

ResCap Borrower Claims Trust
# 773
Peter Kravitz, Trustee

Dear Mr Kravitz

Thank you for the prompt distribution of my claim that I received on 8-17-16.

I have a question as to why the awarded unsecured claim was changed to a "Convenience Claim" and then reduced to only 30.1% of my original $6000.00 claim.

> Please provide copy of all information used to reduce my claim to $2056.00.

> If this information is not available to you please advance my request to the person who can provide the answer, or provide their contact information to me.

Thank you for any assistance you can provide and thank you again for your prompt distribution of the ResCap Borrower Claims Trust.

Sincerely  (909) 982-1474

Peter Tesoro
2337 Rosedale cwrl
Upland CA 91784

CC: Martin Glenn
United States Bankruptcy Judge



**POLSINELLI**

600 Third Avenue, 42nd Floor, New York, NY 10016 •

December 7, 2016

Daniel J. Flanigan
(212) 644-2090
dflanigan@polsinelli.com

Peter Tesoro
2337 Rosedale Curv
Upland, CA 91784

Dear Mr. Tesoro:

This firm is counsel to the Rescap Borrower Claims Trust and this is in response to your letter dated August 17, 2016 (copy attached).

Your Claim may be paid only pursuant to the provisions of the ResCap Plan of Reorganization confirmed by Judge Glenn. The Plan created a fund for the payment of Borrower Claims and provided various levels of payment for certain categories of those Claims. That fund was not enough to pay 100% of the Borrower Allowed Claim amounts. Your Claim is classified under the Plan as a GMACM Claim and is thus entitled to 30.1% of the amount of your Allowed Claim. As a general rule, Claims such as yours do not receive 100% of their Claim amounts in bankruptcy cases. In fact, in many bankruptcy cases they receive nothing. It may seem odd to say that Claims such as yours are actually fortunate in receiving only a 30.1% distribution, but that is the case. For example, certain other Borrower Claims against other ResCap entities are receiving only 9% of the amount of their Allowed Claims.

Your Claim was also classified under the Plan as a Convenience Claim (these are Claims in amounts below certain threshold amounts, i.e. smaller claims). This is not a bad thing for you, it is a good thing because it entitles you under the Plan to an additional bonus of $250.00.

Thus your payment is 30.1% of the amount of your Allowed Claim, thus $1806.00, plus the $250.00 addition, for a total payment of $2,056.00.

Sincerely,

Dan Flanigan

DJF:flg
Enclosure

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Nashville
New York    Palo Alto    Phoenix    St. Louis    San Francisco    Washington, D.C.    Wilmington

Polsinelli PC, Polsinelli LLP in California

55404232.1

8-17-16

Martin Glenn
United States Bankruptcy Judge
RE:
· ResCap Borrower Claim Trust    No. 773

Case No 12-12020 MG

Honorable Judge Glenn;

I request your review of the payment I received for my claim; I was paid only 30.1% of the claim you approved and somehow the awarded unsecured claim was changed to a "convenience claim", (see the attached proof of claim) payment I received from trustee Peter S. Kravitz.

· I was orginaly told by Residential Capital that my HELOC account was only frozen and that letter gave me the impression that this was a tempory condition durring the restructing under Chapter 11, (see attached 5-24-12 letter).

I believe the reduction to only 30.1% is another misleading action on the part of Residential Capital.

I have reviewed all the documents I received related to the bankruptcy of ResCap, but I cannot find any reference to 30.1%.

> I hereby request your review to determine if ResCap has paid my claim as you ordered.

Thank you for all the time you put in to the judgement of ResCap's bankruptcy claim.

Sincerly
Peter Tesoro

(909) 982-1474

2337 Rosedale Ct.
Upland CA 91784

RECEIVED
AUG 24 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

# GMAC Mortgage

May 24, 2012

Dear HELOC customer,

Residential Capital, LLC (ResCap), recently announced that it and its subsidiaries are restructuring under Chapter 11. ResCap is the parent company of GMAC Mortgage, which funds your Home Equity Line of Credit (HELOC).

As a result of this action, your HELOC with GMAC Mortgage has been frozen, which means that you will not be able to make new draws (ex: checks or wire transfers). In addition, any checks or transfer requests that were not received by GMAC Mortgage by May 14, 2012, cannot be honored. Please note this action does not change your obligation to repay the amount previously drawn, including interest, by the terms outlined in your agreement.

Enclosed is a notice of Important Information Regarding Your Home Equity Line of Credit and the Notice of Commencement.

We understand you may have some questions. Please feel free to contact our toll-free Homeowner Hotline at (888) 926-3480 between 8 a.m. and 5 p.m. EST, or refer to http://www.kccllc.net/rescap for additional information regarding ResCap's Chapter 11 reorganization.

We apologize for the inconvenience and thank you for your cooperation.

Sincerely,

Thomas Marano
Chief Executive Officer
Residential Capital, LLC

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034