# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
In re                         :     Chapter 11
                              :
RESIDENTIAL CAPITAL, LLC,     :     Case No. 12-12020 (MG)
et al..,[1]                   :
                              :
                              :
                    Debtor. :
------------------------------x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on February 2, 2017, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIMS, AND (III) ALLOW IN FULL BORROWER CLAIM) (Docket No. 10296)**

Dated: February 3, 2017

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 3rd day of February, 20 17, by, Richie Lim _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 2142268
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2020

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com;

Deanna.horst@rescapestate.com;

Nicholas.kosinski@rescapestate.com;

Tracy.Davis2@usdoj.gov;

Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov;

Dflanigan@polsinelli.com;

Lawrence@deaslawfirm.com;

Lawrence@listondeas.com;

Hwarner@warnerrenick.com;

Brendan@orourkeandassoc.com;

Jamespkennedy@roadrunner.com;

Aubreym@pacbell.net;

Gene@genetrotter.com;

Dunncourtpapers@choiceonemail.com;

Mike@meyerlawfirmfl.com

# EXHIBIT B

Linda A. Rifkin & Brian S. Masumoto
U.S. Trustee
Southern District of New York
201 Varick Street Suite 1006
New York, NY 10014

# EXHIBIT C

Ashley Hooker – 1015
1133 Rocky Ford Rd
Pontotoc, MS 38863

W.Lawrence Deas, Esq.
Liston & Deas, PLLC
PO Box 14127
Jackson, MS 39216

Michael Davalos -2549
c/o G. Harris Warner, Jr., Esq.
Warner & Renick PLC
P.O. Box 21584
Roanoke, VA 24018

John C. Grant III and Nancy E. Grant – 1039
c/o O'Rourke & Associates LLC
27 Pine Street
New Canaan, CT 06840

James P. Kennedy – 4930
700 E. Sonora Road
Palm Springs, CA 92264

Aubrey Manuel- 5634
1036 W 46th Street
Los Angeles, CA 90037

Letha M McAllister – 1524
c/o Gene Trotter
Trotter and Maxfield
1701 Richland Street
Columbia, SC 29201

Latif Matt and Roxanne Bonser – 4921
c/o David Dunn Law Offices, PC
21 S 9th Street
Allentown, PA 18102-4338

Atilla Durmaz and Cicek Durmaz – 3848
c/o Michael A. Gort
Meyer Law Firm
1070 E. Indiantown Road, Suite 312
Jupiter, FL 33477