# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Nicole M. Massi, Esq.**
*Associate Attorney*
(914) 345-3020, ext. 364
nmm@kkmllp.com

February 1, 2017

**VIA ECF**
Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
James Newton, and
Erica J. Richards

**VIA FIRST CLASS MAIL**
Jerry D. Cotton
Lisa J. Cotton
15423 Roscommon Lane
Granger, Indiana, 46530

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Pro Se

In Re: **Residential Capital, LLC**
**Bankruptcy Court Case No.: 12-12020-mg**
**Property: 15423 Roscommon Lane, Granger, Indiana, 46530**

To Whom It May Concern:

This office represents the interest of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S, Series 2005-BC5, first lien holder and Plaintiff in the above reference matters.

**THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. RATHER, IT IS A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.

New Jersey Office  50 Tice Boulevard, Suite 183 | Woodcliff Lake, NJ 07677 | Tel (201) 391-0370 | eFax (201) 781-6744

Knuckles Komosinski & Manfro LLP    565 Taxter Road, Suite 590 | Elmsford, New York 10523    Page 2 of 2
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

Please accept this letter as a formal Written Request to lift the stay as it pertains to 15423 Roscommon Lane, Granger, Indiana, 46530, the subject property.

Enclosed please find the following:

- Senior Lien Stay Relief Questionnaire ("Questionnaire")
- Exhibit A – Title Search
- Exhibit B – Broker Price Opinion (BPO)
- Exhibit C – Total Amount Due Calculation
  - This figure cannot be relied upon as a "Payoff" quotation.

As you can see from the Questionaire and Exhibits, there is no equity in the property. Thus, this office formally requests that a Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a).

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Knuckles, Komosinski & Manfro, LLP
Attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S, Series 2005-BC5

By: _____
Nicole M. Massi, ESQ.