*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## SENIOR LIEN STAY RELIEF QUESTIONNAIRE

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief (each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on property (the "Property") in which Residential Capital, LLC, *et al.* (the "Debtors") hold a subordinate interest, and served on the parties listed below.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Address of the Property that is the subject of the Request:

   15423 Roscommon Lane, Granger, Indiana 46350

2. Name of the borrower under the Senior Mortgage:

   Jerry D. Cotton and Lisa J. Cotton

3. Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure report reflecting such liens or interests and attached to this Questionnaire):

   Debtors are subordinate mortgage holders; Jerry D. Cotton, filed

   a quit claim deed/deed in lieu with GMAC/Residential Capital

4. Name and contact information of party that owns the Senior Mortgage (the "Senior Holder"):

   The Bank of New York Mellon FKA The Bank of New York, as Trustee

   for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S,

   Series 2005-BC5

1

5. If the Requesting Party is different from the Senior Holder:

(a) Name and contact information of Requesting Party:

Shellpoint Mortgage Servicing

PO Box 10826, Greenville, SC 29603

(b) Nature of Requesting Party's interest in the Property:

Shellpoint Mortgage Servicing is servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S, Series 2005-BC5

(c) Capacity in which the Request is made (i.e., servicer, etc.):

Shellpoint Mortgage Servicing is servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S, Series 2005-BC5

6. Description of any other known liens on the Property (including the holder of such liens):

Please see attached title search, Exhibit 1, which identifies additional liens on the Property

7. Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

Property valued at $394,900 pursuant to BPO dated November 19, 2016

8. Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

As of January 31, 2017 the total indebtedness is $465,763.14

2

9. Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

   Loan is in default beginning with the July 1, 2015 payment; last payment received was applied to August 1, 2015; current payment amount is $1,794.48 ; loan is due for 18 payments totally $32,300.64.

10. Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

    Bankruptcy filed prior to the commencement of the foreclosure action

    Foreclosure proceedings on hold due to trial loan modification

11. Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

    N/A

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best of my knowledge and belief.**

Date: _____

Name: _____

Title: _____

3