# EXHIBIT B



# SingleSourceExterior BPO

| Property Address: | | 15423 Roscommon Lane, Granger, IN   46530 | | | |
|---|---|---|---|---|---|
| Borrower | Jerry Cotton | Inspection Date | 11/19/2016 | Effective Date | 11/28/2016 |
| APN | | n # | | Order ID | 161183927 |
| Company | Tanya Boettcher | | Name | | Tanya Boettcher |
| Phone | 574-520-1591 | Fax | 574-235-4841 | Email | tboettcher74@gmail.com |
| Address | 12181 Avon St GRANGER IN 46530 | | Distance from the Subject | | 4.0 Miles |

## I. General Conditions

| Property Type | SFR |
|---|---|
| Occupancy | Owner |
| # Of Units | 1 |
| Data Source | Tax Records |
| Property Condition | Average |
| HOA | Yes |
| HOA Fees | $175 |
| HOA Assoc. Name | Waterford Green |
| Land Value | $93,500 |
| Assessed Value | $325,900 |
| Annual Property Tax | $8,442 |
| Annual Appreciation | $6,700 |
| Phone | (574)243-4506 |
| Fees Include | Greenbelt, Other |
| Monthly Rental Value | $1,200 |



### Subject Description
Subject looks to be well maintained.

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $ | | Foundation | $ |
| Siding / Trim Repair | $ | | Fencing | $ |
| Exterior Doors | $ | | Landscaping | $ |
| Windows | $ | | Pool | $ |
| Garage | $ | | Other | $ |
| Roof / Gutters | $ | | Other | $ |
| Fire Damage | $ | | Other | $ |
| **Total Estimated Exterior Repairs** | | | $0 | |

### Subject Condition and Repair Comments
There were no needed repairs noticed at the time of the Drive by Inspection.

## II. Subject Sales and Listing History

| Currently Listed? | No | By: | | / / | |
|---|---|---|---|---|---|
| List Date | Orig List Price | | Current List Price | MLS# | |
| | $ | | $394,900 | | |

### Prior History (36 Month)

| Original List Price | Original List Date | DOM | Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | $ | $ | |
| | | | | | $ | $ | |
| | | | | | $ | $ | |

### Analysis of Current and Prior Listing History:
The subject has not sold or transferred in the last 3 years. The list price above was put in place due to the system not allowing me to finished the report without the Current List Price in Place. The subject is not currently listed.

## III. Neighborhood Market Data

| Location | Suburban | Local Economy is | | Stable | Housing Supply is | In Balance |
|---|---|---|---|---|---|---|
| Number of Listing is | | Stable | | Normal Marketing Time | | Under 3 Months |
| Total # of Active Listings in the subject's specific MLS district | | | | | | 7 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | | | | | | 30 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | | | | | | 0 |
| # of Boarded Properties on Subject Street | | | | | | 0 |
| # of Rentals on the market in the subject's specific MLS district | | | | | | 0 |
| Predominant Occupancy | | | | | | Owner |
| Market for this type of property | | | Remained Stable | | | |
| Market for this type of property REO% | | | 5 | | | |
| Market for this type of property Short Sale % | | | 0 | | | |
| Range of Value is this area: | | | Low: $274,000 | | High: $475,000 | |
| Pride of Ownership | | | Average | | | |
| Does agent feel there will be a Resale Problem? | | | No | | | |
| Reason there will be a Resale Problem: | | | I do not see there being a Resale Problem. | | | |
| Do any environmental issues affect the value of the property? | | | | | | |

### Neighborhood Comments

Well maintained neighborhood conveniently located to Schools, Parks, Shopping, Eateries, The Indiana / Michigan State Line, The 80 /90 Toll Road, State Rd 23 (Highway) and Employment.

## IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $394,900 | $394,900 | $391,900 |
| | Probable Sales Price | $392,900 | $392,900 | $389,900 |

### Comments Regarding Pricing Strategy

Due to the limited supply of 2 Story Homes, within a 1 mile radius of the subject that with in .25% of the GLA, it was necessary to exceed the recommended search guidelines and use the comps chosen, which are the best available, most recent, closest, and most similar overall to the subject.

### Unique Property Conditions

*The attached Broker Price Opinion (BPO) has been completed outside of The Uniform Standards of Professional Appraisal Practice (USPAP). The BPO is an evaluation tool and is not considered an appraisal of the market value of the property - it is an opinion of the probable sales price. SingleSource completes BPO requests for property listing, REO analysis, loan due diligence, modifications, etc to aid our servicing customers. SingleSource BPO reports are not eligible or appropriate for loan origination purposes.*

## V. Current Listings

| Listing Comparables | | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|---|
| | | | |  |  |
| | Street Address | 15423 Roscommon Lane | 52303 Brendon Hills Dr | 15455 Brookstone Ct | 15262 Durham Way S |
| | City | Granger | Granger | Granger | Granger |
| | State | IN | IN | IN | IN |
| | Zip Code | 46530 | 46530 | 46530 | 46530 |
| | Miles to Subject | | 0.45 | 0.29 | 0.76 |
| | Community Name | Waterford Green at Knollwood | Brendon Hills | Waterford Green at Knollwood | Quail Ridge South |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | 201633227 | 201649616 | 201631773 |
| | Original List Date | | 7/18/2016 | 10/26/2016 | 7/8/2016 |
| | Original List Price | | 395,000 | 399,900 | 450,000 |
| | Current List Price | 394,900 | 389,000 | 399,900 | 399,990 |
| | Listing Type | | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 134 | 34 | 144 |
| | Year Built | 1994 | 1992 | 1994 | 1989 |
| | Condition | Average | Average | Average | Average |
| | View | Residential | Residential | Residential | Residential |
| | Style/Design | 2 Story / Averagee | 2 Story / Average | 2 Story / Average | 2 Story / Average |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 3,787 | 3,240 | 3,194 | 3,937 |
| | Bedrooms | 4 | 4 | 4 | 4 |
| | Baths/Half Baths | 3 \| 1 | 3 \| 1 | 2 \| 1 | 4 \| 1 |
| | Basement | Yes | Yes | Yes | Yes |
| | Basement Finished | Full/Finished | Full/Finished | Full/Finished | Full/Finished |
| | Total Room # | 8 | 9 | 18 | 14 |
| | Garage/Carport | 3 Attached | 3 Attached | 3 Attached | 2 Attached |
| | Lot Size | 0.86 Acres | 0.40 Acres | 0.67 Acres | 0.44 Acres |
| | Other | Fireplace | Fireplace | Fireplace | Fireplace |

### Comments on Listing Comparables

**Listing #1:** Stunning two story brick home in beautiful Brendon Hills, PHM schools! This elegant home offers 4 spacious bedrooms and 3.5 baths. Many new updates include new high end fiberglass wood Andersen widows,skylights, new SS appliances, new furnace, 2 new AC units, new roof, 2 new water heaters, improved insulation of attic and basement, hardwood floors through most of the upper level, beautiful heated tile floors in the kitchen, exquisite Pella fiberglass front door, and many more. Open kitchen with center island and granite countertops offer lots of counter space. The large on suite master has large walk-in closets. All bathrooms have new tile floors, all new bathroom fixtures and is freshly painted. Large spacious deck and screened in porch which is a great place to entertain! Don't miss out on this home, call for a private showing today!!

**Listing #2:** his Waterford Green home has been exceptionally maintained and is in immaculate condition ready for its new owners. With 2/3 of an acre at the end of the cul de sac, this home sits on what must be the largest most private lots in the subdivision. If you want plenty of space and storage in PHM schools, this home has it! At just under 3,200 sq. ft., every room in this home is of a generous size including a main level office with built-ins. With loads of natural light, there are 9-ft. ceilings on the main level, and the large family room and master bedroom have vaulted ceilings. Recent updates include lighting, tile flooring, granite counter tops in the kitchen, all appliances, all new paint, and beautifully updated bathrooms. Schedule your showingYou will not be disappointed with the condition of this home and all it offers.

**Listing #3:** Lovely spacious Granger home in Quail Ridge South with prime golf course lot. Spectacular views overlooking Knollwood's hole 7. Great room has abundant natural light with 3 large sliding doors leading out to the spacious deck, cathedral ceilings, gas fireplace with built-ins and custom bar. Open concept with cat walk overlooking foyer and great room. Eat-in kitchen features large island and granite countertops. Large sized screened porch with cathedral ceilings located off kitchen and deck. 1st floor office with built-ins , master bedroom and laundry room complete the first floor. The second floor has three large sized bedrooms with generous closets and 2 full baths (one as a guest suite and a jack and jill). The finished basement features a 2nd gas fireplace, look out

windows, work out area, billiards area, 2nd partial kitchen and full bath. PHM schools. Home warranty included. New garage door, exterior trim and deck freshly painted, new cook top, AC- 2 units new 2007. Seller's to offer an $8,000 FLOORING ALLOWANCE with acceptable offer.

## VI. Recent Sales

| Sale Comparables | | Subject | Sale #1 | Sale #2 | Sale #3 |
|---|---|---|---|---|---|
| | Street Address | 15423 Roscommon Lane | 52530 Woodington Ct | 15346 Longford Dr | 51700 Bluffside Ct |
| | City | Granger | Granger | Granger | Granger |
| | State | IN | IN | IN | IN |
| | Zip Code | 46530 | 46530 | 46530 | 46530 |
| | Miles to Subject | | 0.71 | 0.33 | 0.36 |
| | Community Name | Waterford Green at Knollwood | Brendon Hills Park | Waterford Green at Knollwood | Quail Valley at Knollwood |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | 201611653 | 201628087 | 201633793 |
| | Original List Price | $ | $383,500 | $389,900 | $400,000 |
| | Original List Date | | 3/22/2016 | 6/17/2016 | 7/19/2016 |
| | List Price at Sale | $ | $383,500 | $389,900 | $400,000 |
| | Sale Price | $ | $379,800 | $380,500 | $393,500 |
| | Closing Date | | 6/6/2016 | 7/25/2016 | 8/12/2016 |
| | Type of Financing | | Conv | Conv | CASH |
| | Type of Sale | | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 76 | 38 | 24 |
| | Year Built | 1994 | 1992 | 1994 | 1991 |
| | Condition | Average | Average | Average | Average |
| | View | Residential | Residential | Residential | Residential |
| | Style/Design | 2 Story / Averagee | 2 Story / Average | 2 Story / Average | 2 Story / Average |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 3,787 | 2,936 | 3,326 | 2,948 |
| | Bedrooms | 4 | 5 | 4 | 4 |
| | Baths/Half Baths | 3 / 1 | 3 / 1 | 4 / 1 | 2 / 1 |
| | Basement | Yes | Yes | Yes | Yes |
| | Basement Finished | Full/Finished | Full/Finished | Full/Unfinished | Full/Finished |
| | Total Room # | 8 | 14 | 9 | 10 |
| | Garage/Carport | 3 Attached | 3 Attached | 3 Attached | 3 Attached |
| | Lot Size | 0.86 Acres | 0.51 Acres | 0.60 Acres | 0.59 Acres |
| | Other | Fireplace | Fireplace | Fireplace, Water Front | Fireplace |
| | Overall Adjustment | | $-1,000 | $1,000 | $2,500 |
| | Adjusted Value | | $378,800 | $381,500 | $396,000 |

**Comments on Sale Comparables**

Sale #1: Adjustments of - $1,000 for bedroom count was made. Found in desirable Brendon Hills on a large newly relandscaped partially wooded lot, is this spacious 5 bedroom, 3 bath, two story home. There are granite countertops, including the center island and newer stainless steel appliances in the stunning eat in kitchen. The main level features a bonus room along with a spectacular den with a solid oak built in cabinet with shelving. The living room with fireplace, formal dining room, mud room, half bath and laundry room are all on the main level as well. Upstairs you will find, the master bedroom and bath with a Jacuzzi tub, 3 bedroom, and another full bath. Don't miss the lower level with a 5th bedroom, full bath, family room/rec room and plenty of storage. A well maintained deck located just outside the kitchen is perfect for entertaining. This home is conveniently located within 10 minutes of shopping, restaurants, Notre Dame, the hospital and the toll road. Make sure to put this fantastic home on your list to tour.

Sale #2: Adjustments of - $1,000 for bedroom count, - $2,500 for full bath, + $9,500 for finished basement and - $5,000 for water front was made. Beautiful home in Waterford green, with a view of the water! This wonderful 4 bed, 4.5 bath home features a first floor office with built in desk and book shelves. Large, open kitchen has a great island with bar, and flows into the living space, with views of the back yard and water. Formal dining features beautiful wainscotting. Hardwood floors throughout lend an airy feel, and lots of windows give plenty of natural light. The second floor houses all bedrooms, with a large master suite, complete with whirlpool tub! Full walk-out basement is just waiting to be finished with personal touches.

Adjustments of + $2,500 for full bath was made. Classic Traditional Century Builders beauty in prestigious Knollwood! Your own secluded paradise in PHM school district with Blue Ribbon Prairie Vista schools. Gorgeous brickwork, hardwood floors, six-panel hardwood doors, 2-story foyer, crown molding, raised ceilings. Huge gourmet kitchen with lots of built-ins, beautiful granite counters and large island/bar. State of the art stainless steel appliances include induction cooktop, wall oven, microwave, warmer drawer and dual drink door refrigerator. Separate laundry room, washer and dryer stay. Outdoor space is perfect for entertaining and includes a 4 season sun room, two brick patio areas, gas grill, wrought iron fenced area for pets, kids or adults, plenty of space. Master Suite with 2 closets, jacuzzi tub, separate shower dual sinks and plenty of counter space. Huge finished basement plus an extra basement room for an office etc. Newer furnace and air, thermostat is wi fi controlled with romote. Custom Hunter Douglas all-season shades. Cul de sac lot with plenty of parking.

## VII. Subject Photograph Addendum

| | |
|---|---|
| **Subject Front** | **Subject Front** |
| **Subject Street** | **Subject Street** |
| **Subject Address** | **Subject Address** |

## VIII. Current Listings Photograph Addendum



**Current Listing 1**

52303 Brendon Hills Dr
Granger,   IN  46530
Orig List Date: 7/18/2016
List Price: $389,000
Sq. Ft.: 3,240
Miles to Subject 0.45



**Current Listing 2**

15455 Brookstone Ct
Granger,   IN  46530
Orig List Date: 10/26/2016
List Price: $399,900
Sq. Ft.: 3,194
Miles to Subject 0.29



**Current Listing 3**

15262 Durham Way S
Granger,   IN  46530
Orig List Date: 7/8/2016
List Price: $399,990
Sq. Ft.: 3,937
Miles to Subject 0.76

## IX. Recent Sales Photograph Addendum



**Recent Sale 1**

52530 Woodington Ct
Granger, IN 46530
Closing Date: 6/6/2016
Sale Price: $379,800
Sq. Ft.: 2,936
Miles to Subject 0.71



**Recent Sale 2**

15346 Longford Dr
Granger, IN 46530
Closing Date: 7/25/2016
Sale Price: $380,500
Sq. Ft.: 3,326
Miles to Subject 0.33



**Recent Sale 3**

51700 Bluffside Ct
Granger, IN 46530
Closing Date: 8/12/2016
Sale Price: $393,500
Sq. Ft.: 2,948
Miles to Subject 0.36

## XI. Map

