# EXHIBIT C



**Shellpoint**
Mortgage Servicing

MONDAY - FRIDAY: 8AM - 10PM ET
SATURDAY:   8AM - 3PM ET

PHONE NUMBER: (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL:LOANSERVICING@SHELLPOINTMTG.COM

January 31, 2017

Jerry Cotton
15423 Roscommon Ln
Granger IN 46530

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID:
Jerry Cotton
Lisa Cotton
15423 Roscommon Lane
Granger, IN 46530
Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| Projected Payoff Date | 1/31/2017 |
|---|---|
| Principal Balance | $428,378.84 |
| Interest To 1/31/2017 | $22,486.92 |
| Fees | $1,973.04 |
| Prepayment Penalty | $0.00 |
| Release Fees | $12.00 |
| Funds owed by borrower | $13,331.16 |
| Funds owed to borrower | ($418.82) |
| **Total Payoff** | **$465,763.14** |
| Per diem | $45.68 |

The next payment due date is 9/1/2015. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 3.00000% and the P & I payment is $1,794.48. The taxes are next due 5/10/2017.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Mailing Address
Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greeenville, SC 29601

PO1.rpt
1/31/2017



# Shellpoint
## Mortgage Servicing

MONDAY - FRIDAY:  8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:  (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL:LOANSERVICING@SHELLPOINTMTG.COM

**Wiring Instructions - * You must include the "Reference" information listed below if wiring funds ***
Bank Name:        Wells Fargo
ABA Number:       121000248
Account Number:   2020050813199
Account Name:     Shellpoint Mortgage Servicing
Reference:                   / Cotton

 **Shellpoint** Mortgage Servicing

MONDAY - FRIDAY:  8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:  (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL:LOANSERVICING@SHELLPOINTMTG.COM

**Jerry Cotton  -  Loan ID**

## FEE DETAILS

| Description | Amount |
|---|---|
| Late Charge Payment | $628.04 |
| Attorney Cost | $75.00 |
| BPO/Aprsl Cost | $125.00 |
| Title Cost | $350.00 |
| Property Inspection | $45.00 |
| Occ Prop Insp | $135.00 |
| Attorney Cost | $615.00 |
|  | **$1,973.04** |

PO1.rpt
1/31/2017