UNITED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Chapter 11

Case No. 12-12020-mg

Jerry D. Cotton,
Lisa J. Cotton,
Residential Capital, LLC,        **AFFIDAVIT OF SERVICE**

Debtors.

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF WESTCHESTER )

    I, **Chantal De Los Santos**, being duly sworn, deposes and says; I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

    On **February \_, 2017**, I served the within copy of the **Written Request & Senior Lien Stay Relief Questionnaire** by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

| | |
|---|---|
| Jerry D. Cotton<br>15423 Roscommon Lane<br>Granger, Indiana 46530 | Residential Capital, LLC<br>1100 Virginia Dr.<br>Ft. Washington, Pennsylvania 19034<br>Attn: Melody Wright |
| Lisa J. Cotton<br>15423 Roscommon Lane<br>Granger, Indiana 46530 | Kramer Levin, Naftalis & Frankel, LLP<br>Counsel for the Committee<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Elise Frejka and Douglas Mannal |
| Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Attn: Norman S. Rosenbaum,<br>James Newton, and<br>Erica J. Richards | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Brian Masumoto, Esq. and<br>Michael Driscoll, Esq. |

Sworn to before me this
\_\_ day of February, 2017

_____                                _____
Notary Public                                                              Chantal De Los Santos

Johnson Edouard
Notary Public, State of New York
No. 01ED6353054
Qualified in Westchester County
Commission Expires 01/17/21