UNITED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                          Chapter 11

                                                                                                 Case No. 12-12020-mg
    Jerry D. Cotton,
    Lisa J. Cotton,
        Residential Capital, LLC,                              **AFFIDAVIT OF SERVICE**

        Debtors.

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF WESTCHESTER  )

    I, **Chantal De Los Santos**, being duly sworn, deposes and says; I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

    On **February 22, 2017**, I served the within copy of the **Written Request & Senior Lien Stay Relief Questionnaire** by depositing true copies thereof enclosed in a post-paid plain envelope, by first class mail in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth below:

United States Trustee
Office of the United States Trustee
U.S. Fereral Office Building
201 Varick Street, Room 1006
New York, New York 10004

Sworn to before me this
22nd day of February, 2017

_____        _____
Notary Public                                    Chantal De Los Santos

Jeffley J Edouard
Notary Public, State of New York
No. 01ED6353306
Qualified in Westchester County