UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    **Residential Capital, LLC, et al.**　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 12020 (MG)
                        Debtor(s)
-----------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW

Upon the Motion to Withdraw of Jeffrey A. Tew, Spencer A. Tew and Thomas S. Ward, in the above-referenced case, and upon the movants' notice that all matters for which their appearance was made have been resolved, it is hereby:

**ORDERED,** that movants' Motion to Withdraw is granted. Notice is hereby given to the Clerk to remove Jeffrey A. Tew, Spencer A. Tew, and Thomas S. Ward from Rennert Vogel Mandler & Rodriguez, P.A. from all service lists and notifications in this matter.

**IT IS SO ORDERED.**

Dated: February 24, 2017
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/Martin Glenn_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge