MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON FEBRUARY 28, 2017 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**:

**1.**    The ResCap Borrower Claims Trust's Motion for Summary Judgment as to its Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 10290]

   **Related Document(s):**

   **a.**    Amended Claim [of Alan Moss] Pursuant to Court Order [Docket No. 8334]

   **b.**    ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 8502]

   **c.**    Alan Moss' Response to Debtors' Objection to Amended Claim [Docket No. 8727]

ny-1273257

**d.**     ResCap Borrower Claims Trust's Reply in Support of its Objection to Amended Claim Number 4445 Filed by Alan Moss [Docket No. 8766]

**e.**     Memorandum Opinion and Order Sustaining the ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 9052]

**f.**     District Court Opinion and Order [Docket No. 9921]

**Response(s)**:

**a.**     Claimant's Response to Debtors' Motion for Summary Judgment [Docket No. 10299]

        **(i)**     Claimant's Response to Debtors' 7056-1 Statement of Material Facts [Docket No. 10300]

        **(ii)**     Declaration of Alan Moss in Support of Claimant's Response to Debtors' Motion for Summary Judgment [Docket No. 10301]

**Reply**:

**a.**     ResCap Borrower Claims Trust's Reply in Support of its Motion for Summary Judgment as to its Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 10307]

**Status:**     The hearing on this matter will be going forward.

Dated: February 24, 2017  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The ResCap Borrower Claims Trust*