MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP BORROWER CLAIMS TRUST'S NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS ((I) NO LIABILITY BORROWER CLAIMS, (II) REDUCE AND ALLOW BORROWER CLAIMS, AND (III) ALLOW IN FULL BORROWER CLAIM) SOLELY AS IT RELATESTO THE CLAIM FILED BY <u>ASHLEY HOOKER (CLAIM NO. 1015)</u>**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, with prejudice, the *ResCap Borrower Claims Trust's Ninety-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allow in Full Borrower Claim)* [Docket No. 10296] solely as it relates to Ashley Hooker (Claim No. 1015).

ny-1273640

|  |  |
|---|---|
| Dated: March 7, 2017<br>New York, New York | /s/ Norman Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims Trust* |