KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP
LIQUIDATING TRUST'S NINETY-SIXTH OMNIBUS OBJECTION
TO CLAIMS, SOLELY AS IT RELATES TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10310] (the "**Omnibus Objection**"), as it relates to all claims except for Claim Number 5271 filed by Bank of America NA (the "Bank of America Claim"), previously scheduled to be heard on **March 23, 2017 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned to **May 11, 2017 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 523, New York, New York 10004.

KL2 3002430.2

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Omnibus Objection, as it relates to all claims other than the Bank of America Claim, is extended to **April 14, 2017 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objection, solely as it relates to the Bank of America Claim, shall proceed as scheduled on **March 23, 2017 at 10:00 a.m**. **(prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 523, New York, New York 10004.

Dated:   New York, New York
         March 20, 2017

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      /s/ Joseph A. Shifer
                                      Kenneth H. Eckstein
                                      Douglas H. Mannal
                                      Joseph A. Shifer
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 715-9100
                                      Facsimile: (212) 715-8000

                                      *Counsel for the ResCap Liquidating Trust*