# **Exhibit E**

Identifier: 7516    Doc Type: CORR

12-12020-mg    Doc 10337-6    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit E    Pg 2 of 7

January 22, 2010

James P Kennedy
2835 21st Street
San Francisco CA 94114-2802

RE:   Account Number         7516
      Property Address    3825 21st Street
                          San Francisco CA 94114-2802

Dear James P Kennedy:

This letter is in response to your recent letter concerning the tax disbursements on the above-referenced account.

A copy of the payment history confirming all tax disbursements made from your escrow is enclosed for your review.

Additionally, as we did not receive a copy of a paid receipt for the delinquent 2007/2008 property taxes, we disbursed the delinquent property taxes from your escrow account on October 4, 2008 in the amount of $2,939.80.

Per your request, we contacted your tax collector in May 2009 to verify if an overpayment existed. The county advised our funds were applied to the December 2008 property tax installment since they did not receive payment of the December 2008 property taxes from you. If you also paid your December 2008 property taxes, you will need to contact your country to request the refund.

If you have your own homeowner's insurance policy, please have your insurance agent fax a copy of the policy so we may update our records accordingly. The insurance policy can be faxed to our Insurance Department at 1-866-336-9021. If you would like to set up an escrow account to pay your homeowners insurance directly to your insurance carrier, please submit your request in writing to the following address:

                    GMAC Mortgage
                    Escrow Begin
                    PO Box 780
                    Waterloo IA 50704-0780

January 22, 2010
Account number       7516
Page Two

The terms of your Mortgage deed indicate if property taxes become delinquent or we do not received proof of homeowners insurance, an escrow account can be established to pay your property taxes and/or homeowners insurance. The term of your Mortgage Deed indicate you agree to pay your property taxes current.

Additionally, if you wish to verify a repayment plan or loan modification is available, please contact our Loss Mitigation Department at 1-800-850-4622.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosure

DW

Identifier: ████7516   Doc Type:CORR

12-12020-mg    Doc 10337-6    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit E    Pg 4 of 7

```
2008 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE, LLC
PO BOX 780
WATERLOO, IA 50704-0780


JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS           CA 92264-8436

                                                    LOAN TYPE 1-0  CONVENTIONAL
                                                    ACCOUNT NUM ████7516

                       2008 DETAIL BY TRANSACTION
TRANSACTION   TRANSACTION LAST  POST  PRINCIPAL INTEREST  ESCROW CR LIFE/ LT CHRG/ PRINCIPAL BAL ESCROW BAL UNAPP FUNDS
DESCRIPTION   AMOUNT      PAID  DATE  PAID      PAID      PAID   DISAB   FEES     AFTER TRAN    AFTER TRAN AFTER TRAN

PAYMENT       1719.23    02/08 02/01  619.35    1099.88                           202,435.81
PAYMENT       1719.23    03/08 02/29  622.70    1096.53                           201,813.11
PAYMENT       1719.23    04/08 04/01  626.08    1093.15                           201,187.03
PAYMENT       1719.23    05/08 05/01  629.47    1089.76                           200,557.56
PAYMENT       1719.23    06/08 05/30  632.88    1086.35                           199,924.68
PAYMENT       1719.23    07/08 07/01  636.30    1082.93                           199,288.38
PAYMENT       1719.23    08/08 08/01  639.75    1079.48                           198,648.63
CORP ADV 2 E  6391.00    08/08 08/21                                      6391.00 198,648.63
REVERSE 6391.00 08/08 08/22                     -6391.00                          198,648.63   -6,391.00
CORP ADV 2 E  6391.00    08/08 08/22                                      6391.00 198,648.63   -6,391.00
PAYMENT       1719.23    09/08 08/29  643.22    1076.01                           198,005.41   -6,391.00
TAX DISB      09/08 10/04                       -2939.80                  198,005.41           -9,330.80
PAYMENT       1719.23    10/08 10/10  646.70    1072.53                           197,358.71   -9,330.80
ESG3DEPOSIT10/08 10/23                          6391.00                           197,358.71   -2,939.80
MISC RECEIPT  1719.23    10/08 11/10                                              197,358.71   -2,939.80   1,719.23
PAYMENT       532.58     11/08 12/01  650.20    1069.03   532.58                  196,708.51   -2,407.22
MISC RECEIPT  1186.65    11/08 12/01                                              196,708.51   -2,407.22   1,186.65
```

Identifier: ███████7516    Doc Type:CORR

12-12020-mg    Doc 10337-6    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl. Exhibit E    Pg 5 of 7

SUMMARY TOTALS

```
PRINCIPAL  BALANCE START OF PERIOD    203,055.16      P & I PAYMENT       1,719.23
PRINCIPAL  PAID DURING PERIOD           6,346.65      ESCROW PAYMENT        200.60
PRINCIPAL  BALANCE END OF PERIOD      196,708.51

ESCROW     BALANCE START OF PERIOD         0.00       TOTAL PAYMENT       1,919.83
ESCROW     PAID DURING PERIOD           6,923.58      ACCUM LATE CHRG        85.96
ESCROW     DISBURSEMENTS               -9,330.80
ESCROW     BALANCE END OF PERIOD       -2,407.22

REFUND     OF OVERPAID INTEREST             0.00
INTEREST   REPORTABLE DURING PERIOD    10845.65
PROPERTY   TAXES PAID DURING PERIOD     2,939.80
POINTS PAID                                 0.00
```

Entity002org00000

2009 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE
PO BOX 780
WATERLOO, IA 50704-0780

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS        CA 92264-8436

LOAN TYPE 1-0 CONVENTIONAL
ACCOUNT NUM      7516

2009 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 733.18 | 12/08 | 01/14 | 653.73 | 1065.50 | 200.60 | | | 196,054.78 | -2,206.62 | |
| MISC RECEIPT | 986.05 | 12/08 | 01/14 | | | | | | 196,054.78 | -2,206.62 | 986.05 |
| PAYMENT | 933.78 | 01/09 | 02/13 | 657.27 | 1061.96 | 200.60 | | | 195,397.51 | -2,006.02 | |
| MISC RECEIPT | 785.45 | 01/09 | 02/13 | | | | | | 195,397.51 | -2,006.02 | 785.45 |
| PAYMENT | 1134.38 | 02/09 | 03/13 | 660.83 | 1058.40 | 200.60 | | | 194,736.68 | -1,805.42 | |
| MISC RECEIPT | 584.85 | 02/09 | 03/13 | | | | | | 194,736.68 | -1,805.42 | 584.85 |
| PAYMENT | 1334.98 | 03/09 | 04/14 | 664.41 | 1054.82 | 200.60 | | | 194,072.27 | -1,604.82 | |
| MISC RECEIPT | 384.25 | 03/09 | 04/14 | | | | | | 194,072.27 | -1,604.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/23 | | | | | 6391.00 | 194,072.27 | -1,604.82 | 384.25 |
| REVERSAL | -6391.00 | 03/09 | 04/24 | | | -6391.00 | | | 194,072.27 | -7,995.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/24 | | | | | 6391.00 | 194,072.27 | -7,995.82 | 384.25 |
| PAYMENT | 1535.58 | 04/09 | 05/14 | 668.01 | 1051.22 | 200.60 | | | 193,404.26 | -7,795.22 | |
| MISC RECEIPT | 183.65 | 04/09 | 05/14 | | | | | | 193,404.26 | -7,795.22 | 183.65 |
| PAYMENT | 1719.23 | 05/09 | 06/12 | 671.62 | 1047.61 | 183.65 | | | 192,732.64 | -7,611.57 | |
| MISC RECEIPT | 1719.23 | 05/09 | 08/14 | | | | | | 192,732.64 | -7,611.57 | 1,719.23 |
| MISC RECEIPT | 1719.23 | 05/09 | 09/14 | | | | | | 192,732.64 | -7,611.57 | 3,438.46 |
| PAYMENT | | 06/09 | 09/16 | 675.26 | 1043.97 | 632.88 | | | 192,057.38 | -6,978.69 | 1,086.35 |
| PAYMENT | 1282.71 | 07/09 | 10/14 | 678.92 | 1040.31 | 649.83 | | | 191,378.46 | -6,328.86 | |
| MISC RECEIPT | 436.52 | 07/09 | 10/14 | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| CORP ADV 3 D | 83.00 | 07/09 | 10/20 | | | | | 83.00 | 191,378.46 | -6,328.86 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 11/13 | | | | | | 191,378.46 | -6,328.86 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 11/19 | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| NSF FEE | 25.00 | 07/09 | 11/19 | | | | | 25.00 | 191,378.46 | -6,328.86 | 436.52 |
| TAX DISB | | 07/09 | 11/20 | | | -2926.14 | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 11/25 | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 12/14 | | | | | | 191,378.46 | -9,255.00 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 12/15 | | | | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 12/22 | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| PAYMENT | 2352.11 | 08/09 | 12/31 | 682.60 | 1036.63 | 632.88 | | | 190,695.86 | -8,622.12 | 436.52 |
| PAYMENT | 2352.11 | 09/09 | 12/31 | 686.29 | 1032.94 | 632.88 | | | 190,009.57 | -7,989.24 | 436.52 |
| REVERSAL | -373.27 | 09/09 | 12/31 | | | | | | 190,009.57 | -7,989.24 | 63.25 |

Identifier: 7516  Doc Type:CORR

12-12020-mg    Doc 10337-6    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit E    Pg 7 of 7

```
                              2009 DETAIL BY TRANSACTION
TRANSACTION   TRANSACTION LAST  POST  PRINCIPAL  INTEREST       ESCROW CR LIFE/ LT CHRG/ PRINCIPAL BAL ESCROW BAL UNAPP FUNDS
DESCRIPTION     AMOUNT    PAID  DATE    PAID       PAID          PAID    DISAB    FEES    AFTER TRAN   AFTER TRAN AFTER TRAN

            SUMMARY TOTALS                                    221057516

PRINCIPAL  BALANCE START OF PERIOD     196,708.51       P & I PAYMENT     1,719.23
PRINCIPAL  PAID DURING PERIOD            6,698.94       ESCROW PAYMENT      632.88
PRINCIPAL  BALANCE END OF PERIOD       190,009.57

ESCROW     BALANCE START OF PERIOD      -2,407.22       TOTAL PAYMENT    2,352.11
ESCROW     PAID DURING PERIOD            3,735.12       ACCUM LATE CHRG    429.80
ESCROW     DISBURSEMENTS                -9,317.14
ESCROW     BALANCE END OF PERIOD        -7,989.24

REFUND     OF OVERPAID INTEREST             0.00
INTEREST   REPORTABLE DURING PERIOD     10493.36
PROPERTY   TAXES PAID DURING PERIOD      2,926.14
POINTS PAID                                 0.00

Entity082Org00000
```