## Exhibit F

Identifier     7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 2 of 48

# **GMAC Mortgage**

February 6, 2012

James P Kennedy
700 E Sonora Rd
Palm Springs CA 92264-8436

RE:    Account Number      7516
        Property Address    3825 21st Street
                            San Francisco CA 94114-2802

Dear James P Kennedy:

Please be advised that this letter serves as our response to your Qualified Written Request ("QWR") for information regarding the above-referenced GMAC Mortgage account dated January 19, 2012 and received in our office on January 23, 2012. In your correspondence, you request detailed information and documentation regarding nearly every aspect of the mortgage loan transaction, beginning with its origination.

In response to your inquiry, GMAC Mortgage has enclosed a copy of the account's payment history as required by the Real Estate Settlement Procedures Act ("RESPA").

Because your letter appears to be questioning nearly every aspect of the loan transaction, it is difficult for GMAC Mortgage to identify any specific concern(s) you have regarding the servicing of the account. Nevertheless, in an effort to be responsive to your request, copies of pertinent documentation GMAC Mortgage has in its records are enclosed.

- Note
- Mortgage/Deed of Trust
- HUD-I Settlement Statement
- Escrow Analysis Statements
- Monthly Account Statements
- Payoff Statement

The following responses are in the same order as the inquiries in the QWR:

## **Loan Accounting and Servicing Systems**

Subject to business and trade practices, which are proprietary and confidential.

GMAC Mortgage LLC     www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier [redacted] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 3 of 48

# <u>GMAC</u> Mortgage

February 6, 2012
Account Number  7516
Page Two

**Debits and Credits**

See enclosed history and transaction code key.

**Attorney Fees**

No attorney fees have been assessed on this account. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

**Suspense/Unapplied Accounts**

This information is detailed in the enclosed history.

**Late Fees**

All late fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

**Property Inspections**

This information is detailed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

**BPO Fees**

All BPO fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed is outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

If you have any further general servicing questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care KT
Loan Servicing

Enclosures

GMAC Mortgage LLC    www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier ▓7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 4 of 48

```
GMAC Mortgage, LLC                               PAGE     1
PO Box 780                                       DATE 02/06/12
3451 Hammond Avenue
Waterloo            IA 50704-0780
                               HISTORY FOR ACCOUNT    ▓7516


       --------- MAIL -------------------- --------- PROPERTY ----------------


       JAMES P. KENNEDY


       700 E SONORA RD                    3825 21ST STREET


       PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802


------ DATES ------  ---- CURRENT BALANCES -----  ------- UNCOLLECTED -------
PAID TO    01/01/12  PRINCIPAL          169207.82  LATE CHARGES        0.00
NEXT DUE   02/01/12  ESCROW                670.14  OPTIONAL INS        0.00
LAST PMT   01/30/12  UNAPPLIED FUND          0.00  INTEREST            0.00
AUDIT DT   09/28/93  UNAPPLIED CODES            FEES                   0.00
                     BUYDOWN   FUND         0.00  ------ YEAR TO DATE -------
    LAST ACTIVITY    BUYDOWN   CODE              INTEREST            920.87
       01/30/12                                  TAXES                 0.00
----------------------------------------------------------------------------

POST  TRN  DUE     TRANSACTION     PRINCIPAL    INTEREST       ESCROW
DATE  CDE  DATE     AMOUNT         PAID         PAID           PAID
------ --- ------ ------------- ------------- ------------- -------------
021309 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0Q7H7LU9P1 DESC
021309 UFU 010109  UNAPPLIED FUNDS (1)      -986.05  BALANCE       0.00
                   BAL AFTER     196054.78                 -2206.62
T:00603      /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL     00.00
021309 AP  010109      933.78     657.27    1061.96       200.60
                   BAL AFTER     195397.51                 -2006.02
T:00603      E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


021309 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0Q7H7LU9P1 DESC
021309 UFU 010109  UNAPPLIED FUNDS (1)       785.45  BALANCE      785.45
                   BAL AFTER     195397.51                 -2006.02
T:00603      /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -85.96
021309 SWA 010109      785.45       .00         .00         .00
                   BAL AFTER     195397.51                 -2006.02
T:00603      E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


031309 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QEIJE4QTI DESC
031309 UFU 020109  UNAPPLIED FUNDS (1)      -785.45  BALANCE       0.00
                   BAL AFTER     195397.51                 -2006.02
T:00603      /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -85.96
031309 AP  020109     1134.38     660.83    1058.40       200.60
                   BAL AFTER     194736.68                 -1805.42
T:00603      E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


    INQ 1357
```

Identifier [REDACTED]7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 5 of 48

```
HISTORY FOR ACCOUNT       7516                           PAGE      2
                                                         DATE 02/06/12


         --------- MAIL -------------------- --------- PROPERTY ----------------

         JAMES P. KENNEDY

         700 E SONORA RD                      3825 21ST STREET

         PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-------------------------------------------------------------------------------
POST  TRN  DUE      TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE  CDE  DATE       AMOUNT          PAID           PAID          PAID
------ --- ------ --------------- ------------- -------------- -------------
031309 GRU 000000 000000 GRACE UNAP AMT:         .00
  REF NUMBER     SG0QEIJE4QTI DESC
031309 UFU 020109  UNAPPLIED FUNDS (1)           584.85  BALANCE      584.85
                     BAL AFTER        194736.68                  -1805.42
T:00603       /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
031309 SWA 020109       584.85       .00            .00           .00
                     BAL AFTER        194736.68                  -1805.42
T:00603     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


041409 GRU 000000 000000 GRACE UNAP AMT:         .00
  REF NUMBER     SG0QMK2FTDNE DESC
041409 UFU 030109  UNAPPLIED FUNDS (1)          -584.85  BALANCE        0.00
                     BAL AFTER        194736.68                  -1805.42
T:00603       /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
041409 AP  030109      1334.98     664.41       1054.82       200.60
                     BAL AFTER        194072.27                  -1604.82
T:00603     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


041409 GRU 000000 000000 GRACE UNAP AMT:         .00
  REF NUMBER     SG0QMK2FTDNE DESC
041409 UFU 030109  UNAPPLIED FUNDS (1)           384.25  BALANCE      384.25
                     BAL AFTER        194072.27                  -1604.82
T:00603       /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
041409 SWA 030109       384.25       .00            .00           .00
                     BAL AFTER        194072.27                  -1604.82
T:00603     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


042309 FB  030109     6391.00 163 CORP ADV 2 ESCROW
  REF NUMBER     SG0QOP0NSJ5O DESC
T:05006       /B:000
042409 SRO 030109     -6391.00       .00            .00        -6391.00
                163 CLEANUP
                     BAL AFTER        194072.27                  -7995.82
T:01755    I/B:001                              00.00             -85.96



     INQ 1357
```

Identifier [REDACTED] 7516     Doc Type:CORR

12-12020-mg     Doc 10337-7     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit F     Pg 6 of 48

```
HISTORY FOR ACCOUNT     [REDACTED] 7516                    PAGE     3
                                                          DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802


-------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST       ESCROW
DATE  CDE  DATE   AMOUNT         PAID          PAID           PAID
-----  ---  -----  ---------------  ------------  -------------  -------------
042409 FE  030109      6391.00 163 CORP ADV 2 ESCROW
  REF NUMBER    163 CLEANUP  DESC
T:01755      /B:001
051409 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QU5FUTJ58 DESC
051409 UFU 040109  UNAPPLIED FUNDS (1)        -384.25  BALANCE       0.00
                   BAL AFTER      194072.27                -7995.82
T:00603      /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

051409 AP  040109      1535.58      668.01     1051.22      200.60
                   BAL AFTER      193404.26                -7795.22
T:00603      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
051409 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QU5FUTJ58 DESC
051409 UFU 040109  UNAPPLIED FUNDS (1)         183.65  BALANCE     183.65
                   BAL AFTER      193404.26                -7795.22
T:00603      /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

051409 SWA 040109       183.65      .00         .00          .00
                   BAL AFTER      193404.26                -7795.22
T:00603      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
061209 UI  050109        .00        .00         .00          .00
  REF NUMBER    SG0R5EQ19KRE DESC
                   BAL AFTER      193404.26                -7795.22
                   * ESC SHORTAGE      -16.95
T:00603      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

061209 GRU 000000 000000 GRACE UNAP AMT:       .00
061209 UFU 050109  UNAPPLIED FUNDS (1)        -183.65  BALANCE       0.00
                   BAL AFTER      193404.26                -7795.22
T:00603      /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
061209 AP  050109      1719.23      671.62     1047.61      183.65
                   BAL AFTER      192732.64                -7611.57
T:00603      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96



    INQ 1357
```

Identifier [REDACTED]7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 7 of 48

HISTORY FOR ACCOUNT    [REDACTED]7516                          PAGE     4
                                                              DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                     3825 21ST STREET

PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------
POST  TRN  DUE     TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE      AMOUNT          PAID          PAID         PAID
------ --- ------ -------------- ------------- ------------- --------------
081409 UFU 050109   UNAPPLIED FUNDS (1)              1719.23  BALANCE    1719.23
  REF NUMBER    SG0RL9OTDDND DESC
                    BAL AFTER      192732.64                   -7611.57
T:00603      /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
081409 SRA 050109      1719.23         .00          .00          .00
                    BAL AFTER      192732.64                   -7611.57
T:00603      E/B:001 OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -85.96


091409 UFU 050109   UNAPPLIED FUNDS (1)              1719.23  BALANCE    3438.46
  REF NUMBER    SG0RT37340FJ DESC
                    BAL AFTER      192732.64                   -7611.57
T:00603      /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
091409 SRA 050109      1719.23         .00          .00          .00
                    BAL AFTER      192732.64                   -7611.57
T:00603      E/B:001 OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -85.96


091609 UI  060109          .00         .00          .00          .00
  REF NUMBER    CIT 648    DESC
                    BAL AFTER      192732.64                   -7611.57
                    OPT PREMIUMS         .00  LATE CHARGE PYMT  -171.92*
T:17391      I/B:001 OPTIONAL INS BAL   00.00  LATE CHARGE BAL   -257.88
091609 GRU 000000 000000 GRACE UNAP AMT:       .00
091609 UFU 060109   UNAPPLIED FUNDS (1)             -2352.11  BALANCE    1086.35
                    BAL AFTER      192732.64                   -7611.57
T:17391      /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -257.88
091609 PA  060109          .00       675.26      1043.97       632.88
  LC DATE  091409  BAL AFTER      192057.38                   -6978.69
T:17391      I/B:001 OPTIONAL INS BAL   00.00  LATE CHARGE BAL   -257.88
101409 UI  070109          .00         .00          .00          .00
  REF NUMBER    SG0S4KK22TL1 DESC
                    BAL AFTER      192057.38                   -6978.69
                  * ESC SHORTAGE       16.95
T:00603      E/B:001 OPTIONAL INS BAL   00.00  LATE CHARGE BAL   -257.88


    INQ 1357

Identifier ▇▇▇ 7516        Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 8 of 48

```
HISTORY FOR ACCOUNT     ▇▇▇7516                          PAGE     5
                                                         DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS         CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
 DATE  CDE  DATE     AMOUNT         PAID         PAID         PAID
------ --- ------ --------------- ------------ ------------ -------------
101409 GRU 000000 000000 GRACE UNAP AMT:       .00
101409 UFU 070109   UNAPPLIED FUNDS (1)        -1086.35  BALANCE     0.00
                    BAL AFTER      192057.38                -6978.69
T:00603      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
101409 AP  070109     1282.71       678.92      1040.31      649.83
                    BAL AFTER      191378.46                -6328.86
T:00603      E/B:001 OPTIONAL INS BAL   00.00 LATE CHARGE BAL  -257.88


101409 GRU 000000 000000 GRACE UNAP AMT:       .00
 REF NUMBER     SG0S4KK22TL1 DESC
101409 UFU 070109   UNAPPLIED FUNDS (1)        436.52  BALANCE     436.52
                    BAL AFTER      191378.46                -6328.86
T:00603      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
101409 SWA 070109     436.52          .00          .00          .00
                    BAL AFTER      191378.46                -6328.86
T:00603      E/B:001 OPTIONAL INS BAL   00.00 LATE CHARGE BAL  -257.88

102009 FB  070109          83.00 164 CORP ADV 3 DRM
T:30902      /B:000
111309 UFU 070109   UNAPPLIED FUNDS (1)        1719.23  BALANCE    2155.75
 REF NUMBER     SG0SC610VCCK DESC
                    BAL AFTER      191378.46                -6328.86
T:00603      /B:001                  00.00                  -257.88
111309 SRA 070109     1719.23         .00          .00          .00
                    BAL AFTER      191378.46                -6328.86
T:00603      E/B:001                 00.00                  -257.88
111909 UFU 070109   UNAPPLIED FUNDS (1)        -1719.23  BALANCE    436.52
 REF NUMBER     CHECKFREE    DESC
                    BAL AFTER      191378.46                -6328.86
T:19336      /B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
111909 SR1 070109     -1719.23        .00          .00          .00
                    BAL AFTER      191378.46                -6328.86
T:19336      I/B:003 OPTIONAL INS BAL   00.00 LATE CHARGE BAL  -257.88



    INQ 1357
```

Identifier [REDACTED] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 9 of 48

HISTORY FOR ACCOUNT [REDACTED] 7516                          PAGE      6
                                                            DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS          CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------
  POST   TRN  DUE     TRANSACTION    PRINCIPAL     INTEREST      ESCROW
  DATE   CDE  DATE     AMOUNT         PAID          PAID         PAID
  ------ ---  ------  ------------- ------------- ------------- -------------
111909 FB  070109        25.00   3 NSF FEE
  REF NUMBER    SG0SDJS8LNE0 DESC
T:19336        /B:000
112009 M90 070109   -2926.14  PAYEE = 0038.00000      .00    -2926.14
                     BAL AFTER      191378.46              -9255.00
T:12709        /B:001                  00.00               -257.88
112509 FB  070109        11.25  11 PROP INSPECTION FEE
T:32506        /B:001


121409 UFU 070109   UNAPPLIED FUNDS (1)          1719.23  BALANCE    2155.75
  REF NUMBER    SG0SJVF8UEUT DESC
                     BAL AFTER      191378.46              -9255.00
T:00603        /B:001                  00.00               -257.88
121409 SRA 070109       1719.23       .00          .00        .00
                     BAL AFTER      191378.46              -9255.00
T:00603        E/B:001                 00.00               -257.88


121509 UFU 070109   UNAPPLIED FUNDS (1)         -1719.23  BALANCE    436.52
                     BAL AFTER      191378.46              -9255.00
T:19336        /B:008 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121509 SR0 070109      -1719.23       .00          .00        .00
                     BAL AFTER      191378.46              -9255.00
T:19336        Y/B:008 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121809 UFU 070109   UNAPPLIED FUNDS (1)         -436.52  BALANCE     0.00
                     BAL AFTER      191378.46              -9255.00
T:01702        /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121809 UPF 070109   UNAPPLIED FUNDS (2)          436.52  BALANCE    436.52
                     BAL AFTER      191378.46              -9255.00
                     OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121809 AA  070109         .00          .00          .00        .00
                     BAL AFTER      191378.46              -9255.00
T:01702        /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121809 UI  070109         .00          .00          .00        .00
                     BAL AFTER      191378.46              -9255.00
                     OPT PREMIUMS          .00 LATE CHARGE PYMT -171.92*
T:01702        /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80

    INQ 1357

Identifier: ████ 7516     Doc Type:CORR

12-12020-mg   Doc 10337-7   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit F   Pg 10 of 48

```
HISTORY FOR ACCOUNT     ███ 7516                     PAGE      7
                                                    DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE     AMOUNT          PAID          PAID         PAID
------ --- ------ --------------- ------------- ------------- --------------
121809 AA  070109           .00           .00           .00           .00
                   BAL AFTER      191378.46                      -9255.00
                   OPT PREMIUMS           .00  LATE CHARGE PYMT  -171.92*
T:01702    /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -429.80
122209 FB  070109         11.25  11 PROP INSPECTION FEE
T:32506    /B:001
123109 RPL 010210   PAID 4330.95 DUE  4330.95 SHORT      .00 TELLER 11674
                   BAL AFTER      191378.46                      -9255.00
                   OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
123109 RPL 010210   NO. OF PLAN PMTS=01
                   BAL AFTER      191378.46                      -9255.00
                   OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
123109 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER      310921973     DESC
123109 RP  080109        2352.11        682.60       1036.63        632.88
                   BAL AFTER      190695.86                      -8622.12
T:11674    I/B:004  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -429.80

123109 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER      310921973     DESC
123109 RP  090109        2352.11        686.29       1032.94        632.88
                   BAL AFTER      190009.57                      -7989.24
T:11674    I/B:004  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -429.80
123109 UFF 090109   UNAPPLIED FUNDS (2)           -373.27  BALANCE     63.25
                   310921973
                   BAL AFTER      190009.57                      -7989.24
T:11674    /B:004   OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -429.80
123109 SR0 090109        -373.27          .00          .00           .00
                   BAL AFTER      190009.57                      -7989.24
T:11674    I/B:004  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -429.80
011210 FB  090109         43.68  40 EXPENSE ADVANCES
T:32551    /B:000
011210 FB  090109        853.45  40 EXPENSE ADVANCES
T:32551    /B:000



     INQ 1357
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 11 of 48

HISTORY FOR ACCOUNT [REDACTED] 7516                                    PAGE      8
                                                                      DATE 02/06/12


          --------- MAIL -------------------- --------- PROPERTY ----------------


          JAMES P. KENNEDY


          700 E SONORA RD                          3825 21ST STREET


          PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE      TRANSACTION     PRINCIPAL      INTEREST        ESCROW
DATE  CDE  DATE     AMOUNT          PAID           PAID            PAID
------ --- ------ --------------- ------------- -------------- -------------
011210 FB  090109        31.00 40 EXPENSE ADVANCES
T:32551       /B:000
011210 FB  090109        480.00 40 EXPENSE ADVANCES
T:32551       /B:000
011410 UFU 090109   UNAPPLIED FUNDS (1)          1719.23  BALANCE      1719.23
  REF NUMBER     SG0SS0UVCTM9 DESC
                     BAL AFTER        190009.57                 -7989.24
T:00603       /B:001                    00.00                    -429.80

011410 SRA 090109       1719.23          .00           .00          .00
                     BAL AFTER        190009.57                 -7989.24
T:00603       E/B:001                   00.00                    -429.80
011510 UFU 090109   UNAPPLIED FUNDS (1)         -1719.23  BALANCE      0.00
  REF NUMBER     ECOM RETURN  DESC
                     BAL AFTER        190009.57                 -7989.24
T:19336       /B:005                    00.00                    -429.80


011510 SR0 090109      -1719.23          .00           .00          .00
                     BAL AFTER        190009.57                 -7989.24
T:19336       Y/B:005                   00.00                    -429.80
012210 FB  090109    6290.00 163 CORP ADV 2 ESCROW
  REF NUMBER     SG0STTMQ0168 DESC
T:05006       /B:000
012510 SR0 090109      -6290.00          .00           .00     -6290.00
                163 CLEANUP
                     BAL AFTER        190009.57                 -14279.24
T:01755       I/B:001                   00.00                    -429.80
012510 FE  090109    6290.00 163 CORP ADV 2 ESCROW
  REF NUMBER     163 CLEANUP  DESC
T:01755       /B:001
021210 UFU 090109   UNAPPLIED FUNDS (1)          63.25  BALANCE       63.25
                     BAL AFTER        190009.57                 -14279.24
T:01702       /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -429.80
021210 UFF 090109   UNAPPLIED FUNDS (2)         -63.25  BALANCE       0.00
                     BAL AFTER        190009.57                 -14279.24
                OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -429.80


     INQ 1357

Identifier ████ 7516        Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 12 of 48

HISTORY FOR ACCOUNT ████ 7516                          PAGE     9
                                                       DATE 02/06/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------

| POST   | TRN | DUE    | TRANSACTION | PRINCIPAL | INTEREST | ESCROW |
| DATE   | CDE | DATE   | AMOUNT      | PAID      | PAID     | PAID   |
| ------ | --- | ------ | ----------- | --------- | -------- | ------ |
| 021210 | AA  | 090109 | .00         | .00       | .00      | .00    |

                     BAL AFTER         190009.57             -14279.24
T:01702       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
021210 AA  090109        .00         .00       .00       .00
                     BAL AFTER         190009.57             -14279.24
T:01702       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
022210 FB  090109     11.25  11 PROP INSPECTION FEE
T:32506       /B:001

022610 UFU 090109  UNAPPLIED FUNDS (1)          -63.25  BALANCE      0.00
                     BAL AFTER         190009.57             -14279.24
T:14244       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
022610 UFF 090109  UNAPPLIED FUNDS (2)           63.25  BALANCE     63.25
                     BAL AFTER         190009.57             -14279.24
                     OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
022610 AA  090109        .00         .00       .00       .00
                     BAL AFTER         190009.57             -14279.24
T:14244       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
022610 UI  090109        .00         .00       .00       .00
                     BAL AFTER         190009.57             -14279.24
                     OPT PREMIUMS          .00  LATE CHARGE PYMT  -171.92*
T:14244       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
022610 AA  090109        .00         .00       .00       .00
                     BAL AFTER         190009.57             -14279.24
                     OPT PREMIUMS          .00  LATE CHARGE PYMT  -171.92*
T:14244       /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72

030310 FB  090109     83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG0T80MIGGVG DESC
T:02726       /B:000
031510 RPL 031010  PAID  2352.11 DUE  2352.11 SHORT    .00 TELLER 31143
                     BAL AFTER         190009.57             -14279.24
                     OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
031510 RPL 031010  NO. OF PLAN PMTS=01
                     BAL AFTER         190009.57             -14279.24
                     OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72


    INQ 1357

```
HISTORY FOR ACCOUNT     ▉▉▉ 7516                          PAGE      10
                                                         DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
POST   TRN   DUE     TRANSACTION    PRINCIPAL     INTEREST       ESCROW
DATE   CDE   DATE      AMOUNT         PAID          PAID          PAID
------ --- ------ --------------- ------------- -------------- --------------
031510 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    EM-307901337 DESC
031510 RP  100109        2352.11      690.01      1029.22        632.88
   LC DATE  031310  BAL AFTER       189319.56                   -13646.36
T:31143    I/B:008  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
031810 FB  100109        51.03 40 EXPENSE ADVANCES
T:32551    /B:000


031810 FB  100109       146.55 40 EXPENSE ADVANCES
T:32551    /B:000
031810 FB  100109       350.00 40 EXPENSE ADVANCES
T:32551    /B:000
031810 FB  100109        11.00 40 EXPENSE ADVANCES
T:32551    /B:000
031810 FB  100109       120.00 40 EXPENSE ADVANCES
T:32551    /B:000


041310 RPL 041010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 31143
                  BAL AFTER       189319.56                   -13646.36
                                               00.00          -601.72
041310 RPL 041010   NO. OF PLAN PMTS=01
                  BAL AFTER       189319.56                   -13646.36
                                               00.00          -601.72
041310 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    EM-307901369 DESC
041310 RP  110109        2352.11      693.75      1025.48        632.88
   LC DATE  041110  BAL AFTER       188625.81                   -13013.48
T:31143    I/B:008                     00.00                    -601.72
041310 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    EM-307901369 DESC
041310 RP  120109        2352.11      697.51      1021.72        632.88
   LC DATE  041110  BAL AFTER       187928.30                   -12380.60
T:31143    I/B:008                     00.00                    -601.72
041310 UFF 120109  UNAPPLIED FUNDS (2)          417.67 BALANCE    480.92
                 EM-307901369
                  BAL AFTER       187928.30                   -12380.60
T:31143    /B:008                     00.00                    -601.72


      INQ 1357
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg     Doc 10337-7     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit F     Pg 14 of 48

```
HISTORY FOR ACCOUNT     [REDACTED] 7516                          PAGE     11
                                                                DATE 02/06/12


         --------- MAIL -------------------- --------- PROPERTY ----------------

         JAMES P. KENNEDY

         700 E SONORA RD                    3825 21ST STREET

         PALM SPRINGS         CA 92264-8436 SAN FRANCISCO        CA 94114-2802

----------------------------------------------------------------------------
POST   TRN  DUE     TRANSACTION    PRINCIPAL      INTEREST      ESCROW
DATE   CDE  DATE    AMOUNT         PAID           PAID          PAID
------ ---  ------  -----------    ----------     ----------    ----------
041310 SR  120109        417.67          .00           .00            .00
  LC DATE  041110  BAL AFTER       187928.30                    -12380.60
T:31143    I/B:008                       00.00                    -601.72
051110 RPL 051010  PAID  5121.89 DUE  5121.89 SHORT    .00 TELLER 20001
                   BAL AFTER       187928.30                    -12380.60
                   OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
051110 RPL 051010  NO. OF PLAN PMTS=01
                   BAL AFTER       187928.30                    -12380.60
                   OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER     EM-500201232 DESC
051110 RP  010110       2352.11       701.29       1017.94        632.88
                   BAL AFTER       187227.01                    -11747.72
T:20001    I/B:003 OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:       .00
                   EM-500201232
051110 RP  020110       2352.11       705.08       1014.15        632.88
                   BAL AFTER       186521.93                    -11114.84
T:20001    I/B:003 OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
051110 UFF 020110  UNAPPLIED FUNDS (2)             417.67 BALANCE     898.59
  REF NUMBER     EM-500201232 DESC
                   BAL AFTER       186521.93                    -11114.84
T:20001    /B:003  OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
051110 SR  020110        417.67          .00           .00            .00
                   BAL AFTER       186521.93                    -11114.84
T:20001    I/B:003 OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72


061110 RPL 061010  PAID  5121.89 DUE  5121.89 SHORT    .00 TELLER 19996
                   BAL AFTER       186521.93                    -11114.84
                   OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
061110 RPL 061010  NO. OF PLAN PMTS=01
                   BAL AFTER       186521.93                    -11114.84
                   OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72
061110 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER     EM-500201247 DESC
061110 RP  030110       2352.11       708.90       1010.33        632.88
                   BAL AFTER       185813.03                    -10481.96
T:19996    I/B:001 OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -601.72


     INQ 1357
```

```
HISTORY FOR ACCOUNT      ▌7516                      PAGE    12
                                                   DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                   3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

----------------------------------------------------------------------------
 POST   TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST       ESCROW
 DATE   CDE  DATE    AMOUNT         PAID           PAID          PAID
 ------ ---  ------ ------------- -------------- -------------- -------------
061110 GRU 000000 000000 GRACE UNAP AMT:          .00
  REF NUMBER     EM-500201247 DESC
061110 RP  040110       2352.11       712.74       1006.49        632.88
                   BAL AFTER        185100.29                    -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
061110 UFF 040110   UNAPPLIED FUNDS (2)            417.67  BALANCE    1316.26
                   EM-500201247
                   BAL AFTER        185100.29                    -9849.08
T:19996     /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
061110 SR  040110       417.67          .00           .00           .00
                   BAL AFTER        185100.29                    -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 19996
                   BAL AFTER        185100.29                    -9849.08
                   OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010   NO. OF PLAN PMTS=01
                   BAL AFTER        185100.29                    -9849.08
                   OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:          .00
  REF NUMBER     EM-500201259
071910 RP  050110       2352.11       716.60       1002.63        632.88
  LC DATE  071710  BAL AFTER        184383.69                    -9216.20
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:          .00
                   EM-500201259
071910 RP  060110       2352.11       720.49        998.74        632.88
  LC DATE  071710  BAL AFTER        183663.20                    -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 UFF 060110   UNAPPLIED FUNDS (2)            417.67  BALANCE    1733.93
  REF NUMBER     EM-500201259 DESC
                   BAL AFTER        183663.20                    -8583.32
T:19996     /B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 SR  060110       417.67          .00           .00           .00
  LC DATE  071710  BAL AFTER        183663.20                    -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72



        INQ 1357
```

Identifier [REDACTED] 7516         Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 16 of 48

HISTORY FOR ACCOUNT [REDACTED] 7516                              PAGE    13
                                                                DATE 02/06/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                        3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO    CA 94114-2802

--------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE   CDE  DATE    AMOUNT          PAID           PAID          PAID
------ --- ------ ---------------- ------------- -------------- -------------
081610 M90 060110    -6152.90  PAYEE = 0038.00000        .00    -6152.90
                      BAL AFTER         183663.20                -14736.22
T:31658     /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -601.72
082010 UI  060110         .00           .00           .00          .00
                      BAL AFTER         183663.20                -14736.22
                    OPT PREMIUMS         .00  LATE CHARGE PYMT  -601.72*
T:14244     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44


082010 AA  060110         .00           .00           .00          .00
                      BAL AFTER         183663.20                -14736.22
                    OPT PREMIUMS         .00  LATE CHARGE PYMT  -601.72*
T:14244     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44
082010 UFU 060110  UNAPPLIED FUNDS (1)      1733.93  BALANCE     1733.93
                      BAL AFTER         183663.20                -14736.22
T:14244     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44


082010 UFF 060110  UNAPPLIED FUNDS (2)     -1733.93  BALANCE        0.00
                      BAL AFTER         183663.20                -14736.22
                    OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44
082010 AA  060110         .00           .00           .00          .00
                      BAL AFTER         183663.20                -14736.22
T:14244     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44
082010 AA  060110         .00           .00           .00          .00
                      BAL AFTER         183663.20                -14736.22
T:14244     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1203.44
082310 UI  070110         .00           .00           .00          .00
  REF NUMBER    SG0UJJ7VIJE5 DESC
                      BAL AFTER         183663.20                -14736.22
                    OPT PREMIUMS         .00  LATE CHARGE PYMT   -85.96*
T:00321    K/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1289.40
082310 GRU 000000 000000 GRACE UNAP AMT:      .00
082310 UFU 070110  UNAPPLIED FUNDS (1)     -1733.93  BALANCE       0.00
                      BAL AFTER         183663.20                -14736.22
T:00321     /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -1289.40


     INQ 1357

Identifier [REDACTED]7516          Doc Type:CORR

12-12020-mg     Doc 10337-7     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit F     Pg 17 of 48

```
HISTORY FOR ACCOUNT      [REDACTED]7516                      PAGE      14
                                                            DATE 02/06/12


         --------- MAIL --------------------- --------- PROPERTY ----------------

      JAMES P. KENNEDY

      700 E SONORA RD                      3825 21ST STREET

      PALM SPRINGS          CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------
 POST  TRN  DUE     TRANSACTION    PRINCIPAL      INTEREST       ESCROW
 DATE  CDE  DATE     AMOUNT         PAID           PAID          PAID
------ ---  ------  -------------- -------------- -------------- --------------
082310 AP  070110        618.18        724.39        994.84        632.88
  LC DATE  081910  BAL AFTER       182938.81                     -14103.34
T:00321      K/B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL  -1289.40
082310 UI  080110          .00           .00           .00           .00
  REF NUMBER    SG0UJJ7VIJE5 DESC
                    BAL AFTER       182938.81                     -14103.34
                    OPT PREMIUMS        .00  LATE CHARGE PYMT   1289.40*
T:00321      K/B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    00.00

082310 GRU 000000 000000 GRACE UNAP AMT:        .00
082310 AP  080110       3641.51        728.31        990.92        632.88
  LC DATE  081910  BAL AFTER       182210.50                     -13470.46
                    OPT PREMIUMS        .00  LATE CHARGE PYMT   1289.40
T:00321      K/B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    00.00
082310 FWA 080110         43.68  40 EXPENSE ADVANCES
  REF NUMBER    SG0UJJ7VIJE5 DESC
  LC DATE  081910
T:00321      /B:001
082310 FWA 080110        818.52  40 EXPENSE ADVANCES
  REF NUMBER    SG0UJJ7VIJE5 DESC
  LC DATE  081910
T:00321      /B:001
091310 UFU 080110   UNAPPLIED FUNDS (1)            1719.23  BALANCE    1719.23
                    SG0UOBR68B23
                    BAL AFTER       182210.50                     -13470.46
T:00321      /B:001                                00.00                 00.00

091310 SRA 080110       1719.23          .00           .00           .00
  LC DATE  091010  BAL AFTER       182210.50                     -13470.46
T:00321      K/B:001                               00.00                 00.00
101110 UI  090110          .00           .00           .00           .00
  REF NUMBER    SG0UVDV9T1B5 DESC
                    BAL AFTER       182210.50                     -13470.46
                    OPT PREMIUMS        .00  LATE CHARGE PYMT    -85.96*
T:00430      P/B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL   -85.96


      INQ 1357
```

Identifier ████ 7516      Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 18 of 48

```
HISTORY FOR ACCOUNT     ████ 7516                          PAGE      15
                                                           DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                    3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

--------------------------------------------------------------------------
POST  TRN  DUE      TRANSACTION      PRINCIPAL      INTEREST       ESCROW
DATE  CDE  DATE       AMOUNT           PAID           PAID          PAID
------ --- ------ ---------------- -------------- -------------- -------------
101110 GRU 000000 000000 GRACE UNAP AMT:        .00
101110 UFU 090110   UNAPPLIED FUNDS (1)          -1719.23  BALANCE        0.00
                    BAL AFTER       182210.50                    -13470.46
T:00430      /B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    -85.96
101110 AP  090110        632.88        732.26        986.97        632.88
   LC DATE  100910  BAL AFTER      181478.24                    -12837.58
T:00430      P/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


101110 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    SG0UVDV9T1B5 DESC
101110 UFU 090110   UNAPPLIED FUNDS (1)           1286.95  BALANCE     1286.95
                    BAL AFTER      181478.24                    -12837.58
T:00430      /B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    -85.96
101110 SWA 090110        1286.95          .00          .00          .00
   LC DATE  100910  BAL AFTER      181478.24                    -12837.58
T:00430      P/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


111010 E90 090110     -2683.86  PAYEE = 0038.00000       .00     -2683.86
                    BAL AFTER      181478.24                    -15521.44
T:32687      /B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    -85.96
111510 UFU 090110   UNAPPLIED FUNDS (1)           1719.23  BALANCE     3006.18
   REF NUMBER    SG0V8FMQ3J6A DESC
                    BAL AFTER      181478.24                    -15521.44
T:00430      /B:001  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    -85.96


111510 SRA 090110        1719.23          .00          .00          .00
   LC DATE  111310  BAL AFTER      181478.24                    -15521.44
T:00430      P/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
111810 FB  090110       11.25  11 PROP INSPECTION FEE
T:32506      /B:001
121410 UFU 090110   UNAPPLIED FUNDS (1)          -3006.18  BALANCE        0.00
                    BAL AFTER      181478.24                    -15521.44
T:18585      /B:000  OPTIONAL INS BAL       00.00  LATE CHARGE BAL    -85.96


     INQ 1357
```

Identifier [REDACTED] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 19 of 48

```
HISTORY FOR ACCOUNT      7516                         PAGE      16
                                                     DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                   3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
 DATE  CDE  DATE     AMOUNT        PAID           PAID          PAID
------ --- ------ --------------- ------------- ------------- --------------
121410 UFF 090110   UNAPPLIED FUNDS (2)         3006.18  BALANCE     3006.18
                   BAL AFTER        181478.24                  -15521.44
                   OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
121410 AA  090110          .00          .00          .00          .00
                   BAL AFTER        181478.24                  -15521.44
T:18585      /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
121410 UI  090110          .00          .00          .00          .00
                   BAL AFTER        181478.24                  -15521.44
                   OPT PREMIUMS         .00  LATE CHARGE PYMT  -85.96*
T:18585      /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -171.92
121410 AA  090110          .00          .00          .00          .00
                   BAL AFTER        181478.24                  -15521.44
                   OPT PREMIUMS         .00  LATE CHARGE PYMT  -85.96*
T:18585      /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -171.92
121410 FB  090110          83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG0VG0UC6O00 DESC
T:26663      /B:000


121510 RPD 121710   PAID  3985.38 DUE  3985.38 SHORT     .00 TELLER   606
                   BAL AFTER        181478.24                  -15521.44
                                     00.00                     -171.92
121510 RPD 121710   NO. OF PLAN PMTS=01
                   BAL AFTER        181478.24                  -15521.44
                                     00.00                     -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER     000000000000 DESC
121510 AP  100110        3495.78       736.22       983.01       1776.55
  LC DATE  121410 BAL AFTER        180742.02                  -13744.89
T:00606      E/B:001                  00.00                     -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER     000000000000 DESC
121510 AP  110110        3495.78       740.21       979.02       1776.55
  LC DATE  121410 BAL AFTER        180001.81                  -11968.34
T:00606      E/B:001                  00.00                     -171.92
121510 UFF 110110   UNAPPLIED FUNDS (2)       -3006.18  BALANCE        0.00
                   000000000000
                   BAL AFTER        180001.81                  -11968.34
T:00606      /B:001                  00.00                     -171.92


     INQ 1357
```

Identifier ▇ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 20 of 48

```
HISTORY FOR ACCOUNT     ▇ 7516                          PAGE     17
                                                        DATE 02/06/12


        --------- MAIL --------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT          PAID          PAID          PAID
------ ---  ------ ---------------  -------------  -------------  -------------
121510 SRA 110110      -3006.18           .00         .00          .00
   LC DATE  121410  BAL AFTER       180001.81                 -11968.34
T:00606     E/B:001                    00.00                   -171.92
121510 FB  110110        12.50 171 SPEEDPAY FEE
   REF NUMBER    SG0VG5AOUM70 DESC
   LC DATE  121410
T:00606     /B:000


121510 FEA 110110        12.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE  121410
T:00606     /B:001
010311 UI  110110          .00           .00         .00          .00
              BAL AFTER       180001.81                 -11968.34
              OPT PREMIUMS          .00 LATE CHARGE PYMT  -85.96*
T:18585     /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88

010311 AA  110110          .00           .00         .00          .00
              BAL AFTER       180001.81                 -11968.34
              OPT PREMIUMS          .00 LATE CHARGE PYMT  -85.96*
T:18585     /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
010311 AA  110110          .00           .00         .00          .00
              BAL AFTER       180001.81                 -11968.34
T:18585     /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88


010311 AA  110110          .00           .00         .00          .00
              BAL AFTER       180001.81                 -11968.34
T:18585     /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
010711 FB  110110        13.00  11 PROP INSPECTION FEE
T:32506     /B:001
011311 R20 110110       552.00           .00         .00       552.00
   REF NUMBER    SG0VNNJS1UM0 DESC
              BAL AFTER       180001.81                 -11416.34
T:28725     I/B:002                    00.00                   -257.88


    INQ 1357
```

Identifier ████ 516      Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 21 of 48

HISTORY FOR ACCOUNT    ████ 7516                          PAGE    18
                                                         DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                    3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
DATE  CDE  DATE     AMOUNT         PAID           PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
012111 UI  120110          .00           .00           .00           .00
  REF NUMBER    000000000000 DESC
                  BAL AFTER       180001.81               -11416.34
                  OPT PREMIUMS        .00 LATE CHARGE PYMT   -85.96*
T:00606    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -343.84
012111 GRU 000000 000000 GRACE UNAP AMT:    .00
012111 AP  120110       3495.78       744.22       975.01      1776.55
                  BAL AFTER       179257.59                -9639.79
T:00606    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -343.84
012111 FB  120110           7.50 171 SPEEDPAY FEE
  REF NUMBER    SG0VPR3LU020 DESC
T:00606    /B:000
012111 FEA 120110           7.50 171 SPEEDPAY FEE
                  000000000000
T:00606    /B:001
020811 FB  120110          11.25  11 PROP INSPECTION FEE
T:32506    /B:001

022511 UI  010111          .00           .00           .00           .00
  REF NUMBER    000000000000 DESC
                  BAL AFTER       179257.59                -9639.79
                  OPT PREMIUMS        .00 LATE CHARGE PYMT   -85.96*
T:00606    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
022511 GRU 000000 000000 GRACE UNAP AMT:    .00
022511 AP  010111       3495.78       748.25       970.98      1776.55
  LC DATE  022411  BAL AFTER       178509.34                -7863.24
T:00606    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
030911 E90 010111      -2683.86  PAYEE = 0038.00000        .00     -2683.86
                  BAL AFTER       178509.34               -10547.10
T:32687    /B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
031811 AA  010111          .00           .00           .00           .00
                  BAL AFTER       178509.34               -10547.10
T:21315    /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80
031811 AA  010111          .00           .00           .00           .00
                  BAL AFTER       178509.34               -10547.10
T:21315    /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -429.80


     INQ 1357

Identifier ▢7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 22 of 48

```
HISTORY FOR ACCOUNT      ▢7516                          PAGE      19
                                                        DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                     3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

--------------------------------------------------------------------------------
 POST   TRN  DUE   TRANSACTION     PRINCIPAL      INTEREST        ESCROW
 DATE   CDE  DATE    AMOUNT          PAID           PAID           PAID
------  ---  ------ ---------------- ------------- ------------- --------------
032211 LCW 010111 T:23074 CD01 DELCNS   UNC LCBAL  -343.84 LCDT 03/11-00/00
032211 UI  010111           .00          .00           .00           .00
                  BAL AFTER        178509.34                    -10547.10
                  OPT PREMIUMS                .00  LATE CHARGE PYMT   85.96*
T:23074    /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -343.84
032211 AA  010111           .00          .00           .00           .00
                  BAL AFTER        178509.34                    -10547.10
                  OPT PREMIUMS                .00  LATE CHARGE PYMT   85.96*
T:23074    /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -343.84
032311 UI  020111           .00          .00           .00           .00
  REF NUMBER     000000000000 DESC
                  BAL AFTER        178509.34                    -10547.10
                  OPT PREMIUMS                .00  LATE CHARGE PYMT  -85.96*
T:00606    E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80
032311 GRU 000000 000000 GRACE UNAP AMT:       .00
032311 AP  020111      3495.78        752.30        966.93       1776.55
  LC DATE  032211  BAL AFTER        177757.04                    -8770.55
T:00606    E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80
032311 UI  030111           .00          .00           .00           .00
  REF NUMBER     000000000000 DESC
                  BAL AFTER        177757.04                    -8770.55
                  OPT PREMIUMS                .00  LATE CHARGE PYMT  429.80*
T:00606    E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00
032311 GRU 000000 000000 GRACE UNAP AMT:       .00
032311 AP  030111      3925.58        756.38        962.85       1776.55
  LC DATE  032211  BAL AFTER        177000.66                    -6994.00
                  OPT PREMIUMS                .00  LATE CHARGE PYMT  429.80
T:00606    E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL      00.00
032311 FWA 030111        34.93  40 EXPENSE ADVANCES
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606    /B:001
032311 FWA 030111        31.00  40 EXPENSE ADVANCES
                  000000000000
  LC DATE  032211
T:00606    /B:001



    INQ 1357
```

Identifier [REDACTED] 7516      Doc Type:CORR

12-12020-mg     Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 23 of 48

HISTORY FOR ACCOUNT [REDACTED] 7516          PAGE     20
                                                               DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------------

| POST<br>DATE | TRN<br>CDE | DUE<br>DATE | TRANSACTION<br>AMOUNT | PRINCIPAL<br>PAID | INTEREST<br>PAID | ESCROW<br>PAID |
|------|------|------|------|------|------|------|
| ------ | --- | ------ | ---------------- | -------------- | -------------- | ------------- |

```
032311 FWA 030111        480.00  40 EXPENSE ADVANCES                .
  REF NUMBER    000000000000 DESC
  LC DATE   032211
T:00606      /B:001
032311 FWA 030111         51.03  40 EXPENSE ADVANCES
                 000000000000
  LC DATE   032211
T:00606      /B:001

032311 FWA 030111        146.55  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE   032211
T:00606      /B:001
032311 FWA 030111        350.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE   032211
T:00606      /B:001

032311 FWA 030111         11.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE   032211
T:00606      /B:001
032311 FWA 030111        120.00  40 EXPENSE ADVANCES
                 000000000000
  LC DATE   032211
T:00606      /B:001

032311 FWA 030111         83.00 164 CORP ADV 3 DRM
  REF NUMBER    000000000000 DESC
  LC DATE   032211
T:00606      /B:001
032311 FWA 030111         83.00 164 CORP ADV 3 DRM
                 000000000000
  LC DATE   032211
T:00606      /B:001


     INQ 1357
```

Identifier ▆▆▆▆ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 24 of 48

```
HISTORY FOR ACCOUNT      ▆▆▆ 7516                          PAGE    21
                                                          DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION      PRINCIPAL     INTEREST        ESCROW
DATE   CDE  DATE    AMOUNT            PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
032311 FWA 030111         83.00 164 CORP ADV 3 DRM
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111         11.25  11 PROP INSPECTION FEE
                000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111         11.25  11 PROP INSPECTION FEE
                000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111         13.00  11 PROP INSPECTION FEE
                000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111         25.00   3 NSF FEE
                000000000000
  LC DATE  032211
T:00606      /B:001


    INQ 1357
```

Identifier ■■■■7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 25 of 48

HISTORY FOR ACCOUNT    ■■■7516                              PAGE    22
                                                           DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO    CA 94114-2802

--------------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION      PRINCIPAL      INTEREST      ESCROW
DATE  CDE  DATE      AMOUNT          PAID            PAID         PAID
------ --- ------ --------------- ------------- -------------- -------------
032511 FB  030111        11.25  11 PROP INSPECTION FEE
T:32506        /B:001
041511 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER     000000000000 DESC
041511 AP  040111       3495.78       760.48        958.75       1776.55
   LC DATE  041411  BAL AFTER       176240.18                   -5217.45
T:00607     E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    00.00


041511 FWA 040111        11.25  11 PROP INSPECTION FEE
   REF NUMBER     000000000000 DESC
   LC DATE  041411
T:00607        /B:001
041511 FB  040111         7.50 171 SPEEDPAY FEE
             SG10ER14304O
   LC DATE  041411
T:00607        /B:000

041511 FEA 040111         7.50 171 SPEEDPAY FEE
   REF NUMBER     000000000000 DESC
   LC DATE  041411
T:00607        /B:001
051611 GRU 000000 000000 GRACE UNAP AMT:        .00
             000000000000
051611 AP  050111       2675.87       764.60        954.63        956.64
   LC DATE  051411  BAL AFTER       175475.58                   -4260.81
T:00607     E/B:001                   00.00                        00.00
051611 FB  050111         7.50 171 SPEEDPAY FEE
   REF NUMBER     SG10MKHGMBR8 DESC
   LC DATE  051411
T:00607        /B:000
051611 FEA 050111         7.50 171 SPEEDPAY FEE
             000000000000
   LC DATE  051411
T:00607        /B:001


    INQ 1357

Identifier ▮▮ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 26 of 48

```
HISTORY FOR ACCOUNT    ▮7516                          PAGE    23
                                                      DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION      PRINCIPAL     INTEREST     ESCROW
DATE  CDE  DATE     AMOUNT           PAID          PAID        PAID
------ --- ------ --------------- ------------- ------------- --------------
061611 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    000000000000 DESC
061611 AP  060111      2675.87      768.74        950.49       956.64
   LC DATE 061511  BAL AFTER      174706.84                  -3304.17
T:00607     E/B:001                 00.00                      00.00
061611 FB  060111           7.50 171 SPEEDPAY FEE
                SG10UDT2KA48
   LC DATE 061511
T:00607     /B:000
061611 FEA 060111           7.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE 061511
T:00607     /B:001
071611 GRU 000000 000000 GRACE UNAP AMT:        .00
                000000000000
071611 AP  070111      2675.87      772.90        946.33       956.64
   LC DATE 071511  BAL AFTER      173933.94                  -2347.53
T:00607     E/B:001                 00.00                      00.00
071611 FB  070111           7.50 171 SPEEDPAY FEE
   LC DATE 071511
T:00607     /B:000
071611 FEA 070111           7.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE 071511
T:00607     /B:001


082911 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    000000000000 DESC
082911 AP  080111      2761.83      777.09        942.14       956.64
   LC DATE 082711  BAL AFTER      173156.85                  -1390.89
                OPT PREMIUMS        .00 LATE CHARGE PYMT      85.96
T:00607     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
082911 FB  080111           7.50 171 SPEEDPAY FEE
                SG11H1BPUMIG
   LC DATE 082711
T:00607     /B:000

      INQ 1357
```

Identifier    7516      Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 27 of 48

```
HISTORY FOR ACCOUNT      7516                          PAGE     24
                                                       DATE 02/06/12


         --------- MAIL -------------------- --------- PROPERTY ----------------


         JAMES P. KENNEDY


         700 E SONORA RD                      3825 21ST STREET


         PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST        ESCROW
DATE  CDE  DATE    AMOUNT         PAID           PAID           PAID
----- ---  ------ --------------- ------------- ------------- -------------
082911 FEA 080111        7.50 171 SPEEDPAY FEE
  REF NUMBER     000000000000 DESC
  LC DATE  082711
T:00607     /B:001
093011 GRU 000000 000000 GRACE UNAP AMT:        .00
                000000000000
093011 AP  090111       2761.83       781.30        937.93        956.64
                BAL AFTER        172375.55                       -434.25
                OPT PREMIUMS             .00  LATE CHARGE PYMT     85.96
T:00607     E/B:001                00.00                          00.00
093011 FB  090111        7.50 171 SPEEDPAY FEE
  REF NUMBER     SG11P83CLUH0 DESC
T:00607     /B:000
093011 FEA 090111        7.50 171 SPEEDPAY FEE
  REF NUMBER     000000000000 DESC
T:00607     /B:001
110111 UI  100111         .00           .00           .00           .00
  REF NUMBER     000000000000 DESC
                BAL AFTER        172375.55                       -434.25
                OPT PREMIUMS             .00  LATE CHARGE PYMT    -85.96*
T:00607     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
110111 GRU 000000 000000 GRACE UNAP AMT:        .00
110111 AP  100111       2675.87       785.53        933.70        956.64
  LC DATE  103111  BAL AFTER       171590.02                      522.39
T:00607     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
110111 FB  100111        7.50 171 SPEEDPAY FEE
  REF NUMBER     SG1214AESKI8 DESC
  LC DATE  103111
T:00607     /B:000

110111 FEA 100111        7.50 171 SPEEDPAY FEE
  REF NUMBER     000000000000 DESC
  LC DATE  103111
T:00607     /B:001
110911 E90 100111    -2722.43  PAYEE = 0038.00000       .00     -2722.43
                BAL AFTER        171590.02                      -2200.04
T:32687     /B:001                00.00                          -85.96


    INQ 1357
```

Identifier [redacted] 7516   Doc Type:CORR

12-12020-mg   Doc 10337-7   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit F   Pg 28 of 48

```
HISTORY FOR ACCOUNT    [redacted] 7516                      PAGE     25
                                                           DATE 02/06/12


         --------- MAIL -------------------- --------- PROPERTY ----------------


         JAMES P. KENNEDY


         700 E SONORA RD                     3825 21ST STREET


         PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT         PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
111611 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER    SG124SFJ5EE7 DESC
111611 AP  110111    2675.87      789.78       929.45        956.64
  LC DATE 111511  BAL AFTER       170800.24                  -1243.40
T:00602    E/B:001                00.00                      -85.96
111611 UI  110111        .00        .00          .00          .00
               SG124SFJ5EE7
               BAL AFTER          170800.24                  -1243.40
               OPT PREMIUMS           .00 LATE CHARGE PYMT    85.96*
T:00602    E/B:001                00.00                      00.00
111611 SRA 110111      85.96        .00          .00          .00
  LC DATE 111511  BAL AFTER       170800.24                  -1243.40
               OPT PREMIUMS           .00 LATE CHARGE PYMT    85.96
T:00602    E/B:001                00.00                      00.00
121611 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER    SG12CDSDLKG3 DESC
121611 AP  120111    2675.87      794.06       925.17        956.64
  LC DATE 121511  BAL AFTER       170006.18                  -286.76
T:00602    E/B:001                00.00                      00.00
123011 EI  120111        .26        .00          .00          .26
               BAL AFTER          170006.18                  -286.50
T:32046    /B:001                 00.00                      00.00
013012 UI  010112        .00        .00          .00          .00
  REF NUMBER    SG12O3NM8V1B DESC
               BAL AFTER          170006.18                  -286.50
               OPT PREMIUMS           .00 LATE CHARGE PYMT    -85.96*
T:00602    E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL -85.96


013012 GRU 000000 000000 GRACE UNAP AMT:      .00
013012 AP  010112    2675.87      798.36       920.87        956.64
               BAL AFTER          169207.82                  670.14
T:00602    E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL -85.96
013012 UI  010112        .00        .00          .00          .00
  REF NUMBER    SG12O3NM8V1B DESC
               BAL AFTER          169207.82                  670.14
               OPT PREMIUMS           .00 LATE CHARGE PYMT    85.96*
T:00602    E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL 00.00


     INQ 1357
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 29 of 48

HISTORY FOR ACCOUNT [REDACTED] 7516                          PAGE    26
                                                            DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                        3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
POST    TRN  DUE      TRANSACTION    PRINCIPAL      INTEREST        ESCROW
DATE    CDE  DATE      AMOUNT          PAID           PAID           PAID
------  ---  ------  --------------- ------------- -------------- --------------
013012 SRA 010112           85.96           .00            .00           .00
                    BAL AFTER       169207.82                        670.14
                    OPT PREMIUMS          .00 LATE CHARGE PYMT     85.96
T:00602        E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL     00.00



END OF HISTORY

      INQ 1357

Identifier [    ] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 30 of 48

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

Name:   James P. Kennedy

Account Number: [    ]516

Home Phone #: (760)969-3789

**PROPERTY ADDRESS**

3826 21ST STREET
SAN FRANCISCO   CA 94114

### GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA 92264-8436

| For information about your existing account, please call: 1-800-766-4622. |
| --- |
| For information about refinancing or obtaining a new loan, please call: 1-866-690-8322 |

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side

### Account Information

| | |
| --- | --- |
| Account Number | [    ]7516 |
| Statement Date | November 01, 2011 |
| Maturity Date | October 01, 2023 |
| Interest Rate | 6.50000 |
| Interest Paid Year-to-Date | $10,499.74 |
| Taxes Paid Year-to-Date | $2,683.86 |
| Escrow Balance | $522.39 |
| Principal Balance(PB)* | $171,590.02 |

### Details of Amount Due/Paid

| | |
| --- | --- |
| Principal and Interest | $1,719.23 |
| Subsidy/Buydown | $0.00 |
| Escrow | $956.64 |
| Amount Past Due | $2,675.87 |
| Outstanding Late Charges | $85.96 |
| Other | $0.00 |
| Total Amount Due | $5,437.70 |
| Account Due Date | November 01, 2011 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PD SPEEDPAY FEE | 10/01/11 | 11/01/11 | $7.50 | | | | | | $7.50 |
| SPEEDPAY FEE | 10/01/11 | 11/01/11 | $7.50 | | | | | | $7.50 |
| Payment | 10/01/11 | 11/01/11 | $2,675.87 | $785.53 | $933.70 | $956.64 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up automation and other payment options.

### Important News

Considering a refinance or the purchase of a new home? We're here to help - call a loan specialist today at 877-528-3817 to review all of the financing options available to you.

Could your money be earning more? Check out the award-winning Ally Bank Online Savings account with rates among the most competitive in the country. Visit allybank.com or call 877-247-2559. Member FDIC.

See Reverse Side For Important Information And State Specific Disclosures

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date | |
| --- | --- | --- | --- | --- | --- |
| [    ]516 | 11/01/11 | $2,675.87 | $5,437.70 | $2,761.83 | GMAC Mortgage |
| JAMES P. KENNEDY | | | | | |

Please assist GMAC Mortgage in applying your payment

| | |
| --- | --- |
| Full Payment(s) | $_____ |
| ADDITIONAL Principal | $_____ |
| ADDITIONAL Escrow | $_____ |
| Late Charge | $_____ |
| Other Fees (please specify) | $_____ |
| Total Amount Enclosed | $_____ |

Sign here to enroll in monthly ACH.
(See back for details)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

02   1111   [    ]7516   00267587   08596   22222   0

Identifier ▓▓▓▓516     Doc Type: CORR

12-12020-mg     Doc 10337-7     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit F     Pg 31 of 48

## Refinancing or Purchasing a New Home

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service.

**To Apply Online**
www.gmacmortgage.com

**To Apply by Phone**
1-866-690-8322

## Convenient Payment Options

### Automatic Payment Plan

By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.

Enrolling in GMAC Mortgage's Automatic Payment Plan is quick and easy. First, have your bank routing number and bank account number available and then call us at 1-800-766-4622.

- Listen for the prompts to access your mortgage account information
- Enter your mortgage Account Number and Social Security Number
- Follow the prompts.
  You can complete your enrollment , make changes to your existing Automatic Payment Plan information or request that an Automatic Payment Plan enrollment form be mailed directly to your home.

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

**If you use a third party bill payer service or if you do not have your mortgage payment coupon** send to:  GMAC Mortgage, Attn: Payment Processing
PO Box 79135, Phoenix, AZ 85062-9135

**For Express Mail Only** send to:  GMAC Mortgage, 6716 Grade Lane,
Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.
Special Number for the Hearing Impaired: 1-866-684-8439

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | PO Box 4025 | Attn: Tax Dept | Attn: Tax Dept |
| P.O. Box 4622 | Coraopolis, PA 15108-6942 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-4622 | 1-800-256-9962 | FT. Worth, TX 76161-0219 | FT. Worth, TX 76161-0241 |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under 'Add'l Products' will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC** - Contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.



### STATE LICENSING DISCLOSURES

NMLS Unique Identifier # 1035; Alaska Mortgage Broker/Lender License #AK1045; Arizona Mortgage Banker License # BK-0908590; licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party: Tom West. To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee # 5841; Illinois Residential Mortgage Licensee # MB 6760182 by the Illinois Department of Financial and Professional Regulation—Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1045; Minnesota: This is not an offer to enter into an agreement. Any such offer may be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender License # 1045; licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property, License # 610; GMAC Mortgage, LLC 10175 Double R Blvd, Suite 123, Reno, NV 89521, (775) 853-2602; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker—NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501453.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850031.000; Oregon Mortgage Lending License # ML-1160; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; Licensed by the Virginia State Corporation Commission License # MC-2453; Washington Consumer Loan Company License # CL-1045; GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech), 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000). Equal Housing Lender.

Identifier [redacted] 7516          Doc Type: CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 32 of 48

## GMAC Mortgage Account Statement

### CUSTOMER INFORMATION

Name:          James P. Kennedy

Account Number:          [redacted]7516
Home Phone #:          (760)969-3789

### PROPERTY ADDRESS

3826 21ST STREET
SAN FRANCISCO    CA 94114

## GMAC Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA  92264-8436

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information   Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side

### Account Information

| | |
|---|---|
| Account Number | [redacted]7516 |
| Statement Date | December 16, 2011 |
| Maturity Date | October 01, 2023 |
| Interest Rate | 6.50000 |
| Interest Paid Year-to-Date | $12,354.36 |
| Taxes Paid Year-to-Date | $5,406.29 |
| Escrow Balance | $286.76- |
| Principal Balance(PB)* | $170,006.18 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,719.23 |
| Subsidy/Buydown | $0.00 |
| Escrow | $956.64 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,675.87 |
| Account Due Date | January 01, 2012 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:      1-800-256-9962
For Payment Arrangements call:  1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/01/11 | 12/16/11 | $2,675.87 | $794.06 | $925.17 | $956.64 | | | |
| Receipt | 11/01/11 | 11/16/11 | $85.96 | | | | | $85.96 | |
| Payment | 11/01/11 | 11/16/11 | $2,675.87 | $789.78 | $929.45 | $956.64 | | | |
| County Tax Paid | 10/01/11 | 11/09/11 | $2,722.43 | | | $2,722.43 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up automation and other payment options.

### Important News

Happy Holidays!   Your Annual Loan Statement (Form 1098) information will be mailed with your
mortgage account statement in January to the address above.  In addition, you can obtain
year-end tax information at www.gmacmortgage.com as early as 1/5/2012.  Our office hours for
customer service and payment processing on Saturday, 12/31/2011 will be 9:00AM - 5:00PM CT.
Payments received after 5:00PM CT on 12/31 will be posted in 2012 for tax purposes.

See Reverse Side For Important Information And State Specific Disclosures

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| [redacted]7516 JAMES P. KENNEDY | 01/01/12 | $2,675.87 | $2,675.87 | $2,761.83 | GMAC Mortgage |

Please assist GMAC Mortgage
in applying your payment

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

02   0112   [redacted]7516   00267587   08596   22222   9

Identifier: [redacted]7516    Doc Type: CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 33 of 48

## Refinancing or Purchasing a New Home

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service.

**To Apply Online**
www.gmacmortgage.com

**To Apply by Phone**
1-866-690-8322

## Convenient Payment Options

### Automatic Payment Plan

By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.

Enrolling in GMAC Mortgage's Automatic Payment Plan is quick and easy. First, have your bank routing number and bank account number available and then call us at 1-800-766-4622.

- Listen for the prompts to access your mortgage account information

- Enter your mortgage Account Number and Social Security Number

- Follow the prompts.
  You can complete your enrollment, make changes to your existing Automatic Payment Plan information or request that an Automatic Payment Plan enrollment form be mailed directly to your home.

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

**If you use a third party bill payer service or if you
do not have your mortgage payment coupon** send to:    GMAC Mortgage, Attn: Payment Processing
PO Box 79135, Phoenix, AZ 85062-9135

**For Express Mail Only** send to:    GMAC Mortgage, 6716 Grade Lane,
Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.

Special Number for the Hearing Impaired: 1-866-684-8439

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | PO. Box 4025 | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 4622 | Coraopolis, PA 15108-6942 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-4622 | 1-800-256-9962 | FT. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC** - Contact the FDIC at 1-877.ASK.FDIC (1.877.275.3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York State Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.



### STATE LICENSING DISCLOSURES

NMLS Unique Identifier # 1045; Alaska Mortgage Broker/Lender Licensee #AK1045; Arizona Mortgage Banker License # BK-0908590; licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party-Tom West. To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee # 5845; Illinois Residential Mortgage Licensee # MB.6760182 by the Illinois Department of Financial and Professional Regulation—Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1045; Minnesota: This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender License # 1045; Licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property; License # 610; GMAC Mortgage, LLC 10775 Double R Blvd, Suite 123, Reno, NV 89521, (775) 851-4622; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker—NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501451.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850031.000; Oregon Mortgage Lending License # ML 160. Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; Licensed by the Virginia State Corporation Commission License # MC-4473; Washington Consumer Loan Company License # CL-1045. GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech). 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000). Equal Housing Lender.

Identifier    7516      Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 34 of 48

Re:          James Kennedy
Loan Number:      7516

**Certified**

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA 92264
760-969-3769

**Date:**

Customer Care

**JAN 2 3 2012**

Waterloo

January 19, 2012

Via Certified Mail
Return Receipt Requested

GMAC Mortgage
Attn: Customer Care
PO Box 1330
Waterloo, IA 50704-1330

Re:              James Kennedy
Loan Number:        7516
Property Address:   3825 21st Street, San Francisco, CA 94114

Dear Sir or Madam:

I am writing to you to request specific itemized information about the accounting and servicing of my mortgage and of my need for understanding and clarification of various charges, credits, debits, transactions, actions, payments, analyses and records related to the servicing of my loan from its inception to the present date. This letter is a qualified written request ("QWR") pursuant to the Real Estate Settlement and Procedures Act ("RESPA"), 12 U.S.C. §2605(e).

I am disputing the validity of the current debt you claim that I owe including all late fees, charges, inspection fees, property appraisal charges, force placed insurance charges, property tax charges, legal fees and corporate advances charged to this account. I believe my account is in error for the following reasons:

- Payment amounts not applied as instructed; loan has not been properly credited, debited, adjusted, amortized and charged correctly;
- Charges made to this account for property tax payments made by GMAC on behalf of borrower (e.g. April 2008 tax payment) and related charges and fees when taxes had already been paid months prior;
- Force placed insurance charges, late fees, escrow charges, legal fees and other possible costs charged to my account.

To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of my mortgage loan from its inception until the present date. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agencies until you respond to my "requests."

Identifier ▓▓ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 36 of 48

Re:           James Kennedy
Loan Number:  ▓▓ 7516

I also request that you conduct your own investigation and audit of my account since its inception to "validate" the debt you claim I owe you is accurate to the penny.

In order to conduct this examination and audit, I need to have full and immediate disclosure including copies of all pertinent information regarding my loan.   The documents requested and answers to questions are needed to insure:

- That my loan has properly been credited, debited, adjusted, amortized and charged correctly;

- That interest and principal have been properly calculated and applied to my loan;

- That my principal balance has been properly calculated and accounted for;

- That no charges, fees or expenses, not obligated by me in any agreement, have been charged or assessed to or collected on my account;

In order to validate my debt and audit my account, I need copies of pertinent documents to be provided and answers in writing to various servicing questions to be sent to me. For each record kept on computer or in any other electronic file or format, please provide a paper copy of "all" information in each field or record in each computer system, program or database used by you that contains any information on my account.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible.  Please provide me copies of:

1. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel's CPI system, any system by Alltel or any other similar mortgage servicing software used by you, any servicers, or sub-servicer of my mortgage account from the inception of my loan to the date written above.

2. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review my mortgage account may properly conduct their work.

3. All purchase and sale of mortgage agreements, sale or transfer of servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

4. All prospectus' related to the sale or transfer of my note, deed of trust, mortgage and servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage

Identifier: [REDACTED]7516    Doc Type:CORR

Identifier [redacted] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 38 of 48

Re:        James Kennedy
Loan Number:    [redacted] 7516

broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

5. All assignments, transfers, alonges, or other document evidencing a transfer, sale or assignment of my mortgage, deed of trust, promissory note or other document that secures payment by me to my obligation in this account from the inception of my loan to the present date.

6. All deeds in lieu, modifications to my mortgage, promissory note or deed of trust from the inception of my loan to the present date.

7. All escrow analyses conducted on my account from the inception of my loan until the date of this letter;

8. All letters, statements and documents sent to me by your company;

9. All letters, statements and documents sent to me by agents, attorneys or representatives of your company;

10. All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your loan file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicer, servicer, attorney or other representative of your company.

11. All letters, statements and documents contained in my loan file or imaged by you, any servicer or sub-servicers of my mortgage from the inception of my loan to present date.

12. All electronic transfers, assignments, sales of my note, mortgage, deed of trust or other security instrument.

13. All copies of property inspection reports, appraisals, BPOs and reports done on my property.

14. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

15. All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

16. All agreements, contracts and understandings with vendors that have been paid for any charge on my account from the inception of my loan to the present date.

17. All loan servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, loan histories,

Identifier ███ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 40 of 48

Re:          James Kennedy
Loan Number:     ███ 7516

accounting records, ledgers, and documents that relate to the accounting of my loan from the inception of my loan until present date?

18. All loan servicing "transaction" records, ledgers, registers and similar items detailing how my loan has been serviced from the from the inception of my loan until present date.

19. Front copies of all payment coupons received form me from 2007 thru the date of your response to this letter.

Further, in order to conduct the audit and review of my account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of my mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## LOAN ACCOUNTING & SERVICING SYSTEMS

1) Please identify for me each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date?

2) For each loan accounting and servicing system identified by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the name and address of the company or party that designed and sold the system?

3) For each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the complete transaction code list for each system.

## DEBITS & CREDITS

1) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every credit on my account and the date such credit was posted to my account as well as the date any credit was received.

2) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every debit on my account and the date such credit was posted to my account as well as the date any debit was received.

3) For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

4) For each transaction code, please provide us with the master transaction code list used by you or previous servicers.

Identifier ████ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 41 of 48

Re:           James Kennedy
Loan Number:       ████7516

## ATTORNEY FEES

For purposes of my questions below dealing with attorney fees, please consider the terms "attorney fees" and "legal fees" to be one in the same.

1) Have attorney fees ever been assessed to my account from the inception of my loan to the present date?

2) If yes, please detail each separate assessment of attorney fees to my account from the inception of my loan to the present date and the date of such assessment to my account?

3) Have attorney fees ever been charged to my account from the inception of my loan to the present date?

4) If yes, please detail each separate charge of attorney fees to my account from the inception of my loan to the present date and the date of such charge to my account?

5) Have attorney fees ever been collected from my account from the inception of my loan to the present date?

6) If yes, please detail each separate collection of attorney fees from my account from the inception of my loan to the present date and the date of such collection from my account?

7) Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to my account from the inception of my loan to the present date?

8) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of attorney fees?

9) Please detail and list for me in writing each separate attorney fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

10) Please detail and list for me in writing each separate attorney fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

11) Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

12) Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

Identifier ███ 7516      Doc Type: CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 42 of 48

Re:            James Kennedy
Loan Number:   ███ 7516

13) Has interest been charged on any attorney fee assessed or charged to my account? Yes or No?

14) Is interest allowed to be assessed or charged on attorney fees charged or assessed to my account? Yes or No?

15) How much in total attorney fees have been assessed to my account from the inception of my loan until present date? $_____

16) How much in total attorney fees have been collected on my account from the inception of my loan until present date? $_____

SUSPENSE/UNAPPLIED ACCOUNTS

For purposes of this section, please treat the term "suspense account" and "unapplied account" as one in the same.

1) Has there been any suspense or unapplied account transactions on my account from the inception of my loan until present date?

2) If yes, why? If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3) In a spreadsheet or in letterform in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every transaction, both debits and credits that has occurred on my account from the inception of my loan until present date.

4) All documentation used to substantiate that property taxes had not been paid by borrower since the date of closing.

LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms "late fees" and "late charges" to be one in the same.

1) Have you reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

2) Has any previous servicer or sub-servicer of my mortgage reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

3) Do you consider the payment of late fees as liquidated damages to you for not receiving my payment on time? Yes or No?

4) Are late fees considered interest? Yes or No?

Re:    James Kennedy
Loan Number:    [REDACTED]7516

5) Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6) Were any of these expenses or damages charged or assessed to my account in any other way? Yes or No?

7) If yes, please describe what expenses or charges were charged or assessed to my account?

8) Please describe for me in writing what expenses you or others undertook due to any payment I made which was late?

9) Please describe for me in writing what damages you or others undertook due to any payment I made which was late?

10) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

11) Please detail and list for me in writing each separate late fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

12) Please detail and list for me in writing each separate late fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

13) Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

14) Please detail and list for me in writing any adjustments in late fees collected and on what date such adjustment was made and the reasons for such adjustment.

15) Has interest been charged on any late fee assessed or charged to my account? Yes or No?

16) Is interest allowed to be assessed or charged on late fees charged or assessed to my account? Yes or No?

17) Have any late charges been assessed to my account? Yes or No?

18) If yes, how much in total late charges have been assessed to my account from the inception of my loan until present date? $_____

19) Please provide me with the exact months or payment dates you or other previous servicers of my account claim I have been late with a payment from the inception of my loan to the present date.

Identifier ███7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 45 of 48

Re:           James Kennedy
Loan Number:     ███7516

20) Have late charges been collected on my account from the inception of my loan until present date? Yes or No?

21) If yes, how much in total late charges have been collected on my account from the inception of my loan until present date? $_____

PROPERTY INSPECTIONS

For purposes of this section "property inspection" and "inspection fee" refer to any inspection of my property by any source and any related fee or expense charged for such inspection.

1) Have any property inspections been conducted on my property from the inception of my loan until the present date?

2) If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

3) If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for my mortgage, deed or note?

4) Please tell me the price charged for each property inspection?

5) Please tell me the date of each property inspection?

6) Please tell me the name and address of each company and person who conducted each property inspection on my property?

7) Please tell me why property inspections were conducted on my property?

8) Please tell me how property inspections are beneficial to me.

9) Please tell me how property inspections are protective of my property?

10) Please explain to me your policy on property inspections.

11) Do you consider the payment of inspection fees as a cost of collection? Yes or No?

12) If yes, why?

13) Do you use property inspections to collect debts? Yes or No?

14) Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

15) If yes, please answer when and why?

Identifier ███ 7516        Doc Type:CORR

Identifier ████ 7516          Doc Type: CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 47 of 48

Re:          James Kennedy
Loan Number:    ████ 7516

16) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of property inspection fees?

17) Have you labeled in any record or document sent to me a property inspection as a misc. advance? Yes or No?

18) If yes, why?

19) Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

20) If yes, why?

21) Please detail and list for me in writing each separate inspection fee assessed to my account and for which corresponding payment period or month such fee was assessed from the inception of my loan to present date.

22) Please detail and list for me in writing each separate inspection fee collected from my account and for which corresponding payment period or month such fee was collected from the inception of my loan to present date.

23) Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

24) Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

25) Has interest been charged on any inspection fees assessed or charged to my account? Yes or No?

26) If yes, when and how much was charged?

27) Is interest allowed to be assessed or charged on inspection fees charged or assessed to my account? Yes or No?

28) How much in total inspection fees have been assessed to my account from the inception of my loan until present date? $_____

29) How much in total inspection fee have been collected on my account from the inception of my loan until present date? $_____


BPO FEES


1) Have any BPOs [Broker's Price Opinions] been conducted on my property?

Identifier ███ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-7    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit F    Pg 48 of 48

Re:          James Kennedy
Loan Number: ███ 7516

2) If yes, please tell me the date of each BPO conducted on my property that is the secured interest for my mortgage, deed or note?

3) Please tell me the price of each BPO?

4) Please tell me who conducted each BPO?

5) Please tell me why BPOs were conducted on my property

6) Please tell me how BPOs are beneficial to me.

7) Please tell me how BPOs are protective of my property.

8) Please explain to me your policy on BPOs.

9) Have any BPO fees been assessed to my account?  Yes or No?

10) If yes, how much in total BPO fees have been assessed to my account?  $_____

11) Have any BPO fees been charged to my account?  Yes or No?

12) If yes, how much in total BPO fees have been charged to my account?  $_____

13) Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame.  Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Sincerely,

*[signature]*

James P. Kennedy