## Exhibit G

Identifier ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 2 of 121

June 5, 2012

James P Kennedy
700 E Sonora Rd
Palm Springs CA  92264-8436

RE:    Account Number        ███ 7516
       Property Address      3825 21st Street
                             San Francisco CA  94114-2802

Dear James P Kennedy:

This letter is in response to your correspondence dated May 14, 2012, received on
May 18, 2012 and identified as a Qualified Written Request ("QWR").

Our previous response(s) dated February 6, 2012 provided you with the information
relating to the servicing of your account, as the law, specifically the Real Estate
Settlement Practices Act ("RESPA"), requires. A copy of our response(s) is/are enclosed.
As no new information has been submitted in your most recent correspondence, we trust
that we have resolved your concerns.

If specific concerns exist related to the servicing of the above-referenced account, those
concerns may be sent in writing to:

                    GMAC Mortgage
                    Attn:  Correspondence Department
                    PO Box 4622
                    Waterloo IA  50704

The following responses are in the same order as your inquiry.

1) Our records indicate, on June 19, 2008, correspondence was mailed to advising of
   delinquent taxes on your property; this correspondence requested proof of the
   remittance of the delinquent taxes. On October 4, 2008, we receive the electronic
   file from the Wichita County Tax Collector and disbursed the 2008 delinquent
   taxes of $2,939.80, including the penalty of $461.52.

Identifier ███ ᵖ516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 3 of 121

June 5, 2012
Account Number ███ 7516
Page Two

2) Our records indicate, on June 19, 2008, correspondence was mailed to advising of delinquent taxes on your property; this correspondence requested proof of the remittance of the delinquent taxes. On October 4, 2008, we receive the electronic file from the San Francisco County County Tax Collector and disbursed the 2008 delinquent taxes of $2,939.80, including the penalty of $461.52. To discuss how the penalty was calculated, please contact the San Francisco County Collector at 415-554-4400.

3) and 4) Unfortunately, we did not receive your proof of payment for the delinquent taxes disbursed prior to October 4, 2008.

When the delinquent taxes were disbursed, your account was not updated as escrowed for taxes. However, as your account reflected the negative escrow balance, the escrow funds of $200.60 were added to your payment, effective December 1, 2008. As we maintain the lien of your property, we need to ensure the delinquent taxes are disbursed; enclosed is a copy of the Mortgage for your review.

4) Please be advised, we did not receive proof of the remittance of the delinquent taxes on August 5, 2008 and November 19, 2008.

5) through 7) According to our records in May 2009, the Wichita County Tax Collector advised a tax refund was not available. However, they applied our payment to the 2008 first installment due on December 10, 2008.

Our records indicate, on June 25, 2009, correspondence was also mailed to you advising of delinquent taxes on your property. As we did not receive of these taxes remitted, on November 20, 2009, we disbursed the 2009 delinquent taxes of $2,926.14. However, your account was not updated as escrowed for taxes.

Additionally, on June 23, 2010 and July 22, 2010, correspondence was also mailed to you advising of delinquent taxes on your property. As we did not receive proof of the remittance of these taxes, on August 16, 2010, we disbursed the delinquent 2009/2010 taxes of $6,152.90 and your account was updated as escrowed for taxes.

Therefore, on August 16, 2010, your escrow account was reanalyzed; this analysis reflected the escrow shortage of $15,962.27 and beginning with the October 1, 2010 payment, your payment was adjusted to $3,495.78.

Identifier 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 4 of 121

June 5, 2012
Account Number       7516
Page Three

8) As we did not receive proof of homeowner's insurance, on August 8, 2008, we
disbursed the lender placed homeowner's insurance premium of $6,391.00. On
October 23, 2008, we receive the lender placed homeowner's insurance refund of
$6,391.00 and these funds were deposited to your escrow account.

Therefore, on October 29, 2008, we reviewed your escrow account and
effective with the December 1, 2008 payment, your payment was adjusted to
$1,919.83. However, as your payments were adjusted to include the negative
escrow balance, your payment was not updated to principal and interest.

9) See the enclosed Mortgage/Deed of Trust. To further discuss the lender placed
homeowner's insurance disbursement, please contact our Insurance Department at
1-800-850-4622.

10) Enclosed is a 2008 payment history for your review; this history reflects the
escrow balance after each transaction.

Workout Plans 2009-2001

1) On December 18, 2009, the repayment plan was approved. As we did not receive
the payment of $4,330.95 by February 2, 2010; this plan was cancelled on
February 16, 2010.

Our records indicate, on February 26, 2010, a new repayment plan was approved;
the enclosed repayment agreement included the following payments due:

| • March 10, 2010 | $2,352.11 |
| • April 10, 2010 | $5,121.89 |
| • May 10, 2010 | $5,121.89 |
| • June 10, 2010 | $5,121.89 |
| • July 10, 2010 | $5,121.89 |
| • August 10, 2010 | $5,121.89 |

Identifier　　　7516　　Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 5 of 121

June 5, 2012
Account Number    7516
Page Four

2) According to the enclosed repayment agreements, your payments were to be
   remitted by certified funds or cashier's check. As check number 103 for
   $4,330.95 received was not one of these payment methods, on February 5, 2010,
   this check was returned to you. Please be advised, a nonsufficient funds fee was
   not assessed for this payment.
3) See response to number two.
4) Please be advised, correspondence was mailed to you advising of payment
   options, including the repayment plan and loan modification.

Our records indicate, on January 11, 2010, we responded to your Validation of Debt
request; a copy of this response will be sent under separate cover. We apologize we did
not receive your prior Qualified Written Requests.

Your account is due for the April 1, 2012 through June 1, 2012 payments of $7,208.69,
including the late fees of $171.92. Please be advised, the breach letter expires
July 9, 2010; therefore, foreclosure may begin after this date.

If you have any further questions, please contact Customer Care at 1-800-766-4622
between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to
1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosures

TN

Identifier: ████7516     Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 6 of 121

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

12/18/09

## FORECLOSURE REPAYMENT AGREEMENT

JAMES P. KENNEDY

700 E SONORA RD
PALM SPRINGS     CA 92264-8436

RE:     Account Number     ████7516
        Property Address     3825 21ST STREET
                             SAN FRANCISCO     CA 94114-2802

JAMES P. KENNEDY ("Customer") and GMAC Mortgage, LLC ("Lender"), in consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the "Agreement"), hereby agree as follows:

1. There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust or equivalent security instrument (the "Mortgage") executed on 09/28/93, in the original principal amount of $272000.00.

2. The account is presently in default for non-payment to Lender of the 08/01/09 installment and all subsequent monthly payments due on the Mortgage for principal, interest, escrows and charges.

3. The amount necessary to cure the default is $25985.74 plus such additional amounts that are presently due under the terms of the loan documents as of 12/18/09, and will increase until the default in the account is brought current.

4. Lender has instituted foreclosure proceedings against the property securing the Mortgage indebtedness, which proceedings will continue until the default(s) described herein is/are brought current under the terms of the Mortgage, or otherwise cured as provided for in this Agreement.

5. Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure activity on the default account, provided we receive the executed Agreement and we receive the initial installment in the amount of $4330.95 no later than MONTHLY. This executed Agreement can be mailed or faxed to us at:

12/18/09
Account Number ███ 7516
Page Two

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702
Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702

Additional methods of remitting payments under this agreement are:
- Money Gram using a Receive Code of 01/02/10
- Western Union using a Code City and State of

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.

Identifier [ ] 7516     Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G     Pg 8 of 121

12/18/09
Account Number [ ] 7516
Page Three

9.  Customer understands and agrees that all other provisions, covenants and agreements set
    forth in the Mortgage shall remain in force and effect during the duration of this Agreement
    and thereafter, and this Agreement shall not constitute a modification or extension of the
    Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this
    Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of
    the existing default, and in no manner shall such acceptance prejudice any rights of Lender
    to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not
    constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the
    One Form of Action Rule), and shall not invalidate the Notice of Default. Customer
    expressly relinquishes and waives any rights, claims and defenses Customer may have under
    any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or
    partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed
    in this agreement, those amounts will need to be paid at the conclusion of this agreement.


**Notice:  This is an attempt to collect a debt, and any information obtained will be used for
that purpose.  If your debt has been discharged in bankruptcy, our rights are being
exercised against the collateral for the above-referenced account, not as a personal
liability.**

If you have any additional questions, please contact us at 800-850-4622, extension .


Loss Mitigation Department
Loan Servicing

Enclosure

Identifier: ▮7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 9 of 121

12/18/09
Account Number ▮7516
Page Four

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOTE:  There is no grace period during this Agreement.  Pursuant to your request and in order
to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____(Seal)          _____
JAMES P. KENNEDY                                Date
Customer


_____               _____
                                               Date
Customer



Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our
concurrence with this agreement.



_____
Servicer


5:15



**SIGN AND RETURN THIS PAGE ONLY**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Identifier ███ 7516          Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 10 of 121

# **GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/26/10

## **FORECLOSURE REPAYMENT AGREEMENT**

JAMES P. KENNEDY

700 E SONORA RD
PALM SPRINGS          CA 92264-8436

RE:     Account Number          ███ 7516
        Property Address        3825 21ST STREET
                                SAN FRANCISCO          CA 94114-2802

JAMES P. KENNEDY  ("Customer") and GMAC Mortgage, LLC ("Lender"), in
consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the
"Agreement"), hereby agree as follows:

1. There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust
   or equivalent security instrument (the "Mortgage") executed on 09/28/93, in the original
   principal amount of $272000.00.

2. The account is presently in default for non-payment to Lender of the 10/01/09 installment
   and all subsequent monthly payments due on the Mortgage for principal, interest,
   escrows and charges.

3. The amount necessary to cure the default is $ plus such additional amounts that are presently
   due under the terms of the loan documents as of  02/26/10, and will increase until the
   default in the account is brought current.

4. Lender has instituted foreclosure proceedings against the property securing the Mortgage
   indebtedness, which proceedings will continue until the default(s) described herein is/are
   brought current under the terms of the Mortgage, or otherwise cured as provided for in this
   Agreement.

5. Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure
   activity on the default account, provided we receive the executed Agreement and we
   receive the initial installment in the amount of $ no later  than . This executed
   Agreement can be mailed or faxed to  us at:

Identifier ▮7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 11 of 121

02/26/10
Account Number ▮ 7516
Page Two

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702
Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, S, as indicated in the
   Payment Schedule enclosed and made a part hereof by reference. Customer understands
   that payments due under the Payment Schedule may include amounts due for real estate
   taxes and insurance, and the Payment Schedule amounts may, in such event, have to be
   increased, at the sole option of the Lender, if the items for such escrow purposes should
   increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made
   in certified funds or cashier's check, shall include the account number on the Customer's
   check or on a written attachment to the check, and shall be sent to the following address:

   GMAC Mortgage, LLC
   Attention: Default Payment Processor
   3451 Hammond Avenue
   Waterloo, IA 50702

   Additional methods of remitting payments under this agreement are:

   - Money Gram using a Receive Code of
   - Western Union using a Code City and State of

   If payment is tendered in any other form, Lender may return the payment and invoke any
   remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender
   may, without further notice to Customer, undertake or continue collection or foreclosure
   activities. In such event, any payments tendered under this Agreement shall be applied to
   the account in the manner specified in the Mortgage, and there will be no right to a refund
   of the tendered funds. In the event Lender chooses to accept any payment not in the full
   amount called for under this Agreement, such acceptance shall not be deemed a waiver of
   Lender's right to declare a default under this Agreement. Upon any default in meeting the
   terms of this Agreement, any such payments received under the terms of this Agreement
   shall be applied first against the default in the account, with the excess, if any, then applied
   according to the terms of the Mortgage. The parties expressly understand and agree time
   shall be of the essence as to the obligation under this Agreement.

Identifier ████ 7516     Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 12 of 121

02/26/10
Account Number ████ 7516
Page Three

9.  Customer understands and agrees that all other provisions, covenants and agreements set
    forth in the Mortgage shall remain in force and effect during the duration of this Agreement
    and thereafter, and this Agreement shall not constitute a modification or extension of the
    Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this
    Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of
    the existing default, and in no manner shall such acceptance prejudice any rights of Lender
    to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not
    constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the
    One Form of Action Rule), and shall not invalidate the Notice of Default. Customer
    expressly relinquishes and waives any rights, claims and defenses Customer may have under
    any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or
    partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed
    in this agreement, those amounts will need to be paid at the conclusion of this agreement.

**Notice: This is an attempt to collect a debt, and any information obtained will be used for
that purpose. If your debt has been discharged in bankruptcy, our rights are being
exercised against the collateral for the above-referenced account, not as a personal
liability.**

If you have any additional questions, please contact us at 800-850-4622, extension .

Loss Mitigation Department
Loan Servicing

Enclosure

Identifier [redacted]7516     Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 13 of 121

02/26/10
Account Number [redacted] 7516
Page Four

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: There is no grace period during this Agreement. Pursuant to your request and in order to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____(Seal)      _____

JAMES P. KENNEDY                     Date
Customer

_____      _____

                                          Date
Customer

Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our concurrence with this agreement.

_____

Servicer

5:15

**SIGN AND RETURN THIS PAGE ONLY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Identifier ████ 7516      Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 14 of 121

2008 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE, LLC
PO BOX 780
WATERLOO, IA 50704-0780

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS      CA 92264-8436

LOAN TYPE 1-0    CONVENTIONAL
ACCOUNT NUM  ████ 7516

### 2008 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 1719.23 | 02/08 | 02/01 | 619.35 | 1099.88 | | | | 202,435.81 | | |
| PAYMENT | 1719.23 | 03/08 | 02/29 | 622.70 | 1096.53 | | | | 201,813.11 | | |
| PAYMENT | 1719.23 | 04/08 | 04/01 | 626.08 | 1093.15 | | | | 201,187.03 | | |
| PAYMENT | 1719.23 | 05/08 | 05/01 | 629.47 | 1089.76 | | | | 200,557.56 | | |
| PAYMENT | 1719.23 | 06/08 | 05/30 | 632.88 | 1086.35 | | | | 199,924.68 | | |
| PAYMENT | 1719.23 | 07/08 | 07/01 | 636.30 | 1082.93 | | | | 199,288.38 | | |
| PAYMENT | 1719.23 | 08/08 | 08/01 | 639.75 | 1079.48 | | | | 198,648.63 | | |
| CORP ADV 2 E | 6391.00 | 08/08 | 08/21 | | | | | 6391.00 | 198,648.63 | | |
| REVERSAL | 6391.00 | 08/08 | 08/22 | | -6391.00 | | | | 198,648.63 | -6,391.00 | |
| CORP ADV 2 E | 6391.00 | 08/08 | 08/22 | | | | | 6391.00 | 198,648.63 | -6,391.00 | |
| PAYMENT | 1719.23 | 09/08 | 08/29 | 643.22 | 1076.01 | | | | 198,005.41 | -6,391.00 | |
| TAX DISB | | 09/08 | 10/04 | | -2939.80 | | | | 198,005.41 | -9,330.80 | |
| ESC DEPOSIT | 6391.00 | 10/08 | 10/23 | | 6391.00 | | | | 197,358.71 | -9,330.80 | |
| PAYMENT | 1719.23 | 10/08 | 10/10 | 646.70 | 1072.53 | | | | 197,358.71 | -2,939.80 | |
| MISC RECEIPT | 1719.23 | 10/08 | 11/10 | | | | | 197,358.71 | -2,939.80 | | 1,719.23 |
| PAYMENT | 532.58 | 11/08 | 12/01 | 650.20 | 1069.03 | 532.58 | | | 196,708.51 | -2,407.22 | |
| MISC RECEIPT | 1186.65 | 11/08 | 12/01 | | | | | | 196,708.51 | -2,407.22 | 1,186.65 |

Identifier [  ] 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 15 of 121

SUMMARY TOTALS

| | | |
|---|---|---|
| PRINCIPAL BALANCE START OF PERIOD | 203,055.16 | P & I PAYMENT 1,719.23 |
| PRINCIPAL PAID DURING PERIOD | 6,346.65 | ESCROW PAYMENT 200.60 |
| PRINCIPAL BALANCE END OF PERIOD | 196,708.51 | |

| | | |
|---|---|---|
| ESCROW BALANCE START OF PERIOD | 0.00 | TOTAL PAYMENT 1,919.83 |
| ESCROW PAID DURING PERIOD | 6,923.58 | ACCUM LATE CHRG 85.96 |
| ESCROW DISBURSEMENTS | -9,330.80 | |
| ESCROW BALANCE END OF PERIOD | -2,407.22 | |

| | |
|---|---|
| REFUND OF OVERPAID INTEREST | 0.00 |
| INTEREST REPORTABLE DURING PERIOD | 10845.65 |
| PROPERTY TAXES PAID DURING PERIOD | 2,939.80 |
| POINTS PAID | 0.00 |

Entity002Org00000

Identifier [REDACTED]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 16 of 121

2009 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE
PO BOX 780
WATERLOO, IA 50704-0780


JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS    CA 92264-8436

LOAN TYPE 1-0  CONVENTIONAL
ACCOUNT NUM [REDACTED]7516

## 2009 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 733.19 | 12/08 | 01/14 | 653.73 | 1065.50 | 200.60 | | | 196,054.78 | -2,206.62 | |
| MISC RECEIPT | 986.05 | 12/08 | 01/14 | | | | | | 196,054.78 | -2,206.62 | 986.05 |
| PAYMENT | 933.78 | 01/09 | 02/13 | 657.27 | 1061.96 | 200.60 | | | 195,397.51 | -2,006.02 | |
| MISC RECEIPT | 785.45 | 01/09 | 02/13 | | | | | | 195,397.51 | -2,006.02 | 785.45 |
| PAYMENT | 1134.38 | 02/09 | 03/13 | 660.83 | 1058.40 | 200.60 | | | 194,736.68 | -1,805.42 | |
| MISC RECEIPT | 584.85 | 02/09 | 03/13 | | | | | | 194,736.68 | -1,805.42 | 584.85 |
| PAYMENT | 1334.98 | 03/09 | 04/14 | 664.41 | 1054.82 | 200.60 | | | 194,072.27 | -1,604.82 | |
| MISC RECEIPT | 384.25 | 03/09 | 04/14 | | | | | | 194,072.27 | -1,604.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/23 | | | | | 6391.00 | 194,072.27 | -1,604.82 | 384.25 |
| REVERSAL | -6391.00 | 03/09 | 04/24 | | | -6391.00 | | | 194,072.27 | -7,995.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/24 | | | | | 6391.00 | 194,072.27 | -7,995.82 | 384.25 |
| PAYMENT | 1535.58 | 04/09 | 05/14 | 668.01 | 1051.22 | 200.60 | | | 193,404.26 | -7,795.22 | |
| MISC RECEIPT | 183.65 | 04/09 | 05/14 | | | | | | 193,404.26 | -7,795.22 | 183.65 |
| PAYMENT | 1719.23 | 05/09 | 06/12 | 671.62 | 1047.61 | 183.65 | | | 192,732.64 | -7,611.57 | |
| MISC RECEIPT | 1719.23 | 05/09 | 08/14 | | | | | | 192,732.64 | -7,611.57 | 1,719.23 |
| MISC RECEIPT | 1719.23 | 05/09 | 09/14 | | | | | | 192,732.64 | -7,611.57 | 3,438.46 |
| PAYMENT | | 06/09 | 09/16 | 675.26 | 1043.97 | 632.88 | | | 192,057.38 | -6,978.69 | 1,086.35 |
| PAYMENT | 1282.71 | 07/09 | 10/14 | 678.92 | 1040.31 | 649.83 | | | 191,378.46 | -6,328.86 | |
| MISC RECEIPT | 436.52 | 07/09 | 10/14 | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| COAP ADV 3 D | 83.00 | 07/09 | 10/20 | | | | | 83.00 | 191,378.46 | -6,328.86 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 11/13 | | | | | | 191,378.46 | -6,328.86 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 11/19 | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| NSF FEE | 25.00 | 07/09 | 11/19 | | | | | 25.00 | 191,378.46 | -6,328.86 | 436.52 |
| TAX DISB | | 07/09 | 11/20 | | | -2926.14 | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 11/25 | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 12/14 | | | | | | 191,378.46 | -9,255.00 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 12/15 | | | | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 12/22 | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| PAYMENT | 2352.11 | 08/09 | 12/31 | 682.60 | 1036.63 | 632.88 | | | 190,695.86 | -8,622.12 | 436.52 |
| PAYMENT | 2352.11 | 09/09 | 12/31 | 686.29 | 1032.94 | 632.88 | | | 190,009.57 | -7,989.24 | 436.52 |
| REVERSAL | -373.27 | 09/09 | 12/31 | | | | | | 190,009.57 | -7,989.24 | 63.25 |

Identifier: ▮7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 17 of 121

```
                              2009 DETAIL BY TRANSACTION
TRANSACTION    TRANSACTION LAST  POST   PRINCIPAL  INTEREST     ESCROW CR LIFE/ LT CHRG/  PRINCIPAL BAL ESCROW BAL UNAPP FUNDS
DESCRIPTION      AMOUNT    PAID  DATE     PAID       PAID        PAID   DISAB    FEES      AFTER TRAN   AFTER TRAN AFTER TRAN


         SUMMARY TOTALS                                    ▮7516


PRINCIPAL BALANCE START OF PERIOD      196,708.51    P & I PAYMENT      1,719.23
PRINCIPAL PAID DURING PERIOD             6,698.94    ESCROW PAYMENT       632.88
PRINCIPAL BALANCE END OF PERIOD        190,009.57


ESCROW    BALANCE START OF PERIOD       -2,407.22    TOTAL PAYMENT      2,352.11
ESCROW    PAID DURING PERIOD             3,735.12    ACCUM LATE CHRG      429.80
ESCROW    DISBURSEMENTS                 -9,317.14
ESCROW    BALANCE END OF PERIOD         -7,989.24


REFUND    OF OVERPAID INTEREST              0.00
INTEREST  REPORTABLE  DURING PERIOD     10493.36
PROPERTY  TAXES PAID DURING PERIOD       2,926.14
POINTS PAID                                 0.00


Entity082Org00000
```

Identifier [redacted]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 18 of 121

```
GMAC Mortgage, LLC                              PAGE      1
PO Box 780                                      DATE 06/05/12
3451 Hammond Avenue
Waterloo           IA 50704-0780
                               HISTORY FOR ACCOUNT   [redacted]7516


    --------- MAIL -------------------- -------- PROPERTY ----------------


    JAMES F. KENNEDY


    700 E SONORA RD                 3825 21ST STREET


    PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802


 ------ DATES ------ ---- CURRENT BALANCES ----- ------- UNCOLLECTED -------
 PAID TO   03/01/12 PRINCIPAL       167598.09 LATE CHARGES         0.00
 NEXT DUE  04/01/12 ESCROW            -139.01 OPTIONAL INS         0.00
 LAST PMT  03/30/12 UNAPPLIED FUND       0.00 INTEREST            0.00
 AUDIT DT  09/28/93 UNAPPLIED CODES          FEES                0.00
                    BUYDOWN   FUND       0.00 ------ YEAR TO DATE -------
     LAST ACTIVITY  BUYDOWN   CODE          INTEREST           2749.60
       05/23/12                             TAXES              2722.43
 --------------------------------------------------------------------------


 POST  TRN  DUE    TRANSACTION     PRINCIPAL     INTEREST      ESCROW
 DATE  CDE  DATE     AMOUNT          PAID          PAID         PAID
 ------ --- ------ --------------- ------------- ------------- -------------
 061209 UI  050109       .00           .00           .00           .00
   REF NUMBER    SG0R5EQ19KRE DESC
                      BAL AFTER     193404.26                   -7795.22
                    * ESC SHORTAGE    -16.95
 T:00603    E/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00
 061209 GRU 000000 000000 GRACE UNAP AMT:     .00
 061209 UFU 050109   UNAPPLIED FUNDS (1)       -183.65  BALANCE       0.00
                      BAL AFTER     193404.26                   -7795.22
 T:00603    /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00
 061209 AP  050109     1719.23        671.62       1047.61        183.65
                      BAL AFTER     192732.64                   -7611.57
 T:00603    E/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96
 081409 UFU 050109   UNAPPLIED FUNDS (1)       1719.23  BALANCE     1719.23
   REF NUMBER    SG0RL9OTDDND DESC
                      BAL AFTER     192732.64                   -7611.57
 T:00603    /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96


 081409 SRA 050109     1719.23          .00           .00           .00
                      BAL AFTER     192732.64                   -7611.57
 T:00603    E/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96
 091409 UFU 050109   UNAPPLIED FUNDS (1)       1719.23  BALANCE     3438.46
   REF NUMBER    SG0RT3734OFJ DESC
                      BAL AFTER     192732.64                   -7611.57
 T:00603    /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96



    INQ 1419
```

Identifier: ███ 7516        Doc Type: CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 19 of 121

HISTORY FOR ACCOUNT   ███ 7516                          PAGE      2
                                                        DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                     3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

--------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
DATE   CDE  DATE    AMOUNT         PAID           PAID         PAID
------ --- ------ -------------- ------------- ------------- -------------
091409 SRA 050109      1719.23          .00           .00          .00
                       BAL AFTER    192732.64                   -7611.57
T:00603    E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
091609 UI  060109        .00            .00           .00          .00
   REF NUMBER    CIT 648     DESC
                       BAL AFTER    192732.64                   -7611.57
           OPT PREMIUMS          .00  LATE CHARGE PYMT  -171.92*
T:17391    I/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88

091609 GRU 000000 000000 GRACE UNAP AMT:       .00
091609 UFU 060109   UNAPPLIED FUNDS (1)       -2352.11  BALANCE   1086.35
                       BAL AFTER    192732.64                   -7611.57
T:17391    /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
091609 PA  060109        .00       675.26      1043.97       632.88
   LC DATE  091409  BAL AFTER       192057.38                 -6978.69
T:17391    I/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88


101409 UI  070109        .00            .00           .00          .00
   REF NUMBER    SG0S4KK22TL1 DESC
                       BAL AFTER    192057.38                   -6978.69
           * ESC SHORTAGE        16.95
T:00603    E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
101409 GRU 000000 000000 GRACE UNAP AMT:       .00
101409 UFU 070109   UNAPPLIED FUNDS (1)       -1086.35  BALANCE     0.00
                       BAL AFTER    192057.38                   -6978.69
T:00603    /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
101409 AP  070109     1282.71       678.92      1040.31       649.83
                       BAL AFTER    191378.46                   -6328.86
T:00603    E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
101409 GRU 000000 000000 GRACE UNAP AMT:       .00
   REF NUMBER    SG0S4KK22TL1 DESC
101409 UFU 070109   UNAPPLIED FUNDS (1)        436.52  BALANCE    436.52
                       BAL AFTER    191378.46                   -6328.86
T:00603    /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88


   INQ 1419

```
HISTORY FOR ACCOUNT [black] 7516                              PAGE    3
                                                             DATE 06/05/12


        --------- MAIL -------------------- -------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

-----------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST       ESCROW
DATE   CDE  DATE   AMOUNT         PAID           PAID           PAID
------ ---  ------ -------------- -------------- -------------- -------------
101409 SWA 070109       436.52            .00             .00           .00
                   BAL AFTER        191378.46                    -6328.86
T:00603    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
102009 FB  070109       83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG0S64D01860 DESC
T:30902    /B:000
111309 UFU 070109   UNAPPLIED FUNDS (1)        1719.23  BALANCE     2155.75
  REF NUMBER    SG0SC610VCCK DESC
                   BAL AFTER        191378.46                    -6328.86
T:00603    /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
111309 SRA 070109      1719.23            .00             .00           .00
                   BAL AFTER        191378.46                    -6328.86
T:00603    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
111909 UFU 070109   UNAPPLIED FUNDS (1)       -1719.23  BALANCE      436.52
  REF NUMBER    CHECKFREE   DESC
                   BAL AFTER        191378.46                    -6328.86
T:19336    /B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88


111909 SR1 070109     -1719.23            .00             .00           .00
                   BAL AFTER        191378.46                    -6328.86
T:19336    I/B:003 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
111909 FB  070109       25.00   3 NSF FEE
  REF NUMBER    SG0SDJS8LNE0 DESC
T:19336    /B:000
112009 M90 070109     -2926.14  PAYEE = 0038.00000      .00      -2926.14
                   BAL AFTER        191378.46                    -9255.00
T:12709    /B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
112509 FB  070109       11.25  11 PROP INSPECTION FEE
T:32506    /B:001
121409 UFU 070109   UNAPPLIED FUNDS (1)        1719.23  BALANCE     2155.75
  REF NUMBER    SG0SJVF8UEUT DESC
                   BAL AFTER        191378.46                    -9255.00
T:00603    /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
121409 SRA 070109      1719.23            .00             .00           .00
                   BAL AFTER        191378.46                    -9255.00
T:00603    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88

     INQ 1419
```

Identifier: 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 21 of 121

```
HISTORY FOR ACCOUNT        7516                               PAGE     4
                                                             DATE 06/05/12


--------- MAIL ------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS         CA 92264-8436 SAN FRANCISCO      CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST     ESCROW
DATE  CDE  DATE   AMOUNT         PAID         PAID         PAID
-----  ---  ------ -------------- ------------- ------------- -------------
121509 UFU 070109  UNAPPLIED FUNDS (1)        -1719.23 BALANCE     436.52
  REF NUMBER    ECOM RETURN DESC
                  BAL AFTER       191378.46                   -9255.00
T:19336      /B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
121509 SR0 070109      -1719.23      .00          .00          .00
                  BAL AFTER       191378.46                   -9255.00
T:19336      Y/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


121809 UFU 070109  UNAPPLIED FUNDS (1)        -436.52 BALANCE       0.00
                  BAL AFTER       191378.46                   -9255.00
T:01702      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
121809 UFF 070109  UNAPPLIED FUNDS (2)         436.52 BALANCE     436.52
                  BAL AFTER       191378.46                   -9255.00
                  OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -257.88
121809 AA  070109           .00         .00          .00          .00
                  BAL AFTER       191378.46                   -9255.00
T:01702      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
121809 UI  070109           .00         .00          .00          .00
                  BAL AFTER       191378.46                   -9255.00
                  OPT PREMIUMS            .00 LATE CHARGE PYMT  -171.92*
T:01702      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
121809 AA  070109           .00         .00          .00          .00
                  BAL AFTER       191378.46                   -9255.00
                  OPT PREMIUMS            .00 LATE CHARGE PYMT  -171.92*
T:01702      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80

122209 FB  070109       11.25  11 PROP INSPECTION FEE
T:32506    /B:001
123109 RPL 010210  PAID 4330.95 DUE 4330.95 SHORT     .00 TELLER 11674
                  BAL AFTER       191378.46                   -9255.00
                  OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -429.80
123109 RPL 010210  NO. OF PLAN PMTS=01
                  BAL AFTER       191378.46                   -9255.00
                  OPTIONAL INS BAL       00.00 LATE CHARGE BAL   -429.80


     INQ 1419
```

Identifier: ████ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 22 of 121

```
HISTORY FOR ACCOUNT    ████ 7516                        PAGE      5
                                                        DATE 06/05/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                        3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
   POST   TRN  DUE      TRANSACTION      PRINCIPAL        INTEREST         ESCROW
   DATE   CDE  DATE      AMOUNT           PAID             PAID            PAID
  ------  ---  ------  --------------  -------------  -------------  -------------
123109 GRU 000000 000000 GRACE UNAP AMT:         .00
123109 RP  080109        2352.11        682.60        1036.63        632.88
                  BAL AFTER      190695.86                          -8622.12
T:11674      I/B:004  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80
123109 GRU 000000 000000 GRACE UNAP AMT:         .00
   REF NUMBER    310921973    DESC
123109 RP  090109        2352.11        686.29        1032.94        632.88
                  BAL AFTER      190009.57                          -7989.24
T:11674      I/B:004  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80
123109 UFF 090109   UNAPPLIED FUNDS (2)            -373.27  BALANCE       63.25
   REF NUMBER    310921973    DESC
                  BAL AFTER      190009.57                          -7989.24
T:11674       /B:004  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80
123109 SR0 090109        -373.27          .00            .00            .00
                  BAL AFTER      190009.57                          -7989.24
T:11674      I/B:004  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -429.80


011210 FB  090109         43.68  40 EXPENSE ADVANCES
T:32551       /B:000
011210 FB  090109        853.45  40 EXPENSE ADVANCES
T:32551       /B:000
011210 FB  090109         31.00  40 EXPENSE ADVANCES
T:32551       /B:000
011210 FB  090109        480.00  40 EXPENSE ADVANCES
T:32551       /B:000


011410 UFU 090109   UNAPPLIED FUNDS (1)            1719.23  BALANCE     1719.23
   REF NUMBER    SG0SS0UVCTM9 DESC
                  BAL AFTER      190009.57                          -7989.24
T:00603       /B:001                        00.00                    -429.80
011410 SRA 090109       1719.23          .00            .00            .00
                  BAL AFTER      190009.57                          -7989.24
T:00603      E/B:001                        00.00                    -429.80


    INQ 1419
```

Identifier 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 23 of 121

```
HISTORY FOR ACCOUNT        7516                               PAGE      6
                                                             DATE 06/05/12


      --------- MAIL -------------------- --------- PROPERTY ----------------


      JAMES P. KENNEDY

      700 E SONORA RD                      3825 21ST STREET

      PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

----------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
  DATE  CDE  DATE     AMOUNT         PAID         PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
011510 UFU 090109   UNAPPLIED FUNDS (1)         -1719.23  BALANCE        0.00
  REF NUMBER    ECOM RETURN  DESC
                     BAL AFTER     190009.57                   -7989.24
 T:19336    /B:005                    00.00                     -429.80
011510 SR0 090109      -1719.23        .00          .00           .00
                     BAL AFTER     190009.57                   -7989.24
 T:19336    Y/B:005                   00.00                     -429.80


012210 FB  090109      6290.00 163 CORP ADV 2 ESCROW
  REF NUMBER    SG0STTMQ0168 DESC
 T:05006    /B:000
012510 SR0 090109      -6290.00        .00          .00      -6290.00
               163 CLEANUP
                     BAL AFTER     190009.57                  -14279.24
 T:01755    I/B:001                   00.00                     -429.80


012510 FE  090109      6290.00 163 CORP ADV 2 ESCROW
  REF NUMBER    163 CLEANUP  DESC
 T:01755    /B:001
021210 UFU 090109   UNAPPLIED FUNDS (1)           63.25  BALANCE       63.25
                     BAL AFTER     190009.57                  -14279.24
 T:01702    /B:000                    00.00                     -429.80
021210 UFF 090109   UNAPPLIED FUNDS (2)          -63.25  BALANCE        0.00
                     BAL AFTER     190009.57                  -14279.24
                                      00.00                     -429.80
021210 AA  090109           .00        .00          .00           .00
                     BAL AFTER     190009.57                  -14279.24
 T:01702    /B:000                    00.00                     -429.80
021210 AA  090109           .00        .00          .00           .00
                     BAL AFTER     190009.57                  -14279.24
 T:01702    /B:000                    00.00                     -429.80
022210 FB  090109       11.25  11 PROP INSPECTION FEE
 T:32506    /B:001


      INQ 1419
```

```
HISTORY FOR ACCOUNT        7516                              PAGE      7
                                                            DATE 06/05/12


       --------- MAIL -------------------- --------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                   3825 21ST STREET

       PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802
-------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
 DATE  CDE  DATE    AMOUNT        PAID         PAID          PAID
------ ---  ------ -------------- ------------- ------------- -------------
022610 UFU 090109  UNAPPLIED FUNDS (1)          -63.25 BALANCE        0.00
                   BAL AFTER      190009.57                  -14279.24
T:14244      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 UFF 090109  UNAPPLIED FUNDS (2)          63.25 BALANCE        63.25
                   BAL AFTER      190009.57                  -14279.24
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 AA  090109              .00          .00          .00          .00
                   BAL AFTER      190009.57                  -14279.24
T:14244      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 UI  090109              .00          .00          .00          .00
                   BAL AFTER      190009.57                  -14279.24
                   OPT PREMIUMS          .00 LATE CHARGE PYMT  -171.92*
T:14244      /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
022610 AA  090109              .00          .00          .00          .00
                   BAL AFTER      190009.57                  -14279.24
                   OPT PREMIUMS          .00 LATE CHARGE PYMT  -171.92*
T:14244      /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -601.72

030310 FB  090109        83.00 164 CORP ADV 3 DRM
  REF NUMBER     SG0T80MIGGVG DESC
T:02726      /B:000
031510 RPL 031010   PAID 2352.11 DUE 2352.11 SHORT       .00 TELLER 31143
                   BAL AFTER      190009.57                  -14279.24
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
031510 RPL 031010   NO. OF PLAN PMTS=01
                   BAL AFTER      190009.57                  -14279.24
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
031510 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER     EM-307901337 DESC
031510 RP  100109       2352.11       690.01      1029.22       632.88
  LC DATE  031310  BAL AFTER      189319.56                  -13646.36
T:31143      I/B:008  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -601.72
031810 FB  100109        51.03  40 EXPENSE ADVANCES
T:32551      /B:000



       INQ 1419
```

Identifier:    7516      Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 25 of 121

```
HISTORY FOR ACCOUNT      7516                              PAGE      8
                                                          DATE 06/05/12


       --------- MAIL -------------------- --------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                    3825 21ST STREET

       PALM SPRINGS         CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-----------------------------------------------------------------------------
  POST  TRN  DUE   TRANSACTION    PRINCIPAL      INTEREST        ESCROW
  DATE  CDE  DATE  AMOUNT         PAID           PAID            PAID
------ --- ------ --------------- ------------- ------------- -------------
031810 FB  100109     146.55  40 EXPENSE ADVANCES
T:32551     /B:000
031810 FB  100109     350.00  40 EXPENSE ADVANCES
T:32551     /B:000
031810 FB  100109      11.00  40 EXPENSE ADVANCES
T:32551     /B:000
031810 FB  100109     120.00  40 EXPENSE ADVANCES
T:32551     /B:000

041310 RPL 041010   PAID  5121.89 DUE  5121.89 SHORT       .00 TELLER 31143
                    BAL AFTER        189319.56                 -13646.36
                                          00.00                   -601.72
041310 RPL 041010   NO. OF PLAN PMTS=01
                    BAL AFTER        189319.56                 -13646.36
                                          00.00                   -601.72
041310 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER     EM-307901369 DESC
041310 RP  110109      2352.11      693.75    1025.48       632.88
  LC DATE  041110  BAL AFTER      188625.81                 -13013.48
T:31143    I/B:008                     00.00                   -601.72
T:00603    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96




041310 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER     EM-307901369 DESC
041310 RP  120109      2352.11      697.51    1021.72       632.88
  LC DATE  041110  BAL AFTER      187928.30                 -12380.60
T:31143    I/B:008                     00.00                   -601.72
041310 UFF 120109  UNAPPLIED FUNDS (2)        417.67 BALANCE    480.92
  REF NUMBER     EM-307901369 DESC
                    BAL AFTER      187928.30                 -12380.60
T:31143    /B:008  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72

       INQ 1419
```

```
HISTORY FOR ACCOUNT     7516                          PAGE      9
                                                      DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY


700 E SONORA RD                    3825 21ST STREET


PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802


----------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT        PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
041310 SR 120109       417.67         .00          .00          .00
  LC DATE 041110  BAL AFTER      187928.30                 -12380.60
T:31143   I/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 RPL 051010  PAID 5121.89 DUE 5121.89 SHORT     .00 TELLER 20001
                   BAL AFTER      187928.30                 -12380.60
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 RPL 051010  NO. OF PLAN PMTS=01
                   BAL AFTER      187928.30                 -12380.60
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:     .00
  REF NUMBER    EM-500201232 DESC
051110 RP 010110      2352.11      701.29    1017.94      632.88
                   BAL AFTER      187227.01                 -11747.72
T:20001   I/B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:     .00
                EM-500201232
051110 RP 020110      2352.11      705.08    1014.15      632.88
                   BAL AFTER      186521.93                 -11114.84
T:20001   I/B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 UFF 020110  UNAPPLIED FUNDS (2)         417.67 BALANCE   898.59
  REF NUMBER    EM-500201232 DESC
                   BAL AFTER      186521.93                 -11114.84
T:20001    /B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
051110 SR 020110       417.67         .00          .00          .00
                   BAL AFTER      186521.93                 -11114.84
T:20001   I/B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72


061110 RPL 061010  PAID 5121.89 DUE 5121.89 SHORT     .00 TELLER 19996
                   BAL AFTER      186521.93                 -11114.84
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
061110 RPL 061010  NO. OF PLAN PMTS=01
                   BAL AFTER      186521.93                 -11114.84
                   OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
061110 GRU 000000 000000 GRACE UNAP AMT:     .00
  REF NUMBER    EM-500201247 DESC
061110 RP 030110      2352.11      708.90    1010.33      632.88
                   BAL AFTER      185813.03                 -10481.96
T:19996   I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
T:00603   E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    -85.96
```

```
HISTORY FOR ACCOUNT      7516                                PAGE    10
                                                            DATE 06/05/12


       --------- MAIL ------------------- --------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                    3825 21ST STREET

       PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

--------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST     ESCROW
  DATE  CDE  DATE   AMOUNT        PAID         PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
061110 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    EM-500201247 DESC
061110 RP 040110     2352.11    712.74     1006.49      632.88
                 BAL AFTER      185100.29               -9849.08
T:19996    I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
061110 UFF 040110 UNAPPLIED FUNDS (2)          417.67 BALANCE     1316.26
                 EM-500201247
                 BAL AFTER      185100.29               -9849.08
T:19996    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
061110 SR 040110     417.67        .00       .00          .00
                 BAL AFTER      185100.29               -9849.08
T:19996    I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010  PAID 5121.89 DUE 5121.89 SHORT     .00 TELLER 19996
                 BAL AFTER      185100.29               -9849.08
                 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010  NO. OF PLAN PMTS=01
                 BAL AFTER      185100.29               -9849.08
                 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    EM-500201259 DESC
071910 RP 050110     2352.11    716.60     1002.63      632.88
  LC DATE 071710 BAL AFTER      184383.69               -9216.20
T:19996    I/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:       .00
                 EM-500201259
071910 RP 060110     2352.11    720.49     998.74       632.88
  LC DATE 071710 BAL AFTER      183663.20               -8583.32
T:19996    I/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 UFF 060110 UNAPPLIED FUNDS (2)          417.67 BALANCE     1733.93
  REF NUMBER    EM-500201259 DESC
                 BAL AFTER      183663.20               -8583.32
T:19996    /B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
071910 SR 060110     417.67        .00       .00          .00
  LC DATE 071710 BAL AFTER      183663.20               -8583.32
T:19996    I/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72


       INQ 1419
```

Identifier    7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 28 of 121

```
HISTORY FOR ACCOUNT      7516                              PAGE    11
                                                          DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT        PAID         PAID          PAID
----- ---  ------ -------------- ------------ ------------- -------------
081610 M90 060110   -6152.90  PAYEE = 0038.00000     .00    -6152.90
                 BAL AFTER      183663.20                  -14736.22
T:31658    /B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL  -601.72
082010 UI  060110        .00          .00        .00          .00
                 BAL AFTER      183663.20                  -14736.22
               OPT PREMIUMS            .00  LATE CHARGE PYMT  -601.72*
T:14244    /B:000  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44


082010 AA  060110        .00          .00        .00          .00
                 BAL AFTER      183663.20                  -14736.22
               OPT PREMIUMS            .00  LATE CHARGE PYMT  -601.72*
T:14244    /B:000  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44
082010 UFU 060110  UNAPPLIED FUNDS (1)      1733.93  BALANCE   1733.93
                 BAL AFTER      183663.20                  -14736.22
T:14244    /B:000  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44


082010 UPF 060110  UNAPPLIED FUNDS (2)     -1733.93  BALANCE      0.00
                 BAL AFTER      183663.20                  -14736.22
               OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44
082010 AA  060110        .00          .00        .00          .00
                 BAL AFTER      183663.20                  -14736.22
T:14244    /B:000  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44
082010 AA  060110        .00          .00        .00          .00
                 BAL AFTER      183663.20                  -14736.22
T:14244    /B:000  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1203.44
082310 UI  070110        .00          .00        .00          .00
  REF NUMBER    SG0UJJ7VIJE5 DESC
                 BAL AFTER      183663.20                  -14736.22
               OPT PREMIUMS            .00  LATE CHARGE PYMT  -85.96*
T:00321    K/B:001  OPTIONAL INS BAL  00.00  LATE CHARGE BAL -1289.40
082310 GRU 000000 000000 GRACE UNAP AMT:        .00
082310 UFU 070110  UNAPPLIED FUNDS (1)     -1733.93  BALANCE      0.00
                 BAL AFTER      183663.20                  -14736.22
T:00321    /B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL -1289.40


    INQ 1419
```

Identifier ████ 7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 29 of 121

```
HISTORY FOR ACCOUNT      7516                        PAGE     12
                                                     DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY


700 E SONORA RD                    3825 21ST STREET


PALM SPRINGS       CA 92264-8436 SAN FRANCISCO     CA 94114-2802

------------------------------------------------------------------------
POST  TRN  DUE   TRANSACTION  PRINCIPAL   INTEREST       ESCROW
DATE  CDE  DATE    AMOUNT      PAID          PAID          PAID
------ --- ------ -------------- ------------- ------------- -------------
082310 AP  070110        618.18       724.39       994.84        632.88
  LC DATE  081910  BAL AFTER     182938.81                   -14103.34
T:00321    K/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -1289.40
082310 UI  080110        .00          .00          .00            .00
  REF NUMBER    SG0UJJ7VIJE5 DESC
                 BAL AFTER     182938.81                   -14103.34
                 OPT PREMIUMS          .00  LATE CHARGE PYMT  1289.40*
T:00321    K/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL    00.00

082310 GRU 000000 000000 GRACE UNAP AMT:      .00
082310 AP  080110       3641.51       728.31       990.92        632.88
  LC DATE  081910  BAL AFTER     182210.50                   -13470.46
                 OPT PREMIUMS          .00  LATE CHARGE PYMT  1289.40
T:00321    K/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL    00.00
082310 FWA 080110         43.68  40 EXPENSE ADVANCES
  REF NUMBER    SG0UJJ7VIJE5 DESC
  LC DATE  081910
T:00321    /B:001
082310 FWA 080110        818.52  40 EXPENSE ADVANCES
  REF NUMBER    SG0UJJ7VIJE5 DESC
  LC DATE  081910
T:00321    /B:001
091310 UFU 080110  UNAPPLIED FUNDS (1)       1719.23  BALANCE    1719.23
                 SG0UOBR68B23
                 BAL AFTER     182210.50                   -13470.46
T:00321    /B:001                  00.00                       00.00

091310 SRA 080110       1719.23       .00          .00            .00
  LC DATE  091010  BAL AFTER     182210.50                   -13470.46
T:00321    K/B:001                  00.00                       00.00
101110 UI  090110        .00          .00          .00            .00
  REF NUMBER    SG0UVDV9T1B5 DESC
                 BAL AFTER     182210.50                   -13470.46
                 OPT PREMIUMS          .00  LATE CHARGE PYMT   -85.96*
T:00430    P/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96


     INQ 1419
```

Identifier [   ] 7516     Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 30 of 121

```
HISTORY FOR ACCOUNT      7516                                PAGE    13
                                                            DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY


700 E SONORA RD                      3825 21ST STREET


PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802


-------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION   PRINCIPAL      INTEREST       ESCROW
DATE  CDE  DATE   AMOUNT        PAID           PAID           PAID
------ --- ------ --------------- ------------- ------------- -------------
101110 GRU 000000 000000 GRACE UNAP AMT:       .00
101110 UFU 090110  UNAPPLIED FUNDS (1)    -1719.23  BALANCE      0.00
                  BAL AFTER      182210.50                 -13470.46
T:00430    /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
101110 AP 090110        632.88      732.26       986.97      632.88
LC DATE 100910 BAL AFTER        181478.24                 -12837.58
T:00430    P/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96


101110 GRU 000000 000000 GRACE UNAP AMT:       .00
REF NUMBER    SG0UVDV9T1B5 DESC
101110 UFU 090110  UNAPPLIED FUNDS (1)     1286.95  BALANCE   1286.95
                  BAL AFTER      181478.24                 -12837.58
T:00430    /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
101110 SWA 090110     1286.95        .00          .00          .00
LC DATE 100910 BAL AFTER        181478.24                 -12837.58
T:00430    P/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96


111010 E90 090110     -2683.86  PAYEE = 0038.00000     .00    -2683.86
                  BAL AFTER      181478.24                 -15521.44
T:32687    /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
111510 UFU 090110  UNAPPLIED FUNDS (1)     1719.23  BALANCE   3006.18
REF NUMBER    SG0V8FMQ3J6A DESC
                  BAL AFTER      181478.24                 -15521.44
T:00430    /B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96


111510 SRA 090110     1719.23        .00          .00          .00
LC DATE 111310 BAL AFTER        181478.24                 -15521.44
T:00430    P/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96
111810 FB  090110       11.25  11 PROP INSPECTION FEE
T:32506    /B:001
121410 UFU 090110  UNAPPLIED FUNDS (1)    -3006.18  BALANCE      0.00
                  BAL AFTER      181478.24                 -15521.44
T:18585    /B:000 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   -85.96


     INQ 1419
```

Identifier: ███ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 31 of 121

```
HISTORY FOR ACCOUNT    ███ 7516                    PAGE    14
                                                   DATE 06/05/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-------------------------------------------------------------------------
POST  TRN DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE  CDE DATE    AMOUNT          PAID           PAID          PAID
------ --- ------ --------------- -------------- -------------- --------------
121410 UFF 090110   UNAPPLIED FUNDS (2)         3006.18 BALANCE      3006.18
                    BAL AFTER        181478.24                 -15521.44
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96
121410 AA  090110        .00         .00         .00         .00
                    BAL AFTER        181478.24                 -15521.44
T:18585      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96
121410 UI  090110        .00         .00         .00         .00
                    BAL AFTER        181478.24                 -15521.44
                    OPT PREMIUMS          .00   LATE CHARGE PYMT   -85.96*
T:18585      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -171.92
121410 AA  090110        .00         .00         .00         .00
                    BAL AFTER        181478.24                 -15521.44
                    OPT PREMIUMS          .00   LATE CHARGE PYMT   -85.96*
T:18585      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -171.92
121410 FB  090110        83.00 164 CORP ADV 3 DRM
   REF NUMBER     SG0VG0UC6O00 DESC
T:26663      /B:000


121510 RPD 121710   PAID 3985.38 DUE 3985.38 SHORT     .00 TELLER   606
                    BAL AFTER        181478.24                 -15521.44
                                     00.00                     -171.92
121510 RPD 121710   NO. OF PLAN PMTS=01
                    BAL AFTER        181478.24                 -15521.44
                                     00.00                     -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:      .00
   REF NUMBER     000000000000 DESC
121510 AP  100110        3495.78       736.22      983.01      1776.55
   LC DATE 121410  BAL AFTER        180742.02                 -13744.89
T:00606      E/B:001                 00.00                     -171.92
T:00603      E/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL    -85.96
```

Identifier ▆▆▆ 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 32 of 121

```
HISTORY FOR ACCOUNT       7516                          PAGE      15
                                                        DATE 06/05/12

--------- MAIL -------------------- --------- PROPERTY ----------------

      JAMES P. KENNEDY

      700 E SONORA RD                   3825 21ST STREET

      PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE   CDE  DATE   AMOUNT        PAID         PAID          PAID
------ ---  ------ -------------- ------------ ------------- -------------
121510 GRU 000000 000000 GRACE UNAP AMT:       .00
121510 AP  110110       3495.78     740.21      979.02      1776.55
   LC DATE 121410  BAL AFTER     180001.81                -11968.34
T:00606      E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -171.92
121510 UFF 110110   UNAPPLIED FUNDS (2)     -3006.18  BALANCE      0.00
   REF NUMBER    000000000000 DESC
                 BAL AFTER     180001.81                -11968.34
T:00606      /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -171.92

121510 SRA 110110       -3006.18        .00         .00         .00
   LC DATE 121410  BAL AFTER     180001.81                -11968.34
T:00606      E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -171.92
121510 FB  110110      12.50 171 SPEEDPAY FEE
   REF NUMBER   SG0VG5AOUM70 DESC
   LC DATE 121410
T:00606      /B:000


121510 FEA 110110      12.50 171 SPEEDPAY FEE
   REF NUMBER   000000000000 DESC
   LC DATE 121410
T:00606      /B:001
010311 UI  110110          .00         .00         .00         .00
                 BAL AFTER     180001.81                -11968.34
                 OPT PREMIUMS           .00  LATE CHARGE PYMT    -85.96*
T:18585      /B:000                  00.00                  -257.88

010311 AA  110110          .00         .00         .00         .00
                 BAL AFTER     180001.81                -11968.34
                 OPT PREMIUMS           .00  LATE CHARGE PYMT    -85.96*
T:18585      /B:000                  00.00                  -257.88
010311 AA  110110          .00         .00         .00         .00
                 BAL AFTER     180001.81                -11968.34
T:18585      /B:000                  00.00                  -257.88


      INQ 1419
```

Identifier:    7516        Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 33 of 121

```
HISTORY FOR ACCOUNT        7516                              PAGE    16
                                                            DATE 06/05/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY


        700 E SONORA RD                      3825 21ST STREET


        PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION      PRINCIPAL      INTEREST       ESCROW
DATE   CDE  DATE   AMOUNT           PAID           PAID           PAID
------ ---  ------ ---------------- ------------- -------------- -------------
010311 AA  110110            .00           .00            .00           .00
                   BAL AFTER       180001.81                      -11968.34
T:18585       /B:000                       00.00                    -257.88
010711 FB  110110       13.00  11 PROP INSPECTION FEE
T:32506       /B:001
011311 R20 110110      552.00           .00            .00        552.00
   REF NUMBER    SG0VNNJS1UM0 DESC
                   BAL AFTER       180001.81                      -11416.34
T:28725       I/B:002  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -257.88
012111 UI  120110         .00           .00            .00           .00
   REF NUMBER    000000000000 DESC
                   BAL AFTER       180001.81                      -11416.34
                   OPT PREMIUMS              .00 LATE CHARGE PYMT   -85.96*
T:00606       E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -343.84
012111 GRU 000000 000000 GRACE UNAP AMT:        .00
012111 AP  120110      3495.78       744.22        975.01       1776.55
                   BAL AFTER       179257.59                       -9639.79
T:00606       E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -343.84
012111 FB  120110       7.50 171 SPEEDPAY FEE
   REF NUMBER    SG0VPR3LU020 DESC
T:00606       /B:000
012111 FEA 120110       7.50 171 SPEEDPAY FEE
                   000000000000
T:00606       /B:001
020811 FB  120110      11.25  11 PROP INSPECTION FEE
T:32506       /B:001

022511 UI  010111         .00           .00            .00           .00
   REF NUMBER    000000000000 DESC
                   BAL AFTER       179257.59                       -9639.79
                   OPT PREMIUMS              .00 LATE CHARGE PYMT   -85.96*
T:00606       E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -429.80
022511 GRU 000000 000000 GRACE UNAP AMT:        .00
022511 AP  010111      3495.78       748.25        970.98       1776.55
   LC DATE  022411  BAL AFTER       178509.34                      -7863.24
T:00606       E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -429.80


        INQ 1419
```

Identifier 7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 34 of 121

```
HISTORY FOR ACCOUNT        7516                              PAGE    17
                                                            DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT         PAID          PAID          PAID
----- ---  ------ --------------- ------------- ------------- -------------
030911 E90 010111   -2683.86  PAYEE = 0038.00000     .00      -2683.86
                    BAL AFTER      178509.34                  -10547.10
T:32687     /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
031811 AA  010111        .00         .00         .00          .00
                    BAL AFTER      178509.34                  -10547.10
T:21315     /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
031811 AA  010111        .00         .00         .00          .00
                    BAL AFTER      178509.34                  -10547.10
T:21315     /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
032211 LCW 010111 T:23074 CD01 DELCNS    UNC LCBAL  -343.84 LCDT 03/11-00/00
032211 UI  010111        .00         .00         .00          .00
                    BAL AFTER      178509.34                  -10547.10
                    OPT PREMIUMS         .00 LATE CHARGE PYMT   85.96*
T:23074     /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -343.84
032211 AA  010111        .00         .00         .00          .00
                    BAL AFTER      178509.34                  -10547.10
                    OPT PREMIUMS         .00 LATE CHARGE PYMT   85.96*
T:23074     /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -343.84
032311 UI  020111        .00         .00         .00          .00
  REF NUMBER   000000000000 DESC
                    BAL AFTER      178509.34                  -10547.10
                    OPT PREMIUMS         .00 LATE CHARGE PYMT  -85.96*
T:00606     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
032311 GRU 000000 000000 GRACE UNAP AMT:        .00
032311 AP  020111      3495.78     752.30      966.93     1776.55
  LC DATE  032211 BAL AFTER      177757.04                   -8770.55
T:00606     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
032311 UI  030111        .00         .00         .00          .00
  REF NUMBER   000000000000 DESC
                    BAL AFTER      177757.04                   -8770.55
                    OPT PREMIUMS         .00 LATE CHARGE PYMT  429.80*
T:00606     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   00.00
032311 GRU 000000 000000 GRACE UNAP AMT:        .00
032311 AP  030111      3925.58     756.38      962.85     1776.55
  LC DATE  032211 BAL AFTER      177000.66                   -6994.00
                    OPT PREMIUMS         .00 LATE CHARGE PYMT  429.80
T:00606     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   00.00


    INQ 1419
```

Identifier: ___7516        Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 35 of 121

```
HISTORY FOR ACCOUNT      7516                         PAGE    18
                                                     DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY


700 E SONORA RD                      3825 21ST STREET


PALM SPRINGS       CA 92264-8436 SAN FRANCISCO       CA 94114-2802

----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION      PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT           PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
032311 FWA 030111          34.93  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111          31.00  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111         480.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111          51.03  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111         146.55  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111         350.00  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111          11.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111         120.00  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606       /B:001


  INQ 1419
```

```
HISTORY FOR ACCOUNT     7516                          PAGE      19
                                                     DATE 06/05/12


     --------- MAIL -------------------- --------- PROPERTY ----------------


     JAMES P. KENNEDY

     700 E SONORA RD                      3825 21ST STREET

     PALM SPRINGS         CA 92264-8436 SAN FRANCISCO      CA 94114-2802

----------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST       ESCROW
 DATE  CDE  DATE   AMOUNT         PAID           PAID           PAID
------ ---  ------ --------------- ------------- ------------- -------------
032311 FWA 030111       83.00 164 CORP ADV 3 DRM
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       83.00 164 CORP ADV 3 DRM
               000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111       83.00 164 CORP ADV 3 DRM
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       11.25  11 PROP INSPECTION FEE
               000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111       11.25  11 PROP INSPECTION FEE
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       11.25  11 PROP INSPECTION FEE
               000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111       11.25  11 PROP INSPECTION FEE
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       13.00  11 PROP INSPECTION FEE
  REF NUMBER     000000000000 DESC
  LC DATE  032211
T:00606      /B:001


     INQ 1419
```

Identifier: 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 37 of 121

```
HISTORY FOR ACCOUNT      7516                           PAGE     20
                                                        DATE 06/05/12


      --------- MAIL -------------------- --------- PROPERTY ----------------

      JAMES P. KENNEDY

      700 E SONORA RD                    3825 21ST STREET

      PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST     ESCROW
DATE   CDE  DATE    AMOUNT         PAID         PAID        PAID
------ --- ------ --------------- ------------ ------------- -------------
032311 FWA 030111        11.25  11 PROP INSPECTION FEE
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111        25.00   3 NSF FEE
               000000000000
  LC DATE  032211
T:00606       /B:001

032511 FB  030111        11.25  11 PROP INSPECTION FEE
T:32506       /B:001
041511 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER    000000000000 DESC
041511 AP  040111     3495.78       760.48       958.75      1776.55
  LC DATE  041411  BAL AFTER      176240.18                  -5217.45
T:00607     E/B:001                   00.00                     00.00


041511 FWA 040111        11.25  11 PROP INSPECTION FEE
  REF NUMBER    000000000000 DESC
  LC DATE  041411
T:00607       /B:001
041511 FB  040111         7.50 171 SPEEDPAY FEE
               SG10ER143040
  LC DATE  041411
T:00607       /B:000

041511 FEA 040111         7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  041411
T:00607       /B:001
051611 GRU 000000 000000 GRACE UNAP AMT:      .00
               000000000000
051611 AP  050111     2675.87       764.60       954.63       956.64
  LC DATE  051411  BAL AFTER      175475.58                  -4260.81
T:00607     E/B:001                   00.00                     00.00


    INQ 1419
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 38 of 121

```
HISTORY FOR ACCOUNT      7516                       PAGE      21
                                                    DATE 06/05/12


      --------- MAIL -------------------- --------- PROPERTY ----------------

      JAMES P. KENNEDY

      700 E SONORA RD                     3825 21ST STREET

      PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION      PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT           PAID          PAID          PAID
------ --- ------  --------------- ------------- ------------- -------------
051611 FB  050111         7.50 171 SPEEDPAY FEE
  REF NUMBER    SG10MKHGMBR8 DESC
  LC DATE  051411
T:00607      /B:000
051611 FEA 050111         7.50 171 SPEEDPAY FEE
               000000000000
  LC DATE  051411
T:00607      /B:001

061611 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    000000000000 DESC
061611 AP  060111      2675.87       768.74       950.49       956.64
  LC DATE  061511 BAL AFTER       174706.84                  -3304.17
T:00607      E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL    00.00
061611 FB  060111         7.50 171 SPEEDPAY FEE
               SG10UDT2KA48
  LC DATE  061511
T:00607      /B:000
061611 FEA 060111         7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  061511
T:00607      /B:001
071611 GRU 000000 000000 GRACE UNAP AMT:       .00
               000000000000
071611 AP  070111      2675.87       772.90       946.33       956.64
  LC DATE  071511 BAL AFTER       173933.94                  -2347.53
T:00607      E/B:001                     00.00                     00.00
071611 FB  070111         7.50 171 SPEEDPAY FEE
  REF NUMBER    SG115V8VTQP0 DESC
  LC DATE  071511
T:00607      /B:000
071611 FEA 070111         7.50 171 SPEEDPAY FEE
               000000000000
  LC DATE  071511
T:00607      /B:001


      INQ 1419
```

Identifier [REDACTED] 7516     Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 39 of 121

```
HISTORY FOR ACCOUNT    [REDACTED] 7516                        PAGE     22
                                                             DATE 06/05/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
  DATE  CDE  DATE    AMOUNT       PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
082911 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    000000000000 DESC
082911 AP  080111      2761.83      777.09       942.14      956.64
  LC DATE  082711  BAL AFTER      173156.85                 -1390.89
                  OPT PREMIUMS         .00 LATE CHARGE PYMT   85.96
T:00607     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    00.00
082911 FB  080111          7.50 171 SPEEDPAY FEE
              SG11H1BPUMIG
  LC DATE  082711
T:00607     /B:000
082911 FEA 080111          7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  082711
T:00607     /B:001
093011 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    000000000000 DESC
093011 AP  090111      2761.83      781.30       937.93      956.64
              BAL AFTER      172375.55                 -434.25
              OPT PREMIUMS         .00 LATE CHARGE PYMT   85.96
T:00607     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    00.00
093011 FB  090111          7.50 171 SPEEDPAY FEE
  REF NUMBER    SG11P83CLUH0 DESC
T:00607     /B:000
093011 FEA 090111          7.50 171 SPEEDPAY FEE
              000000000000
T:00607     /B:001
110111 UI  100111          .00          .00          .00          .00
  REF NUMBER    000000000000 DESC
              BAL AFTER      172375.55                 -434.25
              OPT PREMIUMS         .00 LATE CHARGE PYMT  -85.96*
T:00607     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
T:00603     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
```

```
HISTORY FOR ACCOUNT    ▪7516                            PAGE    23
                                                       DATE 06/05/12


    --------- MAIL -------------------- --------- PROPERTY ----------------

    JAMES P. KENNEDY

    700 E SONORA RD                    3825 21ST STREET

    PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST    ESCROW
DATE  CDE  DATE   AMOUNT         PAID         PAID        PAID
----- --- ------ --------------- ------------ ----------- -------------
110111 GRU 000000 000000 GRACE UNAP AMT:        .00
110111 AP  100111      2675.87      785.53      933.70      956.64
   LC DATE 103111  BAL AFTER    171590.02                   522.39
T:00607    E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL   -85.96
110111 FB  100111          7.50 171 SPEEDPAY FEE
   REF NUMBER   SG1214AESKI8 DESC
   LC DATE 103111
T:00607    /B:000

110111 FEA 100111          7.50 171 SPEEDPAY FEE
   REF NUMBER   000000000000 DESC
   LC DATE 103111
T:00607    /B:001
110911 E90 100111   -2722.43  PAYEE = 0038.00000      .00    -2722.43
                  BAL AFTER    171590.02                  -2200.04
T:32687    /B:001                     00.00                   -85.96


111611 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER   SG124SFJ5EE7 DESC
111611 AP  110111      2675.87      789.78      929.45      956.64
   LC DATE 111511  BAL AFTER    170800.24                  -1243.40
T:00602    E/B:001                    00.00                   -85.96
111611 UI  110111         .00         .00         .00         .00
                  SG124SFJ5EE7
                  BAL AFTER    170800.24                  -1243.40
                  OPT PREMIUMS         .00  LATE CHARGE PYMT   85.96*
T:00602    E/B:001                    00.00                    00.00
111611 SRA 110111        85.96         .00         .00         .00
   LC DATE 111511  BAL AFTER    170800.24                  -1243.40
                  OPT PREMIUMS         .00  LATE CHARGE PYMT   85.96
T:00602    E/B:001                    00.00                    00.00
121611 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER   SG12CDSDLKG3 DESC
121611 AP  120111      2675.87      794.06      925.17      956.64
   LC DATE 121511  BAL AFTER    170006.18                  -286.76
T:00602    E/B:001                    00.00                    00.00

    INQ 1419
```

Identifier [ ]516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 41 of 121

```
HISTORY FOR ACCOUNT      7516                              PAGE    24
                                                          DATE 06/05/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

----------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT        PAID         PAID          PAID
----- --- ------ --------------- ------------ ------------- -------------
123011 EI  120111            .26          .00           .00           .26
                   BAL AFTER     170006.18                       -286.50
T:32046    /B:001                         00.00                       00.00
013012 UI  010112            .00          .00           .00           .00
  REF NUMBER    SG12O3NM8V1B DESC
                   BAL AFTER     170006.18                       -286.50
                   OPT PREMIUMS             .00 LATE CHARGE PYMT  -85.96*
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -85.96

013012 GRU 000000 000000 GRACE UNAP AMT:        .00
013012 AP  010112      2675.87      798.36      920.87      956.64
                   BAL AFTER     169207.82                        670.14
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -85.96
013012 UI  010112            .00          .00           .00           .00
  REF NUMBER    SG12O3NM8V1B DESC
                   BAL AFTER     169207.82                        670.14
                   OPT PREMIUMS             .00 LATE CHARGE PYMT   85.96*
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL     00.00
013012 SRA 010112         85.96          .00           .00           .00
                   BAL AFTER     169207.82                        670.14
                   OPT PREMIUMS             .00 LATE CHARGE PYMT   85.96
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL     00.00
022912 UI  020112            .00          .00           .00           .00
  REF NUMBER    SG12VL48576K DESC
                   BAL AFTER     169207.82                        670.14
                   OPT PREMIUMS             .00 LATE CHARGE PYMT  -85.96*
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -85.96
022912 GRU 000000 000000 GRACE UNAP AMT:        .00
022912 AP  020112      2675.87      802.69      916.54      956.64
                   BAL AFTER     168405.13                       1626.78
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    -85.96
022912 UI  020112            .00          .00           .00           .00
  REF NUMBER    SG12VL48576K DESC
                   BAL AFTER     168405.13                       1626.78
                   OPT PREMIUMS             .00 LATE CHARGE PYMT   85.96*
T:00602    E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL     00.00


     INQ 1419
```

```
HISTORY FOR ACCOUNT        7516                              PAGE    25
                                                            DATE 06/05/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS         CA 92264-8436 SAN FRANCISCO        CA 94114-2802

--------------------------------------------------------------------------
POST TRN DUE    TRANSACTION   PRINCIPAL    INTEREST     ESCROW
DATE CDE DATE   AMOUNT        PAID         PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
022912 SRA 020112        85.96          .00          .00          .00
                BAL AFTER      168405.13                    1626.78
                OPT PREMIUMS              .00 LATE CHARGE PYMT    85.96
T:00602     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
030712 E90 020112     -2722.43  PAYEE = 0038.00000     .00     -2722.43
                BAL AFTER      168405.13                   -1095.65
T:32687     /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL    00.00


033012 UI 030112         .00          .00          .00          .00
    REF NUMBER    SG1377RDMV0K DESC
                BAL AFTER      168405.13                   -1095.65
                OPT PREMIUMS              .00 LATE CHARGE PYMT   -85.96*
T:00602     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
033012 GRU 000000 000000 GRACE UNAP AMT:        .00
033012 AP  030112      2675.87       807.04       912.19       956.64
                BAL AFTER      167598.09                    -139.01
T:00602     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
033012 UI  030112         .00          .00          .00          .00
    REF NUMBER    SG1377RDMV0K DESC
                BAL AFTER      167598.09                    -139.01
                OPT PREMIUMS              .00 LATE CHARGE PYMT    85.96*
T:00602     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
033012 SRA 030112        85.96          .00          .00          .00
                BAL AFTER      167598.09                    -139.01
                OPT PREMIUMS              .00 LATE CHARGE PYMT    85.96
T:00602     E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
052212 FB  030112        11.25  11 PROP INSPECTION FEE
T:32506     /B:001
052312 FP  030112       -11.25  96 INV RECOV FEE
    REF NUMBER    BNR PIR    DESC
T:28725     /B:001
052312 FE  030112        11.25  11 PROP INSPECTION FEE
                BNR PIR
T:28725     /B:001


        INQ 1419
```

Identifier [    ] 516      Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 43 of 121

# <u>GMAC</u> Mortgage

February 6, 2012

James P Kennedy
700 E Sonora Rd
Palm Springs CA 92264-8436

RE:     Account Number          [    ]7516
        Property Address       3825 21ˢᵗ Street
                               San Francisco CA 94114-2802

Dear James P Kennedy:

Please be advised that this letter serves as our response to your Qualified Written Request ("QWR") for
information regarding the above-referenced GMAC Mortgage account dated January 19, 2012 and received in
our office on January 23, 2012. In your correspondence, you request detailed information and documentation
regarding nearly every aspect of the mortgage loan transaction, beginning with its origination.

In response to your inquiry, GMAC Mortgage has enclosed a copy of the account's payment history as
required by the Real Estate Settlement Procedures Act ("RESPA").

Because your letter appears to be questioning nearly every aspect of the loan transaction, it is difficult for
GMAC Mortgage to identify any specific concern(s) you have regarding the servicing of the account.
Nevertheless, in an effort to be responsive to your request, copies of pertinent documentation GMAC
Mortgage has in its records are enclosed.

- Note
- Mortgage/Deed of Trust
- HUD-1 Settlement Statement
- Escrow Analysis Statements
- Monthly Account Statements
- Payoff Statement

The following responses are in the same order as the inquiries in the QWR:

**Loan Accounting and Servicing Systems**

Subject to business and trade practices, which are proprietary and confidential.

GMAC Mortgage LLC      www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier ▮▮ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 44 of 121

# GMAC Mortgage

February 6, 2012
Account Number ▮▮ 7516
Page Two

## Debits and Credits

See enclosed history and transaction code key.

## Attorney Fees

No attorney fees have been assessed on this account. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

## Suspense/Unapplied Accounts

This information is detailed in the enclosed history.

## Late Fees

All late fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

## Property Inspections

This information is detailed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

## BPO Fees

All BPO fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed is outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

If you have any further general servicing questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care KT
Loan Servicing

*Enclosures*

GMAC Mortgage LLC        www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier: [REDACTED]7516        Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 45 of 121

```
GMAC Mortgage, LLC                          PAGE      1
PO Box 780                                  DATE 02/06/12
3451 Hammond Avenue
Waterloo          IA 50704-0780
                              HISTORY FOR ACCOUNT   [REDACTED]7516


-------- MAIL -------------------- -------- PROPERTY ---------------

JAMES P. KENNEDY

700 E SONORA RD                  3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------ DATES ------  ---- CURRENT BALANCES -----  ------- UNCOLLECTED -------
PAID TO   01/01/12  PRINCIPAL        169207.82  LATE CHARGES       0.00
NEXT DUE  02/01/12  ESCROW              670.14  OPTIONAL INS       0.00
LAST PMT  01/30/12  UNAPPLIED FUND        0.00  INTEREST           0.00
AUDIT DT  09/28/93  UNAPPLIED CODES             FEES               0.00
                    BUYDOWN   FUND        0.00  ------ YEAR TO DATE -------
   LAST ACTIVITY    BUYDOWN   CODE             INTEREST          920.87
       01/30/12                               TAXES               0.00
--------------------------------------------------------------------------

POST  TRN  DUE      TRANSACTION    PRINCIPAL    INTEREST     ESCROW
DATE  CDE  DATE      AMOUNT         PAID         PAID         PAID
-----  ---  ------  --------------- ------------ ------------ -------------
021309 GRU 000000 000000 GRACE UNAP AMT:      .00
   REF NUMBER    SG0Q7H7LU9P1 DESC
021309 UFU 010109   UNAPPLIED FUNDS (1)          -986.05  BALANCE        0.00
                    BAL AFTER      196054.78               -2206.62
T:00603       /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL     00.00
021309 AP  010109       933.78       657.27     1061.96      200.60
                    BAL AFTER      195397.51               -2006.02
T:00603       E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


021309 GRU 000000 000000 GRACE UNAP AMT:      .00
   REF NUMBER    SG0Q7H7LU9P1 DESC
021309 UFU 010109   UNAPPLIED FUNDS (1)           785.45  BALANCE      785.45
                    BAL AFTER      195397.51               -2006.02
T:00603       /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
021309 SWA 010109       785.45         .00          .00          .00
                    BAL AFTER      195397.51               -2006.02
T:00603       E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


031309 GRU 000000 000000 GRACE UNAP AMT:      .00
   REF NUMBER    SG0QEIJE4QTI DESC
031309 UFU 020109   UNAPPLIED FUNDS (1)          -785.45  BALANCE        0.00
                    BAL AFTER      195397.51               -2006.02
T:00603       /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
031309 AP  020109      1134.38       660.83     1058.40      200.60
                    BAL AFTER      194736.68               -1805.42
T:00603       E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


    INQ 1357
```

Identifier [blacked out] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 46 of 121

HISTORY FOR ACCOUNT        [blacked out] 7516                    PAGE       2
                                                                DATE 02/06/12


········· MAIL ···················· ········· PROPERTY ···············

JAMES P. KENNEDY

700 E SONORA RD                        3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|

```
031309 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QEIJE4QTI DESC
031309 UFU 020109   UNAPPLIED FUNDS (1)           584.85  BALANCE      584.85
                    BAL AFTER      194736.68              -1805.42
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
031309 SWA 020109      584.85          .00          .00          .00
                    BAL AFTER      194736.68              -1805.42
T:00603      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


041409 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QMK2FTDNE DESC
041409 UFU 030109   UNAPPLIED FUNDS (1)          -584.85  BALANCE        0.00
                    BAL AFTER      194736.68              -1805.42
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
041409 AP  030109      1334.98      664.41      1054.82       200.60
                    BAL AFTER      194072.27              -1604.82
T:00603      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


041409 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG0QMK2FTDNE DESC
041409 UFU 030109   UNAPPLIED FUNDS (1)           384.25  BALANCE      384.25
                    BAL AFTER      194072.27              -1604.82
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96
041409 SWA 030109      384.25          .00          .00          .00
                    BAL AFTER      194072.27              -1604.82
T:00603      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -85.96


042309 FB  030109      6391.00 163 CORP ADV 2 ESCROW
  REF NUMBER    SG0QOP0NSJ50 DESC
T:05006      /B:000
042409 SRO 030109     -6391.00          .00          .00     -6391.00
                    163 CLEANUP
                    BAL AFTER      194072.27              -7995.82
T:01755      I/B:001                      00.00              -85.96
```


INQ 1357

Identifier [▮] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 47 of 121

HISTORY FOR ACCOUNT [▮] 7516                          PAGE    3
                                                      DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-----------------------------------------------------------------------
POST   TRN   DUE    TRANSACTION   PRINCIPAL    INTEREST    ESCROW
DATE   CDE   DATE   AMOUNT        PAID         PAID        PAID
------ ---   ------ -------------- ------------ ------------ -------------
042409 FE  030109      6391.00 163 CORP ADV 2 ESCROW
  REF NUMBER    163 CLEANUP  DESC
T:01755    /B:001
051409 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER    SG0QU5FUTJ58 DESC
051409 UFU 040109  UNAPPLIED FUNDS (1)        -384.25 BALANCE      0.00
                   BAL AFTER        194072.27              -7995.82
T:00603    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

051409 AP  040109      1535.58      668.01      1051.22      200.60
                   BAL AFTER        193404.26              -7795.22
T:00603    E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
051409 GRU 000000 000000 GRACE UNAP AMT:      .00
  REF NUMBER    SG0QU5FUTJ58 DESC
051409 UFU 040109  UNAPPLIED FUNDS (1)        183.65 BALANCE      183.65
                   BAL AFTER        193404.26              -7795.22
T:00603    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

051409 SWA 040109       183.65         .00         .00         .00
                   BAL AFTER        193404.26              -7795.22
T:00603    E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
061209 UI  050109         .00         .00         .00         .00
  REF NUMBER    SG0R5EQ19KRE DESC
                   BAL AFTER        193404.26              -7795.22
                   * ESC SHORTAGE     -16.95
T:00603    E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

061209 GRU 000000 000000 GRACE UNAP AMT:      .00
061209 UFU 050109  UNAPPLIED FUNDS (1)        -183.65 BALANCE      0.00
                   BAL AFTER        193404.26              -7795.22
T:00603    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
061209 AP  050109      1719.23      671.62      1047.61      183.65
                   BAL AFTER        192732.64              -7611.57
T:00603    E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96

INQ 1357

Identifier 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 48 of 121

```
HISTORY FOR ACCOUNT    ███ 7516                    PAGE    4
                                                   DATE 02/06/12


-------- MAIL ------------------ -------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                 3825 21ST STREET

PALM SPRINGS       CA 92264-8436 SAN FRANCISCO    CA 94114-2802


-------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT       PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
081409 UFU 050109  UNAPPLIED FUNDS (1)          1719.23 BALANCE    1719.23
  REF NUMBER    SG0RL9OTDDND DESC
                  BAL AFTER     192732.64              -7611.57
T:00603      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
081409 SRA 050109      1719.23      .00          .00          .00
                  BAL AFTER     192732.64              -7611.57
T:00603      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96


091409 UFU 050109  UNAPPLIED FUNDS (1)          1719.23 BALANCE    3438.46
  REF NUMBER    SG0RT37340FJ DESC
                  BAL AFTER     192732.64              -7611.57
T:00603      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
091409 SRA 050109      1719.23      .00          .00          .00
                  BAL AFTER     192732.64              -7611.57
T:00603      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96


091609 UI  060109      .00        .00          .00          .00
  REF NUMBER    CIT 648    DESC
                  BAL AFTER     192732.64              -7611.57
                  OPT PREMIUMS       .00  LATE CHARGE PYMT  -171.92*
T:17391      I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
091609 GRU 000000 000000 GRACE UNAP AMT:      .00
091609 UFU 060109  UNAPPLIED FUNDS (1)         -2352.11 BALANCE    1086.35
                  BAL AFTER     192732.64              -7611.57
T:17391      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
091609 PA  060109      .00      675.26     1043.97      632.88
  LC DATE 091409 BAL AFTER     192057.38              -6978.69
T:17391      I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
101409 UI  070109      .00        .00          .00          .00
  REF NUMBER    SG0S4KK22TL1 DESC
                  BAL AFTER     192057.38              -6978.69
                  * ESC SHORTAGE     16.95
T:00603      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88


     INQ 1357
```

Identifier ███ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 49 of 121

HISTORY FOR ACCOUNT    ███ 7516                    PAGE     5
                                                  DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS    CA 92264-8436 SAN FRANCISCO    CA 94114-2802

---------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
DATE  CDE  DATE     AMOUNT          PAID          PAID         PAID
----- --- ------ ------------- ------------- ------------- -------------
101409 GRU 000000 000000 GRACE UNAP AMT:        .00
101409 UFU 070109    UNAPPLIED FUNDS (1)      -1086.35 BALANCE       0.00
                 BAL AFTER      192057.38                  -6978.69
T:00603     /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
101409 AP  070109    1282.71      678.92      1040.31      649.83
                 BAL AFTER      191378.46                  -6328.86
T:00603   E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


101409 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    SG0S4KK22TL1 DESC
101409 UFU 070109    UNAPPLIED FUNDS (1)       436.52 BALANCE     436.52
                 BAL AFTER      191378.46                  -6328.86
T:00603     /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
101409 SWA 070109     436.52      .00          .00         .00
                 BAL AFTER      191378.46                  -6328.86
T:00603   E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


102009 FB  070109         83.00 164 CORP ADV 3 DRM
T:30902     /B:000
111309 UFU 070109    UNAPPLIED FUNDS (1)      1719.23 BALANCE    2155.75
  REF NUMBER    SG0SC610VCCX DESC
                 BAL AFTER      191378.46                  -6328.86
T:00603     /B:001                  00.00                   -257.88
111309 SRA 070109    1719.23      .00          .00         .00
                 BAL AFTER      191378.46                  -6328.86
T:00603   E/B:001                  00.00                   -257.88
111309 UFU 070109    UNAPPLIED FUNDS (1)     -1719.23 BALANCE     436.52
  REF NUMBER    CHECKFREE    DESC
                 BAL AFTER      191378.46                  -6328.86
T:19336     /B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
111909 SR1 070109   -1719.23      .00          .00         .00
                 BAL AFTER      191378.46                  -6328.86
T:19336   I/B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


     INQ 1357

Identifier 7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 50 of 121

HISTORY FOR ACCOUNT ▮7516                          PAGE    6
                                                   DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO     CA 94114-2802

---------------------------------------------------------------------------

| POST | TRN | DUE | TRANSACTION | PRINCIPAL | INTEREST | ESCROW |
| DATE | CDE | DATE | AMOUNT | PAID | PAID | PAID |
| ------ | --- | ------ | --------------- | ------------- | ------------- | ------------- |

```
111909 FB  070109      25.00   3 NSF FEE
  REF NUMBER    SG0SDJS8LNE0 DESC
T:19336     /B:000
112009 M90 070109    -2926.14  PAYEE = 0038.00000    .00    -2926.14
                BAL AFTER       191378.46                   -9255.00
T:12709     /B:001                       00.00                -257.88
112509 FB  070109      11.25  11 PROP INSPECTION FEE
T:32506     /B:001

121409 UFU 070109   UNAPPLIED FUNDS (1)      1719.23 BALANCE    2155.75
  REF NUMBER    SG0SJVF8UEUT DESC
                BAL AFTER       191378.46                   -9255.00
T:00603     /B:001                       00.00                -257.88
121409 SRA 070109     1719.23        .00          .00          .00
                BAL AFTER       191378.46                   -9255.00
T:00603     E/B:001                      00.00                -257.88


121509 UFU 070109   UNAPPLIED FUNDS (1)     -1719.23 BALANCE     436.52
                BAL AFTER       191378.46                   -9255.00
T:19336     /B:008  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
121509 SR0 070109    -1719.23        .00          .00          .00
                BAL AFTER       191378.46                   -9255.00
T:19336     Y/B:008  OPTIONAL INS BAL   00.00  LATE CHARGE BAL  -257.88
121809 UFU 070109   UNAPPLIED FUNDS (1)      -436.52 BALANCE      0.00
                BAL AFTER       191378.46                   -9255.00
T:01702     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
121809 UPF 070109   UNAPPLIED FUNDS (2)       436.52 BALANCE     436.52
                BAL AFTER       191378.46                   -9255.00
                OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
121809 AA  070109        .00         .00          .00          .00
                BAL AFTER       191378.46                   -9255.00
T:01702     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -257.88
121809 UI  070109        .00         .00          .00          .00
                BAL AFTER       191378.46                   -9255.00
                OPT PREMIUMS         .00  LATE CHARGE PYMT  -171.92*
T:01702     /B:000  OPTIONAL INS BAL    00.00  LATE CHARGE BAL  -429.80

     INQ 1357
```

Identifier [REDACTED] 516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 51 of 121

HISTORY FOR ACCOUNT    [REDACTED]7516                    PAGE      7
                                                        DATE 02/06/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802


---------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 121809 | AA | 070109 | .00 | .00 | .00 | .00 |
| | | | BAL AFTER | 191378.46 | | -9255.00 |
| | | | OPT PREMIUMS | .00 | LATE CHARGE PYMT | -171.92* |
| T:01702 | /B:000 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 | |
| 122209 | FB | 070109 | 11.25 | 11 PROP INSPECTION FEE | | |
| T:32506 | /B:001 | | | | | |
| 123109 | RPL | 010210 | PAID 4330.95 DUE 4330.95 SHORT | .00 TELLER 11674 | | |
| | | | BAL AFTER | 191378.46 | | -9255.00 |
| | | | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 |
| 123109 | RPL | 010210 | NO. OF PLAN PMTS=01 | | | |
| | | | BAL AFTER | 191378.46 | | -9255.00 |
| | | | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 |
| 123109 | GRU | 000000 | 000000 GRACE UNAP AMT: | .00 | | |
| REF NUMBER | 310921973 | DESC | | | | |
| 123109 | RP | 080109 | 2352.11 | 682.60 | 1036.63 | 532.88 |
| | | | BAL AFTER | 190695.86 | | -8622.12 |
| T:11674 | I/B:004 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 | |
| 123109 | GRU | 000000 | 000000 GRACE UNAP AMT: | .00 | | |
| REF NUMBER | 310921973 | DESC | | | | |
| 123109 | RP | 090109 | 2352.11 | 686.29 | 1032.94 | 532.88 |
| | | | BAL AFTER | 190009.57 | | -7989.24 |
| T:11674 | I/B:004 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 | |
| 123109 | UFF | 090109 | UNAPPLIED FUNDS (2) | -373.27 BALANCE | 63.25 | |
| | 310921973 | | | | | |
| | | | BAL AFTER | 190009.57 | | -7989.24 |
| T:11674 | /B:004 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 | |
| 123109 | SR0 | 090109 | -373.27 | .00 | .00 | .00 |
| | | | BAL AFTER | 190009.57 | | -7989.24 |
| T:11674 | I/B:004 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -429.80 | |
| 011210 | FB | 090109 | 43.68 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 011210 | FB | 090109 | 853.45 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |


INQ 1357

Identifier: 7516          Doc Type: CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 52 of 121

HISTORY FOR ACCOUNT ███████7516                          PAGE     8
                                                         DATE 02/06/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS          CA 92264-8436 SAN FRANCISCO     CA 94114-2802

--------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT         PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
011210 FB 090109        31.00  40 EXPENSE ADVANCES
T:32551    /B:000
011210 FB 090109       480.00  40 EXPENSE ADVANCES
T:32551    /B:000
011410 UFU 090109  UNAPPLIED FUNDS (1)        1719.23  BALANCE    1719.23
   REF NUMBER    SG0SS0UVCTM9 DESC
                  BAL AFTER       190009.57              -7989.24
T:00603    /B:001                 00.00                   -429.80

011410 SRA 090109      1719.23       .00         .00        .00
                  BAL AFTER       190009.57              -7989.24
T:00603    E/B:001                00.00                   -429.80
011510 UFU 090109  UNAPPLIED FUNDS (1)       -1719.23  BALANCE      0.00
   REF NUMBER    ECOM RETURN  DESC
                  BAL AFTER       190009.57              -7989.24
T:19336    /B:005                 00.00                   -429.80


011510 SR0 090109     -1719.23       .00         .00        .00
                  BAL AFTER       190009.57              -7989.24
T:19336    Y/B:005                00.00                   -429.80
012210 FB 090109      6290.00 163 CORP ADV 2 ESCROW
   REF NUMBER    SG0STTMQ0168 DESC
T:05006    /B:000
012510 SR0 090109     -6290.00       .00         .00     -6290.00
                  163 CLEANUP
                  BAL AFTER       190009.57             -14279.24
T:01755    I/B:001                00.00                   -429.80
012510 FE 090109      6290.00 163 CORP ADV 2 ESCROW
   REF NUMBER   163 CLEANUP  DESC
T:01755    /B:001
021210 UFU 090109  UNAPPLIED FUNDS (1)        63.25  BALANCE      63.25
                  BAL AFTER       190009.57             -14279.24
T:01702    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
021210 UFF 090109  UNAPPLIED FUNDS (2)       -63.25  BALANCE      0.00
                  BAL AFTER       190009.57             -14279.24
                  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80

    INQ 1357

Identifier ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 53 of 121

HISTORY FOR ACCOUNT ███ 7516                      PAGE      9
                                                  DATE 02/06/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS      CA 92264-8436 SAN FRANCISCO    CA 94114-2802


---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT         PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
021210 AA 090109           .00         .00          .00          .00
                 BAL AFTER      190009.57                  -14279.24
T:01702    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
021210 AA 090109           .00         .00          .00          .00
                 BAL AFTER      190009.57                  -14279.24
T:01702    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022210 FB 090109          11.25  11 PROP INSPECTION FEE
T:32506    /B:001

022610 UFU 090109  UNAPPLIED FUNDS (1)        -63.25 BALANCE      0.00
                 BAL AFTER      190009.57                  -14279.24
T:14244    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 UFF 090109  UNAPPLIED FUNDS (2)         63.25 BALANCE     63.25
                 BAL AFTER      190009.57                  -14279.24
                 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 AA 090109           .00         .00          .00          .00
                 BAL AFTER      190009.57                  -14279.24
T:14244    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
022610 UI 090109           .00         .00          .00          .00
                 BAL AFTER      190009.57                  -14279.24
                 OPT PREMIUMS        .00 LATE CHARGE PYMT   -171.92*
T:14244    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
022610 AA 090109           .00         .00          .00          .00
                 BAL AFTER      190009.57                  -14279.24
                 OPT PREMIUMS        .00 LATE CHARGE PYMT   -171.92*
T:14244    /B:000 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72

030310 FB 090109          83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG0T80MIGGVG DESC
T:02726    /B:000
031510 RPL 031010  PAID 2352.11 DUE 2352.11 SHORT      .00 TELLER 31143
                 BAL AFTER      190009.57                  -14279.24
                 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72
031510 RPL 031010  NO. OF PLAN PMTS=01
                 BAL AFTER      190009.57                  -14279.24
                 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -601.72


    INQ 1357

HISTORY FOR ACCOUNT [■■■] 7516                         PAGE    10
                                                       DATE 02/06/12

--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|---------------------|----------------|---------------|-------------|
| 031510 | GRU | 000000 000000 | GRACE UNAP AMT: | .00 | | |
| REF NUMBER | EM-307901337 DESC | | | | | |
| 031510 | RP | 100109 | 2352.11 | 690.01 | 1029.22 | 632.88 |
| LC DATE 031310 | BAL AFTER | | 189319.56 | | | -13646.36 |
| T:31143 | I/B:008 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -601.72 | |
| 031810 | FB | 100109 | 51.03 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 031810 | FB | 100109 | 146.55 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 031810 | FB | 100109 | 350.00 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 031810 | FB | 100109 | 11.00 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 031810 | FB | 100109 | 120.00 | 40 EXPENSE ADVANCES | | |
| T:32551 | /B:000 | | | | | |
| 041310 | RPL | 041010 | PAID 5121.89 DUE 5121.89 SHORT | .00 TELLER 31143 | | |
| | | BAL AFTER | 189319.56 | | -13646.36 | |
| | | | 00.00 | | -601.72 | |
| 041310 | RPL | 041010 | NO. OF PLAN PMTS=01 | | | |
| | | BAL AFTER | 189319.56 | | -13646.36 | |
| | | | 00.00 | | -601.72 | |
| 041310 | GRU | 000000 000000 | GRACE UNAP AMT: | .00 | | |
| REF NUMBER | EM-307901369 DESC | | | | | |
| 041310 | RP | 110109 | 2352.11 | 693.75 | 1025.48 | 632.88 |
| LC DATE 041110 | BAL AFTER | | 188625.81 | | -13013.48 | |
| T:31143 | I/B:008 | | 00.00 | | -601.72 | |
| 041310 | GRU | 000000 000000 | GRACE UNAP AMT: | .00 | | |
| REF NUMBER | EM-307901369 DESC | | | | | |
| 041310 | RP | 120109 | 2352.11 | 697.51 | 1021.72 | 632.88 |
| LC DATE 041110 | BAL AFTER | | 187928.30 | | -12380.60 | |
| T:31143 | I/B:008 | | 00.00 | | -601.72 | |
| 041310 | UFF | 120109 | UNAPPLIED FUNDS (2) | 417.67 | BALANCE | 480.92 |
| | | EM-307901369 | | | | |
| | | BAL AFTER | 187928.30 | | -12380.60 | |
| T:31143 | /B:008 | | 00.00 | | -601.72 | |

INQ 1357

Identifier [████] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 55 of 121

```
HISTORY FOR ACCOUNT    [████] 7516                    PAGE      11
                                                      DATE 02/06/12


--------- MAIL ------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY


700 E SONORA RD                      3825 21ST STREET


PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802


-----------------------------------------------------------------------

POST  TRN  DUE     TRANSACTION   PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE      AMOUNT        PAID          PAID         PAID
------ --- ------ -------------- ------------- ------------- -------------
041310 SR 120109      417.67         .00          .00          .00
 LC DATE  041110  BAL AFTER      187928.30                 -12380.60
T:31143    I/B:008                 00.00                     -601.72
051110 RPL 051010   PAID  5121.89 DUE  5121.89 SHORT    .00 TELLER 20001
                  BAL AFTER      187928.30                 -12380.60
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
051110 RPL 051010   NO. OF PLAN PMTS=01
                  BAL AFTER      187928.30                 -12380.60
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:       .00
 REF NUMBER    EM-500201232 DESC
051110 RP  010110     2352.11      701.29      1017.94      632.88
                  BAL AFTER      187227.01                 -11747.72
T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
051110 GRU 000000 000000 GRACE UNAP AMT:       .00
                  EM-500201232
051110 RP  020110     2352.11      705.08      1014.15      632.88
                  BAL AFTER      186521.93                 -11114.84
T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
051210 UFF 020110   UNAPPLIED FUNDS (2)         417.67  BALANCE     898.59
 REF NUMBER    EM-500201232 DESC
                  BAL AFTER      186521.93                 -11114.84
T:20001    /B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
051110 SR  020110     417.67         .00          .00          .00
                  BAL AFTER      186521.93                 -11114.84
T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72



061110 RPL 061010   PAID  5121.89 DUE  5121.89 SHORT    .00 TELLER 19996
                  BAL AFTER      186521.93                 -11114.84
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
061110 RPL 061010   NO. OF PLAN PMTS=01
                  BAL AFTER      186521.93                 -11114.84
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72
061110 GRU 000000 000000 GRACE UNAP AMT:       .00
 REF NUMBER    EM-500201247 DESC
061110 RP  030110     2352.11      708.90      1010.33      632.88
                  BAL AFTER      185813.03                 -10481.96
T:19996    I/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -601.72

    INQ 1357
```

Identifier: 7516        Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 56 of 121

HISTORY FOR ACCOUNT        7516                          PAGE      12
                                                         DATE 02/06/12

---------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|---------------------|----------------|---------------|-------------|

```
061110 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    EM-500201247 DESC
061110 RP 040110      2352.11      712.74     1006.49      632.88
                 BAL AFTER      185100.29                  -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
061110 UFF 040110   UNAPPLIED FUNDS (2)          417.67  BALANCE    1316.26
                 EM-500201247
                 BAL AFTER      185100.29                  -9849.08
T:19996    /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
061110 SR 040110      417.67        .00          .00          .00
                 BAL AFTER      185100.29                  -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 RPL 071010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 19996
                 BAL AFTER      185100.29                  -9849.08
                 OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 RPL 071010   NO. OF PLAN PMTS=01
                 BAL AFTER      185100.29                  -9849.08
                 OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    EM-500201259 DESC
071910 RP 050110      2352.11      716.60     1002.63      632.88
  LC DATE 071710  BAL AFTER      184383.69                  -9216.20
T:19996    I/B:008  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:        .00
                 EM-500201259
071910 RP 060110      2352.11      720.49      998.74      632.88
  LC DATE 071710  BAL AFTER      183663.20                  -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 UFF 060110   UNAPPLIED FUNDS (2)          417.67  BALANCE    1733.93
  REF NUMBER    EM-500201259 DESC
                 BAL AFTER      183663.20                  -8583.32
T:19996    /B:008  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
071910 SR 060110      417.67        .00          .00          .00
  LC DATE 071710  BAL AFTER      183663.20                  -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
```

INQ 1357

Identifier [REDACTED] 7516        Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 57 of 121

```
HISTORY FOR ACCOUNT  [REDACTED] 7516                 PAGE    13
                                                     DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                 3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO       CA 94114-2802

-------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT          PAID          PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
081610 M90 060110    -6152.90  PAYEE = 0038.00000       .00    -6152.90
                  BAL AFTER        183663.20                  -14736.22
T:31658      /B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
082010 UI  060110        .00        .00        .00        .00
                  BAL AFTER        183663.20                  -14736.22
                  OPT PREMIUMS          .00 LATE CHARGE PYMT   -601.72*
T:14244      /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44


082010 AA  060110        .00        .00        .00        .00
                  BAL AFTER        183663.20                  -14736.22
                  OPT PREMIUMS          .00 LATE CHARGE PYMT   -601.72*
T:14244      /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44
082010 UFU 060110  UNAPPLIED FUNDS (1)       1733.93 BALANCE    1733.93
                  BAL AFTER        183663.20                  -14736.22
T:14244      /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44


082010 UFF 060110  UNAPPLIED FUNDS (2)      -1733.93 BALANCE       0.00
                  BAL AFTER        183663.20                  -14736.22
                  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44
082010 AA  060110        .00        .00        .00        .00
                  BAL AFTER        183663.20                  -14736.22
T:14244      /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44
082010 AA  060110        .00        .00        .00        .00
                  BAL AFTER        183663.20                  -14736.22
T:14244      /B:000  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1203.44
082310 UI  070110        .00        .00        .00        .00
  REP NUMBER    SG0UJJ7VIJE5 DESC
                  BAL AFTER        183663.20                  -14736.22
                  OPT PREMIUMS          .00 LATE CHARGE PYMT    -85.96*
T:00321      K/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1289.40
082310 GRU 000000 000000 GRACE UNAP AMT:       .00
082310 UFU 070110  UNAPPLIED FUNDS (1)      -1733.93 BALANCE       0.00
                  BAL AFTER        183663.20                  -14736.22
T:00321      /B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -1289.40

     INQ 1357
```

Identifier: ████ 7516        Doc Type: CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 58 of 121

HISTORY FOR ACCOUNT    ████ 7516                    PAGE    14
                                                    DATE 02/06/12

--------- MAIL -------------------- -------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                     3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO    CA 94114-2802

----------------------------------------------------------------------

| POST<br>DATE | TRN<br>CDE | DUE<br>DATE | TRANSACTION<br>AMOUNT | PRINCIPAL<br>PAID | INTEREST<br>PAID | ESCROW<br>PAID |
|---|---|---|---|---|---|---|
| 082310 | AP | 070110 | 618.18 | 724.39 | 994.84 | 632.88 |
| | LC DATE | 081910 | BAL AFTER | 182938.81 | | -14103.34 |
| T:00321 | K/B:001 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -1289.40 | |
| 082310 | UI | 080110 | .00 | .00 | .00 | .00 |
| | REF NUMBER | SG0UJJ7VIJE5 DESC | | | | |
| | | BAL AFTER | 182938.81 | | -14103.34 | |
| | | OPT PREMIUMS | | .00 | LATE CHARGE PYMT | 1289.40* |
| T:00321 | K/B:001 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | 00.00 | |
| | | | | | | |
| 082310 | GRU | 000000 000000 GRACE UNAP AMT: | .00 | | | |
| 082310 | AP | 080110 | 3641.51 | 728.31 | 990.92 | 632.88 |
| | LC DATE | 081910 | BAL AFTER | 182210.50 | | -13470.46 |
| | | OPT PREMIUMS | | .00 | LATE CHARGE PYMT | 1289.40 |
| T:00321 | K/B:001 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | 00.00 | |
| 082310 | FWA | 080110 | 43.68 | 40 EXPENSE ADVANCES | | |
| | REF NUMBER | SG0UJJ7VIJE5 DESC | | | | |
| | LC DATE | 081910 | | | | |
| T:00321 | /B:001 | | | | | |
| 082310 | FWA | 080110 | 818.52 | 40 EXPENSE ADVANCES | | |
| | REF NUMBER | SG0UJJ7VIJE5 DESC | | | | |
| | LC DATE | 081910 | | | | |
| T:00321 | /B:001 | | | | | |
| 091310 | UFU | 080110 | UNAPPLIED FUNDS (1) | | 1719.23 | BALANCE 1719.23 |
| | | SG0UOBR68B23 | | | | |
| | | BAL AFTER | 182210.50 | | -13470.46 | |
| T:00321 | /B:001 | | 00.00 | | 00.00 | |
| | | | | | | |
| 091310 | SRA | 080110 | 1719.23 | .00 | .00 | .00 |
| | LC DATE | 091010 | BAL AFTER | 182210.50 | | -13470.46 |
| T:00321 | K/B:001 | | 00.00 | | 00.00 | |
| 101110 | UI | 090110 | .00 | .00 | .00 | .00 |
| | REF NUMBER | SG0UVDV9T1B5 DESC | | | | |
| | | BAL AFTER | 182210.50 | | -13470.46 | |
| | | OPT PREMIUMS | | .00 | LATE CHARGE PYMT | -85.96* |
| T:00430 | P/B:001 | OPTIONAL INS BAL | 00.00 | LATE CHARGE BAL | -85.96 | |

INQ 1357

Identifier 7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 59 of 121

```
HISTORY FOR ACCOUNT        7516                         PAGE      15
                                                        DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

-------------------------------------------------------------------------------
POST  TRN  DUE      TRANSACTION    PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE      AMOUNT        PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
101110 GRU 000000 000000 GRACE UNAP AMT:        .00
101110 UFU 090110  UNAPPLIED FUNDS (1)          -1719.23  BALANCE        0.00
                   BAL AFTER        182210.50              -13470.46
T:00430     /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
101110 AP  090110        632.88       732.26       986.97     632.88
  LC DATE 100910  BAL AFTER        181478.24              -12837.58
T:00430     P/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


101110 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    SG0UVDV9T1B5 DESC
101110 UFU 090110  UNAPPLIED FUNDS (1)          1286.95  BALANCE     1286.95
                   BAL AFTER        181478.24              -12837.58
T:00430     /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
101110 SWA 090110       1286.95       .00          .00        .00
  LC DATE 100910  BAL AFTER        181478.24              -12837.58
T:00430     P/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96

111010 E90 090110    -2683.86  PAYEE = 0038.00000      .00    -2683.86
                   BAL AFTER        181478.24              -15521.44
T:32687     /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
111510 UFU 090110  UNAPPLIED FUNDS (1)          1719.23  BALANCE     3006.18
  REF NUMBER    SG0V8FMQ3J6A DESC
                   BAL AFTER        181478.24              -15521.44
T:00430     /B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


111510 SRA 090110       1719.23       .00          .00        .00
  LC DATE 111310  BAL AFTER        181478.24              -15521.44
T:00430     P/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
111810 FB  090110        11.25  11 PROP INSPECTION FEE
T:32506     /B:001
121410 UFU 090110  UNAPPLIED FUNDS (1)          -3006.18  BALANCE        0.00
                   BAL AFTER        181478.24              -15521.44
T:18585     /B:000 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96


        INQ 1357
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 60 of 121

HISTORY FOR ACCOUNT [REDACTED] 7516                          PAGE      16
                                                            DATE 02/06/12


--------- MAIL -------------------- -------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-----------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE   CDE  DATE     AMOUNT          PAID          PAID         PAID
------ ---  ------ --------------- ------------- ------------- -------------
121410 UFF 090110   UNAPPLIED FUNDS (2)            3006.18  BALANCE    3006.18
                    BAL AFTER      181478.24                  -15521.44
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96
121410 AA  090110          .00          .00          .00          .00
                    BAL AFTER      181478.24                  -15521.44
T:18585     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96
121410 UI  090110          .00          .00          .00          .00
                    BAL AFTER      181478.24                  -15521.44
                    OPT PREMIUMS            .00 LATE CHARGE PYMT   -85.96*
T:18585     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -171.92
121410 AA  090110          .00          .00          .00          .00
                    BAL AFTER      181478.24                  -15521.44
                    OPT PREMIUMS            .00 LATE CHARGE PYMT   -85.96*
T:18585     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -171.92
121410 FB  090110        83.00 164 CORP ADV 3 DRM
  REF NUMBER     SG0VG0UC6O00 DESC
T:26663     /B:000


121510 RPD 121710   PAID  3985.38 DUE  3985.38 SHORT      .00 TELLER   606
                    BAL AFTER      181478.24                  -15521.44
                                       00.00                   -171.92
121510 RPD 121710   NO. OF PLAN PMTS=01
                    BAL AFTER      181478.24                  -15521.44
                                       00.00                   -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER     000000000000 DESC
121510 AP  100110       3495.78       736.22       983.01     1776.55
  LC DATE  121410 BAL AFTER      180742.02                  -13744.89
T:00606     E/B:001                    00.00                   -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER     000000000000 DESC
121510 AP  110110       3495.78       740.21       979.02     1776.55
  LC DATE  121410 BAL AFTER      180001.81                  -11968.34
T:00606     E/B:001                    00.00                   -171.92
121510 UFF 110110   UNAPPLIED FUNDS (2)          -3006.18  BALANCE       0.00
                    000000000000
                    BAL AFTER      180001.81                  -11968.34
T:00606     /B:001                     00.00                   -171.92

    INQ 1357

Identifier: ████ 7516          Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 61 of 121

HISTORY FOR ACCOUNT    ████ 7516                                PAGE    17
                                                               DATE 02/06/12


-------- MAIL --------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                        3825 21ST STREET

PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION      PRINCIPAL       INTEREST      ESCROW
DATE   CDE  DATE     AMOUNT           PAID           PAID          PAID
------ ---  ------ --------------- -------------- -------------- --------------
121510 SRA 110110    -3006.18          .00            .00            .00
   LC DATE 121410  BAL AFTER        180001.81                    -11968.34
T:00606    E/B:001                     00.00                      -171.92
121510 FB  110110       12.50 171 SPEEDPAY FEE
   REF NUMBER    SG0VG5AOUM70 DESC
   LC DATE 121410
T:00606    /B:000


121510 FEA 110110       12.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE 121410
T:00606    /B:001
010311 UI  110110       .00            .00            .00            .00
               BAL AFTER          180001.81                    -11968.34
               OPT PREMIUMS              .00  LATE CHARGE PYMT    -85.96*
T:18585    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -257.88

010311 AA  110110       .00            .00            .00            .00
               BAL AFTER          180001.81                    -11968.34
               OPT PREMIUMS              .00  LATE CHARGE PYMT    -85.96*
T:18585    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -257.88
010311 AA  110110       .00            .00            .00            .00
               BAL AFTER          180001.81                    -11968.34
T:18585    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -257.88


010311 AA  110110       .00            .00            .00            .00
               BAL AFTER          180001.81                    -11968.34
T:18585    /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL    -257.88
010711 FB  110110       13.00  11 PROP INSPECTION FEE
T:32506    /B:001
011311 R20 110110     552.00            .00            .00         552.00
   REF NUMBER    SG0VNNJS1UM0 DESC
               BAL AFTER          180001.81                    -11416.34
T:28725    I/B:002                     00.00                      -257.88

   INQ 1357

Identifier: ███ 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 62 of 121

```
HISTORY FOR ACCOUNT    ███ 7516                    PAGE     18
                                                   DATE 02/06/12


        --------- MAIL --------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                       3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802


  -------------------------------------------------------------------------
   POST  TRN  DUE     TRANSACTION      PRINCIPAL       INTEREST       ESCROW
   DATE  CDE  DATE      AMOUNT           PAID           PAID          PAID
  ------ ---  -----  --------------- -------------- -------------- --------------
  012111 UI  120110       .00            .00            .00            .00
    REF NUMBER    000000000000 DESC
                      BAL AFTER        180001.81                   -11416.34
                      OPT PREMIUMS          .00   LATE CHARGE PYMT   -85.96*
  T:00606       E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -343.84
  012111 GRU 000000 000000 GRACE UNAP AMT:      .00
  012111 AP  120110      3495.78         744.22         975.01       1776.55
                      BAL AFTER        179257.59                    -9639.79
  T:00606       E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -343.84
  012111 FB  120110          7.50 171 SPEEDPAY FEE
    REF NUMBER    SG0VPR3LU020 DESC
  T:00606       /B:000
  012111 FEA 120110          7.50 171 SPEEDPAY FEE
                      000000000000
  T:00606       /B:001
  020811 FB  120110         11.25  11 PROP INSPECTION FEE
  T:32506       /B:001

  022511 UI  010111       .00            .00            .00            .00
    REF NUMBER    000000000000 DESC
                      BAL AFTER        179257.59                    -9639.79
                      OPT PREMIUMS          .00   LATE CHARGE PYMT   -85.96*
  T:00606       E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
  022511 GRU 000000 000000 GRACE UNAP AMT:      .00
  022511 AP  010111      3495.78         748.25         970.98       1776.55
    LC DATE 022411 BAL AFTER        178509.34                    -7863.24
  T:00606       E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
  030911 E90 010111     -2683.86 PAYEE = 0038.00000      .00       -2683.86
                      BAL AFTER        178509.34                   -10547.10
  T:32687       /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
  031811 AA  010111       .00            .00            .00            .00
                      BAL AFTER        178509.34                   -10547.10
  T:21315       /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
  031811 AA  010111       .00            .00            .00            .00
                      BAL AFTER        178509.34                   -10547.10
  T:21315       /B:000  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80


     INQ 1357
```

Identifier: ███7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 63 of 121

HISTORY FOR ACCOUNT   ███7516                              PAGE    19
                                                          DATE 02/06/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS       CA 92264-8436 SAN FRANCISCO       CA 94114-2802

--------------------------------------------------------------------------

| POST   | TRN | DUE    | TRANSACTION | PRINCIPAL | INTEREST | ESCROW |
| DATE   | CDE | DATE   | AMOUNT      | PAID      | PAID     | PAID   |
| ------ | --- | ------ | ----------- | --------- | -------- | ------ |

```
032211 LCW 010111 T:23074 CD01 DELCNS   UNC LCBAL  -343.84 LCDT 03/11-00/00
032211 UI  010111           .00         .00        .00         .00
                 BAL AFTER      178509.34                  -10547.10
                 OPT PREMIUMS          .00 LATE CHARGE PYMT    85.96*
T:23074    /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -343.84
032211 AA  010111           .00         .00        .00         .00
                 BAL AFTER      178509.34                  -10547.10
                 OPT PREMIUMS          .00 LATE CHARGE PYMT    85.96*
T:23074    /B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -343.84
032311 UI  020111           .00         .00        .00         .00
  REF NUMBER    000000000000 DESC
                 BAL AFTER      178509.34                  -10547.10
                 OPT PREMIUMS          .00 LATE CHARGE PYMT   -85.96*
T:00606    E/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
032311 GRU 000000 000000 GRACE UNAP AMT:     .00
032311 AP  020111        3495.78      752.30      966.93     1776.55
  LC DATE 032211  BAL AFTER      177757.04                  -8770.55
T:00606    E/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -429.80
032311 UI  030111           .00         .00        .00         .00
  REF NUMBER    000000000000 DESC
                 BAL AFTER      177757.04                  -8770.55
                 OPT PREMIUMS          .00 LATE CHARGE PYMT   429.80*
T:00606    E/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   00.00
032311 GRU 000000 000000 GRACE UNAP AMT:     .00
032311 AP  030111        3925.58      756.38      962.85     1776.55
  LC DATE 032211  BAL AFTER      177000.66                  -6994.00
                 OPT PREMIUMS          .00 LATE CHARGE PYMT   429.80
T:00606    E/B:001 OPTIONAL INS BAL     00.00  LATE CHARGE BAL   00.00
032311 FWA 030111        34.93  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE 032211
T:00606    /B:001
032311 FWA 030111        31.00  40 EXPENSE ADVANCES
                 000000000000
  LC DATE 032211
T:00606    /B:001
```

INQ 1357

```
HISTORY FOR ACCOUNT    ████ 7516                          PAGE      20
                                                         DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS          CA 92264-8436 SAN FRANCISCO       CA 94114-2802

---------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
DATE   CDE  DATE   AMOUNT         PAID          PAID          PAID
------ ---  ------ -------------- ------------- ------------- -------------
032311 FWA 030111      480.00  40 EXPENSE ADVANCES             .
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       51.03  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111      146.55  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111      350.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111       11.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111      120.00  40 EXPENSE ADVANCES
               000000000000
  LC DATE  032211
T:00606      /B:001

032311 FWA 030111       83.00 164 CORP ADV 3 DRM
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606      /B:001
032311 FWA 030111       83.00 164 CORP ADV 3 DRM
               000000000000
  LC DATE  032211
T:00606      /B:001


     INQ 1357
```

```
HISTORY FOR ACCOUNT     7516                           PAGE     21
                                                       DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------


        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

-----------------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST      ESCROW
DATE   CDE  DATE   AMOUNT          PAID           PAID          PAID
------ ---  ------ -------------- -------------- -------------- --------------
032311 FWA 030111         83.00 164 CORP ADV 3 DRM
 REF NUMBER    000000000000 DESC
 LC DATE  032211
T:00606      /B:001
032311 FWA 030111         11.25  11 PROP INSPECTION FEE
                 000000000000
 LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
 REF NUMBER    000000000000 DESC
 LC DATE  032211
T:00606      /B:001
032311 FWA 030111         11.25  11 PROP INSPECTION FEE
                 000000000000
 LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
 REF NUMBER    000000000000 DESC
 LC DATE  032211
T:00606      /B:001
032311 FWA 030111         13.00  11 PROP INSPECTION FEE
                 000000000000
 LC DATE  032211
T:00606      /B:001

032311 FWA 030111         11.25  11 PROP INSPECTION FEE
 REF NUMBER    000000000000 DESC
 LC DATE  032211
T:00606      /B:001
032311 FWA 030111         25.00   3 NSF FEE
                 000000000000
 LC DATE  032211
T:00606      /B:001


     INQ 1357
```

Identifier: [REDACTED] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 66 of 121

```
HISTORY FOR ACCOUNT    [REDACTED] 7516                  PAGE     22
                                                       DATE 02/06/12


        --------- MAIL -------------------- -------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                       3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO     CA 94114-2802


     ----------------------------------------------------------------------
     POST  TRN  DUE    TRANSACTION      PRINCIPAL      INTEREST      ESCROW
     DATE  CDE  DATE     AMOUNT           PAID           PAID         PAID
     ------ --- ------ --------------- ------------- ------------- -------------
     032511 FB  030111        11.25  11 PROP INSPECTION FEE
     T:32506    /B:001
     041511 GRU 000000 000000 GRACE UNAP AMT:         .00
        REF NUMBER    000000000000 DESC
     041511 AP  040111       3495.78       760.48       958.75       1776.55
        LC DATE  041411  BAL AFTER       176240.18                  -5217.45
     T:00607    E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    00.00


     041511 FWA 040111        11.25  11 PROP INSPECTION FEE
        REF NUMBER    000000000000 DESC
        LC DATE  041411
     T:00607    /B:001
     041511 FB  040111         7.50 171 SPEEDPAY FEE
                   SG10ER143040
        LC DATE  041411
     T:00607    /B:000


     041511 FEA 040111         7.50 171 SPEEDPAY FEE
        REF NUMBER    000000000000 DESC
        LC DATE  041411
     T:00607    /B:001
     051611 GRU 000000 000000 GRACE UNAP AMT:         .00
                   000000000000
     051611 AP  050111       2675.87       764.60       954.63        956.64
        LC DATE  051411  BAL AFTER       175475.58                  -4260.81
     T:00607    E/B:001                     00.00                      00.00
     051611 FB  050111         7.50 171 SPEEDPAY FEE
        REF NUMBER    SG10MKHGMBR8 DESC
        LC DATE  051411
     T:00607    /B:000
     051611 FEA 050111         7.50 171 SPEEDPAY FEE
                   000000000000
        LC DATE  051411
     T:00607    /B:001


        INQ 1357
```

Identifier:        7516        Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 67 of 121

```
HISTORY FOR ACCOUNT     7516                    PAGE    23
                                               DATE 02/06/12


--------- MAIL --------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION   PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE     AMOUNT        PAID          PAID        PAID
------ --- ------ --------------- ------------- ------------- -------------
061611 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    000000000000 DESC
061611 AP  060111       2675.87       768.74       950.49       956.64
  LC DATE  061511  BAL AFTER      174706.84                   -3304.17
T:00607     E/B:001                  00.00                      00.00
061611 FB  060111         7.50 171 SPEEDPAY FEE
               SG10UDT2KA48
  LC DATE  061511
T:00607     /B:000
061611 FEA 060111         7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  061511
T:00607     /B:001
071611 GRU 000000 000000 GRACE UNAP AMT:       .00
               000000000000
071611 AP  070111       2675.87       772.90       946.33       956.64
  LC DATE  071511  BAL AFTER      173933.94                   -2347.53
T:00607     E/B:001                  00.00                      00.00
071611 FB  070111         7.50 171 SPEEDPAY FEE
  LC DATE  071511
T:00607     /B:000
071611 FEA 070111         7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  071511
T:00607     /B:001


082911 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    000000000000 DESC
082911 AP  080111       2761.83       777.09       942.14       956.64
  LC DATE  082711  BAL AFTER      173156.85                   -1390.89
               OPT PREMIUMS           .00 LATE CHARGE PYMT     85.96
T:00607     E/B:001  OPTIONAL INS BAL   00.00 LATE CHARGE BAL    00.00
082911 FB  080111         7.50 171 SPEEDPAY FEE
               SG11H1BPUMIG
  LC DATE  082711
T:00607     /B:000

    INQ 1357
```

Identifier: ███ 7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 68 of 121

```
HISTORY FOR ACCOUNT    ███ 7516                        PAGE    24
                                                        DATE 02/06/12


         --------- MAIL -------------------- --------- PROPERTY ----------------

         JAMES P. KENNEDY

         700 E SONORA RD                    3825 21ST STREET

         PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT         PAID         PAID         PAID
...... ... ...... --------------- ------------- ------------- -------------
082911 FEA 080111              7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE 082711
T:00607    /B:001
093011 GRU 000000 000000 GRACE UNAP AMT:      .00
                000000000000
093011 AP  090111       2761.83       781.30       937.93       956.64
                BAL AFTER       172375.55                    -434.25
                OPT PREMIUMS             .00  LATE CHARGE PYMT   85.96
T:00607    E/B:001                     00.00                     00.00
093011 FB  090111              7.50 171 SPEEDPAY FEE
  REF NUMBER    SG11P83CLUH0 DESC
T:00607    /B:000
093011 FEA 090111              7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
T:00607    /B:001
110111 UI  100111           .00          .00          .00          .00
  REF NUMBER    000000000000 DESC
                BAL AFTER       172375.55                    -434.25
                OPT PREMIUMS             .00  LATE CHARGE PYMT  -85.96*
T:00607    E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -85.96
110111 GRU 000000 000000 GRACE UNAP AMT:      .00
110111 AP  100111       2675.87       785.53       933.70       956.64
  LC DATE 103111  BAL AFTER   171590.02                    522.39
T:00607    E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -85.96
110111 FB  100111              7.50 171 SPEEDPAY FEE
  REF NUMBER    SG1214AESKI8 DESC
  LC DATE 103111
T:00607    /B:000

110111 FEA 100111              7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE 103111
T:00607    /B:001
110911 E90 100111   -2722.43  PAYEE = 0038.00000       .00     -2722.43
                BAL AFTER       171590.02                    -2200.04
T:32687    /B:001                     00.00                     -85.96


         INQ 1357
```

Identifier ▮7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 69 of 121

```
HISTORY FOR ACCOUNT    ▮7516                          PAGE     25
                                                     DATE 02/06/12


      --------- MAIL -------------------- --------- PROPERTY ----------------


      JAMES P. KENNEDY


      700 E SONORA RD                 3825 21ST STREET


      PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------
POST  TRN  DUE   TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT         PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
111611 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG124SFJ5EE7 DESC
111611 AP  110111    2675.87    789.78     929.45     956.64
  LC DATE 111511  BAL AFTER    170800.24               -1243.40
T:00602    E/B:001                    00.00                  -85.96
111611 UI  110111         .00        .00        .00        .00
            SG124SFJ5EE7
            BAL AFTER    170800.24                           -1243.40
            OPT PREMIUMS            .00  LATE CHARGE PYMT    85.96*
T:00602    E/B:001                    00.00                  00.00
111611 SRA 110111    85.96           .00        .00        .00
  LC DATE 111511  BAL AFTER    170800.24                     -1243.40
            OPT PREMIUMS            .00  LATE CHARGE PYMT    85.96
T:00602    E/B:001                    00.00                  00.00
121611 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG12CDSDLKG3 DESC
121611 AP  120111    2675.87    794.06     925.17     956.64
  LC DATE 121511  BAL AFTER    170006.18               -286.76
T:00602    E/B:001                    00.00                  00.00
123011 EI  120111         .26        .00        .00        .26
            BAL AFTER    170006.18                           -286.50
T:32046    /B:001                    00.00                  00.00
013012 UI  010112         .00        .00        .00        .00
  REF NUMBER    SG12O3NM8V1B DESC
            BAL AFTER    170006.18                           -286.50
            OPT PREMIUMS            .00  LATE CHARGE PYMT    -85.96*
T:00602    E/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96

013012 GRU 000000 000000 GRACE UNAP AMT:       .00
013012 AP  010112    2675.87    798.36     920.87     956.64
            BAL AFTER    169207.82                           670.14
T:00602    E/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
013012 UI  010112         .00        .00        .00        .00
  REF NUMBER    SG12O3NM8V1B DESC
            BAL AFTER    169207.82                           670.14
            OPT PREMIUMS            .00  LATE CHARGE PYMT    85.96*
T:00602    E/B:001 OPTIONAL INS BAL    00.00  LATE CHARGE BAL    00.00


      INQ 1357
```

Identifier: ▮▮▮7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 70 of 121

```
HISTORY FOR ACCOUNT    ▮▮▮7516                      PAGE    26
                                                   DATE 02/06/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                 3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO     CA 94114-2802


    ------------------------------------------------------------------
    POST  TRN DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
    DATE  CDE DATE     AMOUNT         PAID           PAID         PAID
    ------ --- ------ --------------- -------------- -------------- --------------
    013012 SRA 010112        85.96          .00           .00           .00
                     BAL AFTER         169207.82                      670.14
                     OPT PREMIUMS           .00  LATE CHARGE PYMT     85.96
    T:00602      E/B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL   00.00
```



    END OF HISTORY

        INQ 1357

Identifier [ ] 7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 71 of 121

## GMAC Mortgage Account Statement

### CUSTOMER INFORMATION
Name: James P. Kennedy
Account Number: [ ] 7516
Home Phone #: (760)868-3789

**GMAC** Mortgage

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

### PROPERTY ADDRESS
3825 21ST STREET
SAN FRANCISCO    CA 94114

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA 92264-8436

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on the portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | [ ] 7516 |
| Statement Date | November 01, 2011 |
| Maturity Date | October 01, 2023 |
| Interest Rate | 6.50000 |
| Interest Paid Year-to-Date | $10,499.74 |
| Taxes Paid Year-to-Date | $2,683.86 |
| Escrow Balance | $522.39 |
| Principal Balance(PB)* | $173,590.02 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,719.23 |
| Subsidy/Buydown | $0.00 |
| Escrow | $956.64 |
| Amount Past Due | $2,675.87 |
| Outstanding Late Charges | $85.96 |
| Other | $0.00 |
| Total Amount Due | $5,437.70 |
| Account Due Date | November 01, 2011 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call:    1-800-256-9962
For Payment Arrangements call:    1-800-850-4622

### Account Activity Since Last Statement

| Description | Pst Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 10/01/11 | 11/01/11 | $7.50 | | | | | | $7.50 |
| SPEEDPAY FEE | 10/01/11 | 11/01/11 | $7.50 | | | | | | $7.50 |
| Payment | 10/01/11 | 11/01/11 | $2,675.87 | $765.53 | $953.70 | $956.64 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

### Important News

Considering a refinance or the purchase of a new home? We're here to help - call a loan specialist today at 877-625-3617 to review all of the financing options available to you.

Could your money be earning more? Check out the award-winning Ally Bank Online Savings account with rates among the most competitive in the country. Visit allybank.com or call 877-247-2559. Member FDIC.

**See Reverse Side For Important Information And State Specific Disclosures**

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due |
|---|---|---|---|
| [ ]516 | 11/01/11 | $2,676.87 | $5,437.70 |
| JAMES P. KENNEDY | | | |

Amount Due With Late Fee if Received
16 Days AFTER Due Date    $2,761.83

**GMAC** Mortgage

Please assist GMAC Mortgage
in applying your payment

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

02  1111  [ ]7516  00267587  08596  22222  0

Identifier: [████]7516        Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 72 of 121

## Refinancing or Purchasing a New Home

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service.

**To Apply Online**
www.gmacmortgage.com

**To Apply by Phone**
1-866-690-8322

## Convenient Payment Options

**Automatic Payment Plan**
By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.

Enrolling in GMAC Mortgage's Automatic Payment Plan is quick and easy. First, have your bank routing number and bank account number available and then call us at 1-800-766-4622.

- Listen for the prompts to access your mortgage account information
- Enter your mortgage Account Number and Social Security Number
- Follow the prompts.

You can complete your enrollment, make changes to your existing Automatic Payment Plan information or request that an Automatic Payment Plan enrollment form be mailed directly to your home.

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

**If you use a third party bill payer service or if you**
**do not have your mortgage payment coupon** send to:    GMAC Mortgage, Attn: Payment Processing
                                                         PO Box 79135, Phoenix, AZ 85062-9135

**For Express Mail Only** send to:    GMAC Mortgage, 6716 Grade Lane,
                                      Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.

Special Number for the Hearing Impaired: 1-866-682-8439

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | Attn: Tax Dept. | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 4622 | P.O. Box 4025 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-4622 | Coraopolis, PA 15108-6942 | FT. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |
| | 1-800-756-9962 | | |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC** - Contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York State Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.



**STATE LICENSING DISCLOSURES**

NMLS Unique Identifier # 1035; Alaska Mortgage Broker/Lender Licensee # AK1035; Arizona Mortgage Banker License # BK-0908590; licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party: Tom West. To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee # 5845; Illinois Residential Mortgage Licensee # MB 6761881 by the Illinois Department of Financial and Professional Regulation—Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1035; Minnesota: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender License # 1035; Licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property, License # 610; GMAC Mortgage, LLC, 10375 Double R Blvd, Suite 121, Reno, NV 89521, (775) 853-2622; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance-Licensed Mortgage Banker—NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501433.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850031.000; Oregon Mortgage Lending License # ML-1601; licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; licensed by the Virginia State Corporation Commission License # MC-2473; Washington Consumer Loan Company License # CL-1035. GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech), 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000). Equal Housing Lender.

Identifier: 7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 73 of 121

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

Name: James P. Kennedy

Account Number: 7616
Home Phone #: (760) 111-3789

**PROPERTY ADDRESS**

3825 21ST STREET
SAN FRANCISCO    CA 94114

# GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA 92264-8436

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side

### Account Information

| | |
|---|---|
| Account Number | 7516 |
| Statement Date | December 16, 2011 |
| Maturity Date | October 01, 2023 |
| Interest Rate | 6.50000 |
| Interest Paid Year-to-Date | $12,354.36 |
| Taxes Paid Year-to-Date | $5,406.29 |
| Escrow Balance | $286.76- |
| Principal Balance(PB)* | $170,006.18 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,719.23 |
| Subsidy/Buydown | $0.00 |
| Escrow | $956.64 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $2,675.87 |
| Account Due Date | January 01, 2012 |

For Customer Care inquiries call:    1-800-766-4622
For Insurance inquiries call:    1-800-256-9962
For Payment Arrangements call:    1-800-850-4622

### Account Activity Since Last Statement

| Description | Post Date | Trans. Date | Trans. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 12/01/11 | 12/16/11 | $2,675.87 | $794.06 | $925.17 | $956.64 | | | |
| Receipt | 11/01/11 | 11/16/11 | $85.96 | | | | | $85.96 | |
| Payment | 11/01/11 | 11/16/11 | $2,675.87 | $789.78 | $929.45 | $956.64 | | | |
| County Tax Paid | 10/01/11 | 11/09/11 | $2,722.43 | | | $2,722.43 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

### Important News

Happy Holidays!    Your Annual Loan Statement (Form 1098) information will be mailed with your mortgage account statement in January to the address above.  In addition, you can obtain year-end tax information at www.gmacmortgage.com as early as 1/5/2012.  Our office hours for customer service and payment processing on Saturday, 12/31/2011 will be 9:00AM - 6:00PM CT. Payments received after 5:00PM CT on 12/31 will be posted in 2012 for tax purposes.

**See Reverse Side For Important Information And State Specific Disclosures**

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due |
|---|---|---|---|
| 7516 | 01/01/12 | $2,675.87 | $2,675.87 |

JAMES P. KENNEDY

Please assist GMAC Mortgage in applying your payment

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Amount Due With Late Fee If Received 16 Days AFTER Due Date    $2,761.83

# GMAC Mortgage

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

02  0112    7516  00267587  08596  22222  9

Identifier: [black bar] 7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 74 of 121

## Refinancing or Purchasing a New Home

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service.

**To Apply Online**
www.gmacmortgage.com

**To Apply by Phone**
1-866-690-8322

## Convenient Payment Options

**Automatic Payment Plan**
By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.

Enrolling in GMAC Mortgage's Automatic Payment Plan is quick and easy. First, have your bank routing number and bank account number available and then call us at 1-800-766-4622.

- Listen for the prompts to access your mortgage account information

- Enter your mortgage Account Number and Social Security Number

- Follow the prompts.
  You can complete your enrollment , make changes to your existing Automatic Payment Plan information or request that an Automatic Payment Plan enrollment form be mailed directly to your home.

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

If you use a third party bill payer service or if you
do not have your mortgage payment coupon send to:    GMAC Mortgage, Attn: Payment Processing
                                                      PO Box 79135, Phoenix, AZ 85062-9135

For Express Mail Only send to:    GMAC Mortgage, 6716 Grade Lane,
                                  Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.

Special Number for the Hearing Impaired: 1-866-684-8439

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | Attn: Tax Dept. | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 4622 | P.O. Box 4025 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-4622 | Coraopolis, PA 15108-6942 | Ft. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |
| | 1-800-781-9962 | | |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC** - Contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.



## STATE LICENSING DISCLOSURES

NMLS Unique Identifier # 1045; Alaska Mortgage Broker/lender Licence #AK1045; Arizona Mortgage Banker License # BK-0908290; licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party: Tom West; To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee # 5845; Illinois Residential Mortgage Licensee # MB6760481 by the Illinois Department of Financial and Professional Regulation—Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1045; Minnesota: This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender License # 1045; Licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property, License # 610; GMAC Mortgage, LLC, 10775 Double R Blvd, Suite 123, Reno, NV 89521, (775) 853-4621; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker—NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501453.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850631.000; Oregon Mortgage Lending License # ML-1801 licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; Licensed by the Virginia State Corporation Commission License # MC-4427; Washington Consumer Loan Company License # CL1045, GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech), 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000). Equal Housing Lender.

Identifier [ ] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 75 of 121

WE HEREBY CERTIFY THIS TO BE A TRUE
[ ] CO.
[ ] SEPTEMBER    20  , 19 93

3825 21ST STREET

# NOTE

LOAN #  [ ] 62-31

MONTEREY           CALIFORNIA
[City]                    [State]

SAN FRANCISCO    CA    94114
[Property Address]

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $  272,000.00   (this amount is called "principal"), plus interest, to the order of the Lender. The Lender is

**GMAC MORTGAGE CORPORATION OF PA**  . I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2. INTEREST

Interest will be charged on unpaid principal until the full amount of principal has been paid. I will pay interest at a yearly rate of  6.500  %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making payments every month.

I will make my monthly payments on the  1st  day of each month beginning on  NOVEMBER  01 19 93  . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. My monthly payments will be applied to interest before principal. If, on  OCTOBER  01, 2023  , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at  8360 OLD YORK ROAD, ELKINS PARK, PA  19117-1590

or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $  1,719.23

### 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment". When I make a prepayment, I will tell the Note Holder in writing that I am doing so.

I may make a full prepayment or partial prepayments without paying any prepayment charge. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

### 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the principal I owe under this Note or by making a direct payment to me. If a refund reduces principal, the reduction will be treated as a partial prepayment.

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of  15  calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be  5.00  % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is delivered or mailed to me.

(D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

### 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

MULTISTATE FIXED RATE NOTE - Single Family - FNMA/FHLMC UNIFORM INSTRUMENT
Page 1 of 2
-6A (9105).01    VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291

Form 3200 12/83
Amended 5/91
Initials [ ]

Identifier: [redacted] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 76 of 121

**8. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**9. WAIVERS**

I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
JAMES F. KENNEDY                         -Borrower
SSN:

_____ (Seal)
                                         -Borrower
SSN:

_____ (Seal)
                                         -Borrower
SSN:

_____ (Seal)
                                         -Borrower
SSN:

*(Sign Original Only)*

Identifier ███ 7516       Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 77 of 121

WHEN RECORDED RETURN TO:
GMAC MORTGAGE CORPORATION
PO BOX CA
MONTEREY, CA 93942

WE HEREBY CERTIFY THAT THIS BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
FIDELITY NATIONAL TITLE INSURANCE CO.

BY _____

[Space Above This Line For Recording Data]

## DEED OF TRUST

LOAN #: ████52-31

THIS DEED OF TRUST ("Security Instrument") is made on **SEPTEMBER 20, 1993**. The trustor is

**JAMES P. KENNEDY, A SINGLE MAN**

("Borrower"). The trustee is   **GMAC MORTGAGE SERVICE COMPANY OF CALIFORNIA, A CALIFORNIA CORPORATION**

("Trustee"). The beneficiary is   **GMAC MORTGAGE CORPORATION OF PA**

which is organized and existing under the laws of   **PENNSYLVANIA**                                    , and whose
address is **8360 OLD YORK ROAD, ELKINS PARK, PA 19117-1590**
                                                ("Lender"). Borrower owes Lender the principal sum of
**TWO HUNDRED SEVENTY-TWO THOUSAND AND 00/100** ************************************************

                                                Dollars (U.S. $   272,000.00        ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly
payments, with the full debt, if not paid earlier, due and payable on   **OCTOBER    01, 2023**        . This Security
Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and
modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of
this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the
Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described
property located in                                         **SAN FRANCISCO**.              County, California:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

which has the address of       **3025 21ST STREET**                  **SAN FRANCISCO**       [Street, City],
California           **94114**                 ("Property Address");
                      [Zip Code]
CALIFORNIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT           Page 1 of 6           Form 3005 9/90
                                                                                                        Amended 5/91
-6R(CA) (9106).01           VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291       Initials

Identifier: ███████7516      Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 78 of 121

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest; Prepayment and Late Charges.** Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

**2. Funds for Taxes and Insurance.** Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. Section 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. However, Lender may require Borrower to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender may agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for all sums secured by this Security Instrument.

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to Borrower for the excess Funds in accordance with the requirements of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify Borrower in writing, and, in such case Borrower shall pay to Lender the amount necessary to make up the deficiency. Borrower shall make up the deficiency in no more than twelve monthly payments, at Lender's sole discretion.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender. If, under paragraph 21, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument.

**3. Application of Payments.** Unless applicable law provides otherwise, all payments received by Lender under paragraphs 1 and 2 shall be applied: first, to any prepayment charges due under the Note; second, to amounts payable under paragraph 2; third, to interest due; fourth, to principal due; and last, to any late charges due under the Note.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Security Instrument, and leasehold payments or ground rents, if any. Borrower shall pay these obligations in the manner provided in paragraph 2, or if not paid in that manner, Borrower shall pay them on time directly to the person owed payment. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. If Borrower makes these payments directly, Borrower shall promptly furnish to Lender receipts evidencing the payments.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice.

Identifier [ ]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 79 of 121

LOAN #: [ ]2-31

.5. Hazard or Property Insurance. Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage" and any other hazards, including floods or flooding, for which Lender requires insurance. This insurance shall be maintained in the amounts and for the periods that Lender requires. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld. If Borrower fails to maintain coverage described above, Lender may, at Lender's option, obtain coverage to protect Lender's rights in the Property in accordance with paragraph 7.

All insurance policies and renewals shall be acceptable to Lender and shall include a standard mortgage clause. Lender shall have the right to hold the policies and renewals. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

Unless Lender and Borrower otherwise agree in writing, insurance proceeds shall be applied to restoration or repair of the Property damaged, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. If Borrower abandons the Property, or does not answer within 30 days a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may collect the insurance proceeds. Lender may use the proceeds to repair or restore the Property or to pay sums secured by this Security Instrument, whether or not then due. The 30-day period will begin when the notice is given.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of the payments. If under paragraph 21 the Property is acquired by Lender, Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Security Instrument immediately prior to the acquisition.

6. Occupancy, Preservation, Maintenance and Protection of the Property; Borrower's Loan Application; Leaseholds. Borrower shall occupy, establish, and use the Property as Borrower's principal residence within sixty days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control. Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate, or commit waste on the Property. Borrower shall be in default if any forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith judgment could result in forfeiture of the Property or otherwise materially impair the lien created by this Security Instrument or Lender's security interest. Borrower may cure such a default and reinstate, as provided in paragraph 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's good faith determination, precludes forfeiture of the Borrower's interest in the Property or other material impairment of the lien created by this Security Instrument or Lender's security interest. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy of the Property as a principal residence. If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

7. Protection of Lender's Rights in the Property. If Borrower fails to perform the covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture or to enforce laws or regulations), then Lender may do and pay for whatever is necessary to protect the value of the Property and Lender's rights in the Property. Lender's actions may include paying any sums secured by a lien which has priority over this Security Instrument, appearing in court, paying reasonable attorneys' fees and entering on the Property to make repairs. Although Lender may take action under this paragraph 7, Lender does not have to do so.

Any amounts disbursed by Lender under this paragraph 7 shall become additional debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

8. Mortgage Insurance. If Lender required mortgage insurance as a condition of making the loan secured by this Security Instrument, Borrower shall pay the premiums required to maintain the mortgage insurance in effect. If, for any reason, the mortgage insurance coverage required by Lender lapses or ceases to be in effect, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the mortgage insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the mortgage insurance previously in effect, from an alternate mortgage insurer approved by Lender. If substantially equivalent mortgage insurance coverage is not available, Borrower shall pay to Lender each month a sum equal to one-twelfth of the yearly mortgage insurance premium being paid by Borrower when the insurance coverage lapsed or ceased to be in effect. Lender will accept, use and retain these payments as a loss reserve in lieu of mortgage insurance. Loss reserve

-6R(CA)(9109).01                      Page 3 of 6                      Form 3005 9/90
                                                                       Initials [ ]

Identifier: ███████7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.

Exhibit G    Pg 80 of 121

payments may no longer be required, at the option of Lender, if mortgage insurance coverage (in the amount and for the period that Lender requires) provided by an insurer approved by Lender again becomes available and is obtained. Borrower shall pay the premiums required to maintain mortgage insurance in effect, or to provide a loss reserve, until the requirement for mortgage insurance ends in accordance with any written agreement between Borrower and Lender or applicable law.

**9. Inspection.** Lender or its agent may make reasonable entries upon and inspections of the Property. Lender shall give Borrower notice at the time of or prior to an inspection specifying reasonable cause for the inspection.

**10. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender.

In the event of a total taking of the Property, the proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the taking, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the taking, divided by (b) the fair market value of the Property immediately before the taking. Any balance shall be paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is less than the amount of the sums secured immediately before the taking, unless Borrower and Lender otherwise agree in writing or unless applicable law otherwise provides, the proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the condemnor offers to make an award or settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the proceeds, at its option, either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of such payments.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Successors and Assigns Bound; Joint and Several Liability; Co-signers.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 17. Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs this Security Instrument but does not execute the Note: (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent.

**13. Loan Charges.** If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Note.

**14. Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any other address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph.

**15. Governing Law; Severability.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable.

Identifier [redacted] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 81 of 121

**16. Borrower's Copy.** Borrower shall be given one conformed copy of the Note and of this Security Instrument.

**17. Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**18. Borrower's Right to Reinstate.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earlier of: (a) 5 days (or such other period as applicable law may specify for reinstatement) before sale of the Property pursuant to any power of sale contained in this Security Instrument; or (b) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees; and (d) takes such action as Lender may reasonably require to assure that the lien of this Security Instrument, Lender's rights in the Property and Borrower's obligation to pay the sums secured by this Security Instrument shall continue unchanged. Upon reinstatement by Borrower, this Security Instrument and the obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under paragraph 17.

**19. Sale of Note; Change of Loan Servicer.** The Note or a partial interest in the Note (together with this Security Instrument) may be sold one or more times without prior notice to Borrower. A sale may result in a change in the entity (known as the "Loan Servicer") that collects monthly payments due under the Note and this Security Instrument. There also may be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan-Servicer, Borrower will be given written notice of the change in accordance with paragraph 14 above and applicable law. The notice will state the name and address of the new Loan Servicer and the address to which payments should be made. The notice will also contain any other information required by applicable law.

**20. Hazardous Substances.** Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any Environmental Law. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law.

As used in this paragraph 20, "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials. As used in this paragraph 20, "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**21. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under paragraph 17 unless applicable law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender, at its option, may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by applicable law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this paragraph 21, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by applicable law to Borrower and to the other persons prescribed by applicable law. Trustee shall give public notice of sale to the persons and in the manner prescribed by applicable law. After the time required by applicable law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Identifier: ▮▮7516     Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 82 of 121

LOAN #: ▮▮62-31

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

22. Reconveyance. Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty and without charge to the person or persons legally entitled to it. Such person or persons shall pay any recordation costs.

23. Substitute Trustee. Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

24. Request for Notices. Borrower requests that copies of the notices of default and sale be sent to Borrower's address which is the Property Address.

25. Statement of Obligation Fee. Lender may collect a fee not to exceed the maximum amount permitted by law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

26. Riders to this Security Instrument. If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. (Check applicable box(es))

☐ Adjustable Rate Rider      ☐ Condominium Rider            ☐ 1-4 Family Rider
☐ Graduated Payment Rider    ☐ Planned Unit Development Rider ☐ Biweekly Payment Rider
☐ Balloon Rider              ☐ Rate Improvement Rider       ☐ Second Home Rider
☐ V.A. Rider                 ☐ Other(s) [specify]

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.
Witnesses:

_____ James P. Kennedy _____ (Seal)
                                 JAMES P. KENNEDY                         -Borrower

_____ (Seal)
                                                                          -Borrower

_____ (Seal) _____ (Seal)
                                -Borrower                                 -Borrower

State of California
County of SAN FRANCISCO          } ss.

On September 22, 1993      before me, C Madrid-Garibaldi Notary Public
JAMES P. KENNEDY                                                 personally appeared
                                                                 , personally known to me (or
proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(This area for official notarial seal)

Madrid Garibaldi (Seal)

OFFICIAL SEAL
C. Madrid-Garibaldi
NOTARY PUBLIC CALIFORNIA
City & County of San Francisco
My Comm. Expires Aug 19, 1994

-6R(CA) Page 6 of 6                                        Form 3005 8/90

Identifier ▮7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 83 of 121



## EXHIBIT "A"

THE LAND REFERRED TO HEREIN IS SITUATED IN THE CITY AND COUNTY
OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS
FOLLOWS:

BEGINNING at a point on the southerly line of 21st Street,
distant thereon 130 feet westerly from the westerly line of
Noe Street; running thence westerly along said line of 21st
Street 25 feet; thence at a right angle southerly 114 feet;
thence at a right angle easterly 25 feet; thence at a right
angle northerly 114 feet to the point of beginning.

BEING a portion of Mission Block No. 110.

APN: LOT 92, BLOCK 3622

Identifier [■■■]7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 84 of 121

MAR 18 '94 15:30    P.2

Form Approved OMB No. 63-R-1501

# FIDELITY NATIONAL TITLE
### INSURANCE COMPANY OF CALIFORNIA
### SETTLEMENT STATEMENT

| B. TYPE OF LOAN |
|---|
| 1. ☐ FHA    2. ☐ FMHA    3. ☐ CONV. UNINS. |
| 4. ☐ VA    5. ☐ CONV. INS. |
| 6. File Number (Escrow)    7. Loan Number |
| 1002246-CG    [■■■]62-31 |
| 8. Mortgage Insurance Case Number: |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown here. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. NAME OF BORROWER: | E. NAME OF SELLER: | F. NAME OF LENDER: |
|---|---|---|
| JAMES D. KENNEDY | NANCY K. NAGY, Executrix | GMAC Mortgage Corporation of 5700 Stoneridge Mall Rd., Pleasanton, CA 94588 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 3825 - 21ST. STREET SAN FRANCISCO, CA 94114 | FIDELITY NATIONAL TITLE | 09/29/93 |
| | PLACE OF SETTLEMENT: 1844 Market Street San Francisco, CA 94102 | ESCROW NO.: 1002246-CG |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 340,000.00 | 401. Contract sales price | 340,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 12,028.25 | 403. Impound credit | |
| 104. | | 404. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 352,028.25 | **420. GROSS AMOUNT DUE SELLER** | 340,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 79,672.74 | 501. Excess deposit(see inst.) | |
| 202. Principal amount of new loan(s) | 272,000.00 | 502. Settlement charges to seller (line 1400) | 339,899.62 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| | | 504. Payoff of first mortgage loan | |
| | | Interest adjustment $ | |
| 204. Second mortgage loan | | Interest deficit | |
| 205. | | | |
| 206. | | 505. Payoff of second mortgage loan | |
| | | Interest adjustment $ | |
| | | 507. | |
| | | 508. | |
| | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes  07/01/93  09/29/93 | 100.38 | 511. County taxes  07/01/93  09/29/93 | 100.38 |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517.  BY | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 351,773.12 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 340,000.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 352,028.25 | 601. Gross amount due to seller (line 420) | 340,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 351,773.12 | 602. Less reduction in amount due seller (line520) | 340,000.00 |
| **303. CASH (☒ FROM) (☐ TO) BORROWER** | 255.13 | **603. CASH (☐ TO) (☐ FROM) SELLER** | |

In lines 512–517 area (handwritten):

WE HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL.
FIDELITY NATIONAL TITLE INSURANCE CO.

BY [signature]

SPS 1/91

Identifier [redacted] 7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 85 of 121

MAR 18 '94 15:31                                    P.3

| 1002745-CG | L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 340,000.00 @ 5.000 % = 17,000.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | 8,500.00 | to  BARBAGELATA & COMPANY | | |
| 702. $ | 8,500.00 | to  HARTFORD PROPERTIES | | |
| 703. Commission paid at settlement | | | | 17,000.00 |
| 704. | | | | |
| | 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan origination fee | % GMAC Mortgage | | ✓ 2,380.00 | |
| 802. Loan discount | % GMAC Mortgage | | ✓ 2,720.00 | |
| 803. Appraisal fee | to GMAC Mortgage | | 350.00 | |
| 804. Credit report | to GMAC Mortgage $65 POC | | | |
| 805. Lender's inspection fee Portion of Discount $1360 POC | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee | | | | |
| 808. Tax service contract | GMAC Mortgage | | 54.00 | |
| 809. Lender's document preparation fee GMAC Mortgage | | | 260.00 | |
| 810. ATTN Mortgage Broker | | | | |
| 811. Loan Processing Fee GMAC Mortgage | | | 680.00 | |
| 812. Underwriting Fee GMAC Mortgage | | | 125.00 | |
| 813. | | | | |
| 814. | | | | |
| | 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from  09/28/93  to 10/01/93  @@ 48.44  /day | | | 145.32 | |
| 902. Mortgage insurance premium for  months to GMAC Mortgage Corporation | | | | |
| 903. Hazard insurance premium for  years to National General Insurance Co | | | 961.00 | |
| 904. | | | | |
| 905. | | | | |
| | 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard insurance  months @ $  per month | | | | |
| 1002. Mortgage insurance  months @ $  per month | | | | |
| 1003. City property taxes  months @ $  per month | | | | |
| 1004. County property taxes  months @ $  per month | | | | |
| 1005. Annual assessments  months @ $  per month | | | | |
| 1006. Flood Insurance  months @ $  per month | | | | |
| 1007.  months @ $  per month | | | | |
| 1008.  months @ $  per month | | | | |
| | 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee  to FIDELITY NATIONAL TITLE | | | 630.00 | |
| 1105. Document preparation  to FIDELITY NATIONAL TITLE | | | | |
| 1106. Notary fees  C.Madrid-Garibaldi | | | 10.00 | 5.00 |
| 1107. | | | | |
| | Wire fee(Loan 8) | | 20.00 | |
| | Courier Fees | | 42.00 | |
| 1108. Title insurance  to FIDELITY NATIONAL TITLE | | | 1,540.93 | |
| (includes above item numbers: | | | | |
| 1109. Lender's coverage | $ | 272,000.00 | | |
| 1110. Owner's coverage | $ | 340,000.00 | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. Sub-escrow fee | | | | |
| 1114. | | | | |
| | 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Deed $  16.00  ; Mortgage $  23.00  ; Release $ | | | 39.00 | |
| 1202. City/County tax/stamps: Deed $  1,700.00  ; Mortgage $ | | | 1,700.00 | |
| 1203. State tax/stamps:  Deed $  ; Mortgage $ | | | | |
| 1204. | | | | |
| 1205. Letters Testamentary $0.00/8.00  Order Confirming Sale $11.00/0.00 | | | 11.00 | 8.00 |
| | 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | | | | |
| 1302. Pest inspection to | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. Bank of America,Acct.#02552-11966, Deposit net proceeds | | | | 322,886.62 |
| 1307. James P. Kennedy, Additional refund | | | 350.00 | |
| 1308. | | | | |
| 1309. | | | | |
| 1310. | | | | |
| 1311. | WE HEREBY CERTIFY THIS TO BE A TRUE | | | |
| 1312. | AND CORRECT COPY OF THE ORIGINAL | | | |
| 1313. | FIDELITY NATIONAL TITLE INSURANCE CO. | | | |
| 1314. | | | | |
| 1315. | | | | |
| 1316. | BY _Garibaldi_ | | | |
| 1317. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | 12,028.25 | 339,899.62 |

RFB 1/91                                          HUD-1 Rev. 6/76

Identifier ____7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 86 of 121

MAR 18 '94 15:32                                                      P.4



**Fidelity National Title**
INSURANCE COMPANY OF CALIFORNIA
1844 Market Street
San Francisco, CA  94102
(415) 552-3646 * FAX (415) 552-3640

HUD ATTACHMENT LIST

Closing Date
Escrow No.: 1002246-CG
BUYER: KENNEDY, JAMES

THE ITEMS ON THE ATTACHED HUD INDICATED BY P.O.C. OR * HAVE BEEN INCLUDED AT THE
DIRECTION OF THE LENDER FOR DISCLOSURE PURPOSES ONLY.  THE ESCROW HOLDER/SETTLEMENT AGENT
HEREIN HAS NO KNOWLEDGE OF THESE EXPENDITURES, EXCEPT AS PROVIDED BY THE LENDER.  THEY
HAVE NOT AND CANNOT BE VERIFIED AS TO THE AMOUNT, THE PAYEE, NOR ACTUAL PAYMENT, AND NO
LIABILITY IS ASSUMED BY THE CLOSING AGENT AS TO THE VALIDITY AND/OR SUFFICIENCY THEREOF.

|  | | | DEBITS | CREDITS |
|---|---|---|---|---|
| INTEREST/PRORATIONS/ADJUSTMENTS: | FROM | TO: $ | $ | |

RENTS:

COMMISSIONS:

ASSUMPTION CHARGES:

NEW 1ST LOAN DEBITS/CREDITS:
Portion of Discount $1360 POC

SECOND NEW LOAN CHARGES :

LOAN PAYOFFS:

ESCROW FEES/CREDITS:
Courier Fees                                          42.00
Wire fee(Loan $)                                      20.00

TITLE FEES/TAXES:
Notary Fee to: C.Madrid-Garibaldi                     10.00

ADDITIONAL DISBURSEMENTS 11-15:

ASSOCIATION/MANAGEMENT CHARGES:

SOURCE OF FUNDS:

| DATE | RCPT # | RECEIVED FROM | RECEIPT TYPE | AMOUNT |
|---|---|---|---|---|
| 07/29/93 | 80060 | JAMES P. KENNEDY | Initial Deposit | 30,500.00 |
| 07/29/93 | 80061 | JAMES P. KENNEDY | Additional Deposit | 3,500.00 |
| 09/28/93 | 85172 | CITIBANK FOR J. KENNEDY | Additional Deposit | 17,000.00 |
| 09/28/93 | 85173 | CHEMICAL BANK FOR J. KENNEDY | Additional Deposit | 12,000.00 |
| 09/28/93 | 85176 | JAMES P. KENNEDY | Additional Deposit | 16,592.73 |
| 09/29/93 | 85185 | BANK OF AMERICA | CLOSE IBA | 34,080.01 |

THIS IS A DETAILED LIST USED IN CONJUNCTION WITH THE RESPA FORM

WE HEREBY CERTIFY THIS TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
FIDELITY NATIONAL TITLE INSURANCE CO.
BY _____

MAR 18 '94 15:32                                                          P.5



# Fidelity National Title
INSURANCE COMPANY OF CALIFORNIA
1844 Market Street
San Francisco, CA 94102
(415) 552-3646 * FAX (415) 552-3640

## HUD ATTACHMENT LIST

Closing Date
Escrow No.: 1002246-CG
SELLER: ESTATE OF FRANCIS MEDACH

THE ITEMS ON THE ATTACHED HUD INDICATED BY P.O.C. OR * HAVE BEEN INCLUDED AT THE
DIRECTION OF THE LENDER FOR DISCLOSURE PURPOSES ONLY. THE ESCROW HOLDER/SETTLEMENT AGENT
HEREIN HAS NO KNOWLEDGE OF THESE EXPENDITURES, EXCEPT AS PROVIDED BY THE LENDER. THEY
HAVE NOT AND CANNOT BE VERIFIED AS TO THE AMOUNT, THE PAYEE, NOR ACTUAL PAYMENT, AND NO
LIABILITY IS ASSUMED BY THE CLOSING AGENT AS TO THE VALIDITY AND/OR SUFFICIENCY THEREOF.

| | FROM | TO: $ | DEBITS $ | CREDITS |
|---|---|---|---|---|
| INTEREST/PRORATIONS/ADJUSTMENTS: | | | | |
| RENTS: | | | | |
| COMMISSIONS: | | | | |
| Commission to: BARBAGELATA & COMPANY | | | 8,452.97 | |
| HOLD for 2/3 of 1-day PITI | | | 47.03 | |
| Commission to: HARTFORD PROPERTIES | | | 8,476.48 | |
| HOLD for 1/3 of 1-day PITI | | | 23.52 | |
| ASSUMPTION CHARGES: | | | | |
| LOAN PAYOFFS: | | | | |
| ESCROW FEES/CREDITS: | | | | |
| TITLE FEES/TAXES: | | | | |
| Notary Fee to: C.Madrid-Garibaldi | | | 5.00 | |
| ADDITIONAL DISBURSEMENTS 11-15: | | | | |
| ASSOCIATION/MANAGEMENT CHARGES: | | | | |
| MISCELLANEOUS DISBURSEMENTS: | | | | |

THIS IS A DETAILED LIST USED IN CONJUNCTION WITH THE RESPA FORM.

WE HEREBY CERTIFY THIS TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
FIDELITY NATIONAL TITLE INSURANCE CO.
BY

CONDITION (S)

AUTHORIZED SIGNATURE / DATE

SELLER'S INSTRUCTIONS (Continued) Escrow No. AU02246          September 22, 1993

### ESTIMATED CLOSING STATEMENT

|                                                                              |              |              | DEBITS      | CREDITS     |
|------------------------------------------------------------------------------|--------------|--------------|-------------|-------------|
|                                                                              |              |              | $           | $           |
| **TOTAL CONSIDERATION**                                                      |              |              |             | 340,000.00  |
| Deposit                                                                      |              |              |             |             |
| **PRORATIONS/ADJUSTMENTS:**                                                  | FROM         | TO:          |             |             |
| Taxes for 6 Months @ $ 205.32                                                | 07/01/93     | 09/30/93     | 101.52      |             |
| **TITLE CHARGES:**                                                           |              |              |             |             |
| **RECORDING CHARGES:**                                                       |              |              |             |             |
| Letters Testamentary                                                         |              |              | 14.00       |             |
| **ESCROW CHARGES:**                                                          |              |              |             |             |
| **COMMISSION:**                                                              |              |              |             |             |
| BARBAGELATA & COMPANY                                                        |              |              | 8,500.00    |             |
| HARTFORD PROPERTIES                                                          |              |              | 8,500.00    |             |
| **ASSUMPTION CHARGES:**                                                      |              |              |             |             |
| **NEW LOAN LENDER CHARGES:**                                                 |              |              |             |             |
| Loan Origination Fee GMAC Mortgage                                           |              |              |             |             |
| Discount Fee GMAC Mortgage                                                   |              |              |             |             |
| Appraisal Fee to: GMAC Mortgage                                              |              |              |             |             |
| Credit Report fee to: GMAC Mortgage $45 POC                                  |              |              |             |             |
| Loan Processing Fee GMAC Mortgage                                            |              |              |             |             |
| Tax Service GMAC Mortgage                                                    |              |              |             |             |
| Mortgage Broker Fee                                                          |              |              |             |             |
| Document Fee GMAC Mortgage                                                   |              |              |             |             |
| Underwriting Fee GMAC Mortgage                                               |              |              |             |             |
| Portion of Discount POC                                                      |              |              |             |             |
| **LOAN PAYOFFS:**                                                            |              |              |             |             |
| **ADDITIONAL DISBURSEMENTS:**                                                |              |              |             |             |
| 3R-Report reimbursal to: Baragelata & Co.                                    |              |              |             |             |
| Notary Fees to: Notary Public                                                |              |              | 5.00        |             |
| **ASSOCIATION/MANAGEMENT CHARGES:**                                          |              |              |             |             |
| **BALANCE DUE YOU**                                                          |              |              | 322,851.36  |             |
| **TOTALS**                                                                   |              |              | 340,000.00  | 340,000.00  |

**PRORATIONS:**

Prorate as of CLOSE OF ESCROW, on the basis of a 30 day month:

| | | |
|---|---|---|
| _X_ Taxes | ___ Fire Insurance Premium | |
| ___ Rents | ___ Homeowner's Association Dues | |
| ___ Interest on Existing Loan | ___ Existing Loan Trust Funds | |
| ___ F.H.A. Mortgage Insurance | ___ | |
| ___ | ___ | |

INITIAL

Continued on Page 5, attached hereto and made a part hereof.  INITIAL

Identifier: ████7516     Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 89 of 121

BUYER'S ESCROW INSTRUCTIONS (Continued) Escrow No: 1002246          September 22, 199

ESTIMATED CLOSING STATEMENT

| | DEBITS | CREDITS |
|---|---|---|
| | $ | $ |
| TOTAL CONSIDERATION | 340,000.00 | |
| DEPOSITS | | |
| DEPOSITS | | 34,000.00 |
| Savings Amount          $34,000.00 | | |
| NEW 1ST Trust Deed to: | | |
|      GMAC Mortgage Corporation of PA | | 272,000.00 |
| **PRORATIONS/ADJUSTMENTS:**          FROM          TO: | | |
| Taxes for 6 months @ $ 205.32     07/01/93     09/30/93 | | 101.52 |
| **MISCELLANEOUS ADJUSTMENTS:** | | |
| **TITLE CHARGES:** | | |
| Owners Title Policy for $340,000.00 | 1,162.25 | |
| ALTA Lenders Policy for $272,000.00 | 378.68 | |
| City Transfer Tax | 1,700.00 | |
| **RECORDING CHARGES:** | | |
| Deed | 14.00 | |
| Trust Deed(s) | 35.00 | |
| Order Confirming Sale | 14.00 | |
| **ESCROW CHARGES:** | | |
| Escrow Fee | 630.00 | |
| Est.Courier chgs | 45.00 | |
| Wire fee(Loan $) | 20.00 | |
| **ASSUMPTION CHARGES:** | | |
| **FIRST NEW LOAN CHARGES:** | | |
| Loan Origination Fee GMAC Mortgage | 2,380.00 | |
| Discount Fee GMAC Mortgage | 2,720.00 | |
| Appraisal Fee To: GMAC Mortgage | 350.00 | |
| Credit Report Fee To: GMAC Mortgage $45 POC | | |
| Loan Processing Fee GMAC Mortgage | 680.00 | |
| Tax Service GMAC Mortgage | 64.00 | |
| Mortgage Broker Fee | | |
| Prepaid Interest @ $48.44 Per Day     09/28/93     10/01/93 | 145.32 | |
| Document Fee GMAC Mortgage | 260.00 | |
| Underwriting Fee GMAC Mortgage | 125.00 | |
| Portion of Discount POC $1,360.00 | ~~1,360.00~~ | |
| **LOAN PAYOFFS:** | | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| Verify payoff to: Employee bridge loan | ~~4,946.35~~ | |
| Fire Insurance Premium to:  Buyer's Ins. Agent--est. | ~~600.00~~ 500.00 | |
| Notary Fees to: Notary Public | 10.00 | |
| BALANCE DUE ESCROW | | 45,231.73 ~~50,178.11~~ |
| TOTALS | 356,279.63 | ~~48,818.11~~ 356,279.63 |

PRORATIONS:

Prorate as of CLOSE OF ESCROW, on the basis of a 30 day month:

| | | |
|---|---|---|
| _X_ Taxes | ___ | Fire Insurance Premium |
| ___ Rents | ___ | Homeowner's Association Dues |
| ___ Interest on Existing Loan | ___ | Existing Loan Trust Funds |
| ___ F.H.A. Mortgage Insurance | ___ | |

INITIAL _JPK_

Continued on Page 5, attached hereto and made a part hereof.  INITIAL: _JPK_

Identifier [█]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 90 of 121

REPRESENTATION OF PRINTED DOCUMENT

**GMAC**
**Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## INITIAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

ACCOUNT NUMBER: [█]7516

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: AUGUST 16, 2010

46240-0002260-001
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA  92264-8436

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2010 | 2,678.27 | 0.00 |
| COUNTY | APRIL 2011 | 2,678.27 | 0.00 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,356.54 | 0.00 |
| | TOTAL ESCROW PAYMENT: | 446.37 | 0.00 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $15,962.27, your new total payment will automatically be adjusted to $2,165.60 effective with your OCTOBER 01, 2010 payment. If you do not pay the shortage, your total payment effective OCTOBER 01, 2010 will be $3,495.78.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 446.37 | 0.00 |
| Surplus/Shortage | 1,330.18 | 632.88 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 1,776.55 | 632.88 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 3,495.78 | 2,952.11 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

**GMAC**
**Mortgage**

**THIS IS NOT A CHECK**

NOTE   you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| [█]7516 | 15,962.27 |

| Total Amount Enclosed $ | |
|---|---|

JAMES P. KENNEDY

If you pay the escrow shortage amount of $15,962.27, your new payment will be automatically adjusted to $2,165.60 effective with your OCTOBER 01, 2010 payment.

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ 85062 9162

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C16388

680-0690-1200F

Identifier [███] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 91 of 121

Section 2:

REPRESENTATION OF PRINTED DOCUMENT

ANALYSIS TYPE: 1/6 AGGREGATE                    ACCOUNT NUMBER: [███] 7516
PROJECTED ESCROW BALANCE AS OF: SEPTEMBER 30, 2010       -12,837.58 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and
disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|------|----------|-------------------------|-----------------------|-----------------------|
| PROJECTED BALANCE | | | 12,837.58- | 3,124.59 |
| 10/01/10 | 446.37 | .00 | 12,391.21- | 3,571.06 |
| 11/01/10 | 446.37 | .00 | 11,944.84- | 4,017.43 |
| 12/01/10 | 446.37 | 2,678.27- | 14,176.74- | 1,785.53 |
| 01/01/11 | 446.37 | .00 | 13,730.37- | 2,231.90 |
| 02/01/11 | 446.37 | .00 | 13,284.00- | 2,678.27 |
| 03/01/11 | 446.37 | .00 | 12,837.63- | 3,124.64 |
| 04/01/11 | 446.37 | 2,678.27- | 15,069.53- | 892.74 L |
| 05/01/11 | 446.37 | .00 | 14,623.16- | 1,339.11 |
| 06/01/11 | 446.37 | .00 | 14,176.79- | 1,785.48 |
| 07/01/11 | 446.37 | .00 | 13,730.42- | 2,231.85 |
| 08/01/11 | 446.37 | .00 | 13,284.05- | 2,678.22 |
| 09/01/11 | 446.37 | .00 | 12,837.68- | 3,124.59 |

Current Escrow Balance: 11,114.84-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|----------------------|---------|--------------------------|---------|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 07/10 | 632.88 | | |
| 08/10 | 632.88 | | |
| 09/10 | 632.88 | | |

*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
                        -15,069.53

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
                        892.74

Section 3:  

| SHORTAGE | 15,962.27 |
|----------|-----------|

ESCROW ACCOUNT ACTIVITY (JUNE 01, 2009 - SEPTEMBER 30, 2010)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|------|-----|------------------|-------------------|-----|---------------|----------------|
| 03/01/09 | | .00 | .00 | PAYMENT | 200.60 | 1,805.42- |
| 04/01/09 | | .00 | .00 | PAYMENT | 6,190.40- | 7,995.82- |
| 05/01/09 | | .00 | .00 | PAYMENT | 200.60 | 7,795.22- |
| BEGINNING BALANCE | | | | | | 7,795.22- |
| 06/01/09 | | .00 | .00 | PAYMENT | 183.65 | 7,611.57- |
| 07/01/09 | | .00 | .00 | | .00 | 7,611.57- |
| 08/01/09 | | .00 | .00 | | .00 | 7,611.57- |
| 09/01/09 | | .00 | .00 | PAYMENT | 632.88 | 6,978.69- |
| 10/01/09 | | .00 | .00 | PAYMENT | 649.83 | 6,328.86- |
| 11/01/09 | | .00 | .00 | TAX | 2,926.14- | 9,255.00- |
| 12/01/09 | | .00 | .00 | PAYMENT | 1,265.76 | 7,989.24- |
| 01/01/10 | | .00 | .00 | PAYMENT | 6,290.00- | 14,279.24- |
| 02/01/10 | | .00 | .00 | | .00 | 14,279.24- |
| 03/01/10 | | .00 | .00 | PAYMENT | 632.88 | 13,646.36- |
| 04/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 12,380.60- |
| 05/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 11,114.84- |

Identifier [████]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 92 of 121
REPRESENTATION OF PRINTED DOCUMENT

## GMAC Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

### ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: [████]7516

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: MARCH 07, 2011

46766-0026100-011
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA  92264-8436

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2011 | 2,683.86 | 2,678.27 |
| COUNTY | APRIL 2012 | 2,683.86 | 2,678.27 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,367.72 | 5,356.54 |
| | TOTAL ESCROW PAYMENT: | 447.31 | 446.37 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $6,112.07, your new total payment will automatically be adjusted to $2,166.54 effective with your MAY 01, 2011 payment. If you do not pay the shortage, your total payment effective MAY 01, 2011 will be $2,675.87.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 447.31 | 446.37 |
| Surplus/Shortage | 509.33 | 1,330.18 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 956.64 | 1,776.55 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 2,675.87 | 3,495.78 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

## GMAC Mortgage

**THIS IS NOT A CHECK**
NOTE  you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| [████]7516 | 6,112.07 |

| Total Amount Enclosed  $ |
|---|

JAMES P. KENNEDY

If you pay the escrow shortage amount of $6,112.07, your new payment will be automatically adjusted to $2,166.54 effective with your MAY 01, 2011 payment.

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ 85062 9162

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C16388

680-0650-1200F

Identifier [    ]7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 93 of 121
Section 2:                    REPRESENTATION OF PRINTED DOCUMENT

ANALYSIS TYPE: 1/6 AGGREGATE                    ACCOUNT NUMBER: [    ]7516
PROJECTED ESCROW BALANCE AS OF: APRIL 30, 2011          -5,217.45 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| | | | | | Current Escrow Balance: | 7,863.24- | | |
|---|---|---|---|---|---|---|---|---|

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 5,217.45- | 894.62 |
| 05/01/11 | 447.31 | .00 | 4,770.14- | 1,341.93 |
| 06/01/11 | 447.31 | .00 | 4,322.83- | 1,789.24 |
| 07/01/11 | 447.31 | .00 | 3,875.52- | 2,236.55 |
| 08/01/11 | 447.31 | .00 | 3,428.21- | 2,683.86 |
| 09/01/11 | 447.31 | .00 | 2,980.90- | 3,131.17 |
| 10/01/11 | 447.31 | .00 | 2,533.59- | 3,578.48 |
| 11/01/11 | 447.31 | .00 | 2,086.28- | 4,025.79 |
| 12/01/11 | 447.31 | 2,683.86- | 4,322.83- | 1,789.24 |
| 01/01/12 | 447.31 | .00 | 3,875.52- | 2,236.55 |
| 02/01/12 | 447.31 | .00 | 3,428.21- | 2,683.86 |
| 03/01/12 | 447.31 | .00 | 2,980.90- | 3,131.17 |
| 04/01/12 | 447.31 | 2,683.86- | 5,217.45- | 894.62 L |

Current Escrow Balance:    7,863.24-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 02/11 | 1,776.55 | 04/10/11 | 2,683.86 |
| 03/11 | 1,776.55 | | |
| 04/11 | 1,776.55 | | |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
-5,217.45

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
894.62

Section 3:

| SHORTAGE | 6,112.07 |
|---|---|

ESCROW ACCOUNT ACTIVITY (OCTOBER 01, 2010 - APRIL 30, 2011)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 07/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 8,583.32- |
| 08/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 13,470.46- |
| 08/01/10 | | .00 | .00 | TAX | 6,152.90- | 13,470.46- |
| 09/01/10 | | .00 | .00 | | | 13,470.46- |
| BEGINNING BALANCE | | | 3,124.69 | | | 13,470.46- |
| 10/01/10 | PAYMENT | 446.37 | 3,571.06 | PAYMENT | 632.88 | 12,837.58- |
| 11/01/10 | PAYMENT | 446.37 | 4,017.43 | TAX | 2,683.86- | 15,521.44- |
| 12/01/10 | PAYMENT | 446.37 | 1,785.53 | PAYMENT | 3,553.10 | 11,968.34- |
| 12/01/10 | TAX | 2,678.27- | 1,785.53 | | .00 | 11,968.34- |
| 01/01/11 | PAYMENT | 446.37 | 2,231.90 | PAYMENT | 2,328.55 | 9,639.79- |
| 02/01/11 | PAYMENT | 446.37 | 2,678.27 | PAYMENT | 1,776.55 | 7,863.24- |
| 03/01/11 | PAYMENT | 446.37 | 3,124.64 | | .00 | 7,863.24- |
| 04/01/11 | PAYMENT | 446.37 | 892.74 | | .00 | 7,863.24- |
| 04/01/11 | TAX | 2,678.27- | 892.74 | | .00 | 7,863.24- |

Identifier: ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 94 of 121
REPRESENTATION OF PRINTED DOCUMENT

0221057516


**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

### ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: ███ 7516

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: MARCH 07, 2012

47740-0069120-028
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA  92264-8436

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

| Section 1: DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2012 | 2,722.43 | 2,683.86 |
| COUNTY | APRIL 2013 | 2,722.43 | 2,683.86 |
| TOTAL ANNUAL DISBURSEMENTS: | | 5,444.86 | 5,367.72 |
| TOTAL ESCROW PAYMENT: | | 453.73 | 447.31 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

---

**NOTE:** If you pay the escrow shortage amount of $89.93, your new total payment will automatically be adjusted to $2,172.96 effective with your MAY 01, 2012 payment. If you do not pay the shortage, your total payment effective MAY 01, 2012 will be $2,180.45.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 453.73 | 447.31 |
| Surplus/Shortage | 7.49 | 509.33 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 461.22 | 956.64 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 2,180.45 | 2,675.87 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

---

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"**
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: **1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

---

**GMAC Mortgage**

### THIS IS NOT A CHECK

NOTE    you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| ███ 7516 | 89.93 |

| Total Amount Enclosed $ |
|---|

JAMES P. KENNEDY

If you pay the escrow shortage amount of $89.93, your new payment will be automatically adjusted to $2,172.96 effective with your MAY 01, 2012 payment.

GMAC MORTGAGE
PO BOX 78162
PHOENIX AZ 85062 9162

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

680 0680-1200F

C16388

INTERNET REPRINT

Identifier [____] 7516    Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 95 of 121
REPRESENTATION OF PRINTED DOCUMENT

0221057516

Section 2:

ANALYSIS TYPE: 1/6 AGGREGATE
PROJECTED ESCROW BALANCE AS OF: APRIL 30, 2012
817.63 *

ACCOUNT NUMBER: [____]7516

\*    Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 817.63 | 907.56 |
| 05/01/12 | 453.73 | .00 | 1,271.36 | 1,361.29 |
| 06/01/12 | 453.73 | .00 | 1,725.09 | 1,815.02 |
| 07/01/12 | 453.73 | .00 | 2,178.82 | 2,268.75 |
| 08/01/12 | 453.73 | .00 | 2,632.55 | 2,722.48 |
| 09/01/12 | 453.73 | .00 | 3,086.28 | 3,176.21 |
| 10/01/12 | 453.73 | .00 | 3,540.01 | 3,629.94 |
| 11/01/12 | 453.73 | .00 | 3,993.74 | 4,083.67 |
| 12/01/12 | 453.73 | 2,722.43- | 1,725.04 | 1,814.97 |
| 01/01/13 | 453.73 | .00 | 2,178.77 | 2,268.70 |
| 02/01/13 | 453.73 | .00 | 2,632.50 | 2,722.43 |
| 03/01/13 | 453.73 | .00 | 3,086.23 | 3,176.16 |
| 04/01/13 | 453.73 | 2,722.43- | 817.53 | 907.46 L |

Current Escrow Balance: 1,095.65-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 03/12 | 956.64 | | |
| 04/12 | 956.64 | | |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
817.53

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
907.46

Section 3: ➡ **SHORTAGE**    89.93

ESCROW ACCOUNT ACTIVITY (MAY 01, 2011 - APRIL 30, 2012)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 02/01/11 | PAYMENT | 446.37 | 2,678.27 | PAYMENT | 1,776.55 | 7,863.24- |
| 03/01/11 | PAYMENT | 446.37 | 3,124.64 | PAYMENT | 3,553.10 | 6,994.00- |
| 03/01/11 | | .00 | 3,124.64 | TAX | 2,683.86- | 6,994.00- |
| 04/01/11 | PAYMENT | 446.37 | 892.74 | PAYMENT | 1,776.55 | 5,217.45- |
| 04/01/11 | TAX | 2,678.27- | 892.74 | | .00 | 5,217.45- |
| BEGINNING BALANCE | | | 894.62 | | | 5,217.45- |
| 05/01/11 | PAYMENT | 447.31 | 1,341.93 | PAYMENT | 956.64 | 4,260.81- |
| 06/01/11 | PAYMENT | 447.31 | 1,789.24 | PAYMENT | 956.64 | 3,304.17- |
| 07/01/11 | PAYMENT | 447.31 | 2,236.55 | PAYMENT | 956.64 | 2,347.53- |
| 08/01/11 | PAYMENT | 447.31 | 2,683.86 | PAYMENT | 956.64 | 1,390.89- |
| 09/01/11 | PAYMENT | 447.31 | 3,131.17 | PAYMENT | 956.64 | 434.25- |
| 10/01/11 | PAYMENT | 447.31 | 3,578.48 | | .00 | 434.25- |
| 11/01/11 | PAYMENT | 447.31 | 4,025.79 | PAYMENT | 1,913.28 | 1,243.40- |
| 11/01/11 | | .00 | 4,025.79 | TAX | 2,722.43- | 1,243.40- |
| 12/01/11 | PAYMENT | 447.31 | 1,789.24 | PAYMENT | 956.90 | 286.50- |
| 12/01/11 | TAX | 2,683.86- | 1,789.24 | | .00 | 286.50- |
| 01/01/12 | PAYMENT | 447.31 | 2,236.55 | PAYMENT | 956.64 | 670.14 |
| 02/01/12 | PAYMENT | 447.31 | 2,683.86 | PAYMENT | 956.64 | 1,626.78 |
| 03/01/12 | PAYMENT | 447.31 | 3,131.17 | TAX | 2,722.43- | 1,095.65- |
| 04/01/12 | PAYMENT | 447.31 | 894.62 | | .00 | 1,095.65- |
| 04/01/12 | TAX | 2,683.86- | 894.62 | | .00 | 1,095.65- |

Identifier: ████7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 96 of 121

## PAYOFF STATEMENT

**GMAC Mortgage, LLC**                                              02/06/12
PO Box 780 3451 Hammond Avenue
Waterloo IA 50704-0780

Loan No:    ████ 7516

Borrower:   JAMES P. KENNEDY                    Property:
                                                3825 21ST STREET

            700 E SONORA RD
                                                SAN FRANCISCO      CA
            PALM SPRINGS       CA 92264-8436    94114-2802

Statement Sent to Name:  JAMES KENNEDY
Statement Sent to Fax Number:  000-000-0000

As of 02/06/12, the status of this loan is as follows:

| | | | |
|---|---|---|---|
| Next Payment Due: | 02/01/12 | Loan Type: | CONVENTIONAL |
| Matures: | 10/2023 | Note Rate: | 6.50000% |
| Escrow Balance: | $670.14 | Escrow Retained (**pg. 2): | $2722.43 |
| | | Mortgage Insurance: | $0.00 |

### * * * THE FOLLOWING FIGURES ARE SUBJECT TO FINAL VERIFICATION BASED ON THE RECEIPT OF FUNDS BY GMAC Mortgage, LLC * * *

| ITEMS | AMOUNT DUE | |
|---|---|---|
| Principal | $169207.82 | |
| Interest Calculated to but not including 02/28/12 | $1730.13 | |
| Escrow/Impound Funds Due | $2052.29 | |
| Late Charges Outstanding | $85.96 | |
| Unapplied Funds | $0.00 | |
| Statement Fee | $0.00 | |
| Recording Fee | $17.00 | |
| Reconveyance/Trust | $0.00 | |
| Release Fee | $0.00 | |
| Fax Fee | $0.00 | |
| Other Fees and Costs | $0.00 | |
| Deferred Amount | $.00 | **Payoff funds must be |
| Prepayment Penalty Fee | $0.00 | remitted in US dollars |
| Optional Products | $0.00 | by cashier's check, |
| Uncollected P&I | $.00 | certified check or bank |
| **TOTAL DUE** | **$173093.20** | wire.** |
| | | |
| Per Diem Interest | $30.1329 | |

### ***YOU ARE RESPONSIBLE FOR COMPLIANCE OF THIS DOCUMENT***

For Escrowed Loans: We require written authorization from our borrower(s) to use any amount of escrow funds towards the payoff of the loan. If you authorize GMAC Mortgage, LLC to use escrow funds towards the payoff of the loan, please sign below and fax to 1-888-395-6626.

_____        _____
Signature                              Signature

Identifier ████ 7516     Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 97 of 121

Page 2
████ 7516

## ESTIMATED ESCROW/IMPOUND DISBURSEMENTS

| Items | Next due | Amount |
|---|---|---|
| SAN FRANCISC | 04/10/12 | 2722.43 |

If any tax or insurance amounts are due within 45 days of the date of this statement, these amounts are included in required funds and may be disbursed prior to payoff funds being received.

### PAYOFF FUNDS REMITTANCE INSTRUCTIONS

To receive same-day credit and avoid additional day(s) interest, payoff funds must be remitted via wire by 2:00 P.M. Eastern Time, along with all of the required information provided below. Please include $7.50 in addition to the total figures above for the incoming wire fee.

> JPMorgan Chase Bank, N.A.
> For GMAC Mortgage, LLC
> ABA #021000021
> Account # ███ 1175
> GMAC Mortgage, LLC Loan # ████ 7516
> Name: JAMES P. KENNEDY
> Remitter Name:
> Remitter Phone #:

To receive next-day credit and avoid additional day(s) interest, payoff funds must be remitted in U.S. Dollars by cashier's check, certified check, or bank wire by 2:00 P.M. Eastern Time. All payoff funds received after 2:00 P.M. Eastern Time will be applied with interest on the next business day. Payoff funds will not be applied or credited on weekends or holidays.

When remitting by check, please include the following information on the check: Customer's name, loan number, remitter's name and remitter's phone number. Please forward to the following address:

> GMAC Mortgage, LLC
> Payoff Processing Unit
> 6716 Grade Lane
> Building 9, Suite 910C
> Louisville KY 40213-1407

* * * You are responsible for the compliance of this document. * * *

Important information regarding the loan payoff:

A) Add daily per diem interest from the interest through date to the date payoff funds are processed in the GMAC Mortgage, LLC office. Interest is calculated on a 365-day year on a partial-month basis. If interest is collected for 30 days, due date to due date, interest is calculated on a 360-day basis (February is calculated on 30 days). You will be responsible for any additional interest due we would need to collect due to an improper calculation method.

Identifier: ████ 7516     Doc Type: CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 98 of 121

Page 3

████ 7516

B) If you are currently enrolled in our monthly ACH program and your scheduled draft date is three days or fewer after your anticipated payoff date, your draft will still be deducted. To cancel your drafting, call 800-766-4622.

C) A late charge may be assessed for any payment or payoff not received within the grace period.

D) The amount necessary to pay this loan in full is subject to final verification by the note holder. Title/escrow will be held liable for any shortage resulting from a returned item. Do not "stop payment" on any previous payment (check or draft) which has been credited to this account.

E) If this is an adjustable rate mortgage, it may be subject to interest rate changes and principal balance increases. Please contact our office prior to closing escrow.

F) If there is a prepayment penalty fee on your account, it will be included in the total funds due for payoff. If your mortgage note indicates that the prepayment penalty can be waived due to sale of the property, you will need to include copies of 1) certified final HUD1 and 2) sales contract, both of which are signed by the buyer and seller. These documents should be included with your payoff funds. If your payoff is wired, they can be faxed to 1-888-395-6626. The prepayment penalty will not be removed until receipt of the funds. If you are presently on active duty in military service please contact us to review any prepayment penalty that is reflected in this statement.

G) If the funds received are not sufficient to pay the account in full, we can utilize funds from the escrow account to complete the payoff with your authorization. Please sign page 1 and fax back to 1-888-395-6626. If there is not an escrow account, or you do not authorize us to use escrow funds, we will return the payoff funds in the same manner as they were remitted. Interest will continue to accrue and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid a short payoff, please confirm the actual payoff amount by calling 800-766-4622.

H) If your loan has a Homestrength/Homestretch/Silent Second, the outstanding balance owed is included in the Other Fees and Costs on page 1 of the statement.

I) All payments on this loan must be kept current. The escrow holder is responsible for determining the current status of this loan prior to closing of the escrow. **Issuance of this statement does not suspend the contract requirements to make monthly mortgage payments when due.**

J) Escrow account: Issuance of this statement does not alter GMAC Mortgage, LLC's responsibility to pay taxes and insurance. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Payment of a deficit is required before the loan can be paid in full. GMAC Mortgage, LLC is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of the escrow funds. If funds have accumulated in an escrow account, and if we have been required to pay interest on said funds as provided by state law, interest will be paid to the date the escrow closes. Any excess funds, after payoff is complete, will be remitted back to the customer. If forced place insurance has been charged to the escrow account prior to loan payoff, the full amount will be required to pay off the loan. If appropriate evidence of insurance is received, the applicable refund will be issued to borrowers of record within 4-6 weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

K) If this account is 2 months or more past due, in foreclosure and/or bankruptcy, you must obtain an amended statement for updated fees within 5 business days of closing.

L) The reconveyance/satisfaction of mortgage will be forwarded to the county recorder's office after receipt of payoff funds.

M) If you have new address information, please contact Customer Care at 800-766-4622. Updating your address information will ensure timely return of any refund you may be due, as well as allowing your release and year-end information to be sent directly to you.

7:70

Identifier ▆▆▆ 7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 99 of 121

Re:        James Kennedy
Loan Number:    ▆▆▆ 7516

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA 92264
760-969-3769

**Certified**

**Date:**  *Customer Care*

MAY 1 8 2012

Waterloo __

May 14, 2012

Via Certified Mail
Return Receipt Requested

GMAC Mortgage
Attn: Customer Care
PO Box 1330
Waterloo, IA 50704-1330

Re:        James Kennedy
Loan Number:    ▆▆▆ 7516
Property Address:    3825 21st Street, San Francisco, CA 94114

Dear Sir or Madam:

I am writing to you to request specific itemized information about the accounting and servicing of my mortgage and of my need for understanding and clarification of various charges, credits, debits, transactions, actions, payments, analyses and records related to the servicing of my loan from its inception to the present date. This letter is a qualified written request ("QWR") pursuant to the Real Estate Settlement and Procedures Act ("RESPA"), 12 U.S.C. §2605(e).

I am disputing the validity of the current debt you claim that I owe including all late fees, charges, inspection fees, property appraisal charges, force placed insurance charges, property tax charges, legal fees and corporate advances charged to this account. I believe my account is in error for the following reasons:

A) Payment amounts not applied as instructed; loan has not been properly credited, debited, adjusted, amortized and charged correctly;

B) Property tax charges, late fees, escrow charges, legal fees and other possible costs charged to my account for a property tax payment made by GMAC on behalf of borrower (paid by GMAC on October 4, 2008) when taxes had already been paid and proof of payment had been provided to GMAC as required.

GMAC has stated more than once as it is said to be noted in my GMAC account records, that the basis for sending the tax payment due April 10, 2008 was based on an electronic communication GMAC received from the San Francisco Tax Authority on or about September 29, 2008 stating that the tax payment was still delinquent. The San Francisco Tax Authority does not initiate electronic communications to mortgage companies when a tax payment is delinquent.

Identifier ███ 7516      Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 100 of 121

Re:          James Kennedy
Loan Number:      ███ 7516

1) Please provide me with a copy of the electronic communication received from the San Francisco Tax Authority stating that my April 10, 2008 tax bill had not been paid.

2) The tax payment amount made by GMAC includes charges for late fees. My tax payment is recorded as being paid on time and no late fees were ever charged. San Francisco County records confirm this. What was the basis GMAC used to determine the payment amount made on October 4, 2008? If based on a tax bill received or other written notification, please provide a copy.

3) GMAC sent a letter dated October 4, 2008 informing me that GMAC made a payment to the San Francisco County Tax Collector for the April 10, 2008 tax payment in the amount of $2,939.80:

   a. GMAC sent notification that this loan would not be converted to escrow, yet it was, and escrow charges were deducted from my regular monthly mortgage payment starting with the December 2008 payment. Please explain why GMAC established escrow for this tax payment when GMAC said it was not going to do so and why this action was considered correct.

   b. Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorizing GMAC to pay property taxes and establish escrow payments as it did for the April 2008 tax payment, esp. given that California law allows such payment and the opening of an escrow account only "upon a failure of the purchaser or borrower to pay two consecutive tax installments on the property prior to the delinquency," and no such circumstances existed.

4) Proof of payment was provided to GMAC as required, and was done so more than once including but not limited to proof sent by US Mail on August 5, 2008 and a fax to the Tax Department sent November 19th. I was even assured on September 29th that GMAC would correct the issue when I called the Tax Department to advise that I had mailed proof of payment on August 5th however GMAC did not correct my account as promised.

5) GMAC had obtained proof of my payment independent of the proof of payment information that I had already sent, yet GMAC still did not correct my account. Adam in the Tax Department at GMAC stated that notes on my GMAC account confirmed that County tax records showed my account to have a surplus balance equal to the payment amount made by GMAC, and that no late fees were charged by the County for the tax payment period in question., This shows that an on time tax payment for a lesser amount (i.e. the amount I paid) would had to have been made and that GMAC's payment was unnecessary. Adam stated that despite this information, the fact remained that GMAC had not and would not take any action until GMAC received proof of payment provided from *me.* Clearly this was not an informational issue that prevented GMAC from taking the necessary action to correct my account, it was a service issue.

6) On or about November 26, 2008 I spoke with Dinah (sp?) in the Tax Department and informed her that GMAC needed to request a refund from the tax authority otherwise the funds would remain in a surplus account and would be used to pay future taxes. I provided the contact names, phone numbers and address to which

Identifier ████ 7516     Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 101 of 121

Re:          James Kennedy
Loan Number:     ████ 7516

the refund request should be sent. GMAC never made the refund request nor did GMAC correct my escrow account and continued to make wrongful deductions from my regular mortgage payments starting with the December 1st payment. The surplus funds were then applied to the December 10th payment, with still more surplus funds carried to the April 2009 payment.

7) I spoke with a supervisor at GMAC named Maryann who said a refund request would never be made as it would be expected that the surplus payment would cause the county to generate a refund to GMAC instead.

8) Force placed insurance charges. GMAC wrongfully deducted funds from my November 1, 2008 mortgage payment for escrow charges for force placed insurance when insurance was already in effect and proof of coverage had been provided to GMAC. Even though a full refund was made and the escrow charge was recorded as 'paid', GMAC did not "automatically adjust" my November payment to $1,719.23 as stated both in writing and verbally by Kim, a representative in GMAC's Insurance Department. My November 2008 mortgage payment needs to be properly allocated to mortgage and interest only. Please address.

9) Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed that states the amount of coverage required for hazard insurance.

10) The failure of GMAC to properly service my account is further evidenced by the significant misrepresentations in the analyses discussed below. The analyses are a clear example of how GMAC did not post transactions for my account properly, did not apply funds correctly, or simply failed to report transactions, all of which have affected my account on an ongoing basis:

    1) The August 27, 2008 escrow analysis shows an escrow shortage of $6,391 as the 'actual balance' on 08/01/08. This is the result of the charge for force placed insurance transacted that month. The next escrow analysis was performed on October 14, 2008. The analysis shows the same insurance charge on 08/01/08 of $6,391.00-, however after this charge is applied, the 'actual balance' is reported as a shortage of $3,451.20-. Prior to applying the insurance charge of $6,391.00, the 'actual balance' would be a surplus balance of $2,939.80, an amount equal to that of the anticipated refund for the tax payment GMAC made and charged my account. The $2,939.80 surplus, however, is somehow dropped from the escrow balances from 10/01/08 to 11/01/08. Please explain what happened to the $2,939.80 surplus.

    2) Re: Oct. 14 analysis: Applying the property tax payment of $2,939.80- to the reported 'actual balance' of $3,451.20-, produces an 'actual balance' of $6,391.00-, however the 'actual balance' on 11/01/08 has jumped to $9,330.80-; Please explain how GMAC arrived at the 'actual balance' reported of $9,330.80- by providing the list of transactions applied to the actual balance of $3,451.20-.and onward, in order to end at $9330.80-.

Identifier: ███████7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 102 of 121

Re:          James Kennedy
Loan Number:  ████████7516

C) The next escrow analysis is performed on October 29,2008:

1) The 'actual balance' on 08/01/08 is now reported as being $12,782.00-, and not the $3,451.20- as stated on the previous analysis, Please explain how GMAC arrived at the reported $12,782.00- amount.

2) When the refund of $6,391.00 for the force placed insurance charges and a charge for property tax of $2,939.80- is applied to this 'actual balance' of $12,782.00- as reported on 10/01/08, the 'actual balance' is then said to be $9,330.80. Then, for 11/01/08 the 'actual balance', with no transactions listed, is reported to be $2,939.80-. Please confirm that these figures are correct and explain how they were arrived.

D) Workout plans 2009-2011:

1) Payment amounts were not sufficient to bring the account current by end of the payment period as told. Fees and charges continued to accrue as a result, compounding the amounts I then had to pay. This cycle stretched what was supposed to be a 6 month plan to bring the account current into a 15 month cycle of additional charges and fees. Please address.

2) GMAC returned a personal check that I sent for my February 2010 payment stating the reason was because payment needed to be made by certified check or money order. My account was then charged an NSF fee for that payment even though the check was not returned for that reason. No agreement was ever provided or signed by me stating that I could not make payment by personal check. The NSF fee charge needs to be refunded; my account adjusted accordingly, payments that were effected need to be properly applied.

3) Please provide me with a copy of all signed payment agreements/workout plans as well as those that I did not sign but were applied to my account. Additionally, identify for me in writing the provision, paragraph, section or sentence of the workout plan signed by me authorizing GMAC to require payment be made by cashier's check or money order.

4) I was told by ETS in December that there were no other options available to me to prevent foreclosure except to make 6 payment amounts starting with the January 2, 2010 payment made. In April 2010 I responded to a letter I received from GMAC informing me that there were, in fact, other options available to me regarding a workout plan .

E) To date, aside from sending confirmation letters of receipt, GMAC has failed to respond to three Qualified Written Requests. Each is attached.

F) In late November, 2009 GMAC/ETS sent a notice of default and election to sell notice. I sent a timely response disputing the debt, however I received no response. Please address.

Identifier ████7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 103 of 121

Re:          James Kennedy
Loan Number:     ████7516

To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of my mortgage loan from its inception until the present date. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agencies until you respond to my "requests."

I also request that you conduct your own investigation and audit of my account since its inception to "validate" the debt you claim I owe you is accurate to the penny.

In order to conduct this examination and audit, I need to have full and immediate disclosure including copies of all pertinent information regarding my loan. The documents requested and answers to questions are needed to insure:

- That my loan has properly been credited, debited, adjusted, amortized and charged correctly;

- That interest and principal have been properly calculated and applied to my loan;

- That my principal balance has been properly calculated and accounted for;

- That no charges, fees or expenses, not obligated by me in any agreement, have been charged or assessed to or collected on my account;

In order to validate my debt and audit my account, I need copies of pertinent documents to be provided and answers in writing to various servicing questions to be sent to me. For each record kept on computer or in any other electronic file or format, please provide a paper copy of "all" information in each field or record in each computer system, program or database used by you that contains any information on my account.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please provide me copies of:

1. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel's CPI system, any system by Alltell or any other similar mortgage servicing software used by you, any servicers, or sub-servicer of my mortgage account from the inception of my loan to the date written above.

2. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review my mortgage account may properly conduct their work.

3. All purchase and sale of mortgage agreements, sale or transfer of servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

Identifier███████7516          Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 104 of 121

Re:          James Kennedy
Loan Number:     ███7516

4. All prospectus' related to the sale or transfer of my note, deed of trust, mortgage and servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

5. All assignments, transfers, alonges, or other document evidencing a transfer, sale or assignment of my mortgage, deed of trust, promissory note or other document that secures payment by me to my obligation in this account from the inception of my loan to the present date.

6. All deeds in lieu, modifications to my mortgage, promissory note or deed of trust from the inception of my loan to the present date.

7. All escrow analyses conducted on my account from the inception of my loan until the date of this letter;

8. All letters, statements and documents sent to me by your company;

9. All letters, statements and documents sent to me by agents, attorneys or representatives of your company;

10. All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your loan file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicer, servicer, attorney or other representative of your company.

11. All letters, statements and documents contained in my loan file or imaged by you, any servicer or sub-servicers of my mortgage from the inception of my loan to present date.

12. All electronic transfers, assignments, sales of my note, mortgage, deed of trust or other security instrument.

13. All copies of property inspection reports, appraisals, BPOs and reports done on my property.

14. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

15. All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

Identifier [REDACTED] 7516     Doc Type:CORR

12-12020-mg     Doc 10337-8     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit G     Pg 105 of 121

Re:          James Kennedy
Loan Number:     [REDACTED] 7516

16. All agreements, contracts and understandings with vendors that have been paid for any charge on my account from the inception of my loan to the present date.

17. All loan servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, loan histories, accounting records, ledgers, and documents that relate to the accounting of my loan from the inception of my loan until present date?

18. All loan servicing "transaction" records, ledgers, registers and similar items detailing how my loan has been serviced from the from the inception of my loan until present date.

19. Front copies of all payment coupons received form me from 2007 thru the date of your response to this letter.

Further, in order to conduct the audit and review of my account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of my mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## LOAN ACCOUNTING & SERVICING SYSTEMS

20) Please identify for me each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date?

21) For each loan accounting and servicing system identified by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the name and address of the company or party that designed and sold the system?

22) For each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the complete transaction code list for each system.

## DEBITS & CREDITS

23) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every credit on my account and the date such credit was posted to my account as well as the date any credit was received.

24) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every debit on my account and the date such credit was posted to my account as well as the date any debit was received.

Identifier &#9608; 7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 106 of 121

Re:          James Kennedy
Loan Number:  &#9608; 7516

25) For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

26) For each transaction code, please provide us with the master transaction code list used by you or previous servicers.


## ATTORNEY FEES

For purposes of my questions below dealing with attorney fees, please consider the terms "attorney fees" and "legal fees" to be one in the same.

27) Have attorney fees ever been assessed to my account from the inception of my loan to the present date?

28) If yes, please detail each separate assessment of attorney fees to my account from the inception of my loan to the present date and the date of such assessment to my account?

29) Have attorney fees ever been charged to my account from the inception of my loan to the present date?

30) If yes, please detail each separate charge of attorney fees to my account from the inception of my loan to the present date and the date of such charge to my account?

31) Have attorney fees ever been collected from my account from the inception of my loan to the present date?

32) If yes, please detail each separate collection of attorney fees from my account from the inception of my loan to the present date and the date of such collection from my account?

33) Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to my account from the inception of my loan to the present date?

34) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of attorney fees?

35) Please detail and list for me in writing each separate attorney fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

36) Please detail and list for me in writing each separate attorney fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

Identifier [redacted] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 107 of 121

Re:          James Kennedy
Loan Number:    [redacted] 7516

37) Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

38) Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

39) Has interest been charged on any attorney fee assessed or charged to my account? Yes or No?

40) Is interest allowed to be assessed or charged on attorney fees charged or assessed to my account? Yes or No?

41) How much in total attorney fees have been assessed to my account from the inception of my loan until present date?  $_____

42) How much in total attorney fees have been collected on my account from the inception of my loan until present date?  $_____

## SUSPENSE/UNAPPLIED ACCOUNTS

For purposes of this section, please treat the term "suspense account" and "unapplied account" as one in the same.

43) Has there been any suspense or unapplied account transactions on my account from the inception of my loan until present date?

44) If yes, why?  If no, please skip the questions in this section dealing with suspense and unapplied accounts.

45) In a separate spreadsheet or in letterform in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every transaction, both debits and credits that has occurred on my account from the inception of my loan until present date.

46) All documentation or supportive information used to substantiate that property taxes had not been paid by borrower since the date of closing.

## LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms "late fees" and "late charges" to be one in the same.

47) Have you reported the collection of late fees on my account as interest in any statement to me or to the IRS?  Yes or No?

Identifier ▓▓▓▓ 7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 108 of 121

Re:        James Kennedy
Loan Number:    ▓▓▓▓ 7516

48) Has any previous servicer or sub-servicer of my mortgage reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

49) Do you consider the payment of late fees as liquidated damages to you for not receiving my payment on time? Yes or No?

50) Are late fees considered interest? Yes or No?

51) Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

52) Were any of these expenses or damages charged or assessed to my account in any other way? Yes or No?

53) If yes, please describe what expenses or charges were charged or assessed to my account?

54) Please describe for me in writing what expenses you or others undertook due to any payment I made which was late?

55) Please describe for me in writing what damages you or others undertook due to any payment I made which was late?

56) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

57) Please detail and list for me in writing each separate late fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

58) Please detail and list for me in writing each separate late fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

59) Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

60) Please detail and list for me in writing any adjustments in late fees collected and on what date such adjustment was made and the reasons for such adjustment.

61) Has interest been charged on any late fee assessed or charged to my account? Yes or No?

62) Is interest allowed to be assessed or charged on late fees charged or assessed to my account? Yes or No?

63) Have any late charges been assessed to my account? Yes or No?

Identifier [REDACTED]7516          Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 109 of 121

Re:          James Kennedy
Loan Number:        [REDACTED]7516

64) If yes, how much in total late charges have been assessed to my account from the inception of my loan until present date?  $_____

65) Please provide me with the exact months or payment dates you or other previous servicers of my account claim I have been late with a payment from the inception of my loan to the present date.

66) Have late charges been collected on my account from the inception of my loan until present date?  Yes or No?

67) If yes, how much in total late charges have been collected on my account from the inception of my loan until present date?  $_____

## PROPERTY INSPECTIONS

For purposes of this section "property inspection" and "inspection fee" refer to any inspection of my property by any source and any related fee or expense charged for such inspection.

68) Have any property inspections been conducted on my property from the inception of my loan until the present date?

69) If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

70) If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for my mortgage, deed or note?

71) Please tell me the price charged for each property inspection?

72) Please tell me the date of each property inspection?

73) Please tell me the name and address of each company and person who conducted each property inspection on my property?

74) Please tell me why property inspections were conducted on my property?

75) Please tell me how property inspections are beneficial to me.

76) Please tell me how property inspections are protective of my property.

77) Please explain to me your policy on property inspections.

78) Do you consider the payment of inspection fees as a cost of collection? Yes or No?

79) If yes, why?

Re:          James Kennedy
Loan Number:      7516

80) Do you use property inspections to collect debts? Yes or No?

81) Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

82) If yes, please answer when and why?

83) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of property inspection fees?

84) Have you labeled in any record or document sent to me a property inspection as a misc. advance? Yes or No?

85) If yes, why?

86) Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

87) If yes, why?

88) Please detail and list for me in writing each separate inspection fee assessed to my account and for which corresponding payment period or month such fee was assessed from the inception of my loan to present date.

89) Please detail and list for me in writing each separate inspection fee collected from my account and for which corresponding payment period or month such fee was collected from the inception of my loan to present date.

90) Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

91) Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

92) Has interest been charged on any inspection fees assessed or charged to my account? Yes or No?

93) If yes, when and how much was charged?

94) Is interest allowed to be assessed or charged on inspection fees charged or assessed to my account? Yes or No?

95) How much in total inspection fees have been assessed to my account from the inception of my loan until present date?  $_____

96) How much in total inspection fee have been collected on my account from the inception of my loan until present date?  $_____

Identifier 7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 111 of 121

Re:          James Kennedy
Loan Number:        7516


BPO FEES


97) Have any BPOs [Broker's Price Opinions] been conducted on my property?

98) If yes, please tell me the date of each BPO conducted on my property that is the secured interest for my mortgage, deed or note?

99) Please tell me the price of each BPO?

100)   Please tell me who conducted each BPO?

101)   Please tell me why BPOs were conducted on my property

102)   Please tell me how BPOs are beneficial to me.

103)   Please tell me how BPOs are protective of my property.

104)   Please explain to me your policy on BPOs.

105)   Have any BPO fees been assessed to my account? Yes or No?

106)   If yes, how much in total BPO fees have been assessed to my account? $_____

107)   Have any BPO fees been charged to my account? Yes or No?

108)   If yes, how much in total BPO fees have been charged to my account? $_____

109)   Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Sincerely,


James P. Kennedy

Identifier ███████7516        Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 112 of 121

Re:            James Kennedy
Loan Number:      ████7516

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA  92264
760-969-3769

January 19, 2012

Via Certified Mail
 Return Receipt Req

uested

GMAC Mortgage
Attn: Customer Care
PO Box 1330
Waterloo, IA  50704-1330

Re:            James Kennedy
Loan Number:      ████7516
Property Address:   3825 21st Street, San Francisco, CA 94114

Dear Sir or Madam:

I am writing to you to request specific itemized information about the accounting and servicing of my mortgage and of my need for understanding and clarification of various charges, credits, debits, transactions, actions, payments, analyses and records related to the servicing of my loan from its inception to the present date. This letter is a qualified written request ("QWR") pursuant to the Real Estate Settlement and Procedures Act ("RESPA"), 12 U.S.C. §2605(e).

I am disputing the validity of the current debt you claim that I owe including all late fees, charges, inspection fees, property appraisal charges, force placed insurance charges, property tax charges, legal fees and corporate advances charged to this account.  I believe my account is in error for the following reasons:

- Payment amounts not applied as instructed; loan has not been properly credited, debited, adjusted, amortized and charged correctly;
- Charges made to this account for property tax payments made by GMAC on behalf of borrower (e.g. April 2008 tax payment which GMAC made payment for on or about October 4, 2008) and related charges and fees when taxes had already been paid months prior and poof of payment had been provided to GMAC;
- Force placed insurance charges, late fees, escrow charges, legal fees and other possible costs charged to my account.

Identifier: ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 113 of 121

Re:             James Kennedy
Loan Number:    ███ 7516

To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of my mortgage loan from its inception until the present date. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agencies until you respond to my "requests."

I also request that you conduct your own investigation and audit of my account since its inception to "validate" the debt you claim I owe you is accurate to the penny.

In order to conduct this examination and audit, I need to have full and immediate disclosure including copies of all pertinent information regarding my loan. The documents requested and answers to questions are needed to insure:

- That my loan has properly been credited, debited, adjusted, amortized and charged correctly;

- That interest and principal have been properly calculated and applied to my loan;

- That my principal balance has been properly calculated and accounted for;

- That no charges, fees or expenses, not obligated by me in any agreement, have been charged or assessed to or collected on my account;

In order to validate my debt and audit my account, I need copies of pertinent documents to be provided and answers in writing to various servicing questions to be sent to me. For each record kept on computer or in any other electronic file or format, please provide a paper copy of "all" information in each field or record in each computer system, program or database used by you that contains any information on my account.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please provide me copies of:

1. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel's CPI system, any system by Alltell or any other similar mortgage servicing software used by you, any servicers, or sub-servicer of my mortgage account from the inception of my loan to the date written above.

2. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review my mortgage account may properly conduct their work.

3. All purchase and sale of mortgage agreements, sale or transfer of servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

Identifier [REDACTED]7516     Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 114 of 121

Re:        James Kennedy
Loan Number:    [REDACTED]7516

4.  All prospectus' related to the sale or transfer of my note, deed of trust, mortgage and servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

5.  All assignments, transfers, alonges, or other document evidencing a transfer, sale or assignment of my mortgage, deed of trust, promissory note or other document that secures payment by me to my obligation in this account from the inception of my loan to the present date.

6.  All deeds in lieu, modifications to my mortgage, promissory note or deed of trust from the inception of my loan to the present date.

7.  All escrow analyses conducted on my account from the inception of my loan until the date of this letter;

8.  All letters, statements and documents sent to me by your company;

9.  All letters, statements and documents sent to me by agents, attorneys or representatives of your company;

10. All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your loan file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicer, servicer, attorney or other representative of your company.

11. All letters, statements and documents contained in my loan file or imaged by you, any servicer or sub-servicers of my mortgage from the inception of my loan to present date.

12. All electronic transfers, assignments, sales of my note, mortgage, deed of trust or other security instrument.

13. All copies of property inspection reports, appraisals, BPOs and reports done on my property.

14. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

15. All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

Identifier [REDACTED] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 115 of 121

Re:       James Kennedy
Loan Number:   [REDACTED]7516

16. All agreements, contracts and understandings with vendors that have been paid for any charge on my account from the inception of my loan to the present date.

17. All loan servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, loan histories, accounting records, ledgers, and documents that relate to the accounting of my loan from the inception of my loan until present date?

18. All loan servicing "transaction" records, ledgers, registers and similar items detailing how my loan has been serviced from the from the inception of my loan until present date.

19. Front copies of all payment coupons received form me from 2007 thru the date of your response to this letter.

Further, in order to conduct the audit and review of my account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of my mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## LOAN ACCOUNTING & SERVICING SYSTEMS

1) Please identify for me each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date?

2) For each loan accounting and servicing system identified by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the name and address of the company or party that designed and sold the system?

3) For each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the complete transaction code list for each system.

## DEBITS & CREDITS

1) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every credit on my account and the date such credit was posted to my account as well as the date any credit was received.

2) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every debit on my account and the date such credit was posted to my account as well as the date any debit was received.

Identifier ▮ 7516    Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G    Pg 116 of 121

Re:              James Kennedy
Loan Number:     ▮7516

3) For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

4) For each transaction code, please provide us with the master transaction code list used by you or previous servicers.

## ATTORNEY FEES

For purposes of my questions below dealing with attorney fees, please consider the terms "attorney fees" and "legal fees" to be one in the same.

1) Have attorney fees ever been assessed to my account from the inception of my loan to the present date?

2) If yes, please detail each separate assessment of attorney fees to my account from the inception of my loan to the present date and the date of such assessment to my account?

3) Have attorney fees ever been charged to my account from the inception of my loan to the present date?

4) If yes, please detail each separate charge of attorney fees to my account from the inception of my loan to the present date and the date of such charge to my account?

5) Have attorney fees ever been collected from my account from the inception of my loan to the present date?

6) If yes, please detail each separate collection of attorney fees from my account from the inception of my loan to the present date and the date of such collection from my account?

7) Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to my account from the inception of my loan to the present date?

8) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of attorney fees?

9) Please detail and list for me in writing each separate attorney fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

10) Please detail and list for me in writing each separate attorney fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

Re:                    James Kennedy
Loan Number:    [redacted] 7516

11) Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

12) Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

13) Has interest been charged on any attorney fee assessed or charged to my account? Yes or No?

14) Is interest allowed to be assessed or charged on attorney fees charged or assessed to my account? Yes or No?

15) How much in total attorney fees have been assessed to my account from the inception of my loan until present date?  $_____

16) How much in total attorney fees have been collected on my account from the inception of my loan until present date?  $_____

## SUSPENSE/UNAPPLIED ACCOUNTS

For purposes of this section, please treat the term "suspense account" and "unapplied account" as one in the same.

1) Has there been any suspense or unapplied account transactions on my account from the inception of my loan until present date?

2) If yes, why? If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3) In a spreadsheet or in letterform in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every transaction, both debits and credits that has occurred on my account from the inception of my loan until present date.

4) All documentation used to substantiate that property taxes had not been paid by borrower since the date of closing.

## LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms "late fees" and "late charges" to be one in the same.

1) Have you reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

Identifier 516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 118 of 121

Re:          James Kennedy
Loan Number:        7516

2) Has any previous servicer or sub-servicer of my mortgage reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

3) Do you consider the payment of late fees as liquidated damages to you for not receiving my payment on time? Yes or No?

4) Are late fees considered interest? Yes or No?

5) Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6) Were any of these expenses or damages charged or assessed to my account in any other way? Yes or No?

7) If yes, please describe what expenses or charges were charged or assessed to my account?

8) Please describe for me in writing what expenses you or others undertook due to any payment I made which was late?

9) Please describe for me in writing what damages you or others undertook due to any payment I made which was late?

10) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

11) Please detail and list for me in writing each separate late fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

12) Please detail and list for me in writing each separate late fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

13) Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

14) Please detail and list for me in writing any adjustments in late fees collected and on what date such adjustment was made and the reasons for such adjustment.

15) Has interest been charged on any late fee assessed or charged to my account? Yes or No?

16) Is interest allowed to be assessed or charged on late fees charged or assessed to my account? Yes or No?

17) Have any late charges been assessed to my account? Yes or No?

Identifier ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-8    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit G    Pg 119 of 121

Re:            James Kennedy
Loan Number:    ███ 7516

18) If yes, how much in total late charges have been assessed to my account from the inception of my loan until present date?  $_____

19) Please provide me with the exact months or payment dates you or other previous servicers of my account claim I have been late with a payment from the inception of my loan to the present date.

20) Have late charges been collected on my account from the inception of my loan until present date?  Yes or No?

21) If yes, how much in total late charges have been collected on my account from the inception of my loan until present date?  $_____

PROPERTY INSPECTIONS

For purposes of this section "property inspection" and "inspection fee" refer to any inspection of my property by any source and any related fee or expense charged for such inspection.

1) Have any property inspections been conducted on my property from the inception of my loan until the present date?

2) If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

3) If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for my mortgage, deed or note?

4) Please tell me the price charged for each property inspection?

5) Please tell me the date of each property inspection?

6) Please tell me the name and address of each company and person who conducted each property inspection on my property?

7) Please tell me why property inspections were conducted on my property?

8) Please tell me how property inspections are beneficial to me.

9) Please tell me how property inspections are protective of my property.

10) Please explain to me your policy on property inspections.

11) Do you consider the payment of inspection fees as a cost of collection? Yes or No?

12) If yes, why?

Identifier 7516        Doc Type:CORR

12-12020-mg   Doc 10337-8   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit G   Pg 120 of 121

Re:            James Kennedy
Loan Number:       7516

13) Do you use property inspections to collect debts? Yes or No?

14) Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

15) If yes, please answer when and why?

16) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of property inspection fees?

17) Have you labeled in any record or document sent to me a property inspection as a misc. advance? Yes or No?

18) If yes, why?

19) Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

20) If yes, why?

21) Please detail and list for me in writing each separate inspection fee assessed to my account and for which corresponding payment period or month such fee was assessed from the inception of my loan to present date.

22) Please detail and list for me in writing each separate inspection fee collected from my account and for which corresponding payment period or month such fee was collected from the inception of my loan to present date.

23) Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

24) Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

25) Has interest been charged on any inspection fees assessed or charged to my account? Yes or No?

26) If yes, when and how much was charged?

27) Is interest allowed to be assessed or charged on inspection fees charged or assessed to my account? Yes or No?

28) How much in total inspection fees have been assessed to my account from the inception of my loan until present date? $_____

29) How much in total inspection fee have been collected on my account from the inception of my loan until present date? $_____

Identifier▮▮▮7516        Doc Type:CORR

Re:        James Kennedy
Loan Number:    ▮▮▮7516

## BPO FEES

1)  Have any BPOs [Broker's Price Opinions] been conducted on my property?

2)  If yes, please tell me the date of each BPO conducted on my property that is the secured interest for my mortgage, deed or note?

3)  Please tell me the price of each BPO?

4)  Please tell me who conducted each BPO?

5)  Please tell me why BPOs were conducted on my property

6)  Please tell me how BPOs are beneficial to me.

7)  Please tell me how BPOs are protective of my property.

8)  Please explain to me your policy on BPOs.

9)  Have any BPO fees been assessed to my account? Yes or No?

10) If yes, how much in total BPO fees have been assessed to my account?  $_____

11) Have any BPO fees been charged to my account? Yes or No?

12) If yes, how much in total BPO fees have been charged to my account?  $_____

13) Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Sincerely,


James P. Kennedy