## Exhibit I

Identifier ████ 7516      Doc Type: CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 2 of 93

# GMAC Mortgage

August 10, 2012

James P Kennedy
3825 21st Street
San Francisco CA  94114-2802

RE:    Account Number        ████ 7516
       Property Address      3825 21st Street
                             San Francisco CA  94114-2802

Dear James P Kennedy:

This letter is in response to your correspondence dated May 14, 2012 and August 4, 2012, received on August 7, 2012 and August 8, 2012 and identified as a Qualified Written Request ("QWR").

Our previous responses dated February 6, 2012, June 5, 2012 and July 26, 2012 provided you with the information relating to the servicing of your account, as the law, specifically the Real Estate Settlement Practices Act ("RESPA"), requires. Copies of these responses with documentation have been included for your review.

The current principal balance is $166,150.66 and the July 2012 and August 2012 payments are due.  Outstanding late fees of $257.88 currently exist and a Brokers Price Opinion (BPO) fee of $83.00 was assessed on June 21, 2012.  A copy of that BPO is enclosed along with the two prior.

Our Customer Care Department may be contacted at 1-800-766-4622 between the hours of 6:00 am to 9:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday, should you have any additional questions or concerns.

Customer Care/DC
Loan Servicing

Enclosures

Payment History Code Key

| Subject Type | Explanation |
|---|---|
| Column Headings | Reading from left to right:<br>• Post Date = the date the transaction was completed.<br>• TRN Code= transaction codes (see table)<br>• Due Date= the date interest is due from as of that posting<br>• Transaction Amount = the dollar amount for that particular posting<br>• Principal Paid= the amount of funds affecting the principal balance.<br>• Interest Paid= the amount of funds affecting the interest payment<br>• Escrow Paid= the amount of funds affecting the escrow balance |
| Escrow Codes | • M90 or E90= county tax payment<br>• M91 or E91= City tax payment<br>Note: any escrow transaction starting with a 9 is a tax related disbursement.<br><br>• EI= interest on escrow<br>• M20 or E20= hazard insurance payment<br>• M21 or E21= flood insurance payment<br>Note: any escrow transaction starting with a 2 is an insurance related disbursement.<br><br>• R20= Insurance Refund<br>• R90/R91= Tax Refund<br>• E01/ M01 or M00/E00= escrow refund to customer<br><br>Note: any transaction starting with a 4 is for Private Mortgage Insurance |

| Payment Codes | Payment TRN Description |
|---|---|
| AA | Administrative Adjustment (late charge waiver- fee adjustments etc) |
| AP | Payment Application |
| ADR | Advance Reversal<br>For Home Equity Line of Credit loans, this transaction type represents the reversal of an advance on the line |
| ADV | Advance. For Home Equity Line of Credit loans, this transaction type represents an advance that the borrower takes on the line |
| ASP | Autopost Short Payment |
| ATP | Autopost Total Payment |
| APP | Acceptable Partial Payment |
| AND | Funding Advance on Home Equity Line of Credit |
| AAP | Automated Acceptable Payment |
| AMC | Adjustable Rate, P & I Subsidy, Term Changes |
| CT | Curtailment/ Additional Principal |
| CTA | Curtailment/Additional Principal Reversal |
| FB | Fee Billed |
| FE, FEA OR FWA | Fee Paid |
| GP | Government Payment |
| PA | Payment posted manually |
| POST | Post petition payment |
| PP | Partial Payment |
| PRE | Petition payment |
| PRN | Payment reversal ('N' = reason code) |
| PT | Reapplication of payment due to an investor transfer |
| RP | Regular payment |
| RT | Payment reversal due to an investor transfer |
| SHP | Short Payment |
| SR | Single item receipt commonly applied to escrow, uncollected late charges, closing interest, buydown funds, uncollected credit insurance, or unapplied funds |
| SRA | Single receipt posted |
| SRN | Reversal |
| UFN | Unapplied funds transaction ('N' = unapplied funds code after the transaction) |
| UI | Uncollected items including interest, credit insurance, and late charges |
| UIE | Uncollected late charges collected from the escrow overage during analysis |
| ITR | Investor transfer |

Identifier [REDACTED]7516      Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 4 of 93

```
GMAC Mortgage, LLC                              PAGE      1
PO Box 780                                      DATE 08/10/12
3451 Hammond Avenue
Waterloo          IA 50704-0780
                                 HISTORY FOR ACCOUNT   [REDACTED]7516


--------- MAIL -------------------- --------- PROPERTY ----------------


JAMES P. KENNEDY


700 E SONORA RD                  3825 21ST STREET


PALM SPRINGS          CA 92264-8436 SAN FRANCISCO      CA 94114-2802


------ DATES ------ ---- CURRENT BALANCES ----- ------- UNCOLLECTED -------
PAID TO    06/01/12 PRINCIPAL       165150.66 LATE CHARGES      -257.88
NEXT DUE   07/01/12 ESCROW            1740.07 OPTIONAL INS         0.00
LAST PMT   07/09/12 UNAPPLIED FUND       0.00 INTEREST            0.00
AUDIT DT   09/28/93 UNAPPLIED CODES          FEES               -83.00
                    BUYDOWN   FUND        0.00 ------ YEAR TO DATE -------
   LAST ACTIVITY    BUYDOWN   CODE          INTEREST           5459.86
      07/27/12                              TAXES              2722.43
-----------------------------------------------------------------------------


POST  TRN  DUE     TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT          PAID          PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
081409 UFU 050109  UNAPPLIED FUNDS (1)          1719.23 BALANCE   1719.23
   REF NUMBER   SG0RL9OTDDND DESC
                     BAL AFTER     192732.64               -7611.57
T:00603    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
081409 SRA 050109    1719.23          .00           .00
                     BAL AFTER     192732.64               -7611.57
T:00603    E/B:001 OPTIONAL INS BAL   00.00 LATE CHARGE BAL   -85.96


091409 UFU 050109  UNAPPLIED FUNDS (1)          1719.23 BALANCE   3438.46
   REF NUMBER   SG0RT3734OFJ DESC
                     BAL AFTER     192732.64               -7611.57
T:00603    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
091409 SRA 050109    1719.23          .00           .00         .00
                     BAL AFTER     192732.64               -7611.57
T:00603    E/B:001 OPTIONAL INS BAL   00.00 LATE CHARGE BAL   -85.96


091609 UI  060109      .00            .00           .00         .00
   REF NUMBER   CIT 648     DESC
                     BAL AFTER     192732.64               -7611.57
                  OPT PREMIUMS      .00 LATE CHARGE PYMT  -171.92*
T:17391    I/B:001 OPTIONAL INS BAL   00.00 LATE CHARGE BAL  -257.88
091609 GRU 000000 000000 GRACE UNAP AMT:      .00
091609 UFU 060109  UNAPPLIED FUNDS (1)         -2352.11 BALANCE   1086.35
                     BAL AFTER     192732.64               -7611.57
T:17391    /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
```

INQ14593

Identifier [REDACTED] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 5 of 93

```
HISTORY FOR ACCOUNT      [REDACTED]7516                      PAGE        2
                                                            DATE 08/10/12


         --------- MAIL -------------------- --------- PROPERTY ----------------

         JAMES P. KENNEDY

         700 E SONORA RD                    3825 21ST STREET

         PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION      PRINCIPAL       INTEREST        ESCROW
  DATE  CDE  DATE      AMOUNT         PAID           PAID            PAID
------ --- ------ --------------- ------------- --------------- -------------
091609 PA 060109          .00         675.26       1043.97        632.88
   LC DATE 091409  BAL AFTER        192057.38                    -6978.69
T:17391      I/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -257.88
101409 UI 070109          .00          .00          .00           .00
   REF NUMBER    SG0S4KK22TL1 DESC
                  BAL AFTER        192057.38                    -6978.69
                * ESC SHORTAGE        16.95
T:00603      E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -257.88

101409 GRU 000000 000000 GRACE UNAP AMT:        .00
101409 UFU 070109    UNAPPLIED FUNDS (1)    -1086.35  BALANCE       0.00
                  BAL AFTER        192057.38                    -6978.69
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL  -257.88
101409 AP 070109     1282.71        678.92       1040.31        649.83
                  BAL AFTER        191378.46                    -6328.86
T:00603      E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -257.88


101409 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    SG0S4KK22TL1 DESC
101409 UFU 070109    UNAPPLIED FUNDS (1)         436.52  BALANCE     436.52
                  BAL AFTER        191378.46                    -6328.86
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL  -257.88
101409 SWA 070109     436.52         .00          .00           .00
                  BAL AFTER        191378.46                    -6328.86
T:00603      E/B:001  OPTIONAL INS BAL     00.00  LATE CHARGE BAL  -257.88

102009 FB 070109        83.00 164 CORP ADV 3 DRM
   REF NUMBER    SG0S64D01860 DESC
T:30902      /B:000
111309 UFU 070109    UNAPPLIED FUNDS (1)        1719.23  BALANCE    2155.75
   REF NUMBER    SG0SC610VCCK DESC
                  BAL AFTER        191378.46                    -6328.86
T:00603      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL  -257.88


   INQ14593
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
                    Exhibit I    Pg 6 of 93

HISTORY FOR ACCOUNT    [REDACTED] 7516                    PAGE      3
                                                         DATE 08/10/12


          --------- MAIL -------------------- --------- PROPERTY ----------------

          JAMES P. KENNEDY

          700 E SONORA RD                    3825 21ST STREET

          PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

----------------------------------------------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|------|------|------|------|------|------|------|
| 111309 | SRA | 070109 | 1719.23 | .00 | .00 | .00 |

                    BAL AFTER        191378.46                    -6328.86
T:00603      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
111909 UFU 070109   UNAPPLIED FUNDS (1)      -1719.23 BALANCE      436.52
                    BAL AFTER        191378.46                    -6328.86
T:19336      /B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
111909 SR1 070109   -1719.23       .00             .00            .00
                    BAL AFTER        191378.46                    -6328.86
T:19336      I/B:003 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
111909 FB  070109      25.00   3 NSF FEE
   REF NUMBER    SG0SDJS8LNE0 DESC
T:19336      /B:000
112009 M90 070109   -2926.14  PAYEE = 0038.00000      .00     -2926.14
                    BAL AFTER        191378.46                    -9255.00
T:12709      /B:001             00.00                             -257.88
112509 FB  070109      11.25  11 PROP INSPECTION FEE
T:32506      /B:001


121409 UFU 070109   UNAPPLIED FUNDS (1)       1719.23 BALANCE     2155.75
   REF NUMBER    SG0SJVF8UEUT DESC
                    BAL AFTER        191378.46                    -9255.00
T:00603      /B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
121409 SRA 070109    1719.23       .00             .00            .00
                    BAL AFTER        191378.46                    -9255.00
T:00603      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


121509 UFU 070109   UNAPPLIED FUNDS (1)      -1719.23 BALANCE      436.52
   REF NUMBER    ECOM RETURN DESC
                    BAL AFTER        191378.46                    -9255.00
T:19336      /B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88
121509 SR0 070109   -1719.23       .00             .00            .00
                    BAL AFTER        191378.46                    -9255.00
T:19336      Y/B:008 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -257.88


       INQ14593

Identifier 7516    Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 7 of 93

```
HISTORY FOR ACCOUNT      7516                              PAGE      4
                                                          DATE 08/10/12


   --------- MAIL -------------------- --------- PROPERTY ----------------

   JAMES P. KENNEDY

   700 E SONORA RD                    3825 21ST STREET

   PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802


------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT         PAID         PAID          PAID
------ --- ------ -------------- ------------ ------------- -------------
121809 UFU 070109   UNAPPLIED FUNDS (1)         -436.52 BALANCE      0.00
                    BAL AFTER      191378.46                   -9255.00
T:01702      /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
121809 UFF 070109   UNAPPLIED FUNDS (2)          436.52 BALANCE   436.52
                    BAL AFTER      191378.46                   -9255.00
                    OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
121809 AA  070109              .00        .00         .00        .00
                    BAL AFTER      191378.46                   -9255.00
T:01702      /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
121809 UI  070109              .00        .00         .00        .00
                    BAL AFTER      191378.46                   -9255.00
                    OPT PREMIUMS        .00 LATE CHARGE PYMT   -171.92*
T:01702      /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
121809 AA  070109              .00        .00         .00        .00
                    BAL AFTER      191378.46                   -9255.00
                    OPT PREMIUMS        .00 LATE CHARGE PYMT   -171.92*
T:01702      /B:000  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80

122209 FB  070109          11.25  11 PROP INSPECTION FEE
T:32506      /B:001
123109 RPL 010210   PAID  4330.95 DUE  4330.95 SHORT      .00 TELLER 11674
                    BAL AFTER      191378.46                   -9255.00
                    OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
123109 RPL 010210   NO. OF PLAN PMTS=01
                    BAL AFTER      191378.46                   -9255.00
                    OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80

123109 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER     310921973    DESC
123109 RP  080109       2352.11      682.60     1036.63      632.88
                    BAL AFTER      190695.86                   -8622.12
T:11674     I/B:004  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80
123109 GRU 000000 000000 GRACE UNAP AMT:       .00
                310921973
123109 RP  090109       2352.11      686.29     1032.94      632.88
                    BAL AFTER      190009.57                   -7989.24
T:11674     I/B:004  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -429.80

   INQ14593
```

Identifier [REDACTED] 7516      Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 8 of 93

```
HISTORY FOR ACCOUNT    ▮7516                          PAGE      5
                                                     DATE 08/10/12


    --------- MAIL -------------------- --------- PROPERTY ----------------

    JAMES P. KENNEDY

    700 E SONORA RD                    3825 21ST STREET

    PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

---------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL     INTEREST      ESCROW
  DATE  CDE  DATE     AMOUNT         PAID          PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
123109 UFF 090109  UNAPPLIED FUNDS (2)             -373.27  BALANCE      63.25
   REF NUMBER    310921973    DESC
                    BAL AFTER        190009.57                 -7989.24
T:11674     /B:004 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
123109 SR0 090109        -373.27         .00          .00         .00
                    BAL AFTER        190009.57                 -7989.24
   T:11674    I/B:004 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80


011210 FB  090109        43.68  40 EXPENSE ADVANCES
T:32551     /B:000
011210 FB  090109       853.45  40 EXPENSE ADVANCES
T:32551     /B:000
011210 FB  090109        31.00  40 EXPENSE ADVANCES
T:32551     /B:000
011210 FB  090109       480.00  40 EXPENSE ADVANCES
T:32551     /B:000


011410 UFU 090109  UNAPPLIED FUNDS (1)           1719.23  BALANCE     1719.23
   REF NUMBER    SG0SS0UVCTM9 DESC
                    BAL AFTER        190009.57                 -7989.24
T:00603     /B:001                     00.00                   -429.80
011410 SRA 090109        1719.23         .00          .00         .00
                    BAL AFTER        190009.57                 -7989.24
T:00603     E/B:001                    00.00                   -429.80


011510 UFU 090109  UNAPPLIED FUNDS (1)          -1719.23  BALANCE        0.00
   REF NUMBER    ECOM RETURN  DESC
                    BAL AFTER        190009.57                 -7989.24
T:19336     /B:005                     00.00                   -429.80
011510 SR0 090109       -1719.23         .00          .00         .00
                    BAL AFTER        190009.57                 -7989.24
T:19336     Y/B:005                    00.00                   -429.80



    INQ14593
```

Identifier: ▆▆▆▆7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 9 of 93

```
HISTORY FOR ACCOUNT   ████7516                      PAGE      6
                                                    DATE 08/10/12


       --------- MAIL -------------------- -------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                      3825 21ST STREET

       PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

---------------------------------------------------------------------------
   POST   TRN  DUE     TRANSACTION      PRINCIPAL      INTEREST      ESCROW
   DATE   CDE  DATE      AMOUNT          PAID           PAID          PAID
   ------ ---  ------  --------------- ------------- ------------- -------------
   012210 FB  090109       6290.00 163 CORP ADV 2 ESCROW
     REF NUMBER    SG0STTMQ0168 DESC
   T:05006      /B:000
   012510 SR0 090109      -6290.00          .00           .00      -6290.00
                  163 CLEANUP
                     BAL AFTER       190009.57                    -14279.24
   T:01755      I/B:001                      00.00                   -429.80


   012510 FE  090109       6290.00 163 CORP ADV 2 ESCROW
     REF NUMBER    163 CLEANUP DESC
   T:01755      /B:001
   021210 UFU 090109  UNAPPLIED FUNDS (1)          63.25  BALANCE      63.25
                     BAL AFTER       190009.57                    -14279.24
   T:01702      /B:000                      00.00                   -429.80
   021210 UFF 090109  UNAPPLIED FUNDS (2)         -63.25  BALANCE       0.00
                     BAL AFTER       190009.57                    -14279.24
                  OPTIONAL INS BAL       00.00 LATE CHARGE BAL    -429.80
   021210 AA  090109           .00           .00           .00          .00
                     BAL AFTER       190009.57                    -14279.24
   T:01702      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -429.80
   021210 AA  090109           .00           .00           .00          .00
                     BAL AFTER       190009.57                    -14279.24
   T:01702      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -429.80
   022210 FB  090109         11.25 11 PROP INSPECTION FEE
   T:32506      /B:001


   022610 UFU 090109  UNAPPLIED FUNDS (1)         -63.25  BALANCE       0.00
                     BAL AFTER       190009.57                    -14279.24
   T:14244      /B:000                      00.00                   -429.80
   022610 UFF 090109  UNAPPLIED FUNDS (2)          63.25  BALANCE      63.25
                     BAL AFTER       190009.57                    -14279.24
                                           00.00                   -429.80
   022610 AA  090109           .00           .00           .00          .00
                     BAL AFTER       190009.57                    -14279.24
   T:14244      /B:000                      00.00                   -429.80


       INQ14593
```

```
HISTORY FOR ACCOUNT   ████ 7516                      PAGE      7
                                                    DATE 08/10/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO    CA 94114-2802

-------------------------------------------------------------------------------
   POST  TRN  DUE   TRANSACTION    PRINCIPAL      INTEREST         ESCROW
   DATE  CDE  DATE    AMOUNT         PAID           PAID            PAID
------ --- ------ --------------- ------------- ------------- --------------
022610 UI 090109          .00           .00           .00             .00
                 BAL AFTER         190009.57                     -14279.24
                 OPT PREMIUMS         .00  LATE CHARGE PYMT   -171.92*
T:14244      /B:000                      00.00                      -601.72
022610 AA 090109          .00           .00           .00             .00
                 BAL AFTER         190009.57                     -14279.24
                 OPT PREMIUMS         .00  LATE CHARGE PYMT   -171.92*
T:14244      /B:000 OPTIONAL INS BAL      00.00  LATE CHARGE BAL  -601.72

030310 FB 090109       83.00 164 CORP ADV 3 DRM
   REF NUMBER    SG0T80MIGGVG DESC
T:02726      /B:000
031510 RPL 031010   PAID 2352.11 DUE 2352.11 SHORT      .00 TELLER 31143
                 BAL AFTER         190009.57                     -14279.24
                 OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
031510 RPL 031010   NO. OF PLAN PMTS=01
                 BAL AFTER         190009.57                     -14279.24
                 OPTIONAL INS BAL      00.00  LATE CHARGE BAL   -601.72
031510 GRU 000000 000000 GRACE UNAP AMT:       .00
   REF NUMBER    EM-307901337 DESC
031510 RP  100109      2352.11        690.01       1029.22        632.88
   LC DATE 031310 BAL AFTER         189319.56                    -13646.36
T:31143      I/B:008 OPTIONAL INS BAL   00.00  LATE CHARGE BAL   -601.72
031810 FB 100109       51.03  40 EXPENSE ADVANCES
T:32551      /B:000


031810 FB 100109      146.55  40 EXPENSE ADVANCES
T:32551      /B:000
031810 FB 100109      350.00  40 EXPENSE ADVANCES
T:32551      /B:000
031810 FB 100109       11.00  40 EXPENSE ADVANCES
T:32551      /B:000
031810 FB 100109      120.00  40 EXPENSE ADVANCES
T:32551      /B:000


     INQ14593
```

Identifier [ ] 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 11 of 93

```
HISTORY FOR ACCOUNT      [  ]7516                    PAGE      8
                                                    DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802


--------------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION    PRINCIPAL      INTEREST        ESCROW
DATE  CDE  DATE     AMOUNT        PAID           PAID            PAID
----- --- ------ --------------- ------------- ------------- -------------
041310 RPL 041010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 31143
                    BAL AFTER          189319.56                -13646.36
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
041310 RPL 041010   NO. OF PLAN PMTS=01
                    BAL AFTER          189319.56                -13646.36
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
041310 GRU 000000 000000 GRACE UNAP AMT:       .00
   REF NUMBER     EM-307901369 DESC
041310 RP  110109      2352.11        693.75       1025.48       632.88
   LC DATE  041110  BAL AFTER         188625.81                -13013.48
T:31143      I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
T:17391      I/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -257.88
   REF NUMBER     SG140NIKB2E4 DESC
070212 AP  040112      2675.87        811.41        907.82       956.64
   LC DATE  063012  BAL AFTER         166786.68                 817.63
T:00602      E/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -257.88




041310 GRU 000000 000000 GRACE UNAP AMT:     .00
   REF NUMBER     EM-307901369 DESC
041310 RP  120109      2352.11        697.51       1021.72       632.88
   LC DATE  041110  BAL AFTER         187928.30                -12380.60
T:31143      I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
041310 UFF 120109   UNAPPLIED FUNDS (2)             417.67 BALANCE     480.92
                    EM-307901369
                    BAL AFTER          187928.30                -12380.60
T:31143      /B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
041310 SR  120109      417.67          .00           .00          .00
   LC DATE  041110  BAL AFTER         187928.30                -12380.60
T:31143      I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
051110 RPL 051010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 20001
                    BAL AFTER          187928.30                -12380.60
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
051110 RPL 051010   NO. OF PLAN PMTS=01
                    BAL AFTER          187928.30                -12380.60
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -601.72
```

INQ14593

Identifier ███████ 7516          Doc Type: CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 12 of 93

HISTORY FOR ACCOUNT      ████ 7516                          PAGE       9
                                                           DATE 08/10/12


          --------- MAIL -------------------- --------- PROPERTY ----------------


     JAMES P. KENNEDY


     700 E SONORA RD                     3825 21ST STREET


     PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

----------------------------------------------------------------------------
   POST   TRN  DUE     TRANSACTION      PRINCIPAL      INTEREST        ESCROW
   DATE   CDE  DATE      AMOUNT           PAID           PAID           PAID
 ------  ---  ----  ---------------  -------------  -------------  -------------
 051110 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    EM-500201232 DESC
 051110 RP  010110         2352.11       701.29      1017.94         632.88
                      BAL AFTER       187227.01                   -11747.72
 T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 051110 GRU 000000 000000 GRACE UNAP AMT:        .00
                  EM-500201232
 051110 RP  020110         2352.11       705.08      1014.15         632.88
                      BAL AFTER       186521.93                   -11114.84
 T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 051110 UFF 020110    UNAPPLIED FUNDS (2)           417.67 BALANCE    898.59
   REF NUMBER    EM-500201232 DESC
                      BAL AFTER       186521.93                   -11114.84
 T:20001    /B:003   OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 051110 SR  020110       417.67          .00           .00            .00
                      BAL AFTER       186521.93                   -11114.84
 T:20001    I/B:003  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72


 061110 RPL 061010   PAID 5121.89 DUE 5121.89 SHORT      .00 TELLER 19996
                      BAL AFTER       186521.93                   -11114.84
                        OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 061110 RPL 061010   NO. OF PLAN PMTS=01
                      BAL AFTER       186521.93                   -11114.84
                        OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 061110 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    EM-500201247 DESC
 061110 RP  030110         2352.11       708.90      1010.33         632.88
                      BAL AFTER       185813.03                   -10481.96
 T:19996    I/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -601.72
 T:17391    I/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -257.88
   REF NUMBER    SG140NIKB2E4 DESC
 070212 AP  040112         2675.87       811.41      907.82         956.64
   LC DATE  063012  BAL AFTER       166786.68                     817.63
 T:00602    E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -257.88


     INQ14593

Identifier ███ 7516    Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I    Pg 13 of 93

```
HISTORY FOR ACCOUNT    ███ 7516                           PAGE     10
                                                         DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                      3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO     CA 94114-2802

-----------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
  DATE  CDE  DATE     AMOUNT        PAID         PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
061110 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    EM-500201247 DESC
061110 RP  040110      2352.11       712.74      1006.49       632.88
                  BAL AFTER       185100.29                   -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
061110 UFF 040110   UNAPPLIED FUNDS (2)            417.67  BALANCE     1316.26
                  EM-500201247
                  BAL AFTER       185100.29                   -9849.08
T:19996     /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
061110 SR  040110       417.67        .00          .00          .00
                  BAL AFTER       185100.29                   -9849.08
T:19996    I/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010   PAID  5121.89 DUE  5121.89 SHORT      .00 TELLER 19996
                  BAL AFTER       185100.29                   -9849.08
                  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 RPL 071010   NO. OF PLAN PMTS=01
                  BAL AFTER       185100.29                   -9849.08
                  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    EM-500201259 DESC
071910 RP  050110      2352.11       716.60      1002.63       632.88
  LC DATE  071710 BAL AFTER       184383.69                   -9216.20
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 GRU 000000 000000 GRACE UNAP AMT:       .00
                  EM-500201259
071910 RP  060110      2352.11       720.49       998.74       632.88
  LC DATE  071710 BAL AFTER       183663.20                   -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 UFF 060110   UNAPPLIED FUNDS (2)            417.67  BALANCE    1733.93
  REF NUMBER    EM-500201259 DESC
                  BAL AFTER       183663.20                   -8583.32
T:19996     /B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
071910 SR  060110       417.67        .00          .00          .00
  LC DATE  071710 BAL AFTER       183663.20                   -8583.32
T:19996    I/B:008  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72


    INQ14593
```

HISTORY FOR ACCOUNT ▮7516                                     PAGE    11
                                                              DATE 08/10/12


-------- MAIL ----------------- --------- PROPERTY ---------------


JAMES P. KENNEDY

700 E SONORA RD                    3825 21ST STREET

PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE  CDE  DATE   AMOUNT        PAID         PAID          PAID
------ --- ------ -------------- ------------ ------------- -------------
081610 M90 060110   -6152.90  PAYEE = 0038.00000        .00    -6152.90
                    BAL AFTER      183663.20                 -14736.22
T:31658     /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -601.72
082010 UI 060110        .00         .00          .00         .00
                    BAL AFTER      183663.20                 -14736.22
                    OPT PREMIUMS           .00 LATE CHARGE PYMT  -601.72*
T:14244     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44


082010 AA 060110        .00         .00          .00         .00
                    BAL AFTER      183663.20                 -14736.22
                    OPT PREMIUMS           .00 LATE CHARGE PYMT  -601.72*
T:14244     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44
082010 UFU 060110  UNAPPLIED FUNDS (1)         1733.93  BALANCE    1733.93
                    BAL AFTER      183663.20                 -14736.22
T:14244     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44


082010 UFF 060110  UNAPPLIED FUNDS (2)        -1733.93  BALANCE      0.00
                    BAL AFTER      183663.20                 -14736.22
                    OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44
082010 AA 060110        .00         .00          .00         .00
                    BAL AFTER      183663.20                 -14736.22
T:14244     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44
082010 AA 060110        .00         .00          .00         .00
                    BAL AFTER      183663.20                 -14736.22
T:14244     /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1203.44
082310 UI 070110        .00         .00          .00         .00
  REF NUMBER     SG0UJJ7VIJE5 DESC
                    BAL AFTER      183663.20                 -14736.22
                    OPT PREMIUMS           .00 LATE CHARGE PYMT   -85.96*
T:00321     K/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1289.40
082310 GRU 000000 000000 GRACE UNAP AMT:         .00
082310 UFU 070110  UNAPPLIED FUNDS (1)        -1733.93  BALANCE      0.00
                    BAL AFTER      183663.20                 -14736.22
T:00321     /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL  -1289.40


    INQ14593

Identifier███7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 15 of 93

```
HISTORY FOR ACCOUNT    ███7516                      PAGE     12
                                                    DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                   3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

   ----------------------------------------------------------------------------
   POST  TRN  DUE    TRANSACTION      PRINCIPAL        INTEREST        ESCROW
   DATE  CDE  DATE     AMOUNT           PAID             PAID           PAID
   ------ --- ------  --------------- -------------- -------------- --------------
   082310 AP 070110        618.18         724.39         994.84         632.88
     LC DATE  081910  BAL AFTER         182938.81                     -14103.34
   T:00321     K/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -1289.40
   082310 UI 080110          .00            .00            .00            .00
      REF NUMBER   SG0UJJ7VIJE5 DESC
                         BAL AFTER         182938.81                     -14103.34
                         OPT PREMIUMS            .00 LATE CHARGE PYMT   1289.40*
   T:00321     K/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00

   082310 GRU 000000 000000 GRACE UNAP AMT:       .00
   082310 AP 080110       3641.51         728.31         990.92         632.88
     LC DATE  081910  BAL AFTER         182210.50                     -13470.46
                         OPT PREMIUMS            .00 LATE CHARGE PYMT   1289.40
   T:00321     K/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00
   082310 FWA 080110        43.68  40 EXPENSE ADVANCES
      REF NUMBER   SG0UJJ7VIJE5 DESC
      LC DATE  081910
   T:00321      /B:001
   082310 FWA 080110       818.52  40 EXPENSE ADVANCES
      REF NUMBER   SG0UJJ7VIJE5 DESC
      LC DATE  081910
   T:00321      /B:001
   091310 UFU 080110    UNAPPLIED FUNDS (1)          1719.23  BALANCE     1719.23
      REF NUMBER   SG0UOBR68B23 DESC
                         BAL AFTER         182210.50                     -13470.46
   T:00321      /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00

   091310 SRA 080110       1719.23         .00            .00            .00
     LC DATE  091010  BAL AFTER         182210.50                     -13470.46
   T:00321     K/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     00.00
   101110 UI 090110          .00            .00            .00            .00
      REF NUMBER   SG0UVDV9T1B5 DESC
                         BAL AFTER         182210.50                     -13470.46
                         OPT PREMIUMS            .00 LATE CHARGE PYMT    -85.96*
   T:00430     P/B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL     -85.96


        INQ14593
```

Identifier [REDACTED]7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 16 of 93

HISTORY FOR ACCOUNT   [REDACTED]7516                        PAGE      13
                                                            DATE 08/10/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE  CDE  DATE     AMOUNT          PAID          PAID           PAID
------ --- ------ --------------- ------------- ------------- -------------
101110 GRU 000000 000000 GRACE UNAP AMT:        .00
101110 UFU 090110    UNAPPLIED FUNDS (1)        -1719.23  BALANCE       0.00
                         BAL AFTER       182210.50              -13470.46
T:00430      /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96
101110 AP  090110      632.88      732.26        986.97        632.88
   LC DATE  100910  BAL AFTER       181478.24              -12837.58
T:00430      P/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96


101110 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER     SG0UVDV9T1B5 DESC
101110 UFU 090110    UNAPPLIED FUNDS (1)         1286.95  BALANCE    1286.95
                         BAL AFTER       181478.24              -12837.58
T:00430      /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96
101110 SWA 090110     1286.95         .00           .00          .00
   LC DATE  100910  BAL AFTER       181478.24              -12837.58
T:00430      P/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96


111010 E90 090110   -2683.86  PAYEE = 0038.00000     .00    -2683.86
                         BAL AFTER       181478.24              -15521.44
T:32687      /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96
111510 UFU 090110    UNAPPLIED FUNDS (1)         1719.23  BALANCE    3006.18
   REF NUMBER     SG0V8FMQ3J6A DESC
                         BAL AFTER       181478.24              -15521.44
T:00430      /B:001  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96


111510 SRA 090110     1719.23         .00           .00          .00
   LC DATE  111310  BAL AFTER       181478.24              -15521.44
T:00430      P/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96
111810 FB  090110       11.25  11 PROP INSPECTION FEE
T:32506      /B:001
121410 UFU 090110    UNAPPLIED FUNDS (1)        -3006.18  BALANCE       0.00
                         BAL AFTER       181478.24              -15521.44
T:18585      /B:000  OPTIONAL INS BAL      00.00 LATE CHARGE BAL   -85.96


        INQ14593

Identifier[REDACTED]7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 17 of 93

```
HISTORY FOR ACCOUNT    [REDACTED]7516              PAGE    14
                                                  DATE 08/10/12


        -------- MAIL ---------------- -------- PROPERTY ----------------

    JAMES P. KENNEDY

    700 E SONORA RD                    3825 21ST STREET

    PALM SPRINGS      CA 92264-8436 SAN FRANCISCO     CA 94114-2802

-----------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL      INTEREST      ESCROW
  DATE  CDE  DATE     AMOUNT        PAID           PAID         PAID
------ --- ------ --------------- ------------- ------------- -------------
121410 UPF 090110   UNAPPLIED FUNDS (2)        3006.18 BALANCE     3006.18
                    BAL AFTER     181478.24                 -15521.44
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96
121410 AA  090110              .00          .00          .00          .00
                    BAL AFTER     181478.24                 -15521.44
T:18585      /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96
121410 UI  090110              .00          .00          .00          .00
                    BAL AFTER     181478.24                 -15521.44
                    OPT PREMIUMS         .00 LATE CHARGE PYMT   -85.96*
T:18585      /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -171.92
121410 AA  090110              .00          .00          .00          .00
                    BAL AFTER     181478.24                 -15521.44
                    OPT PREMIUMS         .00 LATE CHARGE PYMT   -85.96*
T:18585      /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -171.92
121410 FB  090110       83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG0VG0UC6O00 DESC
T:26663      /B:000


121510 RPD 121710   PAID 3985.38 DUE  3985.38 SHORT     .00 TELLER   606
                    BAL AFTER     181478.24                 -15521.44
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -171.92
121510 RPD 121710   NO. OF PLAN PMTS=01
                    BAL AFTER     181478.24                 -15521.44
                    OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -171.92
121510 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    000000000000 DESC
121510 AP  100110     3495.78     736.22      983.01     1776.55
  LC DATE 121410 BAL AFTER     180742.02                 -13744.89
T:00606      E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -171.92
T:17391      I/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
  REF NUMBER    SG140NIKB2E4 DESC
070212 AP  040112     2675.87     811.41      907.82      956.64
  LC DATE 063012 BAL AFTER     166786.68                  817.63
T:00602      E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL  -257.88
```

INQ14593

Identifier [ ] 7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 18 of 93

```
HISTORY FOR ACCOUNT [ ] 7516                        PAGE     15
                                                    DATE 08/10/12


       --------- MAIL -------------------- --------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                      3825 21ST STREET

       PALM SPRINGS        CA 92264-8436 SAN FRANCISCO     CA 94114-2802

-------------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST        ESCROW
  DATE  CDE  DATE     AMOUNT        PAID         PAID            PAID
------ --- ------ --------------- ------------- ------------- -------------
121510 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER     000000000000 DESC
121510 AP  110110    .  3495.78      740.21       979.02       1776.55
  LC DATE 121410   BAL AFTER      180001.81                  -11968.34
T:00606      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -171.92
121510 UFF 110110   UNAPPLIED FUNDS (2)        -3006.18  BALANCE      0.00
                    000000000000
                    BAL AFTER       180001.81                -11968.34
T:00606      /B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -171.92
121510 SRA 110110      -3006.18       .00          .00           .00
  LC DATE 121410   BAL AFTER      180001.81                  -11968.34
T:00606      E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -171.92
121510 FB  110110          12.50 171 SPEEDPAY FEE
  REF NUMBER    SG0VG5AOUM70 DESC
  LC DATE 121410
T:00606      /B:000


121510 FEA 110110          12.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE 121410
T:00606      /B:001
010311 UI  110110        .00          .00           .00          .00
                    BAL AFTER      180001.81                  -11968.34
                    OPT PREMIUMS          .00 LATE CHARGE PYMT   -85.96*
T:18585      /B:000                     00.00                   -257.88

010311 AA  110110        .00          .00           .00          .00
                    BAL AFTER      180001.81                  -11968.34
                    OPT PREMIUMS          .00 LATE CHARGE PYMT   -85.96*
T:18585      /B:000                     00.00                   -257.88
010311 AA  110110        .00          .00           .00          .00
                    BAL AFTER      180001.81                  -11968.34
T:18585      /B:000                     00.00                   -257.88


   INQ14593
```

Identifier [REDACTED] 7516          Doc Type:CORR

12-12020-mg     Doc 10337-10     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit I     Pg 19 of 93

HISTORY FOR ACCOUNT     [REDACTED] 7516                    PAGE        16
                                                          DATE 08/10/12

          -------- MAIL -------------------- --------- PROPERTY ----------------

          JAMES P. KENNEDY

          700 E SONORA RD                    3825 21ST STREET

          PALM SPRINGS        CA 92264-8436 SAN FRANCISCO      CA 94114-2802

```
------------------------------------------------------------------------------
 POST  TRN  DUE    TRANSACTION      PRINCIPAL      INTEREST       ESCROW
 DATE  CDE  DATE     AMOUNT           PAID           PAID          PAID
------ ---  ------ ------------    -------------  -------------  -------------
010311 AA  110110           .00            .00            .00            .00
                    BAL AFTER        180001.81                     -11968.34
T:18585      /B:000                   00.00                          -257.88
010711 FB  110110        13.00  11 PROP INSPECTION FEE
T:32506      /B:001
011311 R20 110110       552.00            .00            .00         552.00
   REF NUMBER    SG0VNNJS1UM0 DESC
                    BAL AFTER        180001.81                     -11416.34
T:28725     I/B:002                   00.00                          -257.88
012111 UI  120110           .00            .00            .00            .00
   REF NUMBER    000000000000 DESC
                    BAL AFTER        180001.81                     -11416.34
                    OPT PREMIUMS           .00  LATE CHARGE PYMT    -85.96*
T:00606      E/B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -343.84
012111 GRU 000000 000000 GRACE UNAP AMT:      .00
012111 AP  120110      3495.78         744.22         975.01        1776.55
                    BAL AFTER        179257.59                      -9639.79
T:00606      E/B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -343.84
012111 FB  120110         7.50  171 SPEEDPAY FEE
   REF NUMBER    SG0VPR3LU020 DESC
T:00606      /B:000
012111 FEA 120110         7.50  171 SPEEDPAY FEE
                    000000000000
T:00606      /B:001
020811 FB  120110        11.25  11 PROP INSPECTION FEE
T:32506      /B:001

022511 UI  010111           .00            .00            .00            .00
   REF NUMBER    000000000000 DESC
                    BAL AFTER        179257.59                      -9639.79
                    OPT PREMIUMS           .00  LATE CHARGE PYMT    -85.96*
T:00606      E/B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -429.80
022511 GRU 000000 000000 GRACE UNAP AMT:      .00
022511 AP  010111      3495.78         748.25         970.98        1776.55
   LC DATE 022411  BAL AFTER        178509.34                      -7863.24
T:00606      E/B:001  OPTIONAL INS BAL   00.00  LATE CHARGE BAL    -429.80
```

          INQ14593

Identifier ████ 7516        Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 20 of 93

```
HISTORY FOR ACCOUNT  ███ 7516                              PAGE     17
                                                          DATE 08/10/12


--------- MAIL -------------------- --------- PROPERTY ----------------


   JAMES P. KENNEDY


700 E SONORA RD                     3825 21ST STREET


PALM SPRINGS          CA 92264-8436 SAN FRANCISCO        CA 94114-2802

-----------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
DATE   CDE  DATE   AMOUNT        PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
030911 E90 010111    -2683.86  PAYEE = 0038.00000       .00    -2683.86
                BAL AFTER       178509.34                      -10547.10
T:32687      /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -429.80
031811 AA  010111          .00         .00           .00           .00
                BAL AFTER       178509.34                      -10547.10
T:21315      /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -429.80
031811 AA  010111          .00         .00           .00           .00
                BAL AFTER       178509.34                      -10547.10
T:21315      /B:000 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -429.80
032211 LCW 010111 T:23074 CD01 DELCNS   UNC LCBAL  -343.84 LCDT 03/11-00/00
032211 UI  010111          .00         .00           .00           .00
                BAL AFTER       178509.34                      -10547.10
                OPT PREMIUMS            .00 LATE CHARGE PYMT    85.96*
T:23074      /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -343.84
032211 AA  010111          .00         .00           .00           .00
                BAL AFTER       178509.34                      -10547.10
                OPT PREMIUMS            .00 LATE CHARGE PYMT    85.96*
T:23074      /B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -343.84
032311 UI  020111          .00         .00           .00           .00
   REF NUMBER    000000000000 DESC
                BAL AFTER       178509.34                      -10547.10
                OPT PREMIUMS            .00 LATE CHARGE PYMT   -85.96*
T:00606      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
032311 GRU 000000 000000 GRACE UNAP AMT:       .00
032311 AP  020111     3495.78     752.30      966.93       1776.55
   LC DATE  032211 BAL AFTER      177757.04                    -8770.55
T:00606      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -429.80
032311 UI  030111          .00         .00           .00           .00
   REF NUMBER    000000000000 DESC
                BAL AFTER       177757.04                      -8770.55
                OPT PREMIUMS            .00 LATE CHARGE PYMT   429.80*
T:00606      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
032311 GRU 000000 000000 GRACE UNAP AMT:       .00
032311 AP  030111     3925.58     756.38      962.85       1776.55
   LC DATE  032211 BAL AFTER      177000.66                    -6994.00
                OPT PREMIUMS            .00 LATE CHARGE PYMT   429.80
T:00606      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00


   INQ14593
```

Identifier [████] 7516    Doc Type: CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 21 of 93

```
HISTORY FOR ACCOUNT    [███]7516                    PAGE      18
                                                    DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                     3825 21ST STREET

        PALM SPRINGS      CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
  POST   TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
  DATE   CDE  DATE   AMOUNT          PAID           PAID           PAID
------ --- ------ --------------- ------------- ------------- -------------
032311 FWA 030111           34.93  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111           31.00  40 EXPENSE ADVANCES
                 000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111          480.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111           51.03  40 EXPENSE ADVANCES
                 000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111          146.55  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111          350.00  40 EXPENSE ADVANCES
                 000000000000
  LC DATE  032211
T:00606       /B:001

032311 FWA 030111           11.00  40 EXPENSE ADVANCES
  REF NUMBER    000000000000 DESC
  LC DATE  032211
T:00606       /B:001
032311 FWA 030111          120.00  40 EXPENSE ADVANCES
                 000000000000
  LC DATE  032211
T:00606       /B:001


    INQ14593
```

Identifier ███ 7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 22 of 93

```
HISTORY FOR ACCOUNT    ████ 7516                    PAGE     19
                                                    DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                        3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

    ----------------------------------------------------------------------------
    POST   TRN   DUE      TRANSACTION      PRINCIPAL      INTEREST       ESCROW
    DATE   CDE   DATE      AMOUNT          PAID           PAID           PAID
    ------ ---  ------ ---------------- -------------- -------------- -------------
    032311 FWA 030111          83.00 164 CORP ADV 3 DRM
      LC DATE  032211
    T:00606        /B:001
    032311 FWA 030111          83.00 164 CORP ADV 3 DRM
      REF NUMBER    000000000000 DESC
      LC DATE  032211
    T:00606        /B:001


    032311 FWA 030111          83.00 164 CORP ADV 3 DRM
      REF NUMBER    000000000000 DESC
      LC DATE  032211
    T:00606        /B:001
    032311 FWA 030111          11.25  11 PROP INSPECTION FEE
                  000000000000
      LC DATE  032211
    T:00606        /B:001

    032311 FWA 030111          11.25  11 PROP INSPECTION FEE
      REF NUMBER    000000000000 DESC
      LC DATE  032211
    T:00606        /B:001
    032311 FWA 030111          11.25  11 PROP INSPECTION FEE
                  000000000000
      LC DATE  032211
    T:00606        /B:001

    032311 FWA 030111          11.25  11 PROP INSPECTION FEE
      REF NUMBER    000000000000 DESC
      LC DATE  032211
    T:00606        /B:001
    032311 FWA 030111          13.00  11 PROP INSPECTION FEE
                  000000000000
      LC DATE  032211
    T:00606        /B:001


        INQ14593
```

```
HISTORY FOR ACCOUNT    [REDACTED]7516                    PAGE     20
                                                         DATE 08/10/12


       -------- MAIL -------------------- --------- PROPERTY ----------------

       JAMES P. KENNEDY

       700 E SONORA RD                      3825 21ST STREET

       PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

-----------------------------------------------------------------------------
   POST  TRN  DUE    TRANSACTION      PRINCIPAL       INTEREST       ESCROW
   DATE  CDE  DATE     AMOUNT           PAID            PAID          PAID
 ------ --- ------ --------------- ------------- ------------- -------------
 032311 FWA 030111        11.25  11 PROP INSPECTION FEE
   REF NUMBER     000000000000 DESC
   LC DATE 032211
 T:00606      /B:001
 032311 FWA 030111        25.00   3 NSF FEE
                  000000000000
   LC DATE 032211
 T:00606      /B:001

 032511 FB  030111        11.25  11 PROP INSPECTION FEE
 T:32506      /B:001
 041511 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER     000000000000 DESC
 041511 AP  040111      3495.78       760.48       958.75      1776.55
   LC DATE 041411  BAL AFTER     176240.18                    -5217.45
 T:00607      E/B:001                           00.00              00.00


 041511 FWA 040111        11.25  11 PROP INSPECTION FEE
   REF NUMBER     000000000000 DESC
   LC DATE 041411
 T:00607      /B:001
 041511 FB  040111         7.50 171 SPEEDPAY FEE
                  SG10ER143040
   LC DATE 041411
 T:00607      /B:000

 041511 FEA 040111         7.50 171 SPEEDPAY FEE
   REF NUMBER     000000000000 DESC
   LC DATE 041411
 T:00607      /B:001
 051611 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER     000000000000 DESC
 051611 AP  050111      2675.87       764.60       954.63       956.64
   LC DATE 051411  BAL AFTER     175475.58                    -4260.81
 T:00607      E/B:001  OPTIONAL INS BAL     00.00 LATE CHARGE BAL    00.00


     INQ14593
```

Identifier    7516        Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 24 of 93

HISTORY FOR ACCOUNT     7516                           PAGE      21
                                                      DATE 08/10/12

        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS       CA 92264-8436 SAN FRANCISCO      CA 94114-2802

--------------------------------------------------------------------------
POST  TRN  DUE     TRANSACTION     PRINCIPAL     INTEREST      ESCROW
DATE  CDE  DATE    AMOUNT          PAID          PAID          PAID
-----  ---  ------ --------------- ------------- ------------- -------------
051611 FB  050111         7.50 171 SPEEDPAY FEE
  REF NUMBER    SG10MKHGMBR8 DESC
  LC DATE  051411
T:00607        /B:000
051611 FEA 050111         7.50 171 SPEEDPAY FEE
                 000000000000
  LC DATE  051411
T:00607        /B:001

061611 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    000000000000 DESC
061611 AP  060111      2675.87       768.74       950.49        956.64
  LC DATE  061511  BAL AFTER       174706.84                   -3304.17
T:00607        E/B:001              00.00                         00.00
061611 FB  060111         7.50 171 SPEEDPAY FEE
                 SG10UDT2KA48
  LC DATE  061511
T:00607        /B:000
061611 FEA 060111         7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  061511
T:00607        /B:001
071611 GRU 000000 000000 GRACE UNAP AMT:        .00
                 000000000000
071611 AP  070111      2675.87       772.90       946.33        956.64
  LC DATE  071511  BAL AFTER       173933.94                   -2347.53
T:00607        E/B:001              00.00                         00.00
071611 FB  070111         7.50 171 SPEEDPAY FEE
  REF NUMBER    SG115V8VTQP0 DESC
  LC DATE  071511
T:00607        /B:000
071611 FEA 070111         7.50 171 SPEEDPAY FEE
                 000000000000
  LC DATE  071511
T:00607        /B:001


    INQ14593

Identifier ▮▮7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 25 of 93

```
HISTORY FOR ACCOUNT    ▮▮7516                              PAGE      22
                                                          DATE 08/10/12


         --------- MAIL -------------------- -------- PROPERTY ----------------

         JAMES P. KENNEDY

         700 E SONORA RD                    3825 21ST STREET

         PALM SPRINGS       CA 92264-8436 SAN FRANCISCO     CA 94114-2802

----------------------------------------------------------------------------
  POST   TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
  DATE   CDE  DATE    AMOUNT        PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
082911 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    000000000000 DESC
082911 AP  080111      2761.83       777.09        942.14       956.64
   LC DATE  082711 BAL AFTER      173156.85                    -1390.89
                 OPT PREMIUMS              .00 LATE CHARGE PYMT    85.96
T:00607        E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
082911 FB  080111         7.50 171 SPEEDPAY FEE
                 SG11H1BPUMIG
   LC DATE  082711
T:00607        /B:000
082911 FEA 080111         7.50 171 SPEEDPAY FEE
   REF NUMBER    000000000000 DESC
   LC DATE  082711
T:00607        /B:001
093011 GRU 000000 000000 GRACE UNAP AMT:        .00
   REF NUMBER    000000000000 DESC
093011 AP  090111      2761.83       781.30        937.93       956.64
                 BAL AFTER      172375.55                     -434.25
                 OPT PREMIUMS              .00 LATE CHARGE PYMT    85.96
T:00607        E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL    00.00
093011 FB  090111         7.50 171 SPEEDPAY FEE
   REF NUMBER    SG11P83CLUH0 DESC
T:00607        /B:000
093011 FEA 090111         7.50 171 SPEEDPAY FEE
                 000000000000
T:00607        /B:001
110111 UI  100111         .00          .00           .00          .00
   REF NUMBER    000000000000 DESC
                 BAL AFTER      172375.55                     -434.25
                 OPT PREMIUMS              .00 LATE CHARGE PYMT   -85.96*
T:00607        E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL   -85.96
T:17391        I/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
   REF NUMBER    SG140NIKB2E4 DESC
070212 AP  040112      2675.87       811.41        907.82       956.64
   LC DATE  063012 BAL AFTER      166786.68                     817.63
T:00602    .   E/B:001  OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
```

Identifier [REDACTED] 7516        Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 26 of 93

```
HISTORY FOR ACCOUNT      [REDACTED] 7516                    PAGE    23
                                                           DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                    3825 21ST STREET

        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO       CA 94114-2802

------------------------------------------------------------------------------
  POST   TRN  DUE    TRANSACTION   PRINCIPAL    INTEREST      ESCROW
  DATE   CDE  DATE    AMOUNT        PAID        PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
110111 GRU 000000 000000 GRACE UNAP AMT:        .00
110111 AP  100111       2675.87      785.53       933.70        956.64
  LC DATE  103111  BAL AFTER      171590.02                     522.39
T:00607     E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   -85.96
110111 FB  100111           7.50 171 SPEEDPAY FEE
  REF NUMBER    SG1214AESKI8 DESC
  LC DATE  103111
T:00607      /B:000

110111 FEA 100111           7.50 171 SPEEDPAY FEE
  REF NUMBER    000000000000 DESC
  LC DATE  103111
T:00607      /B:001
110911 E90 100111      -2722.43  PAYEE = 0038.00000     .00    -2722.43
                   BAL AFTER      171590.02                   -2200.04
T:32687      /B:001                             00.00           -85.96


111611 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    SG124SFJ5EE7 DESC
111611 AP  110111       2675.87      789.78       929.45        956.64
  LC DATE  111511  BAL AFTER      170800.24                   -1243.40
T:00602     E/B:001                            00.00           -85.96
111611 UI  110111          .00         .00         .00           .00
                   SG124SFJ5EE7
                   BAL AFTER      170800.24                   -1243.40
                   OPT PREMIUMS             .00 LATE CHARGE PYMT  85.96*
T:00602     E/B:001                            00.00             00.00
111611 SRA 110111         85.96        .00         .00           .00
  LC DATE  111511  BAL AFTER      170800.24                   -1243.40
                   OPT PREMIUMS             .00 LATE CHARGE PYMT  85.96
T:00602     E/B:001                            00.00             00.00
121611 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    SG12CDSDLKG3 DESC
121611 AP  120111       2675.87      794.06       925.17        956.64
  LC DATE  121511  BAL AFTER      170006.18                    -286.76
T:00602     E/B:001 OPTIONAL INS BAL     00.00 LATE CHARGE BAL   00.00

     INQ14593
```

Identifier [REDACTED]7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 27 of 93

```
HISTORY FOR ACCOUNT     ███7516                      PAGE      24
                                                     DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY

        700 E SONORA RD                        3825 21ST STREET

        PALM SPRINGS         CA 92264-8436 SAN FRANCISCO      CA 94114-2802

------------------------------------------------------------------------------
  POST  TRN DUE    TRANSACTION     PRINCIPAL      INTEREST        ESCROW
  DATE  CDE DATE    AMOUNT          PAID           PAID           PAID
 ------ --- ------ -------------- ------------- ------------- -------------
123011 EI  120111         .26           .00            .00            .26
                    BAL AFTER     170006.18                      -286.50
T:32046      /B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL      00.00
013012 UI  010112         .00           .00            .00            .00
   REF NUMBER     SG12O3NM8V1B DESC
                    BAL AFTER     170006.18                      -286.50
                    OPT PREMIUMS            .00  LATE CHARGE PYMT    -85.96*
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL     -85.96

013012 GRU 000000 000000 GRACE UNAP AMT:        .00
013012 AP  010112       2675.87        798.36         920.87         956.64
                    BAL AFTER     169207.82                       670.14
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL     -85.96
013012 UI  010112         .00           .00            .00            .00
   REF NUMBER     SG12O3NM8V1B DESC
                    BAL AFTER     169207.82                       670.14
                    OPT PREMIUMS            .00  LATE CHARGE PYMT     85.96*
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL      00.00
013012 SRA 010112        85.96           .00            .00            .00
                    BAL AFTER     169207.82                       670.14
                    OPT PREMIUMS            .00  LATE CHARGE PYMT     85.96
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL      00.00
022912 UI  020112         .00           .00            .00            .00
   REF NUMBER     SG12VL48576K DESC
                    BAL AFTER     169207.82                       670.14
                    OPT PREMIUMS            .00  LATE CHARGE PYMT    -85.96*
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL     -85.96
022912 GRU 000000 000000 GRACE UNAP AMT:        .00
022912 AP  020112       2675.87        802.69         916.54         956.64
                    BAL AFTER     168405.13                      1626.78
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL     -85.96
022912 UI  020112         .00           .00            .00            .00
   REF NUMBER     SG12VL48576K DESC
                    BAL AFTER     168405.13                      1626.78
                    OPT PREMIUMS            .00  LATE CHARGE PYMT     85.96*
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL      00.00


    INQ14593
```

Identifier: 7516    Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 28 of 93

```
HISTORY FOR ACCOUNT        7516                        PAGE      25
                                                       DATE 08/10/12


        --------- MAIL -------------------- --------- PROPERTY ----------------

        JAMES P. KENNEDY


        700 E SONORA RD                      3825 21ST STREET


        PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

--------------------------------------------------------------------------
  POST  TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST      ESCROW
  DATE  CDE  DATE    AMOUNT        PAID         PAID          PAID
------ --- ------ --------------- ------------- ------------- -------------
 022912 SRA 020112          85.96          .00          .00          .00
                    BAL AFTER        168405.13                  1626.78
                    OPT PREMIUMS             .00  LATE CHARGE PYMT    85.96
 T:00602     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL     00.00
 030712 E90 020112   -2722.43  PAYEE = 0038.00000       .00    -2722.43
                    BAL AFTER        168405.13                 -1095.65
 T:32687     /B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL     00.00


 033012 UI  030112          .00          .00          .00          .00
   REF NUMBER    SG1377RDMV0K DESC
                    BAL AFTER        168405.13                 -1095.65
                    OPT PREMIUMS             .00  LATE CHARGE PYMT   -85.96*
 T:00602     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
 033012 GRU 000000 000000 GRACE UNAP AMT:          .00
 033012 AP  030112        2675.87       807.04       912.19       956.64
                    BAL AFTER        167598.09                  -139.01
 T:00602     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL    -85.96
 033012 UI  030112          .00          .00          .00          .00
   REF NUMBER    SG1377RDMV0K DESC
                    BAL AFTER        167598.09                  -139.01
                    OPT PREMIUMS             .00  LATE CHARGE PYMT    85.96*
 T:00602     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL     00.00
 033012 SRA 030112          85.96          .00          .00          .00
                    BAL AFTER        167598.09                  -139.01
                    OPT PREMIUMS             .00  LATE CHARGE PYMT    85.96
 T:00602     E/B:001  OPTIONAL INS BAL    00.00  LATE CHARGE BAL     00.00
 052212 FB  030112          11.25  11 PROP INSPECTION FEE
 T:32506     /B:001
 052312 FP  030112         -11.25  96 INV RECOV FEE
   REF NUMBER    BNR PIR    DESC
 T:28725     /B:001
 052312 FE  030112          11.25  11 PROP INSPECTION FEE
                    BNR PIR
 T:28725     /B:001


        INQ14593
```

Identifier [ ]7516    Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44    Decl.
Exhibit I   Pg 29 of 93

HISTORY FOR ACCOUNT [ ]7516                                    PAGE      26
                                                              DATE 08/10/12


-------- MAIL ------------------- --------- PROPERTY ---------------

JAMES P. KENNEDY

700 E SONORA RD                      3825 21ST STREET

PALM SPRINGS        CA 92264-8436 SAN FRANCISCO        CA 94114-2802

------------------------------------------------------------------------------

| POST   | TRN | DUE    | TRANSACTION | PRINCIPAL | INTEREST | ESCROW |
| DATE   | CDE | DATE   | AMOUNT      | PAID      | PAID     | PAID   |
| ------ | --- | ------ | ----------- | --------- | -------- | ------ |

062112 FB  030112        83.00 164 CORP ADV 3 DRM
  REF NUMBER    SG13S2P22E20 DESC
T:02775      /B:000
062512 FB  030112 .      11.25  11 PROP INSPECTION FEE
T:32506      /B:001
062612 FP  030112       -11.25  96 INV RECOV FEE
  REF NUMBER    PIR BNR    DESC
T:04152      /B:001

062612 FE  030112        11.25  11 PROP INSPECTION FEE
  REF NUMBER    PIR BNR    DESC
T:04152      /B:001
062712 FP  030112       -62.00  56 CONVENTIONAL CURT FEE
                INDECOMMWIRE
T:01145      /B:001
070212 UI  040112           .00          .00         .00         .00
                SG13UN6PKIFI
                BAL AFTER      167598.09                -139.01
                OPT PREMIUMS          .00 LATE CHARGE PYMT  -257.88*
T:00602      E/B:001                  00.00                    -257.88
T:17391      I/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88
  REF NUMBER    SG140NIKB2E4 DESC
070212 AP  040112      2675.87 .     811.41      907.82     956.64
  LC DATE  063012 BAL AFTER     166786.68                 817.63
T:00602      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88




070212 GRU 000000 000000 GRACE UNAP AMT:       .00
070212 AP  040112      2675.87      811.41      907.82     956.64
  LC DATE  063012 BAL AFTER     166786.68                 817.63
T:00602      E/B:001                  00.00                    -257.88
071012 GRU 000000 000000 GRACE UNAP AMT:       .00
  REF NUMBER    SG140NIKB2E4 DESC
071012 AP  050112      2180.45      815.80      903.43     461.22
  LC DATE  070912 BAL AFTER     165970.88                1278.85
T:00602      E/B:001 OPTIONAL INS BAL    00.00 LATE CHARGE BAL  -257.88

     INQ14593

Identifier [redacted] 7516       Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 30 of 93

HISTORY FOR ACCOUNT [redacted] 7516                                    PAGE        27
                                                                       DATE 08/10/12


--------- MAIL -------------------- --------- PROPERTY ----------------

JAMES P. KENNEDY

700 E SONORA RD                          3825 21ST STREET

PALM SPRINGS            CA 92264-8436 SAN FRANCISCO        CA 94114-2802

---------------------------------------------------------------------------
POST  TRN  DUE    TRANSACTION     PRINCIPAL      INTEREST       ESCROW
DATE  CDE  DATE   AMOUNT          PAID           PAID           PAID
------ --- ------ --------------- ------------- ------------- -------------
071012 GRU 000000 000000 GRACE UNAP AMT:        .00
  REF NUMBER    SG140NIKB2E4 DESC
071012 AP  060112        2180.45      820.22        899.01        461.22
  LC DATE  070912  BAL AFTER        165150.66                    1740.07
T:00602      E/B:001  OPTIONAL INS BAL      00.00  LATE CHARGE BAL    -257.88
072712 FP  060112        -70.00  56 CONVENTIONAL CURT FEE
  REF NUMBER    INDECOMMWIRE DESC
T:01676       /B:005


END OF HISTORY

   INQ14593

Identifier: ███ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 31 of 93

Identifier: ███ 7516    Doc Type:BPOP

# eMortgage Logic

Loan #: ███ 7516

| Address: | 3825 21ST STREET, SAN FRANCISCO, CA 94114 | | Inspection Type: Drive By | |
|---|---|---|---|---|
| Borrower: JAMES KENNEDY | | Project Type: | APN: 3622-092 | |

## I. Order Information

| Inspection Date: Jun 12 2012 | Deal Name: | VMA Request ID: 2768757 |
|---|---|---|
| Client: HFN | BPO Vendor: eMortgage Logic, LLC | Vendor Tracking ID: 2557248 |
| Agent Name: Sirina Chantalakwong | Brokerage: EValue Now, Inc | Agent Phone: (408) 439-3525 |

## II. Subject Property Information

| Occupied: Yes | Property Type: SF Attached | HOA Fees: | Zoning: Residential |
|---|---|---|---|
| Last Sold Date: | Last Sale Price: | Data Source: County Tax | Currently Listed: No |
| Agent Name: | Initial List Price: | Initial List Date: | Current List Price: . |
| Last Reduction Date: | MLS #: | Total Repair Cost: $0 | Est. Monthly Rent: $4,393 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: Visual exterior inspection shows no sign of needed repair.

## III. Neighborhood Information

| Location Type: Suburban | Supply/Demand: Increasing | Value Trend: Declining | Local Economic Trend: Appreciating |
|---|---|---|---|
| Price Range: 900000 to 1850000 | | Median Price: $1,179,167 | Avg Marketing Time: Under 3 Mos. |

NEIGHBORHOOD COMMENTS:Market values start to improve. Although, the values are not as high as they were a couple years ago.

## IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3825 21ST STREET SAN FRANCISCO,CA | 251 HARTFORD ST SAN FRANCISCO,CA | 3838 25TH ST SAN FRANCISCO,CA | 22 EUREKA ST SAN FRANCISCO,CA | 3721 21ST ST SAN FRANCISCO,CA | 1667 ALABAMA ST SAN FRANCISCO,CA | 33 DEMINO AVE SAN FRANCISCO,CA |
| Zip | 94114 | 94114 | 94114 | 94114 | 94110 | 94131 | 94114 |
| Data Source | County Tax | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 3 Blocks | 0.57 Miles | 0.5 Miles | Same Block | 1.42 Miles | 0.73 Miles |
| Sale Price | | $1,137,000 | $1,300,000 | $1,375,000 | | | |
| Sale Date | | Dec 20 2011 | Apr 11 2012 | May 16 2012 | | | |
| Orig. List Price | . | $1,250,000 | $1,300,000 | $1,250,000 | $1,149,000 | $1,395,000 | $1,139,000 |
| Curr. List Price | | | | | $1,149,000 | $1,395,000 | $1,139,000 |
| DOM | | 141 | 1 | 29 | 5 | 33 | 33 |
| Lot Size | 0.07ac | 0.07ac | 0.07ac | 0.07ac | 0.07ac | 0.06ac | 0.04ac |
| View | Hills | Neighborhood | Neighborhood | Neighborhood | Hills | Neighborhood | Bay |
| Design/Style | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv | 2-Story Conv |
| Type/#Units | SF Attached  1 | SF Attached  1 | SF Attached  1 | SF Attached  1 | SF Attached  1 | SF Attached  1 | SF Attached  1 |
| Age | 106yrs | 122yrs | 108yrs | 108yrs | 103yrs | 122yrs | 75yrs |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 1,642 | 1,895 | 1,495 | 1,700 | 2,320 | 1,507 | 1,200 |
| # Rooms/Bd/Bth | 7  3  1 | 8  2  1.5 | 6  3  1.5 | 7  3  1 | 6  3  2 | 7  3  2 | 6  3  2 |
| Basement SF | | 0 | 1495 | 0 | 0 | 0 | 0 |
| % Finished | % | 0% | 100% | 0% | 0% | 0% | 0% |
| Garage Type | Attached | Attached | Attached | Attached | None | Attached | Attached |
| # Garage Stalls | 1 | 3 | 2 | 2 | N/A | 1 | 1 |
| Pool/Spa | No  No | No  No | No  No | No  No | No  No | Yes  No | No  No |
| Other Features | Fence,Frpl | Frpl | Deck,Fjrpl | Deck,2 Fjrpls | Deck,Frpl | Patio,Frpl | Deck,Frpl |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| HOA Fees | | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo |

COMPARABLE PROPERTY COMMENTS:

| |
|---|
| Sale 1:  See Addendum |
| Sale 2:  See Addendum |
| Sale 3:  See Addendum |
| List 1:  See Addendum |
| List 2:  See Addendum |
| List 3:  See Addendum |

## V. Marketing Strategy

| | 'As-Is' | 'Repaired' | Estimated Marketing Time for Subject: 30-90 days |
|---|---|---|---|
| Estimated Sale Price: | $1,270,700 | $1,270,700 | CONCLUSION SUMMARY: Since subject requires no repair, listing it as-is will save the pre-marketing time and limit total amount of capital invested. |
| Recommended List Price: | $1,296,000 | $1,296,000 | |

Identifier: ███████ 7516    Doc Type: CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 32 of 93

Identifier: ███████ 7516    Doc Type: BPOP

# ✓ eMortgage Logic

Loan #: ███████ 7516

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | | $0 |
| Siding/Trim | | $0 |
| Windows/Doors | | $0 |
| Paint | | $0 |
| Foundation | | $0 |
| Garage | | $0 |
| Landscaping | | $0 |
| Fence | | $0 |
| Other | | $0 |
| | **Estimated Exterior Repairs:** | $0 |
| Paint | | $0 |
| Walls/Ceiling | | $0 |
| Floors | | $0 |
| Cabinets/Countertops | | $0 |
| Plumbing | | $0 |
| Electrical | | $0 |
| Heating/AC | | $0 |
| Appliances | | $0 |
| Doors/Trim | | $0 |
| Cleaning | + | $0 |
| Other | | $0 |
| | **Estimated Interior Repairs:** | $0 |
| | **Total Estimated Repairs:** | $0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## VIII. Additional Comments

**BROKER COMMENTS:**
There's a shortage of comparables that're attached SFR within immediate area so expansion of search distance is necessary. Close to shopping center, restaurants, school and park. Easy access to 101 freeway. Located in a quiet and well-established neighborhood with homes in average to good condition. Offering some sales incentive can help improve the marketing effort.I attest that I have researched the subject's sales history and found no sales within the past 3 years.

**VENDOR COMMENTS:**
QC Failure: * You marked the subject as as SF Detached. The subject appears to be attached. Please amend and also make sure all comps are also attached.

**QUALITY CONTROL NOTES**
The square footage of Comparable List #1: Chosen comps meet the most criteria in terms of beds/baths, living space, age, condition, lot size, and proximity respectively.. The square footage of Comparable List #3: Chosen comps meet the most criteria in terms of beds/baths, living space, age, condition, lot size, and proximity respectively.. The proximity for Comparable Listing #:There's a shortage of comparables that're attached SFR within immediate area so expansion of search distance is necessary.. The proximity for Comparable List #3: There's a shortage of comparables that're attached SFR within immediate area so expansion of search distance is necessary.. The proximity for Comparable Sale #:There's a shortage of comparables with similar living space within immediate area so expansion of search distance is necessary. The proximity for Comparable Sale #:There's a shortage of comparables with similar living space within immediate area so expansion of search distance is necessary.The proximity for Comparable Listing #:There's a shortage of comparables that're attached SFR within immediate area so expansion of search distance is necessary.. The proximity for Comparable List #2: There's a shortage of comparables that're attached SFR within immediate area so expansion of search distance is necessary.. The proximity for ██████████ most similar to the subject:Similar beds/baths, living space, age, condition, lot size, and proximity..

Broker Signature          Date
*Broker agreed to digital signature upon submission.*

Identifier███████7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 33 of 93

Identifier:███████7516          Doc Type:CORR

| | Address | City | BR | BA | LotSize | SaleDate | Yr Blt | Sale/List Price | Dist |
|---|---|---|---|---|---|---|---|---|---|
| | 3925 21ST STREET | SAN FRANCISCO | 3 | 1.0 | 0.07ac | | 1906 | | |
| A1 | 3721 21ST ST | San Francisco | 3 | 2.0 | 0.07ac | | 1909 | $1,149,000 | Same Block |
| A2 | 1647 ALABAMA ST | San Francisco | 3 | 2.0 | 0.06ac | | 1890 | $1,395,000 | 1.42 Miles |
| A3 | 33 DEMING AVE | San Francisco | 3 | 2.0 | 0.04ac | | 1937 | $1,159,000 | 0.73 Miles |
| S1 | 251 HARTFORD ST | San Francisco | 2 | 1.5 | 0.07ac | Dec 20 2011 | 1890 | $1,137,000 | 3 Blocks |
| S2 | 3858 25TH ST | San Francisco | 3 | 1.5 | 0.07ac | Apr 11 2012 | 1904 | $1,300,000 | 0.57 Miles |
| S3 | 23 EUREKA ST | San Francisco | 3 | 1.0 | 0.07ac | May 16 2012 | 1904 | $1,275,000 | 0.5 Miles |

Identifier: ███████7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 34 of 93

Identifier: ███7516    Doc Type:BPOF

**CoreLogic**

Loan #: ██████7516

| Address: 3825 21ST ST | SAN FRANCISCO    CA    94114 | Inspection Type: | Exterior |
| Borrower: JAMES KENNEDY | GMAC | APN: | 3622-092 |

**I. Order Information**

| Inspection Date: | 12/2/2010 | Deal Name: | | VMA Request ID: | |
| Client: | GMAC | BPO Vendor: | CoreLogic | Vendor Tracking ID: | 6220907 |
| Agent Name: | TERRY FORD | Brokerage: | COASTSIDE ASSOCIATES | Agent Phone: | |

**II. Subject Property Information**

| Occupied: | upied By Unkn | Property Type: | SFD | HOA Fees | | Zoning: | |
| Last Sold Date: | | Last Sale Price: | | Data Source: | Public Records | Currently Listed: | No |
| Agent Name: | | Initial List Price: | | Initial List Date: | | Current List Price: | |
| Last Reduction Date: | | MLS #: | 000000 | Total Repair Cost: | 0 | Est. Monthly Rent: | 3,000 |

**SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES:**

**III. Neighborhood Information**

| Location Type: | Urban | Supply/Demand: | Stable | Value Trend: | Stable | Local Economic Trend: | Stable |
| Price Range: | 1,550,000 | - | 1,199,000 | Median Price: | 975,000 | Avg Marketing Time: | 72 |

**NEIGHBORHOOD COMMENTS:**

**IV. Comparable Properties**

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3825 21ST ST | 164 HARTFORD ST | 3956 20TH ST | 4305 20TH ST | 4226 26TH ST | 1258 CLAYTON ST | 151 LIBERTY ST |
| | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA |
| Zip | 94114 | 94114 | 94114 | 94114 | 94131 | 94114 | 94110 |
| Data Source | Public Records | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.28 | 0.26 | 0.2 | 0.54 | 0.8 | 0.47 |
| Sale price | | 952,000 | 1,000,000 | 1,155,000 | | | |
| Sale Date | | 10/14/2010 | 10/13/2010 | 10/19/2010 | | | |
| Orig. List Price | | 975,000 | 1,000,000 | 1,395,000 | 1,600,000 | 1,199,000 | 1,195,000 |
| Cur./Final List $ | | 975,000 | 1,095,000 | 1,130,000 | 1,550,000 | 1,199,000 | 1,195,000 |
| DOM | | 22 | 0 | 168 | 42 | 28 | 21 |
| Lot Size | .07 | .07 | .07 | .06 | .05 | .05 | .07 |
| View | owntown & southe | Neighborhood | Bay & City lights | Bay & City lights | Bay & City Lights | Bay & downtown | owntown & East Ba |
| Design/Style | Victorian | Victorian | Victorian | Victorian | Victorian | Victorian | Victorian |
| Type/#Units | SFD    1 | SFD    1 | SFD    1 | SFD    1 | SFD    1 | SFD    1 | SFD    1 |
| Age | 104 | 110 | 94 | 101 | 110 | 102 | 97 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 1,642 | 1,504 | 1,620 | 1,409 | 2,400 | 1,600 | 1,830 |
| # Rooms/Bd/Bth | 7 / 3 / 2 | 8 / 2 / 2 | 6 / 2 / 1 | 6 / 3 / 1.5 | 6 / 4 / 3.5 | 6 / 2 / 2 | 6 / 2 / 2 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % |
| Garage Type | Gar Att | Gar Att | Gar Att | Gar Att | None | Gar Att | None |
| # Garage Stalls | 2 | 1 | 1 | 1 | | 1 | |
| Pool/Spa | No    No | No    No | No    No | No    No | No    No | No    No | No    No |
| Other Features | iouse bedroom & i | e to lower level,Hr | )atio,deck,fireplace | iers,marble counte | le counters,skylig | iled,bonus loft,2 fir | 2 units,deck,hardw |
| Sales Type | Fair Market | Fair Market | Fair Market | Short Sale | Fair Market | Fair Market | Short Sale |
| HOA Fees | | 0 | 0 | 0 | 0 | 0 | 0 |

**COMPARABLE PROPERTY COMMENTS:**

| Sale 1: | Equivalent in bath count, GLA, lot size, age & style. Inferior bedroom count, car space.Superior room count. |
| Sale 2: | Equivalent in bath count, GLA, lot size, age & style. Inferior room, bedroom, bath count, car space. |
| Sale 3: | Equivalent in bedroom count, GLA, lot size, age & style.Inferior room, bath count, car space. |
| List 1: | Equivalent in lot size, age & style.Superior GLA, bedroom & bath count. Inferior room count, car space. |
| List 2: | Equivalent in bath count, GLA, lot size, age & style. Inferior car space.Inferior room & bedroom count. |
| List 3: | Equivalent in bath count, GLA, lot size, age & style.  Inferior room & bedroom count, car space. |

**V. Marketing Strategy**

| | 'As-Is' Value | 'Repaired' Value | Estimated Marketing Time for Subject: | 72 |
|---|---|---|---|---|
| Estimated Sale Price: | 1,025,999 | 1,025,999 | **VALUE CONCLUSION SUMMARY:** | |
| Recommended List Price: | 1,059,999 | 1,059,999 | Positive: Close to transportation & shops. | |

Identifier: [redacted]7516        Doc Type: CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 35 of 93

CoreLogic

Loan #: [redacted]7516

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | | |
| Sliding/Trim | | |
| Windows/Doors | | |
| Paint | | |
| Foundation | | |
| Garage | | |
| Landscaping | | |
| Fence | | |
| Other | | |
| **Estimated Exterior Repairs:** | | |
| Paint | | |
| Walls/Ceiling | | |
| Floors | | |
| Cabinets/Countertops | | |
| Plumbing | | |
| Electrical | | |
| Heating/AC | | |
| Appliances | | |
| Doors/Trim | | |
| Other | | |
| **Estimated Interior Repairs:** | | |
| **Total Estimated Repairs:** | | 0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| | | | | Public Records | |
| | | | | Public Records | |
| | | | | | |

## VIII. Additional Comments

**BROKER COMMENTS:**

**See Addendum**

**VENDOR COMMENTS:**

QC: Checked view map link and the proximity matches. The subject information and photos match with the prior.5808000

Broker Signature                              Date

Neither CoreLogic nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker price opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Broker Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose.

Identifier    7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 36 of 93

Identifier:    7516        Doc Type:BPOP

## Addendum

Subject property is a 3 bedroom 2 bath(according to a previous MLS listing), Victorian style, single family dwelling located in the Eureka Valley/Dolores area of San Francisco. County records shows no bedroom count & only 1 bath count. Hence, I used comps which reflect both county & MLS specs. Subject conforms to the neighborhood. Crime activity is low & pride of neighborhood is good. From exterior observation, home does not need any obvious repairs. Subject's value was determined by using the value of the average of the sold comps & pricing the subject competitively against the current competition, with special attention to comps' days on the market.

Identifier[redacted]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 37 of 93

CoreLogic·

## Photos

| ACCOUNT NUMBER [redacted]7516 | TRACKING NUMBER GMAC | CoreLogic ORDER NO. [redacted]907 |
|---|---|---|
| NAME JAMES KENNEDY | ADDRESS 3825 21ST ST | CITY, STATE, ZIP SAN FRANCISCO, CA 94114 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other

Side view



Identifier [REDACTED]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 38 of 93

Identifier: [REDACTED]7516    Doc Type:CORR

 CoreLogic

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| [REDACTED]7516 | GMAC | [REDACTED]0907 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA 94114 |
| PHOTOS COMMENT | | |

Subject - Other

Front view



Street View

Street View



Street Sign

Street sign



Account #: [REDACTED]7516    Tracking #: GMAC

Identifier: 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 39 of 93

Identifier: 7516    Doc Type:BPOP

**CoreLogic**

## Photos

| ACCOUNT NUMBER 7516 | TRACKING NUMBER GMAC | | CoreLogic ORDER NO. 0907 |
|---|---|---|---|
| NAME JAMES KENNEDY | ADDRESS 3825 21ST ST | | CITY, STATE, ZIP SAN FRANCISCO, CA 94114 |
| PHOTOS COMMENT | | | |

Listing 1 (4226 26TH ST)



Listing 2 (1258 CLAYTON ST)



Listing 3 (151 LIBERTY ST)



Identifier [redacted] 7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 40 of 93

Identifier: [redacted] 7516          Doc Type:BFUF

**CoreLogic**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| 7516 | GMAC | 907 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA 94114 |
| PHOTOS COMMENT | | |

Sold 1 (164 HARTFORD ST)



Sold 2 (3956 20TH ST)



Sold 3 (4305 20TH ST)



Identifier███████7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 41 of 93

Identifier███████7516     Doc Type:CORR

**CoreLogic**                                                        **Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | CoreLogic ORDER NO. |
|---|---|---|
| ███7516 | GMAC | ███0907 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA  94114 |
| PHOTOS COMMENT | | |

Other Photo

Street view



Identifier [REDACTED] 7516    Doc Type:CORR
Identifier: [REDACTED] ,510    Doc Type:CORR

 CoreLogic

# Map

Aerial View



 CoreLogic·

Map

| ACCOUNT NUMBER 7516 | TRACKING NUMBER GMAC | CoreLogic ORDER NO 907 |
|---|---|---|
| NAME JAMES KENNEDY | ADDRESS 3825 21ST ST | CITY,STATE,ZIP SAN FRANCISCO, CA 94114 |

Road Map View



⚑ **Subject Property**

3825 21ST ST
SAN FRANCISCO, CA 94114

❶ **Comp. Listing 1**
   4226 26TH ST
   SAN FRANCISCO, CA 94131
   Dist From Subject: 0.54 Miles
❷ **Comp. Listing 2**  (Unable To Map)
   1258 CLAYTON ST
   SAN FRANCISCO, CA 94114
   Dist From Subject: 0.8 Miles
❸ **Comp. Listing 3**
   151 LIBERTY ST
   SAN FRANCISCO, CA 94110
   Dist From Subject: 0.47 Miles

❶ **Closed Sale 1**
   164 HARTFORD ST
   SAN FRANCISCO, CA 94114
   Dist From Subject: 0.28 Miles
❷ **Closed Sale 2**
   3956 20TH ST
   SAN FRANCISCO, CA 94114
   Dist From Subject: 0.26 Miles
❸ **Closed Sale 3**
   4305 20TH ST
   SAN FRANCISCO, CA 94114
   Dist From Subject: 0.2 Miles

Identifier: ▮7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 44 of 93

Identifier: ▮7516    Doc Type:BPOP

**First American**
*Residential Value View*

Loan #: ▮7516

| Address: 3825 21ST ST | | SAN FRANCISCO CA 94114 | Inspection Type: | Exterior |
|---|---|---|---|---|
| Borrower: JAMES KENNEDY | | GMAC | APN: | 3622-092 |

## I. Order Information

| Inspection Date: | 2/17/2010 | Deal Name: | | VMA Request ID: | |
|---|---|---|---|---|---|
| Client: | GMAC | BPO Vendor: | First American | Vendor Tracking ID: | 5324327 |
| Agent Name: | DAVID LEVY | Brokerage: | BALDINI REALTY CENTURY 21 | Agent Phone: | |

## II. Subject Property Information

| Occupied: | Upied By Unkn | Property Type: | SFD | HOA Fees | | Zoning: | Residential |
|---|---|---|---|---|---|---|---|
| Last Sold Date: | | Last Sale Price: | | Data Source: | MLS | Currently Listed: | No |
| Agent Name: | | Initial List Price: | | Initial List Date: | | Current List Price: | |
| Last Reduction Date: | | MLS #: | 000000 | Total Repair Cost: | 0 | Est. Monthly Rent: | 2,400 |

**SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES:**
Well maintained, fully attached, single family home with stucco exterior and an attached 2 car garage. No visible damage.

## III. Neighborhood Information

| Location Type: | Urban | Supply/Demand: | Stable | | | Local Economic Trend: | Depreciating |
|---|---|---|---|---|---|---|---|
| Price Range: | 765,000 | | 1,595,000 | Median Price: | 0 | Avg Marketing Time: | 90 |

**NEIGHBORHOOD COMMENTS:**
Convenient to shops and transportation.

## IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3825 21ST ST | 419 ELIZABETH ST | 609 ELIZABETH ST | 328 CUMBERLAND ST | 722 DIAMOND ST | 4085 20TH ST | 352 DIAMOND ST |
| | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA | SAN FRANCISCO CA |
| Zip | 94114 | 94114 | 94114 | 94114 | 94114 | 94114 | 94114 |
| Data Source | MLS | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.3 | 0.29 | 0.21 | 0.36 | 0.11 | 0.22 |
| Sale price | | 1,117,500 | 1,175,000 | 1,235,000 | | | |
| Sale Date | | 10/22/2009 | 09/11/2009 | 10/16/2009 | | | |
| Orig. List Price | | 1,052,000 | 1,375,000 | 1,095,000 | 1,300,000 | 1,295,000 | 1,375,000 |
| Cur./Final List $ | | 1,052,000 | 1,225,000 | 1,095,000 | 1,300,000 | 1,295,000 | 1,375,000 |
| DOM | | 2 | 44 | 8 | 35 | 84 | 14 |
| Lot Size | 0.07 | 0.07 | 0.04 | 0.07 | 0.04 | 0.07 | 0.07 |
| View | typical | typical | typical | typical | typical | typical | typical |
| Design/Style | Contemp | Contemp | Contemp | Contemp | Contemp | Contemp | Contemp |
| Type/#Units | SFD  1 | SFD  1 | SFD  1 | SFD  1 | SFD  1 | SFD  1 | SFD  1 |
| Age | 104 | 110 | 97 | 82 | 98 | 32 | 106 |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Above Grade SF | 1,642 | 1,580 | 1,600 | 1,500 | 1,994 | 1,965 | 1,578 |
| # Rooms/Bd/Bth | 7 / 3 / 2 | 6 / 3 / 2.5 | 6 / 3 / 1.5 | 6 / 1 / 1 | 6 / 3 / 1 | 6 / 3 / 3 | 7 / 4 / 1 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % |
| Garage Type | Gar Att | Gar Att | Gar Att | Gar Att | None | Gar Att | Gar Att |
| # Garage Stalls | 2 | 1 | 2 | 2 | | 2 | 1 |
| Pool/Spa | no  no | no  no | no  no | no  no | no  no | no  no | no  no |
| Other Features | none | none | none | none | none | none | none |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| HOA Fees | | 0 | 0 | 0 | 0 | 0 | 0 |

**COMPARABLE PROPERTY COMMENTS:**

Sale 1: Similar to subject's location, square footage, age and lot size. Equal.

Sale 2: Closest to subject's square footage. Similar in location and age. Smaller lot. Equal.

Sale 3: Closest to subject's location. Similar in square footage, age and lot size. Equal.

List 1: Similar to subject's location and age. More square feet but smaller lot. Equal.

List 2: Closest to subject's location. More square feet but same size lot. Newer construction. Equal.

List 3: Closest to subject's square footage, age and lot size. Similar location. Equal.

## V. Marketing Strategy

| | 'As-Is' Value | 'Repaired' Value | Estimated Marketing Time for Subject: | 90 |
|---|---|---|---|---|
| Estimated Sale Price: | 1,250,000 | 1,250,000 | **VALUE CONCLUSION SUMMARY:** | |
| Recommended List Price: | 1,300,000 | 1,300,000 | Well maintained, fully attached, attached garage | |

Identifier [redacted]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 45 of 93



**First American**
*Residential Value View*

Loan #: [redacted]7516

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | | |
| Sliding/Trim | | |
| Windows/Doors | | |
| Paint | | |
| Foundation | | |
| Garage | | |
| Landscaping | | |
| Fence | | |
| Other | | |
| | **Estimated Exterior Repairs:** | |
| Paint | | |
| Walls/Ceiling | | |
| Floors | | |
| Cabinets/Countertops | | |
| Plumbing | | |
| Electrical | | |
| Heating/AC | | |
| Appliances | | |
| Doors/Trim | | |
| Other | | |
| | **Estimated Interior Repairs:** | |
| | **Total Estimated Repairs:** | 0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| | | | | MLS | Well maintained, fully |
| | | | | MLS | Well maintained, fully |
| | | | | | |

## VIII. Additional Comments

**BROKER COMMENTS:**
Minimal crime and vandalism risks.

**VENDOR COMMENTS:**
There are mixed aged homes throughout San Francisco. Age does not play as big of a role in value as location and square footage.
QC: Checked view map, comps mileage matches with the map.

Broker Signature                    Date

Neither First American nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker prior opinion.
You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended
for the benefit of the addressee only. The Broker Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose.

Identifier [REDACTED] 516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 46 of 93

**Addendum**                                                              5324327

Convenient to shops and transportation. Well maintained, fully attached, single family home with stucco exterior and an attached 2 car garage. No visible damage.

Identifier[REDACTED]7516      Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 47 of 93

Identifier: [REDACTED]7516        Doc Type:BPOP

**First American**
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| [REDACTED]7516 | GMAC | 5324327 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA  94114 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other

side view



Identifier[      ]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 48 of 93

Identifier:[    ]7516        Doc Type:BPOP



**First American**
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| [  ]7516 | GMAC | 5324327 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA 94114 |

| PHOTOS COMMENT |
|---|
|  |

Subject - Other

side view





Other Photo

street view



Other Photo

street view



Identifier: ███████7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 49 of 93

**First American**
*Residential Value View*

# Map

| ACCOUNT NUMBER | | TRACKING NUMBER |
|---|---|---|
| ███████7516 | | GMAC |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| JAMES KENNEDY | 3825 21ST ST | SAN FRANCISCO, CA 94114 |



Map Scale: 1 Inch = 0.11 Miles

🏴 **Subject Property**
3825 21ST ST
SAN FRANCISCO, CA 94114

❶ **Comp. Listing 1**
722 DIAMOND ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.37 Miles

❷ **Comp. Listing 2**
4085 20TH ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.12 Miles

❸ **Comp. Listing 3**
352 DIAMOND ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.22 Miles

❶ **Closed Sale 1**
419 ELIZABETH ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.3 Miles

❷ **Closed Sale 2**
609 ELIZABETH ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.29 Miles

❸ **Closed Sale 3**
328 CUMBERLAND ST
SAN FRANCISCO, CA 94114
Dist From Subject: 0.21 Miles

5324327

Identifier███████7516   Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 50 of 93

# GMAC Mortgage

July 26, 2012

James P Kennedy
700 E Sonora Road
Palm Springs CA 92264-8436

RE:    Account Number         ███████7516
       CFPB Case Number    120327-000003
       Property Address       3825 21ˢᵗ Street
                              San Francisco CA 94114-2802

Dear James P Kennedy:

This letter is in response to correspondence received by GMAC Mortgage, LLC (GMACM) on July 11, 2012 from the Consumer Financial Protection Bureau (CFPB) related to the concerns you raised with that office. Specifically, this is in response to your concerns regarding your prior form letter correspondence sent to GMACM which purported to be a Qualified Written Request, pertaining to the above-referenced mortgage loan account.

Our records indicate that we received similar form letters from you on January 23, 2012 and May 14, 2012, regarding this account and responses were issued by GMACM on February 6, 2012 and June 5, 2012 (copies enclosed).

We have responded to each of these letters by providing information to which you are entitled. We will not provide information that is proprietary and/or confidential, and which is not related to the origination or servicing of your loan.

I trust you find this information responsive to your concerns. If you have any further questions regarding this matter, please call me at 1-800-627-0128 extension 2364650.

Sincerely,

*Leslie Davis*

Leslie Davis
Executive Account Manager

Enclosures

cc:    Consumer Financial Protection Bureau
       Electronically Submitted

Identifier███7516      Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 51 of 93

June 12, 2012


James P Kennedy
700 E Sonora Rd
Palm Springs CA  92264-8436


RE:    Account Number        ███7516
       Property Address      3825 21st Street
                             San Francisco CA  94114-2802


Dear James P Kennedy:

This letter is in response to your correspondence dated May 14, 2012, received on
May 18, 2012 and identified as a Qualified Written Request ("QWR").

Enclosed is our response, dated January 22, 2010, for your review.

Our records indicate your account is due for the April 1, 2012 through June 1, 2012
payments of $7,208.69, including the late fees of $171.92.  Please be advised, the breach
letter expires on July 9, 2012; therefore, foreclosure may begin after this date.

If you have any further questions, please contact Customer Care at 1-800-766-4622
between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to
1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosure

TN

Identifier 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 52 of 93

June 5, 2012


James P Kennedy
700 E Sonora Rd
Palm Springs CA  92264-8436


RE:    Account Number      ████7516
       Property Address    3825 21st Street
                           San Francisco CA  94114-2802


Dear James P Kennedy:

This letter is in response to your correspondence dated May 14, 2012, received on
May 18, 2012 and identified as a Qualified Written Request ("QWR").

Our previous response(s) dated February 6, 2012 provided you with the information
relating to the servicing of your account, as the law, specifically the Real Estate
Settlement Practices Act ("RESPA"), requires. A copy of our response(s) is/are enclosed.
As no new information has been submitted in your most recent correspondence, we trust
that we have resolved your concerns.

If specific concerns exist related to the servicing of the above-referenced account, those
concerns may be sent in writing to:


                    GMAC Mortgage
                    Attn:  Correspondence Department
                    PO Box 4622
                    Waterloo IA  50704

The following responses are in the same order as your inquiry.

1)  Our records indicate, on June 19, 2008, correspondence was mailed to advising of
    delinquent taxes on your property; this correspondence requested proof of the
    remittance of the delinquent taxes.  On October 4, 2008, we receive the electronic
    file from the Wichita County Tax Collector and disbursed the 2008 delinquent
    taxes of $2,939.80, including the penalty of $461.52.

Identifier [REDACTED] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 53 of 93

June 5, 2012
Account Number ██████ 7516
Page Two

2) Our records indicate, on June 19, 2008, correspondence was mailed to advising of delinquent taxes on your property; this correspondence requested proof of the remittance of the delinquent taxes. On October 4, 2008, we receive the electronic file from the San Francisco County County Tax Collector and disbursed the 2008 delinquent taxes of $2,939.80, including the penalty of $461.52. To discuss how the penalty was calculated, please contact the San Francisco County Collector at 415-554-4400.

3) and 4) Unfortunately, we did not receive your proof of payment for the delinquent taxes disbursed prior to October 4, 2008.

When the delinquent taxes were disbursed, your account was not updated as escrowed for taxes. However, as your account reflected the negative escrow balance, the escrow funds of $200.60 were added to your payment, effective December 1, 2008. As we maintain the lien of your property, we need to ensure the delinquent taxes are disbursed; enclosed is a copy of the Mortgage for your review.

4) Please be advised, we did not receive proof of the remittance of the delinquent taxes on August 5, 2008 and November 19, 2008.

5) through 7) According to our records in May 2009, the Wichita County Tax Collector advised a tax refund was not available. However, they applied our payment to the 2008 first installment due on December 10, 2008.

Our records indicate, on June 25, 2009, correspondence was also mailed to you advising of delinquent taxes on your property. As we did not receive of these taxes remitted, on November 20, 2009, we disbursed the 2009 delinquent taxes of $2,926.14. However, your account was not updated as escrowed for taxes.

Additionally, on June 23, 2010 and July 22, 2010, correspondence was also mailed to you advising of delinquent taxes on your property. As we did not receive proof of the remittance of these taxes, on August 16, 2010, we disbursed the delinquent 2009/2010 taxes of $6,152.90 and your account was updated as escrowed for taxes.

Therefore, on August 16, 2010, your escrow account was reanalyzed; this analysis reflected the escrow shortage of $15,962.27 and beginning with the October 1, 2010 payment, your payment was adjusted to $3,495.78.

Identifier [redacted] 7516     Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 54 of 93

June 5, 2012
Account Number [redacted] 7516
Page Three

8) As we did not receive proof of homeowner's insurance, on August 8, 2008, we disbursed the lender placed homeowner's insurance premium of $6,391.00. On October 23, 2008, we receive the lender placed homeowner's insurance refund of $6,391.00 and these funds were deposited to your escrow account.

Therefore, on October 29, 2008, we reviewed your escrow account and effective with the December 1, 2008 payment, your payment was adjusted to $1,919.83. However, as your payments were adjusted to include the negative escrow balance, your payment was not updated to principal and interest.

9) See the enclosed Mortgage/Deed of Trust. To further discuss the lender placed homeowner's insurance disbursement, please contact our Insurance Department at 1-800-850-4622.

10) Enclosed is a 2008 payment history for your review; this history reflects the escrow balance after each transaction.

Workout Plans 2009-2001

1) On December 18, 2009, the repayment plan was approved. As we did not receive the payment of $4,330.95 by February 2, 2010; this plan was cancelled on February 16, 2010.

Our records indicate, on February 26, 2010, a new repayment plan was approved; the enclosed repayment agreement included the following payments due:

- March 10, 2010          $2,352.11
- April 10, 2010          $5,121.89
- May 10, 2010            $5,121.89
- June 10, 2010           $5,121.89
- July 10, 2010           $5,121.89
- August 10, 2010         $5,121.89

Identifier 7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 55 of 93

June 5, 2012
Account Number [REDACTED] 7516
Page Four

   2) According to the enclosed repayment agreements, your payments were to be
      remitted by certified funds or cashier's check. As check number 103 for
      $4,330.95 received was not one of these payment methods, on February 5, 2010,
      this check was returned to you. Please be advised, a nonsufficient funds fee was
      not assessed for this payment.
   3) See response to number two.
   4) Please be advised, correspondence was mailed to you advising of payment
      options, including the repayment plan and loan modification.

Our records indicate, on January 11, 2010, we responded to your Validation of Debt
request; a copy of this response will be sent under separate cover. We apologize we did
not receive your prior Qualified Written Requests.

Your account is due for the April 1, 2012 through June 1, 2012 payments of $7,208.69,
including the late fees of $171.92. Please be advised, the breach letter expires
July 9, 2010; therefore, foreclosure may begin after this date.

If you have any further questions, please contact Customer Care at 1-800-766-4622
between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to
1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosures

TN

Identifier ▮ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 56 of 93

# GMAC Mortgage

February 6, 2012

James P Kennedy
700 E Sonora Rd
Palm Springs CA 92264-8436

RE:    Account Number        ▮ 7516
       Property Address      3825 21st Street
                             San Francisco CA  94114-2802

Dear James P Kennedy:

Please be advised that this letter serves as our response to your Qualified Written Request ("QWR") for information regarding the above-referenced GMAC Mortgage account dated January 19, 2012 and received in our office on January 23, 2012. In your correspondence, you request detailed information and documentation regarding nearly every aspect of the mortgage loan transaction, beginning with its origination.

In response to your inquiry, GMAC Mortgage has enclosed a copy of the account's payment history as required by the Real Estate Settlement Procedures Act ("RESPA").

Because your letter appears to be questioning nearly every aspect of the loan transaction, it is difficult for GMAC Mortgage to identify any specific concern(s) you have regarding the servicing of the account. Nevertheless, in an effort to be responsive to your request, copies of pertinent documentation GMAC Mortgage has in its records are enclosed.

- Note
- Mortgage/Deed of Trust
- HUD-1 Settlement Statement
- Escrow Analysis Statements
- Monthly Account Statements
- Payoff Statement

The following responses are in the same order as the inquiries in the QWR:

**Loan Accounting and Servicing Systems**

Subject to business and trade practices, which are proprietary and confidential.

GMAC Mortgage LLC    www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier: 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 57 of 93

# GMAC Mortgage

February 6, 2012
Account Number    7516
Page Two

### Debits and Credits

See enclosed history and transaction code key.

### Attorney Fees

No attorney fees have been assessed on this account. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

### Suspense/Unapplied Accounts

This information is detailed in the enclosed history.

### Late Fees

All late fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

### Property Inspections

This information is detailed in the enclosed history. The answers to questions concerning how or why these fees are assessed are outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

### BPO Fees

All BPO fees assessed are listed in the enclosed history. The answers to questions concerning how or why these fees are assessed is outlined in the enclosed Note and Mortgage/Deed of Trust. RESPA does not require we respond on items from a previous servicer.

If you have any further general servicing questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care KT
Loan Servicing

*Enclosures*

GMAC Mortgage LLC        www.gmacmortgage.com
3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

Identifier▮▮▮▮7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 58 of 93

January 22, 2010

James P Kennedy
2835 21st Street
San Francisco CA  94114-2802


RE:    Account Number      ▮▮▮▮7516
       Property Address     3825 21st Street
                            San Francisco CA  94114-2802


Dear James P Kennedy:

This letter is in response to your recent letter concerning the tax disbursements on the above-referenced account.

A copy of the payment history confirming all tax disbursements made from your escrow is enclosed for your review.

Additionally, as we did not receive a copy of a paid receipt for the delinquent 2007/2008 property taxes, we disbursed the delinquent property taxes from your escrow account on October 4, 2008 in the amount of $2,939.80.

Per your request, we contacted your tax collector in May 2009 to verify if an overpayment existed. The county advised our funds were applied to the December 2008 property tax installment since they did not receive payment of the December 2008 property taxes from you. If you also paid your December 2008 property taxes, you will need to contact your country to request the refund.

If you have your own homeowner's insurance policy, please have your insurance agent fax a copy of the policy so we may update our records accordingly. The insurance policy can be faxed to our Insurance Department at 1-866-336-9021. If you would like to set up an escrow account to pay your homeowners insurance directly to your insurance carrier, please submit your request in writing to the following address:

             GMAC Mortgage
             Escrow Begin
             PO Box 780
             Waterloo IA 50704-0780

January 22, 2010
Account number      7516
Page Two

The terms of your Mortgage deed indicate if property taxes become delinquent or we do not received proof of homeowners insurance, an escrow account can be established to pay your property taxes and/or homeowners insurance. The term of your Mortgage Deed indicate you agree to pay your property taxes current.

Additionally, if you wish to verify a repayment plan or loan modification is available, please contact our Loss Mitigation Department at 1-800-850-4622.

If you have any further questions, please contact Customer Care at 1-800-766-4622 between the hours of 6:00 am to 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosure

DW

Identifier ████ 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 60 of 93

2008 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE, LLC
PO BOX 780
WATERLOO, IA 50704-0780

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS          CA 92264-8436

LOAN TYPE 1-0   CONVENTIONAL
ACCOUNT NUM  ████ 7516

## 2008 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 1719.23 | 02/08 | 02/01 | 619.35 | 1099.88 | | | | 202,435.81 | | |
| PAYMENT | 1719.23 | 03/08 | 02/29 | 622.70 | 1096.53 | | | | 201,813.11 | | |
| PAYMENT | 1719.23 | 04/08 | 04/01 | 626.08 | 1093.15 | | | | 201,187.03 | | |
| PAYMENT | 1719.23 | 05/08 | 05/01 | 629.47 | 1089.76 | | | | 200,557.56 | | |
| PAYMENT | 1719.23 | 06/08 | 05/30 | 632.88 | 1086.35 | | | | 199,924.68 | | |
| PAYMENT | 1719.23 | 07/08 | 07/01 | 636.30 | 1082.93 | | | | 199,288.38 | | |
| PAYMENT | 1719.23 | 08/08 | 08/01 | 639.75 | 1079.48 | | | | 198,648.63 | | |
| CORP ADV 2 E | 6391.00 | 08/08 | 08/21 | | | | | 6391.00 | 198,648.63 | | |
| REVERSE | 6391.00 | 08/08 | 08/22 | | -6391.00 | | | 198,648.63 | -6,391.00 | | |
| CORP ADV 2 E | 6391.00 | 08/08 | 08/22 | | | | | 6391.00 | 198,648.63 | -6,391.00 | |
| PAYMENT | 1719.23 | 09/08 | 08/29 | 643.22 | 1076.01 | | | | 198,005.41 | -6,391.00 | |
| TAX DISB | 09/08 | 10/04 | | | -2939.80 | | | 198,005.41 | -9,330.80 | | |
| PAYMENT | 1719.23 | 10/08 | 10/10 | 646.70 | 1072.53 | | | | 197,358.71 | -9,330.80 | |
| ESCROW DEPOSIT | 10/08 | 10/23 | | | 6391.00 | | | 197,358.71 | -2,939.80 | | |
| MISC RECEIPT | 1719.23 | 10/08 | 11/10 | | | | | 197,358.71 | -2,939.80 | 1,719.23 | |
| PAYMENT | 532.58 | 11/08 | 12/01 | 650.20 | 1069.03 | 532.58 | | | 196,708.51 | -2,407.22 | |
| MISC RECEIPT | 1186.65 | 11/08 | 12/01 | | | | | | 196,708.51 | -2,407.22 | 1,186.65 |

Identifier██████7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 61 of 93

### SUMMARY TOTALS

| | | | | |
|---|---|---|---|---|
| PRINCIPAL | BALANCE START OF PERIOD | 203,055.16 | P & I PAYMENT | 1,719.23 |
| PRINCIPAL | PAID DURING PERIOD | 6,346.65 | ESCROW PAYMENT | 200.60 |
| PRINCIPAL | BALANCE END OF PERIOD | 196,708.51 | | |
| | | | | |
| ESCROW | BALANCE START OF PERIOD | 0.00 | TOTAL PAYMENT | 1,919.83 |
| ESCROW | PAID DURING PERIOD | 6,923.58 | ACCUM LATE CHRG | 85.96 |
| ESCROW | DISBURSEMENTS | -9,330.80 | | |
| ESCROW | BALANCE END OF PERIOD | -2,407.22 | | |
| | | | | |
| REFUND | OF OVERPAID INTEREST | 0.00 | | |
| INTEREST | REPORTABLE DURING PERIOD | 10845.65 | | |
| PROPERTY | TAXES PAID DURING PERIOD | 2,939.80 | | |
| POINTS PAID | | 0.00 | | |

Entity002Org000000

Identifier [  ]7516      Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 62 of 93

2009 HISTORY STATEMENT OF MORTGAGE ACCOUNT

GMAC MORTGAGE
PO BOX 780
WATERLOO, IA 50704-0780

JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS          CA 92264-8436

LOAN TYPE 1-0  CONVENTIONAL
ACCOUNT NUM  [  ]7516

2009 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR DISAB | LIFE/ | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 733.18 | 12/08 | 01/14 | 653.73 | 1065.50 | 200.60 | | | | 196,054.78 | -2,206.62 | |
| MISC RECEIPT | 986.05 | 12/08 | 01/14 | | | | | | | 196,054.78 | -2,206.62 | 986.05 |
| PAYMENT | 933.78 | 01/09 | 02/13 | 657.27 | 1061.96 | 200.60 | | | | 195,397.51 | -2,006.02 | |
| MISC RECEIPT | 785.45 | 01/09 | 02/13 | | | | | | | 195,397.51 | -2,006.02 | 785.45 |
| PAYMENT | 1134.38 | 02/09 | 03/13 | 660.83 | 1058.40 | 200.60 | | | | 194,736.68 | -1,805.42 | |
| MISC RECEIPT | 584.85 | 02/09 | 03/13 | | | | | | | 194,736.68 | -1,805.42 | 584.85 |
| PAYMENT | 1334.98 | 03/09 | 04/14 | 664.41 | 1054.82 | 200.60 | | | | 194,072.27 | -1,604.82 | |
| MISC RECEIPT | 384.25 | 03/09 | 04/14 | | | | | | | 194,072.27 | -1,604.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/23 | | | | | | 6391.00 | 194,072.27 | -1,604.82 | 384.25 |
| REVERSAL | -6391.00 | 03/09 | 04/24 | | | -6391.00 | | | | 194,072.27 | -7,995.82 | 384.25 |
| CORP ADV 2 E | 6391.00 | 03/09 | 04/24 | | | | | | 6391.00 | 194,072.27 | -7,995.82 | 384.25 |
| PAYMENT | 1535.58 | 04/09 | 05/14 | 668.01 | 1051.22 | 200.60 | | | | 193,404.26 | -7,795.22 | |
| MISC RECEIPT | 183.65 | 04/09 | 05/14 | | | | | | | 193,404.26 | -7,795.22 | 183.65 |
| PAYMENT | 1719.23 | 05/09 | 06/12 | 671.62 | 1047.61 | 183.65 | | | | 192,732.64 | -7,611.57 | |
| MISC RECEIPT | 1719.23 | 05/09 | 08/14 | | | | | | | 192,732.64 | -7,611.57 | 1,719.23 |
| MISC RECEIPT | 1719.23 | 05/09 | 09/14 | | | | | | | 192,732.64 | -7,611.57 | 3,438.46 |
| PAYMENT | | 06/09 | 09/16 | 675.26 | 1043.97 | 632.88 | | | | 192,057.38 | -6,978.69 | 1,086.35 |
| PAYMENT | 1282.71 | 07/09 | 10/14 | 678.92 | 1040.31 | 649.83 | | | | 191,378.46 | -6,328.86 | |
| MISC RECEIPT | 436.52 | 07/09 | 10/14 | | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| CORP ADV 3 D | 83.00 | 07/09 | 10/20 | | | | | | 83.00 | 191,378.46 | -6,328.86 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 11/13 | | | | | | | 191,378.46 | -6,328.86 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 11/19 | | | | | | | 191,378.46 | -6,328.86 | 436.52 |
| NSF FEE | 25.00 | 07/09 | 11/19 | | | | | | 25.00 | 191,378.46 | -6,328.86 | 436.52 |
| TAX DISB | | 07/09 | 11/20 | | | -2926.14 | | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 11/25 | | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| MISC RECEIPT | 1719.23 | 07/09 | 12/14 | | | | | | | 191,378.46 | -9,255.00 | 2,155.75 |
| REVERSAL | -1719.23 | 07/09 | 12/15 | | | | | | | 191,378.46 | -9,255.00 | 436.52 |
| PROP INSPECT | 11.25 | 07/09 | 12/22 | | | | | | 11.25 | 191,378.46 | -9,255.00 | 436.52 |
| PAYMENT | 2352.11 | 08/09 | 12/31 | 682.60 | 1036.63 | 632.88 | | | | 190,695.86 | -8,622.12 | 436.52 |
| PAYMENT | 2352.11 | 09/09 | 12/31 | 686.29 | 1032.94 | 632.88 | | | | 190,009.57 | -7,989.24 | 436.52 |
| REVERSAL | -373.27 | 09/09 | 12/31 | | | | | | | 190,009.57 | -7,989.24 | 63.25 |

Identifier ███ 7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I    Pg 63 of 93

```
                              2009 DETAIL BY TRANSACTION
TRANSACTION   TRANSACTION LAST  POST  PRINCIPAL  INTEREST       ESCROW CR LIFE/ LT CHRG/ PRINCIPAL BAL ESCROW BAL UNAPP FUNDS
DESCRIPTION   AMOUNT      PAID  DATE  PAID       PAID           PAID   DISAB  FEES       AFTER TRAN   AFTER TRAN AFTER TRAN


        SUMMARY TOTALS                                  221057516

PRINCIPAL BALANCE START OF PERIOD      196,708.51   P & I PAYMENT        1,719.23
PRINCIPAL PAID DURING PERIOD             6,698.94   ESCROW PAYMENT         632.88
PRINCIPAL BALANCE END OF PERIOD        190,009.57

ESCROW    BALANCE START OF PERIOD       -2,407.22   TOTAL PAYMENT        2,352.11
ESCROW    PAID DURING PERIOD             3,735.12   ACCUM LATE CHRG        429.80
ESCROW    DISBURSEMENTS                 -9,317.14
ESCROW    BALANCE END OF PERIOD         -7,989.24

REFUND    OF OVERPAID INTEREST              0.00
INTEREST  REPORTABLE  DURING PERIOD     10493.36
PROPERTY  TAXES PAID DURING PERIOD       2,926.14
POINTS PAID                                 0.00

Entity082Org00000
```

Identifier 7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 64 of 93

# <u>GMAC</u> Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

12/18/09

## FORECLOSURE REPAYMENT AGREEMENT

JAMES P. KENNEDY

700 E SONORA RD
PALM SPRINGS    CA 92264-8436

RE:    Account Number    7516
       Property Address    3825 21ST STREET
                           SAN FRANCISCO    CA 94114-2802

JAMES P. KENNEDY ("Customer") and GMAC Mortgage, LLC ("Lender"), in
consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the
"Agreement"), hereby agree as follows:

1. There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust
   or equivalent security instrument (the "Mortgage") executed on 09/28/93, in the original
   principal amount of $272000.00.

2. The account is presently in default for non-payment to Lender of the 08/01/09 installment
   and all subsequent monthly payments due on the Mortgage for principal, interest,
   escrows and charges.

3. The amount necessary to cure the default is $25985.74 plus such additional amounts that are
   presently due under the terms of the loan documents as of 12/18/09, and will increase until
   the default in the account is brought current.

4. Lender has instituted foreclosure proceedings against the property securing the Mortgage
   indebtedness, which proceedings will continue until the default(s) described herein is/are
   brought current under the terms of the Mortgage, or otherwise cured as provided for in this
   Agreement.

5. Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure
   activity on the default account, provided we receive the executed Agreement and we
   receive the initial installment in the amount of $4330.95 no later than MONTHLY.
   This executed Agreement can be mailed or faxed to us at:

Identifier[REDACTED]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 65 of 93

12/18/09
Account Number [REDACTED]7516
Page Two

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702
Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702

Additional methods of remitting payments under this agreement are:

- Money Gram using a Receive Code of 01/02/10
- Western Union using a Code City and State of

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.

Identifier　　7516　　　Doc Type:CORR

12-12020-mg　　Doc 10337-10　　Filed 03/20/17　　Entered 03/20/17 17:02:44　　Decl.
Exhibit I　　Pg 66 of 93

12/18/09
Account Number　　7516
Page Three

9.　Customer understands and agrees that all other provisions, covenants and agreements set
forth in the Mortgage shall remain in force and effect during the duration of this Agreement
and thereafter, and this Agreement shall not constitute a modification or extension of the
Mortgage.

10.　If a notice of a new or subsequent bankruptcy is received during the duration of this
Agreement, the Agreement will automatically be voided.

11.　Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of
the existing default, and in no manner shall such acceptance prejudice any rights of Lender
to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not
constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the
One Form of Action Rule), and shall not invalidate the Notice of Default. Customer
expressly relinquishes and waives any rights, claims and defenses Customer may have under
any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or
partial payments, whether current, past or future.

12.　If any additional amounts are added to the loan to be collected that have not been addressed
in this agreement, those amounts will need to be paid at the conclusion of this agreement.

**Notice: This is an attempt to collect a debt, and any information obtained will be used for
that purpose. If your debt has been discharged in bankruptcy, our rights are being
exercised against the collateral for the above-referenced account, not as a personal
liability.**

If you have any additional questions, please contact us at 800-850-4622, extension .

Loss Mitigation Department
Loan Servicing

Enclosure

Identifier [REDACTED]516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 67 of 93

12/18/09
Account Number [REDACTED] 7516
Page Four


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE:  There is no grace period during this Agreement.  Pursuant to your request and in order
to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____ (Seal)    _____
JAMES P. KENNEDY                           Date
Customer


_____            _____
                                           Date
Customer


Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our
concurrence with this agreement.


_____
Servicer


5:15


## SIGN AND RETURN THIS PAGE ONLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Identifier▮▮▮▮7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 68 of 93

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

02/26/10

### FORECLOSURE REPAYMENT AGREEMENT

JAMES P. KENNEDY

700 E SONORA RD
PALM SPRINGS      CA 92264-8436

RE:    Account Number        ▮▮▮▮7516
       Property Address      3825 21ST STREET
                             SAN FRANCISCO    CA 94114-2802

JAMES P. KENNEDY ("Customer") and GMAC Mortgage, LLC ("Lender"), in consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the "Agreement"), hereby agree as follows:

1.  There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust or equivalent security instrument (the "Mortgage") executed on 09/28/93, in the original principal amount of $272000.00.

2.  The account is presently in default for non-payment to Lender of the 10/01/09 installment and all subsequent monthly payments due on the Mortgage for principal, interest, escrows and charges.

3.  The amount necessary to cure the default is $ plus such additional amounts that are presently due under the terms of the loan documents as of 02/26/10, and will increase until the default in the account is brought current.

4.  Lender has instituted foreclosure proceedings against the property securing the Mortgage indebtedness, which proceedings will continue until the default(s) described herein is/are brought current under the terms of the Mortgage, or otherwise cured as provided for in this Agreement.

5.  Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure activity on the default account, provided we receive the executed Agreement and we receive the initial installment in the amount of $ no later than . This executed Agreement can be mailed or faxed to us at:

Identifier▮▮▮7516   Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 69 of 93

02/26/10
Account Number ▮▮▮7516
Page Two

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702
Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702

Additional methods of remitting payments under this agreement are:

- Money Gram using a Receive Code of
- Western Union using a Code City and State of

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.

Identifier 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 70 of 93

02/26/10
Account Number 7516
Page Three

9.  Customer understands and agrees that all other provisions, covenants and agreements set
    forth in the Mortgage shall remain in force and effect during the duration of this Agreement
    and thereafter, and this Agreement shall not constitute a modification or extension of the
    Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this
    Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of
    the existing default, and in no manner shall such acceptance prejudice any rights of Lender
    to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not
    constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the
    One Form of Action Rule), and shall not invalidate the Notice of Default. Customer
    expressly relinquishes and waives any rights, claims and defenses Customer may have under
    any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or
    partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed
    in this agreement, those amounts will need to be paid at the conclusion of this agreement.


**Notice: This is an attempt to collect a debt, and any information obtained will be used for
that purpose. If your debt has been discharged in bankruptcy, our rights are being
exercised against the collateral for the above-referenced account, not as a personal
liability.**

If you have any additional questions, please contact us at 800-850-4622, extension .


Loss Mitigation Department
Loan Servicing

Enclosure

Identifier 7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 71 of 93

02/26/10
Account Number ███ 7516
Page Four

**************************CERTIFIED FUNDS ONLY*************************

NOTE: There is no grace period during this Agreement. Pursuant to your request and in order
to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____(Seal)          _____
JAMES P. KENNEDY                                      Date
Customer


_____                    _____
                                                                        Date
Customer


Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our
concurrence with this agreement.


_____
Servicer


5:15



## SIGN AND RETURN THIS PAGE ONLY

**************************** FAX TO 866-340-5043 ****************************

Identifier [████] 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 72 of 93

REPRESENTATION OF PRINTED DOCUMENT

## GMAC Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note: In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.**

### INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT NUMBER: [████] 7516

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: AUGUST 16, 2010

46240-0002350-001
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA 92264-8436

**PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.**

Section I:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2010 | 2,678.27 | 0.00 |
| COUNTY | APRIL 2011 | 2,678.27 | 0.00 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,356.54 | 0.00 |
| | TOTAL ESCROW PAYMENT: | 446.37 | 0.00 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $15,962.27, your new total payment will automatically be adjusted to $2,165.60 effective with your OCTOBER 01, 2010 payment. If you do not pay the shortage, your total payment effective OCTOBER 01, 2010 will be $3,495.78.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 446.37 | 0.00 |
| Surplus/Shortage | 1,330.18 | 632.88 |
| Escrow Shortage Spread 12 Months | | |
| Total | 1,776.55 | 632.88 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 3,495.78 | 2,352.11 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our Insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

## GMAC Mortgage

NOTE   you must use this address when remitting your escrow shortage payment

**THIS IS NOT A CHECK**

| Account Number | Shortage Amount |
|---|---|
| [████] 7516 | 15,962.27 |

JAMES P. KENNEDY

| Total Amount Enclosed $ |
|---|

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ 85062 9162

If you pay the escrow shortage amount of $15,962.27, your new payment will be automatically adjusted to $2,165.60 effective with your OCTOBER 01, 2010 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C19388

INTERNET REPRINT

Identifier [REDACTED]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 73 of 93

Section 2:                    REPRESENTATION OF PRINTED DOCUMENT


ANALYSIS TYPE: 1/6 AGGREGATE                          ACCOUNT NUMBER: [REDACTED]7516
PROJECTED ESCROW BALANCE AS OF: SEPTEMBER 30, 2010        -12,837.58 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and
disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|------|----------|------------------------|----------------------|----------------------|
| PROJECTED BALANCE | | | 13,837.58- | 3,124.69 |
| 10/01/10 | 446.37 | .00 | 12,391.21- | 3,571.06 |
| 11/01/10 | 446.37 | .00 | 11,944.84- | 4,017.43 |
| 12/01/10 | 446.37 | 2,678.27- | 14,176.74- | 1,765.93 |
| 01/01/11 | 446.37 | .00 | 13,730.37- | 2,231.90 |
| 02/01/11 | 446.37 | .00 | 13,284.00- | 2,678.27 |
| 03/01/11 | 446.37 | .00 | 12,837.63- | 3,124.64 |
| 04/01/11 | 446.37 | 2,678.27- | 15,069.53- | 892.74 L |
| 05/01/11 | 446.37 | .00 | 14,623.16- | 1,339.11 |
| 06/01/11 | 446.37 | .00 | 14,176.79- | 1,785.48 |
| 07/01/11 | 446.37 | .00 | 13,730.42- | 2,231.85 |
| 08/01/11 | 446.37 | .00 | 13,284.05- | 2,678.22 |
| 09/01/11 | 446.37 | .00 | 12,837.68- | 3,124.59 |

Current Escrow Balance: 11,114.84-

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---------------------|---------|--------------------------|---------|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 07/10 | 632.88 | | |
| 08/10 | 632.88 | | |
| 09/10 | 632.88 | | |

*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
              -15,069.53

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
              892.74


Section 3: ➡ | SHORTAGE    15,962.27 |


ESCROW ACCOUNT ACTIVITY (JUNE 01, 2008 - SEPTEMBER 30, 2010)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|------|-----|------------------|-------------------|-----|---------------|----------------|
| 03/01/09 | | .00 | .00 | PAYMENT | 200.60 | 1,805.42- |
| 04/01/09 | | .00 | .00 | PAYMENT | 6,190.40- | 7,995.82- |
| 05/01/09 | | .00 | .00 | PAYMENT | 200.60 | 7,795.22- |
| BEGINNING BALANCE | | | .00 | | | 7,795.22- |
| 06/01/09 | | .00 | .00 | PAYMENT | 183.65 | 7,611.57- |
| 07/01/09 | | .00 | .00 | | .00 | 7,611.57- |
| 08/01/09 | | .00 | .00 | | .00 | 7,611.57- |
| 09/01/09 | | .00 | .00 | PAYMENT | 632.88 | 6,978.69- |
| 10/01/09 | | .00 | .00 | PAYMENT | 649.83 | 6,328.86- |
| 11/01/09 | | .00 | .00 | TAX | 2,926.14- | 9,255.00- |
| 12/01/09 | | .00 | .00 | PAYMENT | 1,265.76 | 7,989.24- |
| 01/01/10 | | .00 | .00 | PAYMENT | 6,290.00- | 14,279.24- |
| 02/01/10 | | .00 | .00 | | .00 | 14,279.24- |
| 03/01/10 | | .00 | .00 | PAYMENT | 632.88 | 13,646.36- |
| 04/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 12,380.60- |
| 05/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 11,114.84- |

Identifier[  ]7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 74 of 93

REPRESENTATION OF PRINTED DOCUMENT

## GMAC Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

### ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: [    ]7516

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: MARCH 07, 2011

46766-0026100-011
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA  92264-8438

### PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2011 | 2,683.86 | 2,678.27 |
| COUNTY | APRIL 2012 | 2,683.86 | 2,678.27 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,367.72 | 5,356.54 |
| | TOTAL ESCROW PAYMENT: | 447.31 | 446.37 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $6,112.07, your new total payment will automatically be adjusted to $2,166.54 effective with your MAY 01, 2011 payment. If you do not pay the shortage, your total payment effective MAY 01, 2011 will be $2,675.87.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 447.31 | 446.37 |
| Surplus/Shortage | 509.33 | 1,330.18 |
| Escrow Shortage Spread 12 Months | | |
| Total | 956.64 | 1,776.55 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 2,675.87 | 3,495.78 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

## GMAC Mortgage

### THIS IS NOT A CHECK

NOTE   you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| [    ]7516 | 6,112.07 |

JAMES P. KENNEDY

| Total Amount Enclosed $ |
|---|

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ 85062 9162

If you pay the escrow shortage amount of $6,112.07, your new payment will be automatically adjusted to $2,166.54 effective with your MAY 01, 2011 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C16386

INTERNET REPRINT

Identifier████7516      Doc Type:CORR

Section 2:                    REPRESENTATION OF PRINTED DOCUMENT

ANALYSIS TYPE: 1/6 AGGREGATE                    ACCOUNT NUMBER: ████7516
PROJECTED ESCROW BALANCE AS OF: APRIL 30, 2011      -5,217.45 *

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and
disbursements anticipated to be made prior to the effective date of analysis.

| | | | | | Current Escrow Balance: 7,863.24- | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
| **DATE** | **RECEIPTS** | **PROJECTED DISBURSEMENTS** | **CUR. BAL. PROJECTIONS** | **REQ. BAL. PROJECTIONS** | Due Dt | Due Amt | Disb Date | Disb Amt |
| PROJECTED BALANCE | | | 5,217.45- | 894.62 | 02/11 | 1,776.55 | 04/10/11 | 2,683.86 |
| 05/01/11 | 447.31 | .00 | 4,770.14- | 1,341.93 | 03/11 | 1,776.55 | | |
| 06/01/11 | 447.31 | .00 | 4,322.83- | 1,789.24 | 04/11 | 1,776.55 | | |
| 07/01/11 | 447.31 | .00 | 3,875.52- | 2,236.55 | | | | |
| 08/01/11 | 447.31 | .00 | 3,428.21- | 2,683.86 | | | | |
| 09/01/11 | 447.31 | .00 | 2,980.90- | 3,131.17 | | | | |
| 10/01/11 | 447.31 | .00 | 2,533.59- | 3,578.48 | | | | |
| 11/01/11 | 447.31 | .00 | 2,086.28- | 4,025.79 | *Indicates Sum of Remaining Escrow Payments | | | |
| 12/01/11 | 447.31 | 2,683.86- | 4,322.83- | 1,789.24 | &/or Escrow Disbursements to Effective Date. | | | |
| 01/01/12 | 447.31 | .00 | 3,875.52- | 2,236.55 | L ANTICIPATED LOW POINT FOR ANALYSIS PERIOD: | | | |
| 02/01/12 | 447.31 | .00 | 3,428.21- | 2,683.86 | -5,217.45 | | | |
| 03/01/12 | 447.31 | .00 | 2,980.90- | 3,131.17 | | | | |
| 04/01/12 | 447.31 | 2,683.86- | 5,217.45- | 894.62 L | MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP) | | | |
| | | | | | 894.62 | | | |

Section 3:  ⬤  | SHORTAGE | 6,112.07 |
|---|---|

ESCROW ACCOUNT ACTIVITY (OCTOBER 01, 2010 - APRIL 30, 2011)

| **DATE** | **TXN** | **PREV PROJ AMOUNT** | **PREV PROJ BALANCE** | **TXN** | **ACTUAL AMOUNT** | **ACTUAL BALANCE** |
|---|---|---|---|---|---|---|
| 07/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 8,583.32- |
| 08/01/10 | | .00 | .00 | PAYMENT | 1,265.76 | 13,470.46- |
| 08/01/10 | | .00 | .00 | TAX | 6,152.90- | 13,470.46- |
| 09/01/10 | | .00 | .00 | | .00 | 13,470.46- |
| BEGINNING BALANCE | | | 3,124.69 | | | 13,470.46- |
| 10/01/10 | PAYMENT | 446.37 | 3,571.06 | PAYMENT | 632.88 | 12,837.58- |
| 11/01/10 | PAYMENT | 446.37 | 4,017.43 | TAX | 2,683.86- | 15,521.44- |
| 12/01/10 | PAYMENT | 446.37 | 1,785.53 | PAYMENT | 3,553.10 | 11,968.34- |
| 12/01/10 | TAX | 2,678.27- | 1,785.53 | | | 11,968.34- |
| 01/01/11 | PAYMENT | 446.37 | 2,231.90 | PAYMENT | 2,328.55 | 9,639.79- |
| 02/01/11 | PAYMENT | 446.37 | 2,678.27 | PAYMENT | 1,776.55 | 7,863.24- |
| 03/01/11 | PAYMENT | 446.37 | 3,124.64 | | .00 | 7,863.24- |
| 04/01/11 | PAYMENT | 446.37 | 892.74 | | .00 | 7,863.24- |
| 04/01/11 | TAX | 2,678.27- | 892.74 | | .00 | 7,863.24- |

INTERNET REPRINT

Identifier ████ 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 76 of 93

REPRESENTATION OF PRINTED DOCUMENT    ████ 7516

**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

**ESCROW ANALYSIS STATEMENT**

| | |
|---|---|
| ACCOUNT NUMBER: | ████ 7516 |

PROPERTY ADDRESS:
3825 21ST STREET
SAN FRANCISCO CA 94114-2802

ANALYSIS DATE: MARCH 07, 2012

47740-0069120-028
JAMES P. KENNEDY
700 E SONORA RD
PALM SPRINGS CA 92264-8436

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section I:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| COUNTY | DECEMBER 2012 | 2,722.43 | 2,683.86 |
| COUNTY | APRIL 2013 | 2,722.43 | 2,683.86 |
| | TOTAL ANNUAL DISBURSEMENTS: | 5,444.86 | 5,367.72 |
| | TOTAL ESCROW PAYMENT: | 453.73 | 447.31 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $89.93, your new total payment will automatically be adjusted to $2,172.96 effective with your MAY 01, 2012 payment. If you do not pay the shortage, your total payment effective MAY 01, 2012 will be $2,180.45.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 453.73 | 447.31 |
| Surplus/Shortage | 7.49 | 509.33 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 461.22 | 956.64 |
| Principal/Interest | 1,719.23 | 1,719.23 |
| Total Payment | 2,180.45 | 2,675.87 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"**
should be directed to your Tax Authority and/or Insurance Company.
**To reach our insurance department call: 1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**

**GMAC Mortgage**

**THIS IS NOT A CHECK**

NOTE   you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| ████ 7516 | 89.93 |

JAMES P. KENNEDY

| Total Amount Enclosed  $ |
|---|

If you pay the escrow shortage amount of $89.93, your new payment will be automatically adjusted to $2,172.96 effective with your MAY 01, 2012 payment.

GMAC MORTGAGE
PO BOX 78162
PHOENIX AZ 85062 9162

By sending your check, please be aware that you are authorizing us to use information on your check to make a one time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

C18368    INTERNET REPRINT

Identifier␣␣␣7516   Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 77 of 93

Section 2:                REPRESENTATION OF PRINTED DOCUMENT        ▮7516

ANALYSIS TYPE: 1/6 AGGREGATE                        ACCOUNT NUMBER: ▮7516
PROJECTED ESCROW BALANCE AS OF: APRIL 30, 2012      817.63 *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| | | | | | Current Escrow Balance: 1,005.85- |
|---|---|---|---|---|---|

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 817.63 | 907.56 |
| 05/01/12 | 453.73 | .00 | 1,271.36 | 1,361.29 |
| 06/01/12 | 453.73 | .00 | 1,725.09 | 1,815.02 |
| 07/01/12 | 453.73 | .00 | 2,178.82 | 2,268.75 |
| 08/01/12 | 453.73 | .00 | 2,632.55 | 2,722.48 |
| 09/01/12 | 453.73 | .00 | 3,086.28 | 3,176.21 |
| 10/01/12 | 453.73 | .00 | 3,540.01 | 3,629.94 |
| 11/01/12 | 453.73 | .00 | 3,993.74 | 4,083.67 |
| 12/01/12 | 453.73 | 2,722.43- | 1,725.04 | 1,814.97 |
| 01/01/13 | 453.73 | .00 | 2,178.77 | 2,268.70 |
| 02/01/13 | 453.73 | .00 | 2,632.50 | 2,722.43 |
| 03/01/13 | 453.73 | .00 | 3,086.23 | 3,176.16 |
| 04/01/13 | 453.73 | 2,722.43- | 817.53 | 907.46 L |

Current Escrow Balance: 1,005.85-

Esc Rcpts to Eff Dt           Esc Disb Prior to Eff Dt

| Due Dt | Due Amt | Disb Date | Disb Amt |
|---|---|---|---|
| 03/12 | 956.64 | | |
| 04/12 | 956.64 | | |

*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
817.53

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
907.46

Section 3: ➡ | SHORTAGE | 89.93 |

ESCROW ACCOUNT ACTIVITY (MAY 01, 2011 - APRIL 30, 2012)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 02/01/11 | PAYMENT | 446.37 | 2,678.27 | PAYMENT | 1,776.55 | 7,863.24- |
| 03/01/11 | PAYMENT | 446.37 | 3,124.64 | PAYMENT | 3,553.10 | 6,994.00- |
| 03/01/11 | | .00 | 3,124.64 | TAX | 2,683.86- | 6,994.00- |
| 04/01/11 | PAYMENT | 446.37 | 892.74 | PAYMENT | 1,776.55 | 5,217.45- |
| 04/01/11 | TAX | 2,678.27- | 892.74 | | .00 | 5,217.45- |
| BEGINNING BALANCE | | | 894.82 | | | 5,217.45- |
| 05/01/11 | PAYMENT | 447.31 | 1,341.93 | PAYMENT | 956.64 | 4,260.81- |
| 06/01/11 | PAYMENT | 447.31 | 1,789.24 | PAYMENT | 956.64 | 3,304.17- |
| 07/01/11 | PAYMENT | 447.31 | 2,236.55 | PAYMENT | 956.64 | 2,347.53- |
| 08/01/11 | PAYMENT | 447.31 | 2,683.86 | PAYMENT | 956.64 | 1,390.89- |
| 09/01/11 | PAYMENT | 447.31 | 3,131.17 | PAYMENT | 956.64 | 434.25- |
| 10/01/11 | PAYMENT | 447.31 | 3,578.48 | | .00 | 434.25- |
| 11/01/11 | PAYMENT | 447.31 | 4,025.79 | PAYMENT | 1,913.28 | 1,243.40- |
| 11/01/11 | | .00 | 4,025.79 | TAX | 2,722.43- | 1,243.40- |
| 12/01/11 | PAYMENT | 447.31 | 1,789.24 | PAYMENT | 956.90 | 286.50- |
| 12/01/11 | TAX | 2,683.86- | 1,789.24 | | .00 | 286.50- |
| 01/01/12 | PAYMENT | 447.31 | 2,236.55 | PAYMENT | 956.64 | 870.14 |
| 02/01/12 | PAYMENT | 447.31 | 2,683.86 | PAYMENT | 956.64 | 1,826.78 |
| 03/01/12 | PAYMENT | 447.31 | 3,131.17 | TAX | 2,722.43- | 1,095.65- |
| 04/01/12 | PAYMENT | 447.31 | 894.82 | | .00 | 1,095.65- |
| 04/01/12 | TAX | 2,683.86- | 894.82 | | .00 | 1,095.65- |

INTERNET REPRINT

Re:        James Kennedy
Loan Number:    ██ 7516

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA  92264
760-969-3769

May 14, 2012

Via Certified Mail
Return Receipt Requested

GMAC Mortgage
Attn: Customer Care
PO Box 1330
Waterloo, IA  50704-1330

Re:        James Kennedy
Loan Number:    ██ 7516
Property Address:   3825 21st Street, San Francisco, CA 94114

Dear Sir or Madam:

I am writing to you to request specific itemized information about the accounting and
servicing of my mortgage and of my need for understanding and clarification of various
charges, credits, debits, transactions, actions, payments, analyses and records related to
the servicing of my loan from its inception to the present date. This letter is a qualified
written request ("QWR") pursuant to the Real Estate Settlement and Procedures Act
("RESPA"), 12 U.S.C. §2605(e).

I am disputing the validity of the current debt you claim that I owe including all late fees,
charges, inspection fees, property appraisal charges, force placed insurance charges,
property tax charges, legal fees and corporate advances charged to this account.  I believe
my account is in error for the following reasons:

A) Payment amounts not applied as instructed; loan has not been properly credited,
   debited, adjusted, amortized and charged correctly;

B) Property tax charges, late fees, escrow charges, legal fees and other possible costs
   charged to my account for a property tax payment made by GMAC on behalf of
   borrower (paid by GMAC on October 4, 2008) when taxes had already been paid and
   proof of payment had been provided to GMAC as required.

   GMAC has stated more than once as it is said to be noted in my GMAC account
   records, that the basis for sending the tax payment due April 10, 2008 was based on
   an electronic communication GMAC received from the San Francisco Tax Authority
   on or about September 29, 2008 stating that the tax payment was still delinquent. The
   San Francisco Tax Authority does not initiate electronic communications to mortgage
   companies when a tax payment is delinquent.



Identifier███████7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 79 of 93

Re:        James Kennedy
Loan Number:    ████57516

1) Please provide me with a copy of the electronic communication received from the San Francisco Tax Authority stating that my April 10, 2008 tax bill had not been paid.

2) The tax payment amount made by GMAC includes charges for late fees. My tax payment is recorded as being paid on time and no late fees were ever charged. San Francisco County records confirm this. What was the basis GMAC used to determine the payment amount made on October 4, 2008? If based on a tax bill received or other written notification, please provide a copy.

3) GMAC sent a letter dated October 4, 2008 informing me that GMAC made a payment to the San Francisco County Tax Collector for the April 10, 2008 tax payment in the amount of $2,939.80:

   a. GMAC sent notification that this loan would not be converted to escrow, yet it was, and escrow charges were deducted from my regular monthly mortgage payment starting with the December 2008 payment. Please explain why GMAC established escrow for this tax payment when GMAC said it was not going to do so and why this action was considered correct.

   b. Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorizing GMAC to pay property taxes and establish escrow payments as it did for the April 2008 tax payment, esp. given that California law allows such payment and the opening of an escrow account only "upon a failure of the purchaser or borrower to pay two consecutive tax installments on the property prior to the delinquency," and no such circumstances existed.

4) Proof of payment was provided to GMAC as required, and was done so more than once including but not limited to proof sent by US Mail on August 5, 2008 and a fax to the Tax Department sent November 19th. I was even assured on September 29th that GMAC would correct the issue when I called the Tax Department to advise that I had mailed proof of payment on August 5th however GMAC did not correct my account as promised.

5) GMAC had obtained proof of my payment independent of the proof of payment information that I had already sent, yet GMAC still did not correct my account. Adam in the Tax Department at GMAC stated that notes on my GMAC account confirmed that County tax records showed my account to have a surplus balance equal to the payment amount made by GMAC, and that no late fees were charged by the County for the tax payment period in question., This shows that an on time tax payment for a lesser amount (i.e. the amount I paid) would had to have been made and that GMAC's payment was unnecessary. Adam stated that despite this information, the fact remained that GMAC had not and would not take any action until GMAC received proof of payment provided from *me*. Clearly this was not an informational issue that prevented GMAC from taking the necessary action to correct my account, it was a service issue.

6) On or about November 26, 2008 I spoke with Dinah (sp?) in the Tax Department and informed her that GMAC needed to request a refund from the tax authority otherwise the funds would remain in a surplus account and would be used to pay future taxes. I provided the contact names, phone numbers and address to which

Identifier⬛7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 80 of 93

Re:          James Kennedy
Loan Number:    ⬛7516

the refund request should be sent. GMAC never made the refund request nor did GMAC correct my escrow account and continued to make wrongful deductions from my regular mortgage payments starting with the December 1st payment. The surplus funds were then applied to the December 10th payment, with still more surplus funds carried to the April 2009 payment.

7) I spoke with a supervisor at GMAC named Maryann who said a refund request would never be made as it would be expected that the surplus payment would cause the county to generate a refund to GMAC instead.

8) Force placed insurance charges. GMAC wrongfully deducted funds from my November 1, 2008 mortgage payment for escrow charges for force placed insurance when insurance was already in effect and proof of coverage had been provided to GMAC. Even though a full refund was made and the escrow charge was recorded as 'paid', GMAC did not "automatically adjust" my November payment to $1,719.23 as stated both in writing and verbally by Kim, a representative in GMAC's Insurance Department. My November 2008 mortgage payment needs to be properly allocated to mortgage and interest only. Please address.

9) Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed that states the amount of coverage required for hazard insurance.

10) The failure of GMAC to properly service my account is further evidenced by the significant misrepresentations in the analyses discussed below. The analyses are a clear example of how GMAC did not post transactions for my account properly, did not apply funds correctly, or simply failed to report transactions, all of which have affected my account on an ongoing basis:

    1) The August 27, 2008 escrow analysis shows an escrow shortage of $6,391 as the 'actual balance' on 08/01/08. This is the result of the charge for force placed insurance transacted that month. The next escrow analysis was performed on October 14, 2008. The analysis shows the same insurance charge on 08/01/08 of $6,391.00-, however after this charge is applied, the 'actual balance' is reported as a shortage of $3,451.20-. Prior to applying the insurance charge of $6,391.00, the 'actual balance' would be a surplus balance of $2,939.80, an amount equal to that of the anticipated refund for the tax payment GMAC made and charged my account. The $2,939.80 surplus, however, is somehow dropped from the escrow balances from 10/01/08 to 11/01/08. Please explain what happened to the $2,939.80 surplus.

    2) Re: Oct. 14 analysis: Applying the property tax payment of $2,939.80- to the reported 'actual balance' of $3,451.20-, produces an 'actual balance' of $6,391.00-, however the 'actual balance' on 11/01/08 has jumped to $9,330.80-; Please explain how GMAC arrived at the 'actual balance' reported of $9,330.80- by providing the list of transactions applied to the actual balance of  $3,451.20-.and onward, in order to end at $9330.80-.

Identifier███7516     Doc Type:CORR

12-12020-mg     Doc 10337-10     Filed 03/20/17     Entered 03/20/17 17:02:44     Decl.
Exhibit I     Pg 81 of 93

Re:          James Kennedy
Loan Number:     ███7516

C) The next escrow analysis is performed on October 29, 2008:

   1) The 'actual balance' on 08/01/08 is now reported as being $12,782.00-,
      and not the $3,451.20- as stated on the previous analysis, Please explain
      how GMAC arrived at the reported $12,782.00- amount.

   2) When the refund of $6,391.00 for the force placed insurance charges and a
      charge for property tax of $2,939.80- is applied to this 'actual balance' of
      $12,782.00- as reported on 10/01/08, the 'actual balance' is then said to be
      $9,330.80. Then, for 11/01/08 the 'actual balance', with no transactions
      listed, is reported to be $2,939.80-. Please confirm that these figures are
      correct and explain how they were arrived.


D) Workout plans 2009-2011:

   1) Payment amounts were not sufficient to bring the account current by end of
      the payment period as told. Fees and charges continued to accrue as a result,
      compounding the amounts I then had to pay. This cycle stretched what was
      supposed to be a 6 month plan to bring the account current into a 15 month
      cycle of additional charges and fees. Please address.

   2) GMAC returned a personal check that I sent for my February 2010 payment
      stating the reason was because payment needed to be made by certified check
      or money order. My account was then charged an NSF fee for that payment
      even though the check was not returned for that reason. No agreement was
      ever provided or signed by me stating that I could not make payment by
      personal check. The NSF fee charge needs to be refunded; my account
      adjusted accordingly, payments that were effected need to be properly applied.

   3) Please provide me with a copy of all signed payment agreements/workout
      plans as well as those that I did not sign but were applied to my account.
      Additionally, identify for me in writing the provision, paragraph, section or
      sentence of the workout plan signed by me authorizing GMAC to require
      payment be made by cashier's check or money order.

   4) I was told by ETS in December that there were no other options available to
      me to prevent foreclosure except to make 6 payment amounts starting with the
      January 2, 2010 payment made. In April 2010 I responded to a letter I
      received from GMAC informing me that there were, in fact, other options
      available to me regarding a workout plan .

E) To date, aside from sending confirmation letters of receipt, GMAC has failed to
   respond to three Qualified Written Requests. Each is attached.

F) In late November, 2009 GMAC/ETS sent a notice of default and election to sell
   notice. I sent a timely response disputing the debt, however I received no response.
   Please address.

Identifier ▮▮▮ 7516     Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 82 of 93

Re:            James Kennedy
Loan Number:   ▮▮▮ 7516

To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of my mortgage loan from its inception until the present date. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agencies until you respond to my "requests."

I also request that you conduct your own investigation and audit of my account since its inception to "validate" the debt you claim I owe you is accurate to the penny.

In order to conduct this examination and audit, I need to have full and immediate disclosure including copies of all pertinent information regarding my loan.  The documents requested and answers to questions are needed to insure:

- That my loan has properly been credited, debited, adjusted, amortized and charged correctly;

- That interest and principal have been properly calculated and applied to my loan;

- That my principal balance has been properly calculated and accounted for;

- That no charges, fees or expenses, not obligated by me in any agreement, have been charged or assessed to or collected on my account;

In order to validate my debt and audit my account, I need copies of pertinent documents to be provided and answers in writing to various servicing questions to be sent to me. For each record kept on computer or in any other electronic file or format, please provide a paper copy of "all" information in each field or record in each computer system, program or database used by you that contains any information on my account.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please provide me copies of:

1. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel's CPI system, any system by Alltell or any other similar mortgage servicing software used by you, any servicers, or sub-servicer of my mortgage account from the inception of my loan to the date written above.

2. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review my mortgage account may properly conduct their work.

3. All purchase and sale of mortgage agreements, sale or transfer of servicing rights or other similar agreement related to any assignment, purchase or sale of my mortgage loan or servicing rights by you, any broker, affiliate company, parent company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage broker, mortgage banker or any holder of any right related to my mortgage, promissory note and deed of trust from the inception of my loan to the present date.

Identifier ▮516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 83 of 93

Re:          James Kennedy
Loan Number: ▮7516

4.  All prospectus' related to the sale or transfer of my note, deed of trust, mortgage and
    servicing rights or other similar agreement related to any assignment, purchase or sale
    of my mortgage loan or servicing rights by you, any broker, affiliate company, parent
    company, servicers, bank, government sponsored enterprise, sub-servicers, mortgage
    broker, mortgage banker or any holder of any right related to my mortgage,
    promissory note and deed of trust from the inception of my loan to the present date.

5.  All assignments, transfers, alonges, or other document evidencing a transfer, sale or
    assignment of my mortgage, deed of trust, promissory note or other document that
    secures payment by me to my obligation in this account from the inception of my
    loan to the present date.

6.  All deeds in lieu, modifications to my mortgage, promissory note or deed of trust
    from the inception of my loan to the present date.

7.  All escrow analyses conducted on my account from the inception of my loan until the
    date of this letter;

8.  All letters, statements and documents sent to me by your company;

9.  All letters, statements and documents sent to me by agents, attorneys or
    representatives of your company;

10. All letters, statements and documents sent to me by previous servicers, sub-servicers
    or others in your loan file or in your control or possession or in the control or
    possession of any affiliate, parent company, agent, sub-servicer, servicer, attorney or
    other representative of your company.

11. All letters, statements and documents contained in my loan file or imaged by you, any
    servicer or sub-servicers of my mortgage from the inception of my loan to present
    date.

12. All electronic transfers, assignments, sales of my note, mortgage, deed of trust or
    other security instrument.

13. All copies of property inspection reports, appraisals, BPOs and reports done on my
    property.

14. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney
    fees, insurance, taxes, assessments or any expense which has been charged to my
    mortgage account from the inception of my loan to the present date.

15. All checks used to pay invoices for each charge such as inspection fees, BPOs,
    appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has
    been charged to my mortgage account from the inception of my loan to the present
    date.

Identifier    7516          Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 84 of 93

Re:            James Kennedy
Loan Number:    ████7516

16. All agreements, contracts and understandings with vendors that have been paid for any charge on my account from the inception of my loan to the present date.

17. All loan servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, loan histories, accounting records, ledgers, and documents that relate to the accounting of my loan from the inception of my loan until present date?

18. All loan servicing "transaction" records, ledgers, registers and similar items detailing how my loan has been serviced from the from the inception of my loan until present date.

19. Front copies of all payment coupons received form me from 2007 thru the date of your response to this letter.

Further, in order to conduct the audit and review of my account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of my mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

LOAN ACCOUNTING & SERVICING SYSTEMS

20) Please identify for me each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date?

21) For each loan accounting and servicing system identified by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the name and address of the company or party that designed and sold the system?

22) For each loan accounting and servicing system used by you and any sub-servicer or previous servicer from the inception of my loan to the present date, please provide the complete transaction code list for each system.

DEBITS & CREDITS

23) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every credit on my account and the date such credit was posted to my account as well as the date any credit was received.

24) In a spreadsheet form or in letter form in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every debit on my account and the date such credit was posted to my account as well as the date any debit was received.

Identifier[REDACTED]7516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 85 of 93

Re:             James Kennedy
Loan Number:    [REDACTED]7516

25) For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

26) For each transaction code, please provide us with the master transaction code list used by you or previous servicers.

## ATTORNEY FEES

For purposes of my questions below dealing with attorney fees, please consider the terms "attorney fees" and "legal fees" to be one in the same.

27) Have attorney fees ever been assessed to my account from the inception of my loan to the present date?

28) If yes, please detail each separate assessment of attorney fees to my account from the inception of my loan to the present date and the date of such assessment to my account?

29) Have attorney fees ever been charged to my account from the inception of my loan to the present date?

30) If yes, please detail each separate charge of attorney fees to my account from the inception of my loan to the present date and the date of such charge to my account?

31) Have attorney fees ever been collected from my account from the inception of my loan to the present date?

32) If yes, please detail each separate collection of attorney fees from my account from the inception of my loan to the present date and the date of such collection from my account?

33) Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to my account from the inception of my loan to the present date?

34) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of attorney fees?

35) Please detail and list for me in writing each separate attorney fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

36) Please detail and list for me in writing each separate attorney fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

Identifier████ 7516          Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 86 of 93

Re:          James Kennedy
Loan Number:  ████████7516

37) Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

38) Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

39) Has interest been charged on any attorney fee assessed or charged to my account? Yes or No?

40) Is interest allowed to be assessed or charged on attorney fees charged or assessed to my account? Yes or No?

41) How much in total attorney fees have been assessed to my account from the inception of my loan until present date?  $_____

42) How much in total attorney fees have been collected on my account from the inception of my loan until present date?  $_____

## SUSPENSE/UNAPPLIED ACCOUNTS

For purposes of this section, please treat the term "suspense account" and "unapplied account" as one in the same.

43) Has there been any suspense or unapplied account transactions on my account from the inception of my loan until present date?

44) If yes, why?  If no, please skip the questions in this section dealing with suspense and unapplied accounts.

45) In a separate spreadsheet or in letterform in a columnar format such that it is clear which entry falls under what column heading, please detail for me each and every transaction, both debits and credits that has occurred on my account from the inception of my loan until present date.

46) All documentation or supportive information used to substantiate that property taxes had not been paid by borrower since the date of closing.

## LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms "late fees" and "late charges" to be one in the same.

47) Have you reported the collection of late fees on my account as interest in any statement to me or to the IRS?  Yes or No?

Identifier 7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 87 of 93

Re:          James Kennedy
Loan Number:        7516

48) Has any previous servicer or sub-servicer of my mortgage reported the collection of late fees on my account as interest in any statement to me or to the IRS? Yes or No?

49) Do you consider the payment of late fees as liquidated damages to you for not receiving my payment on time? Yes or No?

50) Are late fees considered interest? Yes or No?

51) Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

52) Were any of these expenses or damages charged or assessed to my account in any other way? Yes or No?

53) If yes, please describe what expenses or charges were charged or assessed to my account?

54) Please describe for me in writing what expenses you or others undertook due to any payment I made which was late?

55) Please describe for me in writing what damages you or others undertook due to any payment I made which was late?

56) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

57) Please detail and list for me in writing each separate late fee assessed to my account and for which corresponding payment period or month such late fee was assessed from the inception of my loan to present date.

58) Please detail and list for me in writing each separate late fee collected from my account and for which corresponding payment period or month such late fee was collected from the inception of my loan to present date.

59) Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

60) Please detail and list for me in writing any adjustments in late fees collected and on what date such adjustment was made and the reasons for such adjustment.

61) Has interest been charged on any late fee assessed or charged to my account? Yes or No?

62) Is interest allowed to be assessed or charged on late fees charged or assessed to my account? Yes or No?

63) Have any late charges been assessed to my account? Yes or No?

Identifier [REDACTED] 7516        Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 88 of 93

Re:            James Kennedy
Loan Number:        [REDACTED] 7516

64) If yes, how much in total late charges have been assessed to my account from the inception of my loan until present date? $_____

65) Please provide me with the exact months or payment dates you or other previous servicers of my account claim I have been late with a payment from the inception of my loan to the present date.

66) Have late charges been collected on my account from the inception of my loan until present date? Yes or No?

67) If yes, how much in total late charges have been collected on my account from the inception of my loan until present date? $_____

PROPERTY INSPECTIONS

For purposes of this section "property inspection" and "inspection fee" refer to any inspection of my property by any source and any related fee or expense charged for such inspection.

68) Have any property inspections been conducted on my property from the inception of my loan until the present date?

69) If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

70) If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for my mortgage, deed or note?

71) Please tell me the price charged for each property inspection?

72) Please tell me the date of each property inspection?

73) Please tell me the name and address of each company and person who conducted each property inspection on my property?

74) Please tell me why property inspections were conducted on my property?

75) Please tell me how property inspections are beneficial to me.

76) Please tell me how property inspections are protective of my property.

77) Please explain to me your policy on property inspections.

78) Do you consider the payment of inspection fees as a cost of collection? Yes or No?

79) If yes, why?

Re:          James Kennedy
Loan Number:   ██████7516

80) Do you use property inspections to collect debts?  Yes or No?

81) Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

82) If yes, please answer when and why?

83) Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of property inspection fees?

84) Have you labeled in any record or document sent to me a property inspection as a misc. advance?  Yes or No?

85) If yes, why?

86) Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee?  Yes or No?

87) If yes, why?

88) Please detail and list for me in writing each separate inspection fee assessed to my account and for which corresponding payment period or month such fee was assessed from the inception of my loan to present date.

89) Please detail and list for me in writing each separate inspection fee collected from my account and for which corresponding payment period or month such fee was collected from the inception of my loan to present date.

90) Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

91) Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

92) Has interest been charged on any inspection fees assessed or charged to my account? Yes or No?

93) If yes, when and how much was charged?

94) Is interest allowed to be assessed or charged on inspection fees charged or assessed to my account? Yes or No?

95) How much in total inspection fees have been assessed to my account from the inception of my loan until present date?  $_____

96) How much in total inspection fee have been collected on my account from the inception of my loan until present date?  $_____

Identifier ████ 7516        Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 90 of 93

Re:          James Kennedy
Loan Number:   ████ 7516

BPO FEES

97) Have any BPOs [Broker's Price Opinions] been conducted on my property?

98) If yes, please tell me the date of each BPO conducted on my property that is the secured interest for my mortgage, deed or note?

99) Please tell me the price of each BPO?

100)   Please tell me who conducted each BPO?

101)   Please tell me why BPOs were conducted on my property

102)   Please tell me how BPOs are beneficial to me.

103)   Please tell me how BPOs are protective of my property.

104)   Please explain to me your policy on BPOs.

105)   Have any BPO fees been assessed to my account?  Yes or No?

106)   If yes, how much in total BPO fees have been assessed to my account? $_____

107)   Have any BPO fees been charged to my account?  Yes or No?

108)   If yes, how much in total BPO fees have been charged to my account?  $_____

109)   Please tell me specifically what clause, paragraph and sentence in my note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame.  Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Sincerely,


James P. Kennedy

Identifier ████ 516    Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 91 of 93

James P. Kennedy    Loan No. ████ 7516

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA  92264
760-969-3769

**Certified**

Date: | Customer Care
AUG 0 7 2012
Waterloo

August 4, 2012

Via Certified Mail
 Return Receipt Requested

GMAC Mortgage
Attn: Customer Care
PO Box 1330
Waterloo, IA  50704-1330

Re:                        James Kennedy
Loan Number:         ████ 7516
Property Address:    3825 21st Street, San Francisco, CA 94114

I am writing to you in response to your letter dated June 5, 2012, regarding the qualified written request that I sent dated May 14, 2012 and January 19, 2012. Unfortunately, your response states that "as no new information has been submitted in your most recent correspondence we trust we have resolved your concerns," however I have provided new information and GMAC has not provided me with all the information that I requested. Please review my QWR attached and review each response you provided to make certain that you have answered the question asked.  As a result, please consider my QWR open and awaiting the information requested.

Please be advised that the QWR response dated February 6, 2012 was not sent as stated. After I did not receive a timely response to my QWR of January 19, 2012, I followed up with GMAC on three separate occasions, and each time GMAC confirmed that no response had been sent.  However, I did receive a payoff statement which I had not requested.

Subsequent follow up confirmed on two separate occasions that there were documents in the system however they were never sent.  A representative told me she would place a work order to have the documents in the system sent to me, and I received those documents shortly thereafter. While the package contained some of the information that I requested, a majority of the information and answers that I sought were not included and it was therefore not a proper response to my QWR.

Identifier 516    Doc Type:CORR

12-12020-mg   Doc 10337-10   Filed 03/20/17   Entered 03/20/17 17:02:44   Decl.
Exhibit I   Pg 92 of 93

James P. Kennedy   Loan No. ▮▮▮▮7516

For emphasis sake, while there are others part to my complaint, I have restated a key
component to help in your investigation regarding my complaint for you convenience:

A. GMAC did not take appropriate action to resolve the issue surrounding my April
10, 2008 tax payment made to the county on October 4, 2008 (such as simply
contacting the county to verify my account status) when it was reasonable to
expect that it would do so, given the circumstances and information provided to
GMAC plus GMAC's promise to do so. This includes events prior to the
payment made by GMAC, events following that payment, and of specific
noteworthiness: after GMAC states that it had confirmed in May, 2009 that the
information it relied upon was not correct as warned numerous times prior, that
the payment made was a surplus payment, that a timely request for refund would
have resulted in GMAC obtaining a return of its payment resolving the issue, or
any action by GMAC acknowledging any type of responsibility to bring
resolution to the situation upon learning that the payment was not needed afterall.

Also, please address the following:

1. As previously stated, I provided proof that my April 10, 2008 taxes had been paid
prior to GMAC sending in payment on October 4, 2008, and followed up with
GMAC numerous times regarding my having provided proof. Based on
information received from GMAC, the October 4, 2008 payment was made by
GMAC because the proof that I provided is claimed not to have been received by
GMAC. My loan agreement only requires that I provide proof of payment, of
which I did, and satisfying that requirement is not conditional upon GMAC's
confirmation that such proof was received by GMAC. Please provide me with an
explanation and identify for me the specific paragraph in my loan agreement that
allows GMAC to make a payment for my property taxes based on the requirement
that GMAC must acknowledge receipt of the proof of payment provided.

2. I had numerous conversations with GMAC prior to the October 4 payment and
GMAC promised to follow up yet did not. Please explain why, especially given
the conversations that occurred making it reasonable to expect that GMAC would
be prompted to follow up to verify that payment had or had not already been
made (esp. as phone numbers and names of who to contact were provided making
verification of payment easy to do), plus my specific requests to do so, GMAC
did not take any action to confirm my payment status prior to sending payment, or
following, until May 2009.

For your convenience, I have highlighted a few key requests from my previously
submitted QWR to which a correct response was not received. They are listed below.

3. Please provide me with a copy of the electronic communication received from the
San Francisco Tax Authority on October 4, 2012 stating that my April 10, 2008
tax bill had not been paid as claimed.

Identifier 7516      Doc Type:CORR

12-12020-mg    Doc 10337-10    Filed 03/20/17    Entered 03/20/17 17:02:44    Decl.
Exhibit I    Pg 93 of 93

James P. Kennedy    Loan No. ▮7516

4. What was the basis GMAC used to determine the payment amount made on October 4, 2008? If based on a tax bill received or other written notification, please provide a copy. Note: I am not asking how it is determined, but the source GMAC used to know how much payment to send. I am not asking how a tax bill with penalties is determined, but how GMAC determined what amount to pay.

WORKOUT PLANS

5. Please provide me with a copy of all workout/repayment agreements showing my signature.

OTHER REQUESTS:

6. All copies of property inspection reports, appraisals, BPOs and reports done on my property.

7. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my mortgage account from the inception of my loan to the present date.

8. Please explain for me any charges listed on my account as 'other' or is listed without a clear explanation as to what the charge is for, and explain what the charge was for and the amount for such charge.

I look forward to your response.

Regards,

James P. Kennedy