MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
------------------------------------------------------------

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD**
**ON MARCH 23, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.**    **UNCONTESTED MATTER(S)**:

**1.**    ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [Docket No. 10310]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims, Solely as it Relates to Certain Claims [Docket No. 10336]

**Response(s)**:    None.

**Status**:    The hearing on this matter, solely as it relates to the claim filed by Bank of America NA (Claim No. 5271), will be going forward.  The hearing on this matter as it relates to all other claims has been adjourned to May 11, 2017.

2.    Motion of ResCap Liquidating Trust for Final Decree Closing Chapter 11 Case of Executive Trustee Services, LLC [Docket No. 10311]

   **Related Document(s)**:    None.

   **Response(s)**:    None.

   **Status**:    The hearing on this matter will be going forward.

## II.    **CONTESTED MATTER(S)**:

3.    ResCap Borrower Claims Trust's Ninety-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allow in Full Borrower Claim) [Docket No. 10296]

   **Related Document(s)**:

   a.    Notice of Withdrawal of ResCap Borrower Claims Trust's Ninety-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allow in Full Borrower Claim) Solely as it Relates to the Claim Filed by Ashley Hooker (Claim No. 1015) [Docket No. 10328]

   **Response(s)**:

   a.    James P. Kennedy's Response to Objection to Claim No. 4930 [Docket No. 10332]

   **Reply**:

   a.    ResCap Borrower Claims Trust's Reply in Support of its Ninety-Fifth Omnibus Objection to Claims ((I) No Liability Borrower Claims, (II) Reduce and Allow Borrower Claims, and (III) Allow in Full Borrower Claim) as to Claim No. 4930 [Docket No. 10337]

   **Status**:    The hearing on this matter will be going forward.

Dated:  March 21, 2017          /s/ Norman S. Rosenbaum
        New York, New York        Norman S. Rosenbaum
                                  Jordan A. Wishnew
                                  MORRISON & FOERSTER LLP
                                  250 West 55th Street
                                  New York, New York 10019
                                  Telephone: (212) 468-8000
                                  Facsimile: (212) 468-7900

                                  *Counsel for The ResCap Borrower Claims Trust*