

March 23, 2017

**VIA ECF**
Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *In Re: RFC and ResCap Liquidating Trust Litigation,* **Case No. 12-12020-MG**

Dear Clerk of Court:

We write on behalf of PHH Mortgage Corporation ("PHH Mortgage"). The matter regarding PHH Mortgage has been resolved and there is nothing pending before the Court. We therefore respectfully request that the following attorneys and email addresses be removed from the ECF service list associated with the above-referenced case:

    David M. Souders (souders@thewbkfirm.com, ecfservice@thewbkfirm.com, shirk@thewbkfirm.com)
    Tessa K. Somers (somers@thewbkfirm.com, ecfservice@thewbkfirm.com, vincent@thewbkfirm.com, katz@thewbkfirm.com)

Thank you for your attention to this matter.

Respectfully,

/s/ *Tessa Somers*

Tessa Somers

cc:   Counsel of record via ECF