**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                :
                                                     :   Chapter 11
Residential Capital, LLC, *et al.*,                  :
                                                     :   Case No. 12-12020-mg
                         Debtor                      :
---------------------------------------------------------- -x

### ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SUSTAIN OBJECTION TO CLAIM NO. 5271

On February 21, 2017, the ResCap Liquidating Trust filed the 96th Omnibus Objection to Claims (the "Objection," ECF Doc. # 10310), including an objection to Claim No. 5271 filed by Bank of America, N.A. ("Bank of America"). This matter was scheduled for hearing before the Court on March 23, 2017 (the "Hearing"). Counsel for Bank of America failed to file any response to the Objection or appear at the Hearing, and failed to request in advance any adjournment of the Hearing.

Thus, it is hereby **ORDERED**, that Bank of America file a response to the Objection by April 3, 2017, at 5:00 p.m. If Bank of America does not file a response to the Objection by such time, the Court shall enter an order sustaining the Objection and expunging Claim No. 5271.

It is further **ORDERED** that counsel for the ResCap Liquidating Trust serve a copy of this Order on counsel for Bank of America, and file a certificate of service.

**IT IS SO ORDERED.**

Dated:   March 27, 2017
         New York, New York

                                            _____/s/Martin Glenn_____
                                                 MARTIN GLENN
                                            United States Bankruptcy Judge