UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: ORDER
:
In Re: Residential Capital, LLC        :    16-cv-1561 (GBD)
                                       :    16-cv-5479 (GBD)
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 13 2017

GEORGE B. DANIELS, District Judge:

The Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: March 13, 2017
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE