**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF**
**CLAIM NUMBER 5271 BY BANK OF AMERICA, N.A.**

Bank of America, N.A., having filed Claim Number 5271 (the "**Claim**") in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated:  March 29, 2017

/s/ *Walker Terry*
Michael R. Ward, Esq.
Walker Terry, Esq.
McCandlish Holton Morris
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218-0796
Tel.: (804) 775-3100
Fax: (804) 775-3800
mward@lawmh.com
wterry@lawmh.com
*Attorneys for Bank of America, N.A.*