**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>        Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF CHANGE OF FIRM NAME

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP. The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated:  March 30, 2017
          New York, New York

                                      KASOWITZ BENSON TORRES LLP

                                      By:  */s/ Daniel A. Fliman*
                                             Daniel A. Fliman (dfliman@kasowitz.com)
                                      1633 Broadway
                                      New York, New York 10019
                                      Telephone:  (212) 506-1700
                                      Facsimile:  (212) 506-1800