**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 1, 2017

Writer's Direct Contact
+1 (212) 506.7341
NRosenbaum@mofo.com

*By Electronic Mail*

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Re:   **In re Residential Capital, LLC (No. 12-12020 (MG)) -
       Claim No. 4445 Filed by Alan Moss**

Dear Judge Glenn:

We represent the ResCap Borrower Claims Trust (the "Borrower Trust") in connection with its objection (the "Objection") to the above-referenced proof of claim filed by Alan Moss (the "Claimant"). On April 19, 2017, the Court entered a Pretrial Order [Docket No. 10362] (the "Pretrial Order") with regard to the trial on the Objection to the Claimant's proof of claim, which is presently scheduled for May 8, 2017 (the "Trial"). The Pretrial Order requires that the parties submit a status report to the Court today identifying any issues that need to be resolved before trial.

The parties are not aware of any issues that need to be resolved in advance of trial. Prior to submitting this report, the Claimant provided the Borrower Trust with two additional exhibits that he wishes to add to his exhibit list. The Borrower Trust does not object to adding the two new exhibits to the exhibit list, but reserves the right to object to the admissibility of these exhibits at trial.

Respectfully submitted,

/s/ Norman S. Rosenbaum                    /s/Alan Moss

Norman S. Rosenbaum                        Alan Moss

ny-1281976