## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                     :

In re                       :           Chapter 11
                     :

RESIDENTIAL CAPITAL, LLC,    :           Case No. 12-12020 (MG)
et al..,[1]                 :
                     :

                Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on May 1, 2017, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A** attached hereto:

- **THE RESCAP BORROWER CLAIMS TRUST'S WITNESS LIST FOR TRIAL ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO AMENDED CLAIM NO. 4445 FILED BY ALAN MOSS SCHEDULED TO BE HEARD ON MAY 8, 2017 AT 9:00 A.M. (PREVAILING EASTERN TIME)**
- **THE RESCAP BORROWER CLAIMS TRUST'S EXHIBIT LIST FOR TRIAL ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NO. 4445 FILED BY ALAN MOSS SCHEDULED TO BE HEARDON MAY 8, 2017 AT 9:00 A.M. (PREVAILING EASTERN TIME)**
- **THE RESCAP BORROWER CLAIMS TRUST'S EXHIBITS FOR TRIAL ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NO. 4445 FILED BY ALAN MOSS SCHEDULED TO BE HEARD ON MAY 8, 2017 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Dated: May 2, 2017

                            Richie Lim
                            Legal Vision Consulting Group
                            1801 Century Park East Suite 350
                            Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, LLC (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

A notary public or other officer completing
this certificate verifies only the identity of
the individual who signed the document to
which this certificate is attached. and not the
truthfulness, accuracy, or validity of that
document

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 2ⁿᵈ day of May , 20 17 ,
by, Richie Lim proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Notary Public

AILEEN MOON HOKAMA
Commission # 2145113
Notary Public - California
Los Angeles County
My Comm. Expires Mar 4, 2020

# EXHIBIT A

Alanmoss.office@gmail.com;