MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD
ON MAY 8, 2017 AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.      TRIAL**

**1.**   ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 8502]

   **Related Document(s)**:

   **a.**   Amended Claim [of Alan Moss] Pursuant to Court Order [Docket No. 8334]

   **b.**   Memorandum Opinion and Order Sustaining the ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 9052]

   **c.**   Notice of Appeal filed by Alan Moss [Docket No. 9116]

ny-1280974

**d.**  Opinion and Order of District Court Judge Lorna G. Schofield (S.D.N.Y. 15-cv-7140 (LGS)) [Docket No. 9921]

**e.**  The ResCap Borrower Claims Trust's Motion for Summary Judgment as to its Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 10290]

   **(i)**  Claimant's Response to Debtors' Motion for Summary Judgment [Docket No. 10299]

   **(ii)**  Claimant's Response to Debtors' 7056-1 Statement of Material Facts [Docket No. 10300]

   **(iii)**  Declaration of Alan Moss in Support of Claimant's Response to Debtors' Motion for Summary Judgment [Docket No. 10301]

   **(iv)**  ResCap Borrower Claims Trust's Reply in Support of its Motion for Summary Judgment as to its Objection to Amended Claim No. 4445 Filed by Alan Moss [Docket No. 10307]

**f.**  Pretrial Order [Docket No. 10362]

**g.**  The ResCap Borrower Claims Trust's Exhibits and Exhibit List for ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss Scheduled to be Heard on May 8, 2017 at 9:00 a.m. (Prevailing Eastern Time) [Not Docketed]

**h.**  Alan Moss' Exhibits and Exhibit List [Not Docketed]

**i.**  Alan Moss' Witness List [Not Docketed]

**j.**  The ResCap Borrower Claims Trust's Witness List for Trial on ResCap Borrower Claims Trust in Support of ResCap Borrower Claims Trust's Objection to Amended Claim No. 4445 Filed by Alan Moss Scheduled to be Heard on May 8, 2017 at 9:00 a.m. (Prevailing Eastern Time) [Not Docketed]

**k.**  Status Report [Docket No. 10375]

**Response(s)**:

**a.**  Alan Moss' Response to Debtors' Objection to Amended Claim [Docket No. 8727]

**b.**  Claimant's Pre-Trial Memorandum of Law [Docket No. 10372]

**Reply**:

a. ResCap Borrower Claims Trust's Reply in Support of its Objection to Amended Claim Number 4445 Filed by Alan Moss [Docket No. 8766]

b. ResCap Borrower Claims Trust's Memorandum of Law in Support of the Trust's Objection to Claim Number 4445 [Docket No. 10364]

**Status**:   The trial on this matter will be going forward.

Dated: May 4, 2017
New York, New York

/s/ Norman Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*