KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP LIQUIDATING**
**TRUST'S NINETY-SIXTH OMNIBUS OBJECTION  TO CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's*

*Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10310] (the

"**Omnibus Objection**"), previously scheduled to be heard on **May 11, 2017 at 10:00**

**a.m**. **(prevailing Eastern Time)**, has been adjourned to **June 21, 2017 at 10:00 a.m.**

**(prevailing Eastern Time)** before the Honorable Martin Glenn at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs

House, One Bowling Green, Room 523, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to

the Omnibus Objection, is extended to **May 25, 2017 at 4:00 p.m. (prevailing Eastern**

**Time)**.

Dated:    New York, New York
          May 5, 2017

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    /s/ Joseph A. Shifer
                                    Kenneth H. Eckstein
                                    Douglas H. Mannal
                                    Joseph A. Shifer
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-9100
                                    Facsimile: (212) 715-8000

                                    *Counsel for the ResCap Liquidating Trust*

KL2 3010202.1