UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:
Residential Capital, LLC,
    Debtor

Residential Capital, LLC
Tia Danielle Smith,
            Appellant,
vs.

ResCap Borrower Claims Trust,
            Appellee.

Case No. 16-cv-1561 (GBD)
Case No. 16-cv-5479 (GBD)



APPELLANT'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. BANKR. P. 8023

Appellant, Tia Danielle Smith, pursuant to Fed. R. Bankr. P. 8023, hereby voluntarily dismisses this pending appeal with prejudice in accordance with the Settlement Agreement between the parties. The parties shall bear their own fees and costs.

Dated at Los Angeles, California this 30th day of March, 2017.

AN ELECTRONIC COPY OF THE SIGNATURE BELOW SHALL HAVE THE SAME
FORCE AND EFFECT AS THE ORIGINAL

_____
Tia Danielle Smith
4011 Hubert Avenue
Los Angeles, California 90008
Telephone: (323) 803-3027
Email: myfathersdiamond@msn.com

APR 07 2017

SO ORDERED:

_____
George B. Daniel
USDJ

## DECLARATION OF SERVICE

Tia Danielle Smith declares, under penalty of perjury, that she caused the foregoing Motion to be delivered to counsel for the Borrower Claims Trust by email in these appeals and has deposited the originals for delivery to the **Pro Se Intake Unit** for the Southern District of New York, one for each case on March 30, 2017 as set forth below:

> United States District Court of the Southern District of New York
> **Pro Se Intake Unit**
> Daniel Patrick Moynihan United States Courthouse
> 500 Pearl Street, Room 200
> New York, New York 10007
> **VIA PRIORITY MAIL**
>
> Morrison & Foerster
> Attn: Norman S. Rosenbaum
> 250 West 55th Street
> New York, New York 10019
> **VIA FACSIMILE TO (212) 468-7900**

AN ELECTRONIC COPY OF THE SIGNATURE BELOW SHALL HAVE THE SAME FORCE AND EFFECT AS THE ORIGINAL

_____
Tia Danielle Smith

2