UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-13-17

In Re:
Residential Capital, LLC,
    Debtor
-----------------------
Residential Capital, LLC
Tia Danielle Smith,
        Appellant,
vs.

ResCap Borrower Claims Trust,
        Appellee.

Case No. 16-cv-09489 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-4-17

RECEIVED
SDNY DOCKET UNIT
2017 APR -4  AM 10:58

## APPELLANT'S NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. BANKR. P. 8023

Appellant, Tia Danielle Smith, pursuant to Fed. R. Bankr. P. 8023, hereby voluntarily dismisses this pending appeal with prejudice in accordance with the Settlement Agreement between the parties. The parties shall bear their own fees and costs.

Dated at Los Angeles, California this 30th day of March, 2017.

AN ELECTRONIC COPY OF THE SIGNATURE BELOW SHALL HAVE THE SAME
FORCE AND EFFECT AS THE ORIGINAL

_____
Tia Danielle Smith
4011 Hubert Avenue
Los Angeles, California 90008
Telephone: (323) 803-3027
Email: myfathersdiamond@msn.com

1

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

4/13/17

## DECLARATION OF SERVICE

Tia Danielle Smith declares, under penalty of perjury, that she caused the foregoing Motion to be transmitted to counsel for the Borrower Claims Trust by facsimile and has deposited the originals for delivery to the **Pro Se Intake Unit** for the Southern District of New York, one for each case on March 30, 2017 as set forth below:

> United States District Court of the Southern District of New York
> **Pro Se Intake Unit**
> Daniel Patrick Moynihan United States Courthouse
> 500 Pearl Street, Room 200
> New York, New York 10007
> **VIA PRIORITY MAIL**
>
> Attorney Daniel J. Flanigan
> POLSINELLI
> 600 Third Avenue, 42nd Floor
> New York, New York 10016
> **VIA FACSIMILE TO (212) 684-0197**

AN ELECTRONIC COPY OF THE SIGNATURE BELOW SHALL HAVE THE SAME FORCE AND EFFECT AS THE ORIGINAL

_____
Tia Danielle Smith

2

FROM: TIA SMITH
4011 HUBERT AVE
L.A. CA 90008

TO: UNITED STATES DISTRICT
OF THE SOUTHERN DISTRICT OF
PRO SE INTAKE UNIT
DANIEL MOYNIHAN UNITED STATES COURT
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007


USM SDNY


US POSTAGE PAID
$6.65
Origin: 90232
0 Lb 2.10 Oz
Mar 30, 17
051945043I-22
1006
PRIORITY MAIL ®2-Day
Expected Delivery Day: 04/01/2017
USPS TRACKING NUMBER
9505 5161 9898 7089 0944 54

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

 This envelope is made from post-consumer waste. Please recycle - again.