**Hearing:**   June 29, 2017 (11:00 a.m.)
                                             **Objections:**   June 22, 2017 (5:00 p.m.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                Case No. 12-12020 (MG)

**RESIDENTIAL CAPITAL, LLC,** *et al.*,      (Chapter 11)

                    Debtors.            Jointly Administered
------------------------------------------------------------ x

## NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
## MOTION FOR ENTRY OF CIVIL CONTEMPT ORDER AGAINST
## CHALEDEEANNKA DEBORAH ANN WILLIAMS GOYENS-BELL EBERWEIN

     **PLEASE TAKE NOTICE** that upon the within motion, memorandum of law and declaration, William K. Harrington, the United States Trustee for Region 2 ("United States Trustee") will move and hereby does move this Court before the Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York **on June 29, 2017, at 11:00 a.m.**, or as soon thereafter as counsel can be heard, for the entry of an order imposing civil contempt against Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein ("Goyens"). The original motion is on file with the Clerk of the Bankruptcy Court, and has been served on Goyens.

     **PLEASE TAKE FURTHER NOTICE** that the United States Trustee requests that the Court enter a contempt order requiring Goyens to file a notice of withdrawal of her filing entitled, "Request for Special Notice – Notice of Automatic Stay of Chapter 15 Filing in the ___ District of ___" ("Request for Notice," Dkt. No. 10358), within 30 days. The United States Trustee further requests, in the event that Goyens fails to withdraw the Request for Notice in this 30-day time frame, that a $100 daily sanction be imposed against Goyens. In the event that Goyens then fails to withdraw the

1

Request for Notice within 60 days, the United States Trustee requests that the Clerk of the Court then be directed to restrict the Request for Notice from public view, and that the accrual of the daily sanctions be ceased.

**PLEASE TAKE FURTHER NOTICE,** that objections or other responses, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended), (registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5-inch disk (preferably in Portable Document Format, or PDF, WordPerfect, or any other Windows-based word processing format)), (d) be submitted in hard-copy form directly to the chambers of the Honorable Martin Glenn, and (e) be served upon the United States Trustee, U.S. Federal Office Bldg., 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andrew D. Velez-Rivera), **no later than the return date set forth above (*i.e.*, June 22, 2017, at 5:00 p.m.**).   Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
         May 17, 2017

                                          WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                    By:    */s/ Andrew D. Velez-Rivera*
                          Trial Attorney
                          U.S. Federal Office Bldg.
                          201 Varick Street, Room 1006
                          New York, New York 10014
                          Tel. (212) 510-0500; Fax (212) 668-2255

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK           )
                            :  ss
COUNTY OF NEW YORK          )

      I, Andrew D. Velez-Rivera, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on May 17, 2017, I caused to be served copies of the Notice of United States trustee's Motion for Entry of Civil Contempt Order Against Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein ("Motion"), the Memorandum of Law in Support of the Motion, the Declaration of Andrew D. Velez-Rivera in Support of the Motion, and the [proposed] Order Imposing Civil Contempt, by regular mail upon each of the parties listed on the service list below, by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the City and State of New York.

Dated: New York, New York        */s/ Andrew D.Velez-Rivera*

*SERVICE LIST*

Chaledeeannka Goyens
101 Hyde Street Post Office
PMB 426666
San Francisco, CA    94142