# EXHIBIT E

394717/388 FEN

Name ___ PMB 42 Edcccc
Address ___
City ___ St  Ca 94 12
Zip ___

RECEIVED
APR  7 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Name of Court  USBC SDNY

In Re: Res Cap ___                    12-12020 -
                                       Case No. 12 11578
                                       Adv No. ___

                                       Request for Judicial Notice
                                       Notice of Automatic Stay
                                       Of Chapter 13 Filing
                                       In ___ District of ___

Debtor  Robert Ebenwein          URGENT
        12-11581W             9th Circuit
___                               16-16936

Please Take Judicial Notice of Filing Of Bankruptcy Case[ s ] ___

TO JUDGE GLENN
YOU SAID YOU ARE JUDING
JUDGE SEAN LANE
NMC/Femo Wo SALE
Fighting Ocwen

Wherefore Prayer for Relief, for that this case is stayed by filing of the above listed
bankruptcy case in ___ District of ___ HARVEY OF TOUCH
                                    Name
                                    Address

NO. DIST. OF CA.
CLERK, US DISTRICT COURT
SUSAN Y. SOONG
2017 MAR 28  P 5: 04
RECEIVED

Docket #4727  Date Filed: 8/16/2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER DENYING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 3013 AND BANKRUPTCY CODE SECTION 362(A) FOR A DETERMINATION THAT (I) GMAC MORTGAGE'S FRB FORECLOSURE REVIEW OBLIGATION IS A GENERAL UNSECURED CLAIM AND (II) THE AUTOMATIC STAY PREVENTS ENFORCEMENT OF THE FRB FORECLOSURE REVIEW OBLIGATION**

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and each, a "**Debtor**") for an order determining (i) that, for purposes of any proposed plan, GMAC Mortgage's obligation to conduct the FRB Foreclosure Review shall be classified as a general unsecured claim in an amount to be determined, and (ii) the automatic stay prevents the FRB and the FDIC from taking any action to enforce such claim against the Debtors; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having authorized the Debtors to enter into and perform under an amendment to the Debtors' consent order with the

RECEIVED

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.



1212020130816000000000009

ny-1102578

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/17 Entered 04/13/17 15:49:45    Main Document
47 of 63
Pg 3 of 62
12-12020-mg    Doc 4727    Filed 08/16/13    Entered 08/16/13 1_.04:41    Main Document
Pg 2 of 2

Federal Reserve Board and the Federal Deposit Insurance Corporation, dated April 13, 2011

[Docket No. 4365], it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is DENIED as moot for the reasons stated on the record at the

July 26, 2013 omnibus hearing in these Chapter 11 cases of the above-captioned Debtors.

2.    This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated: August 16, 2013
      New York, New York

                                       **/s/Martin Glenn**
                                          MARTIN GLENN
                          United States Bankruptcy Judge

HO. DIST. OF CA.
CLERK, US DISTRICT COURT
SUSAN Y. SOONG

2017 MAR 28  P  5: 04

RECEIVED

Paying Agent – Rust Consulting, Inc.
P.O. Box 3036
Faribault, MN 55021-2636



**Independent Foreclosure Review**

IMPORTANT PAYMENT AGREEMENT INFORMATION ENCLOSED

January 27, 2014



Your payment is enclosed.

**SNGLP
ROBERT D EBERWEIN

Reference Number: 1000168059
Property Address:
611-613 NORTH P STREET
LIVERMORE CA 94550

*Si usted habla español, tenemos representantes que pueden asistirle en su idioma.*



Dear Robert D Eberwein,

You were recently sent a notice that you are eligible to receive a payment as a result of an agreement between federal banking regulators and GMAC Mortgage, LLC in connection with an enforcement action related to deficient mortgage servicing and foreclosure processes.

This letter includes your check. It also explains the amount of the payment, why you are receiving a payment, how to cash the check, and other important information and disclosures.

Your payment is: $4,500.00.

| Why you are receiving a payment |
| --- |

In July of 2013, GMAC Mortgage, LLC entered into an agreement with the Board of Governors of the Federal Reserve System. This agreement resolved the Independent Foreclosure Review required by the Board of Governors. Additional information about this agreement can be found at www.federalreserve.gov.

Regulators determined your payment amount based on the stage of your foreclosure process and other considerations related to your foreclosure.

| How to cash the check |
| --- |

You must cash or deposit the check within 90 days, or the check will be void. All borrowers listed on the check must sign it to cash it.

> The payment amount is final.
> There is no process to appeal the payment.

Continued on reverse side

GMAC2014

A 1LDN 000267163

Fund 3 Independent Foreclosure Review Payment QSF
Loan Servicer: GMAC Mortgage, LLC
P.O. Box 3036
Faribault, MN 55021-2636

The Huntington National Bank
66-1512

Check No. 7607401

| DATE | CLAIM NUMBER | AMOUNT |
| --- | --- | --- |
| January 27, 2014 | 1000168059 | $4,500.00 |

VOID AFTER NINETY (90) DAYS
NOT VALID FOR AMOUNT OTHER THAN $4,500.00
All Payee's signatures required on back in order for this instrument to be paid.

Financial Institutions may call
1-855-460-1522 to verify this check

Pay
to the order of: ROBERT D EBERWEIN

FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS

*Paul Veil*

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 53920    10938667

000818

NDEX West LLC TS World Saving Bank Successo Fremont
Investment & Loan APN
Patrick De Jesus
LSI Title Company/Agency Sales & Posting
541 Banyan Circle
Walnut Creek CA 94597

NO. DIST. OF CA.
CLERK, US DISTRICT COURT
SUSAN Y. SOONG

2011 MAR 28    P 5: 04

RECEIVED

· **ATTACHMENT M-2**
Optional – Discard if not used
## MOTIONS TO AVOID NONPOSSESSORY
## NONPURCHASE MONEY LIENS
(Pursuant to 11 U.S.C. § 522(f)(1)(B))

**(A separate motion must be used to avoid each lien.)**
NUMBER OF MOTIONS TO AVOID NONPOSSESSORY LIENS IN THIS PLAN
DOCKET CONTOL NUMBER ASSIGNED TO THIS MOTION TO AVOID NONPOSSESSORY LIEN: FRD-33

NOTICE IS HEREBY GIVEN that Debtor moves to avoid the lien on Debtor's exempt property (consisting of household furnishing, household goods [as defined at section 522(f)(4)(A)], wearing apparel, appliances, books, animals, crops, musical instruments, or jewelry held primarily for the personal, family, or household use of Debtor or a dependent of Debtor; implements, professional books, or tools of the trade of Debtor or a dependent of Debtor; or professionally prescribed health aids for Debtor or a dependent of Debtor) held by the creditor identified below. If this motion is granted, the claim of the creditor named below will be treated as a general unsecured claim (Class 7).

Name of the creditor whose nonpossessory, nonpurchase money security interest or lien on the below-described property is being avoided:

Detailed description of exempt property:

Debtor's opinion of the exempt property's "replacement value"
[as defined and limited by section 506(a)(2)]:          $

Amount of the creditor's claim:          $

Other information relevant to the resolution of this motion:

U.S. DIO T.E

I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:

_____
Debtor

_____
Joint Debtor

EDC 3-080, Attachment-M-2 (Rev. 02/02/2009)

## ATTACHMENT M-2
Optional – Discard if not used
## MOTIONS TO AVOID NONPOSSESSORY
### NONPURCHASE MONEY LIENS
(Pursuant to 11 U.S.C. § 522(f)(1)(B))

(A separate motion must be used to avoid each lien.)
NUMBER OF MOTIONS TO AVOID NONPOSSESSORY LIENS IN THIS PLAN
DOCKET CONTOL NUMBER ASSIGNED TO THIS MOTION TO AVOID NONPOSSESSORY LIEN: FRD -34

**NOTICE IS HEREBY GIVEN** that Debtor moves to avoid the lien on Debtor's exempt property (consisting of household furnishing, household goods [as defined at section 522(f)(4)(A)], wearing apparel, appliances, books, animals, crops, musical instruments, or jewelry held primarily for the personal, family, or household use of Debtor or a dependent of Debtor; implements, professional books, or tools of the trade of Debtor or a dependent of Debtor; or professionally prescribed health aids for Debtor or a dependent of Debtor) held by the creditor identified below.  If this motion is granted, the claim of the creditor named below will be treated as a general unsecured claim (Class 7).

Name of the creditor whose nonpossessory, nonpurchase money security interest or lien on the below-described property is being avoided:

Detailed description of exempt property:

Debtor's opinion of the exempt property's "replacement value" [as defined and limited by section 506(a)(2)]:          $

Amount of the creditor's claim:          $

Other information relevant to the resolution of this motion:

US A/D F.C
I (we) declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:

379717
CLERK, US DISTRICT COURT
SUSAN Y. SOONG
NO. DIST. OF CA.

2017 MAR 28  P 5 04

RECEIVED

Debtor

Joint Debtor

EDC 3-080, Attachment M-2 (Rev. 02/02/2009)

04/23/12
Account Number 0359141821
Page Two

       *    <u>Deed in Lieu of Foreclosure</u>: If you have tried to sell your property for 90 days, you may be able to voluntarily return the deed to GMAC Mortgage, LLC to satisfy your debt and avoid foreclosure.

To be considered for any of these options, you may be required to provide us with financial information. Collection activity will continue and your monthly mortgage payment will still be due while we evaluate your financial situation. Not all options may be available to you.

To discuss your available options, please contact us immediately at 800-850-4622.

Sincerely,

Collection Department
Loan Servicing

<u>Please Note</u>:
This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt. Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan and disregard this notice.

For additional information about options that may help you avoid foreclosure, as well as brochures to educate you about foreclosure rescue scams and telephone and internet referrals to legitimate mortgage counselors, please contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342) or via the web at: http://www.fdic.gov/consumers/loans/prevention/index.htm.

For your information, you may contact a HUD Counseling Agent at 1-800-569-4287. The toll free TDD number for the HUD Counseling Agency is 1-800-877-8339.

Please do not send medical information. As required by law, we are prohibited from obtaining or using medical information (e.g., diagnosis, treatment or prognosis) in connection with your eligibility or continued eligibility for credit. We will not use it when evaluating your request and it will not be retained.

5:06 (037)
Enclosure

RECEIVED
2011 MAR 28 P 5: 05
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

04_.06 on ea dollar

USBC    ED CA PROOF OF SERVICE
09-23690-B-13J
ADEQUATE PROTECTION



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHALEDEEAMMLA DEBORAH,

      Plaintiff,

  v.

PEOPLE OF THE STATE et al,

      Defendant.

_____/

Case Number: CV13-02728 DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2013, I SERVED a true and correct copy(ies) of the Order to Submit Completed IFP Application, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Chaledeeanka Deborah Ann Williams Goye Eberwein
25 Amberwood Lane, Bldg 2
Walnut Creek, CA 94597

Dated: June 20, 2013

                         Richard W. Wieking, Clerk

                         By: Ivy Garcia, Deputy Clerk

NO. DIST. OF CA.
CLERK, US DISTRICT COURT
SUSAN Y. SOONG

2011 MAR 28 P 5: 05

RECEIVED

1    We have learned that the only answering defendant, added pursuant to the filing of a

2    Prejudgment Claim of Right to Possession, 3109 KING STREET PROPERTY MANAGEMENT,

3    CHALEDEEANNKA DEBORAH ANN WILLIAMS-GOYENS BELL EBERWEIN

4    (collectively, "Eberwein"),[1] is a vexatious litigant having no rights in the Premises, who has filed

5    this claim without first obtaining leave of the Presiding Judge of this Court. Eberwein's violation

6    of the Prefiling Order entered on April 30, 2007 in Alameda County Superior Court Consolidated

7    Cases Nos. BG05-244910 and RG07-312218 is punishable as a contempt of court and warrants

8    the sustaining of plaintiff's demurrer without leave to amend.

9    II.    LEGAL ARGUMENT

10    A.    Eberwein's Answer States No Facts Demonstrating Any Agreements With Landlord Or
          Tenant Regarding the Premises And Cannot Make Any Claims Through The Defaulted

11    Tenant.

12    The Answer contains no facts or information that support the allegations in the boxes

13    checked in the form answer. The Complaint makes it clear that the lease was with Michelle

14    O'Connor, as tenant, so there is no agreement with Landlord that would support a right to

15    possession. Neither are there any facts in the Answer that support an agreement with the Tenant.

16    Tenant *Michelle O'Connor has defaulted* in this action and can no longer appear and defend this

17    action, so that *Eberwein's claim to a right to possession through Michelle O'Connor, as a*

18    *successor in interest in some manner, cannot be asserted in this action.* Consequently,

19    Eberwein cannot allege any basis for a right to possession and the demurrer must be sustained

20    without leave to amend.

21    B.    Eberwein's Answer Violates The Prefiling Order Against Her As A Vexatious Litigant

22    And Is Punishable As A Contempt of Court.

23

24    Eberwein has been determined to be a vexatious litigant pursuant to Code of Civil Procedure

25    section 391 and a Prefiling Order has been entered against her. (See Supplemental Request for

26

27

28    ---
      [1] Neither the Prejudgment Claim nor the Answer were served on this office by Eberwein.

1    <u>Post-petition Postmark on Notice</u>:

2        At the hearing, Plaintiff also asserted the post-petition mailing of the Notice was a violation of the

3    automatic stay. The parties do not dispute that the postmark date on the envelope for the Notice is December

4    29, 2011. However, there are no facts alleged that the Defendants had notice of Plaintiff's bankruptcy filing at

5    the time the Notice was deposited into the mail. Plaintiff filed her petition at 4:13 p.m. on December 28, 2011.

6    At approximately 6 p.m., Plaintiff delivered to Mr. Pilgrim's place of business a letter dated December 28,

7    2011 stating that "as of today I will be in active bankruptcy." The letter did not contain a copy of the petition

8    or a reference to a case number. It is unclear whether the Notice was deposited in the mail prior to the delivery

9    of Plaintiff's letter. Simply put, the substantially contemporaneous mailing of a Notice posted pre-petition is

10   insufficient to establish a knowing and willful violation of the automatic stay.

11   <u>Additional Allegations</u>:

12       Plaintiff's statement references phone calls and statements purportedly made by Defendants after they

13   received notice of the bankruptcy. However, no facts are provided as to when and where such statements were

14   made. Further, they contradict Plaintiff's deposition testimony that after December 28, 2011 she never had

15   any telephone contact with Ron Pilgrim. Plaintiff was requested to identify those facts supporting her claims

16   for violation of the automatic stay. General statements without essential information regarding when the

17   statements were made, particularly where contradicted by Plaintiff's testimony, are not sufficient to establish a

18   claim.

19   **Conclusion:**

20       At the request of the Court, Plaintiff filed a statement identifying facts supporting her claim that

21   Defendants knowingly and willfully violated the automatic stay. The facts asserted are insufficient to establish

22   a knowing and willful violation of the automatic stay pursuant to Bankruptcy Code § 362(k). As such, the

23   court finds that it would be unduly burdensome to Defendants and a waste of judicial resources to proceed to

24   trial on claims for which there is no factual support. On that basis, Plaintiff's remaining claims will be

25   dismissed by order of the court entered contemporaneously herewith.

26                              **END OF ORDER**

3

PMB 426646
SF CA 94140

1

2

3

4

5

6       U.S. ~~District~~ COURT OF THE STATE OF CALIFORNIA

7           FOR THE COUNTY OF SACRAMENTO, S.F. ETAL

8

9

10

11   ,                              )

12             Plaintiff,           )    Decline U.S.

13        vs.                       )    Magistrate

14   ,                              )

15                                  )

16             Defendant            )

17   The ~~text~~ of your document begins here.

18

19

20   DATED: March 1, 2017

21                                         _Your signature_

22

23        NO. DIST. OF CA.
          CLERK, US DISTRICT COURT
          SUSAN Y. SOONG

24        2017 MAR 28 P 5:05

25

26   RECEIVED

27

28

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/**15 of 63**ered 04/13/17 15:49:45    Main Document
Case 3:16-cv-03219-VC    Doc**Pgd-4 0862**Filed 06/21/16    Page 1 of 1

*ALAMEDA SUPERIOR COU ,*

<div style="text-align:left">United States District Court<br>Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3109 KING ST PROPERTY MANAGEMENT, et al., | Case No. 16-cv-03219-LB |
| Plaintiffs, | |
| v. | **ORDER** |
| VASONA MANAGEMENT, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable **Vince Chhabria** in the **San Francisco** division for all further proceedings. Counsel are instructed that all future filings shall bear the initials **VC** immediately after the case number.

All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

Dated: 6/21/2016

FOR THE EXCUTIVE COMMITTEE

*Susan Y. Soong*

Susan Y. Soong
Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

Copy mailed to party(s).

```
1   ROUTH CRABTREE OLSEN, PS
    EDWARD T. WEBER, ESQUIRE, #194963
2   JONATHAN J. DAMEN, ESQUIRE, #251869
    KRISTI M. WELLS, ESQUIRE, #276865
3   KRISTIN S. WEBB, ESQUIRE, #258476
    RENEE M. PARKER, ESQUIRE, #256851
4   NANCY LY, ESQUIRE # 272035
    1241 E. Dyer Road, Suite 250
5   Santa Ana, CA 92705
    714-277-4915 / Fax (714) 277-4899
6   RCO# 68415

7   Attorney for Creditor
    WELLS FARGO BANK, N.A., AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT
8   RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
    2005-1
9

10           UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
11                     SACRAMENTO

12  In Re:                                     No. 13-23376-B-11
    Fedelina Roybal De-Aguero aka 2008 Trust 394717-
13  388883 a/o Trustor  aka Caspar Inn 1-10 aka Kelly Store   Chapter 11
    aka The Caspar Lounge aka Miller aka Fedelinas
14                                             REQUEST FOR SPECIAL NOTICE

15  Debtor.

16  TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE
    TRUSTEE, AND TO ALL PARTIES IN INTEREST.
17
18          PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, WELLS
    FARGO BANK, N.A., AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
19  IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1 requests that
    all notice given in this case and all papers served or required to be served in this case (including, but not limited to,
20  Notice for Meeting of Creditors, Chapter 11 Plan and Schedules and any amended Chapter 11 Plan and Schedules,
21  Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and
    telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept
22  service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be
23  accorded under local and federal rules.

24          Edward Weber
            Routh Crabtree Olsen, PS
25          1241 E. Dyer Road, Suite 250
            Santa Ana, CA 92705
26          PH 714-277-4915

    Dated: April 2, 2013               Routh Crabtree Olsen PS
                                       By: /s/ Edward Weber
                                           Attorneys for Creditor
```

1

aka CHALEDEEANNKA DOC PRPR,
aka CHALEDEEANNKA DOCUMENT
     PREPARER GOYENS,
aka CHALEDEEANNKA GOYENS,
aka DEBORAH A. WILLIAMS,
aka DEBORAH ANN WILLIAMS,
aka DEE ANN GOYENS,
aka DEE ANN WILLIAMS-GOYENS,
aka FRED GOVENS,
aka FREDDIE GOYENS,
aka FREDDIE GOYENS, JR.,
aka GARLAND TYLER,
aka LIONS JUDAH SPIRITUAL WARFARE
     TRAINING MINISTRY,
aka O'LEVIA DE'AGAPE-D GOYENS,
aka O'LEVIA DE'-AGAGE-D'GOYENS,
aka O'LEVIA DEL-AGAPE GOYENS,
aka OLEVIA GOYENS,
aka ROBERT DANIEL EBERWEIN,
aka MICHELLE O'CONNOR,
aka PAUL CHRISTENSEN,
aka LISA SWAIN-MORRIS,
aka TRUSTOR FOR LEHMAN BROTHERS
     HOLDINGS,
aka PROPERTY ASSET MANAGERS,
aka 3109 KING ST. PROPERTY MGMT.,
aka C D A W G-B EBERWEIN ST.
     PROPERTY MANAGEMENT,
dba, VACA CITY TOW,

and

FEDELINA ROYBAL-ROYBAL DE AGUERO, and
FEDELINA ROYBAL DE-AGUERO 2008 TRUST,

            Defendants.

------------------------------------------------------------------x

CP10.5

| Plaintiff: | | |
|---|---|---|
| Defendant; | BAUTISTA OTTOVICH | CASE NUMBER: RG16804977 |

11.  If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12.  I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13.  Rental agreement. I have *(check all that apply to you)*:

    a. ☐ an oral or written rental agreement with the landlord.

    b. ☐ an oral or written rental agreement with a person other than the landlord.

    c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.

    d. ☒ other *(explain)*:
    I purchased the property evidenced by documents on file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: 6 October 2016

Harvey Ottovich
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

---

Docket #3366  Date Filed: 4/5/2013

Hearing Date: April 11, 2013 at 10:00am

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OBJECTION
TO DEBTORS' MOTION FOR A DETERMINATION THAT
(I) GMAC MORTGAGE'S INDEPENDENT FORECLOSURE
REVIEW OBLIGATION IS A GENERAL UNSECURED CLAIM
AND (II) THE AUTOMATIC STAY PREVENTS ENFORCEMENT
OF THE INDEPENDENT FORECLOSURE REVIEW OBLIGATION

1212020130405000000000010

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/20 of 63tered 04/13/17 15:49:45    Main Document
Pg 19 of 62

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 2 of 21

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................................... ii

PRELIMINARY STATEMENT ............................................................................................ 1

SUPPLEMENTAL ARGUMENT......................................................................................... 2

     A.    Any Remediation or Reimbursement Payments Under the Board's
            Injunctive Consent Order Are Not General Unsecured Claims ............................ 2

     B.    The Precedent Cited By the Unsecured Creditors Committee Does Not
            Support A Conclusion That There Is A "Claim" .................................................... 5

     C.    Any Remediation or Reimbursement Payments to Borrowers Cannot
            Permissibly Disconnected from GMACM's Other Remedial Obligations
            Under the Consent Order .......................................................................................... 8

     D.    Concluding that Any Remediation or Reimbursement Payments Are
            "Claims" Would Contravene Section 8(i)(1)........................................................ 11

     E.    Even if GMACM's Injunctive Obligations Are "Claims," They Are Not
            General Unsecured Claims and Should Be Afforded Administrative
            Priority .................................................................................................................... 13

     F.    AFI's Liability ......................................................................................................... 15

CONCLUSION................................................................................................................ 16

EXHIBIT A:  Consent Order
EXHIBIT B:  Remediation Framework Frequently Asked Questions
EXHIBIT C:  Supplemental Agreement

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/21 of 63 Entered 04/13/17 15:49:45    Main Document
Pg 20 of 62

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 3 of 21

## TABLE OF AUTHORITIES

Cases

Caires v. JPMorgan Chase Bank, N.A.,
  880 F.Supp. 2d 288 (D. Conn. 2012)...................................................................... 3

Desouza v. Wells Fargo Bank, N.A.,
  2013 U.S. Dist. LEXIS 30551 (E.D. M.I. 2013).......................................................... 2

Falls Riverway Realty, Inc. v. City of Niagara Falls,
  754 F.3d 49 (2nd Cir. 1985)................................................................................. 3

Fellows v. CitiMortgage, Inc.,
  710 F.Supp. 2d 385 (S.D. N.Y. 2011)...................................................................... 3

In re Conner Corp.,
  127 B.R. 775 (E.D. N.C. 1991)........................................................................... 2, 3

In re Firstcorp, Inc.,
  129 B.R. 450 (E.D. N.C. 1991), aff'd, Carlton v. Firstcorp, Inc.,
  967 F.3d 942 (4th Cir. 1992) ............................................................................. 13

In re Grand Spaulding Dodge, Inc.,
  5 B.R. 481 (N.D. Ill. 1980) ............................................................................... 15

Morgan Olson, LLC v. Frederico (In re Grumman Olson Indus.),
  467 B.R. 697 (S.D.N.Y. 2012)........................................................................... 4, 5

In re Lear Corp.,
  2012 Bankr. LEXIS 440 (Bankr. S.D. N.Y. 2012) ................................................. 14

Lemelle v. Universal MFG Corp.,
  18. F.3d 1268 (5th Cir. 1994) ............................................................................. 5

Maniolos v. United States,
  741 F.Supp. 2d 555 (S.D.N.Y. 2010)..................................................................... 3

Mark IV Indus. v. N.M. Envtl. Dep't (In re Mark IV Indus.),
  428 B.R. 460 (Bankr. S.D.N.Y. 2010) ................................................................... 9

NLRB v. Walsh (In re Palau Corp.),
  18 F.3d 746 (9th Cir. 1994) .......................................................................... 5, 6, 14

12-12020-mg   Doc 10391-5   Filed 05/17/17   Entered 05/17/17 09:30:04   Exh.E   Pg
12-12020-mg   Doc 10358   Filed 04/07/22 of 63 tered 04/13/17 15:49:45   Main Document
Pg 21 of 62

12-12020-mg   Doc 3366   Filed 04/05/13   Entered 04/05/13 16:55:25   Main Document
Pg 4 of 21

## TABLE OF AUTHORITIES
### (cont.)

O'Loghlin v. County of Orange.,
   229 F.3d 871 (9th Cir. 2000) ............................................................................... 14

Ohio v. Kovacs,
   469 U.S. 274 (1985).......................................................................................... 10

Patterson v. Newspaper & Mail Deliverers' Union,
   138 B.R. 149 (S.D. N.Y. 1992)......................................................................... 9, 10

Patterson v. Newspaper & Mail Deliverers' Union,
   384 F. Supp. 585, 591 (S.D.N.Y. 1974)................................................................. 9

Patterson v. Newspaper & Mail Deliverers' Union,
   514 F.2d 767, 773 (2nd Cir. 1975)....................................................................... 10

Penn Terra Ltd. v. Dept. of Environmental Resources,
   733 F.2d 267 (3rd Cir. 1984) ............................................................................... 10

Rivera v. Bank of America Home Loans,
   2011 U.S. Dist. LEXIS 43138 (E.D. N.Y. 2011)................................................... 2, 3

Speleos v. BAC Home Loans Servicing, L.P.,
   755 F.Supp. 2d 304 (D. Mass. 2010) ...................................................................... 3

United States v. LTV Corp., (In re Chateaugay Corp.),
   944 F.2d 997 (2nd Cir. 1991)............................................................................. 5, 14

United States v. Price,
   688 F.2d 204 (3rd Cir. 1982) ................................................................................. 9

**Statutes**

11 U.S.C. § 101(5) ................................................................................................. 1

12 U.S.C. § 1818................................................................................................... 1

12 U.S.C. § 1818(b) ............................................................................................ 9, 14

12 U.S.C. § 1818(c) ............................................................................................. 14

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/23 of 63 Entered 04/13/17 15:49:45    Main Document
Pg 22 of 62

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 5 of 21

## TABLE OF AUTHORITIES
### (cont.)

12 U.S.C. § 1818(e) ................................................................................................ 14

12 U.S.C. § 1818(i)(1) ............................................................................................ 11

12 U.S.C. § 1818(i)(2)(C) ....................................................................................... 14

29 U.S.C. § 160-161 ................................................................................................. 7

**Regulations**

12 C.F.R. § 263.5 (effective Nov. 16, 2012) ............................................................ 6

29 C.F.R. § 101.1-101.16 & 102.9-102.19 ............................................................. 6

**Other Authorities**

Restatement (Second) of Contracts § 313 ................................................................ 3

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/17  of 63tered 04/13/17 15:49:45    Main Document
Pg 23 of 62

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 6 of 21

The Board of Governors submits this supplemental brief (the "**Supplemental Brief**") in support of its objection (the "**Objection**") [Docket No. 3149] to the February 27, 2013 Motion of Residential Capital, LLC ("**ResCap**") and its affiliated debtors in possession in the above-captioned cases, including GMAC Mortgage, LLC ("**GMACM**") [Docket No. 3055].[1] In support hereof, the Board respectfully states as follows:

## PRELIMINARY STATEMENT

1.      The Board submits this Supplemental Brief, at the request of the Court, to address the following questions:  "[One,] [a]re any payments for restitution or reimbursement general unsecured claims?[2] ... And two, would Ally Financial be liable for any shortfall in restitution or reimbursement payments if they are general unsecured claims and the pro rata share paid to unsecured creditors [is] less than the full amount?" March 21, 2013 Hr'g Tr. (the "**Hr'g Tr.**") 98:6-12.[3] We also address the Court's related questions of whether there is anything in the Consent Order that would "override the priorities of the Bankruptcy Code," and whether restitution under section 8 of the Federal Deposit Insurance Act, as amended (the "**FDI Act**"), 12 U.S.C. § 1818 ("**section 8**"), the statutory framework governing the Board's enforcement authority, "means payment in full even if bankruptcy law would determine that it's a general unsecured claim that's paid pro rata[.]"  Hr'g Tr. 79:15-17 and 81:17-20.

---

[1]  Undefined capitalized terms in this Supplemental Brief have the meaning set forth in the Motion and Objection.
[2]  Because the Consent Order speaks in terms of remediation and reimbursement, see Exhibit A ¶ 3(d), we hereinafter use the terminology of the Consent Order.
[3]  As the Court's questions are limited to *payments*, this Supplemental Brief does not address remediation not involving payments, such as correcting a misfiled property deed, but note that the plain language of section 101(5) of the Bankruptcy Code, 11 U.S.C. § 101(5), clearly does not contemplate injunctive obligations that do not involve a "right to payment." We also do not address whether the Board is a "creditor" with respect to any remediation or reimbursement payments, since the Board clearly has no right to (an in fact will not) receive any such payments.

- 1 -

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/25 of 63ered 04/13/17 15:49:45    Main Document
Pg 24 of 62

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 7 of 21

## SUPPLEMENTAL ARGUMENT

**A.    Any Remediation or Reimbursement Payments Under the Board's Injunctive Consent Order Are Not General Unsecured Claims**

2.       There is nothing in the Consent Order or section 8 of the FDI Act that could

reasonably be construed to afford any third party the authority to enforce the injunctive

obligations owed to the Board – in other words, any "right to payment" – under the Consent

Order.  In fact, paragraph 30 of the Consent Order unambiguously precludes third parties from

having any rights or claims under the Consent Order, which would include any perceived right to

remediation or reimbursement payments as part of the Independent Foreclosure Review; it reads,

"[n]othing in this Order, express or implied, shall give to any person or entity, other than the

parties hereto, and their successors hereunder, any benefit or any legal or equitable right, remedy,

or claim under this Order."  Exhibit A ¶ 30 (Consent Order).  Simply put, borrowers who may

receive remediation or reimbursement payments under the Consent Order have no "right to

payment" that they may enforce.

3.       Similarly, although borrowers will no doubt benefit from GMACM's fulfillment

of its obligations under the Consent Order, such borrowers do not have a "claim" here premised

on their beneficiary status.  Paragraph 30 plainly negates *any* claim – even one premised on a

contractual third-party beneficiary theory.  The Consent Order is not a contract,[4] but even if it

were, federal common law would look to the same considerations as the Restatement of

Contracts in determining whether a third party is a beneficiary who may enforce the contract.

See Rivera v. Bank of America Home Loans, 2011 U.S. Dist. LEXIS 43138, *11-*12 (E.D. N.Y.

---

[4] The Consent Order is not the "contract" that is required to sustain a third-party beneficiary theory.  Rather, it is a regulatory enforcement action that is enforceable by the Board pursuant to statute, not as a matter of contract law.  See, e.g., In re Conner Corp., 127 B.R. 775 (E.D. N.C. 1991) (an agreement to comply with a federal banking agency's regulatory requirements does not constitute a contract that supported a "claim" based on a third-party beneficiary theory); Desouza v. Wells Fargo Bank, N.A., 2013 U.S. Dist. LEXIS 30551, *9-*11 (E.D. M.I. 2013) (neither the National Mortgage Settlement consent decree nor the independent foreclosure review request for review form constitutes a valid contract).

- 2 -

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/26 of 63ered 04/13/17 15:49:45    Main Document
Pg 25 of 62 .

12-12020-mg    Doc 3366    Filed 04/05/13    Entered 04/05/13 16:55:25    Main Document
Pg 8 of 21

2011) (citing <u>Maniolos v. United States</u>, 741 F.Supp. 2d 555 (S.D.N.Y. 2010)); <u>Caires v.</u>

<u>JPMorgan Chase Bank, N.A.</u>, 880 F.Supp. 2d 288, 301-302 (D. Conn. 2012) (citing <u>Falls</u>

<u>Riverway Realty, Inc. v. City of Niagara Falls</u>, 754 F.3d 49, 55 n. 4 (2nd Cir. 1985)); <u>In re</u>

<u>Conner Corp.</u>, 127 B.R. 775, 777 (E.D. N.C. 1991). Under the Restatement, "a [person]

claiming to be the intended third party beneficiary of a government contract must show that he

was 'intended to benefit from the contract and that third-party beneficiary claims are consistent

with the terms of the contract and the policy underlying it.'" <u>Riviera</u>, 2011 U.S. Dist. LEXIS at

*14 (quoting <u>Speleos v. BAC Home Loans Servicing, L.P.</u>, 755 F.Supp. 2d 304 (D. Mass.

2010)). The Restatement treats individual members of the public as incidental beneficiaries of a

government contract unless a different intention is manifested, and incidental beneficiaries

cannot enforce a contract. <u>See id.</u> at *12-*13 (quoting Restatement (Second) of Contracts § 313

cmt. a.). Even where there is manifested an intent to benefit, negating language such as that in

paragraph 30 precludes third party beneficiaries from enforcing a government contract. <u>See e.g.</u>,

<u>Fellows v. CitiMortgage, Inc.</u>, 710 F.Supp. 2d 385, 406 (S.D. N.Y. 2011); <u>Riviera</u>, 2011 U.S.

Dist. LEXIS at *12.

    4.    Borrowers who may receive remediation or reimbursement payments under the

Consent Order are at best incidental beneficiaries, since no intent to treat them as anything more

was manifested by the parties to the Consent Order. Rather, the parties unambiguously

evidenced their intent to <u>not</u> give to any third party any benefit under the Consent Order.

Paragraph 30 precludes any third party, even if an intended beneficiary, from enforcing the

Consent Order.

    5.    In sum, borrowers who may benefit from GMACM's injunctive obligations to the

Board – obligations that may result in remediation or reimbursement payments – are no



# Ocwen Loan Servicing, LLC

WWW.OCWEN.COM

*Helping Homeowners is What We Do!* ᴸᴸᴬ

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936



11/01/2016  Loan Number: 7092019350

Harvey G Ottovich
Randy S Ottovich
36224 Pecan Ct
Fremont, CA 94536-2658

Property Address: 37231 Mission Blvd
Fremont, CA 94536

## Re: Delinquency Information

Dear  Harvey G Ottovich
Randy S Ottovich

We are providing the information in this notice because, as of the date of this letter, the above account is delinquent.

## **DELINQUENCY NOTICE**

**You are late on your mortgage payments**. As of 11/01/16, you are 1461 days delinquent on your mortgage loan. Your account first became delinquent on 11/02/12. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.

*Recent Account History*
* Payment due 11/01/16: UNPAID AMOUNT OF $2695.66
* Payment due 10/01/16: UNPAID AMOUNT OF $2695.66
* Payment due 09/01/16: UNPAID AMOUNT OF $2695.66
* Payment due 08/01/16: UNPAID AMOUNT OF $2695.66
* Payment due 07/01/16: UNPAID AMOUNT OF $2695.66
* Payment due 06/01/16: UNPAID AMOUNT OF $2695.66

* **Total: $118603.52. You must pay this amount to bring your loan current.** <u>Please note that the Total Amount Due includes your next regular monthly payment</u>.
  This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.

Your account has been referred to an attorney to foreclose. The first step in this process, the first filing, was completed.

**If You Are Experiencing Financial Difficulty:** If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

NMLS # 1852                                                                                      MADNREM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF ALAMEDA

| Date: | October 25, 2016 | Hon. | Judge KEVIN MURPHY , Presiding Judge | Yasmin Singh<br>Not Reported | DEPT. 01<br>, Deputy Clerk<br>, Reporter |
|---|---|---|---|---|---|

CHALEDEEANNKA DEBORAH ANN ILLIAMS GOYENS-BELL
EBERWEIN
ROBERT EBERWEIN

                                                    Counsel appearing
                                                    for Plaintiff

                          Petitioner

VS                                                  No Appearance

                                                    Counsel appearing
                                                    for Defendant

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
HON. Kimberly Coldwell and Thomas Rasch

THIRD PARTY IN INTEREST: Lorenzo Commons, LLC

                          Respondent

                                                    No Appearance

| NATURE OF PROCEEDINGS: | RULING RE:<br>PETITION FOR WRIT OF<br>MANADATE | Action No: 3191<br>Trial Court : HG16819912<br>WRIT CASE: RG16836180 |
|---|---|---|

Petitioner Eberwein's petition for writ is denied.  Request for stay is also denied.

RECEIVED
2011 APR -5 P 6: 01
SUSAN Y. SOONG
CLERK,U.S DISTRICT COURT
NO. DIST. OF CA.

Copies of this minute order mailed this date: October 25, 2016

CHALEDEEANNKA
DEBORAH ANN ILLIAMS
GOYENS-BELL EBERWEIN
(in proper)
ROBERT EBERWEIN (in
proper)
PMB 426666
SAN FRANCISCO, CA
94142

TODD ROTHBARD, ESQ
100 SARATOGA AVE.,
SUITE #200
SANTA CLARA, CA 95051

ALAMEDA COUNTY
SUPERIOR COURT
1225 FALLON STREET
2ND FLOOR EXEC. OFFICE
OAKLAND, CA 94612

PETITIONER'S ATTORNEY                    RESPONDENT'S ATTORNEY

*14510408*

1  TODD ROTHBARD #67351
   STEVE NAUMCHIK #208985
2  RYAN MAYBERRY #232622
   SELVEN ANDERSON #282976
3  LAW OFFICE OF TODD ROTHBARD
   100 Saratoga Avenue, Suite #200
4  Santa Clara, CA. 95051
   Tel: (408) 244-4200
5  Fax: (408) 244-4267
   Attorneys for Plaintiff
6

FILED
ALAMEDA COUNTY

SEP 1 9 2016

By _____

7         SUPERIOR COURT – SAN LEANDRO-HAYWARD JUDICIAL DISTRICT
                    LIMITED CIVIL JURISDICTION
8              COUNTY OF ALAMEDA, STATE OF CALIFORNIA

9
   LORENZO COMMONS, LLC,
10                          Plaintiff,              No. HG16819912

11              vs.                                 JUDGMENT
   ROBERT EBERWEIN aka ROBERT D.
12 EBERWEIN, DOES I through V, inclusive

13                          Defendant

14

15         This matter having come on regularly before the Court for trial on September

16 19, 2016 and the Court having heard and considered the evidence,

17

18         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff

19 LORENZO COMMONS, LLC have and recover from defendant ROBERT EBERWEIN

20 aka ROBERT D. EBERWEIN restitution of possession of the premises located at

21 16201 Hesperian Boulevard, Unit #127, San Leandro, California 94580, together with

22 rent and damages in the total sum of $6,625.73 and costs of $335.00, total of

23 $6,960.73.

24

25

26 DATED: _9/19/16_ _____
27                                  JUDGE/COMMISSIONER OF THE COURT

28

                              Kimberly Colwell

MC-701

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Harvey Ottovich, owner, trustee. 15601 Washington Avenue, San Lorenzo, CA 94580 | |

TELEPHONE NO.: 510-7899234          FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR *(Name):* In Propria Persona

[ ] COURT OF APPEAL,          APPELLATE DISTRICT, DIVISION
[✓] SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 AMADOR STREET
MAILING ADDRESS: 24405 AMADOR STREET
CITY AND ZIP CODE: Hayward 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE

PLAINTIFF/ PETITIONER: Harvey Ottovich, owner, trustee.
DEFENDANT/ RESPONDENT: Leo F. Bautista
OTHER:

### REQUEST TO FILE
### NEW LITIGATION BY VEXATIOUS LITIGANT

Type of case: [✓] Limited Civil    [ ] Unlimited Civil    [ ] Small Claims
[ ] Family Law    [ ] Probate    [ ] Other

CASE NUMBER:
RG16804977

1. I have been determined to be a vexatious litigant and must obtain prior court approval to file any new litigation in which I am not represented by an attorney. Filing new litigation means (1) commencing any civil action or proceeding, or (2) filing any petition, application, or motion (except a discovery motion) under the Family or Probate Code.

2. I have attached to this request a copy of the document to be filed and I request approval from the presiding justice or presiding judge of the above court to file this document *(name of document):*

3. The new filing has merit because *(Provide a brief summary of the facts on which your claim is based; the harm you believe you have suffered or will suffer; and the remedy or resolution you are seeking):*

4. The new filing is not being filed to harass or to cause a delay because *(give reasons):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/07/2016

Harvey Ottovich
_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

RECEIVED
2017 APR -5 P 4: 09
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Form Approved for Optional Use
Judicial Council of California
MC-701 [Rev. January 1, 2013]

### REQUEST TO FILE
### NEW LITIGATION BY VEXATIOUS LITIGANT

Page 1 of 1
Code of Civil Procedure, § 391.7
www.courts.ca.gov

CIVIL COVER SHEET    (5) 16-6530 CW

JS 44 (Rev. 07-16)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverified Complaint]
HG16819912

**(b)** County of Residence of First Listed Plaintiff   Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Todd Rothbard Attorney
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

## DEFENDANTS

Robert D Eberwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

County of Residence of First Listed Defendant   Suffolk (securities litigation)
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
{this isbecause my rents, employment mortgagesm taxes, being slaYED BY usbcsdsny 12-12020 ET AL pOC 294-31'3 FRBOG] pmb 426666, S.F., ca 94142-6666

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☒ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq

Brief description of cause:
Whis;ableower retaliation for Attorney's [banks as attorneys for RMBS] filing in wrong court and seizing property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE: LAURA bEELER

DOCKET NUMBER 16-cv-3219, 16-cv-3212

DATE
08/05/2016

SIGNATURE OF ATTORNEY OF RECORD
REberwein

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/32 of 63tered 04/13/17 15:49:45    Main Document
Pg 31 of 62
Case 3:16-cv-04588-EMC    Document 7-3    Filed 09/11/16    Page 8 of 62
Case 3:16-c..-03219-VC   Document 26   Filed 08-..16   Page 3 of 29

**JS 44** (Rev. 07/16)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverified Complaint]
HG16819912

### DEFENDANTS

Robert D Ewdenwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

**(b)** County of Residence of First Listed Plaintiff    Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Suffolk {securities litigation
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Todd Rothbard Attorney
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

Attorneys *(If Known)*
(this isbbcause my rents, employment mortgagesm taxes, being staYED BY usbcsdsny 12-12020 ET AL pOC 294-31'3 FRBOG]
pmb 426666, S.F., ca 94142-6666

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq. We filed better paperwork and TrACEY Merdado mde a DEAL WITH kcc MLLC
Brief description of cause:
Whisatebblower retaliation for Attorney's [banks as attorneys for RMBS] filing in wrong court and seizing property

### VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE L. BEELER

DOCKET NUMBER 16-cv-3219, 16-cv-3212

DATE
08/05/2016

SIGNATURE OF ATTORNEY OF RECORD
CHaledeeaqnnka Deborah Ann Williams Goyens-Bell Eberwein /s/

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

3

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

8

The JS 44civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverifed Complaint]
HG16819912

**(b)** County of Residence of First Listed Plaintiff: Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Todd Rothbard Attorney
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

**DEFENDANTS**
Robert D EWberwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

County of Residence of First Listed Defendant: Sulfok (securities litigation
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
(this isbecause my rents, employment mortgagesm taxes, being staYED BY usbcsdsny 12-12020 ET AL pOC 294-31`3 FRBOG]
pmb 426666, S.F., ca 94142-6666

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☒ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq
Brief description of cause:
Whisateblower retaliation for Attorney's [banks as attomeys for RMBS] filing in wrong court and seizing property

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE LAURA bEELER
DOCKET NUMBER 16-cv-3219, 16-cv-3212

DATE 08/05/2016 08/23/2016
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP /S/ JUDGE ____ MAG. JUDGE /S/

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/34 of 63Entered 04/13/17 15:49:45    Main Document
Pg 33 of 62
Case 3:16-cv-04288-EMC    Document 7-3    Filed 08/11/26    Page 10 of 62
Case 3:16-cv-03219-VC    Document 26    Filed 08/10/16    Page 5 of 29

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverified Complaint]
HG16819912

**(b)** County of Residence of First Listed Plaintiff    Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Rothbard Attorney *(Firm Name, Address, and Telephone Number)*
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

## DEFENDANTS
Robert D Eberwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

County of Residence of First Listed Defendant    Suffolk [securities litigation
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
[this isbecause of all rents, employment mortgagesm taxes, being staYED BY usbcsdsny 12-12020 ET AL pOC 294-31`3 FRBOG]
pmb 426666, S.F., ca 94142-6666

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq
Brief description of cause:
Whisaleblower retaliation for Attorney's [banks as attorneys for RMBS] filing in wrong court and seizing property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  LAURA bEELER    DOCKET NUMBER 16-cv-3219, 16-cv-3212

DATE  08/05/2016    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/17  Entered 04/13/17 15:49:45    Main Document
Pg 34 of 62

Case 3:16-cv-03588-EMC    Document 7-3    Filed 08/17/16    Page 11 of 62
Case 3:16-cv-03219-VC    Document 26    Filed 08/05/16    Page 6 of 29

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverified Complaint]
HG16819912

**DEFENDANTS**

Robert D Ewberwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

**(b)** County of Residence of First Listed Plaintiff    Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Suffok (securities litigation
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

Attorneys *(If Known)*
(this issbecause my rents, employment mortgagesm taxes, being staYED BY usbcsdsny 12-12020 ET AL pOC 294-31'3 FRBOG]
pmb 426666, S.F., ca 94142-6666

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* | | | | |
|---|---|---|---|---|---|---|
| | | *(For Diversity Cases Only)* and One Box for Defendant) | | | | |
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* | | PTF  DEF | | PTF  DEF | |
| | | Citizen of This State | ☒ 1  ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4  ☐ 4 | |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* | Citizen of Another State | ☐ 2  ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5  ☒ 5 | |
| | | Citizen or Subject of a Foreign Country | ☐ 3  ☐ 3 | Foreign Nation | ☐ 6  ☐ 6 | |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☒ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq
Brief description of cause:
Whisateblower retaliation for Attorney's [banks as attorneys for RMBS] filing in wrong court and seizing property

**VII. REQUESTED IN COMPLAINT:**    ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $    CHECK YES only if demanded in complaint:    JURY DEMAND:    ☒ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE  LAURA bEELER    DOCKET NUMBER  16-cv-3219, 16-cv-3212

DATE  08/05/203 23/2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

JS 44 (Rev. 07/16) 6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** 11
Vasona Management dba Lorenzo Commons LLC, [Todd Rothbard Attorney unverifed Complaint]
HG16819912

**DEFENDANTS**
Robert D Ewberwein, Robert Eberwein dba 3109 King St Property Management, Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein, Does

(b) County of Residence of First Listed Plaintiff: Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Sulfok (securities litigation
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Todd Rothbard Attorney
N/C Vasona Management dba Lorenzo Commons LLC
16201 Hesperian Blvd Office

Attorneys *(If Known)*
{this isbecause my rents, employment mortgagesm taxes, being staYED BY usbcsdsny 12-12020 ET AL pOC 294-31'3 FRBOG]
pmb 426666, S.F., ca 94142-6666

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☒ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 157, 1330-1336, et seq
Brief description of cause:
Whisateblower retaliation for Attomey's [banks as attomeys for RMBS] filing in wrong court and seizing property

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE LAURA bEELER DOCKET NUMBER 16-cv-3219, 16-cv-3212

DATE 08/05/2016 08/23/2016
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP /S/ JUDGE MAG. JUDGE /S/

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and
correct copies of the original
on file in this office

ATTEST: AUG 2 6 2016

CLERK OF THE SUPERIOR COURT

By

Deputy

1

VERIFICATION

2       I, Harvey Ottovich, have read the above ~~RESPONSE~~ ~~TO SHOW CAUSE~~

3  and know its contents. The matters stated in the foregoing document are true of my own

4  knowledge, except as to those matters that are stated on information and belief, and as to those

5  matters I believe them to be true.

6       I declare under penalty of perjury under the laws of the State of California that the

7  foregoing is true and correct and that this Declaration is executed on the _14TH_ day of

8  Nov, .2016.

9

10  _____

11                    Harvey Ottovich

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12

RESPONSE TO ORDER TO SHOW CAUSE

<div style="writing-mode: vertical">UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d Fl.)
Oakland, CA. 94612</div>

<u>Post-petition Postmark on Notice</u>:

1
2      At the hearing, Plaintiff also asserted the post-petition mailing of the Notice was a violation of the

3    automatic stay. The parties do not dispute that the postmark date on the envelope for the Notice is December

4    29, 2011. However, there are no facts alleged that the Defendants had notice of Plaintiff's bankruptcy filing at

5    the time the Notice was deposited into the mail. Plaintiff filed her petition at 4:13 p.m. on December 28, 2011.

6    At approximately 6 p.m., Plaintiff delivered to Mr. Pilgrim's place of business a letter dated December 28,

7    2011 stating that "as of today I will be in active bankruptcy." The letter did not contain a copy of the petition

8    or a reference to a case number. It is unclear whether the Notice was deposited in the mail prior to the delivery

9    of Plaintiff's letter. Simply put, the substantially contemporaneous mailing of a Notice posted pre-petition is

10    insufficient to establish a knowing and willful violation of the automatic stay.

11      <u>Additional Allegations</u>:

12      Plaintiff's statement references phone calls and statements purportedly made by Defendants after they

13    received notice of the bankruptcy. However, no facts are provided as to when and where such statements were

14    made. Further, they contradict Plaintiff's deposition testimony that after December 28, 2011 she never had

15    any telephone contact with Ron Pilgrim. Plaintiff was requested to identify those facts supporting her claims

16    for violation of the automatic stay. General statements without essential information regarding when the

17    statements were made, particularly where contradicted by Plaintiff's testimony, are not sufficient to establish a

18    claim.

19   **Conclusion**:

20      At the request of the Court, Plaintiff filed a statement identifying facts supporting her claim that

21    Defendants knowingly and willfully violated the automatic stay. The facts asserted are insufficient to establish

22    a knowing and willful violation of the automatic stay pursuant to Bankruptcy Code § 362(k). As such, the

23    court finds that it would be unduly burdensome to Defendants and a waste of judicial resources to proceed to

24    trial on claims for which there is no factual support. On that basis, Plaintiff's remaining claims will be

25    dismissed by order of the court entered contemporaneously herewith.

26                              **END OF ORDER**

3

Eberwein,
(1) PMB 42664, SF CA 94142
(2) 7520 Bellini WAY
Sacramento, CA

OTTOVICH  P500021

PLAINTIFF

BAUTISTA
DEFENDANTS
Eberwein, INvestor

FROM FEBRUARY 24, 2017 OR U.S.D.C. EDCA

REMANDING
P500021
OF OTTOVICH'S
FILED BY
ROBERT D EBERWEIN

UNDER DURESS
I WAS ORDERED
TO CHANGE
CASE NUMBER

FILED
MAR 30 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S.D.C. N.D.CA

#
:16-CV-32K?
2-16CV-2745-MCK;

NOTICE OF APPEAL
TO U.S.D.C. N.D.CA

P500022,
ESTATE

INVESTOR

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611119876
Cashier ID: sprinke
Transaction Date: 11/18/2016
Payer Name: ROBERT D EBERWEIN

CIVIL FILING FEE
For: COLOURED HENTAYGTAN
Case/Party: D-CAN-4-16-CV-006530-001
Amount: $400.00

PAPER CHECK CONVERSION
Check/Money Order Num: 218
Amt Tendered: $400.00

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

03/24/17
Robert Eberwein

Eberwein Ex Al Investor
PMB 4266666 SF CA 94142
7520 Bellini Way
IN PRO PER Sacramento, CA 95828

UNITED STATES DISTRICT COURT FOR ND CA OF ______________

[ ]SUPERIOR / [ ] SUPREME COURT OF THE STATE OF ______________ 2-16-cv-2745-K KCE/KJ

FOR THE COUNTY OF ______________

| | |
|---|---|
| OTTOVIKH P5000021, Plaintiff, | No. Case Number |
| vs. | Notice of Removals' MDL Cases |
| BAUTISTA Defendant. | Judge______________<br>DepartmenT<br>Appeal order |
| In Re: EBERWEIN | |
| By Opted Out Investor/Shareholder Robert Daniel Eberwein By POA Paying Agent dba 394717/388883 | |

To All Parties, Claims Agents, State Court Judges, Bankruptcy, Tax,, Probate, SIPA, SEC FRBOGR,DOJ , Sheriffs, Marshalls. I Robert Daniel Eberwein From 1991-2016 Invested in several failed RMBS. And having been told of losts with my bank stocks' I bought bonds that insure the lending institutions. I gave 1/3 Interest to my paying agent to track default loans here all over in ULD cases under 10,000.00. A default judgment for possession was obtained by a

DOCUMENT TITLE (EG. COMPLAINT FOR DAMAGES)

1   plaintiff that does not exist and  I am currently locked out twice from 15601 Washington Avenue

2   San Lorenzo California and 16201 Hesperian Blvd San Lorenzo, California.  These cases are

3   hidden by the local employment of Trustees and the use of California law not the law of the

4   tursts the co-workers put their wages into.  After years of lawsuits The 50 plus states joined into a

5   consent order.  My employer a Joint venture with Japan Corporation filed Bankruptcy in New

6   York in 2009 and their 51 REO Debt collector, Executive Trustee Service for example, in New

7   York.  They made a decision New York Law would control the lawsuits that were sold February

8   2013 To Ocwen loan Servicing.  In My employer on-going bankruptcy cases in New York..  So

9   the debt collector do not ask for attorney fees and only default clerks' entry of default.  This has

10  been the pattern for yaers.  So I currently sleep at 36224 Pecan Court Fremont California. And

11  Been working out the office of 15600 lorenzo Avenue-15601 Washington Blvd, San    Lorenzo

12  Ca 94580.

13  Where fore I submit this prayer for relief that The Article Three Jurisdiction uphold the Orders

14  From New York Bankrupptcy Court in all 51 cases and requiren NewYork Law be cited and

15  ULD Cases be removed to New York . See Attached Lists

16  Date: November 17, 2016

17

18                                                Robert Daniel Eberwein for Heirs of Jack

19                                                Ottovich Estate P-500021 and Jeanette Ottovich

20                                                Estate P-500022

21

22

23

24

25

26

27

28

                                                2

12-12020-mg    Doc 10391-5    Filed 05/17/17    Entered 05/17/17 09:30:04    Exh.E    Pg
12-12020-mg    Doc 10358    Filed 04/07/17 43 of 63 Entered 04/13/17 15:49:45    Main Document
Pg 42 of 62
Case 2:16-cv-02745-MCE-CKD    Document 2    Filed 11/21/16    Page 1 of 8

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

MAR ⸻

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

**FILED**

NOV 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ⸻
DEPUTY CLERK

| | |
|---|---|
| ESTATE OF JACK OTTOVICH P-500021 | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| LEO F. BAUTISTA SPECIAL ADMINTR | ) |
| *Defendant/Respondent* | ) |

*L16-CV-32[...]*

2:16-CV-2745-MCE-CKD (PS)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
SEIZED, BY TAX LIENS, AND DISABLED VETERANS HARVEY OTTOVICH AND MARK OTTOVICH, HAVE RECIEVED FEE WAIVER IN STATE COURT

1   *Eberwein Et Al / Invester*
2   *PMB 426660.SF CA G4142*
3   *7520 Bellini Way*
    *SACRAMENTO CA 95826*
4   IN PRO PER

                                    F I L E D

                                    MAR 0 0 2017

                                    SUSAN Y. SOONG
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   UNITED STATES DISTRICT COURT FOR *N/D CA* OF _____

8                                    *2-16-CV-2115-MCICK)*
9   [ ]SUPERIOR /   [ ] SUPREME COURT OF THE STATE OF _____

10              FOR THE COUNTY OF _____
                                    *16-CV-3219 K*
11

12  *OTTOVICH* *P-5200 4*        No.  Case Number·
13              Plaintiff,        Notice of Removals' MDL Cases *OF*
14      vs.                       *APPEAL OF REMANDED*
                                  *CASES*
15  *BAUTISTA*                    Judge_____
16              Defendant.        DepartmenT
                                  *Appeal order 02/24/7*
17

18  In Re: *EBERWEIN*

19

20

21  By Opted Out Investor/Shareholder   *B4 ORDER OF CLERK*
    Robert Daniel Eberwein  By POA Paying
    Agent dba 394717/388883             *HAVE TO CHANGE APPEAL CASE NUMBER*
22

23  To All Parties, Claims Agents, State Court Judges, Bankruptcy, Tax,, Probate, SIPA, SEC

24  FRBOGR,DOJ , Sheriffs, Marshalls. 1 Robert Daniel Eberwein From 1991-2016 Invested in

25  several failed RMBS. And having been told of losts with my bank stocks' I bought bonds that

26  insure the lending institutions. 1 gave 1/3 Interest to my paying agent to track default loans here

27  all over in ULD cases under 10,000.00. A default judgment for possession was obtained by a

28

                        1

    DOCUMENT TITLE (E.G. COMPLAINT FOR DAMAGES)

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Roybal-De-AGuero                    ,            Case No.  12-12023-AJ13
            Debtor

                                                        Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Susan Keller | Prime Pacific Realty | Lien against Caspar Inn | disputed and setoff | |
| Mark Munoz | Unknown | Wise & Eclispe Road, Auburn Ca | disputed and setoff | |
| GMAC, NDEX | | | | |

Date:  07/27/12

_signature_
Debtor

*[Declaration as in Form 2]*

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| WILLIAM L. PARTRIDGE, SBN 260166<br>JASON W. SHORT, SBN 263667<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17934, San Diego, CA 92177-0934 | |

TELEPHONE NO.: (858) 750-7600    FAX NO. (Optional): (619) 590-1385
EMAIL ADDRESS (Optional):
ATTORNEY FOR (Name): HSBC Bank

☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME: County of Alameda - Hayward Hall of Justice

PLAINTIFF: HSBC Bank

DEFENDANT: Chaaledeeannka Debra A. Williams Eberwein Goyens-Bell , et al.

| WRIT<br>OF | ☐ EXECUTION (Money Judgment)<br>☒ POSSESSION OF    ☐ Personal Property<br>                    ☒ Real Property<br>☐ SALE | CASE NUMBER: RG09441942 |
|---|---|---|

1. **To the Sheriff or Marshal of the County of: Alameda**
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of May 1, 2006, Fremont Home Loan Trust 2006-A, its successors and/or assigns

   is the ☒ judgment creditor ☐ assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address:*

   ┌ Chaaledeeannka Debra A. Williams ┐
   Eberwein Goyens-Bell
   1853 9th Ave. Unit 1
   Oakland, CA 94606

   └                                                                    ┘

   ☐ Additional judgment debtors on next page.
5. Judgment entered on *(date):* Oct 16 2009

6. ☐ Judgment renewed on *(dates):*

7. Notice of sale under this writ
   a. ☒ has not been requested
   b. ☐ has been requested *(see next page).*
8. ☐ Joint debtor information on next page.

9. ☒ See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total Judgment ............................................... $ 00.00
12. Costs after judgment (per filed order or memo CCP 685.090) ...................................... $ 00.00
13. Subtotal *(add 11 and 12)* ................................ $ 00.00
14. Credits ............................................................ $ 00.00
15. Subtotal *(subtract 14 from 13)* ....................... $ 00.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ......... $ 00.00
17. Fee for issuance of writ ................................. $ 25.00
18. **Total** *(add 15, 16, and 17)* ............................ $ 25.00
19. Levying officer:
   (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ............................... $ 00.00
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ................................... $ 00.00
20. ☐ The amounts called in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* JUN 0 9 2010    Clerk, by MICHELLE ESGUERRA, Deputy
PAT S. SWEETEN

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION**

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.250, 712.010,,
Government Code §6193.5,
www.courtinfo.ca.gov

EJ-130

| PLAINTIFF:  HSBC Bank | CASE NUMBER:  RG09441942 |
|---|---|
| DEFENDANT:  Chaaledeeannka Debra A. Williams Eberwein Goyens-Bell , et al. | |

— Items continued from page 1 —

21. ☐  **Additional judgment debtor** *(name and last known address):*

22. ☐  **Notice of sale has been requested by** *(name and address):*

23. ☐  **Joint debtor** was declared bound by the judgment (CCP 989-994)
   a.  on *(date):*
   b.  name and address of joint debtor:

   a.  on *(date):*
   b.  name and address of joint debtor:

   c.  ☐  additional costs against certain joint debtors *(itemize):*

24. ☒  *(Writ of Possession or Writ of Sale)*  **Judgment** was entered for the following:
   a.  ☒  Possession of real property: The complaint was filed on *(date):*  March 18, 2009     *(Check (1) or (2)):*
     (1) ☒  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
     (2) ☐  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
        (a) $  30.00    was the daily rental value on the date the complaint was filed.
        (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
           Dates *(specify):*
   b.  ☐  Possession of personal property
     ☐  If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c.  ☐  Sale of personal property.
   d.  ☐  Sale of real property
   e.  Description of property: 1853 9th Ave.Unit 1, Oakland, CA 94606, County of Alameda

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE.  Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY.  If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property.  If custody is not obtained following demand, the judgment may be enforced as a monetary judgment for the value of the property specified in the judgment or supplemental order.

WRIT OF POSSESSION OR REAL PROPERTY.  If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property.  Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable costs of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

▶ *A Claim of Right to Possession for accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

---

**WRIT OF EXECUTION**

| TO (Name and Address):<br><br>Chaaledeeannka Debra A Williams<br><br>1853 9th Avenue Unit I<br><br>Oakland, CA 94606 | LEVYING OFFICER (Name and Address):<br><br>Alameda County Sheriff's Office<br>Sheriff's Civil Unit<br>Room 104<br>1225 Fallon St.<br>Oakland, CA 94612 |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Alameda County Superior - Hayward<br>24405 Amador Street<br>Hayward, CA 94544<br>Hayward Hall of Justice | (510) 272-6910<br>Fax: (510) 272-6811<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>HSBC Bank<br>DEFENDANT:<br>Chaaledeeannka Debra A Williams | COURT CASE NO.:<br><br>RG09441942 |
| **Eviction Restoration Notice** | LEVYING OFFICER FILE NO.:<br><br>2010006418 |

To: Evicted Tenants, Property Owners, Their Agents and The Local Police:

By virtue of a Writ of Execution for Possession of Real Property, the following property was restored to the landlord on:

| Eviction Date: | **Monday, September 20, 2010** |
|---|---|
| Eviction Address: | **1853 9th Avenue Unit I<br>Oakland, CA 94606** |

Pursuant to Penal Code Sections 419 and 602, and judgment debtor, any persons removed by the Sheriff or Marshal, or any person not authorized by the landlord, who enters the real property after eviction, may be subject to arrest.

Pursuant to California Civil Procedure sections 715.010(b)(3) and 715.030, all personal property left on the premises has been turned over to the landlord. The landlord is responsible for the safe keeping of tenant's property for fifteen (15) days from the date of eviction. The landlord may charge a reasonable fee for removal and storage of the property. However, upon demand of the tenant, the landlord must return the tenant's property if the tenant pays all costs incurred by the property owner for storage and maintenance. If the costs are not paid by the tenant and the tenant does not take possession of the property left behind before the end of the fifteen (15) day period, the landlord may either sell the property at public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), if the property is valued at less than $300.00, the landlord may dispose of the property or retain it for his own use. (1174 CCP)



Date: ___0 9 20 10___

Gregory J. Ahern
Sheriff-Coroner

By: _____ 1525

Sheriff's Authorized Agent



# AFFILIATED BROKERS

3630 - 35th Avenue
Oakland, CA 94619-9982
(510) 530-8555
(510) 530-2465 Fax



Oct 6, 08

Oct 2, 08

3rd Reg.

September 9, 2008

To: C. Goyens-Beli
1853 9th Ave. 1
Oakland CA

Please be advised that we need to receive copies of lease or rental agreements by 9/20/08.

Thanks

Joel Gomez

Important we receive
copies of lease/rental
agreements Now
And,
Call us right away

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Robert Eberwien aka Robert D Eberwein<br><br>16201 Hesperian Blvd # 127<br>San Lorenzo, CA 94580 | Alameda County Sheriff's Office<br>Sheriff's Civil Unit<br>Room 104<br>1225 Fallon St.<br>Oakland, CA 94612 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Alameda County Superior - Hayward<br>24405 Amador Street<br>Hayward, CA 94544<br>Hayward Hall of Justice | (510) 272-6910<br>Fax: (510) 272-6811<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Lorenzo Commons LLC<br>DEFENDANT:<br>Robert Eberwien aka Robert D.Eberwein | COURT CASE NO.:<br><br>HG16819912 |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.:<br><br>2016006158 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | **16201 Hesperian Blvd # 127**<br>**San Lorenzo, CA 94580** |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| Final notice is hereby given that possession of the property must be turned over to the landlord on or before: | **Tuesday, October 04, 2016 6:01 AM** |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.

Gregory J. Ahern
**Sheriff-Coroner**

By: ___W.EGGER #1447___
Sheriff's Authorized Agent

CPM Form 8.32
11/30/2009 (Revised)

Original

This page intentionally left blank.

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Robert Eberwein aka Robert D Eberwein<br><br>16201 Hesperian Blvd # 127<br>San Lorenzo, CA 94580 | Alameda County Sheriff's Office<br>Sheriff's Civil Unit<br>Room 104<br>1225 Fallon St.<br>Oakland, CA 94612 |

**NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:**

Alameda County Superior - Hayward
24405 Amador Street
Hayward, CA 94544
Hayward Hall of Justice

(510) 272-6910
Fax: (510) 272-6811

California Relay Service Number
(800) 735-2929 TDD or 711

**PLAINTIFF:**
Lorenzo Commons LLC
**DEFENDANT:**
Robert Eberwein aka Robert D.Eberwein

**COURT CASE NO.:**

HG16819912

## Notice to Vacate

**LEVYING OFFICER FILE NO.:**

2016006158

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| Eviction Address: | 16201 Hesperian Blvd # 127<br>San Lorenzo, CA 94580 |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| Final notice is hereby given that possession of the property must be turned over to the landlord on or before: | Tuesday, October 04, 2016 6:01 AM |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.

Gregory J. Ahern
Sheriff-Coroner

By: _____ W. EGGES #1447 _____
Sheriff's Authorized Agent

CPM Form 8.32
11/30/2009 (Revised)

Original

This page intentionally left blank.

12-12020-mg    Doc 10358    Filed 04/07/17    Entered 04/13/17 15:49:45    Main Document
Pg 54 of 62



RECEIVED
2017 JAN -5 P 6:45
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

CM-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Robert S. McWhorter (CA 226186)  Jarrett S. Osborne-Revis (CA 289193)<br>LeClairRyan, LLP<br>400 Capitol Mall, Suite 155<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916) 246-1140    FAX NO. (Optional): (916) 246-1155<br>E-MAIL ADDRESS (Optional): robert.mcwhorter@leclairryan.com<br>ATTORNEY FOR (Name): Defendant U.S. Bank | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF/PETITIONER: Randy Ottovich, et al.

DEFENDANT/RESPONDENT: U.S. Bank National Association, et al.

| | | |
|---|---|---|
| **CASE MANAGEMENT STATEMENT**<br>(Check one):  ☒ **UNLIMITED CASE**  ☐ **LIMITED CASE**<br>(Amount demanded  (Amount demanded is $25,000<br>exceeds $25,000)  or less) | CASE NUMBER:<br>HG 13688578 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: November 7, 2016    Time: 3:00 pm    Dept.: 18    Div.:    Room:

Address of court (if different from the address above):

☒    Notice of Intent to Appear by Telephone, by (name): Robert S. McWhorter or Jarrett S. Osborne-Revis

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1.  **Party or parties** (answer one):
    a.  ☒    This statement is submitted by party (name): Defendant, U.S. Bank National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association F.A. ("U.S. Bank")
    b.  ☐    This statement is submitted jointly by parties (names):

2.  **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
    a.  The complaint was filed on (date): Second Amended Complaint filed on April 9, 2014
    b.  ☐    The cross-complaint, if any, was filed on (date):

3.  **Service** (to be answered by plaintiffs and cross-complainants only)
    a.  ☐    All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b.  ☐    The following parties named in the complaint or cross-complaint
        (1)  ☐    have not been served (specify names and explain why not):
        (2)  ☐    have been served but have not appeared and have not been dismissed (specify names):
        (3)  ☐    have had a default entered against them (specify names):
    c.  ☐    The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4.  **Description of case**
    a.  Type of case in  ☒  complaint    ☐  cross-complaint    (Describe, including causes of action):
        Second Amended Compliant for: (1) Breach of Contract; (2) Unfair Business Practices; (3) Injunctive Relief; (4) Declaratory Relief; (5) Conversion; (6) Unjust Enrichment; (7) Common Count - Money Had and Received; (8) Constructive Trust.  U.S. Bank demurred to the Second Amended Compliant.  The Court entered an order sustaining the demurrer as to the third cause of action for injunctive relief.  U.S. Bank answered the Second Amended Compliant on June 6, 2014.

---

**CASE MANAGEMENT STATEMENT**


American LegalNet, Inc.
www.FormsWorkFlow.com

CM-110

| PLAINTIFF/PETITIONER: Randy Ottovich, et al. | CASE NUMBER:<br>HG 13688578 |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bank National Association, et al. | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

The Second Amended Complaint alleges that U.S. Bank improperly collected placed funds in a suspense account and forced placed flood insurance upon Plaintiffs. U.S. Bank denies the allegations. Mr. Bautista and U.S. Bank agreed upon the terms of settlement.

The parties are finalizing their settlement agreement, which must be approved by the Probate Court. The Probate Court scheduled a hearing for November 28, 2016 for such approval.

☒ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request    ☐ a jury trial    ☒ a nonjury trial.    *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a.  ☐   The trial has been set for *(date):*
    b.  ☒   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):* All trial dates were previously vacated
    c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):* October 24-31, 2016; November 28, 2016; December 19-31, 2016; January 2-5, 2017; February 22, 2017

7.  **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*
    a.  ☒   days *(specify number):* 2-3 days
    b.  ☐   hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial   ☒ by the attorney or party listed in the caption    ☐ by the following:
    a.  Attorney:
    b.  Firm:
    c.  Address:
    d.  Telephone number:              f.  Fax number:
    e.  E-mail address:                g.  Party represented:
    ☐   Additional representation is described in Attachment 8.

9.  **Preference**
    ☐   This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

    a.  **ADR Information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

       (1) For parties represented by counsel: Counsel ☒ has    ☐ has not    provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

       (2) For self-represented parties: Party ☐ has    ☐ has not reviewed the ADR information package identified in rule 3.221.

    b.  **Referral to judicial arbitration or civil action mediation** (if available).

       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

American LegalNet, Inc.
www.FormsWorkFlow.com

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: Randy Ottovich, et al. | | CASE NUMBER: HG 13688578 |
| DEFENDANT/RESPONDENT: U.S. Bank National Association, et al. | | |

10.  c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in (check all that apply and provide the specified information):

| | The party or parties completing this form are willing to participate in the following ADR processes (check all that apply): | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes (attach a copy of the parties' ADR stipulation): |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for (date):<br>☐ Agreed to complete mediation by (date):<br>☐ Mediation completed on (date): |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for (date):<br>☐ Agreed to complete settlement conference by (date):<br>☐ Settlement conference completed on (date): |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for (date):<br>☐ Agreed to complete neutral evaluation by (date):<br>☐ Neutral evaluation completed on (date): |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for (date):<br>☐ Agreed to complete judicial arbitration by (date):<br>☐ Judicial arbitration completed on (date): |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for (date):<br>☐ Agreed to complete private arbitration by (date):<br>☐ Private arbitration completed on (date): |
| (6) Other (specify): | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for (date):<br>☐ Agreed to complete ADR session by (date):<br>☐ ADR completed on (date): |

American LegalNet, Inc.
www.FormsWorkFlow.com

CM-110

| PLAINTIFF/PETITIONER: Randy Ottovich, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bank National Association, et al. | HG 13688578 |

11. **Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
   b. Reservation of rights: ☐ Yes   ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

12 **Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
   ☐ Bankruptcy ☐ Other *(specify):*
   Status:

13. **Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
       (1) Name of case:
       (2) Name of court:
       (3) Case number:
       (4) Status:
       ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to   ☐ consolidate   ☐ coordinate   will be filed by *(name party):*

14. **Bifurcation**
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

15. **Other motions**
   ☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
   U.S. Bank anticipates it will file a motion for judgment on pleadings to strike all causes of action as pertaining to Mark Ottovich, a motion to require Mark Ottovich to post a bond as a result of his vexatious litigant status, and a summary judgment.

16. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendant | Written Discovery | Per Code |
| Defendant | Depositions | Per Code |

   c. ☒ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*
   The depositions of Randy Ottovich and Karen Rayl are completed.  The deposition of Mr. Mark Ottovich commenced on October 21, 2015, and parties agreed to continue the deposition due to Mr. Ottovich's health. Parties agreed to waive the seven (7) hour limitation of the deposition.  U.S. Bank repeatedly noticed the continued deposition of Mark Ottovich as well as Harvey Ottovich, but neither deposition has been completed given the parties' anticipated resolution of this case.

American LegalNet, Inc.
www.FormsWorkFlow.com

CM-110

| PLAINTIFF/PETITIONER: Randy Ottovich, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: U.S. Bank National Association, et al. | HG 13688578 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):* No meeting as occurred as the parties anticipate that this case will settled.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached *(if any):*** _____0_____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: October 20, 2016

Robert S. McWhorter
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]                    **CASE MANAGEMENT STATEMENT**                    Page 5 of 5

American LegalNet, Inc.
www.FormsWorkFlow.com

## PROOF OF SERVICE

The undersigned declares:

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and am not a party to the within action; my business address is c/o LeClairRyan, 980 9th Street, 16th Floor, Sacramento, CA 95814.

On October 20, 2016 I served the foregoing

## CASE MANAGEMENT STATEMENT

on parties to the within action as follows:

__X__    (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above mentioned document(s), following the practice and procedure of LeClairRyan LLP.

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 20, 2016 at Sacramento, California.

Dana Bardon

- 1 -
PROOF OF SERVICE

1

## SERVICE LIST

2

| | |
|---|---|
| Randall B. Schmidt, Esq.<br>Law Offices of Randall B. Schmidt<br>555 California Street, Suite 4925<br>San Francisco, CA 94104<br>Telephone: (415) 659-1524<br>Facsimile: (415) 659-1525<br>Email: randalls@yahoo.com | Attorney for Plaintiffs<br>RANDY OTTOVICH, MARK OTTOVICH,<br>AND KAREN RAYL |
| Daniel A. Presher, Esq.<br>Law Offices of Daniel A. Presher<br>303 W. Joaquin Avenue, Suite 140<br>San Leandro, CA 94577<br>Telephone: (510) 483-9834<br>Facsimile: (510) 357-3421<br>Email: lodap@sbcglobal.net | Attorney for Special Administrator<br>LEO F. BAUTISTA |
| Mark Ottovich<br>36224 Pecan Court<br>Fremont, CA 94536<br>Telephone: (510) 789-9234<br>Email: markoip@aol.com | Former Plaintiff *in Propria Persona* |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -