1  Alan Moss
   P.O. Box 721
2  Moss Beach CA 94038
   Telephone:   (415)494-8314
3  Facsimile:   (415)366-2255

4  Attorney *In Propria Personum*

5

6

7

8

9             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
10                    MANHATTAN DIVISION

11                                          )   BANKRUPTCY CASE No. 12-12020-MG
                                            )   CHAPTER 11
12 *IN RE:*                                 )
                                            )   Jointly Administered
13                                          )   (Executive Trustee Services, Case No. 12-
                                            )   12028)
14                                          )
   RESIDENTIAL CAPITAL, LLC, *ET AL.*)
15                                          )   **NOTICE OF APPEAL AND STATEMENT**
                                            )   **OF ELECTION** FROM AN ORDER OF
16                                          )   THE U.S. BANKRUPTCY COURT IN AND
                               DEBTORS.)        FOR THE SOUTHERN DISTRICT OF
17                                          )   NEW YORK
                                            )
18 _____)             CLAIM NO. 4445

19
           **NOTICE IS HEREBY GIVEN** that claimant ALAN MOSS hereby appeals to the
20
   United States District Court for the Southern District of New York from the Order
21
   entered May 16, 2017(ECF Doc. #10390) .
22
           In conformity with Official Bankruptcy Form 17A and FRBP 8002,
23
   claimant submits the following:
24

25
   / / /
26

---

NOTICE OF APPEAL AND STATEMENT OF ELECTION          BANKRUPTCY ACTION NO.12-12020-MG

PART I.: IDENTIFY THE APPELLANT:

    1.    NAME OF APPELLANT:

        ALAN I. MOSS

        P.O. Box 721

        Moss Beach CA 94038

    2.    POSITION OF APPELLANT IN THE ADVERSARY PROCEEDING OR BANKRUPTCY CASE THAT IS THE SUBJECT OF THIS APPEAL:

        CLAIMANT.

PART II.: IDENTIFY THE SUBJECT OF THIS APPEAL:

    1.    DESCRIBE THE JUDGMENT, ORDER OR DECREE APPEALED FROM:

        "MEMORANDUM OPINION AND ORDER SUSTAINING THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NO. 8334[STET] FILED BY ALAN I. MOSS"

    2.    STATE THE DATE ON WHICH THE JUDGMENT, ORDER OR DECREE WAS ENTERED:

        MAY 16, 2017.

PART III.: IDENTIFY THE OTHER PARTIES TO THE APPEAL:

    1. PARTY:

        ALAN I. MOSS

        Attorney: *In Propria Personum*

    2. PARTY:

        RESCAP BORROWER CLAIMS TRUST

1

Attorney:    Morrison & Foerster LLP

2

250 West 55th Street

3

New York NY 10019

4

By: Norman S. Rosenbaum, Esq.

5

Jordan A. Wishnew, Esq.

6

Jessica J. Arett, Esq.

7

8

## PART IV. OPTIONAL ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT:

9

Appellant elects to have the appeal heard by the United States District Court

10

rather than by the Bankruptcy Appellate Panel.

11

12

Respectfully submitted,

13

14

Dated: **May 23, 2017**

15

ALAN MOSS

16

*In Propria Personum*

17

18

19

20

21

22

23

24

25

26

## **PROOF OF SERVICE**

**COURT:**  U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**CASE NAME:**  *RESCAP*

**ACTION NO.:**  BANKRUPTCY NO. 12-12020-MG

   I am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. On this date, I served the foregoing document(s) described as:

**NOTICE OF APPEAL AND STATEMENT OF ELECTION** FROM AN ORDER OF THE U.S. BANKRUPTCY COURT IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

on the party(ies) set out in said document by causing a true copy thereof to be:

[ ]  By U.S. priority OVERNIGHT mail, by placing said document(s) in a sealed envelope with first class postage thereon fully prepaid, and then deposited in a U.S. Post Office.

[ ]  By U.S. mail, Return Receipt Requested, by placing said document(s) in a sealed envelope with appropriate postage thereon fully prepaid and then placed in the designated office area for outgoing mail.

[ X ]  Sent via Priority overnight mailing, by handing said document in a sealed envelope to an agent for the USPS or FEDEX for overnight delivery.

and if mailed, addressed as follows and sent to the following address(es):

Clerk's Office(Appeals Section)
U.S. Bankruptcy Court in and for the
 Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York New York 10004-1408

Morrison and Foerster LLP
ATTN: Norman S. Rosenbaum
250 West 55th Street
New York New York 10019

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed this __24th__ day of May, 2017, at San Francisco, California.

_____