1  Alan Moss
   P.O. Box 721
2  Moss Beach CA 94038
   Telephone:    (415)494-8314
3  Facsimile:    (415)366-2255

4  Attorney *In Propria Personum*

5

6

7

8

9              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE SOUTHERN DISTRICT OF NEW YORK
10                        MANHATTAN DIVISION

11                                    )    **BANKRUPTCY CASE NO. 12-12020-MG**
                                      )
12  *IN RE:*                          )    **USDC CASE NO.: 15-CV-7140**
                                      )
13                                    )    [Jointly Administered (Executive Trustee
                                      )    Services, Case No. 12-12028)]
14                                    )
    RESIDENTIAL CAPITAL, LLC, *ET AL.*)
15                                    )    **APPELLANT'S DESIGNATION OF
                                      )    CONTENTS OF RECORD ON APPEAL**
16                                    )    **AND**
                        DEBTORS.)          **STATEMENT OF ISSUES**
17                                    )
                                      )
18                                    )    CLAIM NO. 4445

19          **COMES NOW** Appellant ALAN MOSS, and pursuant to Fed.R.Rank.P

20  8009, submits his Designation of Contents of the Record on Appeal, and Statement Of

21  Issues to be presented.

22

23

24  / / /

25

26

APPELLANT'S DESIGNATION OF CONTENTS OF
RECORD ON APPEAL AND STATEMENT OF
ISSUES                                           BANKRUPTCY ACTION NO. 12-12020-MG

# I.

## DESIGNATION OF CONTENTS OF RECORD ON APPEAL:

| DESIGNATION NO. | DATE | DESCRIPTION |
|---|---|---|
| ECF DOC. NO. 7552 | SEPT. 17, 2014 | RESCAP BORROWER CLAIMS TRUST'S (HEREINAFTER "RESCAP") SEVENTY-FIFTH OBJECTION TO CLAIM NO. 4445 |
| ECF DOC. NO. 7667 | OCT. 16, 2014 | CLAIMANT'S RESPONSE IN OPPOSITION TO RESCAP'S *SEVENTY-FIFTH* OMNIBUS OBJECTION TO CLAIM NO. 4445 |
| ECF DOC. NO. 7904 | DEC. 19, 2014 | RESCAP'S SUPPLEMENTAL OBJECTION TO CLAIM NO. 4445 |
| ECF DOC. NO. 8044 | JAN. 23, 2015 | CLAIMANT'S RESPONSE TO RESCAP'S SUPPLEMENTAL OBJECTION TO CLAIM NO. 4445 |
| ECF DOC. NO. 8073 | FEB. 5, 2015 | RESCAP'S REPLY IN SUPPORT OF ITS SUPPLEMENTAL OBJECTION TO CLAIM NO. 4445 |
| ECF DOC. NO. 8293 | FEB. 12, 2015 | TRANSCRIPT OF HEARING |
| ECF DOC. NO. 8127 | FEB. 13, 2015 | ORDER SUSTAINING OBJECTION TO CLAIM AND LEAVE TO AMEND |
| ECF DOC. NO. 8225 | MARCH 2, 2015 | MOTION TO REARGUE |
| ECF DOC. NO. 8334 | MARCH 16, 2015 | AMENDED CLAIM NO. 4445 |
| ECF DOC. NO. 8439 | APRIL 7, 2015 | ORDER DENYING MOTION OF ALAN MOSS FOR REARGUMENT |
| ECF DOC. NO. 8502 | APRIL 15, 2015 | RESCAP OBJECTION TO AMENDED CLAIM NO. 4445 |
| ECF DOC. NO. 8727 | MAY 20, 2015 | CLAIMANT'S RESPONSE TO RESCAP'S OBJECTION TO AMENDED CLAIM |
| ECF DOC. NO. 8766 | JUNE 18, 2015 | RESCAP'S REPLY IN SUPPORT OF ITS OPPOSITION TO AMENDED CLAIM NO. 4445 |

| ECF Doc. No. 8813 | June 28, 2015 | Claimant's Letter Dated June 23, 2015 To Judge Glenn Re: Case Citation |
| ECF Doc. No. 9052 | Aug. 24, 2015 | Memorandum Opinion And Order Sustaining The ResCap Borrower Claims Trust's Objection To Amended Claim No. 4445 Filed By Alan Moss |
| ECF Doc. No. 9116 | Sept. 4, 2015 | Notice of Appeal And Statement Of election |
| ECF Doc. No. 16 USDC(SDNY): CIV-15-7140 | June 2, 2016 | Opinion And Order Reversing And Remanding ECF Doc. No. 9052 |
| ECF Doc. No. 10273 | December 27, 2016 | Letter From Counsel for ResCap |
| ECF Doc. No. 10284 | January 11, 2017 | Order Permitting Parties To File A Motion For Summary Judgment |
| ECF Doc. No. 10386 | May 10, 2017 | Transcript Of Hearing On Motion For Summary Judgment |
| ECF Doc. No. 10356 | April 12, 2017 | Pre-Trial Order(Proposed) |
| ECF Doc. No. 10362 | April 19, 2017 | Pre-Trial Order |
| ECF Doc. No. 10372 | April 25, 2017 | Claimant's Pre-Trial Memorandum Of Law |
| ECF Doc. No. | May 8, 2017 | Transcript Of Trial |
| ECF Doc. No. 10390 | May 16, 2017 | Memorandum Opinion And Order Sustaining The ResCap Borrower Claims Trust's Objection To Claim No. 8334[STET] |

## II.

## IDENTIFY THE SUBJECT OF THIS APPEAL:

This claim arises from, and is based upon, a lawsuit between claimant ALAN MOSS and a sub-entity of ResCap named Executive Trustee Services (hereinafter "ETS").

1   The lawsuit was filed in the Superior Court in and for the County of San Mateo,

2   California.[1]  The lawsuit accuses ETS of illegally acting as the "trustee" in a foreclosure

3   action, the role of "trustee" being a requisite part of the foreclosure process in California,

4   that ETS had no power to issue  the two statutorily required notices issued by ETS as

5   trustee, and therefore were of no force and effect.  Both ResCap and the Court agree that

6   ETS was illegally appointed as trustee.  In a separate lawsuit, Claimant herein sued

7   ResCap for wrongful foreclosure, based in large part on the illegal actions of ETS.  That

8   lawsuit was resolved by way of settlement, and the illegally issued notices were

9   withdrawn.   When ResCap filed for bankruptcy, ETS did as well; it did so as a separate

10  bankruptcy case, but was and is jointly administered with this ResCap litigation.

11              With this background, the issues to be addressed in this appeal are as

12  follows:

13              A.  Whether the Bankruptcy Court correctly concluded that ETS was not

14  negligent;

15              B.  Whether the Bankruptcy Court correctly concluded that ETS did not act

16  with malice;

17              C.  Whether the Bankruptcy Court correctly concluded that ETS did not

18  commit fraud;

19              D.  Whether the Bankruptcy Court correctly concluded that ETS did not

20  commit Intentional Infliction Of emotional Distress;

21              E. Whether the Bankruptcy Court correctly concluded that Claimant did not

22  suffer damages;

23              F. Whether the Bankruptcy Court correctly overruled Claimant's objection

24

25      [1] *See* San Mateo Superior Court Action No. CV505386.

26

1 to the admission of evidence proffered by ResCap, and incorrectly sustained the objection

2 of ResCap to evidence proffered by Claimant;

3    G. Whether the Bankruptcy Court erred in not complying with the

4 directions of the District Court in its Order reversing and remanding the Bankruptcy

5 Court's Order of of August 24, 2015; and

6    H. Whether the Bankruptcy Court erred in placing the burden on Claimant

7 at the trial of this matter, in contravention of the rules applicable to bankruptcy

8 proceedings.

9

10           Respectfully submitted,

11

12 Dated: **June 7, 2017**

13            ALAN MOSS

14          *In Propria Personum*

15

16

17

18

19

20

21

22

23

24

25

26

1

## PROOF OF SERVICE

2 **COURT:**          **U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

3

**CASE NAME:**      *IN RE RESCAP*

4

**ACTION NO.:**     BANKRUPTCY NO. 12-12020-MG

5

6          I am employed in the County of San Francisco, California.  I am over the age of 18 and not a party to the within action.  On this date, I served the foregoing document(s) described as:

7

8 **APPELLANT'S DESIGNATION OF CONTENTS OF RECORD ON APPEAL AND STATEMENT OF ISSUES**

9

10 on the party(ies) set out in said document by causing a true copy thereof to be:

11 [  ]          By U.S. priority OVERNIGHT mail, by placing said document(s) in a sealed envelope with first class postage thereon fully prepaid, and then deposited in a U.S. Post Office.

12 [  ]          By U.S. mail, Return Receipt Requested, by placing said document(s) in a sealed envelope with appropriate postage thereon fully prepaid and then placed in the designated office area for outgoing mail.

13

14 [ X ]          Sent via Fedex Priority overnight mailing, by handing said document in a sealed envelope to an agent for the USPS or FEDEX for overnight delivery.

15 and if mailed, addressed as follows and sent to the following address(es):

16 Clerk's Office (Appeals Section)
U.S. Bankruptcy Court in and for the
17    Southern District of New York
Alexander Hamilton Custom House
18 One Bowling Green
New York New York 10004-1408

19

Morrison and Foerster LLP
20 ATTN: Norman S. Rosenbaum
250 West 55th Street
21 New York New York 10019

22          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

24          Executed this __7th__ day of June, 2017, at San Francisco, California.

25          _____

26