KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S**
**NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that on February 21, 2017, the ResCap Liquidating Trust, successor in

interest to the Debtors in the above-captioned chapter 11 cases, filed the *ResCap Liquidating Trust's*

*Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10310] (the "**Objection**")

with respect to certain proofs of claim identified on **Exhibit A** to the Proposed Order annexed to the

Objection as **Annex 1** (the "**Claims**"). The ResCap Liquidating Trust hereby withdraws the Objection, as

all of the Claims have since been consensually resolved or withdrawn.

Dated: New York, New York
       June 9, 2017

                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                            /s/ Joseph A. Shifer
                            Kenneth H. Eckstein
                            Douglas H. Mannal
                            Joseph A. Shifer
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Telephone: (212) 715-9100
                            Facsimile: (212) 715-8000

                            *Counsel for the ResCap Liquidating Trust*