MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD**
**ON JUNE 29, 2017 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.    WITHDRAWN MATTER**:

**1.**   ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [Docket No. 10310]

   **Related Document(s)**:

   **a.**   Notice of Adjournment of Hearing on ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims, Solely as it Relates to Certain Claims [Docket No. 10336]

   **b.**   Order to Show Cause Why the Court Should Not Sustain Objection to Claim No. 5271 [Docket No. 10344]

   **c.**   Notice of Withdrawal of Claim Number 5271 by Bank of America, N.A. [Docket No. 10348]

ny-1288859

    **d.**    Notice of Adjournment of Hearing on ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims [Docket No. 10382]

    **e.**    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) to June 29, 2017 at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 10393]

    **f.**    Notice of Withdrawal of ResCap Liquidating Trust's Ninety-Sixth Omnibus Objection to Claims [Docket No. 10398]

**Response(s)**: None.

**Status**: This matter has been withdrawn as all claims have been consensually resolved or withdrawn.

## II. UNCONTESTED MATTER(S):

**2.** United States Trustee's Motion for Entry of Civil Contempt Order Against Chaladeeannka Deborah Ann Williams Goyens-Bell Eberwein [Docket No. 10391]

    **Related Document(s)**: None.

    **Response(s)**: None.

    **Status**: The hearing on this matter will be going forward.

Dated: June 27, 2017                 /s/ Norman S. Rosenbaum
      New York, New York          Norman S. Rosenbaum
                                               Jordan A. Wishnew
                                               MORRISON & FOERSTER LLP
                                               250 West 55th Street
                                               New York, New York 10019
                                               Telephone: (212) 468-8000
                                               Facsimile: (212) 468-7900

                                               *Counsel for The ResCap Liquidating Trust*