**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re                                                    :        **Chapter 11**
                                                         :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :              **Case No. 12-12020 (MG)**
                                                         :
                                                         :
                                                         :        **(Jointly Administered)**
                   **Debtors.**                          :
---------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Lydia Pastor Nino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On June 27, 2017, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the parties attached hereto as <u>**Exhibit A**</u>, via Fax upon the parties on the service list attached hereto as <u>**Exhibit B**</u>: and via Overnight Mail upon the parties on the service list attached hereto as <u>**Exhibit C**</u>:

- **Proposed Agenda for Matters Scheduled to be Heard on June 29, 2017 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 10404]

*(Space Left Intentionally Blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Notice Regarding Telephonic Participation in the Hearing Scheduled for June 29, 2017 at 11:00 a.m. (ET) [Docket No. 10405]**

Dated:  June 28, 2017

_____
Lydia Pastor Nino

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

---

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th of June, 2017, by Lydia Pastor Nino, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

# **EXHIBIT A**

Exhibit A
Served via Electronic Mail

| CreditorName | Email |
|---|---|
| Andy Velez-Rivera | andy.velez-rivera@usdoj.gov |

# **EXHIBIT B**

Exhibit B

Served via Fax

| CreditorName | CreditorNoticeName | Fax |
|---|---|---|
| Andy Velez-Rivera | | 212-668-2255 |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein Douglas H. Mannal & Joseph A. Shifer | 212-715-8000 |

# **EXHIBIT C**

Exhibit C

Served via Overnight Mail

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Andy Velez-Rivera | U.S. Federal Office Bldg. | 201 Varick Street, Room 1006 | New York | NY | 10014 |
| Chaledeeannka Goyens | 101 Hyde Street Post Office | PMB 426666 | San Francisco | CA | 94142 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)                    Page 1 of 1