**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                                    CASE NO.: 12–12020–mg

 aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
20–1770738

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on May 25, 2017, document number 10394, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 17–cv–4001 assigned to the Honorable Laura Taylor Swain.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: June 29, 2017                                                       Vito Genna
                                                                           Clerk of the Court