# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 6/29/2017 |
| Case: 12−12020−mg | Form ID: tranapl | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Norman Scott Rosenbaum     nrosenbaum@mofo.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     Alan Moss     PO Box 721     Moss Beach, CA 94038
cr      Alan Moss     PO Box 721     Moss Beach, CA 94038

TOTAL: 2