**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

(Jointly Administered)

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Rosalind Alexander-Kasparik's ("Kasparik") motion for reconsideration (the "Motion," ECF Doc. # 9949) of this Court's Order denying Kasparik's second motion to extend the time to file a notice of appeal of this Court's Opinion and Order sustaining the ResCap Borrower Claims Trust's objection to Kasparik's proof of claim.

Pursuant to Bankruptcy Rule 8002(d)(3), no further extension of time to appeal may be granted. The Motion is denied.

**IT IS SO ORDERED.**

Dated:   July 12, 2017
         New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge