UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:

Chapter: 11

Case # 12-12020

Residential Capital, LLC, aka Residential Capital Corporation

    Debtor(s)

**NOTICE OF APPEARANCE**

-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 hereby appears in the above action, and demands that all papers in the case be served on Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 20, 2017
Plainview, New York

Rosicki, Rosicki & Associates, P.C.
Attorneys for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7.
By: Andrew Goldberg, Esq.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Email: ECFNotice@Rosicki.com

TO:

Donald H. Cram, Esq.
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub, Esq.
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Gary S. Lee, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

John W Smith T, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Donald H. Cram, Esq.
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub, Esq.
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Gary S. Lee, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

John W Smith T, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014


July 26, 2017

_____
Arzoo Mamoor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

Residential Capital, LLC, aka Residential Capital Corporation

Debtor(s)
-------------------------------------------------x

## NOTICE OF APPEARANCE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803