```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2017
```

Alan Moss
P.O. Box 721
Moss Beach CA 94038
Telephone:  (415)494-8314
Facsimile:  (415)366-2255

Attorney *In Propria Personum*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 17-4001(LGS) |
| RESIDENTIAL CAPITAL, LLC, ET AL., | |
| DEBTORS. | **STIPULATION AND NOTICE OF DISMISSAL AND [PROPOSED] ORDER THEREUNDER** |
| ALAN MOSS, | |
| APPELLANT, | |
| vs. | |
| RESCAP BORROWERS CLAIMS TRUST, | |
| APPELLEE. | |

NOTICE IS HEREBY GIVEN THAT, pursuant to STIPULATION of the parties to this appeal, ALAN MOSS, *in propio personum* ("Moss"), on the one hand, and counsel

for the RESCAP Borrowers Claims Trust (the "Borrowers Trust") on the other hand, that:

    1. Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Moss and the Borrowers Trust stipulate that the above-captioned appeal should be dismissed with prejudice; and

    2. Each party shall bear its own costs, expenses and attorneys fees.

Dated: August __, 2017

ALAN MOSS, *in Proprio Personum*

By: _____

Alan Moss
P.O. Box 721
Moss Beach CA 94038
Tel: (415)494 8314
Fax: (415)366 2255
E-mail: alanmoss.office@gmail.com

Dated: August 23, 2017

MORRISON & FOERSTER, LLP

By: _____

Norman S. Rosenbaum
Jordan A. Wishnew
250 W. 55th Street
New York NY 10019
Tel: (212)468-8000
Fax: (212)468-7900
E-mail: Nrosenbaum@mofo.com
E-mail: JWishnew@mofo.com
*Attorneys For Appellee The ResCap Borrower Claims Trust*

## ORDER

For good cause shown, the Stipulation For Dismissal set forth herein is hereby approved. **IT IS SO ORDERED.**

Dated: August 24, 2017
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND NOTICE OF DISMISSAL AND
[PROPOSED] ORDER THEREUNDER      - 2 -      ACTION NO. 17-4001(LGS)