KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION**
**REGARDING MOTION TO FURTHER EXTEND THE**
**DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED**

1.      The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following motion, filed by the ResCap Liquidating Trust on August 22, 2017 (the "<u>Motion</u>"):

> *Motion of the ResCap Liquidating Trust to Further Extend the Date by Which Objections to Claims Must Be Filed* [Docket No. 10424].

2.      The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any other answer, objection or other responsive pleading to the Motion appears thereon. The deadline for filing responses to the Motion, September 1, 2017, has passed.

3.      In accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule*

*2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* entered on May 23, 2012 [Docket No. 141] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objection pursuant to 28 U.S.C. § 1746.

4.    Accordingly, for the reasons set forth in the Motion, the ResCap Liquidating Trust respectfully requests that the revised proposed order granting the Motion, annexed hereto as Exhibit 1, be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2017
       New York, New York

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                /s/ Joseph A. Shifer
                                Kenneth H. Eckstein
                                Douglas H. Mannal
                                Joseph A. Shifer
                                1177 Avenue of the Americas
                                New York, New York  10036
                                Telephone: (212) 715-9100

                                *Counsel for the ResCap Liquidating Trust*

**<u>EXHIBIT 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------

### ORDER EXTENDING THE DATE BY WHICH
### <u>OBJECTIONS TO CLAIMS MUST BE FILED</u>

Upon the motion (the "**<u>Motion</u>**")[1] filed by the ResCap Liquidating Trust (the

"**<u>Liquidating Trust</u>**"), as successor in interest to the debtors (collectively, the "**<u>Debtors</u>**") in the

above-captioned cases (the "**<u>Chapter 11 Cases</u>**"), for an order to extend the Claims Objection

Deadline, as more fully set forth in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the

Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b);

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided, and no other or further notice need be

provided, and the relief requested in the Motion being in the best interests of the Liquidating

Trust, the Liquidating Trust's beneficiaries, the Borrower Claims Trust, the Borrower Claims

Trust's beneficiaries, and the Debtors; and the Court having reviewed the Motion and the

*Declaration of Jill Horner in Support of the Motion to Further Extend the Date by Which*

*Objections to Claims Must be Filed* annexed to the Motion as **<u>Exhibit 2</u>**; and the Court having

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted as provided herein.

2.    The Claims Objection Deadline with respect to all Claims is extended to March 15, 2018, without prejudice to the Liquidating Trust's ability to seek further extensions for itself and the Borrower Claims Trust for good cause shown.

3.    The Court shall retain jurisdiction relating to the interpretation and implementation of this Order.

Dated:    _____, 2017
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE