UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
                                              )
*In re*:                                      )    Case No. 12-12020 (MG)
                                              )
RESIDENTIAL CAPITAL, LLC, et al.,             )    Chapter 11
                                              )
                            Debtors.          )    Jointly Administered
                                              )
---------------------------------------------------------

## ORDER EXTENDING THE DATE BY WHICH
## OBJECTIONS TO CLAIMS MUST BE FILED

Upon the motion (the "Motion")[1] filed by the ResCap Liquidating Trust (the "Liquidating Trust"), as successor in interest to the debtors (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), for an order to extend the Claims Objection Deadline, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and no other or further notice need be provided, and the relief requested in the Motion being in the best interests of the Liquidating Trust, the Liquidating Trust's beneficiaries, the Borrower Claims Trust, the Borrower Claims Trust's beneficiaries, and the Debtors; and the Court having reviewed the Motion and the *Declaration of Jill Horner in Support of the Motion to Further Extend the Date by Which*

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Objections to Claims Must be Filed* annexed to the Motion as Exhibit 2; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. The Claims Objection Deadline with respect to all Claims is extended to March 15, 2018, without prejudice to the Liquidating Trust's ability to seek further extensions for itself and the Borrower Claims Trust for good cause shown.

3. The Court shall retain jurisdiction relating to the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

Dated: September 8, 2017
       New York, New York

                                             ____/s/ Martin Glenn_____
                                                 MARTIN GLENN
                                             United States Bankruptcy Judge