KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR SEPTEMBER 12, 2017 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that on August 22, 2017, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *Motion of the ResCap Liquidating Trust to Further Extend the Date by Which Objections to Claims Must Be Filed* [Docket No. 10424] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on September 8, 2017, the Court entered the *Order Extending the Date by Which Objections to Claims Must Be Filed* [Docket No. 10428]. Accordingly, the hearing on the Motion previously scheduled for September 12, 2017 at 10:00 a.m. (prevailing Eastern Time) is cancelled.

Dated: New York, New York
September 8, 2017

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Counsel for the ResCap Liquidating Trust*