# Exhibit B

| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins. | 6. File Number: | 7. Loan Number: CHL127962209 | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: ROBERT M. WINNER 1225 RESERVOIR ROAD CHESHIRE, CONNECTICUT 06410 | E. Name & Address of Seller: | F. Name & Address of Lender: YOUR-BEST-RATE FINANCIAL, L.L.C. 5909 PEACHTREE DUNWOODY RD. STE. 710, ATLANTA, GEORGIA 30328 |
|---|---|---|
| G. Property Location: 1225 RESERVOIR ROAD CHESHIRE, CONNECTICUT 06410 | H. Settlement Agent: GENERAL AMERICAN CORPORATION | |
| | Place of Settlement: 300 GULF TOWER, 707 GRANT STREET PITTSBURGH, PA 15219 | I. Settlement Date: 05/13/2006 DISBURSEMENT: 05/18/2006 |

(2006)

PAYOFF GMAC

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,581.76 | 403. | |
| 104. SEE ATTACHED ADDENDUM TO HUD-1 | 560,343.02 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes     to | | 406. City/town taxes     to | |
| 107. County taxes     to | | 407. County taxes     to | |
| 108. Assessments     to | | 408. Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 564,924.78 | 420. Gross Amount Due To Seller | .00 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 597,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Second mortgage loan | | 504. Payoff of first mortgage loan | |
| | | Principal Balance $ | |
| | | Interest Adjustment $ | |
| | | Reserves ☐ Credit ☐ Deficit $ | |
| 205. | | 505. Payoff of second mortgage loan | |
| | | Principal Balance $ | |
| | | Interest Adjustment $ | |
| 206. | | 506. Second mortgage loan to Borrower | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes     to | | 510. City/town taxes     to | |
| 211. County taxes     to | | 511. County taxes     to | |
| 212. Assessments     to | | 512. Assessments     to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 597,000.00 | 520. Total Reduction Amount Due Seller | .00 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 564,924.78 | 601. Gross amount due to seller (line 420) | .00 |
| 302. Less amounts paid by/for borrower (line 220) | 597,000.00 | 602. Less reductions in amt. due seller (line 520) | .00 |
| 303. Cash  ☐ From  ☒ To Borrower | 32,075.22 | 603. Cash  ☐ To  ☐ From Seller | |

form HUD-1 (3/86)
ref. Handbook 4305.2
Previous editions are obsolete

Page 1 of 2

DocMagic eForms 800-649-1362
www.docmagic.com

L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. | Total Sales/Broker's Commission based on price $   @   % = | | |
| | Division of Commission (line 700) as follows: | | |
| 701. | $                    to | | |
| 702. | $                    to | | |
| 703. | Commission paid at Settlement | | |
| 704. | | | |
| 800. | Items Payable In Connection With Loan | | |
| 801. | Loan Origination Fee | | |
| 802. | Loan Discount | | |
| 803. | Appraisal Fee | | |
| 804. | Credit Report | | |
| 805. | Lender's Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Assumption Fee | | |
| 808. | COMMITMENT FEE to: YOUR-BEST-RATE FINANCIAL, L.L.C. 175.00 POC/B | | |
| 809. | TAX SERVICE FEE to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 100.00 | |
| 810. | FLOOD L.O.L. COVERAGE to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 20.00 | |
| 811. | UNDERWRITING FEE to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 335.00 | |
| 812. | CLOSING DOC PREP to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 375.00 | |
| 813. | POST CLOSING SERVICE to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 350.00 | |
| 814. | IARA/APPRAISAL REVIEW to: YOUR-BEST-RATE FINANCIAL, L.L.C. | 125.00 | |
| 815. | | | |
| 816. | | | |
| 817. | | | |
| 900. | Items Required By Lender To Be Paid In Advance | | |
| 901. | Interest from 05/18/06 to 06/01/06 @ $ 20.4452 /day | 286.23 | |
| 902. | Mortgage Insurance Premium for   months to | | |
| 903. | Hazard Insurance Premium for   years to | | |
| 904. | years to | | |
| 905. | | | |
| 1000. | Reserves Deposited With Lender | | |
| 1001. | Hazard Insurance   9 months @ $ 112.83 per month | 1,015.47 | |
| 1002. | Mortgage Insurance   months @ $   per month | | |
| 1003. | City property taxes   months @ $   per month | | |
| 1004. | County property taxes   0 months @ $ 157.41 per month | .00 | |
| 1005. | Annual assessments   months @ $   per month | | |
| 1006. | months @ $   per month | | |
| 1007. | months @ $   per month | | |
| 1008. | months @ $   per month | | |
| 1009. | Aggregate Adjustment | -68.19 | |
| 1100. | Title Charges | | |
| 1101. | Settlement or closing fee   to: GENERAL AMERICAN CORPORATION | 500.00 | |
| 1102. | Abstract or title search   to: GENERAL AMERICAN CORPORATION | 200.00 | |
| 1103. | Title examination | | |
| 1104. | Title insurance binder | | |
| 1105. | Document preparation | | |
| 1106. | Notary fees | | |
| 1107. | Attorney's fees | | |
| | (includes above items numbers:                    ) | | |
| 1108. | Title Insurance   to: GENERAL AMERICAN CORPORATION | 1,118.25 | |
| | (includes above items numbers:                    ) | | |
| 1109. | Lender's coverage   $ | | |
| 1110. | Owner's coverage   $ | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. | Government Recording and Transfer Charges | | |
| 1201. | Recording fees:   Deed $   ; Mortgage $   ; Releases $ | 225.00 | |
| 1202. | City/county tax/stamps:   Deed $   ; Mortgage $ | | |
| 1203. | State tax/stamps:   Deed $   ; Mortgage $ | | |
| 1204. | | | |
| 1205. | | | |
| 1300. | Additional Settlement Charges | | |
| 1301. | Survey | | |
| 1302. | Post Inspection | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. | Total Settlement Charges (enter on lines 103, Section J and 502, Section K)   ** | 4,581.76 | |

**SEE ATTACHED ADDENDUM TO HUD-1
form HUD-1 (3/86)
ref. Handbook 4305.2
Previous editions are obsolete

DocMagic eForms 800-649-1362
www.docmagic.com

Page 2 of 2

## ADDENDUM TO HUD-1

Loan Number: CHL127962209

File Number:

Borrower: ROBERT M. WINNER

|  | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| PAYOFFS |  |  |
| PAYOFF: GMAC | 541,349.76 |  |
| PAYOFF: FIRST 1/2 TAXES | 944.48 |  |
| PAYOFF: HSBC | 10,528.70 |  |
| PAYOFF: HSBC | 4,453.55 |  |
| PAYOFF: GMAC | 1,584.12 |  |
| PAYOFF: CAPITAL 1 | 932.87 |  |
| PAYOFF: PIER 1 | 549.54 |  |
| ADDENDUM PAYOFF TOTAL | 560,343.02 |  |

_____ 5/13/06
Signature ROBERT M. WINNER       Date

_____ 5/13/06
Signature Gail M Winner
Gail M Winner                    Date

Signature _____ Date       Signature _____ Date

Signature _____ Date       Signature _____ Date

ADDENDUM TO HUD-1
05/10/04                     Page 1       DocMagic eFORMS 800-649-1362
                                          www.docmagic.com