**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CONSENT ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated September 22, 2017 (the "Motion," ECF Doc. # 10434), of Jian Wang and Yung Feng (the "Movants"), for an Order, pursuant to section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") granting relief from the automatic stay to commence a Connecticut State Court action to quiet title to certain real property located at 1225 Reservoir Road, Cheshire, Connecticut (the "Mortgaged Property"), upon which GMAC Mortgage, LLC ("GMACM"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors" and each, a "Debtor"), previously obtained a subordinate lien; and due and proper notice of the Motion having been made on all necessary parties; and the ResCap Liquidating Trust as successor in interest to GMACM, having consented to the relief sought in the Motion subject to the terms and conditions contained in this Order, upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified for the limited purpose of permitting Movants to file an action to quiet title to the Mortgaged Property in the Superior Court of the State of Connecticut (the "State

Court Action") and, to the extent necessary, name GMACM as a defendant in the State Court Action; provided, however, that the Movants shall not seek any (i) form of monetary relief in the State Court Action, including costs, as against GMACM, any other Debtor or the ResCap Liquidating Trust, or (ii) other form of equitable relief in the State Court Action as against GMACM, any other Debtor or the ResCap Liquidating Trust; and it further

**ORDERED**, nothing set forth herein shall require any Debtor or the ResCap Liquidating Trust to appear in the State Court Action;

**ORDERED**, that pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Order imposed by such Bankruptcy Rule is waived. Movants are authorized to implement the provisions of this Order immediately upon its entry, and it is further

**ORDERED**, that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

CONSENTED TO:

MORRISON & FOERSTER LLP

By: /s/ Norman S. Rosenbaum
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*

*and*

SEIGER GFELLER LAURIE LLP

By: /s/ Mark D. Shifton
Mark D. Shifton
100 Overlook Center
Second Floor
Princeton, New Jersey 08540
Telephone: (609) 375-2602
Facsimile: (609) 751-9902

*Counsel for Petitioners Jian Wang and Yung Feng*

**IT IS SO ORDERED.**

Dated:  October 16, 2017
        New York, New York

                              /s/ Martin Glenn
                              MARTIN GLENN
                              United States Bankruptcy Judge