**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK - MANHATTAN DIVISION**

| | |
|---|---|
| In Re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC AKA RESIDENTIAL CAPITAL CORPORATION, | Chapter 11 |
| Debtor(s). | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Nationstar Mortgage LLC d/b/a Mr. Cooper and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Nationstar Mortgage LLC d/b/a Mr. Cooper and not as counsel of record.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Jenelle C. Arnold
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: October 23, 2017                                    ALDRIDGE PITE, LLP

                                                        /s/ Jenelle C. Arnold
                                                        Jenelle C. Arnold
                                                        ALDRIDGE PITE, LLP
                                                        4375 Jutland Dr., Suite 200
                                                        P.O. Box 17933
                                                        San Diego, CA 92117-0933

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK - MANHATTAN DIVISION

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC,<br><br>Debtor(s). | Case No. 12-12020-mg<br><br>Chapter 11<br><br>PROOF OF SERVICE |

I, Michael L. Tidwell, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center 3575 Piedmont Road, N.E. Suite 500 Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On October 23, 2017, I served the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2017                                    /s/ Michael L. Tidwell
                                                                              MICHAEL L. TIDWELL

**SERVICE LIST**

**DEBTOR(S)
(VIA U.S. MAIL)**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

**DEBTOR(S) ATTORNEY
(VIA ELECTRONIC NOTICE)**

Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
jberman@msek.com

Donald H. Cram
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

John W Smith T
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**UNITED STATES TRUSTEE**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014