UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                                    CHAPTER 11

    Residential Capital, LLC, a/k/a Residential
    Capital,                                                                       **NOTICE OF APPEARANCE**

                  Debtor.                                          Case No.: 12-12020-mg
-----------------------------------------------------------X

**S I R S :**

**PLEASE TAKE NOTICE,** that Select Portfolio Servicing, Inc. servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       October 30, 2017

                                               Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                               By: S/ Karen Sheehan
                                               Karen Sheehan, Esq.
                                               53 Gibson Street
                                               Bay Shore, New York 11706
                                               (631) 969-3100
                                               Our File No.:01-086351-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO.: 12-12020-mg |
| Residential Capital, LLC, a/k/a Residential Capital, | CHAPTER 11 |
| Debtor. | Judge: Martin Glenn |

---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Paul Styslowsky, do certify that on November 1, 2017, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Donald H. Cram, Esq.
Attorney for the debtor
dcram@severson.com

I, Paul Styslowsky, further certify that on November 1, 2017, I mailed the within Notice of Appearance to the Debtor in the above captioned case as follows:

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                               S/ Paul Styslowsky
                                               Paul Styslowsky