**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* <br><br> RESIDENTIAL CAPITAL, LLC, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 4200**
**BY UBS REAL ESTATE SECURITIES, INC**

UBS Real Estate Securities Inc., having filed Claim Number 4200 (the "**Claim**") against Residential Funding Company, LLC in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated:  November 2, 2017                    **GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Aric H. Wu
Matthew K. Kelsey
Aric H. Wu
Andrew R. Keats
200 Park Avenue
New York, New York 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

*Attorneys for UBS Real Estate Securities Inc.*

102385783.1