**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 4453**
**BY UBS REAL ESTATE SECURITIES, INC.**

UBS Real Estate Securities Inc., having filed Claim Number 4453 (the "**Claim**") against GMAC Mortgage, LLC in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: November 2, 2017

                                          **GIBSON, DUNN & CRUTCHER LLP**

                                          By:   /s/ Aric H. Wu
                                                    Matthew K. Kelsey
                                                      Aric H. Wu
                                                      Andrew R. Keats
                                                      200 Park Avenue
                                                      New York, New York 10166
                                                      Telephone:  (212) 351-4000
                                                      Facsimile:  (212) 351-4035

                                          *Attorneys for UBS Real Estate Securities Inc.*