**Presentment Date and Time: November 21, 2017 at 12:00 p.m. (ET)**
**Objection Deadline: November 20, 2017 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code*

*Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties*

*May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue*

*Actions to Foreclose Senior Liens* [Docket No. 1824], the undersigned will present the attached

proposed *Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay*

*Imposed by 11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District

of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling

ny-1273041

Green, New York, New York 10004, Room 523, for signature on **November 21, 2017 at 12:00**

**p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **November 20, 2017 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for The ResCap Liquidating Trust, Morrison &

Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Erica

J. Richards, and James A. Newton); (b) co-counsel for The ResCap Liquidating Trust, Kramer

Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn:

Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer); (c) the Office of the United

States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick

Street, Suite 1006, New York, NY 10014 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian

S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice,

950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Jeff

Sessions); (e) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-

0341 (Attn: Nancy Lord and Enid N. Stuart); (f) Office of the U.S. Attorney for the Southern

District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro);

(g) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 601 Lexington Avenue, New York,

NY 10022 (Attn: Richard M. Cieri); (h) counsel for Ocwen Loan Servicing, LLC, Clifford

Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco &

Adam Lesman); (i) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355

South Grand Avenue, Los Angeles, CA 90071 (Attn: Seth Goldman & Thomas B. Walper); (j)

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to

2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and

Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New

York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (l) counsel for the

Requesting Party, RAS Boriskin, LLC, 900 Merchants Concourse, Westbury, New York 11590

(Attn: Michael A. Samuels).

      **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated: November 15, 2017           Respectfully submitted,
      New York, New York

      By: */s/ Norman S. Rosenbaum*
      Norman S. Rosenbaum
      Erica J. Richards
      James A. Newton
      **MORRISON & FOERSTER LLP**
      250 West 55th Street
      New York, NY 10019
      Telephone: (212) 468-8000
      Facsimile: (212) 468-7900

      *Counsel for the Post-Effective Date Debtors*
      *and The ResCap Liquidating Trust*

ny-1273041

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)
### MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to commence and complete the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and Ocwen Loan Servicing, LLC ("Requesting

Party"), as Servicer for Deutsche Bank Trust Company Americas as Trustee for RALI 2007QS8;

having requested (the "Request") relief from the automatic stay in accordance with the Stay

Relief Procedures in connection with the property of Lori K. Galvao with an address of 19

Alexander Drive, Assonet, Massachusetts 02702-1721 (the "Mortgaged Property") and due and

proper notice of the Request having been made on all necessary parties; and the above-captioned

debtors (the "Debtors") having consented to the relief sought in the Request on the terms and

conditions contained in this stipulation and order ("Stipulation and Order"),

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

ny-1297177

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this

Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      To the extent applicable, the automatic stay imposed in this case by

section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code

to the extent necessary to allow Requesting Party to commence and complete the foreclosure of

the mortgage and security interest it holds on the Mortgaged Property.

3.      Nothing in this Stipulation and Order shall be construed to provide for the

annulment of or any other retroactive relief from the automatic stay.

4.      Nothing in this Stipulation shall be deemed to affect the rights of any

entity to contest the relative priority of Requesting Party's mortgage and security interest in the

Mortgaged Property in any subsequent foreclosure proceeding.

5.      The Requesting Party shall provide due notice to the Debtors and The

ResCap Liquidating Trust[2], and Green Tree Servicing LLC[3], in connection with any action to be

taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a

sale of the Mortgaged Property, in accordance with and to the extent notice to a junior lienholder

is required by applicable state law.

6.      By entering into this Stipulation and Order, Requesting Party hereby

represents that it is an agent for Deutsche Bank Trust Company Americas as Trustee for RALI

---

[2]     Notices should be served on the Debtors and The ResCap Liquidating Trust, at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 and 8400 Normandale Lake Boulevard, Bloomington, MN 55437.

[3]     Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

2

ny-1297177

2007QS8 ("<u>Deutsche Bank</u>"), with authority to seek relief from the automatic stay and enter into

this Stipulation on Deutsche Bank 's behalf.

      7.     This Stipulation and Order may not be modified other than by a signed

writing executed by the Parties hereto or by further order of the Court.

      8.     This Stipulation and Order may be executed in multiple counterparts, each

of which shall be deemed an original but all of which when taken together shall constitute one

and the same instrument.

      9.     Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this

Stipulation and Order imposed by such Bankruptcy Rule is waived.  Requesting Party is

authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

      10.    This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007QS8 |
|---|---|
| By: _/s/ Norman S. Rosenbaum_<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors and The ResCap Liquidating Trust* | By: _/s/ Michael A. Samuels_<br>Michael A. Samuels<br>**RAS BORISKIN, LLC**<br>900 Merchants Concourse<br>Westbury, New York 11590<br>Telephone: (516) 280-7675<br>Facsimile: (516) 280-7674<br><br>*Counsel for Ocwen Loan Servicing, LLC, as Servicer for Deutsche Bank Trust Company Americas as Trustee for RALI 2007QS8* |

ny-1297177

APPROVED AND SO ORDERED
This ___ day of November, 2017, in New York, NY.


_____

**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

4