THOMAS J. JEFFREYS
539 COOKE STREET
WATERBURY, CT. 06710
TEL: (203) 597-9755
DATE: JULY 5, 2017

TO

VITO GENNA - CLERK

OF THE COURT, UNITED STATES

BANKRUPTCY COURT, FOR THE SOUTHERN

DISTRICT OF NEW YORK,

RECEIVED

I'm Mr. THOMAS J. JEFFREYS I WAS MORTGAGE CUSTOMER OF GMAC MORTGAGE COMPANY. I HAD A FIRST AND SECOND MORTGAGE WITH THIS COMPANY. 1st MORTGAGE WAS PURCHASE FROM MILLENNA MORTGAGE CORPERATION. BY HOMECOMINGS FINANCIAL WHICH GMAC WAS PARENT COMPANY. LOAN PURCHASE AUGUST 2004. SECOND MORTGAGE WAS ALSO PURCHASE BY HOMECOMINGS-GMAC FROM CAPITAL ONE IN 2007 I'm ENCLOSING FOUR DOCUMENTS

1) FIRST BANKRUPTCY DOCUMENT OF SCHEDULING FOR MAY 2013.

2) SECOND DOCUMENT TRANSFER OF MORTGAGES TO OCWEN LOAN SERVICING LLC. OF FEB, 2013 BOTH

3) THIRD DOCUMENT- STATE OF CONNECTICUT LETTER OF ADDRESS OF GMAC MORTGAGE COMPANY SEPT, 2016 THEY WERE STILL LICENSE TO DO BUSINESS IN THE STATE OF CONNECTICUT ACCORDING TO RECORDS OF STATE OF CONNECTICUT SECRETARY OF STATE OF CONNECTICUT.

1

OF CONNECTICUT; ACCORDING TO RECORDS OF STATE OF CONNECTICUT SECRETARY OF STATE OF CONNECTICUT ALSO ENCLOSED.

~~WHICH MAY BE STATUTE OF BANKRUPTCY LAWS, PLUS I HAD RECEIVED LETTERS OF MY MORTGAGE ACCOUNT AS LATE AS LATE 2015.~~

~~OCWEN LOAN SERVICING, LLC IS NOW OWNERSHIP OF THE RIGHTS AND DEBIT. I WANT THIS TO MAKE SURE THESE CREDITORS OR STOCK HOLDERS WILL NOT ALSO COME AFTER ME. I'VE ALSO MADE CONTACT WITH U.S. SECRETARY MR. BEN CARSON, I'M AWAITING HIS RESPONSE. I MR... HONESTLY THIS DEBT IS MY RESPONSIBILITY, AND I WOULD LIKE TO MAKE SURE CREDITORS OR STOCK HOLDERS GET THEIR MONEY. YOUR RESPONSE TO THIS LETTER WILL BE VIEWED OR AND I HOPE I MAY BE HELP YOU AS TRUSTEE.~~

RESPECTFULLY,

Mr. Thomas J. Jeffreys
339 COURT STREET
WATERBURY, CT, 06710
Tel: (203) 597-6755
DATE: NOV 3, 2017

21

| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) | 41-1674247 |
|---|---|---|
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) | 41-1808858 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) | 26-2736505 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) | 26-2737180 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) | 26-1960289 |
| RFC Asset Holdings II, LLC | 12-12065 (MG) | 41-1984034 |
| RFC Asset Management, LLC | 12-12066 (MG) | 06-1664678 |
| RFC Borrower LLC | 12-12068 (MG) | 45-5065558 |
| RFC Construction Funding, LLC | 12-12069 (MG) | 41-1925730 |
| RFC REO LLC | 12-12070 (MG) | 45-5222407 |
| RFC SFJV-2002, LLC | 12-12071 (MG) | 06-1664670 |

| | |
|---|---|
| **Proposed Attorneys for Debtors**<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)<br>June 25, 2012 at 1:00 p.m. (ET)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |
| **DEADLINE TO FILE A PROOF OF CLAIM** None at this time. When the Bankruptcy Court sets a claims deadline, you will be notified and provided a proof of claim form by mail. ||
| **DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**<br>None at this time. ||
| **CREDITORS MAY NOT TAKE CERTAIN ACTIONS AGAINST THE DEBTORS IN MOST INSTANCES, BECAUSE THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE BANKRUPTCY COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.** ||
| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 | For the Bankruptcy Court: Vito Genna Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. |
| Hours Open: 8:30 a.m. – 5:00 p.m. | Date: May 24, 2012 |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Bankruptcy Court by each of the Debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate their business. |
| Legal Advice | Staff of the office of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand |

STATE OF CONNECTICUT }
} SS: HARTFORD,    SEPTEMBER 29, 2016.
COUNTY OF HARTFORD }

Then and by virtue hereof on the 29th day of September, 2016, I made due and legal service on the within named Defendant, **OCWEN LOAN SERVICING, LLC,** by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Certificate Of Service,** with and in the hands of Michele Taylor, Special Assistant for Corporation Service Company, Agent For Service for said Defendant, at 50 Weston Street, in the City of Hartford.

Afterwards on the 29th day of September, 2016, I made due and legal service on the within named Defendant, **NORDIC GMAC MORTGAGE CORPORATION,** by leaving two (2) verified true and attested copies of the within original, **Writ, Summons, Complaint and Certificate Of Service,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named Defendant, in the City of Hartford.

Afterwards on the 29th day of September, 2016, I made due and legal service on the within named Defendant, **DEUTSCHE BANK TRUST COMPANY,** by depositing at the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original, **Writ, Summons, Complaint and Certificate Of Service,** with my doings thereon endorsed, addressed to the within named Defendant, **Deutsche Bank Trust Company,** C/o The Secretary, 1761 East Street, Andrew Place, Santa Ana, CA 92705. (C.G.S. 33-929)

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original **Writ, Summons, Complaint and Certificate Of Service** with my doings hereon endorsed.

ATTEST:

FEES:

Pages    $ 100.00
         3.60

CHARLES J. LILLEY

Account Number: EXHIBIT "O"

Dear RACHAEL A JEFFREYS and THOMAS J JEFFREYS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Acc # 7438273476
Property Address:
339 COOKE STREET
WATERBURY CT 06710

Transfer Date:
02/16/2013

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

Principal Balance:
$60,931.87
Escrow Balance:
NOT KNOW
Loan Rate:
6.875%
Next Payment Due:
AUGUST 8, 2013
Payment Amount:
474.95

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements.

Ocwen Loan Servicing, LLC
Customer Care
Contact Information



Enclosed are yo[ur]
Ocwen Initial
customer relati[onship]
important opt-[out]

We appreciate
relating to the
1-888-926-347[...]
questions abou[t]
at 800-746-[...]

Sincerely,

Charles R. Ho[...]
Sr. Vice Presi[dent]
GMAC Mortg[age]

Enclosure(s)

---

## Mortgage Payment Coupon

Ocwen Loan Servicing, LLC

Account Number:
Acc # 7438273476

Due Date:
AUGUST 8, 2013

Mortgage Payment:
474.95

| Please assist us in applying your payment. | |
|---|---|
| Full Payments | $ 474.95 |
| ADDITIONAL Principal | $ 0.00 |
| ADDITIONAL Escrow | $ 0.00 |
| Late Charge | $ 0.00 |
| Other Fees (specify) | $ 0.00 |
| Total Amount Enclosed | $ 474.95 |

SECOND PAYMENT OF AUGUST 8, 2013 Only

OCWEN
PO BOX 9001719
LOUISVILLE, KY 40290-1719

THOMAS J. JEFFREYS