**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE:                                                  :        Chapter 11
                                                        :
RESIDENTIAL CAPITAL, LLC., *et al*,                     :        Case No. 12-12020 (MG)
                                                        :
                Debtors.                :        Jointly Administered
------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

       James J. Vincequerra, an attorney with Alston & Bird LLP, requests that he be removed from the ECF notification in the above captioned case.

Dated:  New York, New York
        December 6, 2017

                                            **ALSTON & BIRD LLP**

                                          By:  /s/ James J. Vincequerra
                                              James J. Vincequerra, Esq.
                                              90 Park Avenue
                                              New York, NY 10016
                                              Telephone: (212) 210-9400

LEGAL02/37737631v1