UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Residential Capital, LLC aka Residential Capital Corporation,<br><br>Debtor | **AFFIDAVIT OF SERVICE**<br><br>Case No. 12-12020-mg<br>Chapter 11<br><br>Assigned to:<br>Judge Martin Glenn<br>United States Bankruptcy Judge |

STATE OF PENNSYLVANIA    )
CITY OF PHILADELPHIA    )

Shana Fallon, being duly sworn, deposes and says that he/she is over eighteen (18) years of age and resides in Philadelphia, Pennsylvania.

That on December 18, 2017, I served a true copy of the annexed Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of Pennsylvania, addressed to the last known address of the addresses as indicated below:
TO:

Residential Capital, LLC aka Residential Capital Corporation
1177 Avenue of the Americas
New York, New York 10036

Donald H. Cram
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

_____
Shana Fallon

Subscribed and sworn to before me
December 18, 2017

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
AVONLEA BOND, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 10, 2021

Notary Public-State of Pennsylvania
No._____
Qualified in _____ County
My Commission Expires _____