UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Residential Capital, LLC, et al.,

                              Debtor

Case No.: 12-12020(MG)
Chapter 11

------------------------------------------------------------x

                              Plaintiff

                            v.

                            Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey J. Coe, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the City of Benson, a interested party in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/20/2017
(Tucson, Arizona), New York

Mailing Address:
259 N Meyer Ave
Tucson, AZ  85701

E-mail address: jcoe@mcrazlaw.com
Telephone number: (520) 624-8886