UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC, et al.,
                    Debtor

Case No.: 12-12020(MG)

Chapter 11

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of <u>Jeffrey J. Coe,</u> to be admitted, *pro hac vice,* to represent the City of Benson, (the "Client") a <u>interested party</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

      ORDERED, that <u>Jeffrey J. Coe, Esq.,</u> is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 29, 2017
      New York, New York

                                                    _____*/s/Martin Glenn*_____
                                                    UNITED STATES BANKRUPTCY JUDGE