# Exhibit B

# MONEY JUDGMENT INFORMATION STATEMENT
# PURSUANT TO A.R.S. §33-967

The Property at issue is described both in the accompanying Judgment and in Exhibit "A" hereto. The Judgment Creditor provides the following information about the Judgment:

1. The correct name and last known address of each Judgment Debtor and the address at which each Judgment Debtor received the summons by personal service or mail:

   | | |
   |---|---|
   | GMAC Mortgage, LLC<br>f/k/a GMAC Mortgage Corporation<br>1100 Virginia Drive<br>Fort Washington, PA  19034 | GMAC Mortgage, LLC<br>c/o Corporation Service Co.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE  19808 |

2. The name and address of the Judgment Creditor:

   City of Benson
   120 W. 6th Street
   Benson, AZ  85602

   c/o Mesch, Clark & Rothschild, P.C.
   259 North Meyer Avenue
   Tucson AZ 85701

3. The amount of the Judgment or decree as entered or as most recently renewed.

   $  Unknown at this time; to be determined upon resubmission to Court.

4. If the Judgment Debtor is a natural person, the Judgment Debtor's social security number, date of birth and driver license number.            N/A

5. Whether a stay of enforcement has been ordered by the Court and the date the stay expires.     No.

EXHIBIT "A"

LOT 10 THROUGH 14 INCLUSIVE, BLOCK 1, BRYAN'S ADDITION TO THE TOWN OF BENSON, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF COCHISE COUNTY, ARIZONA IN BOOK 1 OF MAPS, PAGE 24.

TOGETHER WITH THE ABANDONED PORTION OF ADAMS AVENUE LYING ALONG THE EAST LINE OF LOT 10, BLOCK 1, BRYAN'S ADDITION TO THE TOWN OF BENSON, ABANDONED BY RESOLUTION NO. 55-85 DATED NOVEMBER 20, 1985, RECORDED NOVEMBER 26, 1985, AS INSTRUMENT NO. 8511-23695, RECORDS OF COCHISE COUNTY, ARIZONA.

FILED

2016 NOV 23 AM 9: 52

TJ ⸺
DEPUTY

MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:  (520) 798-1037
Email: gcohen@mcrazlaw.com
       ploucks@mcrazlaw.com
       jcoe@mcrazlaw.com

By:  Gary J. Cohen, # 15002
     Paul A. Loucks, #19880
     Jeffrey J. Coe, #30581
     20044-1/jjc
Attorneys for Plaintiff The City of Benson

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF COCHISE**

| | |
|---|---|
| CITY OF BENSON, a municipal corporation, | No. CV2016-00530 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GMAC MORTGAGE, LLC, a Delaware limited liability company, | |
| Defendant. | |

The matter having come before the Court on Plaintiff's Application for a Preliminary Injunction and the Court having granted Plaintiff's motion to consolidate the Preliminary Injunction Hearing with a trial on the merits, the Court having fully considered the evidence,

THE COURT FINDS:

A.  The real property located at 185 W. 4th St., Benson, Arizona, identified by tax parcel identification numbers 123-20-010B, 123-20-010C, 123-20-010D, and

CV2015-00530
JUDGMENT

123-20-010E of the Cochise County Assessor's Office ("Property") is a dangerous building;

B. Abatement of the conditions of the building is warranted;

THE COURT ACCORDINGLY ORDERS, ADJUDGES, AND DECREES, as follows:

1. Defendant is required to abate the dangerous nature of the property, which steps may include demolishing the buildings on the Property, and abate all nuisances on the Property.

2. Should the Defendant fail to abate the dangerous nature of the property and all nuisances on the property within 60 days, the City of Benson is hereby authorized to do so, including through demolishing all structures on the Property and removing whatever remaining debris is necessary to render the property nuisance-free.

3. Awarding the City of Benson for its costs incurred in this matter upon submission of a Verified Statement of Costs

4. Retaining jurisdiction of this action for the purposes of enforcing the judgment and orders prayed for herein.

5. Should the City abate the violations on the Property, the City may apply no later than 60 days after its actions for an amended judgment in favor of the City of Benson for the costs of the abatement.

This judgment is a final judgment entered pursuant to Ariz. R. Civ. Proc. 54(c).

DATED: November 28, 2016

_____
Judge of the Superior Court
Cochise County

**CERTIFIED EXACT COPY**

COUNTY OF COCHISE
STATE OF ARIZONA
The foregoing instrument is a full, true and correct copy of the original on file in the office.
Attested November 23, 2016
MARY ELLEN DUNLAP, Clerk
By _____ Deputy

2