| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | <u>Presentment Date and Time</u>:<br>**January 18, 2018 at 12 noon** |
| SOUTHERN DISTRICT OF NEW YORK | <u>Objection Deadline</u>:<br>**January 12, 2018 at 11:59 p.m.** |

-----------------------------------------------------------------x

In re:  Residential Capital, LLC, et al.,

                                          Debtors.

Chapter 11 Case No. 12-12020 (MG)

-----------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF REQUEST FOR ORDER THAT THE AUTOMATIC STAY AND THE PLAN INJUNCTION DO NOT APPLY TO THE CITY OF BENSON AND OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that upon the annexed *Request For Order That The Automatic Stay And The Plan Injunction Do Not Apply To The City Of Benson* of the City of Benson, the undersigned will present the attached proposed order to the Honorable Martin Glenn, United States Bankruptcy Judge, for signature on **January 18, 2018** at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.


Dated:  Tucson, Arizona
       January 3, 2018

MESCH CLARK ROTHSCHILD

    *Admitted Pro Hac Vice*
By   s/ Jeffrey J. Coe
      Jeffrey J. Coe
259 North Meyer Avenue
Tucson, Arizona  85701
(520) 624-8886; email: jcoe@mcrazlaw.com

## CERTIFICATE OF SERVICE

  I, Maureen B. Thompson, an employee of Mesch Clark Rothschild, hereby certify that on January 3, 2018, I served copies of the foregoing *Notice Of Presentment Of Request For Order That The Automatic Stay And The Plan Injunction Do Not Apply To The City Of Benson And Opportunity For Hearing* as indicated below:

ResCap Liquidating Trust
Jill Horner & Paul Grande
8300 Norman Ctr Dr Ste 170
Minneapolis MN 55437
Paul.Grande@rescapestate.com
Jill.Horner@rescapestate.com
Served via Electronic Mail and First Class Mail

Ofc US Trustee Southern District
of New York
Tracy Hope Davis, Linda A. Riffkin
& Brian S. Masumoto
201 Varick St Ste 1006
US Federal Ofc Bldg
New York NY 10006
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov
Served via Electronic Mail and First Class Mail

Aldridge Pite, LLP
Jenelle C. Arnold
4375 Jutland Drive, Suite 200
San Diego CA 92117
Served via First Class Mail

  Dated: Tucson, Arizona
      January 3, 2018

                __s/ Maureen B. Thompson_____
                MAUREEN B. THOMPSON

24V6921.DOCX