**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re

                                                    Chapter 11

      Residential Capital, LLC, et. al.               Case No. 12-12020 (MG)

------------------------------------------------------------x

## ORDER REGARDING SANCTIONS AND FILING OF DOCUMENTS

An order imposing civil contempt against Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein was entered on July 5, 2017 (Document Number 10409). The order states that "Goyens shall file a notice of withdrawal of her Request for Notice (Document Number 10358) within 30 days of service of the Order. In the event that Goyens fails to file a withdrawal of the Request for Notice within the 30-day time frame set forth above, Goyens shall then be assessed a daily sanction in the amount of $100 ('Daily Sanctions'). Such Daily Sanctions shall continue to accrue against Goyens until the date that Goyens files a notice of withdrawal of the Request for Notice. However, in the event that Goyens fails to withdraw the Request for Notice within 60 days from the date of entry of this Order, then the Clerk shall be and hereby is directed to restrict the Request for Notice from public view, and the Daily Sanctions shall cease accrual at such time and remain outstanding until fully paid."

The Request for Notice filed by Goyens has not been withdrawn. Sanctions in the amount of $3,000 (Three-Thousand Dollars) are due and outstanding until fully paid. Therefore, it is,

ORDERED, that Goyens make the outstanding sanctions payment of $3,000 (Three-Thousand Dollars) before filing any additional documents in any case pending in this Court. If a document filed by Goyens is erroneously entered on the docket before the sanctions payment is made, it will be restricted from public view, and it is further,

ORDERED, that the Clerk shall restrict the Request for Notice (Document number 10358) from public view.

Dated: **January 5, 2018**
New York, New York

　　　　　　　　　　　　　　　　　　　　　*/s/Martin Glenn*
　　　　　　　　　　　　　　　　　　THE HONORABLE MARTIN GLENN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE