# Notice Recipients

District/Off: 0208−1  User: dtetzlaff  Date Created: 1/5/2018
Case: 12−12020−mg  Form ID: pdf001  Total: 2

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Chaledeeannka Goyens        101 Hyde Street Post Office        PMB 426666        San Francisco, CA 94142

TOTAL: 1