KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF PRESENTMENT OF REQUEST**
**FOR ORDER THAT THE AUTOMATIC STAY AND THE**
**PLAN INJUNCTION DO NOT APPLY TO THE CITY OF BENSON**

**PLEASE TAKE NOTICE** that the presentment time and date for the *Request for Order that the Automatic Stay and the Plan Injunction Do Not Apply to the City of Benson* filed by the City of Benson [Docket No. 10456] (the "**Notice of Presentment**"), previously scheduled to be presented for signature on **January 18, 2018 at 12:00 p.m. (prevailing Eastern Time)** by the Honorable Martin Glenn, United States Bankruptcy Judge, has been adjourned to **January 25, 2018 at 12:00 p.m. (prevailing Eastern Time)** to allow the parties sufficient time to consensually reach a resolution of the matter.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Notice of Presentment, is extended to **January 19, 2018 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the City of Benson authorized Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court.

Dated:   New York, New York
        January 12, 2018

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Joseph A. Shifer
        Kenneth H. Eckstein
        Douglas H. Mannal
        Joseph A. Shifer
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Counsel for the ResCap Liquidating Trust*