**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

State of New York  )
                           )  ss.:
County of New York  )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On January 16, 2018, I served a true and correct copy of *The ResCap Borrower Claims Trust's Objection to the Notice of Motion Filed by Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Litigate Debtor in the District Court for Nondischargeability Determination* [Dkt. No. 10465] (the "Objection") by electronic mail and on January 17, 2018 by pre-paid first class U.S. Mail upon the party listed on Exhibit A attached hereto.

3. Additionally, on January 17, 2018, I served true and correct copies of the Objection upon the parties listed on Exhibit B attached hereto by hand delivery.

ny-1312052

        /s/ Laura Guido
        Laura Guido

Sworn to before me on this
19th day of January 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1312052

## **Exhibit A**

Lolina Porter
832 Monterey Road
Glendale, CA 91206
Email: arthinker@yahoo.com

ny-1312052

**Exhibit B**

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Brian S. Masumoto, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Joseph A. Shifer

ny-1312052