KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF ADJOURNMENT OF PRESENTMENT OF REQUEST FOR ORDER THAT THE AUTOMATIC STAY AND THE PLAN INJUNCTION DO NOT APPLY TO THE CITY OF BENSON

**PLEASE TAKE NOTICE** that the presentment time and date for the *Request for Order that the Automatic Stay and the Plan Injunction Do Not Apply to the City of Benson* filed by the City of Benson [Docket No. 10456] (the "**Notice of Presentment**"), previously scheduled to be presented for signature on **January 25, 2018 at 12:00 p.m. (prevailing Eastern Time)** by the Honorable Martin Glenn, United States Bankruptcy Judge, has been adjourned to **February 1, 2018 at 12:00 p.m. (prevailing Eastern Time)** to allow the parties sufficient time to consensually reach a resolution of the matter.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Notice of Presentment, is extended to **January 26, 2018 at 4:00 p.m. (prevailing Eastern Time)**.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the City of Benson authorized Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court.

Dated:   New York, New York
         January 19, 2018

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                     /s/ Joseph A. Shifer
                                     Kenneth H. Eckstein
                                     Douglas H. Mannal
                                     Joseph A. Shifer
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Telephone: (212) 715-9100
                                     Facsimile: (212) 715-8000

                                     *Counsel for the ResCap Liquidating Trust*

KL2 3044368.4