**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re

                                                 Chapter 11

        Residential Capital, LLC, et. al.                 Case No. 12-12020 (MG)

-----------------------------------------------------------x

## ORDER REGARDING SANCTIONS AND FILING OF DOCUMENTS

An order imposing civil contempt against Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein was entered on July 5, 2017 (Document Number 10409).  The order states that "Goyens shall file a notice of withdrawal of her Request for Notice (Document Number 10358) within 30 days of service of the Order.  In the event that Goyens fails to file a withdrawal of the Request for Notice within the 30-day time frame set forth above, Goyens shall then be assessed a daily sanction in the amount of $100 ('Daily Sanctions').  Such Daily Sanctions shall continue to accrue against Goyens until the date that Goyens files a notice of withdrawal of the Request for Notice.  However, in the event that Goyens fails to withdraw the Request for Notice within 60 days from the date of entry of this Order, then the Clerk shall be and hereby is directed to restrict the Request for Notice from public view, and the Daily Sanctions shall cease accrual at such time and remain outstanding until fully paid."

The Request for Notice filed by Goyens has not been withdrawn.  Sanctions in the amount of $3,000 (Three-Thousand Dollars) are due and outstanding until fully paid.  Therefore, it is,

ORDERED, that Goyens make the outstanding sanctions payment of $3,000 (Three-Thousand Dollars) before filing any additional documents in any case pending in this Court.  If a document filed by Goyens is erroneously entered on the docket before the sanctions payment is made, it will be restricted from public view, and it is further,

ORDERED, that the Clerk shall restrict the Request for Notice (Document number 10358) from public view.


Dated:  **January 5, 2018**
        New York, New York

_____/s/Martin Glenn_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 12-12020-mg
Residential Capital, LLC                                                  Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: aacosta          Page 1 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001         Total Noticed: 543

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db            +Residential Capital, LLC,    1177 Avenue of the Americas,    New York, NY 10036-2714
aty            Adam A. Lewis,    Morrison & Foerster LLP,    425 Market Street,    San Francisco, CA 94105-2482
aty           +Alaba S. Ajetunmobi,    100 Oceangate,    12th Floor,    Long Beach, CA 90802-4312
aty           #+Allan Otis Cate,    7710 Balboa Ave.,    Suite 316,    San Diego, CA 92111-2254
aty           +Andrew D. Velez-Rivera,    Office of the U.S. Trustee,    33 Whitehall Street,    21st. Floor,
               New York, NY 10004-2112
aty           +Anne M. Gannon,    Office of the Tax Collector,    Post Office Box 3715,
               West Palm Beach, FL 33402-3715
aty           +Anthony G. Graham,    Graham & Martin, LLP,    3130 South Harbor Blvd. Suite 250,
               Santa Ana, CA 92704-6864
aty           +Arlene M. Richardson,    Richardson Legal Center, LLC,    PO Box 6,
               Highland Home, AL 36041-0006
aty            Arnold Braun,    Associate General Counsel,    Everest Reinsurance Company,
               477 Martinsville Road,    P.O. Box 830,    Liberty Corner, NJ 07938-0830
aty           +Brett A. Mearkle,    The Law Office of Brett A. Mearkle, P.A.,    8777 San Jose Boulevard,
               Churchill Park, Suite 801,    Jacksonville, Fl 32217-4213
aty           +Brian Herbert Wilson,    Wilson Law Office, P.C.,    43 Bulldogger Ct.,    Bailey, CO 80421-2347
aty           +Carlson Lynch, Ltd.,    c/o R. Bruce Carlson,    115 Federal Street,    Suite 210,
               Pittsburgh, PA 15212-5724
aty           +Christopher J. Norman,    Raymond Coleman Heinold Norman,    325 New Albany Road,
               Moorestown, NJ 08057-1250
aty           +Christopher W. Hobbs,    Zimmerman, Lieberman, Tamulonis & Hobbs,    P.O. Box 238,
               Pottsville, PA 17901-0238
aty           +Courteney F. Harris,    14910 Aldine-Westfield Road,    Houston, TX 77032-3028
aty           +D.W. Grimsley, Jr.,    D.W. Grimsley, Jr., P.C.,    21 South Section St.,
               Fairhope, AL 36532-2206
aty           +Daniel Daley,    Metrowest Legal Services,    63 Fountain Street, Sutie 304,
               Framingham, MA 01702-6279
aty           +Daniel Daly,    Metrowest Legal Services,    63 Fountain St., Ste. 304,
               Framingham, MA 01702-6262
aty           +David J Brown,    1135 Ulloa Street,    San Francisco, CA 94127,    UNITED STATES 94127-1126
aty           +David L. Kane, P.C.,    5301 Village Creek Drive,    Suite D,    Plano, TX 75093-4839
aty           +David Michael Feldman,    Gibson, Dunn & Crutcher, LLP,    200 Park Avenue,    50th Floor,
               New York, NY 10166-4799
aty           +GTS CAPITAL HOLDINGS, IRA, LLC,    C/O Law Firm of Terrence McGurie, P.A.,    8687 Larwin Lane,
               Orlando, Fl 32817-1340
aty           +Gary A. Colbert,    29452 Pendleton Club Drive,    Farmington Hills, MI 48336-1353
aty           +Gary lynch,    PNC Park,    115 Federal Street,    Suit 210,    Pittsburgh, PA 15212-5724
aty           +James J. Lotz,    Foley & Mansfield, P.L.L.P.,    545 Madison Avenue,    15th Floor,
               New York, NY 10022-9232
aty           +James L. Garrity, Jr.,    Morgan, Lewis & Bockius LLP,    101 Park Avenue,
               New York, NY 10178-0060
aty           +Jared B. Pearson,    Eveland & Associates, PLLC,    8833 South Redwood Road - Suite C,
               West Jordan, Ut 84088-9285
aty           +Jennifer L. O'reilly,    2 N. LaSalle Street,    Suite 1300,    Chicago, IL 60602-3709
aty           +John R. Hightower, Jr.,    McIntyre, Panzarella, Thanasides,,    Bringgold & Todd, P.A.,
               201 E. Kennedy Blvd., Suite 1000,    Tampa, Fl 33602-5827
aty           +John W Smith T,    Bradley Arant Boult Cummings LLp,    One Federal Place,
               1819 Fifth Avenue North,    Birmingham, AL 35203-2120
aty           +Jordan Segall,    Morris, Hardwick Schneider,    6 Nashua Court,    Suite D,
               Baltimore, MD 21221-3124
aty            Judith Kopen,    Gebhardt & Kiefer,    1318 Route 31,    PO Box 4001,    Clifton, NJ 08809-4001
aty           +Judson Brown,    Kirkland & Ellis LLP,    665 15th Street, N.W. Ste. 1200,
               Washington, DC 20005
aty           +Karen Sheehan,    Frenkel Lambert Weiss Weisman & Gordon,    53 Gibson Street,
               Bayshore, NY 11706-8369
aty           +Kim Dsouza,    32 Washington Place,    Newburgh, NY 12550-5653
aty           +Kristin L. Crone,    UFAN Legal Group PC,    1490 Stone Point Drive,    Suite 100,
               Roseville, CA 95661-2870
aty           +Leland P. Smith,    Douglas Emmett,    808 Wilshire Boulevard,    Suite 200,
               Santa Monica, CA 90401-1889
aty           +Lorraine S. McGowen,    Orrick, Herrington & Sutcliffe LLP,    51 West 52nd Street,
               New York, NY 10019-6142
aty           +Michael Collins Dunbar,    531 Commercial Street, Ste 500,    Waterloo, IA 50701-5497
aty           +Michael E. Johnson,    Alston & Bird LLP,    90 Park Avenue,    New York, NY 10016-1387
aty           +Nelson C. Cohen,    Zuckerman, Spaeder, Goldstein Taylor &,    Kolker, LLC,
               1201 Connecticut Avenue, NW,    Washington, DC 20036-2605
aty           +Pamela H. Walters,    14910 Aldine-Westfield Road,    Houston, TX 77032-3028
aty           #+Paul E Steen,    Ryan Rapp & Underwood, PLC,    3200 N. Central Avenue,    Suite 1600,
               Phoenix, AZ 85012-2401
aty           +Polsinelli Shughart PC,    805 Third Avenue,    Suite 2020,    New York, NY 10022-7538
aty           +Richarda I. Kilpatrick,    Kilpatrick & Associates, P.C.,,    903 N. Opdyke Road, Suite C,
               Auburn Hills, MI 48326-2693

```
aty          +Roger Bertling,  Legal Services Center of,  Harvard Law School,  122 Boylston St.,
              Jamaica Plain, MA 02130-2250
aty          +Seth Goldman,  Munger, Tolles & Olson, LLP,  355 South Grand Avenue,  Suite 3500,
              Los Angeles, CA 90071-3161
aty         #+Shanell Kathleen Harleston,  The Harleston Law Firm,  8865 Fawn Ridge Drive,
              Fort Myers, FL 33912-1480
aty           Stacey A. O'Stafy,  Manley Deas Kochalski LLC,  P.O. Box 16028,  Columbus, OH 43216-5611
aty          +Stephen Hessler,  Kirkland & Ellis, LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty          +Steven C. Bennett,  Jones Day,  222 East 41st Street,  New York, NY 10017-6739
aty          +Thomas Margolis,  125 E. Charles Street - Suite 214,  Muncie, IN 47305-2478
aty          +Troutman Sanders LLP,  222 Central Park Avenue,  Suite 2000,  Virginia Beach, VA 23462-3038
aty          +W. Ben Slaughter,  Jones Gledhill Fuhrman Gourley P.A.,  225 N. 9th Street, Suite 820,
              Boise, ID 83702-5778
aty          +Walters Bender Strohbehn & Vaughan, P.C.,  c/o David M. Skeens,  2500 City Center Square,
              Kansas City, MO 64105-2125
aty          +William Derek May,  350 W. Fourth Street,  Claremont, CA 91711-4733
aty          +William J. Doyle, Jr.,  Leavis and Rest, P.C.,  83 Central Street,  Boston, MA 02109-3413
cr           +ASM Capital IV, L.P.,  7600 Jericho Turnpike, Suite 302,  Woodbury, NY 11797-1705
cr           +ASM Capital, L.P.,  7600 Jericho Turnpike, Suite 302,  Woodbury, NY 11797-1705
cr           +Abibas Erlinda Aniel,  75 Tobin Clark Drive,  Hillsborough, CA 94010-7450
intp         +Ad Hoc RMBS Holder Group,  c/o Ropes & Gray LLP,  Keith H. Wofford,
              1211 Avenue of the Americas,  New York, NY 10036-8701
cr           +Alan Gardner,  c/o Schroeter Goldmark & Bender,  500 Central Building,  810 Third Avenue,
              Seattle, WA 98104-1655
cr           +Allstate Life Insurance Company,  c/o Bingham McCutchen LLP,  399 Park Avenue,
              New York, NY 10022-4614
cr           +Alvin LaBostrie,  855 W. 125th Street,  Los Angeles, CA 90044-3811
ex          #+Arthur J. Gonzalez, Examiner,  c/o Chadbourne & Parke LLP,  30 Rockefeller Plaza,
              New York, NY  10112,  UNITED STATES 10112-0015
intp         +Aurora Bank, FSB,  c/o James M. Lloyd, Green & Hall, A,  1851 E. First Street, 10th Floor,
              Santa Ana, CA 92705,  UNITED STATES 92705-4054
cr           +Aurora Loan Services, Inc.,  c/o Fein Such & Crane, LLP.,  28 E. Main Street,  Suite 1800,
              Rochester, NY 14614-1936
intp         +Axcelera Specialty Risk as managing general agent,  c/o Foran Glennon,
              Attn: Susan N.K. Gummow,  222 N. La Salle St., Ste. 1400,  Chicago, IL 60601-1059
cr           +Bank of America, N.A., Successor by Merger to BAC,  c/o Carrington Mortgage Services,
              1610 E. St. Andrew Place,  #B150,  Santa Ana, CA 92705-4931
unk           Barbara L. Stephens,  514 204th Ave.,  Ct-KPS,  Lakebay, WA 98349
unk          +Bernadette Fantone,  1870 San Benito Way,  Coalinga, CA 93210-3245
unk          +Bernard Ward,  c/o Murphy Pearson Bradley & Feeney,  88 Kearny Street,
              San Francisco, CA 94108-5530
unk          +Bernice Jandrasi,  24607 Mount Auburn Dr,  Katy, TX 77494-6152
unk          +Bill A. Fuchs,  7101 Plank Avenue,  El Cerrito, CA 94530-2037
intp         +Board of Governors of the Federal Reserve System,  2000 C Street, NW,
              Washington, DC 20551-0001
unk          +Borrower Claims Trust,  c/o Morrison & Foerster LLP,  1290 Avenue of the Americas,
              New York, NY 10104-0101
op           +Bradley Arant Boult Cummings LLP,  1819 Fifth Avenue North,  Birmingham, AL 35203-2120
cr           +Brian Edmond Bath,  9227 East Lincoln Avenue,  Suite 200 - 425,  Lone Tree, CO 80124-5504
cr           +Brock Williams,  940 College Drive,  San Jose, CA 95128-3610
unk          +Bryan Cave LLP,  Bryan Cave LLP,  211 North Broadway,  Suite 3600,
              St. Louis, MO 63102-2726
op          ++CHADBOURNE PARKE LLP,  1301 AVENUE OF THE AMERICAS,  NEW YORK NY 10019-0127
             (address filed with court: Chadbourne & Parke LLP.,  30 Rockefeller Plaza,
              New York, NY  10012)
unk          +CMG Mortgage, Inc.,  c/o Alissa M. Nann,  Foley & Lardner LLP,  90 Park Avenue,
              New York, NY 10016-1314
cr           +CPN Pipeline Company,  50 West San Fernando Street,  San Jose, CA 95113-2429
cr           +California Housing Finance Agency,  Felderstein Fitzgerald, et al.,
              400 Capitol Mall, Suite 1450,  Sacramento, CA 95814-4434
cr           +Canon Financial Services, Inc.,  c/o Platzer, Swergold, et al.,  1065 Avenue of the Americas,
              18th Floor,  New York, NY 10018-0690
unk          +Canon USA, Inc.,  One Canon Plaza,  Lake Success, NY 11042-1135
sp           +Carpenter Lipps & Leland LLP,  280 Plaza, Suite 1300,  280 North High Street,
              Columbus, OH 43215-7515
cr           +Carrollton Farmers Branch ISD, et. al.,  c/o Andrea Sheehan,
              Law Offices of Robert E. Luna, P.C.,  4411 N. Central Expwy,  Dallas, TX 75205-4210
op           +Centerview Partners LLC,  31 West 52nd Street,  22nd Floor,  New York, NY 10019-6138
unk          +Cerberus Capital Management, L.P.,  c/o Schulte Roth & Zabel LLP,  919 Third Avenue,
              Attn: Adam Harris,  New York, NY 10022-3921
unk          +Chad Sinclair,  108 S. Warren Avenue,  Rose Hill, KS 67133-9120
unk          +Chaledeeannka Goyens,  101 Hyde Street Post Office,  PMB 426666,
              San Francisco, CA 94102-3605
unk           Citimortgage,  c/o Jeffrey B. Loeb, Esq.,  Rich May PC,  176 Federal Street,
              Boston, MA  02110-2223
intp         +City of Benson,  c/o Mesch Clark Rothschild,  Attn: Jeffrey J. Coe,  259 N Meyer Ave,
              Tucson, AZ 85701-1090
cr           +City of Newport News, Virginia,  City Attorney's Oface,  2400 Washington Avenue,
              Newport News, VA 23607-4301
```

```
District/off: 0208-1         User: aacosta          Page 3 of 36              Date Rcvd: Jan 17, 2018
                            Form ID: pdf001         Total Noticed: 543

cr          +City of Union City, NJ,   Scarinci & Hollenbeck, LLC,   c/o Joel C. Glucksman, Esq.,
             1100 Valley Brook Avenue,   P.O. Box 790,   Lyndhurst, NJ 07071-0790
intp        +Clarendon National Insurance Company,   c/o Foran Glennon,   Attn: Susan N.K. Gummow,
             222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
cr           Cleveland ISD,   John P. Dillman,   P.O. Box 3064,   Houston, TX 77253-3064
unk         +Colleen Halloran,   c/o Murphy Pearson Bradley & Feeney,   88 Kearny, 10th Floor,
             San Francisco, CA 94108-5524
cr           Commonwealth of Pennsylvania, Bureau of Compliance,   Department 280946,
             Harrisburg, PA 17128-0946
cr          +Conrad P. Burnett,   206 Sunset Lane,   Linden, VA 22642-5839
intp        +Continental Casualty Company,   c/o Foran Glennon,   Attn: Susan N.K. Gummow,
             222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
unk         +Corla Jackson,   13230 Tom Gaston Rd,   Mobile, AL 36695-8658
unk         +Corla Reeves Jackson,   13230 Tom Gaston Rd,   Mobile, AL 36695-8658
cr          +County of Elmore,   Treasurer,   150 South 4th East,   Suite 4,   Mountain Home, ID 83647-3000
unk         +County of Putnam,   c/o Wilson Elser,   3 Gannett Drive,   David L. Tillem,
             White Plains, NY 10604-3407
cr          #+DACA VI LLC,   1565 Hotel Circle S, #310,   San Diego, CA 92108-3419
intp        +DB Structured Products, Inc.,   c/o Bingham McCutchen LLP,   399 Park Avenue,
             New York, NY 10022-4614
unk         +David Cruz, Jr.,   4672 NW 57th Avenue,   Coral Springs, FL 33067-4014
cr          #+Debt Acquisition Co of America V, LLC,   1565 Hotel Circle S, #310,   San Diego, CA 92108-3419
aud         +Deloitte & Touche LLP,   200 Renaissance Center, Suite 3900,   Detroit, MI 48243-1313
cr          +Derrius Silmon,   %Hood & Lay, LLC,   1117 22nd Street South,   Birmingham, AL 35205-2813
cr          +Diem Trang Nguyen,   P.O. Box 12139,   Westminster, CA 92685-2139
cr          +Ditech Financial LLC fka Green Tree Servicing LLC,   c/o Ted Eric May, Esq.,   255 Merrick Road,
             Rockville Centre, NY 11570-5211
intp        +Document Technologies LLC d/b/a EED, a DTI Company,   Attn: John Davenport, Officer,
             Two Ravinia Drive,   #850,   Atlanta, GA 30346-2126
cr          +Duncan K. Robertson,   3520 SE Harold Court,   Portland, OR 97202-4344
cr          +Eduardo Vallejo,   508 N. California Street,   Burbank, CA 91505-3537
unk         +Edward Haywood Payne, Jr.,   214 North 52nd Street,   Philadelphia, PA 19139-1501
unk         +Emily K. Wilkin,   701 South Deleware St.,   Irving, TX 75060-5348
unk         +Epiq Bankruptcy Solutions, LLC,   777 Third Avenue, 12th Floor,   www.epiqsystems.com,
             New York, NY 10017-1302
cr          +Erlinda Abibas Aniel,   75 Tobin Clark Dr.,   Hillsborough, CA 94010-7450
cr          +FHLB Boston,   c/o Keller Rohrback,   1201,   3rd Ave, Suite 3200,   Seattle, WA 98119-1903
cr          +FHLB Chicago,   c/o Keller Rohrback,   1201 Third Ave, Suite 3200,   Seattle, WA 98101-3276
cr          +FHLB Indianapolis,   c/o Keller Rohrback LLP,   1201 Third Ave, Suite 3200,
             Seattle,, WA 98101-3276
cns         +Fortace LLC,   1601 N. Sepulveda Blvd #146,   Manhattan Beach, CA 90266-5111
cr           Francine Silver,   8673 Franklin Ave,   Los Angeles, CA 90069
unk         +Franklin D. Easterday,   83 West Liberty Street,   Quincy, MI 49082-1013
intp        +Garry Corts,   15 Dogwood Drive,   Central Valley, ny 10917-3221
unk         +Gerald Niesen,   2140 Sweeney Road,   Lompoc, CA 93436-9430
intp        +Goldin Associates, LLC,   350 Fifth Avenue,   The Empire State Building,
             New York, NY 10118-4410
cr          +Greentree Trustees of Greentree Condominium Trust,,   P.O. Box 2073,   Hanover, MA 02339-8073
intp        +HSBC BANK USA, N.A. as Trustee for the Registered,   c/o Balfe & Holland, P.C.,
             135 Pinelawn Road,   Suite 125 North,   Melville, NY 11747-3197
cr          +Hedeya Haroutunian,   Shaghzo & Shaghzo Law Firm, APC,   100 W. Broadway, Suite 540,
             Glendale, CA 91210,   UNITED STATES 91210-1248
cr          +Hitoshi & Wakana Inoue,   4481 Heath Circle,   Rohnert Park, CA 94928-5612
unk         +Hugo Bandsetter,   2944 Glacier Trail,   Porter, IN 46304-3442
unk          Iraide Peruchi,   c/o Jeffrey B. Loeb, Esq.,   Rich May PC,   176 Federal Street,
             Boston, MA 02110-2223
cr          +J. Dennis Semler, Tulsa County Treasurer,   500 S. Denver Ave.,   Third Floor,
             Tulsa, OK 74103-3838
cr          +Jacqueline Warner,   c/o Rachel Blumenfeld,   26 Court Street,   Suite 2220,
             Brooklyn, NY 11242-1122
cr          +James P. Kennedy,   700 E. Sonora Road,   Palm Springs, CA 92264-8436
unk          James R. Martin,   14587 Berklee Drive,   Addison, TX 75001-3533
unk         +James Robert Finch, II,   c/o Olsen Daines PC,   3995 Hagers Grove Rd SE,   PO Box 12829,
             Salem, OR 97309-0829
unk         +Janice Marie Montgomery,   2607 N. Shartel Avenue,   Oklahoma City, OK 73103-1442
cr          +Jason Emert,   882 Castleman Branch Road,   Shepherdsville, KY 40165-9702
unk         +Jay Williams,   5731 Post Rd.,   Bronx, NY 10471-2209
unk         +Jean Gagnon,   Erickson, Thorpe & Swainston,   99 West Arroyo Street,   Reno, NV 89509-2866
cr          +Jean Milliance,   7 Lucille Court,   Edison, NJ 08820-2056
unk         +Jennifer L. Wilson,   4365 School House Commons, 500-251,   Harrisburg, NC 28075-7565
intp        +Jian Wang,   1225 Reservoir Road,   Cheshire, CT 06410-2966
unk         +Joan F. Niesen,   1335 Purisima Road,   Lompoc, CA 93436-2605
unk         +Joe R. Vargas,   213 U Street,   Bakersfield, CA 93304-3238
unk         +Joe R. Vargas, Sr.,   213 U. St.,   Bakersfield, CA 93304-3238
cr          +John E. Satterwhite, Jr.,   P.O. Bpx 24093,   Richmond, VA 23224-0093
intp        +John Garcia,   80636 Jasmine Ln.,   Indio, CA 92201-5238
unk         +Joseph A Connor III,   PO Box 1474,   Cobb, CA 95426-1474
unk         +Julie Ziniel,   3235 West Madison Street,   Milwaukee, WI 53215-1520
cr          +Julio Pichardo,   1201 E. Sudene Avenue,   Fullerton, CA 92831-4711
cr          +Jump Trading, LLC,   600 W. Chicago Avenue,   Suite 825,   Chicago, IL 60654-2528
```

```
unk         +Karen M. Rozier,   1313 Idylwood Road,   Pikesville, MD 21208-3618
cr          +Kechia L. Island,   1741 Malcolm Street,   Shreveport, LA 71108-2311
unk         +Kenneth C. Thomas,   1464 S. Michigan Avenue,   #1705,   Chicago, IL 60605-3637
unk         +Kevin C. Kovacs,   1876 Highpoint Road,   Coopersburg, PA 18036-9064
unk         +Krekeler Strother, S.C.,   2901 W. Beltline Hwy Suite 301,   Madison, WI 53713-4228
unk         +Kurtzman Carson Consultants LLC,   2335 Alaska Avenue,   El Segundo, CA 90245-4808
cna         +Kurtzman Carson Consultants LLC, Claims Agent,   Attn: James Le,   2335 Alaska Avenue,
              El Segundo, CA 90245,   www.kccllc.com 90245-4808
unk         +Lacey Longoni,   Erickson Thorpe & Swainston,   99 West Arroyo Street,   Reno, NV 89509-2866
intp        +Landon Rothstein, Jennifer Davidson, Robert Davids,   c/o,   Kirby McInerney LLP,
              825 Third Avenue, 16th Floor,   New York, NY 10022-9523
unk         +Larry D. Walls,   3831 W. 60th St.,   Los Angeles, CA 90043-2927
intp         Law Debenture Trust Company of New York as Separat,   c/o Seward & Kissel LLP,
              One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
intp         Law Debenture Trust Company of New York, as Separa,   Seward & Kissel LLP,
              One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
cr           Law Offices of David J. Stern, P.A.,   100 S. E. Second Street,   Suite 2900,
              Miami, FL 33131
cr          +Lehman Brothers Holdings Inc.,   1271 Avenue of the Americas,   New York, NY 10020-1309
unk         +Leslie Watley,   22 Conhurst Drive,   North Haven, CT 06473-3566
intp        +Lewisville Independent School District,   c/o Andrea Sheehan,
              Law Offices of Robert E. Luna, PC,   4411 North Central Expressway,   Dallas, TX 75205-4210
unk         +Long T. Lam,   1214 W. 6th Street,   Irving, TX 75060-2628
intp        +Lorraine McNeal,   4486 Northwind Dr.,   Ellenwood, GA 30294,   UNITED STATES 30294-2476
cr          +Los Angeles County Treasurer and Tax Collector,   c/o Satterlee Stephens Burke & Burke LLP,
              230 Park Avenue, Suite 1130,   New York, NY 10169-1199
unk          Madeline Martin,   14587 Berklee Drive,   Addison, TX  75001-3533
unk         +Marc Combs,   13-47 Beach Channel Drive,   Far Rockaway, NY 11691-3224
intp        +Marcia Navarro,   c/o La Ley con John H. Ruiz,   4182 SW 74th Court,   Miami, FL 33155-4414
intp        +Maria Garcia,   80636 Jasmine Ln.,   Indio, CA 92201-5238
unk         +Marilyn Lawrence,   5362 W. Olympic Blvd. #1,   Los Angeles, CA 90036-4832
cr          #+Martha S. Panaszewicz,   89 Belle Ave.,   San Francisco, CA 94132-3210
cr          +Mary Critchley,   Morganroth & Morganroth, PLLC,   344 North Old Woodward Ave.,   Suite 200,
              Birmingham, MI 48009-5310
cr          +Mary F Singleton,   438 Huntington Avenue,   Hyde Park, MA 02136-3115
unk         +Mary Perkins White,   Law Offices Of Christopher Green,   601 Union St Suite 4200,
              Seattle, WA  98101,   UNITED STATES 98101-4036
unk         +Masayo Richardson,   1283 Bay Street,   Staten Island, NY 10305-3122
unk         +Matthew & Alexis Freitas,   c/o Jeffrey B. Loeb, Esq.,   Rich May PC,   176 Federal Street,
              Boston, MA  02110-2223
cr          +Maurice M LoVuolo,   3 O'Neill Drive,   Dedham, MA 02026-2070
cr          +McCabe Weisberg & Conway,   145 Huguenot Street, 210,   New Rochelle, NY 10801-5252
cr          +McDowell Riga Posternock,   c/o McCabe, Weisberg & Conway,   123 S. Broad Street,   Ste. 1400,
              Philadelphia, PA 19109-1060
fa          +Mesirow Financial Consulting,   666 Third Avenue,   21st Floor,   New York, NY  10017,
              UNITED STATES 10017-4127
unk         +Michael Edward Boyd,   5439 Soquel Dr.,   Soquel, CA 95073-2659
unk         +Michael M. Moore,   Basic Life Resources,   6675 Wahl Road,   Freeland, WA 98249-9575
cr          +Michelle R. Strickland,   8301 E. 93rd Street,   Kansas City, MI 64138-4610
unk         +Michelle Renee Strickland,   8301 E. 93rd Street,   Kansas City, MO 64138-4610
cr          +Morgan Stanley & Co. Incorporated n/k/a Morgan Sta,   c/o Marino, Tortorella & Boyle, P.C.,
              437 Southern Boulevard,   Chatham, NJ 07928-1488
op          +Morrison Cohen LLP,   909 Third Avenue,   New York, NY 10022-4784
intp        +MortgageIT Holdings, Inc.,   c/o Bingham McCutchen LLP,   399 Park Avenue,
              New York, NY 10022-4614
unk         +Muop T. Lam,   1214 W. 6th Street,   Irving, TX 75060-2628
unk         +Nancy A. Kisting,   P.O. Box 127,   Waunakee, WI  53597-0127
intp        +National Association of Consumer Bankruptcy Attorn,   2300 M Street, Suite 800,
              Washington, DC 20037-1434
intp        +Nationstar Mortgage LLC,   c/o Sidley Austin LLP,   787 Seventh Avenue,
              New York, NY 10019-6018
intp        +Neighborhood Assistance Corporation of America,   NACA, Attn: George Weber,
              3607 Washington Street,   Jamaica Plain, MA  02130,   UNITED STATES 02130-2604
unk         +Nestor Fantone,   1870 San Benito Way,   Coalinga, CA 93210-3245
cr          +Obermayer Rebmann Maxwell & Hippel,   One Penn Center,   19th Floor,
              1617 John F. Kennedy Blvd.,   Philadelphia, PA  19103,   UNITED STATES 19103-1833
unk         +OceanFirst Bank, successor in interest to Columbia,   975 Hooper Avenue,
              Toms River, NJ 08753-8320
cr           Office of UnemploymentCompensation Tax Services (U,   Dept of Labor and Industry,
              Commonwealth of Pennsylvania,   625 Cherry Street, Room 203,   Reading, PA  19602-1152
unk         +Pamela Longoni,   Erickson, Thorpe & Swainston,   99 West Arroyo Street,   Reno, NV 89509-2866
unk         +Pamela Z. Hill,   6675 Wahl Road,   Freeland, WA 98249-9575
cr          +Patricia J McNerney,   22255 Center Ridge Rd, Suite 210,   Rocky River, OH 44116-3979
unk         +Patricia S. Pringle,   104 Freestone St,   Greenville, SC 29605-3225
cr           Patrick Farrell,   2904NW 14th Terrace,   Cape Coral, FL  33993
cr          +Paul N. Papas, II,   4727 E. Bell Rd,   Ste 45-350,   Phoenix, AZ 85032-2830
cr          +Paul Papas,   4727 E. Bell Road,   #45 PMB 350,   Phoenix, AZ 85032-9380
unk         +Perkins Coie LLP,   30 Rockefeller Plaza, 22nd Floor,   New York, NY 10112-2299
nbtr        +Peter S. Kravitz, as Trustee of the ResCap Borrowe,   c/o Daniel J. Flanigan,   Polsinelli PC,
              900 Third Avenue, 21st Floor,   New York, NY 10022-4869
```

District/off: 0208-1          User: aacosta          Page 5 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001          Total Noticed: 543

```
cr        +Petra Finance LLC,   c/o Thomas A. Conrad, Esq.,   7777 Glades Road,   Suite 400,
           Boca Raton, FL 33434-4193
cr        +Phenon Walker,   13880 Edgewater Drive,   Lakewood, OH 44107-1410
unk       +Philip Emiabata,   508 Evening Grosbeak Drive,   Pflugerville, TX 78660-8075
unk       +Phyllis J. Easterday,   83 West Liberty Street,   Quincy, MI 49082-1013
cr        +Pite Duncan, LLP,   4375 Jutland Drive,   Suite 200,   P.O. Box 17935,
           San Diego, CA 92177-7923
unk       +Quinn Emanuel Urquhart & Sullivan, LLP,   51 Madison Avenue,   New York, NY 10010-1603
cr        +RBS Citizens, NA,   c/o Shapiro Dicaro and Barak, LLC,   105 Maxess Road,   Suite N109,
           Melville, NY 11747-3854
intp       +RMBS Settling Investors represented by Talcott Fra,   Talcott Franklin PC,
           208 North Market Street,   Suite 200,   Dallas, TX 75202-3212
unk       +Rachel S. Blumenfeld, Esq.,   Rachel S. Blumenfeld,   26 Court Street,
           Brooklyn, NY 11242-0103
intp      +Rafael Malave,   1060 Post Avenue,   Staten Island, NY 10302-1838
unk       +ResCap Borrower Claims Trust,   1290 Avenue of the Americas,   New York, NY 10104-0101
unk       +ResCap Liquidating Trust,   c/o Morrison & Foerster LLP,   1290 Avenue of the Americas,
           New York, NY 10104-0101
cr        +Residential Credit Solutions,   28 East Main Street,   Suite 1800,   Rochester, NY 14614-1936
cr        +Residential Credit Solutions,   Fein, Such & Crane, LLP,   28 East Main St,   Suite 1800,
           Rochester, NY 14614-1936
unk       +Revamae Lannaman,   125 Evergreen Drive,   Lake Park, FL 33403-3525
unk       +Rhodrick Harden,   1568 Loretta Ave,   Coumbus, OH 43211-1508
unk       +Rhonda Gosselin,   16 Rolf Avenue,   Chicopee, MA 01020-1228
cr        +Richard D. Rode,   2301 West Lawther Drive,   Deer Park, TX 77536-6066
unk       +Richard N. Valencia,   9255 West Taylor Street,   Tolleston, AZ 85353-2311
cr        +Robert Kenneth Harris,   909 Patton Lane,   Westwego, LA 70094-3713
cr        +Robert Wieland,   c/o Nialis Law Group, APLC,   500 N State College Blvd,   Ste. 1200,
           Orange, CA 92868-6611
cr        +Rosalind Alexander-Kasparik,   c/o Allan Cate, Esq.,   7710 Balboa Ave., Suite 316,
           San Diego, CA 92111-2254
cns        Rubenstein Associates, Inc.,   1345 Avenue Of The Americas,   New York, NY 10105-0109
unk       +Russell D. Mays,   250 West Depot Street,   Greeneville, TN 37743-4910
cr        +Sandra LaBoutrie,   855 W. 125th Street,   Los Angeles, CA 90044-3811
unk       +Scott Hall,   c/o 186-188 Ames Street,   Brockton, MA 02302-2039
cr        +Select Portfolio Servicing, Inc. servicer for Deut,   c/o Frenkel Lambert et al.,
           53 Gibson Street,   Bay Shore, NY 11706-8369
cr        +Select Portfolio Servicing, Inc., as Servicing Age,   c/o Ted Eric May, Esq.,
           255 Merrick Road,   Rockville Centre, NY 11570-5211
cr        +Selene Finance as Servicing Agent for Movant DLJ M,   c/o Ted Eric May, Esq.,
           255 Merrick Road,   Rockville Centre, NY 11570-5211
unk       +Sidney T. Lewis,   1875 Alvason Avenue,   Columbus, OH 43219-1115
unk       +Siupo Chan & Associates, PC,   3635 Peachtree Industrial Blvd,   Suite 100,
           Duluth, GA 30096-2809
intp      +St. Paul Mercury Insurance Company,   c/o Foran Glennon,   Attn: Susan N.K. Gummow,
           222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
unk       +State Court Plaintiffs,   McCallum, Methvin & Terrell,   2201 Arlington Avenue South,
           Birmingham, AL 35205-4003
intp      +Summit Financial Mortgage LLC,   100 W. Jubal Early Dr.,   Winchester, VA 22601-6376
unk       +Susan Marie Gray,   Susan Marie Gray, Attorney at Law,   22255 Center Ridge Rd, Suite 210,
           Rocky River, OH 44116-3979
intp      +Swiss Re International S.E. (formerly known as f/,   c/o Foran Glennon,
           Attn: Susan N.K. Gummow,   222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
cr        +Sylvia Essie Dadzie,   3695 Secor Ave,   Bronx, NY 10466-5914
intp      ++TANNOR PARTNERS CREDIT FUND LP,   555 THEODORE FREMD AVENUE,   SUITE C 209,   RYE NY 10580-1437
           (address filed with court: TANNOR PARTNERS CREDIT FUND, LP,   150 Grand Street, Suite 401,
           White Plains, NY  10601)
unk       +THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMIN,   c/o Schneider Mitola, LLP,
           666 Old Country Rd.,   Suite 412,   Garden City, NY 11530-2015
unk       +Taggart Kenneth,   45 Heron Rd,   Holland, PA 18966-2109
unk       +Tammy Sinclair,   108 S. Warren Avenue,   Rose Hill, KS 67133-9120
cr        +Tennessee Department of Revenue,   c/o TN Attorney General,   Bankruptcy Division,
           PO Box 20207,   Nashville, TN 37202-4015
unk       +Texas Ad Valorem Taxing Jurisdictions,   c/o Lee Gordon,   P.O. Box 1269,
           Round Rock, TX 78680-1269
cr        +The Bank of New York Mellon FKA The Bank of New Yo,   Knuckles, Komosinski & Manfro, LLP,
           565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
cr        +The Bank of New York Mellon Trust Company, N.A.,   c/o Dechert LLP,
           Attn: Glen E. Siegel, Esq.,   1095 Avenue of the Americas,   New York, NY 10036-6797
cr        +The Frost National Bank,   c/o Patty Tomasco,   Jackson Walker LLP,   100 Congress Avenue,
           Suite 1100,   Austin, TX 78701-4042
cr        +Thomas James La Casse,   270 Park Drive,   Longmeadow, MA 01106-1275
intp      +Those Certain Underwriting Members at Lloyds, Lond,   c/o Foran Glennon,
           Attn: Susan N.K. Gummow,   222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
cr        #+Tia Smith,   4011 Hubert Avenue,   Los Angeles, CA 90008-2621
cr        +Tiffany Smith,   c/o Schroeter Goldmark & Bender,   500 Central Building,   810 Third Avenue,
           Seattle, WA 98104-1655
unk       +Todd Silber,   73 Farnham Road,   South Windsor, CT 06074-1115
unk       +Tom Franklin,   5633 Oak Grove Road,   Fort Worth, Tx 76134-2326
```

```
cr          Tower Capital Management, L.P. as Servicer to Towe,   The New York Times Building,
            620 Eighth Avenue,   23 Floor,   New York, NY  10018,   U.S.A.
cns         +Towers Watson Delaware Inc.,   28411 Northwestern Highway,   Suite 500,
            Southfield, MI 48034-5516
unk         +Town of Middelton,   7555 W. Old Sauk Road,   Verona, WI 53593-9700
cr          Township of Wall,   Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck, LLC,
            1100 Valley Brook Avenue,   PO Box 790,   Lyndhurst, NJ  07071-0790
cr          +Tracey J Marshall,   116 louise dr,   tiverton, ri 02878-3739
intp        +Tracy L. Klestadt, in his Capacity as Chapter 7 Tr,   Klestadt & Winters, LLP,
            570 Seventh Avenue, 17th Floor,   New York, NY 10018-1603
intp        +Twin City Fire Insurance Company,   c/o Foran Glennon,   Attn: Susan N.K. Gummow,
            222 N. La Salle St., Ste. 1400,   Chicago, IL 60601-1059
unk         +U.S. Bank National Association as Indenture Truste,   190 S. LaSalle Street,
            Chicago, IL 60603-3410
intp        +U.S. Bank National Association as Master Servicer,   c/o Seward & Kissel LLP,
            One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
unk         +U.S. Bank National Association as RMBS Trustee and,   c/o Seward & Kissel LLP,
            One Battery Park Plaza,   New York, NY 10004-1405
cr          +U.S. Bank National Association, as Indenture Trust,   c/o James Carr,
            Kelley Drye & Warren LLP,   101 Park Avenue,   New York, NY 10178-0062
intp        +U.S. Bank National Association, as Securitization,   c/o Seward & Kissel LLP,
            One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
intp        +U.S. Bank National Association, as Trustee of Cert,   c/o Seward & Kissel LLP,
            One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
cr          +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,   Cohn & Roth,
            100 East Old Country Road, Sute 28,   Mineola, NY 11501-4633
intp        +U.S.Bank National Association and certain Affiliat,   Seward & Kissel LLP,
            One Battery Park Plaza,   New York, NY 10004,   U.S.A. 10004-1485
unk         +United States of America,   US Attorney's Office,   86 Chambers Street,
            New York, NY 10007-1825
cr          +Vera L. Billingsley,   12066 Victorian Village Ct.,   St. Louis, MO 63138-1329
cr          +Verizon Business Network Services Inc.,   c/o Stinson Leonard Street LLP,
            Attn: Darrell W. Clark, Esq.,   1775 Pennsylvania Avenue, NW,   Suite 800,
            Washington, DC 20006-4760
cr          +Verizon Communications, Inc.,   c/o Stinson Morrison Hecker LLP,
            Attn: Darrell W. Clark, Esq.,   1775 Pennsylvania Avenue, NW,   Suite 800,
            Washington, DC 20006-4760
intp        +Vermont Housing Finance Agency,   c/o Klestadt & Winters, LLP,   570 Seventh Avenue, 17th Floor,
            New York, NY 10018-1603
cr          +Vicki West,   5328 7th Avenue,   Los Angeles, CA 90043-4851
cr          +WJ Smith,   c/o Nick Wooten, Esq.,   Nick Wooten, LLC,   PO Box 3389,   Auburn, Al  36831,
            UNITED STATES 36831-3389
unk         +Wachovia Bank National Association, as Trustee of,   c/o Kriss & Feuerstein LLP,
            360 Lexington Avenue, Suite 1200,   New York, NY 10017-6502
cr          +Wells Fargo Bank, N.A., as Trustee c/o Select Port,   Frenkel and Lambert et al.,
            53 Gibson Street,   Bay Shore, NY 11706-8369
cr          +Wells Fargo Bank, N.A., successor by merger with W,   4101 Wiseman Boulevard,   T7416-023,
            San Antonio, TX 78251-4200
cr          +Wells Fargo Delaware Trust Company, N.A., as trust,   715 Metropolitan Avenue,
            Oklahoma City, ok 73108-2088
cr          +William Hendricks,   16810 Easy Street,   Anchorage, AK 99577-7870
unk         +Willie L. Boykin,   250 Sterling Ridge Dr,   Atoka, TN 38004-7900
op          +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Elliott, LLP,
            565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
cr          +Wilmington Trust, National Association, not in its,   ALDRIDGE PITE, LLP,
            4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921
intp        +Yung Fen,   1225 Reservoir Road,   Cheshire, CT 06410-2966
unk         +Yvonne D. Lewis,   1875 Alvason Avenue,   Columbus, OH 43219-1115
5932734     ++ALDINE INDEPENDENT SCHOOL DISTRICT,   TAX OFFICE,   14909 ALDINE WESTFIELD DR,
            HOUSTON TX 77032-3027
            (address filed with court: Aldine Independent School District,   14910 Aldine-Westfield Road,
            Houston, TX 77032,   Email: bnkatty@aldine.k12.tx.us)
7229666     +ALDRIDGE PITE, LLP,   Attorneys for Nationstar Mortgage LLC,   4375 Jutland Drive, Suite 200,
            P.O. Box 17933,   San Diego, CA 92177-7921
6172515     +AMERICA'S SERVICING COMPANY,   ATTENTION BANKRUPTCY DEPARTMENT,   /MAC #D3347-014,
            3476 STATEVIEW BLVD,   FORT MILL, SOUTH CAROLINA 29715-7203
5868169     +AMI B. ESKANOS,   3122 PINE TREE DRIVE,   MIAMI BEACH, FL 33140-3929
6396083     +ANAISSA B. GERWALD,   12317 Hwy. Ga 251,   Darian, GA 31305-3630
6341040     +ANAISSA GERWALD,   501 CAPITAL CIRCLE NE,   #73152065,   TALLAHASSEE, FL. 32301-3558
5972720     ANN MARIE V. GRAYBASH; MARYANN A. GRAYBASH,   ENGLERT,COFFEY,MCHUGH & FANTAUZZI, LLP,
            C/O DENNIS M. ENGLERT, ESQ.,   224 STATE STREET,PO BOX 1092,   SCHENECTADY, NY 12301-1092
5929876     +Adam C. Harris,   Schulte Roth & Zabel LLP,   919 Third Avenue,   New York, NY 10022-3921
6004731     Alan M. Rosen, Esquire,   The Jacobs Law Group, PC,   2005 Market Street, Suite 1120,
            One Commerce Square,   Philadelphia, PA  19103
5880632     +Alan Moss,   PO Box 721,   Moss Beach, CA 94038-0721
7099400     +Aldridge Pite, LLP,   Attorneys for Wilmington Trust, N.A.,   4375 Jutland Drive, Suite 200,
            P.O. Box 17933,   San Diego, CA 92177-7921
6712864     +Alvin & Sandra Labostrie,   855 W. 125th Street,   Los Angles, CA 90044-3811
6712752     +Alvin LaBostrie and Sandra LaBostrie,   855 W. 125th Street,   Los Angeles, CA 90044-3811
6449626     +Anaissa Beth Gerwald,   12317 Hwy Ga 251,   Darian, GA 31305-3630
```

```
5944108     +Aurelius Capital Management, LP,   535 Madison Ave., 22nd Floor,   New York, NY 10022-4263
5861783     +Aurora Loan Servicing, Inc.,   c/o Fein Such & Crane, LLP.,   28 E. Main Street,   Suite 1800,
             Rochester, NY 14614-1936
5981531     +BANK OF AMERICA, N.A.,   LEOPOLD & ASSOCIATES, PLLC,   80 Business Park Drive, Suite 110,
             Armonk, New York 10504-1704
5868168     +BARRY B. ESKANOS, JD MPA,   3122 PINE TREE DRIVE,   MIAMI BEACH, FL 33140-3929
6565828     +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
6566063      Bank of America, N.A.,   c/o Kozeny, McCubbin & Katz, LLP,   395 N Service Rd, Suite 401,
             Melville, New York 11747,   Attn: Jordan S Katz, Esq.
6604573     +Bank of America, N.A. Successor by Merger to BAC H,   Peter T. Roach and Associates, P.C.,
             125 Michael Drive, Suite 105,   Syosset, New York 11791-5311
5861303     +Bank of America,N.A.,   c/o Fein Such & Crane, LLP.,   28 E. Main Street,   Suite 1800,
             Rochester, NY 14614-1936
5885827     +Bank of the West,   c/o Andrew W. Muller,   Stinson Morrison Hecker LLP,
             1201 Walnut, Ste. 2900,   Kansas City, MO 64106-2178
5915168      Bankruptcy Administration,   IKON Financial Services,   PO Box 13708,   Macon, GA 31208-3708
6564879     +Brett L. Messinger,   Duane Morris LLP,   30 South 17th Street,   Philadelphia, PA 19103-4196
6174703     +CITIMORTGAGE, INC.,   c/o Sweeney, Gallo, Reich & Bolz, LLP.,   95-25 Queens Blvd, 11th Floor,
             Rego Park, NY 11374-4509
5878002     +Cal-Western Reconveyance Corp.,   c/o Moritt Hock & Hamroff LLP,   Attn. Leslie A. Berkoff,
             400 Garden City Plaza,   Garden City, NY 11530-3327
6625888     +Caliber Home Loans, Inc.,   C/O Kozeny, McCubbin & Katz, LLP,   40 Marcus Drive, Suite 200,
             Melville, New York 11747-4200
5957878     +California Housing Finance Agency,   Paul J. Pascuzzi,
             Felderstein Fitzgerald Willoughby & Pasc,   400 Capitol Mall, Suite 1450,
             Sacramento, CA 95814-4434
5877734     +Cameron County,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,
             PO BOX 17428,   Austin, TX 78760-7428
6416378     +Canon U.S.A., Inc.,   One Canon Park,   Melville, New York 11747-3036
6418969     +Caren J. Wilson,   633 Sunset Lane,   Culpeper, VA 22701-3942
6335951     +Caren Wilson,   c/o Attorney Wendy Alison Nora,   310 Fourth Avenue South, Suite 5010,
             Minneapolis, Minnesota 55415-1053
5860778     +Carrollton-Farmers Branch Independent School Distr,   Law Offices of Robert E. Luna, P.C.,
             c/o Andrea Sheehan,   4411 North Central Expressway,   Dallas, Texas 75205-4210
5994040     +CitiMortgage, Inc.,   c/o Featherstone Petrie DeSisto LLP,   600 - 17th St., #2400-S,
             Denver, CO 80202-5424
5865995     +City Of McAllen,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,
             PO BOX 17428,   Austin, TX 78760-7428
5876900     +City of Union City, New Jersey,   c/o Joel R. Glucksman, Esq.,   Scarinci & Hollenbeck, LLC,
             1100 Valley Brook Avenue, P.O. Box 790,   Lyndhurst, NJ 07071-0790
6549513     +Conrad P. Burnett, Jr.,   c/o Bustos & Associates, P.C.,   225 Broadway - 39th Floor,
             New York, NY 10007-3001,   Attn: Pablo E. Bustos, Esq.
5874599     +DANIEL T. POWERS,   CHATHAM COUNTY TAX COMMISSIONER,   PO BOX 8324,   SAVANNAH, GA 31412-8324
5981533     +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,   LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
6053611     +DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE,   C/O LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
5861240      Dallas CPT Fee Owner, L.P.,   c/o Proskauer Rose LLP,
             Attn: Scott K. Rutsky, Esq. & Jared D. Z,   Eleven Times Square,   New York, NY 10036-8299
5890396     +David L. Tillem,   Wilson Elser Moskowitz Edelman & Dicker,   3 Gannett Drive,
             White Plains, NY 10604-3407
6141653     +David M. Feldman, Esq.,   Joshua Weisser, Esq.,   GIBSON, DUNN & CRUTCHER LLP,
             200 Park Avenue,   New York, New York 10166-4799
5886461     +Diem T. Nguyen,   16478 Beach Boulevard #331,   Westminster, CA 92683-7860
5894679     +Dodge County, State of Wisconsin,   127 East Oak Street,   Juneau, WI 53039-1329
6651455     +Drake and Loeb,   Attn: Timothy P. McElduff, Jr.,   555 Hudson Valley Avenue, Suite 100,
             New Windsor, New York 12553-4749
5906238     +FEDELINA ROYBAL-DEAGUERO 2008 TRUST,   42265 LITTLE LAKE ROAD,   MEDOCINO, CA 95460-9783
5902200     +FEIN, SUCH & CRANE, LLP,   28 EAST MAIN STREET,   SUITE 1800,   ROCHESTER, NY 14614-1936
6141896     +FHLB Chicago, FHLB Boston, FHLB Indianapolis,   c/o Keller Rohrback,   1201 Third Ave. #3200,
             Seattle, WA 98101-3276
6141894     +FHLB of Chicago,FLHB of Boston,,   FHLB of Indianapolis,   c/o Keller Rohrback,
             1201 Third Ave., Suite 3200,   Seattle, WA 98101-3276
6141899      Federal Home Loan Bank of Boston,   c/o Keller Rohrback,   1210 Third Ave. Suite 3200,
             Seattle, WA  98101
6141898     +Federal Home Loan Bank of Chicago,   Keller Rohrback,   1201 Third Ave. Suite 3200,
             Seattle, WA 98101-3052
6141900     +Federal Home Loan Bank of Indianapolis,   c/o Keller Rohrback,   1201 Third Ave. Suite 3200,
             Seattle, WA 98101-3276
5861777     +Fein Such & Crane,LLP.,   Attorneys for Aurora Loan Services, Inc.,   28 E. Main Street,
             Suite 1800,   Rochester, NY 14614-1936
5972317     +Frenkel Lambert Weiss,   53 Gibson Street,   Bay Shore, New York 11706-8369
7235853     +Frenkel Lambert et al,   Attorneys for Select Portfolio Servicing,   53 Gibson Street,
             Bay Shore, NY 11706-8369
6700030     +GMAC MORTGAGE CORPORATION,   8400 NORMANDALE LAKE BLVD., SUITE 175,
             BLOOMINGTON, MN 55437-1073
5981028     +GMAC MORTGAGE, LLC,   Fein, Such and Crane, LLP.,   7 Century Drive, Suite 201,
             Parsippany, NJ 07054-4673
6495930     +GODFREY & KAHN, S.C.,   Attorneys for ResCap Liquidating Trust,
             Attn: Katherine Stadler, Esq.,   1 East Main Street, Suite 500,   Madison, WI 53703-3300
```

```
5862513    +GREGORY M. PETRICK, ESQ.,   CADWALADER, WICKERSHAM & TAFT LLP,   ONE WORLD FINANCIAL CENTER,
            NEW YORK, NY 10281-0006
5989941    +Gerard Wiener,   c/o David J. Brown,   135 Ulloa Street,   San Francisco, CA 94127-1219
5862989    +Green Planet Servicing, LLC,   c/o Duane Morris LLP,   1540 Broadway,   New York, NY 10036-4086,
            Attn: Gerard S. Catalanello, Esq.
6445004    +HATTIE MAE SCOTT,   1850 CONNERS COURT,   LAWRENCEVILLE, GA 30044-6975
5858397    +HP Enterprise Services, LLC,   c/o Michael Warner/ Emily S. Chou,
            Cole, Schotz, Meisel, Forman & Leonard P,   301 Commerce Street, Ste 1700,
            Fort Worth, TX 76102-4126
5858398    +HP Enterprise Services, LLC,   c/o Ayala Hassell,   5400 Legacy Drive,   Plano, TX 75024-3105
6565145    +HSBC Bank USA, NA,   c/o Duane Morris LLP,   30 South 17th Street,
            Philadelphia, PA 19103-4196,   Attn: Brett L. Messinger, Esq.
5929878    +Howard O. Godnick,   Schulte Roth & Zabel LLP,   919 Third Avenue,   New York, NY 10022-3921
5886414     IBM Corporation,   Attn: Shawn Konig,   1360 Rene Levesque W., Suite 400,
            Montreal, QC H3G 2W6,   Canada
5862514    +INGRID BAGBY, ESQ.,   CADWALADER, WICKERSHAM & TAFT LLP,   ONE WORLD FINANCIAL CENTER,
            NEW YORK, NY 10281-0006
5896931    +Imperial County Tax Collector,   940 West Main Street,   Suite 106,   El Centro, CA 92243-2864
6685356    +Inmer E. Campos Carranza,   c/o Dahiya Law Offices LLC,   75 Maiden Lane Suite 506,
            New York, New York 10038-4631
6685357    +Inmer E. Campos Carranza,   c/o Susan M. Rotkis,   CONSUMER LITIGATION ASSOCIATES, P.C.,
            763 J. Clyde Morris Boulevard,   Suite I-A,   Newport News, VA 23601-1533
5879058    +Ira M. Levee, Esq.,   Lowenstein Sandler PC,   1251 Avenue of the Americas, 18th Floor,
            New York, New York 10020-1104
6370783    +Jacqueline A. Warner,   c/o Law Office Rachel S. Blumenfeld,   26 Court Street, Suite 2220,
            Brooklyn, New York 11242-1122
5883794     James R. Martin,   Madeline Martin,   14587 Berklee Drive,   Addison, TX 75001-3533
6370012    +Jason and Jennifer Schermerhorn,   c/o Butler,Fitzgerald, Fiveson,   & McCarthy, P.C.,
            9 East 45th Street, 9th Floor,   New York, NY 10017-8456
6028275    +Jennifer L. Wilson, Sui Juris,   4365 School House Commons, 500-251,
            Harrisburg, NC 28075-7565
5857118     John Mark Stern,   Assistant Attorney General,   Bankruptcy & Collections Division,
            PO Box 12548,   Austin, Texas 78711 2548
5874460    +Joseph DiGiorno,   Tilda Gigiorno,   437 Palmer Road,   Yonkers, NY 10701-5206
6004733     Joshua A. Gelman, Esquire,   The Jacobs Law Group, PC,   2005 Market Street, Suite 1120,
            One Commerce Square,   Philadelphia, PA 19103
6702538    +Karen M. Rozier,   1313 Idlywood Road,   Pikesville, MD 21208-3618
6141092     Kathleen G. Cully PLLC,   180 Cabrini Blvd., #128,   New York, NY 10033-1167
5903262    +Kentucky Department of Revenue,   Legal Branch-Bankruptcy Section,   Attn: Michael Hornback,
            P.O. Box 5222,   Frankfort, KY 40602-5222
5953119    +Kriss & Feuerstein LLP,   360 Lexington Avenue, Suite 1200,   New York, NY 10017-6555
6005655    +LEOPOLD & ASSOCIATES, PLLC,   ATTORNEYS FOR BANK OF AMERICA, n.a,
            80 BUSINESS PARK DRIVE, SUITE 110,   ARMONK, NEW YORK 10504-1704
6082459    +LEOPOLD & ASSOCIATES, PLLC,   Attorneys for Movant,   80 Business Park Drive, Suite 110,
            Armonk, New York 10504,   9 10504-1704
6086412    +LEOPOLD & ASSOCIATES, PLLC,   Attorneys for Ocwen Loan Servicing, LLC,,
            80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
6909750     Laird J. Heal,   Attorney for Rhonda Gosselin,   36 Central Square,   Suite 4,
            Boston, MA 02128-1911
5861111    +Lead Plaintiff and the Putative Class,   C/O Ira M. Levee, Esquire,   Michael S. Etkin, Esquire,
            Lowenstein Sandler PC,   65 Livingston Ave.,   Roseland, NJ 07068-1725
5930414    +Lead Plantiffs and Putative Class,   c/o Lowenstein Sandler PC,   65 Livingston Avenue,
            Roseland, NJ 07068-1725,   Attn: Ira M. Levee, Esq.
6015473     Liberty Property Limited Partnership,   Eric A. Boden, Esq.,
            Schnader Harrison Segal & Lewis LLP,   140 Broadway, Suite 3100,   New York, NY 10005-1124
5857159     Liberty Property Limited Partnership,   c/o Schnader Harrison Segal & Lewis LLP,
            1600 Market Street, Suite 3600,   Philadelphia. PA 19103-7286,   Attn: Barry Bressler
5938730    +Locke Lord LLP,   3 World Financial Center,   New York, New York 10281-1006
6395016    +MARCUS HARRIS,   2010 EVERGREEN AVE.,   APT. #10,   DESMOINES, IA 50320-1418
6006195    +MARK B. FLANNAGAN,   UMB BANK, N.A.,   1010 GRAND BLVD. 4TH FLOOR,   KANSAS CITY, MO 64106-2202
5862515    +MARK C. ELLENBERG, ESQ.,   CADWALADER, WICKERSHAM & TAFT LLP,   700 SIXTH STREET, N.W.,
            WASHINGTON, DE 20001-5538
6642467    +MARTHA S. PANASZEWICZ,   C/O ROSALES DEL ROSARIO, P.C.,   ATNN: JOHN B. ROSARIO, ESQ.,
            39-01 Main Street, Suite 302,   Flushing, NY 11354-5434
6371393    +MARVIN MCDOUGAL,   30 MILL STREET, BUILDING B,   HEADLDSBURG, CA 95448-4010
5862375    +MERSCORP, Inc.,   c/o William A. Hazeltine, Esq.,   Sullivan Hazeltine Allinson LLC,
            901 N. Market Street, Suite 1300,   Wilmington, DE 19801-3079
5924288    +Manufacturers and Traders Trust Company,   c/o Hodgson Russ LLP-Attn: Garry M. Grab,
            140 Pearl Street, Suite 100,   Buffalo, New York 14202-4014
5929879    +Marguerite E. Gardiner,   Schulte Roth & Zabel LLP,   919 Third Avenue,
            New York, N.Y. 10022-3921
6733324    +Marilyn S. Lawrence,   5362 W. Olympic Blvd #1,   Los Angeles, California 90036-4832
6508160    +Marion County Treasurer,   c/o Douglas J. DeGlopper, Esq.,   318 E. 64th Street,
            Indianapolis, IN 46220-1605
6640860    #+Martha Panaszewicz,   89 Belle Av,   San Francisco, CA 94132-3210
5859891    +Martin G. Bunin, Esq.,   William Hao, Esq.,   Alston & Bird LLP,   90 Park Avenue,
            New York, NY 10016-1387
5888145    +Mary Perkins White,   C/O Christopher Green,   Law Offices of Christopher Green PS,
            601 Union Street Suite 4200,   Seattle WA 98101-4036
6384852    +Mary R. Biancavilla,   341 Oak Drive,   New Cumberland, PA 17070-2831
```

7264075    +McCabe, Weisberg & Conway, LLC,    Attorneys for Specialized Loan,    Servicing LLC,
            145 Huguenot Street, Suite 210,    New Rochelle, NY 10801-5252
6769686    +McCabe, Weisberg, & Conway, P.C.,    Attorneys for Deutsche Bank Trust,    Company Americas,
            Attn: Irene Costello, Esq.,    145 Huguenot Street, Suite 210,    New Rochelle, NY 10801-5252
6511339    +Michael E. Boyd,    5439 Soquel Drive,    Soquel, California 95073-2659
5929880    +Michael G. Cutini,    Schulte Roth & Zabel LLP,    919 Third Avenue,    New York, N.Y. 10022-3921
6335816    +Michael Harkey,    c/o Attorney Wendy Alison Nora,    310 Fourth Avenue South, Suite 5010,
            Minneapolis, Minnesota 55415-1053
5878297    +Midfirst Bank,    c/o William H. Hoch,    20 N. Broadway Ave., Suite 1800,
            Oklahoma City, OK 73102-8296
6017822    +Morgan Stanley & Co. Incorporated,    (n/k/a Morgan Stanley & Co. LLC),
            c/o Marino, Tortorella & Boyle, P.C.,    437 Southern Boulevard,    Chatham, NJ 07928-1488
6699188    +Morgan, Lewis & Bockius LLP,    Attn:  Susan F. DiCicco, Esq.,    101 Park Avenue,
            New York, NY 10178-0060
6702500    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:  Nationstar Mortgage, LLC,    P.O. Box 619096,
            Dallas, TX 75261-9741)
6165035    +Nassau County Treasurer,    c/o Office of the County Attorney,    1 West Street,
            Mineola, NY 11501-4813
6165032    +Nassau County Treasurer,    c/o Office of the County Attorney,
            Attn: Patrick R. Gallagher, Esq.,    1 West Street,    Mineola, NY 11501-4813
6702501    +Nationstar Mortgage, LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
6004732     Neal Jacobs, Esquire,    The Jacobs Law Group, PC,    2005 Market Street, Suite 1120,
            One Commerce Square,    Philadelphia, PA 19103
5902833    +Newport Management Corporation,    c/o Hunton & Williams LLP,    200 Park Avenue, 53rd Floor,
            New York, NY 10166-4499,    Attn:  Richard P. Norton, Esq. and Rober
6406097    +Obermayer Rebmann Maxwell & Hippel LLP,    One Penn Center,    19th Floor,    1617 J.F.K. Blvd.,
            Philadelphia, PA 19103-1833
5868231     Office of UnemploymentCompensation Tax Services,    Dept of Labor and Industry,
            Commonwealth of Pennsylvania,    625 Cherry Street, Room 203,    Reading, PA 19602-1152
5991897     Office of the Town Attorney,    c/o Leonard Genova,    Town of Oyster Bay,    Town Hall,
            Oyster Bay, NY 11771
6531522    +OneWest Bank & Deutsche Bank National Trust Co.,    c/o Walter J. Ashbrook,
            Quarles & Brady LLP,    2 N. Central Avenue,    Phoenix, AZ 85004-2391
6532224     OneWest Bank and Deutsche Bank,    National Trust Company,    c/o QUARLES & BRADY LLP,
            Two North Central Avenue,    Phoenix, Arizona 85004-2391,    Attn: John Maston O'Neal, Esq.
6532225     OneWest Bank and Deutsche Bank,    National Trust Company,    c/o QUARLES & BRADY LLP,
            Two North Central Avenue,    Phoenix, Arizona 85004-2391,    Attn: Lori L. Winkelman, Esq.
6532226     OneWest Bank and Deutsche Bank,    National Trust Company,    c/o QUARLES & BRADY LLP,
            Two North Central Avenue,    Phoenix, Arizona 85004-2391,    Attn: Walter J. Ashbrook, Esq.
5957211    +OneWest Bank, FSB,    c/o Stein,Wiener & Roth, LLP,    One Old Country Road, Suite 113,
            Carle Place, NY 11514-1847
5920413    +Oracle America, Inc.,    c/o Amish R. Doshi, Esq.,    MAgnozzi 7 Kye, LLP,
            23 Green Street, Suite 302,    Huntington, New York 11743-3336
5862512    +PATTERSON BELKNAP WEBB & TYLER, LLP,    Attorneys for MBIA Insurance Corporation,
            1133 AVENUE OF AMERICAS,    NEW YORK, NY 10036-6731
5891925    +PAUL N. PAPAS II,    MyLegalHelpUSA.com,    4727 E.BELL RD., STE. 45-350,
            PHOENIX, AZ 85032-2830
7025821    +POLSINELLI PC,    Attorneys for ResCap Borrower,    Claims Trust,    Attn: Jason A. Nagi,
            600 Third Avenue, 42nd Floor,    New York, NY 10016-1924
5896908    +Paul N. Papas II,    MyLegalHelpUSA.com,    4727 E. Bell Rd., Ste. 45-350,
            Phoeniz, AZ 85032-2830
6335887    +Paul N. Papas II,    4727 E. Bell Road, 72-350,    Phoenix, Arizona 85032-2308
5906708    +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
            3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
6486293    +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Bankruptcy Department,
            Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1623
6404174    +Peter S. Kravitz, Borrower Claims Trustee,    c/o Daniel J. Flanigan,    Polsinelli PC,
            900 Third Avenue, 21st Floor,    New York, NY 10022-4869
5875669     Pillsbury Winthrop Shaw Pittman LLP,    Attorneys for 2255 Partners, L.P.,
            Attn: Ana N. Damonte, Esq.,    50 Fremont Street, P.O. Box 7880,    San Francisco, CA 94120-7880
6758207    +RAS Boriskin, LLC,    Attorneys for Nationtar Mortgage LLC,    Attn: Daniel Sullivan,
            900 Merchants Concourse,    Westbury, NY 11590-5142
6399472    +ROBERT ZEILER,    NANCE JANE ZEILER,    2149 E. 101ST WAY,    THORNTON, CO 80229-2375
6933053    +ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    Attorneys for Deutsche Bank National,    Trust Company,
            6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
5905527     ROSEANN GROB,    PO BOX 1287,    MILTON, WA 98354-1287
6023998    +RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for,    Fein, Such & Crane, LLP,
            7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
5900393    +Ray Elliott,    2655 South Valley Drive,    Rapid City, South Dakota 57703-5936
6430144     Raymond P. Burton, Jr.,    Attorney at Law,    PO Box 43,    Roseville, CA  95661-0043
6038752    +Representative Plaintiffs and Putative Class,    c/o Mark A. Strauss,    Kirby McInerney LLP,
            825 Third Avenue, 16th Floor,    New York, NY 10022-9523
6038992    +Representative Plaintiffs and Putative Class,    c/o Mark Strauss,    Kirby McInerney LLP,
            825 Third Avenue, 16th Floor,    New York, NY 10022-9523
6040584    +Representative Plaintiffs and Putative Class,    c/o J. Brandon Walker,    Kirby McInerney LLP,
            825 Third Avenue, 16th Floor,    New York, NY 10022-9523
5874353    +Representative Plaintiffs, Putative Class, et al.,    c/o Daniel J. Flanigan,
            Polsinelli Shughart PC,    805 Third Avenue, Suite 2020,    New York, New York 10022-7538
5949928     Residential Credit Solutions,    P.O. Box 163229,    Fort Worth, Texas 76161-3229

6003667     +Residential Credit Solutions,   c/o Fein, Such & Crane, LLP,   28 East Main St,   Suite 1800,
             Rochester, NY 14614-1936
6025798     +Richardo I. Kilpatrick,   Kilpatrick & Associates, P.C.,   903 N. Opdyke Road, Suite C,
             Auburn Hills, Michigan 48326-2693
6965380     +Roberston, Anschutz & Schneid, P.L.,   Attorneys for Bank of New York Mellon,
             Attn: Bankruptcy Department,   6409 Congress Ave., SUITE 100,   Boca Raton, FL 33487-2853
5990413     +Robert Sliwka,   3351 Athens Street, Apt. #2,   Las Vegas, Nevada 89169-2868
6702304     +Ronald P. Gillis,   PO BOX 380842,   Murdock, FL 33938-0842
7186242     +Rosicki, Rosicki & Associates, P.C.,   Attorneys for Deutsche Bank National,   Trust Company,
             51 East Bethpage Road,   Plainview, NY 11803-4224
5862721     +SAMUEL I. WHITE, P.C.,   D. CAROL SASSER, ESQ.,   5040 CORPORATE WOODS DRIVE, SUITE 120,
             VIRGINIA BEACH, VIRGINIA 23462-4377
5862720     +SAMUEL I. WHITE, P.C.,   DONNA J. HALL, ESQ.,   5040 CORPORATE WOODS DRIVE, SUITE 120,
             VIRGINIA BEACH, VIRGINIA 23462-4377
5862662     +SHERMAN & STERLING LLP,   FREDRIC SOSNICK, ESQ.,   599 LEXINGTON AVENUE,
             NEW YORK, NY 10022-6069
5862663     +SHERMAN & STERLING LLP,   SUSAN A. FENNESSEY,   599 LEXINGTON AVENUE,   NEW YORK, NY 10022-6069
6060087     +Select Portfolio Servicing, Inc. as servicer,   for Wells Fargo Bank, N.A., as Trustee,
             Kozeny, McCubbin & Katz,   395 N Service Rd, Suite 401,   Melville, NY 11747-3143
6061391     +Select Portfolio Servicing, Inc. as servicing,   agent for U.S. Bank National Association,
             Kozeny, McCubbin & Katz, LLP,   395 N Service Rd, Suite 401,   Melville, NY 11747-3143
6335954     +Shane M. Haffey,   3250 Delong Road,   Lexington, Kentucky 40515-8531
6828435     +Sheldon, May & Associates, P.C.,   Attorneys for Wells Fargo Bank, N.A.,   Attn: Ted Eric May,
             255 Merrick Road,   Rockville Centre, New York 11570-5211
5857722     +Sidley Austin LLP,   One South Dearborn,   Chicago, IL 60603,   Attn: Larry J. Nyhan &
             Jessica C.K. Boelter, Esq. 60603-2323
6712867     +Simone Braham,   General Delivery,   Kissimmee, FL 34744-9999
5865997     +South Texas College,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,
             PO BOX 17428,   Austin, TX 78760-7428
5865996     +South Texas ISD,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,
             PO BOX 17428,   Austin, TX 78760-7428
5930423     +State of Michigan, Department of Treasury,   3030 West Grand Boulevard, Suite 10-450,
             Detroit, MI 48202-6030
6050006     +Stephanie Harris,   PO Box 190504,   Miami Beach, FL 33119-0504
5872691     +Steven J. Reisman, Esq.,   Curtis, Mallet-Prevost, Colt & Mosle LLP,   101 Park Avenue,
             New York, New York 10178-0002
6561570     +Stewart Title Guaranty Company,   c/o Stahl Cowen Crowley Addis LLC,   55 W. Monroe, Ste. 1200,
             Chicago, Illinois 60603-5127,   Attn: Patrick M. Jones, Esq.
6369900     +Stewart Title Guaranty Company, subrogee of Trust,   David L. Tillem,   Wilson Elser,
             1133 Westchester Ave,   WP,NY 10604-3516
6025219     +SunTrust Mortgage Inc.,   c/o Stein, Wiener & Roth, LLP,   One Old Country Road, Suite 113,
             Carle Place, NY 11514-1847
6803117     +Susan M. Gray,   Attorney for Ms. Patricia J. McNerney,   Ohio Savings Bank Building, Suite 210,
             22255 Center Ridge Road,   Rocky River, OH 44116-3964
6335909     +Suzanne and Melvin Simonovich,   12322 87th Avenue,   Pleasant Prairie, Wisconsin 53158-2402
5857207     +TCF National Bank,   c/o Foley & Mansfield PLLP,   250 Marquette Avenue, Ste. 1200,
             Minneapolis, MN 55401-1874
5857210     +TCF National Bank,   200 Lake Street,   Wayzata, MN 55391-1690
6363639     +THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMIN,   c/o Schneider Mitola LLP,
             666 Old Country Road,   Garden City, NY 11530-2004
5881987     +TW Telecom Inc.,   c/o Linda Boyle,   10475 Park Meadows Drive, #400,
             Littleton, CO 80124-5433
7138758     +Tannor Partners Credit Fund, LP,   555 Theodore Fremd Avenue - Ste C209,
             Rye, New York 10580-1437,   Attn: Robert Tannor
5986215     +Tennessee Department of Revenue,   c/o TN Attorney General's Office, Bankru,   PO Box 20207,
             Nashville, TN 37202-4015
5955206     +Texas Ad Valorem Taxing Jurisdictions,   c/o Lee Gordon,   P.O. Box 1269,
             Round Rock, Texas 78680-1269
5875919      The Bank of New York Mellon Trust Company, N.A.,   c/o Dechert LLP,   Attn: Brian E. Greer,
             1095 Avenue of the Americas,   New York, NY 10036-6797
5875917      The Bank of New York Mellon Trust Company, N.A.,   c/o Dechert LLP,   Attn: Glenn E. Siegel,
             1095 Avenue of the Americas,   New York, NY 10036-6797
5875918      The Bank of New York Mellon Trust Company, N.A.,   c/o Dechert LLP,   Attn: Hector Gonzalez,
             1095 Avenue of the Americas,   New York, NY 10036-6797
5875920      The Bank of New York Mellon Trust Company, N.A.,   c/o Dechert LLP,   Attn: Mauricio A. Espana,
             1095 Avenue of the Americas,   New York, NY 10036-6797
5988792     #+Tia Smith,   4011 Hubert Avenue,   Los Angeles, California 90008-2621
6513174     +TransUnion LLC,   c/o Sherman, Silverstein, Kohl, etc.,   308 Harper Drive, Suite 200,
             Moorestown, NJ 08057-3245,   Attn: Bruce S. Luckman, Esq.
6512610     +TransUnion LLC,   c/o Bruce S. Luckman, Esq.,   Sherman Silverstein,
             308 Harper Drive, Suite 200,   Moorestown, NJ 08057-3245
5931620     +Travis County,   c/o Kay D. Brock,   P.O Box 1748,   Austin, Texas 78767-1748
5981539     +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE,   LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
5857092     +U.S. Bank National Association,   c/o James Carr,   Kelley Drye & Warren LLP,   101 Park Avenue,
             New York, NY 10178-0062
6145289     +UMB Bank, N.A.,   c/o Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
             New York, NY 10036-6728,   Attn: D.Golden, P.Dublin, R.Albanese
5997912     +US BAnk National Association, as Trustee for Credi,   c/o Stein, Wiener & Roth, LLP,
             One Old Country Road, Suite 113,   Carle Place, NY 11514-1847

District/off: 0208-1          User: aacosta          Page 11 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001         Total Noticed: 543

```
5873784      +USAA Federal Savings Bank,    c/o Barnes & Thornburg LLP,    1000 North West Street, Suite 1200,
              Wilmington, DE 19801-1058
5876484      +USAA Federal Savings Bank,    c/o Barnes & Thornburg,    11 S. Meridian Street,
              Indianapolis, IN 46204-3506
6004870      +VICTORIA L. SAFRAN,    ASSISTANT ATTORNEY GENERAL,    NASSAU REGIONAL OFFICE,
              200 OLD COUNTRY ROAD, SUITE 240,    MINEOLA, NY 11501-4239
5890373      +WILLIAM PELFREY,    222 BRYANT DRIVE,    STAFFORDSVILLE, KY 41256-9074
6178458      +WJ & Irma Smith,    C/O Nick Wooten, Esq.,    Nick Wooten, LLC,    PO Box 3389,
              Auburn, Al. 36831-3389
5900835       Wells Fargo Bank, N.A.,    c/o Gibbons P.C.,    Attn: Jeffrey S. Berkowitz, Esq.,
              One Pennsylvania Plaza, 37th Floor,    New York, NY 10119-3701
6828304      +Wells Fargo Bank, National Association, as Trustee,    25,    255 Merrick Road,
              Rockville Centre, NY 11570-5211
6753793      +Williams & Connolly LLP,    Attorneys for Decision One,    Mortgage Company, LLC,
              Attn: David Blatt, Esq.,    725 12th Street, N.W.,    Washington, D.C. 20005-3901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: OSA.Bankruptcy@massmail.state.ma.us Jan 17 2018 19:44:47
               Commonwealth of Massachusetts,    Office of the Attorney General,    One Ashburton Pl.,
               18th Floor,    Boston, MA  02108,    US 02108-1518
cr            +E-mail/Text: dsanginari@daypitney.com Jan 17 2018 19:44:15
               Connecticut Housing Finance Authority,    c/o Day Pitney LLP,
               242 Trumbull Street, Hartford, CT,    7 Times Square,    New York, NY 10036-6553
cr            +E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Cypress-Fairbanks ISD,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
intp          +E-mail/Text: dneier@winston.com Jan 17 2018 19:44:47    FEDERAL NATIONAL MORTGAGE ASSOCIATION,
               c/o Winston & Strawn LLP,    200 Park Avenue,    New York, NY 10166-0005
intp          +E-mail/Text: dneier@winston.com Jan 17 2018 19:44:47    Fannie Mae,    c/o Winston & Strawn LLP,
               200 Park Avenue,    New York, NY 10166-4002
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Fort Bend County,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Galveston County,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr            +E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Harris County et al,
               Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
               Houston, Tx 77253-3064
cr            +E-mail/Text: bankruptcy2@ironmountain.com Jan 17 2018 19:44:10
               Iron Mountain Information Management, Inc.,    Attn: Joseph Corrigan,    745 Atlantic Avenue,
               10th Floor,    Boston, MA 02111-2735
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Jasper County,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr            +E-mail/Text: ebcalvo@pbfcm.com Jan 17 2018 19:43:54    Johnson County et al, Richardson ISD,
               c/o Elizabeth Banda Calvo,    Perdue Brandon Fielder et al,    PO Box 13430,
               Arlington, TX  76094-0430
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Katy ISD,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr            +E-mail/Text: jthoman@hodgsonruss.com Jan 17 2018 19:44:14
               Manufacturers and Traders Trust Company,    c/o Hodgson Russ LLP,    Garry M. Graber, Esq.,
               140 Pearl Street,    Suite 100,    Buffalo, NY 14202-4014
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Matagorda County,
               c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
               Houston, TX 77253-3064
cr            +E-mail/Text: ecfnotices@dor.mo.gov Jan 17 2018 19:43:55    Missouri Department of Revenue,
               Steven A. Ginther,    PO Box 475,    301 W. High Street, Room 670,
               Jefferson City, MO 65105-0475
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Montgomery County,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Orange County,
               c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr            +E-mail/Text: legalservices@pbctax.com Jan 17 2018 19:44:05    Palm Beach County Tax Collector,
               301 North Olive Avenue,    3rd Floor,    West Palm Beach, FL 33401-4708
intp          +E-mail/Text: ase@severson.com Jan 17 2018 19:44:18    Severson & Werson, PC,
               One Embarcadero Center,    Suite 2600,    San Francisco, CA 94111-3715
intp          +E-mail/Text: debtmanagement@summitfgi.com Jan 17 2018 19:44:10    Summit Community Bank, Inc.,
               310 North Main Street,    Moorefield, WV 26836-1055
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Tyler County,
               c/o John P. Dillman,    P.O. Box 3064,    Houston, TX 77253-3064
intp          +E-mail/Text: dneier@winston.com Jan 17 2018 19:44:48    WFNBA,    c/o Winston & Strawn LLP,
               200 Park Avenue,    New York, NY 10166-0005
5938731      +Fax: 954-764-7770 Jan 17 2018 19:57:10    City of Miramar,    c/o Douglas R. Gonzales, Esq.,
               Weiss Serota Helfman,    200 E. Broward Blvd., #1900,    Fort Lauderdale, FL 33301-1949
5862038      +E-mail/Text: dallas.bankruptcy@LGBS.com Jan 17 2018 19:44:06    Dallas County,
               Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,    2323 Bryan Street Ste 1600,
               Dallas, TX 75201-2637
5855984      +E-mail/Text: dneier@winston.com Jan 17 2018 19:44:47    FEDERAL NATIONAL MORTGAGE ASSOCIATION,
               C/O WINSTON & STRAWN LLP,    200 Park Avenue,    New York, New York 10166-4193,
               David Neier (dneier@winston.com) 10166-4002
5948077       E-mail/Text: houston_bankruptcy@LGBS.com Jan 17 2018 19:44:06    Harris County et al,
               c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
               Houston, Tx. 77253-3064
```

```
District/off: 0208-1          User: aacosta          Page 12 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001         Total Noticed: 543
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5917949          E-mail/Text: bankruptcy2@ironmountain.com Jan 17 2018 19:44:10
                 Iron Mountain Information Management, Inc.,   Attn: Joseph Corrigan,   745 Atlantic Avenue,
                 Boston, MA 02111-2735
5857268          E-mail/Text: ebcalvo@pbfcm.com Jan 17 2018 19:43:54    JOhnson County et al, Richardson ISD,
                 c/o Elizabeth Banda Calvo,   Perdue Brandon Fielder et al,   PO Box 13430,
                 Arlington, Texas 76094-0430
5886417         +E-mail/Text: legal@taxcollector.com Jan 17 2018 19:44:05
                 Ken Burton, Jr., Manatee County Tax Collector,   Attn: Susan D. Profant,   4333 US 301 North,
                 Ellenton, FL 34222-2413
5923431         +E-mail/Text: ecfnotices@dor.mo.gov Jan 17 2018 19:43:55    Missouri Department of Revenue,
                 P.O. Box 670,   Jefferson City, MO 65105-0001
5963189         +E-mail/Text: MKnitter@monroecountypa.gov Jan 17 2018 19:44:08
                 Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
6413029          E-mail/Text: uibankruptcy@jfs.ohio.gov Jan 17 2018 19:44:11
                 Ohio Department of Job and Family Services,   Attn: Litigation,   PO Box 182404,
                 Columbus, OH 43218
5870972         +E-mail/Text: roarkd@oakgov.com Jan 17 2018 19:44:07    Oakland County Treasurer,
                 1200 North Telegraph Rd., Dept. 479,   Pontiac, MI 48341-0479
5987966         +E-mail/Text: g17768@att.com Jan 17 2018 19:43:55    Pacific Bell Telephone Company,
                 % AT&T Services, Inc,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
5987933         +E-mail/Text: g17768@att.com Jan 17 2018 19:43:55    Southwestern Bell Telephone Company,
                 % AT&T Services, Inc,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
5989511         +E-mail/Text: kimvv@tctfcu.org Jan 17 2018 19:43:58    TCT Federal Credit Union,
                 416 Rowland Street,   Ballston Spa, New York 12020-2684
6004868         +E-mail/Text: wdahill@wmd-law.com Jan 17 2018 19:44:45    WOLLMUTH MAHER & DEUTSCH LLP,
                 500 FIFTH AVENUE, 12TH FLOOR,   NEW YORK, NY 10110-1292,   ATTN: PAUL R. DEFILIPPO,
                 ATTN: STEVEN S. FITZGERALD
6413737         +E-mail/Text: rmcbknotices@wm.com Jan 17 2018 19:44:16    Waste Management,
                 2625 W. Grandview Rd. Ste. 150,   Phoenix, AZ 85023-3109
                                                                                       TOTAL: 38


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Elizabeth L. Pepper
aty              Fried, Frank, Harris, Shriver & Jacobson LLP
aty              John W. Lackey
aty              Kramer Levin Naftalis & Frankel LLP
aty              Mark S. Finkelstein
aty              McIntyre, Panzarella, Thanasides, Bringgold & Todd
aty              Orrick, Herrington & Sutcliffe LLP
aty              Raymond Wm Fullerton
aty              Ronald Rowland
aty              Susan M. Rotkis,    Consumer Litigation Associates, P.C.
aty              Thomas Margolis
aty              Thomas Margolis
aty              Thomas Margolis
aty              White & Case LLP
unk              2255 Partners, L.P.
cr               AIG Asset Management (US), LLC
unk              Abosede Eboweme
cr               Abosede Eboweme
unk              Acacia Life Insurance Company
intp             Ad Hoc Consortium of RMBS holders
cr               Ad Hoc Group of Junior Secured Noteholders
intp             Additional Homeowners Claimants
cr               Ahmed Moujahid
cr               Ailette Cornelius
cr               Aisha M. Harris
unk              Alan Gjurovich
unk              Alan Moss
unk              Alan Moss
cr               Albert Passaretti
unk              Albina Tikhonov
unk              Aldine Independent School District
cr               Alfredia Pruitt
cr               Alfreida Pruitt
cr               Alicja & George Davis
cr               AllState Insurance Company,
cr               Allison L. Randle
intp             Ally Bank
intp             Ally Financial Inc.
intp             Ambac Assurance Corporation
cr               American Residential Equities, LLC
unk              Ameritas Life Insurance Corp.
unk              Amherst Advisory & Management, LLC
cr               Anaissa B. Gerwald
unk              Anaissa Gerwald
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cns            Analytic Focus, LLC
unk            Andrew D. Dunavant, Jr.
unk            Andrew Davidson & Co., Inc.
cr             Anne Arundel County, Maryland
cr             Anne Ladd
cr             Anne M. Nelson
unk            Annie Trammell
cr             Anthony & Mary McDonald
cr             Anthony Fisher
cr             Anthony L. Davide
unk            Anthony L. Davide
unk            Antoinette Aribal
cr             Ariel Barel
cr             Ariel Barel, Sui Juris
unk            Armen Shaghzo
cr             Associate Partners, LLC
cr             Assured Guaranty Municipal Corp.
cr             Athens County Treasurer
cr             Aubrey Manuel
wit            Audrey Zabriskie
intp           BMO Harris Bank, N.A.
cr             BSI FINANCIAL SERVICES, INC
unk            Banc of America Funding Corporation
cr             Bank of America, N.A.
cr             Bank of America, N.A.
unk            Bank of America, National Association
cr             Bank of New York Mellon as Master Servicer of Cert
cr             Bank of the West
cr             Bankruptcy Counsel for Cambridge Place Investment
cr             Bankruptcy Counsel for Lead Plaintiff and Class
cr             Bankruptcy Counsel for Union Central Life Insuranc
cr             Bankruptcy Counsel for the RESPA Plaintiffs and th
unk            Barclays Bank PLC
intp           Barclays Capital, Inc.
cr             Barry and Ami Eskanos
unk            Barry and Stephanie Johnson
unk            Basic Life Resources
cr             Basic Life Resources and Pamela Hill
intp           Bayview Fund Management LLC
cr             Becky A. Spence
intp           Berkshire Hathaway Inc.
cr             Beth Tsounakas
cr             Bette Jean Yelder
cr             Beverly A. Blake
cr             Bill Ridge
cr             Bonnie Bonita Rose
unk            Branch Banking & Trust Co.
unk            Branch Banking and Trust Company
unk            Brandi Hayes on behalf of the Estate of Alfreida H
cr             Brandi Hayes, as Executor of the Estate of Alfredi
cr             Brian J. Fischer
cr             Bryan Bubnick
unk            Butler, Fitzgerald, Fiveson & McCarthy, P.C.,  9 East 45th Street, 9th Floor,   New York
cr             Butte County Treasurer and Tax Collector
unk            C. Price D. Harris
cr             CIBM Bank
cr             CIBM Bank
cr             CITIBANK, N.A.
cr             CITIMORTGAGE, INC.,   Fein, Such & Crane, LLP
cr             CO Moore, LP
intp           CQS ABS Alpha Master Fund Limited
intp           CQS ABS Master Fund Limited
cr             Caliber Home Loans, Inc. as  servicing agent for U
cr             California Department of Justice
intp           Cambridge Place Investment Management Inc.
intp           Cambridge Place Investments Management Inc.
cr             Cameron County
cr             Canyon Balanced Master Fund, Ltd.
cr             Canyon Distressed Opportunity Investing Fund, L.P.
cr             Canyon Distressed Opportunity Master Fund, L.P.
cr             Canyon Value Realization Fund, L.P.
unk            Carter Ledyard & Milburn LLP
unk            Catherine D. Cooper
unk            Cathryn Lafayette
unk            Cecil G. Williams
unk            Charity Anyanwu
cr             Charles T. Clark
cr             Christina Reed
cr             Christina Ulbrich
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr             Christine & Harris Davis
cr             Christine Zuniga
cr             Christopher Martinez
cr             Christopher and Quandalyne Murphy
cr             CitiMortgage, Inc.
cr             Citibank NA as trustee for PHHMC 2005-6
intp           Citigroup Global Markets, Inc.
cr             City Of McAllen
cr             Claudette St. Juste
unk            Clayton Holdings LLC
cr             ClearCapital.com, Inc.
unk            Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y
unk            Clerk's Office of the U.S. Bankruptcy  Court
unk            Clerk's Office of the U.S. Bankruptcy Court, S.D.N
unk            Clerks Office U.S. Bankruptcy Court
unk            Clerks Office of the U.S. Bankruptcy Court SDNY
cr             Clifford Lantz
cns            Coherent Economics LLC
cr             Collingsworth County Appraisal District
cr             Commerce Street Investments, LLC
intp           Community South Bank
unk            Conrad P Burnett
cr             Consenting Creditors
unk            Constitution Corporate Federal Credit Union
cr             CoreLogic, Inc.
cr             County of Imperial, California
intp           Credit Suisse Securities (USA) LLC
unk            Curtis, Mallet-Prevost, Colt & Mosle LLP
cr             Cynthia A. Nierer
unk            DB Structured Products, Inc.
cr             DB Structured Products, Inc.
cr             DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee u
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS as Indenture
unk            DLJ Consortium
unk            Dallas CPT Fee Owner, L.P.
cr             Daniela L. Gilbert
unk            Daryoush M. Jahromi, Fernando M. Miller,
cr             David E. Rozier
unk            David F. Garber
unk            David Kinsworthy
cr             David Munger
unk            David Vasquez,    c/o The Meyers Law Firm,    1123 Broadway, Suite 301,    New York
cr             Deborah Bollinger
cr             Deborah D. Bennett
unk            Deborah L. Wetzel
cr             Deborah Lee Derouin
unk            Decision One Mortgage Company, LLC
unk            Deirdre Raphael
unk            Dennis G. Burgin
unk            Dennis Quon
unk            Derrick E. Rosser, Esq.
cr             Deutsche ALT-A Securities, Inc.
cr             Deutsche Bank National Trust Company and Deutsche
cr             Deutsche Bank National Trust Company, as Trustee f
cr             Deutsche Bank National Trust Company, as Trustee,
cr             Deutsche Bank National Trust Company, as trustee f
cr             Deutsche Bank Securities Inc.
cr             Deutsche Bank Trust Company Americas as Trustee fo
unk            Deutsche Bank Trust Company Americas, as trustee
cr             Deutsche Mortgage Securities, Inc.
unk            Diane Walker
unk            Diem T. Nguyen
cr             Digital Lewisville, LLC
cr             Donald & Bonnie Brelsford
cr             Donna Chinloy
cr             Donna Moore
cr             Doreen Orszulak
wit            Doris Wong
cr             Dorothy Case
unk            Dorsey and Whitney LLP
unk            Douglas Bennett
cr             Douglas County Treasurer
cr             Douglas Emmett 1997, LLC
cr             Dwayne F. Poole and Trina M. Poole
unk            E. Scampini
cr             EMC Corporation
cr             ES Moore, Ltd.
unk            East Amwell Township
unk            Edgar A. Soto
```

District/off: 0208-1          User: aacosta          Page 15 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001          Total Noticed: 543

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr            Edward Cassidy
cr            Edward Tobias
cr            Elda M. Thompson
unk           Elda M. Thompson
cr            Elda M. Thompson and Maria M. Thompson
cr            Elizabeth J Meyer
cr            Emmanuel Diryawish
unk           Erlene W. Krigel
cr            Erlinda Abibas Aniel
cr            Ernestine Ray
op            Ernst & Young LLP
cr            Esteban Losoya
unk           Esteban Losoya , Sr.
cr            EverBank
cr            Everest International Reinsurance, Ltd.
cr            Everest Reinsurance (Bermuda), Ltd.
unk           FIT Consulting, Inc.
fa            FTI Consulting, Inc.
cr            Fannie Kendrick Dietrich
intp          Farmington Woods Master Association, Inc.
unk           Fedelina Roybal De-Aguero
cr            Federal Home Loan Bank of Dallas
intp          Federal Housing Finance Agency, as Conservator of
cr            Felix O Abu
cr            Felix O. Abu
cr            Felix O. Obu
wit           Fernando Acebedo
intp          Financial Guaranty Insurance Company
cr            First Niagara Bank, N.A., successor by merger to N
cr            Floyd Green
cr            Frances E. King
cr            Frances Soto-Ortiz
unk           Francine Silver
unk           Francine Silver
cr            Francine Silver
unk           Francine Silver
cr            Frank J. Moore
cr            Frank Reed
cr            Frank Reed
unk           Frank Reed
cr            Freddie M. Scott
cr            Freddie M. Scott
intp          Freddie Mac
cr            Frederick & Susan Reyher
cr            Frenchola Holden
cr            GMAC MORTGAGE, LLC,    Fein, Such, & Crane, LLP
unk           GMAC MORTGAGE, LLC
cr            GMAC MORTGAGE, LLC
unk           GMAC Mortgage, Inc; Executive Trustee Service, LL
cr            Gale Gibbs
cr            Galina Valeeva
cr            Gary D. & Susan P. Taylor
unk           Gary Riebschlager
cr            Gary T. Harper
unk           Georgana Pappas
cr            George & Dorothy Baker
cr            Gerald Gandrup
unk           Gibbs & Bruns, LLP
cr            Gloria & Michael McGuinty
cr            Gloria & Mike McGuinty
intp          Goldman, Sachs & Co.
cr            Green Planet Servicing, LLC
res           Green Tree Servicing
cr            Gregory Balensiefer
cr            Gregory C. Morse
unk           Gregory C. Morse
cr            Gwendell L. Philpot
unk           Gwendell L. Philpot
cr            HARTFORD  FIRE INSURANCE COMPANY
cr            HP Enterprise Services, LLC
cr            HSBC BANK USA, N.A.
intp          HSBC Bank USA, National Association
intp          HSBC Bank USA, National Association as Trustee for
unk           HSBC Mortgage Corp. (USA)
cr            Harold Gay
cr            Haru Lindsey
unk           Heather Allen
cr            Heidi Ghods
unk           Henry A. Gustaf, Jr.
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
intp          Homeowners Claimants
intp          Honor Bank
cr            Household Finance Corporation, III
sp            Hudson Cook, LLP
intp          Huntington Bancshares Inc.
cr            IMPAC Funding Corporation
intp          ISGN Solutions, Inc.
cr            Impac Mortgage Holdings, Inc.
unk           Independent Directors of Residential Capital LLC
cr            Infor Global Solutions (Michigan), Inc.
cr            Inmer Campos Carranza, etc.
cr            Institutional Core Bond Fund of the Prudential Tru
cr            Institutional Core Plus Bond Fund of the Prudentia
cr            Irene Schmidt
cr            Iso Gradjan
cns           J F. Morrow
cr            J. Dennis Semlar
intp          J.P. Morgan Mortgage Acquisition Corporation
intp          J.P. Morgan Securities LLC
intp          JPMorgan Chase Bank, N. A.
unk           Jack Hawk,  Hawk, Fulwider and Associates, Inc.
cr            Jacqueline A. Warner
unk           Jacques Raphael
unk           Jacques and Deirdre Raphael
unk           James & Anne M. Ladd
unk           James & Judith Winkler
cr            James & Vernice Pierce
unk           James C. Jackson
cr            James D. Derouin
cr            James David Derouin
unk           James E. Scarbrough
cr            James Ladd
cr            James P. Demetriou
cr            James R. Fox
unk           James R. Moyer
cr            Jamie L. & Gary D. Gindele
unk           Jan B. Ibrahim
unk           Jared B. Pearson
cr            Jason and Jennifer Schermerhorn
cr            Jeffrey M. Davis
unk           Jennifer Kaye Marlow
cr            Jerry Rateau
cr            Jess Pannel
unk           Jessica Angel Quiroz
cr            Joan Johnson
cr            Joanne Goolsby
cr            Joanne Stanphill
unk           Joe H. Tuffaha
res           Joel Bornkamp
cr            John E. Satterwhite, Jr.
intp          John Hancock Life Insurance Company (U.S.A.)
intp          John Hancock Life Insurance Company (U.S.A.) Separ
intp          John Hancock Life Insurance Company (U.S.A.) Separ
cr            John Stanphill
md            Jonathan L. Flaxer
cr            Jorge Cerron
unk           Jorge Cerron
intp          Joseph A. O'Connor, III
cr            Joseph J. Cozzolino
unk           Joseph T. Baio
cr            Joycelyn W. Uniciano
cr            Juana Cerna
cr            Julian A. Ortiz
cr            Julie A. Eriksen
unk           Julie Eriksen
cr            Julie L. Franklin-Harper
unk           Julio Pichardo
unk           Julio Pichardo
cr            Julio Solano
cr            June Elliot Neyer
unk           June Elliot Neyer
op            KPMG LLP
cr            Karen Michele Rozier
cr            Karen Michele Rozier
cr            Karen Mitchell-Smith
unk           Karen Mitchell-Smith
cr            Karen Mitchell-Smith
cr            Karla Brown
op            Kasowitz, Benson, Torres LLP
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr            Kathleen Cline
cr            Keith McMillon
cr            Ken Dlin
cr            Kenneth & Kristi Walker
unk           Kenneth C. Thomas
cr            Kenneth Russo, Jr,
cr            Kenneth Russo, Jr.
unk           Kenneth Taggart
cr            Kenneth Taggart
cr            Kent A. Case
cr            King Street Capital Master Fund, Ltd.
cr            King Street Capital, L.P.
cr            Klaus Rodefeld
cr            Kristin Karmazyn
cr            Kroll Ontrack Inc.
unk           Laura Guido
cr            Lawrence V. King
intp          Lead Plaintiff
unk           Lead Plaintiff
intp          Lead Plaintiff and the Putative Class
intp          Lead Plaintiff the Class; Union Central Life Insur
intp          Leanetha Darby
unk           Lebanon Township
cr            Leland Anthony Neyer
unk           Lerae Britain Moeller
unk           Leroy & Grace Walker
cr            Leroy Hines
unk           Leslie G. Sullivan
unk           Leslie Kinsworthy
cr            Liberty Property Limited Partnership
unk           Lilia Medrano
intp          Linton C. Layne
unk           Locke Lord LLP
cr            Lois Elaine Van Hoveln Decker
cr            Lolina Porter
intp          Lone Star U.S. Acquisitions, LLC
cr            Lonestar Partners, L.P.
cr            Lori (Pesce) Tammaro
unk           Los Angeles County Employees Retirement Associatio
unk           Louis Nemeth
unk           Luan Nguyen
intp          Lucienne Lombard
cr            Lucious Hughes
cr            Lydia Alvarez
cr            Lynn C. Greene and James J. Cassidy
cr            Lynn Osteicher
cr            M. Francine Modderno
unk           M. Nawaz Raja
cr            MBIA Insurance Corporation
cr            MIT Holdings, Inc.
cr            Mahnaz Rahbar
unk           Marceen Bloom
unk           Marcene L. Burgin
cr            Marcus Harris
unk           Marcus Silver
unk           Marcus Silver
cr            Maria M. Thompson
unk           Maria M. Thompson
unk           Maria M. Thompson
unk           Maria M. Thompson
unk           Maria Minerva Losoya
cr            Maria Minerva Losoya
unk           Marian Samuels
cr            Maribeth Evans
cr            Marie Smith McKenzie
cr            Marie-Claire Pearce
cr            Marilyn Lawrence
unk           Marilyn Lawrence
cr            Marion County Treasurer
cr            Mark Ostreicher
cr            Mark Ragonese
unk           Mark and Lori Burris
cr            Marlene L. Kraft
cr            Marlow Hooper
cr            Marvin E. McDougal
unk           Mary F. Dunavant
cr            Mary Gardner
cr            Mary Lynn Weber
cr            Maryann Smith
```

District/off: 0208-1         User: aacosta          Page 18 of 36          Date Rcvd: Jan 17, 2018
                            Form ID: pdf001         Total Noticed: 543

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr              Massachusetts Mutual Life Insurance Company
cr              Maurice Sharpe
unk             Members United Corporate Federal Credit Union
op              Mercer (US) Inc.
cr              Merlyn Webster
unk             Merrill Lynch Mortgage Investors Inc.
unk             Merrill Lynch Mortgage Lending, Inc
unk             Merrill Lynch, Pierce, Fenner & Smith Incorparated
cr              Meta Turner
cr              Michael A. and Gloria S. McGuinty
cr              Michael Dockery
cr              Michael E. Boyd
unk             Michael E. Boyd
cr              Michael M. Moore
cr              Michael McGuinty
unk             Michael P. Donaghy
unk             Michael Wheeler
cr              Michelle Lawson
cr              MidFirst Bank
cr              Middleburg Bank
res             Mira Smoot
cr              Mitchell Settlement Class Claimants
fa              Moelis & Company LLC
cr              Mohammed K. Ghods
intp            Monarch Alternative Capital LP
cr              Monique Hooper
intp            Monty Allen
unk             Morrison & Foerster LLP
intp            Mortgage Electronic Registration Systems, Inc. and
cr              MortgageIT Securities Corp.
unk             MortgageIT, Inc.
cr              MortgageIT, Inc.
intp            Nancy K. Layne
intp            Nancy K. Layne
cr              Nancy K. Layne
wit             Nancy Luong
cr              Nardia Packer
cr              Nassau County Treasurer
cr              National Credit Union Administration Board
unk             National Credit Union Administration Board, Liquid
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
unk             Neelum Nawaz Raja
cr              Neil Larkins
cr              Neville Evans
intp            New Jersey Caprpenters Health Fund
unk             New Jersey Carpenters Health Fund
intp            New Jersey Carpenters Health Fund, New Jersey Carp
intp            Newport Management Corporation
cr              Nikki C, Johnson
unk             Norbert Bartosz
cr              Norma E. Rodriguez
cr              Norma G. Green
cr              Norma R. Wootton
cr              Oakland County Treasurer
cr              Ocwen Loan Servicing, LLC
intp            Ocwen Loan Servicing, LLC
cr              Ocwen Loan Servicing, LLC, as servicer for HSBC Ba
unk             Office of the County Attorney
crcm            Official Committee Of Unsecured Creditors
crcm            Official Committee of Unsecured Creditors of Resid
cr              Okouneva Evelina
cr              OneWest Bank
cr              OneWest Bank and Deutsche Bank National Trust Comp
unk             Ontario Place Condo Association
cr              Oracle America, Inc.
cr              Otis L. Collier, Jr.
cr              PHH Mortgage Corporation
cr              PHH Mortgage Services
cr              PNC Bank, National Association
cr              PNC Mortgage
crcm            Pachulski Stang Ziehl & Jones LLP
crcm            Pachulski Stang Ziehl & Jones LLP
cr              Pamela K Ludwing
cr              Pamela K. Ludwig
cr              Park Place Commerce Investments, LLC
cr              Patricia LeBlanc
cr              Patricia LeBlanc
cr              Patricia Young
unk             Patricio Sulit
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           Patrick Lorne Farrell
unk          Patrick Lorne Farrell
intp         Patrick Lorne Farrell
cr           Paul & Marge Pfunder
cr           Paul A. Corrado
cr           Paul N. Papas II
unk          Paula Rush
intp         Paulson & Co., Inc.
cr           Pension Benefit Guaranty Corporation
sp           Pepper Hamilton LLP
unk          Perry Goerner
intp         Peter McCaffrey
cr           Peter Tesoro
cr           Peter Vamvakas
cr           Peter Vidikan
cr           Philip Emiabata
cr           Philip Emiabata and Sylvia Emiabata
cr           Philip G. Wright
unk          Philip Roger Flinn
unk          Philip Roger Flinn II
cr           Phillip Scott
unk          Plaintiffs
unk          Post-Effective Date Debtors
unk          Post-Effective Date Debtors and The ResCap Liquida
unk          Prentice
unk          Prince Lobel Tye LLP
cr           Pru Alpha Fixed Income Opportunity Master Fund I,
cr           Pruco Life Insurance Company
cr           Pruco Life Insurance Company of New Jersey
cr           Prudential Annuities Life Assurance Corporation
cr           Prudential Investment Portfolios 2, Prudential Cor
cr           Prudential Retirement Insurance & Annuities Compan
cr           Prudential Total Return Bond Fund, Inc.
cr           Prudential Trust Company, as Trustee for Prudentia
cns          Quest Turnaround Advisors, LLC
cr           RALI Certificate Underwriters
cr           RBS Citizens NA as Trustee, successor-in-interest
intp         RBS Securities, Inc.
intp         RESPA Plaintiffs and the Putative Class
cr           RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for,    Fein, Such and Crane, LLP.
cr           Rainer P. Warner
unk          Ralph V. Marlow
unk          Ramon Quiroz
cr           Ramon Quiroz
cr           Ramona M. Roberts
cr           Randall D. Branson
unk          Randy & Kelly Heiden
cr           Rayietta Hill
cr           Rayietta Hill
cr           Raymond P. Burton, Jr.
unk          Rebecca Andres
unk          Rebecca Keller
cr           Recall Secure Destruction Services, Inc.
cr           Redwood Master Fund, LTD
unk          Redwood Recovery Services, LLC and Elevenhome Limi
op           Reed Smith LLP
res          Reisenfeld and Associates
unk          Renee Welch
intp         Representative Plaintiffs, the Putative Class, and
cr           Residential Credit Solutions, Inc.
cr           Rex T. Gilbert, Jr.
cr           Rhonda Deese
cr           Riverside County Treasure and Tax Collector
cr           Robert C. Dougherty
unk          Robert Curley
unk          Robert D. Eberwein
cr           Robert J. Green
cr           Robert Kanagaki
cr           Robert Sweeting
cr           Roberta Napolitano
unk          Rodney Fisher
cr           Rolando H. Valencia
unk          Ron & Julie Eriksen
unk          Ron Bejarano
unk          Ron Eriksen
cr           Ron and Karen Bejarano
cr           Ronald A. & Julie A. Eriksen
cr           Ronald A. Eriksen
cr           Ronald E. Swain
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Ronald G. Kraft
intp        Ronald Gillis
cr          Ronald Nakamoto
cr          Ronald P. Gillis
cr          Ronald Spataccino
unk         Roosevelt Depositor LLC
unk         Roosevelt Mortgage Acquisition Company
unk         Ross P. Thayer
cr          Rowena Drennen, Flora Gaskin, Roger Turner, Christ
unk         Rowena Drennen, et al.,
cr          Royal Kingdom Builders C/O Simon M. Woody, Jr.
unk         Ryan Ramey
cr          Sam Palmer
cr          Samuel Baker
cr          Sandra Toth
unk         Sara Soto
cr          Scott A. Merritt
cr          Scott James Leonhardt
cr          Scott and Linda Ewing
cr          Select Portfolio Servicing, Inc.
cr          Select Portfolio Servicing, Inc. as servicer for W
cr          Select Portfolio Servicing, Inc. as servicing agen
cr          Select Portfolio Servicing, Inc. as servicing agen
cr          Seminole County Tax Collector
unk         Seneca Trustees, Inc.
intp        Seneca Trustees, Inc.
cr          Sepideh Cirino
unk         Shafferman & Feldman LLP
cr          Shakun Vasvani
cr          Shane M. Haffey
cr          Shanell Kathleen Harleston,   The Harleston Law Firm
intp        Shellpoint Partners LLC f/k/a Shellpoint Mortgage
unk         Sidney T. Lewis
cr          Sierra Liquidity Fund, LLC
unk         Sierra Pacific Mortgage Company, Inc.
sp          SilvermanAcampora LLP
intp        Simona Robinson
cr          Simone Braham
cr          Sonya Anthony Curry
cr          South Texas College
cr          South Texas ISD
unk         Southwest Corporate Federal Credit Union
cr          Specialized Loan Servicing LLC, as servicer for Th
unk         Star Hills
unk         State Of New York
cr          State of Ohio
cr          State of Rhode Island and Providence Plantations
cr          State of Rhode Island and Providence Plantations,
intp        Steering Committee Group of RMBS Holders
unk         Stephanie Donaghy
cr          Stephanie Harris
intp        Steven Archibald, et al., on behalf of themselves
cr          Steven D. Rigel
cr          Stevie Watson
cr          Stewart Title Guaranty Company
unk         Stewart Title Guaranty Company, subrogee of Trust
intp        Stichting Pensionfonds ABP
intp        Stonehill Capital Management LLC
cr          Susie Abed- Stephen
cr          Susie J. Moore
wit         Susie Moy
cr          Suzanne Koegler
cr          Suzanne Koegler and Edward Tobias
cr          Sybil Acevedo
cr          Sylvia Emiabata
cr          Syncora Guarantee Inc.
unk         Talcott Franklin Group
unk         Talcott Franklin Group Investors
unk         Talcott Franklin Investors Group
cr          Tamara Carlson-Callahan
cr          Tata America International Corporation
cr          Tata America International Corporation d/b/a TCS A
intp        Tenth Judicial Circuit of Alabama, D-300 Jefferson
cr          Terri L. Fox
unk         Texas Comptroller of Public Accounts
unk         Texas Comptroller Of Public Accounts
unk         Texas Comptroller of Accounts
cr          Texas Comptroller of Public Accounts
cr          The Bank of New York Mellon
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr            The Bank of New York Mellon f/k/a The Bank of New
cr            The Canyon Value Realization Master Fund, L.P.
unk           The County of San Bernardino, California
cr            The Gibraltar Life Insurance Company, Ltd.
intp          The Independent Directors of the Residential Capit
cr            The Michael Boyd and Patricia Paramoure Living Tru
unk           The People of the State of California, by and thro
cr            The People of the State of California, by and thro
unk           The Post-Effective Date Debtors and The ResCap Liq
unk           The Post-Effective Date Debtors, The ResCap Liquid
cr            The Prudential Insurance Company of America
cr            The Prudential Investment Portfolios, Inc., Asset
cr            The Prudential Life Insurance Company, Ltd.
cr            The Prudential Series Fund, Diversified Bond Portf
unk           The ResCap Liquidating Trust and Ally Financial, I
unk           The ResCap Liquidating Trust and The ResCap Borrow
cr            The Rev. Hilda M. Campbell
cr            The Seminole County Tax Collector
intp          The Union Central Life Insurance Company, Ameritas
unk           The Western and Souther Life Insurance Company, et
cr            The Wolf Firm
cr            Third Federal Savings Bank
unk           Thomas G. Cooper
cr            Thomas J. Jeffreys
op            Tilghman & Co., P.C.
intp          Timothy J. Lahrman
cr            Timothy J. Lahrman
cr            Timothy McHugh
intp          Timothy P. Cummins
cr            Timothy W. Scott
unk           Tina Fisher
cr            Todd P. Silber
cr            Todd Phelps
unk           Todd Silber
cr            Tomas Diaz
unk           Tomas Diaz
unk           Township of Saddle Brook
intp          TransUnion LLC
unk           Triaxx Prime CDO 2006-1, LLC
unk           Triaxx Prime CDO 2006-2, LLC
unk           Triaxx Prime CDO 2007-1, LLC
cr            Troy Turner
unk           Tsiwen M. Law, Esquire
cr            U.S. Bank National Association, as Trustee, succes
cr            U.S. Bank National Association, as Trustee, succes
cr            U.S. Bank, National Association, as Trustee under
intp          U.S. National Bank Association, as Trustee, succes
unk           UBS Real Estate Securities Inc.
intp          UBS Securities LLC
unk           UMB Bank, N.A.
cr            UMB Bank, N.A.
unk           Union Central Life Insurance Company
intp          Union Central Life Insurance Company, Ameritas Lif
intp          Union Central Life Insurance Company, Ameritas Lif
cr            Union Savings Bank
unk           United States Bankruptcy Court, SDNY
cr            Universal Master Servicing LLC
cr            Universal Restoration Services, Inc.
cr            Vachagan Abed- Stephen
unk           Valerie Ann Greene
unk           Virginia Mattson
unk           Vito Genna
unk           Walter Investment Management Corp.
intp          Walter Laddie Olszewski
cr            Walter Olszewski
unk           Walter Olszewski
cr            Warren J. McKenzie, Jr.
cr            Wayne County Treasurer
unk           Weil, Gotshal & Manges LLP
cr            Wekesa Madzimoyo
cr            Wekeso O Madzimoyo
unk           Wells Fargo Bank, N.A.
cr            Wells Fargo Bank, N.A.
cr            Wells Fargo Bank, N.A., as Custodian for Certain M
cr            Wells Fargo Bank, N.A., in its capacities as First
cr            Wells Fargo Bank, National Association, as Trustee
intp          Wells Fargo Bank, National Association, not in its
unk           Wendy Alison Nora
unk           Wesley C. Rippy
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
unk         Western Corporate Federal Credit Union
unk         William Futrell
cr          William Futrell
cr          William J. Futrell
cr          William J. Ridge
cr          William J. Wootton
unk         William Oden
cr          William Pelfrey
sp          William and Keiran Walker
sp          Wilmer Cutler Pickering Hale and Dorr LLP
unk         Wilmington Trust, National Association
unk         Wilmington Trust, National Association, as Indentu
cr          Wilmington Trust, National Association, not in its
unk         Yosef Le Roi Mustafanos
cr          Yvonne D. Harris-Johnson
unk         Yvonne D. Lewis
op          Zeichner Ellman & Krause LLP
cr          Zenaida R. Valencia
cr          Zenaida Valencia
unk         and Kenneth L. Kral and Lisa A. Stricker, proposed
cr          c/o Kay D. Brock Travis County,   P.O. Box 1748,   Austin
unk         proposed class representatives [ Central District
6136401     David vasquez
5945531     EMC CORPORATION
5937136     Homeowner's Claimants
6370032     Jennifer and Jason Schermerhorn
5880552     Lone Star U.S. Acquisitions, LLC
5998928     Massachusetts Mutual Life Insurance Company
6004666     PNC Bank, N.A.
5896105     Petra Finance, LLC
6370061     Stewart Title Guaranty Company, subrogee of Trust
6436085     U.S. Bank National Association, as Trustee, succes
5981233     UMB Bank, N.A.
5968089     Wells Fargo Bank, N.A., as Trustee c/o Select Port
aty*        +Richard D. Rode,   2301 West Lawther Drive,   Deer Park, TX 77536-6066
unk*        +Alan Moss,   PO Box 721,   Moss Beach, CA 94038-0721
cr*         +Alan Moss,   PO Box 721,   Moss Beach, CA 94038-0721
cr*         +Aurelius Capital Management, LP,   535 Madison Ave,   22nd Floor,   New York, NY 10022-4263
cr*         +Bank of America, N.A.,   c/o Fein Such & Crane, LLP.,   28 E. Main Street,   Suite 1800,
              Rochester, NY 14614-1936
cr*         +CITIMORTGAGE, INC.,   C/O SWEENEY GALLO REICH & BOLZ LLP,   95-25 QUEENS BOULEVARD,
              11TH FLOOR,   REGO PARK, NY 11374-4509
cr*         +Cal-Western Reconveyance Corporation,   c/o Moritt Hock & Hamroff LLP,
              Attn. Leslie A. Berkoff,   400 Garden City Plaza,   Garden City, NY 11530-3327
cr*         +Dallas County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
              2323 Bryan Street Ste 1600,   Dallas, TX 75201-2637
unk*        +Diem T. Nguyen,   16478 Beach Boulevard #331,   Westminster, CA 92683-7860
unk*        +Epiq Bankruptcy Solutions, LLC,   777 Third Avenue, 12th Floor,   www.epiqsystems.com,
              New York, NY 10017-1302
unk*        +Fedelina Roybal-Deaguero 2008 Trust,   42265 Little Lake Road,   Medocino, CA 95460-9783
cr*         IBM Corporation,   Attn: Shawn Konig,   1360 Rene-Levesque W.,   Suite 400,
              Montreal, QC,   H3G 2W6,   CANADA
cr*         +Imperial County Tax Collector,   940 West Main Street,   Suite 106,   El Centro, CA 92243-2864
unk*        +Jean Milliance,   7 Lucille Court,   Edison, NJ 08820-2056
cr*         +Joe R. Vargas, Sr.,   213 U. St.,   Bakersfield, CA 93304-3238
unk*        +Joseph A. Connor, III,   P.O. Box 1474,   Cobb, CA 95426-1474
unk*        +Julio Pichardo,   1201 E. Sudene Avenue,   Fullerton, CA 92831-4711
cr*         +Ken Burton, Jr. Manatee County Tax Collector,   Attn: Susan D. Profant,   4333 US 301 North,
              Ellenton, FL 34222-2413
cr*         +Mary R Biancavilla,   341 Oak Drive,   New Cumberland, PA 17070-2831
cr*         +Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
op*         +Morrison & Foerster LLP,   1290 Avenue of the Americas,   New York, NY 10104-4199
unk*        +Morrison Cohen LLP,   909 Third Avenue,   New York, NY 10022-4784
unk*        +Patrick J. Hopper,   220 McCartney Dr.,   Moon Twp, PA 15108-2934
cr*         +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
unk*        +Philip Roger Flinn, II,   10401 Samantha Drive,   Frisco, TX 75035-5733
unk*        +Richard D. Rode,   2301 West Lawther Drive,   Deer Park, TX 77536-6066
cr*         +State of Michigan, Department Of Treasury,   3030 West Grand Boulevard,   Suite 10-450,
              Detroit, MI 48202-6030
unk*        +Stephanie Harris,   PO Box 190504,   Miami Beach, FL 33119-0504
cr*         +Suntrust Mortgage, Inc.,   c/o Stein, Wiener & Roth, LLP,   One Old Country Road,   Suite 113,
              Carle Place, NY 11514-1847
intp*       +TCF National Bank,   c/o Foley & Mansfield PLLP,   250 Marquette Avenue,   Ste. 1200,
              Minneapolis, MN 55401-1874
intp*       +TCF National Bank,   200 Lake Street,   Wayzata, MN 55391-1690
cr*         +Tom Franklin,   5633 Oak Grove Road,   Fort Worth, Tx 76134-2326
unk*        +Tom Franklin,   5633 Oak Grove Road,   Fort Worth, TX 76134-2326
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr*         +US Bank National Association, as Trustee for Credi,   c/o Stein, Wiener & Roth, LLP,
             One Old Country Road,   Suite 113,   Carle Place, NY 11514-1847
cr*         +USAA Federal Savings Bank,   c/o Barnes & Thornburg LLP,   11 S. Meridian Street,
             Indianapolis, IN 46204-3506
cr*         +Wachovia Bank National Association, as Trustee of,   c/o Kriss & Feuerstein LLP,
             360 Lexington Avenue, Suite 1200,   New York, NY 10017-6502
7220723*    +ALDRIDGE PITE, LLP,   Attorneys for Wilmington Trust, N.A.,   4375 Jutland Drive Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
5880633*    +Alan Moss,   PO Box 721,   Moss Beach, CA 94038-0721
5905148*    ++CHADBOURNE PARKE LLP,   1301 AVENUE OF THE AMERICAS,   NEW YORK NY 10019-0127
             (address filed with court:  Chadbourne & Parke LLP,   30 Rockefeller Plaza,
             New York, New York 10112)
6335972*    +Caren Wilson,   c/o Attorney Wendy Alison Nora,   310 Fourth Avenue South, Suite 5010,
             Minneapolis, Minnesota 55415-1053
5981534*    +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,   LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
5981538*    +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,   LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
6053612*    +DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE,   C/O LEOPOLD & ASSOCIATES, PLLC,
             80 Business Park Drive, Suite 110,   Armonk, New York 10504-1704
6004730*    +Deborah M. Gross- Quatrone, Esq.,   70 Market Street,   Saddle Brook, New Jersey 07663-4831
5906245*    +Fedelina Roybal-DeAquero 2008 Trust,   42265 Little Lake Road,   Medocino, CA 95460-9783
5879105*    +Ira M. Levee, Esq.,   Lowenstein Sandler PC,   1251 Avenue of the Americas, 18th Floor,
             New York, New York 10020-1104
6591404*    +Marcus Harris,   2010 Evergreen Avenue - Apt. #10,   Desmoines, IA 50320-1418
6335973*    +Michael Harkey,   c/o Attorney Wendy Alison Nora,   310 Fourth Avenue South, Suite 5010,
             Minneapolis, Minnesota 55415-1053
6336004*    +Michael Harkey,   c/o Attorney Wendy Alison Nora,   310 Fourth Avenue South, Suite 5010,
             Minneapolis, Minnesota 55415-1053
5970892*    +PennyMac  Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
6486091*    +PennyMac Loan Services, LLC,   C/O Aldridge Connors, LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
6040588*    +Representative Plaintiffs and Putative Class,   c/o J. Brandon Walker,   Kirby McInerney LLP,
             825 Third Avenue, 16th Floor,   New York, NY 10022-9523
6061396*    +Select Portfolio Servicing, Inc. as servicing,   agent for U.S. Bank National Association,
             Kozeny, McCubbin & Katz, LLP,   395 N Service Rd, Suite 401,   Melville, NY 11747-3143
6713076*    +Simone Braham,   GENERAL DELIVERY,   KISSIMMEE, FL 34744-9999
6335974*    +Suzanne and Melvin Simonovich,   12322 87th Ave.,   Pleasant Prairie, Wisconsin 53158-2402
5859919*    +Wendy Alison Nora,   210 Second Street NE,   Minneapolis, MN 55413-2218
aty         ##+Andrew L. Baldwin,   Prince Lobel Tye LLP,   100 Cambridge Street, Suite 2200,
             Boston, MA 02114-2527
aty         ##+Deborah M. Gross-Quatrone,   70 Market Street,   Saddle Brook, NJ 07663-4831
aty         ##+Glenn R Meyers,   The Meyers Law Firm,   1123 Broadway,   Suite 301,   New York, NY 10010-2093
aty         ##+John Dzialo,   Law Office of John Thomas Dzialo,   200 W. Santa Ana Blvd. #900,
             Santa Ana, CA 92701-7547
aty         ##+Larren M. Nashelsky,   Morrison & Foerster LLP,   1290 Avenue of the Americas,
             New York, NY 10104-4199
aty         ##+Richard E. Briansky,   Prince Lobel Tye LLP,   100 Cambridge Street, Suite 2200,
             Boston, MA 02114-2527
aty         ##+Talcott Franklin,   Talcott Franklin, P.C.,   208 North Market Street,   Suite 200,
             Dallas, TX 75202-3212
cr          ##+Bill Fuchs,   3050 Finnian Way #237,   Dublin, CA 94568-8697
cr          ##+Billy Ray Carroll,   2158 Grove Ct.,   Mobile, AL 36605-3916
cr          ##+Capital One, N.A.,   6151 Chevy Chase Dr.,   Laurel, MD 20707-2918
unk         ##County of San Benito,   440 Fifth Street,   Courthouse, Room 107,   Hollister, CA  95023-3894
unk         ##+Diana Lee Torrejon,   1566 S. Brown Ave.,   Tuscon, AZ 85710-8636
intp        ##+Glenn Meyers,   The Meyers Law Firm,   1123 Broadway,   Suite 301,   New York, NY 10010-2093
unk         ##+Karen Evans,   9481 S. Johnson Ct.,   Littleton, CO 80127-5908
cr          ##+Karen Michelle Rozier,   7957 Dahlia Circle,   Buena Park, CA 90620-1901
cr          ##+Kevin J Matthews,   c/o Legg Law Firm LLC,   Francis Scott Key Mall,   5500 Buckeystown Pike,
             Frederick, MD 21703-9403
unk         ##+Med&G Group, LP,   3333 Mendocino Avenue,   Suite 110,   Santa Rosa, CA  95403,
             UNITED STATES OF AMERICA 95403-2260
cr          ##+Nyctl 2011-A trust,   MTAG Services, LLC,   8614 Westwood Center Drive,   Suite 510,
             Vienna, VA 22182-2286
unk         ##Oskar A. Johanson,   105 Rivergate Pl,   Lodi, CA  95240-0557
unk         ##+Patrick J Hopper,   220 McCartney Dr,   Moon Twp, PA 15108-2934
intp        ##+Philip Roger Flinn, II,   10401 Samantha Drive,   Frisco, TX 75035-5733
op          ##+Prince Lobel Tye LLP,   Attn: Richard Briansky,   100 Cambridge Street,   Suite 2200,
             Boston, MA 02114-2527
unk         ##+Roger J. Evans,   9481 S. Johnson Ct.,   Littleton, CO 80127-5908
cr          ##+San Bernardino County,   c/o Martha E. Romero,   Romero Law Firm,   6516 Bright Avenue,
             Whittier, CA 90601-4503
cr          ##Thomas G. Cooper and Catherine D. Cooper,   P.O. Box 3671,   Concord, NH  03302-3671
unk         ##+William Carlson,   533 King Circle,   Lake Orion, MI 48362-2730
6163744     ###+Bank of America, N.A.,   c/o Carrington Mortgage Services,   1610 E. St. Andrew Place, #B150,
             Santa Ana, CA 92705-4931
5953904     ###+Caley Dehkhoda & Qadri,   2340 130th Ave NE, Suite D-150,   Bellevue, WA 98005-1700
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
6413322      ##Charles T Clark,    7404 Mesa De Arena NW,    Albuquerque, NM 87120-1516
6558424      ##+Conrad P Burnett Jr.,    206 Sunset Lane,    Linden, Virginia 22642-5839
6004728      ##+DEBORAH M. GROSS-QUATRONE, ESQ.,    70 MARKET STREET,    SADDLE BROOK, NEW JERSEY 07663-4831
6371620      ##+JULIE ERIKSEN,    2647 KENDRIDGE LANE,    AURORA, IL 60502-9047
6083408      ##+Morrison & Foerster LLP,    1290 Avenue of the Americas,    New York NY 10104-4199
6004867      ##+PILLSBURY WINTHROP SHAW PITTMAN LLP,    50 FREMONT STREET,    POST OFFICE BOX 7880,
               SAN FRANCISCO, CA 94120-7880,    ATTN: ANA N. DAMONTE, ESQ.
6169954      ##+Palm Beach County,    c/o Joshua S. Bauchner,    ANSELL GRIMM & AARON, P.C.,    341 Broad Street,
               Clifton, New Jersey 07013-1371
6169952      ##+Palm Beach County,    c/o Joshua S. Bauchner, Esq.,    ANSELL GRIMM & AARON, P.C.,
               341 Broad Street,    Clifton, New Jersey 07013-1371
6420928      ##+REYHER,    1301 GULF BLVD. #217,    CLEARWATER, FL. 33767-2806
6371624      ##+RON ERIKSEN,    2647 KENDRIDGE LANE,    AURORA, IL 60502-9047
5913056      ##+San Bernardino County Tax Collector,    c/o Romero Law Firm,    BMR Professional Building,
               6516 Bright Ave.,    Whittier, CA 90601-4503
6436848      ##+U.S. Bank NA,    c/o Shapiro, DiCaro & Barak, LLC,    105 Maxess Road - Suite N109,
               Melville, NY 11747-3854,    Attn: Shari S. Barak, Esq.
5862206      ##+WENDY ALISON NORA,    210 SECOND STREET NE,    MINNEAPOLIS, MINNESOTA 55413-2218
6004869      ##+WOLLMUTH MAHER & DEUTSCH LLP,    ONE GATEWAY CENTER, 9TH FLOOR,    NEWARK, NJ 07102-5321,
               ATTN: JAMES N. LAWLOR
5859918      ##+Wendy Alison Nora,    210 Second Street NE,    Minneapolis, MN 55413-2218
5990412      ##+Wilbur D. Triplett,    11152 Shadow Nook Court,    Las Vegas, Nevada 89144-1621
                                                              TOTALS: 789, * 56, ## 44
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Aaron R. Cahn    on behalf of Interested Party    Ad Hoc Consortium of RMBS holders cahn@clm.com,
               cahn@clm.com;bankruptcy@clm.com
              Abid  Qureshi    on behalf of Creditor    Aurelius Capital Management, LP aqureshi@akingump.com,
               dkrasa-berstell@akingump.com;sbrauner@akingump.com;rlrubin@akingump.com;afreeman@akingump.com;AGS
               earch-Lit@akingump.com
              Abigail  Snow    on behalf of Creditor    Los Angeles County Treasurer and Tax Collector
               asnow@ssbb.com
              Adam Craig Harris    on behalf of Unknown    Cerberus Capital Management, L.P. adam.harris@srz.com
              Adam J Berger    on behalf of Creditor Alan  Gardner berger@sgb-law.com,    whalen@sgb-law.com
              Adam S. Hakki    on behalf of Defendant    Bank of America Corporation d/b/a a Country Wide Home
               Loans, Inc. ahakki@shearman.com,    rschwed@shearman.com
              Alan D. Halperin    on behalf of Interested Party    Shellpoint Partners LLC f/k/a Shellpoint
               Mortgage LLC and New Penn Financial, LLC lgu@halperinlaw.net
              Alan E. Marder    on behalf of Creditor    Digital Lewisville, LLC lgomez@msek.com
              Alan F. Kaufman    on behalf of Creditor    IMPAC Funding Corporation akaufman@hinshawlaw.com
              Alex J.B. Rossmiller    on behalf of Plaintiff    Rescap Liquidating Trust
               alexrossmiller@quinnemanuel.com
              Alex R. Rovira    on behalf of Interested Party    Nationstar Mortgage LLC emcdonnell@sidley.com
              Alexander  Prieto    on behalf of Unknown    The People of the State of California, by and through
               its Department of Transportation alexander_prieto@dot.ca.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Alexander J. Merton   on behalf of Unknown   Rescap Liquidating Trust ajmerton@quinnemanuel.com
          Ali Ryan Amin   on behalf of Defendant Jay J. Pitner  aamin@hinshawlaw.com
          Alissa M. Nann   on behalf of Defendant   CMG Mortgage, Inc. anann@foley.com
          Allan Otis Cate, Jr.   on behalf of Attorney Allan Otis Cate allan@acatelaw.com
          Amanda F. Parsels   on behalf of Unknown   Triaxx Prime CDO 2006-1, LLC aparsels@mw-law.com,
           dockets@mw-law.com
          Amanda Raines Lawrence   on behalf of Creditor   PNC Bank, National Association
           alawrence@buckleysandler.com,  docket@buckleysandler.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amy  Williams-Derry   on behalf of Creditor   FHLB Boston awilliams-derry@kellerrohrback.com,
           kmak@kellerrohrback.com
          Amy  Williams-Derry   on behalf of Defendant   Federal Home Loan Bank of Boston
           awilliams-derry@kellerrohrback.com,  kmak@kellerrohrback.com
          Andrea  Sheehan   on behalf of Creditor   Carrollton Farmers Branch ISD, et. al.
           sheehan@txschoollaw.com,  coston@txschoollaw.com
          Andrew  Behlmann   on behalf of Creditor Donna  Moore abehlmann@lowenstein.com
          Andrew  Goldberg   on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
           Liability Company Bkmail@rosicki.com,  ECFNotice@Rosicki.com
          Andrew B. Helfand   on behalf of Defendant   21st Mortgage Corporation
           andrewbhelfand@helfandlaw.com,  mdaries@helfandlaw.com,ecfbkfilings@helfandlaw.com
          Andrew J. Petrie   on behalf of Creditor   CITIMORTGAGE, INC. petriea@ballardspahr.com,
           andersonre@ballardspahr.com
          Andrew K. Glenn   on behalf of Defendant   Federal Housing Finance Agency, as conservator for the
           Federal Home Loan Mortgage Corporation aglenn@kasowitz.com,  courtnotices@kasowitz.com
          Andrew W. Muller   on behalf of Creditor   Bank of the West andrew.muller@stinsonleonard.com
          Angela L. Baglanzis   on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel
           angela.baglanzis@obermayer.com,  kristen.markert@obermayer.com
          Anthony Princi   on behalf of Debtor   Residential Capital, LLC aprinci@mofo.com
          Anthony D. Boccanfuso   on behalf of Defendant   NORTH AMERICAN SPECIALTY INSURANCE COMPANY
           Anthony.Boccanfuso@apks.com
          Anthony F. Baer   on behalf of Unknown   Krekeler Strother, S.C. tbaer@ks-lawfirm.com
          Anthony P. Alden   on behalf of Unknown   Rescap Liquidating Trust anthonyalden@quinnemanuel.com
          Arlene Rene Alves   on behalf of Interested Party   U.S. Bank National Association, as Trustee of
           Certain Mortgage Backed Securities Trusts alves@sewkis.com
          Avery  Samet   on behalf of Plaintiff   American Residential Equities, LLC asamet@samlegal.com,
           jhoyte@samlegal.com
          Ben  Schatz   on behalf of Defendant   SWISS RE INTERNATIONAL SE (F/K/A SR INTERNATIONAL BUSINESS
           INSURANCE COMPANY LTD.) bschatz@cahill.com,  mmcloughlin@cahill.com
          Benay L. Josselson   on behalf of Interested Party   Law Debenture Trust Company of New York as
           Separate Trustee josselson@sewkis.com
          Benjamin P. Deutsch   on behalf of Creditor   Liberty Property Limited Partnership
           bdeutsch@schnader.com
          Benjamin Samuel Noren   on behalf of Defendant Jay J. Pitner bnoren@hinshawlaw.com
          Bennette D. Kramer   on behalf of Interested Party   Homeowners Claimants bdk@schlamstone.com
          Bernard A. Eskandari   on behalf of Creditor   California Department of Justice
           bernard.eskandari@doj.ca.gov
          Bernard Jaron Kornberg   on behalf of Defendant   OCWEN LOAN SERVICING, LLC bjk@severson.com
          Beth E. Levine   on behalf of Unknown   ResCap Liquidating Trust blevine@pszyjw.com,
           dharris@pszyjw.com;lcanty@pszjlaw.com
          Bijan  Amini   on behalf of Interested Party   Steven Archibald, et al., on behalf of themselves
           and others similarly situated bamini@storchamini.com,  jhoyte@storchamini.com
          Bonnie R. Golub   on behalf of Debtor   Residential Capital, LLC bgolub@weirpartners.com
          Bradley  Schneider   on behalf of Interested Party   Berkshire Hathaway Inc.
           bradley.schneider@mto.com
          Brandon  Johnson   on behalf of Unknown   2255 Partners, L.P. brandon.johnson@pillsburylaw.com
          Brendan M. Scott   on behalf of Interested Party   Community South Bank bscott@klestadt.com
          Brent D. Hitson   on behalf of Defendant   Synovus Mortgage Corp. bhitson@burr.com,
           cabbott@burr.com;jwilson@burr.com
          Brett D. Goodman   on behalf of Defendant   Mortgage Electronic Registration System, Inc.
           brett.goodman@troutmansanders.com,  harriet.cohen@troutmansanders.com;nymc@troutmansanders.com
          Brett L. Messinger   on behalf of Interested Party   HSBC Bank USA, National Association as
           Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan
           Servicing LLC blmessinger@duanemorris.com
          Brian D. Glueckstein   on behalf of Interested Party   JPMorgan Chase Bank, N. A.
           gluecksb@sullcrom.com,  s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
          Brian Jeffrey Wegrzyn   on behalf of Creditor   RBC Mortgage Company bwegrzyn@buckleysandler.com
          Brian Thomas Carney   on behalf of Defendant   UMB Bank, N.A. bcarney@akingump.com,
           nymco@akingump.com;AGSearch-Lit@akingump.com
          Bruce  Dopke   on behalf of Creditor   Stewart Title Guaranty Company bruce@dopkelaw.com
          Bruce  Weiner   on behalf of Creditor Albert  Passaretti courts@nybankruptcy.net
          Bruce S. Luckman   on behalf of Defendant   Trans Union LLC bluckman@shermansilverstein.com
          Bryan F Duggan   on behalf of Creditor Greentree   Trustees of Greentree Condominium Trust,
           Hanover, MA bduggan@kellemandkellem.com
          Cameron S. Matheson   on behalf of Defendant   Summit Community Bank, Inc. cmatheson@mmlawus.com
          Carlos A. Mattioli   on behalf of Defendant   Cadence Bank, N.A. cmattioli@smfadlaw.com,
           dboyd@smfadlaw.com
          Carol  Chow   on behalf of Defendant   AEGIS USA, Inc. Carol.Chow@ffslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Carol E. Momjian   on behalf of Creditor   Commonwealth of Pennsylvania, Bureau of Compliance
          cmomjian@attorneygeneral.gov
          Carolyn E. Coffey   on behalf of Unknown Masayo   Richardson ccoffey@mfy.org,  cecoffey@gmail.com
          Carrie M Brosius   on behalf of 3rd Party Plaintiff   Nuance Communications, Inc. f/k/a Varolii
          Corporation cmbrosius@vorys.com
          Casey B. Howard   on behalf of Unknown   Locke Lord LLP choward@lockelord.com
          Charles A Higgs   on behalf of Creditor   HSBC BANK USA, N.A. nyecfmail@mwc-law.com
          Christopher A. Albanese   on behalf of Creditor   WELLS FARGO BANK, N.A. calbanese@gibbonslaw.com
          Christopher C. Costello   on behalf of Interested Party   WFNBA cccostello@winston.com,
          docketny@winston.com
          Christopher E Green   on behalf of Unknown Mary Perkins White chris@myfaircredit.com,
          Margaret@myfaircredit.com
          Christopher F. Graham   on behalf of Creditor   IMPAC Funding Corporation
          cgraham@eckertseamans.com
          Christopher L. Hawkins   on behalf of Defendant   Mortgage Electronic Registration System (MERS)
          chawkins@bradleyarant.com
          Christopher L. Hawkins   on behalf of Defendant   Mortgage Electronic Registration Systems Inc.
          chawkins@bradleyarant.com
          Ciro A. Mestres   on behalf of Creditor   PennyMac Loan Services, LLC bkecfinbox@aldridgepite.com
          Claire L. Huene   on behalf of Unknown   Triaxx Prime CDO 2006-1, LLC jmcon@mw-law.com
          Clifford A. Katz   on behalf of Creditor   Kroll Ontrack Inc. ckatz@platzerlaw.com
          Cristine Irvin Phillips   on behalf of Unknown   United States of America
          cristine.phillips@usdoj.gov
          Cynthia Anne Nierer   on behalf of Creditor   Bank of America, N.A.
          foreclosure@pitnickmargolin.com
          D. Ross Martin   on behalf of Interested Party   Ad Hoc RMBS Holder Group
          ross.martin@ropesgray.com
          D. Ross Martin   on behalf of Interested Party   Steering Committee Group of RMBS Holders
          ross.martin@ropesgray.com
          DANIEL R BERNSTEIN   on behalf of Defendant   NORTH AMERICAN SPECIALTY INSURANCE COMPANY
          daniel.bernstein@aporter.com
          Dale C. Christensen, Jr.   on behalf of Interested Party   Law Debenture Trust Company of New
          York as Separate Trustee christensen@sewkis.com
          Dale C. Christensen, Jr.   on behalf of Interested Party   Law Debenture Trust Company of New
          York, as Separate Trustee of Certain Residential Mortgage Backed Securities Trusts
          christensen@sewkis.com
          Dan M. Blumenthal   on behalf of Unknown   THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMINIUM
          DBlumenthal@schneiderMitola.com
          Daniel Abrams   on behalf of Defendant   Brokerpriceopinion.com, Inc. dan@lawyerquality.com
          Daniel A. Fliman   on behalf of Interested Party   Federal Housing Finance Agency, as Conservator
          of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage
          Corporation (Freddie Mac") dfliman@kasowitz.com, courtnotices@kasowitz.com
          Daniel F. Markham   on behalf of Creditor   PHH Mortgage Corporation dmarkham@gibbonslaw.com
          Daniel H. Golden   on behalf of Creditor   UMB Bank, N.A.
          sschultz@AkinGump.com;dkrasa-berstell@akingump.com;sdaddese@akingump.com;daniel-golden-7178@ecf.p
          acerpro.com;AGSearch-Lit@akingump.com
          Daniel J Standish   on behalf of Defendant   TWIN CITY FIRE INSURANCE COMPANY
          dstandish@wileyrein.com
          Daniel J. Flanigan   on behalf of Attorney   Carlson Lynch, Ltd. dflanigan@polsinelli.com,
          tbackus@polsinelli.com;docket@polsinelli.com
          Daniel S Weinberger   on behalf of Creditor   PHH Mortgage Corporation dweinberger@gibbonslaw.com
          Darrell W. Clark   on behalf of Creditor   Verizon Business Network Services Inc.
          darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com
          David  Neier   on behalf of Interested Party   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          dneier@winston.com,  dcunsolo@winston.com
          David A. Abrams   on behalf of Defendant   Flaherty, Sesabaugh, Bonasso PLLC
          dabrams@sralawfirm.com
          David Alan Beck   on behalf of Unknown   ResCap Liquidating Trust beck@carpenterlipps.com,
          poulsen@carpenterlipps.com
          David Alan Beck   on behalf of Spec. Counsel   Carpenter Lipps & Leland LLP
          beck@carpenterlipps.com,  poulsen@carpenterlipps.com
          David B. Gelfarb   on behalf of Interested Party   Freddie Mac gelfarb@mosskalish.com
          David B. Shaev   on behalf of Creditor Sylvia Essie Dadzie nysb@sflawny.com
          David E. Potter   on behalf of Plaintiff   Residential Funding Company, LLC dpotter@lpgk.com
          David F Garber   on behalf of Unknown David F. Garber davidfgarberpa@gmail.com,
          cjk.davidfgarberpa@gmail.com
          David G. Aelvoet   on behalf of Creditor   Bexar County sanantonio.bankruptcy@publicans.com
          David J. Brown   on behalf of Attorney David J Brown djbrown2008@gmail.com
          David L Wales   on behalf of Plaintiff   Bayerische Landesbank dwales@blbglaw.com,
          errol.hall@blbglaw.com
          David L. Tillem   on behalf of Unknown   County of Putnam tillemd@wemed.com
          David M Skeens   on behalf of Plaintiff   ROWENA DRENNEN, individually and as representative of
          the KESSLER SETTLEMENT CLASS dskeens@wbsvlaw.com,  mnolte@wbsvlaw.com
          David M. LeMay   on behalf of Examiner   Arthur J. Gonzalez, Examiner
          david.lemay@nortonrosefulbright.com
          David M. Powlen   on behalf of Creditor   USAA Federal Savings Bank david.powlen@btlaw.com,
          pgroff@btlaw.com;Kathy.lytle@btlaw.com
          David S. Catuogno   on behalf of Defendant   ACS Lending, Inc. david.catuogno@leclairryan.com

District/off: 0208-1          User: aacosta          Page 27 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001         Total Noticed: 543

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David W. Dykhouse   on behalf of Interested Party   Ambac Assurance Corporation
           dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
          Deborah Kovsky-Apap   on behalf of Spec. Counsel   Pepper Hamilton LLP kovskyd@pepperlaw.com,
           kressk@pepperlaw.com
          Deborah Newman   on behalf of Defendant   UMB Bank, N.A. djnewman@akingump.com,
           nymco@akingump.com;AGSearch-Lit@akingump.com
          Debra Weinstein Minoff   on behalf of Unknown   Wilmington Trust, National Association
           dminoff@loeb.com, tcummins@loeb.com
          Devon Eggert   on behalf of Other Prof.   Mercer (US) Inc. deggert@freeborn.com,
           bkdocketing@freeborn.com
          Diane  Bradshaw   on behalf of Defendant   21st Mortgage Corporation dbradshaw@helfandlaw.com,
           ahelfand@helfandlaw.com
          Diane W. Sanders   on behalf of Creditor   Cameron County austin.bankruptcy@lgbs.com
          Donald H. Cram   on behalf of Debtor   Residential Capital, LLC dcram@severson.com,
           elw@severson.com
          Donald H. Cram   on behalf of Interested Party   Severson & Werson, PC dcram@severson.com,
           elw@severson.com
          Douglas  Mannal   on behalf of Unknown   ResCap Liquidating Trust dmannal@kramerlevin.com,
           docketing@kramerlevin.com;rringer@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;nallard@k
           ramerlevin.com
          Douglas  Mannal   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
           dmannal@kramerlevin.com,
           docketing@kramerlevin.com;rringer@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;nallard@k
           ramerlevin.com
          Douglas  Wolfe   on behalf of Creditor   ASM Capital, L.P. dwolfe@asmcapital.com
          Douglas  Wolfe   on behalf of Creditor   ASM Capital IV, L.P. dwolfe@asmcapital.com
          Douglas Allen Wilson   on behalf of Creditor   J. Dennis Semler, Tulsa County Treasurer
           douglas.wilson@tulsacounty.org
          Douglas C. Wigley,   on behalf of Creditor Gregory  Balensiefer dwigley@dessauleslaw.com,
           hpeters@dessauleslaw.com
          Douglas P. Baumstein   on behalf of Counter-Claimant   Ad Hoc Group dbaumstein@whitecase.com,
           mcosbny@whitecase.com;jdisanti@whitecase.com
          Duane R. Lyons   on behalf of Unknown   Rescap Liquidating Trust duanelyons@quinnemanuel.com,
           pamdavis@quinnemanuel.com;graceandrade@quinnemanuel.com
          Edwin J Kilpela, Jr   on behalf of Plaintiff   CHRISTIE TURNER, individually and as
           representative of the KESSLER SETTLEMENT CLASS ekilpela@carlsonlynch.com, dhart@carlsonlynch.com
          Edwin J. Kilpela, Jr   on behalf of Plaintiff   ROWENA DRENNEN, individually and as
           representative of the KESSLER SETTLEMENT CLASS ekilpela@carlsonlynch.com, dhart@carlsonlynch.com
          Ehud  Gersten   on behalf of Creditor Francine  Silver egersten@gerstenlaw.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Johnson County et al, Richardson ISD
           rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Weller   on behalf of Creditor   Cameron County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com
          Elizabeth L Doyaga   on behalf of Creditor   The Bank of New York Mellon edoyaga@flwlaw.com,
           jspiegelman@flwlaw.com;plamberti@flwlaw.com
          Ellen K. Wolf   on behalf of Creditor   IBM Corporation ewolf@wolfgroupla.com,
           kmanning@wolfgroupla.com
          Eric  Lopez Schnabel   on behalf of Unknown   Dorsey and Whitney LLP
           mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
          Eric A Schaffer   on behalf of Defendant   WELLS FARGO BANK, N.A. eschaffer@reedsmith.com,
           slucas@reedsmith.com
          Eric A Schaffer   on behalf of Creditor   Wells Fargo Bank, N.A. eschaffer@reedsmith.com,
           slucas@reedsmith.com
          Eric Alwin Boden   on behalf of Creditor   Liberty Property Limited Partnership
           tclancy@schnader.com
          Eric B. Levine   on behalf of Examiner   Arthur J. Gonzalez, Examiner levine@whafh.com
          Eric D. Winston   on behalf of Creditor   Commerce Street Investments, LLC
           ericwinston@quinnemanuel.com
          Eric R. Wilson   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
           KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Erik  Haas   on behalf of Creditor   MBIA Insurance Corporation ehaas@pbwt.com,
           mcolitigation@pbwt.com
          Erin P. Severini   on behalf of Creditor   Residential Credit Solutions, Inc. eseverini@fbtlaw.com
          Erlene W. Krigel   on behalf of Creditor Becky A. Spence ekrigel@krigelandkrigel.com,
           erlenekrigel@gmail.com
          Etan  Mark   on behalf of Defendant   Lender Processing Services, Inc. emark@bergersingerman.com
          Fletcher W. Strong   on behalf of Creditor   Syncora Guarantee Inc. fstrong@wmd-law.com
          Fred  Stevens   on behalf of Creditor   Tata America International Corporation
           fstevens@klestadt.com
          Frederick E. Schmidt   on behalf of Unknown   Sierra Pacific Mortgage Company, Inc.
           eschmidt@cozen.com
          Fredric  Sosnick   on behalf of Creditor   CITIBANK, N.A. fsosnick@shearman.com
          Fredric  Sosnick   on behalf of Creditor   Citibank NA as trustee for PHHMC 2005-6
           fsosnick@shearman.com
          Fredrick S Levin   on behalf of Interested Party   BMO Harris Bank, N.A. docket@buckleysandler.com
          Gabriella B Zahn-Bielski   on behalf of Defendant   Mortgage Electronic Registration System, Inc.
           gabriella.zahn@troutmansanders.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Garrett M Hodes   on behalf of Plaintiff   ROWENA DRENNEN, individually and as representative of
    the KESSLER SETTLEMENT CLASS ghodes@wbsvlaw.com, mnolte@wbsvlaw.com;garretthodes@gmail.com

    Garry M. Graber   on behalf of Creditor   Manufacturers and Traders Trust Company
    ggraber@hodgsonruss.com, swells@hodgsonruss.com

    Garvan F. McDaniel   on behalf of Interested Party   Landon Rothstein, Jennifer Davidson, Robert
    Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated
    gfmcdaniel@dkhogan.com, karen@dkhogan.com

    Gary Kaplan   on behalf of Attorney   Fried, Frank, Harris, Shriver & Jacobson LLP
    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

    Gary A. Gotto   on behalf of Creditor   FHLB Boston ggotto@krplc.com,
    sarah-skaggs-6083@ecf.pacerpro.com

    Gary F. Lynch   on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of
    the KESSLER SETTLEMENT CLASS glynch@carlsonlynch.com,
    jetzel@carlsonlynch.com;ecf@carlsonlynch.com;dmarkle@carlsonlynch.com

    Geoffrey J. Peters   on behalf of Creditor   GMAC MORTGAGE, LLC colnyecf@weltman.com

    George A Zelcs   on behalf of Creditor   National Credit Union Administration Board
    gzelcs@koreintillery.com, dhutton@koreintillery.com

    George A. Shannon, Jr.   on behalf of Defendant   Cadence Bank, N.A. gshannon@smfadlaw.com

    George M. Geeslin   on behalf of Creditor Bonnie Bonita Rose geeslingm@aol.com,
    pegandchat@aol.com

    Gerard Uzzi   on behalf of Counter-Claimant   The Ad Hoc Group of Junior Secured Noteholders
    guzzi@milbank.com,
    mbrod@milbank.com;jbrewster@milbank.com;mweinstein@milbank.com;krookard@milbank.com

    Gerard Sylvester Catalanello   on behalf of Creditor   Green Planet Servicing, LLC
    gerard.catalanello@alston.com, gerard.catalanello@alston.com;leslie.salcedo@alston.com

    Glenn E. Siegel   on behalf of Creditor   The Bank of New York Mellon Glenn.Siegel@morganlewis.com

    Glenn R. Meyers   on behalf of Attorney Glenn R Meyers themeyerslawfirm@gmail.com

    Gregory Lahr,   on behalf of Defendant   CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON glahr@rc.com

    Gregory A. Horowitz   on behalf of Plaintiff   Official Commitee of Unsecured Creditors
    ghorowitz@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

    Gregory A. Stout   on behalf of Respondent   Green Tree Servicing gregg.stout@rslegal.com

    Gregory M. Petrick   on behalf of Creditor   MBIA Insurance Corporation gregory.petrick@cwt.com,
    nyecfnotice@cwt.com

    Hale Yazicioglu   on behalf of Creditor   Iron Mountain Information Management, Inc.
    hy@bostonbusinesslaw.com

    Hanh V. Huynh   on behalf of Defendant   Genpact International, Inc. hhuynh@herrick.com

    Heather McKeever   on behalf of Creditor Shane M. Haffey info@mckeeverlaw.org

    Herbert K. Ryder   on behalf of Creditor   Connecticut Housing Finance Authority
    hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

    Howard Seife   on behalf of Examiner   Arthur J. Gonzalez, Examiner
    andrew.rosenblatt@nortonrosefulbright.com

    Howard O. Godnick   on behalf of Unknown   Cerberus Capital Management, L.P.
    howard.godnick@srz.com, evan.melluzzo@srz.com

    Howard W. Rachlin   on behalf of Interested Party Lucienne Lombard hwr@hwrachlinlaw.com

    Ileana M. Hernandez   on behalf of Unknown   Los Angeles County Employees Retirement Association
    ihernandez@manatt.com, astaltari@manatt.com

    Ingrid Bagby   on behalf of Creditor   MBIA Insurance Corporation ingrid.bagby@cwt.com,
    michele.maman@cwt.com;casey.servais@cwt.com;nyecfnotice@cwt.com

    Ira M. Levee   on behalf of Interested Party   Cambridge Place Investments Management Inc.
    ilevee@lowenstein.com, mseymour@lowenstein.com

    Ira M. Levee   on behalf of Interested Party   New Jersey Carpenters Health Fund, New Jersey
    Carpenters Vacation Fund and Boilermakers Blacksmith National Pension Trust
    ilevee@lowenstein.com, mseymour@lowenstein.com

    Irena M. Goldstein   on behalf of Creditor   Assured Guaranty Municipal Corp.
    igoldstein@trenklawfirm.com

    Irene M Costello   on behalf of Creditor   Deutsche Bank Trust Company Americas as Trustee for
    Residential Accredit Loans, Inc Pass Through Certificates 2007-QH8 icostello@shipkevich.com,
    bankruptcy@cabanillaslaw.com

    Isaac Nesser   on behalf of Plaintiff   Rescap Liquidating Trust isaacnesser@quinnemanuel.com,
    patty.zellmann@rescapestate.com,andrewkennedy@quinnemanuel.com,johnsilva@quinnemanuel.com,
    geoffreygrundy@quinnemanuel.com

    J. Christopher Shore   on behalf of Attorney   White & Case LLP cshore@whitecase.com,
    jdisanti@whitecase.com;mcosbny@whitecase.com

    J. Christopher Shore   on behalf of Creditor   Ad Hoc Group of Junior Secured Noteholders
    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

    J. Ted Donovan   on behalf of Creditor   Carrollton Farmers Branch ISD, et. al.
    TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com

    JOSEPH MICHAEL SAFFIOTI   on behalf of Interested Party Garry Corts jms.salaw@verizon.net,
    CHRIS.SALAW@VERIZON.NET

    Jack M Bernard   on behalf of Creditor Mary R Biancavilla jackbernard@verizon.net

    Jacob M. Kaplan   on behalf of Defendant   WELLS FARGO BANK, N.A. jacob.kaplan@bakermckenzie.com

    James Gadsden   on behalf of Unknown   Carter Ledyard & Milburn LLP bankruptcy@clm.com

    James Kirk   on behalf of Interested Party   Financial Guaranty Insurance Company
    jim@kirklawoffices.com

    James B. Blackburn, Jr.   on behalf of Creditor Maribeth Evans jbbjratty@aol.com,
    wisemanblackburn@aol.com

    James J. Rufo   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for creditor
    jrufo@thegtcfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James J. Tancredi    on behalf of Creditor    Connecticut Housing Finance Authority
               jjtancredi@dbh.com
              James J. Vincequerra    on behalf of Creditor    Green Planet Servicing, LLC
               James.Vincequerra@alston.com
              James M Lloyd    on behalf of Interested Party    Aurora Bank, FSB jlloyd@greenhall.com
              James N. Lawlor    on behalf of Unknown    The Western and Souther Life Insurance Company, et al
               jlawlor@wmd-law.com, jgiampolo@wmd-law.com
              James O Moore    on behalf of Creditor    Bank of New York Mellon as Master Servicer of Certain
               Trusts and Pools which hold Residential Mortgages or Residential Real Properties
               james.moore@morganlewis.com
              James P. Watkins    on behalf of Defendant    Mortgage Electronic Registration System (MERS)
               jwatkins@babc.com
              James S. Carr    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
              James T. Sandnes    on behalf of Defendant    XL INSURANCE (BERMUDA) LTD jsandnes@skarzynski.com
              Janice Beth Grubin    on behalf of Defendant    CSC Credit Services, Inc.
               Janice.Grubin@leclairryan.com
              Jared B. Pearson    on behalf of Creditor Clifford  Lantz lea@evelandlawfirm.com
              Jason Leibowitz    on behalf of Creditor    Wachovia Bank National Association, as Trustee of the
               Security National Mortgage Loan Trust 2004-2 jleibowitz@kandfllp.com,
               rlau@kandfllp.com;litigation@kandfllp.com
              Jason Parish    on behalf of Interested Party    Ally Financial Inc. jason.parish@kirkland.com,
               bfriedman@kirkland.com;kristen.farnsworth@kirkland.com
              Jason A. Nagi    on behalf of Interested Party    Representative Plaintiffs, the Putative Class,
               and the Mitchell Class jnagi@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com
              Jason E. Manning    on behalf of Attorney    Troutman Sanders LLP jason.manning@troutmansanders.com,
               jennifer.thompson@troutmansanders.com;FSLECFIntake@troutmansanders.com
              Jay Teitelbaum    on behalf of Interested Party    JPMorgan Chase Bank, N. A.
               jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
              Jeffrey Mispagel    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.
               jeffrey.mispagel@dechert.com
              Jeffrey Ung    on behalf of Unknown    Rescap Liquidating Trust jeffreyung@quinnemanuel.com
              Jeffrey J Coe    on behalf of Interested Party    City of Benson jcoe@mcrazlaw.com,
               ecfbk@mcrazlaw.com,gcastro@mcrazlaw.com
              Jeffrey L. Cohen    on behalf of Creditor    ClearCapital.com, Inc. jcohen@lowenstein.com
              Jeffrey L. Saltiel    on behalf of Unknown    Med&G Group, LP jsaltiel@ltattorneys.com
              Jeffrey P. Nolan    on behalf of Defendant    ACS Lending, Inc. jnolan@pszyjw.com
              Jeffrey S. Berkowitz    on behalf of Unknown    Wells Fargo Bank, N.A. jberkowitz@gwfglaw.com,
               jstrauss@gwfglaw.com
              Jenelle C Arnold    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com
              Jennifer A. Christian    on behalf of Creditor    CIBM Bank jennifer.christian@tklaw.com
              Jennifer A.L. Battle    on behalf of Plaintiff    Residential Funding Company, LLC
               battle@carpenterlipps.com,
               gaunder@carpenterlipps.com;lipps@carpenterlipps.com;scaggs@carpenterlipps.com
              Jennifer B Zourigui    on behalf of Defendant    Novitex Enterprise Solutions, Inc., f/k/a Pitney
               Bowes Management Services, Inc. jzourigui@ingramllp.com
              Jennifer C. DeMarco    on behalf of Creditor    Ocwen Loan Servicing, LLC
               jennifer.demarco@cliffordchance.com
              Jennifer C. DeMarco    on behalf of Interested Party    Ocwen Loan Servicing, LLC
               jennifer.demarco@cliffordchance.com
              Jennifer Marie Hall    on behalf of Creditor Jason and Jennifer  Schermerhorn jhall@bffmlaw.com
              Jeremy Edward Shulman    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger with
               Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
               jshulman@afrct.com, mpero@afrct.com
              Jessica Mikhailevich    on behalf of Unknown    Dorsey and Whitney LLP
               mikhailevich.jessica@dorsey.com
              Jessica G. Berman    on behalf of Debtor    Residential Capital, LLC jberman@msek.com
              Jessica Lynn Kuehn    on behalf of Creditor    County of Elmore jkuehn@elmorecounty.org
              Jill B. Bienstock    on behalf of Defendant    Hewlett-Packard Financial Services Company
               jbienstock@coleschotz.com, fpisano@coleschotz.com
              Joel  Shafferman    on behalf of Creditor    Nyctl 2011-A trust joel@shafeldlaw.com
              Joel C Haims    on behalf of Debtor    Residential Capital, LLC JHaims@mofo.com,
               docketny@mofo.com;joel-haims-0353@ecf.pacerpro.com
              Joel L. Perrell, Jr.    on behalf of Defendant    First Mariner Bank jperrell@milesstockbridge.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City, NJ
               jglucksman@scarincihollenbeck.com, rjoyce@sh-law.com
              Johanna J Ong    on behalf of Unknown    Rescap Liquidating Trust johannaong@quinnemanuel.com,
               pamdavis@quinnemanuel.com;marthaherrera@quinnemanuel.com
              John  Brewer    on behalf of Plaintiff    American Residential Equities, LLC jbrewer@samlegal.com,
               jhoyte@samlegal.com
              John  Kibler    on behalf of Interested Party    HSBC Bank USA, National Association
               john.kibler@allenovery.com
              John Rosario    on behalf of Creditor Martha S. Panaszewicz  johnrosario@delroslaw.com
              John A. Boyle    on behalf of Creditor    Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley &
               Co. LLC jboyle@khmarino.com
              John A. Morris    on behalf of Plaintiff    Official Commitee of Unsecured Creditors
               Jmorris@PSZJLaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              John C. Weitnauer   on behalf of Interested Party   Wells Fargo Bank, N.A.
               kit.weitnauer@alston.com
              John C. Weitnauer   on behalf of Creditor   Wells Fargo Bank, N.A., as Custodian for Certain
               Mortgage Backed Securities Trusts kit.weitnauer@alston.com
              John H. Bae   on behalf of Defendant   Cadence Bank, N.A. john.bae@bakerbotts.com
              John H. Drucker   on behalf of Financial Advisor   FTI Consulting, Inc.
               jdrucker@coleschotz.com;jdrucker@aol.com;Drucker2l2@gmail.com;ssallie@coleschotz.com
              John L. Pottenger, Jr.   on behalf of Unknown Leslie   Watley j.pottenger@yale.edu
              John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
              John P. Dillman   on behalf of Creditor   Cleveland ISD houston_bankruptcy@publicans.com
              John R. Ashmead   on behalf of Creditor   Wells Fargo Bank, N.A. ashmead@sewkis.com
              Jonathan D. Crowley   on behalf of Creditor Maurice M LoVuolo jcrowley-esq@hotmail.com
              Jonathan L. Flaxer   on behalf of Mediator Jonathan L. Flaxer as Mediator jflaxer@golenbock.com,
               jsavitsky@golenbock.com;mweinstein@golenbock.com
              Jonathan M. Hoff   on behalf of Creditor   MBIA Insurance Corporation jonathan.hoff@cwt.com,
               nyecfnotice@cwt.com
              Jonathan Paul Friedland   on behalf of Creditor   Universal Restoration Services, Inc.
               jfriedland@sfgh.com.com, jdemmas@sfgh.com;bkdocket@sfgh.com
              Jordan A. Wishnew   on behalf of Creditor   ResCap Borrower Claims Trust jwishnew@mofo.com,
               ecf@mofo.com/jordan-wishnew-5448@ecf.pacerpro.com
              Jordan S. Katz   on behalf of Creditor   Bank of America, N.A. sdny@aldridgepite.com
              Jorge M. Gutierrez, Jr.   on behalf of Unknown   NCMC Newco, Inc. jmgutierrez@wlrk.com,
               Calert@wlrk.com
              Jose Raul Alcantar Villagran   on behalf of Interested Party   Neighborhood Assistance
               Corporation of America raulalcantar@gmail.com
              Joseph Corneau   on behalf of Interested Party   Tracy L. Klestadt, in his Capacity as Chapter 7
               Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp jcorneau@klestadt.com
              Joseph Corrigan   on behalf of Creditor   Iron Mountain Information Management, Inc.
               bankruptcy2@ironmountain.com
              Joseph A. Shifer   on behalf of Interested Party   ResCap Liquidating Trust
               jshifer@kramerlevin.com,
               rringer@kramerlevin.com;hcardoso@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
              Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph N. Cordaro   on behalf of Unknown   United States of America joseph.cordaro@usdoj.gov
              Joseph Thomas Moldovan   on behalf of Interested Party   The Independent Directors of the
               Residential Capital, LLC bankruptcy@morrisoncohen.com
              Joseph Thomas Moldovan   on behalf of Other Prof.   Morrison Cohen LLP
               bankruptcy@morrisoncohen.com
              Joshua  Sherer   on behalf of Creditor   RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for WELLS
               FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST,
               SERIES 2011-1T jsherer@feinsuch.com,
               jspiegelman@flwlaw.com/ksheehan@flwlaw.com/mmarans@flwlaw.com
              Joshua S. Bauchner   on behalf of Creditor   Palm Beach County Tax Collector jb@ansellgrimm.com
              Joshua W. Cohen   on behalf of Creditor   Connecticut Housing Finance Authority
               jwcohen@daypitney.com, arametta@daypitney.com
              Juandisha Harris   on behalf of Creditor   State Of Michigan, Department Of Treasury
               harrisj12@michigan.gov
              Judith P Kenney   on behalf of Interested Party Philip Roger Flinn, II judith@judithkenneylaw.com
              Judith P Kenney   on behalf of Unknown Philip Roger Flinn, II judith@judithkenneylaw.com
              Judson D Brown   on behalf of Interested Party   Ally Financial Inc. judson.brown@kirkland.com,
               bfriedman@kirkland.com
              Julia A. Chincheck   on behalf of Defendant   Summit Community Bank, Inc.
               jchincheck@bowlesrice.com
              Julia W Winters   on behalf of Defendant   The Ad Hoc Group of Junior Secured Noteholders
               jdisanti@whitecase.com;mcosbny@whitecase.com;rkebrdle@miami.whitecase.com
              Justin Jonathan Lowe   on behalf of Creditor   Commonwealth of Massachusetts
               justin.lowe@state.ma.us
              Justin R Bernbrock   on behalf of 3rd Pty Defendant   Ally Financial, Inc.
               justin.bernbrock@kirkland.com,
               Christopher.kochman@kirkland.com;Natasha.hwangpo@kirkland.com;Bradley.giordano@kirkland.com;amene
               h.bordi@kirkland.com;justin.mercurio@kirkland.com
              Kai H. Richter   on behalf of Creditor Christina   Ulbrich krichter@nka.com, assistant@nka.com
              Kaitlin R. Walsh   on behalf of Defendant   Cadence Bank, N.A. KRWalsh@mintz.com,
               docketing@mintz.com
              Karamvir Dahiya   on behalf of Creditor   Inmer Campos Carranza, etc. karam@bankruptcypundit.com,
               rikaye@legalpundit.com;r54320@notify.bestcase.com
              Karen  Sheehan   on behalf of Creditor   Select Portfolio Servicing, Inc. servicer for Deutsche
               Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley
               ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-T ksheehan@flwlaw.com,
               jspiegelman@flwlaw.com/plamberti@flwlaw.com
              Karen K. Stromeyer   on behalf of Interested Party   WFNBA kstromeyer@mpbf.com,
               gjames@mpbf.com;hlincecum@mpbf.com;mpanayotova@mpbf.com
              Karen W Renwick   on behalf of Plaintiff   ROWENA DRENNEN, individually and as representative of
               the KESSLER SETTLEMENT CLASS krenwick@wbsvlaw.com, jmclaury@wbsvlaw.com
              Katherine  Stadler   on behalf of Unknown   ResCap Liquidating Trust kstadler@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Katherine S. Parker-Lowe   on behalf of Creditor Daniela L. Gilbert katherine@ocracokelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kathleen A. Cashman-Kramer    on behalf of Creditor Jason and Jennifer  Schermerhorn
               kcashman@psdslaw.com,  theresam@psdslaw.com
              Kathleen G. Cully    on behalf of Interested Party Lorraine  McNeal kgcully@kgcully.com,
               gkr69346@notify.bestcase.com
              Kay Diebel Brock    on behalf of Creditor c/o Kay D. Brock  Travis County bkecf@co.travis.tx.us
              Kayvan B. Sadeghi    on behalf of Debtor  Residential Capital, LLC ksadeghi@mofo.com,
               docketny@mofo.com;kayvan-sadeghi-8706@ecf.pacerpro.com
              Kenneth A. Reynolds    on behalf of Plaintiff  Invest Vegas, LLC kreynolds@mklawnyc.com,
               jdelacruz@mklawnyc.com;a.kr6949@notify.bestcase.com
              Kenneth H. Eckstein    on behalf of Plaintiff  Official Commitee of Unsecured Creditors
               keckstein@kramerlevin.com,  corporate-reorg-1449@ecf.pacerpro.com
              Kenneth H. Eckstein    on behalf of Creditor Committee  Official Committee Of Unsecured Creditors
               keckstein@kramerlevin.com,  corporate-reorg-1449@ecf.pacerpro.com
              Kenneth M. Lewis    on behalf of Creditor Maurice  Sharpe klewis@lewispllc.com
              Kevin M Mattessich    on behalf of Defendant  CONTINENTAL CASUALTY COMPANY kmattessich@kdvlaw.com
              Kevin Michael Newman    on behalf of Defendant  BASS & MOGLOWSKY, S.C. knewman@menterlaw.com,
               kmnbk@menterlaw.com
              Kevin S. Allred    on behalf of Interested Party  Berkshire Hathaway Inc. kevin.allred@mto.com
              Kim Christian DSouza    on behalf of Creditor Phillip  Scott misterdsouza@aol.com
              Kimberly Ann Hamm,    on behalf of Defendant  Ace Securities Corp. khamm@stblaw.com
              Kiyam J. Poulson    on behalf of Defendant  Seneca Trustees, Inc. kpoulson@dlgnylaw.com
              Kristen Bird    on behalf of Unknown  Rescap Liquidating Trust kristenbird@quinnemanuel.com,
               pamdavis@quinnemanuel.com;monicasalas@quinnemanuel.com
              Kristen M. Siracusa    on behalf of Defendant  First Mariner Bank ksiracusa@milesstockbridge.com
              Laird J. Heal    on behalf of Creditor Mary F Singleton lairdheal@lh-law-office.com,
               ECF@lh-law-office.com
              Lance  Miller    on behalf of Interested Party  Financial Guaranty Insurance Company
               lemiller@jonesday.com
              Laura E. Neish    on behalf of Unknown  National Credit Union Administration Board, Liquidating
               Agent of U.S. Central Federal Credit Union lneish@zuckerman.com
              Laura E. Neish    on behalf of Creditor  National Credit Union Administration Board
               lneish@zuckerman.com
              Lauren A McMillen    on behalf of Plaintiff  Bayerische Landesbank lauren@blbglaw.com,
               Katherine.Stefanou@blbglaw.com
              Lauren A Rode    on behalf of Interested Party Leanetha  Darby lauren@calgroup.org
              Laurie R. Binder    on behalf of Interested Party  U.S. Bank National Association as Master
               Servicer of Certain Mortgage Backed Securities Trusts binder@sewkis.com
              Lawrence J Klein,    on behalf of Defendant  CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
               lklein@rc.com
              Lawrence J. Kotler    on behalf of Creditor  The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through
               Certificates Series FH06-FA2, by First Horizon Home Loans, a ljkotler@duanemorris.com
              Lee E Riger    on behalf of Interested Party  HSBC BANK USA, N.A. as Trustee for the Registered
               Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed
               Pass-Through Certificates lriger@balfeholland.com,  leeriger@yahoo.com
              Lee William Stremba    on behalf of Defendant  CHUBB ATLANTIC INDEMNITY LTD.
               lee.stremba@troutmansanders.com,  harriet.cohen@troutmansanders.com;nymc@troutmansanders.com
              Len M Garza    on behalf of Creditor  HSBC BANK USA, N.A. len.garza@buckleymadole.com
              Leon B Gordon    on behalf of Unknown  Texas Ad Valorem Taxing Jurisdictions
               cary.cain@mvbalaw.com,  bankruptcy@mvbalaw.com
              Leslie Ann Berkoff    on behalf of Creditor  Cal-Western Reconveyance Corporation
               lberkoff@moritthock.com
              Linda Worton Jackson    on behalf of Creditor  Law Offices of David J. Stern, P.A.
               jackson@salazarjackson.com,
               Aguilar@SalazarJackson.com;Davila@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarja
               ckson.com
              Lorenzo  Marinuzzi    on behalf of Auditor  Deloitte & Touche LLP lmarinuzzi@mofo.com,
               lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Lori L. Winkelman    on behalf of Creditor  OneWest Bank lori.winkelman@quarles.com,
               sybil.aytch@quarles.com
              Lorraine S. McGowen    on behalf of Attorney  Orrick, Herrington & Sutcliffe LLP
               lmcgowen@orrick.com,  dfelder@orrick.com
              Louis A. Curcio    on behalf of Unknown  DLJ Consortium louis.curcio@troutmansanders.com,
               nymc@troutmansanders.com;Alissa.piccione@troutman.com;john.murphy@troutman.com
              MARGUERITE EiLSWORTH GARDINER    on behalf of Unknown  Cerberus Capital Management, L.P.
               marguerite.gardiner@srz.com,  evan.melluzzo@srz.com;courtfilings@srz.com
              Marc  Abrams    on behalf of Interested Party  Monarch Alternative Capital LP maosbny@willkie.com,
               mabrams@willkie.com
              Margaret J. Cascino    on behalf of Creditor  HSBC BANK USA, N.A. mcascino@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Maria A. Bove    on behalf of Plaintiff  Official Commitee of Unsecured Creditors
               mbove@pszjlaw.com,  dharris@pszjlaw.com;mbove@pszjlaw.com
              Mark  Minuti    on behalf of Plaintiff  American Residential Equities, LLC mminuti@saul.com,
               rwarren@saul.com
              Mark A Nialis    on behalf of Creditor Robert  Wieland mnialis@nialislaw.com
              Mark A. Strauss    on behalf of Interested Party  Landon Rothstein, Jennifer Davidson, Robert
               Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated
               mstrauss@kmllp.com,  telrod@kmllp.com

District/off: 0208-1          User: aacosta          Page 32 of 36          Date Rcvd: Jan 17, 2018
                             Form ID: pdf001         Total Noticed: 543

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark C. Ellenberg   on behalf of Creditor   MBIA Insurance Corporation mark.ellenberg@cwt.com,
  nyecfnotice@cwt.com
Mark D. Kotwick   on behalf of Interested Party   U.S. Bank National Association, as
  Securitization Trustee kotwick@sewkis.com
Mark D. Kotwick   on behalf of Interested Party   U.S. Bank National Association, as Trustee of
  Certain Mortgage Backed Securities Trusts kotwick@sewkis.com
Mark D. Shifton   on behalf of Interested Party Jian  Wang mshifton@sgllawgroup.com
Mark K. Broyles   on behalf of Creditor   Aurora Loan Services, Inc. broylesmk@rgcattys.com,
  ramoffatt@rgcattys.com
Mark R. Knuckles   on behalf of Other Prof.   Wilmington Savings Fund Society, FSB, doing
  business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
  2015-13BTT mrk@kkelaw.com,  nmm@kkelaw.com
Mark S. Finkelstein, on behalf of Defendant   Cadence Bank, N.A. mfinkelstein@smfadlaw.com,
  cdemott@smfadlaw.com
Martha E. Romero   on behalf of Unknown   The County of San Bernardino, California
  romero@mromerolawfirm.com
Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
Martin G. Bunin   on behalf of Creditor   Wells Fargo Bank, N.A., as Custodian for Certain
  Mortgage Backed Securities Trusts mbunin@farrellfritz.com,  courtnotifications@farrellfritz.com
Marvin E. Clements, Jr.   on behalf of Creditor   Tennessee Department of Revenue
  agbanknewyork@ag.tn.gov
Mary  Eaton   on behalf of Interested Party   Bayview Fund Management LLC maosbny@willkie.com,
  meaton@willkie.com
Maryann  Gallagher   on behalf of Plaintiff   Residential Capital, LLC, et al.
  mgallagher@curtis.com
Maryann  Taylor   on behalf of Defendant   AMERICAN INTERNATIONAL REINSURANCE COMPANY (F/K/A
  STARR EXCESS LIABILITY INSURANCE INTERNATIONAL LIMITED) mtaylor@damato-lynch.com,
  managingclerk@damato-lynch.com,ecf@damato-lynch.com,gcurley@damato-lynch.com,
  mjbarry@damato-lynch.com,ccasavant@damato-lynch.com,dboyar@damato-lynch.com,
Matthew C. Helland   on behalf of Creditor Bryan  Bubnick helland@nka.com
Matthew D. Lee   on behalf of Other Prof.   Ernst & Young LLP mdlee@foley.com
Matthew E Mawby   on behalf of Defendant   ST. PAUL MERCURY INSURANCE COMPANY mmawby@kbrlaw.com
Matthew J. Dyer   on behalf of Creditor   PennyMac Loan Services, LLC ecfmail@aclawllp.com
Matthew P. Morris   on behalf of Defendant   Huntington Bancshares Inc. mpmorris@gelaw.com,
  ayusupova@gelaw.com
Matthew Phineas Previn   on behalf of Defendant   RBC Mortgage Company mprevin@buckleysandler.com
Matthew V Johnson   on behalf of Defendant   HSBC MORTGAGE CORPORATION (USA) mjohnson@wc.com
Mauricio A. Espana   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
  mauricio.espana@dechert.com,  nycmanagingclerks@dechert.com
Max  Weinstein   on behalf of Creditor Karla  Brown mmweinstein@law.harvard.edu
Mayer  Morganroth   on behalf of Creditor Mary  Critchley mmorganroth@morganrothlaw.com,
  dantovski@morganrothlaw.com;shall@morganrothlaw.com
Meghan A Ferguson   on behalf of Witness Audrey  Zabriskie mferguson@wc.com
Melanie A. Sweeney   on behalf of Creditor   CITIMORTGAGE, INC. msweeney@msgrb.com,
  blink@msgrb.com,rfelix@msgrb.com
Melissa N Licker   on behalf of Creditor   GMAC MORTGAGE, LLC NY_ECF_Notices@McCalla.com
Melissa Sue DiCerbo   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for The
  Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
  Company, N.A. as successor to JPMorgan Chase Bank, as Tru nyecfmail@mwc-law.com
Menachem  M. Bensinger   on behalf of Unknown   Andrew Davidson & Co., Inc.
  mbensinger@mcgrailbensinger.com
Meredith I. Friedman   on behalf of Creditor   PNC Bank, National Association mfriedman@meyner.com
Michael  Chester   on behalf of Defendant   XL INSURANCE (BERMUDA) LTD mchester@skarzynski.com
Michael  Jankowski   on behalf of Creditor   CIBM Bank mjankows@reinhartlaw.com
Michael  Luskin   on behalf of Interested Party   Goldin Associates, LLC luskin@lsellp.com
Michael  Tsang   on behalf of Defendant   Citizens First Wholesale Mortgage Co.
  mtsang@tsanglawfirm.com
Michael A. Rollin   on behalf of Creditor   Lehman Brothers Holdings Inc. mrollin@rbf.law,
  mjohns@rbf.law;lcasanova@rbf.law
Michael B Sichter   on behalf of Plaintiff   ROWENA DRENNEN, individually and as representative
  of the KESSLER SETTLEMENT CLASS msichter@wbsvlaw.com
Michael C. Dunbar   on behalf of Attorney Michael Collins Dunbar mdunbar@cfu.net,
  mcdunbar@cfu.net
Michael C. Manniello   on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC
  Home Loans Servicing, LP michael.manniello@roachlawfirm.com,  kimberly.mcgrail@roachlawfirm.com
Michael D. Warner   on behalf of Creditor   HP Enterprise Services, LLC mwarner@coleschotz.com,
  klabrada@coleschotz.com
Michael E. Holt   on behalf of Creditor Hitoshi & Wakana  Inoue mholt@formanlaw.com
Michael E. Norton   on behalf of 3rd Party Plaintiff   Emerson Network Power
  mnorton@nortonlawassociates.com
Michael G. Cutini   on behalf of Unknown   Cerberus Capital Management, L.P.
  michael.cutini@srz.com,  evan.melluzzo@srz.com;courtfilings@srz.com
Michael H. Cohn   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
  Participation Trust c/o Caliber Home Loans, Inc. bankruptcy@cohnroth.com,  mcohn@cohnroth.com
Michael J. Madigan   on behalf of Plaintiff   Residential Funding Company, LLC
  michaelmadigan@quinnemanuel.com,  pamdavis@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael L. Schein    on behalf of Defendant    Quantitative Risk Management Incorporated
           mschein@vedderprice.com,
           ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com
          Michael P. Roland,    on behalf of Unknown    Jacques and Deirdre Raphael mprolandpa@gmail.com
          Michael Robert Carney    on behalf of Interested Party    Freddie Mac mcarney@carneypllc.com
          Michael S. Etkin    on behalf of Creditor    Bankruptcy Counsel for Cambridge Place Investment
           Management Inc. metkin@lowenstein.com,  mseymour@lowenstein.com
          Michelle W. Cohen    on behalf of Creditor    MBIA Insurance Corporation mcohen@pbwt.com,
           mcolitigation@pbwt.com
          Minyao  Wang    on behalf of Creditor    Massachusetts Mutual Life Insurance Company
           minyaowang@quinnemanuel.com
          Molly  Stephens    on behalf of Unknown    Rescap Liquidating Trust mollystephens@quinnemanuel.com,
           pamdavis@quinnemanuel.com;lorettasoto@quinnemanuel.com
          N. Mahmood  Ahmad    on behalf of Defendant    HSBC MORTGAGE CORPORATION (USA) mahmad@wc.com
          Nathan  Lebioda    on behalf of Interested Party    WFNBA nlebioda@winston.com
          Nicholas Heath Wooten    on behalf of Creditor WJ  Smith nick@nickwooten.com,
           notices@nickwooten.com;linnea@nickwooten.com
          Nicholas W. Armstrong    on behalf of Unknown State Court  Plaintiffs narmstrong@mmlaw.net,
           sreynolds@mmlaw.net
          Nickolas  Karavolas    on behalf of Creditor    Tower Capital Management, L.P. as Servicer to Tower
           DBW II Trust 2013-1 nkaravolas@phillipslytle.com
          Nicole M Massi    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
           Trustee for the Certificate Holders of the CWABS Inc. Asset Backed Certificate S, Series
           2005-BC5 nmm@kkmllp.com
          Noam M. Besdin    on behalf of Interested Party Simona  Robinson nbesdin@storchamini.com,
           jhoyte@storchamini.com
          Norman Scott Rosenbaum    on behalf of Creditor    GMAC MORTGAGE, LLC nrosenbaum@mofo.com,
           norman-rosenbaum-4589@ecf.pacerpro.com
          Norman Scott Rosenbaum    on behalf of Defendant    GMAC MORTGAGE, LLC nrosenbaum@mofo.com,
           norman-rosenbaum-4589@ecf.pacerpro.com
          Pablo  Bustos    on behalf of Creditor Conrad P. Burnett pbustos@bustosassociates.com
          Patricia  Tomasco    on behalf of Creditor    The Frost National Bank ptomasco@jw.com,
           kgradney@jw.com
          Patrick  Jones    on behalf of Unknown    Stewart Title Guaranty Company, subrogee of Trust Company
           of America c/f Herb Rikelman pjones@stahlcowen.com,  tdeacon@stahlcowen.com
          Patrick  Stoltz    on behalf of Defendant    ST. PAUL MERCURY INSURANCE COMPANY pstoltz@kbrlaw.com
          Patrick D. Fleming    on behalf of Creditor    Deutsche Bank National Trust Company and Deutsche
           Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts
           patrick.fleming@newfleet.com
          Patrick L. Robson    on behalf of Interested Party    Ocwen Loan Servicing, LLC probson@hunton.com,
           acapo@hunton.com
          Patrick M. Kennell    on behalf of Defendant    CONTINENTAL CASUALTY COMPANY pkennell@kdvlaw.com,
           ktorres@kdvlaw.com,kmattessich@kdvlaw.com
          Patrick Reynolds Gallagher    on behalf of Creditor    Nassau County Treasurer
           pgallagher@nassaucountyny.gov
          Paul  Rubin    on behalf of Unknown    Canon USA, Inc. prubin@rubinlawllc.com
          Paul B. O'Neill    on behalf of Unknown    ResCap Liquidating Trust boneill@kramerlevin.com,
           corporate-reorg-1449@ecf.pacerpro.com
          Paul J. Pascuzzi    on behalf of Unknown    California Housing Finance Agency ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    California Housing Finance Agency ppascuzzi@ffwplaw.com
          Paul Nii-Amar Amamoo    on behalf of Defendant    Federal Housing Finance Agency, as conservator
           for the Federal Home Loan Mortgage Corporation namamoo@kasowitz.com,  courtnotices@kasowitz.com
          Paul R Koepff    on behalf of Defendant    ACE BERMUDA INSURANCE LTD. paul.koepff@clydeco.us,
           meisee.hon@clydeco.us
          Paul R. DeFilippo    on behalf of Creditor    Syncora Guarantee Inc. pdefilippo@wmd-law.com,
           jgiampolo@wmd-law.com
          Paul T. Curley    on behalf of Defendant    ST. PAUL MERCURY INSURANCE COMPANY pcurley@kbrlaw.com
          Paul V. Shalhoub    on behalf of Interested Party    Bayview Fund Management LLC
           maosbny@willkie.com,  pshalhoub@willkie.com
          Peter B. Siroka    on behalf of Financial Advisor    Mesirow Financial Consulting, LLC
           peter.siroka@friedfrank.com,
           aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.c
           om
          Peter E Calamari    on behalf of Debtor    In re ResCap Liquidating Trust Mortgage Purchase
           Litigation petercalamari@quinnemanuel.com,
           kellyortega@quinnemanuel.com;peter-calamari-4529@ecf.pacerpro.com
          Phillip  Mahony    on behalf of Creditor    Capital One, N.A. mahonylaw@outlook.com
          Phillip R. Robinson    on behalf of Creditor Kevin J Matthews phillipreaserobinson@gmail.com
          Pranali  Datta    on behalf of Creditor    Suntrust Mortgage, Inc. pdatta@hhstein.com,
           carnold@hhstein.com;jbrocks@HHStein.com;nnapoli@hhstein.com
          Rachael L.B. McCracken    on behalf of Unknown    Rescap Liquidating Trust
           rachaelmccracken@quinnemanuel.com
          Rachel J. Mauceri    on behalf of Creditor    Deutsche Bank National Trust Company and Deutsche
           Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts
           rmauceri@morganlewis.com
          Rachel S. Blumenfeld    on behalf of Creditor Jacqueline  Warner rblmnf@aol.com,  rblmnf@aol.com
          Randa A. F. Osman    on behalf of Unknown    Rescap Liquidating Trust randaosman@quinnemanuel.com,
           pamdavis@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Ray C Schrock    on behalf of 3rd Pty Defendant    Ally Financial, Inc. ray.schrock@weil.com, matthew.goren@weil.com

Ray C Schrock    on behalf of Defendant    Ally Financial Inc. ray.schrock@kirkland.com, matthew.goren@weil.com

Rebecca E Boon    on behalf of Plaintiff    Bayerische Landesbank rebecca.boon@blbglaw.com

Reginald Jenkins, Jr.    on behalf of Defendant    Schenker, Inc. rjenkins@pricemeese.com

Richard Sax    on behalf of Interested Party    Additional Homeowners Claimants richard@rsaxlaw.com, rsaxdiane@pacbell.net

Richard Sax    on behalf of Creditor Julio  Solano richard@rsaxlaw.com, rsaxdiane@pacbell.net

Richard J. Bernard    on behalf of Defendant    CMG Mortgage, Inc. rbernard@foley.com

Richard L. Wynne    on behalf of Interested Party    Financial Guaranty Insurance Company rlwynne@jonesday.com, enbrady@jonesday.com

Richard P. Norton    on behalf of Interested Party    Newport Management Corporation rnorton@hunton.com

Richard W. Clary    on behalf of Interested Party    Barclays Capital, Inc. rclary@cravath.com, mao@cravath.com

Richardo I. Kilpatrick    on behalf of Creditor    Oakland County Treasurer ecf@kaalaw.com

Robert  Boller    on behalf of Unknown    AllState Insurance Company, rboller@akingump.com, AGSearch-Lit@akingump.com

Robert  Fryd    on behalf of Defendant    Mortgage Investors Group, Inc. rfryd@wbcsk.com, lschindler@wbcsk.com

Robert A. Rich    on behalf of Defendant    CoreLogic Default Information Services, LLC rrich2@hunton.com

Robert A. Rich    on behalf of Creditor    CoreLogic, Inc. rrich2@hunton.com

Robert Alan Johnson    on behalf of Creditor    Aurelius Capital Management, LP rajohnson@akingump.com, nymco@akingump.com

Robert D. Nosek    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors rnosek@certilmanbalin.com

Robert D. Wolford    on behalf of Interested Party    RMBS Settling Investors represented by Talcott Franklin, PC ecfwolfordr@millerjohnson.com

Robert Edward Brown    on behalf of Interested Party    Additional Homeowners Claimants rbrown@robertbrownlaw.com

Robert J. Feinstein    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors rfeinstein@pszyj.com, dharris@pszyjw.com

Robert K. Dakis    on behalf of Other Prof.    Morrison Cohen LLP rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Robert L. Schug    on behalf of Creditor Bryan  Bubnick rschug@nka.com

Robert N. H. Christmas    on behalf of Unknown    U.S. Bank National Association as Indenture Trustee for GreenPoint Mortgage Funding Trust 2006-HE1 rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert N. Michaelson    on behalf of Unknown Wendy Alison Nora rmichaelson@r3mlaw.com

Robert T Kugler    on behalf of Examiner    Arthur J. Gonzalez, Examiner robert.kugler@stinsonleonard.com, ed.caldie@stinsonleonard.com;laura.schumm@stinsonleonard.com;phillip.ashfield@stinsonleonard.com

Robert W. Dremluk    on behalf of Creditor    CPN Pipeline Company rdremluk@culhanemeadows.com, rwd1517@gmail.com,grantecf@gmail.com

Rodd C. Walton    on behalf of Plaintiff Michael A Farr rwalton@legacy-groups.com

Roland P. Reynolds    on behalf of Defendant    American Real Estate Corporation rreynolds@gordonreynoldslegal.com, support@gordonreynoldslegal.com

Ronak N Patel    on behalf of Creditor    Riverside County Treasure and Tax Collector rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us

Ronald Bruce Carlson    on behalf of Plaintiff    ROWENA DRENNEN, individually and as representative of the KESSLER SETTLEMENT CLASS bcarlson@carlsonlynch.com

Ronald J. Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors filings@spallp.com, RFriedman@SilvermanAcampora.com;jkrell@silvermanacampora.com;DMahoney@SilvermanAcampora.com;CTiso@SilvermanAcampora.com

Ronald L. Cohen    on behalf of Interested Party    U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts cohenr@sewkis.com

Ronald L. Cohen    on behalf of Interested Party    U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts cohenr@sewkis.com

Ronald P. Schiller    on behalf of Defendant    STEADFAST INSURANCE COMPANY rps@hangley.com, baw@hangley.com

Rose E. Morrison    on behalf of Defendant    Balboa Insurance Company rmorrison@buckleysandler.com, docket@buckleysandler.com

Rosy Anette Aponte    on behalf of Interested Party Marcia  Navarro fmartinez@lawofficeslaley.com

Roy Frederick Walters    on behalf of Plaintiff    CHRISTIE TURNER, individually and as representative of the KESSLER SETTLEMENT CLASS fwalters@wbsvlaw.com, jhaake@wbsvlaw.com;jmclaury@wbsvlaw.com

Ryan  Philp    on behalf of Defendant    Lender Processing Services, Inc. ryan.philp@bgllp.com, nymanagingclerk@hoganlovells.com

Samuel G. Mann    on behalf of Defendant    SWISS RE INTERNATIONAL SE (F/K/A SR INTERNATIONAL BUSINESS INSURANCE COMPANY LTD.) smann@cahill.com

Sapna  Gupta    on behalf of Interested Party John  Garcia pantanogupta@gmail.com

Sarah Schindler-Williams    on behalf of Defendant    ISGN Fulfillment Services, Inc. schindlerwilliamss@ballardspahr.com

Sarah Schindler-Williams    on behalf of Creditor    PNC Bank, National Association schindlerwilliamss@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Sarah Block Wallace    on behalf of Creditor    CITIMORTGAGE, INC. wallaces@ballardspahr.com,
              andersonre@ballardspahr.com
              Saul Oscar Leopold    on behalf of Creditor    Bank of America, N.A. sleopold@leopoldassociates.com,
              ecf@leopoldassociates.com
              Schuyler B. Kraus    on behalf of Defendant Jay J. Pitner skraus@hinshawlaw.com
              Scott A. Schechter    on behalf of Defendant    ST. PAUL MERCURY INSURANCE COMPANY
              sschechter@kbrlaw.com
              Scott A. Weiss    on behalf of Unknown    OceanFirst Bank, successor in interest to Columbia
              Equities, LTD scott@weissweiss.com
              Scott C. Shelley    on behalf of Creditor    The Prudential Life Insurance Company, Ltd.
              scottshelley@quinnemanuel.com
              Scott C. Shelley    on behalf of Creditor    AIG Asset Management (US), LLC
              scottshelley@quinnemanuel.com
              Scott D. Musoff    on behalf of Defendant    UBS Real Estate Securities, Inc.
              scott.musoff@skadden.com,
              paris.abell@skadden.com;jason.skorupka@skadden.com;robert.fumerton@skadden.com;alexander.drylewsk
              i@skadden.com
              Scott D. Rosen    on behalf of Interested Party    Farmington Woods Master Association, Inc.
              srosen@cb-shea.com
              Scott Edward Koerner    on behalf of Creditor    Bank of New York Mellon as Master Servicer of
              Certain Trusts and Pools which hold Residential Mortgages or Residential Real Properties
              scott.koerner@troutmansanders.com,    nymc@troutmansanders.com
              Scott James Leonhardt    on behalf of Creditor Scott James Leonhardt leonhardt@teamrosner.com
              Scott K. Rutsky    on behalf of Unknown    Dallas CPT Fee Owner, L.P. srutsky@proskauer.com,
              erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com
              Sean A. O'Neal    on behalf of Unknown    Wilmington Trust, National Association, as Indenture
              Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC soneal@cgsh.com,
              maofiling@cgsh.com
              Sean C. Southard    on behalf of Unknown    Roosevelt Depositor LLC ssouthard@klestadt.com
              Selena J. Linde    on behalf of Plaintiff    RESCAP LIQUIDATING TRUST slinde@perkinscoie.com,
              cbensen@perkinscoie.com
              Seth  Goldman    on behalf of Interested Party    Berkshire Hathaway Inc. seth.goldman@mto.com
              Seth H. Lieberman    on behalf of Defendant    Primary Capital Advisors LLC
              slieberman@pryorcashman.com
              Shari  Barak    on behalf of Creditor    Citibank NA as trustee for PHHMC 2005-6 sbarak@logs.com,
              NYBKCourt@logs.com
              Sharon F. McKee    on behalf of Defendant    STEADFAST INSURANCE COMPANY smckee@hangley.com,
              mzh@hangley.com
              Sherri D. Lydell    on behalf of Creditor    Pite Duncan, LLP slydell@platzerlaw.com,
              tsadutto@platzerlaw.com
              Soo Yeon Kim,    on behalf of Defendant    CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON skim@rc.com
              Stanley B. Tarr    on behalf of Creditor    Infor Global Solutions (Michigan), Inc.
              tarr@blankrome.com
              Stephen Z. Starr    on behalf of Creditor Otis L. Collier, Jr. sstarr@starrandstarr.com,
              rsoriano@starrandstarr.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue sdnyecf@dor.mo.gov
              Steven J. Reisman    on behalf of Counter-Defendant    Residential Capital, LLC sreisman@curtis.com,
              cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;pbuenger@curtis.com
              Steven J. Reisman    on behalf of Debtor    Residential Capital, LLC sreisman@curtis.com,
              cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;pbuenger@curtis.com
              Steven S. Fitzgerald    on behalf of Defendant    Columbus Life Insurance Company
              sfitzgerald@wmd-law.com
              Steven S. Sparling    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
              ssparling@kramerlevin.com, docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
              Steven T. Hoort    on behalf of Interested Party    Ad Hoc RMBS Holder Group
              Steve.Hoort@ROPESGRAY.COM
              Stewart D Aaron    on behalf of Defendant    NORTH AMERICAN SPECIALTY INSURANCE COMPANY
              stewart.aaron@aporter.com
              Susan F. DiCicco    on behalf of Unknown    Banc of America Funding Corporation
              susan.dicicco@morganlewis.com,    nymanagingclerk@morganlewis.com
              Susan Jill Rice    on behalf of Debtor    Honor Bank jrice@nmichlaw.com
              Susan Marie Gray    on behalf of Creditor Patricia J McNerney smgray@smgraylaw.com,
              ecf@smgraylaw.com
              Susan N.K. Gummow    on behalf of Defendant    CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
              sgummow@fgppr.com,  jeggum@fgppr.com,bcastillo@fgppr.com
              Suzanne  Marinkovich    on behalf of Defendant    SWISS RE INTERNATIONAL SE (F/K/A SR INTERNATIONAL
              BUSINESS INSURANCE COMPANY LTD.) smarinkovich@cahill.com
              Tammy L. Terrell Benoza    on behalf of Creditor    GMAC MORTGAGE, LLC bankruptcy@feinsuch.com
              Tancred V. Schiavoni    on behalf of Defendant    ACE BERMUDA INSURANCE LTD. tschiavoni@omm.com,
              jmcdonald@omm.com
              Ted Eric May    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              ted.may@maylawfirm.com
              Ted Eric May    on behalf of Creditor    Selene Finance as Servicing Agent for Movant DLJ Mortgage
              Capital, Inc. ted.may@maylawfirm.com
              Teresa  Sadutto-Carley    on behalf of Creditor    Canon Financial Services, Inc.
              tsadutto@platzerlaw.com
              Terrence J McGuire    on behalf of Attorney    GTS CAPITAL HOLDINGS, IRA, LLC terry@tmcguirelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas A. Conrad    on behalf of Creditor    Petra Finance LLC taconrad@sbwlawfirm.com,
          lwood@sbwlawfirm.com
          Thomas A. Pitta    on behalf of Defendant    Allison Payment Systems, LLC tpitta@emmetmarvin.com,
          pdelrio@emmetmarvin.com
          Thomas C. Rice    on behalf of Defendant    Ace Securities Corp. trice@stblaw.com
          Thomas Christopher Stewart    on behalf of Interested Party    Honor Bank tchris@aj-law.com,
          mai@aj-law.com
          Thomas J Cunningham    on behalf of Unknown    Locke Lord LLP tcunningham@lockelord.com
          Thomas J. Moloney    on behalf of Creditor    CO Moore, LP maofiling@cgsh.com, tmoloney@cgsh.com
          Thomas J. Moloney    on behalf of Interested Party    Paulson & Co. Inc. maofiling@cgsh.com,
          tmoloney@cgsh.com
          Thomas M. Horan    on behalf of Interested Party    J.P. Morgan Mortgage Acquisition Corporation
          thoran@shawfishman.com
          Thomas M. Monahan    on behalf of Interested Party    Steven Archibald, et al., on behalf of
          themselves and others similarly situated TMonahan@sheppardmullin.com,
          NY-Docketing@Sheppardmullin.com
          Thomas M. Mullaney    on behalf of Interested Party    CQS ABS Alpha Master Fund Limited
          tmm@mullaw.org
          Thomas P. Sarb    on behalf of Interested Party    RMBS Settling Investors represented by Talcott
          Franklin, PC ecfsarbt@millerjohnson.com
          Thomas Peter Beko    on behalf of Unknown Jean    Gagnon tbeko@etsreno.com, dmatthews@etsreno.com
          Thomas R. Fawkes    on behalf of Other Prof.    Mercer (US) Inc. tfawkes@freeborn.com
          Thomas Ross Hooper    on behalf of Interested Party    Law Debenture Trust Company of New York as
          Separate Trustee hooper@sewkis.com
          Thomas Russell Mason    on behalf of Plaintiff Bruce    DeMustchine attytmason@gmail.com
          Thorn Rosenthal    on behalf of Defendant    SWISS RE INTERNATIONAL SE (F/K/A SR INTERNATIONAL
          BUSINESS INSURANCE COMPANY LTD.) trosenthal@cahill.com, mmcloughlin@cahill.com;ma@cahill.com
          Tiffany Strelow Cobb    on behalf of 3rd Party Plaintiff    Nuance Communications, Inc. f/k/a
          Varolii Corporation tscobb@vorys.com, mdwalkuski@vorys.com;lnfromme@vorys.com
          Timothy J. Amos    on behalf of Unknown    Tim Amos, Individually, And Golden & Amos, PLLC
          timamos@goldenamos.com, kjackson@goldenamos.com;tamatt@goldenamos.com
          Timothy J. Halloran    on behalf of Unknown Bernard    Ward thalloran@mpbf.com, gjames@mpbf.com
          Timothy P. Mcelduff, Jr.    on behalf of Creditor    CITIMORTGAGE, INC. tmcelduff@drakeloeb.com
          Todd M. Goren    on behalf of Debtor    Residential Capital, LLC todd-goren-1033@ecf.pacerpro.com
          Tracy L. Klestadt    on behalf of Interested Party    Community South Bank tklestadt@klestadt.com,
          tklestadt@yahoo.com
          United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
          Vicente Matias Murrell    on behalf of Creditor    Pension Benefit Guaranty Corporation
          murrell.vicente@pbgc.gov, efile@pbgc.gov
          Victor L. Hayslip    on behalf of Defendant    Synovus Mortgage Corp. vhayslip@burr.com,
          cabbott@burr.com;jwilson@burr.com
          Victoria D. Garry    on behalf of Creditor    State of Ohio vgarry@ag.state.oh.us
          Vito Torchia, Jr.    on behalf of Unknown    Plaintiffs fcanale@brookstonelaw.com,
          torchiav@brookstonelaw.com
          Vivek Chopra    on behalf of Plaintiff    RESCAP LIQUIDATING TRUST vchopra@perkinscoie.com
          Walter H. Curchack    on behalf of Unknown    Wilmington Trust, National Association
          wcurchack@loeb.com, vrubinstein@loeb.com
          Walter H. Curchack    on behalf of Unknown    Wilmington Trust, National Association, as Indenture
          Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC wcurchack@loeb.com,
          vrubinstein@loeb.com
          Walter J. Ashbrook    on behalf of Creditor    OneWest Bank and Deutsche Bank National Trust
          Company sibyl.aytch@quarles.com
          Walter J. Ashbrook    on behalf of Creditor    OneWest Bank sibyl.aytch@quarles.com
          Wendy Alison Nora    on behalf of Creditor Paul    Papas accesslegalservices.bkyny@gmail.com,
          accesslegalservices@gmail.com
          William Hao    on behalf of Unknown    Wells Fargo Bank, N.A. william.hao@alston.com
          William A. Hazeltine    on behalf of Interested Party    Mortgage Electronic Registration Systems,
          Inc. and MERSCORP, Inc. whazeltine@sha-llc.com
          William B. Schiller    on behalf of Creditor    Associate Partners, LLC wschiller@schillerknapp.com,
          ahight@schillerknapp.com;kcollins@schillerknapp.com;wschiller@ecf.courtdrive.com;ahight@ecf.court
          drive.com;tshariff@schillerknapp.com;MPreston@schillerknapp.com
          William D May    on behalf of Creditor Marlow    Hooper derek@srwadelaw.com
          William H. Hoch, III    on behalf of Creditor    MidFirst Bank will.hoch@crowedunlevy.com,
          ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;karen.fa
          ulkner@crowedunlevy.com
          William J. Brown    on behalf of Interested Party    HSBC Bank USA, National Association
          wbrown@phillipslytle.com, khatch@phillipslytle.com
          William J.F. Roll, III    on behalf of Creditor    CITIBANK, N.A. wroll@shearman.com
          William T. Russell, Jr.    on behalf of Unknown    DB Structured Products, Inc. wrussell@stblaw.com
          Yelena Konanova    on behalf of Plaintiff    Rescap Liquidating Trust
          yelenakonanova@quinnemanuel.com
          peter c tashjian    on behalf of Creditor Tracey J Marshall tashjianlegal@cox.net
                                                                    TOTAL: 531