KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF PRESENTMENT OF REQUEST**
**FOR ORDER THAT THE AUTOMATIC STAY AND THE**
**PLAN INJUNCTION DO NOT APPLY TO THE CITY OF BENSON**

**PLEASE TAKE NOTICE** that the presentment time and date for the *Request for Order that the Automatic Stay and the Plan Injunction Do Not Apply to the City of Benson* filed by the City of Benson [Docket No. 10456] (the "**Notice of Presentment**"), previously scheduled to be presented for signature on **February 1, 2018 at 12:00 p.m. (prevailing Eastern Time)** by the Honorable Martin Glenn, United States Bankruptcy Judge, has been adjourned by mutual agreement to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Notice of Presentment has also been adjourned by mutual agreement to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that the parties will provide at least 7 days notice to the Court regarding the presentment time and date at which the City of

Benson intends to present the Notice of Presentment for signature and the deadline for filing a response to the Notice of Presentment. Nothing herein shall prejudice the rights of the City of Benson to withdraw the Notice of Presentment, and nothing contained herein shall prejudice the right of the Liquidating Trust to file a response to the Notice of Presentment.

**PLEASE TAKE FURTHER NOTICE** that the City of Benson authorized Kramer Levin Naftalis & Frankel LLP, counsel for the Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court.

Dated:    New York, New York
         January 26, 2018

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    /s/ Joseph A. Shifer
    Kenneth H. Eckstein
    Douglas H. Mannal
    Joseph A. Shifer
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

    *Counsel for the ResCap Liquidating Trust*