KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF REQUEST
FOR ORDER THAT THE AUTOMATIC STAY AND THE
PLAN INJUNCTION DO NOT APPLY TO THE CITY OF BENSON**

**PLEASE TAKE NOTICE** that the *Request for Order that the Automatic Stay and the Plan Injunction Do Not Apply to the City of Benson* filed by the City of Benson [Docket No. 10456], is hereby withdrawn, as the parties reached a consensual resolution as reflected in the *Stipulation and Order Between the ResCap Liquidating Trust and City of Benson* entered by the Court on February 6, 2018 [Docket No. 10473].

**PLEASE TAKE FURTHER NOTICE** that the City of Benson authorized Kramer Levin Naftalis & Frankel LLP, counsel for the Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court.

- 2 -

Dated:   New York, New York
         February 7, 2018

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Joseph A. Shifer
        Kenneth H. Eckstein
        Douglas H. Mannal
        Joseph A. Shifer
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Counsel for the ResCap Liquidating Trust*

KL2 3048751.1