UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

RESIDENTIAL CAPITAL, LLC
AKA RESIDENTIAL CAPITAL CORPORATION

DEBTOR.

CASE NO: 12-12020-mg

AFFIDAVIT OF SERVICE BY MAIL

I, Michelle Reed, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and resides in Rochester, New York. On February 15, 2018 deponent served a Notice of Appearance upon:

Donald H Cram
Severson & Werson, PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Jessica G. Berman
Email: jberman@msek.com

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Todd M. Goren
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Joel C Haims
Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

{5855779:4 }20180434

Norman Scott Rosenbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

John W Smith T
Bradley Arant Boult Cummings LLP
One Federal Place,
1819 Fifth Avenue North
Birmingham, AL 35203

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

James Le
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Kenneth H. Eckstein
Robert J. Feinstein
1177 Avenue of the Americas
New York, NY 10036

Stephen Zide
Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017-2024

Ronald J. Friedman
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert D. Nosek
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

Steven S. Sparling
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

{5855779:4} 20180434

By deposit a true copy, in a postpaid properly addressed envelope, in a post office box under the exclusive care and custody of the United States Postal Service at Rochester, New York

_____
Michelle Reed

Sworn to before me this
15th day of February 2018.

_____
Notary Public

CHRISTINE N. BOBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified in Monroe County
My Commission Expires March 25, 20__

{5855779:4 }20180434