Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

**B104(FORM 104) (08/07)**

FILED
U.S. BANKRUPTCY COURT

**ANNEX PETITION**

2018 FEB 15 P 2:18
S.D. OF N.Y.

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| **NAME OF DEBTOR** | **BANKRUPTCY CASE NO.** |
|---|---|
| GMAC MORTGAGE | 1:12-BK-12020 |

**DISTRICT IN WHICH CASE IS PENDING    DIVISION OFFICE NAME OF JUDGE**

NEW YORK SOUTHERN                              MANHATTAN         JUDGE GLENN

**RELATED ADVERSARY PROCEDDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| SHEIK TEHUTI | GMAC MORTGAGE<br>HOMECOMING FINANCIAL<br>OCWEN<br>BANK OF NEW YORK MELLON TRUST<br>MORTGAGE ELECTRONIC INFORMATION SYSTEM<br>HA TO TU | |

**ESTATE OF SHEIK TEHUTI**

JUDICIAL NOTICE JUDGE GLENN AND CREDIT COMMITTEE ROBERT FEINSTEIN

Violation of National Banking Act of 1864, which authorized the Comptroller of the Currency (A Department of the Department of Treasury to Issue United States Bonds and for National banking, Associations to do real loans, not to do mortgages for more than 5 years; see attached Motion to Transfer to Bankruptcy Court. The property located at 3416 Manordale Court, Forest Hill, Texas 76140, Sheik Tehuti acquired a home improvement loan from Available Mortgage, there is no disclosure of any assignments or transfers that notice was given. The Available Mortgage was found guilty of mortgage fraud and was closed out of business, without any notice or assignment, 8 year after the property was paid for a non-disclose assignment to Homecoming Financial, GMAC Mortgage, MEIRS, OCWEN, Bank of New York Mellon Trust and Ha To Tu, is a denial of due process claim and subject matter jurisdiction. The attached B10 Modified Proof of Claim form and Deed of Trust were never made notification of the Bankruptcy proceedings until the attached petition was filed in the 342nd District Court. Attorney Keith Anderson of Bradley Arant Boult Cummings LLP sent a Notice of Bankruptcy Status that this property was in the bankruptcy pool of GMAC and petition is under bankruptcy court, order

1

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order and retention of jurisdiction Article IX.I of Plan, in addition the confirmation order provides the following:

### RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction:

**(c) to hear and determine any matter, case, controversy, suit, dispute, or Causes of Action: (i) regarding the existence, nature, and scope of the releases, injunctions, and exculpation provided under the Plan, and (ii) enter such orders as may be necessary or appropriate to implement such releases, injunctions, and other provisions;**

According to the claims of the title holders Available Mortgage, Homecoming Financial, GMAC Mortgage, MEIRS, OCWEN, Bank of New York Mellon Trust and Ha To Tu has extorted, violated bankruptcy claims that all courts has an "injunction" provision that among other things, enjoins all parties from "commencing or continuing in any matter or action or other proceeding of any kind" relating to claims that are released under the Plan.

### VIOLATIONS OF SUBJECT MATTER JURISDICTION

1. Unlawful foreclosure    Non-judicial foreclosure non-disclosure of amounts of money of reported sales of property, Available Mortgage Homecoming Financial, GMAC Mortgage, MEIRS, OCWEN, Bank of New York Mellon Trust and Ha To

2. Violation of Court Order from Judge Glenn (Confirmation Order, 63(g); Plan Art. XIII.K).

3. Retention of Jurisdiction. The business and assets of the Debtors shall remain subject to the jurisdiction of this Court until the Effective Date. Notwithstanding the entry of this Order, from and after the Effective Date, the Court shall retain such jurisdiction over the Chapter 11 Cases as is legally permissible, including jurisdiction over those matters and issues described in Article XII of the Plan.

### VIOLATION OF DUE PROCESS

2

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

4. Ha To Tu filed an eviction on the property in Justice of Peace Court Precinct 8 and posted a notice on the door of the property and the Constable set all property on the street on February 14, 2018, see attached petition.

5. Denial of due process and court order from Bankruptcy Court Judge Glenn and Credit Committee Robert Feinstein.

6. Failure to notify.

Request for adversary petition and a forensic audit of bankruptcy funds of Available Mortgage, Homecoming Financial, GMAC Mortgage, MEIRS, OCWEN, Bank of New York Mellon Trust and Ha To Tu and motion to transfer.

VIOLATION OF INJUNCTION ORDER, ARTICLE IX.I OF PLAN CONTAINING AN INJUNCTION, REQUIRE RIGHT TO SUBROGATION SHEIK TEHUTI EQUITY

UCC 1-308 All Rights Reserved
Respectfully submitted,

By: _____Sheik Tehuti_____
Sheik Tehuti
(214) 809-8925
P.O. Box 912
Hutchins, TX 75141
sheik.tehuti@yahoo.com

JURAT

SUBCRIBED TO AND SWORN before me this 14th day of February, A.D. 2018, a Notary, that Sheik Tehuti, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____Mary Davis_____ (Seal)
Notary Public in and for said State

MARY DAVIS
Notary ID #8820886
My Commission Expires
July 25, 2021

My Commission expires: 7-25-2021

3

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re GMAC                                               CASE NO. 1:12-bk-12020

TO: JUDGE GLENN
    CREDIT COMMITTEE Robert Feinstein

## AFFIDAVIT OF ADVERSE CLAIM

I, Sheik Tehuti, of legal age, whose residence is in the county of Dallas and State of Texas and P.O. Box 912 Hutchins, Texas 75141, being duly sworn to in accordance with law, depose and state:

That there is a violation of the NATIONAL Banking Act of 1864, which authorized the Comptroller of the Currency (A Department of the Department of Treasury to Issue United States Bonds and for National banking, Associations to do real loans, not to do mortgages for more than 5 years. Violation of the New York Bankruptcy Court Case No 1:12-bk-12020, violation of court order pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order of Judge Glenn and retention of jurisdiction Article IX.I of Plan, in addition the confirmation order provides the following:

### RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction:

(c) **to hear and determine any matter, case, controversy, suit, dispute, or Causes of Action: (i) regarding the existence, nature, and scope of the releases, injunctions, and exculpation provided under the Plan, and (ii) enter such orders as may be necessary or appropriate to implement such releases, injunctions, and other provisions;**

**Retention of Jurisdiction.** The business and assets of the Debtors shall remain subject to the jurisdiction of this Court until the Effective Date. Notwithstanding the entry of this Order, from and after the Effective Date, the Court shall retain such jurisdiction over the

1

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

Chapter 11 Cases as is legally permissible, including jurisdiction over those matters and issues described in Article XII of the Plan.

Denial of Due Process the claimant of the property located at 3416 Manordale Court, Forest Hill, Texas 76140, Defendants Available Mortgage, Homecoming Financial, GMAC Mortgage, the MEIRS, OCWEN, Bank of New York Mellon Trust, Ha To Tu and Constables from Precinct 8 failed to notify the bankruptcy court or Robert Feinstein of the Credit Committee of the $80,000.00 up to $1,000,000.00 dollars collected on the property at 3416 Manordale Court, Forest Hill, Texas 76140. The proof of title and Deed of Trust proves Sheik Tehuti to be the owner of said property and heir since 1998. Sheik Tehuti request all funds be transferred to the Bankruptcy Court and the subordination of the property being ordered return to Sheik Tehuti.

UCC 1-308 All Rights Reserved
Respectfully submitted,

By: _____Sheik Tehuti_____
Sheik Tehuti
(214) 809-8925
P.O. Box 912
Hutchins, TX 75141
sheik.tehuti@yahoo.com

JURAT

SUBCRIBED TO AND SWORN before me this 14th day of February, A.D. 2018, a Notary, that Sheik Tehuti, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____Mary Davis_____ (Seal)
Notary Public in and for said State

MARY DAVIS
Notary ID #9820886
My Commission Expires
July 25, 2021

My Commission expires: 7-25-2021

2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re GMAC                                    CASE NO. 1:12-bk-12020

TO: JUDGE GLENN
    CREDIT COMMITTEE Robert Feinstein

## ORDER

Stay of execution of violations of Judge Glenn Order pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order of Judge Glenn and retention of jurisdiction Article IX.I of Plan, in addition the confirmation order provides the following:

### RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction:

There all claims against the property at 3416 Manordale Court Forest Hills, Texas 76140 be filed with the Credit Committee for proof of ownership of title, creditor, debtor and status of claims.

_____
Presiding Judge

Certified Mail No. 7017 2680 0000 9293 9281
Certified Mail No. 7017 2680 0000 9293 9274

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re GMAC                                    CASE NO. 1:12-bk-12020

## MOTION TO TRANSFER, BANKRUPTCY FRAUD
## VIOLATION OF INJUNCTION ORDER, ARTICLE IX.I OF PLAN CONTAINING AN INJUNCTION, REQUIRE RIGHT TO SUBROGATION SHEIK TEHUTI EQUITY, FRCP 12(b)(3)
## V. UNITED STATES 318 U.S. 363 (1943)

TO: JUDGE GLENN
    CREDIT COMMITTEE Robert Feinstein

**Plaintiff**
Sheik Tehuti

Violation of Bankruptcy Injunction claim Plaintiff Sheik Tehuti to the property 3416 Manordale Court, Forest Hill, Texas pool by GMAC

**Defendants**                                **Judges**
Available Mortgage                            Justice of Peace Precinct 8   Lisa Woodard
Homecoming Financial                          County Court at Law No. 1 Don Pierson
GMAC Mortgage                                 48th Judicial District Court David Evans
OCWEN                                         67th Judicial District Court Don Cosby
Bank of New York Mellon Trust                 342nd Judicial District Court Wade Birdwell
Mortgage Electronic Registration Systems
Ha To Tu

**Attorney**
Michael Zientz           Proof of Bond
Kelly Curnutt            Proof of Bond
Leslie Fisher            Proof of Bond

**Case Numbers**
67th District Court 067-282078-15        Proof of Bond
JP08- 16-E-00085117, JP08-16-E00087186, JP08-17-E00090967 and JP08-17-E91334 Proof of Bond
County Court at Law 1 2017-001986-1      Proof of Bond
342nd District Court 324-295480-17 and 48th District Court 048-295480-17 Proof of Bond

1

Certified Mail No. 7017 2680 0000 9293 9281
Certified Mail No. 7017 2680 0000 9293 9274

# JUDICIAL NOTICE TO CLERK OF THE COURT
# THOMAS WILDER AND ALL DEFENDANTS VIOLATION
# OF INTERFERANCE AND TRESPASSING, VIOLATION OF
# DUE PROCESS, VIGILANTE LAW – PREJUDICE, BIAS BY
# COERCE OF VIGILANTE LAW, COUNTY COURT AT LAW 1,
# 342ND DISTRICT COURT AND 48TH DISTRICT COURT
# CEASE AND DECIST ANYMORE ORDERS BY CLERK OF COURT
# AND DEFAMATION OF CHARACTER HAVE NO CLAIM OR
# STATUS AGAINST SHEIK TEHUTI IN UNLAWFUL
# FORECLOSURE OF HIS PROPERTY

The alternative tactic to create a crime of identity and SSN is not the issue of this case; this case discloses the bank fraud by the past plaintiff claim of ownership and delegation to sell and buy property though the clerk office never reported to the bankruptcy court, order pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order and retention of jurisdiction Article IX.I of Plan, in addition the confirmation order provides the following:

## RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction:

**(c) to hear and determine any matter, case, controversy, suit, dispute, or Causes of Action: (i) regarding the existence, nature, and scope of the releases, injunctions, and exculpation provided under the Plan, and (ii) enter such orders as may be necessary or appropriate to implement such releases, injunctions, and other provisions;**

By this notice summation, this notice of bankruptcy status for the sole purpose of the clerk of court Thomas Wilder, Judge Lisa Woodard, Judge Don Cosby, Judge Wade Birdwell and Judge David Evans; Attorney Michael Zientz, Attorney Kelly Curnutt and Attorney Leslie Fisher are all parties to this action of the Bankruptcy Court case 1:12-bk-12020, request transfer case no.

2

Certified Mail No. 7017 2680 0000 9293 9281
Certified Mail No. 7017 2680 0000 9293 9274

048-295480-17, 048-295637 and 048 296137-17 to the Bankruptcy Court 1:12-bk-12020 now amended and annex.

UCC 1-308 All Rights Reserved
Respectfully submitted,

By: _____Sheik Tehuti_____
Sheik Tehuti, High Priest
(214) 809-8925
sheik.tehuti@yahoo.com
P.O. Box 912
Hutchins, TX 75141

## JURAT

SUBCRIBED TO AND SWORN before me this 14th day of February, A.D. 2018, a Notary, that Sheik Tehuti, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____Mary Davis_____ (Seal)
Notary Public in and for said State

My Commission expires: 7-25-2021

MARY DAVIS
Notary ID #9820886
My Commission Expires
July 25, 2021

3

# EXHIBIT A



**WRIT OF POSSESSION**

Cause No. 2017-009396-1

HA TO TU
VS
SHELIS THRITI, BAHAMME NATIONAL OR NATIONAL FOUNDATION TRUST AND ALL OCCUPANTS

COUNTY COURT AT LAW
NO. 1
TARRANT COUNTY, TEXAS

**TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS—GREETINGS:**

On November 28, 2017 in the above case, judgment was granted against Defendant(s) (referred to as the tenant) (referred to as the landlord) to possession of the premises described below:

3415 Manordale Court, Forest Hill, TX 76140

**YOU ARE THEREFORE COMMANDED TO:**

Post a written warning of at least 8-1/2 by 11 inches on the exterior of the front door of the rental unit no[ting] the writ has been issued and that the writ will be executed on or after a specific date and time stated in th[e writ no less] than 24 hours after the warning is posted; and

When the writ is executed;
A) Deliver possession of the premises to the landlord;
B) Instruct the tenant and all persons claiming under the tenant to leave the premises immediately, a[nd if they fail to] comply, physically remove them;
C) Instruct the tenant to move or to allow the landlord, the landlord's representatives, or other [persons under the] officer's supervision to remove all personal property from the rental unit other than personal [property claimed to be] owned by the landlord; and
D) Place, or have an authorized person place, the removed personal property outside the rental uni[t at a location] not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting, or sno[wing.]

**[YO]U ARE HEREBY AUTHORIZED AT YOUR DISCRETION TO:**

E) Engage the services of a bonded or insured warehouseman to remove and store, subject to appl[icable law, the] property at no cost to the landlord or the officer executing this writ.
F) You may not require the landlord to store the property.

**[YOU] ARE HEREBY NOTIFIED THAT:**

[G]) Pursuant to Section 7.003, Civil Practice and Remedies Code, you are not liable for damage[s resulting from the execution] of the writ if you execute the writ in good faith and with reasonable diligence.
[H]) You may use reasonable force in executing this writ.

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re GMAC                                    CASE NO. 1:12-bk-12020

TO: JUDGE GLENN
    CREDIT COMMITTEE Robert Feinstein

## ORDER

Motion to Transfer all case and file document to the Credit Committee Attn Robert Feinstein for proof of claim as debtor, creditor, claims and status for the property located at 3416 Manordale Court Forest Hills, Texas 76140 of Defendants Available Mortgage, Homecoming Financial, GMAC Mortgage, the MEIRS, OCWEN, Bank of New York Mellon Trust, Ha To Tu for violation of the New York Bankruptcy Court Case No 1:12-bk-12020, violation of court order pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order of Judge Glenn

_____
Presiding Judge