Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**In re GMAC**                                            **CASE NO. 1:12-bk-12020**

**TO: JUDGE GLENN**
   **CREDIT COMMITTEE Robert Feinstein**

### JUDICIAL NOTICE VIOLATION OF BANKRUPTCY COURT
### ORDER OF JUDGE GLENN CASE NO 1:12-BK-12020

I, Sheik Tehuti, of legal age, whose residence is in the county of Dallas and State of Texas and P.O. Box 912 Hutchins, Texas 75141, being duly sworn to in accordance with law, depose and state:

Violation of the New York Bankruptcy Court Case No 1:12-bk-12020, violation of court order pursuant to 63(g) plan, Art XIII.K, moreover both Sect. G. of Paragraph 40 of the Confirmation Order of Judge Glenn and retention of jurisdiction Article IX.I of Plan, in addition the confirmation order provides the following:

### RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, on and after the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction:

**(c) to hear and determine any matter, case, controversy, suit, dispute, or Causes of Action: (i) regarding the existence, nature, and scope of the releases, injunctions, and exculpation provided under the Plan, and (ii) enter such orders as may be necessary or appropriate to implement such releases, injunctions, and other provisions;**

**Retention of Jurisdiction.** The business and assets of the Debtors shall remain subject to the jurisdiction of this Court until the Effective Date. Notwithstanding the entry of this Order, from and after the Effective Date, the Court shall retain such jurisdiction over the Chapter 11 Cases as is legally permissible, including jurisdiction over those matters and issues described in Article XII of the Plan.

1

Certified Mail No. 7017 2680 0000 9293 9274
Certified Mail No. 7017 2680 0000 9293 9281

Denial of Due Process the claimant of the property located at 3416 Manordale Court, Forest Hill, Texas 76140, Defendants Available Mortgage, Homecoming Financial, GMAC Mortgage, the MEIRS, OCWEN, Bank of New York Mellon Trust, Ha To Tu and Constables from Precinct 8. The proof of title and Deed of Trust proves Sheik Tehuti to be the owner of said property and heir since 1998. Sheik Tehuti request all funds be transferred to the Bankruptcy Court and the subordination of the property being ordered return to Sheik Tehuti. Pending cases and documents attached.

UCC 1-308 All Rights Reserved
Respectfully submitted,

By: *Sheik Tehuti*
Sheik Tehuti
(214) 809-8925
P.O. Box 912
Hutchins, TX 75141
sheik.tehuti@yahoo.com

JURAT

SUBCRIBED TO AND SWORN before me this 14th day of February, A.D. 2018, a Notary, that Sheik Tehuti, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

*Mary Davis* (Seal)

MARY DAVIS
Notary ID #8820886
My Commission Expires
July 25, 2021

Notary Public in and for said State

My Commission expires; 7-25-2021

2