# **<u>Exhibit D</u>**

**Court of Appeals, Division One**
Civil Appeal

# 1 CA-CV 11-0603                                                    LNV v. WOHL

## Appellate Case Information
Case Filed:    20-Sep-2011
Case Closed:   8-Mar-2013

Decision

## Dept/Composition
**Department B**
Hon. Maurice Portley
Hon. Patricia A Orozco
Hon. Randall M Howe

### Side 1. LNV CORPORATION, its assignees and/or successors, Plaintiff/Appellee
(Litigant Group) LNV CORPORATION

- LNV Corporation

**Attorneys for: Plaintiff/Appellee**
Matthew A Silverman, Esq. (AZ Bar No. 18919)
Jessica R Kenney, Esq. (AZ Bar No. 26615)
Lakshmi Jagannath, Esq. (AZ Bar No. 27523)
Michael R Scheurich, Esq. (AZ Bar No. 5943)
Charles H Oldham, Esq. (AZ Bar No. 21957)

### Side 2. TULI MOLINA WOHL and JOHN DOE WOHL, wife and husband, Defendant/Appellant
(Litigant Group) TULI MOLINA WOHL

- Tuli Molina Wohl

**Attorneys for: Defendant/Appellant**
Donald O Loeb, Esq. (AZ Bar No. 1959)

### CASE STATUS
Mar 8, 2013......Case Closed

| PREDECESSOR CASE(S) | Cause/Charge/Class | Judgment/Sentence | Judge, Role <Comments> | Trial | Dispo |
|---|---|---|---|---|---|
| MAR    CV2011-009999 | Forcible Detainer | | Michael L Barth, Authoring Judge of Order | | |

| DESCENDENT CASE(S) | | | | | |
|---|---|---|---|---|---|
| ASC    CV-12-0413-PR | | | | | |

### CASE DECISION

13-Nov-2012  **MEMORANDUM DECISION**
(Dept B)

Filed:  **13-Nov-2012**    Mandate:  **08-Mar-2013**

Decision Disposition
**Affirmed**

Randall Howe..........................Author
Maurice Portley.......................Concur
Patricia Orozco.......................Concur

### 38 PROCEEDING ENTRIES

1.  20-Sep-2011   FILED: Index of Record, Notice of Appeal from Maricopa County Superior Court filed 08/12/11
                  Bond filed in Superior Court: none
                  Docketing Statement filed in Superior Court: none

2.  20-Sep-2011   FILED: e-Record on Appeal:
                  Instruments/Minute Entries
                  Exhibits: none

3.  23-Sep-2011   FILED: Notice to Counsel re: Appellant's Fee/Brief Due

4.  12-Oct-2011   RECEIPT No.: 2011-01553 ; $280.00, Check Number: # 1942, Applied to: TULI MOLINA WOHL - Appellant's Filing Fee Paid for:
                  - By Donald O Loeb

5.  18-Oct-2011   FILED: Appellee's Notice re: Appellee's Fee/Appellant's Brief Due

Court of Appeals, Division One
Civil Appeal

# 1 CA-CV 11-0603

LNV v. WOHL

## 38 PROCEEDING ENTRIES

| # | Date | Entry |
|---|------|-------|
| 6. | 27-Oct-2011 | NSF RECEIPT No.: 2011-01553 - $-280.00, Check Number: # 1942, - Applied to: TULI MOLINA WOHL - Appellant's Filing Fee Paid for: - By: Donald O Loeb - Comments: NSF letter sent on 10/27/11. alc |
| 7. | 27-Oct-2011 | FILED: Letter, 10/27/2011, to Donald O. Loeb re: check tendered for payment of Appellant's filing fee was returned for insufficient funds. A fee of $25.00 has now been added to the Appellant's filing fee, for a total of $305.00 to be paid by cashier's check or money order within 10 days of this letter. |
| 8. | 28-Oct-2011 | RECEIPT No.: 2011-01616 ; $140.00, Check Number: # 7999, Applied to: LNV CORPORATION - Appellee's Filing Fee Paid for: - By McCarthy Holthus & Levine |
| 9. | 8-Nov-2011 | RECEIPT No.: 2011-01674 ; $305.00, Authorization: 9111308539, Applied to: TULI MOLINA WOHL - Non-Sufficient Fund Fee, Appellant's Filing Fee Paid for: - By Donald O Loeb |
| 10. | 18-Nov-2011 | ORDERED: Opening brief and docketing statement shall be filed on/before 11/28/2011. In event opening brief and docketing statement are not timely filed, court shall dismiss this appeal. Melina Brill ProTem Judge - Author |
| 11. | 28-Nov-2011 | FILED: Motion for Extension of Time To File Opening Brief; Certificate of Service (Appellant) |
| 12. | 2-Dec-2011 | FILED: Notice of Association of Counsel for Appellee; Certificate of Service (McCarthy Holthus Levine) (Appellee) |
| 13. | 2-Dec-2011 | FILED: Notice of Appearance and Association as Co-Counsel for Appellee; Re Notice of Appearance and Association as Co-counsel for Appellee (Mariscal Weeks McIntyre & Friedlander PA) (Appellee) |
| 14. | 2-Dec-2011 | FILED: Appellee's Response to Motion for Extension of Time to File Opening Brief; Certificate of Mailing re: Appellee's Response to Motion for Extension of Time to File Opening Brief (Appellee) |
| 15. | 2-Dec-2011 | ORDERED: Motion for Extension of Time To File Opening Brief (Appellant) = GRANTED/extending time for filing opening brief to/including 12/28/2011. No further extension will be granted unless appellant provides documentation that she timely ordered the transcript and states estimated date for completion of transcript or demonstrates good cause for failing to comply with Rule 11(b), ARCAP. FURTHER ORDERED: Extending time for filing civil appeals docketing statement to/including 12/28/2011. If appellant fails to file docketing statement, the court will consider imposing sanctions or dismissing this appeal. ARCAP 8(a) Hon John C Gemmill - Author |
| 16. | 9-Dec-2011 | RECEIPT No.: 2011-01822 ; $140.00, Check Number: #049131724, Applied to: LNV CORPORATION - Appellee's Filing Fee Paid for: Gary Birnbaum - By Integrated Resource Systems IN |
| 17. | 19-Dec-2011 | VOID RECEIPT No.: 2011-01822 - $-140.00, Check Number: #049131724, - Applied to: LNV CORPORATION - Appellee's Filing Fee Paid for: Gary Birnbaum - By: Integrated Resource Systems IN - Comments: x-ref 2011-01616 duplicate refund to be issued. alc |
| 18. | 28-Dec-2011 | FILED: Motion for Extension of Time to File Opening Brief; Certificate of Service; Affidavit (Appellant) |
| 19. | 28-Dec-2011 | FILED: Docketing Statement; Certificate of Service (Appellant) |
| 20. | 29-Dec-2011 | FILED: Appellee's Response to Second Motion for Extension of Time to File Opening Brief; Certificate of Service (Appellee) |
| 21. | 30-Dec-2011 | ORDERED: Appellant shall file a written status report on/before 01/09/2012 indicating status of transcript. After court receives status report, court will determine whether an extension of time is warranted. Hon Patricia A Orozco - Author |
| 22. | 12-Jan-2012 | FILED: Letter, 01/12/2012, to Gary Birnbaum of Mariscal Weeks McIntyre & Friedlander re: refund of duplicate filing fee for appellee. |
| 23. | 13-Jan-2012 | ORDERED: Motion for Extension of Time to File Opening Brief; Affidavit (Appellant) = DENIED. FURTHER ORDERED: In accordance with court's policy to give ten days for filing a brief if a requested extension is denied, appellant shall file her opening brief on/before 1/23/12. See Arizona Court of Appeals, Division I website available at http://azcourts.gov/coa1/Policies.aspx. In the event the opening brief is not timely filed, the court shall dismiss this appeal. Hon Philip Hall - Author |
| 24. | 23-Jan-2012 | FILED: Opening Brief; Certificate of Compliance; Certificate of Service (Appellant) |
| 25. | 23-Jan-2012 | FILED: Appendix (Appellant) |
| 26. | 8-Mar-2012 | FILED: Answering Brief of Appellee LNV Corporation; Certificate of Compliance; Certificate of Service (Appellee) |

**1 CA-CV 11-0603**                                                                                                        **LNV v. WOHL**

### 38 PROCEEDING ENTRIES

| # | Date | Entry |
|---|------|-------|
| 27. | 12-Mar-2012 | ORDERED: Clerk of Maricopa County Superior Court to transmit any portion of record on appeal unavailable in electronic format, including but not limited to reporter's transcripts and exhibits, to clerk of the Court of Appeals, Division One on or before 03/27/2012.  Ruth Willingham - Author |
| 28. | 27-Mar-2012 | Record Receipt Noted - ENTIRE RECORD eFILED - There is no physical record to be transmitted from lower court |
| 29. | 3-Apr-2012 | FILED: Appellee's Request for Oral Argument; Certificate of Service re Appellee's Request for Oral Argument (Appellee) |
| 30. | 18-May-2012 | ORDERED: Appellee's Request for Oral Argument (Appellee) = DENIED, as the court finds that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.  Hon Lawrence F Winthrop - Author |
| 31. | 30-Aug-2012 | CLNDR: CONFERENCE, Department B, 10-2-12, COURTROOM 2. |
| 32. | 13-Nov-2012 | MEMORANDUM DECISION (Affirmed) Hon Randall M Howe - Author; Hon Maurice Portley - Concur; Hon Patricia A Orozco - Concur  (Dept B) |
| 33. | 13-Nov-2012 | FILED: Memorandum Decision Distribution List |
| 34. | 28-Nov-2012 | FILED: Appellee's Statement of Attorneys' Fees and Costs on Appeal; Certificate of Mailing Re: Appellee's Statement of Attorneys' Fees and Costs on Appeal (Appellee) |
| 35. | 14-Dec-2012 | FILED: ASC Order, 12/14/12, re: ORDERED granting a first extension of time to file the Petition for Review on or before January 14, 2013. No further extensions of time shall be granted absent extraordinary circumstances. This matter is subject to dismissal if the Petition for Review is not filed by January 14, 2013. |
| 36. | 6-Feb-2013 | FILED: ASC Order, 2/6/13, re: ORDERED dismissing Appellant's "Petitioner/Appellant's Motion for Extension of Time to File Her Petition for Review". |
| 37. | 4-Mar-2013 | ORDERED: granting Appellant's attorneys' fees for $15,000.00 and costs for $350.00.  Hon Randall M Howe - Author |
| 38. | 8-Mar-2013 | FILED: Mandate, No record returned to superior court. |