**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- )
In re:                                                                       ) Case No. 12-12020 (MG)
                                                                             )
RESIDENTIAL CAPITAL, LLC, et al.,                                            ) Chapter 11
                                                                             )
                              Debtors.                                       ) Jointly Administered
---------------------------------------------------------------------------- )

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On March 5, 2018, I served true and correct copies of *The ResCap Liquidating Trust's Objection to the Notice of Conflicts of Interest, Fraud and Fraud Upon the Court by Debtors in Conspiracy with Creditor LNV Corporation, ResCap Liquidating Trust and Special Insurance Coverage Counsel for the Debtors Perkins Coie* [Docket No. 10482] (the "Objection") by hand delivery upon the parties listed on Exhibit A attached hereto and by pre-paid first class U.S. Mail upon the parties listed on Exhibit B attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
6th day of March 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1317641

**Exhibit A**

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004

Brian Masumoto
Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

ny-1317641

**Exhibit B**

Denise Subramanian
13865 SW Walker Road
Beaverton, OR  97005

Robynne A. Fauley
12125 Southeast Laughing Water Road
Sandy, OR  97055

Tuli Molina-Wohl
1321 E Luke Avenue
Phoenix, AZ  85014

Catherine Gebhardt
3753 Thomas Cross Road
Sevierville, TN  37876

ny-1317641