UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                                    S.S.:
COUNTY OF NEW YORK)

ERIN WEGNER, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age, resides in Queens County, New York and is a paralegal at Locke Lord LLP, attorneys for LNV Corporation in the above-captioned action.

That on the 7th day of March, 2018, deponent deposited a copy of LNV CORPORATION'S JOINDER OF THE RESCAP LIQUIDATING TRUST'S OBJECTION TO THE NOTICE OF CONFLICTS OF INTEREST, FRAUD AND FRAUD UPON THE COURT BY DEBTORS IN CONSPIRACY WITH CREDITOR LNV CORPORATION, RESCAP, LIQUIDATING TRUST AND SPECIAL INSURANCE COVERAGE COUNSEL FOR THE DEBTORS PERKINS COIE LLP in the above-entitled action, copies of which are annexed hereto, upon the following:

Denise Subramanian
13865 SW Walker Road
Beaverton, OR 97005

Robynne A. Fauley
12125 Southeast Laughing Water Road
Sandy, OR 97055

Tuli Molina-Wohl
1321 E Luke Avenue
Phoenix, AZ 85014

Catherine Gebhardt
3753 Thomas Cross Road
Sevierville, TN 37876

by causing a copy of the same to be placed in a sealed envelope and deposited for First Class Mail, U.S. Postal Service.

1

ERIN WEGNER

SWORN TO BEFORE ME THIS
7th day of March, 2018

Notary Public

ANN T. RAFFLOER
Notary Public, State of New York
No. 01RA4918523
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Feb 1, 2022