UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>Residential Capital, LLC aka Residential Capital Corporation,<br><br>Debtor | **NOTICE OF APPEARANCE**<br><br>Case No. 12-12020-mg<br>Chapter 11<br><br>Assigned to:<br>Judge Martin Glenn<br>United States Bankruptcy Judge |

NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

Ocwen Loan Servicing, LLC a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (i) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (ii) all such documents be directed to counsel at the address set forth below.

February 26, 2018

By: _____
Melissa DiCerbo, Esq.
McCabe, Weisberg & Conway, LLC
Attorneys for Secured Creditor
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
Telephone 914-636-8900