# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**CORLA JACKSON**

**Plaintiff,**

**V.**                                                                                          **NO. 12-12020 (MG)**

**GMAC MORTGAGE**
**CORPORATION, ET AL**

**RESIDENTIAL CAPITAL LLC**
**GMAC MORTGAGE LLC**

**Defendants.**



RECEIVED
FEB 13 2018
U.S. BANKRUPTCY COURT, SDNY

# NOTICE TO REISSUE EXPIRED OUT DATED CHECK FUNDS BELONGING TO CORLA JACKSON GMAC MORTGAGE LLC KEPT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW" (CORLA JACKSON) hereinafter called the (Plaintiff) files this Notice To Reissue Expired Out Dated Check-Funds Belonging To Corla Jackson, because her case never made it to trial in New York to get this done. The case-complaint is still pending trial in the United States Court Of Appeals For The Eleventh Circuit in Atlanta, Georgia. The case number is (**17-12563-CC**).

Because GMAC Mortgage Corporation ET, AL., aka GMAC Mortgage LLC., aka RESCAP kept my money and destroyed my home, credit and more in reference to delayed settlement funds and claims to date, I need this money to fill the pool with dirt and do more temporary repairs to me home and funds to live off of while this

case is still pending trial. I have been robbed, and this was covered up. In the mean time while we are working through these issues, I need this check to be reissued on funds they kept that belong to me.

Also please take note, GMAC Mortgage Corporation ET, AL., aka GMAC Mortgage LLC and RESCAP never paid me money or tried to fix the situation as they were told to do by Judge Martin Glenn, this lead to multiple Appeals and Massive damages which cannot be ignored or denied its recorded facts.

RESCAP and GMAC Mortgage Corporation ET, AL. aka GMAC Mortgage LLC, told Martin Glenn they had foreclosed on the home prior to filing bankruptcy which was false, and they had won the case on the Eviction Action, which was also false with the intent to defraud the United States Bankruptcy Court For The Southern Division Of New York.

While This Case Is Pending Trial, my home has suffered massive and further damages to where the Pool Must Be Filled With Dirt because it is beyond repairs at this point, and it poses a Safety Hazard, and I must have some of my money back on temporary repairs because of the Delayed cases caused by RESCAP aka GMAC Mortgage Corporation ET, AL., aka GMAC Mortgage LLC.,.

I do not know what RESCAP aka GMAC Mortgage Corporation ET, AL., aka GMAC Mortgage LLC., told Judge Martin Glenn to obtain all the illegal orders, but they never paid me and they kept funds that belong to Corla Jackson that need to be reissued immediately, while this case-complaint is still pending trial because they never paid or attempted to settle the case, they continued committing fraud upon the courts to obtain illegal orders, which cannot be ignored or denied its recorded facts.

Because of all the rain and bad weather we have had lately, I Corla Jackson must do immediate repairs to my home and property which cannot wait until after cases that is pending trial, or my property can suffer more and massive destruction as well as pose a safety hazard to me.

Regardless of the situation the Reissuance of this Check must be reissued, to Corla Jackson on this Expired Check because she never made it to trial and the funds is needed immediately, overnight.

The Check should be made out to Corla Jackson, so she can obtain a Contractor to complete some emergency repairs and fill in of the Swimming Pool and more, that poses a Hazard to her and her property regardless. The Check was made out to the Wrong Contractor and it was never Reissued to (Corla Jackson) so she could obtain services from Contractors as needed for temporary repairs to date.

The funds belong to Corla Jackson and the Check must be Reissued by GMAC Mortgage LLC that they kept.

This is the (Original Expired Check) Enclosed, which is to be forwarded to (Judge Martin Glenn) Office for immediate attention.

_____
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com

# CERTIFICATE OF SERVICE

I certify that on **February 12, 2018,** a true and correct copy of this motion was served to each person listed below.

IN REFERENCE: GMAC MORTGAGE CORPORATION, ET AL

**RESIDENTIAL CAPITAL LLC**
**RESCAP**

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900

*Moved* ~~250~~ *West 55th Street*
*New York, New York. 10019*

**Judge Martin Glenn (Chamber)**
United States Bankruptcy Court
For The Southern District Of New York
1 Bowling Green
New York, New York. 10004

Corla Reeves Jackson  2/12/2018    *Corla Reeves Jackson* 2/12/2018
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com



Corla Jackson <corlareevesjackson@gmail.com>

## Residential Capital, LLC (GMAC Mortgage)

**Brian Powers** <BPowers@silvermanacampora.com>  Wed, Dec 11, 2013 at 6:02 PM
To: "corlareevesjackson@gmail.com" <corlareevesjackson@gmail.com>

Ms. Jackson:

As you are aware, Judge Glenn asked us to reach out to you in an attempt to resolve the Debtors' objection to your proof of claim. I have left you a few messages over the past couple of weeks but have not yet received a response.

Accordingly please contact me at 516-479-6357 at your earliest convenience to discuss the Debtors' objection to your proof of claim.

Regards,

Brian

Brian Powers
**SILVERMAN ACAMPORA** LLP
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
516-479-6357
BPowers@SilvermanAcampora.com

**Statement of Confidentiality:** The information contained in this communication and in any attachments to this communication may contain confidential or privileged material and is meant to be read only by the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any attachments, is strictly prohibited. If you have received this communication in error, please return it to the sender and delete the original message and any attachments from your computer system. Thank you.

**Circular 230 Disclaimer:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

**Transmittal of Documents:** Any transmittal hereby of an unsigned agreement or other document does not constitute an offer, and the execution and delivery of the agreement or other document by you or your client does not constitute a binding contract until such time as it has been executed by an authorized representative of our client and delivered to you or your client (subject to anything explicitly to the contrary in any email from us).

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 01, 2018

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 17-12563-CC
Case Style: Corla Jackson v. GMAC Mortgage Corporation
District Court Docket No: 1:12-cv-00111-KD-B

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

**Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE March 13, 2018. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.**

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the

requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/caw
Phone #: (404) 335-6170

BR-1CIV Civil appeal briefing ntc issued





