# **Exhibit E**

General Docket
United States Court of Appeals for the Eleventh Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 17-12563 | **Docketed:** 06/07/2017 |
| **Nature of Suit:** 4370 Other Fraud | |
| Corla Jackson v. GMAC Mortgage Corporation | |
| **Appeal From:** Southern District of Alabama | **Case Handler:** Cohen, Julie F., CC |
| **Fee Status:** IFP Granted | (404) 335-6170 |

**Case Type Information:**
 1) Private Civil
 2) Diversity
 3) -

**Originating Court Information:**
 **District:** 1128-1 : 1:12-cv-00111-KD-B
 **Civil Proceeding:** Kristi K. DuBose, Chief U.S. District Judge
 **Secondary Judge:** Sonja F. Bivins, U.S. Magistrate Judge
 **Date Filed:** 02/23/2012
 **Date NOA Filed:**
 06/05/2017

**Prior Cases:**
 16-10132    Date Filed: 01/13/2016    Date Disposed: 02/26/2016    Disposition: Dismissed

**Current Cases:**
 None

| | |
|---|---|
| CORLA JACKSON | Corla Jackson |
| | Direct: 251-554-1785 |
| Plaintiff - Appellant | [NTC Pro Se] |
| | 13230 TOM GASTON RD |
| | MOBILE, AL 36695 |
| versus | |
| GMAC MORTGAGE CORPORATION | Marc James Ayers |
| | Direct: 205-521-8598 |
| Defendant - Appellee | [COR LD NTC Retained] |
| | Bradley Arant Boult Cummings, LLP |
| | Firm: 205-521-8000 |
| | 1819 5TH AVE N |
| | BIRMINGHAM, AL 35203 |
| | |
| | Jon Howard Patterson |
| | Direct: 205-397-8169 |
| | [NTC Retained] |
| | Bradley Arant Boult Cummings, LLP |
| | Firm: 205-521-8000 |
| | 1819 5TH AVE N |
| | BIRMINGHAM, AL 35203 |
| | |
| | Grant A. Premo |
| | [NTC Retained] |
| | Bradley Arant Boult Cummings, LLP |
| | Firm: 205-521-8000 |
| | 1819 5TH AVE N |
| | BIRMINGHAM, AL 35203 |

| |
|---|
| CORLA JACKSON, |
| Plaintiff - Appellant, |
| versus |
| GMAC MORTGAGE CORPORATION, |
| Defendant - Appellee. |

| Date | Size | Description |
|---|---|---|
| 06/07/2017 | 43 pg, 2.56 MB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Corla Jackson on 06/05/2017. Fee Status: Fee Not Paid. No hearings to be transcribed. Awaiting Appellant's Certificate of Interested Persons due on or before 06/21/2017 as to Appellant Corla Jackson. Awaiting Appellee's Certificate of Interested Persons due on or before 07/05/2017 as to Appellee GMAC Mortgage Corporation |
| 06/21/2017 | 5 pg, 261.42 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Corla Jackson. |
| 06/23/2017 | 1 pg, 180.92 KB | APPEARANCE of Counsel Form filed by Marc James Ayers for GMAC Mortgage, LLC (ECF: Marc Ayers) |
| 06/23/2017 | | Added Attorney(s) Marc James Ayers for party(s) Appellee GMAC Mortgage Corporation, in case 17-12563. |
| 06/29/2017 | 3 pg, 93.62 KB | JURISDICTIONAL QUESTION issued as to Corla Jackson. |
| 07/05/2017 | 3 pg, 61.01 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Marc James Ayers for GMAC Mortgage Attorney Marc James Ayers for Appellee GMAC Mortgage Corporation. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). (ECF: Marc Ayers) |
| 07/13/2017 | 44 pg, 3.84 MB | *Response to Jurisdictional Question with incorporated motion to remand this appeal on a limited basis to the district court.* filed by Appellee GMAC Mortgage Corporation. (ECF: Marc Ayers) |
| 07/13/2017 | 9 pg, 107.02 KB | Appellee's Notice of Bankruptcy Status filed by Attorney Marc James Ayers for Appellee GMAC Mortgage Corporation. (ECF: Marc Ayers) |
| 07/18/2017 | 6 pg, 223.3 KB | USDC order denying IFP as to Appellant Corla Jackson was filed on 07/13/2017. Docket Entry 82. |
| 08/11/2017 | 12 pg, 911.87 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant Corla Jackson. |
| 08/11/2017 | 0 pg, 0 KB | *MOTION to proceed IFP filed by Appellant Corla Jackson. Opposition to Motion is Unknown [8221284-1]* |
| 08/29/2017 | 2 pg, 35.98 KB | ORDER: ResCap Liquidating Trust's construed motion to amend the notice of removal to properly allege the citizenship of GMAC Mortgage, LLC, is GRANTED. Motion to remand on a limited basis filed by Appellee GMAC Mortgage Corporation is DENIED as UNNECESSARY. [8186385-2]; [8202442-2] SM, BBM and RSR |
| 11/15/2017 | 24 pg, 2.19 MB | *MOTION Grounds to Void all Prior Orders for a New Trial filed by Appellant Corla Jackson. Opposition to Motion is Unknown [8303905-1]* |
| 02/01/2018 | 3 pg, 87.69 KB | ORDER: Motion to proceed in forma pauperis filed by Appellant Corla Jackson is GRANTED. [8221284-2]; Motion requesting a new trial and a void of all previous district court orders filed by Appellant Corla Jackson is DENIED. [8303905-2] FMH |
| 02/01/2018 | 2 pg, 17.93 KB | Briefing Notice issued to Appellant Corla Jackson. The appellant's brief is due on or before 03/13/2018. The appendix is due no later than 7 days from the filing of the appellant's brief. |