Robynne Fauley
12125 SE Laughing Water Rd,
Sandy, Or 97055
503 381-6937

Case # 12-12020 MG

Your Honorable Judge Glenn,

I am one of the four, Robynne Ariel Fauley, Catherine Gebhardt Denise Subramaniam, Tuli Wohl in this original notice. I received Morrison and Foerster L.L.C.'s objection, 208 plus double sided document Saturday March 10th. The three other people had theirs mailed to their homes that were foreclosed on, and Morrison, aka Perkins Coie knew they were not in their homes, as they were the ones that removed them. They sent it to me via post office as inexpensively as possible, with slow speed. Perkins Coie has my email and could have had it to me quickly.

Your Honor, **I am requesting more time with this and for all of us,** I am able to have reached these other three above, via the phone today Tuesday the 13th. They have just received this objection complaint that is quite large and most suddenly filed, as I called Morrison law firm to ask one question, why we were not notified during our lawsuits at the time of this bankruptcy, and suddenly 18 hours later they filed this massive document.. We are all amazed at the facts that have been submitted and wish to respond and ask the court to hear our matter in regard to what they have stated. It is inaccurate at best and shows cover up and deception.

LNV, and PC, has filed something as well to join on to this case, I received a phone call from a friend, and was told to check the Residential Cap website, where it shows they have filed to join with Morrison, and Perkins Coie as well. I have not yet received that or been notified as of today. 3-13-18. They too have my email and have had electronic filing connections with me for some time now. Or could have called to notify me. We had only filed a notice, and not a case yet.

We are all disabled in certain ways, I have cancer, Denise is in surgery today, and Tuli was served and foreclosed on during a coma and illness. We are asking your Honor if you could assign an attorney to represent us, since Pro Se Litigants, can not file electronically in the court. We have not had our day in court as stated by PC. My rights as well the others, have been grievously trampled on in the 9th District Court as well as a few others.. We all have more then enough, no an abundance of evidence, of criminal activities that ned to be brought to light. We have been fighting these extremely deep pocket attorneys, that are dishonest for over five years, some of us longer. We have just uncovered even more evidence concerning Residential funding, that is awful and dishonest. We would just need some time and an attorney to present this to your court your Honor. Perhaps it is finally time they are held accountable.

Robynne Fauley

*/s/ Robynne Fauley*  3/13/18

cc. LNV, Perkins Coie Eric Hanie Portland Oregon,
cc Morrison & Foerster.L.L.P. New York, New York.

A two week extension of time from today, March 19, 2018 is GRANTED. Robynne Fauley, Catherine Gebhardt, Denise Subramaniam and Tuli Wohl have until April 2, 2018 to file a document in response.
MEMORANDUM ENDORSED.
It is so ORDERED.

/S/ MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE