UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          : Chapter 11
                                                :
**Residential Capital, LLC**                    : Case No. **12-12020-MG**
                                                :
                            Debtor(s)           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# CERTIFICATE OF SERVICE

I returned the following:

* Original Check from GMAC Mortgage Paid to the Order of

   Corla Jackson & Anthony

By First Class mail, postage paid, addressed to:

* Corla Jackson
   13230 Tom Gaston Road
   Mobile, AL 36695


Dated: New York, New York
       March 19, 2018

                                    Vito Genna
                                    Clerk of Court

                                    By:___/s/Deanna Anderson_
                                           Courtroom Deputy