UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                    : Chapter 11
                                                          :
**Residential Capital, LLC**                              : Case No. **12-12020-MG**
                                                          :
                    Debtor(s)                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

I served a conformed copy of the following:

    \* Memorandum Endorsed So Ordered Letter Signed on 3/19/2018.

By First Class mail, postage paid, addressed to:

    \* Robynne Fauley
      12125 SE Laughing Water Rd
      Sandy, OR 97055

Dated: New York, New York
      March 19, 2018

                                                   Vito Genna
                                                   Clerk of Court

                                                   By:___/s/Deanna Anderson_
                                                          Courtroom Deputy