Vito Genna
Clerk of the Court
U.S. Bankruptcy Court Southern District New York
One Bowling Green
New York, NY 10004-1408

March 29, 2018

RE: In re RESIDENTIAL CAPITAL, LLC, et al.
U.S. Bankruptcy Court Southern District New York, Case No: 12-12020

# TO THE IMMEDIATE ATTENTION: Honorable Judge Martin Glenn

## Sworn Declaration of Tuli Molina-Wohl

### In Support of Doc. 10469
In Objection to (Doc 10482)
Filed by ResCap Liquidating Trust, Perkins Coie joined by LNV Corporation (Doc 10485)

APR - 2 2018

PT. SDNY

Dear Honorable Judge Martin Glenn:

This letter is my declaration and is made under oath and penalty of perjury in support of our Notice (Doc. 10469) and in objection to the objections (Doc. 10482 and Doc 10485) filed by Perkins Coie LLP (PC) and the ResCap Liquidation Trust (ResCap or ResCap Trust) and LNV Corporation (LNV) to our **"Notice of conflicts of interest, fraud and fraud upon the court by debtors in conspiracy with creditor LNV Corporation, ResCap Liquidating Trust and special insurance Coverage counsel for the debtors Perkins Coie LLP**, (Doc 10469).

I, Tuli Molina-Wohl, declare that I am over the age of eighteen (18) years and have personal knowledge of the facts set forth in this letter/declaration, and if called as a witness, could and would competently testify to the facts set forth herein.

I along with Denise Subramaniam, Cathy Gebhardt and Robynne Fauley filed our **"NOTICE"** (Doc 10469) in behalf of ourselves and others similarly situated as a communication with the court. We did **NOT** file a motion. We are not attorneys and don't know what we should move the court to do at this point or how to do so. It is not right for the ResCap Trust, PC and LNV to say we are "movants" because we are not. We are merely informing the court about the fraud we personally have experienced with these parties in hope that the court will take our evidence seriously and investigate. We believe that the ResCap Debtors and LNV assisted by PC may have been misrepresenting assets and transactions to this court to fraudulently obtain bankruptcy protection and/or deprive us of remedy to the harm they've caused us.

Each of us has had our lives destroyed and our precious homes of many years stolen from us in a foreclosure by LNV in collusion with ResCap Debtors based upon suspicious assignments of deed of trust or mortgage recorded in our counties purporting to convey beneficial interest in our notes and security instruments from Residential Funding Company LLC (RFC-LLC), a ResCap Debtor, to LNV each notarized by Diane M. Meistad on March 10, 2008 before LNV was even incorporated in Nevada. The agreement/transaction that resulted in all these recorded assignments I referred to hereafter as the "Questioned Transaction".

We did not know that LNV is not a creditor. We reasonably believed LNV was because, again we're not attorneys and don't understand anything about how bankruptcies work. We tried to find a court record that showed a list of creditors but there are over 10,000 documents filed in this case and we could not find such a list. We have been educated now by the ResCap Trust's, PC's and LNV's objections (Doc. 10482 and Doc 10485).

The ResCap Trust and PC admit on Pg 13 of Doc. 10482:

> *In the Motion, Movants' allege that both LNV and an entity Movants' allege is an affiliate of LNV Corporation, CSG Investments, Inc., are creditors of the Debtors. As noted above,* ***LNV is identified as a party to loan servicing agreements to which the Debtors were parties.***

We are not "Movants" as these parties falsely allege. We are informants or whistleblowers. We informed this court as a government authority about persons and organizations engaged in illicit activities under this court's jurisdiction.

If LNV merely has a servicing agreement with the ResCap Debtors then why did LNV and its attorneys tell state and federal courts that LNV owns our mortgage notes and is "holder" so LNV could foreclose on our homes and evict us? Why have all these assignments that purport RFC-LLC or MERS in behalf of RFC-LLC conveyed beneficial interest in our mortgages to LNV on March 10, 2008 been recorded across the country? I don't think any one would believe those assignments show the Questioned Transaction to be a "servicing agreement" as the ResCap Debtors, PC and LNV claim. And why did they tell the judges whom they convinced to foreclose on us and evict us something different than what they now tell Your Honor about this Questioned Transaction.

Even though the Questioned Transaction occurred in 2008, long before this bankruptcy was filed, if LNV and RFC-LLC engaged in a fraudulent misrepresentation of the nature of that Questioned Transaction and the assets conveyed (or not conveyed) by it; and they then continued to maintain that fraudulent misrepresentation of assets and transactions into this bankruptcy filed in 2012 it seems to me this court has an obligation to find out the truth about whether the Questioned Transaction involved a

servicing agreement or a sale of assets. I think it is a good bet that this Questioned Transaction is only one of many similar transactions misrepresented by the ResCap Debtors and LNV and other parties to this bankruptcy.

I lost my Phoenix home of 22 years to LNV's fraud in 2011. I didn't know nearly what I know now but I knew then what happened to me was not right. I was a Realtor and was in negotiations with MGC Mortgage Inc. (MGC) for a loan modification. At that time I had no reason to believe I needed a lawyer. I thought MGC was negotiating in good faith but to my detriment I didn't discover until it was too late that they were dual tracking me and had perfected a non-judicial foreclosure sale without my ever knowing what happened until a representative from CLMG (another corporation owned by D. Andrew Beal) showed up at my door and told me my house was sold to them. That's when I hired an attorney.

I had bought my home in 1989, but I refinanced my GMAC Mortgage on November 14, 2006 with Sebring Capital Partners LLC (Sebring) the company that also originated Cathy Gebhardt's mortgage in 2002 when she bought her home in Tennessee. What I didn't know was that Sebring was in trouble; and in fact Sebring closed two weeks later on December 1, 2006, see **Exhibit 1** attached hereto. I also didn't know Sebring was affiliated with GMAC. On the closing instructions sheet it states

>          Atten:   SHARDONIA ELLIS
>
>          Re:      RFC/SEBRING CAPITAL PARTNERS, LP

See **Exhibit 2** attached hereto. In 2007 I had no idea RFC was GMAC. It's like I really didn't refinance my mortgage; it was just morphed from one GMAC entity to another. I made payments to Litton Loan Servicing LP (Litton) from December 2007 to September 2008. Even today the MERS website shows my mortgage servicer to have been Ocwen Loan Servicing, LLC (FL) West Palm Beach, FL to be the "servicer" and Residential Funding Company, LLC to be the "Investor", see **Exhibit 3**. I made that MERS screen print on 3/28/2018. Then MGC Mortgage Inc. (MGC) claimed to be my servicer. MGC's statements were a nightmare and full of inaccuracies. The 12/2/2008 statement shows MGC did not apply my payments to my balance; see **Exhibit 4**. The address for MGC is stated as:

>          MGC Mortgage, Inc
>          142 North Road, Suite G.
>          Sudbury, MA 01776

MGC was never located at this address. Denise told me she called the property management company for the building in 2012 or 2013 and confirmed that MGC had never leased an office there. Another company Greystone Solutions did lease Suite G in 2008/2009. Marcia and Christopher Swift visited Greystone Solutions when they made a trip to the East Coast and were told by a top executive that Greystone stopped servicing for MGC because they discovered MGC was engaging in questionable

business practices. See **Exhibit 5** one of NUMBEROUS consumer complaint letters about MGC obtained by a Freedom of Information Request on the Texas Attorney General's office. This letter specifically mentions Greystone and the Sudbury MA address. It was part of a 151 page affidavit filed on 5/27/2015 into *Breitlings v. LNV et al*, Case 3:15-cv-00703-B, Doc. 32 and Doc. 32-1, U.S. District Court Northern Texas Dallas Division. A significant, yet incomplete portion of the consumer complaint letters is included in this court document, and among the complaints is one filed by Robynne Fauley on 9/13/2011, see **Exhibit 6**. I urge Your Honor to retrieve this document from PACER and read all the complaint letters because most of them are about MGC misappropriating payments then claiming a default so LNV can foreclose.

MGC sent me a 1098 IRS form with no EIN number for 2008. Most LNV/Beal victims didn't get a 1098 form in 2008, those who did were alos without EIN numbers, see **Exhibit 5**. I think only Denise Subramaniam and I in our group got 1098 IRS forms from MGC for 2009 that had the EIN number: 26-1775691; and that also showed our mortgages were paid in full; see **Exhibit 6**.

In 2009 a Notice of Trustee instrument was recorded in my county, see **Exhibit 7**: Instrument No: 20090470901 recorded on 05/26/2009 in Maricopa County AZ. It was endorsed by Jim Montes as Assistant Vice President of Quality Loan Service Corporation, an LPS service provider. The Justices of the U.S. 9th Circuit reversed a foreclosure *In RE: MERS Jonathan E. Robinson et al v American Home Mortgage Servicing, Inc. et al*, Case No. 11-17615, (9th Cir. 2014) based on a Jim Montes endorsement:

> [T]he CAC also alleges that Jim Montes, who purportedly signed the substitution of trustee for the property of Milan Stejic had, on the same day, "signed and recorded, with differing signatures, numerous Substitutions of Trustee in the Maricopa County Recorder's Office . . . . Many of the signatures appear visibly different than one another." These and similar allegations in the CAC "plausibly suggest an entitlement to relief," Ashcroft v. Iqbal, 556 U.S. 662, 681 (2009), and provide the defendants fair notice as to the nature of appellants' claims against them, Starr v. Baca, 652 F.3d 1202, 1216 (9th Cir. 2011).
>
> We therefore reverse the MDL Court's dismissal of Count I....
>
> We disagree with appellants' contention. After the decision of the MDL Court and just before the completion of briefing in this appeal, the Nevada Supreme Court decided Edelstein v. Bank of New York Mellon, 286 P.3d 249 (Nev. 2012). Edelstein makes clear that MERS does have the authority, for purposes of § 107.080, to make valid assignments of the deed of trust to a successor beneficiary in order to reunify the deed of trust and the note. The court wrote:
>
>> Designating MERS as the beneficiary does . . . effectively "split" the note and the deed of trust at inception because . . . an entity separate from the original note holder . . . is listed as the beneficiary (MERS). . . . However, this split at the inception of the loan is not irreparable or fatal. . . . [W]hile entitlement to enforce both the deed of trust and the promissory note is required to foreclose, nothing requires those documents to be unified from the point of inception of the loan. . . . MERS, as a valid beneficiary, may assign its beneficial interest in

*the deed of trust to the holder of the note, at which time the documents are
reunified.*

Since Sebring went out-of-business on 12/1/2006 my mortgage must have been assigned to RFC-LLC before that date; yet there is no recorded assignment exists to memorialize such a conveyance. Also an assignment should have been recorded from RFC-LLC to MERS. And then an assignment should have been recorded from MERS to LNV. There is a high probability that my mortgage was securitized into a ResCap Mortgage Backed Security Trust but I've been unable to pay for a forensic securitization audit. Pooling and Servicing Agreements for such Trusts typically state that the contract is governed by New York State Law AND these agreements explicitly state that conveyances MUST be recorded. An examination of the Questioned Transaction between RFC-LLC and LNV would provide answers to these questions and would allow the court to determine the true nature of the transaction and conveyances of assets, if any. The court should compel LNV and the ResCap Debters to produce this Questioned Transaction for examination.

A Substitution of Trustee, Instrument No: 20090470900, was recorded at the same time on 5/26/2009 as the Notice of Trustee Sale, Instrument No: 20090470901. The Substitution was made by MGC as loan servicer for LNV. The Substitution of Trustee instrument is endorsed by Stella Hess, Sr. Vice President of MGC and notarized by Cindi Cooper on 5/22/2009, see **Exhibit 11**, pages 1 - 3. Cindi Cooper was never a Notary Public in Texas, the letter issued on July 26, 2011 by the Texas Secretary of State and emails between myself and Sally Geller and employee of the Texas SOS on pages 4 – 7 of Exhibit 11, and the receipt of certificate on page 8.

According to deposition testimony under oath of Bret Maloney he is the only Sr. Vice President of MGC so it is questionable that she is also a Sr. Vice President, see *Fauley v. Mosman et al*, Case 3:17-cv-016560, Doc35-2.

On July 8, 2011 I paid for a forensic examination of the March 10, 2008 assignment MGC recorded in my countie purported to convey my note and deed of trust for MERS in behalf of RFC-LLC to LNV endorsed by Michael Mead and notarized by Diane M. Meistad. The report was completed by Tamara Kaiden on May 9, 2012, see **Exhibit 12**. The opinion of the examiner was that the Michael Mead signature was inauthentic:

> *Based upon the documents submitted, through a thorough analysis of these items and from an application of accepted forensic document examination tools, principals and techniques, it is the opinion of this examiner that the signature on the document "Q1" was not written by the same person who signature is on the documents "K1, K2 and K3". The questioned signature on "Q1" is not an authentic signature.*

Marcia Swift and I went together to pay for a forensic examination of the Jasson J. Vechhio signatures on the allonges attached to the purported "original" notes LNV submitted to the courts in foreclosures against us. The examination was done by Board Certified Robin D. Williams, MFS, MS, D-BFDE of OMNI Document Examinations in Chicago.   The preliminary report concluded:

> "The characteristics within the questioned signature on the Item Q-1, an Allonge to a Promissory Note for Chris Swift and Marcia Swift and the evidence within the comparison documents, A-1, A-2 and A-3, Allonges for Tuli M, Wohl, Rhonda L.Hardwick and Catherine Gebhardt depicts that the signatures are duplicates of one another. In order to come to a definitive opinion regarding whether one signature was written in ink or if all4 signatures were created using a stamp or by means of photocopying, we require that the original questioned document, Q-1, be made available for examination in order to determine whether the signature in question on Q-1 was written in ink, created by a stamp or if the signature is a photocopy."

At that time we ordered the examination Cathy Gebhardt, Rhonda Hardwick, and the two of us were the only ones who had these suspect signatures show up in our court cases.   Later LNV submitted one in each of the Oregon foreclosure cases against Denise Subramaniam and Robynne Fauley.   Those signatures also appear to be spot-on-matches to the others. See **Exhibit 13**.

After my home was sold in the trustee sale I hired, R. Harvey Dye, State Bar No. 002184. He prepared and filed a complaint on June 20, 2011 for me against LNV in the Superior Court of the State of Arizona, Maricopa County, Case No: CV2011-054312.   I'm cutting and pasting from that complaint below, leaving out the paragraph numbers for brevity because it explains things better than I can:

> "On September 20, 2010, after recording cancellations of two prior Notices of Trustee's Sale, substitute trustee Quality Loan Service Corporation recorded a third Notice of Trustee's Sale against the Property, recorded as instrument number 2010-0811436, Records of Maricopa County. See, Exhibit 3, Notice of Trustee's Sale, a true and correct copy of which is attached hereto.  The Notice of Trustee's Sale set the sale date for December 20, 2010.  Section 22 of the Trust Deed contract provides, in pertinent part, that prior to acceleration for a monetary breach, Lender shall give Borrower written notice of intent to accelerate and specify, inter alia, a date not less than thirty days from the date of the notice by which a default may be cured.  Defendant LNV and its agents failed to provide Plaintiff with Section 22 notice prior to recordation of the Notice of Trustee's Sale.  Defendant's recordation of the spurious Notice of Trustee's Sale accelerated the Note in violation of the pre-acceleration notice requirement of the Deed of Trust contract and was therefore premature and set forth an invalid date of sale.  Without first complying with Section 22 of the contract prior to acceleration, the Notice of Trustee's Sale was in error and thus could not serve as legal statutory notice, rendering any trustee's sale and resulting Trustee's Deed Upon Sale void and of no force and effect. The premature Notice of Trustee's Sale was in error and cannot serve as legal statutory notice, requiring that the trustee record a cancellation of notice of sale. A.R.S. § 33-808(E). The sale was not cancelled, no new corrected Notice was recorded. Section 22 of the Deed of Trust requires the specific, pre-recordation period be satisfied prior to recordation of the Notice of Trustee's Sale. Until Lender is in compliance with the notice period of Section 22, the recordation of a Notice of Trustee's Sale is void and of no legal

*effect. The Trustee cannot exercise the power of sale before the expiration of ninety days following its compliance with the thirty day notice period of Section 22. A.R.S. § 33-807(D)."*

See **Exhibit 14** which shows that the prior trustee sales had each been canceled as required by law. Notice that each Notice of Trustee Sale has the following information:

**Login to: www.priorityposting.com**

I phoned McCarthy Holthus in San Diego and was told that **Priority Posting** was the **only** website they used to announce or to post foreclosure sales. If my home came up for sale it would be listed there. I check daily, sometimes every hour. So imagine my shock when the knock came on my door and a CLMG employee told me home was already sold. They did not post the sale on that website and I was in negotiations with MGC for a loan modification when this deceptive sale occurred.

Quality Loan Servicing, the substituted trustee is an LPS service provider. The TRO hearing was over in ten minutes, The didn't consider any of the evidence and just said: *"She's not getting a free house."* It's actually LNV that got a free house. During the decades I owned my home I paid $579,000 in mortgage payments. I paid for my house 3 times over and now I have nothing to show for it.

In response to my attorneys arguments that the foreclosure was executed in violation of Arizona law LNV's attorneys told the judge they had proof the prior trustee sale was canceled as required. The judge didn't ask to see this proof and immediately ruled against me. My attorney asked LNV's attorney to email him the proof. What he got and emailed to me is not a legal cancelation required by AZ law recorded with my county but five "Certificates of Postponement" prepared by LPS; see **Exhibit 15**.

On May 12, 2011 LNV filed an eviction case against me *LNV v Molina-Wohl*, case CV2011-009999 in the Superior Court of the State of Arizona, Maricopa County.

I did everything right. I had followed the plan laid out by the President of the United States. For a year and a half I worked with the HUD certified non-profit, NACA, https://www.naca.com and "Save The Dream" https://www.naca.com/media/1249/purchaseworkbook.pdf. I worked with GreenPath Debt Solutions. http://www.greenpath.com. I had counseling. I took classes in money management. I had to write hardship letters and I would hold for hours on the phone waiting for my appointments. I jumped through every hoop they put in front of me. My home would come up for sale on the **Priority Posting** website monthly and I each time I'd end up in the ER with chest pains. In the middle of all this I survived a violent home invasion.

MGC Mortgage finally agreed to negotiate a loan modification with me. I spent hours calling phone numbers for MGC departments that were never answered. I was neither denied nor approved, but

MGC kept me very busy with paperwork for months. I faxed the same financial package five times. They always made excuses, I used the wrong loan number, they didn't receive it, they lost it, they had issued a new loan number, etc. MGC and Beal (and perhaps RFC-LLC) played me. Two days after MGC asked for the same documentation again that CLMG Realtor came to my door to tell me my home no longer belonged to me.

Andy Beal never intended of modify my loan because there was no loan to modify.

I ended up being evicted unceremoniously by the Sheriff while my neighbors stood by and watched. Treasured belongings were left behind and were ransacked and looted.

"Homeless" is more terrifying than anyone can imagine, the predators are not wearing Brooks Brothers and Valentino.. Fifty five years of living never prepared me for the complete devastation of my psyche and the physical deterioration of my once healthy body.

**Fifteen minutes:** The amount of time I was given by the Sheriff to get out of my home of twenty two years or be arrested.

**Fifteen minutes:** To decide what to take when you can't see because you're blinded by your own tears.

**Fifteen minutes:** My life went from Women's Club Champion at The Arizona Biltmore Country Club in Phoenix, Arizona to living in my car with a Great Pyrenees, an Australian Shepherd, and a cat..

I am 65, approximately five foot tall and I weigh in at 110 pounds and I have been on SS Disability for two years, see **Exhibit 16**. I have congestive heart failure, kypho-scoliosis (which began to manifest in 2009), and my spine is fused at multi-levels with titanium hardware. My Surgeons now tell me, we need to fuse the rest of my spine and my neck. My kidneys are failing; stage 3 kidney disease and I have been diagnosed with Post Traumatic Stress Syndrome (PTSS). In addition, high blood pressure, major depression and April 2015, I almost died from a perforated gastric ulcer. An ulcer I didn't know I had. My reason for disclosing these personal facts? Every one of these ailments are stress related.

The day to day threat of foreclosure, the fear and uncertainty of eviction and the abuse from the judicial system makes living a nightmare. The blindfold seems to have slipped and Lady Justice now tips her scales in favor of multi-million dollar corporations and high priced law firms. Our judicial system is flawed when forgery and fraud become routine and are used with great abandon by financial institutions to illegally confiscate the homes from millions of Americans. While our elected officials looked on and nodded their approval, our homes were stolen by thugs worth billions who make a mockery of our judicial system and the rule of law. This injustice eats away at every fiber of my being. You begin to question everything you were taught to believe was true.

Losing my home invalidated my life. Driving the streets of Phoenix became a constant reminder of never being able to go home. I began to sink into a dark place and I knew eventually there would be no return. I packed what little I had left and moved away from the city I had lived in for forty plus years. Rage; pain; humiliation; failure; despair; shame; fear; social withdrawal; a deep sense of loss permeates every aspect of your life. What is devastating is that there is no getting past it.

I am in constant physical pain 24/7, but nothing compares to the pain of injustice; the pain of being forcibly removed from your home. Home is where you are loved. Home, is pride of ownership. Home is where life is real and good and memories are made.

Because I now have become known to D. Andrew Beal by my becoming an active participant in this attempt to disclose his illegal activities described herein, he has targeted me for retaliation like he has already done to the others who've been outspoken about his illegal activities. On 3/21/2018 he has caused to be filed an "Affidavit for Renewal of Judgment" into Case No. CV2011-00999, The Superior Court of Arizona in and for the County of Maricopa; which was the eviction case that caused my painful eviction. See **Exhibit 17** which I just discovered by accident. I had searched the court website because I needed to locate the case numbers of my cases with LNV for this declaration/letter. I have not received service of this document.

As per my Social Security Disability Statement, Exhibit 16, my income is merely $861/month. This is WELL BELOW poverty yet now I believe Beal is trying to intimidate me into silence. No activity occurred in this case since 2013 then on 3/21/2018 they file this. The timing so soon after we filed our Notice (Doc. 10469) and they filed their objections (Doc 10482 and Doc 10485) into to this court makes it impossible to believe it is coincident; it certainly appears to be an act of pure retaliation meant to intimidate me.

I, Tuli Molina-Wohl, declare under penalty of perjury under the laws of the State of Arizona and New York that the foregoing is true and correct.

Respectfully Submitted,

Tuli Molina-Wohl

Dated: March 30, 2018

# EXHIBIT 1

https://www.inman.com/2006/12/06/sebring-capital-partners-closes-its-doors/



# Sebring Capital Partners closes its doors

BY INMAN ★ Staff Writer        DEC 6

A Texas-based subprime lender that employed 325 people has unexpectedly closed its doors, but will honor loans in the pipeline.

Sebring Capital Partners, a wholesale mortgage lender founded in 1996, has been struggling with a decline in loan originations. The company closed an estimated $209 million loans in the second quarter of 2006, down from $235 million in the same quarter of 2005 and $449 million in the second quarter of 2003, the *Dallas Business Journal* reported.

Sebring senior vice president for legal and compliance Michael Waldron, told the newspaper that employees will be paid for work through Nov. 30, and that the company will honor loans it has approved if they can be closed by Dec. 15.

The company's Web site says Sebring ceased operations Dec. 1, and offers a toll free number for customers with loans in process.

An anonymous former employee told the *Denver Post* that Sebring was hurt by rising defaults, and that a major investor had stopped funding the company's loans. An attempt to sell the company fell through, the source said. Sebring employs 50 people in the Denver area, the *Post* said.

In recent months, several subprime lenders have been put up for sale or closed their doors, including First Franklin Financial, Champion Mortgage, Option One Mortgage Corp., and Meritage Mortgage Corp..



SPONSORED CONTENT
Harness automated, targeted real estate digital

# EXHIBIT 2

Loan #: 518593

# CLOSING INSTRUCTIONS FOR SEBRING CAPITAL PARTNERS, LIMITED PARTNERSHIP

## CLOSING REQUIREMENTS:

1. Title Co., Closing Attorney or Escrow Closing Agents are not to discard any documents from closing package without written approval from Lender.
2. **If Title Co's. Closing/Settlement & Courier Fees Exceeds $500.00 for first liens & $250.00 for second liens contact Lender. Our Final Truth In Lending(s) will have to be adjusted.**
3. All taxes must be paid current if due or delinquent at closing.
4. All liens must be paid and released.
5. Final Title Policy must insure full loan amount and not reflect any survey exceptions, if a survey is not required.
6. Floor rate rider, if applicable, to be recorded with Security Instrument.
7. Lender will require a separate title policy for 1st and 2nd lien in Sebring Capital Partners, Limited Partnership name with coverage to agree with loan amount.
8. Clear Schedule "C" of all liens and encumbrances and fulfill all requirements.
9. Lender has granted its warehouse lender a security interest in any amounts advanced by the warehouse lender to fund this mortgage loan and in the mortgage loan funded with these amounts. You must promptly return any amounts advanced by the warehouse lender and not used to fund this mortgage loan. You also must immediately return all amounts advanced by such warehouse lender if this mortgage loan does not close and fund within one (1) business day of your receipt of these funds.

**LENDER WILL NET DOCUMENT PREPARATION FEE OUT OF THEIR WIRE. KEEP INVOICE FOR RECEIPT PURPOSES ONLY.**

## PRIOR TO DISBURSING/RECORDING:

1. No funds are to be disbursed without obtaining a "Funding Number" from Lender.    Sebring issued funding # _____ .

**Wire Amount(s):    $1st:    $473,917.31        $2nd:    $**

**If Sebring Request wire(s) to be returned, please wire funds to:**

Bank:        JP MORGAN CHASE BANK
City/State:  CHICAGO, ILLINOIS
Acct#:       10-90430
ABA#:        021000021
Attn:        **SHARDONIA ELLIS**
Re:          **RFC/SEBRING CAPITAL PARTNERS, LP**

> See next page
> Shardonia Ellis
> works for GMAC

Sebring's fees and escrows are netted out of wire. Any lender credit and/or mortgage broker fee (yield spread) will be added in.

2. To obtain a "Funding Number" you must fax or (a) return our closing package, if a Texas Equity, prior to disbursing/recording or (b) fax or e-mail the following documents:

☒ First Lien Note (all pages)
  ☐ Second Lien Note (all pages)(if applicable)
☒ Prepay Rider to Note Term: __2__ yrs
☒ Copy of certified funds check
☐ General Warranty Deed (sig page only)
☒ Other: Sebring's FINAL 1003
☒ Sig page of first lien Security Instrument and ExA for legal, if applicable
  ☐ Sig page of second lien Security Insrument and ExA for legal, if applicable

☒ First Lien Final TIL
  ☐ Second Lien Final TIL(if applicable)
☒ Approved Final HUD-1, (all pages)
☒ Right of Rescission Notice
☒ Mailing Address Certification

On Jun 7, 2017, we published revised versions of our Privacy Policy and our User Agreement. Your continued use of LinkedIn means you agree to these revised documents, so please take a few minutes to read and understand them. Visit the LinkedIn blog to learn what these changes mean to you.

Losing Leads? - **Ask about our free UX website review.** #gate6  ·· | ···

**Contact and Personal Info**

Shardonia's Profile

Show more ⌄

**Ads You May Be Interested In**

 Software Integration
Your local Phoenix solution for your software needs. Let's get started!

 9 Reasons for ISTQB
Are you a software test manager? Here are 9 reasons for certification.

 Your #GivingTuesday Guide
Ready for #GivingTuesday? Start preparing with the resources & strategies.

···

GMAC/RFC Team Leader
Jan. 1997 – July 2007
See below

➤ **Shardonia Ellis**
Accounting Professional

Chickasaw Nation Industries, Inc. • University of Maryland University College

Washington D.C. Metro Area • 75 🔲

Connect

**People Also Viewed**

Nanette Wilson
Account Manager at IT support...

✕

 Erika Nickson
Independent Accounting Professional

 **Tierra Rose, MBA**
Investment Care Rep at SunTrust

Glennis McNair
Payroll Manager

 Nanette Wilson · 3rd
Director of Household

Greg Sheffler
Senior Improvement analyst

 **Samad Basit**
Accountant

 Andrew Rediger
Finance Business Partner at ...

Kelly Kwon
Sr. Financial Reporting Analyst at ...

Marianne Lovings
Staff Accountant at Hinlicock

**View more profiles like Shardonia's on the go**
Stay connected with the LinkedIn App

Get it via SMS

**Experience**

 Accounting Contractor
**Chickasaw Nation Industries, Inc.**
Mar 2015 – Present • 2 yrs 4 mos
Washington D.C. Metro Area

 Financial Analyst
**GSK**
Jun 2013 – Jul 2014 • 1 yr 2 mos
Raleigh-Durham, North Carolina Area

 Accountant
**RLJ Entertainment, Inc.**
Oct 2009 – Jan 2013 • 3 yrs 5 mos
Silver Spring, Maryland

 Sr. Accountant
**Krisam Group**
Sep 2007 – Sep 2009 • 2 yrs 1 mo

Team Leader
**GMAC/RFC**
Jan 1997 – Jul 2007 • 10 yrs 7 mos
Bethesda, MD

**Learn the skills Shardonia has**

 Managing Your Personal Finances
Viewers: 34,583

 Learning Dynamics 365
Viewers: 1,429

Shardonia Ellis – My Escrow Closing Instructions RFC/Sebring Capital Partners, LP

# EXHIBIT 3



**MERS**
ServicerID
www.mers-servicerid.org

**The Mortgage Industry's Utility**

1 record matched your search:

Need help? ?

MIN: 1002656-0000518593-4          Note Date: 11/14/2006          MIN Status: Inactive

Servicer: Ocwen Loan Servicing, LLC (FL)          Phone: (800) 746-2936
West Palm Beach, FL

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright 1999 by MERSCORP Holdings, Inc.

---

https://www.mers-servicerid.org/sis/common/investor

*Select borrower type and enter borrower information to see Investor for MIN 1002656-0000518593-4.*

● **Investor for Individual Borrower**

Your entries may be either upper or lower case.
Fields marked ★ are required.

Last Name: Wohl                              ★

SSN: [    ] - [    ] - [        ] ★

☐ *By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the Investor information will not be displayed. Borrowers should verify the results with their loan servicer.* ★

[ Submit ]

○ **Investor for Corporation/Non-Person Entity Borrower**

Servicer: Ocwen Loan Servicing, LLC (FL)          Phone: (800) 746-2936
West Palm Beach, FL

Investor: Residential Funding Company, LLC

[ Close Window ]



**5 records matched your search:**

Need help? ❓

MIN: 1011811-0005001339-S          Note Date: 05/22/2017          MIN Status: **Active**

Servicer: <u>Longbridge Financial, LLC</u>          Phone: **(201) 252-8820**
Mahwah, NJ

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and display the Investor name.

MIN: 1004185-0002034770-7          Note Date: 08/15/2016          MIN Status: **Active**

Servicer: <u>Provident Funding Associates, LP</u>          Phone: **(800) 696-8199**
San Bruno, CA

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and display the Investor name.

MIN: 1001488-0100016830-4          Note Date: 05/19/2014          MIN Status: **Active**

Servicer: <u>First Credit Union</u>          Phone: **(480) 756-4690**
Chandler, AZ

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and display the Investor name.

MIN: 1001883-9610020300-3          Note Date: 02/18/2010          MIN Status: **Inactive**

Servicer: Seterus, Inc          Phone: **(866) 570-5277**
Beaverton, OR

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and display the Investor name.

MIN: 1000139-0080126204-3          Note Date: 10/05/2005          MIN Status: **Inactive**

Servicer: Seterus, Inc          Phone: **(866) 570-5277**
Beaverton, OR

If you are a borrower on this loan, you can <u>click here</u> to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

**EXHIBIT 4**

# MGC Mortgage, Inc.

MGC Mortgage, Inc.
142 North Road, Suite G
Sudbury, MA 01776

**Account Number:** 0017102903

**Statement Date:** 12/02/2008

**For the property located at:**
1321 E Luke Ave
Phoenix AZ 85014

**Customer Service:**
(866) 842-4185
Monday - Friday
Hours: 8:30 A.M. - 8:00 P.M. ET
Fax: (978) 371-5975

**Payment Information**
| | |
|---|---|
| Next Due Date: | 07/01/08 |
| P&I Payment: | $3,981.42 |
| Escrow Payment: | $534.61 |
| Optional Ins.Payment: | $0.00 |
| Total Monthly Payment: | $4,516.03 |
| Total Amount Due Now: | $31,488.37 |

**Summary Information**
| | |
|---|---|
| Interest Rate: | 8.60000% |
| Principal Balance: | $474,089.68 |
| Escrow Balance: | $2,272.17 |
| YTD Interest Paid: | $6,796.44 |
| YTD Taxes Paid: | $0.00 |
| Unpaid Fees: | -$10.50 |
| Late Charges Due: | $3,098.44 |
| Unapplied Funds: | $54.64 |

+ 0215131 000002256 09CM01 0921407
TULI WOHL
1321 E LUKE AVE
PHOENIX AZ 85014-2320

## Monthly Mortgage Statement

### Important Messages

Pay by phone is available by calling (866) 842-4185, option 6.

### Activity Since Last Statement

| Posting Date | Description | Total | Principal | Interest | Escrow | Late Charge | Misc. | Optional Insurance |
|---|---|---|---|---|---|---|---|---|
| 11/13 | Miscellaneous Transaction | 1,202.95 | 0.00 | 0.00 | 1,202.95 | 0.00 | 0.00 | 0.00 |
| 08/05 | Mortgage Payment | 4,000.00 | 144.21 | 3,307.52 | 534.61 | 13.66 | 0.00 | 0.00 |
| 08/05 | Mortgage Payment | 4,000.00 | 145.21 | 3,306.52 | 534.61 | 13.66 | 0.00 | 0.00 |
| 08/05 | Payment Reversal | -4,000.00 | -145.21 | -3,306.52 | -534.61 | -13.66 | 0.00 | 0.00 |
| 08/05 | Payment Reversal | -4,000.00 | -144.21 | -3,307.52 | -534.61 | -13.66 | 0.00 | 0.00 |
| 11/17 | Miscellaneous Transaction | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 0.00 |
| 11/18 | Fees Billed | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 |
| 11/18 | Miscellaneous Transaction | 27.32 | 0.00 | 0.00 | 0.00 | 0.00 | 27.32 | 0.00 |
| 05/01 | Mortgage Payment | 0.00 | 53.32 | 3,398.41 | 534.61 | 0.00 | -3,986.34 | 0.00 |
| 05/01 | Mortgage Payment | 0.00 | 53.70 | 3,398.03 | 534.61 | 0.00 | -3,986.34 | 0.00 |

$16.82 toward principle

$17,202.95 in payments not applied. Payment not reversed, no bank account at the time. I paid by Western Union.

$13,410.48 paid in interest. No payments were reversed.

$3,341.59 paid into Escrow

$8,000 a double payment in Misc.?

PLEASE RETURN THE LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS

## MGC Mortgage, Inc.

| ACCOUNT NUMBER |
|---|
| 0017102903 |

Borrower: Tuli Wohl

| PAYMENT DUE DATE |
|---|
| 07/01/08 |

Monthly Payment:    $4,516.03

| LATE CHARGE AMOUNT | IF RECEIVED AFTER |
|---|---|

Make check payable to: MGC Mortgage, Inc.

Customer Service Department at (978) 371-5970. Allow 48 hours for processing. Verbal requests will not be quoted.

## LATE CHARGES

Avoid late charges by making your payments on or before the due date. Payments are not considered received until they are applied to your loan. Allow adequate time for mail service. Postal delays are not considered a valid reason for waiving late charges. All late payments must include the late charge.

## TAX INFORMATION

If you receive a real estate tax bill, keep it for your records. Do not send it to us. We obtain the information from our tax service agency. Supplemental tax bills are the responsibility of the property owner as we do not escrow to pay supplemental tax bills.

## MAILING ADDRESSES

**Overnight Mortgage Payments**

MGC Mortgage, Inc.
c/o CBT Items Processing Center
407 Rear Mystic Avenue, Unit 22
Medford, MA 02155
Attn: Payment Processing

**Insurance Bill***

MGC Mortgage, Inc.
ISAOA ATIMA
P.O. Box 7095
Troy, MI 48007-7095
Phone: (866) 286-9668
Fax Number: 248 293-5742

**Payments with or without Coupons**

P.O. Box 583
Medford, MA 02155-0006
Attn: Payment Processing

**Other Correspondence**

MGC Mortgage, Inc.
142 North Road, Suite G
Sudbury MA 01776

*MGC Mortgage, Inc. requires evidence of property insurance with "MGC Mortgage, Inc." named in the mortgagee clause

## PAYMENT INFORMATION

Write your loan number on your check or money order and mail it with the bottom portion of the statement. We cannot accept wire transfers, credit cards or cash payments. Partial payments if not specified will be applied to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your note.

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. You will not receive your check back from your financial institution.

## FEE SCHEDULE

Pay by Phone (1st - 10th): $15.00
Fax Fee: $25.00
Interim Escrow Analysis Statement: $15.00
Duplicate Annual Statement: $5.00

Pay by Phone (11th - EOM): $20.00
Loan History: $5.00
Duplicate Monthly Statement: $3.00
Fees subject to change without notice.

## CHANGE OF INFORMATION

Please notify us of any change by checking the appropriate line below.

_____ Mailing Address Change
_____ Telephone Number Change
_____ Legal Name Change *
_____ Death of Mortgagor **

* If there has been a legal name change by marriage or divorce, please send a copy of the court document evidencing the change.

** If either mortgagor is now deceased, please send a copy of the death certificate and name, address and phone # of the Executor or other person we may contact concerning this acct.

Name: _____

Name: _____

New Address: _____

Telephone Home ( ) _____    Work ( ) _____

~ !222449 000001585 09G895-G92¹466

Tuli Wohl
1321 E Luke Ave
Phoenix AZ 85014-2320

## TRANSACTION DETAIL LISTING

| TRN CODE | POST DATE | DUE DATE | TRANSACTION AMOUNT | INTEREST PAID | PRINCIPAL PAID | ESCROW/ IMP-PAID | LATE CHARGE | OPT-INS CONST-BAL | UNAPPLIED FUNDS |
|---|---|---|---|---|---|---|---|---|---|
| SR | 11/13/08 | 04/01/08 | 1202.95 | 0.00 | 0.00 | 1202.95 | 0.00 | 0.00 | 0.00 |
| PP | 11/15/08 | 05/01/08 | 4000.00 | 3857.59 | 142.41 | 534.61 | 13.66 | 0.00 | 0.00 |
| PP | 11/15/08 | 06/01/08 | 4000.00 | 3806.59 | 149.41 | 534.61 | 13.66 | 0.00 | 0.00 |
| PR9 | 11/17/08 | 05/01/08 | -4000.00 | 3857.59 | 142.41 | -534.61 | -13.66 | 0.00 | 0.00 |
| PR9 | 11/17/08 | 04/01/08 | -4000.00 | 3806.59 | 149.41 | -534.61 | -13.66 | 0.00 | 8000.00 |
| SR | 11/17/08 | 04/01/08 | 8000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| P5 | 11/18/08 | 04/01/08 | 12.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.32 |
| SP | 11/18/08 | 04/01/08 | 12.81 | 0.00 | 0.00 | 534.61 | 0.00 | 0.00 | -3986.34 |
| PA | 11/25/08 | 05/01/08 | 12.81 | 3998.83 | 55.76 | 534.61 | 0.00 | 0.00 | -3986.34 |
| PA | 11/25/08 | 06/01/08 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RE | 11/25/08 | 06/01/08 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.32 |
| SP | 11/25/08 | 06/01/08 | 12.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M9X | 12/30/08 | 06/01/08 | -12.81 | 0.00 | 0.00 | -12.81 | 0.00 | 0.00 | 0.00 |
| M20 | 12/30/08 | 06/01/08 | -3997.17 | 0.00 | 0.00 | -3997.17 | 0.00 | 0.00 | 0.00 |

# TRANSACTIONS CODE DEFINITIONS

AA - Administrative Adjustment
AMC - Contractual Change to Rate, Term. or Payment
      on ARM loan
AP - Regular Mortgage Payment
AS - Assumption
CA - Construction Adjustment
CD - Construction Disbursement
CO - Carryover Interest Deductible in Future Tax Years
CP - Capitalization of Interest
CR - Construction Receipt
CRL/CRP - Curtailment Reversal Posted Automatically
CT/CTA/CWA/CWP - Additional payment to Principal
CTR- Reverse Additional Payment to Principal
ED - Payment Made from Escrow
EI/EIL/EIP/EIS - Interest on Escrow Paid on Account

E00 - E09 - Escrow Refund to Mortgagor
E10 - E29 - Insurance Premium Paid
E40 - E49 - Private Mortgage Insurance Paid
E50 - E59 - FHA Mortgage Insurance Paid
E60 - E89 - Miscellaneous Payment Made from Escrow
E90 - E99 - Real Estate Taxes Paid
FB - Fee Billed to Mortgagor
FC - Foreclosure
FE - Fee Paid by Mortgagor
FEA - Fee Payment Posted Through Autopost
FP - Fee Payment Collected but not Billed
FR - Reversal of Fee Paid by Mortgagor
FS/FW - Foreclosure
FWA/FWP - Collection of Billed Fee
FWV - Fee Payment Reversed or Waived

GP - Government Subsidy Payment
LCW - Late Charge Waived
M00 - M99 - Same as E00 - E99
PA - Regular Mortgage Payment
PF/PFL - Payoff of Mortgage Loan
PP - Partial Payment
PR/PRL/PRP/PRN - Payment has been Reversed
RP - Regular Mortgage Payment
R00 - R99 - Receipt to Escrow Balance
SR SRA SRL/SWA/SWP - Application to Account
SRB - Buydown Balance Adjustment
SV - Service Release
TC - Curtailment Involving Prepaid Principal
UF - Unapplied Funds
UI - Uncollected Items
UN - Unknown

# WESTERN UNION

**Customer Receipt/Recibo del Cliente**    www.westernunion.com

```
SOUTHWEST CK CASHING #150          Oper ID: 101   Quick Collect
5344 NORTH 12TH STREET             09/04/2008
PHOENIX AZ 85014                   1150P EDT       MTCN: 193-174-8488

Sender/Remitente: TULI MOLINA WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 742724213
Total WU Card Points/Total puntos en tarjeta WU        : 15
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5
```

Amount/Cantidad:   $ 4000.00
Cargos:
Service/Servicio:    12.99
Total:             $ 4012.99

**WESTERN UNION**

ADD PHONE TIME!! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS, CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.          DROCTSHT8 (07/07)

## To Send A Payment via Quick Collect
*Para enviar un pago por Quick Collect*

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

WESTERN UNION GOLD OR
PREFERRED CARD NUMBER

**AGENT USE ONLY**

Transfer Control Number

`9 3 1 7 4 8 4 8 8`

### 1   PAYMENT INFORMATION          INFORMACION DEL PAGO

$ **4000.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

When sending $1,000 or more, you must provide identification and additional information.
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

Pay to
Páguese a    **LITTON MORTGAGE**
Company Name/Nombre De La Compañía

Attention
Atención    **001 904 1359**

Reference Number
Número de Referencia

Code City
Código de Ciudad    **LITTON**          Estado
State **TX**

### 2   SENDER INFORMATION          INFORMACION DEL REMITENTE

Sender's Name
Nombre del remitente    **TULI MOLINA WOHL**
First Name/Primer Nombre          Last Name/Apellido Paterno

Account Number With Company
Número de cuenta con la compañía

Telephone
Teléfono    **(602) 465-3331**

Address
Dirección    **1321 E. Luke Ave**
Street/Calle y número

**Phoenix**        **Az.**        **85014**
City/Ciudad          State/Estado        Zip/Código Postal

### 3   CONSUMER SIGNATURE          FIRMA DEL CLIENTE

*Tuli Molina Wohl*

**"IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**"ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

QFMQCDOMB (12/06)



Southwest Check Cashing #160
5      12th Street
           84014
(00212)n 4800
    8:20:37 PM

ID: 156 006         ID: 017

W. Xunit   #1931748480    $4,000.00
Fees                        $12.99
Subtotal                 $4,012.99
Tax                          $0.00
Total                         .99
Tendered              ($4,702.00)
Change                      $2.01

       9/04/08
      Sat  8am-9pm
Loan   app  LL6700000 006
Thank you for choosing
Southwest Check Cashing

The full version of our
privacy policy is a
upon request, posted in
store, and available at
www.southwestcheckcashing.com.
If you prefer that we not
disclose nonpublic per
information to nona
third parties, you may opt out

# WESTERN UNION

Customer Receipt / Recibo del Cliente                    www.westernunion.com

SOUTHWEST CK CASHING #150          Oper ID: 100    Quick Collect
5344 NORTH 12TH STREET             08/01/2008
PHOENIX AZ 85014                   603P EDT      MTCN: 541-703-6022

**Sender/Remitente:** TULI MOLINA WOHL
**Receiver/Destinatario:** LITTON MORTGAGE

**Code City/Codigo de la ciudad:** LITTON TX
**Account #/Numero de cuenta:** 0019041359
**Reference #/Numero de referencia:**
**Attn/Atencion:**

Western Union Card Number / Numero de Tarjeta 742724213
Total WU Card Points/Total puntos en tarjeta WU        : 10
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 10

Amount/Cantidad:    $ 4000.00
Charge/Cargos:
Service/Servicio:      12.99
Total:              $ 4012.99

CONGRATULATIONS! YOU JUST ACTIVATED YOUR GOLD CARD REWARDS ACCOUNT! Your
Welcome Kit and card will arrive in 4-5 weeks! Use your Gold Card to save
time on transactions AND earn phone time and valuable Reward Points!

Agent Signature /                          Customer Signature /
Firma del Agente                           Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVÍO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.                    DRCCTSHTB (07/07)

## To Send A Payment via Quick Collect
### Para enviar un pago por Quick Collect

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union

**AGENT USE ONLY**

Additional consumer informa ion on the back of this page.

**Money Transfer Control Number**
Número de control de transferencia

## 1 PAYMENT INFORMATION / INFORMACIÓN DEL PAGO

**$4000.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

When sending $1,000 or more, you must provide identification and additional information.
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to:** / Páguese a
Company Name/Nombre De La Compañía: LITTON MORTGAGE

**Attention:** / Atención: 0019041359

**Reference Number:** / Número de Referencia:

**Code City** / Código de Ciudad: Litton       **State** / Estado: TX

Amount

Amount

$4000

## 2 SENDER INFORMATION / INFORMACIÓN DEL REMITENTE

**Sender's Name** / Nombre del remitente:
First Name/Primer Nombre: Juli Molina      Last Name/Apellido Paterno: Wohl

**Account Number With Company** / Número de cuenta con la compañía

**Telephone** / Teléfono: (602) 465-3331

**Address** / Dirección: 1321 E. Luke Ave
Street/Calle y número

**City/Ciudad:** Phoenix      **State/Estado:** AZ      **Zip/Código Postal:** 85014

## 3 CONSUMER SIGNATURE / FIRMA DEL CLIENTE

Juli Molina

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)

72059



Printed:  06/01/07
Southwest Check Cashing #150
5344 N. 12th Street
Phoenix, az 85014
(602)268-4600
8/1/2008   4:06 PM

SID : 150-0081842                TID : Y25

WTS Control #541-703-6022      $4,000.00
Fees                              $12.99
Subtotal                       $4,012.99
Tax                                $0.00
Total                          $4,012.99
Tendered                     ($4,013.00)
Change                             $0.01

Printed0       8/01/08
Open Mon - Sat: 8am-9pm, Sun:
10am - 6pm  CC#700000 006
Thank you for choosing
Southwest Check Cashing

The full version of our
privacy policy is available
upon request, posted in every
store, and available at
www.southwestcheckcashing.com.
If you prefer that we not
disclose nonpublic personal
information to nonaffiliated
third parties, you may opt out

# WESTERN UNION

**Customer Receipt / Recibo del Cliente**          www.westernunion.com

---

SOUTHWEST CK CASHING #150          Oper ID: 101   Quick Collect
5344 NORTH 12TH STREET             06/16/2008
PHOENIX AZ 85014                   715P EDT     MTCN: 148-522-0739

Sender/Remitente: TULI MOLINA WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 763815095


                               Amount/Cantidad:     $ 4000.00
                               Charge(s)/Cargos:
                               Service/Servicio:       12.99
                               Total/Total:         $ 4012.99

---

Extra cash from your tax rebate? 3 great ways to send & SAVE 50% on one US
to US Money in Minutes, Next Day, or Direct to Bank transfer. One discount
per transfer. No cash value. Use code J5353-126645241. Expires 07/31/08.
*****************************************************************************
YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! Activate the Card by
using your Card Number listed above again to begin earning valuable rewards!

---

Agent Signature /                          Customer Signature /
Firma del Agente                           Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.  SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE  CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.                    DRCCTSHTB (07/07)

# To Send A Payment via Quick Collect

## Para enviar un pago por Quick Collect

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de la Tarjeta Gold o Preferred de Western Union

**AGENT USE ONLY**
Sólo para uso del Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de esta página.

**Money Transfer Control Number**
Número de control de transferencia

`1 7 1 8 5 2 2 0 7 3 9`

## 1 PAYMENT INFORMATION — INFORMACIÓN DEL PAGO

**$4,000.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to** / Páguese a: LITTON MORTGAGE
**Company Name/Nombre De La Compañía**

**Attention:** / Atención: 00?904 1359

**Reference Number:** / Número de Referencia:

**Code City** / Código de Ciudad: LITTON
**State** / Estado: TX

| Date | | |
|---|---|---|
| Amount | $ | 4000 |
| Transfer Fee | $ | |
| Total | $ | |
| Total Amount Collected | $ | |

**Agent Signature** / Firma del Agente

## 2 SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

**Sender's Name** / Nombre del remitente: Juli MOLINA WOHL
First Name/Primer Nombre   Last Name/Apellido Paterno

**Account Number With Company** / Número de cuenta con la compañía:

**Telephone** / Teléfono: (602) 465-3331

**Address** / Dirección: 1321 E. Luke Ave
Street/Calle y número

**City/Ciudad:** Phoenix   **State/Estado:** Az   **Zip/Código Postal:** 8504

## 3 CONSUMER SIGNATURE — FIRMA DEL CLIENTE

*Juli Molina Wohl*

"IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

"ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)



Phone Log 1-800-884-0381

========

Southwest Check Cashing #150
5344 N. 12th Street
Phoenix, az 85014
(602)266-4600
6/16/2008 8am:10 p
SID : 150-0076226                    TID : y26

NTS Control #148-522-0739 -   $4,000.00
Fees                              $12.99
SubTotal                       $4,012.99
Tax                                $0.00
Total                          $4,012.99
Tendered                      ($4,013.00)
Change                             $0.01

Printed0      :6/16/07
Open Mon - Sat: 8am-9pm, Sun:
10am - 6pm  CC#700000.006
Thank you for choosing
Southwest Check Cashing

The full version of our
privacy policy is available
upon request, posted in every
store, and available at
www.southwestcheckcashing.com.
If you prefer that we not
disclose nonpublic personal
information to nonaffiliated
third parties, you may opt out.

# WESTERN UNION

**Customer Receipt/Recibo del Cliente**          www.westernunion.com

SOUTHWEST CK CASHING #150          Oper ID: 101   Quick Collect
5344 NORTH 12TH STREET             04/03/2008
PHOENIX AZ 85014                   1207A EDT    MTCN: 181-375-8078

Sender/Remitente: TULI MOLINA WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 742735434

Amount/Cantidad:      $ 4000.00

Charge/Cargos:
Service/Servicio:          12.95
Total/Total:          $ 4012.95

YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your
Rewards Card just use the Card Number listed above again. Once you do, we
will send your Card in the mail and you'll begin earning valuable rewards!

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.          DRCCTSHTB (07/07)

# To Send A Payment via Quick Collect
## Para enviar un pago por Quick Collect

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union

**AGENT USE ONLY**
Sólo para uso del Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de esta hoja.

**Money Transfer Control Number**
Número de control de transferencia

`1 8 1 3 7 5 8 0 7 8`

## 1 PAYMENT INFORMATION · INFORMACIÓN DEL PAGO

**$ 4,000.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to** / Páguese a
**Company Name/Nombre De La Compañía**
LITTON MORTGAGE

**Attention:** / Atención:
0019041359

**Reference Number:** / Número de Referencia:

**Code City** / Código de Ciudad
LITTON

**State** / Estado: TX

| | | |
|---|---|---|
| Date / Fecha | Time / Hora | |
| Amount / Cantidad | $ | |
| Transfer Fee / Cargo por transferencia | $ | |
| Tax / Impuesto | $ | |
| Total Amount Collected / Cantidad total cobrada | $ | |
| Rate of Exchange / Tipo de Cambio | Amount to Receiver / Cantidad a recibir | |

**Agent Signature** / Firma del Agente

## 2 SENDER INFORMATION · INFORMACIÓN DEL REMITENTE

**Sender's Name** / Nombre del remitente
Tuli MOLINA WOHL
**First Name/Primer Nombre** **Last Name/Apellido Paterno**

**Account Number With Company** / Número de cuenta con la compañía

**Telephone** / Teléfono
602 465-3331

**Address** / Dirección
1321 E. Luke Ave
**Street/Calle y número**

Phoenix          AZ          85014
**City/Ciudad**     **State/Estado**     **Zip/Código Postal**

## 3 CONSUMER SIGNATURE · FIRMA DEL CLIENTE

Tuli Molina Wohl

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)

## To Send A Payment via Quick Collect®
*Para enviar un pago por Quick Collect®*

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION® GOLD OR PREFERRED CARD NUMBER**
*Número de la tarjeta Gold o Preferred de Western Union®*

**AGENT USE ONLY**
*Sólo para uso del Agente*
Additional consumer information on the back of this page.
*Información adicional para el cliente al reverso de la hoja.*

**1  PAYMENT INFORMATION**  INFORMACIÓN DEL PAGO

**$4,000.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

When sending $1,000 or more, you must provide identification and additional information.
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to** *Páguese a*  LITTON MORTGAGE
**Company Name/Nombre De La Compañía**

**Attention:** *Atención:*  0019041359

**Reference Number:** *Número de Referencia:*

**Code City** *Código de Ciudad*  LITTON

**State** *Estado*  TX

**Money Transfer Control Number**
*Número de control de la transferencia*

8 6 4 5 2 2 5 6 0

**Date** *Fecha*  4-2-08   **Time** *Hora*  9:02 pm

**Amount** *Cantidad*  $ 4000.00

**Transfer Fee** *Cargo por la transferencia*  $ 12.95

**Tax** *Impuesto*  $

**Total Amount Collected** *Cantidad total cobrada*  $4012.95

**Rate of Exchange\*** *Tipo de cambio\**     **Amount to be Paid** *Cantidad a pagar*

**Agent's Signature** *Firma del agente*

**2  SENDER INFORMATION**  INFORMACIÓN DEL REMITENTE

**Sender's Name** *Nombre del remitente*  Tuli  MOLINA
First Name/Primer Nombre    Last Name/Apellido Paterno

**Account Number With Company** *Número de cuenta con la compañía*  0019041359

**Telephone** *Teléfono*  (602) 465-3331

**Address** *Dirección*  1321 E. Luke Ave
Street/Calle y número

Phoenix   AZ   85014
City/Ciudad   State/Estado   Zip/Código Postal

**3  CONSUMER SIGNATURE**  FIRMA DEL CLIENTE

Tuli Molina Wohl

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)

# WESTERN UNION

**Customer Receipt/Recibo del Cliente**                www.westernunion.com

SOUTHWEST CK CASHING #150            Oper ID: 101   Quick Collect
5344 NORTH 12TH STREET               04/02/2008
PHOENIX AZ 85014                     1158P EDT      MTCN: 864-522-5660

Sender/Remitente: TULI MOLINA WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 742724213


                          Amount/Cantidad:    $ 4000.00
                          Charges/Cargos:
                          Service/Servicio:      12.95
                          Total/Total:        $ 4012.95


YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your
Rewards Card just use the Card Number listed above again. Once you do, we
will send your Card in the mail and you'll begin earning valuable rewards!


Agent Signature /                    Customer Signature /
Firma del Agente                     Firma del Cliente



IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07)



```
14:
Total                    $4,012.95
Tendered               ($4,013.00)
Change                      $0.05
- - - - - - - - - - - - - - - - - - - -

Printed on    14/01/08
```

# WESTERN UNION ‖

**Customer Receipt / Recibo del Cliente**

www.westernunion.com

SOUTHWEST CK CASHING #150
5344 NORTH 12TH STREET
PHOENIX AZ 85014

Oper ID: 100   Quick Collect
02/22/2008
826P EST      MTCN: 189-878-9294

Sender/Remitente: TULI WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 714420219
Total WU Card Points/Total puntos en tarjeta WU      : 10
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 10

| | |
|---|---|
| Amount/Cantidad: | $ 4000.00 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 12.95 |
| Total/Total: | $ 4012.95 |

CONGRATULATIONS! YOU JUST ACTIVATED YOUR GOLD CARD REWARDS ACCOUNT! Your
Welcome Kit and Card will arrive in 4-5 weeks. Use your Gold Card to save
time on transactions AND earn phone time and valuable Reward Points!

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 451942354270.



© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (07/07)

# To Send A Payment via Quick Collect®
## Para enviar un pago por Quick Collect®

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

## WESTERN UNION® GOLD OR PREFERRED CARD NUMBER
Número de la tarjeta Gold o Preferred de Western Union®

`714420219`

## 1 PAYMENT INFORMATION — INFORMACIÓN DEL PAGO

**$ 4000.00**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

When sending $1,000 or more, you must provide identification and additional information.
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to / Póguese a** — Litton Mortgage
Company Name/Nombre De La Compañía

**Attention: / Atención:** — CORP 041359

**Reference Number: / Número de Referencia:**

**Code City / Código de Ciudad** — Litton

**State / Estado** — Tx

### AGENT USE ONLY
Sólo para uso del Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

**Money Transfer Control Number**
Número de control de transferencia

| Date / Fecha | | Time / Hora |
| Amount / Cantidad | | $ |
| Transfer Fee / Cargo por la transferencia | | $ |
| Tax / Impuesto | | $ |
| Total Amount Collected / Cantidad total recaudada | | $ |
| Rate of Exchange / Tipo de cambio* | Amount to be Paid* / Cantidad a pagar* |

**Agent's Signature**
Firma del agente

## 2 SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

**Sender's Name / Nombre del remitente** — Tuli — Molina R.H
First Name/Primer Nombre — Last Name/Apellido Paterno

**Account Number With Company / Número de cuenta con la compañía**

**Telephone / Teléfono** — (602) 465-3331

**Address / Dirección** — 1301 E Lake Ave
Street/Calle y número

**City/Ciudad** — Phoen — AZ — 85014
State/Estado — Zip/Código Postal

## 3 CONSUMER SIGNATURE — FIRMA DEL CLIENTE

*Tuli Molina Wood* (signature)

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

QFMQCDOMB (12/05)



Southwest _____
5644 N. ___ Street
Phoenix ____

STR ___ 0069744    2/22/2008 6:28:51 P
TID : Y25

WTS Contract #188 ___ ___
Fees                    $4,000.00
Subtotal                   $12.95
Tax                     $4,012.95
Total                       $0.00
Tendered                $4,012.95
                       ($4,012.95)

Print___
___
10am - ___
Thank you for choosing
Southwest ____ ____

The full version of our
privacy ____
upon request, ____
store, and ____
WWW.Southw___
If you pref___
disclose ____
information to unaffiliated
ird parties, you may opt out

# WESTERN UNION ▌▌

Customer Receipt / Recibo del Cliente                      www.westernunion.com

SOUTHWEST CK CASHING #150        Oper ID: 102    Quick Collect
5344 NORTH 12TH STREET           12/21/2007
PHOENIX AZ 85014                 1113P EST        MTCN: 600-569-9266

Sender/Remitente: TULI WOHL
Receiver/Destinatario: LITTON MORTGAGE

Code City/Codigo de la ciudad: LITTON TX
Account #/Numero de cuenta: 0019041359
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 714420219



Amount/Cantidad:      $ 4500.00
Cargos:
Servicio:        12.95
:        $ 4512.95

YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your
Rewards Card just use the Card Number listed above again. Once you do, we
will send your Card in the mail and you'll begin earning valuable rewards!
TAKE 40% OFF! Valid only for one person to person Money in Minutes transfer
sent from US Agent to Agent in US or Canada. One discount per transfer.
No cash value. Agent Use code J3961-112702337. Expires 01/31/08

Agent Signature /
Firma del Agente _____          Customer Signature /
                                          Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.





© 2004 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (09/7)

# To Send A Payment via Quick Collect
## Para enviar un pago por Quick Collect

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
*Número de la tarjeta Gold o Preferred de Western Union*

**AGENT USE ONLY**
*Sólo para uso del Agente*
Additional consumer information on the back of this page.

**Money Transfer Control Number**
*Número de control de transferencia*

## 1 PAYMENT INFORMATION    INFORMACIÓN DEL PAGO

**$ 4,500.**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

When sending $1,000 or more, you must provide identification and additional information.
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to**
*Páguese a*    LITTON MORTGAGE

**Company Name / Nombre De La Compañía**

**Attention:**
*Atención:*    0019041359

**Reference Number:**
*Número de Referencia:*

**Code City**
*Código de Ciudad*    LITTON    **State** *Estado*  TX

## 2 SENDER INFORMATION    INFORMACIÓN DEL REMITENTE

**Sender's Name**
*Nombre del remitente*    Tuli    MOLINA Wohl

**First Name** *Primer Nombre*    **Last Name** *Apellido Paterno*

**Account Number With Company**
*Número de cuenta con la compañía*

**Telephone**
*Teléfono*    (602) 465-3331

**Address**
*Dirección*    1321 E. Luke Ave.

**Street** *Calle y número*

Phoenix    Az.    85014
**City/Ciudad**    **State** *Estado*    **Zip** *Código Postal*

## 3 CONSUMER SIGNATURE    FIRMA DEL CLIENTE

*Tuli Molina Wohl*

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.*

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE USTED ENVIÓ LA MONEDA, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.*

QFMQCDOMB (12/05)



Southwest Check Cashing #160
344 W. 12th Street
Phoenix, az 85014
(602)266-4600
12/21/2007 3:41:41
SID : 160-0069081          TID : NC2

WTS Control #0005699266     $4,500.00
Fees                          $12.95
SubTotal                   $4,512.95
Tax                            $0.00
Total                      $4,512.95
Tendered                  ($4,513.00)
Change                         $0.05

Printed     12/21/07
Open Mon - Sat: 8am-9pm, Sun:
10am - 6pm   CC#700000 006
Thank you for choosing
Southwest Check Cashing

The full version of our
privacy policy is available
upon request, posted in every
store, and available at
www.southwestcheckcashing.com.
If you prefer that we not
disclose nonpublic personal
information to nonaffiliated
third parties, you may opt out
by calling 1-800-837-0391.

**EXHIBIT 5**

321695

OCTOBER 22, 2009

LOSS DRAFT DEPARTMENT
MGC MORTGAGE, INC.
7195 DALLAS PARKWAY
PLANO, TX 75024                                    OFFICE OF THE ATTORNEY GENERAL

                                                  OCT 2 6 2009
RE: STANLEY D. SHEPARD                            CONSUMER PROTECTION
    320 PEBBLEBROOK LANE                           DALLAS REGIONAL OFFICE
    GLENN HEIGHTS, TX 75154-1851
    LOAN NUMBER: ███████████

Dear Sir or Madam:

The timber in the roof is rotting! I need the immediate release of all funds that I
previously sent you.

Specifically, on or about September 22, 2009, in response to a phone conversation with
Quennester Savage, I mailed a check from my insurance company in the amount of
$6,760.00 to Queenester Savage, MGC, 142 North Road, Suite G, Sudbury MA 01776, in
order to get started on repairing damage I sustained at my house. She informed me that
MGC would deposit the check and send a portion of it back to me so I could get started
on repairing my house. Postal records indicate delivery of the check to MGC on or about
September 25. Ms. Savage requested the following in this phone conversation and in a
subsequent letter: Loss Draft Check from my insurance company; Mortgagor's Affidavit
fully executed and notarized; Contractor's Lien Waiver fully executed and notarized;
Contractor's Estimate/Proposal; and Loss/Adjuster report from my insurance company
(detailed).

I faxed all of the requested information on or about September 28 to 888.350.4601, Ms.
Savage, Loss Draft Administration, MGC c/o PFIC, 200 Kirts Boulevard, Suite 100,
Troy, MI 48084-5258. I later called and confirmed her receipt of this information. She
was unable to confirm receipt of the check that I mailed.

I continue to experience damage to my house due to the dilatory behavior of MGC.
Specifically, (1) on or about September 25 I discussed with Crystal Wilson my efforts to
locate the check I had mailed to MGC. She was not able to help me; (2) on or about
September 28 I spoke with Sandra Graham also in Florence SC about the check. She was
not able to help me so she put me through to Ms. Savage and Carlos. None of them could
locate the check; (3) on or about October 1 I called Ms. Savage. She could not locate the
check; (4) on or about October 2 Renesha Anderson of Assurant /MGC said she could not
help me locate the check because account records wouldn't be update until October 8;

                                      Page 1

(5) on or about October 7 I spoke with Renesha Anderson in Florence SC and she said the records were still not updated therefore, she could not review what had been processed to my account. Sandra Graham called me after I had spoken with Ms. Anderson and informed me that the check was in Plano TX and that I needed to resubmit all documents for loss by way of fax to 843.413.7889. I sent the fax within minutes of this conversation; (6) on or about October 12 I called Ms. Graham to confirm receipt of faxed documents. Ms. Anderson answered the phone and said that Crystal Merrill Greystone Solutions, had sent an e-mail to corporate in Plano regarding the processing of the check so that I could make a first "draw" on the funds. I called Tim McGrath in the Plano corporate office to follow-up on what Ms. Anderson said. He informed me that the "notes" indicated that everything was there and that it would take two to three days for my to receive some funds; (7) on or about October 13 I called Mr. McGrath back and left a message on his phone; (8) on or about October 19 I spoke with Ms. Anderson. She inquired of the Loss Draft Department as to the status of my check. I asked to speak with someone else. Crystal Kirven came on the line and said she would inquire to Plano to see when funds would be released. I called Ms. Kirven later to see what the results were. Vanessa Graves answered the phone. She said she would ask Ms. Kirven what the latest status was; (9) on or about October 20 I spoke with Sonya at MGC – no update. I later called Sandra Graham, Insurance Service Center, Florence SC, she transferred me to Crystal Kirven. Ms Kirven said she would see what happened to the e-mail that Crystal Merrill had previously sent to corporate; (10) on or about October 21 I called Sandra Graham and was transferred to Crystal Kirven. She said she would talk to her boss about my situation. And she felt he would get corporate to move on my funds. I asked her for his name but she declined to give it to me. Ms Kirven called me back and said that I needed to fax the Contractor's Waiver of Lien to 843.413.7119 to her attention. I faxed it within thirty minutes of our conversation. I called later to confirm receipt of the fax. Crystal Wilson informed me that Ms. Kirven was gone for the day. It was 4:19 p.m.; (11) on or about October 22 I called the Insurance Service Center and spoke briefly with Sandra Graham. I asked to speak to Crystal Kirven. Joann Woodberry came on the line and informed me that a check for $2,253.33 was in process for me and that I might receive some time next week because the check had to come from Plano to Florence and then to me.

Since sending the check to MGC this area has had four (4) major rain events. All of which have exacerbated the damage to my property. The timbers are rotting now.

Page 2

Therefore, it is my request that MGC forward the full amount of $6,760.00 to me immediately so that I may begin the repairs desperately needed to my property

Sincerely

Stanley D. Shepard
320 Pebblebrook Lane
Glenn Heights TX 75154-1851
972.223.3915 (home)
469.245.9940 (cell)

CC:  Better Business Bureau of Dallas
      1601 Elm Street Suite 3838
      Dallas TX 75201

      State of Texas
      Office of Attorney General
      400 South Zang Blvd
      Suite 400
      Dallas TX 75208

**EXHIBIT 6**

**Consumer Protection Division**

Complaint Form Report

| | |
|---|---|
| Today's Date: | 08/19/2014 15:36 |
| Complaint: | 333376 |

## Attorney General of Texas
## Greg Abbott

### Consumer's Information:

| | |
|---|---|
| Name: | Fauley, Robynne Ariel Fauley, Robynne Ariel |
| Address: | 12125 S.E. Laughing Water Rd |
| City, State, Zip: | Sandy, OR 97055 |
| County: | |

| | |
|---|---|
| Date Filed: | 9/13/2011 |
| Home Phone: | (503)6952468 |
| Work Phone: | (503)503-381-6937 |
| Age: | 50 to 59 |
| Support documents will be sent: | |
| Staging ID: | 62632 |

### Business or individual complaint is filed against:

| | |
|---|---|
| Business: | MGC Mortgage |
| Address: | 7195 Dallas Parkway |
| City, State, Zip: | Plano, TX 75024 |
| County: | |

| | |
|---|---|
| Phone: | (469)2298521 |
| Contact Person: | , Erica Thomas & Annah Schmidt |
| Website: | www.mgcmortgage.com |
| Email address: | |

| | |
|---|---|
| First Contacted Via: | |
| (other): | |
| Solicitation Other Language: | 6 |
| Where transaction took place: | Dallas |
| (other): | Dallas |
| Transaction Dates: | 9/1/2011 00:00:00 |

| | |
|---|---|
| Contract Signed: | Yes |
| Original Amount: | 320000.000 |
| Amount Paid: | 320000.000 |
| Payment: | Other Payment Method ( |
| Date Of Payment: | |

**Complained to Business:**

**If so, when?**

**Business Response?**

After my senator Ron Wyden wrote them and you too they decided to modify and stop loosing all my paperwork and shifting me from dept to dept. I then have gotten a terribly bad modification that really is not one. I am asking them to work with the presidents making homes affordable program, and they have refused saying its a choice. They are still ripping me off according to a proffesional advisor her in Oregon, and have not really offered me a fair modification loan and it ends in three years, and back to a bad percentage. They need to work with the presidents program. They say its their choice not too.

**Have you contacted another agency or attorney about this complaint?**

**Name and Address of agency or attorney?**

Yes

**What action was taken by this agency or attorney?**

Waiting to hear from them now.

**Description Of Complaint:**

They are disfunctional and dishonest. They can help people stay in their homes, but do not wish too. They are evasive and the loan modification was written really badly after they were forced to do it. They have made sure that huge amounts of fees go their way and have made sure they did not compromise in the least. I have paid for my property in full over the last ten years, but every penny went to interest. I owe more then when I began. I got in a terrible accident last year and have been unable to pay for one year. I start work again in November, and want the modification in place with a reasonable payment. The Log home is rotting and needs alot of work. They need to understand that, they had appraisers come out who avoided documenting it as best as they could. They have a 7.25 interest rate and if I understood this when I purchased, I would have done something other than pay them the all the money for 15 years, I should have had some thing applied to the principle. Did not understand. I have worked and paid alot of money. This just does not seem right.  New laws need to be created so that I did not end up paying three times the purchase price to buy from them. And or they can take it back after its been paid for once, and I have nothing after ten years of payments. Thanks

Robynne Ariel Fauley
12125 S.E Laughing Water Rd
Sandy, Oregon 97055
503 695-2468
Cell 503 695-2468

**RECEIVED**

MAR 17 2010

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
EL PASO REGIONAL OFFICE

TEXA        GENERAL

10    -3 PM 1:54

COL        AUSTIN

February 22, 2010

Dear Senator Ron Wyden,

    I have wanted to write you for some time now and ask for your help. I believe my mortgage company MGC, is very dishonest and maybe even corrupt, from what I have found after some research and checking on the internet. I have noticed that many many other people are having the same experiences that I am having.

    I had my home loan sold about four times in the last ten years. Litton Loan, sold it last, to MGC, who sent a letter in November of "08" and stated all payments would now be made to them. Litton was another mess of a company that left my loan in an unacceptable and unresolved mess as well. I was unable to copies of any payment histories or tax payments from them after months and months of requests, when they said now just talk to MCG.

    I have been requesting payment history and tax history with MCG, once a month since December of 2008. I have been switched from department to department to department. I have been assigned different people by name who promised that they would now resolve with me, and then been passed on again to people who knew nothing of what I was speaking of and would get the paperwork and get back to me, and of course I then received no response unless I called.

    I asked not only for these past and present payment histories but why my taxes were not being paid in a timely manner. They were receiving extra money on my monthly payment plan for this purpose. They said they would pay the late fees, I still do not know what is going on.

    I am in Chapter 13, and have made my payments on time since it began. They did not pay my payments for almost the first year, and it took me six months of calling constantly to find out why not, and then to get them applied to my payment plan took two more months of calling. I have called in my monthly payment as I have for the last few years on the 9th of each month, and they did not apply a payment recently, telling me I did not have enough money in my account and I asked them if they wanted my bank statement to prove it was there. This took three weeks of phone calls again for them to apply my payment two months later. They just refuse still to date to get me the tax paperwork that they have promised they were sending in the mail at least six to seven different occasions.

    I began calling regularly in July of "08" to get a loan modification with MGC, and straighten out a ($18,000.00 add on debit) to my (Chapter 13). I had a $ 25,000.00 difference that was agreed to be held to the end of the chapter 13. I just wanted to know where all the extra $ 18,000.00 came from. I still to this date 02-10 do not know. I asked to place the $25,000.00 at the end of the loan and end the chapter 13. I still want to do

Robynne Ariel Fauley
12125 S.E Laughing Water Rd
Sandy, Oregon 97055
503 695-2468
Cell 503 695-2468

this. I know this an acceptable practice. I also want to know where any late fees come from when I pay everything on time and they are the ones who do not pay my taxes.

When the chapter 13 was granted by my trustee Brian Lynch of Portland Oregon, I was told I was to modify the loan. I have been ready to do this with them since July "08" and through out this whole declining economy with them.

In July they told me they could not do this legally, I had my bankruptcy attorney George Hoselton call them over and over and finally he told them they legally could. They sent me the paperwork, I sent them my bank statements, divorce papers, hardship letters, and Social Security number. In fact it was sent on six occasions, three faxed, and two hard copies mailed, five of which have not been located yet. This is very upsetting to me. The last one sent directly to "Rita Everett" my latest contact, who could not find it for days and then promised to get back to me each month on it for the last four months, with no follow up. She also has promised my tax information to me about four times. My contacts, have switched me from dept. to dept. and then handed me on to a new person non stop throughout out this whole process. I have had about five long or short term different contacts, and then suddenly I was shifted to another state completely. It bothers me that my information is still floating around somewhere with a group that is so irresponsible.

I should have been able to obtain some sort of modification on my home that was once worth $ 600,000.00 and is now worth $ 445,000.00.  With the out standing balance, and second loan, I have had two relators come this last few months to discuss sales and have now told me that once everything is paid, I walk away with nothing. Zero. I cannot afford the over inflated 7.2 percent on the property. And I cannot sell it having nothing to start over with and having put alot of money into it. I have paid  $ 2,229.27 since the year 2000 and not one penny has gone to anything other then interest. My new payment is $ 2,553.10 since the bankruptcy.  I am now recently divorced and my business is getting hit so incredibly hard with taxes and the economy, I have gone without heat and sometimes basic needs these last two winters to pay my payment on time and not loose the home completely, with no place to live and family in the same boat I have tried hard to work longer hours to the point of exhaustion.. I can rent and try to keep it at this point, but I cannot make any decisions until they get me some paperwork and a chance at understanding what is happening so I can go forward wisely at this point. If they would co operate and modify I could rent out part of my home and keep working and have a home.

I am so frustrated with them. They have done nothing but shuffle me around in circles ignore my never ending phone calls and requests, and not comply with anything I seem to need over and over and over and over and over and over. Its been  almost 17 months of calling them constantly and getting the run around. I do not know why I have been

Robynne Ariel Fauley
12125 S.E Laughing Water Rd
Sandy, Oregon 97055
503 695-2468
Cell 503 695-2468

this patient this long. I started calling on the modification in July of 2009, that makes that

multiple phone calls, calling week after week, for eight months. That is alot of time and energy spent. Not to mention that my lawyer told them they were wrong, that I could modify during a Chapter 13 when they finally, called me and told me I could not.

Please help me, I do not want to continue in this pattern with them. They need to produce paperwork and explanations. I noticed on the web when I put MGC in, I found that many people had complained to the Attorney General in Texas and I noted that it was stated online that the Attorney General did not seem to care. I am going to send a copy of this letter to him as well.

I volunteer as a prison chaplain for the last 15 years here in Oregon and work part time with street people and I care about my community. I hope that my community cares about me as well.

Thank so much for your time in this matter. If you need any names or further information on this matter, I will provide this for you. I have kept careful records of the names and ongoing dates of this fiasco.


Robynne Ariel Fauley


MGC Mortgage Ince
142 North Road, Suite G
Sudbury MA 01776

1- 866- 842- 4185

Loan # ▮▮▮▮▮▮▮

Rita Everette  1- 469- 229-8645
Most recent correspondent.

12-12020-mg    Doc 10504    Filed 04/02/18    Entered 04/04/18 15:36:16    Main Document
Case 3:15-cv-00703-B    Document 32-1    Filed 05/27/15    Page 143 of 151    Page ID 1099

333376

ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

10 MAR -8 PM 1:54

RECEIVED
MA    2010

OFFICE OF TH
CONSUMER P
EL PASO REG

March 5, 2010

Ms. Robynne A. Fauley
12125 SE Laughing Water Rd
Sandy, OR 97055

Dear Ms. Fauley:

Thank you for your recent letter. We appreciate your contacting the Office of the Texas Attorney General.

Your letter has been forwarded to our Consumer Protection Division (CPD) for review. CPD monitors business practices and determines priorities for enforcement. When appropriate, CPD takes action to stop violations of Texas consumer protection laws. We appreciate your assistance in this effort.

You may wish to contact the Texas Department of Savings and Mortgage Lending (SML) with concerns about state savings banks, mortgage brokers or mortgage bankers. You can contact that agency at:

Texas Department of Savings and Mortgage Lending
2601 North Lamar, Suite 201
Austin, TX 78705
(512) 475-1350

The Federal Trade Commission (FTC) also accepts mortgage complaints in most cases regardless of the type of lending institution. This includes complaints concerning most non-bank lenders such as mortgage and finance companies and state credit unions. The FTC can be reached at:

Federal Trade Commission
CRC-240
Washington, DC 20580
(877) FTC-HELP (382-4357)

You may also wish to contact the U.S. Department of Housing and Urban Development (HUD) to share your concerns. This federal agency enforces the federal Real Estate Settlement Procedures Act (RESPA). You can reach this agency as follows:

Director, Office of RESPA and Interstate Land Sales
US Department of Housing and Urban Development
Room 9154
451 7th Street, SW
Washington, DC 20410-8000
(202) 708-0502

In addition, homeowners with problems that could result in mortgage default or foreclosure on their property should consider contacting a HUD-approved housing counseling agency at (800) 569-4287. The Homeownership Preservation Foundation also provides foreclosure information and counseling at (888)995-HOPE (4673) or www.995hope.org.

Finally, you may wish to continue working with your bankruptcy attorney regarding this matter.

Again, thank you for writing. Please feel free to contact the Office of the Attorney General if we may be of further assistance.

Sincerely,

Brenda Vernon
Public Information & Assistance
Office of the Attorney General of Texas

**EXHIBIT 7**

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | | OMB No. 1545-0901 | |
|---|---|---|---|
| MGC MORTGAGE, INC.<br>142 NORTH ROAD, SUITE C<br>SUDBURY, MA 01776<br><br>(866) 842-4185 | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | 20**08**<br>Form **1098** | **Mortgage Interest Statement** |

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$            6796.44 | Copy B<br>For Payer |
|---|---|---|---|
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code<br><br>Tuli Wohl<br>1321 E Luke Ave<br>Phoenix, AZ 85014-2320 | | 2 Points paid on purchase of principal residence (See Box 2 on back)<br>$            0.00 | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| | | 3 Refund of overpaid interest (See Box 3 on back.)<br>$            0.00 | |
| | | 4 Mortgage Insurance Premiums<br>$            0.00 | |
| | | Account number (see instructions)<br>0017102903 | |
| 5 | | | |

Form **1098**    •  0222449 000001555 09C855-0921455          Keep for your records          Department of the Treasury - Internal Revenue Service

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 474196.70 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 |
| AMOUNT PAID | 107.02 | AMOUNT PAID | 81.96 | AMOUNT PAID | 2272.17 | DISBURSEMENTS | 0.00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | 0.00 | AMOUNT DISBURSED | 0.00 | AMOUNT DISBURSED | -4858.94 | ADJUSTMENTS | 0.00 |
| AMOUNT DISBURSED | 0.00 | | | ESCROW INTEREST | 0.00 | | |
| ENDING BALANCE | 474089.68 | ENDING BALANCE | 81.96 | ENDING BALANCE | -2586.77 | ENDING BALANCE | 0.00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 6796.44 | BEGINNING BALANCE | 0.00 | REAL ESTATE TAXES DISBURSED | 1501.77 | | |
| PLUS INTEREST NOT ALLOWED PRIOR YEARS | 0.00 | | | | | | |
| LESS INTEREST SUBSIDY BUYDOWN | 0.00 | ADDED INTEREST SHORTAGE | 0.00 | INSURANCE | 3357.17 | LATE CHARGES DUE BUT UNPAID | 2408.12 |
| LESS INTEREST SHORTAGE | 0.00 | | | | | | |
| LESS PREPAID INTEREST NOT ALLOWED PLUS INT | 0.00 | LESS INTEREST SHORTAGE REPAID | 0.00 | | | LIFE AND/OR DISABILITY | 0.00 |
| PLUS INTEREST SHORTAGE PAID | 0.00 | | | | | | |
| LATE CHARGES PAID | 0.00 | ENDING BALANCE | 0.00 | MIP/PMI | 0.00 | | |
| NET INTEREST PAID | 6796.44 | | | | | | |
| MORTGAGE POINTS PAID | 0.00 | | | ESCROW REFUND | 0.00 | | |
| REFUND OF DEFERRED INTEREST | 0.00 | | | MISCELLANEOUS | 0.00 | | |

## PAYMENT CALCULATION

| PRINCIPAL INTEREST | ESCROW IMPOUND | CREDIT INSURANCE | SERVICE CHARGE | REPLACEMENT RESERVE | MISCELLANEOUS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| 3451.73 | 534.61 | 0.00 | 0.00 | 0.00 | 0.00 | 3986.34 |

### SEE BACK SIDE FOR IMPORTANT INFORMATION





Tull Wont
1321 E Luke Ave
Phoenix AZ 85014-2320

| | | | | |
|---|---|---|---|---|
| | 3 Refund of overpaid interest (see Box 9 on back) | | Other penalty may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. | |
| | $ | 0.00 | | |
| | 4 Mortgage Insurance Premiums | | | |
| | $ | 0.00 | | |
| | Account number see instructions | | | |
| | 0017102903 | | | |
| $ | | | | |

Form **1098**    D22244S D0000159S 09C899-092148S    Keep for your records    Department of the Treasury - Internal Revenue Service

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 474196.70 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 |
| AMOUNT PAID | 107.02 | AMOUNT PAID | 81.96 | AMOUNT PAID | 2272.17 | DISBURSEMENTS | 0.00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | 0.00 | AMOUNT DISBURSED | 0.00 | AMOUNT DISBURSED | -4858.94 | ADJUSTMENTS | 0.00 |
| AMOUNT DISBURSED | 0.00 | | | ESCROW INTEREST | | | |
| ENDING BALANCE | 474089.68 | ENDING BALANCE | 81.96 | ENDING BALANCE | -2586.77 | ENDING BALANCE | 0.00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 6796.44 | BEGINNING BALANCE | 0.00 | REAL ESTATE TAXES DISBURSED | 1501.77 | | |
| PLUS PREPAID INT. NOT ALLOWED PRIOR YEARS | 0.00 | | | | | | |
| LESS INTEREST SUBSIDY/BUYDOWN | 0.00 | ADDED INTEREST SHORTAGE | 0.00 | INSURANCE | 3357.17 | LATE CHARGES DUE BUT UNPAID | 2408.12 |
| LESS INTEREST SHORTAGE | 0.00 | | | | | | |
| LESS PREPAID INTEREST NOT ALLOWED PLUS YR | 0.00 | LESS INTEREST SHORTAGE PREPAID | 0.00 | | | LIFE AND/OR DISABILITY | 0.00 |
| PLUS INTEREST SHORTAGE PAID | 0.00 | | | | | | |
| LATE CHARGES PAID | 0.00 | ENDING BALANCE | 0.00 | MIP/PMI | 0.00 | | |
| NET INTEREST PAID | 6796.44 | | | | | | |
| MORTGAGE POINTS PAID | 0.00 | | | ESCROW REFUND | 0.00 | | |
| REFUND OF OVERPAID INTEREST | 0.00 | | | MISCELLANEOUS | 0.00 | | |

## PAYMENT CALCULATION

| PRINCIPAL - INTEREST | ESCROW AMOUNT | CREDIT INSURANCE | SERVICE CHARGE | REPLACEMENT RESERVE | MISCELLANEOUS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| 3451.73 | 534.61 | 0.00 | 0.00 | 0.00 | 0.00 | 3986.34 |

**SEE BACK SIDE FOR IMPORTANT INFORMATION**

AF8336 Rev 7 81/87



Account Number: 0017102903

Our records show your Social Security Number or Tax ID Number as: 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
If this information is correct, NO response is necessary. If the number shown is incorrect or
if no number is showing. Please complete the reverse side of this form. detach and mail to:

MGC MORTGAGE, INC.
142 NORTH ROAD, SUITE G
SUDBURY, MA  01776

☐ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **08** Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|

MGC MORTGAGE, INC.
142 NORTH ROAD, SUITE G
SUDBURY, MA  01776

(866) 842-4185

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s) * $          4256.59 | **Copy B** **For Payer** |
|---|---|---|---|

? 

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code

William Lee
Terry Howard
165 Jerry Rd
East Hartford CT 06118-3123

| 2 Points paid on purchase of principal residence (See Box 2 on back.) $          0.00 |
| 3 Refund of overpaid interest (See Box 3 on back.) $          0.00 |
| 4 Mortgage Insurance Premiums $          0.00 |

The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Account number (see instructions)          0000761346

5

Form **1098**    + 0223051 000001742 09G983-0921465          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

---

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 194638.19 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 | BEGINNING BALANCE | 0.00 |
| AMOUNT PAID | 154.91 | AMOUNT PAID | 0.00 | AMOUNT PAID | 1493.80 | DISBURSEMENTS | 0.00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | 0.00 | AMOUNT DISBURSED | 0.00 | AMOUNT DISBURSED | 0.00 | ADJUSTMENTS | 0.00 |
| AMOUNT DISBURSED | 0.00 | | | ESCROW INTEREST | 3.11 | | |
| ENDING BALANCE | 194483.28 | ENDING BALANCE | 0.00 | ENDING BALANCE | 1496.91 | ENDING BALANCE | 0.00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 4256.59 | BEGINNING BALANCE | 0.00 | REAL ESTATE TAXES DISBURSED | 0.00 | | |
| PLUS PREPAID INT. NOT ALLOWED PRIOR YEARS | 0.00 | | | | | LATE CHARGES DUE BUT UNPAID | 1058.76 |
| LESS INTEREST SUBSIDY (BUYDOWN) | 0.00 | ADDED INTEREST SHORTAGE | 0.00 | INSURANCE | 0.00 | | |
| LESS INTEREST SHORTAGE | 0.00 | | | | | LIFE AND/OR DISABILITY | 0.00 |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | 0.00 | LESS INTEREST SHORTAGE PREPAID | 0.00 | | | | |
| PLUS INTEREST SHORTAGE PAID | 0.00 | | | | | | |
| LATE CHARGES PAID | 0.00 | ENDING BALANCE | 0.00 | MIP/PMI | 0.00 | | |
| NET INTEREST PAID | 4256.59 | | | ESCROW | | | |

# EXHIBIT 8

RECIPIENT'S/LENDER'S name, street address, city, state, and ZIP code

MGC MORTGAGE, INC.
7195 DALLAS PARKWAY
PLANO, TX 75024

(866) 842-4185

| | OMB No. 1545-0901 | | |
|---|---|---|---|
| | 2009 | Mortgage Interest Statement | |
| | Form 1098 | | |

RECIPIENT'S Federal identification no. **26-1775691**

PAYER'S social security number

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code

+02736*9 000009596 09G993-0921465
THE Wohl
1321 E Luke Ave
Phoenix AZ 85014-2420

| 1 Mortgage interest received from payer(s)/borrower(s) * | |
|---|---|
| $ | 0.00 |

| 2 Points paid on purchase of principal residence (See Box 2 on back) | |
|---|---|
| $ | 0.00 |

| 3 Refund of overpaid interest (See Box 3 on back) | |
|---|---|
| $ | 0.00 |

| 4 Mortgage Insurance Premiums | |
|---|---|
| $ | 0.00 |

Account number (see instructions)
**0017102903**

Copy B
For Payer

This information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Form **1098**     (Keep for your records.)     Department of the Treasury - Internal Revenue Service

---

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 474089.68 | BEGINNING BALANCE | 81.96 | BEGINNING BALANCE | -2586.77 | BEGINNING BALANCE | 0.00 |
| AMOUNT PAID | 474089.68 | AMOUNT PAID | | AMOUNT PAID | 0.00 | DISBURSEMENTS | 0.00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | 0.00 | AMOUNT DISBURSED | -81.96 | AMOUNT DISBURSED | -1482.04 | ADJUSTMENTS | 0.00 |
| AMOUNT DISBURSED | 0.00 | | | ESCROW INTEREST | 0.00 | | |
| ENDING BALANCE | 0.00 | ENDING BALANCE | 0.00 | ENDING BALANCE | 0.00 | ENDING BALANCE | 0.00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 0.00 | BEGINNING BALANCE | 0.00 | REAL ESTATE TAXES DISBURSED | 1482.04 | | |
| PLUS PREPAID INT. NOT ALLOWED PRIOR YEARS | 0.00 | | | | | | |
| LESS INTEREST SUBSIDY (BUYDOWN) | 0.00 | ADDED INTEREST SHORTAGE | 0.00 | INSURANCE | 0.00 | LATE CHARGES DUE BUT UNPAID | 4439.05 |
| LESS INTEREST SHORTAGE | 0.00 | | | | | | |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | 0.00 | LESS INTEREST SHORTAGE PREPAID | 0.00 | | | LIFE AND/OR DISABILITY | 0.00 |
| PLUS INTEREST SHORTAGE PAID | 0.00 | | | | | | |
| LATE CHARGES PAID | 0.00 | ENDING BALANCE | 0.00 | MIP/PMI | 0.00 | | |
| NET INTEREST PAID | 0.00 | | | | | | |
| MORTGAGE POINTS PAID | 0.00 | | | ESCROW REFUND | 0.00 | | |
| REFUND OF OVERPAID INTEREST | 0.00 | | | MISCELLANEOUS | 0.00 | | |

| PAYMENT CALCULATION | | | | | | |
|---|---|---|---|---|---|---|
| PRINCIPAL + INTEREST | ESCROW IMPOUND | CREDIT INSURANCE | SERVICE CHARGE | REPLACEMENT RESERVE | MISCELLANEOUS | TOTAL PAYMENT |
| 3451.73 | 534.61 | 0.00 | 0.00 | 0.00 | 0.00 | 3986.34 |

### SEE BACK SIDE FOR IMPORTANT INFORMATION

AF0336 Rev 1 01/07

Take a look at what I just found! Doing some cleaning and came across this 2009 1098 from MGC – they provided the same bogus EIN number as the one they used on Tuli's



Sorry about the VueScan watermark – I can't afford to pay $75 to buy the product right now and so far it's the only way I have found to get either of my perfectly operational scanners to work since neither manufacturer provides drivers for Windows 8.

**EXHIBIT 9**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090470901   05/26/2009   04:33
ELECTRONIC RECORDING

DX4102899-3-2-2--
Esquivela

Recording requested by:
**RECORDING REQUESTED BY**
FIRST AMERICAN TITLE INSURANCE COMPANY
When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

Space above this line for recorders use

TS # AZ-09-274840-BL             Order # 4102899             Loan # 17102903

                                    Investor No.

# Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 11/14/2006 and recorded 11/21/2006 as Instrument 2006-1525605, Book xxx, Page xxx, in the office of the County Recorder of MARICOPA County, Arizona. ; and at public auction to the highest bidder:

Sale Date and Time:          8/25/2009 at 12:30:00 PM

Sale Location:               At the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ

Legal Description:           Lot 5, MONTEBELLO HOMES, according to Book 72 of Maps, page 32, records of Maricopa County, Arizona; and Part of the Southwest quarter of the northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows: COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona; THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet; THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 498.00 feet to the TRUE POINT OF BEGINNING; THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 50.00 feet to a point, said point being the Southeast corner of MONTEBELLO HOMES, a recorded subdivision, recorded in Book 72 of Maps, page 32, records of Maricopa County, Arizona; THENCE West along the South line of said MONTEBELLO HOMES, 167.63 feet to a point on the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa County, Arizona; THENCE South 0 degrees 10 minutes 00 seconds West along said East line of SUNSET STRIP, 50.00 feet; THENCE South 83 degrees 11 minutes 38 seconds East 167.63 feet to the TRUE POINT OF BEGINNING; EXCEPT any portion thereof lying within the property as set forth in Deed recorded in Docket 2427, page 573, records of Maricopa

County, Arizona, described as follows: PART of the Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows: COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona; THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet; THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 338.00 feet to the TRUE POINT OF BEGINNING; THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 160.00 feet to a point; THENCE West 167.63 feet to a point on the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa County, Arizona; THENCE South 0 degrees 10 minutes 00 seconds West along said East line of SUNSET STRIP, 140.00 feet; THENCE South 83 degrees 11 minutes 38 seconds East 168.76 feet to the TRUE POINT OF BEGINNING.

Purported Street Address:    1321 E LUKE AVE., PHOENIX, AZ 85014

Tax Parcel Number:    162-03-054

Original Principal Balance:    $475,000.00

Name and Address of Current Beneficiary:    LNV Corporation
C/O MGC Mortgage, Inc
7195 Dallas Parkway
Plano, TX 75024

Name and Address of Original Trustor:    TULI MOLINA WOHL, AN UNMARRIED WOMAN
1321 E LUKE AVE., PHOENIX, AZ 85014

Name and Address of Trustee/Agent:    QUALITY LOAN SERVICE CORPORATION
C/O Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
Phone: 619-645-7711
Sales Line: 714-573-1965
Login to: www.priorityposting.com
AZ-09-274840-BL

**The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona escrow agent.**

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 5/26/2009                    QUALITY LOAN SERVICE CORPORATION

By: Jim Montes, Assistant Vice President

State of California            )
                               ) ss
County of San Diego            )

On 5/26/2009 before me, **A. Adams**, a notary public, personally appeared **Jim Montes**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
              A. Adams

A. ADAMS
Commission # 1820529
Notary Public - California
San Diego County
My Comm. Expires Oct 28, 2012

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

### THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

# EXHIBIT 10

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090470900   05/26/2009   04:33
ELECTRONIC RECORDING

Recording requested by:
RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

When recorded mail to:

QUALITY LOAN SERVICE CORPORATION
2141 5th Avenue
San Diego, CA  92101
619-645-7711

DX4102899~3-2-1--
Esquivela

Space above this line for recorders use

TS # AZ-09-274840-BL                 Order # 4102899                  Loan # 17102903

## Substitution of Trustee

WHEREAS, TULI MOLINA WOHL, AN UNMARRIED WOMAN was the original Trustor, LAWYERS TITLE was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS), AS NOMINEE FOR SEBRING CAPITAL PARTNERS, LIMITED PARTNERSHIP was the original Beneficiary under that certain Deed of Trust dated 11/14/2006 and recorded on 11/21/2006 as Instrument No. 2006-1525605, in book xxx, page xxx of Official Records of MARICOPA County, AZ describing land therein as Lot 5, MONTEBELLO HOMES, according to Book 72 of Maps, page 32, records of Maricopa County, Arizona; and Part of the Southwest quarter of the northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:   COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;   THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet;   THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 498.00 feet to the TRUE POINT OF BEGINNING;   THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 50.00 feet to a point, said point being the Southeast corner of MONTEBELLO HOMES, a recorded subdivision, recorded in Book 72 of Maps, page 32, records of Maricopa County, Arizona;   THENCE West along the South line of said MONTEBELLO HOMES, 167.63 feet to a point on the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa County, Arizona;   THENCE South 0 degrees 10 minutes 00 seconds West along said East line of SUNSET STRIP, 50.00 feet;   THENCE South 83 degrees 11 minutes 38 seconds East 167.63 feet within the property as set forth in Deed recorded in  Docket 2427, page 573, records of Maricopa County, Arizona, described as follows:   PART of the Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:   COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;   THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet;   THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 338.00 feet to the TRUE POINT OF BEGINNING;   THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 160.00 feet to a point;   THENCE West 167.63 feet to a point on the East line of SUNSET STRIP, a recorded  subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa

County, Arizona;   THENCE South 0 degrees  10  minutes  00  seconds West along said East line of SUNSET   STRIP,  140.00  feet;   THENCE South  83  degrees 11 minutes  36  seconds East  168.76 feet to the TRUE POINT OF  BEGINNING.. and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW,  THEREFORE,  the  undersigned  hereby  substitutes  QUALITY  LOAN  SERVICE CORPORATION , a California Corporation as Trustee under said Deed of Trust.

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona escrow agent.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Substitution of Trustee - AZ
TS # AZ-09-274840-BL
Page 2

Dated: 4/21/2009

LNV Corporation

By:  Stella F. Hess
Sr. Vice President, MGC Mortgage, Inc.,
as loan servicer for LNV Corporation and Authorized Representative

State of      Texas              )
                                 ) ss.
County of    Collin             )

On  5.22-09   before me,  Cindi Cooper                 a notary public, personally
appeared Stella F. Hess, Senior Vice President of MGC Mortgage, Inc., loan
servicer and  Authorized Representative of LNV Corporation who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                    (Seal)

Signature

NOTARY
STAMP - FRAUD

CINDY COOPER - NOTARY
UNKNOWN PER TEXAS
SECRETARY OF STATE



# The State of Texas

### Secretary of State

I, Hope Andrade, Secretary of State of the State of Texas, DO HEREBY CERTIFY that we have made a diligent search of the available records of this office and do not find,

## CINDI COOPER

listed as a commissioned Notary Public for the State of Texas on May 22, 2009, to the present date.



Date Issued: July 26, 2011

**Hope Andrade**
Secretary of State
ST/do

EMAILS TO TEXAS
SECRETARY OF STATE

*Page 1 of 2*

*Only 1
2nd pg blank
paper.*

**From:** Danette Overstreet [DOverstreet@sos.state.tx.us]
**Sent:** Tuesday, July 26, 2011 11:12 AM
**To:** Tuli
**Subject:** RE: cindi cooper.doc VISA
I believe there is a number missing from your credit card info. The second set of 4 digits only has 3.

Thanks.

**From:** Tuli [mailto:tuli@cox.net]
**Sent:** Tuesday, July 26, 2011 11:57 AM
**To:** Danette Overstreet
**Subject:** cindi cooper.doc VISA
**Importance:** High

Good Morning,

I've enclosed the Visa doc.

Thank you so much for helping me out with this. Will you mention SUBSTITUTION OF TRUSTEE doc als

Regards,

Tuli Molina

**From:** Danette Overstreet [mailto:DOverstreet@sos.state.tx.us]
**Sent:** Tuesday, July 26, 2011 8:06 AM
**To:** tuli@cox.net
**Subject:** Certificate

Good morning,

I spoke with Carmen about the certificate you wish to obtain. There is a $15.00 fee for the certificate. I've attached a credit card payment form. If you like, once the transaction has been approved, I can scan and email a copy of the certificate and of course, the certificate will be in the mail to you today. Please let me know if this works for you.

Best regards,

**Tuli**

**From:** Sally Geller [SGeller@sos.state.tx.us]
**Sent:** Monday, July 25, 2011 1:35 PM
**To:** Tuli
**Subject:** Cindi Cooper

No records were found for Cindi Cooper. We tried every way possible, name change, expiration dates, counties, expiration date. There are no records on our system that match this name or any other information in our system. I am sorry I couldn't help you. I will shred the information you sent me. Good luck in your search.

> The secretary of state's office compiled this information for purposes of complying with
> §405.019, Government Code. Based on our research, we believe this information to be
> current as of December 2010. This information should not be relied on in determining the
> legal requirements of a particular jurisdiction. If you have any questions, corrections or
> updates in connection with this information, contact Una Jacob, at (512) 463-5558

The following from the Government Code Sec. 406.013.   SEAL.

(a)   A notary public shall provide a seal of office that clearly shows, when embossed, stamped, or printed on a document, the words "Notary Public, State of Texas" around a star of five points, the notary public's name, and the date the notary public's commission expires.   The notary public shall authenticate all official acts with the seal of office.

(b)   The seal may be a circular form not more than two inches in diameter or a rectangular form not more than one inch in width and 2-1/2 inches in length.   The seal must have a serrated or milled edge border.

(c)   The seal must be affixed by a seal press or stamp that embosses or prints a seal that legibly reproduces the required elements of the seal under photographic methods.   An indelible ink pad must be used for affixing by a stamp the impression of a seal on an instrument to authenticate the notary public's official act.

(d)   Subsection (c) does not apply to an electronically transmitted authenticated document, except that an electronically transmitted authenticated document must legibly reproduce the required elements of the seal.

Acts 1987, 70th Leg., ch. 147, Sec. 1, eff. Sept. 1, 1987.   Amended by Acts 1989, 71st Leg., ch. 4, Sec. 2.71(d), eff. Sept. 1, 1989; Acts 2001, 77th Leg., ch. 95, Sec. 2, eff. May 11, 2001.

**From:** Tuli [mailto:tuli@cox.net]
**Sent:** Monday, July 25, 2011 1:38 PM

7/25/2011

**To:** Sally Geller
**Subject:**


Attached please find PDF file -

sgeller@sos.state.tx.us

Fax: 512-463-0873


Hi Ms. Geller, Sally,

I spoke with you Friday afternoon, July 22, about the Substitution of Trustee document recorded on 05-26-2009. The address on the property is 1321 E. Luke Ave., Phoenix, AZ., 85014. If you recall our conversation, I asked you if Ms. Cindi Cooper had ever been a Notary in the state of Texas. You looked and could not find her in your records. The document I have enclosed is an Official Recorded document from the Maricopa County Recorders Office, notarized by Cindi Cooper, Collin County, Texas, May 22, 2009. Expiration date on notary stamp is February 02, 2011.


Sally, could you please send me something on the validity of this Notary, Cindi Cooper? If you could get it to me before August 1...I owe you that box of chocolates!

Thank you for your time and your help; it was a pleasure talking to you this morning.


Tuli Molina ( Wohl)

1321 E. Luke Ave

Phoenix, AZ. 85014

tuli@cox.net

(602) 465-0430


7/25/2011

Statutory Documents
P.O. Box 13550
Austin, Texas 78711-3550



Hope Andrade
Secretary of State

## Office of the Secretary of State
### Packing Slip

**July 26, 2011**

Page 1 of 1

Attn: Tuli Molina
Tuli Molina
1321 E Luke Ave
Phoenix AZ 85014

**Batch Number:** 37922300        **Batch Date:** 07-26-2011

**Client ID:** 356030916
**Return Method:** Mail

| Document Number | Document Detail | Fee |
|---|---|---|
| 379223000002 | Certificate Do Not Find - Cindi Cooper | $15.00 |

|  | **Total Document Fees** | **$15.00** |
|---|---|---|

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Credit Card | Received | ***********1053 | $15.00 |
|  |  | **Total Payments Received** | **$15.00** |
|  |  | **Total Amount Charged to Client Account** | $0.00 |
|  |  | **Total Amount Credited to Client Account** | $0.00 |

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed upon Request.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: DOVERSTREET

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

(512) 463-5705                FAX (512) 463-0873                TTY 7-1-1

# EXHIBIT 11

Unofficial Document

Recording requested by:
**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**
When recorded mail to:

QUALITY LOAN SERVICE CORPORATION
2141 5th Avenue
San Diego, CA  92101
619-645-7711

Space above this line for recorders use

TS # AZ-09-274840-BL              Order # 4102899              Loan # 17102903

## Substitution of Trustee

        WHEREAS, TULI MOLINA WOHL, AN UNMARRIED WOMAN was the original Trustor, LAWYERS TITLE was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS), AS NOMINEE FOR SEBRING CAPITAL PARTNERS, LIMITED PARTNERSHIP was the original Beneficiary under that certain Deed of Trust dated 11/14/2006 and recorded on 11/21/2006 as Instrument No. 2006-1525605, in book xxx, page xxx of Official Records of MARICOPA County, AZ describing land therein as Lot 5, MONTEBELLO HOMES, according to Book 72 of Maps, page 32, records of Maricopa County, Arizona; and Part of the Southwest quarter of the northeast quarter of Section 16, Township 2 North,  Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona,   more particularly described as follows:   COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of  Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and   Meridian, Maricopa County, Arizona;   THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet;  THENCE North  0 degrees  10  minutes  00   seconds East along the West line of ROBBINS   ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of  Maricopa County, Arizona, 498.00 feet to the TRUE POINT OF BEGINNING;  THENCE North  0 degrees  10 minutes  00 seconds East along said West line of ROBBINS   ESTATES,  50.00 feet to a point, said point being the Southeast corner of MONTEBELLO   HOMES, a recorded subdivision, recorded in Book 72 of Maps, page 32, records of Maricopa  County, Arizona;  THENCE West along the South line of said MONTEBELLO HOMES, 167.63 feet to a point on   the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page   26, records of Maricopa County, Arizona;  THENCE South 0 degrees  10 minutes  00 seconds West along said East line of SUNSET   STRIP, 50.00 feet;   THENCE South 83 degrees 11 minutes 38 seconds East 167.63 feet to the TRUE POINT OF   BEGINNING;   EXCEPT any portion thereof lying within the property as set forth in Deed recorded in   Docket 2427, page 573, records of Maricopa County, Arizona, described as follows:   PART of the Southwest quarter of the Northeast quarter of Section 16, Township 2 North,  Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona,   more particularly described as follows:   COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of  Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and   Meridian, Maricopa County, Arizona;   THENCE West along the South line of said Southwest quarter of the Northeast quarter,  267.85 feet;   THENCE North  0 degrees  10 minutes  00 seconds East along the West line of ROBBINS   ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of  Maricopa County, Arizona, 338.00 feet to the TRUE POINT OF BEGINNING;   THENCE North  0 degrees  10 minutes  00 seconds East along said West line of ROBBINS   ESTATES, 160.00 feet to a point;  THENCE West 167.63 feet to a point on the East line of SUNSET STRIP, a recorded   subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa

Page 1

County, Arizona;  THENCE South 0 degrees  10  minutes  00  seconds West along said East line of SUNSET  STRIP,  140.00  feet;  THENCE South  83  degrees 11 minutes 38 seconds East  168.76 feet to the TRUE POINT OF  BEGINNING.. and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW,  THEREFORE,  the  undersigned  hereby  substitutes  QUALITY  LOAN  SERVICE CORPORATION , a California Corporation as Trustee under said Deed of Trust.

**The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona escrow agent.**

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Unofficial Document

Substitution of Trustee - AZ
TS # AZ-09-274840-BL
Page 2

Dated: 4/21/2009

LNV Corporation

By: Stella F. Hess
Sr. Vice President, MGC Mortgage, Inc.,
as loan servicer for LNV Corporation and Authorized Representative

State of ___Texas___        )
                            ) ss.
County of ___Collin___      )

On __5.22.09__ before me, __Cindi Cooper__ a notary public, personally
appeared Stella F. Hess, Senior Vice President of MGC Mortgage, Inc., loan
servicer and  Authorized Representative of LNV Corporation who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                    (Seal)

Signature



# EXHIBIT 12



# TAMARA KAIDEN
### DOCUMENT EXAMINER

---

## Document Examiner Letter of Opinion

Client: Tuli Molina
Re: Questioned Signature
Date: Original Date: July 8, 2011   Today's Date: May 9, 2012

I have examined 3 submitted specimens of known signatures used for comparison with 1 document containing a questioned signature. For the purpose of this examination I have labeled these submitted exemplars as exhibits "K1, K2 and K3".

Today I have compared the signatures on the "K" documents to the signature on the questioned document, identified herein as "Q1" to determine if the author of the signatures on the "K" documents was the same person whose signature is on the questioned document, "Q1", a Corporation Assignment of Deed of Trust for property address: 1321 E. Luke Avenue, Phoenix, Arizona.

Based upon the documents submitted, through a thorough analysis of these items and from an application of accepted forensic document examination tools, principals and techniques, it is the opinion of this examiner that the signature on the document "Q1" was not written by the same person who signature is on the documents "K1, K2 and K3". The questioned signature on "Q1" is not an authentic signature.


Respectfully submitted,

*Tamara Kaiden*

Tamara Kaiden, Document Examiner




STATE OF ILLINOIS                                    §

COUNTY OF DUPAGE                                     §

Subscribed and sworn to (or affirmed) before me on this _____ 9th _____ day of _____ MAY _____, 2012
Tamara Kaiden personally known to me (or proved to me on the basis of satisfactory evidence) to be the person who appeared before me.

_____

Signature of Notary Public

> "OFFICIAL SEAL"
> Joanna Positano
> Notary Public, State of Illinois
> My Commission Expires 03-03-2013

---

256 Central #72854     Roselle, Illinois 60172
630.295.8230



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0704628 08/13/08 10:44 AM
1 OF 1
MGN

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
(866) 544-9820

MIN: 100265600005185934
MERS Phone: 1-888-679-6377
SC: 618388

## CORPORATION ASSIGNMENT of DEED OF TRUST

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to    LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/14/2006
executed by TULI M WOHL, An Unmarried Woman
Molina

and recorded in Book on Page as Instrument No. as official Records in the County Recorder's Office of
Maricopa County, Arizona. Recorded on 11

See Attached Exhibit "A".

Mortgage Amount:    $475,000.00

Property Address:    1321 E LUKE AVE PHOENIX, AZ 85014

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

STATE OF
COUNTY OF                    Minnesota )
                             Hennepin )

BY
NAME: Michael Mead
TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of (MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

Notary Public in and for said State

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

DIANE MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/20

MCR 1 of 4

http://recorder.maricopa.gov/cert.aspx?id=4476f 20080704528 4 pages

BC:6|9358              EXHIBIT "A"

Lot 5, MONTEBELLO HOMES, according to Book 72 of Maps, page 32, records of Maricopa County, Arizona; and

Part of the Southwest quarter of the northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet;

THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 498.00 feet to the TRUE POINT OF BEGINNING;

THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 50.00 feet to a point, said point being the Southeast corner of MONTEBELLO HOMES, a recorded subdivision, recorded in Book 72 of Maps, page 32, records of Maricopa County, Arizona;

THENCE West along the South line of said MONTEBELLO HOMES, 167.63 feet to a point on the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa County, Arizona;

THENCE South 0 degrees 10 minutes 00 seconds West along said East line of SUNSET STRIP, 50.00 feet;

THENCE South 83 degrees 11 minutes 38 seconds East 167.63 feet to the TRUE POINT OF BEGINNING;

EXCEPT any portion thereof lying within the property as set forth in Deed recorded in Docket 2427, page 573, records of Maricopa County, Arizona, described as follows:

PART of the Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

COMMENCING at the Southeast corner of said Southwest quarter of the Northeast quarter of Section 16, Township 2 North, Range 3 East of the of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

THENCE West along the South line of said Southwest quarter of the Northeast quarter, 267.85 feet;

MCR 2 of 4

2008B704028

**EXHIBIT "A"**
**(Continued)**

THENCE North 0 degrees 10 minutes 00 seconds East along the West line of ROBBINS ESTATES, a recorded subdivision, recorded in Book 62 of Maps, page 27, records of Maricopa County, Arizona, 338.00 feet to the TRUE POINT OF BEGINNING;

THENCE North 0 degrees 10 minutes 00 seconds East along said West line of ROBBINS ESTATES, 160.00 feet to a point;

THENCE West 167.63 feet to a point on the East line of SUNSET STRIP, a recorded subdivision, recorded in Book 58 of Maps, page 26, records of Maricopa County, Arizona;

THENCE South 0 degrees 10 minutes 00 seconds West along said East line of SUNSET STRIP, 140.00 feet;

THENCE South 83 degrees 11 minutes 38 seconds East 168.76 feet to the TRUE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=44764 20080704628 4 pages

20080704628
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 06/29/2011  12:13:33 PM

By _____ Recorder

To verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=44764

MCR 4 of 4

EXHIBIT 1: Overall Comparison of Questioned Signature with Known Signatures

KNOWN SIGNATURES FOR COMPARISON

K1

K2

K3

QUESTIONED SIGNATURE

Q1

EXHIBIT 2: Comparison of Baseline Usage

KNOWN SIGNATURES FOR COMPARISON

K1

K2

K3

BASELINE OF WRITING IS CLOSE TO THE
PRINTED BASELINE

QUESTIONED SIGNATURE

Q1

BASELINE OF WRITING IS HIGH ABOVE
THE PRINTED BASELINE

# EXHIBIT 3: Comparison of Commencement Stroke of the First "M"-Significant Difference

## KNOWN SIGNATURES FOR COMPARISON

THE COMMENCEMENT STROKE HAS GOOD LINE QUALITY AND RHYTHM, SHOWS SPEED IN EXECUTION OF WRITING, PEN WAS IN MOTION AS THE PEN TOUCHED THE PAPER ON THE COMMENCEMENT STROKE AND THE STROKE FLOWS INTO THE LETTER FORMATION.

## QUESTIONED SIGNATURE

THE COMMENCEMENT STROKE APPEARS TO BE AN ADDED STROKE AFTER THE LETTER FORM WAS WRITTEN.

THE COMMENCEMENT STROKE SHOWS POOR LINE QUALITY, SLOW SPEED OF WRITING, APPEARS DRAWN, HAS POOR RHYTHM.

THIS IS A DIFFERENT METHOD OF CONSTRUCTION OF THE LETTER FORM AND IS A SIGNIFICANT, FUNDAMENTAL DIFFERENCE SUGGESTING A DIFFERENT WRITER.

EXHIBIT 4: Comparison of the Commencement Stroke of the Second Letter 'M'

KNOWN SIGNATURES FOR COMPARISON

K1

THE COMMENCEMENT STROKE STARTS IN THE UPPER PORTION OF THE LETTER

QUESTIONED SIGNATURE

Q1

THE COMMENCEMENT STROKE STARTS BELOW THE BASELINE

# EXHIBIT 5: Comparison of Spacing Between Strokes of Letters

## KNOWN SIGNATURES FOR COMPARISON

## QUESTIONED SIGNATURE

K1

TIGHT SPACING BETWEEN THE DOWNSTROKE AND UPSTROKE OF THE LETTER

α1

WIDE SPACING BETWEEN THE DOWNSTROKE AND UPSTROKE OF THE LETTER

# EXHIBIT 6: Comparison of Letter Proportions/Heights of Letters

## KNOWN SIGNATURES FOR COMPARISON

K1

ELONGATED-TALL LETTER FORMS

## QUESTIONED SIGNATURE

Q1



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0704628 08/13/08 10:44 AM
1 OF 1

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
(866) 544-9820

MIN: 100265600005185934
MERS Phone: 1-888-679-6377
80161288

CORPORATION ASSIGNMENT of DEED OF TRUST

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to      LNV Corporation
                                                             7195 Dallas Parkway
                                                             Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/14/2006
executed by TULI M WOHL , An Unmarried Woman
          Molina

and recorded in Book    on Page    as Instrument No. 20061528605 on of official Records in the County Recorder's Office of
Maricopa County, Arizona. Recorded on 11-21-06.

See Attached Exhibit "A".

Mortgage Amount:    $475,000.00

Property Address:    1321 E LUKE AVE  PHOENIX, AZ  85014

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

                                                 '(MERS) Mortgage Electronic Registration Systems, Inc.'

STATE OF                        Minnesota)    BY:
COUNTY OF                       Hennepin)     NAME: Michael Mead
                                              TITLE: Assistant Vice President

On 3/10/2008  before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.'  personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument.  WITNESS my hand and official seal.

Notary Public in and for said State
This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

EXHIBIT

Q1

OR BK 26670 PG 0679
LAST PAGE

**IN WITNESS WHEREOF,** Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the _____31_____ day of _October_ , 2008.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

WITNESS: Pamela Spencer

By: _____
Name: Michael Mead
Title:   Limited Signing Officer

WITNESS: Natalie Kinkel

## ACKNOWLEDGMENT

STATE OF MINNESOTA          §
                            §
COUNTY OF HENNEPIN          §

Before me, the undersigned, a Notary Public, on this day personally appeared Michael Mead, who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Mortgage Electronic Registration Systems, Inc. and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this __31__ day of __October__ , 2008.

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Diane M. Meistad
Notary Public, State of Minnesota
My commission expires: 1-31-2010

AFFIX NOTARY SEAL

BC: 613472

EXHIBIT
K1

OR BK 26666 PG 2013
LAST PAGE

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the ___31___ day of _October_ 2008.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

WITNESS: Pamela Spencer

By: _____
Name: Michael Mead
Title:   Limited Signing Officer

WITNESS: Natalie Kinkel

### ACKNOWLEDGMENT

STATE OF MINNESOTA §
§
COUNTY OF HENNEPIN §

Before me, the undersigned, a Notary Public, on this day personally appeared Michael Mead, who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Mortgage Electronic Registration Systems, Inc. and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this __31__ day of _October_, 2008.

AFFIX NOTARY SEAL.

Diane M. Meistad
Notary Public, State of Minnesota
My commission expires: 1-31-2010

EXHIBIT

K2

Book:26666/Page:2013    OFN#2008000508    Page 2 of 2

OR BK 26663 PG 4706
LAST PAGE

   **IN WITNESS WHEREOF,** Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the _____31____ day of October, 2008.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

WITNESS: Pamela Spencer

By: _____
Name: Michael Mead
Title:   Limited Signing Officer

WITNESS: Natalie Kinkel

## ACKNOWLEDGMENT

STATE OF MINNESOTA    §
                                        §
COUNTY OF HENNEPIN    §

   Before me, the undersigned, a Notary Public, on this day personally appeared Michael Mead, who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Mortgage Electronic Registration Systems, Inc. and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this __31__ day of October, 2008.

A F F I X   NOTARY SEAL

Diane M. Meistad
Notary Public, State of Minnesota
My commission expires: 1-31-2010

BC: 613582

EXHIBIT
K3

Book 26663/Page 4706    CFN#20080055058    Page 2 of 2



# CURRICULUM VITAE
### TAMARA KAIDEN
### FORENSIC DOCUMENT EXAMINER

## PROFILE
- Court Qualified/Qualifications Accepted by Presiding Judge and Testified as an Expert in the Following Courts:
  - -Federal Criminal Court, Federal Bankruptcy Court, Civil Court, Probate Court, Divorce Court
- Tamara Kaiden provides document examination services in civil and criminal cases, and to corporate, medical, insurance, and private interests and specializes in handwriting identification and altered documents
- Continually conducts research, experiments and attends seminars, lectures or courses of study of various associations and online training for continuing education in the latest equipment, methods and techniques

## PROFICIENCY TESTING
- CTS-Collaborative Testing Services, Inc. 2011
  - -Controlled testing with known results. Successful completion (correct answers given) of annual Questioned Document Proficiency Examination, Collaborative Testing Services, Inc.
- CTS-Collaborative Testing Services, Inc. 2010
  - -Controlled testing with known results. Successful completion (correct answers given) of annual Questioned Document Proficiency Examination, Collaborative Testing Services, Inc.
- ST2AR-Skill Task Training Assessment & Research 2011
  - -Controlled testing with known results
  - Successful completion of Questioned Document Proficiency Examination

## SPECIALIZED TRAINING & CONTINUING EDUCATION AS A DOCUMENT EXAMINER
- American Institute of Applied Science   2012
  - -Certificate of Completion
  - -FForensic Science Course in Questioned Documents/ Course Accredited by Commission of the Distance Education and Training Council, Washington, DC
  - -This course focused on the factors underlying handwriting identification including the study of typewriting systems and different types of computer printers
  - -27 credit hours

- American College of Forensic Examiners Institute
  - -Certified Forensic Consultant Certificate of Completion/ 15 Credit Hours/ Online Training/ Dr. Marc Rabinoff   2012
  - -Dr. Marc Rabinoff is a tenured Professor at Metropolitan State College of Denver; a Fellow of the American College of Forensic Examiners Institute; Diplomat of the American Board of Forensic Examiners (ABFE)
  - -The Certified Forensic Consultant course focused primarily on rules of evidence and courtroom procedure
  - -15 credit hours

- Specialized 2-Year Training Course in Document Examination with Forensic Document Examiner's, Inc. 2009-2012
  - -Certificate of Completion
  - -This distance course provided specific case studies, weekly class lectures (live), assigned reading from text books and course materials (predominantly Albert Osborn, Questioned Documents), graphic examples, practical exercises and tests
  - -477 hours of training

- Current Continued Mentoring/Training / Warren Spencer, CFE, DE - St. Charles, Illinois  2012

- Specialized 2-Year Training Course in Document Examination provided by School of Forensic Document Examination 2007-2009
  - -Certificate of Completion
  - -This distance course curriculum provided specific case studies, weekly class lectures & discussions (live), assigned reading from text books, tests and mock trails
  - -914 hours of training

## *TOPICS OF TRAINING-Partial List

- Class Characteristics in Handwriting
- Letter Form & Construction-Deviations
- Handprinting & Numerals
- Factors that Effect Handwriting (Illness)
- Factors Affecting Handwriting (Medication, Drug/Alcohol)
- Anonymous Writing
- Disguised Writing vs Simulated Writing
- Alterations in Documents

- Individual Characteristics in Handwriting
- Questioned Writing on Documents
- Obliterations
- Erasures (Physical/Chemical)
- Desktop Publishing and Fraud
- Duplicating Methods
- Fundamental Differences in Handwriting
- Disguised Writing
- Master Patterns in Handwriting

- Complexity in Handwriting
- Disguised vs Simulated Handwriting
- Fundamental Differences in Handwriting
- Line Quality and Pressure Patterns in Handwriting
- Weighing Evidence
- UV and IR Light
- Seals, Stamps & Other Marks

### 256 Central #72854    Roselle, Illinois 60172
### 630.295.8230

Last Update: May 2012

# CURRICULUM VITAE
## TAMARA KAIDEN
### FORENSIC DOCUMENT EXAMINER

Forensic Document Examiners Inc./ Katherine Koppenhaver
Seminar and Workshop for Document Examiners/ Edgewood, Maryland
September 17-18, 2010
16 hours of training
Topics Included:
-Carol Cheski-Linguistics and Document Examination
-Carol Cheski-Using ALIAS Technology for Linguistic Evidence in Document Examination
-Micrometry in Document Examination/ Workshop
-Using Long and Short Wave UV Light in Document Examination/ Workshop

Forensic Document Examiners Inc./ Katherine Koppenhaver
Seminar and Workshop for Document Examiners/ Edgewood, Maryland
September 10-13, 2009
15 hours of training
Topics Included:
-Exhibit Workshop
-Photography Workshop
-Ink Identification
-Birth and Death Certificates Fraud

WADE Conference (World Association of Document Examiners) Seminar and Workshop/ Chicago, Illinois  1999
40 hours training
Topics Included:
-Basic Examination and Identification of Handwriting    -Workshop/ Case Studies
-Ethics and the Questioned Document Examiner           -Standards, Procedures & Testifying
-Tremor in Handwriting                                 -The Digital Document Examiner
-Deciphering Obliterations                             -Mock Trials

LECTURES PRESENTED
September 2010
• A PDF As A Questioned Document/ A Case Study- Seminar and Workshop for Document Examiners/ Edgewood, Maryland
• How to Create Comprehensive Court Room Exhibits- Seminar and Workshop for Document Examiners/ Edgewood, Maryland

PROFESSIONAL AFFILIATIONS
• NADE (National Association of Document Examiners) Associate Member
• ASTM (American Society for Testing and Materials Voting Member E30 Committee)
• ACFE (Association of Certified Fraud Examiners)
• ACFEI (American College of Forensic Examiners Institute)

LIBRARY
Numerous text/reference books, Journals and newsletters on the subject of forensic document examination and other handwriting identification reference materials including books by Ordway Hilton, Albert Osborn, Wilson Harrison, James Conway, Katherine Koppenhaver, Huber & Headrick.

LAB
• Omano OM2300/V4 - 7x-45x Zoom Stereo Inspection Microscope with Boom Stand
• Zarbeco MiXScope-MP w/IR & UV illumination
• Celestron Digital Microscope
• Panasonic Lumix Digital Camera with Leica Lens/Macro
• Portable Infrared and Ultraviolet Light Sources
• Light Box
• Macintosh/20-Inch: 2.16GHz Intel Core 2 Duo
• MacBook Pro1.83 GHz Intel Core Duo
• Software: Photoshop, QuarkXpress, Adobe Reader, PowerPoint, MiXscope Software
• Numerous measuring devices and grids
• Variety of magnification equipment

256 Central #72854    Roselle, Illinois 60172
630.295.8230

Last Update: May 2012

**EXHIBIT 13**



# OMNI
# Document Examinations
### www.docexamination.com

**Robin D. Williams, MFS, MS, D-BFDE**
**Board Certified**
rwilliams@docexamination.com

**Bonnie L. Schwid, B.S., D-BFDE**
**Board Certified**
blschwid@docexamination.com

December 4, 2014

Attorney Paul Bach
Bach Law Offices
PO Box 1285
Northbrook, Illinois   60065

## PRELIMINARY REPORT

RE: Questioned Signature on Allonge to Promissory Note

Dear Attorney Bach:

Pursuant to your request, I examined the following documents:
**Document containing the disputed signature of Jason J. Vecchio:**
Q-1     Chris Swift and Marcia Swift, Allonge, Batavia, Illinois, dated 01/26/07 (machine copy).

**Documents submitted as bearing the genuine signature(s) of Jason J. Vecchio**
(all are machine copies):
A-1     Tuli M. Wohl, Allonge, Phoenix, Arizona, dated 11/14/06.
A-2     Rhonda L. Hardwick, Allonge, Loogootee, Indiana, dated 09/30/03.
A-3     Catherine Gebhardt, Allonge, Sevierville, Tennessee, dated 11/07/02.

The purpose of the examination was to determine whether the signature in question on Item Q-1 was written in ink or if the questioned signature on Q-1 and the signatures submitted as genuine on Items A-1, A-2, A-3 were stamped signatures or photocopied signatures.

## Procedure

The examination consisted of a visual and microscopic study of the writing style, the discriminating writing characteristics, natural variations, spatial arrangement, letter formations, letter connections and other significant handwriting features.
Side-by-side comparisons were made between the questioned signature and the signatures that were used for comparison as well as overlaying the signatures on top of one another on a light box.

---

**Mailing Address:**
1253 Scheuring Road
Suite A
DePere, WI 54115

1001 W. Glen Oaks Ln.
Suite 219
Mequon, WI 53092

205 W. Wacker Dr.
Suite 922
Chicago, IL 60606

RE: Attorney Paul Bach
Page 2
December 4, 2014

## Opinion

The characteristics within the questioned signature on the Item Q-1, an Allonge to a Promissory Note for Chris Swift and Marcia Swift and the evidence within the comparison documents, A-1, A-2 and A-3, Allonges for Tuli M. Wohl, Rhonda L. Hardwick and Catherine Gebhardt depicts that the signatures are duplicates of one another. In order to come to a definitive opinion regarding whether one signature was written in ink or if all 4 signatures were created using a stamp or by means of photocopying, we require that the original questioned document, Q-1, be made available for examination in order to determine whether the signature in question on Q-1 was written in ink, created by a stamp or if the signature is a photocopy.

## Discussion

This examination was conducted from machine copies of the documents in question and the documents that were used for comparison. I assume that they are accurate reproductions of the original documents.

Please allow four weeks in the event that testimony will be required.

Respectfully submitted,
Omni Document Examinations

Robin D. Williams, MFS, MS, D-BFDE
*Diplomate-Board of Forensic Document Examiners*

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS
ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:        0          LOAN ID:    11380185

NOTE DATE:    1/26/2007        LOAN AMOUNT:        $449,500.00

BORROWER NAME:  MARCIA SWIFT & CHRIS SWIFT

PROPERTY ADDRESS:   601 SENNETT ST, BATAVIA, IL 60510

PAY TO THE ORDER OF

LNV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By:

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

---

### ALLONGE TO PROMISSORY NOTE

**FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE**

POOL:          0          LOAN ID:    10898238

NOTE DATE:    11/14/2006      LOAN AMOUNT:      $475,000.00

BORROWER NAME:  TULI M WOHL

PROPERTY ADDRESS:    1321 E LUKE AVE, PHOENIX, AZ  85014

---

PAY TO THE ORDER OF

LNV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By:

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

08/24/2014  03:31    8127093149              GREENWICH ANTIQUES                    PAGE  01/01

---

### ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS
ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:        0          LOAN ID:    8754006

NOTE DATE:      9/30/2003      LOAN AMOUNT:        $87,550.00

BORROWER NAME:  RHONDA L HARDWICK

PROPERTY ADDRESS:    201 CHURCH ST, LOOGOOTEE, IN  47553

---

PAY TO THE ORDER OF

*LNV Corporation*

WITHOUT RECOURSE

Residential Funding Company, LLC

By:  *[signature]*

Name: Jason J. Vecchio

Title: Post Funding Manager

Residential Funding Company, LLC

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS
ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:        0        LOAN ID:      8263393

NOTE DATE:      11/7/2002        LOAN AMOUNT:        $243,100.00

BORROWER NAME:    CATHERINE GEBHARDT

PROPERTY ADDRESS:    3753 THOMAS CROSS ROAD, SEVIERVILLE, TN 37876

PAY TO THE ORDER OF

LNV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By:

Name: Jason J. Vecchio

Title: Post Funding Manager

Residential Funding Company, LLC

1: Q-1 Allonge Signature of Jason J. Vecchio Compared to the Signature(s) of Jason J. Vecchio on the Allonges of 3 Separate Parties



2: Q-1 Allonge Signature of Jason J. Vecchio Compared to the Signature(s) of Jason J. Vecchio on the Allonges of 3 Separate Parties - COLORIZED

Q-1 Swift Allonge = GREEN

A-1 Wohl Allonge = ORANGE
A-2 Hardwick Allonge = BLUE
A-3 Gebhardt Allonge = RED

By:

Name: Jason J. Vecchio
Title: Post Funding Manager

Q-1 Swift Allonge = GREEN

By:

Name: Jason J. Vecchio
Title: Post Funding Contractor

A-1 Wohl Allonge = ORANGE

By:

Name: Jason J. Vecchio
Title: Post Funding Manager

A-2 Hardwick Allonge = BLUE

By:

Name: Jason J. Vecchio
Title: Post Funding Manager

A-3 Gebhardt Allonge = RED

3: Q-1 Allonge Overlaid by the Allonges of 3 Separate Parties - with Slight Separations for Illustrative Purposes

Q-1 Swift Allonge = GREEN

A-1 Wohl Allonge = ORANGE
A-2 Hardwick Allonge = BLUE
A-3 Gebhardt Allonge = RED



4: Q-1 Allonge Overlaid by the Allonges of 3 Separate Parties - ALIGNED

Q-1 Swift Allonge = GREEN

A-1 Wohl Allonge = ORANGE
A-2 Hardwick Allonge = BLUE
A-3 Gebhardt Allonge = RED



# CURRICULUM VITAE

**Robin D. Williams B.S.A.J., M.F.S., M.S., D-BFDE**
**Board Certified Forensic Document Examiner**
**Omni Document Examinations**

1253 Scheuring Road, Suite A, De Pere, WI 54115. (920) 339-9500
1001 W. Glen Oaks Lane, Suite 219, Mequon, WI 53092. (262) 241-9100
205 W. Wacker Drive, Suite 922, Chicago, IL 60606. (312) 346-9300

## EDUCATION

*Formal Education*

- Police Science (two years), Fox Valley Technical College, Appleton, WI. 1972-74.
- Bachelor of Science degree in Administration of Justice. The American University, Washington, D.C.1980.
- Master of Forensic Science degree, George Washington University, Washington, D.C., 1981.
- Graduate Studies in Education, University of Wisconsin-Stout, Menomonie, WI, 1985-87.
- Master of Science Degree, University of Wisconsin-Whitewater, 1996.
- Ph.D. Candidate in Safety Engineering, Kennedy-Western University, Boise, Idaho.

*Certification and Testing*

Certified by testing, by the Board of Forensic Document Examiners, (BFDE), 2008. The BFDE is accredited by the Forensic Specialties Accreditation Board (FSAB).

Recertified by the Board of Forensic Document Examiners 2013.

*Training and Continuing Education*

- Mentored in the field of Document Examination under the direction of Document Examiners Clarence Bohn, (Retired FBI Crime Laboratory and Professor at George Washington University, Washington, D.C.) and Viola Stevens, (Retired Wisconsin State Crime Laboratory.
- Special Studies in Forensic Photography, Armed Forces Institute of Pathology, Walter Reed Army Medical Center, Washington, D.C. (Msgt Brady and Dr. Thompson).
- College of Microscopy, Fundamentals of Microscopy Workshop for Forensic Document Examiners, McCrone College of Microscopy, Westmont, Il., October 24, 2006.

1

- Attended Association of Forensic Document Examiners 2006 continuing education symposium, October 25-28, 2006, McCrone College & Laboratory, Chicago (Westmont), Illinois.

- Rochester Institute of Technology in conjunction with the United States Secret Service Laboratory, Rochester, NY, Symposium and conference for Forensic Document Examiners, June 12-15, 2007. Topics included traditional, digital and contemporary printing processes as well as forensic identification of printing processes.

- Leadership Seminar Marian College (attended a Seminar by the Pointman Leadership Institute entitled "Principle Based Leadership, The Importance of Ethics", June 6,7, 8, 2001 held at Marian College, Fond du Lac, Wisconsin).

- Attended Association of Forensic Document Examiners 2007 continuing education symposium, September 26-29, 2007, Tucson, Arizona.

- Attended Association of Forensic Document Examiners 2008 continuing education symposium, October 17-20, 2008, Albuquerque, New Mexico.

- Attended Association of Forensic Document Examiners 2009 continuing education symposium, November 5-8, 2009, Milwaukee, Wisconsin.

- Attended Association of Forensic Document Examiners 2010 continuing education symposium, October 14-17, 2010, Phoenix, Arizona.

- Attended Association of Forensic Document Examiners 2011 continuing education symposium, November 3-8, 2011, Louisville, Kentucky.

- Attended Association of Forensic Document Examiners 2012 continuing education symposium, October 18-21, 2012, Phoenix, Arizona.

- Attended Association of Forensic Document Examiners 2013 continuing education symposium, October 10-13, 2013, Chicago (Westmont), Illinois.

- Attended "Printing Process Identification for Forensic Document Examiners" October 14, 2013, Hooke College of Applied Sciences, McCrone Institute, Westmont, Illinois.

- Attended AAFS Annual Meetings 1989, La Vegas, NV; 1990, Cincinnati, OH; 2008, Washington, D.C., and attended Workshop # 21, "The Impact of Confirmational Bias and Context Effect on Report Writing in the Forensic Science Laboratory"; Workshop # 5, " The Applications of Color Analysis and Light Theory in the Forensic Examination of Documents"; 2009 Denver, Colorado, and attended Workshop #7 " Security Documents Before and After the Crime: REAL ID, Physical and Electronic Security Features, Developments in Commercial Printing Technology, and an Introduction to Counterfeit Link Analysis"; Workshop # 18 "Standards in the Forensic Sciences: Their History, Development, and Impact on Laboratory Practice; 2010 Seattle, Washington, and attended Workshop #7, "Signature Examination: Translating Basic Science to Practice"; 2011 Chicago, Illinois, and attended Workshop #6 "Fracture Match of Papers, Tapes, and Miscellaneous Materials for Document Examiners"; Workshop #13 Indentation

2

Sequencing Workshop"; 2012 Atlanta, Georgia, and attended Workshop #20 "Flawed Forensics: Recognizing and Challenging Misleading Forensic Evidence and Disingenuous Expert Testimony". 2013 Washington, D.C., and attended Workshop #4, "Signature Examination of Healthy and Impaired Writers", 2014 Seattle, Washington, and attended Workshop #10 Bias in Forensics -- "Examining the Sources and Impacts of Bias on Perceptual and Cognitive Judgments Made by Forensic Experts, Strategies for Excluding or Impeaching Expert Testimony Tainted by Bias, and Proposed Solutions for Minimizing or Inhibiting Biasing Influences"; Workshop #22, "Questioned Document Examination and Enhancement of Evidence Using Various Light and Filter Techniques".

- Attended ASTM E30-02 annual subcommittee meetings on Forensic Document Examination: 2008, 2009, 2010, 2011, 2012

- Attended ASTM E30 main committee meetings on Forensic Science: 2013, 2014

- Ongoing conferences and review of numerous books, journals, and publications in the above areas.


### Publications

- Contributing writer/editor Book Review/Commentary, "Scientific Examination of Questioned Documents", Second Edition, by Kelly, J.S., Lindblom, B.S. (Editors) 2006, CRC Press, Boca Raton, Fl., Published in the Journal of Forensic Document Examination Volume 21, 2011.
- Article published in the "TLMI Illuminator" publication (Tag and label Manufacturers Institute).


### Presentations

- Presentation of a case of Memorabilia Fraud involving Green Bay Packers Quarterback Brett Favre, at the Annual Symposium of the Association of Forensic Document Examiners, Tucson, Arizona, 2007.

- Presentation of a Workshop on Procedures for Obtaining Exemplars, at the Annual Symposium of the Association of Forensic Document Examiners, Milwaukee, Wisconsin, 2009

- Presented a Workshop Part I, on request writings related to an admitted forger involving a case between the Defendant and The University of Wisconsin, Madison, WI, at the Annual Symposium of the Association of Forensic Document Examiners, Louisville, Kentucky, 2011.

- Presented a Workshop Part II, on request writings related to an admitted forger involving a case between the Defendant and The University of Wisconsin, Madison WI, at the Annual Symposium of the Association of Forensic Document Examiners, Phoenix, Arizona, 2012

### *Professional Experience*

- Over thirty years of professional experience as a forensic document examiner.
- Teaching and Research History, Undergraduate Level at Northeast Wisconsin Technical College, Blackhawk Technical College, Marian College and Concordia University.
- Qualified to teach the following courses:

| | |
|---|---|
| Criminalistics | Law of Arrest, Search and Seizure |
| Constitutional Law | Criminal Law |
| Courts and Jurisdiction | Administrative Law |
| History and Philosophy of Law Enforcement | Criminal Procedure |
| | Police and Technical Photography |
| Interviews, Interrogations and Confessions | Rules of Evidence |
| Criminal Investigation | Police Administration |

- Certified Law Enforcement Instructor by Wisconsin State Department of Justice/Training and Standards Bureau, 1984-2007.

| | |
|---|---|
| Constitutional Law | Interviewing & Interrogations |
| Community Resources | Investigations |
| Criminal Code | Juvenile Code |
| Criminal Justice System | Physical Evidence |
| Criminal Procedure | Professional Orientation |
| Ethics | Testifying in Court |
| Evidence Collection | Administrative Law and Procedure |

- Full Time Faculty Member Northeast Wisconsin Technical College, Police Science Program.
- Adjunct Faculty Member Blackhawk Technical College, Law Enforcement Officer's in-service program.

4

- Part Time Faculty Member, Marian University, Administration of Justice Program, Fond Du Lac, Wisconsin.
- Adjunct Professor, Concordia University, Criminal Justice Program, Appleton and Green Bay, WI.
- Lecturer in Legal Investigations and Demonstrative Evidence, Carthage College.
- Developed Chemical Reagents for Ink Testing of Photocopies.
- Court-Qualified as an expert in the fields of document examination and criminalistics.

## *Community Service*

- Police and Fire Commissioner for the Village of North Fond Du Lac, Wisconsin, 1997 to present.
- Offices held as a Police and Fire Commissioner: Secretary 1998-1999, Vice President 1999 to 2013 presently President 2013. Also served as a panel member - Employment Relations for Employment Evaluation of Police Officers and Fire Fighters.
- Engaged in leadership roles in community and church activities.
- Past President, Vice President and Board of Directors Member of Bay Area Youth Development Services Inc. (Non-Profit), 1990 - 1995.
- Appointed to Marian University School of Criminal Justice Dean's Advisory Board 2008-present.

## *Memberships*

- Association of Forensic Document Examiners (AFDE)
- American Society of Testing and Materials (ASTM) Committee E30
- The Board of Forensic Document Examiners (BFDE), Currently Treasurer of the Board

5



ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS
ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:        0          LOAN ID:    7889719

NOTE DATE:    8/12/2002      LOAN AMOUNT:      $330,000.00

BORROWER NAME:   ROBYNNE A FAULEY

PROPERTY ADDRESS:    12155 SE SOUTHEAST LAUGHING WA, SANDY, OR 97055

PAY TO THE ORDER OF

EMV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

Below is a close-up photo taken of the Jason Vecchio signed allonge Plaintiff examined at the Portland office of RCO Legal on December 2, 2014.

PAY TO THE ORDER OF

**LNV Corporation**

WITHOUT RECOURSE

Residential Funding Company, LLC

By:

Name: Jason J. Vecchio

Title: Post Funding Manager

Residential Funding Company, LLC

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS
ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL:          0        LOAN ID:      10335983

NOTE DATE:     2/10/2004    LOAN AMOUNT:        $176,000.00

BORROWER NAME:  DENISE SUBRAMANIAM

PROPERTY ADDRESS:    13865 SW WALKER ROAD, BEAVERTON, OR  97005

PAY TO THE ORDER OF

**LNV Corporation**

WITHOUT RECOURSE

Residential Funding Company, LLC

By:

Name:  Jason J. Vecchio
Title:  Post Funding Manager
Residential Funding Company, LLC

Exhibit 1
Page 7 of 7

**EXHIBIT 14**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100790973   09/13/2010   04:39
ELECTRONIC RECORDING

Recording requested by:

4102899DX-2-2-1--
ramirezp

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

TS #: **AZ-09-274840-BL**
Order #: **4102899**

Space above this line for recorders use

# Cancellation of Trustee's Sale

The undersigned hereby cancels the Notice of Trustee's Sale recorded on **5/26/2009**, Docket ,
Page , instrument number **20090470901**, in the office of the County Recorder of **MARICOPA**, State
of **Arizona** on real property legally described as:

LOT 5, MONTEBELLO HOMES, ACCORDING TO BOOK 72 OF MAPS, PAGE 32, RECORDS OF
MARICOPA COUNTY, ARIZONA; AND   PART OF THE SOUTHWEST QUARTER OF THE
NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF
THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE
PARTICULARLY DESCRIBED AS FOLLOWS:   COMMENCING AT THE SOUTHEAST CORNER
OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16,
TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND
MERIDIAN, MARICOPA COUNTY, ARIZONA;   THENCE WEST ALONG THE SOUTH LINE OF
SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET;   THENCE
NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS
ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27,
RECORDS OF MARICOPA COUNTY, ARIZONA, 498.00 FEET TO THE TRUE POINT OF
BEGINNING;   THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID
WEST LINE OF ROBBINS ESTATES, 50.00 FEET TO A POINT, SAID POINT BEING THE
SOUTHEAST CORNER OF MONTEBELLO HOMES, A RECORDED SUBDIVISION, RECORDED
IN BOOK 72 OF MAPS, PAGE 32, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE
WEST ALONG THE SOUTH LINE OF SAID MONTEBELLO HOMES, 167.63 FEET TO A POINT
ON THE EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK
58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE SOUTH 0
DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP,
50.00 FEET;   THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 167.63 FEET
TO THE TRUE POINT OF BEGINNING;   EXCEPT ANY PORTION THEREOF LYING WITHIN
THE PROPERTY AS SET FORTH IN DEED RECORDED IN DOCKET 2427, PAGE 573,
RECORDS OF MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:   PART OF THE
SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2
NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN,
MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE
NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF
THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET;  THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA, 338.00 FEET TO THE TRUE POINT OF BEGINNING;  THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID WEST LINE OF ROBBINS ESTATES, 160.00 FEET TO A POINT;  THENCE WEST 167.63 FEET TO A POINT ON THE EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK 58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;  THENCE SOUTH 0 DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP, 140.00 FEET;  THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 168.76 FEET TO THE TRUE POINT OF BEGINNING.

Which Notice of Trustee's Sale refers to a Deed of Trust executed by **TULI MOLINA WOHL, AN UNMARRIED WOMAN** as Trustor (s), in which **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS), AS NOMINEE FOR SEBRING CAPITAL PARTNERS, LIMITED PARTNERSHIP** is named Beneficiary (ies) and **LAWYERS TITLE** as Trustee, and recorded **11/21/2006** in Docket **xxx**, Page **xxx**, Instrument number **2006-1525605**, records of **MARICOPA**, **Arizona**. The following Deed of Trust was dated **11/14/2006**.

TS #: **AZ-09-274840-BL**

Dated: 9/13/10

QUALITY LOAN SERVICE CORPORATION

By: Robyn Tassell , **Assistant Vice President**

State of: **California**)
County of: **San Diego**)

On 9/13/10 before me **Brenda Susana Perez** a notary public, personally appeared **Robyn Tassell** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
**Brenda Susana Perez**

BRENDA SUSANA PEREZ
Commission # 1693771
Notary Public - California
San Diego County
My Comm. Expires Sep 15, 2010

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100790974    09/13/2010    04:39
ELECTRONIC RECORDING

Recording requested by:

4102899DX-3-2-2--
ramirezp

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

TS #: **AZ-09-274840-BL**
Order #: **4102899**

Space above this line for recorders use

# Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 11/14/2006 and recorded 11/21/2006 as Instrument 2006-1525605, Book xxx, Page xxx, in the office of the County Recorder of MARICOPA County, Arizona. ; and at public auction to the highest bidder:

| | |
|---|---|
| Sale Date and Time: | 12/13/2010 at |
| Sale Location: | At the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ |
| Legal Description: | SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF |
| Purported Street Address: | 1321 E LUKE AVE., PHOENIX, AZ 85014 |
| Tax Parcel Number: | 162-03-054 |
| Original Principal Balance: | $475,000.00 |
| Name and Address of Current Beneficiary: | LNV Corporation C/O Dovenmuehle Mortgage, Inc. 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047-8924 |
| Name and Address of Original Trustor: | TULI MOLINA WOHL, AN UNMARRIED WOMAN 1321 E LUKE AVE., PHOENIX, AZ 85014 |
| Name and Address of Trustee/Agent: | QUALITY LOAN SERVICE CORPORATION C/O Quality Loan Service Corp. 2141 5th Avenue San Diego, CA 92101 Phone: 619-645-7711 Sales Line: 714-573-1965 |

Login to:  www.priorityposting.com
AZ-09-274840-BL

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona escrow agent.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 9/13/10                              QUALITY LOAN SERVICE CORPORATION

By: Robyn Tassell, Assistant Vice President

State of: **California**           )
                                   ) ss
County of: **San Diego**           )

On 9/13/10 before me, **Brenda Susana Perez**, a notary public, personally appeared **Robyn Tassell**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
          Brenda Susana Perez

BRENDA SUSANA PEREZ
Commission # 1693771
Notary Public - California
San Diego County
My Comm. Expires Sep 15, 2010

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

EXHIBIT "A"

LOT 5, MONTEBELLO HOMES, ACCORDING TO BOOK 72 OF MAPS, PAGE 32, RECORDS OF MARICOPA
COUNTY, ARIZONA; AND PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF
SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND
MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST
QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER
BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA; THENCE WEST ALONG THE SOUTH LINE OF SAID
SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET; THENCE NORTH 0 DEGREES 10
MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED SUBDIVISION,
RECORDED IN BOOK 62 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA, 498.00 FEET TO
THE TRUE POINT OF BEGINNING; THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG
SAID WEST LINE OF ROBBINS ESTATES, 50.00 FEET TO A POINT, SAID POINT BEING THE SOUTHEAST
CORNER OF MONTEBELLO HOMES, A RECORDED SUBDIVISION, RECORDED IN BOOK 72 OF MAPS, PAGE
32, RECORDS OF MARICOPA COUNTY, ARIZONA; THENCE WEST ALONG THE SOUTH LINE OF SAID
MONTEBELLO HOMES, 167.63 FEET TO A POINT ON THE EAST LINE OF SUNSET STRIP, A RECORDED
SUBDIVISION, RECORDED IN BOOK 58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;
THENCE SOUTH 0 DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP,
50.00 FEET; THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 167.63 FEET TO THE TRUE
POINT OF BEGINNING; EXCEPT ANY PORTION THEREOF LYING WITHIN THE PROPERTY AS SET FORTH IN
DEED RECORDED IN DOCKET 2427, PAGE 573, RECORDS OF MARICOPA COUNTY, ARIZONA, DESCRIBED
AS FOLLOWS: PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16,
TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN,
MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE
SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16,
TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN,
MARICOPA COUNTY, ARIZONA; THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER
OF THE NORTHEAST QUARTER, 267.85 FEET; THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST
ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF
MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA, 338.00 FEET TO THE TRUE POINT OF
BEGINNING; THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID WEST LINE OF
ROBBINS ESTATES, 160.00 FEET TO A POINT; THENCE WEST 167.63 FEET TO A POINT ON THE EAST LINE
OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK 58 OF MAPS, PAGE 26, RECORDS OF
MARICOPA COUNTY, ARIZONA; THENCE SOUTH 0 DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID
EAST LINE OF SUNSET STRIP, 140.00 FEET; THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST
168.76 FEET TO THE TRUE POINT OF BEGINNING

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100811435  09/20/2010   02:36
ELECTRONIC RECORDING

DX4102889-3-2-1--
mcdevittr

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY
Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

TS #: **AZ-09-274840-BL**
Order #: **4102899**

Space above this line for recorders use

# Cancellation of Trustee's Sale

The undersigned hereby cancels the Notice of Trustee's Sale recorded on **9/13/2010**, Docket ,
Page , instrument number **20100790974**, in the office of the County Recorder of **MARICOPA**, State
of **Arizona** on real property legally described as:

LOT 5, MONTEBELLO HOMES, ACCORDING TO BOOK 72 OF MAPS, PAGE 32, RECORDS OF
MARICOPA COUNTY, ARIZONA; AND   PART OF THE SOUTHWEST QUARTER OF THE
NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF
THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE
PARTICULARLY DESCRIBED AS FOLLOWS:  COMMENCING AT THE SOUTHEAST CORNER
OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16,
TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND
MERIDIAN, MARICOPA COUNTY, ARIZONA;  THENCE WEST ALONG THE SOUTH LINE OF
SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET;  THENCE
NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS
ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27,
RECORDS OF MARICOPA COUNTY, ARIZONA, 498.00 FEET TO THE TRUE POINT OF
BEGINNING;  THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID
WEST LINE OF ROBBINS ESTATES, 50.00 FEET TO A POINT, SAID POINT BEING THE
SOUTHEAST CORNER OF MONTEBELLO HOMES, A RECORDED SUBDIVISION, RECORDED
IN BOOK 72 OF MAPS, PAGE 32, RECORDS OF MARICOPA COUNTY, ARIZONA;  THENCE
WEST ALONG THE SOUTH LINE OF SAID MONTEBELLO HOMES, 167.63 FEET TO A POINT
ON THE EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK
58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;  THENCE SOUTH 0
DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP,
50.00 FEET;  THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 167.63 FEET
TO THE TRUE POINT OF BEGINNING;  EXCEPT ANY PORTION THEREOF LYING WITHIN
THE PROPERTY AS SET FORTH IN DEED RECORDED IN DOCKET 2427, PAGE 573,
RECORDS OF MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:   PART OF THE
SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2
NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN,
MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE
NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF
THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE
NORTHEAST QUARTER, 267.85 FEET;   THENCE NORTH 0 DEGREES 10 MINUTES 00
SECONDS EAST ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED
SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27, RECORDS OF MARICOPA
COUNTY, ARIZONA, 338.00 FEET TO THE TRUE POINT OF BEGINNING;   THENCE NORTH 0
DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID WEST LINE OF ROBBINS
ESTATES, 160.00 FEET TO A POINT;   THENCE WEST 167.63 FEET TO A POINT ON THE
EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK 58 OF
MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE SOUTH 0
DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP,
140.00 FEET;   THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 168.76 FEET
TO THE TRUE POINT OF BEGINNING.

Which Notice of Trustee's Sale refers to a Deed of Trust executed by **TULI MOLINA WOHL, AN
UNMARRIED WOMAN** as Trustor (s), in which **MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC (MERS), AS NOMINEE FOR SEBRING CAPITAL PARTNERS, LIMITED
PARTNERSHIP** is named Beneficiary (ies) and **LAWYERS TITLE** as Trustee, and recorded
**11/21/2006** in Docket **xxx**, Page **xxx**, Instrument number **2006-1525605,** records of **MARICOPA,
Arizona**. The following Deed of Trust was dated **11/14/2006.**

TS #: **AZ-09-274840-BL**

Dated: 9/20/10

**QUALITY LOAN SERVICE CORPORATION**

By: **Robyn Tassell**,  **Assistant Vice President**

State of: **California**)
County of: **San Diego**)

On 9/20/10 _____ before me **B. Perez** a notary public, personally appeared **Robyn Tassell**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
            B. Perez

B. PEREZ
Commission No. 1903663
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires September 15, 2014

B. Perez

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100811436   09/20/2010   02:36
ELECTRONIC RECORDING

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**

Recording requested by:

DX4102889-3-2-2--
mcdevittr

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

TS #:  **AZ-09-274840-BL**                                    Space above this line for recorders use
Order #:  **4102899**

# Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated 11/14/2006 and recorded 11/21/2006 as Instrument 2006-1525605, Book xxx, Page xxx,  in the office of the County Recorder of MARICOPA County, Arizona. ; and at public auction to the highest bidder:

Sale Date and Time:          12/20/2010 at 12:30:00 PM

Sale Location:               At the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ

Legal Description:           LOT 5, MONTEBELLO HOMES, ACCORDING TO BOOK 72 OF MAPS, PAGE 32, RECORDS OF MARICOPA COUNTY, ARIZONA; AND PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:   COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;   THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET;   THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA, 498.00 FEET TO THE TRUE POINT OF BEGINNING;   THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID WEST LINE OF ROBBINS ESTATES, 50.00 FEET TO A POINT, SAID POINT BEING THE SOUTHEAST CORNER OF MONTEBELLO HOMES, A RECORDED SUBDIVISION, RECORDED IN BOOK 72 OF MAPS, PAGE 32, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE WEST ALONG THE SOUTH LINE OF SAID MONTEBELLO HOMES, 167.63 FEET TO A POINT ON THE EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK 58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE SOUTH 0 DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP, 50.00 FEET;   THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 167.63 FEET TO THE

TRUE POINT OF BEGINNING;  EXCEPT ANY PORTION THEREOF LYING WITHIN THE PROPERTY AS SET FORTH IN DEED RECORDED IN DOCKET 2427, PAGE 573, RECORDS OF MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:   PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 16, TOWNSHIP 2 NORTH, RANGE 3 EAST OF THE OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;   THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 267.85 FEET;   THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG THE WEST LINE OF ROBBINS ESTATES, A RECORDED SUBDIVISION, RECORDED IN BOOK 62 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA, 338.00 FEET TO THE TRUE POINT OF BEGINNING;   THENCE NORTH 0 DEGREES 10 MINUTES 00 SECONDS EAST ALONG SAID WEST LINE OF ROBBINS ESTATES, 160.00 FEET TO A POINT;   THENCE WEST 167.63 FEET TO A POINT ON THE EAST LINE OF SUNSET STRIP, A RECORDED SUBDIVISION, RECORDED IN BOOK 58 OF MAPS, PAGE 26, RECORDS OF MARICOPA COUNTY, ARIZONA;   THENCE SOUTH 0 DEGREES 10 MINUTES 00 SECONDS WEST ALONG SAID EAST LINE OF SUNSET STRIP, 140.00 FEET;   THENCE SOUTH 83 DEGREES 11 MINUTES 38 SECONDS EAST 168.76 FEET TO THE TRUE POINT OF BEGINNING.

Purported Street Address:   1321 E LUKE AVE., PHOENIX, AZ 85014

Tax Parcel Number:   162-03-054A

Original Principal Balance:   $475,000.00

Name and Address of Current Beneficiary:   LNV Corporation
C/O Dovenmuehle Mortgage, Inc.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8924

Name and Address of Original Trustor:   TULI MOLINA WOHL, AN UNMARRIED WOMAN
1321 E LUKE AVE., PHOENIX, AZ 85014

Name and Address of Trustee/Agent:   QUALITY LOAN SERVICE CORPORATION
C/O Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
Phone: 619-645-7711
Sales Line: 714-573-1965
Login to:  www.priorityposting.com
AZ-09-274840-BL

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona escrow agent.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 9/20/10

QUALITY LOAN SERVICE CORPORATION

By: Robyn Tassell, Assistant Vice President

State of: <u>California</u>       )
                          ) ss
County of: <u>San Diego</u>     )

On 9/20/10 before me, **B. Perez**, a notary public, personally appeared **Robyn Tassell**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
                    B. Perez

B. PEREZ
Commission No. 1903663
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires September 15, 2014

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

# EXHIBIT 15



**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

# CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:        AZ09274840BL

ASAP Number:                3788868

Trustor:            TULI MOLINA WOHL, AN UNMARRIED WOMAN

Trustee:            Quality Loan Service Corporation

LPS - Agency Sales & Posting, certifies that on **04/22/2011,** at the hour of **12:00PM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter.  Such postponement was given by public declaration wherein it was announced that the new date of the sale is **04/26/2011,** the new time of the sale is **12:30PM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

## **Trustee's Discretion**

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468



**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

## CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:        AZ09274840BL

ASAP Number:                3788868

Trustor:                    TULI MOLINA WOHL, AN UNMARRIED WOMAN

Trustee:                    Quality Loan Service Corporation

LPS - Agency Sales & Posting, certifies that on **04/20/2011,** at the hour of **12:30PM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter.  Such postponement was given by public declaration wherein it was announced that the new date of the sale is **04/22/2011,** the new time of the sale is **12:00PM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

## **Trustee's Discretion**

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468



**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

# CERTIFICATE OF POSTPONEMENT

| | |
|---|---|
| Trustee Sale Number: | AZ09274840BL |
| ASAP Number: | 3788868 |
| Trustor: | TULI MOLINA WOHL, AN UNMARRIED WOMAN |
| Trustee: | Quality Loan Service Corporation |

LPS - Agency Sales & Posting, certifies that on **04/18/2011,** at the hour of **12:00PM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter. Such postponement was given by public declaration wherein it was announced that the new date of the sale is **04/20/2011,** the new time of the sale is **12:30PM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

## **Trustee's Discretion**

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468



**AGENCY SALES & POSTING**
A LENDER PROCESSING SERVICES COMPANY

## CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:        AZ09274840BL

ASAP Number:        3788868

Trustor:        TULI MOLINA WOHL, AN UNMARRIED WOMAN

Trustee:        Quality Loan Service Corporation

LPS - Agency Sales & Posting, certifies that on **03/18/2011,** at the hour of **12:30PM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter.  Such postponement was given by public declaration wherein it was announced that the new date of the sale is **04/18/2011,** the new time of the sale is **12:00PM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

## <u>Beneficiary's Request</u>

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468



AGENCY SALES & POSTING
A LENDER PROCESSING SERVICES COMPANY

# CERTIFICATE OF POSTPONEMENT

Trustee Sale Number:        AZ09274840BL

ASAP Number:        3788868

Trustor:        TULI MOLINA WOHL, AN UNMARRIED WOMAN

Trustee:        Quality Loan Service Corporation

LPS - Agency Sales & Posting, certifies that on **12/20/2010,** at the hour of **12:00PM** at the same place as originally fixed by the Trustee in the Notice of Sale, an authorized Agent of LPS - Agency Sales & Posting, postponed the holding of the Sale scheduled for said time and place, at the same place designated in the Notice of Sale in said matter. Such postponement was given by public declaration wherein it was announced that the new date of the sale is **03/18/2011,** the new time of the sale is **12:30PM** and the place of sale is the same place as originally fixed by the Trustee in the Notice of Sale.

FURTHER, it was announced that the reason for the postponement was:

## **Beneficiary's Request**

3210 El Camino Real Ste 200, Irvine, California 92602

Main Line (714) 724-7500 Toll Free (800) 683-2468

**EXHIBIT 16**

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date:  January 4, 2018
Claim Number:  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A

0003990  00037822      1 AB  0.403 1228M1T2R5PN T135 P16
TULI MOLINA
702 E BOBB ST
PAYSON AZ 85541-4402

We are writing to you about your Social Security benefits.

**What You Should Know**

The State of Arizona will pay your Medicare medical insurance premium beginning January 2018.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $134.00 around January 12, 2018.

- This money is a refund owed to you for Medicare Part B (medical insurance) premiums you paid since December 2017.

- You will receive $861.00 for January 2018 around February 2, 2018.

- After that you will receive $861.00 on or about the third of each month.

**Your Benefits**

We will no longer deduct the premium from your monthly payment.  Later in this letter, we tell you what to do if you disagree with this change in the amount of your monthly payment.

# EXHIBIT 17

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
E. Hailes, Deputy
3/21/2018 3:34:00 PM
Filing ID 9188268

1   courtdocs@dickinsonwright.com
    Michael R. Scheurich (#005943)
2   mscheurich@dickinsonwright.com
    DICKINSON WRIGHT PLLC
3   1850 North Central Avenue, Suite 1400
    Phoenix, Arizona  85004-4568
4   Phone: (602) 285-5000
    *Attorneys for Plaintiff*

5

6            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7               **IN AND FOR THE COUNTY OF MARICOPA**

8   LNV CORPORATION, its assignees and/or       Case No. CV2011-009999
    successors,
9

10          Plaintiff,

                                  **AFFIDAVIT FOR RENEWAL**
  vs.                                   **OF JUDGMENT**

11

12   TULI MOLINA WOHL, and JOHN DOE
    WOHL, husband and wife,

13          Defendants.

14

15   STATE OF ARIZONA        )
                            ) ss.
16   County of Maricopa       )

17       Michael R. Scheurich, being first duly sworn upon his oath, deposes and says:

18         1.     I am the attorney for LNV Corporation ("Judgment Creditor"). I have personal

19   knowledge of the facts stated herein and am authorized to make this affidavit on behalf of the

20   Judgment Creditor.

21         2.     The *Judgment on Mandate* ("Judgment") renewed by this Affidavit was entered

22   by the Court on May 10, 2013. The Clerk of the Maricopa County Superior Court does not

23   enter judgments on a docket, but identifies judgements by cause number, which in this matter

24   is CV2011-009999. The Judgment was recorded in the Office of the Maricopa County

25   Recorder on June 20, 2013, at Document No. 2013-0564586. The Judgment Creditor remains

26   the owner of the Judgment.

3.      There is presently no execution outstanding and unreturned upon the Judgment.

4.      The original amount awarded to Judgment Creditor LNV Corporation is as follows:

CHARACTERIZATION                    AMOUNT

Principal                                      $15,350.00

5.      Pursuant to the Judgment, interest accrues at the rate of 4.25% percent per annum from March 8, 2013, until paid in full.

6.      Upon information and belief, to date, there have been no payments made upon the Judgment.

7.      Upon information and belief, there are no set-offs or counterclaims in favor of the Judgment-Debtor or any of them, to the best of affiant's knowledge.

8.      There is presently no execution outstanding and unreturned upon the Judgment.

9.      The amounts due upon the Judgment, after all set-offs and counterclaims, and considering all facts and circumstances necessary to complete disclosure as to the exact condition of the Judgment, are as follows:

AMOUNT

$15,350.00          Principal
$ 3,175.51          Interest from 03/08/13 through 03/19/18
$18,522.51          Total

Interest on the foregoing principal continues to accrue at the rate specified in the Judgment from March 19, 2018, until paid in full.

Dated this 21st day of March, 2018.

Michael R. Scheurich

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, this 21st day of March, 2018, by Michael R. Scheurich.

Notary Public

PHOENIX 53337-1 438978v1

OFFICIAL SEAL
CYRIE LOVEJOY
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 25, 2021