Vito Genna
Clerk of the Court
U.S. Bankruptcy Court Southern District New York
One Bowling Green
New York, NY 10004-1408

March 30, 2018

RE: In re RESIDENTIAL CAPITAL, LLC, et al.
U.S. Bankruptcy Court Southern District New York, Case No: 12-12020

**TO THE IMMEDIATE ATTENTION: Honorable Judge Martin Glenn**

Your Honorable Judge Martin Glenn,

Please accept these last documents attached hereto to support the Notice (Doc. 10469) in objection to (Doc 10482) filed by ResCap Liquidating Trust and Perkins Coie joined by LNV Corporation (Doc 10485). We are four individuals giving notice of fraudulent activities to the court. We do not have electronic filing privileges which has made it more difficult for us to coordinate and file at a distance from different cities.

Thank you,

*[signature]*
Catherine Gebhardt

*[signature]*
Robynne A. Fauley

*[signature]*

Vito Genna
Clerk of the Court
U.S. Bankruptcy Court Southern District New York
One Bowling Green
New York, NY 10004-1408

March 29, 2018

RE: In re RESIDENTIAL CAPITAL, LLC, et al.
<u>U.S. Bankruptcy Court Southern District New York</u>, Case No: 12-12020

**<u>TO THE IMMEDIATE ATTENTION: Honorable Judge Martin Glenn</u>**

## Corrections to Sworn Declaration of Tuli Molina-Wohl
## In Support of Doc. 10469
In Objection to (Doc 10482)
Filed by ResCap Liquidating Trust, Perkins Coie joined by LNV Corporation (Doc 10485)

Exhibits were not correctly labeled in my declaration

Dear Honorable Judge Martin Glenn:

I am so sorry but in the frantic hurry to complete my letter/declaration filed on Monday to meet that filing deadline (I was never served with Doc 10482 and Doc 10485 and didn't learn immediately of the extension the court gave us so there was very little time to for me to prepare) so I forgot to double check the labeling of my exhibits in the declaration after finally compiling the exhibit files. On age 4 of my declaration I correctly identified <u>Exhibit 5</u> and <u>Exhibit 6</u> in paragraph 1, but then I incorrectly in the second paragraph referred to what should have been <u>Exhibit 7</u> & <u>Exhibit 8</u> but I accidently referred to them as <u>Exhibit 5</u> and <u>Exhibit 6</u> again. (The exhibits are correctly labeled with appropriate cover sheets in the attachments.) This caused the numbering of my exhibits to be off thereafter in my declaration until I accidently on page 10 of my declaration correctly referred to the Tamara Kaiden Report as <u>Exhibit 11</u>, but accidently created the exhibit in the attachments twice (duplication) with one copy labeled as <u>Exhibit 10</u> and one as <u>Exhibit 11</u>. Thereafter beginning with Exhibit 12, the OMNI Report the exhibits are correctly referenced in my declaration.

I am so sorry for any inconvenience. It was an arduous task to pull our documents together because we do not all have the right software and some don't even have computers at home and we are spread across the county in three different time zones. I ask Your Honor to please understand the horrific limitation and burdens we have to work under (this is why a class counsel should be appointed to represent our interests). We don't intent to make mistakes like this, they happen when you're

inexperienced and not well physically. Below I provide an index of the exhibits to my declaration with the corrections in hopes this will make it easier to follow.

Respectfully Submitted,

*Tuli M. Wohl*
Tuli Molina-Wohl

Exhibit Index

| | | |
|---|---|---|
| Exhibit 1. | Article showing Sebring closed two weeks after my mortgage closed on December 1, 2006; |
| Exhibit 2. | Closing instructions sheet showing Sebring was affiliated with GMAC (I didn't know at the time); |
| Exhibit 3. | MERS capture shows Ocwen Loan Servicing, LLC (FL) West Palm Beach, FL to be the "servicer" and Residential Funding Company, LLC to be the "Investor"; |
| Exhibit 4. | 12/2/2008 mortgage statement shows MGC did not apply my payments and address is 142 North Road, Suite G., Sudbury, MA 01776; |
| Exhibit 5. | One of numerous consumer complaint letters about MGC obtained by a Freedom of Information Request on the Texas Attorney General's office; |
| Exhibit 6. | Robynne Fauley's complaint letter dated 9/13/2011 obtained through that FOIA request; |
| Exhibit 7. | (Mislabeled on declaration as duplicate Exhibit 5): 2008 IRS 1098 form with no EIN number for MGC – mine and another Beal/LNV victim's (Terry Howard) where her's shows a ? where the EIN number goes. |
| Exhibit 8. | (Mislabeled on declaration as duplicate Exhibit 6): 2009 IRS 1098 forms from MGC for Denise and me where the EIN numbers are "26-1775691" and where both show our mortgages were paid in full that year; |
| Exhibit 9. | (Mislabeled on declaration as Exhibit 7): 2009 a Notice of Trustee instrument was recorded in my county endorsed by Jim Montes as Assistant Vice President of Quality Loan Service Corporation, an LPS service provider. U.S. 9th Circuit reversed a foreclosure based on his signature being false, forged or robo-signed; |
| Exhibit 10. | (Missing on declaration): Substitution of Trustee instrument is endorsed by Stella Hess, Sr. Vice President of MGC and notarized by Cindi Cooper on 5/22/2009, Texas SOS records show she was never a notary; |
| Exhibit 11. | Duplicate of May 9, 2012 Tamara Kaiden Report; |
| Exhibit 12. | May 9, 2012 Tamara Kaiden Report based on forensic examination of Michael Mead's signature on suspect recorded assignment purporting to convey beneficial interest in my DOT & Note to LNV notarized by Diane M. Meistad on March 10, 2008; |

Exhibit 13.  December 4, 2014 OMNI Report based on forensic examination of the Jasson J. Vechhio signatures on the allonges attached to the purported "original" notes LNV submitted to the courts in foreclosures against us showing them to be spot-on-matches one to the other consistent with a stamp, a photocopy or cut and paste.

Exhibit 14.  Recorded Notice's of Trustee and Cancelation of each sale required by law.

Exhibit 15.  Five "Certificates of Postponement" prepared by LPS that LNV's attorney emailed my attorney as "proof" he had followed the law after he lied to eviction judge and told him that the prior Notice of Trustee had been legally canceled.

Exhibit 16.  Proof I'm disabled;

Exhibit 17.  An "Affidavit for Renewal of Judgment" filed by LNV into Case No. CV2011-00999, The Superior Court of Arizona in and for the County of Maricopa on 3/21/2018 that appears to be retaliation to my filing the Notice in this court

Dated: March 30, 2018