Hearing Date and Time: May 8, 2018 at 10:00 AM (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON MOTION OF LOLINA PORTER FOR LEAVE TO FILE PROOF OF CLAIM OUT OF TIME AND MOTION TO ALLOW CLAIMAINT TO CONTINUE TO LITIGATE DEBTOR IN THE DISTRICT COURT FOR NONDISCHARGEABILTY DETERMINATION**

**PLEASE TAKE NOTICE** that a hearing to consider the *Motion for Leave to File Proof of Claim Out of Time and Motion to Allow Claimant to Continue to Litigate Debtor in the District Court for Nondischargeabilty Determination* [Docket No. 10451] filed by Lolina Porter will be held on **May 8, 2018, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 (room 523).

**PLEASE TAKE FURTHER NOTICE** that parties outside the New York City area may attend the hearing telephonically via CourtCall, subject to compliance with the

ny-1321692

CourtCall procedures attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that reservations for telephonic participation must be made in sufficient time to participate in the Hearing by calling CourtCall at (888) 882-6878 pursuant to the CourtCall procedures annexed hereto.

Dated: April 12, 2018
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*