**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |

## ORDER DENYING NOTICE OF CONFLICTS OF INTEREST, FRAUD AND FRAUD UPON THE COURT

Upon consideration of the *Notice of Conflicts of Interest, Fraud Upon the Court by Debtors in Conspiracy with Creditor LNV Corporation, Rescap Liquidating Trust and Special Insurance Coverage Counsel for the Debtors Perkins Coie LLP* (the "Notice," ECF Doc. # 10469) filed by Catherine Gebhardt, Tuli Molina-Wohl, Robynne A. Fauley, and Denise Subramaniam; and upon *The ResCap Liquidating Trust's Objection* to the Notice (the "Objection," ECF Doc. # 10482); and upon *LNV Corporation's Joinder* to the Objection (ECF Doc. # 10485); and upon the *Response of Catherine Gebhart* (ECF Doc. # 10503), the *Sworn Declaration of Tuli Molina-Whohl* (ECF Doc. # 10504), the *Sworn Declaration of Denise Subramaniam* (ECF Doc. # 10505), and the *Response of Robynne A. Fauley* (ECF Doc. # 10506); since no motion or request for relief available under the Bankruptcy Code has been requested, no relief is being provided.

**IT IS SO ORDERED.**

Dated: April 24, 2018

                                                */s/ Martin Glenn*
                                                MARTIN GLENN
                                       United States Bankruptcy Judge