**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                                              Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |
| In re:<br><br>RESCAP LIQUIDATING TRUST MORTGAGE PURCHASE LITIGATION | Adv. Proc. No. 14-07900 (MG) |
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>                                              Plaintiff,<br><br>– against –<br><br>HSBC MORTGAGE CORP. (USA),<br><br>                                              Defendant. | Adv. Proc. No. 14-01915 (MG) |

**ORDER DIRECTING THE FILING OF A STATUS REPORT**

*A P P E A R A N C E S:*

WILLIAMS & CONNOLLY LLP
*Attorneys for Defendant HSBC Mortgage Corp. (USA)*
725 Twelfth Street, N.W.
Washington, DC 20005
By:    R. Hackney Wiegmann, Esq.
        Andrew W. Rudge, Esq.
        Matthew V. Johnson, Esq.
        Jesse Smallwood, Esq.
        Krista Anderson, Esq.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Attorneys for Plaintiffs the ResCap Liquidating Trust and*
*Residential Funding Company, LLC*
51 Madison Avenue, 22nd Floor
New York, New York 10010
By:   Peter E. Calamari, Esq.
        Isaac Nesser, Esq.
        David Elsberg, Esq.
        Matthew Scheck, Esq.

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Plaintiffs the ResCap Liquidating Trust and*
*Residential Funding Company, LLC*
1177 Avenue of the Americas
New York, New York 10036
By:   Kenneth H. Eckstein, Esq.
        Douglas H. Mannal Esq.
        Philip Bentley, Esq.

CARPENTER LIPPS & LELAND LLP
*Attorneys for Plaintiffs the ResCap Liquidating Trust and*
*Residential Funding Company, LLC*
280 Plaza, Suite 130
280 North High Street
Columbus, Ohio 43215
By:   Jeffrey A. Lipps, Esq. (*pro hac vice*)
        Jennifer A.L. Battle, Esq. (*pro hac vice*)

MORRISON & FOERSTER LLP
*Attorneys for Plaintiffs the ResCap Liquidating Trust and*
*Residential Funding Company, LLC*
1290 Avenue of the Americas
New York, New York 10104
By:   Todd M. Goren, Esq.

**MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

This case is the last of the adversary proceedings brought by the ResCap Liquidating Trust or Residential Funding Company, LLC (the "Plaintiff") in the ResCap Liquidating Trust Mortgage Purchase Litigation that remains on my docket. The remaining adversary proceedings have been closed. Counsel for the parties shall file a status report about the case on or before May 7, 2018.

2

**IT IS SO ORDERED.**

Dated: April 24, 2018
New York, New York

_____*Martin Glenn*_____
MARTIN GLENN
United States Bankruptcy Judge