**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
In re:                                                            )   Case No. 12-12020 (MG)
                                                                  )
RESIDENTIAL CAPITAL, LLC, et al.,                                 )   Chapter 11
                                                                  )
                                        Debtors.                  )   Jointly Administered
                                                                  )
------------------------------------------------------------------------------ )

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )   ss.:
County of New York   )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

        2.    On April 20, 2018, I served a true and correct copy of the *Memorandum Opinion and Order Denying Corla Jackson's Notice to Reissue Expired Out Dated Check* [Docket No. 10514] by pre-paid first class U.S. Mail and electronic mail upon the party listed on Exhibit A attached hereto.

                                                                     /s/ Laura Guido
                                                                     Laura Guido

Sworn to before me on this
24th day of April 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1324131

**Exhibit A**

Corla R. Jackson
13230 Tom Gaston Road
Mobile, AL 36695
Email:  corlareevesjackson@gmail.com

ny-1324131