UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*,<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |

## ORDER DENYING ROBYNNE A. FAULEY'S REQUEST FOR RELIEF

On January 22, 2018, Robynne A. Fauley ("Fauley") and others filed a pleading in this Court captioned "*Notice of Conflicts of Interest, Fraud Upon the Court by Debtors in Conspiracy with Creditor LNV Corporation, Rescap Liquidating Trust and Special Insurance Coverage Counsel for the Debtors Perkins Coie LLP*" (ECF Doc. # 10469). On April 24, 2018, the Court entered an Order stating that "since no motion or request for relief available under the Bankruptcy Code has been requested, no relief is being provided." (ECF Doc. # 10516.)

On April 27, 2018, Fauley filed another pleading in this Court, captioned "*Motion – Response to Continue and Stay*, (ECF Doc. # 10521.) Both pleadings appear to relate to an action previously pending, but now closed, in the United States District Court for the District of Oregon, entitled *Robynne A. Fauley v. Washington Mutual Bank, FA; Residential Funding Company, LLC; Deutsche Bank Trust Company Americas s Trustee LNV Corp.; and Does 1-20*, 13-cv-00581-MO, in the records and files of the Oregon District Court. Residential Funding Company, LLC was a debtor in this Court. The Court records in the Oregon District Court case show that the case was terminated on November 4, 2014.

The Court has carefully reviewed Fauley's latest pleading filed in this Court and concludes that Fauley is *not* entitled to any relief from this Court. Therefore, Fauley's

application is **DENIED**.  The Clerk is directed not to accept for filing in this case any further pleadings from Fauley.

    **IT IS SO ORDERED.**

Dated:  May 2, 2018

                                  ___*Martin Glenn*_____
                                      MARTIN GLENN
                           United States Bankruptcy Judge