**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
)
In re:                                    )    Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, et al.,         )    Chapter 11
                                          )
                    Debtors.              )    Jointly Administered
                                          )
---------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On April 24, 2018, I served true and correct copies of the *Order Denying Notice of Conflicts of Interest, Fraud and Fraud Upon the Court* [Docket No. 10516] by electronic mail and pre-paid first class U.S. Mail upon the parties listed on Exhibit A attached hereto and by pre-paid first class U.S. Mail upon the party listed on Exhibit B attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
2nd day of May 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1325063

## **Exhibit A**

Robynne A. Fauley
12125 SE Laughing Water Road
Sandy, OR  97055
Email: robynneafauley@gmail.com

Catherine Gebhardt
3753 Thomas Cross Road
Sevierville, TN  37876
Email: cgebhardtbc2014@yahoo.com

Tuli Molina-Wohl
1321 E. Luke Avenue
Phoenix, AZ  85014-2320

Tuli Molina-Wohl
702 E. Bobb Street
Payson, AZ  85541-4402
Email: tuli@cox.net

ny-1325063

**Exhibit B**

Denise Subramaniam
13865 S.W. Walker Road
Beaverton, OR  97005

ny-1325063