**Hearing Date and Time:  June 21, 2018 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

----------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF LOLINA PORTER
FOR LEAVE TO FILE PROOF OF CLAIM OUT OF TIME AND MOTION TO
ALLOW CLAIMANT TO CONTINUE TO LITIGATE DEBTOR IN THE DISTRICT
COURT FOR NONDISCHARGEABILITY DETERMINATION TO
<u>JUNE 21, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)</u>**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Allow Claimant to Continue to Litigate Debtor in the District Court for Nondischargeability Determination* [Docket No. 10451] (the "Motion"), previously scheduled to be heard on May 8, 2018 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **June 21, 2018 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004.

ny-1326062

Dated: May 15, 2018
          New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*