UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re : Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1] : Case No. 12-12020 (MG)
:
:
: (Jointly Administered)
Debtors. :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Lydia Do, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On May 11, 2018, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties attached hereto as **Exhibit A**; and via First Class Mail upon the parties attached hereto as **Exhibit B**:

- **Fifteenth Post-Confirmation Status Report of the Resca Liquidating Trusts (Filed by Joseph A. Shifer on behalf of ResCap Liquidating Trust)** [Docket No. 10525]

Dated: May 14, 2018

_____
Lydia Do

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th of May, 2018, by Lydia Do, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# **EXHIBIT A**

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to EverBank | Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com |
| Counsel to EverBank | Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; |
| Special Counsel to UMB Bank, N.A., as successor indenture trustee under that certain Indenture, dated as of June 6, 2008 | Akin Gump Strauss Hauer & Feld LLP | Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C Dublin & Rachel Ehrlich Albanese | dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; |
| Counsel to Aurelius Capital Management LP | Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com |
| Attorneys for the Aldine Independent School District | Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us |
| PennyMac Loan Services, LLC | Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com |
| Counsel to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2; Nationstar Mortgage LLC d/b/a Mr. Cooper | ALDRIDGE PITE, LLP | Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities | Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com; william.hao@alston.com |
| Creditor | Alvin Labostrie & Sandra Labostrie | | piccb_investigations@yahoo.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Counsel to CitiMortgage Inc | Ballard Spahr LLP | Andrew J. Petrie & Sarah B. Wallace | petriea@ballardspahr.com; wallaces@ballardspahr.com |
| Counsel to PNC Bank NA; ISGN Solutions, Inc. | Ballard Spahr LLP | Sarah Schindler-Williams & Vincent J Marriott III | Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner | davids@blbglaw.com; jonathanu@blbglaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com |
| Counsel to PNC Mortgage a Division of PNC Bank NA | Blank Rome LLP | Michael B Schaedle | schaedle@blankrome.com |
| Counsel to PNC Mortgage a Division of PNC Bank NA | Blank Rome LLP | Stanley B Tarr & Alan M Root | tarr@blankrome.com; root@blankrome.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Counsel to Lender Processing Services Inc | BRACEWELL & GIULIANI LLP | Ryan M. Philp | ryan.philp@bgllp.com |
| Counsel to Lender Processing Services Inc | BRACEWELL & GIULIANI LLP | Stan Chelney | stan.chelney@bgllp.com |
| Top 50 Creditors | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to Paulson & Co. Inc. | Brown Rudnick LLP | Sigmund S Wissner Gross | swissnergross@brownrudnick.com |
| Counsel to Creditor Conrad P Burnett Jr | Bustos & Associates | Pablo Bustos | pbustos@bustosassociates.com |
| Counsel to Jason and Jennifer Schermerhorn | Butler Fitzgerald Fiveson & McCarthy | David K Fiveson & Jennifer M Hall | dfiveson@bffmlaw.com; jmhall@bffmlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com; ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Counsel to Caley Dekhoda & Qadri | Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes | Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; |
| Counsel to Ocwen Loan Servicing LLC | Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com |
| Counsel to Farmington Woods | Cohn Birnbaum & Shea PC | Scott D Rosen | srosen@cbshealaw.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com; |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Co-Counsel to Inmer E. Campos Carranza | CONSUMER LITIGATION ASSOCIATES, P.C. | Susan M. Rotkis | lenbennett@clalegal.com; srotkis@c1alegal.com |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Conflicts Counsel to the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Conflicts Counsel to the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Conflicts Counsel to the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Co-Counsel to Inmer E. Campos Carranza | Dahiya Law Offices LLC | Karamvir Dahiya | karam@legalpundit.com |
| Counsel to Connecticut Housing Finance Authority | Day Pitney LLP | Herbert K Ryder | hryder@daypitney.com |
| Counsel to Connecticut Housing Finance Authority | Day Pitney LLP | James J Tancredi | jjtancredi@daypitney.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Connecticut Housing Finance Authority | Day Pitney LLP | Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen | | diem.home@gmail.com |
| Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC | DUANE MORRIS LLP | Brett L. Messinger | blmessinger@duanemorris.com |
| Interested Party | Duncan K. Robertson | | uncadunc1@aol.com |
| Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC, Residential Capital LLC | Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com |
| Counsel to GMAC Mortgage LLC | Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com |
| Counsel to GMAC Mortgage LLC; Counsel to Rushmore Loan Management Services, as servicer for Wells Fargo Bank, NA, Not in Its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2011-1T | Fein Such & Crane LLP | Tammy L Terrell Benoza | tterrell@feinsuch.com |
| Counsel to California Housing Finance Agency | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to the FDIC | FIDC | Dennis J Early | dearly@fdic.gov |
| Counsel to City of Laredo Tax Department | Flores & Saucedo PLLC | Christina Flores | floressaucedopllc@gmail.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com |
| Counsel for Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I , Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006 HE7 | Frenkel Lamber Weiss Weisman & Gordon LLP | Karen Sheehan | ksheehan@flwlaw.com |
| Counsel to the RALI Certificate Underwriters | Fried Frank Harris Shriver & Jacobson | William G McGuinness & Gary L Kaplan | gary.kaplan@friedfrank.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com |
| Counsel to the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Amherst Advisory & Management | Gibson Dunn Crutcher | David M Feldman & Joshua Weisser | DFeldman@gibsondunn.com; JWeisser@gibsondunn.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Counsel to ResCap Liquidating Trust | Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com |
| Counsel to the Township of Saddle Brook | Guttleman Muhlstock Chewcaskie | Brian Chewcaskie | brian@gmcnjlaw.com |
| Counsel to Gray & Associates, Duncan C Delhey, Jay Pitner, Michael Riley, and William Foshag Adv Case 13-01208 | Hinshaw & Culbertson | Ali Ryan Amin & Benjamin Noren | bnoren@hinshawlaw.com |
| Counsel to Gray & Associates, LLP, Duncan C. Delhey, Jay J. Pitner, Michael M. Riley, and William N. Foshag | HINSHAW & CULBERTSON LLP | Schuyler B. Kraus | skraus@hinshawlaw.com |
| Adv. Case No. 13-01208 Counsel to Defendants, Gray & Associates, LLP, Duncan C. Delhey, Jay J. Pitner, Michael M. Riley, and William N. Foshag | HINSHAW & CULBERTSON, LLP | Benjamin Noren | bnoren@hinshawlaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Counsel to Newport Management Corporation | Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com; rrich2@hunton.com |
| County of Imperial California | Imperial County Tax Collector | | floraoropeza@co.imperial.ca.us |
| Counsel to Iron Mountain Information Management Inc | Iron Mountain Information Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com |
| Counsel to Attorney of Nassau County | John Ciampoli County Attorney of Nassau County | Patrick R Gallagher | pgallagher@nassaucountyny.gov |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carl E Black | ceblack@jonesday.com |
| Creditor Julie Eriksen | Julie Eriksen | | reriksen1@gmail.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com |
| Counsel to Lorraine McNeal | KATHLEEN G CULLY PLLC | Kathleen G Cully | kgcully@kgcully.com |
| Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Plaintiffs and the Putative Class | Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | eciolko@ktmc.com; dmoffa@ktmc.com |
| Counsel to Oakland County Treasurer; Counsel to Wayne County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com |
| Counsel to Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn, Individually and on Behalf of All Others Similarly Situated | KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | mstrauss@kmllp.com; bwalker@kmllp.com |
| Counsel to Ally Financial re Adv. Case No.12-01934 | Kirkland & Ellis | Judson Brown | judson.brown@kirkland.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Justin Bernbrock | justin.bernbrock@kirkland.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Stephen E Hessler | ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com; jcorneau@klestadt.com |
| Counsel to Secured Creditor Select Portfolio Servicings Inc. as Servicers for Wells Fargo Bank NA as Trustee in Trust for SASCO 2007-MLN1 Trust Fund; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the First Franklin Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2005-FF9; Counsel to Secured Creditor Caliber Home Loans Inc as Servicing Agent for U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust; Counsel to Secured Creditor Caliber Home Loans Inc as Servicing Agent for U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust | Kozeny, McCubbin & Katz, LLP | Jordan S Katz | sdny@kmk-law.net |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 | Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants | P Joe Morrow | rescapinfo@kccllc.com |
| Counsel to Rhonda Gosselin | Laird J. Heal, Esq | Laird J. Heal | lairdheal@lh-law-office.com |
| Counsel to Normandale Holdings LLC | Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | dlibra@lapplibra.com |
| Law Debenture Trust Company of New York | Law Debenture Trust Company of New York | James D Heaney Managing Director | james.heaney@lawdeb.com |
| Counsel to Bank of America NA; Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2; and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass through Certificates. Series 2007-H3; Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement Dated 1/2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1; U.S. Bank NA as Trustee under Pooling and Service Agreement dated 3/1/2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2; Ocwen Loan Servicing, LLC; and Deutsche Bank Trust Company Americas as Indenture Trustee; Securitized Asset Backed Receivables LLC Trust 2005-FR2 Mortgage Pass-Through Certificates, Series 2005-FR2; Ocwen Loan Servicing, LLC, as servicer for HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-HE4, Asset Backed Pass-Through Certificates | Leopold & Associates PLLC | Saul Leopold & Phillip Mahony & Michael Rozea | Mrozea@leopoldassociates.com; pmahony@leopoldassociates.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Interested Party | Locke Lord LLP | Casey B Howard | choward@lockelord.com |
| Counsel to Wilmington Trust NA, as Indenture Trustee | Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com; vrubinstein@loeb.com; |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com |
| Counsel to Oracle America Inc | Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com |
| Counsel to Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC | Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | kmarino@khmarino.com; jboyle@khmarino.com |
| Counsel to Ocwen Loan Servicing LLC - Case No. 12-12063 | McCabe Weisberg & Conway | James J Rufo & Irene Costello | jrufo@mwc-law.com; icostello@mwc-law.com |
| Counsel to Specialized Loan Servicing LLC, as servicer for the Bank of New York Mellon Turst Compnay, National Association fka The Bank of New York Trust Company, NA as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgae Products Inc, Mortgage Asset-Backed Pass Through Certificates, Series 2003-RS4 | McCabe Weisberg & Conway | Melissa S DiCerbo | nyecfmail@mwc-law.com |
| Counsel to Texas Ad Valorem Taxing Jurisdictions | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Bass & Moglowsky SC, Arthur M. Moglowsky, David M. Potteiger, & Penny G Gentges | Menter Rudin & Trivelpiece PC | Kevin M Newman | knewman@menterlaw.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to Bank of America, National Association; Banc of America Funding Corporation; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch Mortgage Lending, Inc.; and Merrill Lynch Mortgage Investors Inc. | Morgan, Lewis & Bockius LLP | Susan F. DiCicco | susan.dicicco@morganlewis.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Mary Critchley | Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Counsel to the Debtors | Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan B Sadeghi | lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Counsel to Obermayer Rebmann Maxwell & Hippel LLP | OBERMAYER REBMANN MAXWELL & HIPPEL LLP | Angela L. Baglanzis & Edmond M. George | angela.baglanzis@obermayer.com; |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| County of San Joaquin | Office of Shabbir A Khan | Phonxay Keokham | almeyers@sjgov.org |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | enid.stuart@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| Counsel to Ambac Assurance Corporation; Counsel to MBIA Insurance Company | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney & Michelle W. Cohen | dwdykhouse@pbwt.com; bguiney@pbwt.com; mcohen@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to Bank of America, N.A., ("Bank of America"), successor by merger to BAC Home Loans Servicing, LP | Peter T. Roach and Associates, P.C. | Michael C Manniello | michael.manniello@roachfirmlaw.com; kimberly.mcgrail@roachlawfirm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | brandon.johnson@pillsburylaw.com |
| Placer County Tax Collector | Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | jmcmurtr@placer.ca.gov |
| Counsel to Peter S. Kravitz in his capacity as Trustee of the ResCap Borrower Trust | POLSINELLI PC | Daniel J. Flanigan | dflanigan@polsinelli.com |
| Counsel to Representative Plaintiffs and the Putative Class and Borrower Claims Trust | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com; jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com; jzajac@proskauer.com |
| Counsel to OneWest Bank and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23 under the Pooling and Servicing Agreement dated Sept 1, 2005 ("OneWest"), the holder of Claim No. 4872 | QUARLES & BRADY LLP | John Maston O'Neal & Lori L. Winkelman & Walter J. Ashbrook | john.oneal@quarles.com; lori.winkelman@quarles.com; walter.ashbrook@quarles.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com |
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com |
| Counsel to Nationstar Mortgage LLC | RAS BORISKIN, LLC | Daniel Sullivan | dsullivan@rasboriskin.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Residential Capital LLC | ResCap Liquidating Trust | Attn Tammy Hamzehpour | Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com; dflanigan@polsinelli.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Counsel to Certain Homeowners Claimants | Robert E Brown PC | | rbrown@robertbrownlaw.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R3 and The Bank of New York Mellon F/K/A The Bank of New York, as Trustee for TBW Mortgage-Backed Trust 2007-1, Mortgage-Backed Pass-Through Certificates, Series 2007-1 | ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | BANKRUPTCY DEPARTMENT Elizabeth L. Doyaga | erubino@rasflaw.com |
| Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority | Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Creditor Ron Eriksen | Ron Ericksen | | reriksen1@gmail.com |
| Counsel to the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com; keith.wofford@ropesgray.gov |
| Counsel to Martha S. Panaszewicz | ROSALES DEL ROSARIO, P.C. | John B. Rosario | johnrosario@delroslaw.com |
| Counsel to Bayview Loan Servicing LLC; Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I , Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006 HE7 | Rosicki Rosicki & Associates PC | Andrew Goldberg | ECFNotice@rosicki.com |
| Counsel to Canon USA Inc | Rubin LLC | Paul A Rubin | prubin@rubinlawllc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Defendant Jeffrey Stephan (Adv. Case No. 13-01208) | SAUL EWING | Adam H Isenberg & Gregory G Schwab & Andrea P Brockway | aisenberg@saul.com; gschwab@saul.com; abrockway@saul.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | jglucksman@scarincihollenbeck.com |
| Counsel to Certain Homeowners Claimants | Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com; rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Eric A Boden | eboden@schnader.com |
| Counsel to The Board of Managers of Plymouth Village Condominium | SCHNEIDER MITOLA LLP | Dan Blumenthal | DBlumenthal@SchneiderMitola.com |
| Counsel to Cerberus Capital Management LP | Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com |
| Counsel to Cerberus Capital Management LP | Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com |
| Counsel to Cerberus Capital Management LP | Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com |
| Counsel to Cerberus Capital Management LP | Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov; |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008; Counsel to Law Debenture Trust Company of New York as Separate Trustee | Seward & Kissell LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer; & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts | Seward & Kissell LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene R Alves & Laurie R Binder | cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com |
| Counsel to Petra Finance LLC | Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com |
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com; |
| Counsel to TransUnion | Sherman Silverstein Kohl Rose & Podolsky PA | Bruce S Luckman | bluckman@shermansilverstein.com |
| Counsel to Stewart Title Guaranty Company | Stahl Cowen Crowley Addis LLC | Patrick M. Jones | pjones@stahlcowen.com |
| Counsel to OneWest Bank FSB; US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage, Inc. | Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel t0 Patricia McNerney and Claimant for Claim Nos. 4757, 4758, 4762, and 4764 | Susan M. Gray | Ohio Savings Bank Building, Suite 210 | smgray@smgraylaw.com |
| Counsel to CitiMortgage Inc | Sweeney Gallo Reich & Bolz | Melanie A Sweeney | msweeney@msgrb.com |
| Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Counsel to JPMorgan Chase Bank, NA | Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com |
| Tennessee Attorney Generals Office | Tennessee Depatment of Revenue | c o TN Attorney Generals Office | AGBankNewYork@ag.tn.gov |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| Counsel to Jacqueline A Warner | The Law Office of Rachel Blumenfeld | | rblmnf@aol.com |
| Counsel to CQS ABS Master Fund Ltd and CQS ABS Alpha Master Fund Ltd | The Law Office of Thomas M Mullaney | Attn Thomas M Mullaney | tmm@mullaw.org |
| Counsel to Creditor David Vasquez | The Meyers Law Firm | Glenn R Meyers | themeyerslawfirm@gmail.com |
| Counsel to Caren Wilson | Thomas J. Sinnickson | | TJSinnickson@aol.com |
| Appellant for USDC SDNY Case No. 13-03817 | Tom Franklin | | frenklinart@aol.com |
| Counsel to Tina Morton Travis County Tax Assessor Collector | Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com; |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Loretta Lynch | AskDOJ@usdoj.gov |
| Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro & Cristine Irvin Phillips | joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov |
| US Bank as Trustee for Certain Mortgage-Backed Securities Trusts | US Bank Global Corporate Trust Services | James H Byrnes | james.byrnes@usbank.com |
| US Bank as Trustee for Certain Mortgage-Backed Securities Trusts | US Bank NA Corporate Trust Services Division | Laura L Moran | laura.moran@usbank.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Counsel to Walter Investments | Walter Investment Management Corp | Stuart Boyd | SBOYD@walterinvestment.com |
| Counsel to Representative Plaintiffs and the Putative Class and Borrower Claims Trust | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com |
| Counsel to the Ally Financial Inc. & Ally Bank | WEIL, GOTSHAL & MANGES LLP | RAY SCHROCK | ray.schrock@weil.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com ; mary.l.sohlberg@wellsfargo.com |
| Counsel to Wells Fargo Bank, NA | Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com |
| Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Co-counsel with Attorney Heather McKeever on Behalf of Shane M Haffrey; Counsel to Paul N Papas II; Counsel to Caren Wilson Claim No. 4754; Counsel to Michael Harkey, Suzanne & Melvin Simonovich, and Claimant holding Claim No 16 | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders | White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com; isilverbrand@whitecase.com; hdenman@whitecase.com |
| Counsel to Decision One Mortgage Company, LLC | Williams & Connolly LLP | David Blatt, R. Hackney Wiegmann, Matthew V. Johnson & N. Mahmood Ahmad | DBlatt@wc.com; HWiegmann@wc.com; MJohnson@wc.com; MAhmad@wc.com |
| Counsel to Monarch Alternative Capital LP | Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com |
| Securitization Trustee | Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com; cschreiber@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com |
| Counsel for Ditech Financial LLC | Woods Oviatt Gilman LLP | Aleksandra K. Fugate | afugate@woodsoviatt.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |

Exhibit A
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |

# **EXHIBIT B**

Exhibit B
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 |
| Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes | Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | New York | NY | 10006 |
| Counsel to Ocwen Loan Servicing LLC | Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | New York | NY | 10019 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 |
| Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Justin Bernbrock | 300 N LaSalle | Chicago | IL | 60654 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 |
| Counsel to Wilmington Trust NA, as Indenture Trustee | Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | New York | NY | 10154 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Loretta Lynch | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro & Cristine Irvin Phillips | 86 Chambers St 3rd Fl | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 |
| Counsel to the Ally Financial Inc. & Ally Bank | WEIL, GOTSHAL & MANGES LLP | RAY SCHROCK | 767 Fifth Ave | New York | NY | 10153 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 |