

*Robynne Ariel Fauley*
*12125 SE Laughing Water Road*
*Sandy, Oregon 97055*
*(503) 381-6937*
*robynneafauley@gmail.com*

May *10*, 2018

Vito Genna, Clerk of the
United States Bankruptcy Court for the                **VIA PRIORITY MAIL**
Southern District of New York
One Bowling Green
New York, New York 10004-1408

**RE: Robynne Ariel Fauley's Notice of Appeal from Bankruptcy Court Orders in *In re Residential Capital, LLC*, Case No. 12-12020 /Fauley v. RESCAP Liquidating Trust, et al.**

Dear Clerk:

I have enclosed the original of my Notice of Appeal from the April 24, 2018 Interlocutory Order and the May 2, 2018 Order of United States Bankruptcy Court Judge Martin Glenn in *In re Residential Capital, LLC*, Case No. 12-12020, along with my money order in the amount of $298.00 for the appeal filing fee. The May 2, 2018 Order directs the Clerk of Bankruptcy Court for the Southern District of New York not to accept for filing in this case any further pleadings from Fauley (see Exhibit B attached to the Notice of Appeal, last sentence).

In an abundance of caution, in the event that you are instructed to construe Judge Glenn's directive as an Order to refuse the filing of my Notice of Appeal, I am forwarding the Notice of Appeal on Official Form 417A, with the attached Exhibit A (April 24, 2018 Order) and Exhibit B (May 2, 2018 Order), a duplicate original of the Notice of Appeal and Exhibits is concurrently being sent to the Clerk of the United States District Court for the Southern District of New York, to prove timely, concurrent filing of the Notice of Appeal as required by Bankruptcy Rule 8002(a). A copy of my money order in the amount of $298.00 for the filing fee for the appeal has been sent to the Clerk of the United States District Court for the Southern District of New York (the District Court).

Copies of this letter, the letter to the Clerk of the District Court, the Notice of Appeal on Official Form 417A, with the attached Exhibit A (April 24, 2018 Order) and Exhibit B (May 2, 2018 Order) is being served by mail on counsel for the Appellees the RESCAP LIQUIDATING TRUST, a Delaware statutory trust, Successor in Interest to the Administratively Consolidated Debtors and LNV Corporation ("LNV"), a Nevada corporation, and various subsidiaries and affiliates, and other Beal corporate entities such as Beal Bank SSB, Beal Bank USA, MGC, LPP Mortgage Ltd., CLMG, fully controlled by Daniel Andrew Beal, Successor in Interest to Residential Funding Company, LLC at their postal mailing addresses, with courtesy copies of the documents sent to their email addresses of record, with implied consent, as set forth below:

RECEIVED
MAY 1 4 2018
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

12-12020-mg    Doc 10530-1    Filed 05/14/18    Entered 05/17/18 15:04:17    Letter
Pg 2 of 2

Letter to Clerk of United States Bankruptcy Court for the Southern District of New York
page 2

Attorney Norman S. Rosenbaum
MORRISON & FOERSTER
250 West 55th Street
New York, New York 10019
Email: nrosenbaum@mofo.com
Counsel for the RESCAP Liquidating Trust

Attorney Casey B. Howard
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Email: choward@lockelord.com
Counsel for LNV Corporation

        Please contact me by telephone or email with any questions or concerns. Thank you for
your attention to this matter.

                                    Sincerely,

                                    Robynne Ariel Fauley

Enclosures: As stated above
1. Letter to Clerk of United States District Court for the Southern District of New York
2. Notice of Appeal on Official Form 417A, with the attached Exhibit A (April 24, 2018 Order)
and Exhibit B (May 2, 2018 Order)
3. Money order payable to Clerk of US Bankruptcy Court–Southern District of New York as
tender of filing fee

cc:
1. Ruby J. Krajick, Clerk of the
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
2. Attorney Norman S. Rosenbaum, mailing and email address, above
3. Attorney Casey B. Howard, mailing and email addresses, above

**DISCLOSURE OF LIMITED ASSISTANCE BY AN ATTORNEY**: I was assisted in the
preparation of this letter by Attorney Wendy Alison Nora, Minnesota Attorney ID # 0165906,
which was drafted for my approval and, upon my approval, for pro se filing.