UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Robynne Ariel Fauley,
    Interested Party
    v.

Appeal No.

RESCAP LIQUIDATING TRUST, a Delaware statutory trust
    Successor in Interest to the Administratively Consolidated Debtors

and

LNV Corporation ("LNV"), a Nevada corporation, and various subsidiaries and affiliates, and other Beal corporate entities such as Beal Bank SSB, Beal Bank USA, MGC, LPP Mortgage Ltd., CLMG, fully controlled by Daniel Andrew Beal,
    Successor in Interest to Residential Funding Company, LLC

-----------------------------

In re the Bankruptcy of
    RESIDENTIAL CAPITAL, LLC,
    (Administratively Consolidated[1])
    Debtor

Case No. 12-12020

## PRELIMINARY STATEMENT OF ISSUES ON APPEAL OF INTERESTED-PARTY APPELLANT ROBYNNE ARIEL FAULEY PURSUANT TO FED. R. BANKR. P. 8009

**NOW COMES** Interested Party-Appellant, Robynne Ariel Fauley, pursuant to Fed. R.

---

[1] The administratively consolidated Debtors were: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings Note Co, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC

1



Bankr. P. 8009, and files her Preliminary Statement of Issues on appeal, reserving her right to amend or supplement her Preliminary Statement of Issues, upon further review of the documents, records and filings in the proceedings.

I. Was the Interested-Party Appellant denied procedural due process guaranteed by the Fifth Amendment to the *United States Constitution* by the May 2, 2018 Order (Doc. 10522) directing the Clerk of the United States Bankruptcy Court for the Southern District of New York to reject her filings, without notice and opportunity to be heard?

II. Was the Interested-Party Appellant denied procedural due process guaranteed by the Fifth Amendment to the *United States Constitution* in the Chapter 11 Case titled *In re Residential Capital, LLC* of which she had no notice of the proceedings until after the Bar Date for Claims had expired?

III. Is the Interested-Party Appellant entitled to seek relief in the Chapter 11 Case titled *In re Residential Capital, LLC*, which is still being administered in the United States Bankruptcy Court for the Southern District of New York, from the frauds she has identified in the securitization process in which a predecessor in interest to the RESCAP Liquidating Trust (Residential Funding Company, LLC) participated and which frauds continue to affect her property rights and interests involving multiple false assignments of mortgages and a falsely created Allonge to her Note, discovered after the Bar Date for Claims had expired?

Dated at Sandy, Oregon this 24th day of May, 2018.

_____
Robynne Ariel Fauley
12125 SE Laughing Water Road
Sandy, Oregon 97055
(503) 381-6937
robynneafauley@gmail.com

2

## DECLARATION OF SERVICE

Robynne Ariel Fauley declares, under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. sec. 1746, that she caused the foregoing Designation of Record to be printed and hand-delivered to the Clerk of the United States Bankruptcy Court for the Southern District of New York for filing to be converted to PDF format and uploaded into the Court's electronic docket for service on all parties capable of service by CM/EC and that she deposited the foregoing Designation of Record for delivery by Priority Mail on May 24, 2018 addressed to counsel for the Appellees, the RESCAP Liquidating Trust and LNV Mortgage Corporation and its affiliated entities, and also by email, at their addresses of record in these proceedings thereby served all parties entitled to receive the foregoing Designation of Record.

_____
Robynne Ariel Fauley

3

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Robynne Ariel Fauley,                              Appeal No.
   Interested Party
  v.
RESCAP LIQUIDATING TRUST, a Delaware statutory trust
   Successor in Interest to the Administratively Consolidated Debtors

and

LNV Corporation ("LNV"), a Nevada corporation, and various subsidiaries and affiliates, and other Beal corporate entities such as Beal Bank SSB, Beal Bank USA, MGC, LPP Mortgage Ltd., CLMG, fully controlled by Daniel Andrew Beal,
   Successor in Interest to Residential Funding Company, LLC

------------------------------------

In re the Bankruptcy of                            Case No. 12-12020
   RESIDENTIAL CAPITAL, LLC,
   (Administratively Consolidated[1])
   Debtor

---

**INITIAL DESIGNATION OF RECORD OF INTERESTED-PARTY APPELLANT ROBYNNE A. FAULEY PURSUANT TO FED. R. BANKR. P. 8009**

---

**NOW COMES** Interested Party-Appellant, Robynne Ariel Fauley, pursuant to Fed. R.

---

[1] The administratively consolidated Debtors were: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings Note Co, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC

1

Bankr. P. 8009, and files her Designation of Record, reserving her right to amend or supplement the Designation of Record and Statement of Issues, upon further review of the documents, records and filings in the proceedings.

## INITIAL DESIGNATION OF RECORD

| | | |
|---|---|---|
| Doc. 1 | May 14, 2012 | Chapter 11 Petition of Residential Funding Company, LLC as Case No. 12-12019 |
| Doc. 1 | May 14, 2012 | Chapter 11 Petition of Residential Capital, LLC as Case No. 12-12020 |
| Doc. 2 | May 14, 2012 | Motion for Joint Administration of Chapter 11 Cases of Residential Funding Company, LLC in Case No. 12-12019 |
| Doc. 3 | May 14, 2012 | Order for Joint Administration of Chapter 11 Cases under Caption of In re Residential Capital, LLC in Case No. 12-12020 |
| Doc. 30 | May 14, 2012 | Debtors' Motion for an Order under Bankruptcy Code Section 105(a) and Bankruptcy Rule 2002(a), (F), (L) and (M) (I) Waiving the Requirement That Each Debtor File a List of Creditors, (II) Authorizing the Debtors to File a Consolidated List of the Fifty Largest Unsecured Creditors, (III) Approving the Form and Manner of Notice of the Commencement of the Debtors' Chapter 11 Cases and (IV) Approving Publication Notice to Borrowers |
| Doc. 84 | May 15, 2012 | Order Granting Motion for Service of Notice of Commencement of Bankruptcy Cases by Publication |
| Doc. 84 | May 15, 2012 | Order Granting Motion for Service of Notice of Commencement of Bankruptcy Cases by Publication |
| Doc. 91 | May 16, 2012 | Interim Order Under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related |

2

| | | |
|---|---|---|
| | | Counter-Claims in Foreclosure and Eviction Proceedings (Interim Order for Partial Relief from the Automatic Stay to Continue Foreclosure Activities) |
| Doc. 96 | May 16, 2012 | Order Approving Kurtzman Carson Consultants LLC ("KCC") as Debtors' Noticing Agent |
| Doc. 181 | May 31, 2012 | Motion for Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses (Motion for Supplemental Order to Continue Foreclosure Activities) |
| Doc. 195 | June 2, 2012 | Affidavit of Service of Interim Order Under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings |
| Doc. 402 | June 15, 2012 | Final Order under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Direct Claims and Related Counter-claims in Foreclosure and Eviction Proceedings |
| Doc. 548 | June 30, 2012 | Schedules and Statement of Financial Affairs of Residential Funding Company, LLC filed in Case No. 12-12020 |

3

| Doc. 684 | July 3, 2012 | Amended Schedule of Assets of Residential Funding Company, LLC filed in Case No. 12-12020 |
|---|---|---|
| Doc. 774 | July 13, 2012 | Final Supplemental Order under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses |
| Doc. 799 | July 17, 2012 | Order authorizing the retention of Perkins Coie as ordinary course counsel |
| Doc. 1309 | August 29, 2012 | Order Setting Date for Filing of Proofs of Claim (Bar Date Order) |
| Doc. 1387 | September 10, 2012 | Affidavit of Disinterestedness of Perkins Coie |
| Doc. 2093 | November 7, 2012 | Order Extending Bar Date |
| Doc. 2246 | November 21, 2012 | Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief |
| Doc. 3759 | May 13, 2013 | Perkins Coie's Declaration in Support of Debtors' Application to Employ Special Insurance Coverage Counsel |
| Doc. 3853 | May 31, 2013 | Order Approving Employment of Special Insurance Coverage Counsel |
| Doc. 4809 | August 23, 2013 | Order (I) Approving Disclosure Statement, (II) Establishing |

| | | |
|---|---|---|
| | | Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of The Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief |
| Doc. 4811 | August 23, 2013 | Notice of Filing of the Solicitation Version of the Disclosure Statement and Joint Chapter 11 Plan |
| Doc. 5993 | December 3, 2013 | Seconded Amended Plan of Reorganization |
| Doc. 6064 | December 10, 2013 | ResCap Liquidating Trust Liquidating Trust Agreement |
| Doc. 6065 | December 11, 2013 | Order Confirming Second Amended Plan of Reorganization |
| Doc. 6137 | December 17, 2013 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. And the Official Committee of Unsecured Creditors and Occurrence of Effective Date |
| Doc. 6138 | December 17, 2012 | Notice of Deadline and Procedures for Filing Certain Administrative Claims |
| Doc. 6141 | December 17, 2013 | Affidavit of Service of Order Confirming Second Amended Plan of Reorganization |
| Doc. 6806 | April 21, 2014 | Memorandum Opinion and Order Denying Motion to Lift the Automatic Stay and Enforcing Release of Claims Against Ally Financial Inc. |
| Doc. 7148 | June 20, 2014 | Memorandum Opinion and Order Granting in Part and Denying in Part Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction |
| Doc. 10469 | January 22, 2018 | Notice of Conflicts of Interest, Fraud and Fraud on the Court filed by Denise Subramaniam, Robynne A. Fauley, Tuli Molina-Wohl, and Catherine Gebhardt |
| Doc. 10482 | March 2, 2018 | Response to Notice by the RESCAP Liquidating Trust |

| | | |
|---|---|---|
| Doc. 10485 | March 6, 2018 | Joinder by LNV Corporation in Response [Doc. 10482] |
| Doc. 10502 | April 2, 2018 | Reply of Catherine Gebhardt to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10504 | April 2, 2018 | Reply of Tuli Molina-Wohl to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10505 | April 2, 2018 | Reply of Denise Subramaniam to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10506 | April 2, 2018 | Reply of Robynne A. Fauley to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10516 | April 24, 2018 | Order Denying Relief |
| Doc. 10521 | May 2, 2018 | Letter from Robynne A. Fauley clarifying status of Notice |
| Doc. 10522 | May 2, 2018 | Order Directing Rejection of Documents Filed by Robynne A. Fauley |
| Doc. 10523 | May 2, 2018 | Affidavit of Service of Doc. 10516 |

Dated at Sandy, Oregon this 24th day of May, 2018.

*[signature]*

Robynne Ariel Fauley
12125 SE Laughing Water Road
Sandy, Oregon 97055
(503) 381-6937
robynneafauley@gmail.com

## DECLARATION OF SERVICE

Robynne Ariel Fauley declares, under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. sec. 1746, that she caused the foregoing Designation of Record to be printed and hand-delivered to the Clerk of the United States Bankruptcy Court for the Southern District of New York for filing to be converted to PDF format and uploaded into the

6

Court's electronic docket for service on all parties capable of service by CM/EC and that she deposited the foregoing Designation of Record for delivery by Priority Mail on May 24, 2018 addressed to counsel for the Appellees, the RESCAP Liquidating Trust and LNV Mortgage Corporation and its affiliated entities, and also by email, at their addresses of record in these proceedings thereby served all parties entitled to receive the foregoing Designation of Record.

/s/ Robynne Ariel Fauley
Robynne Ariel Fauley

7