# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

State of New York    )
                     )  ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On June 7, 2018, I served a true and correct copy of *The ResCap Liquidating Trust's Counter-Designation of Items for Record on Appeal* [Docket No. 10537] by electronic mail and on June 8, 2018 by pre-paid first class U.S. Mail upon the party listed on Exhibit A attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
13th of June 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1330369

## **Exhibit A**

Robynne Ariel Fauley
12125 SE Laughing Water Road
Sandy, OR  97055
Email: robynneafauley@gmail.com

ny-1330369