UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY THE UNION COUNTY TAX COLLECTOR (CLAIM NO. 7499)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 3006, the Union County Tax Collector hereby withdraws with prejudice its Proof of Claim (Claim No. 7499) filed against GMAC Mortgage, LLC.

Dated: May 22, 2018
Monroe, North Carolina

*Melissa Eddleman*
Melissa Eddleman
Tax Bankruptcy Section, Union County
Union County Tax Collector
P.O. Box 38
Monroe, NC 28111
Tel: (704) 283-3697
Fax: (704) 283-3897
Email: Melissa.eddleman@unioncountync.gov



ny-1326650

**Union County Government** EST. 1842

**Revenue Division**
500 N. Main St.
Suite 119
Monroe, NC 28112

T. 704.283.3848

www.unioncountync.gov

# ENCLOSURE MEMORANDUM

Date:    May 22, 2018

To:      United States Bankruptcy Court
         Southern District of New York
         One Bowling Green
         New York, New York 10004

From:    Melissa Eddleman/Revenue Division

Re:      12-12020

Enclosed please find an original and one (1) photocopy of a Notice of Withdrawal of Proof of Claim No. 7499 for filing with your office. Please return the enclosed photocopy file stamped for our records. I have enclosed a postage paid envelope for convenience.

Thank you in advance for your assistance. Please contact me at 704-283-3697 or via e-mail at melissa.eddleman@unioncountync.gov should you have any questions.

Sincerely,

*Melissa Eddleman*

Melissa Eddleman, NCCP
Deputy Tax Collector



RECEIVED
MAY 29 2018

