MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD**
**ON JUNE 21, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

**I.**     **STATUS CONFERENCE**:

**1.**     General Case Status Conference

**Status**:  The status conference will be going forward.

**II.**    **CONTESTED MATTER:**

**2.**     Lolina Porter's Notice of Motion for Leave to File Proof of Claim Out of Time and Motion to Allow Claimant to Continue to Litigate Debtor in the District Court for Nondischargeability Determination [ECF No. 10451]

**Related Document(s)**:

**a.**  Notice of Hearing on Motion of Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Allow Claimant to Continue to Litigate Debtor in the District Court for Nondischargeabilty Determination [ECF No. 10513]

ny-1331234

b. Notice of Adjournment of Hearing on Motion of Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Allow Claimant to Continue to Litigate Debtor in the District Court for Nondischargeablity Determination to June 21, 2018 at 10:00 a.m. (Prevailing Eastern Time) [ECF No. 10527]

**Response(s)**:

c. The ResCap Borrower Claims Trust's Objection to the Notice of Motion Filed by Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Litigate Debtor in the District Court for Nondischargeability Determination [ECF No. 10465]

**Reply**:

d. The Claimant Porter's Response to ResCap Borrower Claims Trust's Objection to the Notice of Motion Filed by Lolina Porter for Leave to File Proof of Claim Out of Time and Motion to Litigate Debtor in the District Court for Nondischargeability Determination [ECF No. 10520]

**Status**:   The hearing on this matter will be going forward.

Dated:  June 20, 2018
         New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*