**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

        Laura Guido, being duly sworn, deposes and says:

        1.        I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

        2.        On June 22, 2018, I served a true and correct copy of the *Memorandum Opinion and Order Denying Motion for Leave to File Late Proof of Claim and to Allow Claimant to Continue to Litigate* [Docket No. 10543] by electronic mail and pre-paid first class U.S. Mail upon the party listed on Exhibit A attached hereto.

                                                                     /s/ Laura Guido
                                                                     Laura Guido

Sworn to before me on this
22nd of June 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1331812

## Exhibit A

Lolina Porter
832 Monterey Road
Glendale, CA 91206
Email: arthinker@outlook.com