**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Residential Capital, LLC                            CASE NO.: 12–12020–mg
 aka    Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER:  11
20–1770738

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on May 14, 2018, document number 10530, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18–cv–4748 assigned to the Honorable Vernon S. Broderick.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: June 27, 2018                                      Vito Genna
                                                          Clerk of the Court