# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 6/27/2018 |
| Case: 12−12020−mg | Form ID: tranapl | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Casey B. Howard        choward@lockelord.com
aty     Casey B. Howard        choward@lockelord.com
aty     Norman Scott Rosenbaum        nrosenbaum@mofo.com

                                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     Robynne Ariel Fauley     12125 SE Laughing Water Road     Sandy, OR 97055

                                                                                        TOTAL: 1