**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                                                       :
Jennifer L. Wilson,                                    :
                                                       :      Adv. Proc. 12-01936 (MG)
                       Plaintiff,                      :
                                                       :
               v.                                      :
                                                       :
Residential Capital, LLC, et al.                       :
                                                       :
                       Defendants.                     :
-------------------------------------------------------x
In re                                                  :
                                                       :      Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                      :
                                                       :      Chapter 11
                                                       :
                       Debtors                         :      Jointly Administered
-------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

State of New York      )
                       )          ss.:
County of New York  )

          Laura Guido, being duly sworn, deposes and says:

          1.       I am over 18 years of age and am not a party to the above-captioned

proceedings.  I am employed by Morrison & Foerster LLP, having offices located at 250 West

55th Street, New York, NY 10019.

          2.       On July 31, 2018, I served a true and correct copy of *The ResCap*

*Liquidating Trust's Status Report Regarding Resolution of Matters Between The ResCap*

*Liquidating Trust, The ResCap Borrower Claims Trust and Jennifer L. Wilson* [Ch. 11 Dkt. No.

ny-1339658

10558; Adv. Proc. Dkt. No. 74] by electronic mail and pre-paid first class U.S. Mail upon the

party listed on Exhibit A attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
1st day of August 2018

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires Oct. 20, 2018

ny-1339658

**Exhibit A**

Jennifer L. Wilson
4311 School House Commons 251
Harrisburg, NC 28075
Email: jlw_rivera@yahoo.com