UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## NOTICE OF REQUEST FOR WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Local Rule 2090-1(e), respectfully requests to be withdrawn from the above-captioned matters, and to be removed from all notices, including email notices, pleadings, CM/ECF distributions, and service lists given or filed therein.

Dated: August 13, 2018

　　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**

　　　　　　　　　　　By:　/s/ Jeffrey Mispagel
　　　　　　　　　　　　　　Jeffrey Mispagel
　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　New York, New York 10022

## **CERTIFICATE OF SERVICE**

      I, Jeffrey Mispagel, hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel registered to receive such service on August 13, 2018.

                                             /s/ Jeffrey Mispagel
                                             Jeffrey Mispagel