**Hearing Date: November 5, 2018 at 10:00 a.m. (Eastern Time)**
**Objection Deadline: October 8, 2018 at 4:00 p.m. (Eastern Time)**

**POLSINELLI**
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone:  (212) 644-2090
Facsimile:  (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF MOTION OF RESCAP BORROWER CLAIMS TRUST
FOR ORDER AUTHORIZING TERMINATION OF SPECIAL RESERVE FUND,
FINAL DISTRIBUTION TO GMACM BORROWER TRUST CLAIMANTS,
SECOND DISTRIBUTION TO RFC BORROWER TRUST CLAIMANTS,
AND OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE** that the undersigned has filed the attached *ResCap Borrower Claims Trust's Motion for Order Authorizing Termination of Special Reserve Fund, Final Distribution To GMACM Borrower Trust Claimants, Second Distribution To RFC Borrower Trust Claimants, And Other Related Relief* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **November 5, 2018 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 523 (the "**Bankruptcy Court**").

65315980.1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **October 8, 2018 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) the Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 100041408; (b) Polsinelli, 600 Third Avenue, 42nd Floor, New York, NY 10016 (Attention: Daniel J. Flanigan), as counsel to the ResCap Borrower Claims Trust; (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (d) The ResCap Liquidating Trust, Jill Horner (Jill.Horner@rescapestate.com) and ResCap Liquidating Trust Chief Treasury Director Paul Grande (paul.grande@rescapestate.com); and (e) The ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

65315980.1

|  |  |
|---|---|
| Dated: New York, New York<br>September 24, 2018 | */s/ Daniel J. Flanigan*<br>Daniel J. Flanigan<br>**POLSINELLI**<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 644-2090<br>Facsimile: (212) 684-0197<br>dflanigan@polsinelli.com<br><br>*Counsel for ResCap Borrower Claims Trust* |