CLERK'S COPY



ALL REQUEST AND ANY/ALL RESPONSES

MUST BE ADDRESSED AS FOLLOWS:

Gregory-Carl: Morse

C/O General Delivery

223 High Point Drive

Murphy, Texas [75094]

CERTIFIED MAIL NUMBER: 7012 3460 0002 7527 9920

TO:

THE STATE OF NEW YORK

D/B/A: U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Attn: Clerk

One Bowling Green

New York, New York [10004-1408]

## AFFIDAVIT OF NOTICE

### RE: CAUSE NUMBER: 1:14-cv-5800



**To Whom Concern**

Enclosed is the Original U.C.C. Filing 40000151295845 for Cause 12-12020.

Please be advised that the Secured Party Creditor has Accepted For Value as I'm now Holder-In-Due-Course of any/all Document(s).

THEREFORE, **I hereby revoke and rescind my signature for good cause off any/all document(s)** as identified above, and hereby revoke any and all Power of Attorney held by the State of "New York" over my Personal and/or Property. This Document is the preparation of the undersigned.

Please send confirmation of such adjustment(s) as well as please return a Time Stamp copy back to me at the above address as an extra copy is being sent as well.

I'm thanking you in advance for your time in this matter.

**DATED AND EXECUTED by my own hand** __13TH__ this Day of __Sept_____ 2018.

Enclosed: Filed Copy of UCC-1

       Filed Copy of Trust

       Filed Copy of UCC-3

       Bill of Exchange

Respectfully

All Rights Reserve "without prejudice"

Gregory-Carl: Morse©

Secured Party, Authorized Representative,

Attorney in Fact In behalf of the DEBTOR: GREGORY CARL MORSE

CERTIFICATE OF SERVICE

I, Gregory-Carl: Morse© sent two sets of copies of Notice of Discharge via Certified Mail
_70123460000275279890_ to the following:


To:

THE STATE OF NEW YORK

D/B/A: U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Attn: Clerk

One Bowling Green

New York, New York [10004-1408]


On this _13TH_ day of _SEPT_ 2018

Gregory-Carl: Morse© In Propria Persona

THIS PROPERTY IS

ACCEPTED FOR VALUE AND

EXEMPT FROM LEVY

_____          _____
Gregory-Carl: Morse©                                    9-13-2018

                                                         DATE

Employer ID: 46-2807194

Invoice Number: Cause: 1212020-GCM

Accounting Information: Cause:  1212020-GCM

Attached Receipts (10)

05/24/2018  10:35    5036749424    FEDEX OFFICE 0392    PAGE  02/11

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Robynne Ariel Fauley,                                   Appeal No.
    Interested Party
    v.
RESCAP LIQUIDATING TRUST, a Delaware statutory trust
    Successor in Interest to the Administratively Consolidated Debtors

and

LNV Corporation ("LNV"), a Nevada corporation, and various subsidiaries and affiliates, and
other Beal corporate entities such as Beal Bank SSB, Beal Bank USA, MGC, LPP Mortgage
Ltd., CLMG, fully controlled by Daniel Andrew Beal,
    Successor in Interest to Residential Funding Company, LLC

- - - - - - - - - - - - - - - - - - - - - - - - - -

In re the Bankruptcy of
    RESIDENTIAL CAPITAL, LLC,                    Case No. 12-12020
    (Administratively Consolidated[1])
    Debtor

---

PRELIMINARY STATEMENT OF ISSUES ON APPEAL OF INTERESTED-PARTY
APPELLANT ROBYNNE ARIEL FAULEY PURSUANT TO FED. R. BANKR. P. 8009

---

NOW COMES Interested-Party Appellant, Robynne Ariel Fauley, pursuant to Fed. R.

---

[1] The administratively consolidated Debtors were: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings Note Co, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC

1

RECEIVED
MAY 25 2018

Bankr. P. 8009, and files her Preliminary Statement of Issues on appeal, reserving her right to

amend or supplement her Preliminary Statement of Issues, upon further review of the documents,

records and filings in the proceedings.

I. Was the Interested-Party Appellant denied procedural due process guaranteed by the Fifth
Amendment to the *United States Constitution* by the May 2, 2018 Order (Doc. 10522) directing
the Clerk of the United States Bankruptcy Court for the Southern District of New York to reject
her filings, without notice and opportunity to be heard?

II. Was the Interested-Party Appellant denied procedural due process guaranteed by the Fifth
Amendment to the *United States Constitution* in the Chapter 11 Case titled *In re Residential
Capital, LLC* of which she had no notice of the proceedings until after the Bar Date for Claims
had expired?

III. Is the Interested-Party Appellant entitled to seek relief in the Chapter 11 Case titled *In re
Residential Capital, LLC*, which is still being administered in the United States Bankruptcy
Court for the Southern District of New York, from the fraudulent proof's filed in the
securitization process in which a predecessor in interest to the RESCAP Liquidating Trust
(Residential Funding Company, LLC) participated and which frauds continue to affect her
property rights and interests involving multiple false assignments of mortgages and a falsely
created Allonge to her Note, discovered after the Bar Date for Claims had expired?
Dated at Sandy, Oregon this 24th day of May, 2018.

Robynne Ariel Fauley
12125 SE Laughing Water Road
Sandy, Oregon 97055
(503) 381-6937
robynneafauley@gmail.com

2

05/24/2018 10:35    5036749424    FLEX OFFICE 0392    PAGE 04/11
12-12020-mg    Doc 10532    Filed 05/25/18    Entered 05/30/18 12:42:54    Main Document
Pg 3 of 10

## DECLARATION OF SERVICE

Robynne Ariel Fauley declares, under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. sec. 1746, that she caused the foregoing Designation of Record to be printed and hand-delivered to the Clerk of the United States Bankruptcy Court for the Southern District of New York for filing to be converted to PDF format and uploaded into the Court's electronic docket for service on all parties capable of service by CM/EC and that she deposited the foregoing Designation of Record for delivery by Priority Mail on May 24, 2018 addressed to counsel for the Appellees, the RESCAP Liquidating Trust and LNV Mortgage Corporation and its affiliated entities, and also by email, at their addresses of record in these proceedings thereby served all parties entitled to receive the foregoing Designation of Record.

_Robynne Ariel Fauley_
Robynne Ariel Fauley

THIS PROPERTY IS ACCEPTED
FOR VALUE AND EXEMPT FROM LEVY
PLEASE "ADJUST" THIS ACCOUNT
AND RELEASE ALL PROCEEDS,
PRODUCTS, ACCOUNTS, FIXTURES
AND ORDERS TO ME IMMEDIATELY
/S/ _____ EIN# _____
INVOICE# _____

3

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Robynne Ariel Fauley,                               Appeal No.
Interested Party
v.

RESCAP LIQUIDATING TRUST, a Delaware statutory trust
Successor in Interest to the Administratively Consolidated Debtors

and

LNV Corporation ("LNV"), a Nevada corporation, and various corporate entities and
other Beal corporate entities such as Beal Bank SSB, Beal Bank USA, MGC, LPP Mortgage
Ltd., CLMG, fully controlled by Daniel Andrew Beal,
Successor in Interest to Residential Funding Company, LLC

--------------------------------------------------------

In re the Bankruptcy of
RESIDENTIAL CAPITAL, LLC,                           Case No. 12-12020
(Administratively Consolidated)
Debtor

INITIAL DESIGNATION OF RECORD OF INTERESTED-PARTY APPELLANT
ROBYNNE FAULEY, PARTY PURSUANT TO FED. R. BANKR. P. 8009

NOW COMES Interested Party-Appellant, Robynne Ariel Fauley, pursuant to Fed. R.

[1] The administratively consolidated Debtors were Ditech, LLC; DOA Holding Properties, LLC; DOA
Holdings Note Co., LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of
Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC GMAC Model Home Finance I, LLC;
GMAC Mortgage USA Corporation; GMAC Mortgage, LLC GMAC Residential Holding Company, LLC;
GMAC Borrower LLC; GMAC Mortgage Products, LLC; GMAC-RFC Holding Company, LLC GMACM
Settlement Services, LLC; Home Connects Lending Services, LLC; Homecomings
Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset
Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC;
RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset
Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer
Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas,
LLC; Residential Funding Company, LLC; Residential Funding Mortgage Company; Residential Funding Mortgage
Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.;
Residential Funding Real Estate Holdings, LLC; RFC Asset
Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC
SFJV-2002, LLC; and RFC-GSAP Service Advance, LLC.

1

05/24/2018  10:35    5035749424    Fedex Office 0392    PAGE  05/11

Bankr. P. 8009, and files her Designation of Record, reserving her right to amend or supplement

the Designation of Record and Statement of Issues, upon further review of the documents,

records and filings in the proceedings.

## INITIAL DESIGNATION OF RECORD

| Doc. 1 | May 14, 2012 | Chapter 11 Petition of Residential Funding Company, LLC as Case No. 12-12019 |
| Doc. 1 | May 14, 2012 | Chapter 11 Petition of Residential Capital, LLC as Case No. 12-12020 |
| Doc. 2 | May 14, 2012 | Motion for Joint Administration of Chapter 11 Cases of Residential Funding Company, LLC in Case No. 12-12019 |
| Doc. 3 | May 14, 2012 | Order for Joint Administration of Chapter 11 Cases under Caption of In re Residential Capital, LLC in Case No. 12-12020 |
| Doc. 30 | May 14, 2012 | Debtors' Motion for an Order under Bankruptcy Code Section 105(a) and Bankruptcy Rule 2002(a), (F), (L) and (M)(I) Waiving the Requirement That Each Debtor File a List of Creditors, (II) Authorizing the Debtors to File a Consolidated List of the Fifty Largest Unsecured Creditors, (III) Approving the Form and Manner of Notice of the Commencement of the Debtors' Chapter 11 Cases and (IV) Approving Publication Notice to Borrowers |
| Doc. 84 | May 15, 2012 | Order Granting Motion for Service of Notice of Commencement of Bankruptcy Cases by Publication |
| Doc. 84 | May 15, 2012 | Order Granting Motion for Service of Notice of Commencement of Bankruptcy Cases by Publication |
| Doc. 91 | May 16, 2012 | Interim Order Under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related |

2

| | | |
|---|---|---|
| | | Counter-Claims in Foreclosure and Eviction Proceedings (Interim Order for Partial Relief from the Automatic Stay to Continue Foreclosure Activities) |
| Doc. 96 | May 16, 2012 | Order Approving Kurtzman Carson Consultants LLC ("KCC") as Debtors' Noticing Agent |
| Doc. 181 | May 31, 2012 | Motion for Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses (Motion for Supplemental Order to Continue Foreclosure Activities) |
| Doc. 195 | June 2, 2012 | Affidavit of Service of Interim Order Under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings |
| Doc. 402 | June 15, 2012 | Final Order under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Direct Claims and Related Counter-claims in Foreclosure and Eviction Proceedings |
| Doc. 548 | June 30, 2012 | Schedules and Statement of Financial Affairs of Residential Funding Company, LLC filed in Case No. 12-12020 |

THIS PROPERTY IS ACCEPTED FOR VALUE AND EXEMPT FROM LEVY
PLEASE "ADJUST" AND RELEASE PROCEEDS
AND PRODUCTS
AND ORDER
/S/ INVOICE#

05/24/2018  10:35    5035749424              OF SIX OFFICE 0392                        PAGE  00/11

| | | |
|---|---|---|
| Doc. 684 | July 3, 2012 | Amended Schedule of Assets of Residential Funding Company, LLC filed in Case No. 12-12020 |
| Doc. 774 | July 13, 2012 | Final Supplemental Order under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses |
| Doc. 799 | July 17, 2012 | Order authorizing the retention of Perkins Coie as ordinary course counsel |
| Doc. 1309 | August 29, 2012 | Order Setting Date for Filing of Proofs of Claim (Bar Date Order) |
| Doc. 1387 | September 10, 2012 | Affidavit of Disinterestedness of Perkins Coie |
| Doc. 2093 | November 8, 2012 | Order Extending Bar Date |
| Doc. 2246 | November 21, 2012 | Order under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief |
| Doc. 3759 | May 13, 2013 | Perkins Coie's Declaration in Support of Debtors' Application to Employ Special Insurance Coverage Counsel |
| Doc. 3853 | May 31, 2013 | Order Approving Employment of Special Insurance Coverage Counsel |
| Doc. 4809 | August 23, 2013 | Order (I) Approving Disclosure Statement, (II) Establishing |

4

05/24/2018  10:35  5036749424                      SIX OFFICE 0392                      PAGE  09/11

|  |  | Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of The Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief |
|---|---|---|
| Doc. 4811 | August 23, 2013 | Notice of Filing of the Solicitation Version of the Disclosure Statement and Joint Chapter 11 Plan |
| Doc. 5993 | December 3, 2013 | Seconded Amended Plan of Reorganization |
| Doc. 6064 | December 10, 2013 | ResCap Liquidating Trust Liquidating Trust Agreement |
| Doc. 6065 | December 11, 2013 | Order Confirming Second Amended Plan of Reorganization |
| Doc. 6137 | December 17, 2013 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. And the Official Committee of Unsecured Creditors and Occurrence of Effective Date |
| Doc. 6138 | December 17, 2013 | Notice of Deadline and Procedures for Filing Certain Administrative Claims |
| Doc. 6141 | December 17, 2013 | Affidavit of Service of Order Confirming Second Amended Plan of Reorganization |
| Doc. 6806 | April 21, 2014 | Memorandum Opinion and Order Denying Motion to Lift the Automatic Stay and Enforcing Release of Claims Against Ally Financial Inc. |
| Doc. 7148 | June 20, 2014 | Memorandum Opinion and Order Granting in Part and Denying in Part Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction |
| Doc. 10469 | January 22, 2018 | Notice of Conflicts of Interest, Fraud and Fraud on the Court filed by Denise Subramaniam, Robynne A. Fauley, Tuli Molina-Wohl, and Catherine Gebhardt |
| Doc. 10482 | March 2, 2018 | Response to Notice by the RESCAP Liquidating Trust |

5

| | | |
|---|---|---|
| Doc. 10485 | March 6, 2018 | Joinder by LNV Corporation in Response [Doc. 10482] |
| Doc. 10502 | April 2, 2018 | Reply of Catherine Gebhardt to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10504 | April 2, 2018 | Reply of Tuli Molina-Wohl to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10505 | April 2, 2018 | Reply of Denise Subramaniam to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10506 | April 2, 2018 | Reply of Robynne A. Fauley to Response of the RESCAP Liquidating Trust [Doc. 10482] and Joinder of LNV Corporation [Doc. 10485] |
| Doc. 10516 | April 24, 2018 | Order Denying Relief |
| Doc. 10521 | May 2, 2018 | Letter from Robynne A. Fauley clarifying status of Notice |
| Doc. 10522 | May 2, 2018 | Order Directing Rejection of Documents Filed by Robynne A. Fauley |
| Doc. 10523 | May 2, 2018 | Affidavit of Service of Doc. 10516 |

Dated at Sandy, Oregon this 3rd day of May, 2018

Robynne Ariel Fauley
12125 SE Laughing Water Road
Sandy, Oregon 97055
(503) 381-6937
robynneafauley@gmail.com

/S/

## DECLARATION OF SERVICE

Robynne Ariel Fauley declares, under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. sec. 1746, that she caused the foregoing Designation of Record to be printed and hand-delivered to the Clerk of the United States Bankruptcy Court for the Southern District of New York for filing to be converted to PDF format and uploaded into the

6

Court's electronic docket for service on all parties capable of service by CM/EC  and that she
deposited the foregoing Designation of Record for delivery by Priority Mail on May 24ᵗ, 2018
addressed to counsel for the Appellees, the RESCAP Liquidating Trust and LNV Mortgage
Corporation and its affiliated entities, and also by email, at their addresses of record in these
proceedings thereby served all parties entitled to receive the foregoing Designation of Record.

Robynne Ariel Fauley

THIS PROPERTY IS ACCEPTED
FOR VALUE AND EXEMPT FROM LEVY
PLEASE "ADJUST" THIS ACCOUNT
AND RELEASE ALL PROCEEDS,
PRODUCTS, ACCOUNTS, FIXTURES
AND ORDERS TO ME IMMEDIATELY
/S/_____ EIN#_____
INVOICE#_____

7

EXHIBIT "A"

FILED COPY OF UCC-1

Filed Copy of Form 56 & W8BEN

Filed Copy of UCC-3

Business and Commercial Services
State Capitol
Little Rock, AR 72201



Mark Martin
Arkansas Secretary of State

## Office of the Secretary of State

### Arkansas UCC Filing Acknowledgement

June 30, 2017

MORSE, GREGORY-CARL

223 HIGH POINT DRIVE

MURPHY TX 75094

| | |
|---|---|
| UCC Transmitting Utility | $21.50 |
| **Total** | **$21.50** |

The Arkansas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system.

Filing Type: **UCC Transmitting Utility**        Filed Date: **06/30/2017** Filed Time: 10:00 am

Document Number: **8856682001**        Original Filing #: **40000151295845**

Lapse Date: **N/A**

| Party Type | Party Name and Address |
|---|---|
| **UCC Debtor** | **GREGORY CARL MORSE TRUST** |
| | **55 MTN CRK DR** |
| | **DENISON TX 75021** |
| **UCC Debtor** | **GREGORY CARL MORSE; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION** |
| | **55 MTN CRK DR** |
| | **DENISON TX 75021** |
| **UCC Secured Party** | **MORSE, GREGORY-CARL:** |
| | **C/O 223 HIGH POINT DRIVE** |
| | **MURPHY TX 75094** |

Please feel free to contact us at  (501) 682-3409 if you have any questions regarding the above information.  You can also access records and filings online at the address listed below.

Page 1 of 1





**Mark Martin**
**Arkansas Secretary of State**
Business and Commercial Services Division

UCC Transmitting Utility - Initial

Date Filed: 6/30/2017 10:00 AM          Page(s):12

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Filing ID    :40000151295845
Document ID :8856682001

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

> Gregory- Carl: Morse
> c/o 223 High Point Drive
> Murphy, Texas [ 75094 ]
> Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GREGORY CARL MORSE TRUST© | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 55 MTN CRK DR | DENISON | | TX | 75021 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GREGORY CARL MORSE; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 55 MTN CRK DR | DENISON | | TX | 75021 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Morse | Gregory-Carl: | | | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| c/o 223 High Point Drive | Murphy | | Texas | 75094 ] | uSA |

4. COLLATERAL: This financing statement covers the following collateral:

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; GREGORY CARL MORSE TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 142-51-018539/QA10549607, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 462807194, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 02201951-GCM-SA, Hold Harmless & Indemnity Agreement No. 02201951-GCM-HHIA, Copyright under item no.: 02201951-GCM-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Gregory- Carl: Morse, is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
Date: 06-15-2017                                    Signature: Gregory - Carl: Morse ttee

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

GREGORY CARL MORSE TRUST©

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

held are outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

**18-00322993**
**09/10/2018 05:00 PM**
**FILED**
TEXAS
SOS    SECRETARY OF STATE

**836701210002**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Gregory-Carl:  Morse   214-808-7028

B. E-MAIL CONTACT AT FILER (optional)
mortgageendgame@yahoo.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Gregory-Carl:  Morse
c/o 223 High Point Drive
Murphy, Texas [75094]
DMM602, Non-Domestic, Non-Asumpsit

RECEIVED
SEP 10 2018
CLK 82

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**18-0029244515**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3As) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:         AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☑ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

USDCTexEstDist. 4:11-cv-00230, Collin County Tex 199th District Court 199-01915-2012, USDCTexEstDist. 4:12-cv-00375, 5th Circuit Court of Appeals 13-41141, US Bankruptcy Court SDNY 12-12020 and 12-12032 and 12-12042, USDCSDNY 1:14-cv-5800, 2nd Circuit Court of Appeals 15-595, SCOTUS 16-5079, Collin County 416th Dist Court 416-01849-2016, USDCTexEstDist 4:16-cv-00279, USDCTexEstDist 4:16-cv-00346, Collin County Justice Court 3-1 31-EV-16-00976, USDCTexEstDist 4:16-cv-396, Collin County Court at Law 4 004-00127-2017, 5th Dist Ct. of Appeal Dallas 05-17-00186-cv, SCOTX 17-0773, 5th Circuit Court of Appeals 17-41096, USDCTexEstDist 4:18-cv-00039, Collin County 296-04070-2018

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Morse | Gregory-Carl | | |

10. OPTIONAL FILER REFERENCE DATA:
EIN of debtor is 83-6152151

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Tracking No. USPS Registered Mail: RE 396 525 456 US

COPY

TO: Secretary of the Treasury / I.M.F.
C/O DEPARTMENT DE HACIENDA
P.O. BOX 9024140,
SAN JUAN, PR 00902-4140

**PRIVATE REGISTERED
BOND FOR INVESTMENT**
Value of Bond is: $100,000,000.00
ONE HUNDRED MILLION U.S. DOLLARS

**PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE:
LIVE BIRTH # 142-51-018539/QA10549607/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 for Investment at the discretion of the
Secretary of the Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary**

**Attention:** Fiduciary/Receiver:

The below Undersigned Principal, Gregory-Carl: Morse on behalf of the GREGORY CARL MORSE
ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated on
Certificate of Live Birth under Number 142-51-018539/QA10549607. Current value accepted and issued as credit
as indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The
Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing
of the credit assured therein.
Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law 73-10
and Chap. 48, 48 Stat. 112.

**BOND ORDER**

You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of speculation.
This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a maturity date of 25
years hence bearing a four percent per annum for a full value of $100,000,000 at maturity date. This credit we issue
with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury that we make with no
request for money up front. In return we would like the treasury to use the credit of ONE HUNDRED MILLION
DOLLARS ($100,000,000) to make investment(s) of at least 5% per annum in safe non speculative investments,
4% of which will be held on account or reinvested to continue to accrue and roll over to cover the bonds value at
maturity. Please also note the below Trust Name & Address to be used for anything over the 4% per annum
divisible on biannual basis accordingly available after the first term from the date of receipt indicated on the green
card return receipt from acceptance. Please send overages in the form of a check for use by the trust in operations
and other investments. This agreement creates full security of the funds as you are guaranteed to be paid as they
will accrue in your control, furthermore we will also pledge the current and future assets of the trust as a guarantee
of payment in full upon maturity or if it pleases the treasury to reissue another bond on the same basis. This Bond
shall be ledgered as an asset to mature in Twenty-Five (25) years from the date of issuance or dissolution of the
ESTATE/TRUST (with 6 months' notice to the treasury to wind up affairs) and shall be paid in full from the
GREGORY CARL MORSE ESTATE/TRUST carrying 4% interest until such time.

The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by
the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below
by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall
constitute Acceptance and Honoring of this Bond.

All overages held and not distributed may be used at the discretion of GREGORY CARL MORSE
ESTATE/TRUST for set-off of any private, commercial, corporate or Public bills, taxes, debts, money claims,
demand(s) for payment(s) and the like, used in any regular course of business affairs as well as backing for lending
at institutions for lines of credit, to transmit electronic telex or other instruction to the vendor/creditor to remove
'ledgered debt' from their books or for discharge/setoff for adjustment of account for settlement and/or closure.
Void where prohibited by law.

Trustee/Secured Party: By: Gregory-Carl: Morse,
on behalf of *GREGORY CARL MORSE TRUST* TRUSTEE/SECURED
55 MTN CRK DR                                      PARTY
DENISON, TX 75021

This instrument is backed by the full faith
and credit of GREGORY CARL MORSE
TRUST©

Item # 02201951-GCM-PRB

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

### Non-Negotiable - Private Between the Parties:

**DEBTOR:**
GREGORY CARL MORSE TRUST©
55 MTN CRK DR
DENISON, TX 75021
...and all derivatives and variations in the spelling of said name.

**TRUSTEE/SECURED PARTY:**
Gregory-Carl: Morse
c/o 223 High Point Drive
Murphy, Texas [ 75094 ]
united states of America

**TRUSTS Identifying Numbers:** 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, 142-51-018539/QA10549607 and any hereinafter named in trust minutes.

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "GREGORY CARL MORSE TRUST©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "TRUST", except, Gregory-Carl: Morse, the living, breathing, flesh-and-blood man, known by the distinctive appellation Gregory-Carl: Morse hereinafter "Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS"
Document Item Number: 02201951-GCM-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts TRUST'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

*GREGORY CARL MORSE TRUST©*
GREGORY CARL MORSE TRUST©
TRUST's Signature, Copyright 1969.

*Gregory-Carl: Morse*
Gregory-Carl: Morse - Trustee/Secured Party's Signature
Authorized Representative. All Rights Reserved,
Without Prejudice/Without Recourse

### JURAT

County of _adams_ }
_Colorado_ State } Scilicet

SUBSCRIBED AND SWORN TO before me this _15th_ day of _June_ A.D.
20 _18_

_____ Seal
Notary Public Signature
My Commission Expires _May 16, 2021_

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2021

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1969 GREGORY CARL MORSE TRUST.

**Notice Provided Under Certified Mail No.** _____

| | |
|---|---|
| **Lawful/Legal Notice provided to:**<br><br>_____<br>_____<br>_____ | **This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.** |

<u>**Copyright Notice: All rights reserved**</u>.

Copyright of trade-name/trademark GREGORY CARL MORSE© TRUST including any and all derivatives and variations in the spelling, i.e. <u>NOT</u> limited to all capitalized names: GREGORY CARL MORSE TRUST ©. MORSE©, GCM©, GREGORY MORSE©, MORSE GREGORY GC©, GC MORSE©  or any derivatives thereof are under Copyright 1969. Said common-law trade-name/trademark, GREGORY CARL MORSE© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of GREGORY CARL MORSE©, and **all such unauthorized use is strictly prohibited.**
**By receipt of this notice you are hereby made aware of this copyright! If otherwise ignorant of the fact that said copyright is a matter of public record. <u>This is notification that you are in BREACH.</u>
You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.: or
2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use**: By this Notice, both the Juristic Person and the agent thereof, hereinafter .jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and GREGORY CARL MORSE TRUST© is Secured Party, and signifies that User:
   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.
   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;
   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;
   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

Common Law Copyright Notice          Page 1          Item# 02201951-GCM-CLC

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1969 GREGORY CARL MORSE TRUST.

f)  Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Gregory-Carl: Morse, Autograph Common Law Copyright 1969. Unauthorized use of "Gregory-Carl: Morse" incurs same unauthorized-use fees as those associated with GREGORY CARL MORSE© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
E-Mail: _____
Or the address provided on the envelope.

Gregory-Carl: Morse TTEE

*Greqory-carl : Morse*
Without Prejudice/Without Recourse
On behalf of GREGORY CARL MORSE TRUST©,
Copyright 1969. All Rights Reserved.

**JURAT**

County of  }
*adams*  } Scilicet
*colorado*  }
State

SUBSCRIBED AND SWORN TO before me this __15th__ day of __May__ A.D. 20 __17__.

_____ Seal
Notary Public Signature
My Commission Expires *May, 16, 2021*

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2021

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| GREGORY CARL MORSE TRUST☉ | | |

Address of person for whom you are acting (number, street, and room or suite no.)

55 MTN CRK DR

City or town, state, and ZIP code (if a foreign address, see instructions.)

DENISON, TX 75021

Fiduciary's name

Steven Mnuchin, et al D.B.A. SECRETARY OF TREASURY   (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)

1500 PENNSYLVANIA AVENUE, NORTH WEST

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DISTRICT OF COLUMBIA [20220] | ( 202 ) 622-2000 |

### Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:
a    ☐ Court appointment of testate estate (valid will exists)
b    ☐ Court appointment of intestate estate (no valid will exists)
c    ☐ Court appointment as guardian or conservator
d    ☑ Valid trust instrument and amendments
e    ☐ Bankruptcy or assignment for the benefit or creditors
f    ☐ Other. Describe ▶
2a   If box 1a or 1b is checked, enter the date of death ▶
2b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☐ Income   ☐ Gift  ☑ Estate   ☐ Generation-skipping transfer    ☐ Employment
     ☐ Excise    ☐ Other (describe) ▶

4    Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
     e☐ 1040, 1040-A, or 1040-EZ  f☑ 1041  g☐ 1120  h☐ Other (list) ▶

5    If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☐
     and list the specific years or periods ▶

6    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box .  .  .  . ▶ ☐
     and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
     form number.

     **Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                              Page **2**

**Part II**    **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| Address of court | | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

**Part III**    **Signature**  Gregory-Carl: Morse        TRUSTEE On behalf of GREGORY CARL MORSE TRUST®

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*Steven Mnuchin* By appointment of GREGORY CARL MORSE TRUST  United States Secretary of Treasury

Fiduciary's signature                              Title, if applicable                          Date

Form **56** (Rev. 12-2011)

**ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:**

**By appointment you Steven Mnuchin have been chosen to act as fiduciary in re** GREGORY CARL MORSE TRUST®. **Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX STATE OF TENNESSEE, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26)," tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/142-51-018539/QA10549607 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in GREGORY CARL MORSE TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

Gregory-Carl: Morse
Trustee/Secured Party: Gregory-Carl: Morse
on behalf of GREGORY CARL MORSE TRUST©
All Rights Reserved, Without Prejudice. UCC 1-308

**JURAT**

County of  Adams  )
                    ) Scilicet
Colorado  State )

SUBSCRIBED AND SWORN TO before me this __17th__ day of ____ A.D. 20_12_

Notary Public Signature          Seal

My Commission Expires ____

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2021

X] Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

Notice Concerning Fiduciary Relationship                    Item # 02201951-GCM-F56-US

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| GREGORY CARL MORSE TRUST ● | | |

Address of person for whom you are acting (number, street, and room or suite no.)
55 MTN CRK DR

City or town, state, and ZIP code (if a foreign address, see instructions.)
DENISON, TX 75021

Fiduciary's name
RAÚL MALDONADO, et al D.B.A. SECRETARY OF TREASURY    (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| SAN JUAN, PUERTO RICO 00902-4140 | ( 787 ) 721-2020 |

## Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:
a    ☐ Court appointment of testate estate (valid will exists)
b    ☐ Court appointment of intestate estate (no valid will exists)
c    ☐ Court appointment as guardian or conservator
d    ☑ Valid trust instrument and amendments
e    ☐ Bankruptcy or assignment for the benefit or creditors
f    ☐ Other. Describe ▶
2a    If box 1a or 1b is checked, enter the date of death ▶
2b    If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶

4    Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
e☐ 1040, 1040-A, or 1040-EZ  f☑ 1041  g☐ 1120  h☐ Other (list) ▶

5    If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶

6    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                    Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | | | |
|---|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated | | |
| Address of court | | | | Docket number of proceeding | | |
| City or town, state, and ZIP code | | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings | |

| **Part III** | **Signature** | Gregory-Carl: Morse | TRUSTEE On behalf of GREGORY CARL MORSE TRUST© |
|---|---|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here**

▸ *RAÚL MALDONADO*                                    Secretary of Treasury

Fiduciary's signature   By appointment of GREGORY CARL MORSE TRUST© Title, if applicable                        Date

Form 56 (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you RAÚL MALDONADO have been chosen to act as fiduciary in re GREGORY CARL MORSE TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course (**HDC**) of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ["as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX STATE OF TENNESSEE, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26),"] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/142-51-018539/QA10549607 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts-both general & special and if not currently held are to be transferred and held in GREGORY CARL MORSE TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

Gregory-Carl:Morse
Trustee/Secured Party: Gregory-Carl: Morse
on behalf of GREGORY CARL MORSE TRUST©
All Rights Reserved, Without Prejudice. UCC 1-308

**JURAT**

County of adams        )
                               ) Scilicet
colorado       State )

SUBSCRIBED AND SWORN TO before me this __15th__ day of __June__ A.D. 20 _17_.

_____   Seal
Notary Public Signature

My Commission Expires __May 16, 2021__

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2021

X) Notary Acknowledgment FRE 902(8); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

Notice Concerning Fiduciary Relationship                                                    Item # 02201951-GCM-F56-PR

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner** | |
|---|---|---|
| (Rev. February 2006) | **for United States Tax Withholding** | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

| **Do not use this form for:** | **Instead, use Form:** |
|---|---|
| ● A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| ● A person claiming an exemption is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| ● A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| ● A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

| ● A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** See instructions for additional exceptions.

---

**Part I  Identification of Beneficial Owner** (See instructions.)

| 1 | Name of individual or organization that is the beneficial owner | 2 | Country of incorporation or organization |
|---|---|---|---|
| | GREGORY CARL MORSE TRUST° | | UNITED STATES |

3  Type of beneficial owner:  ☐ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☑ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☑ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route).
P.O. Box 9024140

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| San Juan, P.R. 00902-4140 | UNITED STATES |

5  Mailing address (if different from above)
C/O 223 High Point Drive

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Murphy, Texas Republic | united States of America |

| 6 | U.S. taxpayer identification number, if required (see instructions) Not Required per W-8BEN Inst p.1,2,4,5 (Cat. 25576H); W-8 Supp. Inst p.1,2,6 (Cat. 26698G) Pub. 515 Inst. p.7; Form 1042-s Inst. P.1,14; 31 CFR 103.34(a)(3)(x) | 7 | Foreign tax identifying number, if any (optional) |
|---|---|---|---|

8  Reference number(s) (see instructions) 26 CFR 1.871-1(b)(1)(i)

---

**Part II  Claim of Tax Treaty Benefits** (if applicable)

9  I certify that (check all that apply):

a  ☐ The beneficial owner is a resident of ............................................within the meaning of the income tax treaty between the United States and that country.

b  ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............of the treaty identified on line 9a above to claim a ...............% rate of withholding on (specify type of income): ...............................  .
Explain the reasons the beneficial owner meets the terms of the treaty article: ..............................................................

---

**Part III  Notional Principal Contracts**

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

---

**Part IV  Certification**

Under penalties of perjury from without the "United States" in accordance with 28 U.S.C. 1746(1), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete when litigated only in a state court with a jury trial. I further certify under penalties of perjury that:
1 I am the nonresident alien (or am authorized to sign for the nonresident alien) of all the transactions to which this form relates
2 The nonresident alien is NOT a U.S. person and is not liable for withholding or paying income taxes or filing returns under 26 U.S.C. or 26 C.F.R.
3 The income to which this form relates is not effectively connected with the conduct of a "trade or business" within the "United States" and is not subject to tax under an income tax law or treaty, and
4 For broker transactions or broker transaction, the nonresident alien is a "foreign estate" as defined in 26 U.S.C. 7701(a)(31)
The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to establish your status as a non-U.S. person and, if applicable, obtain a reduced rate of withholding.

**Sign Here** ▶ *Gregory- Carl: Horse-Hee* On behalf of GREGORY CARL MORSE.  06-15-2017  Trustee [UCC 1-210 (35)]
Signature of beneficial owner (or individual authorized to sign for beneficial owner)  Date (MM-DD-YYYY)  Capacity in which acting

| For Paperwork Reduction Act Notice, see separate instructions. | Cat. No. 25047Z | Form **W-8BEN** (Rev. 2-2006) |
|---|---|---|

Ⓟ Printed on Recycled Paper

# W8BEN Affidavit

### (International) Commercial Affidavit

This Affidavit in regards to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trust/trustees stature as a Non-Resident-Alien in regards to U.S. Inc. (Id)"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, evidenced, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 02/20/1969 the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

*Gregory-carl: Morse*

**Trustee/Secured Party: Gregory-Carl: Morse**
on behalf of **GREGORY CARL MORSE** TRUST ©
All Rights Reserved, Without Prejudice. [UCC 1-308]

### JURAT

County of _adams_    )
_Colorado_  State    ) Scilicet
                     )

SUBSCRIBED AND SWORN TO before me this _15th_ day of _June_ A.D. 20_17_.

_____ Seal
Notary Public Signature
My Commission Expires _May 16, 2021_

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2021

(X) Notary Acknowledgment FRE 902(B); I the Notary hereto this (International) Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or he has presented sufficient evidence to establish his lawful identity & status; I accept same as evidence of the facts presented, I depose nothing more; executed by My signature & Seal, as authorized under My Commission.

**EXHIBIT "B"**

**FILED COPY OF TRUST**

# CERTIFICATION OF TRUST

This Certification of Trust was created June 7, 2017. The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We Gregory-Carl: Morse, TTEE and William Essex Hopkins, TTEE certify that we are the trustees of a trust entitled GREGORY CARL MORSE TRUST, created by Declaration of Trust dated June 7, 2017.

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

1. We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

2. We declare that I have full authority under the above referenced trust to open, enter and remove contents and close safe deposit boxes and open or close accounts.

3. Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4. The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

5. Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

6. If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

7. The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

8. All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9. The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a. The authority to grant power of attorney.
    b. The authority to encumber trust property.
    c. The authority to authorize borrowing on behalf of the trust.
    d. The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

Page 3 of 5

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974, Title 5 U.S.C. 552(a), the fourth and fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed this June 7, 2017.
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

By: *Gregory-Carl: Morse TTEE, EXECUTIVE TRUSTEE*
Gregory-Carl: Morse, TTEE, Executive Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18."] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of _____Collin_____ )
_____Texas_____ State ) Scilicet
                            )

SUBSCRIBED AND SWORN TO before me this _____7th_____ day of _____June_____ A.D. 20 17 .

*Sandra S Maxfield* Seal
Notary Public Signature

My Commission Expires_____5-10-2021_____

SANDRA S MAXFIELD
Notary Public State of Texas
My Commission# 10229040
My Comm. Exp. May. 10, 2021

Page 4 of 5

**EXHIBIT "C"**

**FILED COPY OF DISCHARGED BIRTH CERTIFICATE**

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF HEALTH
REC'D MAR 10 1951
BUREAU OF VITAL STATISTICS

**COPY**

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
CERTIFICATE OF BIRTH

STATE OF TEXAS

BIRTH NO. 142- 51-018539

**1 PLACE OF BIRTH**

a. COUNTY — Dallas

b. CITY OR TOWN — Dallas

c. FULL NAME OF HOSPITAL OR INSTITUTION — St. Paul's Hospital

**2 USUAL RESIDENCE OF MOTHER**

a. STATE — Texas    b. COUNTY — Dallas

c. CITY OR TOWN — Dallas

d. STREET ADDRESS — 3752 Almazon

**3 CHILD'S NAME** (Type or print)

a. (First) Gregory    b. (Middle) Carl    c. (Last) Morse

**4 SEX** — Male

**5a THIS BIRTH** — SINGLE ☑  TWIN  TRIPLET

**5b IF TWIN OR TRIPLET** — 1ST  2ND  3RD

**6 LEGITIMATE?** — Yes

**7 DATE OF BIRTH** — Feb. 20, 1951

### FATHER OF CHILD

**8 FULL NAME** — a. (First) Malcolm   b. (Middle) Carr   c. (Last) Morse   9 COLOR OR RACE — White

**10 AGE** (at time of this birth) — 28 YEARS    **11 BIRTHPLACE** — Massachusetts    **12a USUAL OCCUPATION** — Employee    **12b KIND OF BUSINESS OR INDUSTRY** — James F. Morse &CO.

### MOTHER OF CHILD

**13 FULL MAIDEN NAME** — a. (First) Alice   b. (Middle) Evelyn   c. (Last) Zollner   14 COLOR OR RACE — White

**15 AGE** (at time of this birth) — 25 YEARS    **16 BIRTHPLACE** — Texas    **17a USUAL OCCUPATION** — Housekeeper    **17b KIND OF BUSINESS OR INDUSTRY** — Housekeeper

**18 CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)**

a. How many OTHER children are now living? — None

b. How many OTHER children were stillborn now dead? — None

c. How many OTHER children were born alive but are now dead (born dead after 20 weeks pregnancy)? — None

**19a INFORMANT** — Mrs. M. C. Morse

**19b ADDRESS** — 3752 Almazon

20 I hereby certify that I attended the birth of this child who was **born alive** on the date stated above at **6:16 A. M.**

**21a ATTENDANT'S SIGNATURE**

**21b ATTENDANT'S ADDRESS** — 4407 Oak Lawn

**21d ATTENDANT AT BIRTH** — M.D. ☑  D.O.  MIDWIFE  OTHER

**21e DATE SIGNED** — Feb. 20, 1951

**22a REGISTRAR'S FILE NO.** — 2639

**22b DATE REC'D BY LOCAL REGISTRAR** — FEB...

**22c REGISTRAR'S SIGNATURE**

ACCEPTED FOR VALUE & HONOR
FOR MY REASONABLY, RELEASE OF THE PROCEEDS, PRODUCTS,
ACCOUNTS, AND FIXTURES IN THE ORDER(S) TO ME
ABSOLUTELY IN THIS ACCORDANCE WITH PUBLIC POLICY.
U.C.C. 1-104, CHAP 49, 49 STAT 1 AND UCC 1-104
H.J.R 192 OF 1933 SECTION EXEMPT FROM LEVY
FOR MEDIC. CONTRACT TRUST ACC. 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
SIGNATURE... Gregory Carl Morse Here

JAG

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED    APR 11 2017

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

QA10549607

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES · STATE OF TEXAS · VITAL STATISTICS




**EXHIBIT "D"**

**AFFIDAVIT OF TRUTH**

# AFFIDAVIT OF TRUTH

State of Texas

County of

> "Indeed no more than (Affidavits) is necessary
>
> To make the **prima facie case.**" United States v.
>
> Kis, 658 F 2nd, 526, 536, (7th Cir. 1981; Cert;
>
> Denied, 50.U.S. L.W. 2169; S. Ct March 22.1982

That I, Gregory-Carl: Morse©, a breathing man, being duly sworn, depose and say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

That the Affiant is a flesh and blood man, and is Sovereign in a collective capacity with other sovereigns.

That, the Affiant's rights "... existed by law of the land antecedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43).

That, the Affiant's rights exist even in the light of the U.S. Bankruptcy: aka **The National Emergency** and that **includes the right of redemption.**

That, Affiant is "of the people" and is above the corporate government called Texas/UNITED STATES OF AMERICA, operating in a **de-facto-bankrupt capacity/status.**

That, Affiant filed a U.C.C. Financing Statement (UCC-1) U.C.C. Filing No: 40000151295845; **to perfect a Security interest to initiate redemption as a matter of right.**

That, the Affiant caused to be filed a Security Interest and Lien upon the property of the DEBTOR and in the DEBTOR'S name filed in line and first in time, over and above the State of Texas/UNITED STATES OF AMERICA and that **all property is exempt from levy.**

That the State of Texas/UNITED STATES OF AMERICA, cannot show nor provide a superior interest in said property and/or Instruments upon the Security Agreement held by the Affiant. (See for reference: (Wynhammer v. People, NY 378.)

1

That, the Affiant/Secured Party is flesh and blood and the corporate fiction/DEBTOR/ ENS legis as appearing upon any UCC filing is "artificial" and was created in the contemplation of law (commerce) **AS THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.**

That, any discrimination or injury caused by the State of Texas/UNITED STATES OF AMERICA and/or Agent(s) to recognize the two distinct entities, the real one and the other "artificial" **agrees** to such **injuries** and to the **associated damages as established by the Affiant and the State, by and through its Agent's by said agreement, is estopped from defense or rebuttal in the matter and AGREES that the Affiant may proceed by Tort for Damages**.

That, this Affiant if not rebutted point for point by Any Agent, representing **the State of Texas/UNITED STATES OF AMERICA,** at any level, **in any matter**, within (15) days upon receipt, **these facts stand as True in both the private and public record...**

**NOTE:** Maxim of Law; 1; In Commerce-Truth is Sovereign.  2. for a matter to be resolved. It must be expressed. 3. Point of Law; Silence equates to agreement.

Further Affiant Sayth Not.

Executed by my own hand on this ___13ᵀᴴ___ day of ___Sept___ , 20 __18__ .


"without prejudice"

_Gregory-Cal: Morse_

Gregory-Carl: Morse©

Affiant, Authorized Representative,

Attorney-In-Fact

In behalf of GREGORY CARL MORSE©, ENS legis

2

**EXHIBIT "E"**

**COPY OF DISCHARGED BONDS**

| BID BOND | | | OMB NO.: 9000-0045 |
| --- | --- | --- | --- |
| ( See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 05/14/2012 | | Expires: |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
| --- | --- | --- |
| GREGORY CARL MORSE<br>SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT<br>1 Bowling Green<br>New York New York [10004] | [X] INDIVIDUAL | [ ] PARTNERSHIP |
| | [ ] JOINT VENTURE | [ ] CORPORATION |
| | STATE OF INCORPORATION<br>TEXAS  142-51-018539 | |

SURETY(IES) *(Name and business address)*

Gregory Carl Morse
Depository Trust Company
55 Water St.
New York, New York [10041]

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
| --- | --- | --- | --- | --- | --- | --- |
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO.<br>12-12020 |
| | MILLION (S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, supplies, or Services)* | |

OBLIGATION

We, the Principal and Surety (ies) are firmly bound to the United States of America (hereinafter call the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit or liability is the full amount of the penal sum.

CONDITIONS:

The principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to executes such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each surety executing this instrument agrees that its obligations is not impaired by any extension(s) of the time for acceptance of the bid that the principal may grand to the Government. Notice to the surety (ies) of extensions (s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the periods originally allowed for acceptance of the bid.

WITNESS

The principal and Surety (ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | | | |
| --- | --- | --- | --- | --- | --- |
| SIGNATURE(S) | *Gregory-Carl:Morse* (Seal) | | SANDRA S MAXFIELD<br>Notary Public State of Texas<br>My Commission# 10229040<br>My Comm. Exp. May. 10, 2021 (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. GREGORY CARL MORSE<br>Principal | 2. | *Sandra S Maxfield* | | |

**INDIVIDUAL SURETY(IES)**

| | 1. | | |
| --- | --- | --- | --- |
| SIGNATURE(S) | *Gregory-Carl:Morse* | SANDRA S MAXFIELD<br>Notary Public State of Texas<br>My Commission# 10229040<br>My Comm. Exp. May. 10, 2021 | (Seal) |
| NAME(S) (Typed) | 1. GREGORY CARL MORSE<br>Principal | | |

**CORPORATE SURETY(IES)** *Sandra S Maxfield*

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| --- | --- | --- | --- | --- | --- |
| SURETY A | | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Pervious edition is usable

**STANDARD FORM 24** (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

STANDARD FORM 24 (REV. 10-98) BACK

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., ab attorney-in-fact) must furnish evidence of authority if that representation is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporation executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and address shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY (IES)." In the space designated "SURETY (IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), or each individual surety, shall accompany the bond. The Government may require the surety to furnish additional information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word " Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid," "bidder" shall include the terms "proposal" and "Offeror."

| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY C** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY D** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY E** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY F** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY G** | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

# AFFIDAVIT OF INDIVIDUAL SURETY

OMB Number: 9000-0001

*(See instructions on reverse)*

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (VPR), Office of Acquisition Policy, GSA, Washington, DC 20405.

| | |
|---|---|
| STATE OF<br>NEW YORK | SS. |
| COUNTY OF<br>NEW YORK | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print)<br><br>Gregory Carl Morse | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| 3. TYPE AND DURATION OF OCCUPATION<br><br>Surety/Lifetime | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State)<br>Self Employed / NEW YORK |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED<br>(Number, Street, City, State, ZIP Code)<br>Depository Trust Company<br>55 Water St, New York [10041] | 6. TELEPHONE NUMBER<br>HOME -<br><br>BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

12-12020 See GSA Forms of 90, of 91; SF24, SF1418; SR1416; SF273; SF274; and SF275

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

Birth Certificate No: Texas  Birth Certificate #142-51-018539  and Social Security 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; Bond No: B38693906; Non-Negotiable Bond Setoff No: 142-51-018539 Deposited with the United States Treasury

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT; Case #12-12020

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
Bid Bond Issued by the SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT on Case No: 12-12020; GSA Bond of 90, 91, SF24 bid bond;SF1416; SF1418; SF273; and SF275, Texas Birth Certificate No:142-51-018539; Social Security 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

| DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED. | |
|---|---|
| 10. SIGNATURE<br><br>Gregory-Carl: Morse | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where Appropriate)<br>SF24;SF1416;SF1418;SF273;SF274;SF275; BC#142-51-018539 |

| 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS: | | | | |
|---|---|---|---|---|
| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE (Or other jurisdiction) | SANDRA S MAXFIELD<br>Notary Public State of Texas<br>My Commission# 10229040<br>My Comm. Exp. May, 10, 2021<br>Official |
| MONTH<br>5 | DAY<br>6 | YEAR<br>2018 | MURPHY, COLLIN COUNTY, TX | Sandra S Maxfield  Seal |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH<br>(Type or print)  NOTARY PUBLIC, TX<br>SANDRA    S   MAXFIELD | | | d. SIGNATURE<br><br>Sandra S Maxfield | e. MY COMMISSION<br>EXPIRES |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

**STANDARD FORM 28** (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

| REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND<br>(See instructions on reverse) | OMB Number: 9000-0045<br>Expiration Date: |
|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY*<br>GREGORY CARL MORSE<br>C/O : 223 High Point Dr.<br>Murphy Texas [ 75094 ] | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| | 1B. STATE OF INCORPORATION<br>142-51-018539 |
| 2. REINSURING COMPANY*<br>Depository Trust Company<br>55 Water St.<br>New York City, N.Y.[10041] | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>05/14/2012 |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE<br>05/14/2012 | 3C. CONTRACT NO. | 4B. DATE OF BOND<br>05/14/2012 | 4C. BOND NO.<br>142-51-018539 |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY<br>GREGORY CARL MORSE | | 4E. STATE OF INCORPORATION (If Corporate Principal) | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-280e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by offices possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.                    (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 273 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(h)

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | SANDRA S MAXFIELD — Notary Public State of Texas — My Commission# 10229040 — My Comm. Exp. May. 10, 2021 — Sandra S Maxfield — Corporate |
| *Gregory - Carl: Morse* | | Seal |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| GREGORY CARL MORSE | Gregory Carl Morse — Authorized Representative | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A (1) SIGNATURE | (2) ATTEST: SIGNATURE | SANDRA S MAXFIELD — Notary Public State of Texas — My Commission# 10229040 — My Comm. Exp. May. 10, 2021 — Sandra S Maxfield — Seal |
| *Gregory - Carl: Morse* | | |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| GREGORY CARL MORSE | Gregory Carl Morse — Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 273 (REV. 10-98) BACK

| REINSURANCE AGREEMENT FOR A MILLER ACT PAYMENT BOND *(See instruction on reverse)* | OMB No.: 9000-0045 Expires: |
|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| GREGORY CARL MORSE c/o 223 High Point Dr. Murphy Texas [ 75094 ] | 05/14/2012 |
| | **1B. STATE OF INCORPORATION** 142-51-018539 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE $ |
|---|---|
| Depository Trust Company 55 Water ST. New York City. New York [ 10041 ] | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT  05/14/2012 |
| | 2C. STATE OF INCORPORATION 05/14/2012 |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| **3A. AMOUNT OF CONTRACT** | | **4A. PENAL SUM OF BOND** | |
| **3B. CONTRACT DATE** | **3C. CONTRACT NO.** | **4B. DATE OF BOND** | **4C. BOND NO.** |
| **3D. DESCRIPTION OF CONTRACT** Performance Bond Case No: 12-12020 SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT 1 Bowling Green New York New York [10004] | | **4D. PRINCIPAL*** Gregory Carl Morse c/o 223 High Point Dr Murphy Texas 75094 | |
| **3E. CONTRACTING AGENCY** GREGORY CARL MORSE | | **4E. STATE OF INCORPORATION** *(If Corporate Principal)* | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished to supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance;" that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance"; and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance.

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.      *(Over)*

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is usable | **STANDARD FORM 274** (REV. 10-98) Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by section 2(a) of the Miller Act (40 U.S.C. 270b(a)) may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of ether, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE  *Gregory-Carl: Morse* | (2) ATTEST SIGNATURE  *Sandra S Maxfield* | SANDRA S MAXFIELD  Notary Public State of Texas  My Commission# 10229040  My Comm. Exp. May. 10, 2021  Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)*  GREGORY CARL MORSE | (2) NAME AND TITLE *(Typed)*  Gregory Carl Morse  Authorized Representative | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE  *Gregory-Carl: Morse* | (2) ATTEST SIGNATURE  *Sandra S Maxfield* | SANDRA S MAXFIELD  Notary Public State of Texas  My Commission# 10229040  My Comm. Exp. May. 10, 2021 |
| 6B. (1) NAME AND TITLE *(Typed)*  GREGORY CARL MORSE  Account Owner | (2) NAME AND TITLE *(Typed)*  Gregory Carl Morse  Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES

*(See instructions on reverse)*

OMB No.: **9000-0045**
Expires:

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | |
|---|---|
| GREGORY CARL MORSE c/o 223 High Point Dr. Murphy Texas [ 75094 ] | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT 05/14/2012 |
| | 1B. STATE OF INCORPORATION 142-51-018539 |

| 2. REINSURING COMPANY* | |
|---|---|
| Depository Trust Company 55 Water ST. New York City. New York [ 10041 ] | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 05/14/2012 |
| | 2C. STATE OF INCORPORATION |

## 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount. etc., include name of Government agency involved.)* | | |
|---|---|---|
| Payment Bond Payment Settlement of Contract/12-12020 SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT 1 Bowling Green New York New York [10004] | 3B. PENAL SUM OF BOND $ | |
| | 3C. DATE OF BOND 05/14/2012 | 3D. BOND NO. 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/B38693906 |
| | 3E. PRINCIPAL* GREGORY CARL MORSE c/o 223 High Point Dr. Murphy Texas [ 75094 ] | |
| | 3F. STATE OF INCORPORATION *(If Corporate Principal)* | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition usable

**STANDARD FORM 275** (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(j)

| 4A.(1). SIGNATURE | 4A.(2). SIGNATURE | |
|---|---|---|
| *Gregory - Carl: Morse* | | SANDRA S MAXFIELD<br>Notary Public State of Texas<br>My Commission# 10229040<br>My Comm. Exp. May. 10, 2021<br>Corporate<br>Seal |
| 4B.(1). NAME AND TITLE *(Typed)* | 4B.(2). NAME AND TITLE *(Typed)* | |
| GREGORY CARL MORSE | Gregory Carl Morse<br>Authorized Representative | *Sandra S Maxfield* |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
| *Gregory - Carl: Morse* | | SANDRA S MAXFIELD<br>Notary Public State of Texas<br>My Commission# 10229040<br>My Comm. Exp. May. 10, 2021<br>Seal |
| 5B.(1). NAME AND TITLE *(Typed)* | 5B.(2). NAME AND TITLE *(Typed)* | |
| GREGORY CARL MORSE<br>Account Owner | Gregory Carl Morse<br>Authorized Representative | *Sandra S Maxfield* |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 05/14/2012 | OMB No.: **9000-0045** Expires: |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| GregoryCarl Morse 1 Bowling Green New York New York [10004] | [X] INDIVIDUAL   [ ] PARTNERSHIP [ ] JOINT VENTURE   [ ] CORPORATION STATE OF INCORPORATION 142-51-018539 |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| GREGORY CARL MORSE Depository Trust Company 55 Water St. New York, New York 10041 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 05/14/2012 | | CONTRACT NUMBER 12-12020 | |
| | OPTION DATE | | OPTION NUMBER | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.
The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. the guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.
The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**WITNESS:**

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *Gregory - Carl : Morse* (Seal) | 2. | SANDRA S MAXFIELD Notary Public State of Texas My Commission# 10229040 My Comm. Exp. May. 10, 2021 *Sandra S Maxfield* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. GREGORY CARL MORSE Principal | 2. | | |

| | INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *Gregory-Carl : Morse* (Seal) | 2. | SANDRA S MAXFIELD Notary Public State of Texas My Commission# 10229040 My Comm. Exp. May. 10, 2021 *Sandra S Maxfield* | (Seal) |
| NAME(S) *(Typed)* | 1. GREGORY CARL MORSE Principal | 2. | | |

| | | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 1418** (REV. 2-99)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| SURETY B | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| SURETY C | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| SURETY D | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| SURETY E | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| SURETY F | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| SURETY G | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1. this form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY (IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2-99) BACK

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____ GREGORY CARL MORSE _____ , of _____ 142-51-018539 _____ , by a bond

              (Name)                                   (Place of Residence)

for the performance of U.S. Government Contract Number _____ 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 _____ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT, Case Number 12-12020, SEE GSA FORM of 91; SF28; SF24; SF1418; SF1416; SF273; and SF 275

and recorded this pledge on _____ 12-12020 _____

                                       (Name of Land Records)

in the _____ SOUTHERN DISTRICT OF NEW YORK _____ of _____ New York _____ ,

              (Locality)                              (State)

and

Whereas, I, _____ Gregory Carl of the Morse Family _____ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned line.

[Date]  5-6-2018

[Signature]
Seal

SANDRA S MAXFIELD
Notary Public State of Texas
My Commission# 10229040
My Comm. Exp. May. 10, 2021

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____ GREGORY CARL MORSE _____ , of _____ 142-51-018539 _____ , by a bond
                        (Name)                           (Place of Residence)
for the performance of U.S. Government Contract Number _____ 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 _____ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____ 12-12020 _____ on deposit

at _____ SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT _____
                            (Name of Financial Institution)

located at _____ 1 Bowling Green New York New York [10004] _____ , and
                            (Address of Financial Institution)

Whereas I, _____ Gregory Carl of the Morse Family _____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT, Case Number 12-12020, SEE GSA FORM of 91; SF28; SF24;
SF1418; SF1416; SF273; and SF 275


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

_____ SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT _____ .
                (Name of Financial Institution)

[Date] 5-6-2018

[Signature]

Seal

Gregory - Carl : Morse

SANDRA S MAXFIELD
Notary Public State of Texas
My Commission# 10229040
My Comm. Exp. May. 10, 2021

Sandra S Maxfield

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)