**POLSINELLI**
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 644-2090
Facsimile: (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC**, *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

**STATE OF MISSOURI** )
                                      ) ss.
**COUNTY OF JACKSON** )

Trista J. Backus, being duly sworn, hereby certifies and states:

I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Polsinelli, having offices at 600 Third Avenue, 42nd Floor, New York, New York 10016, and at 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

65337350.1

Pursuant to the Order dated May 23, 2012, establishing notice, case management and administrative procedures (Docket No. 141), on the 25th day of September, 2018, true and correct copies of the following documents were served by electronic mail to the Special Service List on the attached **Exhibit A**, and served by First-Class United States mail, postage prepaid, on the 24th day of September, 2018, to the Master Service List and interested parties/claimants listed on the attached **Exhibit B**:

- *Notice of Motion* and *Motion of ResCap Borrower Claims Trust for Order Authorizing Termination of Special Reserve Fund, Final Distribution to GMACM Borrower Trust Claimants, Second Distribution to RFC Borrower Trust Claimants, and Other Related Relief*, with Exhibits (Docket No. 10565); and

- *Amended Notice of Motion of ResCap Borrower Claims Trust for Order Authorizing Termination of Special Reserve Fund, Final Distribution to GMACM Borrower Trust Claimants, Second Distribution to RFC Borrower Trust Claimants, and Other Related Relief* (Docket No. 10566).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Trista J. Backus

On this 26th day of September, 2018, before me personally appeared **Trista J. Backus,** to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

KIM SARTAIN
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXPIRES 3/24/2019
COMMISSION # 15424786

_____
Notary Public