UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) Chapter 11 ) |
| Debtors. | ) Jointly Administered ) |

**ORDER AUTHORIZING TERMINATION OF SPECIAL RESERVE FUND,
FINAL DISTRIBUTION TO GMACM BORROWER TRUST CLAIMANTS,
SECOND DISTRIBUTION TO RFC BORROWER TRUST CLAIMANTS,
AND OTHER RELATED RELIEF**

Pending before the Court is the *ResCap Borrower Claims Trust's Motion for Order Authorizing Termination of Special Reserve Fund, Final Distribution To GMACM Borrower Trust Claimants, Second Distribution To RFC Borrower Trust Claimants, And Other Related Relief*, dated September 18, 2018 (the "Motion")[1]; and

The Court, having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declaration of Daniel J. Flanigan in support of the Motion (the "Flanigan Declaration"); and no Objections to the Motion having been filed by the deadline for filing Objections as attested to by the Certificate Of No Objection filed on October 11, 2018 by Daniel J. Flanigan, counsel for the Borrower Claims Trust; and

The Court, having determined that, except as otherwise provided in this Order, (1) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors,

---

[1] Capitalized terms not otherwise defined or modified herein shall have the meanings ascribed to such terms in the Motion.

the ResCap Borrower Claims Trust, Borrower Claimants, and all parties in interest; (2) and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (3) the legal and factual bases set forth in the Motion, Flanigan Declaration, and at the Hearing establish just and sufficient cause to grant the requested relief therein; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

1. The Motion is **GRANTED** and the Objections are **OVERRULED.** Specifically and without limitation, the Court hereby **APPROVES** the following;

(1) Termination of the Special Reserve of $500,000.00;

(2) Establishment by the Trust of the 2018 Unpaid Distributions and Expense Reserve in the amount of $243,128.38;

(3) Establishment by the Trust of the Post-2018 Expense Reserve in the amount of $150,000.00;

(4) The GMACM Final Distribution in the amount of $735,796.12; and

(5) The Second RFC Distribution in the amount of $4,294,821.88.

2. The Borrower Claims Trust is authorized to take any and all actions that are necessary or appropriate to implement the terms of this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

Dated:  October 22, 2018
        New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge