Dear Honorable Judge Martin Glenn
and who it may concern,

I am sending you a letter that I sent
to: ResCap Claims Processing Center (sent 8-29-1)
I was told to only send it there, not
New York. I am now going to send it,
even though, was told not to.
Since the, letter I still have not been
able to have my sergerey, still have no
money or a place to live. I have lived
out of my car several times sence
the letter was sent on 8-29-17.
My mental state has gotten worse,
I see a phyciatris now. I, know I
shouldn't but I have my hopes up
for ceryt. Please your Honor, I want
my life back. I'm a good person that
has worked so hard, I dont deserve this.
There is a total of 25 pages.

Let me know if right.
(Don't want to get lost)
P.S. If you would be as
kind to have someone
look over directions I
have attached I would
appreciate it so much,
I have no sence of
direction and am a
Nerves wreak. Address were my mail goes is
12783 Lost Creek Ct Manassas Va 20112

Thank You
So Much
Sincerly
Janice Hanoe

10-24-18
703-350-7902

I'm also going to see if I can get a conteriance. My Uncle died in the line of Dutey (officer Barry Wood of Baltimore Pleace department)

(In DC) His momorial of 20 years is on the 4th and the 5th is at the Air Musem by Dullas airport, my Aunt spenore It, attached is the Gnivation and Page with a piture and paragraph about him, I realey want to go, but will go to NY if cant get posponed.

Thank You
so much Your Honor
Sincerly
Janice Hanoe

8-24-18
703-350-7902

Adress were mail goes
12783 Lost Creek Ct
Manassas Va
20112

**THIS IS A NOTICE REGARDING YOUR LITIGATION AGAINST GMAC MORTGAGE, LLC. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE MOTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

------------------------------------------------------------

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

*Docket No. 606*

*Docket # (No) 6137*

### NOTICE OF HEARING ON THE RESCAP LIQUIDATING TRUST'S THIRD OMNIBUS MOTION TO ENFORCE INJUNCTIVE PROVISIONS OF PLAN AND CONFIRMATION ORDER

#### Janice Ann Ganoe

| Proposed Action to be Enjoined | | | | |
|---|---|---|---|---|
| Enjoined Party | Enjoined Party Counsel (if any) | Debtor(s) party to Litigation | Litigation | Date on which Letter Request Sent |
| Janice Ann Ganoe 12783 Lost Creek Court Manassas, VA 20112-3455 | pro se | GMAC Mortgage, LLC | Ganoe v. GMAC Mortgage, LLC, Case No. CL13-5775, Prince William County Circuit Court | August 3, 2017 February 2, 2018 |

PLEASE TAKE NOTICE that, on October 5, 2018, the ResCap Liquidating Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Third Omnibus Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* (the "**Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

The Motion requests that the Bankruptcy Court enter an order (i) enforcing the injunctive provisions of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (the "**Plan**"), which was confirmed by the order of the Bankruptcy Court entered December 11, 2013 [Docket No. 6065] (the "**Confirmation Order**"), and (ii) prohibiting you from continuing

---

[1]    A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

KL2 3093796.1

*Address*

**A hearing will be held on November 5, 2018 to consider the Motion.** The hearing will be held at **10:00 a.m.** prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 523. If you file a written response to the Motion, you should plan to participate in the hearing. The Trust, however, reserves the right to continue the hearing on the Motion with respect to your action. If the Trust does continue the hearing with respect to your action, then the hearing will be held at a later date. If the Trust does not continue the hearing with respect to your action, then a hearing on the Motion will be conducted on the above date.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

If you wish to view the complete Motion, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Motion, or if you would like to request a complete copy of the Motion at the Trust's expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479.

If you would like to discuss this matter or consensually resolve the Motion as to your action, please contact counsel to the Trust, Joseph A. Shifer, at 212-715-9100 or via email at jshifer@kramerlevin.com.

PARTIES SHOULD <u>NOT</u> CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MOTION.

DATED:      October 5, 2018
            New York, New York

**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

From ...  8:34" 17
12783 Lost Creek Ct
Manassas Va
20112

703-350-7702
Page 1 of 5
+ 18 Docume
total pages 23

Dear Sir's and your Honor,
Attached is a letter I received from Law firm
Concering low suit for Unlawful Forclosure
agent GMAC morgage.
I did not know or Recieve any documets
saying GMAC billed bank Rebtsey, Until
after filed.
I did not know I was suppose to file in
NY... I filed in PW county Va and Richmond
(Prince William) (were GMAC was)
I lived in PW: 12824 MistyLane
is also the house forclosed. Woodbridge V
22192
When filed I lived in PW. Served Richmond
is attached 5 pappers from Richmond. Law Suit and
attaney General letter. Along with Attorney
consultion script. Law suit payment,
Proof of Claim and Notery is attached,
This is a Unlawful Forclosure
-3 payments were made and put into GMAC
truck loan (BY GMCA) the were sent to
GMAC morage (For morgage). Truck Loan #
The Truck loan was paid off. 020-9024
the money is stilly there! 40134 Trail
2003 Blazer
-Was told by both loan departments, it
was being taken care of (Up until Day befor
even 5 days befor I believed
them, after alot of calls to and
from GMAC morgage and truck.
Forclosure

- The day before foreclosure I spoke to a different supervisor, he was nasty, mean and rude. He said that I had not talked to anyone, he didn't even know my name before we talked. Would not look into anything, all the notes on my account or the names and extentions of all the people and mngs. I spoke with in both loan departments. He then added, it doesn't matter what happened or who all you talk to. We are foreclosing tomarrow.

- I never missed one payment and was Never month behind.

- I have been also told by a attorney that there is alot of litiyation going on and has been with MERS (Mortgage Electronic Registration system) as the beneficiary of the trust, meaning Deed of Trust. Which Savereyn First Mortgage did, they were part in GMAC.

- I have no more stock, savings, money retired. I Live Disability check to the next. I worked so hard for 31 years, 27 as manager, I had good money. This has effected me more than reasonal or pheical, it has effected me mentaly. Wich has put me in disability partly. I WAS a Ordenary Person paying off a truck and On a house, Raising 2 Girls By MySelf. Not Anymore

I had no idea something so wrong-illegal could be done, by a big Cogeration, Bank. goverment. I trusted and believed them, Who would have thought, not anybody I know, I was lyed to so Much, So Bad

Please Your honor and Sir's, Please review and take into concideiaton my case, I will come to New York or anywere in US. > Hard I want my Life back that I worked for for 31 years and was taken away in a day. I did nothing wrong, except believe G MAC! I was done so very wrong, from being lyed to, to foreclosure, to not getting profit all the way to eviction (no time),

— During the eviction I had a nervius breakdown, my Kids had to stay with my parents and I was hospitalized. I have not been the same mentaly. When I say my life was taken from me, NOT a figure of speech, nor the same pianotte, I'm not able to work partly because of my stability, brought on in Jure2 from foriclosure and how, why it happend so. I'm on Disability Partly for that and Partly for injury from a ceccident in 2012 I Broke my neck in 3 places, my lower leg replaced, arm, wrist, back also injured. I have had 5 sergerys, and need 5 more, Have been in hospital ALOT past reveral years and recovery. Need more Sergerys I had

I have no money for the rest of needed surgery. I can not afford another Attorney, why I have done law suit and this Certifed mail, my self. I sometimes have no were to live that I can afod. All started with GMAC. I an not sure if I have summited all the right stuff and or filled out Proof of claim form right. Please let me know if you need anything (I have a tote Ful, of papers, claims, proof I believe I have anything you and evidence might need. Except the letter, never got saying bank Rupsey. You would think as it should be sent Certifed, Documents and/or letters that can and Do Change peoples lifes forever. To make sure they know what there infor. But then they could prevent. GMAC is very crooked, I say that, because I exsperanced it. you have no idea what your time and consequote means to me. It means the world. Only my family means more to me. Thank You So Much

703-350-7902                        Janice Ganoe
12783 Lost Creek Ct
Manassas Va
P.S.              20112

I have several times to contact Attorney on letter no Return call back.

Pages of 5

Thank You So Very Much,
for taking the time to review
and take into consideration my case:
NY (Bankruptcy Court) 12-12020
Prince William County, Va case # CL 13-5775
Lawsuit
I look forward to hearing from you

Sincerely,

Jani

703-350-7902

12783 Lost Creek Ct

Manassas Va

20112

MY Email - Jagwinflys@Gmail.Com

www.nysb.uscourts.gov

Court Address; Telephone 212-668-2870
United States Bankrubtcy Court
Souther District of New York
One Bowling Green
New York, NY 10004

GMAC Morgage Loan # 0601334832
Telephone 800-766-4622

Thank You So Very Much, for taking the time to review and take into consideration my Case:
NY (Bankruptcy Court) 12-12020
Prince William County, Va Case # CL 13-5775 Lawsuit
I look forward to hearing from you

County of Prince William
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 29 day of August 20 17 by
Janice Garde
(Name of person seeking acknowledgment)

Notary Public
Notary registration number: 7677135
My commission expires: June 30, 2020

RIAIN PATRICK CURRAN 7677135 NOTARY PUBLIC COMMONWEALTH OF VIRGINIA MY COMMISSION EXPIRES JUNE 30, 2020

Sincerely,

Janice Ann Garde
8-29-17
703-350-7902
12783 Lost Creek Ct
Manassas Va
20112
MY Email - Jagwinflys@Gmail.Com

www.nysb.uscourts.gov

Court Address; Telephone 212-668-2870
United States Bankruptcy Court
Souther District of New York
One Bowling Green
New York, NY 10004

GMAC Morgage Loan # 0601334832
Telephone 800-766-4622

*The if address is*
*1177 Avenue of the Americas, New York NY*
*10036*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

JOSEPH A. SHIFER
ASSOCIATE
PHONE 212-715-9517
FAX 212-715-8105
JSHIFER@KRAMERLEVIN.COM

August 3, 2017

Janice Ann Ganoe
12783 Lost Creek Court
Manassas, VA 20112-3455

> Re:   <u>Ganoe v. GMAC Mortgage, LLC, Case No. CL13-5775 (Prince William County
> Circuit Court)</u>

Dear Ms. Ganoe:

I am writing to you in my capacity as counsel to the ResCap Liquidating Trust (the "**Liquidating Trust**"), the successor in interest to Residential Capital, LLC and certain of its direct and indirect subsidiaries, including GMAC Mortgage, LLC (collectively, the "**Debtors**").

As you are aware, on May 14, 2012 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtors' cases (the "**Bankruptcy Cases**") are being jointly administered, indexed at Case No. 12-12020 (MG).

On August 29, 2012, the Bankruptcy Court entered the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 1309] (the "**Bar Date Order**"). The Bar Date Order established, among other things, November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of claim by virtually all creditors against the Debtors (the "**Bar Date**"). On November 7, 2012, in light of the damage caused by Superstorm Sandy, the Bankruptcy Court entered an order extending the Bar Date to November 16, 2012 at 5:00 p.m. (prevailing Eastern Time) [Docket No. 2093]. Paragraph 11 of the Bar Date Order provides that any party that did not file a proof of claim "shall be forever barred, estopped and enjoined from asserting such claim against the Debtors (or filing a proof of claim with respect thereto), and the Debtors, their Chapter 11 estates, their successors and their respective property shall be forever discharged from any and all indebtedness or liability with respect to such claim."

On December 11, 2013, the Bankruptcy Court entered its *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "**Confirmation Order**") [Docket No. 6065] approving the terms of the Chapter 11 plan, as amended (the "**Plan**") [Docket No. 6065-1]. The effective date under the Plan occurred on December 17, 2013 (the "**Effective Date**").

Page 2
August 3, 2017

Under Article VIII.B of the Plan, claims that were not timely filed by the Bar Date are released as of the Effective Date. Further, both the Confirmation Order and the Plan contain an "Injunction" provision that, among other things, enjoins all parties from "commencing or continuing in any manner or action or other proceeding of any kind" relating to claims that are released under the Plan. *See* Plan, Art. IX.I; Confirmation Order, ¶ 40(g).

On March 13, 2015, the Bankruptcy Court entered an order approving certain procedures for enforcing the injunctive provisions of the Plan and Confirmation Order [Docket No. 8303] (the "**Enforcement Order**"). Specifically, upon the Liquidating Trust's determination that a party is asserting monetary claims against the Debtors in a litigation but failed to file a proof of claim, the Liquidating Trust is authorized to send this letter informing the party that they are in violation of the Plan and Confirmation Order.

According to the Debtors' records, you are a party to *Ganoe v. GMAC Mortgage, LLC*, Case No. CL13-5775, pending before the Prince William County Circuit Court. The Liquidating Trust has made a good faith determination that this action asserts monetary claims against the Debtors.

Further, according to the Liquidating Trust's records, you did not timely file a proof of claim in the Bankruptcy Cases and are barred from continuing to pursue monetary claims against GMAC Mortgage, LLC under the injunction provided for in the Plan and Confirmation Order. Therefore, you must immediately dismiss this action with respect to monetary claims asserted against GMAC Mortgage, LLC.

*In the event you do not voluntarily dismiss this action with respect to monetary claims against GMAC Mortgage, LLC within 30 days of the date hereof, the Liquidating Trust shall seek relief from the Bankruptcy Court in the form of an order (i) enforcing the injunctive provisions of the Plan and Confirmation Order, and (ii) prohibiting you from continuing prosecution of monetary claims against GMAC Mortgage, LLC.*

Please do not hesitate to contact me if you disagree with the Liquidating Trust's determination that you are asserting monetary claims against the Debtors, or to further discuss this matter. In addition, you may obtain information regarding the Bankruptcy Cases, including copies of the Enforcement Order, Confirmation Order, Plan, and Bar Date Order via the Debtors' chapter 11 website at http://www.kccllc.net/rescap.

Very truly yours,

Joseph A. Shifer

cc:    Kathy Nye, Esq., ResCap Liquidating Trust



OFFICIAL RECEIPT
PRINCE WILLIAM CIRCUIT COURT
CIVIL

DATE: 06/26/13 TIME: 16:42:03 ACCOUNT: 153CL13005775-00 RECEIPT: 13000011880
CASHIER: BAE REG: P008 FILING: COM TYPE: FULL PAYMENT
CASE COMMENTS: GANOE, JANICE ANN V. GMAC MORTGAGE LLC
ACCT OF: GANOE, JANICE ANN RECD: GANOE, JANICE ANN
CHARGE: $243.08
DESCRIPTION 1: PLAINTIFF: GANOE, JANICE ANN
2: NO HEARING SCHEDULED

| CODE | DESCRIPTION | PAID | CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 304 | CLERK CIVIL FEE | 190.00 | 049 | WRIT TAX - CIVIL | 15.00 |
| 106 | TECHNOLOGY TRST FND | 5.00 | 123 | LEGAL AID FEE | 9.00 |
| 147 | INDIGENT ASSISTANCE | 1.00 | 170 | COURT TECH FUND | 10.00 |
| 219 | LAW LIBRARY | 4.00 | 229 | CHMF | 2.00 |
| 228 | CHCF | .00 | 407 | CONVENIENCE FEE | 7.08 |

TENDERED : 243.08
AMOUNT PAID: 243.08
CHANGE AMT : .00

CLERK OF COURT: MICHELE B. MCQUIGG

PAYOR'S COPY
RECEIPT COPY 1 OF 3

CLERK OF PWC CIRCUIT COURT
9311 LEE AVENUE ROOM 306
MANASSAS, VA 20110
703 792 6029

Merchant ID: 000015589066 Ref #: 0003

Sale

XXXXXXXXXXXX0209
VISA Entry Method: Swiped

Total: $ 243.08

06/26/13 16:42:12
Inv #: 000003 Appr Code: 388678
Apprvd: Online Batch#: 000

Customer Copy

THANK YOU
HAVE A NICE DAY!

**ALERT to Virginia Corporations Regarding Solicitation from Corporate Records Se**
**can be found in the Bulletin Archive in the right-hand navigation pane.**

S
Cor

**Commonwealth of Virginia**
## State Corporation Commission

Virg

06/26/13
12:46:25

LLCM6150                    LLC AGENT INQUIRY

LLC ID:   T031163 - 1      LLC STATUS:  00  ACTIVE
LLC NAME:  GMAC Mortgage, LLC

Serve.

CURRENT REGISTERED AGENT:
 NAME:   CORPORATION SERVICE COMPANY
STREET:  Bank of America Center, 16th Floor
         1111 East Main Street
 CITY:   RICHMOND                  STATE:  VA  ZIP:  23219-0000
STATUS:  4  MEMBER OF   EFF DATE: 04/29/11   LOC:  216  RICHMOND CITY


OLD REGISTERED AGENT:
 NAME:   CORPORATION SERVICE COMPANY
STREET:  11 S 12TH ST
         PO BOX 1463
 CITY:   RICHMOND                  STATE:  VA  ZIP:  23218-0000
STATUS:  4  MEMBER OF   EFF DATE 06/28/06   LOC:  216  RICHMOND CITY


(Screen Id:/LLC_Registered_Agent_Inquiry)

# COMMONWEALTH OF VIRGINIA RETURN



## PRINCE WILLIAM CIRCUIT COURT
Civil Division
9311 LEE AVENUE
MANASSAS VA 20110
(703) 792-6029

Virginia:                            Proof of Service
  In the PRINCE WILLIAM CIRCUIT COURT

Case number: 153CL13005775-00
Service number: 001
Service filed: June 26, 2013
Judge: CDJ

Served by: RICHMOND CITY
Style of case: JANICE ANN GANOE  vs GMAC MORTGAGE LLC
Service on: GMAC MORTGAGE LLC                    Attorney: GANOE, JANICE ANN
        REGISTERED AGENT:                        PRO SE
        CORPORATION SERVICE COMPANY
        BANK OF AMERICA CENTER; FL 16
        1111 EAST MAIN STREET
        RICHMOND VA 23219

          COMPLAINT FOR JUDGMENT
Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, June 28, 2013 with a copy of the Complaint filed Wednesday, June 26, 2013 attached.

Hearing date  :
Service issued:  Friday, June 28, 2013

## For Sheriff Use Only

**SERVE**

# COMMONWEALTH OF VIRGINIA



**PRINCE WILLIAM CIRCUIT COURT**
Civil Division
9311 LEE AVENUE
MANASSAS VA 20110
(703) 792-6029

Summons

To: GMAC MORTGAGE LLC                                   Case No. 153CL13005775-00
REGISTERED AGENT:
CORPORATION SERVICE COMPANY
BANK OF AMERICA CENTER; FL 16
1111 EAST MAIN STREET
RICHMOND VA 23219

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, June 28, 2013

Clerk of Court: MICHELE B MCQUIGG

by [signature] (CLERK/DEPUTY CLERK)

Instructions:    COMPLAINT FOR JUDGMENT

Hearing Official:

Attorney's name:    CANOE, JANICE ANN
PRO SE

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
| --- | --- |

Name of Debtor and Case Number: GMAC Mortgage, LLC Case-12-12020 (The Bankruptcy Court)

This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.

Name of Creditor: (the person or other entity to whom the debtor owes money or property): Janice Ganoe

Name and address where notices should be sent:
Janice Ganoe
12783 Lost Creek Ct Va 20112
Manassas Va 20112

Telephone number: 703-350-7902    email: Jagwinflys@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above): Same

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: _____    email: _____

**1. Amount of Claim as of Date Case Filed:** $100,000

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Unlawful Foreclosure
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** Loan 4832 Account

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe: Town house

Value of Property: $242,000    Annual Interest Rate _____% ☐ Fixed ☐ Variable (when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ _____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: _____

**9. Signature: (See instruction #9)** Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Janice Ganoe
Title: _____
Company: _____
Address and telephone number (if different from notice address above): Same

Signature: Janice Ganoe    Date: 8-29-17    original 6-26-13

Telephone number: 703-350-7902    Email: Jagwinflys@gmail.com

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**WELLS FARGO**

# Acknowledgment by Individual

State of _Virginia_                County of _Prince William_

On this _29th_ day of _August_ , 20 _17_ . before me, _Souhaila Zeinoun_
                                                                    Name of Notary Public

the undersigned Notary Public, personally appeared

_Janice Gance_
Name of Signer(s)

○ Proved to me on the oath of _____

○ Personally known to me

☑ Proved to me on the basis of satisfactory evidence _Driver's License # T61398173_
                                                                    (Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

[Notary Seal: SOUHAILA ZEINOUN, COMMONWEALTH OF VIRGINIA, REG. NO. 7539392 EXP. 10-31-17, NOTARY PUBLIC]
Notary Seal

_____
(Signature of Notary Public)

My commission expires _10. 31. 2017_

Optional: *A thumbprint is only needed if state statutes require a thumbprint.*

| Right Thumbprint of Signer |
|---|
| Top of thumb here |

**For Bank Purposes Only**
**Description of Attached Document**

Type or Title of Document
_Proof of Claim_

Document Date                    Number of Pages
_08-29-2017_                      _1_

Signer(s) Other Than Named Above



FO01-00000DSG5350-01

DSG5350 (Rev 02 - 05/17)



Sent it on 8-29-17

Location to File Proof of Claim

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245



Parties & Addresses

Court Address:
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
☎ 212-668-2870
http://www.nysb.uscourts.gov



Celebration

Of Life

In Loving Memory

Flight Officer Barry W. Wood

Date: November 4, 2018
Time: 1:30 PM
Location: Martin State Airport
Baltimore City Police Aviation Unit Hanger
701 Wilson Point Rd
Middle River, MD 21220

Come Share Your Memories

RSVP by October 16th
To Martha
At 410-746-2737

## – FALLEN HEROES –



**Correctional Officer D'Antonio Washington**
Federal Bureau of Prisons
End of Watch: 12/22/1994

Officer Washington was beaten to death with a hammer by an inmate at the United States Penitentiary in Atlanta, Georgia.



**Deputy Sheriff Barbara Ann Pill**
Brevard County (FL) Police Department
End of Watch: 3/6/2012

Deputy Sheriff Pill was shot and killed while conducting a traffic stop. The two suspects in the vehicle had just committed a robbery at a nearby hotel. One of the suspects produced a weapon and shot Deputy Pill four times.



**Correctional Officer Phillip K. Curry**
Indiana Department of Corrections
End of Watch: 12/13/1994

As Officer Curry secured prisoners returning from the evening meal, one of the offenders approached Officer Curry and stabbed him in the chest.



**Master Patrolman Jefferson Gerald Taylor**
Riverside (MO) Police Department
End of Watch: 6/3/2011

Master Patrolman Taylor was struck by lightning while performing search and rescue duties after a tornado disaster. Patrolman Taylor was resuscitated and taken to the hospital where he remained until he succumbed to his injuries.



**Police Officer Chad Morimoto**
Honolulu (HI) Police Department
End of Watch: 7/23/2012

Police Officer Morimoto lost control of his motorcycle while attempting to negotiate a curve and struck a tree. Officer Morimoto was transported to a local hospital in critical condition, where he succumbed to his injuries.



**Special Agent Mansel R. Burrell**
Drug Enforcement Administration
End of Watch: 12/19/1967

Special Agent Burrell was killed by drug traffickers, while working undercover in a heroin investigation. He was 23, making him the youngest federal law enforcement officer killed in the line of duty.



**Trooper Javier Arana, Jr.**
Texas Department of Public Safety
End of Watch: 3/24/2012

Trooper Arana was traveling in his marked patrol vehicle with the emergency lights and sirens activated when he was struck by a truck that failed to stop at a red light. Trooper Arana's vehicle skidded across several lanes of traffic, hit a light pole, and caught fire.



**Sheriff Harvey K. Brown**
Baker County (OR) Sheriff's Department
End of Watch: 10/1/1907

Sheriff Brown was killed when a bomb exploded outside his front door of his residence. Police investigations confirmed that Sheriff Brown was killed for helping to capture a suspect who had murdered Oregon State's Governor, Frank Steunenberg.



**Police Officer Patrick Eugene Hill**
Detroit (MI) Police Department
End of Watch: 10/19/2013

Police Officer Hill attempted to conduct a traffic stop when the suspect opened fire. The suspect was shot and killed in an exchange of gunfire with law enforcement officers. Officer Hill was accidentally shot in the crossfire.



**Assistant Warden Peggy Lee Sylvester**
Opelousas (LA) Police Department
End of Watch: 4/14/2013

Assistant Warden Sylvester was killed in a single-vehicle crash while attempting to pass another vehicle. Assistant Warden Sylvester lost control of her vehicle during a period of heavy rain, went off the side of the road and struck a tree.



**Police Officer Joshua Yazzie**
Bureau of Indian Affairs
End of Watch: 6/7/2010

Police Officer Yazzie was killed in a single-vehicle crash while responding to a call for assistance from an ambulance crew treating an intoxicated suspect who was behaving violently, when he lost control of his patrol car and it rolled off a 200-foot embankment.



**Flight Officer Barry Winston Wood**
Baltimore (MD) Police Department
End of Watch: 11/4/1998

Flight Officer Wood was assisting ground units in a search for a stolen automobile. The helicopter experienced a mechanical malfunction and descended to the ground, striking a light pole, and crashing into a fence. Officer Wood died shortly after arriving at a local hospital.

Google Maps    12824 Lost Creek Ct, Manassas, VA 20112 to One     Drive 254 miles, 5 h 6 min
bowling green, New York, NY



Map data ©2018 Google    20 mi

# 12824 Lost Creek Ct
Manassas, VA 20112

### Get on I-95 N in Woodbridge from Prince William Pkwy and Old Bridge Rd

17 min (8.1 mi)

↑  1.  Head south on Lost Creek Ct toward State Rte 642

0.1 mi

↰  2.  Turn left onto State Rte 642

0.8 mi

↱  3.  Turn right onto Prince William Pkwy

1.4 mi

↑  4.  Continue straight onto Old Bridge Rd

5.0 mi

↱  5.  Use the right 2 lanes to turn right onto VA-123 S/Gordon Blvd

0.5 mi

6.  Use the right 2 lanes to merge onto I-95 N via the ramp to Washington

0.3 mi

**Take I-395 N, Baltimore–Washington Pkwy, I-895 N, I-95 N, ... and I-78 E to Laight St in Manhattan, New York. Take exit 1 from I-78 E**

3 h 58 min (246 mi)

7.  Merge onto I-95 N

8.7 mi

8.  Keep right at the fork to continue on I-395 N, follow signs for Interstate 495 N/Washington/Tysons Corner/Interstate 395 N

9.1 mi

9.  Keep left to stay on I-395 N
    🔵 Entering District of Columbia

2.3 mi

10.  Keep right to stay on I-395 N

1.1 mi

11.  Keep left at the fork to continue on I-695

1.9 mi

12.  Use the right 2 lanes to take exit 2B for State Hwy 295 N toward US-50 S

0.5 mi

13.  Merge onto State Hwy 295
    🔵 Entering Maryland

4.2 mi

14.  Use the left 2 lanes to continue on MD-201 and follow signs for Baltimore-Washington Parkway N/Interstate 95/Baltimore

0.2 mi

15.  Keep left to continue on Baltimore-Washington Pkwy

10.8 mi

16.  Keep left to stay on Baltimore-Washington Pkwy

7.8 mi

17.  Continue onto MD-295 N/Baltimore-Washington Pkwy

8.6 mi

18.  Take the Harbor Tunnel Thrwy/I-895 N exit

0.2 mi

19.  Merge onto I-895 N

10.4 mi

20. **Merge onto I-95 N**
   ⚠ Partial toll road
   🌐 Entering Delaware

   48.7 mi

21. **Keep left at the fork to stay on I-95 N**
   ⚠ Partial toll road

   10.0 mi

22. **Keep right at the fork to continue on I-295 N/Delaware Turnpike, follow signs for Del Mem Br/NJ-Ny**
   🌐 Continue to follow I-295 N
   🌐 Entering New Jersey

   6.4 mi

23. **Keep left at the fork to continue on US-40 E**
   ⚠ Toll road

   0.9 mi

24. **Continue onto NJ Tpke**
   ⚠ Toll road

   1.6 mi

25. **Keep left at the fork**

   0.4 mi

26. **Merge onto NJ Tpke**
   ⚠ Partial toll road

   46.7 mi

27. **Keep left at the fork to stay on NJ Tpke, follow signs for New Jersey Turnpike**
   ⚠ Toll road

   2.2 mi

28. **Continue onto I-95/NJ Tpke**
   ⚠ Toll road

   52.6 mi

29. **Take exit 14-14A-14B-14C for I-78 toward US-1/US-9/US-22/Holland Tunnel/Newark Airport**
   ⚠ Toll road

   0.4 mi

30. **Keep right at the fork to continue on Exit 14A-14B-14C, follow signs for Interstate 78 E/Bayonne/Jersey City/Holland Tunnel and merge onto I-78 E**
   ⚠ Toll road

   3.1 mi

31. **Keep left to stay on I-78 E**
   ⚠ Partial toll road
   🌐 Entering New York

   7.1 mi

32. Take exit 1 for NY-9A/West St

387 ft

33. Merge onto Laight St

Destination will be on the left

46 s (354 ft)

## One bowling green

New York, NY 10004

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.