KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF THE RESCAP LIQUIDATING**
**TRUST'S THIRD OMNIBUS MOTION TO ENFORCE**
**INJUNCTIVE PROVISIONS OF PLAN AND CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that the hearing on the *Third Omnibus Motion of the ResCap Liquidating Trust to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 10574], previously scheduled to be heard on **November 5, 2018 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned to **December 4, 2018 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 523, New York, New York 10004.

KL2 3097978.1

- 2 -

Dated:   October 31, 2018
        New York, New York

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Joseph A Shifer
        Kenneth H. Eckstein
        Douglas H. Mannal
        Joseph A. Shifer
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

KL2 3097978.1