# Exhibit A

bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com;
justin.bernbrock@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tammy.Hamzehpour@rescapestate.com;

Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV;
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;
ray.schrock@weil.com

# Exhibit B

| | | |
|---|---|---|
| Manuel & Maria Ramos<br>Litchney Law Firm<br>919 Reserve Drive<br>Roseville, CA  95678 | Richard G. Kaschak<br>P.O. Box 6031<br>Pine Mt. Club, CA  93222 | B. Scott Skillman, P.C.<br>JAMES T. SMITH V.<br>   HOMECOMINGS FINANCIAL<br>P.O. Box 9481<br>Terre Haute, IN  47808-9471 |
| EDWARD DELGADO, JR.<br>404 STONEHEDGE PLACE<br>SAN MARCOS, CA  92069 | Audrey Mills<br>7716 W Stoll Road<br>Lansing, MI  48820 | MARIE J. DIMITRIJEVIC<br>7629 HERRITAGE DRIVE, APT. 2<br>LANSING, MI  48917-5817 |
| Robert J. Ottoway<br>4210 West Lupine Avenue<br>Phoenix, AZ  85029 | KATHLEEN M. POWER<br>12 REDSPIRE DRIVE<br>UNION, NJ  07083-5067 | Jerlene Cordonnier<br>408 L. Street<br>Lincoln, CA  95649 |
| Mary Clark<br>1508 Cedar Gate Circle<br>Birmingham, AL  35235 | GUARDIANSHIP OF AMELIA<br>   GASTON<br>C/O MR. LESTER G. KATES PA<br>2655 LEJEUNNE ROAD, SUITE 804<br>CORAL GABLES, FL  33134 | HOWZE, LEMAYS & JONES-<br>   HOWZE, ANGELA Y<br>2708 Barwick Court<br>ROCK HILL, SC  29730-6670 |
| Alex D. Rahmi<br>638 Marlow Road<br>Charles Town, WV  25414 | James Herman and Nancy Herman<br>3023 N Clark Street #107<br>Chicago, IL  60657 | James Herman and Nancy Herman<br>3023 N Clark Street #107<br>Chicago, IL  60657 |
| Candy Shively<br>1326 SE 20th Court<br>Cape Coral, FL  33990 | Thomas S. Lee<br>1214 Devonshire Drive<br>Sumter, SC  29154 | Edward A. Patterson<br>599 Cashmere Court<br>Sanford, NC  27332 |
| Michael G. Weiss<br>1085 90th Street NE<br>Monticello, MN  55362 | Ashley L. Thurman<br>P.O. Box 4201<br>Crofton, MD  21114 | Jeffrey & Mary Jane Powell<br>8030 N. Caldwell Avenue<br>Parkville, MO  64152 |
| Dianne H. Bowden<br>6752 Highway 309 S<br>Holly Springs, MS  38635-7333 | KRISTIN KARMAZYN<br>5262 S MALTA WAY<br>CENTENNIAL, CO  80015-6013 | Kyle Gordon<br>19416 Midtown Avenue<br>Carson, CA  90746 |
| Fred Colosimo<br>131 Deerlake Drive<br>Ashville, NC  28803 | Harry Davis<br>308 Burlwood Avenue<br>Oakland, CA  94603-2116 | Shirley S. Washington<br>2312 Old Military Road<br>Mobile, AL  36605-3316 |
| Cara Negri<br>210 Cedar Street, Apt. 5<br>Newport Beach, CA  92663-1934 | Diana Conley<br>1106 Bishop Avenue<br>Hamilton, OH  45015 | Ralph J. Adams<br>139 River Oak Circle<br>Mills River, NC  28759 |

| | | |
|---|---|---|
| Sarah Joy Patrick<br>3618 Eagle Ridge Drive<br>Woodbridge, VA  22191 | James Getzinger<br>2575 Peachtree Road NE #15A<br>Atlanta, GA  30305 | William M. Velotas and Barbara M. Velotas<br>5803 Boyce Springs<br>Houston, TX  77066 |
| Norvell Cunningham<br>1450 Riverside Drive<br>Marks, MS  38646 | PHILLIP D. SPEARS<br>8107 RUSTIC TERRACE<br>SAN ANTONIO, TX  78249-3962 | Maxine Dossett, Kevin Dossett, Gerald Dossett, and Christopher Dossett<br>c/o William M. Foster, PLLC<br>901 Mountain Creek Road, #201<br>Chattanooga, TN  37405 |
| Eva T. Allen and Vernon H. Allen, Jr.<br>112 Flemingfield Road<br>Greensboro, NC  27405 | Carl Wiesener<br>4961 Murray Johnson Road<br>Conway, SC  29526 | Monty Delluomo Inc.<br>6812 N. Robinson Avenue<br>Oklahoma City, OK  73116 |
| MARY NASCIMENTO AND CARY<br>c/o Sarah Nascimento<br>55 ELIJAH Court<br>CAMERON, NC  28326-6496 | Quintella Bonnett<br>762 Bayard AveNUE<br>St. Louis, MO  63108 | Quintella Bonnett<br>2367 Shadow Hills LANE<br>Aurora, IL  60503 |
| Marsha Muwwakkil<br>6314 Homeview DRIVE<br>Houston, TX  77049 | Diliberto & Kirin, LLC<br>3636 S. I-10 Service Road West, Suite 210<br>Metaririe, LA  70001 | Molly Jane Essama<br>6401 Saint Johns Avenue, Apt. 145<br>Palatka, FL  32177-6823 |
| Michael S. Heinz & Debra L. Heinz<br>9215 Oak<br>Kansas City, MO  64114 | Shauntel Neal<br>21308 Sharkey<br>Clinton Township, MI  48035 | Darrell Neal<br>14221 Stansbury<br>Detroit, MI  48227 |
| WIRTH, GLORIA<br>1302 N MCKEMY AVENUE<br>CHANDLER, AZ  85226-1152 | Mark Pellegrino<br>3214 139th PLACE SE<br>Mill Creek, WA  98012 | Michael Stinson<br>P.O. Box 548<br>Jamestown, TN  38556 |
| Nieltje Gedney<br>P.O. Box 281<br>Kearneysville, WV  25430 | Minette Brody<br>7933 W Denver Avenue<br>Milwaukee, WI  53223 | Mountain State Justice, Inc.<br>1217 Quarrier Street<br>Charleston, WV  25301 |
| Daniel ORourke and Tina ORourke<br>5760 Sunset Avenue NE<br>Bremerton, WA  98311 | Monifa Jamila Ajanaku<br>1020 Rayner Street<br>Memphis, TN  38114 | Manuel Anthony Palacios<br>9067 Sunflower Avenue<br>Rancho Cucamonga, CA  91701 |
| Kimberly K. King<br>130 Greenridge Drive<br>Monongahela, PA  15063 | Michael or Darcie Lampman<br>1515 Falcon Ridge<br>Waterloo, IA  50701 | Rhonda L. Gosselin<br>16 Rolf Avenue<br>Chicopee, MA  01020-1228 |

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street, Suite 110
Phoenix, AZ 85016

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street, Suite 110
Phoenix, AZ 85016

Landon Rothstein, Jennifer Davidson, Robert Davidson and Ihor Kobryn
c/o Kirby McInerney LLP
Mark A. Strauss, Edward M. Varga, III, and J. Brandon Walker
825 Third Avenue, 16th Floor
New York, NY 10022

Paul Homer & Melinda Carpenter
c/o Natale & Wollinetz
116 Oak Street
Glastonbury, CT 06033-2300

Conrad P. Burnett, Jr.
612 McIntosh Drive
Linden, VA 22642

Kevin J. Matthews
c/o Phillip Robinson, Esq.
Consumer Law Center, LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910

William J. Futrell
8391 N 550 W
Bryant, IN 47326

Law Offices of Sheldon J. Vann Trust Acct. obo Gary Burden and Ayanna Burden
301 West Bay Street, 14th Floor
Jacksonville, FL 32202

THEODORE R. SCHOFNER
MICHELLE H. SCHOFNER
2117 INDIAN ROCKS ROAD SOUTH
LARGO, FL 33774

PAUL A. RECKSIEDLER
MARY K. RECKSIEDLER
2844 121ST LANE NW
MINNEAPOLIS, MN 55443

Brian Edmond Bath
5994 South Holly Street # 244
Greenwood Village, CO 80111

Charles T. Clark
7404 Mesa De Arena NW
Albuquerque, NM 87120-1516

Paul Marge Pfunder
27049 Monk Street
Sun City, CA 92586

Mary Critchley
c/o Mayer Morganroth, Esq.
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009

William Oden
7924 Briardale Drive
Charlotte, NC 28212

RAMONA M. ROBERTS
424 TOWNSEND DRIVE SE
HUNTSVILLE, AL 35811-8763

Gilbert In The Matter Of The Foreclosure By David A. Simpson PC Substitute Trustee Of Deed Of Trust Executed By et al.
c/o Katherine S. Parker Lowe Attorney At Law
35 Miss Elecia Lane, Suite 101
Ocracoke, NC 27960

Bettie Jean Yelder
2915 Cante Lou Road
Montgomery, AL 36108

Randall Branson
202 Archer Avenue
Marshall, IL 62441

Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard & Rebecca Picard et al.
c/o Daniel J. Flanigan, Esq.
Polsinelli Shughart PC
900 3rd Avenue, Floor 21
New York, NY 10022-4869

Deborah Lee Wetzel
971 162nd Street SE
Snohomish, WA 98296

John E. Satterwhite, Jr.
3219 Kenyon Avenue
Richmond, VA 23224

DIANE AND EVERETT BUTCHER
EVERETT BUTCHER JR.
11130 NW 17TH COURT
PEMBROKE PINES, FL 33026

Early Case Resolution involving MARTIN JEORGE A. AND ROBERT ALICEA
c/o Reade and Associates
1333 N Buffalo Drive, Suite 210
Las Vegas, NV 89128

Ms. Leslie D. Watley
22 Conhurst Drive
North Haven, CT 06473

Christina Ulbrich
c/o Kai H. Richter, Esq.
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

SERGIO E. SERRANO
c/o SOBEIDA SALOMON
1217 CHARTER LANE
AMBLER, PA 19002-1564

William J. Ridge
Cypress
PO Box 1094
Santa Rosa Beach, FL 32459

William J. Ridge
Maliah Madras
PO Box 1094
Santa Rosa Beach, FL 32459

William J. Ridge
Independence
PO Box 1094
Santa Rosa Beach, FL 32459

65283828.1

William J. Ridge  
Tennyson  
PO Box 1094  
Santa Rosa Beach, FL  32459

Edgar A. Soto & Sara Soto  
2851 Troon Drive  
Montgomery, IL  60538-5094

George M. Geeslin*  
Eight Piedmont Center, Suite 550  
3525 Piedmont Road NE  
Atlanta, GA  30305

ANNELIESE SIEM  
6744 HILLPARK DRIVE, APT. 507  
LOS ANGELES, CA  90068-2123

Virginia Mattson  
4 Mariners Cove  
Salem, SC  29676

Perry E. Goerner  
12 Wantage School Road  
Sussex, NJ  07461

Roger J. and Karen Evans  
300 Spanish Sand Drive  
Sparks, NV  89441

ANTHONY K. AND SONYA L. MILEY  
524 DRESLER ROAD  
RINCON, GA  31326-4748

Judith A. Winkler and James C. Winkler  
c/o Law Offices of Patrick D. Boyle  
711 Hennepin Avenue, Suite 501  
Minneapolis, MN  55403-1836

Jacquelyn O. Wieland, TTE of Marshell O. Culton Rev. Living Trust April 28, 2005  
c/o Wildish & Nialis  
500 North State College Boulevard, Suite 1200  
Orange, CA  92868

Freddie M. Scott  
and Timothy W. Scott  
14450 E. 50th Avenue  
Denver, CO  80239

MICHAEL K. BOYER  
118 SALLY ANN FURNACE ROAD  
MERTUTOWN, PA  19539

Norman Rouse  
Chapter 7 Trustee for Becky Spence  
5957 East 20th  
Joplin, MO  64801

Mary Lassiter Gray  
4232 Halifax Avenue North  
Robbinsdale, MN  55422

JOEL M. SCIASCIA  
1 FAIRFIELD ROAD  
YONKERS, NY  10705

Donna Lanzetta  
Lanzettta and Assoc. PC  
472 Montank Highway  
East Quogue, NY  11942

Ruth E. Hancock  
c/o Boucher & Boucher Co., L.P.A.  
12 W. Monument Avenue, Suite 200  
Dayton, OH  45402-1202

Dennis G. Burgin & Marcene L. Burgin  
Dennis Burgin  
8759 Quail Valley Drive  
Redding, CA  96002

Mark Ragonese  
1929 N Pepper Street  
Burbank, CA  91505

Phillip G. Wright  
268 Tockwotten Cove Road  
Charlestown, RI  02813

James Ladd and Anne Ladd  
c/o Daniel Daley, Esquire  
MetroWest Legal Services  
63 Fountain Street, Suite 304  
Framingham, MA  01702

Otis L. Collier, Jr.  
3201 Milburn Street  
Houston, TX  77021-1128

Inmer E. Campos Carranza on Behalf of Himself and on Behalf of All Others Similarly Situated  
c/o Kristi Cahoon Kelley  
Kelley & Crandell  
3925 Chain Bridge Road, Suite 202  
Fairfax, VA  22030

Neville Evans and Maribeth Evans  
c/o James B. Blackburn, Jr.  
Wiseman, Blackburn & Futrell  
PO Box 8996  
Savannah, GA  31412

Peter Vidikan  
1631 Cicero Drive  
Los Angeles, CA  90026-1603

Ailette Cornelius  
26 Branford Street  
Hartford, CT  06112

Sonya Anthony Curry  
1213 Summerside Drive  
DeSoto, TX  75115

Robert and Erica Tannor  
11 Patriots Farm Place  
Armonk, NY  10504

Sonia Visajel aka Sonia Medina  
320 Lincoln Avenue  
Saugus, MA  01906

William C. Walker & Keiran J. Walker  
PO Box 2324  
Antioch, CA  94531

Vincent Passaretti
50 Pleasant Street
Waltham, MA  02452-6133

Michael Passaretti
131 Hatch Road
Vernon, CT  6066

Suzie C. Baker and Michael J. Baker
136 Anna Drive
Whitmore Lake, MI  48189

Estate of Felecia Victoria Mitchell
a/k/a Phyllis Victoria Mitchell
c/o Karen A. Mitchell-Smith, Temporary Administratrix
41 Rosedale Trace
Hampton, GA  30228-2782

Bank of America*
William J. Ridge Riverparkway
PO Box 1094
Santa Rosa Beach, FL  32459

Louise Elaine Van Hoveln Decker
c/o Denny Decker
3400 Stocker Drive
Evansville, IN  47720

Patrick and Connie Griffith
Patrick and Connie Griffith vss GMAC Mortgage LLC
1102 Shawnee Trail
Carrollton, TX  75007

Steven and Ruth Mitchell (Mitchell Settlement Class Claimants)
c/o Daniel J. Flanigan, Esq.
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY  10022

Alexander G. Smith, Chapter 7 Trustee for In re Demetriou - Case No. 03 14-bk-840-PMG (Bankr. MD. Fla., Jacksonville Division
Alexander G. Smith, Trustee
c/o Johnson Law Firm, P.A.
100 N. Laura Street, Suite 701
Jacksonville, FL  32202

Mary Perkins White
c/o Law Offices of Christopher E. Green
601 Union Street, Suite 4285
Seattle, WA  98101

Patrick & Aleashia Clarkston
612 E Alexander Street
Lafayette, LA  70801

Sheldon Williams
8922 S. Blackstone Avenue
Chicago, IL  60619

Carmela Barone and Gaetano Barone
350 Revere Beach Boulevard, #3-2L
Revere, MA  02151

Jae S. Park and Hollie H. Park
c/o Pak & Moring PLC
8930 E. Raintree Drive, Suite 100
Scottsdale, AZ  85260

Kevin Wells, Jr.
c/o Patrick D. Breeden
1012 N. Salcedo Street
New Orleans, LA  70119

Louis J. Ochoa
c/o Patrick D. Breeden
Breeden Law Firm, LLC
830 Union Street, Suite 300
New Orleans, LA  70112

Mary Beth Clawson and John Riddle*
c/o Rasco Law Firm
619 8th Avenue N.
Texas City, TX  77590

Mark McVey and Susan McVey
c/o Kenneth D. Quat, Esq.
678 Massachusetts Avenue, Suite 702
Cambridge, MA  02139

Melissa D. Lallo
6215 Virginia Avenue
Parma, OH  44129

MICHAEL P. ROMERO
New Mexico Legal Center PC
515 Gusdorf Road, Suite 8
Taos, NM  87571

Rosario Mae Ramos
12 Akamai Loop
Hilo, HI  96720

Ray & Lois Potter
c/o Zuzolo Law Offices
700 Youngstown-Warren Road
Niles, OH  44446

Willie J. Chamblin
c/o McCallum, Methvin & Terrell, P.C.
C/O Michael Yancey, Esq.
2201 Arlington Avenue South
Birmingham, AL  35205

Peake, David G. and Sandra J. Peake
9660 Hillcroft, Suite 430
Houston, TX  77096

Barbara Shortway
c/o Constantine Kalogianis, Esquire
Kalogianis Law Firm P.A.
8141 Bellarus Way, Suite 103
Trinity, FL  34655

Charles Brackney
7732 Northwest 12th Street
Oklahoma City, OK  73127

Jo Ann Alperin
197 Wall Street
Huntington, NY  11743

Diana L. Madden
1380 5th Street Circle NW
Hickory, NC  28601

IN RE John James Hall and Robin Michelle Hall
c/o Michael D. Bruckman PA
110 NE 11th Avenue
Ocala, FL  34470

Alan B. and Marsha R. Redmond
184 Strickland Road
Swansea, SC  29160

65283828.1

William R. White, Jr. and Eileen N. White
Attorney Andrew J. Katsock, III
15 Sunrise Drive
Wilkes-Barre, PA  18705

Richard Todd and Debra Todd
c/o Law Office of J. Patrick Sutton
1706 W 10th Street
Austin, TX  78703

Louis G. Nemeth
c/o David L. Kane, P.C.
5301 Village Creek Drive, Suite D
Plano, TX  75093

Hutchins, Ruth
1394 Ridgewood Pard Road
Memphis, TN  38116-7214

Bill A. Fuchs, Trustee to the Bill A. Fuchs Family Trust
24812 Hidden Hills Road, Apt. D
Laguna Niguel, CA  92677-8854

Frank Reed
817 Matlack Drive
Moorestown, NJ  08057

AIG Asset Management US LLC
Attn:  Russell Lipman
80 Pine Street
New York, NY  10038

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C. Dublin & Rachel Ehrlich Albanese
One Bryant Park
New York, NY  10036

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA  30305

Allstate Life Insurance Company
Attn:  Peter A. McElvain
3075 Sanders Road, Suite G5A
Northbrook, IL  60062

Leonidas L. Dillard
c/o HOLLER DENNIS CORBETT ORMOND PLANTE and GARNER
PO BOX 11006
COLUMBIA, SC  29211

Dennis Alan Neal and Jacqueline Dianne Neal
c/o Law Offices of Gregory M. Guth
474 Century Park Drive, Suite 400
Yuba City, CA  95991

Rhea Cahayag
3310 Harbor Moon Court
Vallejo, CA  94591

Nan N. Miller Estate*
c/o Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA  23803

ASHLEY HOOKER
c/o Deas and Deas LLC
353 N Green Street
PO Box 7282
Tupelo, MS  38802

Atilla Durmaz and Cicek Durmaz
c/o Chase Stocker
1 East Broward Boulevard
Suite 1400
Ft. Lauderdale, FL  33301

Akerman Senterfitt LLP
Andrea S. Hartley
One Southeast Third Avenue
25th Floor
Miami, FL  33131

Akin Gump Strauss Hauer & Feld LLP
Fred S. Hodara & Robert A. Johnson & Christopher W. Carty
One Bryant Park
New York, NY  10036-6745

ALDRIDGE PITE, LLP
Jenelle C. Arnold
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Ally Financial Inc
Jeffrey Brown Corporate Treasurer
440 S Church Street
# 1100
Charlotte, NC  28202

Nathan and Magdelyn Stutler
2137 Brevard Road
High Point, NC  27263-1703

Frank and Frances Encarnacion
c/o Vonda S. Mcleod, Attorney at Law
Post Office Box 3610
Montgomery, AL  36109

Michael Garrett Burger
241 AL Highway 144
Ohatchee, AL  36271

Manuel and Theresa Sifuentes
602 Kingfisher Creek Drive
Austin, TX  78748

Letha M. McAllister Debtor
7208 Clifford Drive
Columbia, SC  29223

James P. Kennedy
700 E. Sonora Road
Palm Springs, CA  92264

Akerman Senterfitt LLP
Susan F. Balaschak & Hadi Khatib
666 5th Street, 19th Floor
New York, NY  10103-0015

Aldine Independent School District
Courtney F. Harris, Pamela H. Walters
14910 Aldine Westfield Road
Houston, TX  77032

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY  10020

Alston & Bird LLP
John C. Weitnauer Esq
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

65283828.1

Alston & Bird LLP
Martin G. Bunin Esq. & William Hao Esq.
90 Park Avenue
New York, NY 10016

Alston & Bird LLP
William B. Macurda
Bank of America Plaza, Suite 4000
101 S Tryon Street
Charlotte, NC 28280-4000

Alvin Labostrie & Sandra Labostrie
855 W 125th Street
Los Angeles, CA 90044

Anaissa B. Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Assistant Attorney General
John Mark Stern Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Attorney General of the State of New York, Eric T. Schneiderman
Victoria L. Safran
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, NY 11501

Ballard Spahr LLP
Andrew J. Petrie & Sarah B. Wallace
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596

Ballard Spahr LLP
Sarah Schindler-Williams & Vincent J. Marriott III
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Bank of New York Mellon
Sarah Stout & Jennifer J. Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Avenue
New York, NY 10019

Barnes & Thornburg LLP
David M. Powlen
1000 North West Street, Suite 1500
Wilmington, DE 19801

Barry B. Eskanos JD MPA & Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140

Bernstein Litowitz Berger & Grossmann LLP
David R. Stickney & Jonathan D. Uslaner
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossmann LLP
Jai K. Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019

Blank Rome LLP
Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103

Blank Rome LLP
Stanley B. Tarr & Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801

BMMZ Holding LLC
c/o Ally Financial Inc, Attn. Courtney Lowman
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000

BRACEWELL & GIULIANI LLP
Ryan M. Philp
1251 Avenue of the Americas
49th Floor
New York, NY 10020-1104

BRACEWELL & GIULIANI LLP
Stan Chelney
1251 Avenue of the Americas
49th Floor
New York, NY 10020-1104

Brian Kessler, et al.
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105

Brown Rudnick LLP
Sigmund S. Wissner Gross
7 Times Square
New York, NY 10036

Bustos & Associates
Pablo Bustos
225 Broadway, 39th Floor
New York, NY 10007-3001

Butler Fitzgerald Fiveson & McCarthy
David K. Fiveson & Jennifer M. Hall
Nine East 45th Street, 9th Floor
New York, NY 10017

Cadwalader Wickersham & Taft LLP
Gregory M. Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Mark C. Ellenberg, Esq.
700 Sixth Street NW
Washington, DC 20001

Caley Dehkhoda & Quadri dba Wong Fleming
Dianna J. Caley
2340 130th Avenue NE, Suite D 150
Bellevue, WA 98005

Carter Ledyard & Milburn LLP
Aaron R. Cahn & Leonardo Trivigno
2 Wall Street
New York, NY 10005

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Floor
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A. O'Neal and Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C. DeMarco & Adam Lesman
31 West 52nd Street
New York, NY 10019

Cohen Milstein Sellers & Toll PLLC
Joel P. Laitman, Christopher Lometti,
   Michael B. Eisenkraft, Daniel B. Rehns
   & Kenneth M. Rehns
88 Pine Street, 14th Floor
New York, NY  10005

Cohn Birnbaum & Shea PC
Scott D. Rosen
100 Pearl Street, 12th Floor
Hartford, CT  06103

Cole Schotz Meisel Forman & Leonard PA
Michael D. Warner & Emily S. Chou
301 Commerce Street, Suite 1700
Fort Worth, TX  76102

Commonwealth of Pennsylvania,
   Department of Labor and Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

CONSUMER LITIGATION
   ASSOCIATES, P.C.
Susan M. Rotkis
763 J Clyde Morris Boulevard, Suite I-A
Newport News, VA  23601

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Avenue, Suite 1800
Oklahoma City, OK  73102

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher Esq.
101 Park Avenue
New York, NY  10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A. Cohen Esq.
101 Park Avenue
New York, NY  10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J. Reisman Esq.
101 Park Avenue
New York, NY  10178-0061

Dahiya Law Offices LLC
Karamvir Dahiya
75 Maiden Lane, Suite 506
New York, NY  10038

David P. Stich, Esq.
521 Fifth Avenue, 17th Floor
New York, NY  10175

Day Pitney LLP
Herbert K. Ryder
1 Jefferson Road
Parsippany, NJ  07054-2891

Day Pitney LLP
James J. Tancredi
242 Trumbull Street
Hartford, CT  06103

Day Pitney LLP
Joshua W. Cohen
1 Audubon Street
New Haven, CT  06510

Dechert LLP
Glenn E. Siegel, Hector Gonzalez, Brian E.
   Greer & Mauricio A. Espana
1095 Avenue of the Americas
New York, NY  10036-6797

Deutsche Bank
Rosa Mendez
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA  92705-4934

Deutsche Bank Trust Company Americas
Attn:  Brendan Meyer
Harborside Financial Center
100 Plaza One, MS: JCY03-0699
Jersey City, NJ  07311-3901

Diem T. Nguyen
PO Box 12139
Westminster, CA  92685

DUANE MORRIS LLP
Brett L. Messinger
30 South 17th Street
Philadelphia, PA  19103

Duncan K. Robertson
3520 SE Harold Court
Portland, OR  97202-4344

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Road
Mendocino, CA  94560

Fein Such & Crane LLP
Mark K. Broyles Esq.
28 East Main Street, Suite 1800
Rochester, NY  14614

Fein Such & Crane LLP
Tammy L. Terrell Benoza
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, NY  10977

Fein Such & Crane LLP
Tammy L. Terrell Benoza
7 Century Drive, Suite 201
Parsippany, NJ  07054

Felderstein Fitzgerald Willoughby &
   Pascuzzi LLP
Paul J. Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA  95814

FIDC
Dennis J. Early
Counsel - Legal Division
3501 Fairfax Drive, Room VS-D-7076
Arlington, VA  22226-3500

Financial Guaranty Insurance Company
Attn:  Martin Joyce
521 Fifth Avenue, 15th Floor
New York, NY  10175

Flores & Saucedo PLLC
Christina Flores
5517 McPherson, Suite 14
Laredo, TX  78041

Foley & Mansfield PLLP
Thomas J. Lallier
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401

Freddie Mac
Kenton W. Hambrick Associate
   General Counsel
M/S202
8200 Jones Branch Drive
McLean, VA  22102

65283828.1

Freeborn & Peters LLP
Devon J. Eggert Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL  60606-6677

Fried Frank Harris Shriver & Jacobson
William G. McGuinness & Gary L. Kaplan
1 New York Plaza
New York, NY  10004

Gibbs & Bruns LLP
Kathy D. Patrick Esq. & Scott A. Humphries Esq.
1100 Louisiana, Suite 5300
Houston, TX  77002

Ginnie Mae
Ted Tozer
550 12 Street SW
3rd Floor
Washington, DC  20024

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Avenue, No. 16
Fort Lee, NJ  07024

HINSHAW & CULBERTSON, LLP
Benjamin Noren
800 Third Avenue
13th Floor
New York, NY  10022

IBM Corporation
Attn:  Shawn Konig
1360 Rene Levesque W, Suite 400
Montreal, QC  H3G 2W6

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA  19104

John Ciampoli, County Attorney of Nassau County
Patrick R. Gallagher
1 West Street
Mineola, NY  11501

Julie Eriksen
2647 Kendridge Lane
Aurora, IL  60502

Freeborn & Peters LLP
Thomas R. Fawkes Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL  60606-6677

Gibbons PC
Attn:  Karen A. Giannelli Esq.
One Gateway Center, 9th Floor
Newark, NJ  07102-5310

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Suite 5300
Houston, TX  77002

Godfrey & Kahn SC
Katherine Stadler
1 E Main Street, Suite 500
PO Box 2719
Madison, WI  53701-2719

Hinshaw & Culbertson
Ali Ryan Amin & Benjamin Noren
800 3rd Avenue, 13th Floor
New York, NY  10022-7688

HP Enterprise Services LLC
Ayala Hassell Esq.
5400 Legacy Drive
Plano, TX  75024

Imperial County Tax Collector
940 W Main Street, Suite 106
El Centro, CA  92243

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Jones Day
Carl E. Black
901 Lakeside Avenue
Cleveland, OH  44114

Kasowitz, Benson, Torres LLP
Andrew K. Glenn, Matthew B. Stein, Daniel A. Fliman & Nii Amar Amamoo
1633 Broadway
New York, NY  10019

Frenkel Lamber Weiss Weisman & Gordon LLP
Karen Sheehan
53 Gibson Street
Bay Shore, NY  11706

Gibbons PC
Jeffrey S. Berkowitz & Christopher A. Albanese
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701

Gibson Dunn Crutcher
David M. Feldman & Joshua Weisser
200 Park Avenue
New York, NY  10166-0193

Grant & Eisenhofer PA
Geoffrey C. Jarvis. Matthew P. Morris & Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY  10017

HINSHAW & CULBERTSON LLP
Schuyler B. Kraus
800 Third Avenue, 13th Floor
New York, NY  10022

Hunton & Williams LLP
Richard P. Norton & Robert A. Rich
200 Park Avenue, 53rd Floor
New York, NY  10166

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

Iron Mountain Information Management Inc.
Joseph Corrigan
745 Atlantic Avenue
Boston, MA  02111

Jones Day
Corinne Ball, Richard L. Wynne & Lance E. Miller
222 East 41st Street
New York, NY  10017

KATHLEEN G. CULLY PLLC
Kathleen G. Cully
180 Cabrini Boulevard, No. 128
New York, NY  10033-1167

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Avenue
New York, NY  10178

Kessler Topaz Meltzer & Check LLP
Edward W. Ciolko Donna Siegel Moffa
280 King of Prussia Road
Radnor, PA  19087

Kilpatrick & Associates PC
Richardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills, MI  48326

King & Spalding LLP
W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson
1180 Peachtree Street N.E.
Atlanta, GA  30309

KIRBY McINERNEY LLP
Mark A. Strauss & J. Brandon Walker
825 Third Avenue, 16th Floor
New York, NY  10022

Kirkland & Ellis
Judson Brown
655 Fifteenth Street NW
Washington, DC  20005-5793

Kirkland & Ellis
Richard M. Cieri
601 Lexington Avenue
New York, NY  10022

Kirkland & Ellis LLP
Justin Bernbrock
300 N LaSalle
Chicago, IL  60654

Kirkland & Ellis LLP
Stephen E. Hessler
601 Lexington Avenue
New York, NY  10022-4611

Klestadt & Winters LLP
Attn:  Tracy L. Klestadt & Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, NY  10018

Kozeny, McCubbin & Katz, LLP
Jordan S. Katz
40 Marcus Drive, Suite 200
Melville, NY  11747

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer & Douglas H. Mannal & Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY  10036

Kriss & Feuerstein LLP
Jason S. Leibowitz
360 Lexington Avenue, Suite 1200
New York, NY  10017

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Avenue
El Segundo, CA  90245

Laird J. Heal, Esq
Laird J. Heal
36 Central Square, Suite 4
Boston, MA  02128-1911

Lapp Libra Thomson Stoebner & Pusch
David A. Libra Esq.
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402

Law Debenture Trust Company of New York
James D. Heaney Managing Director
400 Madison Avenue
New York, NY  10017

Law Offices of Christopher Green
Christopher E. Green
Two Union Square, Suite 4285
601 Union Street
Seattle, WA  98101

Leopold & Associates PLLC
Saul Leopold & Phillip Mahony & Michael Rozea
80 Business Park Drive, Suite 110
Armonk, NY  10504

Leslie Jamison
66 Howard Avenue
Ansonia, CT  06401-2210

Linebarger Goggan Blair & Sampson LLP
Diana W. Sanders
Po Box 17428
Austin, TX  78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Linebarger Goggan Blair & Sampson LLP
John P. Dillman Esq.
PO Box 3064
Houston, TX  77253-3064

Locke Lord LLP
Casey B. Howard
3 World Financial Center
New York, NY  10281-2101

Loeb & Loeb LLP
Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff
345 Park Avenue
New York, NY  10154

Lowenstein Sandler PC
Andrew Behlmann
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Avenue
Roseland, NJ  07068

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
65 Livingston Avenue
Roseland, NJ  07068

Magnozzi & Kye LLP
Amish R. Doshi Esq.
23 Green Street, Suite 302
Huntington, NY  11743

65283828.1

| | | |
|---|---|---|
| Manatee County Tax Collector<br>Susan D. Profant & Ken Burton, Jr.<br>4333 US 301 North<br>Ellenton, FL 34222 | Marino Tortorella & Boyle PC<br>Kevin H. Marino & John A. Boyle<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488 | MBIA Insurance Corporation<br>Attn: Mitchell Sonkin<br>113 King Street<br>Armonk, NY 10504 |
| McCabe Weisberg & Conway<br>James J. Rufo & Irene Costello<br>145 Huguenot Street, Suite 210<br>New Rochelle, NY 10801 | McCabe Weisberg & Conway<br>Melissa S. DiCerbo<br>145 Huguenot Street, Suite 210<br>New Rochelle, NY 10801 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 |
| McKool Smith<br>Attn: Paul D. Moak<br>600 Travis Street, Suite 7000<br>Houston, TX 77002 | McKool Smith PC<br>Michael R. Carney<br>One Bryant Park, 47th Floor<br>New York, NY 10036 | McKool Smith PC<br>Paul D. Moak<br>600 Travis Street, Suite 7000<br>Houston, TX 77002 |
| Menter Rudin & Trivelpiece PC<br>Kevin M. Newman<br>308 Maltibe Street, Suite 200<br>Syracuse, NY 13204-1439 | Missouri Department of Revenue<br>Attn: Steven A. Ginther Esq.<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Morgan Lewis & Bockius LLP<br>James L. Garrity, Jr.<br>101 Park Avenue<br>New York, NY 10178-0600 |
| Morgan Lewis & Bockius LLP<br>Michael S. Kraut<br>101 Park Avenue<br>New York, NY 10178-0600 | Morgan Lewis & Bockius LLP<br>Patrick D. Fleming<br>101 Park Avenue<br>New York, NY 10178-0600 | Morgan, Lewis & Bockius LLP<br>Susan F. DiCicco<br>101 Park Avenue<br>New York, NY 10178 |
| Morganroth & Morganroth PLLC<br>Mayer Morganroth & Jeffrey B. Morganroth<br>344 N Old Woodward Avenue, Suite 200<br>Birmingham, MI 48009 | Moritt Hock & Hamroff LLP<br>Leslie Ann Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530 | Morrison & Foerster LLP<br>Larren M. Nashelsky, Gary S. Lee & Lorenzo Marinuzzi & Kayvan B. Sadeghi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Morrison Cohen LLP<br>Joseph T. Moldovan Esq.<br>909 Third Avenue<br>New York, NY 10022 | Munger Tolles & Olson LLP<br>Seth Goldman<br>355 S Grand Avenue<br>Los Angeles, CA 90071 | Munger Tolles & Olson LLP<br>Thomas B. Walper<br>355 S Grand Avenue<br>Los Angeles, CA 90071 |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Angela L. Baglanzis & Edmond M. George<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 | Office of Attorney General<br>Carol E. Momjian<br>Senior Deputy Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Office of Shabbir A. Khan<br>Phonxay Keokham<br>44 N San Joaquin Street, Suite 150<br>PO Box 2169<br>Stockton, CA 95201 |
| Office of the NY State Attorney General<br>Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the Southern District of NY<br>United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, NY 10007 | Patterson Belknap Webb & Tyler LLP<br>David W. Dykhouse & Brian P. Guiney & Michelle W. Cohen<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| Paul N. Papas, II<br>Mylegalhelpusa.com<br>4727 E Bell Road, Suite 45-350<br>Phoenix, AZ 85032 | Perdue Brandon Fielder Collins & Mott LLP<br>c/o Elizabeth Banda Calvo<br>PO Box 13430<br>Arlington, TX 76094-0430 | Peter T. Roach and Associates, P.C.<br>Michael C. Manniello<br>125 Michael Drive, Suite 105<br>Syosset, NY 11791 |

Pillsbury Winthrop Shaw Pittman LLP
Brandon Johnson
PO Box 2824
San Francisco, CA  94126

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, CA  95603

Proskauer Rose LLP
Irena M. Goldstein
Eleven Times Square
New York, NY  10036

Proskauer Rose LLP
Scott K. Rutsky & Jared D. Zajac
Eleven Times Square
New York, NY  10036

QUARLES & BRADY LLP
John Maston O'Neal & Lori L. Winkelman & Walter J. Ashbrook
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Quinn Emanuel Urquhart & Sullivan LLP
Daniel L. Brockett & David D. Burnett
51 Madison Avenue, 22nd Floor
New York, NY  10010

Quinn Emanuel Urquhart & Sullivan LLP
Eric D. Winston & Jeremy D. Anderson
865 S Figueroa Street, 10th Floor
Los Angeles, CA  90017

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani & Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, NY  10010

RAS BORISKIN, LLC
Daniel Sullivan
900 Merchants Concourse
Westbury, NY  11590

Reilly Pozner LLP
Michael A. Rollin
1900 16th Street, Suite 1700
Denver, CO  80202

ResCap Liquidating Trust
Attn:  Tammy Hamzehpour
1100 Virginia Drive
Washington, DC  19034

Robbins Gellar Rudman & Dowd LLP
Christopher M. Wood
One Montgomery Steet, Suite 1800
Post Montgomery Center
San Francisco, CA  94104

Robbins Gellar Rudman & Dowd LLP
Steven W. Pepich
655 West Broadway, Suite 1900
San Diego, CA  92101

Robert E. Brown PC
44 Wall Street, 12th Floor
New York, NY  10005

Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department, Elizabeth L. Doyaga
6409 Congress Avenue, Suite 100
Boca Raton, FL  33487

Romero Law Firm
Martha E. Romero
BMR Professional Building
6516 Bright Avenue
Whittier, CA  90601

Ron Ericksen
2647 Kendridge Lane
Aurora, IL  60502

Ropes & Gray LLP
D. Ross Martin Esq. & Keith H. Wofford Esq.
1211 Avenue of the Americas
New York, NY  10036-8704

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
800 Boylston Street
Boston, MA  02199

ROSALES DEL ROSARIO, P.C.
John B. Rosario
39-01 Main Street, Suite 302
Flushing, NY  11354

Rosicki Rosicki & Associates PC
Andrew Goldberg
51 E Bethpage Road
Plainview, NY  11803

Rowen L. Drenne as Representative for the Plaintiffs Brian Kessler et al.
3725 N Indiana
Kansas City, MO  64117

Rubin LLC
Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY  10001

Samuel I. White PC
D. Carol Sasser Esq.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA  23462

Samuel I. White PC
Donna J. Hall Esq.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA  23462

SAUL EWING
Adam H. Isenberg & Gregory G. Schwab & Andrea P. Brockway
Centre Market West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Scarinci & Hollenbeck LLC
Joel R. Glucksman Esq.
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ  07071-0790

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway, 19th Floor
New York, NY  10004

Schnader Harrison Segal & Lewis LLP
Barry Bressler & Richard A. Barkasy
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Schnader Harrison Segal & Lewis LLP
Eric A. Boden
140 Broadway, Suite 3100
New York, NY  10005-1101

65283828.1

SCHNEIDER MITOLA LLP
Dan Blumenthal
666 Old Country Road, Suite 412
Garden City, NY  11530

Schulte Roth & Zabel LLP
Adam C. Harris
919 Third Avenue
New York, NY  10022

Schulte Roth & Zabel LLP
Howard O. Godnick
919 Third Avenue
New York, NY  10022

Schulte Roth & Zabel LLP
Marguerite Gardiner
919 Third Avenue
New York, NY  10022

Schulte Roth & Zabel LLP
Michael G. Cutini
919 Third Avenue
New York, NY  10022

Secretary of State
123 William Street
New York, NY  10038-3804

Secretary of State, Division of
    Corporations
99 Washington Avenue, Suite 600
One Commerce Plaza
Albany, NY  12231-0001

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC  20549

Securities & Exchange Commission
    NY Regional Office
George S. Canellos Regional Director
3 World Financial Center, Suite 400
New York, NY  10281-1022

Seward & Kissell LLP
Greg S. Bateman & Dale C. Christensen,
    Jr. & Sagar Patel & Thomas Ross
    Hopper
One Battery Park Plaza
New York, NY  10004

Seward & Kissell LLP
Ronald L. Cohen, Kalyan Das, Mark D.
    Kotwick, Arlene R. Alves & Laurie R.
    Binder
One Battery Park Plaza
New York, NY  10004

Shapiro Blasi Wasserman & Gora PA
Thomas A. Conrad Esq.
7000 Glades Road, Suite 400
Boca Raton, FL  33434

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Road, Suite N109
Melville, NY  11747

Shearman & Sterling LLP
Fredric Sosnick & Susan A. Fennessey
599 Lexington Avenue
New York, NY  10022

Sheldon May & Associates PC
Ted Eric May
255 Merrick Road
Rockville Centre, NY  11570

Sherman Silverstein Kohl Rose &
    Podolsky PA
Bruce S. Luckman
308 Harper Drive, Suite 200
Moorestown, NJ  08057-0000

Stahl Cowen Crowley Addis LLC
Patrick M. Jones
55 W. Monroe, Suite 1200
Chicago, IL  60603

Stein Wiener & Roth LLP
Attn:  Pranali Datta
1 Old Country Road, Suite 113
Carle Place, NY  11514

Stinson Morrison Hecker LLP
Andrew W. Muller
1201 Walnut, Suite 2900
Kansas City, MO  64106

Sullivan Hazeltine Allinson LLC
William A. Hazeltine Esq.
901 N Market Street, Suite 1300
Wilmington, DE  19801

Susan M. Gray
Ohio Savings Bank Building, Suite
    210
22255 Center Ridge Road
Rocky River, OH  44116

Sweeney Gallo Reich & Bolz
Melanie A. Sweeney
95 25 Queens Boulevard, 11th Floor
Rego Park, NY  11374

Talcott Franklin P.C.
Attn:  Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX  75202

Talcott Franklin P.C.
Derek S. Witte
208 N. Market Street, Suite 200
Dallas, TX  75202

TCF National Bank
Janella J. Miller, Senior Vice President
    & Senior Counsel
200 Lake Street
Wayzata, MN  55391

Teitelbaum & Baskin LLP
Jay Teitelbaum Esq.
1 Barker Avenue, Third Floor
White Plains, NY  10601

Tennessee Department of Revenue
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay Street, 4W
New York, NY  10286

The Bank of New York Mellon
Attn:  Robert H. Major, Vice President
6525 West Campus Oval
New Albany, OH  43054

The Canada Trust Company
Susan Khokher
79 Wellington Street, West, 8th Floor
PO Box 1, Toronto-Dominion Centre
Toronto, ON  M5K 1A2

65283828.1

The Law Office of Rachel Blumenfeld
26 Court Street, Suite 2220
Brooklyn, NY  11242

The Law Office of Thomas M. Mullaney
Attn:  Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY  10017

The Meyers Law Firm
Glenn R. Meyers
1123 Broadway, Suite 301
New York, NY  10010

Thomas J. Sinnickson
176 Main Street
Center Moriches, NY  11934

Tom Franklin
5633 Oak Grove Road
Fort Worth, TX  76134

Travis County Attorney
Kay D. Brock, Assistant Travis County
   Attorney
PO Box 1748
Austin, TX  78767

U.S. Bank National Association
Attn:  Mamta K. Scott & David A.
   Jason
190 S. LaSalle Street
Chicago, IL  60603

U.S. Bank National Association
Michelle Moeller
60 Livingston Avenue
St. Paul, MN  55107

U.S. Bank National Association
Tanver Ashraf, Corporate Trust Services
West Side Flats, EP-Mn-WS3D
60 Livingston Avenue
St. Paul, MN  55107

U.S. Department of Justice
Attn:  Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC  20005

U.S. Department of Justice
US Attorney General, Loretta Lynch
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

UMB Bank NA
Mark B. Flannagan
1010 Grand Boulevard, 4th Floor
Kansas City, MO  64106

United States Attorney's Office for the Southern
   District of New York Civil Division
Attn:  Joseph Cordaro & Cristine Irvin Phillips
86 Chambers Street, 3rd Floor
New York, NY  10007

US Bank Global Corporate Trust
   Services
James H. Byrnes
1 Federal Street, 3rd Floor
Boston, MA  02110

US Bank NA Corporate Trust Services
   Division
Laura L. Moran
1 Federal Street, 3rd Floor
Boston, MA  02110

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and
   Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY  10014

Walter Investment Management Corp
Stuart Boyd
3000 Bayport Drive
Suite 1100
Tampa, FL  33607

Walters Bender Stohbehn & Vaughan PC
J. Michael Vaughan & David M. Skeens
2500 City Center Square
1100 Main Street
Kansas City, MO  64105

WEIL, GOTSHAL & MANGES LLP
RAY SCHROCK
767 Fifth Avenue
New York, NY  10153

Wells Fargo Bank NA
Attn:  Corporate Trust Services - GMACM
   Home Equity Notes 2004 Variable
   Funding Trust
PO Box 98
Columbia, MD  21046

Wells Fargo Bank, N.A.
Kelly Rentz
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD  21045

Wells Fargo Law Department
Kristi Garcia Esq., Senior Counsel
MAC T7405-010
4101 Wiseman Boulevard
San Antonio, TX  78251

Wendy Alison Nora
210 Second Street NE
Minneapolis, MN  55413

Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, MN  55415

White & Case LLP
J. Christopher Shore & Ian J.
   Silverbrand
1155 Avenue of the Americas
New York, NY  10036-2787

Williams & Connolly LLP
David Blatt, R. Hackney Wiegmann,
   Matthew V. Johnson & N. Mahmood
   Ahmad
725 12th Street N.W.
Washington, DC  20005

Willkie Farr & Gallagher LLP
Marc Abrams & Richard Choi &
   Jennifer J. Hardy
787 Seventh Avenue
New York, NY  10019

Wilmington Trust
Roseline Maney
1100 N. Market Street
Wilmington, DE  19801

Wilmington Trust NA
Julie J. Becker, Vice President
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402-1544

Wilson Elser Moskowitz Edelman &
   Dicker LLP
Attn:  David L. Tillem
3 Gannett Drive
White Plains, NY  10604-3407

65283828.1

| | | |
|---|---|---|
| Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY  10166 | Winston & Strawn LLP<br>David Neier & Carey D. Schreiber<br>200 Park Avenue<br>New York, NY  10166-4193 | Wollmuth Maher & Deutsch LLP<br>Attn: James N. Lawlor<br>One Gateway Center, 9th Floor<br>Newark, NJ  07102 |
| Wollmuth Maher & Deutsch LLP<br>Attn: Paul R. DeFilippo & Steven S. Fitzgerald<br>500 Fifth Avenue, 12th Floor<br>New York, NY  10110 | Zuckerman Spaeder LLP<br>Graeme W. Bush & Nelson C. Cohen & Laura E. Neish<br>1185 Avenue of the Americas, 31st Floor<br>New York, NY  10036 | Zuckerman Spaeder LLP<br>Graeme W. Bush & Nelson C. Cohen & Laura E. Neish<br>1800 M Street, N.W., Suite 1000<br>Washington, DC  20036 |

65283828.1