KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
)
In re:                                     )     Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC, et al.,          )     Chapter 11
                                           )
                        Debtors.           )     Jointly Administered
                                           )
---------------------------------------------------------

**NOTICE OF CANCELLATION OF
HEARING ON MATTERS SCHEDULED TO BE HEARD ON
DECEMBER 4, 2018 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing scheduled for December 4, 2018 at 2:00 p.m. (Prevailing Eastern Time) has been cancelled as there are no matters going forward, as reflected below.

**PLEASE TAKE FURTHER NOTICE** that no objections or responses were filed with respect to the *Motion for (i) an Order Extending the Term of the ResCap Liquidating Trust and (ii) a Final Decree Closing Certain Jointly Administered Chapter 11 Cases* [Docket No. 10590]. The ResCap Liquidating Trust has filed a Certificate of No Objection [Docket No. 10598] and will submit a proposed order and final decree for entry by the Court without the need for a hearing.

**PLEASE TAKE FURTHER NOTICE** that with respect to the *Third Omnibus Motion of the ResCap Liquidating Trust to Enforce Injunctive Provisions of Plan and Confirmation*

*Order* [Docket No. 10574] (the "**Enforcement Motion**"), this matter has been (i) withdrawn with respect to (a) Patricia K. Herman (b) Joseph Fabian and David Murray, and (c) Janice Ganoe, and (ii) adjourned with respect to Saddy and Rosalina Bulla to a mutually acceptable date to be determined.  A revised proposed order with respect to all other parties listed on Exhibit 5 to the Enforcement Motion will be submitted for entry by the Court without the need for a hearing.

Dated: November 29, 2018
       New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*