UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

Residential Capital, LLC  AKA Residential Capital Corporation

                      Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 12-12020
(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Seterus, Inc. in the within proceeding with regard to its interest in the property known as 266 Collabar Road, Montgomery, NY 12549.

     Please send copies of all Notices and all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:   December 4, 2018
                Williamsville, New York

                                            Yours,
                                            GROSS POLOWY, LLC
                                            Attorneys for Seterus, Inc.

                                            Courtney R Williams, Esq.
                                            Gross Polowy, LLC
                                            1775 Wehrle Drive, Suite 100
                                            Williamsville, NY 14221
                                            Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   Stefan W. Engelhardt, Esq.  Attorney for Debtor