**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER EXTENDING THE TERM OF THE**
**RESCAP BORROWER CLAIMS TRUST**

This matter coming before the Court on the motion (the "**Motion**")[1] filed by the ResCap Borrower Claims Trust, which is successor in interest to the debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, for entry of an order pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (the "**Chapter 11 Plan**"), extending the term of the Borrower Claims Trust for a period of two years from the fifth (5TH) anniversary of the Effective Date; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 11 U.S.C. § 105 and 28 U.S.C. § 1334 and the Amended Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(B); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

2

set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. The duration of the Borrower Trust is extended up to and through and including December 17, 2020, without prejudice to the Borrower Trust's ability to (i) seek further extensions or (ii) terminate the Trust in accordance with the Plan and the Borrower Claims Trust Agreement.

3. The Court shall retain jurisdiction relating to the interpretation and implementation of this Order.

Dated: **December 10, 2018**
New York, New York

                                                  /s/Martin Glenn
                                          THE HONORABLE MARTIN GLENN
                                          UNITED STATES BANKRUPTCY JUDGE