## The Law Office of Kurt F. Stuckel, P.C.
240 Harris St., Revere, MA 02151
Tele: 978-433-5241  Fax: 866-863-1066  Email: kurt@kurtstuckel.com
*Admitted in Massachusetts (active) and New York (not active/retired status)*

15 January 2019

CC: COURT

**<u>VIA CERTIFIED MAIL</u>**
<u>RETURN RECEIPT #7017 0660 0000 0347 9709</u>
Lorenzo Marinuzzi, Esq.
Counsel for GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

RECEIVED JAN 18 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

RE: Bankruptcy case debtor GMAC Mortgage LLC - SDNY – Cases No. 12-12032 and 12-12020 (MG) and related therein

    Confirmatory corrective discharge of mortgage required from GMAC Mortgage Corporation or consent to lift of the stay to allow Massachusetts Land Court Quiet Title action to cure title

        Locus in question: 503 Grove Street, Norwell, MA 02061
        Our file reference: Durkin

Attorney Marinuzzi,

This office represents Ms. Suellen Durkin, the homeowner of 503 Grove Street, Norwell, MA 02061 as her counsel in the Commonwealth of Massachusetts.

Ms. Durkin's title to her home is clouded by a failure on the part of GMAC Mortgage Corporation to issue a legally valid discharge of a prior owner mortgage. Said prior owner mortgage, dated March 15, 2002, was paid off in full and in good faith to GMAC Mortgage Corporation. In 2010, GMAC filed with the county an improper discharge of mortgage from grantor MERS, Inc. This cloud on her title cannot be resolved until a confirmatory discharge is executed by GMAC Mortgage Corporation or a Massachusetts Land Court judgment in equity is obtained that removes said mortgage from her title. A complete description of this title issue is set forth in the "title report" attached to this correspondence.

Our office has been retained by Ms. Durkin to either acquire this needed confirmatory/corrective discharge from GMAC Mortgage Corporation or file suit, in equity only, against GMAC Mortgage LLC s/b/m/t GMAC Mortgage Corporation in the Land Court for Massachusetts to remove this mortgage from her title.

COPY COPY

## The Law Office of Kurt F. Stuckel, P.C.
240 Harris St., Revere, MA 02151
Tele: 978-433-5241  Fax: 866-863-1066  Email: kurt@kurtstuckel.com
*Admitted in Massachusetts (active) and New York (not active/retired status)*

15 January 2019

CC: COURT

**VIA CERTIFIED MAIL**
**RETURN RECEIPT #7017 0660 0000 0347 9709**
Lorenzo Marinuzzi, Esq.
Counsel for GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

RECEIVED JAN 18 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

RE: Bankruptcy case debtor GMAC Mortgage LLC - SDNY – Cases No. 12-12032 and 12-12020 (MG) and related therein

    Confirmatory corrective discharge of mortgage required from
    GMAC Mortgage Corporation or consent to lift of the stay to allow
    Massachusetts Land Court Quiet Title action to cure title

        Locus in question: 503 Grove Street, Norwell, MA 02061
        Our file reference: Durkin

Attorney Marinuzzi,

This office represents Ms. Suellen Durkin, the homeowner of 503 Grove Street, Norwell, MA 02061 as her counsel in the Commonwealth of Massachusetts.

Ms. Durkin's title to her home is clouded by a failure on the part of GMAC Mortgage Corporation to issue a legally valid discharge of a prior owner mortgage. Said prior owner mortgage, dated March 15, 2002, was paid off in full and in good faith to GMAC Mortgage Corporation. In 2010, GMAC filed with the county an improper discharge of mortgage from grantor MERS, Inc. This cloud on her title cannot be resolved until a confirmatory discharge is executed by GMAC Mortgage Corporation or a Massachusetts Land Court judgment in equity is obtained that removes said mortgage from her title. A complete description of this title issue is set forth in the "title report" attached to this correspondence.

Our office has been retained by Ms. Durkin to either acquire this needed confirmatory/corrective discharge from GMAC Mortgage Corporation or file suit, in equity only, against GMAC Mortgage LLC s/b/m/t GMAC Mortgage Corporation in the Land Court for Massachusetts to remove this mortgage from her title.

Simply, our office requests that your office either have this attached prepared discharge of mortgage executed and returned to our office, or, respond to our office promptly * with arrangements to file a voluntary lift of the Bankruptcy Court stay with the Trustee and the Bankruptcy court, so that we may complete an uncontested quiet title, in equity only, in the Land Court for Massachusetts.

> * Additionally, we do see on PACER that on December 6, 2018, Honorable Martin Glenn has issued and filed on the docket a FINAL ORDER closing this case. Respectfully, if you believe that the case is closed and the Bankruptcy court automatic stay no longer applies to GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation, thereby allowing our client to bring suit in equity in the Massachusetts Land Court, please simply reply to this effect/consent – your reply would go a long way toward helping our client and we'd be grateful to your office for this professional courtesy. An S.A.S.E. with suggested reply is enclosed for such a response.

I trust that you will find working with our office easy, quick, competent and efficient. I look forward to hearing from your office so that we may quickly and efficiently resolve this matter.

Thank you and Sincerely,

Kurt F. Stuckel, Esq.

Encl.

Cc:
*By U.S. first class mail*

TRUSTEE FOR THE OFFICE OF THE SOUTHERN DISTRICT OF NEW YORK
Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick St, Suite 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
US Bankruptcy Court
Southern District of New York
Attn: Cases No. 12-12032 and 12-12020 (MG)
One Bowling Green
New York, NY 10004

# CONFIRMATORY / CORRECTIVE DISCHARGE OF MORTGAGE

*This confirmatory / corrective discharge of mortgage is hereby executed and recorded to confirm the discharge of mortgage already recorded in this county at book 39347 page 332 and correct the grantor of said discharge of mortgage*

**GMAC MORTGAGE LLC F/K/A GMAC MORTGAGE CORPORATION** holder of a Mortgage from JOHN J. HARRINGTON AND ARLENE M. HARRINGTON to RELIANT MORTGAGE COMPANY LLC dated MARCH 15, 2002, in the amount of $20,000; recorded with the PLYMOUTH County Registry of Deeds at **BOOK 21746 PAGE 151**, recorded on MARCH 20, 2002, said mortgage having been assigned of record to GMAC MORTGAGE CORPORATION by assignment recorded at book 21746 page 157, DOES HEREBY CERTIFY that the Mortgage herein is paid in full and does hereby consent that the same be discharged of record and acknowledges satisfaction of the same.

**PROPERTY ADDRESS:**
**503 Grove Street, Norwell, Massachusetts 02061**

In Witness whereof, **GMAC MORTGAGE LLC F/K/A GMAC MORTGAGE CORPORATION** has caused these presents to be signed in its name and behalf
by _____ its _____ as an instrument under seal
this date _____ .

**GMAC MORTGAGE LLC F/K/A GMAC MORTGAGE CORPORATION**

                                                                **Witness**

*(signature)*                                                   *(signature)*
by_____                                         Witness by_____
*(print name)*                                                  *(print name)*
its _____
*(print title)*

STATE/COMMONWEALTH OF _____
COUNTY OF _____

On this date _____, before me, the undersigned Notary Public, personally appeared _____, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such instrument is full actual deed and free act and deed of the person(s) whose name(s) is/are subscribed and executed above and within.

_____
Notary Public
My commission expires_____                      *(notary seal)*

*Date:* _____

RE:  Bankruptcy case debtor GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation
     SDNY – Cases No. 12-12032 and 12-12020 (MG)

To Whom It May Concern:

The above refenced actions have been closed by final order of the bankruptcy court and the automatic stay no longer applies to the debtor and cases therein.

Sincerely,


Lorenzo Marinuzzi, Esq.
Counsel for GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

SUGGESTED
Reply

B 1 (Official Form) 12-12032-mg    Doc 1    Filed 05/14/12    Entered 05/14/12 08:10:40    Main Document
Pg 1 of 25

**United States Bankruptcy Court**
**Southern District of New York**

| Name of Debtor (if individual, enter Last, First, Middle):<br>GMAC Mortgage, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**GMAC Mortgage Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 23-1694840 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1100 Virginia Drive<br>Fort Washington, PA<br>ZIP CODE 19034 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Montgomery | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

ny-1012325

**Quirk Associates LLC**
4 Dorothy Lane
Dedham, MA 02026
781-326-1202 * Fax: 781-326-0916
Email Address: QuirkAssociates@Gmail.com

*Title Report*

**Estate:** 503 Grove Street, Norwell
**Owner:** John J. Harrington, Jr. and Arlene Marie Harrington
**Current Deed:** Book 11672     Page  148     Sheet  16     Plan: Sheet 3

*Encumbrances*

Mortgages: None                                                                                          Sheet

Discharged mortgage for your review:
 1. Reliant Mortgage Company, LLC                              21746-151       21
    Assigned to GMAC Mortgage Corporation                       21746-157       22
    Discharged by MERS                                          39347-332       23

*[handwritten: Corrective / confirmatory Discharge from GMACMC Required Pursuant to MGL ch. 183 sec. 55]*

Attachments/Executions: None

Tax Liens: None

Bankruptcy-Registry Records Unreliable: -

Restrictions/Conditions & Easements:
 1. As shown on plan                                                                                  3
 2. As stated in Deed                                           8854-228        9

Remarks: None

Exam Begins: 5-4-1953        Exam Ends: 10-30-2018

03/15/2002 11:26 FAX 17812244204          RELIANT MORTGAGE          45216          ☒011

Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
20 MAR 2002  11:35AM
JOHN R. BUCKLEY, JR.
REGISTER
Bk 21746 Pg 151-156

WHEN RECORDED MAIL TO:

RELIANT MORTGAGE COMPANY, LLC
107 AUDUBON ROAD SUITE 22
WAKEFIELD, MASSACHUSETTS 01880
Loan Number 4196994

——————— Commonwealth of Massachusetts ——————— Space Above This Line For Recording Data ———————

## OPEN-END MORTGAGE
(With Future Advance Clause)

1. **DATE AND PARTIES.** The date of this Mortgage (Security Instrument) is MARCH 15, 2002 and the parties, their addresses and tax identification numbers, if required, are as follows:

   MORTGAGOR: JOHN J HARRINGTON AND ARLENE M HARRINGTON, HUSBAND AND WIFE AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

   ☐ If checked, refer to the attached Addendum incorporated herein, for additional Mortgagors, their signatures and acknowledgments.

   LENDER: RELIANT MORTGAGE COMPANY, LLC, A MASSACHUSETTS LIMITED PARTNERSHIP
   107 AUDUBON ROAD SUITE 22, WAKEFIELD, MASSACHUSETTS, 01880

2. **CONVEYANCE.** For good and valuable consideration, the receipt and sufficiency of which is acknowledged, upon the statutory condition, and to secure the Secured Debt (defined below) and Mortgagor's performance under this Security Instrument, Mortgagor grants, bargains, conveys, sells, and mortgages to Lender, with power of sale and mortgage covenants, the following described property:
   SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".

   The property is located in     PLYMOUTH                    at
                                   (County)

   503 GROVE ST                  NORWELL           , Massachusetts   02061
   (Address)                      (City)                              (ZIP Code)

   Together with all rights, easements, appurtenances, royalties, mineral rights, oil and gas rights, all water and riparian rights, ditches, and water stock and all existing and future improvements, structures, fixtures, and replacements that may now, or at any time in the future, be part of the real estate described above (all referred to as "Property").

3. **MAXIMUM OBLIGATION LIMIT.** The total principal amount secured by this Security Instrument at any one time shall not exceed $ 20,000.00                . This limitation of amount does not include interest and other fees and charges validly made pursuant to this Security Instrument. Also, this limitation does not apply to advances made under the terms of this Security Instrument to protect Lender's security and to perform any of the covenants contained in this Security Instrument.

MASSACHUSETTS - MORTGAGE (NOT FOR FNMA, FHLMC, FHA OR VA USE) Form RE-MTG-MA 3/2/95        Page 1 of 3

MIN#100069700004196995

21

GMAC Mortgage Corporation
100 Witmer Road, Suite 91
Horsham, PA 19044
Attn: Correspondent Table Funding Team #4

45217

1000697000004196995

## ASSIGNMENT OF MORTGAGE

Reliant Mortgage Company, LLC holder of a real estate mortgage

from: John J. Harrington and Arlene M. Harrington

dated: March 15, 2002

recorded with the Plymouth Registry of Deeds

immediately prior hereto and assigns without recourse, in any event said mortgage and the Note and claim secured thereby to:

GMAC MORTGAGE CORPORATION
P.O. Box 57003
Irvine, CA 92619

RECORD MORTGAGEE/holder

In witness whereof the said Reliant Mortgage Company, LLC has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by, STEVEN B. EDELSTEIN, PRESIDENT this 15th day of March, 2002.

Signed and sealed in the presence of:

_____    Reliant Mortgage Company, LLC
Witness

_____
STEVEN B. EDELSTEIN, PRESIDENT

### Commonwealth of Massachusetts

Plymouth, ss.                                                                March 15, 2002

Then personally appeared the above named, and acknowledged the foregoing instrument to be the free act and deed of the Reliant Mortgage Company, LLC before me.

_____ Notary Public
Elizabeth McG[...]
My Commission expires: 7/3/03

M.R. BOOK 21746
PAGE 157

Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
20 MAR 2002  11:35AM
JOHN R. BUCKLEY, JR.
REGISTER
Bk 21746 Pg 157

©1986-2002 Standard Solutions, Inc 781-324-0550

22

Bk: 39347 Pg: 332

Total Pages: 2

Bk: 39347 Pg: 332 Page: 1 of 2
Recorded: 12/02/2010 12:55 PM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds

Property Address: 503 GROVE STREET, NORWELL, MA 02061

## RELEASE OF MORTGAGE

GMAC MORTGAGE, LLC - CONSUMER #:8004196994 "HARRINGTON" Lender
ID:61038/8004196994   Plymouth, Massachusetts PIF: 11/22/2010
KNOW ALL MEN BY THESE PRESENTS that Mortgage Electronic Registration Systems, Inc. ("MERS") whose address is 1818 LIBRARY STREET, RESTON, VA 20190 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Mortgagor: JOHN J HARRINGTON AND ARLENE M. HARRINGTON
Original Mortgagee: RELIANT MORTGAGE COMPANY, LLC, A MASSACHUSETTS LIMITED PARTNERSHIP
Date Executed: 03/15/2002 Recorded: 03/20/2002 in Book/Reel/Liber: 21746 Page/Folio: 151 as Instrument No.: 45216, In the County of Plymouth, State of Massachusetts

IN WITNESS OF, the said Mortgage Electronic Registration Systems, Inc. ("MERS") by its authorized officer, has hereunto set its corporate seal.

Mortgage Electronic Registration Systems, Inc. ("MERS")
On November 24th, 2010

By:
DAWN PECK, Assistant Secretary

*[handwritten: Not RECORD Mortgagee/Holder
NOT VALID UNDER
MGC ch 183 sec 55]*

"AUT*MJTGMAC*11/24/2010 03:07:28 PM* GMAC125MAC0000000000000003102504* MAPLYMO* 8004196994 MAPLYMO_MORT_REL *AUT*MJTGMAC*"

Recording Requested By:
GMAC MORTGAGE, LLC
When Recorded Return To:
LIEN RELEASE
GMAC MORTGAGE, LLC
2925 Country Dr
St Paul, MN 55117

23

Bk: 39347 Pg: 333

RELEASE OF MORTGAGE Page 2 of 2

STATE OF Minnesota
COUNTY OF Ramsey

On November 24th, 2010, before me, CHRISTINE G. JOHNSON, a Notary Public in and for Ramsey in the State of Minnesota, personally appeared DAWN PECK, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

CHRISTINE G. JOHNSON
Notary Expires: 01/31/2014

*** Electronic Recording ***
Doc#: 00102556
**Bk: 50605 Pg: 66 Page: 1 of 3**
Recorded: 12/07/2018 11:44 AM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MASSACHUSETTS EXCISE TAX
Plymouth District ROD #11 001
Date: 12/07/2018 11:44 AM
Ctrl# 120294 07037  Doc# Plymouth County Registry
Fee: $2,373.48  Cons: $520,500.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND AFTER RECORDING RETURN TO:

*[handwritten: # Current owner]*

---Above This Line Reserved For Official Use Only---

# QUITCLAIM DEED

We, John J. Harrington Jr. and Arlene Marie Harrington, a married couple of Chatham, Barnstable County, Massachusetts

For consideration paid, and in full consideration of Five Hundred Twenty Thousand Five Hundred Dollars and 00/100 ($520,500.00)

Grant to Suellen Durkin, individually of 90 Elm Street, Cohasset, Norfolk County, Massachusetts

With QUITCLAIM COVENANTS

The land in Norwell, Plymouth County, Massachusetts, with the buildings thereon, being shown as <u>Lot 1</u> on a "Plan of Land, Norwell, MA., dated September 12, 1986 Reekie Land Survey Systems", recorded with the Plymouth Registry, Plan Book 30, Page 372. Said <u>Lot 1</u> being bounded as follows:

| | |
|---|---|
| SOUTHERLY: | by Grove Street, 140.00 feet; |
| SOUTHEASTERLY: EASTERLY and NORTHEASTERLY: | by Lot 2 as shown on said plan, in four courses measuring 85.25 Feet, 80.21 feet, 135.70 feet; and |
| NORTHWESTERLY: | by said Lot 2, 121.45 feet; |
| SOUTHWESTERLY: and WESTERLY: | by land now or formerly of Haight and Normand, in two courses, measuring 77.19 feet and 192.46 feet, respectively. |

Containing 43,596 square feet according to said plan.

Being the same premises conveyed to the Grantors by Deed dated February 26, 1993 and recorded with the Plymouth County Registry of Deeds in Book 11672, Page 148.

*[handwritten margin note: Property - 503 Grove St, Norwell, MA]*

Page 1 of 3

Under the pains and penalties of perjury the Grantor hereby waives any and all right of homestead to the property conveyed herein and warrants that there are no persons entitled to any rights under G.L.c. 188.

*The remainder of this page left intentionally blank*

WITNESS Grantors' hands this 5th day of December, 2018.

_____ {Seal}
John J. Harrington, Jr.

_____ {Seal}
Arlene Marie Harrington

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF Barnstable

On this 5 day of Dec, 2018, before me, the undersigned notary public, personally appeared the above-named, John J. Harrington and proved to me through satisfactory evidence of identification, which were Mass. drivers lic, to be the person(s) who signed the preceding or attached document in my presence, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose, by his/her/their free act and deed.

_____
Notary Public Signature Jo-Ann L. Martin

My Commission Expires:

JO-ANN L. MARTIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 11, 2022

File No 2018-28828    Quitclaim Deed    Page 2 of 3

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF Barnstable

On this 5th day of Dec, 2018, before me, the undersigned notary public, personally appeared the above-named, Arlene Marie Harrington and proved to me through satisfactory evidence of identification, which were Mass. drivers lic., to be the person(s) who signed the preceding or attached document in my presence, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose, by his/her/their free act and deed.

Notary Public Signature Jo-Ann L. Martin

My Commission Expires:

JO-ANN L. MARTIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 11, 2022

Quitclaim Deed

File No 2018-28828    Page 3 of 3