**Presentment Date and Time: February 12, 2019 at 12:00 p.m. (ET)**
**Objection Deadline: February 11, 2019 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ ) | |
| In re:                                                              ) | Case No. 12-12020 (MG) |
|                                                                        ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,        ) | Chapter 11 |
|                                                                        ) | |
|                                              Debtors.        ) | Jointly Administered |
| ------------------------------------------------------ ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code*

*Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties*

*May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue*

*Actions to Foreclose Senior Liens* [Docket No. 1824], the undersigned will present the attached

proposed *Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay*

*Imposed by 11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District

of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling

Green, New York, New York 10004, Room 523, for signature on **February 12, 2019 at 12:00**

**p.m. (Prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **February 11, 2019 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for The ResCap Liquidating Trust, Morrison &

Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Erica

J. Richards, and James A. Newton); (b) co-counsel for The ResCap Liquidating Trust, Kramer

Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn:

Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer); (c) the Office of the United

States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick

Street, Suite 1006, New York, NY 10014 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian

S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice,

950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Jeff

Sessions); (e) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-

0341 (Attn: Nancy Lord and Enid N. Stuart); (f) Office of the U.S. Attorney for the Southern

District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro);

(g) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 601 Lexington Avenue, New York,

NY 10022 (Attn: Richard M. Cieri); (h) counsel for Ocwen Loan Servicing, LLC, Clifford

Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco &

Adam Lesman); (i) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355

South Grand Avenue, Los Angeles, CA 90071 (Attn: Seth Goldman & Thomas B. Walper);

(j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail,

to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and

Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New

York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (l) counsel for the

Requesting Party, RAS Boriskin, LLP, 900 Merchants Concourse, Westbury, New York  11590

(Attn: Cleo Sharaf-Green).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated: February 5, 2019                     Respectfully submitted,
       New York, New York


                                            */s/ Norman S. Rosenbaum*
                                            Norman S. Rosenbaum
                                            Erica J. Richards
                                            James A. Newton
                                            **MORRISON & FOERSTER LLP**
                                            250 West 55th Street
                                            New York, NY 10019
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900

                                            *Counsel for the Post-Effective Date Debtors*
                                            *and The ResCap Liquidating Trust*

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
In re:                                                                ) Case No. 12-12020 (MG)
                                                                      )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                 ) Chapter 11
                                                                      )
                                               Debtors.      ) Jointly Administered
------------------------------------------------------------ )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "<u>Procedures</u>

<u>Order</u>"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>") establishing procedures (the "<u>Stay Relief Procedures</u>") for requesting relief

from the automatic stay to commence and/or complete the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and Ocwen Loan Servicing ("<u>Requesting Party</u>"), as

Servicer for U.S. Bank National Association, successor in interest to Wachovia Bank, N.A., as

Trustee, for MASTR Alternative Loan Trust 2004-2, Assigned by U.S. Bank National

Association, as successor in interest to Wachovia Bank, NA as Trustee of MALT 2004-2, having

requested (the "<u>Request</u>") relief from the automatic stay in accordance with the Stay Relief

Procedures in connection with the property of Wendy J. Atwood Advocate with an address of

254 S. Undermountain Road, Sheffield, Massachusetts 01257-9639 (the "<u>Mortgaged Property</u>")

and due and proper notice of the Request having been made on all necessary parties; and the

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

1

above-captioned debtors (the "<u>Debtors</u>") having consented to the relief sought in the Request on

the terms and conditions contained in this stipulation and order ("<u>Stipulation and Order</u>"),

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the Parties to this

Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      To the extent applicable, the automatic stay imposed in this case by

section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code

to the extent necessary to allow Requesting Party to commence and/or complete the foreclosure

of the mortgage and security interest it holds on the Mortgaged Property.

3.      Nothing in this Stipulation and Order shall be construed to provide for the

annulment of or any other retroactive relief from the automatic stay.

4.      Nothing in this Stipulation shall be deemed to affect the rights of any

entity to contest the relative priority of Requesting Party's mortgage and security interest in the

Mortgaged Property in any subsequent foreclosure proceeding.

5.      The Requesting Party shall provide due notice to the Debtors and The

ResCap Liquidating Trust[2], and Green Tree Servicing LLC[3], in connection with any action to be

taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a

sale of the Mortgaged Property, in accordance with and to the extent notice to a junior lienholder

is required by applicable state law.

---

[2]      Notices should be served on the Debtors and The ResCap Liquidating Trust, at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 and 8400 Normandale Lake Boulevard, Suite 920, Bloomington, MN 55437.

[3]      Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

ny-1354323

6.    By entering into this Stipulation and Order, Requesting Party hereby represents that it is an agent for U.S. Bank National Association, successor in interest to Wachovia Bank, N.A., as Trustee, for MASTR Alternative Loan Trust 2004-2, Assigned by U.S. Bank National Association, as successor in interest to Wachovia Bank, NA as Trustee of MALT 2004-2 ("U.S. Bank"), with authority to seek relief from the automatic stay and enter into this Stipulation on U.S. Bank's behalf.

7.    This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

8.    This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

9.    Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

10.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

3

| | |
|---|---|
| GMAC MORTGAGE, LLC<br><br><br>By: */s/ Norman S. Rosenbaum*<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors*<br>*and The ResCap Liquidating Trust* | OCWEN LOAN SERVICING AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE, FOR MASTR ALTERNATIVE LOAN TRUST 2004-2, ASSIGNED BY U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NA AS TRUSTEE OF MALT 2004-2<br><br><br>By: */s/ Cleo Sharaf-Green*<br>Cleo Sharaf-Green<br>**RAS BORISKIN, LLP**<br>900 Merchants Concourse<br>Westbury, New York 11590<br>Telephone: (516) 280-7675<br>Facsimile: (516) 280-7674<br><br>*Counsel for Ocwen Loan Servicing as*<br>*Servicer for U.S. Bank National Association,*<br>*successor in interest to Wachovia Bank, N.A.,*<br>*as Trustee, for MASTR Alternative Loan Trust*<br>*2004-2, Assigned by U.S. Bank National*<br>*Association, as successor in interest to*<br>*Wachovia Bank, NA as Trustee of MALT*<br>*2004-2* |

APPROVED AND SO ORDERED
This ___ day of February, 2019, in New York, NY.

_____
**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

4