UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

Residential Capital, LLC

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 12-12020-mg
(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Rushmore Loan Management Services, LLC in the within proceeding with regard to its interest in the property known as 10 Velma Circle, Pelham, NH 03076.

     Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    February 2, 2019
                Williamsville, New York

Yours,
GROSS POLOWY, LLC
Attorneys for Rushmore Loan Management Services, LLC

Courtney R Williams, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Telephone (716)204-1700

TO:

By ECF:

    Clerk, United States Bankruptcy Court
    Southern District Of New York

    Stefan W. Engelhardt, Esq.    Attorney for Debtor

    No United States Trustee    Chapter 11 Trustee