KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**EIGHTEENTH POST-CONFIRMATION STATUS**
**REPORT OF THE RESCAP LIQUIDATING TRUST**

The ResCap Liquidating Trust (the "**Liquidating Trust**"), as successor in interest to the debtors (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), hereby submits this post-confirmation status report for the annual period ending on December 31, 2018 (the "**Reporting Period**"), and respectfully represents as follows:

**STATUS REPORT**

1. On December 11, 2013, the Court entered the *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "**Confirmation Order**") [Docket No. 6065] approving the terms of the Chapter 11 plan, as amended (the "**Plan**"), filed in these Chapter 11 Cases [Docket No. 6065-1].[1]

2. On December 17, 2013, the Effective Date of the Plan occurred (the "**Effective Date**"), and the Liquidating Trust was established [Docket No. 6137]. Pursuant to the Plan, the Liquidating Trust was established to wind down the affairs of the Debtors. *See* Plan, Art. VI.

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

3. On August 13, 2014, the Liquidating Trust filed an application for entry of a post-confirmation order (the "**Post-Confirmation Order**") [Docket No. 7385]. On August 26, 2014, the Court entered an amended Post-Confirmation Order [Docket No. 7431]. Pursuant to the Post-Confirmation Order, the Liquidating Trust is required to file quarterly and annual status reports detailing the actions taken by the Liquidating Trust and the progress made toward the consummation of the Plan.

4. Attached hereto as **Exhibit A** is a copy of the Liquidating Trust's consolidated financial statements and letter to beneficiaries (collectively, the "**Financial Statements**") detailing the Liquidating Trust's activity during the Reporting Period. The Financial Statements have been posted to the Liquidating Trust's website at http://rescapliquidatingtrust.com.

## NOTICE

5. Notice of this Status Report has been provided to the parties identified on the Special Service List and General Service List, as those terms are defined in the Notice, Case Management, and Administrative Procedures approved by the Court [Docket No. 141], including the Office of the U.S. Trustee for the Southern District of New York.

Dated: February 27, 2019
    New York, New York

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              /s/ Joseph A. Shifer
                              Kenneth H. Eckstein
                              Douglas H. Mannal
                              Joseph A. Shifer
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 715-9100
                              Facsimile: (212) 715-8000

                              *Counsel for the ResCap Liquidating Trust*

# Exhibit A

12-12020-mg    Doc 10619    Filed 02/27/19    Entered 02/27/19 15:42:23    Main Document
Pg 3 of 19

ResCap Liquidating Trust

# ResCap Liquidating Trust

**Consolidated Financial Statements
as of and for the Period Ended December 31, 2018
(Unaudited)**

# ResCap Liquidating Trust

**Table of Contents**

**Consolidated Statement of Net Assets in Liquidation** ................................................................3

**Consolidated Statement of Cash Receipts and Disbursements** ............................................4

**Consolidated Statement of Changes in Net Assets in Liquidation** .......................................5

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS** .................................................................6

| | | |
|---|---|---|
| 1. | Description of Business............................................................................................6 |
| 2. | Restricted Cash..........................................................................................................8 |
| 3. | Mortgage Assets........................................................................................................9 |
| 4. | Other Receivables ...................................................................................................10 |
| 5. | Estimated Costs to Operate the Trust ...................................................................10 |
| 6. | Distributions to Beneficiaries..................................................................................10 |
| 7. | Commitments and Contingencies .........................................................................12 |
| 8. | Subsequent Events .................................................................................................13 |

# ResCap Liquidating Trust

## Consolidated Statement of Net Assets in Liquidation
**(Unaudited)**
*In thousands (except per unit)*

| **Assets:** | **December 31, 2018** | **December 31, 2017** |
|---|---:|---:|
| Cash and cash equivalents | $ 146,942 | $ 231,332 |
| Restricted cash | 12,907 | 16,343 |
| Mortgage assets | 13,532 | 52,480 |
| Other receivables | 26,804 | 21,630 |
| Other assets | 1,321 | 7,053 |
| Total assets | 201,506 | 328,838 |
| | | |
| **Liabilities:** | | |
| Claims and settlements | - | 7 |
| DOJ/AG consent settlement | 9,444 | 12,563 |
| Estimated costs to operate Trust | 110,282 | 192,174 |
| Liability for undistributed funds | 204 | 1,082 |
| Total liabilities | 119,930 | 205,826 |
| | | |
| **Net Assets in Liquidation** | $ 81,576 | $ 123,012 |
| | | |
| Total units in the Trust | 98,859,354 | 98,891,323 |
| Net assets per authorized unit | $ 0.83 | $ 1.24 |

The Notes to Consolidated Financial Statements are an integral part of these statements.

3

# ResCap Liquidating Trust

## Consolidated Statement of Cash Receipts and Disbursements
**(Unaudited)**
*In thousands*

| Receipts | Quarter ended December 31, 2018 | Year-to-date ended December 31, 2018 | Effective Date through December 31, 2018 |
|---|---:|---:|---:|
| Receipts on mortgage assets | $ 22,414 | $ 53,199 | $ 632,216 |
| Litigation/claim recoveries | 49,368 | 398,069 | 1,178,429 |
| Other receipts | 8,462 | 46,996 | 159,032 |
| Plan settlements | - | - | 2,100,000 |
| Total receipts | 80,244 | 498,264 | 4,069,677 |
| **Disbursements** | | | |
| Claims and settlements | - | (19) | (1,642,074) |
| DOJ/AG consent settlement | (225) | (3,119) | (88,146) |
| Costs to operate the Trust | (29,960) | (132,976) | (616,798) |
| Declared distributions | (100,000) | (450,000) | (3,270,000) |
| Recaptured distribution | - | 902 | 29,506 |
| Change in undistributed funds | 9 | (878) | 204 |
| Total disbursements | (130,176) | (586,090) | (5,587,308) |
| **Net cash flow** | (49,932) | (87,826) | (1,517,631) |
| **Cash and restricted cash, beginning of period** | 209,781 | 247,675 | 1,677,480 |
| **Cash and restricted cash, December 31, 2018** | $ 159,849 | $ 159,849 | $ 159,849 |

The Notes to Consolidated Financial Statements are an integral part of these statements.

4

# ResCap Liquidating Trust

## Consolidated Statement of Changes in Net Assets in Liquidation
**(Unaudited)**
*In thousands (except per unit)*

|  | Quarter ended December 31, 2018 | Year-to-date ended December 31, 2018 | Effective Date through December 31, 2018 |
|---|---|---|---|
| **Net cash flow** | $ (49,932) | $ (87,826) | $ (1,517,631) |
|  |  |  |  |
| Other non-cash changes: |  |  |  |
| Increase (decrease) in asset value assumptions | (2,136) | 4,842 | (52,620) |
| (Increase) in costs to operate the Trust | (11,696) | (51,129) | (520,709) |
| (Increase) in DOJ/AG consent settlement | - | - | (16,929) |
| Basis of assets/liabilities liquidated/resolved | 22,965 | 91,800 | (325,932) |
| (Increase) decrease in distributions held for Beneficiaries | (9) | 877 | (204) |
| Total non-cash changes | 9,124 | 46,390 | (916,394) |
|  |  |  |  |
| Total increase (decrease) in net assets | (40,808) | (41,436) | (2,434,025) |
|  |  |  |  |
| **Net assets in liquidation, beginning of period** | 122,384 | 123,012 | 2,515,601 |
| **Net assets in liquidation, December 31, 2018** | $ 81,576 | $ 81,576 | $ 81,576 |

| **Per unit information:** |  |  |  |
|---|---|---|---|
|  | $ per Unit | $ per Unit | $ per Unit |
| **Net assets per unit, beginning of period** | $ 1.24 | $ 1.24 | $ 25.16 |
| Impact of cancelled units on beginning balance | 0 | 0 | 0.29 |
| **Revised beginning of period balance** | 1.24 | 1.24 | 25.45 |
| Recognition of cancelled unit prior period distributions | - | 0.01 | - |
| Increase in net assets per unit | 0.60 | 4.13 | 8.16 |
| Declared distributions per unit | (1.01) | (4.55) | (32.78) |
| **Net asset per unit, December 31, 2018** | $ 0.83 | $ 0.83 | $ 0.83 |

The Notes to Consolidated Financial Statements are an integral part of these statements.

# ResCap Liquidating Trust

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
**(Unaudited)**

### 1. Description of Business

The ResCap Liquidating Trust ("Trust") was formed in connection with the Plan of Reorganization under chapter 11 of the United States Bankruptcy Code ("Plan") in the bankruptcy case of Residential Capital, LLC ("ResCap") and 50 of its direct and indirect subsidiaries (collectively, the "Debtors"). The Plan was confirmed by the bankruptcy court on December 11, 2013 and became effective on December 17, 2013 ("Effective Date").

Units of beneficial interest ("Units") were issued by the Trust to holders of allowed general unsecured claims ("Allowed Claims") against the Debtors, other than holders of general unsecured claims in classes for which the Plan prescribes payments of cash. The Units entitle their holders ("Beneficiaries") to receive a proportionate amount of cash distributions ("Declared Distributions") made by the Trust.

The Consolidated Financial Statements include the accounts of the Trust and its majority-owned subsidiaries after eliminating all significant intercompany balances and transactions. The Consolidated Financial Statements as of and for the period ended December 31, 2018, are unaudited and reflect all adjustments that are, in management's opinion, necessary for the fair presentation of the results for the periods presented.

**Basis of Presentation and Significant Accounting Policies**

Basis of Presentation
The Consolidated Financial Statements (the "Consolidated Financial Statements") have not been prepared in accordance with generally accepted accounting principles; rather they have been prepared using a liquidation basis of accounting, which the Trust considers an appropriate basis of accounting at this time. The assets are stated at their estimated net realizable value, which is the amount of cash into which an asset is expected to be converted during the liquidation period. Assets are also established for future income expected to be earned by the Trust. The Trust also accrues costs that it expects to incur through the end of its liquidation.

Cash and Cash Equivalents, and Restricted Cash
Cash and cash equivalents include cash on hand and short term and governmental money market funds. Restricted cash consists of cash that is restricted for specific purposes and is not generally available to the Trust.

Mortgage Assets
Mortgage assets include mortgage loans, servicer advances, interest income, real estate owned, trading securities, and costs to sell assets.

> Mortgage Loans
> Mortgage loans consist primarily of mortgage insurance claims. As a result of borrower default or contractual delinquency triggers, certain mortgage loans ultimately become mortgage insurance claims for reimbursement from the Federal Housing Association ("FHA") or Veterans Administration ("VA") for eligible mortgage loan principal, interest, and servicing advances.

The value of mortgage loans is determined by modeling the net present value of the cash flows expected to be received over the life of the loan. The timing of the insurance reimbursement process and the reimbursement policies of the government agencies, as well as the delinquency, aging of the loans, non-accrual or foreclosure status of the loans, and disposition strategy all contribute to the underlying assumptions estimating cash flows. Assets targeted for sale are modeled to sales price.

Servicer Advances
The Trust is required, from time to time, to make certain servicer advances on loans that it owns. These servicer advances are for property taxes and insurance premiums ("Escrow") and for default and property maintenance payments ("Corporate"). Servicer Advances are modeled based on the net present value of the expected recovery of the advance either through borrower repayment, collection from government agencies on insured loans or sale to a third party.

Trading Securities
Trading securities include residual certificates from mortgage loan securitizations, and are valued based on the net present value of the modeled future cash flows of the security. Assets targeted for sale are modeled to sales price.

Interest Receivables
Interest receivables generally arise from interest payments on mortgage loans. All future estimated interest income is capitalized and is valued based on the asset management strategies and net present value of the modeled cash flows of the underlying assets.

Real Estate Owned
Real estate owned from loan foreclosures ("REO") are classified as REO when physical possession of the collateral is taken. REOs are carried at their liquidation value and are held in a subsidiary whose stock is owned by the Trust.

Costs to Sell Assets
Lifetime costs to sell assets are estimated based on the asset disposition strategy and are recorded as a contra asset within mortgage assets.

Affirmative Recoveries
The Trust will record and value affirmative settlements or judgments when realized and collectability is reasonably anticipated.

Estimated Costs to Operate the Trust
The Trust accrues for all costs it expects to incur during its lifetime based on approved strategic assumptions and the Trust's current estimates. These costs are estimated based on asset resolution strategies and modeled wind-down expenses of the Trust's operations and are recorded as liabilities.

The estimated future legal costs represent current pre-trial, trial, and potential appeal costs for the pending correspondent cases. Actual future costs could vary significantly depending upon a wide variety of factors due to the uncertainties inherent in complex litigation. On a periodic basis, the Trust evaluates such estimates to take into consideration the overall status of the litigation and any material changes in circumstances or factors affecting the litigation, including but not limited to updated scheduling of the

## ResCap Liquidating Trust

cases, discovery, settlements, and other factors that may affect such estimates. The Trust will record and value affirmative settlements or judgments when realized and collectability is reasonably anticipated. See Note 7 Commitments and Contingencies for a discussion related to the HLC verdict. The Trust does not accrue contingent costs.

Income Taxes

The Trust is a Grantor Trust, treated as a flow-through entity for U.S. federal and state income tax purposes. The Trust is not subject to U.S. federal or state income taxes; therefore, no accrual for these taxes is made. The Trust files a Federal return and multiple state returns and all tax periods since the Trust's Effective Date remain open for examination.

As a flow-through entity, all income and expense flows through to the Beneficiaries to be reported on their respective income tax returns. Certain income items, including the Trust's litigation and similar recoveries and certain miscellaneous other income may be treated as US Source Income for non-United States Beneficiaries subject to withholding at a 30% rate (or lower applicable treaty rate).

ResCap Securities Holdings Co, a wholly owned subsidiary which owns REO property, is subject to U.S. federal, state or foreign income taxes.

All estimated taxes to be paid are included in estimated costs to operate the Trust. Any tax filing interest and penalties incurred by the Trust's subsidiaries will be recognized as estimated costs to operate the Trust in the period incurred.

**2. Restricted Cash**

Restricted cash is comprised of the following (in $000's):

|  | December 31, 2018 | December 31, 2017 |
|---|---|---|
| DOJ/AG consent settlement reserve | $ 9,444 | $ 12,563 |
| Servicer Escrow | 3,259 | 2,691 |
| Distributions held for Beneficiaries | 204 | 726 |
| Other (APSC and DCR) | - | 363 |
| Total restricted cash | $ 12,907 | $ 16,343 |

The DOJ/AG Consent Settlement restricted cash reserve was originally funded to satisfy obligations under the DOJ/AG Consent Settlement. The reserve must maintain a minimum balance of the lesser of $20.0 million or the remaining liability under the DOJ/AG Consent Settlement. See Note 7 Commitments and Contingencies for further information regarding the liability.

Activity related to the DOJ/AG Consent Settlement restricted cash reserve is as follows (in $000's):

|  | Quarter ended December 31, 2018 | Year-to-date ended December 31, 2018 | Effective Date through December 31, 2018 |
|---|---|---|---|
| Balance, beginning of period | $ 9,669 | $ 12,563 | $ 55,000 |
| Additions | - | - | 23,530 |
| Releases / Payments | (225) | (3,119) | (69,086) |
| Balance, December 31, 2018 | $ 9,444 | $ 9,444 | $ 9,444 |

8

### 3. Mortgage Assets

Mortgage assets are comprised of the following (in $000's):

|  | December 31, 2018 | | December 31, 2017 | |
| --- | --- | --- | --- | --- |
|  | Gross Balance | Carrying Value | Gross Balance | Carrying Value |
| Mortgage loans | $ 11,652 | $ 8,241 | $ 48,464 | $ 36,379 |
| Servicing advances | 23,384 | 3,465 | 36,053 | 11,170 |
| Trading Securities | 217 | - | - | - |
| Interest receivable | 513 | 513 | 2,131 | 2,131 |
| Real estate owned | 1,854 | 1,313 | 3,490 | 2,800 |
| Total mortgage assets | $ 37,620 | $ 13,532 | $ 90,138 | $ 52,480 |

The Trust's carrying value of mortgage assets uses internal models to determine the cash flows expected to be received over the life of the loan. The Trust's recovery estimates and assumptions are based on loan level attributes including, but not limited to, delinquency status, aging, and claim versus loan status. The Trust carrying value reflects the net present value of the cash flows expected to be received over the lifetime of the mortgage assets. Because of the uncertainties associated with estimating the amounts, timing and likelihood of possible outcomes, actual results could differ from the Trust's estimates.

Mortgage assets are comprised of the following material sub-portfolios.

|  | December 31, 2018 | | December 31, 2017 | |
| --- | --- | --- | --- | --- |
|  | Gross Balance | Carry Value | Gross Balance | Carry Value |
| Mortgage insurance claims (FHA/VA) | $ 33,623 | $ 12,219 | $ 77,739 | $ 47,247 |
| Non-insured mortgage loans | 1,926 | - | 8,909 | 2,433 |
| Trading Securities | 217 | - | - | - |
| Real estate owned | 1,854 | 1,313 | 3,490 | 2,800 |
| Total mortgage assets | $ 37,620 | $ 13,532 | $ 90,138 | $ 52,480 |

Mortgage Insurance Claims can experience on average resolution timelines of 6 months – 3 years from the loan liquidation event (e.g. foreclosure, short sale, HUD reconveyance). Resolution timelines are subject to asset specific hurdles, including but not limited to eviction, litigation, property preservation work to place the property in conveyable condition, and HUD review and approval. During this period, the Trust will continue to advance property related expenses (e.g. legal, taxes, preservation) which are subject to curtailment by HUD. At December 31, 2018, 100% of the mortgage insurance claims were aged over 18 months.

The Trust is actively marketing all real estate owned assets.

## ResCap Liquidating Trust

### 4. Other Receivables

Other receivables is comprised of the following (in $000's):

|  | December 31, 2018 | December 31, 2017 |
|---|---:|---:|
| Affirmative Matters, net | $ 25,157 | $ 21,520 |
| Other Receivables | 1,647 | 110 |
| Total other receivables | $ 26,804 | $ 21,630 |

The majority of other receivables is related to $25.2 million of affirmative litigation settlements not yet received by the end of the fourth quarter. See Note 7 Commitments and Contingencies for further information on affirmative matters.

### 5. Estimated Costs to Operate the Trust

Estimated costs to operate the Trust are comprised of the following (in $000's):

|  | December 31, 2018 | December 31, 2017 |
|---|---:|---:|
| Professional fees (legal, expert, other professional costs) | $ 76,161 | $ 140,584 |
| Compensation | 12,223 | 20,161 |
| Document management | 11,719 | 12,029 |
| Information technology | 4,089 | 7,663 |
| Other operating costs | 6,090 | 11,737 |
| Total costs to operate the Trust | $ 110,282 | $ 192,174 |

The estimated cost to operate the Trust of $110.3 million includes $20.9 million of expenses that have been incurred but not yet paid. The net amount of $89.4 million includes $53.0 million of reserves to pay future costs of the RMBS correspondent litigation. The remaining $36.4 million consists of contractually based costs, including severance, compensation, data storage, and other expenses expected to be incurred and paid to operate and be compliant with management of the Trust and is not solely dependent upon the number of RMBS cases pending.

### 6. Distributions to Beneficiaries

Distributions on Allowed Claims include Units and cash designated as Distributions Held for Beneficiaries pending receipt of certain information from the holders.

| | Quarter ended December 31, 2018 | | | |
|---|---|---|---|---|
| Units | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
| Balance, beginning of period | 98,853,808 | - | 5,546 | 98,859,354 |
| Declared distribution | - | - | - | - |
| Releases to Beneficiaries | - | - | - | - |
| Distributions on Allowed Claims | - | - | - | - |
| Cancellation of Units | - | - | - | - |
| Balance, December 31, 2018 | 98,853,808 | - | 5,546 | 98,859,354 |

## ResCap Liquidating Trust

**Quarter ended December 31, 2018**

| Cash (in 000's) | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
|---|---|---|---|---|
| Balance, beginning of period | $ 3,140,299 | $      - | $    195 | $ 3,140,494 |
| Declared distribution | 99,991 | - | 9 | 100,000 |
| Releases to Beneficiaries | - | - | - | - |
| Distributions on Allowed Claims | - | - | - | - |
| Release of distribution | - | - | - | - |
| Balance, December 31, 2018 | $ 3,240,290 | $      - | $    204 | $ 3,240,494 |

**Year-to-date ended December 31, 2018**

| Units | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
|---|---|---|---|---|
| Balance, beginning of period | 98,853,365 | 12,582 | 25,376 | 98,891,323 |
| Declared distribution | - | - | - | - |
| Releases to Beneficiaries | 443 | - | (443) | - |
| Distributions on Allowed Claims | - | - | - | - |
| Cancellation of Units | - | (12,582) | (19,387) | (31,969) |
| Balance, December 31, 2018 | 98,853,808 | - | 5,546 | 98,859,354 |

**Year-to-date ended December 31, 2018**

| Cash (in 000's) | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
|---|---|---|---|---|
| Balance, beginning of period | $ 2,790,314 | $    356 | $    726 | $ 2,791,396 |
| Declared distribution | 449,963 | - | 37 | 450,000 |
| Releases to Beneficiaries | 13 | - | (13) | - |
| Distributions on Allowed Claims | - | - | - | - |
| Release of distribution | - | (356) | (546) | (902) |
| Balance, December 31, 2018 | $ 3,240,290 | $      - | $    204 | $ 3,240,494 |

**Effective Date through December 31, 2018**

| Units | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
|---|---|---|---|---|
| Balance, beginning of period | - | - | - | - |
| Declared distribution | 96,329,687 | 3,619,088 | 51,225 | 100,000,000 |
| Releases to Beneficiaries | 328,240 | (443) | (327,797) | - |
| Distributions on Allowed Claims | 2,195,881 | (2,497,386) | 301,505 | - |
| Cancellation of Units | - | (1,121,259) | (19,387) | (1,140,646) |
| Balance, December 31, 2018 | 98,853,808 | - | 5,546 | 98,859,354 |

11

# ResCap Liquidating Trust

|  | Effective Date through December 31, 2018 | | | |
|---|---|---|---|---|
| Cash (in 000's) | Distributed to Beneficiaries | Held by DCR | Held for Beneficiaries | Total Distribution |
| Balance, beginning of period | $ - | $ - | $ - | $ - |
| Declared distribution | 3,183,983 | 84,730 | 1,287 | 3,270,000 |
| Releases to Beneficiaries | 7,120 | - | (7,120) | - |
| Distributions on Allowed Claims | 49,187 | (55,770) | 6,583 | - |
| Release of distribution | - | (28,960) | (546) | (29,506) |
| Balance, December 31, 2018 | $ 3,240,290 | $ - | $ 204 | $ 3,240,494 |

## 7. Commitments and Contingencies

### *DOJ/AG Consent Settlement*

On February 9, 2012, Ally Financial, Inc., ResCap and certain of ResCap's subsidiaries reached an agreement in principle with respect to investigations into procedures followed by mortgage servicing companies and banks in connection with mortgage origination and servicing activities and foreclosure home sales and evictions ("DOJ/AG Consent Settlement") which was subsequently filed as a consent judgment in the US District Court. On and after the Effective Date, the Trust must continue to perform the remaining obligations under the DOJ/AG Consent Settlement.

The Trust estimated and established a liability for its DOJ/Consent Settlement obligations and related costs and expenses of $9.4 million and $12.6 million as of December 31, 2018, and December 31, 2017, respectively.

### *Litigation*

From time to time claims may be asserted against the Trust. At this time, the Trust cannot estimate the possible financial effect of these claims.

### *Affirmative Matters*

The Trust is pursuing various affirmative matters. These include:
- Indemnity and breach of contract claims (the "Correspondent Litigation") against correspondent lenders that sold loans to Residential Funding Company LLC ("RFC") (a subsidiary of ResCap) have been brought in various court jurisdictions, seeking recovery of liabilities and losses that RFC incurred by virtue of its purchase from the defendants of residential mortgage loans that breached the defendants' representations and warranties through litigation and non-litigation processes.

  During the quarter ended December 31, 2018, the Trust settled and recognized a total of $70.2 million. The agreements provide for the full and final resolution of any pending or future litigation against the correspondents and a mutual release of all claims relating to residential mortgage loans that the correspondents sold to RFC.

  In November, the jury reached a verdict in favor of the Trust in the litigation against Home Loan Center Inc., awarding the Trust $28.7 million. Additionally, the Trust filed motions to recover interest, fees and costs in the amount of $42.4 million associated with the Home Loan Center case, which motions will be heard by the court in February 2019. The Trust expects a final order related to the verdict and rulings on the motion for interest, fees and costs in the first quarter of

2019, and has not reflected the verdict, or the interest, fees and costs in these Consolidated Financial Statements.

- <u>Other affirmative matters.</u> The Trust is party to certain other affirmative matters, including an action against certain insurers for failure to cover certain settlement costs.

  During the quarter, the Trust settled other affirmative matters totaling $2.1 million.

- <u>Reservation of rights.</u>  The Trust has reserved its rights with respect to other affirmative claims it may bring in the future.

At this time, the Trust cannot predict the outcome of these matters or estimate the possible financial effect of these matters on the Consolidated Financial Statements, and as such, neither contingent gains nor any contingent costs to pursue these matters are currently recorded.

Since the Effective Date, through December 31, 2018 and excluding subsequent events, the Trust settled a total of $1,208.4 million in affirmative matters including $1,155.8 million in Correspondent Litigation, $9.7 million in International, and $42.9 million in other matters.  Of the total, $25.2 million has not yet been received and is recorded in Other Receivables, net of a reserve for uncollectible amounts.

**8. Subsequent Events**

Events subsequent to December 31, 2018 were evaluated through February 26, 2018, the date on which these Consolidated Financial Statements were issued.

Subsequent to December 31, 2018, the Trust settled with additional parties in the Correspondent Litigation for a total of $51.7 million.

On February 26, 2019, the Trust declared a cash distribution of $0.7586 per Unit for a total distribution of $75 million, with a record date of March 8, 2019 and a distribution date of March 25, 2019.



# ResCap Liquidating Trust

## Q4 2018 Beneficiary Letter

**ResCap**
LIQUIDATING TRUST

February 26, 2019

**Dear Beneficiaries:**

The Trust continued its efforts into Q4 2018 to generate value for the beneficiaries and effectively and efficiently continue to wind down the Trust. Some key highlights of the successful quarter are outlined below.

On December 3, 2018, the Trust announced a cash distribution of $ 1.0115 per unit to holders of units of beneficial interest in the Trust, totaling $100 million. The distribution was paid on December 28, 2018 with a record date of December 13, 2018.

On February 26, 2019, the Trust announced a cash distribution of $ .7586 per unit to holders of units of beneficial interest in the Trust, totaling $75 million. The distribution will be paid on March 25, 2019 with a record date of March 8, 2019. This distribution brings the total distributions since inception of the Trust to $ 3.3 billion.

In November, a jury in Minnesota federal court awarded a favorable trial verdict for contractual indemnification against Home Loan Center Inc. for $28.7 million in damages exclusive of interest, fees and costs. The Trust filed a motion for recovery of interest in the amount of $14.1 million and legal fees and costs in the amount of $28.3 million. The interest and fee petitions were heard by the court in February, 2019 and the Trust awaits rulings.

As of the date of this letter, the Trust is litigating two cases against correspondent lenders of Residential Funding Company LLC, for indemnity and breach of contract, which are pending in Federal District Court in Minnesota. The Trust has reached settlements totaling approximately $1,155.8 million since the inception of the Trust through December 31, 2018. Subsequent to the end of the fourth quarter, the Trust entered into settlements in principle with three correspondent lenders for an aggregate gross receivable of $51.7 million.

The Trust continues to work with LoanCare and HUD to pursue claim recoveries with respect to our remaining insured loan portfolio and the sale of our Real Estate Owned (REO) properties. As of December 31, 2018, there are fewer than 40 assets pending filing of the initital claim with HUD, with 30 of those still actively being worked to clear various hurdles for HUD claims. During the quarter, the Trust completed the sale of a security and certain associated HELOC excluded loan balances for $12.8 million.The carrying value for the mortgage loan portfolio of $13.5 million represents the Trust's future expected recovery. Timing of full recovery of the mortgage loan portfolio is affected by the inherent nature of the troubled assets and the potential recovery delay resulting from the government shutdown impact on HUD review of claims.

The Administrative Expenses Set Aside holds cash for the payment of Trust operating expenses. As of December 31, 2018, the Administrative Expenses Set Aside consists of $110.3 million in cash, of which $57.7 million relates to the future potential cost of the correspondent litigation, and $52.6 million relates to other fixed obligations of the Trust throughout its current expected life. The

2

# ResCap
## LIQUIDATING TRUST

balance of the Administrative Expense Set Aside has been funded with cash on hand for a total of $110.3 million.

Activity related to the Administrative Expenses Set Aside is as follows (in $000's):

|  | Quarter ended December 31, 2018 | Year ended December 31, 2018 | Effective Date through December 31, 2018 |
|---|---|---|---|
| Balance, Beginning of period | $ 128,604 | $ 192,174 | $      - |
| • Additions - cash | - | - | 428,061 |
| • Withdrawals - cash | (18,321) | (81,891) | (317,778) |
| Balance, December 31, 2018 | $ 110,283 | $ 110,283 | $ 110,283 |

To aid Beneficiaries in their tax reporting, the Trust is providing a year-end Tax Information Letter and tax information. The Tax Information Letter is being distributed along with this quarterly Beneficiary Letter.

The Trust's year end 2018 financial report and certain tax information have been posted on our website at http://www.rescapliquidatingtrust.com/#financial-statements.

The Board and management of the Trust continue to work diligently towards the goal of maximizing value for Beneficiaries in the most efficient manner possible. We look forward to reporting on the results of our efforts.

Sincerely,

*[signature]*

John Ray
Liquidating Trust Manager

3