UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.

                   Debtors.

-----------------------------------------------------------x

Hearing Date: March 26, 2019
Hearing Time: 2:00 p.m.

Chapter 11
Case No. 12-12020 (MG)

(Jointly Administered)

Case No. 12-12032

## ORDER MODIFYING THE AUTOMATIC STAY

Upon the motion dated March 6, 2019 (the "Motion") of Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A (the "Movant") for an Order: (i) terminating the automatic stay imposed by operation of 11 U.S.C. Section 362(a); (ii) waiving the fourteen (14) day automatic stay invoked pursuant to F.R.B.P. 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper, and under the circumstances of this case and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on March 26, 2019 at 2:00 p.m. and there being no opposition to the Motion; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the Automatic Stay imposed in this case by operation of 11 U.S.C. Section 362(a) is hereby vacated under 11 U.S.C. Section 362 (d)(1) and (d)(2) of the Bankruptcy Code so as allow Movant, its successors and/or assigns, to commence and/or continue with foreclosure proceedings with respect to the real property located at 369-2 Philbrook Road

Sanbornton, NH 03269; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this Order.

Dated: _____, 2019
_____, New York

                                              Honorable Martin Glenn
                                              United States Bankruptcy Judge