# EXHIBIT "B"



```
Doc # 1409860   Oct 24, 2014 1:17 PM
Book 2938 Page 0747   Page 1 of 1
Register of Deeds, Belknap County
```

Barbara R. Luther

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Prepared By:
Pravallika Konacalli
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Assignment of Mortgage

Dated: October 20, 2014

For value received Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for Ally Bank Corp., beneficiary of the security instrument, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, all beneficial interest under a certain Mortgage dated April 6, 2012 executed by HENRY AUDET AND JENNIFER CAWELTI, HUSBAND AND WIFE and recorded in Book 2766 on Page(s) 0385 as Document Number 1203929 on April 13, 2012 of real estate records for the County of Belknap, New Hampshire.

Mortgage Electronic Registration Systems, Inc.
("MERS"), as designated nominee for Ally Bank
Corp., beneficiary of the security instrument, its
successors and assigns

By: _____
Marcy Kay Koopman,
Assistant Secretary

STATE OF Minnesota      )
COUNTY   Ramsey         ) SS.

On October 20, 2014 before me, Pang Mee Yang, Notary Public in and for said State personally appeared Marcy Kay Koopman, Assistant Secretary of Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for Ally Bank Corp., beneficiary of the security instrument, its successors and assigns, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

PANG MEE YANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Pang Mee Yang, Notary Public
My Commission expires: January 31, 2017









Doc # 1508885   Sep 10, 2015 11:25 AM
Book 2991 Page 0025   Page 1 of 1
Register of Deeds, Belknap County

When Recorded Return To:
Indecomm Global Services
As Recording Agent Only
1260 Energy Lane
St. Paul, MN 55108

Prepared By:
Dinesh Mallige
1260 Energy Lane
ST Paul, MN 55108

## Assignment of Mortgage

Dated: September 3, 2015

For value received Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, the undersigned hereby grants, assigns and transfers to Residential Credit Solutions, Inc., 4708 Mercantile Drive, Fort Worth, TX 76137, all beneficial interest under a certain Mortgage dated April 8, 2012 executed by HENRY AUDET AND JENNIFER CAWELTI, HUSBAND AND WIFE and recorded in Book 2766 on Page(s) 0385 as Document Number 1203929 on April 13, 2012 of real estate records for the County of Belknap, New Hampshire.

Ocwen Loan Servicing, LLC
By: _____
Elizabeth Richardson,
Assistant Secretary

STATE OF Minnesota        )
COUNTY Hennepin           ) SS

On September 3, 2015 before me, Randy Kiko Chon, Notary Public in and for said State personally appeared Elizabeth Richardson, Assistant Secretary of Ocwen Loan Servicing, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Randy Kiko Chon, Notary Public
My Commission expires: January 31, 2017

RANDY KIKO CHON
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

**BK 03092 PG 00506**

Prepared by and Return To:
Jordyn Carney
Ditech Financial LLC
EX-NTC
2100 E. Elliot Road
Mail Stop T330
Tempe, AZ 85284
(888) 315-8733

## ASSIGNMENT OF MORTGAGE

Account #:
PIN #:   SANB M: 018 B: 031

FOR VALUE RECEIVED, the undersigned holder of a Mortgage (herein "Assignor") whose address is c/o 2100 E. Elliot Road Tempe, AZ. 85284, does hereby grant, sell, assign, transfer and convey, unto Ditech Financial LLC, whose address is 2100 E. Elliot Road, T-314, Tempe, AZ. 85284 its successor and assigns, all its right, title and interest in and to a certain Mortgage described below and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

| | |
|---|---|
| Executor: | Henry Audet and Jennifer Cowelti, husband and wife |
| Date Executed: | April 6, 2012 |
| Amount: | $180,000.00 |
| Recorded Date | April 13, 2012 |
| Book/Page/Instrument Number: | Book 2766, Page 0385, Document # 1203929 |
| County: | Belknap |
| State: | NH |

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on December 22, 2016.

**BK 03092 PG 00507**

Witness: Dawn Beverly

Witness: Timya Callahan

Federal Home Loan Mortgage Corporation

BY: _____
Name: Tamika Parker
Title: Assist Treasurer

State of Virginia
County of Fairfax

On 12/22/16, before me, the undersigned, personally appeared Tamika Parker, Assistant Treasurer for Federal Home Loan Mortgage Corp., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of Fairfax, State of Virginia.

Notary Public

Angela Renae Wright
Notary Public
Reg# 7575300
Commonwealth of Virginia
Commission Exp. 2/28/17

BK 03092 PG 00508

Exhibit "A"

The following described property:

Two (2) certain tracts or parcel of land, together with the buildings thereon, situated in the Town of Sanbornton, County of Belknap, State of New Hampshire bounded and described as follows:

Tract I

Beginning at the Northwesterly corner of land formerly of Bilodeau; thence westerly bounding on land formerly owned by Richardson 204; thence southerly 65 feet; thence easterly 181 feet to land formerly of Bilodeau; thence northerly along land of said Bilodeau 65 feet to point begun at. Meaning to convey the northeast corner of land now or formerly of Braley. Granting a right of way across land now or formerly of said Braley to the highway described as follows:

Beginning at the northwesterly corner of said land going westerly along land formerly owned by Richardson to the highway.

Tract II

Beginning at an iron pin driven in the ground by a stone dividing land formerly of Greenfield and land formerly of a Richardson, now of Ernest Woodman, 187 feet 4 1/4 inches, more or less, from the easterly side of said road; thence running in an easterly direction along said wall 28 feet, more or less, to an iron pin driven in the ground at the northwesterly corner of land deeded by Braley to Peaslee, dated July 1, 1937, recorded in the Belknap County registry of Deed, Book 237, Page 422; thence turning and running southerly along said Peaslee land and partly along a wire fence 65 feet to an iron pin driven in the ground; thence turning and running easterly 181 feet along said Peaslee land and a wire fence to an iron pin driven in the ground at the Southeasterly corner of said Peaslee land; thence turning and running Southerly along land formerly of Bilodeau, now of Lakes Milling Lumber Co. and the remains of a stone and wire fence 122 feet to an iron pin in the ground at the corner of a wall; thence turning and running westerly along stone wall and wire fence and land formerly of Bilodeau, now of Tilton, 205 feet to an iron pin in said wall; thence turning and running about northerly along land retained by Emma A. Greenfield 175 feet, more or less, to the point of beginning.

Together with a right to pass and repass from said highway on foot or by vehicle across land of the said Greenfield along the northerly side of Greenfield's property, and subject to a similar right of way deeded to Peaslee and included in the conveyance above referred to.

Assessor's Parcel No: SANB M:01B B:031

WHEN RECORDED MAIL TO:
Korde & Associates, P.C.
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

## CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE

FOR VALUE RECEIVED, DITECH FINANCIAL, LLC, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A**

Whose address is: c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806

ALL RIGHT, TITLE AND INTEREST IN THAT CERTAIN MORTGAGE DATED APRIL 6, 2012
EXECUTED BY:    Henry Audet and Jennifer Cawelti

Said Mortgage is recorded in Belknap County Registry of Deeds in Book 2766, Page 385

LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO THEREIN

Property Address:  369-2 Philbrook Road, Sanbornton, NH 03269

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: __SEP 27 2018__

Ditech Financial, LLC
By: Carrington Mortgage Services, LLC
Its: Attorney in Fact

BY: _____
TITLE: _____

For authority see Power of Attorney recorded herewith

Justin Covington, Director Special Servicing
for Carrington Mortgage Services, LLC Attorney in Fact

STATE OF: _____
COUNTY OF: _____

ON _____ BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC
PERSONALLY APPEARED _____ OF DITECH FINANCIAL, LLC PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED IN THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES), AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT, IT BEING THEIR FREE ACT AND DEED.

WITNESS MY HAND AND OFFICIAL SEAL:

SIGNATURE: _____

MY COMMISSION EXPIRES: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA ALL – PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Orange

On SEP 27 2018 before me, Wheny Wulandari, Notary Public, personally appeared, Justin Covington, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

WHENY WULANDARI
Notary Public - California
Orange County
Commission # 2214915
My Comm. Expires Oct 17, 2021

---

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages ____  Document Date _____

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual(s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☒ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ◦ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ◦ Indicate title or type of attached document, number of pages and date.
  ◦ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.