# EXHIBIT "D"

CARRINGTON

## ORDER INFORMATION

| Order Date: 04/10/2018 | Inspection Date: 04/13/2018 | Complete Date: 04/25/2018 | Customer: CMS-Servicing | Customer Contact: | Customer Contact Info Source: Tax data | | | Order No. 4845312 |
|---|---|---|---|---|---|---|---|---|
| Pool Name: | Borrower: JENNIFER CAWELTI | Address: 369-2 PHILBROOK RD | | City: SANBORNTON | State: NH | | Zip: 03269 | Assessor Parcel No. 18-031 |
| Inspection Type: Exterior | Broker Name: Sherman Russ | Years Of Exp: 14 | Broker Company: Granite Group Realty Services | | Broker Phone: 6037443004 | | License Number: 056648 | Expiration Date: 02/13/2019 |

## PROPERTY INFORMATION

| Property Vacant: Yes | If Occupied, who is the occupant: | Secured: Yes | Land Value: 60000.00 | Views: None | Market Rent (Mnth): $1,000 | If listed, is a for sale sign visible? unassigned | | |
|---|---|---|---|---|---|---|---|---|
| Currently Listed: No | List in Last 12 Mos: No | Original List Price: $ | Current List Price: $ | DOM: 0 | Listing Broker: | Listing Company: | | Listing Phone: |
| Sold in Last 12 Mos: No | Original List Price: $ | Final List Price: $ | DOM: 0 | Sale Price: $ | Sale Date: | Listing Broker: | | Listing Phone: |
| HOA Fees: $ | Are HOA dues current? unassigned | HOA delinquency amount? | HOA association phone: | HOA Fees Includes: | Guest House Bsmt SF: 0 | Guest House SF: 0 | | |
| To the best of your knowledge, why did the property not sell? | | Are all types of Financing available for this property? No | | Financing available description: Windows broken, damaged exterior | | Is the subject an Overimprovement, Underimprovement or appropriate for neighborhood: Appropriate For Neighborhood | | |

## NEIGHBORHOOD INFORMATION

| Population Density: Rural | Crime/Vandal Risk: Low | Neighborhood Trend: Stable | Home values are Stable at a rate of 6,000 | Environmental Issues: Unknown | Owner Occupied %: 90.00% | Pride of Ownership: Fair | |
|---|---|---|---|---|---|---|---|
| Competing Listings: 17 | Value Range: $79,000 to $599,000 | | Supply: Stable | Demand: Stable | Predominant Buyer: Owner Occupied | # of Border or Blocked up houses: 0 | Approximate # of comps in neighborhood for sale: 1 |
| Outside of Market Factors, is there a risk of loss in Value? No | | Risk of loss in Value Comments: | | Investor or Flip activity in the neighborhood? Yes | | | |

## REPAIR DETAILS

| Repairs Total: $ | Repairs Recommended: No | Days to Complete: 1 to 30 | Resale Problem: Yes | Are Emergency repairs needed? No | Emergency repairs description |
|---|---|---|---|---|---|
| Are repairs required for financing? Yes | | Degree of Repairs Needed: None | Are there any Hazards? ☐ Fire ☐ Flood ☐ Discoloration ☐ Other | | Hazard Other Description |
| If repairs are completed, are costs likely to be recouped in sales price? Neutral | | Is the subject property currently eligible for financing? No | Will minor repairs allow the subject property to be financed? Yes | Will repairs enhance the marketability of the subject property? Neutral | Is the property of average marketable condition for the neighborhood? Yes |

## EXTERIOR

| REPAIR TYPE | REPAIR COMMENTS | AMOUNT |
|---|---|---|
| Painting | | $ |
| Foundation | | $ |
| Landscaping | | $ |
| Roof | | $ |
| Windows | | $ |
| Other | | $ |
| Pool | | $ |
| Cleaning/Trash Removal | | $ |

## COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 369-2 PHILBROOK RD | 185 Steele Hill Rd | 22 Threshing Mill Rd | 3 Moore St | 9 Hill Rd | 167 Weeks Rd | 763 Sanborn Rd |
| Address 2 | | | | | | | |
| City | SANBORNTON | Sanbornton | Sanbornton | Tilton | Tilton | Sanbornton | Sanbornton |
| County | Belknap | Belknap | Belknap | Belknap | Belknap | Belknap | Belknap |
| State | NH | NH | NH | NH | NH | NH | NH |
| Zip | 03269 | 03269 | 03226 | 03276 | 03276 | 03269 | 03269 |
| Proximity | | 2.98 | 4.49 | 4.24 | 0.45 | 6.03 | 3.55 |
| Current List Price | $ | $159,900 | $197,000 | $189,000 | $143,000 | $199,000 | $179,900 |
| Original List Price | $ | $159,900 | $189,000 | $189,000 | $150,000 | $199,900 | $179,900 |
| Sale Price | $ | $156,000 | $207,900 | $184,500 | | | |
| Sale Date | | 05/10/2017 | 07/25/2017 | 05/31/2017 | | | |
| Sale Type | REO | FMV | FMV | FMV | FMV | FMV | FMV |
| Concessions | $ | $ | $ | $ | | | |
| DOM | 0 | 107 | 75 | 94 | 218 | 31 | 39 |
| Cumulative DOM | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NumUnits | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Property Type | SFD | SFD | SFD | SFD | SFD | SFD | SFD |
| Property Style | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler |
| Construction | Frame | Frame | Frame | Frame | Frame | Frame | Frame |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Year Built | 1970 | 1950 | 1974 | 1978 | 1954 | 1985 | 1987 |
| View | None | None | Neighborhood | Neighborhood | None | Neighborhood | Neighborhood |
| Lot Size (in acres) | 0.90 | 1.02 | 1.91 | 0.56 | 0.21 | 3.75 | 6.00 |
| Sq ft above grade | 1660 | 1550 | 1500 | 1640 | 1640 | 1632 | 1472 |
| Total Rooms | 5 | 6 | 6 | 6 | 7 | 5 | 5 |
| Bedrooms | 2 | 2 | 3 | 3 | 3 | 3 | 2 |
| Full Baths | 2 | 2 | 2 | 2 | 1 | 1 | 2 |
| Half Baths | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Basement | Full | Full | Full | Full | Full | Full | Full |
| % Basement Finished | 25.00% | 30.00% | 100.00% | 0.00% | 100.00% | 65.00% | 0.00% |
| Garage/Carport | Attached 2 Car Garage | Attached 1 Car Garage | Attached 3 Car Garage | Attached 2 Car Garage | Attached 1 Car Garage | Detached 2 Car Garage | Attached 2 Car Garage |
| Outbuilding | Shed | None | None | Shed | None | Shed | None |
| Pool/Spa/Fireplace | Yes/No/Indoor | No/No/None | No/No/None | No/No/None | No/No/None | No/No/None | No/No/None |
| Price per sq ft | $ | $101 | $139 | $113 | $87 | $122 | $122 |
| MLS | | 4624475 | 4633596 | 4619593 | 4659883 | 4682593 | 4681521 |

**Sold Comp 1 Comments:**
Less living area, 1 more bedrooms, 1 less garage space. This home is also 20 years older than the subject.

**Sold Comp 2 Comments:**
This home has a little less living area with one more bed room listed on the MLS. This home has 1 more garage space. The offer or sellers concession on this home was $10,000 more than the list price.

**Sold Comp 3 Comments:**
This home is most like the subject on most of the features listed on the MLS, it does have one more bed room. The home is 8 years newer than the subject.

**Listed Comp 1 Comments:**
Same size living area, less one garage space. This Home is in need of Love but with the right person you can make this 3 bedroom home your.

**Listed Comp 2 Comments:**
Same size living area, one more garage space, with more land mass. The home is 15 years old younger which makes this

**Listed Comp 3 Comments:**
Less living space, with much more land mass. This home is also 17 years newer than the subject which makes this superior in condition

## BROKER COMMENTS

**Subject Comments:**
The home is in damaged condition from the exterior view with several broken and boarded windows seen from 3 sides. There is a pool and some trash in the yard with bushes starting to overgrow the driveway as home does not look like its been used in years. Above are the listing and sold comp comments from the MLS which best describe the condition of the property as they are the best describer of the comps used in this report.

**Neighborhood Comments:**
Rural, wooded, with some SF residence in the area. The location is 10 minutes to all amenities in the area. The street is pave and publically maintained. Not many homes on the market at this time, and not many REO's

**Condition/Repairs:**
Home has broken windows and repairs that are needed from the driveway view. The value that is set will be based on the property in average condition on the interior, however from what I can see the estimated 8-10 thousand dollars

### PRICE OPINION

| Typical Market Time: | Quick Sale Price: | As Is Sale Price | As Is List Price | Repair Estimate | Quick Sale Repaired Price | Repaired Sale Price | Repaired List Price |
|---|---|---|---|---|---|---|---|
| 61-120 | $129,000 | $159,000 | $165,000 | $ | $129,000 | $159,000 | $165,000 |

### Pricing Strategy

Hard to tell the condition of this home with the damage from the exterior The damage was discovered by me walking up to the property to gain the photos needed for this report and getting a close up view

### QC Review

The subject is a 2 bed 2 bath property with 1660 SF of GLA. The subject was built in 1970. The photos provided by the agent show the home to be in below average condition with signs of deferred maintenance or needed repairs. The reviewer agrees with the agent's As-Is value of $159,000. The BPO sales and listings are considered the best indicators of the price for the subject.

**Broker's Signature**

*Sherman Ross*

**Date:** 04/13/2018

Sherman Ross

**Broker Fax**    **Broker Email**

**Broker Address:** 566 Lake St, Bristol, NH 03222

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained

This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

| Agent Comments | |
|---|---|
| Listing1, Listing2, Listing3, Sale2 and Sale3 Lot size variance is + or - 20% of the subject lot size. Please explain. | The properties used in this report are the best for this rural location for this timeframe |

Inspection Date: 04/13/2018   Address: 369-2 PHILBROOK RD, SANBORNTON, NH 03269   Order Number: 845312

Subject Photos


Subject Front


Subject Front Side 1


Subject Front Side 2


Subject Street Scene 1


Subject Street Scene 2


Subject Address verification

Inspection Date: 04/13/2018  Address: 162-2 PHILBROOK RD, SANBORNTON, NH 03269  Order Number: 845312


Subject Photos


Subject Street Sign


Subject Other
Description: damage


Subject Other
Description: damage

Inspection Date: 04/13/2018   Address: 309-2 PHILBROOK RD, SANBORNTON, NH 03269   Order Number: 845312

## Comp Photos


Sold Comp 1


Sold Comp 2


Sold Comp 3


Listing Comp 1


Listing Comp 2


Listing Comp 3



| | Subject | 0.00 Miles | 369-2 PHILBROOK RD, SANBORNTON, NH 03269 |
| --- | --- | --- | --- |
| | Listing 1 | 0.45 Miles | 9 Hill Rd, Tilton, NH 03276 |
| | Listing 2 | 6.03 Miles | 167 Weeks Rd, Sanbornton, NH 03269 |
| | Listing 3 | 3.55 Miles | 763 Sanborn Rd, Sanbornton, NH 03269 |
| | Sale 1 | 2.98 Miles | 185 Steele Hill Rd, Sanbornton, NH 03269 |
| | Sale 2 | 4.49 Miles | 22 Threshing Mill Rd, Sanbornton, NH 03226 |
| | Sale 3 | 4.74 Miles | 3 Moore St, Tilton, NH 03276 |