

**ROACH & LIN, P.C.**
Attorneys at Law
6901 Jericho Turnpike, Suite 240
Syosset, NY 11791

Telephone (516) 938-3100
Facsimile (516) 931-4403
www.roachlawfirm.com

March 25, 2019

Clerk's Office
The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**RE: Residential Capital, LLC, *et. al.*
Bk Case No. 12-12020 (MG) (Jointly Administered) Bk Case No. 12-12032
Withdrawal Of Motion For Relief From Automatic Stay**

Honorable and Dear Judge Glenn:

    This firm represents Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A ("Wilmington Savings Fund Society, FSB"), a secured creditor in the above-referenced bankruptcy proceeding.

    Please accept this letter as a formal withdrawal of the Motion for Relief from Automatic Stay, filed on March 6, 2019 ECF# [10621] on behalf of Wilmington Savings Fund Society, FSB.

    Thank you for your courtesy and cooperation herein.

Respectfully yours,

 /s/Tracy Schreiber-Banks
Tracy Schreiber-Banks

Encl.