UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re                                              :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]    :    Case No. 12-12020 (MG)
:
:    (Jointly Administered)
Debtors.                                   :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Sydney Reitzel, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On April 3, 2019, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties attached hereto as **Exhibit A**; and via First Class Mail upon the parties attached hereto as **Exhibit B** and **Exhibit C**:

- **Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a)** [Docket No. 10628]

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

B. Furthermore, on April 3, 2019, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the parties attached hereto as **Exhibit A**; and via First Class Mail upon the parties attached hereto as **Exhibit B** and **Exhibit D**:

- **Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a)** [Docket No. 10629]

Dated: April 5, 2019

_____
Sydney Reitzel

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of April, 2019, by Sydney Reitzel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

2

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Liquidating Trust and US Trustee Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Ofc US Trustee Southern District of New York | Tracy Hope Davis, Linda A. Riffkin & Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; |
| ResCap Liquidating Trust | Jill Horner & Paul Grande | Paul.Grande@rescapestate.com; Jill.Horner@rescapestate.com |

# **EXHIBIT B**

**Exhibit B**
**Liquidating Trust and US Trustee Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ofc US Trustee Southern District of New York | Tracy Hope Davis, Linda A. Riffkin & Brian S. Masumoto | 201 Varick St Ste 1006 | US Federal Ofc Bldg | New York | NY | 10006 |
| ResCap Liquidating Trust | Jill Horner & Paul Grande | 8400 Normandale Lake Blvd | Ste 920 | Bloomington | MN | 55437 |

# **EXHIBIT C**

**Exhibit C**
**Stipulation Counterparty Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | State | Zip | Country |
|---|---|---|---|---|---|---|
| Counsel for Carrington Mortgage Services, asServicer for Wilmington Savings FundSociety, FSB, as trustee for Upland MortgageLoan Trust A | Roach & Lin, P.C. | Tracy Schreiber Banks | 6901 Jericho Turnpike, Suite 240 | Syosset NY | 11791 | |

# **EXHIBIT D**

**Exhibit D**
**Stipulation Counterparty Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| DERYL SRYGLEY AND LINDA K. WISE-SRYGLEY | | 8001 COUNTY ROAD 6930 | LUBBOCK | TX | 79407-5731 |
| Ras Boriskin, LLC | Cleo F. Sharaf-Green | 900 Merchants Concourse | Westbury | NY | 11590 |

In re Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 1