**Linked Asset Recovery Service**
2101 Colorado Blvd., PO Box 51534
Denton, TX 76206
www.LinkedAsset.com
(940) 497-0829
Fax: (972) 236-0082

RECEIVED APR 0 9 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

April 5, 2019

To: Honorable Judge Martin Glenn;
Andrew D. Velez-Rivera, U.S. Trustee

Fr: Cynthia Rahimi, Linked Asset Recovery Service

Re: Recovery of Monies Due to the Bankruptcy Court

Dear Honorable Judge Martin Glenn and U.S. Trustee Andrew D. Velez-Rivera,

My name is Cynthia Rahimi with Linked Asset Recovery Service and I am an asset recovery specialist via court judgments. I have identified funds that is held by a County Court that is due to the Bankruptcy Court.

These funds are in the debtor's name of the Bankruptcy Case: 12-12020 and the bankruptcy court was not notified, as the county does not index Bankruptcy Court cases in their system. The funds I research are created by tax foreclosure overages, unclaimed probate, tax refunds, condemnation overages, court judgments, eminent domain payments, etc.

No claim has been made on the funds of **$517,382.08** as of this date because the County has been unable to find the claimant (the debtor), or because the debtor knows they cannot claim it without notifying the bankruptcy court.

I work on a contingency basis, relying on a referral fee of 18%, payable only if or when you are successful claiming the funds. I confirm the funds are still being held and cross reference the debtor information against the claimant due the funds from the County or State.

If you agree you must be willing to consider recovering these funds for the Bankruptcy Court, as time is of the essence. Please let me know, and I will pass on the information you need to make the claim.

| | |
|---|---|
| Lead Bankruptcy case: | 12-12020-mg |
| Lead BK Title: | Residential Capital, LLC |
| Lead BK Chapter: | 11 |
| Original Trustee: | Andrew D. Velez-Rivera, U.S. Trustee |
| Original Judge: | Judge Martin Glenn |
| | |
| BK Adversary Proceeding: | 14-07900-mg |
| Nature of Suit: | 14 Recovery of money/property |
| Debtor: | In re ResCap Liquidating Trust Mortgage Purchase Litigation |
| | |
| Case was Filed | 07/16/2014 |
| Date Terminated: | 11/27/2018 |
| Order Extending Date: | 12/03/2018 |
| Dated Extended Through: | 12/17/2019 - *"ORDER EXTENDING THE TERM OF THE RECAP LIQUIDATING TRUST"* |

Amount of monies held that the Bankruptcy Court can recover **$517,382.08**   (as of **04/04/2019 verification**)
Years monies were created:     2018
Verification Notes:  Case had no activity since September 2018 and there is no lead attorney referenced in the case file for the Defendant, a Debtor of BK Case file 12-12020-mg & 14-07900-mg

If you do not wish to claim the funds, please let me know. I can work with the debtor to recover them.

Respectfully,

*Cynthia Rahimi*

Cynthia Rahimi, Asset Recovery Specialist
Linked Asset Recovery Service
2101 Colorado Blvd., PO Box 51534
Denton, TX  76206
www.LinkedAsset.com
Office: (940) 497-0829
Fax: (972) 236-0082


Copy sent to via USPS:

Honorable Judge:    Martin Glenn
U.S. Bankruptcy Court Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 523
New York, NY  10004-1408


U.S. Trustee:    Andrew D. Velez-Rivera
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY  10014
(212) 510-0500
Email: andy.velez-rivera@usdoj.gov