**POLSINELLI**
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (212) 644-2090
Facsimile: (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTIFICATION BY RESCAP BORROWER CLAIMS TRUST OF CHANGE OF
BORROWER CLAIMS TRUSTEE AND DELAWARE TRUSTEE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PAT! A, LLC (2729); PAT! B, LLC (2937); PAT! Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

The ResCap Borrower Claims Trust (the "**Borrower Claims Trust**," "**Borrower Trust**," or "**Trust**"), as successor to the debtors and debtors in possession in the above-captioned cases (the "**Debtors**"), hereby submits this Notification of Change of the Borrower Claims Trustee and Delaware Trustee of the ResCap Borrower Claims Trust. On April 19, 2019 Peter S. Kravitz, Borrower Claims Trustee of the ResCap Borrower Claims Trust resigned as the Borrower Claims Trustee of the ResCap Borrower Claims Trust effective upon the acceptance of his successor. His successor, Roy Frederick Walters, accepted his appointment by the Trust Committee as the successor Borrower Claims Trustee on April 23, 2019. On April 18, 2019 Province East LLC resigned as the Delaware Trustee of the ResCap Borrower Claims Trust effective on the acceptance of its successor. Its successor, Polsinelli Fiduciary Services LLC, accepted its appointment by the successor Borrower Claims Trustee as the successor Delaware Trustee on April 23, 2019.

Dated:  April 23, 2019
        New York, New York

POLSINELLI

By: */s/ Daniel J. Flanigan*
    DANIEL J. FLANIGAN
    600 Third Avenue, 42nd Floor
    New York, New York 10016
    (212) 644-0199
    Fax No. (212) 684-0197
    dflanigan@polsinelli.com

*Counsel for Borrower Claims Trust*