# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                    Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

### DECLARATION OF MARK A. STRAUSS IN SUPPORT OF MOTION OF THE *ROTHSTEIN* PLAINTIFFS (CLAIM NOS. 4074 AND 3966) TO AUTHORIZE DISTRIBUTION OF THE NET SETTLEMENT FUND TO ELIGIBLE CLASS MEMBERS

1. I am a member of the law firm of Kirby McInerney LLP, the Court-appointed Class Counsel on behalf of the Rothstein Plaintiffs in the above-captioned action ("Action").[1]

2. I was actively involved in the prosecution of this case, am familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my close supervision and active participation in all material aspects of the Action.

3. I respectfully submit this declaration in support of Plaintiffs' Motion for an Order authorizing, *inter alia*, the distribution of the Net Settlement Fund established by the settlement of this Action to eligible Class Members.

4. The Borrowers Claims Trust caused the gross Settlement Amount to be wire-transferred to an escrow account maintained by Class Counsel at Citibank, N.A. consistent with the Stipulation. The Escrow Agent received the full Settlement Amount from the Borrower Claims Trust on or about November 13, 2018.

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement with Rothstein Plaintiffs, dated December 29, 2015 (the "Stipulation"), which is attached as Exhibit 1 to the Declaration of Mark A. Strauss dated January 11, 2016, and which was filed with the Court on January 11, 2016 [Doc. 9491-3].

2

     5.     Class Counsel caused the funds to be invested in money market mutual funds exclusively comprising investments secured by the full faith and credit of the United States.

     6.     Annexed as Exhibit A is a schedule of deposits and disbursements with respect to the Settlement Fund.

     7.     The balance of the Net Settlement Fund as of May 2, 2019 is $3,904,189.74.  The balance of the Net Settlement Fund continues to accrue daily interest.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3rd day of May 2019 in New York, New York.

                                                    /s/ *Mark A. Strauss*
                                                       Mark A. Strauss