# EXHIBIT A

# Rothstein Plaintiffs (Claim Nos. 4074 and 3966)
## Schedule of Class Settlement Fund as of May 2, 2019

|  |  | Total Distribution | 1st Distribution | 2nd Distribution |
|---|---|---|---|---|
| Amount Received |  | 6,253,088.00 | 5,640,000.00 | 613,088.00 |
| Notice Costs (Advanced by Settling Debtors) |  | 95,000.00 | 95,000.00 | - |
|  |  | 6,348,088.00 | 5,735,000.00 | 613,088.00 |
| Attorney Fees | 35% | (2,221,830.80) | (2,007,250.00) | (214,580.80) |
| Notice Costs (reimbursed) |  | (95,000.00) | (95,000.00) | - |
| Attorney Expenses Approved By Court |  | (226,938.29) | (226,938.29) | - |
| Subtotal |  | 3,804,318.91 | 3,405,811.71 | 398,507.20 |
| Incentive Awards (4 @ $2,500) |  | (10,000.00) |  |  |
| Escrow Fee to Bank |  | (2,500.00) |  |  |
| Interest (1/3/17-5/1/19) |  | 112,370.83 |  |  |
| Balance To Class |  | 3,904,189.74 |  |  |