**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered<br><br>Objection Date: May 21, 2019 @ 4:00 pm. (ET)<br>Hearing Date: May 28, 2019 @ 11:00 am. (ET) |

**CEDRTIFICATE OF SERVICE**

　　　I, MARK A. STRAUSS, hereby certify that on the 3rd day of May, 2019, I caused a true and correct copy of the foregoing (i) Motion and Incorporated Memorandum of Law of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) to Authorize Distribution of the Net Settlement Fund to Eligible Class Members, (ii) Declaration of Mark A. Strauss in Support of Motion of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) to Authorize Distribution of the Net Settlement Fund to Eligible Class Members, (iii) Declaration of Jay Geraci on Behalf of KCC Class Action Services LLC Re: Support of Plaintiffs' Motion for Approval of Distribution of the Net Settlement Fund to Eligible Class Members, and (iv) [Proposed] Order Authorizing Distribution of the Net Settlement Fund in the Rothstein Class Action Settlement (Claim Nos. 4074 and 3966), and Providing for Notice, to be served upon the persons listed below (on the attached service list), and Providing For Notice, in the manner indicated and all other parties registered for service by ECF/CME filing.

　　　　　　　　　　　　　　　　　　By:　/s/ Mark A. Strauss
　　　　　　　　　　　　　　　　　　　　　Mark A. Strauss

## SERVICE LIST

**VIA POSTAGE PRE-PAID FIRST CLASS US MAIL**

Ross E. Morrison, Esq.
Robyn C. Quattrone, Esq.
Katherine L. Halliday, Esq.
BUCKLEY SANDLER LLP
1133 Avenue of the Americas
New York, NY  10036
Telephone:  212-600-2400
Facsimile:   212-600-2405
Email:  rmorrison@buckleysandler.com
            rquattrone@buckleysandler.com
            khalliday@buckleysnadler.com

*Counsel for Balboa Insurance Company; Meritplan Insurance Company; and Newport Management Corporation*

Richard G. Haddad, Esq.
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, PC.
230 Park Avenue
New York, NY  10169-0075
Telephone:  212-661-9100
Facsimile:   212-682-6104
Email:  rhaddad@otterbourg.com

*Counsel for Ally Financial, Inc. and Ally Bank*

**VIA EMAIL**

Norman S. Rosenbaum, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Telephone:  212-468-8000
Facsimile:   212-468-7900
Email:  nrosenbaum@mofo.com

*Counsel for GMAC Mortgage, LLC; Residential Capital, LLC; the Borrower Claims Trust; and the Trustee for the Borrower Claims Trust*

**BY HAND**

The Honorable Martin Glenn
UNITED STATES BANKRUPTCY COURT
Courtroom 501
One Bowling Green
New York, NY  10004
Telephone:  212-284-4551

William K. Harrington, Esq.
UNITED STATES TRUSTEE OF THE OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014
Telephone:  212-510-0500
Facsimile:   212-668-2256