**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON MAY 28, 2019 at 11:00 am (ET)**

**LOCATION:** **UNITED STATES BANKRUPTCY COURT FOR THE Southern District of New York, Alexander Hamilton Custom House, Courtroom 523, One Bowling Green, New York, New York 10004-1408,**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

1. Motion and Incorporated Memorandum of Law of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) to Authorize Distribution of the Net Settlement Fund to Eligible Class Members [D.I. 10634]

    **Related Documents:**

    1. Declaration of Mark A. Strauss in Support of Motion of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) to Authorize Distribution of the Net Settlement Fund to Eligible Class Members and accompanying exhibit;
    2. Declaration of Jay Geraci on Behalf of KCC Class Action Services LLC Re: Support of Plaintiffs' Motion for Approval of Distribution of the Net Settlement Fund to Eligible Class Members and accompanying exhibits;
    3. [Proposed] Order Authorizing Distribution of the Net Settlement Fund in the Rothstein Class Action Settlement (Claim Nos. 4074 and 3966);
    4. Notice of Motion of the Rothstein Plaintiffs (Claim Nos. 4074 and 3966) to Authorize Distribution of the Net Settlement Fund to Eligible Class Members; and
    5. Certificate of Service.
    6. Certificate of No Objection [D.I. 10638]

    Response Deadline:     May 21, 2019 at 4:00 pm

    Response(s) Received:     None

    Status:     A Certificate of No Objection has been filed, the hearing will go forward only if the Court requires.

|  |  |
|---|---|
| Dated: May 23, 2019<br>New York, NY | Respectfully submitted,<br><br>**KIRBY McINERNEY LLP**<br><br>By: /s/ *Mark A. Strauss*<br>Mark A. Strauss<br>250 Park Avenue, Suite 820<br>New York, NY 10177<br>Tel: (212) 371-6600<br>Fax: (212) 751-2540<br>Attorneys for Rothstein Plaintiffs |