**Status Conference Date and Time: June 24, 2019 at 2:00 p.m. (Prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

----------------------------------------------------------

**NOTICE OF STATUS CONFERENCE TO BE HELD ON**
**<u>JUNE 24, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)</u>**

PLEASE TAKE NOTICE that a status conference will be held on June 24, 2019

at 2:00 p.m. (Prevailing Eastern Time) before the Honorable Martin Glenn at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, Room 523, New York, New York 10004.

Dated:  June 17, 2019
       New York, New York

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      /s/ Joseph A. Shifer
                                      Kenneth H. Eckstein
                                      Douglas H. Mannal
                                      Joseph A. Shifer
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 715-9100
                                      Facsimile: (212) 715-8000

                                      *Counsel for the ResCap Liquidating Trust*