KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | (Jointly Administered) |

------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR STATUS CONFERENCE**
**TO BE HELD ON JUNE 24, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Location of Hearing:   The Honorable Judge Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 523
New York, New York 10004

**MATTER GOING FORWARD**

1.   Status Conference

Related Documents:  Nineteenth Post-Confirmation Status Report of the ResCap Liquidating Trust [Dkt. No. 10635]

Response Deadline:   N/A

Responses Received:  N/A

Status:  This matter is going forward.

Dated: June 20, 2019
      New York, New York

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        /s/ Joseph A. Shifer
                                        Kenneth H. Eckstein
                                        Douglas H. Mannal
                                        Joseph A. Shifer
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone: (212) 715-9100
                                        Facsimile: (212) 715-8000

                                        *Counsel for the ResCap Liquidating Trust*