**EXHIBIT 2**

| Address | City | State | Zip |
|---|---|---|---|
| 18318 MASONIC | FRASER | Prop State | 48026 |
| 228 STEVENS STREET | PHILADELPHIA | PA | 19111 |
| 194 COTTAGE ST | ATHOL | MA | 01331 |
| 161 WINDY LN | LONGVIEW | TX | 75602 |
| 5505 RONDONIA CIR | LAS VEGAS | NV | 89120 |
| 1404 53RD ST | KENOSHA | WI | 53140 |
| 10 LOOMIS TERRANCE | PHOENIX | NY | 13135 |
| 1108 MAIN ST | GEORGETOWN | CO | 80444 |
| 6920 EBENEZER RD | BALTIMORE | MD | 21220 |
| 402 E 42ND ST | PATERSON | NJ | 07504 |
| 572 W BROADWAY | GARDNER | MA | 01440 |
| 17 Clyde Street | Fort Plain | NY | 13339 |
| 70 HALL ST | PROVIDENCE | RI | 02904 |
| 549 PARUM RD | COLCHESTER | CT | 06415 |
| 1834 W DEAVER RD | COLUMBUS | IN | 47201 |
| 11152 S ALBANY AVE | CHICAGO | IL | 60655 |
| 296 MAIN ST | SCITUATE | RI | 02831 |
| 4501 AIRLINE BLVD | CHESAPEAKE | VA | 23321 |
| 51 PLEASANTVIEW AVE | BRISTOL | CT | 06010 |
| 411 COUNTY RD 282 | SARGENT | TX | 77414 |
| 1235 MOOSEHEAD TRAIL | DIXMONT | ME | 4932 |
| 1220 25TH AVE N | MINNEAPOLIS | MN | 55411 |
| 709 E CR 227 #1 | ORANGE GROVE | TX | 78372 |
| 14109 S WABASH AVENUE | RIVERDALE | IL | 60827 |
| 1344 SKYVIEW RD | SALEM | VA | 24153 |
| 487 EAST BETHEL ROAD | BETHEL | ME | 4217 |
| 423 LATHAM LN | RHOME | TX | 76078 |
| 21507 180TH AVE | JIM FALLS | WI | 54748 |
| 2259B COUNTY ROAD 313 | GLEN ROSE | TX | 76043 |
| 947 MUSKEGON AVE NW | GRAND RAPIDS | MI | 49504 |
| 135 DELOACH STREET | BRUNSWICK | GA | 31520-2506 |
| 3170 BENSON DR | JACKSON | MS | 39212 |
| 1808 3RD ST | EAST MOLINE | IL | 61244 |
| 25 EVANS AVE | EAST HARTFORD | CT | 06118 |
| 12738 S 401 W AVE | BRISTOW | OK | 74010 |
| 1028 MONTEREY CT | UNIVERSITY PARK | IL | 60466 |
| 0104 STATE ROAD 1 | HAMILTON | IN | 46742-0000 |
| 316 N ST | FEEDING HILLS | MA | 01030 |
| 48 N LATROBE AVE | CHICAGO | IL | 60644 |
| 6715 S BISHOP ST | CHICAGO | IL | 60636 |
| 4315 W VAN BUREN ST | CHICAGO | IL | 60624 |
| 1565 BROOKS LN | KAUFMAN | TX | 75142 |
| 518 E N AVE | BALTIMORE | MD | 21202 |
| 351 BIG SALTY DR | SPRINGTOWN | TX | 76082 |

| Address | City | State | Zip |
|---|---|---|---|
| 2027 DEERFIELD RD | WATER MILL | NY | 11976 |
| 6850 SW 2 TERRACE | MIAMI | FL | 33144 |
| 651 SW 120TH ST | SEATTLE | WA | 98146 |
| 121-36 BENTON ST | SPRINGFIELD GARDENS | NY | 11413 |
| 1500 E 71ST ST | CHICAGO | IL | 60619 |
| 181B 1ST ST | PERTH AMBOY | NJ | 08861 |
| 614 N LECLAIRE AVE | CHICAGO | IL | 60644 |
| 5027 W HURON ST | CHICAGO | IL | 60644 |
| 815 CARLSON RD | SNOHOMISH | WA | 98290 |
| 5064 PINE BERRY RD | MILTON | FL | 32583 |
| 50 TERRACE AVE | PROVIDENCE | RI | 02909 |
| 8801 S ADA ST | CHICAGO | IL | 60620 |
| 2635 APPLE ST | BUNNELL | FL | 32110 |
| 4608 S HONORE | CHICAGO | IL | 60609 |
| 2253 N ST JAMES PKWY | CLEVELAND | OH | 44106 |
| 6 BALSAMWOOD AVE | BILLERICA | MA | 01821 |
| 474 CARRINGTON AVE | WOONSOCKET | RI | 02895 |
| 546 E END AVE | HILLSIDE | IL | 60162 |
| 3343 OLD ELK NECK RD | ELKTON | MD | 21921 |
| 6284 ORO-BANGOR HIGHWAY | OROVILLE | CA | 95966 |
| 5120 ARDMORE WAY | BALTIMORE | MD | 21206 |
| 1760 ROCK SPRINGS RD | WRIGHT CITY | MO | 63390 |
| 9898 C DAUPHIN ISLAND PKWY S | THEODORE | AL | 36582 |
| 1586 LEE RD 34 | OPELIKA | AL | 36804 |
| 520 BREEDLOVE ROAD | MICHIGAN CITY | MS | 38647 |