UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re                                                            Case No. 12-12020 (MG)

**RESIDENTIAL CAPITAL, LLC,** *et al.*,              (Chapter 11)

                                   Debtors.           Jointly Administered

-------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

        **PLEASE TAKE NOTICE** that Andrew D. Velez-Rivera hereby withdraws his appearance

on behalf of the United States Trustee for Region 2 in the above-captioned cases.

        **PLEASE TAKE FURTHER NOTICE** that service of pleadings and notices in these cases,

including CM/ECF electronic notification upon the undersigned, should be discontinued.

Dated: New York, New York
        August 16, 2019

                                   WILLIAM K. HARRINGTON
                                   UNITED STATES TRUSTEE

                        **By:**    /s/ *Andrew D. Velez-Rivera*
                                   Trial Attorney
                                   U.S. Federal Building
                                   201 Varick Street, Suite 1006
                                   New York, New York 10014
                                   Tel. No. (212) 510-0500

1