KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION**
**OF THE RESCAP LIQUIDATING TRUST FOR ENTRY OF AN**
**ORDER APPROVING THE DESTRUCTION OF OBSOLETE RECORDS**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the ResCap Liquidating Trust for Entry of an Order Approving the Destruction of Obsolete Records* [Docket No. 10661], previously scheduled to be heard on **September 26, 2019 at 3:00 p.m**. **(prevailing Eastern Time)**, has been adjourned at the direction of the Court to **October 2, 2019 at 2:00 p.m. (prevailing Eastern Time)**.  The hearing will be held before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 523, New York, New York 10004.

Dated:    September 10, 2019
          New York, New York

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              /s/ *Joseph A. Shifer*
                              Kenneth H. Eckstein
                              Douglas H. Mannal
                              Joseph A. Shifer
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 715-9100
                              Facsimile:  (212) 715-8000

                              *Counsel for the ResCap Liquidating Trust*