KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
TO BE HELD ON OCTOBER 2, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Location of Hearing:  The Honorable Judge Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 523
New York, New York 10004

**MATTER GOING FORWARD**

1. Motion of the ResCap Liquidating Trust for Entry of an Order Approving the Destruction of Obsolete Records [Dkt. No. 10661]

   Related Documents:

   A. Notice of Adjournment of Hearing on the Motion of the ResCap Liquidating Trust for Entry of an Order Approving the Destruction of Obsolete Records [Dkt. No. 10662]

   Response Deadline:   September 16, 2019 at 4:00 p.m.

   Responses Received:  N/A

12-12020-mg    Doc 10665    Filed 09/27/19    Entered 09/27/19 15:15:29    Main Document
                                          Pg 2 of 2

<u>Status</u>:  This matter is going forward.

Dated: September 27, 2019
      New York, New York

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              /s/ *Joseph A. Shifer*
                              Kenneth H. Eckstein
                              Douglas H. Mannal
                              Joseph A. Shifer
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Telephone: (212) 715-9100
                              Facsimile: (212) 715-8000

                              *Counsel for the ResCap Liquidating Trust*