KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR OCTOBER 2, 2019 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that on September 6, 2019, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *Motion of the ResCap Liquidating Trust for Entry of an Order Approving the Destruction of Obsolete Records* [Dkt. No. 10661] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2019, the Court entered the *Order Approving the Destruction of Obsolete Records* [Dkt. No. 10666]. Accordingly, the hearing on the Motion previously scheduled for October 2, 2019 at 2:00 p.m. (Prevailing Eastern Time) is cancelled.

Dated: October 2, 2019
New York, New York

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Joseph A. Shifer
        Kenneth H. Eckstein
        Douglas H. Mannal
        Joseph A. Shifer
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Counsel for the ResCap Liquidating Trust*