KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR NOVEMBER 25, 2019 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that on November 7, 2019, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *Motion for an Order Extending the Term of the ResCap Liquidating Trust* [Dkt. No. 10670] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on November 21, 2019, the Court entered the *Order Extending the Term of the ResCap Liquidating Trust* [Dkt. No. 10676].  Accordingly, the hearing on the Motion previously scheduled for November 25, 2019 at 10:00 a.m. (Prevailing Eastern Time) is cancelled.

Dated: November 21, 2019
      New York, New York

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                /s/ Joseph A. Shifer
                Kenneth H. Eckstein
                Douglas H. Mannal
                Joseph A. Shifer
                1177 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 715-9100
                Facsimile:  (212) 715-8000

                *Counsel for the ResCap Liquidating Trust*