# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **RESIDENTIAL CAPITAL, LLC, et al** | ) | **Case No. 12-12020(MG)** |
| | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## DECLARATION OF JILL HORNER

I, Jill Horner, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1.    I serve as the Chief Financial Officer for the ResCap Liquidating Trust (the "**Liquidating Trust**"), and from May 2013 to December 17, 2013, I served as Chief Finance Executive for Residential Capital, LLC and its debtor-affiliates (collectively "**ResCap**"), as the debtors and debtors in possession in the Chapter 11 Cases (collectively, the "**Debtors**"). I have been employed by affiliates of ResCap since 2000, originally as the Manager of Financial Planning and Analysis for Residential Capital Group, a managerial division under Residential Funding Company, LLC. I became a Senior Finance Officer for Originations on or around 2003 and expanded my role to include Financial Servicing Operations on or around 2007, a position I held until 2010, when I became interim Senior Financial Officer for the International Business Group. In 2011, I became the ResCap Senior Director for Financial Planning and Analysis, a position I held until I became the Chief Finance Executive.

2.    In my role as Chief Finance Executive at ResCap, I was responsible for, among other things, operational accounting, financial forecasting and analytics, accounts

payable processing, tax and treasury matters, including cash forecasting and cash management. In my current position as Chief Financial Officer to the Liquidating Trust, among my other duties, I continue to assist the Trust in connection with the claims reconciliation process.  I am authorized to submit this declaration in support of *The Rescap Borrower Claims Trust's Objection to Andrew Shaddock's Motion to Accept Proof of Claim Late and Herewith.*

3.    Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' and Liquidating Trust's operations and finances, information learned from my review of the Debtors' and Liquidating Trust's litigation case files, books and records, as well as other relevant documents, and information I have received through my discussions with other members of the Debtors' and Liquidating Trust management or other employees, professionals and consultant of the Debtors and the Liquidating Trust, and/or Kurtzman Carson Consultants LLC ("**KCC**"), the Debtors' notice and claims agent, or my opinion based upon my experience, expertise, and knowledge of the Debtors' and Liquidating Trust's litigation matters, financial condition and history.

4.    In making these statements based on my review of the Debtors' and Liquidating Trust's litigation case files, books and records, relevant documents, and other information prepared or collected by the Debtors' and Liquidating Trust's employees, consultants or counsel, I have relied upon these employees, consultants, and counsel accurately recording, preparing, collecting, or verifying any such documentation and other information. If I were called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

5.    I have reviewed the Debtor's loan file of Andrew R. Shaddock's property located at 45 Middlesex, Springfield, Massachusetts 01109 (the "Loan File").  The Loan File lists 1106 Main St., Holyoke, Massachusetts 01040 as the mailing address for Mr. Shaddock.  Attached hereto is Ex. 1-A, which is a true and accurate copy of the excerpt from the loan file reflecting Movant's mailing address.

I, Jill Horner, declare and verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


_____January 31, 2020_____
Date

_____Jill Horner_____
Jill Horner

EXHIBIT 1-A

## Loan History

Date Data as-of: July 18, 2012

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| 0602158571 | ANDREW R SHADDOCK | | 45 MIDDLESEX STREET | 1106 MAIN ST |
| | | | SPRINGFIELD | HOLYOKE |
| | | | MA | MA |
| | | | 01109 | 01040 |

**Investor Info**

| | |
|---|---|
| Investor Acct No - Prim | 533905575 |
| Investor Number | 50150 |
| Investor Name Full | GMAC MORTGAGE |
| Investor Id | |

**Previous Servicer Info**

| | |
|---|---|
| Previous Account Number | AF0048656958 |
| Seller Company Name | FAMILY CHOICE MORTGAGE CORPORATION |

**Loan Info**

| | |
|---|---|
| Arm Flag | N |
| Loan Type | Conventional |
| Lien Position | 01 |
| Interest Rate | 6.875% |
| Collection Status | REO |

**Dates**

| | |
|---|---|
| Int Collected To | 01/01/2011 |
| Next Due | 02/01/2011 |
| Last Payment | 03/07/2011 |
| Last Activity | 07/13/2012 |
| Setup Date | 10/17/2008 |
| Maturity Date | 11/01/2038 |

**Current Balances**

| | |
|---|---|
| Principal | $89,340.26 |
| Escrow | ($513.92) |
| Unapplied | $0.00 |
| Buydown | $0.00 |

**Uncollected**

| | |
|---|---|
| Late Charges | $0.00 |
| Interest | $0.00 |
| Fees | ($12,652.73) |
| Opt | $0.00 |

**Year-To-Date**

| | |
|---|---|
| Interest | $0.00 |
| Taxes | $0.00 |

**Financial**

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0602158571 | 07/13/2012 | 01/01/2011 | $0.00 | Write-Off | 040 | WFF | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/12/2012 | 01/01/2011 | $0.00 | FEE | 040 | FB | $4,422.32 | $0.00 | $0.00 | $0.00 | $4,422.32 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/12/2012 | 01/01/2011 | $0.00 | FEE | 040 | FR | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/12/2012 | 01/01/2011 | $0.00 | FEE | 056 | FP | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/12/2012 | 01/01/2011 | $0.00 | FEE | 096 | FP | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/10/2012 | 01/01/2011 | $0.00 | FEE | 040 | FE | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/10/2012 | 01/01/2011 | $0.00 | FEE | 096 | FP | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/06/2012 | 01/01/2011 | $89,340.26 | Escrow Disb-REO Fire | | E23 | ($73.00) | $0.00 | $0.00 | ($73.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/06/2012 | 01/01/2011 | $0.00 | FEE | 040 | FB | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 07/02/2012 | 01/01/2011 | $0.00 | FEE | 040 | FB | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 06/08/2012 | 01/01/2011 | $0.00 | FEE | 040 | FB | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | $0.00 | $0.00 | $0.00 |
| 0602158571 | 06/06/2012 | 01/01/2011 | $89,340.26 | Escrow Disb-REO Fire | | E23 | ($73.00) | $0.00 | $0.00 | ($73.00) | $0.00 | $0.00 | $0.00 | $0.00 |