**POLSINELLI**
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>**RESIDENTIAL CAPITAL, LLC, et al** [1]<br><br>Debtors. | Case No. 12-12020(MG)<br><br>**Chapter 11**<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| **STATE OF MISSOURI** | )<br>) SS.<br>) |
| **COUNTY OF JACKSON** | |

Joanne M. Haake, being duly sworn, hereby certifies and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFCGSAP Servicer Advance, LLC (0289)

I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Walters Renwick Richards Skeens & Vaughan, P.C., having offices at 1100 Main Street, Suite 2500, Kansas City, Missouri 64105.

On the 6th day of February 2020, a true and correct copy of

- *The ResCap Borrower Claims Trust's Objection to Andrew Shaddock's Motion to Accept Proof of Claim Late and Herewith with Exhibits 1 and 2* (Docket No. 10680)

was served via First Class United States mail, postage prepaid to Andrew R. Shaddock at three (3) different addresses:

1) 45 Middlesex Street, Springfield, MA 01109 – the address Debtors' records identify as the property address for Movant,

2) 1106 Main Street, Holyoke, MA 01040 – the address Debtors' records identify as the Mailing Address for Movant, and

3) 276 Longhill Street, Springfield, MA 01108 – the address Movant listed on the Proof of Claim attached to his Motion to Accept Proof of Claim Late and Herewith (Docket 10679) at page 23 of 26.

I, Joanne M. Haake, declare under penalty of perjury that the foregoing is true and correct.

_____
Joanne M. Haake

On this 7th day of February, 2020, before me personally appeared Joanne M. Haake, to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public