**POLSINELLI**
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | |
| RESIDENTIAL CAPITAL, LLC, et al [1] ) | Case No. 12-12020(MG) |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

**STATE OF MISSOURI** )
                     ) SS.
**COUNTY OF JACKSON** )

Joanne M. Haake, being duly sworn, hereby certifies and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFCGSAP Servicer Advance, LLC (0289)

I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Walters Renwick Richards Skeens & Vaughan, P.C., having offices at 1100 Main Street, Suite 2500, Kansas City, Missouri 64105.

On the 12th day of March 2020, a true and correct copy of

- *Memorandum Opinion and Order Denying Request for Leave to Permit Late-Filed Proof of Claim of Andrew Shaddock* (Docket No. 10682)

was served via First Class United States mail, postage prepaid to Andrew R. Shaddock at the following address of Andrew Shaddock to which our office has not received returned mail:

1) 276 Longhill Street, Springfield, MA 01108 – the address Movant listed on the Proof of Claim attached to his Motion to Accept Proof of Claim Late and Herewith (Docket 10679) at page 23 of 26.

On February 6, 2020 I mailed the other documents to Mr. Shaddock at the above address and the other 2 addresses listed below. On the 20th day of February 2020, our office received from the U. S. Post Office two (2) envelopes addressed to Andrew Shaddock at the following two (2) addresses of Andrew Shaddock as returned undeliverable mail:

2) 45 Middlesex Street, Springfield, MA 01109 – the address Debtors' records identify as the property address for Movant. The U.S. Post Office label affixed to the returned envelope states: "Return to Sender, Attempted Not Know, Unable to Forward" See Exhibit 1.

3) 1106 Main Street, Holyoke, MA 01040 – the address Debtors' records identify as the Mailing Address for Movant. The U.S. Post Office label affixed to the returned envelope states: "Return to Sender, Attempted Not Know, Unable to Forward" See Exhibit 2.

I, Joanne M. Haake, declare under penalty of perjury that the foregoing is true and correct.

*Joanne M. Haake*
Joanne M. Haake

On this 12th day of March, 2020, before me personally appeared Joanne M. Haake, to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.



*Melissa R. Williamson*
Notary Public

Exhibit 1

Andrew R. Shaddock
45 Middlesex Street
Springfield, MA 01109



NIXIE        061    7E 1        0202/13/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 06060N04417301063

RECEIVED FEB 20 2020

UNITED STATES POSTAGE
PITNEY BOWES
$ 002.00⁰
02 1P    0000889139
MAILED FROM ZIP CODE 64105    FEB 06 2020

**Exhibit 2**

UNKNOWN

Andrew R. Shaddock
1106 Main Street
Holyoke, MA 01040



RECEIVED
FEB 20 2020



NIXIE        061    7E 1              0202/13/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 64105519325              0960N044153-01559



UNITED STATES POSTAGE
$002.00⁰
02 1P
00008913 9    FEB 06 2020
MAILED FROM ZIP CODE 64105
PITNEY BOWES