UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 5/13/2020 |

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, et al.,

                Appellants,    20-cv-1645 (LJL)

    -v-    ORDER

ROWENA DRENNEN, FLORA GASKIN, ROGER
TURNER, CHRISTIE TURNER, JOHN PICARD and
REBECCA PICARD, individually and as the
representatives of the KESSLER SETTLEMENT
CLASS,

STEVEN MITCHELL and RUTH MITCHELL,
individually and as the representatives of the MITCHELL
SETTLEMENT CLASS, and

RESCAP LIQUIDATING TRUST,

                Appellees.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        On April 10, 2020, the Court issued an opinion and order denying the motion for leave to appeal an interlocutory order from the Memorandum of Decision of Hon. Sean H. Lane dated December 27, 2019 and entered January 14, 2020.  *See* Dkt. No. 8.

        The Clerk of Court is respectfully directed to close the case.

        SO ORDERED.

Dated: May 13, 2020    _____
       New York, New York    LEWIS J. LIMAN
                                                                 United States District Judge