# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>                      Debtors.<br><br>ROWENA DRENNEN, individually and as representative of the *KESSLER* SETTLEMENT CLASS, *et al.*,<br>                      Plaintiffs,<br>                      -vs-<br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.<br>                      Defendants. | Chapter 11<br><br>Case No. 12-12020<br><br>Jointly Administered<br><br>Adv. Proc. No. 15-01025 (SHL) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Harry Lee, request admission, ***pro hac vice***, before the Honorable Robert E. Grossman, to represent Clarendon National Insurance Company, a Defendant in the above referenced adversarial proceeding.

***I certify that I am a member in good standing*** of the bars in the State of Maryland and the District of Columbia as well as the following Courts:

| Admitted to: | Date: |
|---|---|
| Supreme Court of the United States of America | 04-16-1990 |
| US Court of Appeals for the Federal Circuit | 05-13-1991 |
| US Court of Appeals for the District of Columbia Circuit | 10-01-1992 |
| US Court of Appeals for the Second Circuit | 08-29-1997 |
| US Court of Appeals for the Fourth Circuit | 08-25-1993 |
| US Court of Appeals for the Sixth Circuit | 03-28-2000 |
| US Court of Appeals for the Seventh Circuit | 03-14-1997 |

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 8, 2020

                                         Respectfully submitted,

By: /s/ Harry Lee
**STEPTOE & JOHNSON LLP**
Harry Lee, Esq. (pro hac vice pending)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8112
hlee@steptoe.com