# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG) |
| ROWENA DRENNEN, individually and as representative of the *KESSLER* SETTLEMENT CLASS, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　*-vs-*<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.<br><br>　　　　　　　　　　Defendants. | Jointly Administered<br><br>Adv. Proc. No. 15-01025 (RG) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Harry Lee, to be admitted, ***pro hac vice***, to represent Clarendon National Insurance Company ("Client"), a Defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Maryland and the District of Columbia, as well as the following courts:

| Admitted to: | Date: |
|---|---|
| Supreme Court of the United States of America | 04-16-1990 |
| US Court of Appeals for the Federal Circuit | 05-13-1991 |
| US Court of Appeals for the District of Columbia Circuit | 10-01-1992 |
| US Court of Appeals for the Second Circuit | 08-29-1997 |
| US Court of Appeals for the Fourth Circuit | 08-25-1993 |
| US Court of Appeals for the Sixth Circuit | 03-28-2000 |
| US Court of Appeals for the Seventh Circuit | 03-14-1997 |

it is hereby

ORDERED, that Harry Lee, Esquire, is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated**:  June 23, 2020**

/s/Martin Glenn
**UNITED STATES BANKRUPTCY COURT**
