UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    Chapter 11

    RESIDENTIAL CAPITAL, LLC,                        Case No. 12-12020 (MG)


    Debtor.
-----------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    PLEASE TAKE NOTICE THAT Wenig Saltiel LLP hereby withdraws their appearance in the above-captioned case on behalf of MED&G Group LP.


Dated: August 10, 2020
    Brooklyn, New York

    Respectfully submitted,

    ___/s/ Jeffrey Saltiel
    Jeffrey Saltiel, Esq.
    WENIG SALTIEL LLP
    26 Court Street, Suite 1200
    Brooklyn, New York 11242
    (718) 797-5700