# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC,<br><br>    DEBTOR<br><br><br>ROWENA DRENNEN, individually and as representative,<br><br>    Plaintiff,<br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, et al.<br><br>    Defendants. | CASE NO. 12-12020<br><br><br><br><br><br>Adversary Proceeding No. 15-01025 |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

**PLEASE TAKE NOTICE** that the attorney listed below hereby withdraws his appearance in the above-captioned cases and request that service of all pleadings and notices, including CM/ECF electronic notification be discontinued and all names and contact information be removed from the appropriate service lists.

Jason A. Nagi<br>
Polsinelli PC<br>
600 Third Avenue, 42nd Floor<br>
New York, NY 10016<br>
Email/ECF:<br>
jnagi@polsinelli.com

Dated: September 14, 2020    Respectfully submitted,

**POLSINELLI PC**

*/s/ Jason A. Nagi*
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, NY  10016
(212) 644-2092
Email/ECF: jnagi@polsinelli.com