Hearing Date: December 8, 2020 at 10:00 a.m. (ET)
Objection Deadline: November 24, 2020 at 5:00 p.m. (ET)

POLSINELLI
Daniel J. Flanigan
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (212) 684-0199
dflanigan@polsinelli.com

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF THIRD MOTION FOR ORDER EXTENDING THE TERM OF THE RESCAP BORROWER CLAIMS TRUST**

**PLEASE TAKE NOTICE** that the undersigned has filed its *Third Motion for Order Extending the Term of the ResCap Borrower Claims Trust* (Docket No. 10694) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing on the Motion will take place on **December 8, 2020, at 10:00 a.m. (prevailing Eastern Time)** using the service of CourtSolutions, before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 523 (the "**Bankruptcy Court**").**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the

Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **November 24, 2020 at 5:00 p.m. (Prevailing Eastern Time)**, upon (a) the Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 100041408; (b) Polsinelli, 600 Third Avenue, 42nd Floor, New York, NY 10016 (Attention: Daniel J. Flanigan), as counsel to the ResCap Borrower Claims Trust; (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (d) The ResCap Liquidating Trust, Jill Horner (Jill.Horner@rescapestate.com) and ResCap Liquidating Trust Chief Treasury Director Paul Grande (paul.grande@rescapestate.com).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

Dated: New York, New York
November 10, 2020

                                                  POLSINELLI

                                                  By: */s/ Daniel J. Flanigan*
                                                      Daniel J. Flanigan
                                                      600 Third Avenue, 42nd Floor
                                                      New York, New York 10016
                                                      (212) 684-0199
                                                      Fax No. (212) 684-0197
                                                      dflanigan@polsinelli.com

                                                *Counsel for Borrower Claims Trust*