POLSINELLI
Daniel J. Flanigan, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199
dflanigan@polsinelli.com

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF SERVICE**

Trista J. Backus, being duly sworn, hereby declares as follows:

I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Polsinelli, having offices at 600 Third Avenue, 42nd Floor, New York, New York 10016, and at 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112.

Pursuant to the Order dated May 23, 2012, establishing notice, case management and administrative procedures (Docket No. 141), on the 9th day of November, 2020, a true and correct copy of the *Notice of Third Motion for Order Extending the Term of the ResCap Borrower Claims Trust* (Docket No. 10694) was served by electronic mail to the Special Service List on the attached **Exhibit A**, and served by First-Class United States mail, postage prepaid, to the Master Service List and interested parties listed on the attached **Exhibit B**.

On the 12th day of November, 2020, a true and correct copy of the *Amended Notice of Third Motion for Order Extending the Term of the ResCap Borrower Claims Trust* (Docket No. 10695)

was served by U.S. Mail to the parties listed on Exhibit B, and served by electronic mail on the 13th day of November, 2020, to the parties listed on Exhibit A

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2020

*/s/ Trista J. Backus*
Trista J. Backus, Paralegal

# EXHIBIT A

**Special Service List**

andrea.hartley@akerman.com; susan.balaschak@akerman.com; golden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; jarnold@aldridgepite.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; pccb_investigations@yahoo.com; john.stern@texasattorneygeneral.gov; petriea@ballardspahr.com; wallaces@ballardspahr.com; Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; ryan.philp@bgllp.com; stan.chelney@bgllp.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; pbustos@bustosassociates.com; dfiveson@bffmlaw.com; jmhall@bffmlaw.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; lenbennett@clalegal.com; srotkis@c1alegal.com; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; karam@legalpundit.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; blmessinger@duanemorris.com; uncadunc1@aol.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; ksheehan@flwlaw.com; gary.kaplan@friedfrank.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; DFeldman@gibsondunn.com; JWeisser@gibsondunn.com; theodore.w.tozer@hud.gov; kstadler@gklaw.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; brian@gmcnjlaw.com; bnoren@hinshawlaw.com; skraus@hinshawlaw.com; bnoren@hinshawlaw.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; reriksen1@gmail.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; kgcully@kgcully.com; kdwbankruptcydepartment@kelleydrye.com;

75420396.1

eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; judson.brown@kirkland.com; richard.cieri@kirkland.com; justin.bernbrock@kirkland.com; ray.schrock@weil.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; tklestadt@klestadt.com; jcorneau@klestadt.com; sdny@kmk-law.net; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; jleibowitz@kandfllp.com; rescapinfo@kccllc.com; lairdheal@lh-law-office.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; Mrozea@leopoldassociates.com; pmahony@leopoldassociates.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com; abehlmann@lowenstein.com; abehlmann@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com; kmarino@khmarino.com; jboyle@khmarino.com; jrufo@mwc-law.com; icostello@mwc-law.com; nyecfmail@mwc-law.com; lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com; pmoak@McKoolSmith.com; knewman@menterlaw.com; sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; susan.dicicco@morganlewis.com; mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; seth.goldman@mto.com; Thomas.walper@mto.com; angela.baglanzis@obermayer.com; cmomjian@attorneygeneral.gov; almeyers@sjgov.org; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov; dwdykhouse@pbwt.com; bguiney@pbwt.com; mcohen@pbwt.com; Paul_Papas@mylegalhelpusa.com; ebcalvo@pbfcm.com; michael.manniello@roachfirmlaw.com; kimberly.mcgrail@roachlawfirm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov; dflanigan@polsinelli.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; igoldstein@proskauer.com; srutsky@proskauer.com; jzajac@proskauer.com; john.oneal@quarles.com; lori.winkelman@quarles.com; walter.ashbrook@quarles.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; dsullivan@rasboriskin.com; mrollin@rplaw.com; Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com; dflanigan@polsinelli.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com; erubino@rasflaw.com; romero@mromerolawfirm.com; reriksen1@gmail.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Ross.martin@ropesgray.com; johnrosario@delroslaw.com; ECFNotice@rosicki.com; prubin@rubinlawllc.com; dsasser@siwpc.com; dhall@siwpc.com; aisenberg@saul.com;

2

75420396.1

gschwab@saul.com; abrockway@saul.com; jglucksman@scarincihollenbeck.com; bdk@schlamstone.com; bbressler@schnader.com; rbarkasy@schnader.com; eboden@schnader.com; DBlumenthal@SchneiderMitola.com; adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com; michael.cutini@srz.com; secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; taconrad@sbwlawfirm.com; bluckman@shermansilverstein.com; pjones@stahlcowen.com; pdatta@hhstein.com; amuller@stinson.com; whazeltine@sha-llc.com; smgray@smgraylaw.com; msweeney@msgrb.com; tal@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com; AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; rblmnf@aol.com; tmm@mullaw.org; themeyerslawfirm@gmail.com; TJSinnickson@aol.com; frenklinart@aol.com; kay.brock@co.travis.tx.us; michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; AskDOJ@usdoj.gov; Mark.Flannagan@umb.com; joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov; james.byrnes@usbank.com; laura.moran@usbank.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; SBOYD@walterinvestment.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; ray.schrock@weil.com; kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com; hdenman@whitecase.com; DBlatt@wc.com; HWiegmann@wc.com; MJohnson@wc.com; MAhmad@wc.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com; rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; afugate@woodsoviatt.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com;

3

75420396.1

**EXHIBIT B**

**Master Service List**

Citibank NA
Attn. Bobbie Theivakumaran
390 Greenwich St. 6th Fl.
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A. Neal & Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer DeMarco & Adam Lesman
31 West 52nd St.
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz., Rm. 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Ave.
New York, NY 10178

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave.
New York, NY 10022

Kirkland & Ellis LLP
Attn. Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611

Kirkland & Ellis LLP
Justin Bernbrock
300 N. LaSalle
Chicago, IL 60654

Kramer Levin Naftallis & Frankel LLP
Kenneth H Eckstein
Thomas Moers Mayer
Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

Loeb & Loeb LLP
Walter H Curchack
Vadim J Rubinstein
Debra W Minoff
345 Park Ave.
New York, NY 10154

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern District of NY
United States Attorney, Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

75420842.1

| | |
|---|---|
| Securities & Exchange Commission NY Regional Office<br>George S Canellos, Regional Director<br>3 World Financial Center, Ste. 400<br>New York, NY 10281-1022 | Gregory Balensiefer<br>c/o Dessaules Law Group<br>5353 North 16th Street Suite 110<br>Phoenix, AZ 85106 |
| The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | Perry E. Goerner<br>12 Wantage School Road<br>Sussex, NY 07461 |
| U.S. Department of Justice<br>US Attorney General, Loretta Lynch<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Norman Rouse<br>Chapter 7 Trustee for Becky Spence<br>5957 East 20th<br>Joplin, MO 64801 |
| United States Attorney's Office for the Southern District of New York Civil Division<br>Attn. Joseph Cordaro<br>86 Chambers St 3rd Fl.<br>New York, NY 10007 | Mary Lassiter Gray<br>4232 Halifax Ave North<br>Robbinsdale, MN 55422 |
| | Ruth E. Hancock<br>c/o Boucher & Boucher Co., LPA<br>12 W. Monument Ave. Suite 200<br>Dayton, OH 45402-1202 |
| US Trustee for the Southern District of NY<br>Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>201 Varick St., Ste. 1006<br>New York, NY 10014 | Neville Evans & Maribeth Evans<br>James B. Blackburn Jr.<br>Wiseman Blackburn & Futrell<br>P.O. Box 8996<br>Savannah, GA 31412 |
| Weil, Gotshal & Manges LLP<br>Ray Schrock<br>767 Fifth Ave.<br>New York, NY 10153 | William J. Ridge<br>P.O. Box 1094<br>Santa Rosa, FL 32459 |
| Wells Fargo Bank NA<br>Attn. Corporate Trust Services - GMACM<br>Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | Steven & Ruth Mitchell (Mitchell Settlement Class Claimants)<br>Daniel J. Flanigan, Esq.<br>Polsinelli PC<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016 |

2

75420842.1