POLSINELLI
Daniel J. Flanigan, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199
dflanigan@polsinelli.com

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

<u>**DECLARATION OF SERVICE**</u>

Trista J. Backus, being duly sworn, hereby declares as follows:

I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Polsinelli, having offices at 600 Third Avenue, 42nd Floor, New York, New York 10016, and at 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112.

On the 1st day of December, the Court entered its *Order Extending the Term of the ResCap Borrower Claims Trust*, (Docket No. 10704) (the "**Order**"), which sent notice of entry of the Order to the ECF participants in this case. On the 8th day of December, 2020, the Order was served by electronic mail to the Special Service List on the attached **Exhibit A**, and served by First-Class United States mail, postage prepaid, on the 7th day of December, 2020, to the Master Service List and interested parties listed on the attached **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 11, 2020

*/s/  Trista J. Backus*
Trista J. Backus, Paralegal

## EXHIBIT A

**Special Service List**

andrea.hartley@akerman.com;    susan.balaschak@akerman.com;    golden@akingump.com;
dzensky@akingump.com;    aqureshi@akingump.com;    pdublin@akingump.com;
ralbanese@akingump.com;    rajohnson@akingump.com;    ccarty@akingump.com;
djnewman@akingump.com;    bnkatty@aldine.k12.tx.us;    ecfmail@aclawllp.com;
jarnold@aldridgepite.com;    ken.coleman@allenovery.com;    john.kibler@allenovery.com;
jeff.brown@gmacfs.com;    william.b.solomon@ally.com;    kit.weitnauer@alston.com;
marty.bunin@alston.com;    william.hao@alston.com;    bill.macurda@alston.com;
pccb_investigations@yahoo.com;    john.stern@texasattorneygeneral.gov;
petriea@ballardspahr.com;  wallaces@ballardspahr.com;  Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com;    Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;    Mageshwaran.Ramasamy@BNYMellon.com;
xrausloanops5@barclays.com;    david.powlen@btlaw.com;    bbeskanos@aol.com;
davids@blbglaw.com;  jonathanu@blbglaw.com;  jai@blbglaw.com;  schaedle@blankrome.com;
tarr@blankrome.com;    root@blankrome.com;    courtney.lowman@ally.com;
ryan.philp@bgllp.com;    stan.chelney@bgllp.com;    jhaake@wbsvlaw.com;
swissnergross@brownrudnick.com;    pbustos@bustosassociates.com;    dfiveson@bffmlaw.com;
jmhall@bffmlaw.com;    gregory.petrick@cwt.com;    ingrid.bagby@cwt.com;
mark.ellenberg@cwt.com;    dcaley@wongfleming.com;    bankruptcy@clm.com;
bobbie.theivakumaran@citi.com;    maofiling@cgsh.com;    tmoloney@cgsh.com;
soneal@cgsh.com;  jennifer.demarco@cliffordchance.com;  adam.lesman@cliffordchance.com;
jlaitman@cohenmilstein.com;  clometti@cohenmilstein.com;  meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;    krehns@cohenmilstein.com;    srosen@cbshealaw.com;
mwarner@coleschotz.com;    ra-li-ucts-bankrupt@state.pa.us;    lenbennett@clalegal.com;
srotkis@c1alegal.com;    will.hoch@crowedunlevy.com;    mgallagher@curtis.com;
macohen@curtis.com;  sreisman@curtis.com;  karam@legalpundit.com;  hryder@daypitney.com;
jjtancredi@daypitney.com;    jwcohen@daypitney.com;    glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;    brian.greer@dechert.com;    mauricio.espana@dechert.com;
craig.druehl@dechert.com;    rosa.mendez@db.com;    Brendan.meyer@db.com;
diem.home@gmail.com;    blmessinger@duanemorris.com;    uncadunc1@aol.com;
broylesmk@rgcattys.com;    tterrell@feinsuch.com;    tterrell@feinsuch.com;
ppascuzzi@ffwplaw.com;    dearly@fdic.gov;    floressaucedopllc@gmail.com;
tlallier@foleymansfield.com;  kenton_hambrick@freddiemac.com;  deggert@freebornpeters.com;
tfawkes@freebornpeters.com;    ksheehan@flwlaw.com;    gary.kaplan@friedfrank.com;
kgiannelli@gibbonslaw.com;    kpatrick@gibbsbruns.com;    shumphries@gibbsbruns.com;
kpatrick@gibbsbruns.com;    DFeldman@gibsondunn.com;    JWeisser@gibsondunn.com;
theodore.w.tozer@hud.gov;  kstadler@gklaw.com;  gjarvis@gelaw.com;  mpmorris@gelaw.com;
delman@gelaw.com;    brian@gmcnjlaw.com;    bnoren@hinshawlaw.com;
skraus@hinshawlaw.com;    bnoren@hinshawlaw.com;    ayala.hassell@hp.com;
rnorton@hunton.com;    rrich2@hunton.com;    floraoropeza@co.imperial.ca.us;
bankruptcy2@ironmountain.com;    pgallagher@nassaucountyny.gov;    ceblack@jonesday.com;
cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com;
reriksen1@gmail.com;  aglenn@kasowitz.com;  mstein@kasowitz.com;  dfliman@kasowitz.com;
namamoo@kasowitz.com;  kgcully@kgcully.com;  kdwbankruptcydepartment@kelleydrye.com;

eciolko@ktmc.com;        dmoffa@ktmc.com;        ecf@kaalaw.com;        thadwilson@kslaw.com;
ajowers@kslaw.com;    pferdinands@kslaw.com;    mstrauss@kmllp.com;    bwalker@kmllp.com;
judson.brown@kirkland.com;    richard.cieri@kirkland.com;    justin.bernbrock@kirkland.com;
ray.schrock@weil.com;        richard.cieri@kirkland.com;        stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;        William.b.Solomon@ally.com;        Timothy.Devine@ally.com;
tklestadt@klestadt.com;        jcorneau@klestadt.com;        sdny@kmk-law.net;
keckstein@kramerlevin.com;    tmayer@kramerlevin.com;    dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;    dmannal@kramerlevin.com;    szide@kramerlevin.com;
jleibowitz@kandfllp.com;    rescapinfo@kccllc.com;    lairdheal@lh-law-office.com;
dlibra@lapplibra.com;    james.heaney@lawdeb.com;    Mrozea@leopoldassociates.com;
pmahony@leopoldassociates.com;        austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com;    houston_bankruptcy@lgbs.com;    choward@lockelord.com;
abehlmann@lowenstein.com;        abehlmann@lowenstein.com;        metkin@lowenstein.com;
ilevee@lowenstein.com;        adoshi@magnozzikye.com;        kmarino@khmarino.com;
jboyle@khmarino.com; jrufo@mwc-law.com; icostello@mwc-law.com;
nyecfmail@mwc-law.com;        lgordon@mvbalaw.com;        pmoak@McKoolSmith.com;
mcarney@mckoolsmith.com;        pmoak@McKoolSmith.com;        knewman@menterlaw.com;
sdnyecf@dor.mo.gov;        jgarrity@morganlewis.com;        mkraut@morganlewis.com;
pfleming@morganlewis.com;            susan.dicicco@morganlewis.com;
mmorganroth@morganrothlaw.com;        jmorganroth@morganrothlaw.com;
lberkoff@moritthock.com;    lnashelsky@mofo.com;    glee@mofo.com;    lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;        jmoldovan@morrisoncohen.com;        bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com;        seth.goldman@mto.com;        Thomas.walper@mto.com;
angela.baglanzis@obermayer.com;    cmomjian@attorneygeneral.gov;    almeyers@sjgov.org;
enid.stuart@OAG.State.NY.US;    joseph.cordaro@usdoj.gov;    cristine.phillips@usdoj.gov;
dwdykhouse@pbwt.com;        bguiney@pbwt.com;        mcohen@pbwt.com;
Paul_Papas@mylegalhelpusa.com;        ebcalvo@pbfcm.com;
michael.manniello@roachfirmlaw.com;        kimberly.mcgrail@roachlawfirm.com;
brandon.johnson@pillsburylaw.com;    jmcmurtr@placer.ca.gov;    dflanigan@polsinelli.com;
dflanigan@polsinelli.com;    jnagi@polsinelli.com;    igoldstein@proskauer.com;
srutsky@proskauer.com;    jzajac@proskauer.com;    john.oneal@quarles.com;
lori.winkelman@quarles.com; walter.ashbrook@quarles.com; danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;        jeremyandersen@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;        ericwinston@quinnemanuel.com;
susheelkirpalani@quinnemanuel.com;        scottshelley@quinnemanuel.com;
dsullivan@rasboriskin.com;    mrollin@rplaw.com;    Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;        William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;        Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;        kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;        John.Ruckdaschel@rescapestate.com;
dflanigan@polsinelli.com;        cwood@rgrdlaw.com;        stevep@rgrdlaw.com;
rbrown@robertbrownlaw.com;    erubino@rasflaw.com;    romero@mromerolawfirm.com;
reriksen1@gmail.com;    Ross.martin@ropesgray.com;    keith.wofford@ropesgray.com;
Ross.martin@ropesgray.com;    johnrosario@delroslaw.com;    ECFNotice@rosicki.com;
prubin@rubinlawllc.com;    dsasser@siwpc.com;    dhall@siwpc.com;    aisenberg@saul.com;

75420396.1

gschwab@saul.com;         abrockway@saul.com;        jglucksman@scarincihollenbeck.com;
bdk@schlamstone.com;         bbressler@schnader.com;        rbarkasy@schnader.com;
eboden@schnader.com;         DBlumenthal@SchneiderMitola.com;        adam.harris@srz.com;
howard.godnick@srz.com;        marguerite.gardiner@srz.com;        michael.cutini@srz.com;
secbankruptcy@sec.gov;        bankruptcynoticeschr@sec.gov;        NYROBankruptcy@SEC.GOV;
bateman@sewkis.com;        christensen@sewkis.com;        patel@sewkis.com;        hooper@sewkis.com;
josselson@sewkis.com;        cohen@sewkis.com;        das@sewkis.com;        binder@sewkis.com;
kotwick@sewkis.com;        alves@sewkis.com;        taconrad@sbwlawfirm.com;
bluckman@shermansilverstein.com;        pjones@stahlcowen.com;        pdatta@hhstein.com;
amuller@stinson.com;        whazeltine@sha-llc.com;        smgray@smgraylaw.com;
msweeney@msgrb.com;        tal@talcottfranklin.com;        jmiller@tcfbank.com;
jteitelbaum@tblawllp.com;        AGBankNewYork@ag.tn.gov;        robert.major@bnymellon.com;
Adam.Parkin@tdsecurities.com;        Christopher.stevens@tdsecurities.com;        rblmnf@aol.com;
tmm@mullaw.org;        themeyerslawfirm@gmail.com;        TJSinnickson@aol.com;
frenklinart@aol.com;        kay.brock@co.travis.tx.us;        michelle.moeller@usbank.com;
tanveer.ashraf@usbank.com;        AskDOJ@usdoj.gov;        Mark.Flannagan@umb.com;
joseph.cordaro@usdoj.gov;        cristine.phillips@usdoj.gov;        james.byrnes@usbank.com;
laura.moran@usbank.com;        Tracy.Davis2@usdoj.gov;        Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov;        SBOYD@walterinvestment.com;        mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com;        ray.schrock@weil.com;        kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com;        mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; accesslegalservices@gmail.com;
cshore@whitecase.com;        isilverbrand@whitecase.com;        hdenman@whitecase.com;
DBlatt@wc.com;        HWiegmann@wc.com;        MJohnson@wc.com;        MAhmad@wc.com;
mabrams@willkie.com;        rchoi1@willkie.com;        jhardy2@willkie.com;
rmaney@wilmingtontrust.com;        david.tillem@wilsonelser.com;        dneier@winston.com;
dneier@winston.com;        cschreiber@winston.com;        jlawlor@wmd-law.com;        pdefilippo@wmd-
law.com;        sfitzgerald@wmd-law.com;        afugate@woodsoviatt.com;        gbush@zuckerman.com;
ncohen@zuckerman.com;        lneish@zuckerman.com;        gbush@zuckerman.com;
ncohen@zuckerman.com; lneish@zuckerman.com;

3

# EXHIBIT B

## Master Service List

Citibank NA
Attn. Bobbie Theivakumaran
390 Greenwich St. 6th Fl.
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A. Neal & Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer DeMarco & Adam Lesman
31 West 52nd St.
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz., Rm. 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Ave.
New York, NY 10178

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave.
New York, NY 10022

Kirkland & Ellis LLP
Attn. Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611

Kirkland & Ellis LLP
Justin Bernbrock
300 N. LaSalle
Chicago, IL 60654

Kramer Levin Naftallis & Frankel LLP
Kenneth H Eckstein
Thomas Moers Mayer
Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

Loeb & Loeb LLP
Walter H Curchack
Vadim J Rubinstein
Debra W Minoff
345 Park Ave.
New York, NY 10154

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern
District of NY
United States Attorney, Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

Securities & Exchange Commission NY
Regional Office
George S Canellos, Regional Director
3 World Financial Center, Ste. 400
New York, NY 10281-1022

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

U.S. Department of Justice
US Attorney General, Loretta Lynch
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the
Southern District of New York Civil
Division
Attn. Joseph Cordaro
86 Chambers St 3rd Fl.
New York, NY 10007

US Trustee for the Southern District of NY
Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
201 Varick St., Ste. 1006
New York, NY 10014

Weil, Gotshal & Manges LLP
Ray Schrock
767 Fifth Ave.
New York, NY 10153

Wells Fargo Bank NA
Attn. Corporate Trust Services - GMACM
Home Equity Notes 2004 Variable Funding
Trust
PO Box 98
Columbia, MD 21046

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street Suite 110
Phoenix, AZ 85106

Perry E. Goerner
12 Wantage School Road
Sussex, NY 07461

Norman Rouse
Chapter 7 Trustee for Becky Spence
5957 East 20th
Joplin, MO 64801

Mary Lassiter Gray
4232 Halifax Ave North
Robbinsdale, MN 55422

Ruth E. Hancock
c/o Boucher & Boucher Co., LPA
12 W.  Monument Ave. Suite 200
Dayton, OH 45402-1202

Neville Evans & Maribeth Evans
James B. Blackburn Jr.
Wiseman Blackburn & Futrell
P.O. Box 8996
Savannah, GA 31412

William J. Ridge
P.O. Box 1094
Santa Rosa, FL 32459

Steven & Ruth Mitchell (Mitchell
Settlement Class Claimants)
Daniel J. Flanigan, Esq.
Polsinelli PC
600 Third Avenue, 42nd Floor
New York, NY 10016

2