KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR MAY 13, 2021 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that on April 16, 2021, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *Second Motion of the ResCap Liquidating Trust for Entry of an Order Approving the Destruction of Obsolete Records* [ECF No. 10709] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2021, the Court entered the *Second Order Approving the Destruction of Obsolete Records* [Dkt. No. 10713].  Accordingly, the hearing on the Motion previously scheduled for May 13, 2021 at 11:00 a.m. (Prevailing Eastern Time) is cancelled.

Dated: April 29, 2021
      New York, New York

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    /s/ Joseph A. Shifer
                                    Kenneth H. Eckstein
                                    Douglas H. Mannal
                                    Joseph A. Shifer
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-9100
                                    Facsimile:  (212) 715-8000

                                    *Counsel for the ResCap Liquidating Trust*