KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**TWENTY-SIXTH POST-CONFIRMATION STATUS
REPORT OF THE RESCAP LIQUIDATING TRUST**

The ResCap Liquidating Trust (the "**Liquidating Trust**"), as successor in interest to the debtors (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), hereby submits this post-confirmation status report for the period ending on March 31, 2021 (the "**Reporting Period**"), and respectfully represents as follows:

**STATUS REPORT**

1.  On December 11, 2013, the Court entered the *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "**Confirmation Order**") [Docket No. 6065] approving the terms of the Chapter 11 plan, as amended (the "**Plan**"), filed in these Chapter 11 Cases [Docket No. 6065-1].[1]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2.     On December 17, 2013, the Effective Date of the Plan occurred (the "**Effective Date**"), and the Liquidating Trust was established [Docket No. 6137]. Pursuant to the Plan, the Liquidating Trust was established to wind down the affairs of the Debtors. *See* Plan, Art. VI.

3.     On August 13, 2014, the Liquidating Trust filed an application for entry of a post-confirmation order (the "**Post-Confirmation Order**") [Docket No. 7385]. On August 26, 2014, the Court entered an amended Post-Confirmation Order [Docket No. 7431]. Pursuant to the Post-Confirmation Order, the Liquidating Trust is required to file quarterly and annual status reports detailing the actions taken by the Liquidating Trust and the progress made toward the consummation of the Plan.

4.     Attached hereto as **Exhibit A** is a copy of the Liquidating Trust's consolidated financial statements and letters to beneficiaries (collectively, the "**Financial Statements**") detailing the Liquidating Trust's activity during the Reporting Period. The Financial Statements are available on the claims agent's website at https://www.kccllc.net/rescap.

## NOTICE

5. Notice of this Status Report has been provided to the parties identified on the Special Service List and General Service List, as those terms are defined in the Notice, Case Management, and Administrative Procedures approved by the Court [Docket No. 141], including the Office of the U.S. Trustee for the Southern District of New York.

Dated: May 4, 2021
      New York, New York

                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                      /s/ *Joseph A. Shifer*
                      Kenneth H. Eckstein
                      Douglas H. Mannal
                      Joseph A. Shifer
                      1177 Avenue of the Americas
                      New York, New York 10036
                      Telephone: (212) 715-9100
                      Facsimile: (212) 715-8000

                      *Counsel for the ResCap Liquidating Trust*

# Exhibit A

# ResCap Liquidating Trust

**Consolidated Financial Statements
as of and for the Period Ended March 31, 2021
(Unaudited)**

## ResCap Liquidating Trust

## Consolidated Statement of Net Assets in Liquidation
**(Unaudited)**
*In thousands (except per unit)*

| Assets: | March 31, 2021 | December 31, 2020 |
|---|---:|---:|
| Cash and cash equivalents | $ 96,018 | $ 100,515 |
| Restricted cash | 3,302 | 3,528 |
| Mortgage assets | 237 | 934 |
| Other assets | 19 | 19 |
| Total assets | 99,576 | 104,996 |
| **Liabilities:** | | |
| Estimated costs to operate Trust | 49,366 | 54,546 |
| Liability for undistributed funds | - | 232 |
| Total liabilities | 49,366 | 54,778 |
| Net assets in liquidation | $ 50,210 | $ 50,218 |
| Total units in the Trust | 98,853,649 | 98,859,354 |
| Net assets per authorized unit | $ 0.51 | $ 0.51 |

The Notes to Consolidated Financial Statements are an integral part of these statements.

# ResCap Liquidating Trust

## Consolidated Statement of Changes in Net Assets in Liquidation
**(Unaudited)**
*In thousands*

|  | Quarter to date ended March 31, 2021 | Year to date Ended March 31, 2021 | Effective Date through March 31, 2021 |
|---|---:|---:|---:|
| **Receipts** | | | |
| Receipts on assets held for sale | $ 458 | $ 458 | $ 644,245 |
| Litigation / claim recoveries | - | - | 1,318,462 |
| Other receipts | 83 | 83 | 170,060 |
| Plan settlements | - | - | 2,100,000 |
| Total receipts | 541 | 541 | 4,232,767 |
| **Disbursements** | | | |
| Claims and settlement | - | - | (1,642,074) |
| DOJ / AG consent settlement | - | - | (88,201) |
| Costs to operate the Trust | (5,265) | (5,265) | (704,791) |
| Total disbursements | (5,265) | (5,265) | (2,435,066) |
| **Distributions** | | | |
| Total distributions | - | - | (3,375,862) |
| **Net cash flow** | (4,724) | (4,724) | (1,578,161) |
| **Other non-cash changes affecting:** | | | |
| Increase (decrease) in asset value assumptions | - | - | (55,026) |
| (Increase) decrease in costs to operate the Trust | (75) | (75) | (547,991) |
| (Increase) decrease in DOJ/AG consent settlement | - | - | (7,551) |
| Basis of assets/liabilities liquidated/resolved | 4,558 | 4,558 | (276,662) |
| (Increase) decrease in distributions held for Beneficiaries | 232 | 232 | - |
| Total non-cash changes | 4,715 | 4,715 | (887,230) |
| Total increase (decrease) in net assets | (9) | (9) | (2,465,391) |
| **Net assets in liquidation, beginning of period** | 50,219 | 50,219 | 2,515,601 |
| **Net assets in liquidation, end of period** | $ 50,210 | $ 50,210 | $ 50,210 |

The Notes to Consolidated Financial Statements are an integral part of these statements.

# ResCap Liquidating Trust

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
**(Unaudited)**

### 1. Description of Business and Significant Accounting Policies

The ResCap Liquidating Trust ("Trust") was formed in connection with the Plan of Reorganization under chapter 11 of the United States Bankruptcy Code ("Plan") in the bankruptcy case of Residential Capital, LLC ("ResCap"). The Plan became effective on December 17, 2013 ("Effective Date").

Units of beneficial interest ("Units") were issued by the Trust. The Units entitle their holders ("Beneficiaries") to receive a proportionate amount of cash distributions ("Declared Distributions") made by the Trust.

Basis of Presentation
The unaudited Consolidated Financial Statements (the "Statements") reflect the accounts of the Trust and subsidiaries after eliminating all significant intercompany balances and transactions. The Statements reflect all adjustments that are, in management's opinion, necessary for the fair presentation of the results for the periods presented. The Statements have not been prepared in accordance with generally accepted accounting principles; rather they have been prepared using a liquidation basis of accounting, which the Trust considers an appropriate basis of accounting at this time. The assets are stated at their estimated net realizable value, which is the amount of cash into which an asset is expected to be converted during the liquidation period. The Trust also accrues costs that it expects to incur through the end of its liquidation. The Trust will record and value affirmative settlements or judgements when realized and collectability is reasonably anticipated. The Trust does not accrue contingent costs.

These Condensed Consolidated Financial Statements should be read in conjunction with the Consolidated Financial Statements and notes thereto for the year ended December 31, 2020.

### 2. Assets

|  | March 31, 2021 | December 31, 2020 |
|---|---:|---:|
| Cash and cash equivalents | $ 96,018 | $ 100,515 |
| Restricted cash | 3,302 | 3,528 |
| Mortgage assets | 237 | 934 |
| Other Assets | 19 | 19 |
| Total assets | $ 99,576 | $ 104,996 |

Restricted cash includes a $1.0 million liquidity escrow that will be released to the Trust 60 days post termination of the servicer contract, and an additional $2.3 million supporting servicer potential incentive payable. The incentive payable balance is valued at $1.2 million as of March 31, 2021. Any restricted cash not utilized for the incentive will be released to the Trust 60 days post termination of the servicer contract.

The remaining Mortgage assets have a carrying value of $.2 million representing the Trust's future expected recovery value. The resolution timelines are subject to asset specific hurdles, including final title approval from HUD, filing documentation for expense claims, and HUD review and approval.

The Trust records and values affirmative settlements or judgments when realized and collectability is reasonably anticipated.

### 3. Estimated Costs to Operate the Trust

Estimated costs to operate the Trust are comprised of the following (in $000's):

|  | March 31, 2021 | | | December 31, 2020 |
|---|---|---|---|---|
|  | **Accrued** | **Future** | **Total** | **Total** |
| Professional fees (legal, expert, other professional costs) | $ 7,759 | $ 34,056 | $ 41,815 | $ 40,731 |
| Compensation | 1,282 | 382 | 1,664 | 7,886 |
| Document management | 9 | 1,001 | 1,010 | 1,036 |
| Information technology | 16 | 2,211 | 2,227 | 2,311 |
| Other operating costs | 1,145 | 1,505 | 2,650 | 2,582 |
| Total costs to operate the Trust | $ 10,211 | $ 39,155 | $ 49,366 | $ 54,546 |

The estimated cost to operate the Trust is $49.4 million including $10.2 million of expenses that have been incurred but not yet paid ($7.8 million professional fees, and $2.4 million other operating costs) and $39.2 million of expected future costs for the period April 2021 through December 2023. Of the future $39.2 million cost, $13.5 million supports the on-going insurance recovery case pending in Bankrutpcy Court, SDNY and RMBS litigation and $25.7 million represents existing contractual obligations and the future costs for the operations and winddown of the Trust. The Trust does not accrue contingent costs.

### 4. Commitments and Contingencies

*Affirmative Matters*

The Trust is pursuing various affirmative matters. These include:

- There is one pending indemnity claim against Primary Residential Mortgage, Inc., which was tried in Minnesota Federal Court in a bench trial. In August 2020, the Federal District Court in Minnesota entered a judgment of $5.4 million in favor of the Trust in the matter of Primary Residential Mortgage Inc. In April 2021, the Federal District Court in Minnesota granted the Trust $16.6 million in attorney fees, costs, pre-judgment interest and post judgment interest on the award plus pre-award interest increasing the total award to $22.0 million.

- <u>Insurance Recovery Action.</u> The Trust has an adversary proceeding case pending in the U.S. Bankruptcy Court for the Southern District of New York, Drennen, et al., and ResCap Liquidating Trust v. Certain Underwriters at Lloyd's, London, et al., Adv. Case No. 15-01025-shl. In December 2019, the Bankruptcy Court issued a partial Summary judgment in favor of the Trust. The Trust's claim is approximately $64.0 million, exclusive of interest and fees. Per the Trust's accounting policy, the Trust has not recorded this estimate in these Consolidated Financial Statements.

At this time, the Trust cannot predict the outcome of these matters or estimate the possible financial effect of these matters on the Consolidated Financial Statements, and as such, neither contingent gains nor any contingent costs to pursue these matters are currently recorded.

# ResCap Liquidating Trust

**5. Subsequent Events**

Events subsequent to March 31, 2021 were evaluated through May 4, 2021, the date on which these Consolidated Financial Statements were issued.



# ResCap Liquidating Trust

## Q1 2021 Beneficiary Letter



May 4, 2021

**Dear Beneficiaries:**

The Trust continued its efforts into 2021 to wind down the Trust effectively and efficiently.

In February 2021, the Trust Board approved the cancellation of 5,705 Units of Beneficial Interest in the Trust that were held in the Undistributed Reserve. As a result of the cancellation of the Units, the total Trust Units outstanding are reduced to 98,853,649 and the Trust Net Asset Value increased by $.194 million due to release of liability for previously declared distributions associated with the cancelled units.

 In August 2020, the Federal District Court in Minnesota entered a judgment of $5.4 million in favor of the Trust in the matter of Primary Residential Mortgage Inc.   In April 2021, the Federal District Court in Minnesota granted the Trust $16.6 million in attorney fees, costs, pre-judgment interest and post judgment interest on the award plus pre-award interest increasing the total award to $22.0 million.

The Trust continues to pursue litigation in its insurance recovery action pending in the U.S. Bankruptcy Court for the Southern District of New York.  Fact Discovery will be concluded by June 18, 2021, expert discovery will be completed by October 1, 2021 and dispositive motions will be filed by October 29, 2021.  The amounts at issue are reflected in the accompanying financial statements.

The Administrative Set Aside of $39.2 million (net of costs incurred but not yet paid) reflects the extension of the Trust through December 2023 to support the continuing work with the insurance adversary action, the one remaining RMBS litigation noted above, and final wind down actions.  A breakdown of the costs is shown in the accompanying financial statements.

To aid Beneficiaries in their tax reporting, the Trust is providing a quarterly Tax Information letter and is being distributed along with this quarterly Beneficiary Letter.

The Trust's quarter end Q1 2021 financial report has been filed with the bankruptcy court.  The financial report along with certain tax information have been posted to the Kurtzman Carson Consulting website at http://www.kccllc.net/rescap.

The Trust continues to work diligently towards the goal of maximizing value for Beneficiaries in the most efficient manner possible.  We look forward to reporting on the results of our efforts.

Sincerely,

ResCap Liquidating Trust Board