**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]   :        Case No. 12-12020 (MG)
                                                :
                                                :
                                                :        (Jointly Administered)
             Debtors.                  :
-------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

   I, Senayt Berhe, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

   A. May 17, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail upon the party attached hereto as **Exhibit A**:

- **Thirtieth Post-Confirmation Status Report of the ResCap Liquidating Trust** [Docket No. 10725]

Dated: May 20, 2022

                                                      */s/* Senayt Berhe_____
                                                      Senayt Berhe
                                                      KCC
                                                      222 N Pacific Coast Highway,
                                                      3rd Floor
                                                      El Segundo, CA 90245
                                                      Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

1

# **EXHIBIT A**

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 175 Greenwich St Fl 67 | New York | NY | 10007-2759 |

In re Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 1