**Hearing Date and Time: December 2, 2022 at 2:00 p.m. (Prevailing Eastern Time)**
**Deadline for Objections: November 21, 2022 at 5:00 p.m. (Prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Joseph A. Shifer
Nathaniel Allard
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF MOTION FOR AN ORDER EXTENDING**
**THE TERM OF THE RESCAP LIQUIDATING TRUST**

PLEASE TAKE NOTICE that on November 8, 2022, the ResCap Liquidating Trust filed the *Motion for an Order Extending the Term of the ResCap Liquidating Trust* [Docket No. 10733] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will take place on **December 2, 2022, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 523 (the "Bankruptcy Court"). The hearing will be conducted by way of Zoom for Government, which requires registration of an eCourtAppearance by 4:00 p.m. the business day before the hearing. The link with information and instructions for registering an eCourtAppearance can be

found on the Court website here: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court, together with a copy to the Chambers of Judge Glenn, and served so as to be received no later than **5:00 p.m. (prevailing Eastern time) on November 21, 2022** (the "**Objection Deadline**")**,** upon (i) counsel to the ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth H. Eckstein, Joseph A. Shifer and Nathaniel Allard); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); and (iii) The ResCap Liquidating Trust, 8400 Normandale Lake Blvd. Suite 175, Minneapolis, MN 55437 (Attention: Jill Horner).

PLEASE TAKE FURTHER NOTICE that if no objections or other responses are timely filed and served with respect to the Motion, the ResCap Liquidating Trust may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as Exhibit A to the Motion, which the Bankruptcy Court may enter without further notice or opportunity to be heard.

Dated: November 9, 2022
      New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ *Joseph A. Shifer*
Kenneth H. Eckstein
Joseph A. Shifer
Nathaniel Allard
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*