KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Joseph A. Shifer
Nathaniel Allard
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR DECEMBER 2, 2022 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that on November 3, 2022, the ResCap Borrower Claims Trust filed the *Fourth Motion for Order Extending the Term of the Borrower Claims Trust* [ECF No. 10731] (the "**Borrower Trust Motion**").

**PLEASE TAKE FURTHER NOTICE** that on November 8, 2022, the ResCap Liquidating Trust filed the *Motion for an Order Extending the Term of the ResCap Liquidating Trust* [ECF No. 10733] (the "**Liquidating Trust Motion**" and together with the Borrower Trust Motion, the "**Trust Motions**").

**PLEASE TAKE FURTHER NOTICE** that on November 28, 2022, the Court entered orders granting the Trust Motions [ECF Nos. 10741 and 10742]. Accordingly, the hearing on the Trust Motions previously scheduled for December 2, 2022 at 2:00 p.m. (Prevailing Eastern Time) is cancelled.

Dated: November 30, 2022
      New York, New York

                         KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        /s/ Joseph A. Shifer
                        Kenneth H. Eckstein
                        Joseph A. Shifer
                        Nathaniel Allard
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Telephone: (212) 715-9100
                        Facsimile:  (212) 715-8000

                        *Counsel for the ResCap Liquidating Trust*