KIRBY McINERNEY LLP
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: telrod@kmllp.com

*Plaintiffs' Counsel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Kristen Bolster, being duly sworn, hereby declares as follows:

I am over 18 years of age and am not a party to the above-captioned proceedings.  I am a

paralegal at Kirby McInerney LLP, one of Plaintiffs' Counsel, having an office at 250 Park

Avenue, Suite 820, New York, New York 10177.

On January 10, 2023, Plaintiffs' Counsel filed: (1) Plaintiffs' Notice of Motion to Permit

Final Distribution of Funds in the *Rothstein* Class Action Settlement (Claim Nos. 4047 and 3966)

and *Cy Pres* Designation; (2) the memorandum of law in support thereof; (3) the Affidavit of Jay

Geraci, dated December 21, 2022; and (4) the Proposed Order Authorizing Final Distribution of

Funds in the *Rothstein* Class Action Settlement (Claim Nos. 4047 and 3966) and *Cy Pres*

Designation (collectively, the "Motion") [Dkt. No. 10745].  On January 10, 2023, the Motion was

served by electronic mail to the Special Service List on the attached **Exhibit A**, and served by

First-Class United States Mail, postage prepaid to the Master Service List and interested parties

listed on the attached **Exhibit B**.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2023

Kristen Bolster, Paralegal

# Exhibit A

bobbie.theivakumaran@citi.com;
maofiling@cgsh.com;
tmoloney@cgsh.com;
soneal@cgsh.com;
jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com;
justin.bernbrock@kirkland.com;
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com;
rescapinfo@kccllc.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com;
enid.stuart@OAG.State.NY.US;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Jill.horner@rescapestate.com;
kathy.priore@rescapestate.com;
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV;
AskDOJ@usdoj.gov;
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov;
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov

# Exhibit B

AIG Asset Management US LLC
Attn: Russell Lipman
80 Pine Street
New York, NY 10038

Akin Gump Strauss
Hauer & Feld LLP
Daniel H. Golden &
David M. Zensky &
Abid Qureshi &
Philip C. Dublin &
Rachel Ehrlich Albanese
One Bryant Park
New York, NY 10036

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite
500
Atlanta, GA 30305

Allstate Life Insurance Company
Attn: Peter A. McElvain
3075 Sanders Road, Suite G5A
Northbrook, IL 60062

CLYDE & CO US LLP
Paul R. Koepff, Esq.
Erica Kerstein, Esq.
405 Lexington Avenue, 16th Floor
New York, New York 10174

KAUFMAN BORGEEST &
RYAN LLP
Scott A. Schechter, Esq.
Patrick Stoltz, Esq.
200 Summit Lake Drive
Vallhalla, NY 10595

KAUFMAN DOLOWICH &
VOLUCK, LLP
Patrick M. Kennell, Esq.
Kevin M. Mattessich, Esq.
40 Exchange Place – 20th Floor
New York, New York 10005

Akerman Senterfitt LLP
Andrea S. Hartley
One Southeast Third Avenue
25th Floor
Miami, FL 33131

Akin Gump Strauss Hauer & Feld
LLP
Fred S. Hodara & Robert A.
Johnson
& Christopher W. Carty
One Bryant Park
New York, NY 10036-6745

ALDRIDGE PITE, LLP
Jenelle C. Arnold
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Ally Financial Inc
Jeffrey Brown Corporate Treasurer
440 S Church Street # 1100
Charlotte, NC 28202

O'MELVENY & MYERS LLP
Tancred Schiavoni, Esq.
7 Times Square
New York, New York 10036

FORAN GLENNON
PALANDECH PONZI
&RUDLOFF P.C.
Susan N.K. Gummow, Esq.
John Eggum, Esq.
222 N. La Salle St., Ste. 1400
Chicago, IL 60601

Akerman Senterfitt LLP
Susan F. Balaschak & Hadi Khatib
666 5th Street, 19th Floor
New York, NY 10103-0015

Aldine Independent School District
Courtney F. Harris, Pamela H.
Walters
14910 Aldine Westfield Road
Houston, TX 77032

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY 10020

Alston & Bird LLP
John C. Weitnauer Esq
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

D'AMATO & LYNCH, LLP
David Kuffler, Esq.
Maryann Taylor, Esq.
Two World Financial Center
225 Liberty Street
New York, New York 10281

STEPTOE & JOHNSON LLP
Harry Lee, Esq.
John O'Connor, Esq.
1330 Connecticut Ave. NW
Washington, DC 20036
ARNOLD & PORTER, KAYE
SCHOLER LLP
Kent A. Yalowitz, Esq.
Daniel Bernstein, Esq.
250 West 55th Street
New York, New York 10019

HINSHAW & CULBERTSON
LLP
J. Gregory Lahr, Esq.
Michael C. Ferlazzo, Esq.
800 Third Avenue, 13th Floor
New York, NY 10022

HANGLEY ARONCHICK
SEGAL
PUDLIN & SCHILLER
Ronald P. Schiller, Esq.
Sharon F. McKee, Esq.
One Logan Square, 27th Floor
Philadelphia, PA 191114

CAHILL GORDON & REINDEL
LLP
Thorn Rosenthal, Esq.
80 Pine Street
New York, New York 10005

WILEY REIN LLP
Cara Tseng Duffield, Esq.
Karen L. Toto, Esq.
2550 M. Street NW
Washington, DC 20036

SKARZYNSKI BLACK, LLC
James Sandnes, Esq.
One Battery Park Plaza, 32nd
Floor
New York, NY 10004

Alston & Bird LLP
Martin G. Bunin Esq.
William Hao Esq.
90 Park Avenue
New York, NY 10016

Anaissa B. Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Ballard Spahr LLP
Andrew J. Petrie
Sarah B. Wallace
1225 Seventeenth Street, Suite
2300
Denver, CO 80202-5596

Alston & Bird LLP
William B. Macurda
Bank of America Plaza, Suite 4000
101 S Tryon Street
Charlotte, NC 28280-4000

Assistant Attorney General
John Mark Stern Bankruptcy &
Collections Division
PO Box 12548
Austin, TX 78711-2548

Ballard Spahr LLP
Sarah Schindler-Williams
Vincent J. Marriott III
1735 Market Street
51st Floor Philadelphia, PA 19103

Alvin Labostrie & Sandra
Labostrie
855 W 125th Street
Los Angeles, CA 90044

Attorney General of the State of
New York,
Eric T. Schneiderman
Victoria L. Safran
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, NY 11501

Bank of New York Mellon
Sarah Stout & Jennifer J.
Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Avenue
New York, NY 10019

Bernstein Litowitz
Berger & Grossmann LLP
David R. Stickney &
Jonathan D. Uslaner
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Blank Rome LLP
Stanley B. Tarr & Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801

BRACEWELL & GIULIANI LLP
Stan Chelney
1251 Avenue of the Americas 49th
Floor
New York, NY 10020-1104

Barnes & Thornburg LLP
David M. Powlen
1000 North West Street, Suite
1500
Wilmington, DE 19801

Bernstein Litowitz Berger &
Grossmann LLP
Jai K. Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019

BMMZ Holding LLC
c/o Ally Financial Inc,
Attn. Courtney Lowman
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000

Brian Kessler, et al.
c/o Walters Renwick Richards
Skeens & Vaughan, P.C.
1100 Main, Suite 2500
Kansas City, MO 64105

Barry B. Eskanos JD MPA &
Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140

Blank Rome LLP
Michael B. Schaedle
One Logan Square
Philadelphia, PA 19103

BRACEWELL & GIULIANI LLP
Ryan M. Philp
1251 Avenue of the Americas 49th
Floor
New York, NY 10020-1104

Brown Rudnick LLP
Sigmund S. Wissner Gross
7 Times Square
New York, NY 10036

Bustos & Associates Pablo Bustos
225 Broadway, 39th Floor
New York, NY 10007-3001

Cadwalader Wickersham
& Taft LLP
Mark C. Ellenberg, Esq.
700 Sixth Street NW
Washington, DC 20001

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich Street, 6th Floor
New York, NY 10013

Butler Fitzgerald Fiveson &
McCarthy
David K. Fiveson & Jennifer M.
Hall
Nine East 45th Street, 9th Floor
New York, NY 10017

Caley Dehkhoda & Quadri
dba Wong Fleming
Dianna J. Caley
2340 130th Avenue NE, Suite D
150
Bellevue, WA 98005

Cleary Gottlieb Steen & Hamilton
LLP
Sean A. O'Neal and Thomas J.
Moloney
One Liberty Plaza
New York, NY 10006

Cadwalader Wickersham & Taft
LLP
Gregory M. Petrick &
Ingrid Bagby
One World Financial Center
New York, NY 10281

Carter Ledyard & Milburn LLP
Aaron R. Cahn & Leonardo
Trivigno 2 Wall Street
New York, NY 10005

Clifford Chance US LLP
Jennifer C. DeMarco & Adam
Lesman
31 West 52nd Street
New York, NY 10019

Cohen Milstein Sellers
& Toll PLLC
Joel P. Laitman,
Christopher Lometti,
Michael B. Eisenkraft,
Daniel B. Rehns
& Kenneth M. Rehns
88 Pine Street, 14th Floor
New York, NY 10005

Commonwealth of Pennsylvania,
Department of Labor and Industry
Joseph Kots
Reading Bankruptcy &
Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152

Curtis Mallet-Prevost Colt &
Mosle LLP
Maryann Gallagher Esq.
101 Park Avenue
New York, NY 10178-0061

Cohn Birnbaum & Shea PC Scott
D. Rosen
100 Pearl Street, 12th Floor
Hartford, CT 06103

CONSUMER LITIGATION
ASSOCIATES, P.C.
Susan M. Rotkis
763 J Clyde Morris Boulevard,
Suite I-A
Newport News, VA  23601

Curtis Mallet-Prevost Colt &
Mosle LLP
Michael A. Cohen Esq. 101 Park
Avenue
New York, NY 10178-0061

Cole Schotz Meisel Forman &
Leonard PA
Michael D. Warner & Emily S.
Chou
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Avenue, Suite
1800
Oklahoma City, OK 73102

Curtis Mallet-Prevost Colt &
Mosle LLP
Steven J. Reisman Esq. 101 Park
Avenue
New York, NY 10178-0061

Dahiya Law Offices LLC
Karamvir Dahiya
75 Maiden Lane, Suite 506
New York, NY 10038

David P. Stich, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Day Pitney LLP
Herbert K. Ryder
1 Jefferson Road
Parsippany, NJ 07054-2891

Day Pitney LLP
James J. Tancredi
242 Trumbull Street
Hartford, CT 06103

Day Pitney LLP
Joshua W. Cohen
1 Audubon Street
New Haven, CT  06510

Dechert LLP
Glenn E. Siegel, Hector Gonzalez,
Brian E. Greer & Mauricio A.
Espana
1095 Avenue of the Americas
New York, NY 10036-6797

Deutsche Bank Rosa Mendez
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA  92705-4934

Deutsche Bank Trust Company
Americas
Attn: Brendan Meyer
Harborside Financial Center
100 Plaza One, MS: JCY03-0699
Jersey City, NJ 07311-3901

Diem T. Nguyen
PO Box 12139
Westminster, CA 92685

DUANE MORRIS LLP
Brett L. Messinger 30 South 17th
Street
Philadelphia, PA 19103

Fein Such & Crane LLP Mark K.
Broyles Esq.
28 East Main Street, Suite 1800
Rochester, NY 14614

Felderstein Fitzgerald
Willoughby & Pascuzzi LLP
Paul J. Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Flores & Saucedo PLLC
Christina Flores
5517 McPherson, Suite 14
Laredo, TX 78041

Duncan K. Robertson
3520 SE Harold Court
Portland, OR 97202-4344

Fein Such & Crane LLP
Tammy L. Terrell Benoza
747 Chestnut Ridge Road Suite
200
Chestnut Ridge, NY 10977

FIDC
Dennis J. Early
Counsel - Legal Division
3501 Fairfax Drive, Room VS-D-
7076
Arlington, VA 22226-3500

Foley & Mansfield PLLP
Thomas J. Lallier
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401

Fedelina Roybal-DeAguero
2008 Trust
42265 Little Lake Road
Mendocino, CA 94560

Fein Such & Crane LLP
Tammy L. Terrell Benoza
7 Century Drive, Suite 201
Parsippany, NJ 07054

Financial Guaranty Insurance
Company
Attn: Martin Joyce
521 Fifth Avenue, 15th Floor
New York, NY 10175

Freddie Mac
Kenton W. Hambrick Associate
General Counsel
M/S202
8200 Jones Branch Drive
McLean, VA 22102

Freeborn & Peters LLP
Devon J. Eggert Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Fried Frank Harris Shriver &
Jacobson
William G. McGuinness
Gary L. Kaplan
1 New York Plaza
New York, NY 10004

Gibbs & Bruns LLP
Kathy D. Patrick Esq. & Scott A.
Humphries Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002

Ginnie Mae
Ted Tozer
550 12 Street SW 3rd Floor
Washington, DC 20024

Freeborn & Peters LLP
Thomas R. Fawkes Esq.
311 S Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Gibbons PC
Attn: Karen A. Giannelli Esq.
One Gateway Center, 9th Floor
Newark, NJ 07102-5310

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Suite 5300
Houston, TX 77002

Godfrey & Kahn SC Katherine
Stadler
1 E Main Street, Suite 500
PO Box 2719
Madison, WI 53701-2719

Frenkel Lamber Weiss Weisman &
Gordon LLP
Karen Sheehan
53 Gibson Street
Bay Shore, NY 11706

Gibbons PC
Jeffrey S. Berkowitz
Christopher A. Albanese
One Pennsylvania Plaza, 37th
Floor
New York, NY 10119-3701

Gibson Dunn Crutcher
David M. Feldman
Joshua Weisser
200 Park Avenue
New York, NY 10166-0193

Grant & Eisenhofer PA
Georffrey C. Jarvis.
Matthew P. Morris
Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY 10017

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Avenue, No. 16
Fort Lee, NJ 07024

Hinshaw & Culbertson
Ali Ryan Amin & Benjamin Noren
800 3rd Avenue, 13th Floor
New York, NY 10022-7688

HINSHAW & CULBERTSON
LLP
Schuyler B. Kraus
800 Third Avenue, 13th Floor
New York, NY 10022

HINSHAW & CULBERTSON,
LLP
Benjamin Noren
800 Third Avenue 13th Floor
New York, NY 10022

HP Enterprise Services LLC
Ayala Hassell Esq.
5400 Legacy Drive
Plano, TX 75024

Hunton & Williams LLP
Richard P. Norton & Robert A.
Rich
200 Park Avenue, 53rd Floor
New York, NY 10166

IBM Corporation
Attn: Shawn Konig
1360 Rene Levesque W, Suite 400
Montreal, QC H3G 2W6

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

John Ciampoli,
County Attorney of Nassau County
Patrick R. Gallagher
1 West Street
Mineola, NY 11501

Julie Eriksen
2647 Kendridge Lane
Aurora, IL 60502

Imperial County Tax Collector
940 W Main Street, Suite 106
El Centro, CA 92243

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Jones Day Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114

Kasowitz, Benson, Torres LLP
Andrew K. Glenn,
Matthew B. Stein,
Daniel A. Fliman
Nii Amar Amamoo
1633 Broadway
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Information
Management Inc.
Joseph Corrigan
745 Atlantic Avenue
Boston, MA 02111

Jones Day
Corinne Ball,
Richard L. Wynne &
Lance E. Miller
222 East 41st Street
New York, NY 10017

KATHLEEN G. CULLY PLLC
Kathleen G. Cully
180 Cabrini Boulevard, No. 128
New York, NY 10033-1167

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Avenue
New York, NY 10178

King & Spalding LLP
W. Austin Jowers & Paul K.
Ferdinands
Thaddeus D. Wilson
1180 Peachtree Street N.E.
Atlanta, GA 30309

Kessler Topaz Meltzer
& Check LLP
Edward W. Ciolko
Donna Siegel Moffa
280 King of Prussia Road
Radnor, PA 19087

KIRBY McINERNEY LLP
Mark A. Strauss & J. Brandon
Walker
825 Third Avenue, 16th Floor
New York, NY 10022

Kilpatrick & Associates PC
Richardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

Kirkland & Ellis Judson Brown
655 Fifteenth Street NW
Washington, DC 20005-5793

Kirkland & Ellis
Richard M. Cieri
601 Lexington Avenue
New York, NY 10022

Klestadt & Winters LLP
Attn: Tracy L. Klestadt &
Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, NY 10018

Kirkland & Ellis LLP
Justin Bernbrock
300 N LaSalle
Chicago, IL 60654

Kozeny, McCubbin & Katz, LLP
Jordan S. Katz
40 Marcus Drive, Suite 200
Melville, NY 11747

Kirkland & Ellis LLP
Stephen E. Hessler
601 Lexington Avenue
New York, NY 10022-4611

Kramer Levin Naftallis & Frankel
LLP
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

Kriss & Feuerstein LLP
Jason S. Leibowitz
360 Lexington Avenue,
Suite 1200
New York, NY 10017

Kurtzman Carson Consultants
P. Joe Morrow
2335 Alaska Avenue
El Segundo, CA 90245

Laird J. Heal, Esq
Laird J. Heal
36 Central Square, Suite 4
Boston, MA 02128-1911

Lapp Libra Thomson Stoebner &
Pusch
David A. Libra Esq.
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402

Leopold & Associates PLLC
Saul Leopold & Phillip Mahony &
Michael Rozea
80 Business Park Drive, Suite 110
Armonk, NY 10504

Linebarger Goggan Blair &
Sampson LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Loeb & Loeb LLP
Walter H. Curchack,
Vadim J. Bubinstein &
Debra W. Minoff
345 Park Avenue
New York, NY 10154

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
1251 Avenue of the Americas, 18th
Floor
New York, NY 10020

Law Debenture Trust Company of
New York
James D. Heaney Managing
Director
400 Madison Avenue
New York, NY 10017

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Linebarger Goggan Blair &
Sampson LLP
John P. Dillman Esq.
PO Box 3064
Houston, TX 77253-3064

Lowenstein Sandler PC
Andrew Behlmann
1251 Avenue of the Americas,
18th Floor
New York, NY 10020

Lowenstein Sandler PC
Michael S. Etkin & Ira M. Levee
65 Livingston Avenue
Roseland, NJ 07068

Law Offices of Christopher Green
Christopher E. Green
Two Union Square, Suite 4285
601 Union Street
Seattle, WA 98101

Linebarger Goggan Blair &
Sampson LLP
Diana W. Sanders
Po Box 17428
Austin, TX  78760

Locke Lord LLP
Casey B. Howard
3 World Financial Center
New York, NY 10281-2101

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Avenue
Roseland, NJ 07068

Magnozzi & Kye LLP
Amish R. Doshi Esq.
23 Green Street, Suite 302
Huntington, NY 11743

Manatee County Tax Collector
Susan D. Profant & Ken Burton, Jr.
4333 US 301 North
Ellenton, FL 34222

McCabe Weisberg & Conway
James J. Rufo & Irene Costello
145 Huguenot Street, Suite 210
New Rochelle, NY 10801

Marino Tortorella & Boyle PC
Kevin H. Marino & John A. Boyle
437 Southern Boulevard
Chatham, NJ 07928-1488

McCabe Weisberg & Conway
Melissa S. DiCerbo
145 Huguenot Street, Suite 210
New Rochelle, NY 10801

MBIA Insurance Corporation
Attn:  Mitchell Sonkin
113 King Street
Armonk, NY 10504

MCCREARY, VESELKA,
BRAGG & ALLEN, P.C.
Lee Gordon
P.O. Box 1269
Round Rock, TX 78680

McKool Smith
Attn:  Paul D. Moak
600 Travis Street, Suite 7000
Houston, TX 77002

Menter Rudin & Trivelpiece PC
Kevin M. Newman
308 Maltibe Street, Suite 200
Syracuse, NY 13204-1439

McKool Smith PC
Michael R. Carney
One Bryant Park, 47th Floor
New York, NY 10036

Missouri Department of Revenue
Attn:  Steven A. Ginther Esq.
Bankruptcy Unit PO Box 475
Jefferson City, MO 65105-0475

McKool Smith PC
Paul D. Moak
600 Travis Street, Suite 7000
Houston, TX 77002

Morgan Lewis & Bockius LLP
James L. Garrity, Jr.
101 Park Avenue
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Michael S. Kraut
101 Park Avenue
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Patrick D. Fleming
101 Park Avenue
New York, NY 10178-0600

Morgan, Lewis & Bockius LLP
Susan F. DiCicco
101 Park Avenue
New York, NY 10178

Morganroth & Morganroth PLLC
Mayer Morganroth &
Jeffrey B.Morganroth
344 N Old Woodward Avenue,
Suite 200
Birmingham, MI 48009

Moritt Hock & Hamroff LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden City, NY 11530

Morrison & Foerster LLP
Larren M. Nashelsky,
Gary S. Lee & Lorenzo Marinuzzi
&
Kayvan B. Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Morrison Cohen LLP
Joseph T. Moldovan Esq.
909 Third Avenue
New York, NY 10022

Munger Tolles & Olson LLP
Seth Goldman
355 S Grand Avenue
Los Angeles, CA 90071

Munger Tolles & Olson LLP
Thomas B. Walper
355 S Grand Avenue
Los Angeles, CA 90071

OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Angela L. Baglanzis & Edmond M.
George
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Office of the NY State Attorney
General
Nancy Lord & Enid M. Stuart
The Capitol
Albany, NY 12224-0341

Paul N. Papas, II
Mylegalhelpusa.com
4727 E Bell Road, Suite 45-350
Phoenix, AZ  85032

Office of Attorney General
Carol E. Momjian
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office of the US Attorney for the
Southern District of NY
United States Attorney
Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Perdue Brandon Fielder Collins &
Mott LLP
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094-0430

Office of Shabbir A. Khan
Phonxay Keokham
44 N San Joaquin Street, Suite 150
PO Box 2169
Stockton, CA 95201

Patterson Belknap Webb & Tyler
LLP
David W. Dykhouse
Brian P. Guiney
Michelle W. Cohen
1133 Avenue of the Americas
New York, NY 10036-6710

Peter T. Roach and Associates,
P.C.
Michael C. Manniello
125 Michael Drive, Suite 105
Syosset, NY 11791

Pillsbury Winthrop Shaw Pittman
LLP
Brandon Johnson
PO Box 2824
San Francisco, CA 94126

Proskauer Rose LLP
Scott K. Rutsky & Jared D. Zajac
Eleven Times Square
New York, NY 10036

Quinn Emanuel Urquhart &
Sullivan LLP
Eric D. Winston
Jeremy D. Anderson
865 S Figueroa Street,
10th Floor
Los Angeles, CA 90017

Reilly Pozner LLP
Michael A. Rollin
1900 16th Street, Suite 1700
Denver, CO 80202

Robbins Gellar Rudman & Dowd
LLP
Steven W. Pepich
655 West Broadway, Suite 1900
San Diego, CA 92101

Romero Law Firm Martha E.
Romero
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

Ropes & Gray LLP
D. Ross Martin Prudential Tower
800 Boylston Street
Boston, MA 02199

Rowen L. Drennen as
Representative
for the Plaintiffs Brian Kessler et
al.
3725 N Indiana
Kansas City, MO 64117

Samuel I. White PC
Donna J. Hall Esq.
5040 Corporate Woods Drive,
Suite 120
Virginia Beach, VA 23462

Placer County Office of the
Treasurer-Tax Collector
Jenny McMurtry, Deputy Tax
Collector
2976 Richardson Drive
Auburn, CA 95603

QUARLES & BRADY LLP
John Maston O'Neal
Lori L. Winkelman
Walter J. Ashbrook
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Quinn Emanuel Urquhart &
Sullivan LLP
Susheel Kirpalani & Scott C.
Shelley
51 Madison Avenue, 22nd Floor
New York, NY 10010

ResCap Liquidating Trust
Attn: Tammy Hamzehpour
1100 Virginia Drive
Washington, DC 19034

Robert E. Brown PC
44 Wall Street, 12th Floor
New York, NY 10005

Ron Ericksen
2647 Kendridge Lane
Aurora, IL 60502

ROSALES DEL ROSARIO, P.C.
John B. Rosario
39-01 Main Street, Suite 302
Flushing, NY 11354

Rubin LLC Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001

SAUL EWING
Adam H. Isenberg & Gregory G.
Schwab
& Andrea P. Brockway
Centre Market West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Proskauer Rose LLP
Irena M. Goldstein
Eleven Times Square
New York, NY 10036

Quinn Emanuel Urquhart &
Sullivan LLP
Daniel L. Brockett & David D.
Burnett
51 Madison Avenue, 22nd Floor
New York, NY 10010

RAS BORISKIN, LLC
Daniel Sullivan
900 Merchants Concourse
Westbury, NY 11590

Robbins Gellar Rudman & Dowd
LLP
Christopher M. Wood
One Montgomery Steet, Suite 1800
Post Montgomery Center
San Francisco, CA 94104

Robertson, Anschutz & Schneid,
P.L.
Bankruptcy Department,
Elizabeth L. Doyaga
6409 Congress Avenue,
Suite 100
Boca Raton, FL 33487

Ropes & Gray LLP
D. Ross Martin Esq. &
Keith H. Wofford Esq.
1211 Avenue of the Americas
New York, NY 10036-8704

Rosicki Rosicki & Associates PC
Andrew Goldberg
51 E Bethpage Road
Plainview, NY 11803

Samuel I. White PC
D. Carol Sasser Esq.
5040 Corporate Woods Drive,
Suite 120
Virginia Beach, VA 23462

Scarinci & Hollenbeck LLC
Joel R. Glucksman Esq.
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ 07071-0790

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway, 19th Floor
New York, NY 10004

Schnader Harrison Segal & Lewis
LLP
Barry Bressler & Richard A.
Barkasy
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Schnader Harrison Segal & Lewis
LLP
Eric A. Boden
140 Broadway, Suite 3100
New York, NY 10005-1101

SCHNEIDER MITOLA LLP
Dan Blumenthal
666 Old Country Road, Suite 412
Garden City, NY 11530

Schulte Roth & Zabel LLP
Adam C. Harris
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Howard O. Godnick
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Marguerite Gardiner
919 Third Avenue
New York, NY 10022

Schulte Roth & Zabel LLP
Michael G. Cutini
919 Third Avenue
New York, NY 10022

Secretary of State
123 William Street
New York, NY 10038-3804

Secretary of State, Division of
Corporations
99 Washington Avenue, Suite 600
One Commerce Plaza
Albany, NY 12231-0001

Seward & Kissell LLP
Greg S. Bateman & Dale C.
Christensen, Jr.
Sagar Patel & Thomas Ross
Hopper
One Battery Park Plaza
New York, NY 10004

Securities & Exchange
Commission
Secretary of the Treasury
99 F Street NE
Washington, DC 20549

Seward & Kissell LLP
Ronald L. Cohen, Kalyan Das,
Mark D. Kotwick, Arlene R. Alves
& Laurie R. Binder
One Battery Park Plaza
New York, NY 10004

Securities & Exchange
Commission
NY Regional Office
George S. Canellos
Regional Director
3 World Financial Center,
Suite 400
New York, NY 10281-1022

Shapiro Blasi Wasserman & Gora
PA
Thomas A. Conrad Esq.
7000 Glades Road, Suite 400
Boca Raton, FL 33434

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Road, Suite N109
Melville, NY 11747

Shearman & Sterling LLP
Fredric Sosnick & Susan A.
Fennessey
599 Lexington Avenue
New York, NY 10022

Sheldon May & Associates PC
Ted Eric May
255 Merrick Road
Rockville Centre, NY 11570

Sherman Silverstein Kohl Rose &
Podolsky PA
Bruce S. Luckman
308 Harper Drive, Suite 200
Moorestown, NJ 08057-0000

Stinson Morrison Hecker LLP
Andrew W. Muller
1201 Walnut, Suite 2900
Kansas City, MO 64106

Stahl Cowen Crowley Addis LLC
Patrick M. Jones
55 W. Monroe, Suite 1200
Chicago, IL 60603

Sullivan Hazeltine Allinson LLC
William A. Hazeltine Esq.
901 N Market Street, Suite 1300
Wilmington, DE 19801

Stein Wiener & Roth LLP Attn:
Pranali Datta
1 Old Country Road, Suite 113
Carle Place, NY 11514

Susan M. Gray
Ohio Savings Bank Building, Suite
210
22255 Center Ridge Road
Rocky River, OH 44116

Sweeney Gallo Reich & Bolz
Melanie A. Sweeney
95 25 Queens Boulevard, 11th
Floor
Rego Park, NY 11374

Talcott Franklin P.C.
Attn:  Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX  75202

Talcott Franklin P.C.
Derek S. Witte
208 N. Market Street, Suite 200
Dallas, TX  75202

TCF National Bank
Janella J. Miller, Senior Vice
President
& Senior Counsel
200 Lake Street
Wayzata, MN 55391

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay Street, 4W
New York, NY 10286

Teitelbaum & Baskin LLP
Jay Teitelbaum Esq.
1 Barker Avenue, Third Floor
White Plains, NY 10601

The Bank of New York Mellon
Attn: Robert H. Major, Vice
President
6525 West Campus Oval
New Albany, OH 43054

Tennessee Department of Revenue
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

The Canada Trust Company
Susan Khokher
79 Wellington Street, West,
8th Floor
PO Box 1,
Toronto-Dominion Centre
Toronto, ON  M5K 1A2

The Law Office of Rachel
Blumenfeld 26 Court Street,
Suite 2220
Brooklyn, NY 11242

Thomas J. Sinnickson
176 Main Street
Center Moriches, NY 11934

U.S. Bank National Association
Attn:  Mamta K. Scott &
David A.Jason
190 S. LaSalle Street
Chicago, IL 60603

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

United States Attorney's Office for
the Southern District of New York
Civil Division
Attn: Joseph Cordaro &
Cristine Irvin Phillips
86 Chambers Street, 3rd Floor
New York, NY  10007

US Trustee for the Southern
District of NY
Tracy Hope Davis, Linda A.
Riffkin and
Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY 10014

WEIL, GOTSHAL & MANGES
LLP
RAY SCHROCK
767 Fifth Avenue
New York, NY 10153

Wells Fargo Law Department
Kristi Garcia Esq., Senior Counsel
MAC T7405-010
4101 Wiseman Boulevard
San Antonio, TX 78251

White & Case LLP
J. Christopher Shore & Ian J.
Silverbrand
1155 Avenue of the Americas
New York, NY 10036-2787

Wilmington Trust
Roseline Maney
1100 N. Market Street
Wilmington, DE 19801

The Law Office of Thomas M.
Mullaney
Attn: Thomas M. Mullaney
489 Fifth Avenue, 19th Floor
New York, NY 10017

Tom Franklin
5633 Oak Grove Road
Fort Worth, TX 76134

U.S. Bank National Association
Michelle Moeller
60 Livingston Avenue
St. Paul, MN 55107

U.S. Department of Justice
US Attorney General, Loretta
Lynch
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

US Bank Global Corporate Trust
Services
James H. Byrnes
1 Federal Street, 3rd Floor
Boston, MA 02110

Walter Investment Management
Corp
Stuart Boyd
3000 Bayport Drive
Suite 1100
Tampa, FL 33607

Wells Fargo Bank NA
Attn: Corporate Trust Services –
GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Wendy Alison Nora
210 Second Street NE
Minneapolis, MN 55413

Williams & Connolly LLP
David Blatt, R. Hackney
Wiegmann,
Matthew V. Johnson & N.
Mahmood Ahmad
725 12th Street N.W.
Washington, DC 20005

Wilmington Trust NA
Julie J. Becker, Vice President
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402-1544

The Meyers Law Firm
Glenn R. Meyers
1123 Broadway, Suite 301
New York, NY 10010

Travis County Attorney
Kay D. Brock, Assistant Travis
County Attorney
PO Box 1748
Austin, TX  78767

U.S. Bank National Association
Tanver Ashraf, Corporate Trust
Services
West Side Flats, EP-Mn-WS3D
60 Livingston Avenue
St. Paul, MN 55107

UMB Bank NA
Mark B. Flannagan
1010 Grand Boulevard, 4th Floor
Kansas City, MO 64106

US Bank NA
Corporate Trust Services Division
Laura L. Moran
1 Federal Street, 3rd Floor
Boston, MA 02110

Walters Renwick Richards
Skeens & Vaughan PC
J. Michael Vaughan
David M. Skeens
1100 Main Street, Suite 2500
Kansas City, MO  64105

Wells Fargo Bank, N.A.
Kelly Rentz
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045

Wendy Alison Nora
310 Fourth Avenue South, Suite
5010
Minneapolis, MN 55415

Willkie Farr & Gallagher LLP
Marc Abrams & Richard Choi &
Jennifer J. Hardy
787 Seventh Avenue
New York, NY 10019

Wilson Elser Moskowitz
Edelman & Dicker LLP
Attn: David L. Tillem
3 Gannett Drive
White Plains, NY 10604-3407

Winston & Strawn LLP
Attn:  David Neier
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
David Neier & Carey D. Schreiber
200 Park Avenue
New York, NY 10166-4193

Wollmuth Maher & Deutsch LLP
Attn:  James N. Lawlor
One Gateway Center, 9th Floor
Newark, NJ 07102

Wollmuth Maher & Deutsch LLP
Attn:  Paul R. DeFilippo
Steven S. Fitzgerald
500 Fifth Avenue, 12th Floor
New York, NY 10110

Zuckerman Spaeder LLP
Graeme W. Bush &
Nelson C. Cohen
& Laura E. Neish
1185 Avenue of the Americas,
31st Floor
New York, NY 10036

Zuckerman Spaeder LLP
Graeme W. Bush &
Nelson C. Cohen
& Laura E. Neish
1800 M Street, N.W., Suite 1000
Washington, DC 20036

Gregory Balensiefer
c/o Dessaules Law Group
5353 North 16th Street Suite 110
Phoeniz, AZ 85106

Perry E. Goerner
12 Wantage School Road
Sussex, NY 07461

Norman Rouse
Chapter 7 Trustee for Becky
Spence
5957 East 20th
Joplin, MO 64801

Mary Lassiter Gray
4232 Halifax Ave North
Robbinsdale, MN 55422

Ruth E. Hancock
c/o Boucher & Boucher Co., LPA
12 W.  Monument Ave. Suite 200
Dayton, OH 45402-1202

Neville Evans & Maribeth Evans
James B. Blackburn Jr.
Wiseman Blackburn & Futrell
P.O. Box 8996
Savannah, GA 31412

William J. Ridge
P.O. Box 1094
Santa Rosa, FL 32459

Steven & Ruth Mitchell (Mitchell
Settlement Class Claimants)
Daniel J. Flanigan, Esq.
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Gross Polowy, LLC
Courtney R. Williams
1775 Wehrle Drive Suite 100
Williamsville, NY 14221