**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>**AFFIDAVIT OF JAY GERACI** |

I, **JAY GERACI,** being duly sworn, deposes and says:

1. I am a Vice President at KCC Class Action Services LLC ("KCC"), located at 1 McInnis Parkway, Suite 250, San Rafael, CA 94903. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**Distribution of the Net Settlement Fund**

2. Pursuant to this Court's Order Authorizing Distribution of the Net Settlement Fund in the *Rothstein* Class Action Settlement (Claim Nos. 4074 and 3966) dated May 24, 2019 [Doc. 10640], which was subsequently corrected on June 4, 2019 [Doc. 10642] (the "Distribution Order"), KCC was directed to distribute the Net Settlement Fund to Class Members.

3. On May 24, 2019, the Net Settlement Fund balance was $3,842,364.38. This aggregate amount is comprised of monies remaining: (a) after payment of Court-approved Attorney Fees and Expenses; (b) after payment of the incentive awards to Named Plaintiff; (c) after payment of Escrow Fees to the bank; (d) after payment of the Forensic Accounting Expert; and (e) Payment of Administration Fees; and (f) compounded interest earned on the funds.

1

4. On June 27, 2019, KCC issued 90,862 class member checks totaling $3,833,414.49. Class members were given 120 days to cash their checks.

5. Following consultation with Class Counsel and in accordance with the Plan of Allocation, on December 1, 2020, KCC issued 41,233 class member checks totaling $1,680,865.06 in a second distribution of funds. Class members were given 120 days to cash their checks.

6. Following consultation with Class Counsel and in accordance with the Plan of Allocation, on October 20, 2021, KCC issued 15,577 class member checks totaling $333,224.47 in a third distribution of funds. Class members were given 120 days to cash their checks.

7. Following consultation with Class Counsel and in accordance with the Plan of Allocation, on June 21, 2022, KCC issued 1,196 class member checks totaling $69,292.78 in a fourth distribution of funds. Class members were given 120 days to cash their checks.

8. In the fourth distribution of funds, 1,029 of the 1,196 checks cashed and 167 checks totaling $9,166.14 did not cash. These 167 checks were stopped and the $9,166.14 was returned to the Settlement Fund.

9. Since the redistribution of the remaining funds is not economically feasible, pursuant to the Distribution Order, the post-distribution residual of $9,166.14 should be donated to a non-sectarian, not-for-profit 501(c)(3) organization serving the public interest to be designated by Class Counsel and approved by the Court.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of December 2022 at Chico, California.

_____
JAY GERACI
Vice President Class Action Services at KCC

State of California )
                    ) SS.
Butte County        )

SUBSCRIBED and SWORN before me this 21st day of Dec, 2022.

_____, Notary Public

My commission expires 9/6/26, 20___.

ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

3

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Butte_

Subscribed and sworn to (or affirmed) before me on this _21st_ day of _December_, 20_22_ by _Jay Geraci_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Seal)
Signature

ANITA GREGORY
Notary Public - California
Butte County
Commission # 2412626
My Comm. Expires Sep 6, 2026

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Jay_
(Title or description of attached document)
_Geraci_
(Title or description of attached document continued)

Number of Pages _3_  Document Date _12/21/22_

Additional information

## INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865