**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>　　　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered<br><br>Objection Date: February 23, 2023@ 4:00 p.m. (ET)<br>Hearing Date: March 2, 2023@ 10:00 a.m. (ET) |

### *CORRECTED* [PROPOSED] ORDER AUTHORIZING FINAL DISTRIBUTION OF FUNDS IN THE *ROTHSTEIN* CLASS ACTION SETTLEMENT (CLAIM NOS. 4074 AND 3966) AND *CY PRES* DESIGNATION

WHEREAS, by its Final Judgement and Order of Dismissal with Prejudice dated May 24, 2016 [Doc. 9907], this Court approved the terms of the Stipulation[1] and the Plan of Allocation for distributing the settlement proceeds to eligible Class Members; and

WHEREAS, by its Order dated May 24, 2019 [Doc. 10640], which was subsequently corrected on June 4, 2019 [Doc. 10642], the Court authorized the distribution of the Net Settlement Fund; and

WHEREAS, this Court has retained jurisdiction over any further application or matter which may arise in connection with this Action; and

NOW, THEREFORE, upon reading and filing of: (1) Plaintiffs' *Corrected* Notice of Motion to Permit Final Distribution of Funds in the *Rothstein* Class Action Settlement (Claim Nos. 4047 and 3966) and *Cy Pres* Designation and the *Corrected* memorandum of law in support thereof; (2) the Affidavit of Jay Geraci, dated December 21, 2022; and (3) upon all prior proceedings heretofore and herein, and after due deliberation, it is hereby:

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement with the Rothstein Plaintiffs, dated December 29, 2015 (the "Stipulation"), attached as Exhibit 1 to the Declaration of Mark A. Strauss dated January 11, 2016, and which was filed with the Court on January 11, 2016 [Doc. 9491-3].

ORDERED, that the remaining funds in the Settlement Fund are to be donated in a final distribution to The Legal Aid Society, a non-sectarian, not-for-profit 501(c)(3) organization; and it is further

ORDERED, that this Court retains jurisdiction over any further application or matter which may arise in connection with this Action.

IT IS SO ORDERED

this _____ day of _____, 2023__

                                                                            _____
                                                                            THE HONORABLE MARTIN GLENN
                                                                            UNITED STATES BANKRUPTCY JUDGE