KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Joseph A. Shifer
Nathaniel Allard
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR AUGUST 3, 2023 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that on June 29, 2023, the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, filed the *Motion of the ResCap Liquidating Trust for an Order Approving (i) the Abandonment of Interests in RI Equity Pool and (ii) Dissolution of ResCap Securities Holdings Company* [ECF No. 10755] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on July 24, 2023, the Court entered the *Order Approving (i) the Abandonment of Interests in RI Equity Pool and (ii) Dissolution of ResCap Securities Holdings Company* [Dkt. No. 10758].  Accordingly, the hearing on the Motion previously scheduled for August 3, 2023 at 2:00 p.m. (Prevailing Eastern Time) is cancelled.

Dated: July 24, 2023
      New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ *Joseph A. Shifer*
Kenneth H. Eckstein
Joseph A. Shifer
Nathaniel Allard
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the ResCap Liquidating Trust*