**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
Ilana Volkov, Esq.
Email: ivolkov@mcgrailbensinger.com

*Counsel to Dewar Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF INTEREST IN PURCHASING REMNANT ASSETS**

TO:    ResCap Liquidating Trust
c/o KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein, Esq., Joseph A. Shifer, Esq. and Nathaniel Allard, Esq.
1177 Avenue of the Americas
New York, New York 10036

**PLEASE TAKE NOTICE** that Dewar Capital, LLC, a purchaser of remnant assets, has an interest in, and would like to receive notice of, any sale by the above-captioned estates of any known and unknown assets, rights to payment, or claims, which have not been previously sold, assigned, or transferred and may not have been sold, assigned or transferred as of the time the liquidating trust is ready to close these cases (such assets more commonly known as "Remnant Assets").

Any such notice of the estate's sale of Remnant Assets should be directed to:

>Ilana Volkov, Esq.
>McGrail & Bensinger LLP
>888-C 8th Avenue #107
>New York, New York 10019
>Email: ivolkov@mcgrailbensinger.com

DATED: July 25, 2023
New York, New York

**MCGRAIL & BENSINGER LLP**
*Counsel to Dewar Capital, LLC*

By:  s/ *Ilana Volkov*
Ilana Volkov