GOODWIN PROCTER LLP
Sari J. Rosenfeld, Esq.
620 8th Ave
New York, NY 10018
Phone: (212) 813-8800
Email: srosenfeld@goodwinlaw.com
*Attorney for Saticoy Bay LLC Series 5733 Oasis Ridge*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Case No.: 12-12020  (MG)
                                                           :
      RESIDENTIAL CAPITAL, LLC, et al. :   Chapter 11
                                                           :
                        Debtors.                           :   **NOTICE OF APPEARANCE**
                                                           :
                                                           :
---------------------------------------------------------- x

　　　　**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

proceeding, as counsel to: Saticoy Bay LLC Series 5733 Oasis Ridge ("Saticoy") and requests,

pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and

9010 and section 1109(b) of the Bankruptcy Code, that all notices and pleadings given or required

to be given, and all papers served or required to be served, be given and served upon:

GOODWIN PROCTER LLP
Sari J. Rosenfeld, Esq.
620 8th Avenue
New York, New York 10018
Phone: (212) 813-8800
Email: srosenfeld@goodwinlaw.com
*Attorney for Saticoy Bay LLC Series 5733 Oasis Ridge*

　　　　**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

　　　　**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all

orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Saticoy or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or n any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Saticoy may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  New York, New York
        August 25, 2023

GOODWIN PROCTER LLP

By:  */s/ Sari J. Rosenfeld*
     Sari J. Rosenfeld, Esq.
     620 8th Avenue
     New York, New York 10018
     Phone: (212) 813-8800
     Email: srosenfeld@goodwinlaw.com
     *Attorney for Saticoy Bay LLC Series 5733*
     *Oasis Ridge*