GOODWIN PROCTER LLP
Howard S. Steel, Esq.
Stacy Dasaro, Esq.
Sari J. Rosenfeld, Esq.
620 8th Ave
New York, NY 10018
Phone: (212) 813-8800
Email:
    hsteel@goodwinlaw.com
    sdasaro@goodwinlaw.com
    srosenfeld@goodwinlaw.com
*Attorneys for the Movant*

Hearing Date: September 20, 2023 at 10:00 a.m. (prevailing Eastern Time)
Objections Due: September 13, 2023 at 5:00 p.m. (prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
In re: : Case No.: 12-12020 (MG)
:
    RESIDENTIAL CAPITAL, LLC, et al : Chapter 11
:
        Debtors. : Jointly Administered
:
:
---------------------------------------------------------- x

**NOTICE OF SATICOY BAY LLC SERIES 5733 OASIS RIDGE'S**
**MOTION TO REOPEN CASE AND LIFT THE AUTOMATIC STAY *NUNC PRO TUNC***

**PLEASE TAKE NOTICE**, that on September 20, 2023 at 10:00 a.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard, a hearing ("Hearing") will be held before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 523 (the "Bankruptcy Court"). The hearing will be conducted by way of Zoom for Government, which requires registration of an eCourtAppearance by 4:00 p.m. on the business day before the hearing. The link with information and instructions for registering an eCourtAppearance can be found on the Court website here: https://www.nysb.uscourts.gov/content/chief-judge-martinglenn.

**PLEASE TAKE NOTICE,** that any responses or objections to the Motion, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court, together with a copy to the Chambers of Judge Glenn, and served so as to be received no later than 5:00 p.m. (prevailing Eastern Time) on September 13, 2023 at 5:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), upon (i) counsel to the ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth H. Eckstein, Joseph A. Shifer and Nathaniel Allard); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (iii) The ResCap Liquidating Trust, 8400 Normandale Lake Blvd. Suite 175, Minneapolis, MN 55437 (Attention: Jill Horner); (iv) counsel to the Santa Rosa Homeowners Association, Surur Law Group, 561 Ivy Spring Street Las Vegas, NV 89138 (Attention: Ashlie Surur); (v) counsel to Mariners Atlantic Portfolio, LLC, 7785 W. Sahara Ave., Suite 200, Las Vegas, NV 89117 (Attention: Christina V. Miller) and (vi) all other parties for which notice is required pursuant to the Case Management Procedures Order, approved by this Court on May 23, 2012 [Docket No. 141] (such procedures, the "Case Management Procedures").

**PLEASE TAKE NOTICE**, that if no objections or other responses are timely filed and served with respect to the Motion, Movant may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as Exhibit 1 to the Motion, which the Bankruptcy Court may enter without further notice or opportunity to be heard in accordance with the Case Management Procedures.

Dated:  New York, New York
        August 25, 2023

                                GOODWIN PROCTER LLP

                          By:  */s/ Howard S. Steel*
                               Howard S. Steel, Esq.
                               Stacy Dasaro, Esq.
                               Sari J. Rosenfeld, Esq.
                               620 8th Avenue
                               New York, New York 10018
                               Phone: (212) 813-8800
                               Email:
                                   hsteel@goodwinlaw.com
                                   sdasaro@goodwinlaw.com
                                   srosenfeld@goodwinlaw.com
                               *Attorneys for the Movant*