UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> RESIDENTIAL CAPITAL, LLC, et. al. <br><br> *Debtor.* | Chapter 11 <br><br> Case No. 12-12020-MG <br><br> Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Scott A. Weiss of Weiss & Weiss LLC, hereby withdraws his firm's appearance in this case. The firm appeared for Columbia Home Loans, LLC and Ocean First Bank. The matter for which the appearance was made has been resolved.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that the undersigned counsel, Scott A. Weiss (scott@weissnweiss.com) be removed from the Court's email notification service list and all other service lists in the above captioned matter. The firm's client has been notified and has consented to the firm's withdrawal.

Dated:  White Plains, New York
        November 2, 2023

WEISS & WEISS LLC

By: *[signature]*
Scott A. Weiss (SW-0431)
Scott@weissnweiss.com
50 Main Street, 10th Floor
White Plains, New York 10606
(203) 254-2707
Fax:  (203) 254-2725

Attorneys for Columbia Home Loans,
LLC and Ocean First Bank