# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC, et al.<br><br>Debtor. | Chapter 11<br><br>Case No. 1:12-12020-MG<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

## AND REQUEST FOR REMOVAL FROM NOTICE OF ELECTRONIC FILING

**PLEASE TAKE NOTICE** that Carol Chow of Saul Ewing LLP, formerly Freeman, Freeman & Smiley, LLP, hereby withdraws her firm's appearance in this case. The firm appeared for AEGIS USA, Inc., and the matter has been resolved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, Carol Chow (carol.chow@saul.com) requests to be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

Dated: November 6, 2023

Theodore B. Stolman
ted.stolman@saul.com
Carol Chow
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

*Attorneys for Creditor AEGIS USA, Inc.*

5968329.1
24663-800