## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtor. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM NOTICE OF ELECTRONIC FILING

**PLEASE TAKE NOTICE** that the law firm of Barnes & Thornburg LLP and its below-identified attorney hereby withdraw their appearance on behalf of USAA Federal Savings Bank ("USAA") in the above-captioned case.  All matters for which the appearance was made have been resolved, and USAA's proof of claim no. 3731 (filed on November 8, 2012) has been withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney requests that he be removed from the Court's email notification service and all other service lists for the above-captioned case.

Dated: December 7, 2023

Respectfully submitted,

/s/ *David M. Powlen*
David M. Powlen
BARNES & THORNBURG LLP
222 Delaware Ave., Suite 1200
Wilmington, DE  19801
Telephone: (302) 300-3434
Email:  *david.powlen@btlaw.com*

Counsel for creditor USAA Federal Savings Bank